**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## STIPULATED SCHEDULING ORDER (BRAIN CROSS CLAIM)

This matter came before the Court on April 27, 2016 on the motion (the "Scheduling Motion")[1] of Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his counsel, for entry of an order establishing a briefing schedule and setting a hearing date regarding the Trustee's determination of the Brian Ross Claim, as more fully set forth in the Scheduling Motion (ECF No. 13048); and the Court having jurisdiction to consider the Scheduling Motion and the relief requested therein in accordance with section 78eee(b)(4) of the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa, et seq., the Protective Decree entered on December 15, 2008 by the United States District Court for the Southern District of New York in Case No. 08-CV-10791 (LLS), and 28 U.S.C. §§ 157 and 1334, and in accordance with SIPC's application under SIPA,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Scheduling Motion.

15 U.S.C. § 78eee(a)(3); and it appearing that the relief requested by the Scheduling Motion is necessary and in the best interests of the estate, its customers, creditors, and all parties-in-interest; and due notice of the Scheduling Motion having been given, and it appearing that no other or further notice need be given; and upon the proceedings before the Court and after due deliberation **and the Trustee having represented that Brian Ross consents to the scheduling Order**, it is hereby: **[SMB : 5/4/16]**

~~ORDERED, that the relief requested in the Scheduling Motion is granted; and it is further~~ **[SMB: 5/4/16]**

**ORDERED**, that the parties comport with the following schedule, unless the parties agree otherwise:

**Discovery**

a. The Parties may serve Requests for the Production of Documents, Requests for Admission, and Interrogatories ("Discovery Requests") within thirty (30) days of the entry of the Scheduling Order.

b. The Parties shall provide responses to any Discovery Requests within forty-five (4) days of such requests (the "Response Deadline").

c. The Parties shall exchange affidavits or declarations along with any supporting documentation they intend to rely upon in support of their Motion and/or Memorandum of Law within forty-five (4) days of the Response Deadline, and either a statement that they intend to rely only on such affidavits or declarations at the hearing or a list of witnesses that will testify at the hearing.

d. Fact discovery shall be completed by July 31, 2016.

e.   All discovery contemplated herein shall be produced pursuant to and governed by the Litigation Protective Order entered on June 6, 2011 in the matter of Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, et al., Adv. Pro. No. 08-01789 (BRL), ECF No. 4137 (the "Litigation Protective Order"), or any amendments to or subsequent orders that may be entered, any applicable orders entered by any other court of competent jurisdiction, and/or any other applicable federal or state law.

f.   In the event of a discovery dispute between the parties, the parties shall meet and confer in an attempt to resolve the dispute.   If not resolved, the parties shall comply with Local Bankruptcy Rule 7007-1 with respect to resolution of the dispute.

**Motion Practice**

g.   On or before August 29, 2016, the Trustee shall file a Motion combined with a Memorandum of Law for an Order to Affirm the Trustee's Determination Regarding the Brian Ross Claim (the "Brian Ross Customer Motion").

h.   On or before August 29, 2016, SIPC may file a brief with respect to the Brian Ross Claim.

i.   On or before September 12, 2016, Ross may file a brief in opposition with respect to the Brian Ross Claim.

j.   On or before September 26, 2016, the Trustee may file any reply papers.

k.   On or before September 26, 2016, SIPC may file any reply papers.

**Court Hearings**

l.   The Court shall hear the Brian Ross Customer Motion on October 26, 2016 **(the "Hearing Date")**, **at 10:00 a.m. but the Court will not take evidence on that date. [SMB: 5/4/16]**

m.  The parties shall enter into a stipulated joint pre-trial order that identifies stipulated facts and any open factual or legal issues and will file the joint pre-trial order no less than fourteen (14) days before the Hearing Date.

**Service**

n.   The Brian Ross Customer Motion shall be served on all parties included on the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560).  Parties that have not opted to be included in the Master Service List but wish to receive notice shall contact Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Anat Maytal, Esq.

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York            **/s/ STUART M. BERNSTEIN**
      May 4th, 2016                     HONORABLE STUART M. BERNSTEIN
                                     UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of New York

Securities Investor Protection Corporati,
      Plaintiff                                              Adv. Proc. No. 08-01789-smb

Bernard L. Madoff Investment Securities,,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1        User: changreen        Page 1 of 57        Date Rcvd: May 04, 2016
                           Form ID: pdf001        Total Noticed: 480

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2016.

| | |
|---|---|
| aty | Ari Jaffe,   Kohrman, Jackson & Krantz PLL,   One Cleveland Center,   20th floor,   1375 East Ninth Street,   Cleveland, OH  44114-1793 |
| aty | +Arthur I. Jacobs,   Jacobs Scholz & Associates, LLC,   961687 Gateway Blvd.,   Ste. 2011,   Fernandina Beach, FL 32034-9157 |
| aty | +Brian A. Schmidt,   Katten Muchin Rosenman LLP,   575 Madison Avenue,   New York, NY 10022-2585 |
| aty | +Brian K. Esser,   Baker & Hostetler LLP,   45 Rockefeller Plaza,   New York, NY 10111-0230 |
| aty | +Bryan R. Kaplan,   Paul, Hastings, Janofsky & Walker LLP,   75 East 55th Street,   New York, NY 10022-3205 |
| aty | +Cheryl Plambeck,   Davis & Gilbert LLP,   1740 Broadway,   New York, NY 10019-4379 |
| aty | +Christopher Matthew Guhin,   Stroock & Stroock & Lavan LLP,   180 Maiden Lane,   New  York, NY 10038-4982 |
| aty | +David M. Garelik,   Schwartzman Garelik Walker & Troy, PC,   355 Lexington Ave,   New York, NY 10017-6680 |
| aty | +Earl Colson,   Arent Fox LLP,   1050 Connecticut Ave.,,   N.W,   Washington, DC 20036-5369 |
| aty | +Eric Mark Kay,   Quinn Emanuel Urquhart Oliver & Hedges,   51 Madison Avenue,   22nd Floor,   New York, NY 10010-1603 |
| aty | +Fox Rothschild LLP,   100 Park Avenue, Suite 1500,   New York, NY 10017-5551 |
| aty | +Isaac M. Neuberger,   Neuberger, Quinn, Gielen, Rubin & Gibber,   One South Street,   27th Floor,   Baltimore, MD 21202-3282 |
| aty | James L. Bernard,   Stroock & Stroock & Lavan, LLP,   180 Maiden Lane,   New York, NY 10038-4982 |
| aty | +James L. Garrity, Jr.,   Morgan, Lewis & Bockius LLP,   101 Park Avenue,   New York, NY 10178-0060 |
| aty | Jonathan M. Landers,   Milberg LLP,   One Pennsylvania Plaza,   New York, NY 10119 |
| aty | +Joshua Fowes,   Arent Fox LLP,   1050 Connecticut Ave.,,   N.W.,   Washington, DC 20036-5369 |
| aty | Leif T. Simonson,   Faegre & Benson LLP,   90 South Seventh Street,   2200 Wells Fargo Center,   Minneapolis, MN  55402-3901 |
| aty | +Lowenstein Sandler LLP,   Lowenstein Sandler LLP,   1251 Avenue of the Americas,   18th Floor,   New York, NY 10020-1104 |
| aty | +Marc G Rosenberg,   McLaughlin & Stern LLP,   260 Madison Avenue,   18th Floor,   New York, NY 10016-2401 |
| aty | +Marjory Cajoux,   406 Atlantic Avenue,   Brooklyn, NY 11217-1704 |
| aty | +Mark Mulholland,   Ruskin Moscou Faltischek, P.C.,   1425 RexCorp Plaza,   East Tower, 15th Floor,   Uniondale, NY 11556-1425 |
| aty | +Marshall W. Krause,   PO Box 70,   San Geronimo, CA 94963-0070 |
| aty | +Michael E. Wiles,   United States Bankruptcy Court SDNY,   One Bowling Green,   Room 632,   New York, NY 10004-1415 |
| aty | +Michael Wexelbaum,   Snow Becker Krauss P.C.,   605 Third Avenue,   New York, NY 10158-0180 |
| aty | +Mikal Krueger,   Chamberlain D'Amanda Oppenheimer,   & Greenfield,   2 State Street,   Suite 1600,   Rochester, NY 14614-1340 |
| aty | +Neal S. Mann,   New York State Attorney General's O,   120 Broadway,   24th Floor,   New York, NY 10271-0029 |
| aty | Paul Traub,   Epstein Becker & Green, P.C.,   250 Park Avenue,   11th Floor,   New York, NY  10177-1211 |
| aty | +Peter E. Shapiro,   Arnstein & Lehr LLP,   200 E. Las Olas Blvd., Suite1700,   Fort Lauderdale, FL 33301-3404 |
| aty | +Philip Bentley,   Kramer, Levin, Naftalis & Frankel, LLP,   1177 Avenue of the Americas,   New York, NY 10036-2714 |
| aty | +Price O. Gielen,   Neuberger, Quinn, Gielen,,   Rubin & Gibber, P.A.,   One South Street,   27th Floor,   Baltimore, MD 21202-3282 |
| aty | +Schuyler D. Geller,   Bellows & Bellows, P.C.,   209 South LaSalle Street,   Suite 800,   Chicago, IL 60604-1204 |
| aty | +Shuba Satyaprasad,   Ropes & Gray LLP,   One International Place,   Boston, MA 02110-2602 |
| aty | +Stanley Dale Cohen,   41 Park Avenue,   Suite 17-F,   New York, NY 10016-3486 |
| aty | +Stephen Fishbein,   Shearman & Sterling LLP,   599 Lexington Avenue,   New York, NY 10022-6069 |
| aty | +Timothy P. Kebbe,   Brunelle & Hadjikow, P.C.,   1 Whitehall Street,   Suite 1825,   New York, NY 10004-2131 |
| aty | +William A. Habib,   Habib Law Associates LLC,   2390 Thyme Court,   Jamison, PA 18929-1191 |
| aty | +William L. Chapman,   Orr & Reno, P.A.,   45 S. Main Street, Suite 400,   Box 3550,   Concord, NH 03301-4800 |
| aty | +Windels Marx Lane & Mittendorf, LLP,   Attn: Regina Griffin,   156 West 56th Street,   New York, NY 10019-3800 |
| tr | +Irving H. Picard,   Baker & Hostetler, LLP,   45 Rockefeller Plaza,   New York, NY 10111-0230 |
| unk | +10 Michael Drive Associates, L.P.,   300 Robbins Lane,   Syosset, NY 11791-6012 |
| unk | +125 Bethpage Associates, L.P.,   300 Robbins Lane,   Syosset, NY 11791-6012 |
| unk | +1994 Trust for the Children of Stanley and Pamela,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,   New York, NY 10020-2003 |
| unk | +1996 Trust for the Children of Stanley and Pamela,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,   New York, NY 10020-2003 |
| unk | +1999 Trust for the Grandchildren of Stanley and Pa,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,   New York, NY 10020-2003 |
| unk | +45 South Service Road, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012 |

```
unk          +500 Bi-County Associates, L.P.,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +ARC-BDG Setauket Enterprise,   300 Robbins Lane,   Syosset, NY 11791-6012
cr           +ASM Capital, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
unk          +Ade O. Ogunjobi,   5820 Hickory Street #7,   Callaway, FL 32404-7830
unk          +Alan Winters & Janet Winters Family Limited Partne,   804 Mulberry Lane,
               Bellaire, TX 77401-3808
cr           +Albert Angel,   4 Rocky Way,   Llewellyn Park, NJ 07052-4971
unk          +Alexander Rabinovich,   234 Adams Road,   Easton, CT 06612-1404
unk          +AlixPartners LLP,   2101 Cedar Springs Road,   Suite 1100,   Dallas, TX 75201-2158
unk          +Allen Ross,   Duane Morris LLP,   1540 Broadway,   New York, NY 10036-4086
intp          Alpha Prime Asset Management Ltd.,   6 Front Street,   Hamilton HM 11,   BERMUDA
intp          Alpha Prime Fund Ltd.,   6 Front Street,   Hamilton HM 11,   BERMUDA
cr           +Altai Capital Growth Fund PCC LImited,   c/o Sidley Austin LLP,   787 Seventh Avenue,
               New York, NY 10019-6018
cr           +Alyssa Beth Certilman,   c/o Certilman Balin Adler & Hyman, LLP,   90 Merrick Avenue,
               East Meadow, NY 11554-1597
cr            Amir & Naama Peleg,   c/o M. Seligman & Co.,   23 Menahem Begin Rd,   pob 36090,
               Tel Aviv,  66184,   ISRAEL
cr           +Amy Beth Smith,   Rosen & Associates, P.C.,   747 Third Avenue,   New York, NY 10017-2850
unk          +Amy Joel,   Jaspan Schlesinger LLP,   300 Garden City Plaza,   Garden City, NY 11530-3333,
               UNITED STATES
unk          +Amy Luria Partners LLC,   Jaspan Schlesinger LLP,   300 Garden City Plaza,
               Garden City, NY 11530-3333,   UNITED STATES
unk          +Andrew Laurence Hosking,   c/o Baach Robinson & Lewis PLLC,   1201 F Street, NW,   Suite 500,
               Washington, DC 20004-1225
unk          +Andrew Samuels,   Jaspan Schlesinger LLP,   300 Garden City Plaza,   Garden City, NY 11530-3333,
               UNITED STATES
cr           +Angela Tiletnick,   217-14 43rd Avenue,   Bayside, NY 11361-3519
unk           Ann Kallgren,   Remy Investments Corp,   1-5 Harley Street,   London W1G 9Qd,   ENGLAND
unk          +Anna Blumenfeld,   70 Bacon Road,   Old Westbury, NY 11568-1503
unk          +Anna Kedersha, as parent of A.K.,   50 Oyster Road,   Fairfield, CT 06824-6928
dft          +Antaeus Enterprises, Inc.,   Becker Glynn LLP,   299 Park Avenue,   16th Floor,
               New York, NY 10171-0002
unk          +Anthony Galu,   319 Key Place,   Jericho, NY 11753-1657
unk          +Antona G Wilson,   215 Gregg Parkway,   Columbia, SC 29206-4987
intp         +Arden Endowment Advisers, Ltd.,   c/o Seward & Kissel LLP,   One Battery Park Plaza,
               New York, NY 10004-1405
unk          +Ari Chais 1999 Trust,   c/o Sills Cummis & Gross,   One Rockefeller Plaza,
               New York, NY 10020-2003
unk          +Ari Chais Transferee Trust No. 1,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
               New York, NY 10020-2003
cr           +Arnold Goldman,   7410 Viale Caternia,   Delray Beach, FL 33446-3773
unk          +Arnold Kohn,   388 Harrier Drive,   Monroe Township, NJ 08831-5583
unk           Aryeh Berman,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   Tel-Aviv,  66184,   ISRAEL
cr            Asher and Aliza Kutner,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,
               Tel Aviv,  66184,   ISRAEL
unk          +BCC II, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +BDG 115 Broadhollow, L.P.,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +BDG Commack, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +BDG Deer Park Associates, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +BDG Lake Grove I, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +BDG Larkfield Associates, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +BDG Yaphank, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012
unk           Barbara Harris,   New York, NY 10024
unk          +Benjamin Paul Chasalow 1999 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
               New York, NY 10020-2003
unk          +Benjamin Paul Chasalow Transferee Trust No. 1,   c/o Sills Cummis & Gross P.C.,
               One Rockefeller Plaza,   New York, NY 10020-2003
cr           +Bernard Certilman,   c/o Certilman Balin Adler & Hyman, LLP,   90 Merrick Avenue,
               East Meadow, NY 11554-1597
unk           Bernard Seldon,   Denver, CO
cr           +Bernard Whitman,   5610 Country Club Way,   Sarasota, FL 34243-3761
unk          +Betty Tarr,   59 Elm Tree Drive,   Stamford, CT 06906-1325
unk          +Bonnie A Johnson, Individually and as parent of D.,   27 Winesap Road,
               Stamford, CT 06903-1818
unk          +Bonnie S Mattozzi,   PO Box 486,   New Harbor, ME 04554-0486
unk          +Boxwood Realty Group,   300 Robbins Lane,   Syosset, NY 11791-6012
intp         +Brad Blumenfeld,   300 Robbins Lane,   Syosset, NY 11791-6012
unk           Brad Blumenfeld Farmingdale Trust,   7 Dogwogs,   Roslyn Estates, NY 11576
unk          +Brian H. Gerber,   201 Aqua Avenue, #801,   Miami Beach, FL 33141-5879
cr           +Brian Ross c/o Duane Morris LLP,   1540 Broadway,   New York, NY 10036-4086
unk          +Bull Market Fund,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +Burt & Susan Moss, TEN ENT,   c/o Schoeppl & Burke, P.A.,   4651 N Federal Hwy,
               Boca Raton, FL 33431-5133
unk          +Burton and Elain Traub ITF Paul, Gary and Kenneth,   c/o Epstein Becker & Green,
               250 Park Avenue,   New York, NY 10177-0001
dft          +C&P Associates, Ltd.,   Arkin Solbakken LLP,   750 Lexington Avenue,   New York, NY 10022-1200
unk           C.E.H. Limited Partnership,   c/o Duane Morris, LLP,   1540 Broadway,
               New York, NY 10036-4086
```

```
cr              +CACEIS (Bermuda) Limited,    c/o Sidley Austin LLP,    787 Seventh Avenue,
                 New York, NY 10019-6018
unk             +CAROL ROSEN,    198 NW 67th Street,   Boca Raton, Fl 33487-8309
unk             ++++CORRINE G. PLAYSO,    1972 WINDWARD DR,    POMPANO BEACH FL  33062-7673
                 (address filed with court: Corrine G. Playso,    1972 S.E. 16th Court,
                 Pomoano Beach, FL  33062)
unk             ++++CRAIG SNYDER TRUST,    1972 WINDWARD DR,   POMPANO BEACH FL  33062-7673
                 (address filed with court: Craig Snyder Trust,    1972 S.E. 16th Court,
                 Pomoano Beach, FL  33062)
unk             +CT,    111 Eighth Avenue, 13th Floor,   New York, NY 10011-5252
unk             +Candace Newlove,    PO Box 943,   Nederland, CO 80466-0943
dft             +Cara Mendelow,    Arkin Solbakken,    750 Lexington Avenue,    New York, NY 10022-1200
dft             +Carl Glick,    Becker Glynn,    299 Park Avenue,    16th Floor,   New York, NY 10171-0002
cr               Carla Hirschhorn,    Manalapan, NJ  07726
unk             +Carol P. Dargan,    2909 Knightbridge Road,    Columbia, SC 29223-2128
intp             Carruba Asset Management Ltd.,    6 Front Street,    Hamilton, HM 11,   BERMUDA
unk              Cathay Life Insurance Co., Ltd.,    296 Ren-Ai Road,   Sec. 4,    Taipei,    10639,    TAIWAN
unk             +Chais Investments, Ltd.,    c/o Sills Cummis & Gross P.C.,    One Rockefeller Plaza,
                 New York, NY 10020-2003
unk             +Chais Management, Inc.,    c/o Sills Cummis & Gross P.C.,    One Rockefeller Plaza,
                 New York, NY 10020-2003
unk             +Chais Venture Holdings,    c/o Sills Cummis & Gross P.C.,    One Rockefeller Plaza,
                 New York, NY 10020-2003
unk             +Charleston Enterprises, LLC,    300 Robbins Lane,    Syosset, NY 11791-6012
unk             +Chloe Frances Chais 1994 Trust,    c/o Sills Cummis & Gross P.C.,    One Rockefeller Plaza,
                 New York, NY 10020-2003
unk             +Chloe Frances Chais Transferee Trust No. 1,    c/o Sills Cummis & Gross P.C.,
                 One Rockefeller Plaza,    New York, NY 10020-2003
cr              +Christine Leja,    2813 Fairway Drive,    Belleville, IL 62220-4868
unk             +Cindy J Schacht,    3 Valley View Road #3,    Norwalk, CT 06851-1032
cr              +Clayre Hulsh-Haft,    c/o Certilman Balin Adler & Hyman, LLP.,    90 Merrick Avenue,
                 East Meadow, NY 11554-1597
unk             +Columbia University,    c/o Edward A. Smith,    Venable LLP,    Rockefeller Center,
                 1270 Avenue of the Americas,   New York, NY 10020-1806
unk             +Cory D Johnson,    27 Winesap Road,   Stamford, CT 06903-1818
unk             +Covington & Burling LLP,    620 8th Avenue,    New York, NY 10018-1572
unk             +Crescienzo J Boccanfuso,    84 Harbor Road,    Westport, CT 06880-6717
unk             +Cynthia J. Gardstein,    c/o Katsky Korins LLP,    605 Third Avenue,    New York, NY 10158-1699
unk             +Cynthia Schrank Kane,    9 Cassway Road,    Woodbridge, CT 06525-1214
cr              +DOS BFS Family Partnership LP,    100 Ring Road West,    Suite 101,    Garden City, NY 11530-3205
cr               Dafna & Michael Harlev,    c/o M. Seligman & Co.,    23 Menahem Begin Rd.,    pob 36090,
                 Tel Aviv,    66184,   ISRAEL
unk              Dafna Harlev,    c/o M. Seligman & Co.,    23 Menahem Begin Rd.,    p.o. box 36090,
                 Tel-Aviv,    66184,   ISRAEL
unk              Dalit Kremer,    c/o M. Seligman & Co.,    23 Menahem Begin Rd.,    p.o. box 36090,
                 Tel-Aviv,    66184,   ISRAEL
unk              Dana Aviv,    c/o M. Seligman & Co.,    23 Menahem Begin Rd.,    p.o. box 36090,
                 Tel-Aviv,    66184,   ISRAEL
unk             +Daniel L. Davis, Individually and as parent of H.D,    6149 Dunbar Court,
                 League City, TX 77573-6359
unk             +Daniel Land Co. LLC,    300 Robbins Lane,    Syosset, NY 11791-6012
cr              +David A. Schustack,    253 Stratton Road,    New Rochelle, NY 10804-1417
cr              +David Abel,    30 Jericho Executive Plaza,    Suite 300C,    Jericho, NY 11753-1031
unk             +David Blumenfeld,    300 Robbins Lane,    Syosset, NY 11791-6012
unk             +David Blumenfeld Family Trust,    300 Robbins Lane,    Syosset, NY 11791-6012
unk             +David C Johnson,    27 Winesap Road,   Stamford, CT 06903-1818
unk             +David Cash,    c/o Katsky Korins LLP,    605 Third Avenue,   New York, NY 10158-1699
unk             +David Fastenberg et al.,    92 Wheatley Road,    Old Westbury, NY 11568-1212
intp            +David J. Miller,    c/o Cozen O'Connor,    33 S. 6th Street,    Suite 4640,
                 Minneapolis, MN 55402-3718
unk             +David J. Sheehan,    Baker & Hostetler LLP,    45 Rockefeller Plaza,    New York, NY 10111-0230
unk             +David Kaplan,    25 Woodgreen Lane,    East Hills, NY 11577-1428
cr              +David Wingate,    33 Applegreen Drive,    Old Westbury, NY 11568-1202
cr              +David and Irma Gross,    7248 Ballantrae Court,    Boca Raton, FL 33496-1422
cr              +Debbie Lynn Lindenbaum,    c/o Certilman Balin Adler & Hyman, LLP.,    90 Merrick Avenue,
                 East Meadow, NY 11554-1597
unk             +Diane C. Backus,    44 Yale Court,    Stamford, CT 06905-2606
unk             +Diane Peskin,    51 East Wall Street,    Bethlehem, PA 18018-6012
unk             +Diane T. Levin,    2134 Sunderland Avenue,    Wellington, FL 33414-7722
intp             Dichter-Mad Family Partners, LLP,    8, Quai d'Orleans,    Paris,    FRANCE
unk             +Dickstein Shapiro LLP,    1633 Broadway,    New York, NY 10019-6708
unk             +Dominick F. Boccanfuso,    88 Harbor Road,    Westport, CT 06880-6717
cr              +Donald A. Benjamin,    152 Darters Lane,    Manhasset, NY 11030-4024
unk             +Donald J Weiss,    c/o Chiesa Shahinian & Giantomasi PC,    Attn.: Ronald Israel, Esq.,
                 One Boland Drive,    West Orange, NJ 07052-3686
dft             +Donald J. Weiss,    c/o Ronald L. Israel,    Chiesa, Shahinian & Giantomasi,    One Boland Drive,
                 West Orange, NJ 07052-3686
unk             +Donlin Recano & Company, Inc.,    6201 15th Avenue,    www.donlinrecano.com,
                 Brooklyn, NY 11219-5411
```

```
intp        +Dorado Investment Company,   c/o Cozen O'Connor,   33 S. 6th Street,   Suite 4640,
             Minneapolis, MN 55402-3718
unk          Doron Aviv,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   p.o.b. 36090,
             Tel-Aviv,   66184,   ISRAEL
unk         +Double B Squared,   Blumenfeld Development Group,   300 Robbins Lane,   Syosset, NY 11791-4498
unk         +Douglas H. Johnson,   21 Harvest Hill Lane,   Stamford, CT 06905-2814
unk         +Douglas Shapiro,   c/o Duane Morris,   1540 Broadway,   New York, NY 10036-4039
cr          +ELEM/Youth In Distress In Israel, Inc.,   211 Central Park West, #6E,   New York, NY 10024-6020
unk         +Edith A. Schur,   c/o David B. Bernfeld,   600 Third Avenue,   15th Floor,
             New York, NY 10016-1928
unk         +Edward & Susan Blumenfeld Charitable Lead Trust,   300 Robbins Lane,   Syosset, NY 11791-6012
unk         +Edward Blumenfeld,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          Edward H Kohlschreiber,   3546 S Ocean Blvd,   Apt 226,   Palm Beach, FL 33480-6424
unk         +Edward and Susan Blumenfeld Foundation,   300 Robbins Lane,   Syosset, NY 11791-6012
unk         +Eileen and Edward Blake,   c/o Chiesa Shahinian & Giantomasi PC,   Attn.: Ronald Israel, Esq.,
             One Boland Drive,   West Orange, NJ 07052-3686
intp        +Elliot G. Sagor,   85 East End Avenue,   Apt. 15C,   New York, NY 10028-8023
unk         +Emily Chais,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Emily Chais 1983 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Emily Chais Issue Trust No. 1,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plazas,
             New York, NY 10020-2003
unk         +Emily Chais Issue Trust No. II,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Emily Chais Trust No. 2,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Emily Chais Trust No. 3,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Eric Rausher,   8010 Stirrup Cay Court,   Boynton Beach, FL 33436-1734
unk         +Estate of Richard L. Cash,   c/o Katsky Korins LLP,   605 Third Avenue,
             New York, NY 10158-0180
unk          Esther Feffer,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   Tel-Aviv,   66184,   ISRAEL
cr           Esther Ziv Av,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,
             Tel Aviv,   66184,   ISRAEL
unk         +Eugene G. Laychak, Jr.,   205 Laurel Ridge Lane,   North Kingstown, RI 02852-4153
unk         +Evelyn Chernis Irrevocable Trust Agreement for Rya,   c/o Duane Morris,   1540 Broadway,
             New York, NY 10036-4039
unk         +Everett L. Dargan,   2909 Knightbridge Road,   Columbia, SC 29223-2128
cr          +FGLS Equity LLC,   c/o Arkin Solbakken LLP,   750 Lexington Avenue,   25th Floor,
             New York, NY 10022-9813
dft         +FGLS Equity LLC,   Arkin Solbakken LLP,   750 Lexington Avenue,   New York, NY 10022-1200
cr          +Ferdinand Burg and Carlo Reding, Court- Appointed,   c/o Porzio Bromberg & Newman, PC,
             100 Southgate Parkway,   Morristown, NJ 07960-6465
unk         +Fisher Davis Blumenfeld Trust,   300 Robbins Lane,   Syosset, NY 11791-6012
unk         +Francie Swift,   2 East End Avenue,   Apt. 7B,   New York, NY 10075-1153
unk         +Frank S. Katz,   5210 N. Braeswood Blvd.,   Houston, TX 77096-2520
cr          +Franklin Sands,   c/o Peter E. Shapiro,   Shutts & Bowen LLP,
             200 E. Broward Blvd., Suite 2100,   Ft. Lauderdale, FL 33301-1972
unk         +Freda A Epstein,   c/o Katsky Korins LLP,   605 Third Avenue,   New York, NY 10158-1699
unk         +Freda Epstein Revocable Trust,,   c/o Katsky Korins LLP,   605 Third Avenue,
             New York, NY 10158-1699
unk          Gary M. Weiss,   Old Westbury, NY 11568
unk         +Gary S Davis, Individually and parent of S.W.D. an,   148 Pamellia Drive,
             Bellaire, TX 77401-3712
intp        +Gayla E. Miller,   Cozen O'Connor,   c/o Thomas G. Wallrich,   33 S. 6th St.,   Suite 4640,
             Minneapolis, MN 55402-3718
unk         +Gerald A Wilson,   215 Gregg Parkway,   Columbia, SC 29206-4987
intp        +Gerald J. Block,   Murray & Murray,   Robert A. Franklin,   19400 Stevens Creek Blvd.,
             Suite 200,   Cupertino, CA 95014-2548
unk         +Gerald Login,   355 South End Avenue,   New York, NY 10280-1005
unk         +Giuseppi C. Basili,   19 Calvin Road,   Weston, CT 06883-1531
unk         +Gladys Cash,   c/o Katsky Korins LLP,   605 Third Avenue,   New York, NY 10158-1699
unk         +Gloria I/T/F Jeffrey Konigsberg,   c/o Norman A. Kaplan,   111 Great Neck Road,
             Great Neck, NY 11021-5400
unk         +Gloria I/T/F Stephen Konigsberg,   c/o Norman A. Kaplan,   111 Great Neck Road,
             Great Neck, NY 11021-5400
unk         +Gloria Konigsberg,   c/o Norman A. Kaplan, Esq.,   111 Great Neck Road,
             Great Neck, NY 11021-5400
unk         +Gotham Plaza Associates, LLC,   300 Robbins Lane,   Syosset, NY 11791-6012
unk         +Grace A. Nash,   1178 Sport Hill Road,   Easton, C   06612-1240
cr          +HHI Investment Trust #2,   c/o Sidley Austin LLP,   787 Seventh Avenue,
             New York, NY 10019-6018
intp        +HHI Investment Trust #2 and Defendants Listed on E,   c/o Schulte Roth & Zabel LLP,
             919 Third Avenue,   New York, NY 10022-3902
unk         +HHI Investment Trust #2; King Harris, in his fiduc,   c/o Schulte Roth & Zabel LLP,
             Marcy R. Harris, Esq.,   919 Third Avenue,   New York, NY 10022-3921
unk          Harmon Family Limited Partnership,   c/o Duane Morris,   1540 Broadway,
             New York, NY 10036-4086
```

