# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD
VIRGINIA BEACH, VA  23455


DEAR ANDREW AND RITA:

ENCLOSED ARE THE ORIGINAL AND ONE COPY OF YOUR 2003 INCOME TAX RETURNS AND
2004 ESTIMATED TAX VOUCHERS AS FOLLOWS...

        2003 1040 U.S. INDIVIDUAL INCOME TAX RETURN
        2004 VIRGINIA ESTIMATED TAX VOUCHERS
        2003 VIRGINIA INCOME TAX RETURN

THE ORIGINAL OF EACH RETURN SHOULD BE DATED, SIGNED AND FILED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS ATTACHED TO THE COPY OF THE
RETURN.  THE COPY SHOULD BE RETAINED FOR YOUR FILES.

THE RETURNS WERE PREPARED PRIMARILY FROM DATA FURNISHED TO US.
BEFORE SIGNING THE RETURNS, YOU SHOULD REVIEW THE STATED INCOME,
DEDUCTIONS, DEPENDENTS, ETC., TO ENSURE THAT THERE ARE NO OMISSIONS OR
MISSTATEMENTS.

UPON AN AUDIT OF THE RETURNS, REQUESTS MAY BE MADE FOR SUPPORTING
DOCUMENTATION.  THEREFORE, WE RECOMMEND THAT YOU RETAIN ALL PERTINENT
RECORDS.

THE CONTRIBUTION YOU ARE CLAIMING TO YOUR TRADITIONAL IRA FOR 2003 IS $
3,000.

TO ENSURE THAT YOUR IRA CONTRIBUTION IS ALLOWABLE, $   3,000. MUST BE
DEPOSITED TO YOUR ACCOUNT NO LATER THAN APRIL 15, 2004.

THE CONTRIBUTION YOUR SPOUSE IS CLAIMING TO THEIR TRADITIONAL IRA FOR 2003
IS $   3,000.

TO ENSURE THAT YOUR SPOUSE'S IRA CONTRIBUTION IS ALLOWABLE, $3,000. MUST
BE DEPOSITED TO YOUR SPOUSE'S ACCOUNT NO LATER THAN APRIL 15, 2004.

PLEASE NOTE THAT IF YOU HAVE CLAIMED AN IRA DEDUCTION IN THE RETURN,
IT MUST BE FULLY FUNDED NO LATER THAN APRIL 15, 2004.  ANY OTHER
PENSION OR PROFIT SHARING CONTRIBUTION MUST BE FULLY FUNDED NO LATER
THAN THE DUE DATE OF THE RETURN INCLUDING EXTENSIONS.


WE SINCERELY APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT
US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

XL191  1.000

VERY TRULY YOURS,


R. PAUL SPEECE, CPA

MCPHILLIPS, ROBERTS & DEANS, PLC

ENCLOSURES

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
           ANDREW COHEN & RITA COHEN
           INSTRUCTIONS FOR FILING FORM
                        1040
           U.S. INDIVIDUAL INCOME TAX RETURN FOR 2003
```

SIGNATURE..
     THE ORIGINAL RETURN SHOULD BE SIGNED (USE FULL NAME) AND DATED ON
     PAGE 2 BY THE TAXPAYER AND SPOUSE.

OVERPAYMENT..
     YOUR RETURN SHOWS A $27,842. OVERPAYMENT. OF THIS AMOUNT, $4,642.
     WILL BE REFUNDED TO YOU AND $23,200. HAS BEEN APPLIED TO YOUR 2004
     ESTIMATED TAX.

FILING..
     FILE YOUR SIGNED RETURN BY APRIL 15, 2004 WITH:

                INTERNAL REVENUE SERVICE CENTER
                MEMPHIS, TN  37501-0002

     PLEASE NOTE THAT IF YOU HAVE CLAIMED AN IRA DEDUCTION IN THE RETURN,
     IT MUST BE FULLY FUNDED NO LATER THAN APRIL 15, 2004.  ANY OTHER
     PENSION OR PROFIT SHARING CONTRIBUTION MUST BE FULLY FUNDED NO LATER
     THAN THE DUE DATE OF THE RETURN INCLUDING EXTENSIONS.

MAILING..
     YOUR RETURN SHOULD BE MAILED BY EITHER REGISTERED OR CERTIFIED
     MAIL, WITH THE SENDER'S RECEIPT POSTMARKED TO PROVE MAILING BEFORE
     THE DUE DATE.

XL191  1.000

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
           ANDREW COHEN & RITA COHEN
          INSTRUCTIONS FOR FILING FORM
                    1040-ES
        U.S. INDIVIDUAL ESTIMATED TAX FOR 2004
```

PAYMENT OF ESTIMATED TAX..
     THE APPROPRIATE VOUCHER FORM SHOULD ACCOMPANY EACH PAYMENT AS
     FOLLOWS...

```
     VOUCHER        ON OR BEFORE-                    AMOUNT
        1           APRIL 15, 2004            $        NONE
        2           JUNE 15, 2004             $        NONE
        3           SEPTEMBER 15, 2004        $        NONE
        4           JANUARY 18, 2005          $        NONE
                                                  ------------
                                                          NONE
     OVERPAYMENT OF 2003 INCOME TAX CREDITED
       AGAINST 2004 TAX ............................      23,200.
                                                  ------------

     TOTAL 2004 ESTIMATED TAX PAYMENTS ............ $     23,200.
     ESTIMATED INCOME TAX TO BE WITHHELD IN 2004 ...        NONE
     ESTIMATED CREDITS .............................        NONE
                                                  ------------
     TOTAL ESTIMATE OF 2004 INCOME TAX ............ $     23,200.
                                                  ============
```

FILING..
     EACH VOUCHER, TOGETHER WITH A CHECK OR MONEY ORDER MADE PAYABLE
     TO "UNITED STATES TREASURY", SHOULD BE FILED WITH:

```
                INTERNAL REVENUE SERVICE
                    P.O. BOX 105225
                ATLANTA, GA  30348-5225
```

     YOUR SOCIAL SECURITY NUMBER AND "2004 FORM 1040-ES" SHOULD BE
     INDICATED ON EACH CHECK OR MONEY ORDER.

     YOU SHOULD RETAIN VOUCHERS 2, 3, AND 4 AND FILE THEM AS INDICATED
     ABOVE.

XL191  1.000

ANDREW COHEN & RITA COHEN

## CARRYOVERS TO 2004

|                                                      | REGULAR TAX | ALTERNATIVE MINIMUM TAX |
|------------------------------------------------------|-------------|-------------------------|
| SHORT-TERM CAPITAL LOSS .........................    |             |                         |
| LONG-TERM CAPITAL LOSS ..........................    |             |                         |
| UNRECAPTURED NET SEC. 1231 LOSSES ..............     |             |                         |
| OFFICE-IN-HOME/VACATION HOME EXPENSES .........      |             |                         |
| CONSERVATION EXPENSES (SCH. F) ................      |             |                         |
| SEC. 179 EXPENSE ...............................     |             |                         |
| DEPLETION ......................................     |             |                         |
| PASSIVE ACTIVITY LOSS ..........................     |             |                         |
| INVESTMENT INTEREST EXPENSE ....................     | NONE        | NONE                    |
| AT-RISK ........................................     |             |                         |
| SEC. 911 FOREIGN HOUSING COST DEDUCTION .......      |             |                         |
| 50% - CHARITABLE CONTRIBUTION DEDUCTION .......      | 7,023.      | 7,023.                  |
| 30% - CHARITABLE CONTRIBUTION DEDUCTION .......      |             |                         |
| SPECIAL 30% - CHARITABLE CONTRIBUTION DEDUCTION      |             |                         |
| 20% - CHARITABLE CONTRIBUTION DEDUCTION .......      |             |                         |
| FOREIGN TAX CREDIT .............................     |             |                         |
| TOTAL GENERAL BUSINESS CREDITS ................      |             |                         |
|   INVESTMENT TAX CREDIT .......................  |      |                         |
|   TARGETED JOBS TAX CREDIT ....................  |      |                         |
|   ALCOHOL FUELS CREDIT ........................  |      |                         |
|   RESEARCH CREDIT .............................  |      |                         |
|   LOW-INCOME HOUSING CREDIT ...................  |      |                         |
|   DISABLED ACCESS CREDIT ......................  |      |                         |
|   ENHANCED OIL RECOVERY CREDIT ................  |      |                         |
|   EMPOWERMENT ZONE EMPLOYMENT CREDIT..........   |      |                         |
|   CREDIT FOR EMPLOYER S.S. TAX ON CERTAIN TIPS  |      |                         |
|   WELFARE TO WORK CREDIT.......................  |      |                         |
|   RENEWABLE ELECTRICITY PRODUCTION CREDIT......  |      |                         |
|   NEW YORK LIBERTY ZONE CREDIT.................  |      |                         |
|   EMPLOYER-PROVIDED CHILD CARE SERVICES CREDIT. |      |                         |
|   SMALL EMPLOYER PENSION PLAN START UP COSTS... |      |                         |
|   INDIAN EMPLOYMENT CREDIT.....................  |      |                         |
|   PRIOR YEAR CARRYOVERS .......................  |      |                         |
| MINIMUM TAX CREDIT .............................     |             |                         |

ANDREW  COHEN  &  RITA  COHEN

**Two Year Comparison**
**2003 to 2002**

| Description | 2003 | 2002 | Difference |
|---|---|---|---|
| **Gross Income** | | | |
| Wages, salaries, tips, etc. | 650. | 4,600. | -3,950. |
| Taxable interest | 473. | 453. | 20. |
| Ordinary dividends | 24,750. | 20,185. | 4,565. |
| Taxable refunds, credits, or offsets of state and local income taxes | | 197. | -197. |
| Alimony received | | | |
| Business income or (loss) | 1,939. | -3,629. | 5,568. |
| Capital gain or (loss) | 256,986. | 358,106. | -101,120. |
| Other gains or (losses) | | | |
| IRA distributions, pensions and annuities | | | |
| Rent and Royalty Income | | | |
| Partnership and S Corporation Income | NONE | | NONE |
| Estate and Trust Income | | | |
| REMIC | | | |
| Farm income or (loss) | | | |
| Taxable social security benefits and unemployment compensation | | | |
| Other income | | | |
| **Total income** | 284,798. | 379,912. | -95,114. |
| **Adjustments to Gross Income** | | | |
| Educator expenses | | | |
| IRA deduction | 6,000. | 4,600. | 1,400. |
| Student loan interest deduction | | | |
| Tuition and fees deduction | | | |
| Moving expenses | | | |
| One-half of self-employment tax | 703. | | 703. |
| Self-employed health insurance deduction | 1,876. | | 1,876. |
| Self-employed SEP, SIMPLE, and qualified plans | | | |
| Penalty on early withdrawal of savings | | | |
| Alimony paid | | | |
| Other adjustments | | | |
| **Total adjustments** | 8,579. | 4,600. | 3,979. |
| **Adjusted Gross Income** | 276,219. | 375,312. | -99,093. |

ANDREW COHEN & RITA COHEN

**Two Year Comparison**
**2003 to 2002**

| Description | 2003 | 2002 | Difference |
|---|---|---|---|
| **Itemized Deductions** | | | |
| Medical and dental . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20,093. | 35,927. | −15,834. |
| Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,000. | 12,000. | |
| Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 138,110. | 2,292. | 135,818. |
| Casualty or theft losses . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Miscellaneous deductions . . . . . . . . . . . . . . . . . . . . . . . . | | NONE | NONE |
| Less:  Itemized deduction phaseout . . . . . . . . . . . . . . . . . . | 4,102. | 7,140. | −3,038. |
| | | | |
| Total itemized deductions . . . . . . . . . . . . . . . . . . . . . | 166,101. | 43,079. | 123,022. |
| | | | |
| Standard deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Total exemptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,200. | 12,000. | 200. |
| Plus:  Phase-out . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,588. | 12,000. | −5,412. |
| | | | |
| **Taxable income** . . . . . . . . . . . . . . . . . . . . . . | 104,506. | 332,233. | −227,727. |
| | | | |
| **Tax Liability** | | | |
| Gross income tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,652. | 99,001. | −79,349. |
| Alternative Minimum Tax . . . . . . . . . . . . . . . . . . . . . . . . | NONE | NONE | NONE |
| Additional taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Less:  Tax credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,652. | 99,001. | −79,349. |
| Plus:  Other taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,406. | | 1,406. |
| | | | |
| **Total tax liability** . . . . . . . . . . . . . . . . . . . . . | 21,058. | 99,001. | −77,943. |
| Less:   Withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 313. | −313. |
| Estimated tax and other payments . . . . . . . . . . . . . . | 48,900. | 94,541. | −45,641. |
| Plus:   Penalties and interest . . . . . . . . . . . . . . . . . . . . . | | 217. | −217. |
| | | | |
| **Balance due** (overpayment) . . . . . . . . . . . . . . . . . | −27,842. | 4,364. | −32,206. |
| | | | |
| Effective tax rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7.6% | 26.4% | |

Form **1040**

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** 2003 (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____   OMB No. 1545-0074

**Label**
(See instructions on page 19.)

**Use the IRS label.**
Otherwise, please print or type.

Your first name and initial: ANDREW   Last name: COHEN

**Your social security number**

If a joint return, spouse's first name and initial: RITA   Last name: COHEN

**Spouse's social security number**

Home address (number and street). If you have a P.O. box, see page 19.   Apt. no.

3940 MEETING HOUSE ROAD

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

VIRGINIA BEACH   VA   23455

▲ **Important!** ▲
You **must** enter your SSN(s) above.

You   Spouse

**Presidential Election Campaign**
(See page 19.)

▶ Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . . . . . ▶   Yes [X] No   Yes [X] No

**Filing Status**
Check only one box.

1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b [X] **Spouse**

**No. of boxes checked on 6a and 6b** 2

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 21) |
|---|---|---|---|
| CHLOE J. COHEN | | CHILD | X |
| ORION K. COHEN | | CHILD | X |
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 21.