District/off: 0208-1          User: changreen          Page 5 of 57          Date Rcvd: May 04, 2016
                              Form ID: pdf001          Total Noticed: 480

```
unk          +Harold Murtha, Trustee of Murtha Enterprises, Inc.,   P.O. Box 51,
              Beacon Falls, CT 06403-0051
unk          +Harvey Cohen,   34 Country Drive,   Plainview, NY 11803-3952
unk          +Heather Cohen,   1121 Lawrence Street,   North Bellmore, NY 11710-1928
unk          +Herbert Kasper,   32 East 64th Street,   New York, NY 10065-7359
sp            Higgs Johnson Truman Bodden & Co.,   P.O Box 866,   Anderson Square Building,   KY1-1103,
              Grand Cayman,   CAYMAN ISLANDS
unk          +Howard Merson, Trustee,   P.O. Box 810577,   Boca Raton, FL 33481-0577
cr           +Howard Siegel,   154 Porto Vecchio Way,   Palm Gardens, FL 33418-6223
unk           Hugo R. Pasqualis,   Hilarion de la Quintana 147,   Rosario (2000),   Santa Fe,   ARGENTINA
unk           I Martin Gelman and Michale Dancer JT/WROS,   Corte Madera, CA
cr           +Iron Mountain Information Management, Inc.,   c/o Frank F. McGinn, Esq.,
              Bartlett Hackett Feinberg P.C.,   155 Federal Street, 9th Floor,   Boston, MA 02110-1610
cr           +Irrevocable Charitable Remainder Trust of Yale Fis,   c/o Lowenstein Sandler LLP,
              65 Livingston Avenue,   Roseland, NJ 07068-1725
unk           Irving Gerberg,   Syoseet, NY  11791
unk          +Irving J. Pinto,   c/o Bruce S. Schaeffer,   404 Park Avenue South,   16th Floor,
              New York, NY 10016-8412,   UNITED STATES
cr           +Irwin Kellner,   40 Angler Lane,   Port Washington, NY 11050-1702
unk          +J.D. O'Neill Partnership, Ltd.,   c/o Chiesa Shahinian & Giantomasi PC,
              Attn.: Ronald Israel, Esq.,   One Boland Drive,   West Orange, NJ 07052-3686
unk          +Jacqueline A Johnson,   21 Harvest Hill Lane,   Stamford, CT 06905-2814
unk          +Jaime R Johnson,   27 Winesap Road,   Stamford, CT 06903-1818
unk          +James H. Cash,   c/o Katsky Korins LLp,   605 Third Avenue,   New York, NY 10158-1699
unk          +James J. Fitzpatrick,   225 McKinley Parkway,   Mineola, NY 11501-3126
unk          +James and Barbara Prochilo,   72 Riley Cove Rd,   Malta, NY 12020-4147
unk          +Janet Jaffin,   Jaspan Schlesinger LLP,   300 Garden City Plaza,   Garden City, NY 11530-3333,
              UNITED STATES
unk          +Janet Jaffin Dispositive Trust,   Jaspan Schlesinger LLP,   300 Garden City Plaza,
              Garden City, NY 11530-3333,   UNITED STATES
unk          +Janet Jaffin Revocable Trust,   c/o Jaspan Schlesinger LLP,   300 Garden City Plaza,
              Garden City, NY 11530-3333
unk          +Janis Weiss,   415 East 54th Street,   Apt. 10C,   New York, NY 10022-5250
unk          +Jason M. Rausher,   350 Club Circle, Apt. 206,   Boca Raton, FL 33487-3743
unk          +Jasper Investors Group LLC,   28 Rolling Drive,   Brookville, NY 11545-2613
cr           +Jay M. Izes,   9 Rest Avenue,   Ardsley, NY 10502-1907
unk           Jay Pasternack, as Trustee of the Martin Rappaport,   Clifton, NJ  07013
unk          +Jennie Brett,   1907 Plymouth Dr,   Westbury, NY 11590-5841
unk          +Jennifer Spring McPherson,   c/o Katsky Korins LLP,   605 Third Avenue,
              New York, NY 10158-1699
unk          +Jing Davis,   148 Pamellia Drive,   Bellaire, TX 77401-3712
cr           +Joan Roman,   2444 N.W. 59th Street, #1301,   Boca Raton, FL 33496-2830
unk          +Joanne Verses,   182 Dogwood Court,   Stamford, CT 06903-4511
cr           +Jodi Kohl,   c/o Okin, Hollander & DeLuca, L.L.P.,   One Parker Plaza,   400 Kelby Street,
              Fort Lee, NJ 07024-2943
cr           +Joel Busel,   1400 South Ocean Boulevard, Apt. 1506,   Boca Raton, FL 33432-8522
unk          +John D O'Neill,   c/o Chiesa Shahinian & Giantomasi PC,   Attn: Ronald Israel, Esq.,
              1 Boland Drive,   West Orange, NJ 07052-3686
unk          +John D. O'Neill,   c/o Chiesa Shahinian & Giantomasi PC,   Attn.: Ronald Israel, Esq.,
              One Boland Drive,   West Orange, NJ 07052-3686
unk          +Jon O. Fullerton, Beneficial Owner on Behalf of En,   706 Palm Cove Drive,
              Palm City, FL 34990-2059
unk          +Jonathan Cash,   c/o Katsky Korins LLP,   605 Third Avenue,   New York, NY 10158-1699
unk          +Jonathan Chais Transferee Trust No. 1,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
              New York, NY 10020-2003
unk          +Jonathan Cohen,   23 Farmstead Lane,   Brookville, NY 11545-2601
unk          +Jonathan Lee Riches,   P.O. Box 340,   Salters, SC 29590-0340
unk           Jonathan Sobin,   Manchester, NH
unk          +Jonathan Wolf Chais 1996 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
              New York, NY 10020-2003
cr           +Jonathon Wolf Chais Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
              New York, NY 10020-2003
cr           +Joseph N Muschel Memorial Foundation,   7 Boxwood Lane,   Monsey, NY 10952-2927
cr           +Joseph S. Eastern 2004 Irrevocable Trust, a New Je,   c/o Robin Eastern,   12 Maywood Court,
              North Caldwell, NJ 07006-4316
cr            Joseph and Ruth Shapira,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,
              Tel Aviv,   66184,   ISRAEL
unk          +Jozef Kaczynski,   95 Park Avenue,   Shelton, CT 06484-5934
unk          +Judith W. Bailey,   c/o Jerome Reisman, Esq.,   1305 Franklin Avenue,   PO Box 119,
              Garden City, NY 11530-0119
cr           +Judith Whitman,   5610 Country Club Way,   Sarasota, FL 34243-3761
unk          +Justin Kane,   9 Cassway Road,   Woodbridge, CT 06525-1214
unk          +Justin Robert Chasalow 1999 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
              New York, NY 10020-2003
unk          +Justin Robert Chasalow Transferee Trust No. 1,   c/o Sills Cummis & Gross P.C.,
              One Rockefeller Plaza,   New York, NY 10020-2003
dft          +KBC Investments Limited,   c/o Sidley Austin LLP,   787 Seventh Avenue,
              New York, NY 10019-6018
cr           +Kaplow Family Partnership,   c/o Vicki Kaplow,   7 Headley Way,   Woodbury, NY 11797-2702
unk          +Karen Davis,   22 Hickory Kingdom Road,   Bedford, NY 10506-2009,   UNITED STATES
```

District/off: 0208-1          User: changreen          Page 6 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001          Total Noticed: 480

md        +Keith Costa,   Riker Danzig Scherer Hyland & Perretti,   500 Fifth Avenue,   49th Floor,
           New York, NY 10110-4999
unk       +Kenneth S. Fitzpatrick,   148 Kings Gate Drive,   Lititz, PA 17543-8312
unk       +Kerry A. Unflat as Administratrix of the Estate of,   c/o Duane Morris,   1540 Broadway,
           New York, NY 10036-4039
intp      +Keystone Electronics Corp. Employee Profit Sharing,   c/o Fox Rothschild LLP,
           100 Park Avenue 15th Floor,   New York, NY 10017-5551
unk       +Klestadt & Winters, LLP,   570 Seventh Avenue, 17th Floor,   New York, NY 10018-1624
cr        +L & C Harwood, Trustees, CRT FBO Craig Harwood,   26 Journal Square,   Suite 804,
           Jersey City, NJ 07306-4104
cr        +L & C Harwood, Trustees, CRT FBO David Ehrlich,   26 Journal Square,   Suite 804,
           Jersey City, NJ 07306-4104
cr        +L & C Harwood, Trustees, CRT FBO Jonathan Ehrlich,   26 Journal Square,   Suite 804,
           Jersey City, NJ 07306-4104
cr        +L & C Harwood, Trustees, CRT FBO Laura Ehrlich,   26 Journal Square,   Suite 804,
           Jersey City, NJ 07306-4104
cr        +L & C Harwood, Trustees, CRT FBO Leslie Ehrlich,   26 Journal Square,   Suite 804,
           Jersey City, NJ 07306-4104
cr        +Laurel Kohl,   c/o Okin, Hollander & DeLuca, L.L.P.,   One Parker Plaza,   400 Kelby Street,
           Fort Lee, NJ 07024-2943
cr        +Lawrence Torn,   4500 King Palm Drive,   Tamarac, FL 33319-6120
unk        Leila F. Sobin (IRA),   Manchester, NH  03102
cr        +Leslie Ehrlich,   48 East 91st Street,   New York, NY 10128-1350
unk        Leslie Weiss,   New York, NY  10021
dft       +Lexington Capital Partners, L.P.,   Becker Glynn LLP,   299 Park Avenue,   16th Floor,
           New York, NY 10171-1600
unk       +Linda Laychak,   205 Laurel Ridge Lane,   North Kingstown, RI 02852-4153
unk       +Lisa B. Hurwitz Revocable Trust U/D/T 2/26/98,   c/o Duane Morris,   1540 Broadway,
           New York, NY 10036-4039
cr        +Livsforsikringsselskapet Nordea Liv Norge AS,   c/o Lee Harrington,   Nixon Peabody LLP,
           437 Madison Avenue,   New York, NY 10022-7039
sp         Lovells LLP,   Atlantic House,   Holborn Viaduct,   London EC1A 2FG,   UNITED KINGDOM
cr         Ltd. Editions Media, Inc. Defined Benefit Pension,   Stuart M. Nierenberg, Plan Trustee,
           PO Box 5748,   8550 E Branding Iron Drive,   Carefree, AZ  85377-5748
unk       +Lucas Blumenfeld Trust,   300 Robbins Lane,   Syosset, NY 11791-6012
cr        +Madeleine Goldman,   7410 Viale Caterina,   Delray Beach, FL 33446-3773
unk       +Madeline Celia Chais 1992 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
           New York, NY 10020-2003
unk        Madeline Chais Transferee Trust No. 1,   c/o Sills Cummis & Gross P.C.,   One Riverfront Plaza,
           Newark, NJ  07102
unk       +Magnus A. Unflat IRA,   c/o Duane Morris,   1540 Broadway,   New York, NY 10036-4039
unk       +Margaret Fitzpatrick,   148 Kings Gate Drive,   Lititz, PA 17543-8312
unk       +Margaret L. Fullerton, Beneficial Owner on Behalf,   706 Palm Cove Drive,
           Palm City, FL 34990-2059
unk       +Margaret Pace,   22 Weed Avenue,   Norwalk, CT 06850-2224
unk       +Margherita M. Basili, Trustee of Margherita M. Bas,   37 Whitney Glen Drive,
           Westport, CT 06880-3700
unk        Maria Rabinovich,   37 Overlook Terrace, Apt. 6E,   New York, NY  10033-2214
unk       +Maria Shuster,   234 Adams Road,   Easton, CT 06612-1404
cr         Marian Staniszewski,   5 Rue Ecole de Commerce,   1004 Lausanne,   SWITZERLAND
unk       +Mark Chais,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,   New York, NY 10020-2003
unk       +Mark Hugh Chais 1983 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
           New York, NY 10020-2003
unk       +Mark Hugh Chais Issue Trust No. I,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
           New York, NY 10020-2003
unk       +Mark Hugh Chais Issue Trust No. II,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
           New York, NY 10020-2003
unk       +Mark Hugh Chais Trust No. 2,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
           New York, NY 10020-2003
unk       +Mark Hugh Chais Trust No. 3,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
           New York, NY 10020-2003
unk       +Mark Richard Byers,   c/o Baach Robinson & Lewis PLLC,   1201 F Street, NW,   Suite 500,
           Washington, DC 20004-1225
cr        +Marsha F. Peshkin,   1416 Harbour Point Drive,   North Palm Beach, FL 33410-3419
unk       +Marsha H. Rausher,   17355 Ventana Drive,   Boca Raton, FL 33487-1022
unk       +Marshall Miller,   c/o Cozen O'Connor,   33 S. 6th Street,   Suite 4640,
           Minneapolis, MN 55402-3718
unk       +Mary Zarra, as parent of A.Z. and A.Z.,   15 Oyster Road,   Fairfield, CT 06824-6927
unk       +Max Blumenfeld Trust,   300 Robbins Lane,   Syosset, NY 11791-6012
unk       +Maxrob, L.P.,   300 Robbins Lane,   Syosset, NY 11791-6012
unk       +Melissa Doron, parent of A.S.D.,   5818 Ludington Drive,   Houston, TX 77035-4215
           Meritz Fire & Marine Insurance Company Ltd.,   825-2 Yeoksam-dong,   Kangnam-gu,   Seoul,
           135-080 SOUTH KOREA
unk        Michael Berman,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   p.o.b. 36090,
           Tel-Aviv,   66184,   ISRAEL
unk       +Michael T. Nash,   1178 Sport Hill Road,   Easton, CT 06612-1240
cr        +Microsoft Corporation and Microsoft Licensing, GP,   c/o Joseph E. Shickich, Jr.,
           Riddell Williams P.S.,   1001 4th Ave Ste 4500,   Seattle, WA 98154-1065
unk       +Milton Cooper as Trustee,   Jaspan Schlesinger LLP,   300 Garden City Plaza,
           Garden City, NY 11530-3333,   UNITED STATES

```
intp        +Minnetonka Moccasin Co. Inc. Pension Plan,   Cozen O'Connor,   c/o Thomas G. Wallrich,
             33 S. 6th St.,   Suite 4640,   Minneapolis, MN 55402-3718
intp        +Minnetonka Moccasin Co., Inc. Profit Sharing Trust,   Cozen O'Connor,   c/o Thomas G. Wallrich,
             33 S. 6th St.,   Suite 4640,   Minneapolis, MN 55402-3718
unk         +Mitchell J. Rausher,   17355 Ventana Drive,   Boca Raton, FL 33487-1022
cr          +Morton L. and Joyce Certilman,   c/o Certilman Balin Adler & Hyman, LLP,   90 Merrick Avenue,
             East Meadow, NY 11554-1597
cr           Moshe and Naomi Fejgin,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,
             Tel Aviv,  66184,  ISRAEL
intp        +NBCUniversal Media, LLC,   30 Rockefeller Plaza,   New York, NY 10112-0015
cr          +NTC & Co.,   c/o Jerome Reisman, Esq.,   1305 Franklin Avenue,   PO Box 119,
             Garden City, NY 11530-0119
cr          +NTC & Co.,   1400 South Ocean Boulevard, Apt. 1506,   Boca Raton, FL 33432-8522
unk         +Nancy Mendelow,   Arkin Solbakken LLP,   750 Lxington Avenue,   New York, NY 10022-1200
unk         +Naomi Gordon,   180 Beacon St.,   Boston, MA 02116-1401
unk         +Natasha Jane Rabinovich,   234 Adams Road,   Easton, CT 06612-1404
cr          +Nordea Liv & Pension, Livsforsikringsselskab A/S.,   c/o Lee Harrington,   437 Madison Avenue,
             New York, NY 10022-7001
cr          +Nordea Livsfrskring Finland Ab,   c/o Lee Harrington,   437 Madison Avenue,
             New York, NY 10022-7001
cr          +Nordea Livsfrskring Sverige AB,   C/o Lee Harrington,   Nixon Peabody LLP,   437 Madison Avenue,
             New York, NY 10022-7039
unk         +Onondaga, Inc.,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Onondaga, Inc. Pension Plan,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
cr          +Oracle USA, Inc.,   Buchalter Nemer, P.C.,   c/o Shawn M. Christianson,
             55 Second Street, 17th Floor,   San Francisco, CA 94105-3493
unk         +Orthopaedic Specialty Group P.C. Plan Participants,   c/o Sandak Hennessey & Greco LLP,
             707 Summer Street,   Stamford, CT 06901-1026
unk          Orthopaedic Specialty Group PC,   Fairfiled, CT 06430
cr          +Oscar L. Gerber Residuary Trust A,   c/o Schulte Roth & Zabel LLP,   Attn: Marcy Harris, Esq.,
             919 Third Avenue,   New York, NY 10022-3921
unk         +Oscar L. Gerber Residuary Trust B,   c/o Schulte Roth & Zabel LLP,   Attn: Marcy Harris, Esq.,
             919 Third Avenue,   New York, NY 10022-3921
cr          +PFA Pension A/S,   c/o Lee Harrington,   Nixon Peabody LLP,   437 Madsion Avenue,
             New York, NY 10022-7039
unk          PGC Limited Partnership,   c/o Duane Morris,   1540 Broadway,   New York, NY 10036-4086
dft         +Pamela Christian,   Arkin Solbakken LLP,   750 Lexington Avenue,   New York, NY 10022-1200
unk         +Pati H. Gerber Ltd.,   c/o Schulte Roth & Zabel LLP,   Attn: Marcy Harris, Esq.,
             919 Third Avenue,   New York, NY 10022-3921
unk         +Patricia Samuels,   Jaspan Schlesinger LLP,   300 Garden City Plaza,
             Garden City, NY 11530-3333,  UNITED STATES
unk         +Patti E Schacht,   326 Bishops Forest Drive,   Waltham, MA 02452-8809
unk         +Patti H. Gerber 1997 Trust,   c/o Schulte Roth & Zabel LLP,   Attn: Marcy Harris, Esq.,
             919 Third Avenue,   New York, NY 10022-3921
unk          Paul J Robinson,   West Conshohocken, PA 19428
unk         +Paula S. Katz,   5210 N. Braewood Blvd.,   Houston, TX 77096-2520
unk         +Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Est,   388 Harrier Drive,
             Monroe Township, NJ 08831-5583
unk         +Peter Zutty,   Jaspan Schlesinger LLP,   300 Garden City Plaza,   Garden City, NY 11530-3333,
             UNITED STATES
cr          +Primeshares,   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
dft         +Prospect Capital Partners,   Becker Glynn LLP,   299 Park Avenue,   16th Floor,
             New York, NY 10171-1600
dft         +Prospect Hill Foundation,   Becker Glynn,   299 Park Avenue,   16th Floor,
             New York, NY 10171-0002
unk         +Rachel Allison Chasalow 1999 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Rachel Allison Chasalow Transferee Trust No. 1,   c/o Sills Cummis & Gross P.C.,
             One Rockefeller Plaza,   New York, NY 10020-2003
unk          Rachel Aviv,   23 Menahem Begin Rd.,   p.o.b. 36090,   Tel-Aviv,   66184,   ISRAEL
cr          +Realty Negotiators Inc Defined Benefit Pension Pla,   30 Jericho Executive Plaza,   Suite 300C,
             Jericho, NY 11753-1031
intp         Regulus Asset Management Ltd.,   6 Front Street,   Hamilton, HM 11,   BERMUDA
intp        +Reliance International Research LLC,   c/o Seward & Kissel LLP,   One Battery Park Plaza,
             New York, NY 10004-1485,   U.S.A.
intp        +Richard A. Miller,   Cozen O'Connor,   c/o Thomas G. Wallrich,   33 S. 6th St.,   Suite 4640,
             Minneapolis, MN 55402-3718
intp        +Richard A. Miller Trust dated 5/3/2000,   Cozen O'Connor,   c/o Thomas G. Wallrich,
             33 S. 6th St.,   Suite 4640,   Minneapolis, MN 55402-3718
unk         +Richard Abramowitz & Pomerantz, P.A. Retirement Pl,   7800 W. Oakland Park Blvd., Suite 101,
             Sunrise, FL 33351-6742
cr          +Richard Bailey,   c/o Jerome Reisman, Esq.,   1305 Franklin Avenue,   PO Box 119,
             Garden City, NY 11530-0119
unk         +Richard L. Cash Declaration of Trust Dated Septemb,   c/o Katsky Korins LLP,   605 Third Avenue,
             New York, NY 10158-0180
cr          +Richard Shapiro,   5000 N. Parkway Calabasas, Suite 105,   Calabasas, CA 91302-3904
unk         +Richard Spring,   c/o Katsky Korins LLP,   605 Third Avenue,   New York, NY 10158-1699
unk         +Richard Witten,   1445 Flagler Dr.,   Mamaroneck, NY 10543-4606
```