**No. of children on 6c who:**
• lived with you 2
• did not live with you due to divorce or separation (see page 21)

Dependents on 6c not entered above

Add numbers on lines above ▶ 4

d Total number of exemptions claimed

**Income**

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2   STMT 1 | 7 | 650. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 473. |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 24,750. |
| b | Qualified dividends (see page 23) | 9b   947. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 1,939. |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13a | 256,986. |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions | 13b | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities   16a | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | NONE |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a | b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 27) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 284,798. |

**Enclose, but do not attach, any payment. Also, please use Form 1040-V.**

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | 6,000. |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | 703. |
| 29 | Self-employed health insurance deduction (see page 33)   STMT 2 | 29 | 1,876. |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid b Recipient's SSN ▶ | 32a | |
| 33 | Add lines 23 through 32a | 33 | 8,579. |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** ▶ | 34 | 276,219. |

JSA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.**   3A1210 2.000   Form **1040** (2003)

RS   TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

Form 1040 (2003)  ANDREW COHEN & RITA COHEN                                                    Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 35 Amount from line 34 (adjusted gross income) | 35 | 276,219. |
| **Standard Deduction for -** | 36a Check if: ☐ You were born before January 2, 1939, ☐ Blind. **Total boxes** ☐ Spouse was born before January 2, 1939, ☐ Blind. **checked** ► 36a | | |
| | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ► 36b ☐ | | |
| ● People who checked any box on line 36a or 36b or who can be claimed as a dependent, see page 34. | 37 **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 37 | 166,101. |
| | 38 Subtract line 37 from line 35 | 38 | 110,118. |
| | 39 If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | SEE STMT 3  5,612. |
| ● All others: | 40 **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 104,506. |
| Single or Married filing separately, $4,750 | 41 **Tax** (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 41 | 19,652. |
| | 42 Alternative minimum tax (see page 38). Attach Form 6251 | 42 | NONE |
| Married filing jointly or Qualifying widow(er), $9,500 | 43 Add lines 41 and 42 ► | 43 | 19,652. |
| | 44 Foreign tax credit. Attach Form 1116 if required | 44 | |
| | 45 Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| Head of household, $7,000 | 46 Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| | 47 Education credits. Attach Form 8863 | 47 | |
| | 48 Retirement savings contributions credit. Attach Form 8880 | 48 | |
| | 49 Child tax credit (see page 40) | 49 | |
| | 50 Adoption credit. Attach Form 8839 | 50 | |
| | 51 Credits from: a ☐ Form 8396 b ☐ Form 8859 | 51 | |
| | 52 Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | |
| | 53 Add lines 44 through 52. These are your **total credits** | 53 | |
| | 54 Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ► | 54 | 19,652. |
| **Other Taxes** | 55 Self-employment tax. Attach Schedule SE | 55 | 1,406. |
| | 56 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| | 57 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| | 58 Advance earned income credit payments from Form(s) W-2 | 58 | |
| | 59 Household employment taxes. Attach Schedule H | 59 | |
| | 60 Add lines 54 through 59. This is your **total tax** ► | 60 | 21,058. |
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099 | 61 | |
| If you have a qualifying child, attach Schedule EIC. | 62 2003 estimated tax payments and amount applied from 2002 return | 62  48,900. | |
| | 63 **Earned income credit (EIC)** | 63 | |
| | 64 Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 | |
| | 65 Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 Amount paid with request for extension to file (see page 56) | 66 | |
| | 67 Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | |
| | 68 Add lines 61 through 67. These are your **total payments** ► | 68 | 48,900. |
| **Refund** | 69 If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you **overpaid** | 69 | 27,842. |
| Direct deposit? See page 56 and fill in 70b, 70c, and 70d. | 70a Amount of line 69 you want **refunded to you** ► | 70a | 4,642. |
| | b Routing number _____ ► c Type: ☐ Checking ☐ Savings | | |
| | d Account number _____ | | |
| | 71 Amount of line 69 you want applied to your 2004 estimated tax ► | 71  23,200. | |
| **Amount You Owe** | 72 **Amount you owe.** Subtract line 68 from line 60. For details on how to pay, see page 57 ► | 72 | |
| | 73 Estimated tax penalty (see page 58) | 73 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ **Yes.** Complete the following. ☐ No
Designee's name ► PREPARER    Phone no. ____    Personal identification number (PIN) ____

**Sign Here**
Joint return? See page 20.
Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Your signature _____ Date _____ Your occupation INVESTOR    Daytime phone number ____
Spouse's signature. If a joint return, **both** must sign. _____ Date _____ Spouse's occupation SINGER

**Paid Preparer's Use Only**
Preparer's signature ► _____ Date _____ Check if self-employed ☐    Preparer's SSN or PTIN ____
Firm's name (or yours if self-employed), address, and ZIP code ► MCPHILLIPS, ROBERTS & DEANS, PLC    EIN ____
150 BOUSH STREET, SUITE 1100    Phone no. 757-640-7190
NORFOLK    VA    23510

JSA
3A1220 1.000

Form **1040** (2003)

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Schedule A - Itemized Deductions
### (Schedule B is on back)
▶Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**2003**
Attachment
Sequence No. **07**

Name(s) shown on Form 1040

ANDREW COHEN & RITA COHEN

Your social security number

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | **Caution.** Do not include expenses reimbursed or paid by others. | | |
| | 1 Medical and dental expenses (see page A-2) . . . . . . | 1 | |
| | 2 Enter amount from Form 1040, line 35    2 | | |
| | 3 Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid**<br>(See page A-2.) | 5 State and local income taxes . . . . STMT 4 . . . . | 5 | 13,168. |
| | 6 Real estate taxes (see page A-2) . . . . . . . . . . | 6 | 6,614. |
| | 7 Personal property taxes . . . . . . . . . . . . | 7 | 311. |
| | 8 Other taxes. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ | 8 | |
| | 9 Add lines 5 through 8 . . . . . . . . . . . . . . | 9 | 20,093. |
| **Interest You Paid**<br>(See page A-3.)<br><br>**Note.** Personal interest is not deductible. | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | |
| | 12 Points not reported to you on Form 1098. See page A-3 for special rules | 12 | |
| | 13 Investment interest. Attach Form 4952 if required. (See page A-4.) . . SEE STATEMENT 4 . . . . . | 13 | 12,000. |
| | 14 Add lines 10 through 13 . . . . . . . . . . . . | 14 | 12,000. |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see page A-4. | 15 Gifts by cash or check. If you made any gift of $250 or more, see page A-4   SEE STATEMENT 4 | 15 | 1,700. |
| | 16 Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | 16 | 136,410.    STMT 4 |
| | 17 Carryover from prior year | 17 | |
| | 18 Add lines 15 through 17 . . . . . . . . . . . . | 18 | 138,110. |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See page A-5.) . | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions**<br><br>(See page A-5.) | 20 Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-5.) _ _ _ _ _ _ ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 20 | |
| | 21 Tax preparation fees . . . . . . . . . . . . . | 21 | |
| | 22 Other expenses- investment, safe deposit box, etc. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 22 | |
| | 23 Add lines 20 through 22 . . . . . . . . . | 23 | |
| | 24 Enter amount from Form 1040, line 35    24 | | |
| | 25 Multiply line 24 by 2% (.02) | 25 | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . . . . . . | 26 | |
| **Other Miscellaneous Deductions** | 27 Other- from list on page A-6. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 27 | |
| **Total Itemized Deductions** | 28 Is Form 1040, line 35, over $139,500 (over $69,750 if married filing separately)?<br>☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 37. . . . ▶<br>☒ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | 28 | 166,101.<br>SEE STMT 6 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 2003

JSA
3A1400 1.000

Schedules A&B (Form 1040) 2003                                                     OMB No. 1545-0074          Page **2**

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.          **Your social security number**

ANDREW COHEN & RITA COHEN

# Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. **08**

| | | Amount |
|---|---|---|
| **Part I** **Interest** (See page B-1 and the instructions for Form 1040, line 8a.) | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ _ _ _ _ _ _ _ J BANK OF AMERICA | 473. |
| **Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | **1** |
| | **2** Add the amounts on line 1 . . . . . . . . . . . . . . . . . . **2** | 473. |
| | **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 **3** | |
| | **4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a . . . . ▶ **4** | 473. |
| | **Note.** If line 4 is over $1,500, you must complete Part III. | **Amount** |
| **Part II** **Ordinary Dividends** (See page B-1 and the instructions for Form 1040, line 9a.) | **5** List name of payer ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ T AMERITRADE T BERNARD L. MADOFF J NATIONAL FINANCIAL SERVICES | 948. 23,801. 1. |
| **Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | **5** |
| | **6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a. . . . . ▶ **6** | 24,750. |
| | **Note.** If line 6 is over $1,500, you must complete Part III. | |

|  | | Yes | No |
|---|---|---|---|
| **Part III** **Foreign Accounts and Trusts** (See page B-2.) | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | **7a** At any time during 2003, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 . . . . . . . . . . | | X |
| | **b** If "Yes," enter the name of the foreign country ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **8** During 2003, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 . . . . . . . . . . . . . . . . . | | X |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule B (Form 1040) 2003
JSA
3A1600 1.000

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

**20 03**

Attachment
Sequence No. **09**

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ Attach to Form 1040 or 1041. ▶ See Instructions for Schedule C (Form 1040).

Name of proprietor
**RITA COHEN**

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
**INDEPENDENT ARTISTS, WRITERS, PERFORMERS**

**B** Enter code from pages C-7, 8, & 9
▶ **711510**

**C** Business name. If no separate business name, leave blank.
**RITA A. COHEN**

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ **3940 MEETING HOUSE ROAD**
City, town or post office, state, and ZIP code  **VIRGINIA BEACH, VA. 23455**

**F** Accounting method: (1) [X] Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses . . . . [X] Yes ☐ No

**H** If you started or acquired this business during 2003, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . . . . ▶ ☐  **1** | 1,172. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **3** | 1,172. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . .  **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . .  **5** | 1,172. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3)  **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . ▶  **7** | 1,172. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising . . . . . . . . . .  **8** | | 19 | Pension and profit-sharing plans  **19** | |
| 9 | Car and truck expenses (see page C-3) STMT 7 . . . .  **9** | 432. | 20 | Rent or lease (see page C-5): | |
| 10 | Commissions and fees . . . . .  **10** | | a | Vehicles, machinery, and equipment  **20a** | |
| 11 | Contract labor (see page C-4) . .  **11** | | b | Other business property . . . .  **20b** | |
| 12 | Depletion . . . . . . . . . .  **12** | | 21 | Repairs and maintenance . . . . .  **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4)  **13** | | 22 | Supplies (not included in Part III)  **22** | |
| | | | 23 | Taxes and licenses . . . . . . .  **23** | |
| | | | 24 | Travel, meals, and entertainment: | |
| 14 | Employee benefit programs (other than on line 19) . . . .  **14** | | a | Travel . . . . . . . . . . .  **24a** | 1,826. |
| 15 | Insurance (other than health) . . .  **15** | | b | Meals and entertainment . . . . 1,000. | |
| 16 | Interest: | | c | Enter nondeductible amount included on line 24b (see page C-5) 500. | |
| a | Mortgage (paid to banks, etc.) . . .  **16a** | | d | Subtract line 24c from line 24b . . . .  **24d** | 500. |
| b | Other . . . . . . . . . . .  **16b** | | 25 | Utilities . . . . . . . . . . .  **25** | |
| 17 | Legal and professional services . . . . . . . . . .  **17** | | 26 | Wages (less employment credits) . .  **26** | |
| 18 | Office expense . . . . . . . .  **18** | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . . . .  **27** | 6,427. |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . . ▶  **28** | 9,185. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . .  **29** | -8,013. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . .  **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | |
| | • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | |
| | • If a loss, you **must** go to line 32. | **31** -8,013. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | **32a** [X] All investment is at risk. **32b** ☐ Some investment is not at risk. |
| | • If you checked 32b, you **must** attach Form 6198. | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**                    Schedule C (Form 1040) 2003

JSA
3X0110 1.000

Schedule C (Form 1040) 2003   RITA COHEN                                                                          Page 2

## Part III   Cost of Goods Sold (see page C-6)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
    "Yes," attach explanation                                                                   ☐ Yes   ☒ No

| | | |
|---|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | 35 | |
| 36  Purchases less cost of items withdrawn for personal use | 36 | |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38  Materials and supplies | 38 | |
| 39  Other costs | 39 | |
| 40  Add lines 35 through 39 | 40 | |
| 41  Inventory at end of year | 41 | |
| 42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

## Part IV   Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

 a  Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

47 a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No
   b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

## Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| AUDITION EXPENSES | 691. |
| VOICE TRAINING | 1,680. |
| SHEET MUSIC | 290. |
| COSTUMES | 1,362. |
| MISCELLANEOUS | 843. |
| MAKE UP AND HAIR | 789. |
| PICTURES | 592. |
| PIANO ACCOMPANIEST | 125. |
| COMPETITION | 55. |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . .   48 | 6,427. |

Schedule C (Form 1040) 2003

JSA
3X0120 1.000

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service   (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>20**03**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| ANDREW COHEN | |

| A | Principal business or profession, including product or service (see page C-2 of the instructions) | B | Enter code from pages C-7, 8, & 9 |
|---|---|---|---|
| | CONSULTANT | | ▶   561490 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), if any |
|---|---|---|---|
| | ANDREW COHEN | | |

E   Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD
City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455

F   Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses . . . . [X] Yes   ☐ No

H   If you started or acquired this business during 2003, check here . . . . . . . . . . . . . . . . . . . . . . ▶ [X]

## Part I   Income

| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . STMT 8. ▶ ☐ | 1 | 12,500. |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 12,500. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . | 5 | 12,500. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 12,500. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . . . . . | 8 | | 19 | Pension and profit-sharing plans | 19 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see page C-3) . . . . . . . . | 9 | | 20 | Rent or lease (see page C-5): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees . . . | 10 | | b | Other business property . . . . . | 20b | |
| 11 | Contract labor (see page C-4) . . . . . . . . | 11 | | 21 | Repairs and maintenance . . . . . | 21 | |
| 12 | Depletion . . . . . . . . . . | 12 | | 22 | Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 23 | Taxes and licenses . . . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . . . . | 24a | 630. |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | b | Meals and entertainment . 120. | | |
| 15 | Insurance (other than health) . . . . | 15 | | c | Enter nondeduct-ible amount in-cluded on line 24b (see page C-5) . 60. | | |
| 16 | Interest: | | | d | Subtract line 24c from line 24b . . . . | 24d | 60. |
| a | Mortgage (paid to banks, etc.) . . . | 16a | | 25 | Utilities . . . . . . . . . . . . | 25 | |
| b | Other . . . . . . . . . | 16b | | 26 | Wages (less employment credits) . . | 26 | |
| 17 | Legal and professional services . . . . . . . . . | 17 | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . . | 27 | 250. |
| 18 | Office expense . . . . . . . | 18 | | | | | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . ▶ | 28 | 940. |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | 29 | 11,560. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | 11,560. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach Form 6198. | 32a [X] All investment is at risk<br>32b ☐ Some investment is not at risk | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule C (Form 1040) 2003