District/off: 0208-1          User: changreen          Page 8 of 57          Date Rcvd: May 04, 2016
                              Form ID: pdf001          Total Noticed: 480

```
unk          +Rita S. Katz (n/k/a Rita Starr Katz Davey),   214 Sailor's Run,   Lakeway, TX 78734-4100
cr           +Robert F. Ferber,   1807 Circle Road,   Ruxton, MD 21204-6416
cr           +Robert Jason Schustack,   Rosen & Associates, P.C.,   747 Third Avenue,
              New York, NY 10017-2850
unk          +Robert Levin,   2134 Sunderland Avenue,   Wellington, FL 33414-7722
unk          +Robert Luria Partners,   Jaspan Schlesinger LLP,   300 Garden City Plaza,
              Garden City, NY 11530-3333,   UNITED STATES
cr           +Robert Roman,   2444 N.W. 59th Street, #1301,   Boca Raton, FL 33496-2830
cr           +Robert Yaffe,   30 Jericho Executive Plaza,   Suite 300C,   Jericho, NY 11753-1031
unk          +Robert Zutty,   Jaspan Schlesinger LLP,   300 Garden City Plaza,   Garden City, NY 11530-3333,
              UNITED STATES
unk          +Roberta Cohen,   34 Country Drive,   Plainview, NY 11803-3952
unk          +Roberta Schwartz,   5210 Broadway #3H,   Bronx, NY 10463-7614
cr           +Robin Eastern,   12 Maywood Court,   North Caldwell, NJ 07006-4316
unk          +Robin S. Abramowitz,   3525 Windmill Ranch Road,   Weston, FL 33331-3050
unk          +Roger Gordon,   180 Beacon St.,   Boston, MA 02116-1401
unk          +Roger Peskin,   51 East Wall Street,   Bethlehem, PA 18018-6012
unk          +Rosemarie Fitzpatrick,   225 McKinley Parkway,   Mineola, NY 11501-3126
cr           +Rosenman Family LLC,   c/o Howard Kleinhendler, Esq.,   Wachtel & Masyr, LLP,   110 E. 59th St.,
              New York, NY 10022-1304
unk           Rossana Powsner,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   p.o.b. 36090,
              Tel-Aviv,   66184,   ISRAEL
unk          +Ryan Eyges Trust Dated December 26, 1996,   c/o Duane Morris,   1540 Broadway,
              New York, NY 10036-4086
unk          +S. H. & Helen R. Scheuer Family Foundation, Inc.,   c/o Katsky Korins LLP,   605 Third Avenue,
              New York, NY 10158-0180
unk          +S. James Coppersmith,   c/o Emerson College,   100 Beacon Street,   Boston, MA 02116-1567
unk          ++++SUSAN KOVACH ITF JOAN KOVACK MARTIN,   1672 BEL AIR AVE,   POMPANO BEACH FL 33062-7666
              (address filed with court: Susan Kovach ITF Joan Kovack Martin,   1672 SE 21st Avenue,
              Pomoano Beach, FL 33062)
unk          +Samatha C. Eyges Trust UAD 4/19/02,   c/o Duane Morris,   1540 Broadway,
              New York, NY 10036-4039
unk          +Samuel D. Davis,   5602 Armour Drive,   Houston, TX 77020-8005
unk          +Samuels Family Ltd. Partnership,   Jaspan Schlesinger LLP,   300 Garden City Plaza,
              Garden City, NY 11530-3333,   UNITED STATES
cr           +Sandra Busel,   1400 South Ocean Boulevard, Apt. 1506,   Boca Raton, FL 33432-8522
unk          +Sandy Cohen,   1276 N. Pierce Avenue,   Bellmore, NY 11710-2316
unk           Schiltz & Schiltz,   2 rue du Fort Rheinsheim,   L-2419,   LUXEMBOURG
intp         +Scott Miller,   Cozen O'Connor,   c/o Thomas G. Wallrich,   33 S. 6th St.,   Suite 4640,
              Minneapolis, MN 55402-3718
intp          Senator Fund SPC,   P.O. Box 1350 GT,   Clifton House,   75 Fort Street,   George Town,
              CAYMAN ISLAND
intp          Senator Fund SpA,   DMS House,   20 Genesis Close Grand Cayman,   KY1-1108,   CAYMAN ISLAND
cr            Shimon Laor,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,   Tel Aviv,   66184,
              ISRAEL
unk          +Shirley B. Sklar,   88 Starin Drive,   Stamford, CT 06902-1932
cr           +Shirley Schustack Conrad,   Rosen & Associates, P.C.,   747 Third Avenue,
              New York, NY 10017-2850
cr            Shlomit & Gideon Steinitz,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,
              Tel Aviv,   66184,   ISRAEL
cr            Shlomo & Miriam Abrahamer,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,
              Tel Aviv,   66184,   ISRAEL
unk          +Sol Davis, Individually and Trustee of Sol Davis R,   8977 Briar Forest Drive,
              Houston, TX 77024-7219
unk          +Sophia B Freitag,   4 Butternut Lane,   Norwalk, CT 06851-1010
unk          +South Sea Holdings LP,   Blumenfeld,   300 Robbins Lane,   Syosset, NY 11791-4498
cr            Stanley Hirschhorn,   Manalapan, NJ  07726
cr           +Stephen B. Siegel,   c/o Howard Kleinhendler, Esq.,   Wachtel & Masyr, LLP,   110 E. 59th St.,
              New York, NY 10022-1304
cr           +Stephen Ehrlich,   48 East 91st Street,   New York, NY 10128-1350
unk          +Stephen John Akers,   c/o Baach Robinson & Lewis PLLC,   1201 F Street, NW,   Suite 500,
              Washington, DC 20004-1225
dft          +Steven B. Mendelow,   Arkin Solbakken LLP,   750 Lexington Avenue,   News York, NY 10022-1200
unk          +Steven E. Sklar, parent of J.K.S., K.H.S., N.A.S.,   5406 South Fulton Court,
              Greenwood Village, CO 80111-3660
intp         +Steven L. Miller,   c/o Cozen O'Connor,   33 S. 6th Street,   Suite 4640,
              Minneapolis, MN 55402-3718
unk          +Susan Blumenfeld,   One Whitney Lane,   Old Westbury, NY 11568-1019
unk          +Susan Blumenfeld GST Trust,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          +Susan D Labriola,   222 Guinea Road,   Brewster, NY 10509-2614
intp         +Susan Miller,   c/o Cozen O'Connor,   33 S. 6th Street,   Suite 4640,
              Minneapolis, MN 55402-3718
unk          +Tali Chais 1997 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
              New York, NY 10020-2003
unk          +Tali Chais Transferee Trust No. 1,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
              New York, NY 10020-2003
intp          Tereo Trust Company Limited,   83 Front Street,   Hamilton, HM 12,   BERMUDA
unk          +The Chernis Family Living Trust,   c/o Duane Morris,   1540 Broadway,   New York, NY 10036-4039
cr           +The DOS BFS Charitable Foundation,   100 Ring Road West, Suite 101,
              Garden City, Ny 11530-3205
```

```
cr          +The DOS BFS Family Partnership II,L.P.,   100 Ring Road West, Suite 101,
             Garden City, NY 11530-3205
unk         +The David Blumenfeld Farmingdale Trust,   300 Robbins Lane,   Syosset, NY 11791-6012
unk          The Eleanore C. Unflat Living Trust U/A dtd 4/9/91,   c/o Duane Morris,   1540 Broadway,
             New York, NY  10036-4086
cr          +The Harold R. Rudnick Trust,   PO Box 20694,   West Side Station,   Worcester, MA 01602-0694
unk         +The Jeanne T. Spring Trust,   Katsky Korins LLP,   605 Third Avenue,   New York, NY 10158-0180
intp        +The John E. Guinness Revocable Trust Dated June 11,   19601 Shelburne Drive,
             Shaker Heights, OH 44118-4957
cr           The Kessler Nominee Partnership,   c/o Duane Morris,   1540 Broadway,
             New York, NY 10036-4086
unk         +The Marcia Chernis Revocable Trust DTD 1/16/87,   c/o Duane Morris LLP Kara M. Zaleskas,
             1540 Broadway,   New York, NY 10036-4039
unk          The Marilyn Chernis Revocable Trust,   c/o Duane Morris LLP,   1540 Broadway,
             New York, NY 10036-4086
cr          +The National Center for Disability Services, Inc.,   201 I U Willets Road,
             Albertson, NY 11507-1599
unk         +The Pati H. Gerber Marital Deduction Trust Under t,   c/o Schulte Roth & Zabel LLP,
             Attn: Marcy Harris, Esq.,   919 Third Avenue,   New York, NY 10022-3921
dft         +The Sperry Fund,   Becker Glynn LLP,   299 Park Avenue,   16th Floor,   New York, NY 10171-0002
unk         +The Spring Family Trust,   c/o Katsky Korins LLP,   605 Third Avenue,   New York, NY 10158-0180
unk         +Theodore Wm. Tashlik,   40 Cuttermill Road,   P.O. Box 3015,   Great Neck, NY 11021-3213
unk         +Theresa A. Wolfe,   3808 Kimberly Drive,   Pearland, TX 77581-4751
unk         +Thomas H. Nash,   1178 Sport Hill Road,   Easton, CT 06612-1240
unk         +Thomas R. Fitzmaurice,   38 Royal James Drive,   Hilton Head, SC 29926-1898
unk         +Traci D. Davis,   6149 Dunbar Court,   League City, TX 77573-6359
unk         +Tradex Global Master Fund SPC Ltd.,   c/o Tradex Global Advisors,   35 Mason Street,
             Greenwich, CT 06830-5433
cr          +Triangle Properties #39,   30 Jericho Executive Plaza,   Suite 300C,   Jericho, NY 11753-1031
unk         +Trust f/b/o Brad Blumenfeld,   300 Robbins Lane,   Syosset, NY 11791-6012
unk         +Trust f/b/o David Blumenfeld,   300 Robbins Lane,   Syosset, NY 11791-6012
unk         +Turbo Investors LLc et al Profit Sharing Plan,   c/o Hinckley & Heisenberg LLP,
             501 5th Avenue, Suite 506,   New York, NY 10017-7838
unk         +Unicycle Corporation,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Unicycle Trading Company,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +Veritable LP,   c/o Pepper Hamilton LLP,   Attn: Deborah Kovsky-Apap, Esq.,
             100 Renaissance Center,   Suite 3600,   Detroit, MI 48243-1157
cr          +Vicki Kaplow,   7 Headley Way,   Woodbury, NY 11797-2702
cr           Vicki Kaplow Family Trust I,   c/o Vicki Kaplow, Trustee,   7 Headley Way,
             Woodbury, NJ  11791
unk         +Vladimir Rabinovich,   234 Adams Road,   Easton, CT 06612-1404
unk         +Weithorn/Casper Associates For Selected Holdings L,   8655 E Via de Ventura,   Ste. 6-200,
             Scottsdale, AZ 85258-3300
unk         +Wendy Sager Pomerantz,   16100 Emerald Estates Dr. #280,   Weston, FL 33331-6107
unk         +William & Wrenn Chais 1994 Family Trust,   c/o Sills Cummis & Gross P.C.,
             One Rockefeller Plaza,   New York, NY 10020-2003
unk         +William Chais,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +William Frederick Chais 1983 Trust,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +William Frederick Chais Issue Trust No. I,   c/o Sills Cummis & Gross P.C.,
             One Rockefeller Plaza,   New York, NY 10020-2003
unk         +William Frederick Chais Issue Trust No. II,   c/o Sills Cummis & Gross P.C.,
             One Rockefeller Plaza,   New York, NY 10020-2003
unk         +William Frederick Chais Trust No. 2,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +William Frederick Chais Trust No. 3,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
unk         +William G. Brammer, Jr.,   1970 N. Leslie Street PMB 2702,   Pahrump, NV 89060-3678
unk         +William Sklar, Trustee of Pacific Plumbing and Hea,   235 Westport Avenue,
             Norwalk, CT 06851-4310
sp           Williams, Barristers & Attorneys,   LOM Building,   27 Reid Street,   Hamilton,   BERMUDA
cr          +Winchester Global Trust Company Limited,   c/o Sidley Austin LLP,   787 Seventh Avenue,
             New York, NY 10019-6018
cr           Winco Real Estate SVC DBPP,   50000 N. Parkway Calabasas, Suite 105,   Calabasas, CA  91302
unk         +Wolfson Equities a/k/a Wolfson Group,   1 State Street Plaza 29th Floor,
             New York, NY 10004-1449
unk         +Wrenn Chais,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
             New York, NY 10020-2003
cr           Yoseph & Rena Yechieli,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   pob 36090,
             Tel Aviv,  66184,   ISRAEL
unk          Yvonne Feffer,   c/o M. Seligman & Co.,   23 Menahem Begin Rd.,   p.o.b. 36090,
             Tel-Aviv,  66184,   ISRAEL
cr          +c/o Duane Morris LLP Raven C. Wile,   1540 Broadway,   New York, NY 10036-4086
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 04 2016 19:48:43     United States Trustee,
               Office of the United States Trustee,   U.S. Federal Office Building,
               201 Varick Street, Room 1006,   New York, NY 10014-9449
intp          +E-mail/Text: anisselson@windelsmarx.com May 04 2016 19:48:48     Alan Nisselson,
               c/o Windels Marx Mittendorf & Lane, LLP,   156 West 56th Street,   New York, NY 10019-3800
dft            E-mail/Text: dsanginari@daypitney.com May 04 2016 19:48:52     Edmond A. Gorek,
               c/o Day Pitney LLP,   One Jefferson Road,   Parsippany, NJ  07054-2891
cr            +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 04 2016 19:48:55     Liquidity Solutions, Inc.,
               One University Plaza,   Ste 312,   Hackensack, NJ 07601-6205
dft            E-mail/Text: dsanginari@daypitney.com May 04 2016 19:48:52     Marguerite M. Gorek,
               c/o Day Pitney LLP,   One Jefferson road,   Parsippany, NJ  07054-2891
cr             Fax: 202-326-4112 May 04 2016 19:48:25     PENSION BENEFIT GUARANTY CORP.,
               Office of the Chief Counsel,   1200 K Street, N.W.,   Suite 340,   Washington, DC  20005-4026
unk           +E-mail/Text: nyrobankruptcy@sec.gov May 04 2016 19:48:48     Securities and Exchange Commission,
               3 World Financial Center,   New York, NY 10281-1022
                                                                                         TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alissa m Nann
aty           Arent Fox LLP
aty           Christian de Preux,   100 Rue Du Rhone,   1204 Geneve,   Suisse
aty           Marc Hirschfield
aty           Michelle Merson Fronstin
aty           Steven Bergman
aty           William B. Pollard, III
cr            101 Huntington Holdings LLC
unk           17665 Newhope Mfg., LLC
intp          1776 K Street Associates Limited Partnership
intp          20:20 Medici AG
unk           20:20 Medici AG
unk           2427 Parent Corporation
dft           A & G Goldman Partnership
unk           A&G Goldman Partnership
unk           A. Eugene Kohn
unk           A. Eugene Kohn
unk           A. Marshall
cr            ABG Partners
cr            ABG Partners d/b/a ABG Investments
intp          ABN AMRO BANK (IRELAND) LTD. (f/k/a FORTIS PRIME F
dft           ABN AMRO BANK N.V. (presently known as THE ROYAL B
intp          ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a
intp          ABN AMRO Fund Services (Isle of Man) Nominees Limi
unk           ABR Capital Fixed Option/Income Strategic Fund LP
unk           AGL Life Assurance Company
unk           AGL Life Assurance Company Separate Account VL 84
unk           AHT Partners, LP
unk           ALYSE JOEL KLUFER, AS TRUSTEE OF THE ROBERT AND AL
unk           ALYSE JOEL KLUFER, INDIVIDUALLY, AND IN HER CAPACI
unk           AUED International, Ltd.
cr            AXA Private Managment
unk           AYI International Holdings SA
unk           AYT International Holdings SA
unk           Aaron Blecker
unk           Abbey Goodman, as Beneficiary of The Jerome Goodma
unk           Abbit Family Trust and its Trustees, Jeffrey Brian
unk           Abby Weiss
unk           Abdallah Joseph Razzouk
cr            Abe Kleinman
unk           Abe Schy
unk           Abe Schy as Custodian for B.S., J.S. and M.S.
unk           Abel Kowalsky
unk           Abu Dhabi Investment Authority
unk           Access Advantage Master Fund
intp          Access International Advisors LLC
dft           Access International Advisors Ltd.
dft           Access Management Luxembourg SA
dft           Access Partners SA
cr            Accu Plan Employees Profit Sharing Trust
unk           Accu Trust Employees Profit Sharing Trust
unk           Adam A. Sabella
unk           Adam C. Langley
cr            Adam Fisher Trust
unk           Adam Lazarus
unk           Adam Lazarus
unk           Ade Ogunjobi, Toks, Inc.
unk           Adele Fox
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
dft            Adele Fox
unk            Adele Fox
unk            Adele Shapiro
unk            Adele Silverman Rev. Trust
unk            Adeline Sherman Revocable Trust as Amended
unk            Adriane Biondo
unk            Advanced Dermatology Associates, Ltd
unk            Advent Management Corp. Pension Plan and Trust
unk            Aegis Holdings (Onshore) Inc. FBO The Beaumont Mas
unk            Agas Company L.P.
unk            Agile Group, LLC and Agile Funds Investor Committe
unk            Ala Investments
unk            Alaln D. Bleznak Revocable Trust Dated 4/15/03
unk            Alan D. Bleznak
unk            Alan D. Bleznak 2004 Five Year Grantor Retained An
unk            Alan D. Bleznak 2006 Five Year Grantor Retained An
unk            Alan D. Bleznak 2007 Five Year Grantor Retained An
unk            Alan English
cr             Alan Garfield
dft            Alan Goldman
unk            Alan H. Rosenthal
unk            Alan Hayes
unk            Alan J. Winters Profit Sharing Trust
cr             Alan L. and Norma K. Aufzien
unk            Alan M. Goldberg
unk            Alan M. Ripen
unk            Alan Meyers  and  Ellen Meyers
unk            Alan Roth
cr             Alan Wallenstein
unk            Alana D. Gold
unk            Alastair Brown
unk            Albert Angel
unk            Albert Family Retirement LP
cr             Albert H. Small
intp           Albert H. Small
cr             Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE
unk            Albourne America LLC
unk            Alex D. Harrell
unk            Alexander Mendik
unk            Alexander Mendik 1986 Trust
unk            Alexander Moroz
unk            Alexander Sirotkin
unk            Alexander Squadron
unk            Alexandra Fisher Trust
unk            Alexandra Pollanka
unk            Alexandra Story
unk            Alfred B. Reischer Trust
unk            Alfred B. Reischer Trust
unk            Alice Barbanel
unk            Alice Carson
unk            Alice G. Miller Exemption Trust
unk            Alice G. Miller Marital Trust
unk            Alice M. Boczko
unk            Alice Sachs
unk            Alice Schindler
unk            Alice Schindler
unk            Alice V. Smokler
unk            Alison Altman
unk            All of the Partners of P&S Associates General Part
unk            All of the Partners of S&P Associates General Part
unk            Allan Goldstein
unk            Allan Inger
unk            Allan R. Hurwitz
unk            Allan R. Hurwitz Revocable Trust
unk            Allan R. Hurwitz and Barbara J. Hurwitz JT/WROS
unk            Allan R. Tessler, in his capacity as Trustee of CR
unk            Allan Starr
unk            Allan Wilson
unk            Allan Wilson, individually
unk            Allen Family Trust
unk            Allen Gordon
unk            Allen Meisels
cr             Allen Robert Greene
unk            Allison George
unk            Allison Malloy
unk            Allison Matz Sepielli
unk            Allyn Levy Revocable Trust, dated September 25, 19
unk            Allyne Schwartz
unk            Allyne Schwartz 2008 Grantor Retained Annuity Trus
```

District/off: 0208-1          User: changreen          Page 12 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480

```
              ***** BYPASSED RECIPIENTS (continued) *****
unk           Alois Gruber
dft           Alpine Trustees Limited, Individually and As Trust
unk           Alvin E. Shulman
unk           Alvin E. Shulman Pourover Trust, in its capacity a
cr            Alvin Gindel
cr            Alvin Gindel Revocable Trust and Alvin Gindel
unk           Alvin J. Delaire, Jr.
unk           Alvin Jaffe Trust dtd 4/20/90
cr            Alvin R. Rush c/o Weiser LLP
unk           Amanda Alpern Trust
unk           Amanda Atlas
unk           Amanda Bedus
cr            Amanda Fisher Trust
unk           Amanda Lefkowitz
unk           Amanda Savasky
unk           Amanda Schupak
unk           Ambassador Shoe Corporation
unk           Amber Lazarus
unk           Amber Lazarus
unk           Ambroz Preatoni
unk           Ameeta Vijayvergiya
cr            America-Israel Cultural Foundation, Inc.
cr            American Independence Corp.
unk           Amir & Naama Peleg
dft           Amy A. Hobish, Mitchell K. Hobish, Richard S. Hobi
unk           Amy B. Tyson
unk           Amy Goldman
unk           Amy J. Luria
unk           Amy Pinto Lome Revocable Trust, U/A/D 5/22/03
unk           Amy Pinto Lome, individually and in her capacity a
unk           Amy Roth
unk           Amy S. Smith
unk           Amy Thau Friedman
unk           Ana Josefina Castagno De Agresti
unk           Anabella B. Charwat
cr            Anchor Holdings, LLC
unk           Andrea Blaine
unk           Andrea Certilman Ziegler
unk           Andrea J. Marks, trustee&beneficiary of Jacob M. D
unk           Andrea R. Leeds
unk           Andreas Hdun
unk           Andreas Lang
unk           Andres Bodhert
unk           Andres Jacobs
unk           Andrew Astracahn Trust Dated 10/8/01
unk           Andrew Goodman, in his capacity as a general partn
dft           Andrew H. Cohen
unk           Andrew Katz and Deborah Katz JT TEN
unk           Andrew Kaufman
unk           Andrew Kostin
unk           Andrew L. Cairns
unk           Andrew M. Goodman
intp          Andrew N. Jaffe Trust U/D/T DTD 5/12/75 As Amended
unk           Andrew Schupak
unk           Andrzej Sal
unk           Angela Dozier-Carter
unk           Angela Ferrara
unk           Angela Gardner
cr            Angelo Viola
cr            Angelo Viola (IRA)
unk           Angels Park Management SA
cr            Anita Karimian
unk           Anita M. Tappy
unk           Ann Denver
unk           Ann Malcolm Olesky
unk           Anna Cohn
unk           Anna Jung
unk           Anna Rothwell
cr            Anna Shin-Man Shum
unk           Anne Del Casino
unk           Anne M. Pawelczak
unk           Anne Schupak
cr            Anne Strickland Squadron
unk           Anne Strickland Squadron
unk           Annemarie Thrainer
unk           Annette Bennett
unk           Annette Daniels
unk           Annette Jungreis
unk           Annette Jungreis Trust
```

District/off: 0208-1          User: changreen          Page 13 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk          Annika Krankl
unk          Anthony F. Russo
unk          Anthony Fusco
unk          Anthony M. Sferrazza
unk          Anthony Morrone
cr           Aozora Bank Ltd.
unk          April Bukofser Manzke
unk          Ariana Victor
unk          Arie & Ayala Givony
unk          Arie Givony & Ayala Givony
dft          Ariel Fund Limited And Gabriel Capital, L.P.
unk          Ariella Shkedi
unk          Arlene B. Perlis
unk          Arlene C. Mortimer
unk          Arlene Stern
unk          Arlene Turbi Smilow
unk          Armand Lindenbaum
unk          Arnold Glen Sarnel
unk          Arnold Saltzman
unk          Aron B. Katz, Martin J. Katz, Margaret Katz Cann,
unk          Arrowgoal Business S. A.
dft          Arthur B. Page, in his capacity as Trustee of the
unk          Arthur Friedman
unk          Arthur Friedman & Ruth Friedman J/T WROS
unk          Arthur H. Goldberg
unk          Arthur I. Segel
cr           Arthur J. Feibus
cr           Arthur M. Siskind
unk          Arthur M. Siskind
unk          Arthur S. Gordon
unk          Arthur and Eleanor Squadron
unk          Article 8.1 Trust
unk          Article Fourth Trust U/W Martin J. Joel, Jr., Dece
unk          Aryeh & Michal Berman
dft          Ascot Fund Ltd.
dft          Ascot Partners, L.P.
dft          Ashby Holdings Services Limited
dft          Ashby Investment Services Limited
unk          Asher and Aliza Kutner
unk          Ashley P. Harrell
unk          Aspen Fine Arts Co.
unk          Aspen Fine Arts Co. Defined Contribution Plan
unk          Athena Arvan
dft          Atlantic Security Bank
dft          Atlas, in her capacity as Personal Representative
sp           Attias & Levy
unk          Attorneys for John V. O'Neill, Justin J. O'Neill a
unk          Atwood Management Profit Sharing Plan & Trust f/k/
unk          Au Sue Ling
unk          Au Yuet Shan
unk          Audax Group LP
cr           Audax Group LP
cr           Audax Management Co. LLC
unk          Audra Lazarus
unk          Audra Lazarus
unk          Audrey Goodman
unk          Audrey Goodman, in her capacity as a general and l
unk          Audrey Koota
unk          Audrey Redston
unk          Austin Bosarge
unk          Avishai & Leah Silvershatz
unk          Avishai Silvershatz
unk          Axelrod Investments LLC
unk          Ayanna Drafts
unk          Ayelet & Nachum Tal
unk          Ayelet Tal & Nachum Tal
unk          B.H.K. Investments
cr           B.H.K. Investments
unk          B.S. a minor
unk          B.V. Investors
unk          BAC Local 3 NY Union
cr           BAM LP
intp         BANK OF AMERICA
unk          BANQUE INTERNATIONALE  LUXEMBOURG (SUISSE) S.A. (f
unk          BARBARA ROTH
cr           BK Interest, LLC
intp         BNP Paribas Defendants
intp         BSI AG
cr           BWA Ambassador, Inc., Robert Siff, and Shirley Sif
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

| | |
|---|---|
| unk | Baird Investment Partners, LP |
| unk | Baker  & Hostetler, L.L.P. |
| unk | Bally KO Partnership |
| dft | Bam L.P., Adam Mann, Meryl Mann, Michael Mann, and |
| dft | Banca Carige S.p.A. |
| intp | Banco Bilbao Vizcaya Argentaria, S.A. |
| intp | Banco Itau Europa Luxembourg S.A. |
| unk | Bank Audi S.A.M.- Audi Saradar Group |
| dft | Bank Austria Worldwide Fund Management Ltd. |
| unk | Bank Hapoalim B.M. and Bank Hapoalim (Switzerland) |
| unk | Bank Julius Baer & Co. Ltd. |
| intp | Bank Medici AG |
| cr | Bank Of America, N.A. |
| unk | Bankers Trust Co., |
| unk | Banque Cantonale Vaudoise |
| unk | Banque Internationale  Luxembourg S.A. |
| dft | Banque J. Safra (Suisse) S.A. |
| unk | Banque Lombard Odier & Cie SA |
| unk | Banque Privee Espirito Santo S.A., f/k/a Compagnie |
| dft | Banque Syz SA |
| unk | Barbara A. Sirotkin |
| unk | Barbara Brenner |
| unk | Barbara Brown IRA |
| unk | Barbara Buckmaster |
| unk | Barbara E. Feldman |
| unk | Barbara Engel |
| cr | Barbara H. Freitag, as personal representative and |
| cr | Barbara H. Freitag, as trustee, Trust FBO Al.D. [a |
| cr | Barbara H. Freitag, as trustee, Trust FBO S.H. [a |
| cr | Barbara J. Berdon |
| unk | Barbara J. Vogel |
| unk | Barbara June Lang, as personal representative, as |
| unk | Barbara K. Gaba |
| unk | Barbara Keller |
| unk | Barbara Kotlikoff Harman |
| unk | Barbara L. Savin |
| unk | Barbara Mayer |
| unk | Barbara Moore |
| unk | Barbara Moss |
| unk | Barbara Picower |
| unk | Barbara Picower, individually and as Executor of t |
| unk | Barbara Roth, in Her Capacity as Personal Represen |
| cr | Barbara Schlossberg |
| unk | Barbara and Mark Roth,   c/o Polsinelli Shughart PC |
| unk | Barbitta Family Trust |
| unk | Barclays Bank (Suisse) S.A. |
| unk | Barclays Bank S.A. |
| unk | Barclays Private Bank & Trust Limited |
| cr | Barclaytrust Channel Islands Limited, Lady Honor S |
| dft | Barfield Nominees Limited |
| unk | Barry D. Leiwant and Sherry Leiwant |
| unk | Barry Inger |
| cr | Barry Kaufman |
| cr | Barry Weisfeld |
| unk | Barry Wilansky |
| unk | Barsanti Foundation |
| unk | Bart M. Schwartz, as Receiver of Gabriel Capital, |
| unk | Beaser Investment Company LP |
| unk | Beaser Investment Management Company LLC |
| unk | Beatrice Wexelbaum Rev Trust DTD 5/6/1981, Beatric |
| unk | Beatrix Pratscher |
| sp | Bedell Cristin Guernsey Partnership |
| unk | Belfer Two Corporation |
| unk | Ben Gould |
| unk | Ben Heller |
| unk | Benjamin D. Schwartz |
| unk | Benjamin Rechler Trust and Mitchell Rechler, Trust |
| unk | Benjamin Schoff |
| unk | Benjamin T. Heller |
| unk | Benjamin T. Heller Irrevocable Trust |
| dft | Benjamin W. Roth |
| unk | Benmar Family L.P. |
| unk | Berkowitz-Blau Foundation, Inc. |
| cr | Bernard Greenman Marital Deduction Trust |
| unk | Bernard Greenman Marital Deduction Trust |
| dft | Bernard L. Madoff Investment Securities, LLC. |
| dft | Bernard Marden Profit Sharing Plan |
| intp | Bernard S. Gewirz |
| cr | Bernard Seldon |

District/off: 0208-1          User: changreen          Page 15 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001          Total Noticed: 480