JSA
3X0110 1.000

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

Schedule C (Form 1040) 2003   ANDREW COHEN                                                                    Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-6) |
|---|---|

33  Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
    "Yes," attach explanation ...................................................................   ☐ Yes   ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ **b** Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ **c** Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

47 **a**  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No
   **b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| MISCELLANEOUS | 100. |
| DUES AND PUBLICATIONS | 150. |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . | 48   250. |

Schedule C (Form 1040) 2003

JSA
3X0120 1.000

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service   (99) | Profit or Loss From Business<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**2003**<br>Attachment<br>Sequence No. **09** |
| --- | --- | --- |

| Name of proprietor | Social security number (SSN) |
| --- | --- |
| ANDREW COHEN | |

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
RESIDENTIAL BUILDING CONSTRUCTION

**B** Enter code from pages C-7, 8, & 9
▶ 236100

**C** Business name. If no separate business name, leave blank.
ANDREW'S DREAMLAND,LLC

**D** Employer ID number (EIN), if any
61-1441435

**E** Business address (including suite or room no.) ▶ 3940 MEETING HOUSE DRIVE
City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455

**F** Accounting method: (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses . . . . [X] Yes   ☐ No

**H** If you started or acquired this business during 2003, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ [X]

## Part I   Income

| | | |
| --- | --- | --- |
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . . ▶ ☐ | 1 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . | 4 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 8 | Advertising . . . . . . . | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see page C-3) . . . . . | 9 | | 20 | Rent or lease (see page C-5): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | 10 | | b | Other business property . . . . | 20b | |
| 11 | Contract labor (see page C-4) . . . . | 11 | | 21 | Repairs and maintenance . . . . . | 21 | |
| 12 | Depletion . . . . . . | 12 | | 22 | Supplies (not included in Part III) . . | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 23 | Taxes and licenses . . . . . . . | 23 | 50. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | a | Travel . . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . . . . | 15 | | b | Meals and entertainment . | | 199. |
| 16 | Interest: | | | c | Enter nondeduct-ible amount in-cluded on line 24b (see page C-5) . | | 100. |
| a | Mortgage (paid to banks, etc.) . . . | 16a | | d | Subtract line 24c from line 24b . . . . | 24d | 99. |
| b | Other . . . . . . | 16b | | 25 | Utilities . . . . . . . . . . | 25 | |
| 17 | Legal and professional services . . . . . . | 17 | 600. | 26 | Wages (less employment credits) . . | 26 | |
| 18 | Office expense . . . . . . . | 18 | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . . | 27 | 859. |

| | | | |
| --- | --- | --- | --- |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . ▶ | 28 | 1,608. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . | 29 | -1,608. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 31 | -1,608. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 32a [X] All investment is at risk<br>32b ☐ Some investment is not at risk | |
| | • If you checked 32b, you **must** attach Form 6198. | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule C (Form 1040) 2003

JSA
3X0110 1.000

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

Schedule C (Form 1040) 2003   ANDREW COHEN                                                      **Page 2**

| **Part III** | **Cost of Goods Sold** (see page C-6) | | |
|---|---|---|---|

33  Method(s) used to value closing inventory:   a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [X] No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs                    SEE STATEMENT 9 . . . . | 39 | 1,388,351. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 1,388,351. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 1,388,351. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

| **Part IV** | **Information on Your Vehicle. Complete this part only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

a  Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No

47 a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No
   b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| ARXX CLASS | 75. |
| CONTINUING EDUCATION | 522. |
| AMORTIZATION | 262. |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . | 859. |

Schedule C (Form 1040) 2003

JSA
3X0120 1.000

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Capital Gains and Losses

▶ **Attach to Form 1040.**    ▶ **See Instructions for Schedule D (Form 1040).**
▶ **Use Schedule D-1 to list additional transactions for lines 1 and 8.**

OMB No. 1545-0074

**20 03**

Attachment
Sequence No. **12**

Name(s) shown on Form 1040    ANDREW COHEN & RITA COHEN

Your social security number

## Part I  Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| **1** | | | | | | |
| BERNARD L. MADOFF | VARIOUS | 2003 | 37,120,866. | 36,906,023. | 214,843. | |
| AMERITRADE | VARIOUS | 2003 | 184,097. | 141,954. | 42,143. | |

| | | | | |
|---|---|---|---|---|
| **2** | Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . | **2** | | |
| **3** | **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) . . . . . | **3** | 37,304,963. | |
| **4** | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | |
| **5** | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | |
| **6** | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2002 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . . . . | **6** | ( ) | |
| **7a** | Combine lines 1 through 5 in column (g). If the result is a loss, enter the result. Otherwise, enter -0-. **Do not** enter more than zero . . . . . . . . . . . . | **7a** | | ( ) |
| **7b** | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) . . . . . | **7b** | 256,986. | |

## Part II  Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| **8** | | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| **9** | Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . | **9** | | |
| **10** | **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) . . . . . | **10** | | |
| **11** | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . | **11** | | |
| **12** | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | | |
| **13** | Capital gain distributions. See page D-1 of the instructions . . . . . . . . . . . | **13** | | |
| **14** | Long-term capital loss carryover. Enter the amount, if any, from line 13 of your 2002 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . . . . | **14** | ( ) | |
| **15** | Combine lines 8 through 14 in column (g) . . . . . . . . . . . . . . . . . . . . | **15** | | |
| **16** | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) . . . . | **16** | | |
| | **Next:** Go to Part III on the back. | | | |

\* Include in column (g) all gains and losses from column (f) from sales, exchanges, or conversions (including installments payments received) **after** May 5, 2003. However, **do not** include gain attributable to unrecaptured section 1250 gain, "collectibles gains and losses" (as defined on page D-6 of the instructions) or eligible gain on small business stock (see page D-4 of the instructions).

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**    **Schedule D (Form 1040) 2003**

JSA
3A2015 2.000

Schedule D (Form 1040) 2003 — Page 2

## Part III — Taxable Gain or Deductible Loss

**17a** Combine lines 7b and 16 and enter the result. If a loss, enter -0- on line 17b and go to line 18.
If a gain, enter the gain on Form 1040, line 13a, and go to line 17b below . . . . . **17a** | 256,986.

**b** Combine lines 7a and 15. If zero or less, enter -0-. Then complete Form 1040 through line 40 . **17b**

Next: • If line 16 of Schedule D is a gain **or** you have qualified dividends on Form 1040, line 9b, complete **Part IV** below.
• Otherwise, skip the rest of Schedule D and complete the rest of Form 1040.

**18** If line 17a is a loss, enter here and on Form 1040, line 13a, the **smaller** of **(a)** that loss or **(b)** ($3,000) (or, if married filing separately, ($1,500)) (see page D-7 of the instructions) . . . . . . . **18** ( )

Next: • If you have qualified dividends on Form 1040, line 9b, complete Form 1040 through line 40, and then complete **Part IV** below (but skip lines 19 and 20).
• Otherwise, skip **Part IV** below and complete the rest of Form 1040.

## Part IV — Tax Computation Using Maximum Capital Gains Rates

If line 16 or line 17a is zero or less, skip lines 19 and 20 and go to line 21. Otherwise, go to line 19.

**19** Enter your unrecaptured section 1250 gain, if any, from line 18 of the worksheet on page D-7 . **19**
**20** Enter your 28% rate gain, if any, from line 7 of the worksheet on page D-8 of the instructions . **20**

If lines 19 and 20 are zero, go to line 21. Otherwise, complete the worksheet on page D-11 of the instructions to figure the amount to enter on lines 35 and 53 below, and skip all other lines below.

| | | |
|---|---|---|
| **21** Enter your taxable income from Form 1040, line 40 | **21** | 104,506. |
| **22** Enter the **smaller** of line 16 or line 17a, but not less than zero | **22** | |
| **23** Enter your qualified dividends from Form 1040, line 9b | **23** 947. | |
| **24** Add lines 22 and 23 | **24** 947. | |
| **25** Amount from line 4g of Form 4952 (investment interest expense) | **25** NONE | |
| **26** Subtract line 25 from line 24. If zero or less, enter -0- | **26** | 947. |
| **27** Subtract line 26 from line 21. If zero or less, enter -0- | **27** | 103,559. |
| **28** Enter the **smaller** of line 21 or:<br>• $56,800 if married filing jointly or qualifying widow(er);<br>• $28,400 if single or married filing separately; or<br>$38,050 if head of household | **28** 56,800. | |

If line 27 is more than line 28, skip lines 29-39 and go to line 40.

| | | |
|---|---|---|
| **29** Enter the amount from line 27 | **29** | |
| **30** Subtract line 29 from line 28. If zero or less, enter -0- and go to line 40 | **30** | |
| **31** Add lines 17b and 23* | **31** | |
| **32** Enter the **smaller** of line 30 or line 31 | **32** | |
| **33** Multiply line 32 by 5% (.05) | | **33** |

If lines 30 and 32 are the same, skip lines 34-39 and go to line 40.

| | | |
|---|---|---|
| **34** Subtract line 32 from line 30 | **34** | |
| **35** Enter your qualified 5-year gain, if any, from line 8 of the worksheet on page D-10 | **35** | |
| **36** Enter the **smaller** of line 34 or line 35 | **36** | |
| **37** Multiply line 36 by 8% (.08) | | **37** |
| **38** Subtract line 36 from line 34 | **38** | |
| **39** Multiply line 38 by 10% (.10) | | **39** |

If lines 26 and 30 are the same, skip lines 40-49 and go to line 50.

| | | |
|---|---|---|
| **40** Enter the **smaller** of line 21 or line 26 | **40** 947. | |
| **41** Enter the amount from line 30 (if line 30 is blank, enter -0-) | **41** | |
| **42** Subtract line 41 from line 40 | **42** 947. | |
| **43** Add lines 17b and 23* | **43** 947. | |
| **44** Enter the amount from line 32 (if line 32 is blank, enter -0-) | **44** | |
| **45** Subtract line 44 from line 43 | **45** 947. | |
| **46** Enter the **smaller** of line 42 or line 45 | **46** 947. | |
| **47** Multiply line 46 by 15% (.15) | | **47** 142. |
| **48** Subtract line 46 from line 42 | **48** | |
| **49** Multiply line 48 by 20% (.20) | | **49** |
| **50** Figure the tax on the amount on **line 27**. Use the Tax Table or Tax Rate Schedules, whichever applies | **50** | 19,510. |
| **51** Add lines 33, 37, 39, 47, 49, and 50 | **51** | 19,652. |
| **52** Figure the tax on the amount on line 21. Use the Tax Table or Tax Rate Schedules, whichever applies | **52** | 19,747. |
| **53** **Tax on all taxable income.** Enter the **smaller** of line 51 or line 52 here and on Form 1040, line 41 | **53** | 19,652. |

*If lines 23 and 25 are more than zero, see Lines 31 and 43 on page D-9 for the amount to enter.

Schedule D (Form 1040) 2003
JSA
3A2020 1.000

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Self-Employment Tax

▶ **Attach to Form 1040.** ▶ **See Instructions for Schedule SE (Form 1040).**

OMB No. 1545-0074

**2003**

Attachment
Sequence No. **17**

Name of person with **self-employment** income (as shown on Form 1040)

ANDREW COHEN

Social security number of person
with **self-employment** income ▶

## Who Must File Schedule SE

You must file Schedule SE if:

• You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**

• You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 55.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



**Section A - Short Schedule SE. Caution.** Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | **1** | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report | **2** | 9,952. |
| 3 Combine lines 1 and 2 . . . . . . . . . . . . . . . . SEE STATEMENT 10 . . . . | **3** | 9,952. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . ▶ | **4** | 9,191. |
| 5 **Self-employment tax.** If the amount on line 4 is:<br>• $87,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 55.**<br>• More than $87,000, multiply line 4 by 2.9% (.029). Then, add $10,788.00 to the result. Enter the total here and on **Form 1040, line 55.** | **5** | 1,406. |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 28** . . . . . . . . . | **6** 703. | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2003

JSA
3A3000 1.000

**Form 2441**

Department of the Treasury
Internal Revenue Service (99)

# Child and Dependent Care Expenses

▶ Attach to Form 1040.

▶ See separate instructions.

OMB No. 1545-0068

**2003**

Attachment
Sequence No. **21**

Name(s) shown on Form 1040

ANDREW COHEN & RITA COHEN

Your social security number ▮

***Before you begin:*** You need to understand the following terms. See **Definitions** on page 1 of the instructions.

● **Dependent Care Benefits**     ● **Qualifying Person(s)**     ● **Qualified Expenses**     ● **Earned Income**

**Part I**  Persons or Organizations Who Provided the Care - You **must** complete this part.
(If you need more space, use the bottom of page 2.)

| 1 | (a) Care provider's name | (b) Address (number, street, apt. no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
| | BAYSIDE BAPTIST CHURCH | VIRGINIA BEACH, VA. 23455 | ▮ | 450. |

Did you receive **dependent care benefits**?

No ──▶ Complete only Part II below.

Yes ──▶ Complete Part III on the back next.

**Caution.** If the care was provided in your home, you may owe employment taxes. See the instructions for Form 1040, line 59.