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk             Bernard Whitman Revocable Living Trust U/A/D 8/5/8
unk             Bernard and Judith Whitman As Partners of the Whit
unk             Bernd Greisinger Stiftungsrat
unk             Bernfeld Joint Venture
unk             Bertha Berkowitz
unk             Bertha Berkowitz ITF Calvin Berkowitz
cr              Bertram Bromberg Trust UAD 5/26/06
cr              Bertram Bromberg and Gloria Bromberg
unk             Beryl H. Stevens (IRA)
unk             Beryl Stevens
unk             Besse and Louis M. Bleznak Foundation, Inc.
unk             Beth Brill
unk             Beth Fischer
unk             Beth Gersten
unk             Beth P. Feldman
unk             Beth P. Feldman, Trustee
cr              Bette Wilkes
unk             Betty Cohen
unk             Beverly Yaffe, individually, and in her capacity a
unk             Bevro Realty Corp. Defined Benefit Pension Plan
unk             Bianca M. Murray
unk             Black River Associates LP
unk             Blake Palmer
unk             Blanka Schossleitner
unk             Bloom Asset Holdings Fund
unk             Blue River Associates LP
unk             Blumenthal & Associates Florida General Partnershi
unk             Bonita Savitt
unk             Bonnie Goldstein
unk             Bonnie J. Kansler
unk             Bonnie Joyce Kansler
cr              Bonnie Kansler
unk             Bonnie Webster
unk             Booming Inversiones S.I.C.A.V., S.A.
unk             Bordier & Cie
unk             Boyer F. Palmer
unk             Boyer Palmer
unk             Brad E. Avergon
unk             Bradermak Equities, Ltd.
unk             Bradermak, Ltd.
unk             Braymar Holdings Limited
unk             Brazoria S. A.
unk             Breier Group
unk             Brenda J. Chapman
unk             Bret Palmer
unk             Brett & Jennifer Stepelton
unk             Brett Palmer
unk             Brian Fontanella
unk             Brian H. Gerber
unk             Brian S. Appel
unk             Brian Schlichter
unk             Bricklayers and Allied Craftmen Local 2 Aunnuity F
unk             Bricklayers and Allied Craftworkers Local 2, Alban
unk             Bricklayers and Allied Craftworkers Local 2, Alban
unk             Brierpatch Investment, LLC, Levy Trust, DPF Invest
unk             Bright Colors Design Center Inc. Panama
unk             Brigitte Hoder
unk             Brigitte Zink
unk             Brodsky Irrevocable Trust and Linda A. Abbit and J
unk             Brody Family Limited Partnership#1
intp            Brooke Anderson
unk             Brooke Simons
cr              Brow Family Partnership
unk             Bruce & Tamara Watkins
cr              Bruce D. Pergament
unk             Bruce Goodman, in his capacity as a general Partne
cr              Bruce Graybow
unk             Bruce Jaffe
unk             Bruce Leventhal 2001 Irrevocable Trust
unk             Bruce Leventhal individually and in his capacity a
unk             Bruce N. Palmer
cr              Bruce P. Hector
unk             Bruce Palmer
unk             Bruce Wilpon
unk             Brulene Associates Inc.
unk             Bruno L. Digiulian
unk             Bryant Finerson
unk             Bryant Roth
unk             Building Trade Employers Insurance Fund
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
unk            Burnett H. Radosh
unk            Burnett H. Radosh and Katherine M. Radosh JTWROS
unk            Burt Moss & Associates, Inc. 401K Plan
unk            Burt Ross
unk            Burton Harold Moss Individual Retirement Account
unk            Burton Meerow
unk            C. Cakiroglu
unk            C.Thomas & Margaret H. Brown
intp           CDP Capital Tactical Alternative Investments
cr             CORONADO SA
unk            CRS Revocable Trust
unk            CT Corporation
unk            CT Corporation
unk            Caceis Bank
unk            Caceis Bank Luxembourg
cr             Cades Trust
unk            Calesa Family Trust
unk            Callie A. Bartels
unk            Callie Murray
unk            Calvin Berkowitz
unk            Calvin Berkowitz ITF Bertha Berkowitz
unk            Calvin Berkowitz and Bertha Berkowitz ITF Peretz B
unk            Camela Morrone
unk            Candace Cox
unk            Cape Verde Group Ltd.
unk            Capital Growth Company
unk            Caran Ruga Ross
unk            Cardinal Management, Inc.
unk            Caren Low
intp           Carl J. Shapiro and Associated Entities
intp           Carl S. Gewirz
intp           Carl Shapiro & Ruth Shapiro Family Foundation
intp           Carl Shapiro Trust U/D/T 4/9/03
unk            Carla Ginsburg
dft            Carla Goldworm, Luke Goldworm, Samuel Goldworm, S&
unk            Carla Szymanski Revocable Trust
dft            Carlo Grosso
unk            Carol A. Kozloff
unk            Carol A. Luker, in her capacity as a partner of th
unk            Carol Ann Walsh
unk            Carol DiFazio
unk            Carol Etkin
unk            Carol Fisher
unk            Carol Fitzpatrick
unk            Carol Kamenstein
unk            Carol Lederman
unk            Carol Lederman
unk            Carol Mao
unk            Carol Nelson
cr             Carol Silverstein
cr             Carole Angel
cr             Carole Angel
unk            Carole Axelrod
unk            Carole Delaire
cr             Carole Kasbar Bulman
unk            Carole Lipkin
unk            Caroline Lichten Bottari
unk            Carolyn Rosen Miller Revocable Trust
unk            Carrie O'Connell
unk            Caryn Zieses
unk            Castor Pollux Securities, LLC
unk            Catherine Jing Tang
unk            Catherine Rosenthal
unk            Catherine Shea
unk            Cathy Gins
unk            Cathy J. Meyer
unk            Cathy Osipow
unk            Cathy-Jane Brodsky
cr             Cecil N. Rudnick
unk            Cecilia M. Parker
unk            Celia Paleologos Revocable Trust Dated 5/26/98, a
unk            Centigrade Fund Limited
unk            Centigrade Fund Unit Trust
unk            Central New York Laborers' Annuity Fund
unk            Central New York Laborers' Health and Welfare Fund
unk            Central New York Laborers' Pension Fund
unk            Central New York Laborers' Training Fund
cr             Century Investment Securities, Inc.
intp           Certain American Securities Defendants
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
unk          Certain Rosenwald Family and Entity Defendants
dft          Certain Transferee Defendants
unk          Chalek Associates LLC
unk          Chalek Associates LLC and each of its members
unk          Chang-His Yang
cr           Charles & Miriam Wood Charitable Remainder Trust U
unk          Charles D. Daniels
unk          Charles Ellerin Irrevocable Gift Giving Trust
unk          Charles F. Rolecek
unk          Charles F. Rolecek
unk          Charles Gevirtz
unk          Charles I. Tannen
unk          Charles M. Haar
unk          Charles M. Harr
unk          Charles Nidholas Doyle & Linda Doyle
unk          Charles Skolnick
unk          Charlotte Jasnow Geronemus
cr           Charlotte Marden IRA
unk          Charlotte Rubin
unk          Chen Ming Min
cr           Cheng Hye Cheah and Hau Yin To
unk          Cheryl M. Coleman, individually as beneficiary of
unk          Cheryl Yankowitz
unk          Cheung Lo Lai Wah Nelly
unk          Chloe Saltzman 80 Trust
unk          Choro Associates
unk          Christi Abraham IRAB
unk          Christian Eichlehner
unk          Christina Shkreli
unk          Christine A. Murray
unk          Christopher Altieri, Jr.
intp         Christopher D. Stride As Liquidator of And For Fai
unk          Christopher George
unk          Christopher J. Altieri
unk          Christopher L. Dingman
unk          Christopher Lain Carlyle Jackson
unk          Christopher P. Lovely
unk          Christopher Reali
unk          Chung Thi Minh-thu
unk          Cindy Giammarrusco
unk          Cindy Wallick
dft          Citi Hedge Fund Services Limited
intp         Citi Hedge Fund Services Ltd.
intp         Citibank (Switzerland) AG
intp         Citibank North America, Inc.
intp         Citibank, N.A.
intp         Citigroup Global Markets Limited
unk          Citrus Investment Holdings Ltd.
unk          Claire Albino
intp         Clarice R. Smith
cr           Claudia Faris
unk          Claudia Helmig, in her capacity as a Partner in Tr
intp         Claudine Magon De la Villehuchet
unk          Clayre Hulsh Haft
unk          Clerk's  Office of the U.S. Bankruptcy Court
unk          Clerk's Office of the U.S. Bankruptcy  Court
unk          Clerk's Office of the U.S.Bankruptcy Court, S.D.N.
unk          Clerks Office U.S. Bankruptcy Court
unk          Colin Chambers
unk          Collace Services Limited
unk          Colleen Shapiro
unk          Collingwood Group
unk          Collins Capital
unk          Colson H. Hillier Jr. IRA
unk          Colson H. Hillier Rollover IRA
unk          Colson H. Hillier, Jr.
unk          Constance Friedman
cr           Constance Friedman
unk          Constance R. Sisler, individually, and in her capa
unk          Constantine Paleologos, individually
unk          CorTrust reg.
unk          Corey J. Platzner
unk          Corinne Colman
cr           Cornerstone Capital, Inc.
unk          Craig Kugel
unk          Craig Snyder
unk          Crecsent Advisors
intp         Credit Agricole (Suisse) S.A.
intp         Credit Agricole S.A., a/k/a Banque Du Credit Agric
```

District/off: 0208-1        User: changreen        Page 18 of 57        Date Rcvd: May 04, 2016
                           Form ID: pdf001         Total Noticed: 480

```
          ***** BYPASSED RECIPIENTS (continued) *****
tee           Credit Suisse (Luxembourg) SA
tee           Credit Suisse (UK) Limited
tee           Credit Suisse AG
tee           Credit Suisse AG (as successor-in-interest to Clar
tee           Credit Suisse AG, Nassau Branch
tee           Credit Suisse AG, Nassau Branch LATAM Investment B
tee           Credit Suisse AG, Nassau Branch Wealth Management
tee           Credit Suisse International Limited
tee           Credit Suisse London Nominees Limited
tee           Credit Suisse Nominees (Guernsey) Limited
tee           Credit Suisse Wealth Management Limited
unk           Crescent Advisors Ltd.
unk           Cristina P. Strobel Trust
cr            Cumberland Orthopedic Prof. Assoc. Retirement Plan
unk           Cumnor Construction Limited, Edmund Anthony O'Maho
unk           Customers Set forth on Schedule A
cr            Customers identified on Exhibit A
unk           Cynthia Arenson
unk           Cynthia B. Avergon
unk           Cynthia Bernstein
unk           Cynthia Levin
cr            Cynthia Olesky Giammarrusco
unk           Cynthia Pattison Germaine
unk           Cynthia Schupak
unk           D Stone Industries Inc. Profit Sharing Plan
unk           D. Kaindl
unk           DAMIEN CAVE
dft           DAVID SHAPIRO, individually and as trustee for Tru
cr            DCFS USA LLC
cr            DCFS USA LLC subservicer for DCFS Trust
unk           Dafna & Michael Harlev
unk           Dakota Global Investments, Ltd.
unk           Dale Ellen Leff
unk           Dale Ellen Leff
cr            Dale Kleinman
unk           Dalia Yowakim
unk           Dana LeFavor
unk           Dana M. Kissinger-Matray
unk           Dana Trezziova
unk           Danessa Miller
unk           Daniel Battles
unk           Daniel Brodsky
unk           Daniel C. Epstein
unk           Daniel Cohen
unk           Daniel G. Rosenberg
unk           Daniel H. Leeds 1997 Grantor Retained Annuity Trus
intp          Daniel I. Waintrup
unk           Daniel Kalman
unk           Daniel L. Squadron
unk           Daniel Leeds
unk           Daniel M. Polier, Jr.
unk           Daniel Punz
unk           Daniel Relles
unk           Daniel Ryan
unk           Daniel Ryan
unk           Daniel Stark
cr            Daniel Stone
unk           Daniel W. Krasner
unk           Daniel Whittenburg
unk           Daniela Epstein
unk           Daniela Epstein
unk           Daniela Estremadoyro Morales
unk           Daphne Rhodes
unk           Daprex Profit Sharing and 401(k) Plan
unk           Dara Norman Simons
unk           Dara Sun 2006 Irrevocable Trust
unk           Daren W. Fryburg
unk           Darren R. Scandone Trust
cr            David & Bari Belosa
unk           David A. & Mindy Falk
unk           David Abel, individually, and in his capacity as T
unk           David Alec Andrew Fleming
unk           David Campanaro
unk           David Carlin Family Investments LLC
unk           David Carlin IRA Rollover
unk           David Chalek
unk           David Chalek, in his capacity as a Member of Chale
unk           David Cohen
unk           David E. Olesky
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
unk          David Gopen Foundation
unk          David Gross
cr           David Gross
unk          David Gross
unk          David I. Ferber and David I. Ferber SEP IRA
unk          David I. Lustig
unk          David Iselin
unk          David Ivan Lustig
unk          David Kamenstein
unk          David Katz
unk          David Kostin
unk          David L. Buchholz
unk          David M. Diamond
unk          David M. Katz
unk          David Marrero
unk          David Marzouk
unk          David Mayer
unk          David Moffson
unk          David Moskowitz
unk          David N. Glodstein
unk          David N. Kahn
unk          David P. Gerstman
unk          David P. Gordon SEP IRA
cr           David R. Markin 2003 Trust
cr           David R. Markin, individually and as trustee of th
cr           David S. Wallenstein
unk          David S. Wallenstein
unk          David S. Wallenstein, in his capacity as General p
unk          David Schlazer
unk          David Schwartzman
unk          David Shapiro
unk          David Shapiro
dft          David Shapiro 1989 Trust, as amended
unk          David Shapiro 1989 Trust, as amended
unk          David Shapiro Nominee
unk          David Shapiro Nominee 2
unk          David Shapiro Nominee 3
unk          David Shapiro Nominee 4
intp         David Silver
cr           David T. Washburn
unk          David V. Duchesneau
unk          David W. Stepelton Family Trust
unk          David Wilansky
unk          David Williams
unk          David and Julianna Pyott Living Trust
cr           Davina Greenspan and Lori Friedman J/T WROS
unk          Dawn M. Richter
unk          Dawson Bypass Trust
unk          Dean L. Greenberg
md           Deborah A. Reperowitz,   Troutman Sanders LLP,   875 Third Avenue,   New York
unk          Deborah Ashenfarb
unk          Deborah G. Katz and Deborah Katz as Custodian for
cr           Deborah Kaye-Stern
unk          Deborah L. Fisch
unk          Deborah Rechler
unk          Deborah Shapiro
unk          Deborah Weinstein
unk          Debra Brown
unk          Debra Dibartolomeo
unk          Debra S. Zieses
unk          Debra Wilpon
unk          Debra and Eric Blum
unk          Decisions Incorporated
intp         Defendants Represented by Pryor Cashman LLP
unk          Defender Limited and Reliance Management (BVI) Lim
unk          Delia Gail Rosenberg
unk          Delores Van Lanen
unk          Delores Van Lanen Trust
unk          Delta National Bank and Trust Company
unk          Demetre Bove
unk          Denis Castelli
unk          Denis M. Castelli
unk          Denise Saul
unk          Dennis Sprung, in his capacity as Trustee of the R
unk          Denton Family Irrevocable Trust
cr           Dentons' Defendants
unk          Department of Justice, Vienna, Austria
unk          Detria Legg
unk          Diana L. Messing
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk         Diana Melton Trust, Dated 12/05/05
unk         Diana P. Victor
unk         Diandra Douglas IRA a/k/a Diandra Douglas
unk         Diane  H. Shaffer
unk         Diane Holmers
unk         Diane Meyer
unk         Diane Peskin
unk         Diane Peskin
unk         Diane Peskin
unk         Diane Sloves as Tstee Under Rev Tst Agreement Dtd
unk         Diane Wilson
unk         Dino Guiducci and Mary Guiducci, ind. and in capa.
unk         Dino Guiducci, individually and in his capacity as
unk         Diversified Investment Associates Class A Units
unk         Do Stay, Inc.
unk         Dolinsky Investment Fund
unk         Dolores Barbosa
unk         Dolores Hoffman IRA, Morgan Stanley as Custodian
unk         Dolores Hoffman Trust
cr          Dominick Albanese Trust Acct B
unk         Don H. Rimsky
unk         Don Moscoe
unk         Donald G. Rynne
unk         Donald H. Hangen
unk         Donald H. Hangen
unk         Donald Kabat
cr          Donald Kent
unk         Donald P. Luker, in his capacity as a partner of t
unk         Donald Paul Luker
unk         Donald Rechler & Judith Rechler Grandchildren Annu
unk         Donald Rechler, as Trustee for Trust FBO Mark Rech
cr          Donald S. Moscoe (deceased), in his capacity as Tr
unk         Donald Zief
cr          Donna Lefkowitz
unk         Donna M McBride
unk         Donna Schaffer
unk         Donna Weiss
unk         Doran Schy
unk         Doreen G. Appel
unk         Doreen Gargano
unk         Dorfman Family Partners
cr          Dori Kamp
unk         Doris Greenberg
unk         Doris M. Pearlman
unk         Doris Mader
unk         Doron & Vered Behar
unk         Doron A. Tavlin, as Trustee and Beneficiary of the
unk         Doron Behar
unk         Doron Schy and Family
unk         Doron Schy and family
unk         Doron Tavlin Trust U/A 2/4/91
unk         Doron Tavlin, in his capacity as Trustee of the Tr
unk         Dorothee Shankman
unk         Dorothy B. Seldon
unk         Dorothy Ervolino
unk         Dorothy Klausner (IRA)
unk         Dorothy Klausner(IRA)
unk         Dorothy Klausner, Rev. Liv. Tr. 2nd Agreement dtd
unk         Dorothy Klausner, Rev.Liv.Tr.2nd Amendment
unk         Dorothy L. Klausner
unk         Dorothy L. Klausner IRA
unk         Dorothy Prochilo
unk         Douglas & Virlee Stepelton
unk         Douglas B. Hall
unk         Douglas B. Hall & Dael M. Kaufman
unk         Douglas G. Brown, as Trustee of The Douglas G. Bro
unk         Douglas Stepelton Trust
unk         Dr. Helmut and Dr. Andrea Gattinger
unk         Drew Buckmaster
unk         Dror & Edith Avni
unk         Dror & Ravit Cohen
unk         Dror Cohen
unk         Dushan Kosovich
cr          EFG Bank S.A., EFG Bank (Monaco) S.A.M., and EFG B
unk         EJS Associates, L.P.
unk         ELINOR SOLOMON
unk         ELISABETH KLUFER
unk         ELISABETH KLUFER, IN HER CAPACITY AS TRUSTEE OF TH
unk         EMS Trust
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
dft         ESTATE OF HELENE R. CAHNERS KAPLAN
unk         Ed Trimas
unk         Edith A. Pillsbury
unk         Edith A. Schur
unk         Edith G. Sisler
unk         Edmund A. Nahas
unk         Eduardo Bello
unk         Edward A. Zraick, Jr.
unk         Edward F. Bryan
intp        Edward H. Kaplan
unk         Edward H. Kohlschreiber and Mary A. Kohlschreiber
unk         Edward J. Strobel Trust
unk         Edward L. Simonds
unk         Edwin A. Grant II
unk         Edwin J. Cline
unk         Edwin Michalove
unk         Edwin Michalove
unk         Edyne Gordon
unk         Edythe Gladstein
unk         Egea Gustavo
unk         Eileen Lehrer
unk         Eileen Mcmurrer
unk         Eileen N. Saca
dft         El Prela Group Holding Services
dft         El Prela Trading Investments Limited
dft         El Prela Trust
cr          Elaine C Schlessberg
unk         Elaine Dine
unk         Elaine Dine Living Trust dated 5/12/06
unk         Elaine Glodstein
unk         Elaine Glodstein Revocable Trust
unk         Elaine M. Krupa
unk         Elaine Ostrin
unk         Elaine R. Schaffer Revocable Trust
unk         Elaine Rosenberg,   c/o Nixon Peabody LLP,   437 Madison Avenue,   New York
unk         Elaine Ruth Schaffer
dft         Elaine S. Stein
dft         Elaine S. Stein Revocable Trust
unk         Elaine Schmutter
cr          Elaine Stein Roberts
unk         Elan Schy
unk         Elan Schy
unk         Elbert R. Brown, Trustee U/T/D/ 12/29/88
cr          Eleanor Leacock
cr          Eleanor P. Cohen
unk         Eleanor S. Gold as Trustee U/A/D 08/08/90
unk         Eleanor S. Gold as Trustee U/A/D 08/08/90 c/o Murr
unk         Eleanore C. Unflat Living Trust
unk         Eleanore C. Unflat, in her capacity as co- trustee
unk         Eleanore C. Unflat, individually
unk         Elena Prohaska Glinn
intp        Eleven Eighteen Limited Partnership
unk         Eleven Eighteen Ltd. Partnership
unk         Elfriede Vrana
unk         Eli N. Budd
unk         Elias T. Saca
unk         Elinor Friedman Felcher
unk         Elinor Lifton
dft         Elins Daughters Trust For The Benefit of Jamie Ann
dft         Elins Daughters Trust for the Benefit of Julie Lyn
dft         Elins Family Trust, a California Trust
unk         Elirion Associates, Inc. Empl. Pension Plan and Tr
unk         Elisabeth Familian, TTE and Elisabeth Familian Tru
cr          Elisabeth Fishbein
unk         Elisabeth Haider
unk         Elisabeth Pichler
unk         Elizabeth A. Pepin
unk         Elizabeth Cavanaugh
cr          Elizabeth D. French
cr          Elizabeth Freitag Dranoff, Trust FBO An.D. [a mino
unk         Elizabeth Harris Brown
cr          Elizabeth Horowitz
cr          Elizabeth Horowitz
cr          Elizabeth Horowitz Trust
unk         Elizabeth Krinick
unk         Elizabeth Paradise
unk         Elizabeth Shea
unk         Ellen Bernfeld
unk         Ellen Danessa Miller
```

District/off: 0208-1          User: changreen          Page 22 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480

```
              ***** BYPASSED RECIPIENTS (continued) *****
unk            Ellen Diamond Waldman
unk            Ellen G. Victor in her capacity as holder of Berna
intp           Ellen Jaffe Trust U/D/T DTD 5/8/2003 As Amended
unk            Ellen Leeds
unk            Ellen Lev Trust
unk            Ellen Mishkin
unk            Ellen Relles
unk            Ellen Ross
unk            Ellen Schwab and Walter Schwab
cr             Ellenjoy Fields
unk            Ellerin Partnership, Ltd
cr             Elliot J. Goldstein MD PC Money Purchase Pension T
cr             Elliot S Kaye
unk            Elliott Marshall Comora
unk            Ely Krellenstein Revocable Trust of 1994
unk            Ely Krellenstein, as settlor, as trustee, and as a
unk            Emilie Apfelbaum
unk            Emily Joanna Treherne
unk            Emily O'Shea
unk            Empire Prospect Partnership, LP
unk            Engineers Joint Training Fund
unk            Engineers Joint Welfare Fund
unk            Enhancement Group
unk            Enrique Diego Gebert and Monica Cristina Gebert
unk            Entrust Administrative Services, Custodian for Rob
cr             Epic Ventures LLC
dft            Epic Ventures, LLC, and Eric P. Stein, individuall
unk            Epstein Family Trust uwo Diana Epstein
unk            Equus Asset Management LTD.
unk            Eric D. Berniker
unk            Eric D. Goldberg
unk            Eric F. Saltzman
unk            Eric Lipkin
unk            Eric S. Saretsky
unk            Eric Ward Vezie
unk            Eric and Elizabeth Grode
unk            Erich Grohe
unk            Erich Stutz
unk            Erika Bernath
cr             Erin Hellberg
intp           Erko, Inc.
unk            Ermitage Finance Corporation
unk            Ernest Melton
intp           Erwin Kohn
unk            Estate Of K. Thalberg & B. Anderson
unk            Estate of Alexander Abraham
unk            Estate of Alice Barbanel
unk            Estate of Alvin Rush
unk            Estate of Audrey Weintraub
cr             Estate of Barbara L. Laird
dft            Estate of Beatrice Bader
unk            Estate of Boyer Palmer
unk            Estate of Boyer Palmer
unk            Estate of Carolyn Miller
unk            Estate of David Epstein
unk            Estate of Doris M. Pearlman
unk            Estate of Edna Kaminski
unk            Estate of Elaine Cooper
unk            Estate of Elizabeth H. Kahn
unk            Estate of Florence W. Shulman
unk            Estate of Gabriel Friedman
cr             Estate of Harriet Bergman
dft            Estate of Helen Shurman, Estate of Jack Shurman, P
intp           Estate of Hermen Greenberg, et al.
unk            Estate of Ira S. Rosenberg
unk            Estate of Jacob M. Dick, as grantor of the Jacob M
cr             Estate of James Heller
unk            Estate of James M. Goodman
intp           Estate of Katharine Thalberg
unk            Estate of Leon Greenberg
unk            Estate of Marjorie Kleinman
unk            Estate of Mark D. Madoff and Andrew H. Madoff Indi
unk            Estate of Mark D. Madoff and Andrew H. Madoff, ind
unk            Estate of Mark William Roth
unk            Estate of Matthew L. Gladstein
dft            Estate of Muriel B. Cantor
unk            Estate of Nathan Plafsky
dft            Estate of Norma Fishbein
cr             Estate of Richard A. Luria
```

District/off: 0208-1          User: changreen          Page 23 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001          Total Noticed: 480

```
***** BYPASSED RECIPIENTS (continued) *****
unk          Estate of Richard S. Poland
intp         Estate of Robert H. Smith
unk          Estate of Robert Rimsky
unk          Estate of Robert S. Gettinger
unk          Estate of Rose Gutmacher
unk          Estate of Samuel Robert Roitenberg
unk          Estate of Seymour Epstein
dft          Estate of Sheldon Shaffer
unk          Estate of Sheldon Shaffer
unk          Estate of Steven I. Harnick
unk          Estate of Suzanne R. May, as Suc. of S. R. May, in
unk          Esteban Herrera
unk          Estelle Harwood Revocable Trust
unk          Estelle Harwood, individually and in her capacity
unk          Estelle Wapner
unk          Ester Ziv Av
unk          Ethan Siegel
unk          Ethel L. Chambers
unk          Ethel L. Chambers and S. James Chambers
cr           Ethel S. Wyner
unk          Eugene Dropkin
sp           Eugene F. Collins
cr           Eugene J. Ribakoff 2006 Trust, Estate of Eugene J.
unk          Eugene Stern
unk          Eugenia Cecilia Barreto Salazer
cr           Eugenia G. Vogel
unk          Eugenie Aulinger
unk          Eugenie Kissinger
unk          Eunice Chervony Lehrer
unk          Eurizon Capital SGR S.p.A, f/k/a Nextra Alternativ
unk          Eurizon Low Volatility II. f/k/a Nextra Low Volati
unk          Eurizon Low Volatility PB, f/k/a Nextra Low Volati
unk          Eurizon Low Volatility, f/k/a Nextra Low Volatilit
unk          Eurizon Medium Volatility II, f/k/a Nextra Medium
unk          Eurizon Medium Volatility, f/k/a Nextra Medium Vol
unk          Eurizon Total Return, f/k/a Nextra Total Return
intp         Eurovaleur, Inc.
unk          Evan R. Harrell
unk          Evans Family Trust
cr           Eve Freitag
unk          Evelina Marietta Gold Cioft
unk          Evelyn Berezin Wilenitz
dft          Evelyn Chernis Revocable Trust Agreement for Saman
unk          Evelyn E. Newman Trust
dft          Evelyn Fisher
cr           Evelyn Langbert
unk          Evelyn Langbert
unk          Evelyn Rechler
intp         Evenstad Family Defendants
unk          Export Technicians, Inc.
unk          Eyal Berkovich
unk          Eyal and Tali Berkovich
unk          Ezriel Munk, in his capacity as Trustee of the Wol
cr           FAMMAD, LLC
unk          FAS Partners, LP
unk          FFB Aviation LLC
dft          FIM Advisers LLP
dft          FIM Limited
unk          FRIEDA BLOOM
unk          Fabrice Evangelista
unk          Fairfield Greenwich (Bermuda) Limited
dft          Fairfield Greenwich Limited
unk          Fairfield Investment Fund Limited
unk          Fairfield Pagma Associates, LP, a New York limited
unk          Fairfield Sentry Limited (In Liquidation)
unk          Fairfox, LLC, a New York limited liability company
unk          Falcon Associates, LP
unk          Falcon Private Bank Ltd. (f/k/a AIG Privat Bank AG
unk          Family Partners, LLP
unk          Family Partners, LLP (Prime Fund)
unk          Favorite Funds
unk          Faye Albert
unk          Federico Agardy and Marta Torossian de Agardy
dft          Federico Ceretti
unk          Felice J. Perlman
unk          Felice T. Londa, in her capacity as a Partner in T
unk          Felix Rosenberg Guttman
unk          Felkirk Limited
unk          Felsen Moscoe Company Profit Sharing  TST DTD 5/28
```

District/off: 0208-1          User: changreen          Page 24 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480