**Part II**  Credit for Child and Dependent Care Expenses

2  Information about your **qualifying person(s)**. If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name | | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2003 for the person listed in column (a) |
|---|---|---|---|
| First | Last | | |
| ORION K. | COHEN | ▮ | 450. |

| | | | |
|---|---|---|---|
| 3 | Add the amounts in column (c) of line 2. **Do not** enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 26 | 3 | 450. |
| 4 | Enter your **earned income** | 4 | 9,249. |
| 5 | If married filing jointly, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4 | 5 | |
| 6 | Enter the **smallest** of line 3, 4, or 5 | 6 | |
| 7 | Enter the amount from Form 1040, line 35 | 7 | |
| 8 | Enter on line 8 the decimal amount shown below that applies to the amount on line 7 | | |

| If line 7 is: | | Decimal | If line 7 is: | | Decimal |
|---|---|---|---|---|---|
| Over | But not over | amount is | Over | But not over | amount is |
| $0 - | 15,000 | .35 | $29,000 - | 31,000 | .27 |
| 15,000 - | 17,000 | .34 | 31,000 - | 33,000 | .26 |
| 17,000 - | 19,000 | .33 | 33,000 - | 35,000 | .25 |
| 19,000 - | 21,000 | .32 | 35,000 - | 37,000 | .24 |
| 21,000 - | 23,000 | .31 | 37,000 - | 39,000 | .23 |
| 23,000 - | 25,000 | .30 | 39,000 - | 41,000 | .22 |
| 25,000 - | 27,000 | .29 | 41,000 - | 43,000 | .21 |
| 27,000 - | 29,000 | .28 | 43,000 - | No limit | .20 |

Line 8: X.

| | | | |
|---|---|---|---|
| 9 | Multiply line 6 by the decimal amount on line 8. If you paid 2002 expenses in 2003, see the instructions | 9 | NONE |
| 10 | Enter the amount from Form 1040, line 43, minus any amount on Form 1040, line 44 | 10 | |
| 11 | **Credit for child and dependent care expenses.** Enter the **smaller** of line 9 or line 10 here and on Form 1040, line 45 | 11 | |

For Paperwork Reduction Act Notice, see page 3 of the instructions.     Form **2441** (2003)

JSA
3A4400 1.000

Form **2106**

Department of the Treasury
Internal Revenue Service  (99)

**Employee Business Expenses**

► See separate instructions.

► Attach to Form 1040.

OMB No. 1545-0139

**2003**

Attachment
Sequence No. **54**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| ANDREW COHEN | ODU TEACHING EXPENSE | |

**Part I**    **Employee Business Expenses and Reimbursements**

**Step 1    Enter Your Expenses**

| | | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) . . . . . . . . . . . . . . . .    **1** | | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work . . . . .    **2** | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment . . . . . .    **3** | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment . . . . . . . . . . . . .    **4** | | |
| 5 | Meals and entertainment expenses (see instructions) . . . . . . . . . . . .    **5** | | |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 . . . . . . . . . .    **6** | | |

**Note:** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

**Step 2    Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1**

| | | | |
|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . .    **7** | | |

**Step 3    Figure Expenses To Deduct on Schedule A (Form 1040)**

| | | | |
|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 . . . . . . . . . . . . . .    **8** | | |

**Note:** If **both columns** of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return.

| | | | |
|---|---|---|---|
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses by 65% (.65) instead of 50%. For details, see instructions.) . . . . . . . . . . . . . . . . . . . . . .    **9** | | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. **Also, enter the total on Schedule A (Form 1040), line 20.** (Fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter the total.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►    **10** | | |

For Paperwork Reduction Act Notice, see instructions.

Form **2106** (2003)

JSA
3A3610 2.000

Form 2106 (2003)    ANDREW COHEN                                                                    Page **2**

## Part II    Vehicle Expenses

### Section A - General Information (You must complete this section if you are claiming vehicle expenses.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 11 | Enter the date the vehicle was placed in service | 11 | | |
| 12 | Total miles the vehicle was driven during 2003 | 12 | miles | miles |
| 13 | Business miles included on line 12 | 13 | miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | miles | miles |

| | | | |
|---|---|---|---|
| 18 | Do you (or your spouse) have another vehicle available for personal use? | Yes | No |
| 19 | Was your vehicle available for personal use during off-duty hours? | Yes | No |
| 20 | Do you have evidence to support your deduction? | Yes | No |
| 21 | If "Yes," is the evidence written? | Yes | No |

### Section B - Standard Mileage Rate (See the instructions for Part II to find out whether to complete this section or Section C.)

| | | | |
|---|---|---|---|
| 22 | Multiply line 13 by 36¢ (.36) | 22 | |

### Section C - Actual Expenses

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | |
| 24 a | Vehicle rentals | 24a | | |
| b | Inclusion amount (see instructions) | 24b | | |
| c | Subtract line 24b from line 24a | 24c | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2 - see instructions) | 25 | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | |
| 28 | Depreciation. Enter amount from line 38 below | 28 | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | |

### Section D - Depreciation of Vehicles (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 30 | Enter cost or other basis (see instructions) | 30 | | |
| 31 | Enter section 179 deduction and special allowance (see instructions) | 31 | | |
| 32 | Multiply line 30 by line 14 (see instructions if you claimed the section 179 deduction or special allowance) | 32 | | |
| 33 | Enter depreciation method and percentage (see instructions) | 33 | | |
| 34 | Multiply line 32 by the percentage on line 33 (see instructions) | 34 | | |
| 35 | Add lines 31 and 34 | 35 | | |
| 36 | Enter the applicable limit explained in the line 36 instructions | 36 | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | |
| 38 | Enter the **smaller** of line 35 or line 37. Also enter this amount on line 28 above | 38 | | |

JSA
3A3611 2.000

Form **2106** (2003)

| Form **8283** | **Noncash Charitable Contributions** | OMB No. 1545-0908 |
|---|---|---|

(Rev. October 1998)

▶ **Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.**

▶ **See separate instructions.**

Department of the Treasury
Internal Revenue Service

Attachment Sequence No. **55**

Name(s) shown on your income tax return

ANDREW COHEN & RITA COHEN

Identifying number

**Note:** *Figure the amount of your contribution deduction before completing this form. See your tax return instructions.*

**Section A -** List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I**   **Information on Donated Property -** If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** *If the amount you claimed as a deduction for the item is $500 or less, you do not have to complete columns (d), (e), and (f).*

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II**   **Other Information -**   Complete line 2 if you gave less than an entire interest in property listed in Part I.
Complete line 3 if conditions were attached to a contribution listed in Part I.

**2**   If, during the year, you contributed less than the entire interest in the property, complete lines a - e

**a**   Enter the letter from Part I that identifies the property ▶ _____ . If Part II applies to more than one property, attach a separate statement.

**b**   Total amount claimed as a deduction for the property listed in Part I: **(1)** For this tax year ▶ _____

**(2)** For any prior tax years ▶ _____ .

**c**   Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above).

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

**d**   For tangible property, enter the place where the property is located or kept ▶ _____

**e**   Name of any person, other than the donee organization, having actual possession of the property ▶ _____

**3**   If conditions were attached to any contribution listed in Part I, answer the questions a - c and attach the required statement (see instructions):

| | | Yes | No |
|---|---|---|---|
| **a** | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? . . . . . . . . . . . . . . . . . . . . | | |
| **b** | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? . . . . . . . . . . . | | |
| **c** | Is there a restriction limiting the donated property for a particular use? . . . . . . . . . . . | | |

**For Paperwork Reduction Act Notice, see page 4 of separate instructions.**

Form **8283** (Rev. 10-98)

JSA
3X6400 2.000

Form 8283 (Rev. 10-98)                                                                                                    Page **2**

Name(s) shown on your income tax return | Identifying number
---|---
ANDREW COHEN & RITA COHEN | ████████

**Section B - Appraisal Summary -** List in this section only items (or groups of similar items) for which you claimed a deduction of more than $5,000 per item or group. **Exception.** Report contributions for certain publicly traded securities only in Section A.
If you donated art, you may have to attach the complete appraisal. See the **Note** in Part I below.

### Part I    Information on Donated Property - To be completed by the taxpayer and/or appraiser.

**4** Check type of property:

- [ ] Art* (contribution of $20,000 or more)
- [X] Real Estate
- [ ] Gems/Jewelry
- [ ] Stamp Collections
- [ ] Art* (contribution of less than $20,000)
- [ ] Coin Collections
- [ ] Books
- [ ] Other

*Art includes paintings, sculptures, watercolors, prints, drawings, ceramics, antique furniture, decorative arts, textiles, carpets, silver, rare manuscripts, historical memorabilia, and other similar objects.

**Note:** *If your total art contribution deduction was $20,000 or more, you must attach a complete copy of the signed appraisal. See instructions.*

**5** | **(a)** Description of donated property (if you need more space, attach a separate statement) | **(b)** If tangible property was donated, give a brief summary of the overall physical condition at the time of the gift | **(c)** Appraised fair market value
---|---|---|---
A | 3752 JEFFERSON AVE, HOUSE | AVERAGE | 87,238.
B | 3748 JEFFERSON AVE, HOUSE | AVERAGE | 55,720.
C | | |
D | | |

| | **(d)** Date acquired by donor (mo., yr.) | **(e)** How acquired by donor | **(f)** Donor's cost or adjusted basis | **(g)** For bargain sales, enter amount received | **See Instructions** | |
|---|---|---|---|---|---|---|
| | | | | | **(h)** Amount claimed as a deduction | **(i)** Average trading price of securities |
| A | 07/08/2003 | PURCHASE | 87,238. | | 87,238. | |
| B | 07/08/2003 | PURCHASE | 55,720. | | 55,720. | |
| C | | | | | | |
| D | | | | | | |

### Part II    Taxpayer (Donor) Statement - List each item included in Part I above that the appraisal identifies as having a value of $500 or less. See instructions.

I declare that the following item(s) included in Part I above has to the best of my knowledge and belief an appraised value of not more than $500 (per item). Enter identifying letter from Part I and describe the specific item. See instructions. ▶

Signature of taxpayer (donor) ▶                                                                    Date ▶

### Part III    Declaration of Appraiser

I declare that I am not the donor, the donee, a party to the transaction in which the donor acquired the property, employed by, or related to any of the foregoing persons, or married to any person who is related to any of the foregoing persons. And, if regularly used by the donor, donee, or party to the transaction, I performed the majority of my appraisals during my tax year for other persons.

Also, I declare that I hold myself out to the public as an appraiser or perform appraisals on a regular basis; and that because of my qualifications as described in the appraisal, I am qualified to make appraisals of the type of property being valued. I certify that the appraisal fees were not based on a percentage of the appraised property value. Furthermore, I understand that a false or fraudulent overstatement of the property value as described in the qualified appraisal or this appraisal summary may subject me to the penalty under section 6701(a) (aiding and abetting the understatement of tax liability). I affirm that I have not been barred from presenting evidence or testimony by the Director of Practice.

**Sign Here** | Signature ▶ | Title ▶ | Date of appraisal ▶
---|---|---|---

Business address (including room or suite no.) | Identifying number
---|---
RICHARD M. PERRY, JR | SRO32330

City or town, state, and ZIP code
VA. BEACH, VA.

### Part IV    Donee Acknowledgment - To be completed by the charitable organization.

This charitable organization acknowledges that it is a qualified organization under section 170(c) and that it received the donated property as described in Section B, Part I, above on ▶  **10/14/2003**
                                                                                                (Date)

Furthermore, this organization affirms that in the event it sells, exchanges, or otherwise disposes of the property described in Section B, Part I (or any portion thereof) within 2 years after the date of receipt, it will file **Form 8282**, Donee Information Return, with the IRS and give the donor a copy of that form. This acknowledgment does not represent agreement with the claimed fair market value.

Does the organization intend to use the property for an unrelated use? . . . . . . . . . . . . . . . . . . . . . ▶  [ ] Yes  [X] No

Name of charitable organization (donee) | Employer identification number
---|---
VIRGINIA BEACH FIRE DEPT | ████████

Address (number, street, and room or suite no.) | City or town, state, and ZIP code
---|---
927 BIRDNECK ROAD | VIRGINIA BEACH, VA. 23451

Authorized signature | Title | Date
---|---|---

JSA
3X6410 2.000

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
**(Including Information on Listed Property)**

▶ See separate instructions.    ▶ Attach to your tax return.

OMB No. 1545-0172

**2003**

Attachment
Sequence No. **67**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

Business or activity to which this form relates

SUMMARY FORM 4562

**Part I**   **Election To Expense Certain Property Under Section 179**
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses | 1 | | 100,000. |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions) | 2 | | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | | 400,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**   **Special Depreciation Allowance and Other Depreciation (Do not include listed property.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) | 16 | |

**Part III**   **MACRS Depreciation (Do not include listed property.) (See page 4 of the instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

**Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | M M | S/L | |
| | | | 27.5 yrs. | M M | S/L | |
| i  Nonresidential real property | | | 39 yrs. | M M | S/L | |
| | | | | M M | S/L | |

**Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | |
|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | M M | S/L | |

**Part IV**   **Summary (see page 6 of the instructions)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

JSA
3X2300 3.000

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2003)

ANDREW COHEN & RITA COHEN

Form 4562 (2003)                                                                                                           Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information** (Caution: *See page 7 of the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed?   ☐ Yes  ☐ No   24b If "Yes," is the evidence written?   ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see page 6 of the instructions) . . . . . . . . . . . . | | | | | | | **25** | |
| 26 Property used more than 50% in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| | | % | | | S/L - | | | | |
| | | % | | | S/L - | | | | |
| | | % | | | S/L - | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles - see page 2 of the instructions) . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see page 8 of the instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See page 9 of the instructions.) . . . . . . | | |
| **Note:** *If your answer to 37, 38, 39, or 41 is "Yes," do not complete Section B for the covered vehicles.* | | |

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year (see page 9 of the instructions): | | | | | |
| SEE ACTIVITY FORM 4562 DETAIL | | | | | 262. |
| 43 Amortization of costs that began before your 2003 tax year . . . . . . . . . . . . . . . . . . . **43** | | | | | |
| 44 **Total.** Add amounts in column (f). See page 9 of the instructions for where to report . . **44** | | | | | 262. |

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ See separate instructions.    ▶ Attach to your tax return.