```
***** BYPASSED RECIPIENTS (continued) *****
unk            Fenney Kuo
unk            Ferdinand Edlinger
unk            Ferdinand Sedivy
unk            Fern C. Palmer
unk            Fern C. Palmer Revocable Trust Dtd 12/31/91, as am
unk            Fern C. Palmer Revocable Trust dated December 31,
unk            Fern C. Palmer and Boyer H. Palmer, Trustees of th
unk            Fernando C. Colon Osorio
unk            Ferreydun Voss-Ughi
unk            Festus & Helen Stacy Foundation, Inc.
unk            First Gulf Bank
dft            First Peninsula Trustees Limited, Individually and
unk            Fiterman GST Exempt Marital Trust
intp           Fiterman Investment Fund
cr             Fleck Elektroinstallationen Ges. m.b.H.
cr             Fleck Privatstiftung
unk            Florence Roth
unk            Florence Shulman Pourover Trust, in its own capaci
cr             Fondauto Fondo de Pensiones, SA
cr             Fondomutua Fondo de Pensiones, SA
unk            Forecast Designs Retirement Trust
unk            Fortress Credit Corp.
cr             Fox Family Partnership, LLC
unk            Frances J. Le Vine, individually and in her capaci
unk            Frances Reiss
unk            Frances W. Ragsdale
intp           Francis N. Levy
unk            Francis Reiss, in his/her capacity as a Member of
unk            Francisca Wibisono
unk            Franitza Family Limited Partnership "The Shores"
unk            Frank C. Leonard
unk            Frank DiFazio
unk            Frank E. Pierce III, IRA
unk            Frank H. Wolf & Roberta Wolf J/T WROS
unk            Frank L. Crimmins
unk            Frank Pierce
unk            Frank and Roberta Wolf
unk            Frank and Roberta Wolf, J/T WROS
unk            Frank and Wyn M. Knell
unk            Franz
cr             Franz R. Zimmer
unk            Franz Schmidt
unk            Fred Schwartz
unk            Fred Schwartz 2008 Grantor
unk            Fred Wilpon
unk            Frederic Z Konigsberg
cr             Frederica Ripley French Revocable Trust (the Frenc
unk            Frederick Roy White
unk            Freshman Frieda
unk            Frieda Freshman Revocable Trust Dated 12/31/92, a
unk            Frieda Freshman Trustee of the Frieda Freshman Rev
unk            Frieda Freshman, Trustee of the Walter Freshman Tr
unk            Frieda Low
unk            Friedman Credit Shelter Trust
unk            Friedman Partners L.P.
unk            Friedrich Hoder
unk            FriedrichU. Theresia Neuhofer
unk            Fulgencio Pelegrin Llamas and Enriqueta Maestre Fr
dft            Fullerton Capital Pte. Ltd.
unk            FutureSelect Prime Advisor II, LLC, Merriwell Fund
unk            G. Bruce Lifton
unk            G. Rendolok LLC
unk            G.S. Schwartz & Co., Inc.
unk            GEORGE S. KAUFMAN, in his capacity as personal rep
unk            GERTRUDE E. ALPERN REVOCABLE TRUST
unk            GLADYS FUJIWARA
unk            GSP Investment Limited Partnership
unk            Gaba Partnership
unk            Gabi Schinwald & (unreadable signature)
dft            Gabriel Capital Corporation
unk            Gabriel Saltzman Trust
unk            Gaetano Macaluso
unk            Gail Nessel
unk            Gail Plautz
unk            Gail Silverton and Joel Gutman #154
unk            Gail Silverton and Joel Gutman #173
unk            Gary Albert
unk            Gary Bizzell
cr             Gary Korn
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
unk          Gary L. Harnick
unk          Gary Low
unk          Gary S. Goldberg
cr           Gary S. Rosenberg
unk          Gassolans Inversiones S.I.C.A.V., S.A.
unk          Gaston Alciatore
unk          Gaudl Morico
unk          Geoffrey S. Rehnert
unk          George G. Pallis
unk          George J. Azar, Jr.
unk          George Lawrence
cr           George N. Faris
unk          George R. & Carol D. Locca
unk          George Rubin
unk          George T. Nierenberg
unk          Gera Bergh
unk          Gerald Berkman
unk          Gerald Blumenthal (IRA)
unk          Gerald E. Keller
unk          Gerald God
dft          Gerald Goldman
unk          Gerald Greenspoon
dft          Gerald J. Block
unk          Gerald M. Oguss
unk          Gerald S. Schwartz
unk          Gerald Stuhr
unk          Gerard Leeds
unk          Gertrude E. Alpern Revocable Trust
unk          Gertrude Fischer
unk          Gertrude I. Gordon
unk          Gertrude I. Gordon Revocable Living Trust
unk          Gettinger Foundation
unk          Gettinger Management LLC Profit Sharing Plan
unk          Gibbons P.C.
unk          Gil Boosidan
unk          Giuseppa A Boccanfuso
unk          Glenn Akiva Fishman Charitable Remainder Unitrust
unk          Glenn Fishman
unk          Glenn Goldstein
unk          Glenn Hammer
unk          Glenn Rechler
unk          Glenn Rechler, individually, and in his capacity a
unk          Gloria Albert Sandler, individually as grantor and
unk          Gloria Besser
cr           Gloria Bromberg Trust UAD 5/26/06
unk          Gloria Dittus
unk          Gloria Hendler Trust
unk          Gloria S. Jaffe Family Partnership and each of its
unk          Gloria Wolosoff Trust
unk          Glynn E. Hargraves
unk          Gold Investment Club
unk          Golub Family Limited Partnership
inv          Good-Faith Customers
unk          Goodman Capital Partners L.P.
unk          Goodman Charitable Foundation, in its capacity as
unk          Goodman Holdings, Inc., as General Partner of Good
unk          Gordon Associates, a New York partnership
cr           Gordon Bennett
unk          Gordon M. Koota
unk          Grace & Company
unk          Grace Mishkin
cr           Graybow Communications Group, Inc.
unk          Great Western Bank - Trust Department, in its capa
unk          Greene/Lederman LLC and each of its members
cr           Greenman Family Foundation, Inc.
unk          Greg David Anderson
unk          Greg Katz, Amy Katz and Michael Katz
unk          Gregg E. Felsen, Trustee
unk          Gregg Rechler
unk          Gregg Rechler
unk          Gregg Rechler, individually, and in his capacity a
unk          Gregory A. Katz
unk          Gregory Jobin Leeds
unk          Gregory P. Ho
unk          Gregory P. Nero
unk          Gregory and Diana Nero
unk          Gretchen R. Dinin 2001 Trust, Charles W. Robins Tr
unk          Griselda Rodriguez
unk          Gross Associates
```

District/off: 0208-1          User: changreen          Page 26 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480

```
            ***** BYPASSED RECIPIENTS (continued) *****
dft         Grosvenor Aggressive Growth Fund Limited
dft         Grosvenor Balanced Growth Fund Limited
dft         Grosvenor Investment Management Ltd.
dft         Grosvenor Private Private Reserve Fund Limited
unk         Groupement Financier Ltd. Kingston Chambers
unk         Guardian Angel Trust LLC and All of Its Members
unk         Guiducci Family Limited Partnership
unk         Gunther K. Unflat
unk         Gustine Ganes
unk         Gutmacher Enterprises, L.P.,   1500 Broadway,   Suite 21,   New York
unk         Gutmann Kapitalanlageaktiengesellschaft
unk         Guy S. Parker
unk         H&E Company A Partnership
unk         H. Frank Wolf
unk         H. Richard Grafer
unk         HOWARD SOLOMON
intp        HSBC Bank (Cayman) Limited
intp        HSBC Bank Bermuda Limited
dft         HSBC Bank Bermuda Limited
intp        HSBC Bank PLC
intp        HSBC Bank USA, N.A.
intp        HSBC Fund Services (Luxembourg) S.A.
intp        HSBC Holdings plc
intp        HSBC Institutional Trust Services (Bermuda) Limite
intp        HSBC Institutional Trust Services (Ireland) Limite
intp        HSBC Private Bank (Suisse) S.A.
intp        HSBC Private Bank Holdings (Suisse) S.A.
intp        HSBC Securities Services (Bermuda) Limited
intp        HSBC Securities Services (Ireland) Limited
intp        HSBC Securities Services (Luxembourg) S.A.
unk         Hannah P. Norman Revocable Trust
unk         Hannelore Hierhold
unk         Hans L. Cartensen III
unk         Hans L. Cartensen III, Nader F. Dareshori, and Pet
unk         Harald Kolassa
unk         Harold A. Thau
cr          Harold Hein
cr          Harold J. Hein
unk         Harold Roitenberg, in his capacity as Trustee of t
intp        Harold S. Miller Trust Dated 12/4/64 FBO Elaine Mi
unk         Harriet Bergman
cr          Harriet Meiss
unk         Harriet Rubin
cr          Harrison B. Fisher Trust
cr          Harry H. Falk, As Personal Representative
unk         Harry Kassel
cr          Harry Pech
cr          Harry Schick
unk         Harry Schick
unk         Harry Smith Revocable Living Trust
unk         Harvey A. Taylor
unk         Harvey A. Taylor
cr          Harvey E. Rothenberg (Pro Se)
unk         Harvey E. Rothenberg Rev Trust UAD 7/24/02
unk         Harvey Feiner
unk         Harvey Krauss, as Trustee of the Doron Tavlin Trus
unk         Harvey Krauss, in his capacity as Trustee of the T
unk         Harvey L. Werner Revocable Trust
unk         Harvey werner trust
unk         Hathor Invest S.I.C.A.V., S.A.
unk         Havey Krauss & Doron A. Tavlin as Trustees of the
unk         Hayden H. Harris Revocable Living Trust
unk         Hayden H.Harris REV LV TR dtd 3/6/98
unk         Heidi Hiles
unk         Heidi Holmers
unk         Heinrich Svitak
unk         Heirs of RJ
unk         Helen Davis Chaitman
unk         Helen Fox
unk         Helen Schupak
dft         Helene Cummings Karp Annuity, and Helene Cummings
unk         Helene Czsongei
unk         Helene Kravitz
dft         Helene R. Cahners Grantor Retained Annuity Trust #
unk         Helene Saren-Lawrence
unk         Helmut Gschladt
unk         Helmut Schutz
unk         Helmut Spraiter
unk         Heng-Chang Liang
```

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| unk | Henry R. Bessell Trust |
| unk | Henry Siegman |
| unk | Henry T. DeNero and Nancy S. DeNero |
| unk | Henry t. DeNero & Sally S. DeNero |
| intp | Herald Asset Management Ltd. |
| intp | Herald Consult Ltd. |
| unk | Herald Fund SPC |
| unk | Herb Gross |
| unk | Herbert A. Medetsky |
| unk | Herbert Barbanel |
| unk | Herbert Barbanel |
| unk | Herbert Barbanel, in his capacity as the Personal |
| unk | Herbert Bernfeld |
| unk | Herbert Bernfeld Residuary Trust |
| unk | Herbert Bernfeld Residuary Trust and Marilyn Bernf |
| unk | Herbert C. Kantor |
| unk | Herbert Fox |
| unk | Herbert R. Goldenberg |
| unk | Herbert R. Goldenberg Revocable Trust |
| unk | Herbert Silvera |
| unk | Herbert and Ruth Gamberg |
| unk | Herman Wachtenheim |
| unk | Hermene Schrager |
| unk | Hermes Asset Management Limited |
| unk | Hermes International Fund Limited |
| cr | Hermione Tsoi |
| unk | Hernan Pflaum |
| unk | Hess Kline Revocable Trust |
| unk | Hess Kline, individually and in his capacity as Tr |
| unk | Higgs & Johnson |
| unk | Hilda F. Brody |
| unk | Hirsch Investment Co., LLC |
| unk | Holly Couture |
| unk | Horowitz Family Trust |
| unk | Howard Berger |
| unk | Howard Israel |
| unk | Howard J. Glass |
| unk | Howard Kaye |
| unk | Howard Kaye |
| unk | Howard Kaye IRA |
| unk | Howard L. Frucht |
| unk | Howard L. Frucht and Carolyn Frucht Revocable Trus |
| cr | Howard L. Kamp |
| unk | Howard M. Schupak |
| unk | Howard Pomerantz |
| unk | Howard S. Grotsky, Ed. D. |
| unk | Howard Siegel, IRA |
| unk | Howard Vogel Retirement Plan |
| unk | Hugh de Blacam |
| unk | Hugo Antonio Romay |
| unk | I.B.E. W. Local 325 Annuity Fund |
| unk | I.B.E.W. Local 1249 Pension Fund |
| unk | I.B.E.W. Local 139 Pension Fund |
| unk | I.B.E.W. Local 241 Pension Fund |
| unk | I.B.E.W. Local 241 Welfare Benefits Fund |
| unk | I.B.E.W. Local 325 Pension Fund |
| unk | I.B.E.W. Local 910 Annuity Fund |
| unk | I.B.E.W. Local 910 Pension Fund |
| unk | I.B.E.W. Local 910 Welfare Fund |
| unk | Ian Lefkowitz |
| unk | Ian Saltzman Trust |
| unk | Ida Lazarus |
| unk | Ilene May, individually |
| intp | Ilene R. May |
| unk | Ilse Della-Rowere |
| unk | Ina M. Gordon |
| unk | Indenture of Trust dated January 1, 1983 |
| unk | Independant Financial Partners AG |
| unk | Indian Wells Partnership, LTD., a Florida limited |
| intp | Infovaleur, Inc. |
| unk | Inge Lintner |
| unk | Ingrid Gebhart |
| unk | Ingrid Noone |
| intp | Inteligo Bank LTD. Panama Branch, f/k/a Blubank LT |
| unk | Inter Investissements S.A. (f/k/a Inter Conseil S. |
| unk | International Brotherhood of Electrical Workers Lo |
| unk | International Brotherhood of Electrical Workers Lo |
| unk | International Union of Operating Engineers, Local |
| unk | Intervenors the Picower Parties |

```
              ***** BYPASSED RECIPIENTS (continued) *****
unk           Intesa Sanpaolo S.p.A.
unk           Inversiones Lutimo S.I.C.A.V., S.A.
unk           Ira M. Hariton
unk           Ira Schy
intp          Irene R. Kaplan
unk           Irene Stavin
unk           Iris B. Sandberg
unk           Iris Goodstein Revocable Trust
unk           Iris J. Katz
cr            Iris Schaum
unk           Irrevocable Charitable Remainder Trust of Yale Fis
intp          Irrevocable Charitable Remainder Trust of Yale Fis
unk           Irrevocable Trust FBO Ethan Siegel, in its Capacit
unk           Irrevocable Trust FBO Jennifer Gattegno, in its ca
unk           Irrevocable Trust for Benefit of Joshua Merson
unk           Irrevocable Trust for the Benefit of Hannah Merson
unk           Irrevocable Trust for the Benefit of Rebecca Merso
unk           Irrevocable Trust for the Benefit of Samantha Fron
unk           Irving B Kahn Foundation Inc.
unk           Irving H Picard Esq.
unk           Irving H. Picard
cd            Irving H. Picard, Trustee for the Liquidation of B
unk           Irving I. Gottesman IRA
unk           Irving I. Schupak
unk           Irving Jungreis
unk           Irving Jungreis Trust
unk           Irving Wapner
unk           Irwin Lipkin
unk           Isabel Chalek
unk           Isabel Chalek, in her capacity as a Member of Chal
unk           Isakow Foundation
unk           Ivan Schwartzman
unk           Ivy Asset Management LLC
dft           J. Ezra Merkin
unk           J.P. Morgan Chase Bank, N.A.
unk           J.S. a minor
unk           J.X. Reynolds & Co. Deferred Profit Sharing Plan
unk           JA Primary Limited Partnership
unk           JA Special Limited Partnership
unk           JA Special Limited Partnership
unk           JAB Partnership
unk           JABA Associates LP
unk           JANE SHRAGE
unk           JEMW Partnership
unk           JF Partnership
unk           JFM Investment Companies
unk           JIMMBO LLC
cr            JIR Enterprises LLC
unk           JLN Partnership
unk           JMP Limited Partnership
intp          JOEL S. HIRSCHTRITT
unk           JOHN FUJIWARA
unk           JONATHAN SCHWARTZ, AS BENEFICIARY OF THE GERTRUDE
unk           JPMorgan Chase & Co.
unk           JSBR Associates LP
unk           JTWROS
unk           Jack Kaufman and Phyllis Kaufman JTWROS
unk           Jack Yankowitz
unk           Jackie L. Gaines
unk           Jaclyn Moscoe
unk           Jacob & Naomi Rozengarten
unk           Jacob & Nava Aizikowitz
cr            Jacob Davis
unk           Jacob L. Squadron
unk           Jacob M. Dick Revocable Living Trust Dtd 4/6/01, I
unk           Jacob Rozengarten
unk           Jacqueline Avergon
unk           Jacqueline D. Green
unk           Jacqueline Green
unk           Jacqueline Green Rollover Account
unk           Jacqueline Rechler
unk           Jacquelynn Fitzpatrick
unk           Jacquelynn J. Fitzpatrick, James Fitzpatrick, Kenn
unk           Jacques Jean-Marie
unk           Jadienne Nolan
unk           Jaffe Family Investment Partnership
unk           Jair Zelmanovics
cr            Jamat Company, LLC
unk           James B. Pinto Revocable Trust U/A dated 12/1/03
```

```
District/off: 0208-1          User: changreen          Page 29 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk         James B. Pinto, individually and in his capacity a
cr          James Cohen
dft         James Doyle, in his capacity as trustee of the Tru
unk         James E. Bignell
unk         James E. Bignell Revocable Living Trust
unk         James E. Seiler
cr          James Greiff
unk         James H. Cohen Special Trust
unk         James Heller Family LLC a Delaware limited liabili
unk         James J. Trainor
unk         James L. Kruse
unk         James L. Kruse
unk         James Lowrey, et al.
unk         James M. Doerr
unk         James M. New
unk         James M. New Trust dtd 3/19/01
cr          James McNally
unk         James Morrissey
unk         James P. Dulany
unk         James P. Dulany
dft         James P. Marden
dft         James P. Marden, as trustee of Bernard Marden Prof
unk         James R. Golub
unk         James R. Sabiston
unk         James Reagan, Jr.
unk         James Reynolds
unk         James Robert Fink
unk         James S. Werter
dft         Jamie Elins Sabet
unk         Jan & Kathelijn Rabaey
cr          Jan Bernstein and Kenneth Bernstein
unk         Jan Douglas Atlas
unk         Jan Feldman
unk         Jan Feldman
unk         Jan Hoppenstedt
unk         Jan Marcus Capper
unk         Jane A. Gavin
unk         Jane Alpern
unk         Jane Alpern
unk         Jane Berzner
unk         Jane Delaire Hackett
unk         Jane Epstein
unk         Jane Gray Solomon Trust
unk         Jane K. Mirande Revocable Trust
cr          Jane L. O'Connor as Trustee of the Jane O'Connor L
unk         Jane L. Oguss
unk         Janet Ellen Kaufmann
unk         Janet Gerstman
unk         Janet Jaffe Trust UA dtd 4/20/90
unk         Janet Jaffe, individually and in her capacity as T
unk         Janice G. Coppersmith, individually
unk         Janice Schupak Frishkopf
unk         Jann Jones
cr          Jared Horowitz
cr          Jared Horowitz Trust
unk         Jared Lazarus
unk         Jared Lazarus
unk         Jaron & Paula Zitrin
unk         Jason Epstein
unk         Jason Mathias
unk         Jason Michael Mathias
cr          Jay Gaines
cr          Jay Gaines & Co. Profit Sharing
unk         Jay Wexler
cr          Jay and Sherry Gaines
unk         Jean Kahn
unk         Jean Pomerantz
intp        Jeanne Levy-Church
unk         Jeannette F. Roth
unk         Jeannette Goldstein
unk         Jeannette Goldstein & Ruth Kerem
unk         Jeannette Roth
unk         Jeff and Karen Hansen Family Trust
cr          Jeffrey A. Berman
unk         Jeffrey A. May, in his capacity as Co-Trustee of T
unk         Jeffrey D. Felder
unk         Jeffrey D. Zudeck
unk         Jeffrey H. Allen
unk         Jeffrey H. Fisher Separate Property Trust
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
unk          Jeffrey Hinte
cc           Jeffrey Kusama-Hinte
unk          Jeffrey N Konigsberg
unk          Jeffrey R Werner Trust
unk          Jeffrey R. Werner
unk          Jeffrey R. Werner 11-1-98 Trust
unk          Jeffrey S. Hurwitz
unk          Jeffrey Schaffer
unk          Jeffrey Shankman
unk          Jeffrey Siskind
unk          Jeffrey Stavin
unk          Jeffrey Steven Mertimer
unk          Jeffrey Wilpon
unk          Jeffry M. Picower Special Company
unk          Jeffry M. Picower Special Company
unk          Jeffry M. Picower, P.C.
unk          Jelris & Associates, L.P.
unk          Jennette & Ariella Goldstein
cr           Jennie Wilkes
unk          Jennifer A. Clark
unk          Jennifer Gattegno
cr           Jennifer Kelman Revocable Trust
unk          Jennifer L. Meredith
unk          Jennifer Leeds
unk          Jennifer Ranson
intp         Jennifer Segal Herman 1985 Trust Dated 4/16/85
intp         Jennifer Segal Herman Trust U/D/T DTD 5/1/67 As Am
unk          Jennifer Wortmann
unk          Jenny Jacob, UGMA
unk          Jeremy L. Radosh
intp         Jerome A. Kaplan
cr           Jerome Fisher 2007 Living Trust
cr           Jerome Fox
unk          Jerome Goodman, Individually, as trustee for The J
unk          Jerome Haber
unk          Jerrold Johnston
unk          Jerry Guberman
unk          Jerry Guberman Trust Dated 12/23/93
unk          Jerry Lawrence
unk          Jerry Weiss
unk          Jerry Weiss Manager RM Management LLC
unk          Jesse R. Gottlieb
unk          Jessica Decker
unk          Jessica Decker, in her capacity as a Member of Cha
unk          Jessica Jimenez
unk          Jessica Linkewer
unk          Jessica Londa, in her capacity as a Partner in Tra
unk          Jessica Schupak
unk          Jewel Kraham
unk          Jewish Association for Services of the Aged
cr           Jewish Community Foundation of the Jewish Federati
unk          Jill MN Buchholz 2004 Family Trust, Jill MN Buchho
unk          Jill Marks
unk          Jillian Wernick Livingston
unk          Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia,
unk          Joan & Harvey Rosenblatt
unk          Joan B. Epstein
unk          Joan Gavin Ross
unk          Joan L. Fisher
unk          Joan Saltzman
unk          Joan W. Procter
unk          Joanna Lau
unk          Joanne Capozzoli
unk          Joanne Fried
unk          Joanne T. Goldstein
cr           Jodi B. Fisher Family Trust
cr           Jodi Horowitz
unk          Joel B. Sandberg
unk          Joel I. Gordon
dft          Joel I. Gordon,  and Joel I. Gordon Revocable Trus
unk          Joel Klausner
unk          Joel Ross
unk          Joellen Buckmaster
unk          Johann Auer
unk          Johann Auer and Leopddine Auer
unk          Johann Weichberger
unk          John A. Jones Revocable Living Trust
unk          John Beckelman
unk          John Brodwin
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
unk           John Cohlan, IV
unk           John Denver Concerts Inc. Pension Plan Trust
unk           John Dourney
cr            John E. Guinness Revocable Trust Dtd. 6/11/92
unk           John F. Rosenthal
unk           John Franklin
unk           John Frans Kissinger
unk           John Ksiez
unk           John L. Steffens
cr            John Maccabee & Sherry Morse Maccabee Living Trust
unk           John Malkovich
unk           John Malkovich Pension Plan and Trust
unk           John McGinty
unk           John N. Kuhl
unk           John Nuernberger
unk           John Stirling Gale
unk           John Thackray
unk           John Tzannes
unk           John Tzannes, in his capacity as a Member of Chale
cr            John V. O'Neill
cr            John V. O'Neill on behalf of Keenan, Malladi & O'N
unk           John W. Palmer
unk           Johounes Resch
unk           Jon G. Warner
unk           Jon O. Fullerton
unk           Jon Sachs
unk           Jona Solomon
unk           Jonathan D. Fink
unk           Jonathan E. Felder
cr            Jonathan M. Aufzien
intp          Jonathan M. Segal Trust U/D/T DTD 12/1/70
unk           Jonathan Mark Hastings
unk           Jonathan Michaeli
unk           Jonathan Roth
unk           Jonathan Schwartz
unk           Jonathan Schwartz as Trustee for the benefit of Na
unk           Jonathan Sobin and Sylvia Michelle Sobin
unk           Jordan Group, LLC
unk           Jordan Jacobs
unk           Jose Haidenblit
unk           Jose de Passos Vieira Lima
unk           Josef Mayer
unk           Josef Mittlemann
unk           Josef Reik
unk           Josef Seidl
unk           Josef Unterrainer
unk           Joseph & Yael Zylberberg
unk           Joseph D. Hyman
unk           Joseph Hanson
unk           Joseph M. Hughart
unk           Joseph M. Murray
unk           Joseph Porat
unk           Joseph Rubino
unk           Joseph Sloves
cr            Joseph Sloves as Tstee Under Rev Tst Agreement Dtd
unk           Joseph Sloves as Tstee Under Rev Tst Agreement Dtd
unk           Joseph Wexelbaum Trust B, Beatrice Wexelbaum, Trus
unk           Joseph and Ruth Shapira
cr            Joseph, Richard T.
unk           Joy Weiser
unk           Joyce C. Auerbach
unk           Joyce Forte, Bruce Cummings and Lynn Cummings
cr            Joyce G. Moscoe Revocable Trust Agreement
unk           Joyce G. Moscoe Revocable Trust Agreement
cr            Joyce G. Moscoe, individually and in her capacity
unk           Judaic Heritage Foundation, Inc.
unk           Judd Robbins
cr            Judie B. Lifton
unk           Judie Camus Boxill
cr            Judie Lifton 1996 Recovable Trust
unk           Judie Lifton 1996 Revocable Trust
unk           Judith A. Wilpon
unk           Judith Elizabeth Sihombing
unk           Judith G. Damron
unk           Judith Gattegno
unk           Judith H. Darsky
unk           Judith Kalman
unk           Judith Katz
unk           Judith Konigsberg
```

District/off: 0208-1          User: changreen          Page 32 of 57          Date Rcvd: May 04, 2016
                              Form ID: pdf001           Total Noticed: 480