OMB No. 1545-0172

**2003**

Attachment
Sequence No. **67**

Name(s) shown on return

Identifying number

ANDREW COHEN & RITA COHEN

Business or activity to which this form relates

RITA A. COHEN                                                                    – SCHEDULE C

**Part I    Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses . . . . . . . . . . | 1 |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions) . . . . . . . . . | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions . . . . . . . . . . . . . . . . . . | 5 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . | 8 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 . . . . . . . . . . | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . | 12 |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 . . . . . ▶ | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.)**

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) . . . . . . . . . . . . | 14 |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) . . . . . . . . | 15 |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) . . . . . . . . . . | 16 |

**Part III    MACRS Depreciation (Do not include listed property.) (See page 4 of the instructions.)**

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 . . . . . . . | 17 |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . ▶ ☐ | | |

### Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | M M | S/L | |
| | | | 27.5 yrs. | M M | S/L | |
| i  Nonresidential real property | | | 39 yrs. | M M | S/L | |
| | | | | M M | S/L | |

### Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System

| | | | | | |
|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L |
| b  12-year | | 12 yrs. | | S/L | |
| c  40-year | | 40 yrs. | M M | S/L | |

**Part IV    Summary (see page 6 of the instructions)**

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . | 21 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . | 22 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | 23 | |

JSA    For Paperwork Reduction Act Notice, see separate instructions.    Form **4562** (2003)
3X2300 3.000

ANDREW COHEN & RITA COHEN

Form 4562 (2003)                                                                                                                          Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See page 7 of the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No   24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see page 6 of the instructions) . . . . . . . . . . . | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| | | % | | | S/L - | | | |
| | | % | | | S/L - | | | |
| | | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles - see page 2 of the instructions) . . . . . . . . . | 1,200. | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . | 5,800. | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . | 7,000. | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . | X | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . | X | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see page 8 of the instructions).

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See page 9 of the instructions.) . . . . . . . | | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year (see page 9 of the instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2003 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See page 9 of the instructions for where to report | | | | 44 | |

JSA
3X2310 3.000

Form **4562** (2003)

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3    7444

Form **4562**

## Depreciation and Amortization
### (Including Information on Listed Property)

▶ See separate instructions.     ▶ Attach to your tax return.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0172

**2003**

Attachment
Sequence No. **67**

Name(s) shown on return

**ANDREW COHEN & RITA COHEN**

Identifying number

Business or activity to which this form relates

**ANDREW'S DREAMLAND,LLC**                                                    **– SCHEDULE C**

### Part I   Election To Expense Certain Property Under Section 179
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses . . . . . . . . . . | 1 |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions) . . . . . . . . . . . | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . . . . | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions . . . . . . . . . . . . | 5 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 . . . . . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 . . . . . ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) . . . . . . . . . . . . . . | 14 |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) . . . . . . . . . | 15 |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) . . . . . . . . . . . . | 16 |

### Part III   MACRS Depreciation (Do not include listed property.) (See page 4 of the instructions.)

#### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 . . . . . . . . | 17 |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . ▶ ☐ | |

#### Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | M M | S/L | |
| | | | 27.5 yrs. | M M | S/L | |
| i  Nonresidential real property | | | 39 yrs. | M M | S/L | |
| | | | | M M | S/L | |

#### Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System

| | | | | | |
|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L |
| b  12-year | | | 12 yrs. | | S/L |
| c  40-year | | | 40 yrs. | M M | S/L |

### Part IV   Summary (see page 6 of the instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . | 21 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . | 22 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . | 23 | |

JSA
3X2300 3.000

For Paperwork Reduction Act Notice, see separate instructions.                    Form **4562** (2003)

ANDREW COHEN & RITA COHEN

Form 4562 (2003)                                                                                                          Page **2**

## Part V  Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: See page 7 of the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If "Yes," is the evidence written? | Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see page 6 of the instructions) . . . . . . . . . . . . . . |  |  |  | 25 | | | | |
| 26 Property used more than 50% in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles - see page 2 of the instructions) . . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see page 8 of the instructions).

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . | | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See page 9 of the instructions.) . . . . | | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year (see page 9 of the instructions): | | | | | |
| ORGANIZATION COSTS | 08/18/2003 | 170. | 709 | 5.000 | 11. |
| LOAN COSTS | 08/19/2003 | 3,771. | 461 | 5.000 | 251. |
| 43 Amortization of costs that began before your 2003 tax year . . . . . . . . . . . . . . . . . . | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See page 9 of the instructions for where to report . . . . | | | 44 | | 262. |

JSA
3X2310 3.000

Form **4562** (2003)

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3  7444

ANDREW COHEN & RITA COHEN                                                                                                    COHEN

**Description of Property**

ANDREW'S DREAMLAND,LLC                          SCHEDULE C DEPRECIATION AND AMORTIZATION

## DEPRECIATION

| Asset description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduction in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Conv. | Life | ACRS class | M A CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Less: Retired Assets . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| Subtotals . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

### Listed Property

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Less: Retired Assets . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| Subtotals . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

## AMORTIZATION

| Asset description | Date placed in service | Cost or basis | | | | Accumulated amortization | Ending Accumulated amortization | Code | Life | | Current-year amortization |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 08/18/2003 | 170. | | | | | 11. | 709 | 5.000 | | 11. |
| LOAN COSTS | 08/19/2003 | 3,771. | | | | | 251. | 461 | 5.000 | | 251. |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | 3,941. | | | | | 262. | | | | 262. |

*Assets Retired
JSA
3X9024 2.000

Form **4952**

Department of the Treasury
Internal Revenue Service

## Investment Interest Expense Deduction

▶ **Attach to your tax return.**

OMB No. 1545-0191

2003

Attachment
Sequence No. **12B**

Name(s) shown on return: ANDREW COHEN & RITA COHEN

Identifying number

| Part I | Total Investment Interest Expense | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2003 (see instructions). **SEE STATEMENT 11** | 1 | 12,000. |
| 2 | Disallowed investment interest expense from 2002 Form 4952, line 7 | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 12,000. |

| Part II | Net Investment Income | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 25,223. | | |
| b | Qualified dividends included on line 4a | 4b | 947. | | |
| c | Subtract line 4b from line 4a | | | 4c | 24,276. |
| d | Net gain from the disposition of property held for investment | 4d | 256,986. | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition or property held for investment (see instructions) | 4e | NONE | | |
| f | Subtract line 4e from line 4d | | | 4f | 256,986. |
| g | Enter the amount from line 4b and 4e that you elect to include in investment income (see instructions) **SEE STATEMENT 12** | | | 4g | NONE |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 281,262. |
| 5 | Investment expenses. (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0-. **SEE STMT 14** | | | 6 | 281,262. |

| Part III | Investment Interest Expense Deduction | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2004. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | NONE |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 12,000. |

*Section references are to the Internal Revenue Code unless otherwise noted.*

## General Instructions

### A Change To Note

In general, qualified dividends shown on Form 1040, line 9b (or Form 1041, line 2b(2)), are excluded from investment income. But you can elect on Form 4952, line 4g, to include part or all of your qualified dividends in investment income. See the instructions for line 4g for details.

### Purpose of Form

Use Form 4952 to figure the amount of investment interest expense you can deduct for 2003 and the amount you can carry forward to future years. Your investment interest expense deduction is limited to your net investment income.

For more information, see **Pub. 550,** Investment Income and Expenses.

### Who Must File

If you are an individual, estate, or a trust, you must file Form 4952 to claim a deduction for your investment interest expense.

**Exception.** You do not have to file Form 4952 if **all** of the following apply.

● Your investment interest expense is not more than your investment income from interest and ordinary dividends minus any qualified dividends.

● You have no other deductible investment expenses.

● You have no disallowed investment interest expense from 2002.

### Allocation of Interest Expense

If you paid or accrued interest on a loan and used the loan proceeds for more than one purpose, you may have to allocate the interest. This is necessary because different rules apply to investment interest, personal interest, trade or business interest, home mortgage interest, and passive activity interest. See **Pub. 535,** Business Expenses.

## Specific Instructions

### Part I—Total Investment Interest Expense

#### Line 1

Enter the investment interest expense paid or accrued during the tax year, regardless of when you incurred the indebtedness. **Investment interest expense** is interest paid or accrued on a loan or part of a loan that is allocable to property held for investment (as defined on this page).

Include investment interest expense reported to you on Schedule K-1 from a partnership or an S corporation. Include amortization of bond premium on taxable bonds purchased after October 22, 1986, but before January 1, 1988, unless you elected to offset amortizable bond premium against the interest payments on the bond. A taxable bond is a bond on which the interest is includible in gross income.

Investment interest expense **does not** include any of the following:

● Home mortgage interest.

● Interest expense that is properly allocable to a passive activity. Generally, a passive acitivity is any business activity in which you **do not** materially participate and any rental activity. See the Instructions for **Form 8582,** Passive Activity Loss Limitations, for details.

● Any interest expense that is capitalized, such as construction interest subject to section 263A.

● Interest expense related to tax-exempt interest income under section 265.

● Interest expense, disallowed under section 264, on indebtedness with respect to life insurance, endowment, or annuity contracts issued after June 8, 1997, even if the proceeds were used to purchase any property held for investment.

**Property held for investment.** Property held for investment includes property that produces income, **not** derived in the ordinary course of a trade or business, from interest, dividends, annuities, or royalties. It also includes property that produces gain or loss, **not** derived in the ordinary course of a trade or business, from the disposition of property that produces these types of income or is held for investment. However, it does not include an interest in a passive activity.

**Exception.** A working interest in an oil or gas property that you hold directly or through an entity that does **not** limit your liability is property held for investment, but only if you did not materially participate in the activity.

**For Paperwork Reduction Act Notice, see back of form.**

Form **4952** (2003)

JSA
3X3000 2.000

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
===============================================================================

SOURCES OF COMPENSATION
=========================

| OWNER-SHIP | DESCRIPTION | TOTAL WAGES | FEDERAL WITHHELD | SOC. SEC. WITHHELD | MEDICARE WITHHELD |
|-----|---------------------------|-------------|------------------|--------------------|-------------------|
| | WAGES ----- | | | | |
| S | VIRGINIA OPERA ASSOC. | 350. | | 22. | 5. |
| S | NORFOLK PUBLIC SCHOOLS | 300. | | 19. | 4. |
| | OLD DOMINION UNIVERSITY | | | | |
| | TOTAL - WAGES | 650. | | 41. | 9. |
| | GRAND TOTAL | 650. | | 41. | 9. |

| OWNER-SHIP | WITHHOLDING FROM WAGES | STATE WITHHELD | CITY/LOCAL WITHHELD |
|-----|---------------------------|----------------|---------------------|
| S | VIRGINIA OPERA ASSOC. | 5. | |
| S | NORFOLK PUBLIC SCHOOLS | | |
| | TOTAL WITHHOLDING FROM WAGES | 5. | |

STATEMENT  1

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
================================================================================

SELF-EMPLOYED HEALTH INSURANCE ADJUSTMENT
=========================================

SCHEDULE C ACTIVITY
-------------------
ANDREW COHEN

```
1. HEALTH INSURANCE PREMIUMS PAID IN CURRENT YEAR          1,876.
2. EARNED INCOME FROM THIS ACTIVITY                       11,560.
3. TOTAL EARNED INCOME                                     1,939.
4. PERCENT OF EARNED INCOME ALLOCATED TO THIS ACTIVITY   100.0000
5. TOTAL SELF-EMPLOYMENT TAX, KEOGH & SEP DEDUCTION         703.
6. SE TAX, KEOGH AND SEP ALLOCABLE TO THIS ACTIVITY         703.
7. EARNED INCOME LIMITATION (LINE 2 LESS LINE 6)         10,857.

8. SELF-EMPLOYED HEALTH INSURANCE ADJUSTMENT FOR CURRENT YEAR      1,876.
                                                            ------------
              TOTAL TO 1040, LINE 29                               1,876.
                                                            ============
```

STATEMENT   2

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
================================================================================

PERSONAL EXEMPTION WORKSHEET
============================
1. IS THE AMOUNT ON FORM 1040, LINE 35 GREATER
   THAN AMOUNT SHOWN ON LINE 4 BELOW FOR YOUR
   FILING STATUS?  IF YES, GO TO LINE 2.

2. TOTAL EXEMPTIONS MULTIPLIED BY $ 3,050 ................     12,200.

3. ADJUSTED GROSS INCOME ..................................    276,219.

4. FILING STATUS INCOME LIMIT ............................    209,250.

5. LINE 3 LESS LINE 4 ....................................     66,969.

        IF LINE 5 IS GREATER THAN $61,250 FOR MFS OR
        LINE 5 IS GREATER THAN $122,500 FOR OTHERS, STOP!

6. LINE 5 DIVIDED BY 2,500 (1,250 IF MFS).IF THE RESULT IS         27
   NOT A WHOLE NUMBER, INCREASE TO THE NEXT WHOLE NUMBER.