```
           ***** BYPASSED RECIPIENTS (continued) *****
unk        Judith Rechler
unk        Judith Rock Goldman
unk        Judith S. Goldenberg
unk        Judith Whitman Revocable Living Trust U/A/D 8/5/86
unk        Judy L. Kaufman et al. TIC
unk        Judy Schlazer
unk        Julia Anwar
cr         Julia Greene
unk        Julia Mishkin
unk        Julian Bruce Childs
dft        Julie Elins Banks
unk        Julie P. Brandes
cr         Juliet Nierenberg
unk        June L. Cook-Lapidus, in her capacity as a General
cr         June Pollack
unk        Just Empire, LLC
unk        Justin Blair
unk        Justin D. Shea
cr         Justin J. O'Neill
unk        Justin Metz
unk        Justin Victor Baadarani
dft        KENNETH CITRON, individually and as trustee for Tr
intp       KML Asset Management LLC
unk        Kailen Jennifer Krame Trust
unk        Kaleidoscope Foundation
unk        Kamal Kishore Muchhal & Aruna Muchhal
cr         Kara Fishbein Goldman and Steven Goldman
unk        Karen Anderson Palmer
unk        Karen E. Malin
unk        Karen Hoffman
unk        Karen L. Deluca
unk        Karen L. Rabins
unk        Karen M. Rich
unk        Karen Peshkin
unk        Karen Schlissel
unk        Karen Sherman
unk        Karen Siff Exkorn
unk        Karen Wasserman
unk        Karen Yokomizo-Lipkin
unk        Karin E. Highfield
unk        Karl Baumann
cr         Karl Drobitsky
unk        Karl Eisenhauer
unk        Karl Smolarz
unk        Karthryn Hvasta
unk        Katharine B. Gresham
cr         Katherine Heller
unk        Katherine J. Fullam
unk        Katherine M. Radosh
unk        Kathleen Bailey
unk        Kathleen Berk
unk        Kathleen Bignell
unk        Kathleen Drew
unk        Kathleen Forrest
unk        Kathleen Gasson
unk        Kathleen Giamo
unk        Kathleen Giamo Trust #6,    7600 Jericho Turnpike,    Woodbury
unk        Kathleen M. Ryan
unk        Kathleen Malloy
unk        Kathleen McGovern
unk        Kathryn Knooihuizen
unk        Kathryn M. Quigley
unk        Kathy G. Walsh, Robert G. Walsh and Margaret B. Gw
unk        Kay Morrissey
unk        Kaye Associates , L.P.
unk        Keiichi Ikegami
unk        Keith Campbell
unk        Keith Jones
unk        Keith Schaffer
unk        Kelly Burich
unk        Kelly Burich
dft        Kelman Partners Limited Partnership, et al.
unk        Ken Bast
unk        Ken Brown
unk        Ken Macher
unk        Ken-Wen Family Limited Partnership
unk        Kenneth Citron
unk        Kenneth D. Bane 2006 Trust, Kenneth D. Bane, Trust
unk        Kenneth E. Citron
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
unk           Kenneth Epstein
unk           Kenneth J. Conway
unk           Kenneth Krys
intp          Kenneth Krys And Joanna Lau, In Their Capacities A
cr            Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2
unk           Kenneth M. Kohl
unk           Kenneth M. Kohl, as an individual and as a joint t
intp          Kenneth M. Krys And Christopher D. Stride As Liqui
liq           Kenneth M. Krys and Charlotte Caulfield as Joint L
cr            Kenneth Roth
unk           Kenneth S. Luker, in his capacity as a partner of
unk           Kenneth Scott Luker
unk           Kenneth Shavelson
unk           Kenneth W Perlman
unk           Kevin Galvis
unk           Kevin Goodman, as Beneficiary of The Jerome Goodma
unk           Kevin Kelly
unk           Kevin Mahoney
unk           Kevin Shulman
unk           Khronos Capital Research LLC
unk           Khronos LLC
unk           Kimberly Golla
unk           Kimiko Date-Krumm
unk           Kingate Euro Fund, Ltd.
dft           Kingate Euro Fund, Ltd.
unk           Kingate Global Fund, Ltd.
dft           Kingate Global Fund, Ltd.
dft           Kingate Management Limited
unk           Klaus Weickl
unk           Kochanovsky Zafir & Mira
unk           Konigsberg Wolf & Co. PC 401-K Plan #2
unk           Kookmin Bank
unk           Korea Exchange Bank
unk           Kostin
unk           Kostin Company
unk           Krellenstein Family Enterprises, Inc.
unk           Krellenstein Family Limited Partnership II of 1999
unk           Krystyna ZeLenka
unk           Kugler Kandestin, L.L.P.
unk           Kuntzman Family LLC
unk           Kurt Altenburger
unk           Kurt Niederhaus
unk           Kurt Palmer
cr            L Rags Inc. c/o Weiser LLP
unk           L. Rags, Inc.
unk           L. Thomas Osterman
unk           L. Thomas Osterman
dft           L.H. Rich Companies
dft           LAD Trust
unk           LAD Trust
cr            LDP Corp. Profit Sharing Plan & Trust
dft           LESLIE SHAPIRO CITRON
unk           LEVA, LLC
unk           LEWIS ALPERN, IN CAP. AS SUCC. TR. OF GERTRUDE E.
dft           LGT Bank (Switzerland) Ltd.
dft           LGT Bank Ltd.
cr            LI RAM L.P.
unk           LMO/MKO Family Trust
intp          LSW 2006 Irrevocable Trust
unk           LYXOR PREMIUM FUND (f/k/a SGAM Alternative Diversi
unk           La Tanzi, Spaulding & Landreth, P.C.
unk           Laborers' Local 103 Annuity Fund
unk           Laborers' Local 103 Pension Fund
unk           Laborers' Local 103 Welfare Fund
unk           Lagoon Investment Limited
unk           Lai Kau & Lai Siu Ying
unk           Lai Ming Wai
unk           Lakeview Investment, LP
unk           Lam Pok Lai Anthony
unk           Lamar Ellis
unk           Landis Inversiones S.L.
unk           Lanny Kotelchuck
cr            Lanny Rose
unk           Lanny Rose
cr            Lapin Children LLC
unk           Lapin Children LLC c/o Eric Ginsburg
unk           Larry & Andrea Portal
unk           Larry C. Zale, Trustee for Beatrice Zale-Revocable
unk           Larry C. Zale, Trustee for the Arthur C. Zale Trus
```

```
***** BYPASSED RECIPIENTS (continued) *****
unk        Larry Centro
unk        Larry Zale & Isa Zale J/T WROS
unk        Laura Ann Smith
unk        Laura Ann Smith
unk        Laura Ann Smith Revocable Living Trust
unk        Laura Ann Smith in her capacity as Settlor and Tru
unk        Laura Crivelli
cr         Laura E. Guggenheimer Cole
unk        Laura Hallick
unk        Laura Radosh Butt
unk        Laura W. New
cr         Laura Weill
unk        Laurel A. Squadron
unk        Laurel Allen
unk        Laurel Paymer
cr         Lauren Fisher Trust
unk        Laurence Apfelbaum, individually and in her capaci
cr         Laurence Kaye
unk        Laurence Leif
cr         Laurence Leif
unk        Laurence M. Ostrin
unk        Laurence Wiener
cr         Laurence and Suzanne Kaye
unk        Lauri Ann Schwartz-Barbanel
unk        Laurie A. Margolies
unk        Laurie Ann Margolies Childrens Trust
unk        Laurie Brown DiLorenzo
unk        Laurie Riemer
unk        Lava Investments Limited Partnership
unk        Law Kin Kwok & Yung Chi Shan Christine
unk        Lawrence & Jane Gould
cr         Lawrence A. Siff
unk        Lawrence A. Siff
unk        Lawrence C. Sherman
dft        Lawrence D. Marks
unk        Lawrence Elins
dft        Lawrence Elins
cr         Lawrence Elins
unk        Lawrence Family Trust
unk        Lawrence I. Brown and Barbara Brown JTWROS
unk        Lawrence J. Ryan By-Pass Trust
unk        Lawrence Kaufmann
unk        Lawrence R. Velvel
unk        Lawrence Rebak and Paula Rebak JTIC
unk        Lawrence Roth
unk        Lawrence Simonds
unk        Layla Y. Almoayyed
unk        Lazarus Investment Group
unk        Lazarus Investment Group
unk        Lazarus Schy Family Partnership
unk        Lazarus Schy Family Partnership
unk        Leah Larsen
unk        Leah Silvershatz
unk        Lee F. Wood
unk        Lee Hirsch
unk        Lee J. Radosh
unk        Lee Mellis
unk        Lee Mellis (IRA)
unk        Lee R. Wood
unk        Lee Rautenberg
dft        Legacy Capital, Ltd.
unk        Leila F. Sobin
unk        Leila Victor Baadarani
unk        Lemania SICAV-SIF
unk        Lemke Family Trust
unk        Lemtag Associates LLLP
unk        Lemtag Associates LLP
unk        Lena Peskin
cr         Leo Silverstein
unk        Leon Axelrod
unk        Leon I. Fink
unk        Leon International Enterprises Co.
unk        Leonard A. Rodes
cr         Leonard Bergman Credit Shelter Trust FBO Harriet B
unk        Leonard D. Lome, in his capacity as Trustee for th
unk        Leonard Forrest
unk        Leonard Forrest Revocable Trust
unk        Leonard J. Oguss Trust
unk        Leonard Miller, individually and in his capacities
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
unk            Leonard P. Schwartz
unk            Leonard T. Juster
unk            Leonarda Cibelli
unk            Leonora Thuna
cr             Leslie Aufzien Levine
dft            Leslie Engelson, Alicia P. Felton, Miles J. Felton
unk            Leslie Goldsmith
dft            Leslie Shapiro 1985 Trust, as amended
unk            Leslie Shapiro 1985 Trust, as amended
unk            Leslie Shapiro Citron
unk            Lessly Y. Castillo
unk            Lester Greenman
unk            Lester Kolodny
unk            Levinson Enterprises, L.P.
unk            Lewis Alpern
unk            Lewis Alpern
unk            Lewis C. Brodsky
cr             Lewis Franck
unk            Lewis Franck
unk            Leyla I. Ubillus
unk            Li Fung Ming Krizia
unk            Lichter Family Partnership
unk            Lifton Family Foundation
tee            Lighthouse Diversified Fund Limited
tee            Lighthouse Investment Partners LLC, d/b/a Lighthou
tee            Lighthouse Supercash Fund Limited
unk            Lila Goodman
intp           Lilfam LLC
unk            Liliana Victoria Parra
unk            Lillian Berman Goldfarb
unk            Lillian Gilden
unk            Lillian Pintow
intp           Lilyan Berkowitz Revocable Trust Dated 11/3/95
unk            Lim Gee Chung Godfrey & Ho Yuk Fung Jackie
unk            Linda & Howard Berger
unk            Linda A. Abbit, Trustee for the Exemption Trust un
unk            Linda A. Abbit, Trustee of the Survivors Trust und
unk            Linda Berger
unk            Linda Berger
dft            Linda Elins
unk            Linda G. Pallis
cr             Linda Horowitz Spousal Trust
unk            Linda Lazarus
unk            Linda Lazarus
cr             Linda Morse
unk            Linda Platzner
unk            Linda Russek
unk            Linda S. Rosenthal
intp           Linda Shapiro Family Trust Dated 12/08/76
intp           Linda Shapiro Waintrup 1992 Trust
intp           Linda Shapiro Waintrup 1992 Trust U/D/T DTD 3/11/9
dft            Linda Sohn
unk            Linda Waldman
unk            Linda Wohl
unk            Linden Coppell & Paul Maddocks
unk            Lion Global Investors Limited
unk            Lisa Altieri
unk            Lisa Brodie Shaughnessy
unk            Lisa Greenberg
unk            Lisa Liebmann
unk            Lisa R. Payton
cr             Lisa S. Aufzien
unk            Lisa Schy
unk            Lisa and Abe Schy
unk            Liselotte J. Leeds Lifetime Trust
unk            Liselotte Leeds, as Trustee
unk            Liselotte a/k/a Lilo Leeds
unk            Lissa Canavan as a Member of Lapin Children LLC
unk            Liza Estebar
unk            Liza Weiman Hanks
unk            Liza Weiman Hanks IRA, Salomon Smith Barney as Cus
unk            Lloyd Sherwin Landa
dft            Lloyds TSB Bank plc
unk            Lo Kin Ming
unk            Local 73 Annuity Fund
unk            Local 73 Retirement Fund
unk            Lockbourne Manor, Inc.
unk            Loeb Parties
unk            Lois M. Barnes
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
unk          Lois Teich
unk          Lois Zenkel
unk          Loretta Keane
unk          Loretta Weinberg
unk          Lori A. Sirotkin
unk          Lori Gross Heyle
unk          Lorinda O Clouson IRA BDA
unk          Lorraine L. Friedman Revocable Trust
unk          Louis F. Prochilo
unk          Love & Quiches LTD. 401(k) Savings Plan and Its Re
unk          Lowell Harwood and Craig Harwood, Trustees
unk          Lucerne Foundation
intp         Lucerne Foundation, Collingwood Enterprises and Do
unk          Lucille Kurland
unk          Lucy Mc Ilveen
unk          Ludmilla Goldberg
unk          Ludovico Videla and Josefina Perriaux de Videla
unk          Ludwig Piros
unk          Lyle Berman Family Partnership, LLP s/h/a The Lyle
unk          Lyle Berman and Lyle A. Berman Revocable Trust U/A
unk          Lynda Roth
unk          Lynn Guez
cr           Lynn Lazarus Serper
unk          Lyxor Asset Management S.A. sued as a Successor in
dft          M&B Capital Advisers Sociedad De Valores, S.A.
unk          M&M in M LLC
unk          M.G.L Zeevi
cr           M.G.L. Zeevi Invest Ltd.
unk          M.S. a minor
unk          M.T.B.N.
cr           MAR Partners c/o Weiser LLP
unk          MARTIN B. EPSTEIN TRUST
unk          MAXAM Absolute Return Fund L.P.
unk          MAXAM Absolute Return Fund Limited
unk          MAXAM Capital GP LLC
unk          MAXAM Capital Management LLC
unk          MAXWELL GREENGRASS
unk          MBS Trust
unk          MBS Unitrust
intp         MICHAEL G. TANNENBAUM
unk          MICHAEL SHRAGE
cr           MMRN Associates
unk          Madalyn C. Lehman
unk          Madalyn Lehman
cr           Madelaine R. Kent
unk          Madeline E Corish Estate
unk          Madeline Lutsky Revocable Trust
unk          Madelyn M. Dematteo
cr           Madison Investors Corp.
unk          Mag. Herbert Marker
intp         Magnify, Inc.
unk          Magnus A. Unflat
unk          Magnus A. Unflat, in his capacity as co-trustee of
cr           Mai Ming Yuan
cr           Maitland Trustees Limited-Task EBT, Maitland Trust
cr           Malcolm Sherman
unk          Malcolm Sherman
cr           Malibu Trading and Investing, L.P.
cr           Malt, R. Bradford
unk          Manfred Essletzbichler
unk          Manfred Franitza (IRA)
unk          Manfred Franitza Revocable Trust
unk          Manfred Moravec, Jun.
unk          Manfred Moravec, Sen.
unk          Manfred W. Franitza
unk          Manuel O. Jaffe
unk          Manuel Salvador Franco
unk          Mar Partners
unk          Marc B. Wolpow
cr           Marc B. Wolpow 1995 Family Trust
unk          Marc Cherno
unk          Marc Konigsberg
unk          Marc Lipkin
unk          Marcia B Fitzmaurice
unk          Marcus Erling IRA RO
cr           Marganit Slonim
unk          Margaret Eleanor Jackson
unk          Margaret Forrest
unk          Margaret L. Fullerton
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
unk           Margaret S. Van Dyke
unk           Margaret Unflat
unk           Margaret and Richard Lipmanson Foundation
unk           Margery D. Katz
unk           Margrit Franitza (IRA)
unk           Maria Barone
unk           Maria Ines Agresti
unk           Maria Robinovich
unk           Maria Tirone-Winston
cr            Marian Cohen 2001 Residence Trust
unk           Marian Saltsman 76 Trust
unk           Marian Saltsman
unk           Marie Altieri
unk           Marie C. Budano
unk           Marie Elsie Joseph
unk           Marie-Antoinette Nelly Baers-Bright
unk           Marilyn Bernfeld
unk           Marilyn Bernfeld Trust
cr            Marilyn C Gross
unk           Marilyn C Gross
unk           Marilyn Chernis
cr            Marilyn Davis
unk           Marilyn Lobell Trust, a Florida Trust
unk           Marilyn Mick
unk           Marilyn Walter
dft           Marion B. Roth
unk           Marion E Apple
unk           Marion E. Apple
cr            Marion Howard
unk           Marion Lois Brazaitis, Stanley R. Brazaitis and Ca
unk           Marion Tallering-Garfield
unk           Marital GST Exempt Trust F/B/O Nicolette Wernick U
unk           Marital GST Non-Exempt Trust F/B/O Nicolette Werni
unk           Marital Trust No. 1 Created under the Harvey Werne
intp          Marjet LLC
unk           Marjet LLC
unk           Marjorie Forrest
unk           Marjorie Forrest Revocable Trust
unk           Marjorie K. Osterman
unk           Marjorie Kalins Taylor  IRA R/O
cr            Marjorie Kleinman
cr            Marjorie Most
unk           Mark & Carol Enterprises, Inc. a New York Corporat
unk           Mark Goroff
unk           Mark Horowitz, individually and as a joint tenant
unk           Mark Knooihuizen
unk           Mark Peskin
unk           Mark Rechler
unk           Mark Rechler, individually, and in his capacity as
unk           Mark S. Charwat
unk           Mark S. Feldman
unk           Mark Yeager
unk           Mark and Denise Hendler
unk           Markian D. Stecyk
unk           Markian D. Stecyk
unk           Marlene Krauss
unk           Marlene M. Knopf
unk           Marlin Schoep
unk           Marsha Peshkin
unk           Marsha Peshkin
unk           Marsha Peshkin
unk           Marsha Peshkin
dft           Marsha Peshkin
cr            Marsha Peshkin IRA
unk           Marsha Peshkin Revocable Trust
unk           Marshall G. Rowe
unk           Marshall G. Rowe
unk           Marshall W. Krause
unk           Marshall W. Krause
unk           Marshall Zieses
unk           Marsy Mittlemann
unk           Martha D. Strizich
unk           Martha L. Wood
unk           Martha L. Wood
unk           Martin B. Epstein, individually, as co-trustee of
unk           Martin B. Weinberg
unk           Martin Lasker
unk           Martin Lifton
unk           Martin M. Surabian
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk              Martin Miller Living Trust
unk              Martin R. Harnick and Stephen P. Norton, Partners
unk              Martin Rappaport
unk              Martin Rappaport Charitable Remainder Unitrust
unk              Martin Schupak (IRA)
unk              Martin and Naomi Cramer
unk              Martin and Shirley Bach Family Trust
unk              Marvin Antonowsky
unk              Marvin B. Tepper
cr               Marvin E. Bruce IRA
unk              Marvin Englebardt
unk              Marvin Katkin
unk              Marvin Katkin Revocable Trust
unk              Marvin Plateis
unk              Marvin Schlachter
cr               Mary Albanese
unk              Mary Ann Mueller
unk              Mary Ellen Nickens
unk              Mary Gillen Schluck
unk              Mary Guiducci, individually and in her capacity as
unk              Mary Ryan Buddig
unk              Mathew and Evelyn Broms Investment Partnership, LL
unk              Matthew F.V. Jacob
unk              Matthew Fiterman
unk              Matthew Greenberg
unk              Matthew Liebman
unk              Matthew McCallum & Iris Hoi
cr               Matthew S. Kansler
unk              Mattthew H. Harvey
unk              Maude Davis
unk              Maude Davis and the Maude Davis IRA
unk              Maureen Ebel
unk              Maureen Ebel and Maureen Ebel IRA; Diane and Roger
unk              Maureen Edwards
unk              Maureen O'Rourke
unk              Maurice Levinsky
cr               Maurice S. Sage Foundation Inc.
unk              Maurice Sandler, individually as grantor and benef
unk              Max Rutman
unk              Maxine S. Stewart
unk              Maxine Terner
unk              McFarland Investments Corp.
intp             Medici Cayman Island Ltd.
intp             Medici Cayman Islands Ltd.
intp             Medici S.R.L.
intp             Medicifinanz Consulting GmbH
unk              Megan Burich
cr               Megan E. O'Neill
unk              Mel Enterprises Ltd.
unk              Melanie Greisinger
unk              Melissa A. Herrling
unk              Melissa Donelson
unk              Melissa Perlen (a/k/a Melissa Perlen Greenbaum), i
unk              Melvin B. Nessel 2006 Trust u/a/d 3/14/06
unk              Melvin B. Nessel Revocable Trust
unk              Melvin H. and Leona Gale
cr               Melvin H. and Leona Gale
unk              Melvin H. and Leona Gale Joint Revocable Living Tr
unk              Melvin Mayers
unk              Melvyn I. Weiss and Barbara J. Weiss
intp             Members of L&I Investments LLC
unk              Menahem and Marthe Lowy
dft              Mercedes P. Rea
unk              Meredith Aufzien Bauer
unk              Meredith Selekman
unk              Merlin & Associates, Ltd.
tee              Merrill Lynch Banc (Suisse) S.A.
unk              Merrill Lynch International
tee              Merrill Lynch International
dft              Merritt Kevin Auld
cr               Meryl Mann
unk              Metis Group CPA's LLC
unk              Metro Motors Imports, Inc.
unk              Mets Limited Partnership
unk              Michael & Daliah Belkine
unk              Michael & Daliha Belkin
unk              Michael & Marcy Squadron
unk              Michael & Paula Maturo
unk              Michael A. Bellini & Judith Bellini J/T WROS
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
intp           Michael A. Pascucci, et al.
unk            Michael B. Hurwitz
unk            Michael Brillante
unk            Michael Brittan
cr             Michael C. Lesser
unk            Michael E. Campbell
unk            Michael E. Fisch and Sudeshna M. Fisch
unk            Michael E. Thau
unk            Michael Epstein
unk            Michael F. Jacob
unk            Michael Fisch
unk            Michael Goldstein
unk            Michael H. and Lisa Ostrove
unk            Michael Heaney
unk            Michael Hutteneder
unk            Michael J. DiLorenzo
intp           Michael Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amen
unk            Michael Katz
unk            Michael Katz & Dayle Katz J/T WROS
unk            Michael Katz & Saul B. Katz
unk            Michael Krumm
unk            Michael Lazarus
unk            Michael Lazarus
unk            Michael Leeds
cr             Michael Mann
unk            Michael Mathias
unk            Michael Mathias and Stacey Mathias JTWROS
unk            Michael Morrone
unk            Michael Most
cr             Michael Most
unk            Michael Nilan
unk            Michael Roth
unk            Michael Roth
intp           Michael S. Jaffe Trust U/D/T 9/25/71 As Amended
unk            Michael S. Leeds
unk            Michael Saltzman Trust
unk            Michael Sandler IRA
unk            Michael Schur
unk            Michael Simon
unk            Michael Tom
intp           Michael W. Sonnenfeldt
unk            Michael and Jennifer Ruff
unk            Michael and Sandra Silverstein
unk            Micheala Lintner
intp           Michel Kohn
unk            Michele Degrange Macchia
unk            Michele Schupak
unk            Michele Sorkin
unk            Michelle Appel
unk            Michelle Behrend Gift Trust
unk            Michelle Glater
unk            Michiel Vant Laar and Judith Lennaerts
unk            Midlands Surgical Associates, PA Profit Sharing Pl
unk            Miguel A. Gonzalez
unk            Miguel Lomeli
unk            Mike Stein
unk            Mikki L. Fink
dft            Milberg LLP and Seeger Weiss LLP Defendants
unk            Milberg/SeegerWeiss/K&LGates/Dentons/Claimants
unk            Mildred Arent
unk            Mildred Gould
unk            Mildred Wang
unk            Miles & Shirley Fiterman Charitable Foundation
unk            Miles Fiterman Family Trust
unk            Miles Q. Fiterman II
unk            Miles Q. Fiterman Non-Exempt Marital Trust
unk            Miles Q. Fiterman Revocable Trust
unk            Milka Eichlehner
unk            Millennium Trust Co. LLC Maurice Sandler
unk            Miller Family Partnership, EDM Trust #1 dated Sept
unk            Miller Trust Partnership
unk            Millicent Gillum
unk            Milton Fine 1997 Charitable Remainder Unitrust
unk            Milton Fine Revocable Trust
unk            Milton Hendler Residaury Trust
unk            Milton Levin
unk            Milton Levin and Cynthia Levin TIC
unk            Mindy Gross
unk            Mindy Kleinberg
```

District/off: 0208-1        User: changreen        Page 40 of 57        Date Rcvd: May 04, 2016
                           Form ID: pdf001         Total Noticed: 480

```
                ***** BYPASSED RECIPIENTS (continued) *****
unk             Miri Dovrat
cr              Miri Dovrat
unk             Miri Segal Dovrat
unk             Miriam Cantor Siegman
cr              Miriam Williams
unk             Mirza Inayat Khan
unk             Miscork Corp.
unk             Miscork Corp. #1
sp              Mishcon De Reya
unk             Mishkin Family Trust
tee             Mistral (SPC)
unk             Mitchel Chalek
unk             Mitchel Chalek, in his capacity as a Member of Cha
unk             Mitchell Rechler
unk             Mitchell Rechler, individually, and in his capacit
unk             Mitchell Ross
unk             Moisand Boutin & Associes
unk             Monica Kolzet
unk             Mordechai & Yael Bejarano
unk             Mordechai Bejarano
intp            Mordechai and Yvonne Landau
unk             Morning Mist Holdings Limited
unk             Morrey Berkwitz
cr              Morrie Abramson
cr              Morris Fuchs Holdings, LLC
unk             Morris Talansky
unk             Morton J. Chalek
unk             Morton J. Chalek, in his capacity as Managing Memb
unk             Morty Wolosoff Trust
unk             Moscoe Family Foundation
unk             Moshe Pesach
unk             Moshe and Naomi Fejgin
intp            Moshe and Rina Hartstein
unk             Mount Yale Highland Fund: A Series of Mount Yale M
unk             Mr. & Mrs. David Gross
unk             Mr. Sergio Drabkin
unk             Mrs. Karin Kozich and Mr. Andreas Kozich
unk             Mrs. Maria
unk             Mrs. Maria und Mr. Helmut Eder
unk             Mrs. Rossana Powsner
intp            Multi-Strategy Fund Limited
unk             Multiple Parties
unk             Munari Giudici Maniglio Panfili E Associati
unk             Muriel Epstein
unk             Muriel Goldberg
unk             Murray Gold
unk             Murray Gold Trust FBO Gold Children
unk             Murray Gold as Trustee U/A/D 08/08/90
unk             Murray Gold, Esq. Money Purchase Pension Plan
cr              Murray Pergament 1999 Trust F/B/O Bruce Pergament
cr              Mutua Madrilena Automovilista Ramo de vida
intp            Muus Independence Fund LP
dft             Myra Perlen Revocable Trust
dft             Myra Perlen in her capacity as Trustee for the Stu
dft             Myra Perlen, individually and in her capacity as T
unk             Myrna Kohl
unk             Myrna L. Kohl, as an individual and as a joint ten
cr              Myron Feuer
unk             NANCY GREENGRASS
unk             NATALIE GREENGRASS
unk             NBK Banque Privee (Suisse) SA
unk             NEAL COMER, as co-trustee of the Martin B. Epstein
intp            NEIL BOTWINOFF
unk             NICOLE GIRARD, individually and in her capacity as
unk             NTC & CO. FBO Helen Schupak(IRA)
unk             NTC & CO. fbo Rose Seligson(IRA)
unk             NTC & Co. FBO Michale Dancer
unk             Nader F. Dareshori
unk             Nadio Finance S.A.
unk             Nancy Atlas, in her capacity as the Trustee and Be
unk             Nancy Batkin 2003 Trust
unk             Nancy Batkin Troy
unk             Nancy Donner,   c/o Lisa Goldman
unk             Nancy Dver-Cohen
unk             Nancy Dver-Cohen Revocable Trust
cr              Nancy Feldman
unk             Nancy J Batkin 1998 Trust
dft             Nancy J. Marks Trust 2002
dft             Nancy L. Cahners, individually and in her capacity
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
unk         Nancy L. McNally
unk         Nancy L. McNally Trust
unk         Nancy L. Rapoport
unk         Nancy L. Warshow
unk         Nancy Silverton
unk         Nancy Warshow
unk         Nancy Zraick
intp        Naomi Karp
unk         Naomi Rozengarten
unk         Naomi Z. Newman
unk         Narvid, Glickman, Scott & Frangie Profit Sharing P
cr          Nassau Capital LLC
unk         Natale Barbara Trust F/B/O Mary Barbara and S&P As
unk         Natalia Cole
unk         Natalia Hatgis
unk         Nathan Johnson
unk         Nathan and Etta S. Kantor JTIC
unk         National Bank of Kuwait, S.A.K.
unk         Natixis and Natixis Financial Products LLC
unk         Neal Behrend Gift Trust
dft         Neal M. Goldman
unk         Neal M. Goldman (IRA)
unk         Neil R. Zieses
cr          Neil Reger Profit Sharing Keogh
cr          Neil Reger Profit Sharing Keogh and Neil Reger
unk         Neil S. Friedman
unk         Neill P. Squadron
unk         Neli Vilchitski
unk         Nephrology Associates P.C. Pension Plan
unk         Nerlande Sanon
intp        Netty Blau
unk         Neva Rosamilia
intp        New York State Education Department
unk         New York State Lineman's Safety Training Fund
unk         Ng Shok Mui Susanna & Ng Shok Len
unk         Nicholas Palevsky
unk         Nicholas Rosamilia
unk         Nicholas V. Boraggina revocable trust
intp        Nicole Herzog
unk         Nicolette Wernick
unk         Nicolette Wernick Nominee Partnership
unk         Nikolas Krankl
unk         Nilan Family LLC
unk         Nina Westphal
dft         Nine Thirty Capital Partners LLC
dft         Nine Thirty Partners Holdings, LLC,  a Delaware li
unk         Ninth Street Partners, Ltd.
unk         Noel Levine
unk         Noel Levine Trustee as Co-Trustee of Trust U/W Abr
intp        Nomura International PLC
unk         Norbert Pollanka
cr          Norma Fishbein
cr          Norma Fishbein Revocable Trust
dft         Norma Fishbein Revocable Trust dtd 3/21/90
cr          Norma Shapiro Trustee
cr          Norma Shapiro, IRA
dft         Norma Shapiro, The Norma Shapiro Revocable Declara
unk         Norman Blum
unk         Norman Blum Family Trust
unk         Norman Blum Non-Exempt Family Trust
cr          Norman E. Lesser Rev. 11/97 Rev. Trust
unk         Norman Feder
unk         Norman Feinberg
unk         Norman J. Blum individually and as Trustee for the
unk         Norman P. Rappaport
unk         Norman Plotnick
cr          Norman Schlessberg
unk         North Shore Child & Family Guidance Association In
unk         Northeast Investment Club and each of its members
dft         Northern Trust Corporation
unk         Northern Trust N.A., as Personal Representative of
unk         Northern Trust N.A., as successor Trustee of the M
unk         Northern Trust, N.A. as successor trustee of the M
cr          Norton Eisenberg
unk         Notz, Stucki Management (Bermuda) Limited
unk         Nur C Gangji, Trustee
unk         O.D.D. Investment L.P.#2
unk         OFI MGA ALPHA PALMARES (f/k/a Oval Alpha Palmares)
unk         OVAL PALMARES EUROPLUS
```