7. LINE 6 X 0.02 ........................................        0.54

8. LINE 2 MULTIPLIED BY LINE 7 ..........................      6,588.
                                                          ----------
9. DEDUCTION FOR EXEMPTIONS (LINE 2 LESS LINE 8) ........      5,612.
                                                          ==========

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3  7444

SUPPLEMENT TO SCHEDULE A
================================================================================

```
STATE INCOME TAXES
------------------
  TAXES WITHHELD                                                    5.
  ESTIMATED TAX AND EXTENSION PAYMENTS                         11,641.
  OTHER TAXES PAID AND BALANCE DUE                              1,522.
                                                             ------------
     TOTAL TO SCHEDULE A, LINE 5                              13,168.
                                                             ============


INVESTMENT INTEREST EXPENSE
---------------------------
  STANLEY COHEN 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                                    12,000.
                                                             ------------
        SUBTOTAL OF INVESTMENT INTEREST EXPENSE               12,000.

  LESS: DISALLOWED INVESTMENT INTEREST EXP./FORM 4952             NONE
                                                             ------------
        TOTAL TO SCHEDULE A, LINE 13                          12,000.
                                                             ============


CASH CONTRIBUTIONS
------------------

  OTHER CASH CONTRIBUTIONS
  -----------------------
                 50% ORGANIZATION(S)
  MISCELLANEOUS CHARITIES                                       1,700.
                                                             ------------
        TOTAL CASH CONTRIBUTIONS BEFORE LIMITATION             1,700.

        CASH CONTRIBUTION LIMITATION                             NONE
                                                             ------------
        TOTAL TO SCHEDULE A, LINE 15                           1,700.
                                                             ============


NONCASH CHARITABLE CONTRIBUTIONS
--------------------------------

  NONCASH CHARITABLE CONTRIBUTIONS LESS THAN $500
  -----------------------------------------------
     PROPERTY GIVEN TO 50% ORGANIZATION(S)
  CLOTHING, SHOES, TOYS                                          475.
```

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
===============================================================================


NONCASH CHARITABLE CONTRIBUTIONS (CONT'D)
------------------------------------------

```
   NONCASH CONTRIBUTIONS FROM FORM 8283                 142,958.
                                                    ------------
         TOTAL NONCASH CONTRIBUTIONS BEFORE LIMITATION  143,433.

         NONCASH CONTRIBUTION LIMITATION                  7,023.
                                                    ------------
         TOTAL TO SCHEDULE A, LINE 16                   136,410.
                                                    ============
```

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
================================================================================

ITEMIZED DEDUCTION WORKSHEET
----------------------------

```
 1.  SCHEDULE A, LINES 4, 9, 14, 18, 19, 26, AND 27 .......    170,203.

 2.  SCHEDULE A, LINES 4, 13, 19 AND GAMBLING LOSSES ......     12,000.
                                                             ------------
 3.  LINE 1 LESS LINE 2 ...................................    158,203.
                                                             ============
 4.  LINE 3 MULTIPLIED BY 80% ..............    126,562.
                                             ============
 5.  ADJUSTED GROSS INCOME ..................    276,219.

 6.  $139,500 ($69,750/MARRIED FILING SEP.)     139,500.
                                             ------------
 7.  LINE 5 LESS LINE 6 .....................    136,719.
                                             ============
 8.  LINE 7 MULTIPLIED BY 3% ...............      4,102.
                                             ============
 9.  SMALLER OF AMOUNTS ON LINES 4 OR 8 ...................      4,102.
                                                             ============
10.  TOTAL ITEMIZED DEDUCTIONS (LINE 1 LESS LINE 9) .......    166,101.
                                                             ============
```

STATEMENT  6

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
===============================================================================


CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 10
============================================
  STANDARD MILEAGE RATE METHOD
  ----------------------------
  BUSINESS NAME:       RITA A. COHEN

                              VEHICLE 1

BUSINESS MILES                          1,200.
                              X         0.36
                              --------------
  STANDARD MILEAGE FOR THIS VEHICLE                    432.
                                                 ------------
        TOTAL TO SCHEDULE C, LINE 9                    432.
                                                 ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================

GROSS RECEIPTS OR SALES - SCHEDULE C, LINE 1
============================================

   BUSINESS NAME:     ANDREW COHEN

   GEEKS ON CALL AMERICA                     12,500.
                              ------------
      TOTAL TO SCHEDULE C, LINE 1        12,500.
                              ============

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================


OTHER COSTS - SCH. C PART III, LINE 39
=======================================
   BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

   LAND                                                    1,372,343.
   CONSTRUCTION IN PROGRESS                                    13,313.
   CAPITALIZED INTEREST                                         2,695.
                                                         ------------
      TOTAL TO SCHEDULE C, LINE 39                        1,388,351.
                                                         ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE SE
================================================================================



TAXPAYER'S NET SELF-EMPLOYMENT INCOME
=======================================

NET NONFARM PROFIT OR (LOSS)
----------------------------
SCHEDULE C                                                            9,952.
                                                                 ------------
    TOTAL NET NONFARM PROFIT OR (LOSS), SECTION A, LINE 2             9,952.
                                                                 ============

STATEMENT  10

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
================================================================================

DETAIL OF INVESTMENT INTEREST EXPENSE
--------------------------------------

| | | PRIOR YEAR |
| | CURRENT YEAR | DISALLOWED |
| DESCRIPTION | INV. INT. | INV. INT. |
| ----------- | --------- | --------- |
| STANLEY COHEN 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 | 12,000. | |
| TOTAL INVESTMENT INTEREST EXPENSE | 12,000. | |

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
===============================================================================

### GAIN FROM INVESTMENT PROPERTIES

| | ORDINARY GAIN | SHORT TERM LOSS | SHORT TERM GAIN | LONG TERM LOSS | LONG TERM GAIN |
|---|---|---|---|---|---|
| SCHEDULE D | | | 256,986. | | |
| TOTAL | | | 256,986. | | |

NET GAIN - PROPERTY HELD FOR INVESTMENT - FORM 4952 LINE 4D          256,986.
                                                                 ============

### ELECTION TO INCLUDE QUAL. DIV. & NET CAP. GAIN IN INV. INCOME

GROSS INCOME EXCLUDING QUAL. DIV. - FORM 4952 LINE 4C     24,276.
ORDINARY GAIN - PROPERTY HELD FOR INVESTMENT            256,986.
                                                       ------------
    TOTAL INCOME BEFORE CAPITAL GAIN                                 281,262.

TOTAL INVESTMENT INTEREST EXPENSES - FORM 4952 LN. 3     12,000.
INVESTMENT EXPENSES - FORM 4952 LINE 5
                                                       ------------
    TOTAL EXPENSES                                                    12,000.
                                                                 ------------

EXCESS TOTAL EXPENSES OVER TOTAL INCOME                                  NONE

QUALIFIED DIVIDENDS                                                      947.

NET LONG-TERM CAPITAL GAIN - INVESTMENT PROPERTY
NET SHORT-TERM CAPITAL LOSS - INVESTMENT PROPERTY            NONE
                                                       ------------
NET CAPITAL GAIN                                                         NONE
                                                                 ------------

NET CAPITAL GAIN YOU MAY ELECT TO REPORT AS ORDINARY                     NONE
QUALIFIED DIVIDENDS YOU MAY ELECT TO INCLUDE IN INV. INC.                NONE
                                                                 ------------

NET CAPITAL GAIN ELECTED TO BE REPORTED AS ORDINARY                      NONE
QUALIFIED DIVIDENDS ELECTED TO BE INCLUDED IN INV. INC.                  NONE
                                                                 ------------

CONTINUED...                          STATEMENT  12

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
================================================================================


          ELECTION TO INCLUDE QUAL. DIV. & NET CAP. GAIN IN INV. INCOME (CONT'D)
          ----------------------------------------------------------------


TOTAL ELECTION TO BE INCLUDED IN INVESTMENT INCOME
                        - FORM 4952 LINE 4G                                    NONE
                                                                        ============

SUPPLEMENT TO FORM 4952
================================================================================

```
DETAIL OF INVESTMENT INCOME MINUS EXPENSES
------------------------------------------

 1. CHILD'S INCOME FROM FORM 8814 .................
 2. INTEREST INCOME ...............................         473.
 3. DIVIDEND INCOME ...............................      24,750.
 4. ANNUITIES ....................................
 5. ROYALTY INCOME................................
 6. K-1 SOURCES INVESTMENT INCOME ................
                                                     ------------
 7. GROSS INVESTMENT INCOME ......................                    25,223.
 8. QUALIFIED DIVIDENDS ..........................                       947.
                                                                  ------------
 9. GROSS INVESTMENT INCOME EXCLUDING QUALIFIED DIV.                 24,276.

10. ORDINARY SECTION 1245, 1250 & 1254 INCOME .....
11. NET CAPITAL GAIN FROM INVESTMENT PROPERTY .....       NONE
12. NET GAIN FROM INVESTMENT PROPERTY .............   256,986.
13. LINE 12 LESS LINE 11 ..........................                 256,986.
14. INVESTMENT INCOME ELECTION ....................                     NONE
                                                                  ------------
15. TOTAL INVESTMENT INCOME .......................                 281,262.

16. ROYALTY EXPENSES ..............................
17. INVESTMENT EXPENSES ...........................
                                                     ------------
18. TOTAL INVESTMENT EXPENSES .....................
                                                                  ------------
19. TOTAL NET INVESTMENT INCOME ...................                 281,262.
                                                                  ============
```

ANDREW COHEN & RITA COHEN

FEDERAL FOOTNOTES

===============================================================================

        THE TAXPAYER HEREBY ELECTS TO AMORTIZE ORGANIZATIONAL COSTS OVER A 60
         MONTH PERIOD BEGINNING 08/18/2003, UNDER CODE SECTION 709.
        ORGANIZATION COSTS CONSIST OF $170 LEGAL FEES TO FORM A SINGLE
        MEMBER
        LLC.

STATEMENT  15

## McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
        ANDREW COHEN & RITA COHEN
     INSTRUCTIONS FOR FILING FORM
                 760
   2003 VIRGINIA RESIDENT INCOME TAX RETURN
```

SIGNATURE..
     THE ORIGINAL RETURN SHOULD BE SIGNED (USE FULL NAME) AND DATED ON
     PAGE 2 BY THE TAXPAYER AND SPOUSE.

OVERPAYMENT..
     YOUR RETURN SHOWS A $1,678. OVERPAYMENT. OF THIS AMOUNT, NONE WILL BE
     REFUNDED TO YOU, AND $1,678. HAS BEEN APPLIED TO YOUR 2004 ESTIMATED
     TAX.

FILING..
     FILE YOUR SIGNED RETURN BY MAY 3, 2004 WITH:

```
             DEPARTMENT OF TAXATION
                 P.O. BOX 760
           RICHMOND, VIRGINIA 23218-0760
```

MAILING..
     YOUR RETURN SHOULD BE MAILED BY EITHER REGISTERED OR CERTIFIED
     MAIL, WITH THE SENDER'S RECEIPT POSTMARKED TO PROVE MAILING BEFORE
     THE DUE DATE.

XL191  1.000

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
             ANDREW COHEN & RITA COHEN
             INSTRUCTIONS FOR FILING FORM
                         760ES
          2004 VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER


PAYMENT OF ESTIMATED TAX..
      THE APPROPRIATE VOUCHER FORM SHOULD ACCOMPANY EACH PAYMENT AS
      FOLLOWS...

             VOUCHER        ON OR BEFORE-                    AMOUNT
                1           MAY 1, 2004                  $
                2           JUNE 15, 2004                $
                3           SEPTEMBER 15, 2004           $
                4           JANUARY 15, 2005             $
                                                           ------------
      OVERPAYMENT OF 2003 INCOME TAX CREDITED
        AGAINST 2004 TAX ..............................
                                                           ------------

      TOTAL 2004 ESTIMATED TAX PAYMENTS ............. $
      ESTIMATED INCOME TAX TO BE WITHHELD IN 2004 ...
      ESTIMATED CREDITS ..............................
                                                           ------------
      TOTAL ESTIMATE OF 2004 INCOME TAX ............. $
                                                           ============

FILING..
      THE FIRST VOUCHER, TOGETHER WITH YOUR CHECK, SHOULD BE FILED WITH:

                     DEPARTMENT OF TAXATION
                         P.O. BOX 1478
                    RICHMOND, VIRGINIA  23218-1478


      ALL REMAINING VOUCHERS SHOULD BE FILED WITH:

                     DEPARTMENT OF TAXATION
                         P.O. BOX 1478
                    RICHMOND, VIRGINIA  23218-1478


      YOUR SOCIAL SECURITY NUMBER, PHONE NUMBER AND "2004 ESTIMATED TAX"
      SHOULD BE INDICATED ON EACH CHECK.  CHECKS SHOULD BE MADE
      PAYABLE TO THE TREASURER (CITY OR COUNTY).
```

XL191  1.000

## 2004 ESTIMATED INCOME TAX WORKSHEET FOR INDIVIDUALS
### PART I - COMPUTE YOUR ESTIMATED 2004 VIRGINIA INCOME TAX

See the instruction book for the income tax return you will file to determine the amounts for lines 1 through 4.

| | | | A  SPOUSE USE ONLY when using filing Status 4 on Form 760PY | B  YOURSELF Use for all other filers |
|---|---|---|---|---|

1. Expected Virginia ADJUSTED GROSS INCOME subject to tax in 2004 (includes the age deduction for taxpayers age 62 and over, plus additions to and subtractions from federal adjusted gross income) . **See Section I on page 1 to see if you are required to file Form 760ES**     1

2a If you will itemize deductions on your 2004 federal return, enter the estimated total of those deductions, less state and local tax (Fixed Date Conformity adjustments should be made where applicable).     2a

**OR**

2b If you will not itemize deductions, enter the standard deduction amount for your filing status Single: $3,000, Married, filing joint or combined return: $5,000, Married, filing separately: $2,500     2b

3. Expected amount of qualifying child and dependent care expenses . . . . . . . .     3

4. Dollar amount of Virginia personal exemptions (number of exemptions X $800) . . . . .     4

5. Add line 2a OR line 2b, line 3 and line 4 . . . . . . . . . . . . . . . . . .     5

6. ESTIMATED Virginia TAXABLE INCOME (line 1 less line 5) . . . . . . . . . .     6

7. Virginia INCOME TAX for amount on Line 6 (See Tax Rate Schedule on page 2, Section III) . .     7

8. TAX ADJUSTMENTS (See Tax Credits and Adjustments on page 2, Section III) . . . . .     8

9. YOUR ESTIMATED 2004 VIRGINIA INCOME TAX (line 7 less line 8) . . . . . . .     9

10. TOTAL ESTIMATED 2004 VIRGINIA INCOME TAX (line 9, column A plus column B) . . . . . . . . . .     10

**See Section I on page 1 before continuing to see if you are required to make estimated income tax payments.**

### PART II - COMPUTE YOUR ESTIMATED INCOME TAX PAYMENTS

11. Estimated 2004 Virginia income tax (Individuals: Enter amount from line 10 above. Estates and Trusts: Enter amount from line 6 of the worksheet for estates and trusts on page 4) . . . . . . . . . . . .     11

12. Amount you estimate will be withheld from your wages for the year (Estates and Trusts: Enter 0) . .     12

13. Estimated income tax due (line 11 less line 12) . . . . . . . . . . . . . .     13

14. Enter the number of payments required (See Section II on page 1 or the Payment Schedule below) . . . . . . . .     14

15. **INSTALLMENT PAYMENT AMOUNT.** Divide the amount on line 13 by the number of payments on line 14.