```
District/off: 0208-1        User: changreen          Page 42 of 57          Date Rcvd: May 04, 2016
                           Form ID: pdf001           Total Noticed: 480
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
cr           Oakdale Foundation, Inc.
unk          Objecting Claimants (identified in Exhibit A)
dft          Odyssey Alternative Strategy Fund, Ltd.
unk          Olga Krakauer
unk          Oliver Silverton-Peel
unk          Oliver Stangl
unk          Olivia McKean
unk          Omega Asset Management, LLC
unk          Omer L. Rains
unk          Onesco International Ltd.
intp         Oppenheimer Acquisition Corp.
cr           Optima Limited Partnership
unk          Optimal Arbitrage Limited
unk          Optimal Strategic U.S. Equity Limited
unk          Orbita Capital Return Strategy Limited
unk          Original Finance Ltd.
unk          Orthopedic & Hand Surgery Associates, PA
unk          Osborne & Osborne, P.A.
unk          Oscar Palmer
unk          Oswego Laborers' Local 214 Pension Fund
unk          Oversea Chinese Bank Nominees PTE Ltd.
unk          Owen Buckmaster
cr           Oxford Envelope Corporation
unk          P&M Joint Venture
unk          P&S Associates General Partnership
unk          P. Charles Gabriele
unk          P.B. Robco Inc.
unk          PAUL ALPERN RESIDUARY TRUST
cr           PEDS Retirement Trust
unk          PJ Administrator LLC
cr           PJFN Investors LP
unk          PMJ Inc.
unk          Palmer Family Trust
unk          Palmer Family Trust and its Beneficiaries
unk          Pamela Frimmer
unk          Pamela Goldman
dft          Pamela Goldman
unk          Pamela Harnick
unk          Pamela Lemke
unk          Pamela Marxen
unk          Pamela Preffer
dft          Panagiotis Sakellariou Settlement, an irrevocable
unk          Panasia, LLC
unk          Pasha S. Anwar
unk          Pasifin Co. Inc.
unk          Pat Thackray
dft          Pati H. Gerber
cr           Patrice M. Auld
dft          Patrice M. Auld
dft          Patrice M. Auld & Certain Other Avoidance Defendan
dft          Patrice M. Auld, as trustee of Bernard Marden Prof
unk          Patricia A. Pratt
unk          Patricia DeLuca
unk          Patricia Hillier
unk          Patricia L. Roland
unk          Patricia Long
unk          Patricia M. Minucci
unk          Patricia Ryan
unk          Patricio Maldonado
unk          Patrick & Patricia Cooney
unk          Patrick F. Nilan
dft          Patrick Littaye
unk          Patsy Jones Revocable Living Trust
unk          Paul Allan Wheatley
unk          Paul Allen
unk          Paul Alpern Residuary Trust
unk          Paul Barone
unk          Paul F. McLaughlin
cr           Paul Horowitz
unk          Paul J. Fisch
cr           Paul Kaye
cr           Paul Laplume and Alain Rukavina, as Liquidators fo
unk          Paul Powell
unk          Paul Schupak
unk          Paul Schupak (IRA)
unk          Paul Schwartzberg
unk          Paul Sirotkin
unk          Paula Brookshier
cr           Paula E. Lesser 11/97 Rev. Trust
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk          Paula Newton
unk          Paula Patricia Marriott & Timothy Clive Marriott
unk          Paula Zitrin Roth IRA
unk          Paula Zitrin Trust dated 4/29/93, Paula Zitrin or
unk          Pauline B. Feldman
unk          Pauline Silverstein Rev. Trust
unk          Pcrela q. J
unk          Pedi Finance S.A.
unk          Peerstate Equity Fund L.P.
unk          Peerstate Equity Fund L.P. and each of its partici
unk          Peggyann Gerhard
unk          Peng Yan
unk          Penney P. Burnett
cr           Pergament & Pergament Realty LLC
cr           Peter A. Carfegna Charitable Remainder Trust
unk          Peter Barbato
unk          Peter Benzaia
unk          Peter Chernis, as Trustee of Robyn G. Chernis Irre
unk          Peter D. Kamenstein
dft          Peter G. Chernis Revocable Trust dtd 1/16/87, as a
unk          Peter G. Chernis, in his capacity as Trustee of th
unk          Peter Goodman, as Beneficiary of The Jerome Goodma
unk          Peter J. Ryan
unk          Peter Londa, in her capacity as a Partner in Train
unk          Peter M. Lehrer
unk          Peter Moskowitz
unk          Peter P. Jenkins
unk          Peter Richard Roberts
unk          Peter Scott Rumbold
unk          Peter Tzannes
unk          Peter Tzannes, in his capacity as a Member of Chal
unk          Peter Weinhofer
unk          Peter and Carol Gold
unk          Philadelphia Financial Life Assurance Company
unk          Philip B. Robinson
dft          Philip Cahners
cr           Philip Datlof
unk          Philip E Carlin Family CRUT #1
unk          Philip E Carlin Family CRUT#2
unk          Philip E. Carlin CRUT#1
unk          Philip E. Carlin CRUT#2
unk          Philip E. Miller
unk          Philip E. Miller and Steven A. Miller as heirs of
unk          Philip F. Palmedo
unk          Philip Goodman, as Limited Partner of Goodman Capi
unk          Philip Lee McStotts Trust
unk          Philip Nicholas Schupak
unk          Philip Peluso
cr           Philip Ross
unk          Phillip Lee McStotts Trust
unk          Phoenix Lake Partners, LP
unk          Phyllis A. Katz
unk          Phyllis A. Poland
unk          Phyllis Feiner
unk          Phyllis Glick
cr           Phyllis Greenman
unk          Phyllis Leone
unk          Phyllis M. Eldridge
unk          Phyllis Poland-Ferriter
unk          Phyllis Rebell Osterman
unk          Phyllis Reischer
unk          Piale Eisal
unk          Pierre Delandmeter
unk          Placon2
unk          Plafsky Family LLC Retirement Plan
dft          Platinum All Weather Fund Limited
unk          Plaza Investments International Limited
unk          Plumbers, Pipefitters and Apprentices Local No. 11
unk          Pola Brodzki Revocable Trust
unk          Pompart LLC
dft          Port of Hercules Trustees Limited, Individually an
unk          Potamkin Family Foundation I, Inc.
unk          Power King Ltd.
intp         Premero Investment LTD
unk          Privat Fondos Global F.I.
inv          Proposed Customers-Intervenors
inv          Proposed Intervenors represented by Pryor Cashman
dft          Public Institution for Social Security
unk          Pulver Family Foundation, Inc
```

District/off: 0208-1          User: changreen          Page 44 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001          Total Noticed: 480

```
          ***** BYPASSED RECIPIENTS (continued) *****
dft          Queensgate Foundation
unk          Quentin Walter
unk          Quilvest Finance LTD.
unk          R. James Brenner
unk          R. Luker Living Trust dated 2/01/08
unk          R. R. Rosenthal Associates
unk          R.D.A., a minor, as beneficiary of the Article 8.1
unk          R.H.1
unk          R.H.2
unk          R.J. Investment
dft          RACHEL SHAPIRO
dft          RAR Entrepreneurial Fund, LTD.,
dft          RBC Foreign Defendants
dft          RENEE SHAPIRO, individually, as general partner of
unk          RICHARD WEINBERGER, in his capacities as personal
unk          RIP Investments, LP
unk          ROBERT AND ALYSE KLUFER FAMILY TRUST "A"
intp         ROBERT E. HELPERN
unk          ROBERTA SCHWARTZ, AS BEN. OF THE GERTRUDE E. ALPER
unk          Rabb Partners
unk          Rachel & Dafna Aviv
unk          Rachel & Dalit Aviv
unk          Rachel & Dana Aviv
unk          Rachel & Doron Aviv
unk          Rachel & Paula Zitrin
unk          Rachel Anne Rogers
unk          Rachel Aviv
dft          Rachel Cahners Caveney
unk          Rachel Shapiro
unk          Rad,o;a Dolezal
unk          Radosh Partners
unk          Radosh Partners, a Florida partnership
unk          Rafael Mayer
unk          Rajiv Bhalla
unk          Raleigh Dow Buckmaster, Jr.
unk          Raleigh Dow Buckmaster, Sr.
unk          Ralph Cohen
unk          Ralph Schiller
unk          Ralph V. Ardolina
unk          Ramiro Castillo Marin ,  Marcela Kappelmayer and M
unk          Ramona West
unk          Randy Epstein Austin
unk          Rann & Tamar Smorodinsky
unk          Rann Smorodinsky
unk          Ravinderjit S. Anand
unk          Ravit Cohen
unk          Raymo Dallavecchia Jr. IRA
cr           Raymond M. Murphy
unk          Realty Negotiators Defined Benefit Pension Plan
cr           Rebecca Pui-Wa Tsang
unk          Rebecca Silberstein
unk          Reckson Generation
unk          Red Valley Partners
unk          Regina Ross
unk          Regine Vaget
cr           Rehnert, Geoffrey S.
unk          Reinsel Kuntz Lesher, LLP
unk          Renee Kurland
unk          Renee Robinow Soskin
unk          Renee Shapiro
unk          Rex C. Bean CRUT
intp         Rhonda Shapiro Zinner 1993 Trust U/D/T DTD 7/7/93
unk          Richard & Deborah Felder
unk          Richard & Maureen Johnson
cr           Richard A. Broms
unk          Richard A. Broms
cr           Richard A. Broms Revocable Trust
unk          Richard A. May, individually as beneficiary of Est
unk          Richard A. Wilpon and Debra Wilpon
unk          Richard Armstrong Lant
unk          Richard B. Hopkins, II
unk          Richard Bernard
unk          Richard Chalek
unk          Richard Coppolino
unk          Richard E. Feldman
cr           Richard E. Winter Revocable Trust
unk          Richard Eyges
unk          Richard Friedman
cr           Richard G. Eaton
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk             Richard H. Pauker and Joyce M. Pauker
unk             Richard H. Steinberg
unk             Richard Hofer
unk             Richard Ian Livingston
unk             Richard J. Helfman Life Insurance Trust DTD 12/30/
unk             Richard J. Miller, Jr.
unk             Richard Janik
unk             Richard Jeffrey Clive Hartley
unk             Richard L. Brittain
unk             Richard L. Cohen
unk             Richard Laratro
unk             Richard Leeds
unk             Richard M. Chalek, in his capacity as a Member of
unk             Richard M. Friedman, as Executor of the Estate of
unk             Richard M. Gaba
dft             Richard M. Glantz
unk             Richard M. Glantz
unk             Richard M. Rosen
unk             Richard Mogg Revocable Trust
unk             Richard Most
unk             Richard Most
unk             Richard Peshkin
unk             Richard Rawlinson
unk             Richard Roth
unk             Richard Roth
unk             Richard S. Beaser
unk             Richard Schwartz
unk             Richard Stein
unk             Richard Surabian
unk             Richard Viola
unk             Richard Wilpon
unk             Risa E. Zucker
unk             Rita English
unk             Riva y Garcia Seleccion Alternativa IICIICL
unk             Robert A. Epstein, MD and Rebecca Epstein, DMH
dft             Robert A. Marks
unk             Robert A. Meister
unk             Robert Auerbach
unk             Robert Avergon
unk             Robert Berzner
unk             Robert C. Josefsberg
cr              Robert C. Lapin, IRA
unk             Robert C. Luker Family Partnership
unk             Robert C. Luker, in his capacity as a partner of t
unk             Robert Callely
unk             Robert Carnevale
unk             Robert Charles Luker
unk             Robert D. Watman
unk             Robert Daub
unk             Robert Denerstein
unk             Robert Douglas Steer & Jeanette Margaret Scott Ste
unk             Robert E. Decker
unk             Robert E. Decker
unk             Robert E. May
unk             Robert F. Gammons
cr              Robert F. Weinberg
dft             Robert Fishbein, in his capacity as Trustee of the
dft             Robert Fishbein, in his capacity as the Personal R
unk             Robert Fried
dft             Robert Fried & Certain Other Avoidance Defendants
unk             Robert H. Scott & Molly NcNaughton
unk             Robert H. Scott and Molly MacNaughton
intp            Robert H. Smith Revocable Trust
unk             Robert Halio
unk             Robert Harmatz
unk             Robert Hirsch
unk             Robert J. Allen
unk             Robert J. Vogel
cr              Robert Kehlmann and Diana Tosto Kehlmann Living Tr
cr              Robert Korn
unk             Robert Kraham
unk             Robert L. Epstein
unk             Robert L. Epstein, individually, as co-trustee of
cr              Robert L. Schwartz
unk             Robert Low
dft             Robert M. Cahners, individually and in his capacit
unk             Robert M. Merson
unk             Robert M. Randquist, Beneficial Owner, on Behalf o
cr              Robert M. Siff
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
unk          Robert M. and Arlene Merson Family Trust dtd 8/12/
unk          Robert M. and Arlene Merson Family Trust dtd 8/12/
unk          Robert Mansfield and Andrea Mansfield JTWROS
unk          Robert Mayer
unk          Robert Mick
unk          Robert Nystrom
unk          Robert P. Andelman
intp         Robert P. Kogod
unk          Robert Plafsky
unk          Robert Plafsky, in his capacity as Trustee for the
unk          Robert Polk
unk          Robert Potamkin
unk          Robert R. Rosenthal
unk          Robert Rosenberg (IRA)
unk          Robert Rosenfield
unk          Robert S. Bergman
unk          Robert S. Bernstein
unk          Robert S. Jacob
unk          Robert S. Robbin
unk          Robert S. Savin
unk          Robert S. Whitman
unk          Robert Saltzman
unk          Robert Saltzman 76 Trust
unk          Robert Schulman
cr           Robert T. Schoen and Cynthia B. French
unk          Robert Weintraub, individually and in his capacity
unk          Robert Wittmann
unk          Robert Yaffe
unk          Robert and Audrey Orenbach
unk          Robert and Lexie Potamkin
unk          Robert and Linda Friedman Foundation
unk          Robert and Margaret Vas Dias
unk          Robert and Suzanne Plati
unk          Roberta E. Tarshis
unk          Roberta Plateis
unk          Roberta Schwartz Trust
unk          Roberta Schwartz Trust
unk          Roberta Wolf
unk          Robin Geoffrey Swaffield
unk          Robin I. Logue and Peter G. Logue, as co-trustees
unk          Robin J. Silverstein
unk          Robin L. Warner
unk          Robin Popkin Logue, Trustee of the Joseph S. Popki
unk          Robin S. Friehling
unk          Robin S. Weinberger
unk          Robin Tzannes
unk          Robin Tzannes, in his/her capacity as a Member of
cr           Robyn Berinker
cr           Robyn Berniker
unk          Robyn G. Chernis
unk          Robyn G. Chernis Irrevocable Trust u/d/t 7/4/93
cr           Roger A. Enrico IRA
unk          Roger Brown
unk          Roger Peskin
unk          Roger Peskin
unk          Roger Peskin
unk          Roger Rechler Revocable Trust
cr           Roger Williams
unk          Roger Zitrin (Roth Ira)
unk          Roger Zitrin IRA
unk          Roland Aulinger
unk          Roman Trojan & Danuta Trojan
unk          Roman Trojan and Danuta Trojan
unk          Rona Mast
unk          Ronald A. Oguss
unk          Ronald Barsanti Revocable Trust
unk          Ronald Cohen, in his capacity as a Partner of Plac
unk          Ronald Dvorkin
unk          Ronald G. Caso
unk          Ronald Gene Wohl Credit Shelter Trust
unk          Ronald Guritzky
unk          Ronald Iaboni
unk          Ronald J Haber
unk          Ronald Joseph
unk          Ronald Joseph and Marie Elsie Joseph
unk          Ronald Lazarus
unk          Ronald Lazarus
unk          Ronald Lightstone
unk          Ronald M. Gross
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

| | |
|---|---|
| unk | Ronald M. Lazarus |
| unk | Ronald Weinstein |
| unk | Ronnie Sue Ambrosino |
| unk | Roofers' Local 195 Annuity Fund |
| unk | Roofers' Local 195 Health & Accident Fund |
| unk | Roofers' Local 195 Pension Fund |
| unk | Rosalie Fogelman |
| cr | Rosalie Wallenstein |
| unk | Rosalind Sabella Clark |
| unk | Rosalinda Macaluso |
| unk | Rosalyn Schwartzman |
| cr | Rose Gindel Trust, Rose Gindel, Michael Gindel, Br |
| cr | Rose Less |
| unk | Rose Schy |
| unk | Rose and Ira Schy |
| cr | Rosenthal Family LLC |
| unk | Roslyn Feuer |
| unk | Rothschild Trust Guernsey Limited |
| unk | Roxy Management Defined Benefit Pension Plan |
| unk | Roy Schrager |
| unk | Roy Van Lanen |
| unk | Roy Van Lanen Trust |
| intp | Royal Bank Of Canada |
| unk | Rubin Family Investments Partnership |
| cr | Russell DeLucia |
| unk | Russell Dusek II |
| unk | Russell G. Sherman |
| unk | Russell L Dusek |
| unk | Russell Laslow Dusek |
| unk | Russell Lipkin |
| dft | Russell Oasis |
| dft | Russell Oasis |
| unk | Russell Oasis |
| unk | Russell Ormsby Morris |
| unk | Ruth & Leah Tall J/T WROS Norton |
| cr | Ruth E. Goldstein |
| unk | Ruth E. Kahn |
| unk | Ruth Gamberg |
| unk | Ruth Kahn |
| unk | Ruth Kerem |
| unk | Ruth Krasner |
| unk | Ruth L. Luker, in her capacity as a partner of the |
| unk | Ruth Loraine Luker |
| unk | Ruth Luker Living Trust dated 2/01/08 |
| cr | Ruth Mechaneck |
| intp | Ruth Shapiro Trust U/D/T 4/9/03 |
| unk | Ruth Wilk or Elliot Wilk WROS |
| unk | Ruthann Stepanek |
| unk | Ryan Eyges |
| unk | Ryan Murray |
| unk | Ryan P. Murray |
| unk | Ryan Tavlin, individually as beneficiary of the Tr |
| unk | S&P Associates General Partnership |
| dft | S&R Investment Co. |
| unk | S&R Investment Co. |
| cr | S. Donald Friedman |
| unk | S. James Chambers |
| unk | S. James Coppersmith, individually |
| unk | S. Rendolok LLC |
| cr | SBM Investments LLP |
| sp | SCA Creque |
| unk | SEE Holdco, LLC |
| unk | SEIU 1199 Upstate Pension Fund |
| unk | SEYMOUR ZISES, in his capacities as personal repre |
| unk | SG AUDACE ALTERNATIF (f/k/a SGAM AI Audace Alterna |
| dft | SG Hambros Bank & Trust (Bahamas) Limited, in its |
| unk | SGAM AI EQUILIBRIUM FUND (f/k/a SGAM Alternative M |
| intp | SICO Limited |
| unk | SMC Alternative Strategies Fund, LLC |
| unk | SMC Alternative Strategies Fund, Ltd. |
| unk | SMC Leveraged Fund, LLC |
| unk | SMC Leveraged Fund, Ltd. |
| unk | SMC Reserve Fund II Offshore, L.P. |
| unk | SMC Reserve Fund II, LP |
| unk | SMC Select Co-Investment Feeder Fund I, LLC |
| unk | SMI Capital Group |
| unk | SMT Investors LLC |
| cr | SNR Denton Customers |
| intp | SNS Bank N.V. |

District/off: 0208-1          User: changreen          Page 48 of 57          Date Rcvd: May 04, 2016
                              Form ID: pdf001          Total Noticed: 480

```
                ***** BYPASSED RECIPIENTS (continued) *****
intp            SNS Global Custody B.V.
unk             SOCGEN NOMINEES (UK) LIMITED
unk             SOCIETE GENERALE BANK & TRUST S.A.
unk             SPJ Investments, Limited Partnership and All of It
unk             SPV Optimal SUS Ltd.
cr              SRF Partners
unk             SRZ Claimants
dft             STANLEY SHAPIRO, individually, as general partner
unk             STEPHEN A. WEISS
unk             SUSAN SALTZ CHARITABLE LEAD ANNUITY TRUST,   AITKEN BERLIN, LLP,   2 GANNETT DRIVE, STE 418,
                WHITE PLAINS
unk             SUSAN SALTZ DESCENDANTS TRUST,   AITKEN BERLIN, LLP,   2 GANNETT DRIVE, STE 418,   WHITE PLAINS
unk             Sabra Englebardt
unk             Sagar A. Dalal
cr              Sage Associates
cr              Sage Associates II
cr              Sage Realty
unk             Sain Partners
unk             Saje Partners
unk             Sala Sihombing
unk             Sally K. Simonds
unk             Sally M. Driyzs
unk             Sally S. Beaudette
unk             Sally S. Beaudette
unk             Salty Partners
unk             Saltzman Foundation
unk             Saltzman Group
unk             Salvatore & Karyn Rosamilia
unk             Sam & Edith Rosen
unk             Sam Zemsky
unk             Sam Zemsky Rev. Trust dtd 12/27/95
cr              Samantha Fisher Trust
unk             Samantha Fronstin
unk             Samdia Family L.P., a Delaware Limited Partnership
unk             Samdia Family, LP
unk             Samuel Frederick Rohdie& Lam Shuk Foon Margaret
unk             Samuel Katz
unk             Samuel L. Messing
unk             Samuel Olesky
unk             Samuel Preffer
unk             Samuel Robinson
unk             Samuel Roitenberg Trust
unk             Samuel Salmanson Marital Trust
unk             Samuel Squadron
cr              Samuel Wilkes
unk             Samuel-David Associates Ltd.
unk             Sandi N. Behr
unk             Sandra Guiducci, individually and in her capacity
unk             Sandra L. Manzke
unk             Sandra L. Manzke Revocable Trust
unk             Sandra Phillips Kaye
unk             Sandy B. Drozdick
unk             Sandy Cohen
unk             Sandy Sandler
unk             Sanford Guritzky, Brenda Guritzky, Dana Guritzky M
unk             Sanford Harwood
unk             Sanford S. Perlman
unk             Sara Seims, as trustee of the Trust u/art Fourth o
unk             Sara Tschimperle
unk             Sarah D. Gold
unk             Sarah Fisk
unk             Sarah Harre
unk             Sarah Mondshine
cr              Sau Ling Lee
unk             Saucelle Investment SA Panama
unk             Saul B. Katz
unk             Saul B. Katz and Brian Hahn Jr. Tenants in Common
unk             Saulius Kajota
unk             Savest LTD, and each of its members
unk             Savest Ltd. and each of its members
unk             Scherr Barbara
sp              Schifferli Vafadar Sivilotti
dft             Schroder & Co Bank AG
unk             Schupak Group Defined Benefit Plan
unk             Schupak Group Profit Sharing Plan
unk             Schwartzman Metals, Inc. 401(k) FBO Ivan Schwartzm
unk             Schy Family Partnership
unk             Schy Family Partnership
unk             Scott Ehrenberg
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk            Scott Greenberg
unk            Scott M. Sporcich
unk            Scott Moscoe
unk            Scott Moscoe and Samantha Moscoe
unk            Scott Rechler
unk            Scott Rechler, individually, and in his capacity a
unk            Scott Rumbold
unk            Scott S. Patience
unk            Sean Stepelton
pla            Securities Investor Protection Corporation
cr             Selma Fox
unk            Serge Vossoughi
unk            Sergio Drabkin
unk            Service Employees Benefit Fund
unk            Service Employees of Upstate New York Pension Fund
unk            Service Roofing Company
unk            Seth & Elizabeth Squadron
unk            Seyfair, LLC, a New York limited liability company
unk            Seymour Kleinman
unk            Seymour W. Zises in his capacity as trustee
unk            Shana D. Madoff
unk            Sharlene Ladin
dft            Sharon A. Raddock
unk            Sharon Falls Bizzell
unk            Sharon Gately
unk            Sharon Kleinberg
unk            Sharon Klenberg and  Laurence M. Ostrin
unk            Sharon Lohse
unk            Sharon Lohse Trust
dft            Sharon Popkin
unk            Sharon R. Luker, in her capacity as a partner of t
unk            Sharon Ruth Luker
unk            Shawn Kolodny and Andrew Kolodny JT/WROS
unk            Shawn Mathias
unk            Shawn Mathias Marisol Mathias JT/WROS
unk            Sheila A. Woessner
unk            Sheila A. Woessner Family Trust
cr             Sheila Kolodny
unk            Sheila L. Greenfield
unk            Shelburne Shirt Company, Inc.
unk            Sheldon Seissler
unk            Sheldon Shaffer Trust Dtd 3/26/1996
cr             Shelley Michelmore
unk            Sherman L. Brown
unk            Sherman L. Rosenfield
unk            Sheryl L. Weinstein
unk            Sheryl Weinstein
unk            Sheryl Weinstein as Executrix of the Estate of Edi
unk            Shilling Inversiones S.I.C.A.V., S.A.
unk            Shimon Laor
unk            Shirley B. Beaser, as general partner of the Bease
unk            Shirley Besikof
unk            Shirley Blank, individually
unk            Shirley Charms
unk            Shirley Fiterman, individually and in her capacity
unk            Shirley Friedman
unk            Shirley K. Stone Revocable Trust
unk            Shirley Krellenstein
unk            Shirley Krellenstein Revocable Trust of 1994, a Fl
unk            Shirley M. Sherman
unk            Shirley Preffer
unk            Shirley S. Siff Trust 1989 dtd 12/20/89, Robert M.
unk            Shlomit & Gideon Steinitz
cr             Shlomo & Anat Dovrat
unk            Shlomo & Miriam Abrahamer
intp           Shlomo (Momy) Amselem
intp           Shlomo (Momy) Islands Ltd.
unk            Shlomo Benjamin
unk            Shlomo Dovrat
unk            Shoshana Gitelman
unk            Shoshana Gitelman
unk            Shoshanna L. Wingate
unk            Shoshanna Remark Victor
unk            Shu Q. Zhao
unk            Shulman Family Corporation, in its capacity as a G
cr             Sidney Cole
unk            Sidney Dorfman
unk            Sidney Glodstein
unk            Sidney Goldstein
```