(If you had a 2003 overpayment credit, subtract the amount of the overpayment credit that you are applying to this installment.) Enter the amount here and on Form 760ES. **Attach your check or money order for this amount\*** . . .     15

*To pay electronically, see our web site www.tax.state.va.us. Use the estimated tax payment record section on page 4 to record your tax payments.

### PAYMENT SCHEDULE

The estimated income tax return and payment of an individual, fiduciary, estate or trust, other than a self-employed farmer, fisherman, or merchant seaman is to be filed on or before May 1 of the taxable year, unless the requirements to file are not met until *after* April 15. Use the table below to determine the number and amount of each installment payment. (Fiscal year filers substitute the corresponding fiscal year months for the months specified in this table.)

| IF THE REQUIREMENTS ARE FIRST MET IN THE TAXABLE YEAR- | NUMBER OF PAYMENTS REQUIRED | FILE FORM 760ES ON OR BEFORE | AND USE VOUCHER NUMBER | THE FOLLOWING PERCENTAGES OF THE ESTIMATED TAX ARE TO BE PAID ON OR BEFORE- | | | |
|---|---|---|---|---|---|---|---|
| | | | | May 1 | June 15 | September 15 | January 15 |
| on or before April 15th | 4 | May 1, 2004 | 1 | 25% | 25% | 25% | 25% |
| after April 15th and before June 2nd | 3 | June 15, 2004 | 2 | . . . . . . . | 33 1/3% | 33 1/3% | 33 1/3% |
| after June 1st and before Sept. 2nd | 2 | Sept. 15, 2004 | 3 | . . . . . . . | . . . . . . . | 50% | 50% |
| after Sept. 1st and before Dec. 31st | 1 | Jan. 15, 2005 | 4 | . . . . . . . | . . . . . . . | . . . . . . . | 100% |

3B5620 1.000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## 2004 FORM 760ES -Voucher 1
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER
FOR INDIVIDUALS, ESTATES & TRUSTS

First time filers or address change check here

LOCALITY NO.

810

FOR OFFICE USE

CALENDAR YEAR FILERS DUE:

**Amount of payment**

Your social security number or FEIN          Spouse's social security number

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

Make your check or money order payable to the Treasurer of the city or county in which you live If this is your first payment for this taxable year. CHECK BOX and mail payment to your Commissioner of the Revenue, Director of Finance or Director of Tax Administration. Mail all other vouchers to the Treasurer

FISCAL YEAR FILERS BEGINNING MONTH:

Check here if filing for an estate or trust.

—— Do not write below this line. ——

Daytime Phone Number    7574608625

1062

3B5621 1.000

## 2004 FORM 760ES -Voucher 2
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER
FOR INDIVIDUALS, ESTATES & TRUSTS

First time filers or address
change check here

LOCALITY NO.          FOR OFFICE USE

810

CALENDAR YEAR FILERS DUE:

**Amount of payment**

Your social security number or FEIN          Spouse's social security number

Make your check or money order payable to the
Treasurer of the city or county in which you live
If this is your first payment for this taxable year. CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Adminis-
tration. Mail all other vouchers to the Treasurer

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

FISCAL YEAR FILERS BEGINNING MONTH:

Check here if filing for an estate or trust.
—— Do not write below this line. ——

Daytime Phone Number    7574608625

1062

## 2004 FORM 760ES -Voucher 3
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER
FOR INDIVIDUALS, ESTATES & TRUSTS

First time filers or address
change check here

LOCALITY NO.          FOR OFFICE USE

810

CALENDAR YEAR FILERS DUE:

**Amount of payment**

Your social security number or FEIN          Spouse's social security number

Make your check or money order payable to the
Treasurer of the city or county in which you live
If this is your first payment for this taxable year. CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Adminis-
tration. Mail all other vouchers to the Treasurer

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

FISCAL YEAR FILERS BEGINNING MONTH:

Check here if filing for an estate or trust.
—— Do not write below this line. ——

Daytime Phone Number    7574608625

1062

## 2004 FORM 760ES -Voucher 4
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER
FOR INDIVIDUALS, ESTATES & TRUSTS

First time filers or address
change check here

LOCALITY NO.          FOR OFFICE USE

810

CALENDAR YEAR FILERS DUE:

**Amount of payment**

Your social security number or FEIN          Spouse's social security number

Make your check or money order payable to the
Treasurer of the city or county in which you live
If this is your first payment for this taxable year. CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Adminis-
tration. Mail all other vouchers to the Treasurer

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

FISCAL YEAR FILERS BEGINNING MONTH:

Check here if filing for an estate or trust.
—— Do not write below this line. ——

Daytime Phone Number    7574608625

1062

## 2004 ESTIMATED INCOME TAX WORKSHEET
### For Estates and Trusts

| | | |
|---|---|---|
| 1 | Expected federal taxable income of the estate or trust . . . . . . . . . . . . . . . . . . . . . . | 1 |
| 2 | Fiduciary's share of Virginia modifications . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Estimated Virginia taxable income (line 1 less line 2) . . . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Virginia income tax for amount on line 3 (See Section III) . . . . . . . . . . . . . . . . . . . | 4 |
| 5 | Tax credits (See Section III) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| 6 | ESTIMATE OF THE FIDUCIARY OR ESTATE INCOME TAX (line 4 less line 5) . . . . . . . . . . . . . | 6 |

See Section I on page 1 to see if you meet the estimated tax filing requirements. If you do, enter the result of line 6 above on line 11 of the estimated income tax worksheet on page 3, then complete the rest of the worksheet to determine the amount of your installment payment.

**IMPORTANT:**   Before filing the estimated income tax voucher, verify that the federal employer identification number of the estate or trust is in the "Your Social Security Number or FEIN" block. **Do not enter a social security number.**

## 2004 ESTIMATED TAX PAYMENT RECORD

| PAYMENT MADE WITH | DATE | CHECK OR MONEY ORDER NO. | CHECK OR MONEY ORDER PAYMENT AMOUNT | OVERPAYMENT CREDIT APPLIED | TOTAL AMOUNT PAID |
|---|---|---|---|---|---|
| VOUCHER 1 | | | NONE | | NONE |
| VOUCHER 2 | | | NONE | | NONE |
| VOUCHER 3 | | | NONE | | NONE |
| VOUCHER 4 | | | NONE | | NONE |
| TOTALS | | | NONE | | NONE |

PAGE 4

1062
3B5603 2.000

**VA760CG** - Tax Year **2003**
Individual Income Tax Return



ANDREW          COHEN
RITA            COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH        VA   23455

| | | |
|---|---|---|
| Filing Status: | 2 | Head of Household: |

Name or Filing Change:

Accelerated Refund:

Address Change:

Amended:        NOL:

Virginia return not filed last year:

Locality: •   810

| Exemptions | 65 and over | Blind | Dependents | Total |
|---|---|---|---|---|
| Yourself | 1 | | 2 | 4 |
| Spouse | 1 | | | |

Your SSN          COHE        •
Spouse's SSN      COHE        •

Vendor ID:  •   1062

| | | |
|---|---|---|
| 1. Fed Adj Gross Income | • | 276219. |
| 2. Additions, see pg 2, line 3 | • | |
| 3. Subtotal | | 276219. |
| 4a. Age Deduction - You | • | |
| 4b. Age Deduction - Spouse | • | |
| 5. Soc Sec & Tier 1 Railroad | • | |
| 6. State Inc Tax Overpayment | • | |
| 7. Other Subtractions, see pg 2, line 7 | | |
| 8. Subtotal Subtractions | | |
| 9. Total VAGI | | 276219. |
| 10a. Federal Sch. A Itemized deductions | | 166101. |
| 10b. State/Local Income Tax | • | 12826. |
| 10. Deductions | • | 153275. |
| 11. Exemptions | | 3200. |
| 12. Child/Dependent Care | • | |
| 13. Subtotal | | 156475. |
| 14. VA Taxable Income | | 119744. |
| 15. Tax Amt. | | 6628. |
| 16. Spouse Tax Adjustment | • | |

| | | |
|---|---|---|
| 16a. Your VAGI | • | 286346. |
| 16b. Spouse's VAGI | • | -10127. |
| 17. Net Tax | | 6628. |
| 18a. Your Withholding | • | |
| 18b. Spouse's Withholding | • | 5. |
| 19. Estimated Payments | • | 8301. |
| 20. Extension Payments | • | |
| 21. Tax Credit for Low Income Individuals | • | |
| 22. Credit tax paid another state | • | |
| 23. Other Credits | • | |
| 24. Total Payments /Credits | | 8306. |
| 25. Tax you Owe | ▶ | |
| 26. Overpayment Amount | ▶ | 1678. |
| 27. Amount to credit to next year's tax | ▶ | 1678. |
| 28. Adjustments/Contributions | ▶ | |
| Amount You Owe: Paid by Credit Card | ▶ | |
| Refund: | ★ | |
| Bank Routing Number | • | • |
| Bank Account Number | • | |

__LAR    __DLAR    __LTD  $ _____    _____    Office Use:   TP CX FC TA

1062
3B5611 1.000

**VA760CG** Page 2 - Year 2003
ANDREW        COHEN

## ADDITIONAL FILING INFORMATION

Dept of Taxation can discuss
my return with my preparer.                                      X

Self Employed, Farming/Fishing,
Merchant Seaman:

Coalfield
Enhancement

Taxpayer
Deceased:

Dependent on                         Fixed Date
another's return:                    Conformity:

Overseas
when due:

Home/Work
Phone              7574608625

## Adjustments - SCH ADJ/CG - Part 1
### Additions
1.   Interest on obligations
     of other state
2.   Other Additions:
     a.   Fixed Date Conformity                    •

     b

     c

3.   Total Additions:

## Tax Credit for Low Income Individuals
8.   Exemption Information
     a.  Yourself
     b.  Spouse
     c.  Dependent
     d.  Dependent
     e.  Dependent
     f.  Dependent

10.  Exemption total on this return
11.  Exemptions from return multiplied by $300
12.  Credit Amount (Enter lesser of Line 11 from above or
     Line 17 from page 1)
     *File this return by May 1, 2004*

## SUMMARY OF ADJUSTMENTS *(from SCH ADJ/CG Part 2)*

Total Additions, Penalty
and Interest

Addition from form 760C

Addition from form 760F

Consumer's Use Tax

Total Voluntary Contributions

Prepared by
Paid Tax Preparer                                    X

Spouse's Bus. Phone Number                                      • •
Spouse's Name
RITA COHEN

### Subtractions
4.   Income from obligations
     or securities of the U.S.                              •
5.   Disability Income
     reported as wages                                      •
6.   Other subtractions:
     a.  Fixed Date Conformity                              •

     b.                              •                      •

     c.                              •                      •

     d.                              •                      •

7.   Total Subtractions:

Social Security Number                          VAGI

8g.  Total Family VAGI                                      •

9.   Total Exemptions                                       •

I (We), the undersigned, declare under penalty of law that I (we) have examined this return and to the best of my (our) knowledge, it is a true, correct and complete return.

Your Signature _____  Date _____    Spouse's Signature _____  Date _____

                                                            MCPHILLIPS, ROBERTS & DEANS, PLC
                                                            150 BOUSH STREET, SUITE 1100
541921942                    7576407190                     NORFOLK, VA 23510
3B5612 1.000      1062

       TD5204  2YVG  03/14/2004  16:45:59  V03-4.3  7444



ANDREW          COHEN

**Credit for Tax Paid to Another State**

Border State Rule

13a. Enter the filing status claimed on the
      other state's tax return.

13b. Enter the number below to identify the
      person claiming the credit
      1. You  2. Spouse  3. Joint

13. Qualifying taxable income on which
    the other state's tax is based

14. Virginia Taxable Income

15. Qualifying tax paid to the other
    state
    a.  Name of state:

16. Virginia Income Tax

17. Income percentage

18. Virginia Income Tax multiplied
    by Income percentage

19. Credit Allowed

**Adjustments to Amount of Tax**

20. Addition to Tax
    a.  Addition from Form 760C

    b.  Addition from Form 760F

21. Penalty
    a.  Late Filing Penalty

    b.  Extension Penalty

22. Interest

23. Consumer's Use Tax  ▶

24. Voluntary Contributions
    from overpaid taxes

    a.  •                 ▶

    b.  •                 ▶

25. Other Voluntary Contributions

    a.        •                 ▶

    b.        •                 ▶

School Foundation Contributions

    c.        •                 ▶

    d.        •                 ▶

26. Total Adjustments

**Amended Returns**

27. Amount paid with original
    return, plus additional tax
    paid after it was filed              ▶

28. Add line 27 from above
    and line 24 from Form 760,
    enter here

29. Overpayment, if any, as
    shown on original return
    or as previously adjusted            ▶

30. Subtract line 29 from line 28

31. Tax you Owe                          ▶

32. Tax you Overpaid                     ▶

**Credit for Political Contributions
From Part XXIII, of Schedule CR**

107. Enter 50% of the amount of eligible
     political contributions

108. Credit allowable this year

     If the Credit for Political Contributions is the **ONLY**
     credit claimed on Schedule CR, you are not required
     to send the Schedule CR with your return.