District/off: 0208-1          User: changreen          Page 50 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr            Sidney Horowitz IRA
unk           Sidney Kaplan
unk           Sidney Ladin Revocable Trust Dated 12/30/06
dft           Sidney Marks
dft           Sidney Marks Trust 2002
unk           Sidney R. Ladin
unk           Sidney R. Ladin Grantor Retained Annuity Trust 11/
unk           Sidney and Ethel Chambers
unk           Siegel IRA
cr            Sienna Partnership, L.P.
unk           Simon Jacobs
unk           Simone Erika Krame Trust
dft           Six Sis AG
unk           Sloan G. Kamenstein
unk           Societe Generale Holding de Participations S.A. su
unk           Societe Generale Private Banking (Lugano-Svizzera)
unk           Societe Generale Private Banking (Suisse) SA
unk           Societe Generale S.A. sued as Trustee for Lyxor Pr
unk           Sol Ganes
unk           Solomon Turiel
tee           Solon Capital, Ltd.
intp          Somers Dublin Limited
intp          Somers Nominees (Far East) Limited
unk           Sondov Capital, Inc.
unk           Sondra Brody
unk           Sondra Feinberg
intp          Sonja Kohn
cr            Sonnenschein Investors
unk           Sophat Mao
unk           Sophia Palmer
unk           Soraya Cohen
sp            Sorokor - Agmon
cr            South Shore Partners, Inc.
unk           Sparkasse Reutte
unk           Special Asset Liquidating Trust
unk           Sport Optics
intp          Spring Mountain Capital, LP
unk           Spring Mountain Partners Overseas I, Ltd.
unk           Spring Mountain Partners QP I, LP
unk           Spring Valley Ventures, LLC
unk           Square One Fund Ltd.
unk           St. Stephen's School
intp          Stable Fund LP
unk           Stacey B. Ross
unk           Stacey Blechman
unk           Stacey Mathias
unk           Stacey Mathias and Michael Mathias, Trustees of th
unk           Stacy Trosch Most
intp          Standard Chartered Financial Services (Luxembourg)
cr            Stanford International, Inc.
unk           Stanley Dale Cohen
unk           Stanley Gordon Bennett III 1988 Trust
unk           Stanley Gordon Bennett, III
unk           Stanley H. Sussman
unk           Stanley Kreitman
unk           Stanley Mondshine Revocable Trust
unk           Stanley Mondshine and Sarah Mondshine J/T WROS
unk           Stanley Nelson
dft           Stanley Plesent
intp          Stanley S. Weithorn
unk           Stanley Shapiro
cr            Stanley T. Miller
unk           Stefani Relles
unk           Stepelton Advisors, Inc.
unk           Stephanie L. Andelman
unk           Stephanie Nicholson
unk           Stephanie Rosenthal
unk           Stephen B. Kaye
unk           Stephen Bernard Roder & Richa Roder
unk           Stephen H. Stern
unk           Stephen Helfman
unk           Stephen J. Hoffman
unk           Stephen Kaufman
unk           Stephen M. Schwebel
unk           Stephen N. Dratch
unk           Stephen R Konigsberg
unk           Stephen R. Goldenberg
unk           Stephen Stern
cr            Stephen Wilkes
```

District/off: 0208-1          User: changreen        Page 51 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001        Total Noticed: 480

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk             Stephen Z. Kaufman
unk             Stephen and Francine Fogel
unk             Sterling 15C L.L.C.
unk             Sterling 20 LLC
unk             Sterling Equities Associates
cr              Sterling Equities Associates,   450 Lexington Avenue
cr              Sterling Equity Associates,   450 Lexington Avenue
unk             Sterling Mets, L.P.
unk             Sterling Thirty Venture LLC
unk             Steve Altieri
unk             Steve Schy
unk             Steven A. Eiseman
unk             Steven A. Miller
unk             Steven Andelman and Stephanie Andelman, individual
unk             Steven B. Kolsky
intp            Steven C. Fiterman Living Trust dated 1/6/95, as a
intp            Steven C. Jaffe Trust U/D/T DTD 9/25/71 As Amended
unk             Steven C. Schupak
unk             Steven F. Miller
intp            Steven Fiterman
unk             Steven Fiterman and Valerie Herschman in their cap
unk             Steven Fiterman, individually, and in his capacity
unk             Steven H. Fisch
unk             Steven Heimoff
unk             Steven J. Andelman
unk             Steven J. Cohen
unk             Steven J. Lifton
intp            Steven Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amend
unk             Steven Kurland
unk             Steven Liechtung
unk             Steven Morganstern
unk             Steven P. Heller Trust Robert Saltsman Trustee
cr              Steven P. Heller, As Personal Representative And A
cr              Steven P. Heller, as trustee
cr              Steven P. Heller, as trustee, Trust FBO Katherine
unk             Steven Schy and Family
unk             Steven Schy and Family
unk             Steven Sherwyn
unk             Steven Surabian
unk             Steven Surabian, Richard Surabian, Martin M. Surab
unk             Steven V. Marcus Seperate Property Marcus Family T
unk             Steven Wilansky
unk             Steven and Debra Fagien
unk             Stewart Gorenberg
unk             Stewart Katz
unk             Stichting Shell Pensioenfonds
unk             Stirs International Investments Ltd
unk             Stodinger Flildegard
unk             Story Family Trust #3
unk             Strand International Investments Ltd.
unk             Strip Inversiones S.I.C.A.V., S.A.
unk             Stuart J. Rabin
unk             Stuart M. Nierenberg
cr              Stuart M. Stein
unk             Stuart M. Stein
unk             Stuart M. Tarshis
unk             Stuart Perlen
dft             Stuart Perlen Revocable Trust dtd 1/4/08
dft             Stuart Perlen and Myra Perlen, in their capacities
dft             Stuart Perlen in his capacity as Grantor and Trust
dft             Stuart Perlen, in his capacity as Trustee of the M
dft             Stuart Zlotolow, in his capacity as executor of th
cr              Sui Ping Lam
unk             Sun Family Trust
unk             Sunyei Ltd-Jacques Lamac
unk             Sunyei Ltd.
unk             Susan Andelman
unk             Susan B. Alswanger
unk             Susan Brodsky
unk             Susan D. Labriola
unk             Susan Eisenstat
unk             Susan Epstein Gross
intp            Susan Fiterman
unk             Susan Greer
unk             Susan Helfman
unk             Susan Jacobs, individually, as co-trustee of the E
cr              Susan Jane Stone
unk             Susan Kostin
intp            Susan L. Fiterman Living Trust
```

District/off: 0208-1          User: changreen          Page 52 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001           Total Noticed: 480

```
                ***** BYPASSED RECIPIENTS (continued) *****
unk             Susan L. Glodstein
dft             Susan Lazarus
unk             Susan M. Konigsberg
unk             Susan Marshall
unk             Susan Mendik
unk             Susan Mendik
unk             Susan Mendik Trust U/W/O Jean Batkin
unk             Susan Miranda Selwyn
unk             Susan R. Andelman
unk             Susan Sansone
unk             Susan Sansone Pension Plan
dft             Susan Schemen Fradin
unk             Susan Schemen Fradin Trustee Rev Agree TST DTD 5/2
unk             Susan Schneider
unk             Susan Stone Marshall
unk             Susan Sullivan
unk             Susan Zedan
unk             Susan and Michael Shapiro Memorial Foundation
unk             Susanne Stone Marshall
dft             Susanne Stone Marshall
unk             Suzanne Ciani
unk             Suzanne Hammond
unk             Suzanne K. Plati
unk             Suzanne Thoresen
unk             Swing & David Harre
unk             Sylvia Ann Joel
unk             Sylvia Ann Joel (IRA)
cr              Sylvia Samuels
unk             Syracuse Builders Exchange, Inc./CEA Pension Fund
unk             THE BARBARA GIRARD TESTAMENTARY TRUST FBO NICOLE G
unk             THE ESTATE OF GERTRUDE E. ALPERN
unk             THE M & B WEISS FAMILY LIMITED PARTNERSHIP OF 1996
unk             THOMAS D. KEARNS, in his capacities as personal re
dft             TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as am
unk             TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as am
dft             TRUST F/B/O [W.P.S.] & [J.G.S.]
unk             TRUST F/B/O [W.P.S.] & [J.G.S.]
unk             TRUST UNDER ARTICLE FOURTH U/W/O ROBERT E. KLUFER
unk             Taj Inayat
cr              Talon Air, Inc.
unk             Tamar Shine Rakavy
cr              Tamar Shine Rakavy
unk             Tamar Smorodinsky
unk             Tamra Knepfer Trust
unk             Tarak N. Patolia
cr              Tate Horowitz
cr              Tate Horowitz Trust
unk             Tatiana Isdith
unk             Tatsuo Inagawa
sp              Taylor Wessing
intp            Tecno Development & Research LTD.
unk             Tensyr Limited
unk             Tepper 1998 Family Trust
unk             Teresa C. Nilan
unk             Teresa Cohen
unk             Teresa Lawrence
unk             Teresa Ryan
unk             Terry Lazarus
unk             Th Surabians
unk             The 2001 Frederick DeMatteis Revocable Trust
unk             The 2006 Kings Grant Trust
unk             The Adina Michaeli Revocable Trust
intp            The Andrew N. Jaffe 1993 Irrev. Trust U/D/T DTD 6/
unk             The Apmont Group Inc. Pension Plan
dft             The Ashby Trust
unk             The Aspen Company
unk             The Bank of New York Mellon Corporation
unk             The Benjamin W. Roth Irrevocable Trust
cr              The Bernard A. Marden & Chris Marden Foundation, I
unk             The Betsy R. Gordon Sheerr Successor Trust
unk             The Clawback-Intervenors
unk             The Dara Sun 2006 Irrevocable Trust
unk             The DeMatteis FLP Assets, LLC
unk             The Dean Sun 2006 Irrevocable Trust
unk             The Diana Melton Trust, Dated 12/05/05
unk             The Diandra De Morrell Douglas Foundation
cr              The Donald Snyder (IRA)
unk             The Edward R. Glantz Living Trust
cr              The Elliot J. Goldstein MD PC Money Purchase Pensi
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          The Elliott J. Goldstein MD PC Money Purchase Pens
unk         The Estate (Succession) of Doris Igoin
unk         The Estate of Barbara Girard
unk         The Estate of Bernice Plafsky
unk         The Estate of David Sloss
unk         The Estate of Edward R. Glantz
unk         The Estate of Jill L. Pupke
unk         The Estate of Leonard J. Schreier
unk         The Estate of Mike Stein
dft         The Estate of Nancy Marks
unk         The Estate of Norma Fishbein
unk         The Estate of Sylvia W. Lock
unk         The Estate of Thelma Glantz
unk         The Estelle Harwood Family Limited Partnership
unk         The Estelle Harwood Family Limited Partnership
unk         The Evans Family Trust
unk         The Festus & Helen Stacy Foundation, Inc.
cr          The Fishbein Family Interstitial Cystitis Research
unk         The Florence Law Irrevocable Trust dated 1/24/05
unk         The Francis J. Le Vine Revocable Trust
unk         The Fred Wilpon Family Trust
unk         The Geoge Jacobs Trust
unk         The Gerald and Barbara Keller Family Trust
unk         The Glantz Family Foundation, Inc.
unk         The Glantz-Ostrin Trust I
unk         The Glantz-Ostrin Trust II
unk         The Gloria Albert Sandler and Maurice Sandler Revo
unk         The Grabel Family Trust Dtd 3/29/99
unk         The Grabel Family Trustee
unk         The Graybow Group, Inc.
cr          The Graybow Group, Inc.
unk         The Guritzky Family Partnership LP
cr          The HO Marital Appointment Trust
unk         The Harnick Brothers Partnership
cr          The Horowitz & Libshutz Family Foundation Inc.
dft         The Horowitz & Libshutz Family Foundation, Inc.
unk         The Iris and Saul Katz Family Foundation, Inc.
unk         The Ive Revocable Trust
intp        The Jaffe Family 2004 Irrevocable Trust
unk         The Jerome Goodman Children's GRAT #1
intp        The John E. Guinness Revocable Trust Dated June 11
intp        The Jonathan M. Segal 1989 Trust U/D/T DTD 3/8/89
unk         The Joyce C.Auerbach Revocable Trust
unk         The Judy and Fred Wilpon Family Foundation, Inc.
intp        The Kimberly L. Strauss 1988 Trust
intp        The Kimberly Strauss 2006 Irrevocable Trust
unk         The Kingate Shareholders
cr          The Korn Family Limited Partnership
cr          The Kostin Company
unk         The Lavender Trust
unk         The Leeds Partnership
unk         The Len, Michael and Deyva Schreier Family Foundat
intp        The Lilyan and Abraham Berkowitz Family LLC
unk         The Limited Partners of Baird Investment Partners,
unk         The Liquidators of And For Fairfield Sentry Limite
unk         The Lolita Trust
unk         The Lustig Family 1990 Trust
cr          The Maestro Company
unk         The Marcus Family Limited Partnership
cr          The Marden Family Foundation
unk         The Mark and Margaret Damon Trust
unk         The Melton Family LLC
unk         The Melvin N. Lock Trust
unk         The Mittlemann Family Foundation
unk         The Morse Family Foundation
dft         The Murray & Irene Pergament Foundation, Inc.
unk         The Norman Shulevitz Foundation
cr          The Olesky Survivors Trust Dated 2/27/84
unk         The Pascucci Family
cr          The Patrice Auld and Kevin Auld Foundation
unk         The Person Family Partnership
cr          The Philip Ross Trust
unk         The Picower Foundation
unk         The Picower Institute of Medical Research
unk         The Platzner Organization, LLC
unk         The Ramaz School Endowment Fund
cr          The Randi Pergament & Bruce Pergament Foundation
unk         The Reaven Group; The Albert Reaven Living Trust;
unk         The Richard M. Glantz 1991 Living Trust
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk           The Richard and Deborah Felder Foundation
unk           The Robert Auerbach Revocable Trust
unk           The Robert M. Siff Trust  1990, Robert M. Siff, an
cr            The Rose Gindel Revocable Trust Agreement
unk           The Roth Family
unk           The S. James Coppersmith Charitable Remainder Unit
intp          The Samantha L. Strauss 1985 Trust
intp          The Samantha L. Strauss 2003 Irrevocable Trust
unk           The Sanford Harwood Family Limited Partnership
unk           The Saul B. Katz Family Trust
cr            The Shurman Estate of Helen Shurman
unk           The Steven I. Harnick Revocable Living Trust dated
unk           The Sumitomo Trust and Banking Co., Ltd.
unk           The Suzanne & Charles Harr Family Foundation Inc.
unk           The Sylvia W. Lock Declaration of Trust, dated Apr
unk           The Thelma Glantz Living Trust
unk           The Trust F/B/O Gabrielle H. Picower
cr            The Trust F/B/O Sherri Pergament Koeppel
unk           The Trust FBO Nicole Girard U/A/D 12/2/97
cr            The Trust U/W/O Thomas Langbert F/B/O Evelyn Langb
unk           The White Lily Trust
unk           The Whitman Partnership
dft           The Wiener Family Limited Partnership, Wiener Fami
unk           The William and Catherine Krame Foundation
unk           The Wright Family Trust
unk           Thelma Barshay Trust
unk           Thema Asset Management (Bermuda) Ltd.
unk           Thema Asset Management Ltd.
unk           Thema Fund Limited
unk           Thema International Fund PLC
unk           Thema Wise Investments Limited
unk           Theodore Arenson
unk           Theodore S. Seligson
unk           Theodore Story
unk           Theresa Berman Revocable Trust
unk           Theresa Holt
unk           Theresa Lawrence
unk           Theresa R. Ryan
unk           Theresa R. Ryan, Trustee
unk           Theresa R. Ryan, individ. & in her capac. as trust
unk           Theresa Rose Ryan
unk           Theresa Ryan
unk           Thomas A. Dolan
unk           Thomas A. Shea
unk           Thomas A. Sherman
unk           Thomas Blaho
unk           Thomas G. VanDyke
unk           Thomas Haider
unk           Thomas Kunst
unk           Thomas Lucarelli
cr            Thomas Moscoe, in his capacity as Trustee of the J
unk           Thomas Shippam
unk           Thomas Van Drooge Kissinger
unk           Thomas and Margaret H. Brown
unk           Thybo Stable Fund Ltd.
unk           Tihomir Pesikan
unk           Timothy Harry Casewell
unk           Timothy Helmig, in his capacity as a Partner in Tr
unk           Timothy Landres, in his capacity as a Partner in T
unk           Timothy Robert Balbirnie
unk           Timothy Shawn Teufel
unk           Timothy Shawn Teufel and Valerie Ann Teufel Family
unk           Timothy Teufel
unk           To Wing Sik Benjamin
unk           Toby G. Pagano
unk           Toby Harwood
unk           Toby Lees
cr            Toby T. Hobish IRA
unk           Todd A. Wenner
unk           Todd Rechler
unk           Todd Rechler, individually, and in his capacity as
unk           Todd Ruderman
unk           Toks, inc.
unk           Tom Bernfeld
unk           Tom Braegelmann
unk           Tom Braegelmann
unk           Tom Knooihuizen
unk           Tom Moscoe
unk           Tomas Reinaldo Kuhlcke
```

District/off: 0208-1          User: changreen          Page 55 of 57          Date Rcvd: May 04, 2016
                              Form ID: pdf001          Total Noticed: 480

```
          ***** BYPASSED RECIPIENTS (continued) *****
unk          Tommy J. Hill
unk          Tonya Langley
unk          Towers Management Company LLC
unk          Tracey Weaver
unk          Tracy D. Kamenstein
unk          Train Klan, a Partnership
unk          Tram Nguyen
unk          Traviata Consultants Ltd, Paulo Nigro.
unk          Travis Chambers
unk          Tremont (Bermuda) Limited
unk          Tremont Group Holdings, Inc.
unk          Tremont Partners, Inc.
unk          Triangle Diversified Investments LLC
unk          Triangle Properties #39
dft          Trincastar Corporation
unk          Trudy Caroline Lant
unk          Trudy Schlachter
unk          Trust "A" U/W G Hurwitz
dft          Trust Created Under the Last Will and Testament of
dft          Trust F/B/O Melissa Perlen U/A Dated 9/12/1979
cr           Trust FBO Ephraim Kehlmann U/A DTD 12/30/72
unk          Trust FBO Mark Rechler
unk          Trust FBO Mitchell Rechler
unk          Trust FBO Todd Rechler
unk          Trust For The Benefit of Ryan Tavlin
unk          Trust Fund B U/W Edward F. Seligman F/B/O Nancy At
unk          Trust U/ART Fourth O/W/O Israel Wilenitz
dft          Trust U/W/O David L. Fisher
unk          Trust U/W/O Harriet Myers
unk          Trust U/W/O Harriette Myers
cr           Trust U/W/O Philip L. Shapiro
unk          Trust UNder Deed of Suzzanne R. May
cr           Trust UW William Kehlmann U/A DTD 1/23/65
unk          Trust Under Agreement Dated 12/6/99 for the benefi
unk          Trust Under the Will of Harold Korn F/B/O Marjorie
unk          Trust dated 2/4/91 F/B/O Doron A. Tavlin, Harvey K
unk          Trust of Doris Chalek, in its capacity as a Member
dft          Trust u/t/a 8/20/90
unk          Trust"A"U/W G Hurwitz
unk          Trustees of Tufts College
unk          Tsui-Chan Yang
unk          Tzedek LLC
unk          UBS (Luxembourg) S.A.
unk          UBS AG
dft          UBS Deutschland AG
unk          UBS Fund Services (Luxembourg) SA
unk          UBS Third Party Management Company SA
unk          UMR SELECT ALTERNATIF
unk          US Trust Co UD Peter M. Lehrer
unk          UniCredit S.p.A.
dft          Unifortune Asset Management SGR SPA
dft          Unifortune Conservative Fund
unk          Union Arbitrage Strategy Fund
unk          Union Securities Investment Trust Co., Ltd.
unk          Union USD Global Arbitrage A Fund
unk          Union USD Global Arbitrage Fund
unk          United Congregations Mesora
cr           United States Fire Insurance Company
unk          United States Of America
unk          Unofficial Committee of Certain Claim Holders
unk          Upstate New York Bakery Drivers and Industry Pensi
unk          Upstate Union Health & Welfare Fund
intp         Ursula Radel-Leszczynski
unk          Usha Bardola Casewell
unk          Uzi & Mina Gazit
unk          Uzi & Mina Gazit
intp         VINCENT J. SYRACUSE
unk          Valenzuela Vizcarra
unk          Valerie Anne Teufel
unk          Valerie Herschman, individually, and in her capaci
intp         Verdeway Investment Partners LLC
unk          Vered Behar
unk          Verna T. Smith
unk          Vernice Denny Ragsdale
unk          Vestimonde, Inc
unk          Vicente Antonio Agresti
unk          Vicki Rayfield
unk          Vincent A. Barone
unk          Viola Brown, Trustee U/T/D/ 12/29/88
```

District/off: 0208-1          User: changreen          Page 56 of 57          Date Rcvd: May 04, 2016
                             Form ID: pdf001          Total Noticed: 480

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk         Violet M. Werner
unk         Virginia H. Atherton
unk         Vista Management Co.
unk         Vito and Robin Errico JTIC
unk         Vladimir Lipsman
cr          Volpert, Barry S.
unk         Von Rautenkranz Nachfolger Special Investments LLC
unk         W. Rendolok LLC
unk         WDG Associates Inc. Retirement Trust
unk         WR Johnson Co. Pension and Profit Sharing Plan
cr          Wachovia Bank, National Association
unk         Walker Manzke
cr          Wallenstein/NY Partnership
unk         Wallenstein/NY Partnership
unk         Walter B. Kissinger
unk         Walter B. Kissinger Revocable Trust
unk         Walter Freshman Revocable Trust Dated 12/31/92, a
unk         Walter Greenberg
unk         Wanda Eisenhauer
unk         Wanda L. Quirk
cr          Watershed Foundation
unk         Wayne D. Green
unk         Wayne Green
unk         Wayne Green Rollover Account
intp        Wellesley Capital Management
unk         Wendy Landres, in her capacity as a Partner in Tra
unk         Wendy Wolosoff-Hayes
unk         Werner Eckhardt
unk         Werner Foundation
unk         Westben Corp.
unk         Westport National Bank, a division of Connecticut
unk         White Orchard Investments, LTD
unk         Wilansky Family Fund
unk         Willaim and Catherine Krame
unk         Willi Rechler Trust and Mitchell Rechler, Trustee
unk         William A. Forrest Revocable Trust
cr          William B. Korb IRA
unk         William C. Fitzpatrick
unk         William D. Kissinger
unk         William D. Lemke
unk         William G. Blair
unk         William Hecht
unk         William I. Bader
unk         William J. Smith
cr          William Jay Cohen
unk         William M. Woessner
unk         William M. Woessner
unk         William M. Woessner Family Trust
unk         William M. Woessner and Sheila A. Woessner
unk         William Matz Revocable Trust
unk         William Mishkin
unk         William Pressman
unk         William Pressman Inc. and each of its Investors
unk         William Silverman Rev. Trust Adele Silverman Trust
unk         William Sklar
unk         William Treiber
unk         William Treiber & Joyce Treiber
unk         William and Debra Squadron
intp        Windsor IBC, Inc.
unk         Windsor IBC, Inc.
unk         Wohl George Partners LP
unk         Wolfgang Prueger
unk         Wolfson Descendants 1983 Trust
cr          Wolpow, Marc B.
cr          Wolpow, Nina
unk         XYlon Saltzman 76 Trust
unk         Yael Bejarano
unk         Yanitzel E. Rivera
unk         Yeshaya Horowitz Association
unk         Yetta Goldman
unk         Yeung Chee Shing Anthony & Lee Lai Chun Agnes
unk         Yeung Kai Tai & Leung Chun Man Connie
unk         Yichanan Yahali Slonim & Marganit Slonim
unk         Ying Yu Hing
cr          Yochi Slonim
unk         Yolanda Greer
unk         Yossef Yechieli
unk         Yossi Zylberberg &  Yael Zylberberg
unk         Yovav & Esther Feffer
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
dft         ZCM Asset Holding Company (Bermuda) LLC
unk         ZWD Investments LLC
unk         Zachery Cahn
cr          Zafrir & Mira Kochanovsky
tee         Zehpyros Limited
dft         Zeus Partners Limited
unk         Zev Wolfson
unk         Zia Inayat Khan
unk         Zia's Children Education Trust
unk         Zieses Investment Partnership
unk         Zipora Lazarus
unk         Zipora Lazarus
unk         Zipora Lazarus
unk         Zipora Lazarus
cr          Zipora Wagreich Trustee U/A DTD 11/6/90
unk         Zohara Porat
intp        and Rachel Kohn Robert Alain
unk         herbert Gamberg
unk         wendy Brown
00          U/T/A by Jacobs Davis 6/27/94
cr*         +Brian Ross,   c/o Duane Morris LLP,   1540 Broadway,   New York, NY 10036-4086
dft*        +C&P Associates, Inc.,   Arkin Solbakken LLP,   750 Lexington Avenue,   New York, NY 10022-1200
unk*        +Carla Hirschhorn,   Manalapan, NJ 07726
unk*        +Chais Management, Ltd.,   c/o Sills Cummis & Gross P.C.,   One Rockefeller Plaza,
              New York, NY 10020-2003
unk*        +David Abel,   30 Jericho Executive Plaza,   Suite 300C,   Jericho, NY 11753-1031
unk*        +David and Irma Gross,   7248 Ballantrae Court,   Boca Raton, FL 33496-1422
unk*         Edward H. Kohlschreiber,   3546 S Ocean Blvd,   Apt 226,   Palm Beach, FL  33480-6424
cr*         +NTC & Co.,   c/o Jerome Reisman, Esq.,   1305 Franklin Avenue,   PO Box 119,
              Garden City, NY 11530-0119
unk*        +Pati H. Gerber,   c/o Schulte Roth & Zabel LLP,   Attn:  Marcy Harris, Esq.,   919 Third Avenue,
              New York, NY 10022-3921
unk*         Stanley Hirschhorn,   Manalapan, NJ  07726
cr*         +Susan D Labriola,   222 Guinea Road,   Brewster, NY 10509-2614
unk*         The Kessler Nominee Partnership,   c/o Duane Morris,   1540 Broadway,
              New York, NY  10036-4086
unk*         Vicki Kaplow Family Trust I,   c/o Vicki Kaplow, Trustee,   7 Headley Way,
              Woodbury, NJ  11791
                                                               TOTALS: 3711, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2016 at the address(es) listed below:
NONE.                                                           TOTAL: 0