**AVOID DELAYS.** If this schedule contains return information always submit with your return.

**2003** Virginia Schedule FED



ANDREW        COHEN
RITA          COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH     VA 23455                                810

## SCHEDULE C, SCHEDULE C-EZ and/or SCHEDULE F INFORMATION

| | | First Schedule Info. C | Second Schedule Info. |
|---|---|---|---|
| 1. | Schedule Name | | |
| 2. | Gross Receipts or Sales | 1172. | |
| 3. | Depreciation / expense deduction | | |
| 4. | Business Activity Code | 711510 | |
| 5. | Business Locality Code | | |
| 6. | Car and truck expenses | 432. | |
| 7. | Inventory at end of year | | |
| 8. | Number of miles you used your vehicle for: **Business** | 1200 | |
| 9. | Number of miles you used your vehicle for: **Commuting** | | |
| 10. | Number of miles you used your vehicle for: **Other** | 5800 | |

## SCHEDULE 2106 and/or SCHEDULE 2106-EZ INFORMATION

| | | | |
|---|---|---|---|
| 11. | Number of miles you used your vehicle for: **Business** | 1200 | |
| 12. | Number of miles you used your vehicle for: **Commuting** | | |
| 13. | Number of miles you used your vehicle for: **Other** | 5800 | |
| 14. | Percent of business use of vehicle: **Vehicle 1** | 1714 | |
| 15. | Percent of business use of vehicle: **Vehicle 2** | | |

## SCHEDULE 4562 INFORMATION

| | | | |
|---|---|---|---|
| 16. | Property Used more than 50% in a qualified business use: Type of property | | |
| 17. | Date placed in service | | |
| 18. | Business/investment use percentage | | |
| 19. | Cost or other basis | | |
| 20. | Depreciation deduction | | |
| 21. | Elected section 179 cost | | |
| 22. | Business Locality Code | | |

**2003 Virginia Schedule INC/CG**
Report all W2's and 1099's with Virginia Withholding

ANDREW        COHEN

| Your/ Spouse SSN | You/ Spouse | Virginia Withholding | Employer FEIN | Virginia Account Number | Virginia Wages, tips, other comp. |
|---|---|---|---|---|---|
| ██████ | 2 | 5. | ██████ | | 350. |
| | 2 | | | | 300. |

**Total Virginia Withholding:**

YOUR TOTAL WITHHOLDING

SPOUSE'S TOTAL WITHHOLDING                                          5.

TOTAL NUMBER OF W2'S AND 1099'S          02

**AVOID DELAYS** in processing your return! Be sure to enter all information including Employer's FEIN.

3B5629 1.000    1062
TD5204 2YVG 03/14/2004 16:45:59 V03-4.3  7444

| SCHEDULE C (Form 1040) Department of the Treasury Internal Revenue Service   (99) | **Profit or Loss From Business** (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074 **2003** Attachment Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| RITA COHEN | ▇▇▇▇▇▇▇ |

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
INDEPENDENT ARTISTS, WRITERS, PERFORMERS

**B** Enter code from pages C-7, 8, & 9   ▶   **711510**

**C** Business name. If no separate business name, leave blank.
RITA A. COHEN

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD
City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455

**F** Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses . . . . [X] Yes   ☐ No

**H** If you started or acquired this business during 2003, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . . . . . ▶ ☐ | 1 | 1,172. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 1,172. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | 1,172. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 1,172. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising . . . . . . . . . | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see page C-3) . . STMT 3 . . | 9 | 432. | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees . . . | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-4) . . . . . . | 11 | | b | Other business property . . . . | 20b | |
| 12 | Depletion . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses . . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . | 24a | 1,826. |
| 15 | Insurance (other than health) . . . . | 15 | | b | Meals and entertainment . | 1,000. | |
| 16 | Interest: | | | c | Enter nondeduct- ible amount in- cluded on line 24b (see page C-5) | 500. | |
| a | Mortgage (paid to banks, etc.) . . . | 16a | | d | Subtract line 24c from line 24b . . . . | 24d | 500. |
| b | Other . . . . . . . . | 16b | | 25 | Utilities . . . . . . . . . | 25 | |
| 17 | Legal and professional services . . . . . . . | 17 | | 26 | Wages (less employment credits) . . . | 26 | |
| 18 | Office expense . . . . . . | 18 | | 27 | Other expenses (from line 48 on page 2) . . . . . . . | 27 | 6,427. |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . . ▶ | 28 | 9,185. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | 29 | -8,013. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | -8,013. |

| | | | |
|---|---|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you **must** attach Form 6198. | 32a [X] All investment is at risk 32b ☐ Some investment is not at risk | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule C (Form 1040) 2003

JSA
3X0110 1.000

SUPPLEMENT TO VIRGINIA
TD5204  2YVG  03/14/2004  16:45:59  V03-4.3  7444

Schedule C (Form 1040) 2003    RITA COHEN                                                                          Page **2**

## Part III    Cost of Goods Sold (see page C-6)

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory: | a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation) | |

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation     ☐ Yes   ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . | **40** | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | **42** | |

## Part IV    Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44 Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

a Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

45 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

46 Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

47 a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No
   b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

## Part V    Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| AUDITION EXPENSES _____ | 691. |
| VOICE TRAINING _____ | 1,680. |
| SHEET MUSIC _____ | 290. |
| COSTUMES _____ | 1,362. |
| MISCELLANEOUS _____ | 843. |
| MAKE UP AND HAIR _____ | 789. |
| PICTURES _____ | 592. |
| PIANO ACCOMPANIEST _____ | 125. |
| COMPETITION _____ | 55. |
| 48 **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . **48** | 6,427. |

Schedule C (Form 1040) 2003

SUPPLEMENT TO VIRGINIA
TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service    (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>20**03**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor<br>ANDREW COHEN | Social security number (SSN) |
|---|---|

| A | Principal business or profession, including product or service (see page C-2 of the instructions)<br>CONSULTANT | B Enter code from pages C-7, 8, & 9<br>▶   561490 |
|---|---|---|

| C Business name. If no separate business name, leave blank.<br>ANDREW COHEN | D Employer ID number (EIN), if any |
|---|---|

E Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD
City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455

F Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses . . . . [X] Yes   ☐ No

H If you started or acquired this business during 2003, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [X]

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . STMT 4 ▶ ☐ | 1 | 12,500. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 12,500. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 12,500. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 12,500. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . . . | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses<br>(see page C-3) . . . . . . . . | 9 | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor<br>(see page C-4) . . . . . . . . | 11 | | b | Other business property . . . . | 20b | |
| 12 | Depletion . . . . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . | 21 | |
| 13 | Depreciation and section 179<br>expense deduction (not included<br>in Part III) (see page C-4) . . | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses . . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs<br>(other than on line 19) . . . . | 14 | | a | Travel . . . . . . . . . . . | 24a | 630. |
| 15 | Insurance (other than health) . . . . | 15 | | b | Meals and<br>entertainment . . . . 120. | | |
| 16 | Interest: | | | c | Enter nondeduct-<br>ible amount in-<br>cluded on line 24b<br>(see page C-5) . . . 60. | | |
| a | Mortgage (paid to banks, etc.) . . . | 16a | | d | Subtract line 24c from line 24b . . . | 24d | 60. |
| b | Other . . . . . . . . . . | 16b | | 25 | Utilities . . . . . . . . . . | 25 | |
| 17 | Legal and professional<br>services . . . . . . . . . . | 17 | | 26 | Wages (less employment credits) . . | 26 | |
| | | | | 27 | Other expenses (from line 48 on<br>page 2) . . . . . . . . . . | 27 | 250. |
| 18 | Office expense . . . . . . . . | 18 | | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . . ▶ | 28 | 940. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | 29 | 11,560. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | 11,560. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2**<br>(statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach Form 6198. | 32a [X] All investment is at risk.<br>32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                          Schedule C (Form 1040) 2003

JSA
3X0110 1.000

SUPPLEMENT TO VIRGINIA
TD5204 2YVG 03/14/2004 16:45:59 V03-4.3   7444

Schedule C (Form 1040) 2003  ANDREW COHEN                                                    Page **2**

## Part III    Cost of Goods Sold (see page C-6)

**33** Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation  . . . . . . . . | **35** | |
| **36** Purchases less cost of items withdrawn for personal use  . . . . . . . . . . | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself  . . . . . . | **37** | |
| **38** Materials and supplies  . . . . . . . . . . . | **38** | |
| **39** Other costs  . . . . . . . . . . . | **39** | |
| **40** Add lines 35 through 39  . . . . . . . . . . . | **40** | |
| **41** Inventory at end of year  . . . . . . . . . . . | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4  . . . . . . . . | **42** | |

## Part IV    Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _    **b** Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _    **c** Other _ _ _ _ _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No
   **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

## Part V    Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| MISCELLANEOUS | 100. |
| DUES AND PUBLICATIONS | 150. |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . | **48** | 250. |

Schedule C (Form 1040) 2003

JSA
3X0120 1.000

SUPPLEMENT TO VIRGINIA
TD5204 2YVG 03/14/2004 16:45:59 V03-4.3    7444

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2003**

Attachment
Sequence No. **09**

Name of proprietor: **ANDREW COHEN**

Social security number (SSN): ▓▓▓▓▓▓▓

| | |
|---|---|
| **A** Principal business or profession, including product or service (see page C-2 of the instructions) **RESIDENTIAL BUILDING CONSTRUCTION** | **B** Enter code from pages C-7, 8, & 9 ▶ **236100** |
| **C** Business name. If no separate business name, leave blank. **ANDREW'S DREAMLAND,LLC** | **D** Employer ID number (EIN), if any **61-1441435** |

**E** Business address (including suite or room no.) ▶ **3940 MEETING HOUSE DRIVE**
City, town or post office, state, and ZIP code **VIRGINIA BEACH, VA. 23455**

**F** Accounting method:    (1) [X] Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses . . . . [X] Yes    ☐ No

**H** If you started or acquired this business during 2003, check here . . . . . . . . . . . . . . . . . . . . . ▶ [X]

## Part I    Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . . ▶ ☐    **1** | |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . **5** | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . ▶    **7** | |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising . . . . . . . . **8** | | 19 | Pension and profit-sharing plans **19** | |
| 9 | Car and truck expenses (see page C-3) . . . . . . **9** | | 20 | Rent or lease (see page C-5): | |
| 10 | Commissions and fees . . **10** | | a | Vehicles, machinery, and equipment **20a** | |
| 11 | Contract labor (see page C-4) . . . . . . **11** | | b | Other business property . . . **20b** | |
| 12 | Depletion . . . . . . . . **12** | | 21 | Repairs and maintenance . . . . **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) **13** | | 22 | Supplies (not included in Part III) . **22** | |
| | | | 23 | Taxes and licenses . . . . . . **23** | 50. |
| 14 | Employee benefit programs (other than on line 19) . . **14** | | 24 | Travel, meals, and entertainment: | |
| 15 | Insurance (other than health) . . . . **15** | | a | Travel . . . . . . . . . . **24a** | |
| 16 | Interest: | | b | Meals and entertainment . . **24b** | 199. |
| a | Mortgage (paid to banks, etc.) . . . **16a** | | c | Enter nondeductible amount included on line 24b (see page C-5) | 100. |
| b | Other . . . . . . **16b** | | d | Subtract line 24c from line 24b . . . . **24d** | 99. |
| 17 | Legal and professional services . . . . . . **17** | 600. | 25 | Utilities . . . . . . . . **25** | |
| | | | 26 | Wages (less employment credits) . . **26** | |
| 18 | Office expense . . . . . . **18** | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . **27** | 859. |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . ▶ **28** | 1,608. |
| 29 | **Tentative profit (loss).** Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . **29** | -1,608. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | |
| | • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | |
| | • If a loss, you **must** go to line 32. | **31**  -1,608. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | **32a** [X] All investment is at risk **32b** ☐ Some investment is not at risk |
| | • If you checked 32b, you **must** attach Form 6198. | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule C (Form 1040) 2003

Schedule C (Form 1040) 2003  ANDREW COHEN                                                    Page 2

**Part III**   **Cost of Goods Sold** (see page C-6)

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory:  a [X] Cost  b [ ] Lower of cost or market  c [ ] Other (attach explanation) | | |

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
    "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [X] No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs                                 SEE STATEMENT 5 | 39 | 1,388,351. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 1,388,351. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 1,388,351. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . | 42 | |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on
line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page
C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

a  Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No

47 a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No
   b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| ARXX CLASS | 75. |
| CONTINUING EDUCATION | 522. |
| AMORTIZATION | 262. |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . .  48 | 859. |

Schedule C (Form 1040) 2003

JSA
3X0120 1.000

SUPPLEMENT TO VIRGINIA

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO VIRGINIA FORM 760CG
================================================================================

FEDERAL INCOME AND ADJUSTMENTS INFORMATION
------------------------------------------

| | |
|---|---:|
| WAGES, SALARIES, TIPS, ETC. | 650. |
| TAXABLE INTEREST INCOME | 473. |
| DIVIDEND INCOME | 24,750. |
| BUSINESS INCOME (LOSS) | 1,939. |
| CAPITAL GAIN (LOSS) | 256,986. |
| | ------------ |
| TOTAL INCOME | 284,798. |
| | |
| IRA DEDUCTION | 6,000. |
| SELF-EMPLOYMENT TAX DEDUCTION | 703. |
| SELF-EMPLOYMENT HEALTH INSURANCE DEDUCTION | 1,876. |
| | ------------ |
| TOTAL ADJUSTMENTS TO INCOME | 8,579. |
| | |
| FEDERAL ADJUSTED GROSS INCOME | ------------ |
| (FORM 760, LINE 1) | 276,219. |
| | ============ |

STATEMENT  1

TD5204 2YVG 03/14/2004 16:45:59 V03-4.3  7444

VIRGINIA FOOTNOTES
================================================================================

THE TAXPAYER HEREBY ELECTS TO AMORTIZE ORGANIZATIONAL COSTS OVER A 60
 MONTH PERIOD BEGINNING 08/18/2003, UNDER CODE SECTION 709.
ORGANIZATION COSTS CONSIST OF $170 LEGAL FEES TO FORM A SINGLE
MEMBER
LLC.

STATEMENT   2

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 10
============================================
  STANDARD MILEAGE RATE METHOD
  ----------------------------
  BUSINESS NAME:        RITA A. COHEN

                              VEHICLE 1

BUSINESS MILES                          1,200.
                               X           0.36
                               --------------
  STANDARD MILEAGE FOR THIS VEHICLE                    432.
                                                  ------------
        TOTAL TO SCHEDULE C, LINE 9                    432.
                                                  ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================


GROSS RECEIPTS OR SALES - SCHEDULE C, LINE 1
============================================
    BUSINESS NAME:        ANDREW COHEN

    GEEKS ON CALL AMERICA                                     12,500.
                                                         ------------
            TOTAL TO SCHEDULE C, LINE 1                       12,500.
                                                         ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================

OTHER COSTS - SCH. C PART III, LINE 39
=======================================
    BUSINESS NAME:       ANDREW'S DREAMLAND,LLC

    LAND                                              1,372,343.
    CONSTRUCTION IN PROGRESS                             13,313.
    CAPITALIZED INTEREST                                  2,695.
                                                     ------------
        TOTAL TO SCHEDULE C, LINE 39                  1,388,351.
                                                     ============

STATEMENT   5