## McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD
VIRGINIA BEACH, VA   23455


DEAR ANDREW AND RITA:

ENCLOSED ARE THE ORIGINAL AND ONE COPY OF YOUR 2004 INCOME TAX RETURNS AND
2005 ESTIMATED TAX VOUCHERS AS FOLLOWS...

        2005 1040-ES U.S. ESTIMATED TAX VOUCHERS
        2004 1040 U.S. INDIVIDUAL INCOME TAX RETURN
        2005 VIRGINIA ESTIMATED TAX VOUCHERS
        2004 VIRGINIA INCOME TAX RETURN

THE ORIGINAL OF EACH RETURN SHOULD BE DATED, SIGNED AND FILED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS ATTACHED TO THE COPY OF THE
RETURN.  THE COPY SHOULD BE RETAINED FOR YOUR FILES.

THE RETURNS WERE PREPARED PRIMARILY FROM DATA FURNISHED TO US.
BEFORE SIGNING THE RETURNS, YOU SHOULD REVIEW THE STATED INCOME,
DEDUCTIONS, DEPENDENTS, ETC., TO ENSURE THAT THERE ARE NO OMISSIONS OR
MISSTATEMENTS.

UPON AN AUDIT OF THE RETURNS, REQUESTS MAY BE MADE FOR SUPPORTING
DOCUMENTATION.  THEREFORE, WE RECOMMEND THAT YOU RETAIN ALL PERTINENT
RECORDS.

THE CONTRIBUTION YOU ARE CLAIMING TO YOUR TRADITIONAL IRA FOR 2004 IS $
3,000.

TO ENSURE THAT YOUR IRA CONTRIBUTION IS ALLOWABLE, $   3,000. MUST BE
DEPOSITED TO YOUR ACCOUNT NO LATER THAN APRIL 15, 2005.

THE CONTRIBUTION YOUR SPOUSE IS CLAIMING TO THEIR TRADITIONAL IRA FOR 2004
IS $    3,000.

TO ENSURE THAT YOUR SPOUSE'S IRA CONTRIBUTION IS ALLOWABLE, $3,000. MUST
BE DEPOSITED TO YOUR SPOUSE'S ACCOUNT NO LATER THAN APRIL 15, 2005.

PLEASE NOTE THAT IF YOU HAVE CLAIMED AN IRA DEDUCTION IN THE RETURN,
IT MUST BE FULLY FUNDED NO LATER THAN APRIL 15, 2005.  ANY OTHER
PENSION OR PROFIT SHARING CONTRIBUTION MUST BE FULLY FUNDED NO LATER
THAN THE DUE DATE OF THE RETURN INCLUDING EXTENSIONS.


WE SINCERELY APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT

XL191  1.000

US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.

VERY TRULY YOURS,


R. PAUL SPEECE, CPA

MCPHILLIPS, ROBERTS & DEANS, PLC

ENCLOSURES

## McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

ANDREW COHEN & RITA COHEN
INSTRUCTIONS FOR FILING FORM
1040
U.S. INDIVIDUAL INCOME TAX RETURN FOR 2004

SIGNATURE..
THE ORIGINAL RETURN SHOULD BE SIGNED (USE FULL NAME) AND DATED ON
PAGE 2 BY THE TAXPAYER AND SPOUSE.

PAYMENT OF TAX..
A CHECK OR MONEY ORDER PAYABLE TO THE "UNITED STATES TREASURY"
IN THE AMOUNT OF $44,122. SHOULD BE ENCLOSED WITH THE RETURN.  YOUR
SOCIAL SECURITY NUMBER AND "2004 FORM 1040" SHOULD BE WRITTEN ON YOUR
CHECK OR MONEY ORDER.

FILING..
FILE YOUR SIGNED RETURN BY APRIL 15, 2005 WITH:

INTERNAL REVENUE SERVICE CENTER
P.O. BOX 7704
SAN FRANCISCO, CA  94120-7704

PLEASE NOTE THAT IF YOU HAVE CLAIMED AN IRA DEDUCTION IN THE RETURN,
IT MUST BE FULLY FUNDED NO LATER THAN APRIL 15, 2005.  ANY OTHER
PENSION OR PROFIT SHARING CONTRIBUTION MUST BE FULLY FUNDED NO LATER
THAN THE DUE DATE OF THE RETURN INCLUDING EXTENSIONS.

MAILING..
YOUR RETURN SHOULD BE MAILED BY EITHER REGISTERED OR CERTIFIED
MAIL, WITH THE SENDER'S RECEIPT POSTMARKED TO PROVE MAILING BEFORE
THE DUE DATE.

XL191  1.000

## McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
           ANDREW COHEN & RITA COHEN
           INSTRUCTIONS FOR FILING FORM
                    1040-ES
           U.S. INDIVIDUAL ESTIMATED TAX FOR 2005
```

PAYMENT OF ESTIMATED TAX..
    THE APPROPRIATE VOUCHER FORM SHOULD ACCOMPANY EACH PAYMENT AS
    FOLLOWS...

| VOUCHER | ON OR BEFORE- | AMOUNT |
|---|---|---|
| 1 | APRIL 15, 2005 | $  18,530. |
| 2 | JUNE 15, 2005 | $  18,530. |
| 3 | SEPTEMBER 15, 2005 | $  18,530. |
| 4 | JANUARY 17, 2006 | $  18,530. |

```
                                            ------------
                                               74,120.
    OVERPAYMENT OF 2004 INCOME TAX CREDITED
     AGAINST 2005 TAX ............................      NONE
                                            ------------

    TOTAL 2005 ESTIMATED TAX PAYMENTS ............ $    74,120.
    ESTIMATED INCOME TAX TO BE WITHHELD IN 2005 ...      370.
    ESTIMATED CREDITS .............................      NONE
                                            ------------
    TOTAL ESTIMATE OF 2005 INCOME TAX ............ $    74,490.
                                            ============
```

FILING..
    EACH VOUCHER, TOGETHER WITH A CHECK OR MONEY ORDER MADE PAYABLE
    TO "UNITED STATES TREASURY", SHOULD BE FILED WITH:

```
                INTERNAL REVENUE SERVICE
                    P.O. BOX 510000
                SAN FRANCISCO, CA  94151-5100
```

    YOUR SOCIAL SECURITY NUMBER AND "2005 FORM 1040-ES" SHOULD BE
    INDICATED ON EACH CHECK OR MONEY ORDER.

    YOU SHOULD RETAIN VOUCHERS 2, 3, AND 4 AND FILE THEM AS INDICATED
    ABOVE.

XL191  1.000

ANDREW COHEN & RITA COHEN

## Two Year Comparison
## 2004 to 2003

| Description | 2004 | 2003 | Difference |
|---|---|---|---|
| **Gross Income** | | | |
| Wages, salaries, tips, etc. | 8,914. | 650. | 8,264. |
| Taxable interest | 467. | 473. | -6. |
| Ordinary dividends | 46,735. | 24,750. | 21,985. |
| Taxable refunds, credits, or offsets of state and local income taxes | 1,678. | | 1,678. |
| Alimony received | | | |
| Business income or (loss) | -14,843. | 1,939. | -16,782. |
| Capital gain or (loss) | 295,151. | 256,986. | 38,165. |
| Other gains or (losses) | | | |
| IRA distributions, pensions and annuities | | | |
| Rent and Royalty Income | | | |
| Partnership and S Corporation Income | | NONE | NONE |
| Estate and Trust Income | | | |
| REMIC | | | |
| Farm income or (loss) | | | |
| Taxable social security benefits and unemployment compensation | | | |
| Other income | | | |
| **Total income** | 338,102. | 284,798. | 53,304. |
| **Adjustments to Gross Income** | | | |
| Educator expenses | | | |
| Certain business expenses of reservists | | | |
| IRA deduction | 6,000. | 6,000. | |
| Student loan interest deduction | | | |
| Tuition and fees deduction | | | |
| Health savings account deduction | | | |
| Moving expenses | | | |
| One-half of self-employment tax | | 703. | -703. |
| Self-employed health insurance deduction | | 1,876. | -1,876. |
| Self-employed SEP, SIMPLE, and qualified plans | | | |
| Penalty on early withdrawal of savings | | | |
| Alimony paid | | | |
| Other adjustments | | | |
| **Total adjustments** | 6,000. | 8,579. | -2,579. |
| **Adjusted Gross Income** | 332,102. | 276,219. | 55,883. |

4A6760 1.000

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1   7444

ANDREW COHEN & RITA COHEN

**Two Year Comparison**
**2004 to 2003**

| Description | 2004 | 2003 | Difference |
|---|---|---|---|
| **Itemized Deductions** | | | |
| Medical and dental . . . . . . . . . . . . . . . . . . . . . | NONE | | NONE |
| Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14,086. | 20,093. | -6,007. |
| Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35,375. | 12,000. | 23,375. |
| Contributions . . . . . . . . . . . . . . . . . . . . . . . . . | 9,403. | 138,110. | -128,707. |
| Casualty or theft losses | | | |
| Miscellaneous deductions . . . . . . . . . . . . . . . | NONE | | NONE |
| Less: Itemized deduction phaseout . . . . . . . | 5,682. | 4,102. | 1,580. |
| | | | |
| Total itemized deductions | 53,182. | 166,101. | -112,919. |
| | | | |
| Standard deduction . . . . . . . . . . . . . . . . . . . . . | | | |
| Total exemptions . . . . . . . . . . . . . . . . . . . . . . . | 12,400. | 12,200. | 200. |
| Plus: Phase-out . . . . . . . . . . . . . . . . . . . . . . . . | 11,904. | 6,588. | 5,316. |
| | | | |
| **Taxable income** . . . . . . . . . . . . . . . . . . . . | 278,424. | 104,506. | 173,918. |
| | | | |
| **Tax Liability** | | | |
| Gross income tax . . . . . . . . . . . . . . . . . . . . . . . | 67,692. | 19,652. | 48,040. |
| Alternative Minimum Tax . . . . . . . . . . . . . . . . | NONE | NONE | NONE |
| Additional taxes . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Less: Tax credits . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 67,692. | 19,652. | 48,040. |
| Plus: Other taxes . . . . . . . . . . . . . . . . . . . . . . . | | 1,406. | -1,406. |
| | | | |
| **Total tax liability** . . . . . . . . . . . . . . . . . . | 67,692. | 21,058. | 46,634. |
| Less: Withholding . . . . . . . . . . . . . . . . . . . . . . | 370. | | 370. |
| Estimated tax and other payments . . . . . . . | 23,200. | 48,900. | -25,700. |
| Plus: Penalties and interest . . . . . . . . . . . . . | | | |
| | | | |
| **Balance due** (overpayment) . . . . . . . . . . . . | 44,122. | -27,842. | 71,964. |
| | | | |
| Effective tax rate . . . . . . . . . . . . . . . . . . . . . . . | 20.4% | 7.6% | |

**Marginal Tax Planning Calculation**

| | | |
|---|---|---|
| Filing status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | MFJ |
| Current tax rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33.00% |
| Marginal rate (next highest bracket) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35.00% |
| Upper income limit of current tax rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 319,100. |
| Taxable income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 278,424. |
| | |
| Unused amount (upper limit-taxable income) . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,676. |

Note: This can be used to determine how much income is available until the next higher tax rate. It is based upon the 1040 tax tables without regard to phaseouts, the AMT tax rate or capital gains tax rate.

## 2005 Estimated Tax Worksheet
*Keep for Your Records*

| | | | |
|---|---|---|---|
| **1** | Adjusted gross income you expect in 2005 (see instructions below) . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | • If you plan to itemize deductions, enter the estimated total of your itemized deductions.<br>**Caution:** *If line 1 above is over $145,950 ($72,975 if married filing separately), your deduction may be reduced. See Pub. 505 for details.* } . . . . . . .<br>• If you do not plan to itemize deductions, enter your standard deduction from page 2. | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Exemptions. Multiply $3,200 by the number of personal exemptions. If you can be claimed as a dependent on another person's 2005 return, you cannot claim any dependents and your personal exemption is not allowed. **Caution:** *See Pub. 505 to figure the amount to enter if line 1 above is over: $218,950 if married filing jointly or qualifying widow(er); $182,450 if head of household; $145,950 if single; or $109,475 if married filing separately* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | **Tax.** Figure your tax on the amount on line 5 by using the **2005 Tax Rate Schedules** on page 5.<br>**Caution:** *If you have qualified dividends or a net capital gain, see Pub. 505 to figure the tax* . . . . . . . . . | **6** | |
| **7** | Alternative minimum tax from Form 6251 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Add lines 6 and 7. Also include any tax from Forms 4972 and 8814 and any recapture of education credits (see instructions below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Credits (see instructions below). **Do not** include any income tax withholding on this line . . . . . . . | **9** | |
| **10** | Subtract line 9 from line 8. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Self-employment tax (see instructions below). Estimate of 2005 net earnings from self-employment $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ; if **$90,000 or less,** multiply the amount by 15.3%; if **more than $90,000,** multiply the amount by 2.9%, add $11,160 to the result, and enter the total. **Caution:** *If you also have wages subject to social security tax, see Pub. 505 to figure the amount to enter* . . . . . . . . . . . . . | **11** | |
| **12** | Other taxes (see instructions below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13a** | Add lines 10 through 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13a** | |
| **b** | Earned income credit, additional child tax credit, and credits from **Form 4136** and **Form 8885** . . . . . . . | **13b** | |
| **c** | **Total 2005 estimated tax.** Subtract line 13b from line 13a. If zero or less, enter -0- . . . . . . . . . . ▶ | **13c** | |
| **14a** | Multiply line 13c by 90% (66 2/3% for farmers and fishermen) . . . . . **14a** | | |
| **b** | Enter the tax shown on your 2004 tax return (110% of that amount if you are not a farmer or fisherman and the adjusted gross income shown on that return is more than $150,000 or, if married filing separately for 2005, more than $75,000) . . . . . . . . . . . . . . . . **14b** 74,461. | | |
| **c** | **Required annual payment to avoid a penalty.** Enter the **smaller** of line 14a or 14b . . . . . . . . ▶ | **14c** | 74,461. |
| | **Caution:** *Generally, if you do not prepay (through income tax withholding and estimated tax payments) at least the amount on line 14c, you may owe a penalty for not paying enough estimated tax. To avoid a penalty, make sure your estimate on line 13c is as accurate as possible. Even if you pay the required annual payment, you may still owe tax when you file your return. If you prefer, you can pay the amount shown on line 13c. For details, see Pub. 505.* | | |
| **15** | Income tax withheld and estimated to be withheld during 2005 (including income tax withholding on pensions, annuities, certain deferred income, etc.) . . . . . . . . . . . . . . . . . . . . . . . | **15** | 370. |
| **16** | Subtract line 15 from line 14c. (**Note:** *If zero or less or line 13c minus line 15 is less than $1,000, stop here. You are not required to make estimated tax payments.*) . . . . . . . . . . . . . "ROUNDED". | **16** | 74,120. |
| **17** | If the first payment you are required to make is due April 15, 2005, enter 1/4 of line 16 (minus any 2004 overpayment that you are applying to this installment) here, and on your estimated tax payment voucher(s) if you are paying by check or money order. (**Note:** *Household employers, see instructions below.*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 18,530. |

**Record of Estimated Tax Payments** (Farmers, fishermen, and fiscal year taxpayers, see page 2 for payment due dates.)

| Payment number | Payment due date | (a) Date paid | (b) Check or money order number or credit card confirmation number | (c) Amount paid (**do not** include any credit card convenience fee) | (d) 2004 overpayment credit applied | (e) Total amount paid and credited (add (c) and (d)) |
|---|---|---|---|---|---|---|
| 1 | 4/15/2005 | 04/15/2005 | | 18,530. | | 18,530. |
| 2 | 6/15/2005 | 06/15/2005 | | 18,530. | | 18,530. |
| 3 | 9/15/2005 | 09/15/2005 | | 18,530. | | 18,530. |
| 4 | 1/17/2006* | 01/17/2006 | | 18,530. | | 18,530. |
| Total . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | 74,120. | | 74,120. |

*You do not have to make this payment if you file your 2005 tax return by January 31, 2006, **and** pay the entire balance due with your return.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Tear off here** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2005** Payment Voucher **4**

OMB No. 1545-0087

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."** Write your social security number and "2005 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due Jan. 17, 2006**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 18,530. | |

| | | |
|---|---|---|
| Your first name and initial | Your last name | Your social security number |
| ANDREW | COHEN | ████████ |
| If joint payment, complete for spouse | | |
| Spouse's first name and initial | Spouse's last name | Spouse's social security number |
| RITA | COHEN | ████████ |
| Address (number, street, and apt. no.) | | |
| 3940 MEETING HOUSE ROAD | | |
| City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.) | | |
| VIRGINIA BEACH, VA 23455 | | |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.**

**Page 6**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JSA
4A1012 3.000

ANDREW & RITA COHEN                                        ████████        02/24/2005

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2005** Payment Voucher **3**

OMB No. 1545-0087

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."** Write your social security number and "2005 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due Sept. 15, 2005**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 18,530. | |

| Your first name and initial | Your last name | Your social security number |
|---|---|---|
| ANDREW | COHEN | ███████ |

If joint payment, complete for spouse

| Spouse's first name and initial | Spouse's last name | Spouse's social security number |
|---|---|---|
| RITA | COHEN | ███████ |

Address (number, street, and apt. no.)

3940 MEETING HOUSE ROAD

City, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)

VIRGINIA BEACH, VA 23455

For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.

- - - - - - - - - - - - - - - - - - - - - - - - - **Tear off here** - - - - - - - - - - - - - - - - - - - - - - - - -

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2005** Payment Voucher **2**

OMB No. 1545-0087

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."** Write your social security number and "2005 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due June 15, 2005**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 18,530. | |

| Your first name and initial | Your last name | Your social security number |
|---|---|---|
| ANDREW | COHEN | ███████ |

If joint payment, complete for spouse

| Spouse's first name and initial | Spouse's last name | Spouse's social security number |
|---|---|---|
| RITA | COHEN | ███████ |

Address (number, street, and apt. no.)

3940 MEETING HOUSE ROAD

City, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)

VIRGINIA BEACH, VA 23455

For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.

- - - - - - - - - - - - - - - - - - - - - - - - - **Tear off here** - - - - - - - - - - - - - - - - - - - - - - - - -

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2005** Payment Voucher **1**

OMB No. 1545-0087

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."** Write your social security number and "2005 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due April 15, 2005**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 18,530. | |

| Your first name and initial | Your last name | Your social security number |
|---|---|---|
| ANDREW | COHEN | ███████ |

If joint payment, complete for spouse

| Spouse's first name and initial | Spouse's last name | Spouse's social security number |
|---|---|---|
| RITA | COHEN | ███████ |

Address (number, street, and apt. no.)

3940 MEETING HOUSE ROAD

City, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)

VIRGINIA BEACH, VA 23455

For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.

JSA
4A1020 2.000

ANDREW & RITA COHEN                    ████████                    02/24/2005

Form **1040**

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** 20**04** (99)    IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2004, or other tax year beginning _____ , 2004, ending _____

| Label | | |
|---|---|---|
| Your first name and initial **ANDREW** | Last name **COHEN** | Your social security number ▓▓▓▓▓ |
| If a joint return, spouse's first name and initial **RITA** | Last name **COHEN** | Spouse's social security number ▓▓▓▓▓ |

Home address (number and street). If you have a P.O. box, see page 16.    Apt. no.

**3940 MEETING HOUSE ROAD**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.

**VIRGINIA BEACH      VA      23455**

▲ **Important!** ▲
You **must** enter
your SSN(s) above.

(See instructions on page 16.)
**Use the IRS label.**
Otherwise, please print or type.

**Presidential Election Campaign**
(See page 16.)

**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?    ▶    You: Yes [ ] No [X]    Spouse: Yes [ ] No [X]

**Filing Status**

Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a [X] Yourself. If someone else can claim you as a dependent, do not check box 6a . . . . . . . . .
b [X] Spouse . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b **2**

c Dependents:

| (1) First name          Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
| CHLOE J. COHEN | ▓▓▓▓ | CHILD | X |
| ORION K. COHEN | ▓▓▓▓ | CHILD | X |
| | | | |
| | | | |

If more than four dependents, see page 18.

No. of children on 6c who:
• lived with you **2**
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶ **4**

d  Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Form(s) W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . .    STMT 1 | 7 | 8,914. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a | 467. |
| b | Tax-exempt interest. Do not include on line 8a . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a | 46,735. |
| b | Qualified dividends (see page 20) . . . . . . . . .    STMT 1 | 9b | 1,510. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | 1,678. |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . | 12 | -14,843. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | 295,151. |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . | 15a | | b Taxable amount (see page 22) | 15b | |
| 16a | Pensions and annuities . | 16a | | b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . | 20a | | b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ ▶ | 22 | 338,102. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | IRA deduction (see page 26) . . . . . . . . | 25 | 6,000. | |
| 26 | Student loan interest deduction (see page 28) . . . | 26 | | |
| 27 | Tuition and fees deduction (see page 29) . . . . . | 27 | | |
| 28 | Health savings account deduction. Attach Form 8889 . | 28 | | |
| 29 | Moving expenses. Attach Form 3903 . . . . . . | 29 | | |
| 30 | One-half of self-employment tax. Attach Schedule SE . | 30 | | |
| 31 | Self-employed health insurance deduction (see page 30) | 31 | | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans . . | 32 | | |
| 33 | Penalty on early withdrawal of savings . . . . . | 33 | | |
| 34a | Alimony paid   b Recipient's SSN ▶ | 34a | | |
| 35 | Add lines 23 through 34a . . . . . . . . . . . . . . . . . | 35 | 6,000. |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** . . . . ▶ | 36 | 332,102. |

JSA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.**
4A1210 5.000
Form **1040** (2004)

RS    TD5204 2YVG 02/24/2005 09:42:42 V04-4.1    7444

Form 1040 (2004)    ANDREW COHEN & RITA COHEN    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    Page **2**

| Tax and Credits | | | | |
|---|---|---|---|---|
| | **37** Amount from line 36 (adjusted gross income) | | **37** | 332,102. |

**Standard Deduction for -**

**38a** Check ☐ **You** were born before January 2, 1940, ☐ Blind. **Total boxes**
if: ☐ **Spouse** was born before January 2, 1940, ☐ Blind. checked ▶ **38a** ☐

**b** If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ **38b** ☐

● People who checked any box on line 38a or 38b **or** who can be claimed as a dependent, see page 31.

● All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| | | | |
|---|---|---|---|
| **39** Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | | **39** | 53,182. |
| **40** Subtract line 39 from line 37 | | **40** | 278,920. |
| **41** If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | | **41** | SEE STMT 3  496. |
| **42** **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | | **42** | 278,424. |
| **43** **Tax** (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 | | **43** | 67,692. |
| **44** **Alternative minimum tax** (see page 35). Attach Form 6251 | | **44** | NONE |
| **45** Add lines 43 and 44 ▶ | | **45** | 67,692. |
| **46** Foreign tax credit. Attach Form 1116 if required | **46** | | |
| **47** Credit for child and dependent care expenses. Attach Form 2441 | **47** | | |
| **48** Credit for the elderly or the disabled. Attach Schedule R | **48** | | |
| **49** Education credits. Attach Form 8863 | **49** | | |
| **50** Retirement savings contributions credit. Attach Form 8880 | **50** | | |
| **51** Child tax credit (see page 37) | **51** | | |
| **52** Adoption credit. Attach Form 8839 | **52** | | |
| **53** Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 | **53** | | |
| **54** Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify | **54** | | |
| **55** Add lines 46 through 54. These are your **total credits** | | **55** | |
| **56** Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | | **56** | 67,692. |

| Other Taxes | | | | |
|---|---|---|---|---|
| **57** Self-employment tax. Attach Schedule SE | | **57** | |
| **58** Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | **58** | |
| **59** Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | **59** | |
| **60** Advance earned income credit payments from Form(s) W-2 | | **60** | |
| **61** Household employment taxes. Attach Schedule H | | **61** | |
| **62** Add lines 56 through 61. This is your **total tax** ▶ | | **62** | 67,692. |

| Payments | | | | |
|---|---|---|---|---|
| **63** Federal income tax withheld from Forms W-2 and 1099 | **63** | 370. | |
| **64** 2004 estimated tax payments and amount applied from 2003 return | **64** | 23,200. | |
| **65a** **Earned income credit (EIC)** | **65a** | | |
| **b** Nontaxable combat pay election ▶ | **65b** | | |
| **66** Excess social security and tier 1 RRTA tax withheld (see page 54) | **66** | | |
| **67** Additional child tax credit. Attach Form 8812 | **67** | | |
| **68** Amount paid with request for extension to file (see page 54) | **68** | | |
| **69** Other payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | **69** | | |
| **70** Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ▶ | | **70** | 23,570. |

If you have a qualifying child, attach Schedule EIC.

| Refund | | | | |
|---|---|---|---|---|
| **71** If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | | **71** | |
| **72a** Amount of line 71 you want refunded to you ▶ | | **72a** | |

Direct deposit? See page 54 and fill in 72b, 72c, and 72d.

**b** Routing number ☐ **▶c** Type: ☐ Checking ☐ Savings
**d** Account number ☐

**73** Amount of line 71 you want applied to your 2005 estimated tax ▶ | **73** | | |

| Amount You Owe | | | | |
|---|---|---|---|---|
| **74** **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | | **74** | 44,122. |
| **75** Estimated tax penalty (see page 55) | **75** | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 56)? ☒ **Yes.** Complete the following. ☐ No

Designee's name ▶ PREPARER    Phone no.    Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

Your signature | Date | Your occupation | Daytime phone number
| | | INVESTOR | |

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation
| | | SINGER

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN  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

Firm's name (or yours if self-employed), address, and ZIP code | MCPHILLIPS, ROBERTS & DEANS, PLC  EIN 54-1921942
150 BOUSH STREET, SUITE 1100
NORFOLK                           VA          23510  Phone no. 757-640-7190

JSA
4A1220 3.000    Form **1040** (2004)

| SCHEDULES A&B (Form 1040) | **Schedule A - Itemized Deductions** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Schedule B is on back) ▶Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040). | **2004** Attachment Sequence No. **07** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| ANDREW COHEN & RITA COHEN | 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 |

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see page A-2) STMT 4 | **1** | 15,645. | |
| | 2 Enter amount from Form 1040, line 37 . . . . . **2** 332,102. | | | |
| | 3 Multiply line 2 by 7.5% (.075) | **3** | 24,908. | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | **4** | | NONE |
| **Taxes You Paid** (See page A-2.) | 5 State and local (check only one box): | | | |
| | a [X] Income taxes, or | **5** | 6,944. | |
| | b ☐ General sales taxes (see page A-2) } . . . . . | | | |
| | 6 Real estate taxes (see page A-3) | **6** | 6,882. | |
| | 7 Personal property taxes | **7** | 260. | |
| | 8 Other taxes. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **8** | | |
| | 9 Add lines 5 through 8 | **9** | | 14,086. |
| **Interest You Paid** (See page A-3.) | 10 Home mortgage interest and points reported to you on Form 1098 | **10** | 23,375. | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-4 and show that person's name, identifying no., and address ▶ | | | |
| **Note.** Personal interest is not deductible. | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **11** | | |
| | 12 Points not reported to you on Form 1098. See page A-4 for special rules | **12** | | |
| | 13 Investment interest. Attach Form 4952 if required. (See page A-4.) SEE STATEMENT 4 | **13** | 12,000. | |
| | 14 Add lines 10 through 13 | **14** | | 35,375. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 Gifts by cash or check. If you made any gift of $250 or more, see page A-4 SEE STATEMENT 4 | **15** | 1,920. | |
| | 16 Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | **16** | 460. | STMT 5 |
| | 17 Carryover from prior year | **17** | 7,023. | |
| | 18 Add lines 15 through 17 | **18** | | 9,403. |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | **19** | | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5.) | 20 Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-6.) ▶ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **20** | | |
| | 21 Tax preparation fees . . . . . . . . . . . . . | **21** | 1,500. | |
| | 22 Other expenses - investment, safe deposit box, etc. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **22** | | |
| | 23 Add lines 20 through 22 | **23** | 1,500. | |
| | 24 Enter amount from Form 1040, line 37 . . **24** 332,102. | | | |
| | 25 Multiply line 24 by 2% (.02) | **25** | 6,642. | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . . . . . . . . | **26** | | NONE |
| **Other Miscellaneous Deductions** | 27 Other- from list on page A-6. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **27** | | |
| **Total Itemized Deductions** | 28 Is Form 1040, line 37, over $142,700 (over $71,350 if married filing separately)? | | | |
| | ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39. . . . ▶ | **28** | | 53,182. |
| | [X] **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | | | SEE STMT 6 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                   Schedule A (Form 1040) 2004

JSA
4A1400 1.000

Schedules A&B (Form 1040) 2004          OMB No. 1545-0074      **Page 2**

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side. | **Your social security number**

ANDREW COHEN & RITA COHEN      ███████████

# Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. **08**

| | | | Amount |
|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See page B-1 and the instructions for Form 1040, line 8a.) | **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | |
| | J | BANK OF AMERICA | 446. |
| | T | AMERITRADE | 21. |
| **Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | **1** | | |
| | **2** | Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . . . **2** | 467. |
| | **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . **3** | |
| | **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a . . . . ▶ **4** | 467. |

**Note.** If line 4 is over $1,500, you must complete Part III.

| | | | Amount |
|---|---|---|---|
| **Part II**<br>**Ordinary Dividends**<br><br>(See page B-2 and the instructions for Form 1040, line 9a.) | **5** | List name of payer ▶ | |
| | T | BERNARD L. MADOFF | 45,225. |
| | T | AMERITRADE | 1,510. |
| **Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | **5** | | |
| | **6** | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a . . . . . ▶ **6** | 46,735. |

**Note.** If line 6 is over $1,500, you must complete Part III.

| **Part III**<br>**Foreign Accounts and Trusts**<br><br>(See page B-2.) | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | **7a** At any time during 2004, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 . . . . . . . . . . . . . . . | | X |
| | **b** If "Yes," enter the name of the foreign country ▶ | | |
| | **8** During 2004, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 . . . . . . . . . . . . . . . . . . . | | X |

For Paperwork Reduction Act Notice, see Form 1040 instructions.      **Schedule B (Form 1040) 2004**

JSA
4A1600 1.000

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**20 04**

Attachment Sequence No. **09**

Name of proprietor: RITA COHEN

Social security number (SSN): ▮▮▮▮▮▮▮▮▮

A   Principal business or profession, including product or service (see page C-2 of the instructions)
INDEPENDENT ARTISTS, WRITERS, PERFORMERS

B   Enter code from pages C-7, 8, & 9   ▶ **711510**

C   Business name. If no separate business name, leave blank.
RITA A. COHEN

D   Employer ID number (EIN), if any

E   Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD
City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455

F   Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses .... [X] Yes   ☐ No

H   If you started or acquired this business during 2004, check here .................... ▶ ☐

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | **1** NONE |
| 2 | Returns and allowances ............................. | **2** |
| 3 | Subtract line 2 from line 1 .......................... | **3** NONE |
| 4 | Cost of goods sold (from line 42 on page 2) ................. | **4** |
| 5 | **Gross profit.** Subtract line 4 from line 3 ................. | **5** NONE |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | **6** |
| 7 | **Gross income.** Add lines 5 and 6 ................... ▶ | **7** NONE |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | **8** | 19 | Pension and profit-sharing plans ... | **19** |
| 9 | Car and truck expenses (see page C-3) STMT 7 ... | **9** 1,491. | 20 | Rent or lease (see page C-5): | |
| | | | a | Vehicles, machinery, and equipment .. | **20a** |
| 10 | Commissions and fees .... | **10** | b | Other business property ....... | **20b** |
| 11 | Contract labor (see page C-4) | **11** | 21 | Repairs and maintenance ....... | **21** |
| 12 | Depletion ......... | **12** | 22 | Supplies (not included in Part III) ... | **22** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | **13** | 23 | Taxes and licenses ........ | **23** |
| | | | 24 | Travel, meals, and entertainment: | |
| | | | a | Travel ............. | **24a** 5,024. |
| 14 | Employee benefit programs (other than on line 19) .... | **14** | b | Meals and entertainment | 117. |
| 15 | Insurance (other than health) ... | **15** | c | Enter nondeduct- ible amount in- cluded on line 24b (see page C-5) | 59. |
| 16 | Interest: | | d | Subtract line 24c from line 24b | **24d** 58. |
| a | Mortgage (paid to banks, etc.) | **16a** | 25 | Utilities ............. | **25** |
| b | Other ........... | **16b** | 26 | Wages (less employment credits) .. | **26** |
| 17 | Legal and professional services ... | **17** | 27 | Other expenses (from line 48 on page 2) ........... | **27** 5,637. |
| 18 | Office expense ....... | **18** | | | |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ..... ▶ | **28** 12,210. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 .................. | **29** -12,210. |
| 30 | Expenses for business use of your home. Attach **Form 8829** ............. | **30** |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | **31** -12,210. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach **Form 6198.** | **32a** [X] All investment is at risk.<br>**32b** ☐ Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**   Schedule C (Form 1040) 2004

JSA
4X0110 3.000

Schedule C (Form 1040) 2004    RITA COHEN    Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-6) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory:    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | 35 | |
| **36** | Purchases less cost of items withdrawn for personal use | 36 | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| **38** | Materials and supplies | 38 | |
| **39** | Other costs | 39 | |
| **40** | Add lines 35 through 39 | 40 | |
| **41** | Inventory at end of year | 41 | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

   **a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ **b** Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ **c** Other _ _ _ _ _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

   **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| AUDITION EXPENSES | 220. |
| VOICE TRAINING | 730. |
| SHEET MUSIC | 449. |
| COSTUMES | 2,325. |
| MISCELLANEOUS | 465. |
| MAKE UP AND HAIR | 1,132. |
| PICTURES | 26. |
| PIANO ACCOMPANIEST | 290. |
| | |
| **48**   **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . **48** | 5,637. |

Schedule C (Form 1040) 2004

JSA
4X0120 2.000

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ **Attach to Form 1040 or 1041.**   ▶ **See Instructions for Schedule C (Form 1040).**

OMB No. 1545-0074

**20**04

Attachment
Sequence No. **09**

Name of proprietor: **ANDREW COHEN**

Social security number (SSN): [blacked out]

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
**RESIDENTIAL BUILDING CONSTRUCTION**

**B** Enter code from pages C-7, 8, & 9
▶ **236100**

**C** Business name. If no separate business name, leave blank.
**ANDREW'S DREAMLAND,LLC**

**D** Employer ID number (EIN), if any
**61-1441435**

**E** Business address (including suite or room no.) ▶ **3940 MEETING HOUSE DRIVE**
City, town or post office, state, and ZIP code **VIRGINIA BEACH, VA. 23455**

**F** Accounting method: **(1)** [X] Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses . . . . [X] Yes   ☐ No

**H** If you started or acquired this business during 2004, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | |
|---|---|---|
| **1** | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . ▶ ☐ | **1** |
| **2** | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** |
| **4** | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . . | **4** |
| **5** | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | **5** |
| **6** | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . | **6** |
| **7** | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . ▶ | **7** |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---|
| **8** | Advertising . . . . . . . | **8** | | **19** | Pension and profit-sharing plans . . . | **19** |
| **9** | Car and truck expenses (see page C-3) . . . . . | **9** | | **20** | Rent or lease (see page C-5): | |
| | | | | **a** | Vehicles, machinery, and equipment . . | **20a** |
| **10** | Commissions and fees . . . | **10** | | **b** | Other business property . . . . . | **20b** |
| **11** | Contract labor (see page C-4) . . . . . | **11** | | **21** | Repairs and maintenance . . . . . . | **21** |
| **12** | Depletion . . . . . . . | **12** | | **22** | Supplies (not included in Part III) . . . | **22** |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . | **13** | | **23** | Taxes and licenses . . . . . . . | **23** | 50. |
| | | | | **24** | Travel, meals, and entertainment: | |
| | | | | **a** | Travel . . . . . . . . . . | **24a** |
| **14** | Employee benefit programs (other than on line 19) . . . | **14** | | **b** | Meals and entertainment | |
| **15** | Insurance (other than health) . . | **15** | | **c** | Enter nondeduct-ible amount in-cluded on line 24b (see page C-5) | |
| **16** | Interest: | | | | | |
| **a** | Mortgage (paid to banks, etc.) . | **16a** | | **d** | Subtract line 24c from line 24b | **24d** |
| **b** | Other . . . . . . . | **16b** | | **25** | Utilities . . . . . . . . . | **25** |
| **17** | Legal and professional services . . . . . . | **17** | 890. | **26** | Wages (less employment credits) . . | **26** |
| **18** | Office expense . . . . . | **18** | 170. | **27** | Other expenses (from line 48 on page 2) . . . . . . . . | **27** | 1,523. |

| | | | |
|---|---|---|---|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . ▶ | **28** | 2,633. |
| **29** | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . | **29** | -2,633. |
| **30** | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . . . . | **30** | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | } **31** | -2,633. |
| | • If a loss, you **must** go to line 32. | | |
| **32** | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | } **32a** [X] All investment is at risk. **32b** ☐ Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** | | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

**Schedule C (Form 1040) 2004**

JSA
4X0110 3.000

Schedule C (Form 1040) 2004   ANDREW COHEN   Page **2**

## Part III   Cost of Goods Sold (see page C-6)

**33** Method(s) used to value closing inventory:   a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . | **35** | 1,388,351. |
| **36** Purchases less cost of items withdrawn for personal use . . . . | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . | **37** | |
| **38** Materials and supplies . . . . | **38** | |
| **39** Other costs          SEE STATEMENT 8 | **39** | 510,713. |
| **40** Add lines 35 through 39 | **40** | 1,899,064. |
| **41** Inventory at end of year | **41** | 1,899,064. |
| **42** Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . | **42** | |

## Part IV   Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **b** Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **c** Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No
    **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

## Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| CONTINUING EDUCATION | 735. |
| AMORTIZATION | 788. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . .  **48** | 1,523. |

Schedule C (Form 1040) 2004

JSA
4X0120 2.000

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1   7444

**SCHEDULE D**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service    (99)

# Capital Gains and Losses

▶ **Attach to Form 1040.**    ▶ **See Instructions for Schedule D (Form 1040).**
▶ **Use Schedule D-1 to list additional transactions for lines 1 and 8.**

OMB No. 1545-0074

**2004**

Attachment Sequence No. **12**

Name(s) shown on Form 1040
ANDREW COHEN & RITA COHEN

Your social security number
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

## Part I    Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D-6 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **1** | | | | | |
| BERNARD L. MADOFF | VARIOUS | 2004 | 32,430,191. | 32,198,714. | 231,477. |
| AMERITRADE- SHORT TERM CAPITAL GAIN | VARIOUS | 2004 | 440,414. | 404,194. | 36,220. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| **3** **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) . . . . . . . . . . . . . . . . . . . | **3** | 32,870,605. | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . | | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** on page D-6 of the instructions . . . . . . . . . . . . . | | **6** ( ) | |
| **7** **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) . . . | | **7** | 267,697. |

## Part II    Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D-6 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **8** | | | | | |
| AMERITRADE- LONG TERM CAPITAL GAIN | VARIOUS | 2004 | 64,710. | 37,256. | 27,454. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| **10** **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) . . . . . . . . . . . . . . . . . . | **10** | 64,710. | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . | | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | **12** | |
| **13** Capital gain distributions. See page D-1 of the instructions . . . . . . . . . . | | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** on page D-6 of the instructions . . . . . . | | **14** ( ) | |
| **15** **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on the back . . . . . . . . . . . . . . . . . . . . . . . | | **15** | 27,454. |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**          **Schedule D (Form 1040) 2004**

JSA
4A2011 1.000

ANDREW COHEN & RITA COHEN

Schedule D (Form 1040) 2004                                                                                    Page **2**

| **Part III** | **Summary** |

**16** Combine lines 7 and 15 and enter the result. If line 16 is a loss, skip lines 17 through 20, and
go to line 21. If a gain, enter the gain on Form 1040, line 13, and then go to line 17 below . . . . . . . | **16** | 295,151.

**17** Are lines 15 and 16 **both** gains?
- ☒ **Yes.** Go to line 18.
- ☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** on page D-7 of the
instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **18** |

**19** Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** on
page D-8 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **19** |

**20** Are lines 18 and 19 **both** zero or blank?
- ☒ **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** on page 34 of the Instructions for Form 1040. **Do not** complete lines 21 and 22 below.

- ☐ **No.** Complete Form 1040 through line 42, and then complete the **Schedule D Tax Worksheet** on page D-9 of the instructions. **Do not** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, line 13, the **smaller** of:
- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)  } . . . . . . . . . . . . . . . . . . . . | **21** | (                    )

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 9b?
- ☐ **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** on page 34 of the Instructions for Form 1040.
- ☐ **No.** Complete the rest of Form 1040.

Schedule D (Form 1040) 2004

Form **4562**

# Depreciation and Amortization
## (Including Information on Listed Property)

OMB No. 1545-0172

**2004**

▶ See separate instructions.    ▶ Attach to your tax return.

Department of the Treasury
Internal Revenue Service

Attachment
Sequence No. **67**

Name(s) shown on return

Identifying number

ANDREW COHEN & RITA COHEN

Business or activity to which this form relates

SUMMARY FORM 4562

**Part I** **Election To Expense Certain Property Under Section 179**
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses . . . . . . . . . . . . | **1** | 102,000. |
| 2 | Total cost of section 179 property placed in service (see page 3 of the instructions) . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . | **3** | 410,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 3 of the instructions | **5** | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2003 Form 4562 . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12 . . . . . ▶ | **13** | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** **Special Depreciation Allowance and Other Depreciation (Do not include listed property.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) . . . . . . . . . . | **16** | |

**Part III** **MACRS Depreciation (Do not include listed property.) (See page 5 of the instructions.)**

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2004 . . . . . . . | **17** | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . ▶ | | |

### Section B - Assets Placed in Service During 2004 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | M M | S/L | |
| | | | 27.5 yrs. | M M | S/L | |
| i  Nonresidential real property | | | 39 yrs. | M M | S/L | |
| | | | | M M | S/L | |

### Section C - Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | M M | S/L | |

**Part IV** **Summary (see page 8 of the instructions)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | **23** | | |

JSA
4X2300 2.000

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2004)

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ **See separate instructions.**   ▶ **Attach to your tax return.**

OMB No. 1545-0172

**2004**

Attachment
Sequence No. **67**

Name(s) shown on return

**ANDREW COHEN & RITA COHEN**

Identifying number

Business or activity to which this form relates

**RITA A. COHEN**                                                                 **– SCHEDULE C**

| **Part I** | **Election To Expense Certain Property Under Section 179** |

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses . . . . . . . . . . | 1 | |
| 2 | Total cost of section 179 property placed in service (see page 3 of the instructions) . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 3 of the instructions | 5 | |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| 6 | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2003 Form 4562 . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12 . . . . . ▶ | 13 | | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

| **Part II** | **Special Depreciation Allowance and Other Depreciation (Do not include listed property.)** |

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) . . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) . . . . . . . . . | 16 | |

| **Part III** | **MACRS Depreciation (Do not include listed property.) (See page 5 of the instructions.)** |

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2004 . . . . . . . | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . ▶ | | |

### Section B - Assets Placed in Service During 2004 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | M M | S/L | |
| | | | 27.5 yrs. | M M | S/L | |
| i  Nonresidential real property | | | 39 yrs. | M M | S/L | |
| | | | | M M | S/L | |

### Section C - Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | M M | S/L | |

| **Part IV** | **Summary (see page 8 of the instructions)** |

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | 23 | | |

JSA
4X2300 2.000

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2004)

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1   7444

ANDREW COHEN & RITA COHEN

Form 4562 (2004)

Page **2**

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: *See page 9 of the instructions for limits for passenger automobiles.*)

**24a** Do you have evidence to support the business/investment use claimed? **X** Yes ☐ No **24b** If "Yes," is the evidence written? **X** Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see page 8 of the instructions) . . . . . . . . . . . | | | | | | | **25** | |
| **26** Property used more than 50% in a qualified business use (see page 8 of the instructions): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use (see page 8 of the instructions): | | | | | | | | |
| | | % | | | S/L - | | | | |
| | | % | | | S/L - | | | | |
| | | % | | | S/L - | | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . | | | | | | | **29** | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles - See page 2 of the instructions) . . . . . . . . . | 3,975. | | | | | |
| **31** Total commuting miles driven during the year | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . | 7,025. | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . | 11,000. | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | X | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | X | | | | | |
| **36** Is another vehicle available for personal use? | X | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see page 10 of the instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 10 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See page 10 of the instructions.) . . . . . . . . | | |
| **Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.* | | |

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2004 tax year (see page 11 of the instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2004 tax year . . . . . . . . . . . . . | | | **43** | | |
| **44** **Total.** Add amounts in column (f). See page 12 of the instructions for where to report . . . . | | | **44** | | |

JSA
4X2310 2.000

Form **4562** (2004)

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**

**(Including Information on Listed Property)**

▶ See separate instructions.    ▶ Attach to your tax return.

OMB No. 1545-0172

**2004**

Attachment
Sequence No. **67**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

Business or activity to which this form relates

ANDREW'S DREAMLAND,LLC                                                   — SCHEDULE C

**Part I    Election To Expense Certain Property Under Section 179**

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses . . . . . . . . . . | 1 | |
| 2 | Total cost of section 179 property placed in service (see page 3 of the instructions) . . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 3 of the instructions | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2003 Form 4562 . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12 . . . . . ▶ | 13 | | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.)**

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) . . . . . . . . . . | 16 | |

**Part III    MACRS Depreciation (Do not include listed property.) (See page 5 of the instructions.)**

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2004 . . . . . . | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . ▶ | | |

**Section B - Assets Placed in Service During 2004 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | M M | S/L | |
| | | | 27.5 yrs. | M M | S/L | |
| i  Nonresidential real property | | | 39 yrs. | M M | S/L | |
| | | | | M M | S/L | |

**Section C - Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | M M | S/L | |

**Part IV    Summary (see page 8 of the instructions)**

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | 23 | | |

JSA
4X2300 2.000

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2004)

ANDREW COHEN & RITA COHEN

Form 4562 (2004)

Page **2**

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: *See page 9 of the instructions for limits for passenger automobiles.*)

| 24a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If "Yes," is the evidence written? | Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see page 8 of the instructions) . . . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use (see page 8 of the instructions): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use (see page 8 of the instructions): | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles - See page 2 of the instructions) . . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see page 10 of the instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 10 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See page 10 of the instructions.) . . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2004 tax year (see page 11 of the instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2004 tax year . . . . . . . . . . . . . . . . . . | | | | 43 | 788. |
| 44 **Total.** Add amounts in column (f). See page 12 of the instructions for where to report . . . . . . . | | | | 44 | 788. |

JSA
4X2310 2.000

Form **4562** (2004)

ANDREW COHEN & RITA COHEN                                                                                          COHEN

**Description of Property**

ANDREW'S DREAMLAND,LLC                          SCHEDULE C DEPRECIATION AND AMORTIZATION

## DEPRECIATION

| Asset description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduction in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Conv. | Life | ACRS class | M A CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **Subtotals** . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

## Listed Property

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **Subtotals** . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

## AMORTIZATION

| Asset description | Date placed in service | Cost or basis | | | | | Accumulated amortization | Ending Accumulated amortization | Code | Life | | | Current-year amortization |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 08/18/2003 | 170. | | | | | 11. | 45. | 709 | 5.000 | | | 34. |
| LOAN COSTS | 08/19/2003 | 3,771. | | | | | 251. | 1,005. | 461 | 5.000 | | | 754. |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | 3,941. | | | | | 262. | 1,050. | | | | | 788. |

*Assets Retired

JSA
4X9024 1.000

TD5204 -2YVG  02/24/2005  09:42:42  V04-4.1  7444

Form **4952**

Department of the Treasury
Internal Revenue Service (99)

**Investment Interest Expense Deduction**

▶ **Attach to your tax return.**

OMB No. 1545-0191

20**04**

Attachment
Sequence No. **51**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

### Part I — Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2004 (see instructions). SEE STATEMENT 9 | 1 | 12,000. |
| 2 | Disallowed investment interest expense from 2003 Form 4952, line 7 | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 12,000. |

### Part II — Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 47,202. | | |
| b | Qualified dividends included on line 4a | 4b | 1,510. | | |
| c | Subtract line 4b from line 4a | | | 4c | 45,692. |
| d | Net gain from the disposition of property held for investment | 4d | 295,151. | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | 27,454. | | |
| f | Subtract line 4e from line 4d | | | 4f | 267,697. |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions). SEE STATEMENT 10 | | | 4g | NONE |
| h | **Investment income.** Add lines 4c, 4f, and 4g | | | 4h | 313,389. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0-. SEE STMT. 12 | | | 6 | 313,389. |

### Part III — Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2005. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | NONE |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 12,000. |

---

Section references are to the Internal Revenue Code unless otherwise noted.

## General Instructions

### Purpose of Form

Use Form 4952 to figure the amount of investment interest expense you can deduct for 2004 and the amount you can carry forward to future years. Your investment interest expense deduction is limited to your net investment income.

For more information, see Pub. 550, Investment Income and Expenses.

### Who Must File

If you are an individual, estate, or a trust, you must file Form 4952 to claim a deduction for your investment interest expense.

**Exception.** You do not have to file Form 4952 if all of the following apply.

● Your investment interest expense is not more than your investment income from interest and ordinary dividends minus any qualified dividends.

● You have no other deductible investment expenses.

● You have no disallowed investment interest expense from 2003.

### Allocation of Interest Expense

If you paid or accrued interest on a loan and used the loan proceeds for more than one purpose, you may have to allocate the interest. This is necessary because different

rules apply to investment interest, personal interest, trade or business interest, home mortgage interest, and passive activity interest. See Pub. 535, Business Expenses.

## Specific Instructions

### Part I—Total Investment Interest Expense

#### Line 1

Enter the investment interest expense paid or accrued during the tax year, regardless of when you incurred the indebtedness. Investment interest expense is interest paid or accrued on a loan or part of a loan that is allocable to property held for investment (as defined on this page).

Include investment interest expense reported to you on Schedule K-1 from a partnership or an S corporation. Include amortization of bond premium on taxable bonds purchased after October 22, 1986, but before January 1, 1988, unless you elected to offset amortizable bond premium against the interest payments on the bond. A taxable bond is a bond on which the interest is includible in gross income.

Investment interest expense does not include any of the following:

● Home mortgage interest.

● Interest expense that is properly allocable to a passive activity. Generally, a passive activity is any business activity in which you do not materially participate and any rental activity. See the Instructions for Form 8582, Passive Activity Loss Limitations, for details.

● Any interest expense that is capitalized, such as construction interest subject to section 263A.

● Interest expense related to tax-exempt interest income under section 265.

● Interest expense, disallowed under section 264, on indebtedness with respect to life insurance, endowment, or annuity contracts issued after June 8, 1997, even if the proceeds were used to purchase any property held for investment.

**Property held for investment.** Property held for investment includes property that produces income, not derived in the ordinary course of a trade or business, from interest, dividends, annuities, or royalties. It also includes property that produces gain or loss, not derived in the ordinary course of a trade or business, from the disposition of property that produces these types of income or is held for investment. However, it does not include an interest in a passive activity.

**Exception.** A working interest in an oil or gas property that you held directly or through an entity that did not limit your liability is property held for investment, but only if you did not materially participate in the activity.

### Part II - Net Investment Income

#### Line 4a

Gross income from property held for investment includes income, unless derived in the ordinary course of a trade or business, from interest, ordinary dividends (except Alaska Permanent Fund dividends), annuities, and royalties.

---

For Paperwork Reduction Act Notice, see back of form.

Form **4952** (2004)

JSA
4X3000 4.000

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
================================================================================

SOURCES OF COMPENSATION
=======================

| OWNER-SHIP | DESCRIPTION | TOTAL WAGES | FEDERAL WITHHELD | SOC. SEC. WITHHELD | MEDICARE WITHHELD |
|-----|--------------------------|--------------|----------------|-------------------|-------------------|
| | **WAGES** | | | | |
| S | VIRGINIA OPERA ASSOC. | 150. | | 9. | 2. |
| T | LARCHMONT UNITED | 1,110. | | 69. | 16. |
| T | TIDEWATER VOLLEYBALL | 7,654. | 370. | 475. | 111. |
| | TOTAL - WAGES | 8,914. | 370. | 553. | 129. |
| | GRAND TOTAL | 8,914. | 370. | 553. | 129. |

| OWNER-SHIP | WITHHOLDING FROM WAGES | STATE WITHHELD | CITY/LOCAL WITHHELD |
|-----|--------------------------|----------------|---------------------|
| S | VIRGINIA OPERA ASSOC. | | |
| T | LARCHMONT UNITED | 3. | |
| T | TIDEWATER VOLLEYBALL | 313. | |
| | TOTAL WITHHOLDING FROM WAGES | 316. | |

QUALIFIED DIVIDENDS
===================

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
================================================================================

```
        QUALIFIED DIVIDENDS
        -------------------
        T AMERITRADE                                      1,510.
                                                    ------------
                        TOTAL QUALIFIED DIVIDENDS               1,510.
                                                          ------------


                TOTAL TO 1040, LINE 9B                          1,510.
                                                          ============
```

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
===============================================================================

PERSONAL EXEMPTION WORKSHEET
============================
1. IS THE AMOUNT ON FORM 1040, LINE 37 GREATER
   THAN AMOUNT SHOWN ON LINE 4 BELOW FOR YOUR
   FILING STATUS?  IF YES, GO TO LINE 2.

2. TOTAL EXEMPTIONS MULTIPLIED BY $ 3,100 ...............     12,400.

3. ADJUSTED GROSS INCOME .................................    332,102.

4. FILING STATUS INCOME LIMIT ...........................    214,050.

5. LINE 3 LESS LINE 4 ...................................    118,052.

        IF LINE 5 IS GREATER THAN $61,250 FOR MFS OR
        LINE 5 IS GREATER THAN $122,500 FOR OTHERS, STOP!

6. LINE 5 DIVIDED BY 2,500 (1,250 IF MFS).IF THE RESULT IS        48
   NOT A WHOLE NUMBER, INCREASE TO THE NEXT WHOLE NUMBER.

7. LINE 6 X 0.02 ........................................       0.96

8. LINE 2 MULTIPLIED BY LINE 7 ..........................     11,904.
                                                           ----------
9. DEDUCTION FOR EXEMPTIONS (LINE 2 LESS LINE 8) ........        496.
                                                           ==========

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1  7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
==============================================================================

MEDICAL AND DENTAL EXPENSES
---------------------------
```
  MEDICAL                                            1,341.
  DOCTOR                                             5,720.
  MEDICINE                                           1,380.
  MEDICAL MASSAGE                                      505.
  OTHER MEDICAL                                      4,250.
  SELF EMPLOYED HEALTH INSURANCE PREMIUMS            2,449.
                                                 ------------
      TOTAL TO SCHEDULE A, LINE 1                   15,645.
                                                 ============
```

INVESTMENT INTEREST EXPENSE
---------------------------
```
  STANLEY COHEN 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                          12,000.
                                                 ------------
      SUBTOTAL OF INVESTMENT INTEREST EXPENSE        12,000.

 LESS: DISALLOWED INVESTMENT INTEREST EXP./FORM 4952    NONE
                                                 ------------
      TOTAL TO SCHEDULE A, LINE 13                   12,000.
                                                 ============
```

CASH CONTRIBUTIONS
------------------

```
  OTHER CASH CONTRIBUTIONS
  ------------------------
              50% ORGANIZATION(S)
  MISCELLANEOUS CHARITIES                             1,920.
                                                 ------------
      TOTAL CASH CONTRIBUTIONS BEFORE LIMITATION      1,920.

      CASH CONTRIBUTION LIMITATION                      NONE
                                                 ------------
      TOTAL TO SCHEDULE A, LINE 15                    1,920.
                                                 ============
```

STATEMENT  4

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
================================================================================

NONCASH CHARITABLE CONTRIBUTIONS
--------------------------------

   NONCASH CHARITABLE CONTRIBUTIONS LESS THAN $500
   ------------------------------------------------
      PROPERTY GIVEN TO 50% ORGANIZATION(S)
   CLOTHING, SHOES, TOYS                                          460.
                                                           ------------
         TOTAL NONCASH CONTRIBUTIONS BEFORE LIMITATION           460.

         NONCASH CONTRIBUTION LIMITATION                         NONE
                                                           ------------
         TOTAL TO SCHEDULE A, LINE 16                            460.
                                                           ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
================================================================================

ITEMIZED DEDUCTION WORKSHEET
----------------------------

```
 1.  SCHEDULE A, LINES 4, 9, 14, 18, 19, 26, AND 27 .......     58,864.

 2.  SCHEDULE A, LINES 4, 13, 19 AND GAMBLING LOSSES ......     12,000.
                                                             ------------
 3.  LINE 1 LESS LINE 2 ...................................     46,864.
                                                             ============
 4.  LINE 3 MULTIPLIED BY 80% ..............     37,491.
                                             ============
 5.  ADJUSTED GROSS INCOME ..................    332,102.

 6.  $142,700 ($71,350/MARRIED FILING SEP.)     142,700.
                                             ------------
 7.  LINE 5 LESS LINE 6 ....................     189,402.
                                             ============
 8.  LINE 7 MULTIPLIED BY 3% ...............       5,682.
                                             ============
 9.  SMALLER OF AMOUNTS ON LINES 4 OR 8 ...................      5,682.
                                                             ============
10.  TOTAL ITEMIZED DEDUCTIONS (LINE 1 LESS LINE 9) .......     53,182.
                                                             ============
```

STATEMENT  6

SUPPLEMENT TO SCHEDULE C
================================================================================

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 9
===========================================
  STANDARD MILEAGE RATE METHOD
  ----------------------------
  BUSINESS NAME:      RITA A. COHEN

                              VEHICLE 1

 BUSINESS MILES                        3,975.
                             X     0.375
                             --------------
  STANDARD MILEAGE FOR THIS VEHICLE                    1,491.
                                              ------------
       TOTAL TO SCHEDULE C, LINE 9                       1,491.
                                              ============

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1  7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
====================================================================================

OTHER COSTS - SCH. C PART III, LINE 39
======================================
    BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

    CONSTRUCTION IN PROGRESS                                          475,876.
    CAPITALIZED INTEREST                                               34,837.
                                                                  ------------
        TOTAL TO SCHEDULE C, LINE 39                                 510,713.
                                                                  ============

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1   7444

SUPPLEMENT TO FORM 4952
================================================================================

DETAIL OF INVESTMENT INTEREST EXPENSE
--------------------------------------

| DESCRIPTION | CURRENT YEAR INV. INT. | PRIOR YEAR DISALLOWED INV. INT. |
|-------------|-----------------------|----------------------------------|
| STANLEY COHEN 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 | 12,000. | |
| TOTAL INVESTMENT INTEREST EXPENSE | 12,000. | |

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
================================================================================

GAIN FROM INVESTMENT PROPERTIES
-------------------------------

| | ORDINARY GAIN | SHORT TERM LOSS | SHORT TERM GAIN | LONG TERM LOSS | LONG TERM GAIN |
|---|---|---|---|---|---|
| SCHEDULE D | | | 267,697. | | 27,454. |
| TOTAL | | | 267,697. | | 27,454. |

NET GAIN - PROPERTY HELD FOR INVESTMENT - FORM 4952 LINE 4D        295,151.
                                                              ============


ELECTION TO INCLUDE QUAL. DIV. & NET CAP. GAIN AS INV. INCOME
------------------------------------------------------------

GROSS INCOME EXCLUDING QUAL. DIV. - FORM 4952 LINE 4C     45,692.
ORDINARY GAIN - PROPERTY HELD FOR INVESTMENT            267,697.
                                                      ------------
    TOTAL INCOME BEFORE CAPITAL GAIN                                313,389.

TOTAL INVESTMENT INTEREST EXPENSES - FORM 4952 LN. 3     12,000.
INVESTMENT EXPENSES - FORM 4952 LINE 5
                                                      ------------
    TOTAL EXPENSES                                                   12,000.
                                                                 ------------

EXCESS TOTAL EXPENSES OVER TOTAL INCOME                                 NONE

QUALIFIED DIVIDENDS                                                    1,510.

NET LONG-TERM CAPITAL GAIN - INVESTMENT PROPERTY         27,454.
NET SHORT-TERM CAPITAL LOSS - INVESTMENT PROPERTY          NONE
                                                      ------------
NET CAPITAL GAIN                                                     27,454.
                                                                 ------------

NET CAPITAL GAIN YOU MAY ELECT TO REPORT AS ORDINARY                    NONE
QUALIFIED DIVIDENDS YOU MAY ELECT TO INCLUDE IN INV. INC.               NONE
                                                                 ------------

NET CAPITAL GAIN ELECTED TO BE REPORTED AS ORDINARY                    NONE
QUALIFIED DIVIDENDS ELECTED TO BE INCLUDED IN INV. INC.                NONE
                                                                 ------------


                        CONTINUED...                    STATEMENT   10

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
================================================================================


        ELECTION TO INCLUDE QUAL. DIV. & NET CAP. GAIN AS INV. INCOME (CONT'D)
        ----------------------------------------------------------------


TOTAL ELECTION TO BE INCLUDED IN INVESTMENT INCOME
                        - FORM 4952 LINE 4G                                NONE
                                                                    ============


                                                            STATEMENT   11

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
================================================================================


DETAIL OF INVESTMENT INCOME MINUS EXPENSES
-------------------------------------------

```
 1. CHILD'S INCOME FROM FORM 8814 .................
 2. INTEREST INCOME ...............................          467.
 3. DIVIDEND INCOME ...............................       46,735.
 4. ANNUITIES .....................................
 5. ROYALTY INCOME.................................
 6. K-1 SOURCES INVESTMENT INCOME .................
                                                     ------------
 7. GROSS INVESTMENT INCOME .......................                   47,202.
 8. QUALIFIED DIVIDENDS ...........................                    1,510.
                                                                 ------------
 9. GROSS INVESTMENT INCOME EXCLUDING QUALIFIED DIV.                  45,692.

10. ORDINARY SECTION 1245, 1250 & 1254 INCOME .....
11. NET CAPITAL GAIN FROM INVESTMENT PROPERTY .....       27,454.
12. NET GAIN FROM INVESTMENT PROPERTY .............      295,151.
13. LINE 12 LESS LINE 11 ..........................                  267,697.
14. INVESTMENT INCOME ELECTION ....................                      NONE
                                                                 ------------
15. TOTAL INVESTMENT INCOME .......................                  313,389.

16. ROYALTY EXPENSES ..............................
17. INVESTMENT EXPENSES ...........................
                                                     ------------
18. TOTAL INVESTMENT EXPENSES .....................
                                                                 ------------
19. TOTAL NET INVESTMENT INCOME ...................                  313,389.
                                                                 ============
```

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1  7444

## McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
            ANDREW COHEN & RITA COHEN
            INSTRUCTIONS FOR FILING FORM
                        760
           2004 VIRGINIA RESIDENT INCOME TAX RETURN


SIGNATURE..
     THE ORIGINAL RETURN SHOULD BE SIGNED (USE FULL NAME) AND DATED ON
     PAGE 2 BY THE TAXPAYER AND SPOUSE.

OVERPAYMENT..
     YOUR RETURN SHOWS A $6,944. OVERPAYMENT. OF THIS AMOUNT, NONE WILL BE
     REFUNDED TO YOU, AND $6,944. HAS BEEN APPLIED TO YOUR 2005 ESTIMATED
     TAX.

FILING..
     FILE YOUR SIGNED RETURN BY MAY 2, 2005 WITH:

                     DEPARTMENT OF TAXATION
                         P.O. BOX 760
                  RICHMOND, VIRGINIA 23218-0760


MAILING..
     YOUR RETURN SHOULD BE MAILED BY EITHER REGISTERED OR CERTIFIED
     MAIL, WITH THE SENDER'S RECEIPT POSTMARKED TO PROVE MAILING BEFORE
     THE DUE DATE.
```

XL191  1.000

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
           ANDREW COHEN & RITA COHEN
           INSTRUCTIONS FOR FILING FORM
                      760ES
        2005 VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER


PAYMENT OF ESTIMATED TAX..
     THE APPROPRIATE VOUCHER FORM SHOULD ACCOMPANY EACH PAYMENT AS
     FOLLOWS...

          VOUCHER      ON OR BEFORE-                    AMOUNT
             1         MAY 2, 2005              $           NONE
             2         JUNE 15, 2005            $           196.
             3         SEPTEMBER 15, 2005       $         3,570.
             4         JANUARY 17, 2006         $         3,570.
                                                   ------------
                                                         7,336.
     OVERPAYMENT OF 2004 INCOME TAX CREDITED
       AGAINST 2005 TAX ...........................         6,944.
                                                   ------------

     TOTAL 2005 ESTIMATED TAX PAYMENTS ............ $     14,280.
     ESTIMATED INCOME TAX TO BE WITHHELD IN 2005 ...       1,594.
     ESTIMATED CREDITS ..............................
                                                   ------------
     TOTAL ESTIMATE OF 2005 INCOME TAX ............ $     15,874.
                                                   ============

FILING..
     THE FIRST VOUCHER, TOGETHER WITH YOUR CHECK, SHOULD BE FILED WITH:

                      DEPARTMENT OF TAXATION
                           P.O. BOX 1478
                   RICHMOND, VIRGINIA  23218-1478

     ALL REMAINING VOUCHERS SHOULD BE FILED WITH:

                      DEPARTMENT OF TAXATION
                           P.O. BOX 1478
                   RICHMOND, VIRGINIA  23218-1478

     YOUR SOCIAL SECURITY NUMBER AND "2005 ESTIMATED TAX"
     SHOULD BE INDICATED ON EACH CHECK.  CHECKS SHOULD BE MADE
     PAYABLE TO THE TREASURER (CITY OR COUNTY).
```

XL191  1.000

## 2005 ESTIMATED INCOME TAX WORKSHEET FOR INDIVIDUALS
### PART I - COMPUTE YOUR ESTIMATED 2005 VIRGINIA INCOME TAX

| | | A SPOUSE USE ONLY when using filing Status 4 on Form 760PY | B YOURSELF Use for all other filers |
|---|---|---|---|

See the instruction book for the income tax return you will file to determine the amounts for lines 1 through 4.

1. Expected Virginia ADJUSTED GROSS INCOME subject to tax in 2005 (includes the age deduction plus additions to and subtractions from federal adjusted gross income) **See Section I on page 1 to see if you are required to file Form 760ES** . . . . . . . . . . 1

2a If you will itemize deductions on your 2005 federal return, enter the estimated total of those deductions, less state and local tax (Fixed Date Conformity adjustments should be made where applicable). . . . . . . . 2a
**OR** or

2b If you will not itemize deductions, enter the standard deduction **(updated)** amount for your filing status Single: $3,000, Married, filing joint or combined return: $6,000, Married, filing separately: $3,000 . . . 2b

3. Expected amount of qualifying child and dependent care expenses . . . . . . . . . . . . . . . 3

4. Personal exemptions (Personal exemptions X $900. Exemptions for "65 or over" & "Blind" X $800) . . . . 4

5. Add line 2a OR line 2b, line 3 and line 4 . . . . . . . . . . . . . . . . . . . . . . . . . 5

6. ESTIMATED Virginia TAXABLE INCOME (line 1 less line 5) . . . . . . . . . . . . . . . . . . 6

7. Virginia INCOME TAX for amount on Line 6 (See Tax Rate Schedule on page 2, Section III) . . . . . 7

8. TAX ADJUSTMENTS (See Tax Credits and Adjustments on page 2, Section III) . . . . . . . . . . 8

9. YOUR ESTIMATED 2005 VIRGINIA INCOME TAX (line 7 less line 8) . . . . . . . . . . . . . . 9

10. TOTAL ESTIMATED 2005 VIRGINIA INCOME TAX (line 9, column A plus column B) . . . . . . . . 10   **15,851.**
**See Section I on page 1 before continuing to see if you are required to make estimated income tax payments.**

### PART II - COMPUTE YOUR ESTIMATED INCOME TAX PAYMENTS

11. Estimated 2005 Virginia income tax (Individuals: Enter amount from line 10 above. Estates and Trusts: Enter amount from line 6 of the worksheet for estates and trusts on page 4) . . . . . . . . . . . 11   **15,851.**

12. Amount you estimate will be withheld from your wages for the year (Estates and Trusts: Enter 0) . . . 12   **1,594.**

13. Estimated income tax due (line 11 less line 12) . . . . . . . . . . . . . **"ROUNDED"** 13   **14,280.**

14. Enter the number of payments required (See Section II on page 1 or the Payment Schedule below) . . . . . . . . . 14   **4**

15. **INSTALLMENT PAYMENT AMOUNT.** Divide the amount on line 13 by the number of payments on line 14. (If you had a 2004 overpayment credit, subtract the amount of the overpayment credit that you are applying to this installment) Enter the amount here and on Form 760ES. **Attach your check or money order for this amount*** 15

*To pay electronically, see our web site www.tax.virginia.gov. Use the estimated tax payment record section on page 4 to record your tax payments.

### PAYMENT SCHEDULE

The estimated income tax return and payment of an individual, fiduciary, estate or trust, other than a self-employed farmer, fisherman, or merchant seaman is to be filed on or before May 1 of the taxable year, unless the requirements to file are not met until *after* April 15. Use the table below to determine the number and amount of each installment payment. (Fiscal year filers substitute the corresponding fiscal year months for the months specified in this table.)

| IF THE REQUIREMENTS ARE FIRST MET IN THE TAXABLE YEAR- | NUMBER OF PAYMENTS REQUIRED | FILE FORM 760ES ON OR BEFORE | AND USE VOUCHER NUMBER | THE FOLLOWING PERCENTAGES OF THE ESTIMATED TAX ARE TO BE PAID ON OR BEFORE - | | | |
|---|---|---|---|---|---|---|---|
| | | | | May 1 | June 15 | September 15 | January 15 |
| on or before April 15th | 4 | May 1, 2005 | 1 | 25% | 25% | 25% | 25% |
| after April 15th and before June 2nd | 3 | June 15, 2005 | 2 | . . . . . . . | 33 1/3% | 33 1/3% | 33 1/3% |
| after June 1st and before Sept. 2nd | 2 | Sept. 15, 2005 | 3 | . . . . . . . | . . . . . . . | 50% | 50% |
| after Sept. 1st and before Dec. 31st | 1 | Jan. 15, 2006 | 4 | . . . . . . . | . . . . . . . | . . . . . . . | 100% |

1062    4B5620 2.000

---

### 2005 FORM 760ES - Voucher   1
(DOC ID 762)
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

First time filers or address change check here

LOCALITY NO.
**810**

FOR OFFICE USE

DUE DATE: 05/02/05

**Amount of payment**

NONE

Your account number          Spouse's account number

**ANDREW COHEN & RITA COHEN**
**3940 MEETING HOUSE ROAD**

**VIRGINIA BEACH, VA 23455**

Make your check or money order payable to the Treasurer of the city or county in which you live.
If this is your first payment for this taxable year, CHECK BOX and mail payment to your Commissioner of the Revenue, Director of Finance or Director of Tax Administration. Mail all other vouchers to the Treasurer.

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
Do not write below this line.

Daytime Phone Number       7574608625

1062    4B5621 1.000

## 2005 FORM 760ES - Voucher    2
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

DUE DATE:  **06/15/05**

First time filers or address
change check here

LOCALITY NO.

FOR OFFICE USE

**810**

### Amount of payment
**196.**

Your account number          Spouse's account number

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

Make your check or money order payable to the
Treasurer of the city or county in which you live.
**If this is your first payment for this taxable year, CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Admin-
istration. Mail all other vouchers to the Treasurer.**

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
           Do not write below this line.

Daytime Phone Number      7574608625

1062      4B5621 1.000

## 2005 FORM 760ES - Voucher  3
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

DUE DATE:   **09/15/05**

First time filers or address
change check here

LOCALITY NO.

**810**

FOR OFFICE USE

### Amount of payment

**3570.**

Your account number          Spouse's account number

Make your check or money order payable to the
Treasurer of the city or county in which you live.
**If this is your first payment for this taxable year, CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Admin-
istration. Mail all other vouchers to the Treasurer.**

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
              Do not write below this line.

Daytime Phone Number          7574608625

1062      4B5621 1.000

## 2005 FORM 760ES - Voucher  4
(DOC ID 762)
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

DUE DATE:    01/17/06

First time filers or address
change check here

LOCALITY NO.

810

FOR OFFICE USE

### Amount of payment

3570.

████████████████████████

Your account number        Spouse's account number

███████████████████████

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

Make your check or money order payable to the
Treasurer of the city or county in which you live.
**If this is your first payment for this taxable year, CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Admin-
istration. Mail all other vouchers to the Treasurer.**

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
                    Do not write below this line.

Daytime Phone Number        7574608625

## 2005 ESTIMATED INCOME TAX WORKSHEET
### For Estates and Trusts

| | | |
|---|---|---|
| 1 | Expected federal taxable income of the estate or trust . . . . . . . . . . . . . . . . . . . . . . | 1 |
| 2 | Fiduciary's share of Virginia modifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Estimated Virginia taxable income (line 1 less line 2) . . . . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Virginia income tax for amount on line 3 (See Section III) . . . . . . . . . . . . . . . . . . . | 4 |
| 5 | Tax credits (See Section III) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| 6 | ESTIMATE OF THE FIDUCIARY OR ESTATE INCOME TAX (line 4 less line 5) . . . . . . . . . . . . . . | 6 |

See Section I on page 1 to see if you meet the estimated tax filing requirements. If you do, enter the result of line 6 above on line 11 of the estimated income tax worksheet on page 3, then complete the rest of the worksheet to determine the amount of your installment payment.

**IMPORTANT:**   Before filing the estimated income tax voucher, verify that the federal employer identification number of the estate or trust is in the "Your Social Security Number or FEIN" block. **Do not enter a social security number.**

## 2005 ESTIMATED TAX PAYMENT RECORD

| PAYMENT MADE WITH | DATE | CHECK OR MONEY ORDER NO. | CHECK OR MONEY ORDER PAYMENT AMOUNT | OVERPAYMENT CREDIT APPLIED | TOTAL AMOUNT PAID |
|---|---|---|---|---|---|
| VOUCHER 1 | | | NONE | 3,570. | 3,570. |
| VOUCHER 2 | | | 196. | 3,374. | 3,570. |
| VOUCHER 3 | | | 3,570. | | 3,570. |
| VOUCHER 4 | | | 3,570. | | 3,570. |
| TOTALS | | | 7,336. | 6,944. | 14,280. |

1062

4B5603 1.000

**VA760CG** - Tax Year **2004**
Individual Income Tax Return



ANDREW          COHEN
RITA            COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH        VA    23455

| | | | | | |
|---|---|---|---|---|---|
| Filing Status: | 2 | Head of Household: | | | |

| Exemptions | 65 and over | Blind | Dependents | Total |
|---|---|---|---|---|
| Yourself | 1 | | 2 | 4 |
| Spouse | 1 | | | |

Vendor ID: • 1062

Name or Filing Change:
Accelerated Refund:

Address Change:
Amended:    NOL:

Virginia Return Not Filed Last Year:
Locality: •   810

Your SSN    COHE •
Spouse's SSN    COHE •

| | | | |
|---|---|---|---|
| 1. | Fed Adj Gross Income | • | 332102. |
| 2. | Additions, see pg 2, line 3 | • | |
| 3. | Subtotal | | 332102. |
| 4a. | Age Deduction - You | • | |
| 4b. | Age Deduction - Spouse | • | |
| 5. | Soc Sec & Tier 1 Railroad | • | |
| 6. | State Inc Tax Overpayment | • | 1678. |
| 7. | Other Subtractions, see pg 2, line 7 | | |
| 8. | Subtotal Subtractions | | 1678. |
| 9. | Total VAGI | | 330424. |
| 10a. | Federal Sch. A Itemized Deductions | | 53182. |
| 10b. | State/Local Income Tax | • | 6104. |
| 10. | Deductions | • | 47078. |
| 11. | Exemptions | | 3200. |
| 12. | Child/Dependent Care | • | |
| 13. | Subtotal | | 50278. |
| 14. | VA Taxable Income | | 280146. |
| 15. | Tax Amt. | | 15851. |
| 16. | Spouse Tax Adjustment | • | |

| | | | |
|---|---|---|---|
| 16a. | Your VAGI | • | 345261. |
| 16b. | Spouse's VAGI | • | -14837. |
| 17. | Net Tax | | 15851. |
| 18a. | Your Withholding | • | 316. |
| 18b. | Spouse's Withholding | • | |
| 19. | Estimated Payments | | 6628. |
| 20. | Extension Payments | • | |
| 21. | Credit for Low Income | • | |
| 22. | Credit tax paid another state | • | |
| 23. | Other Credits | • | 15851. |
| 24. | Total Payments /Credits | | 22795. |
| 25. | Tax you Owe | • | |
| 26. | Overpayment Amount | • | 6944. |
| 27. | Amount to Credit to Next Year's Tax | | 6944. |
| 28. | Adjustments/Contributions | • | |

**Amount You Owe:**
Paid by Credit Card •
(Enter X)

**Refund:** • ★

Bank Routing Number •   •
Bank Account Number •

__LAR   __DLAR   __LTD $ _____   _____   Office Use:   TP FC TA TD

1062
4B5611 2.000

TD5204  2YVG 02/24/2005 09:42:42 V04-4.1  7444

**VA760CG** Page 2 - Year 2004

ANDREW          COHEN

### ADDITIONAL FILING INFORMATION

| | |
|---|---|
| Farming/Fishing, Merchant Seaman: | Coalfield Enhancement |
| Taxpayer Deceased: | Fixed Date Conformity: |
| Dependent on another's return: | Overseas when due: |

Preparer Info          541921942                    2  • •

Phone
You                    7574608625                       • •

Spouse                                                    •

### Additions - SCH ADJ/CG - Part 1

1.  Interest on obligations
    of other state
2.  Other Additions:
    a.  Fixed Date Conformity          •

    b.

    c.

3.  Total Additions:

### Subtractions

4.  Income from obligations
    or securities of the U.S.          •
5.  Disability Income
    reported as wages                  •

6.  Other:
    a.  Fixed Date Conformity          •

    b.         •            •

    c.         •            •

    d.         •            •

7.  Total Subtractions:

Dept of Taxation can dicuss
my return with my preparer.                    X

I (We), the undersigned, declare under penalty of law that I (we) have examined this
return and to the best of my (our) knowledge, it is a true, correct and complete return.

Your Signature _____ Date _____

Spouse's Signature _____ Date _____

*File by May 2, 2005*

### SUMMARY OF ADJUSTMENTS *(from SCH ADJ/CG Part 2)*

Total Additions, Penalty and Interest

Addition from 760C OR 760F

Consumer's Use Tax

Total Voluntary Contributions

Spouse's Name - Filing Status 3 Only

### Tax Credit for Low Income Individuals

8.  Exemption Information        Social Security          VAGI
                                     Number
    a.
    b.
    c.
    d.
    e.
    f.
    g.  Total Family VAGI                    •

9.  Total Exemptions                         •

10. Exemption total on this return

11. Line 10 multiplied by $300

12. Credit (Lesser of Line 11
    above or Page 1, Line 17)

### AGE DEDUCTION DETAILS

You

Spouse

### PAID TAX PREPARER INFORMATION
Tax Preparer FEIN/PTIN/SSN

Filing Election                                    2

Preparer Phone Number              7576407190

Preparer
Signature _____ Date _____

MCPHILLIPS, ROBERTS & DEANS, PLC
150 BOUSH STREET, SUITE 1100
NORFOLK, VA 23510

4B5612 2.000      1062

TD5204  2YVG  02/24/2005  09:42:42  V04-4.1    7444



**2004** Virginia Schedule FED

ANDREW        COHEN
RITA          COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH        23455                                    810

## SCHEDULE C, SCHEDULE C-EZ and/or SCHEDULE F INFORMATION

1.  Schedule Name              **First Schedule Info.**  C      **Second Schedule Info.**   C

2.  Gross Receipts or Sales                    NONE
3.  Depreciation /
expense deduction

4.  Business Activity Code        711510                        236100

5.  Business Locality Code

6.  Car and truck expenses          1491.

7.  Inventory at end of year                                1899064.
8.  Number of miles you used your
vehicle for: **Business**            3975
9.  Number of miles you used your
vehicle for: **Commuting**
10. Number of miles you used your
vehicle for: **Other**               7025

### SCHEDULE 2106 and/or SCHEDULE 2106-EZ  INFORMATION

11. Number of miles you used your
vehicle for: **Business**            3975
12. Number of miles you used your
vehicle for: **Commuting**

13. Number of miles you used your
        vehicle for: **Other**       7025
14. Percent of business use of
vehicle: **Vehicle 1**         3614
15. Percent of business use of
vehicle: **Vehicle 2**

### SCHEDULE 4562 INFORMATION

16. Property Used more than 50%
in a qualified business use:
    Type of property

17. Date placed in service
18. Business/investment
use percentage

19. Cost or other basis

20. Depreciation deduction

21. Elected section 179 cost

22. Business Locality Code

1062
4B5624 3.000
TD5204 2YVG 02/24/2005 09:42:42 V04-4.1  7444



# 2004
# Schedule CR
**CREDIT COMPUTATION SCHEDULE - See Page 6 for required attachments.**
Attach this to your return. See instructions for other required attachments.

## ANDREW COHEN & RITA COHEN

**PART I - MAXIMUM NONREFUNDABLE CREDITS**

1    Enter the total tax computed on your return less the total of Spouse Tax Adjustment, Credit for
     Low Income Families and Credit for Tax Paid to Another State. The maximum nonrefundable
     credits allowable on line 107 of Schedule CR may not exceed this amount . . . . . . . . . . . . 1    15851.    ●

**PART II - ENTERPRISE ZONE ACT CREDIT**

2    **Credit allowable this year from Form 301** (attach Form 301) . . . . . . . . . . . 2    ★

**PART III - NEIGHBORHOOD ASSISTANCE ACT CREDIT**

3    Authorized amount of Neighborhood Assistance Act Credit . . . . . . . 3 _____
4    Carryover credit from prior year(s) [attach computation] . . . . . . 4 _____
5    Add line 3 and line 4 . . . . . . . . . . . . . . . . 5 _____
6    **Credit allowable this year:** Line 5 or balance of maximum credit
     available, whichever is less . . . . . . . . . . . . . . . . . . 6    ★
7    Carryover credit for 2005: Line 5 less line 6 (applicable only if within
     5 year carryover period) . . . . . . . . . . . . . . . 7 _____

**PART IV - RECYCLABLE MATERIALS PROCESSING EQUIPMENT CREDIT**

8    Enter 10% of qualifying recyclable equipment cost . . . . . . . . . 8 _____
9    Carryover credit from prior year(s) [attach computation] . . . . . . . 9 _____
10   Add line 8 and line 9 . . . . . . . . . . . . . . . . 10 _____
11   Enter 40% of tax per return . . . . . . . . . . . . . . . 11 _____
12   Maximum recyclable materials processing equipment credit.
     Line 10 or line 11, whichever is less . . . . . . . . . . . 12 _____
13   **Credit allowable this year:** Line 12 or balance of maximum credit
     available, whichever is less . . . . . . . . . . . . . . . . 13    ★
14   Carryover credit for 2005: Line 10 less line 13 (applicable only if within
     10 year carryover period) . . . . . . . . . . . . . . 14 _____

**PART V - CONSERVATION TILLAGE EQUIPMENT CREDIT**

15   Enter 25% of qualifying property cost or $2,500, whichever is less . . . . 15 _____
16   Carryover credit from prior year(s) [attach computation] . . . . . . 16 _____
17   Add line 15 and line 16 . . . . . . . . . . . . . . . 17 _____
18   **Credit allowable this year:** Line 17 or balance of maximum credit
     available, whichever is less . . . . . . . . . . . . . . . . 18    ★
19   Carryover credit for 2005: Line 17 less line 18 (applicable only if
     within 5 year carryover period) . . . . . . . . . . . . 19 _____

**PART VI - FERTILIZER AND PESTICIDE APPLICATION EQUIPMENT CREDIT**

20   Enter 25% of current qualifying equipment cost or $3,750,
     whichever is less . . . . . . . . . . . . . . . . 20 _____
21   Carryover credit from prior year(s) [attach computation] . . . . . . 21 _____
22   Add line 20 and line 21 . . . . . . . . . . . . . . . 22 _____
23   **Credit allowable this year:** Line 22 or balance of maximum credit
     available, whichever is less . . . . . . . . . . . . . . . . 23    ★
24   Carryover credit for 2005: Line 22 less line 23 (applicable only if
     within 5 year carryover period) . . . . . . . . . . . . 24 _____

**PART VII - RENT REDUCTION PROGRAM CREDIT**

25   Enter 50% of qualifying rent reductions . . . . . . . . . 25 _____
26   Carryover credit from prior year(s) [attach computation] . . . . . . 26 _____
27   Add line 25 and line 26 . . . . . . . . . . . . . . . 27 _____
28   **Credit allowable this year:** Line 27 or balance of maximum credit
     available, whichever is less . . . . . . . . . . . . . . . . 28    ★
29   Carryover credit for 2005: line 27 less line 28 (applicable only if
     within 5 year carryover period) . . . . . . . . . . . . 29 _____

Schedule CR (2004) page 2

See Page 6 for required attachments.

ANDREW COHEN & RITA COHEN

## PART VIII - VEHICLE EMISSIONS TESTING EQUIPMENT, CLEAN-FUEL VEHICLE AND CERTAIN REFUELING PROPERTY CREDITS

### Clean-fuel vehicle, certain refueling property and qualified electric vehicle credit

| | | |
|---|---|---|
| 30a | **Hybrid vehicle -** Enter 10% of the deduction claimed on your 2004 federal return for a hybrid vehicle, not to exceed $150 . . . . . . . . 30a _____ | make & model: _____ |
| 30b | **Qualifying Electric Vehicle -** Enter 10% of the cost used to compute the under IRC § 30 for qualified electric vehicles . . . . . 30b _____ | |
| 30c | **Clean fuel & certain refueling property -** Enter 10% of the federal § 179A deduction for clean fuel and certain refueling properties . . . . 30c _____ | |
| 31 | Carryover credit from prior year(s) [attach computation] . . . . . . . 31 _____ | |
| 32 | Add lines 30a, 30b, 30c and line 31 . . . . . . . . . 32 _____ | |
| 33 | Line 32 or balance of maximum credit available, whichever is less . . . . . . . . . . . . . . . . .33 _____ | ★ |
| 34 | Carryover credit for 2005: Line 32 less line 33 (applicable only if within 5 year carryover period) . . . . . . . . . . . 34 _____ | |

### Vehicle emissions testing equipment credit

| | | |
|---|---|---|
| 35 | Enter 20% of the purchase or lease price paid during the year for qualified vehicle emissions testing equipment . . . . . . . . . 35 _____ | |
| 36 | Carryover credit from prior year(s) [attach computation] . . . . . . 36 _____ | |
| 37 | Add line 35 and line 36 . . . . . . . . . . 37 _____ | |
| 38 | Enter the amount from line 37 or the balance of maximum credit available, whichever is less . . . . . . . . . . . . . . . . . .38 _____ | ★ |
| 39 | Carryover credit for 2005: Line 37 less line 38 (only if within 5 year carryover period) . . . . . . . . . . . 39 _____ | |

## PART IX - MAJOR BUSINESS FACILITY JOB TAX CREDIT

| | | |
|---|---|---|
| 40 | **Credit allowable this year from Form 304** (attach Form 304) . . . . . . . . . . . . . . . 40 _____ | ★ |
| 41 | Carryover credit for 2005. Compute on Form 304 if within the 10 year carryover period . . . . . . . . . . . 41 _____ | |

## PART X - FOREIGN SOURCE RETIREMENT INCOME TAX CREDIT

| | | |
|---|---|---|
| 42 | Qualifying taxable income on which the tax in the foreign country is based . . . . . . . . . . . 42 _____ | |
| 43 | Virginia taxable income. Enter amount from line 14 of Form 760, or line 15 of Form 760PY . . . . 43 __280146.__ | |
| 44 | Qualifying tax paid to the foreign country. Enter name of country: _____ . . . . . 44 _____ | |
| 45 | Virginia income tax. Line 17 of Form 760 or line 17 of Form 760PY . . . 45 __15851.__ | |
| 46 | Income percentage. Divide line 42 by line 43. Compute to one decimal place, not to exceed 100%. For example, 0.3163 becomes 31.6% . . 46 _____ | |
| 47 | Multiply line 45 by line 46 . . . . . . . . . 47 _____ | |
| 48 | **Credit allowable this year:** Enter the lesser of line 44 or line 47, not to exceed the balance of maximum credit available . . . . . . . . 48 _____ | ★ |

## PART XI - HISTORIC REHABILITATION TAX CREDIT

| | | |
|---|---|---|
| 49 | Enter the amount of eligible expenses (attach certificate) . . . . . . . 49 _____ | |
| 50 | Multiply the amount on line 49 by 25% . . . . . . . . . . 50 _____ | |
| 51 | Carryover credit from prior year(s) [attach computation] . . . . . . 51 _____ | |
| 52 | Add line 50 and line 51 . . . . . . . . . 52 _____ | |
| 53 | **Credit allowable this year:** Enter the amount from line 52 or the balance of maximum credit available, whichever is less . . . . . . . . 53 _____ | ★ |
| 54 | Carryover credit for 2005: Line 52 less line 53. (10 year carryover period) . . . . . . 54 _____ | |

1062
4B5640 1.000

Schedule CR  (2004) page 3

See Page 6 for required attachments.



**ANDREW COHEN & RITA COHEN**

**PART XII - DAY-CARE FACILITY INVESTMENT TAX CREDIT**

55   Enter 25% of eligible expenses, not to
     exceed $25,000 . . . . . . . . . . . . . . . . . . 55 _____

56   Carryover credit from prior year(s)
     [attach computation] . . . . . . . . . . . . . . 56 _____

57   Add line 55 and line 56 . . . . . . . . . . . . . 57 _____

58   **Credit allowable this year:** Enter the amount from line 57 or the
     balance of maximum credit available, whichever is less . . . . . . . . . . . . 58 _____    ★

59   Carryover credit for 2005: Line 57 less line 58.
     (3 year carryover period. See instructions for limitations) . . . . . 59 _____

**PART XIII - LOW-INCOME HOUSING CREDIT**

60   Enter allowable credit (attach certification form) . . . . . . . 60 _____

60a  Carryover credit from prior year(s) [attach computation] . . . . 60a _____

60b  Add line 60 and line 60a . . . . . . . . . . . . . 60b _____

61   **Credit allowable this year:** Enter amount from line 60b or
     the balance of maximum credit available, whichever is less . . . . . . . . . . . . 61 _____    ★

62   Carryover credit for 2005: Line 60b less line 61
     (5 year carryover period) . . . . . . . . . . 62 _____

**PART XIV - AGRICULTURAL BEST MANAGEMENT PRACTICES TAX CREDIT**

63   Enter 25% of qualified expenditures, not to
     exceed $17,500 (attach certificate) . . . . . . . . . 63 _____

64   Carryover credit from prior year(s) [attach computation] . . . . 64 _____

65   Add line 63 and line 64 . . . . . . . . . . . . . 65 _____

66   **Credit allowable this year:** Enter amount from line 65 or the
     balance of maximum credit available, whichever is less . . . . . . . . . . . . 66 _____    ★

67   Carryover credit for 2005: Line 65 less line 66.
     (5 year carryover period.) . . . . . . . . . . . . 67 _____

**PART XV - QUALIFIED EQUITY AND SUBORDINATED DEBT INVESTMENTS TAX CREDIT**

68   Enter the amount of qualified equity and subordinated debt
     investments tax credit authorized by the
     Virginia Department of Taxation . . . . . . . . 68 ____17500.____

69   Carryover credit from prior year(s) [attach computation] . . . . . 69 _____

70   Add line 68 and line 69 . . . . . . . . . . . . . 70 ____17500.____

71   **Credit allowable this year:** Enter the amount on line 70 or the
     balance of maximum credit available, whichever is less . . . . . . . . . . . . 71               15851. ●

72   Carryover credit for 2005: Line 70 less line 71
     (15 year carryover period) . . . . . . . . . . . . 72 ____1649.____

**PART XVI - WORKER RETRAINING TAX CREDIT**

73   Enter amount of worker retraining tax credit authorized by the
     Virginia Department of Taxation. . . . . . . . . 73 _____

74   Carryover credit from prior year(s) [attach computation] . . . . . 74 _____

75   Add line 73 and line 74 . . . . . . . . . . . . . 75 _____

76   **Credit allowable this year:** Enter the amount from line 75 or the
     balance of maximum credit available, whichever is less . . . . . . . . . . . . 76 _____    ●

77   Carryover credit for 2005: Line 75 less line 76
     (3 year carryover period) . . . . . . . . . . . . 77 _____

**PART XVII - WASTE MOTOR OIL BURNING EQUIPMENT CREDIT**

78   Enter 50% of the purchase price paid during the taxable year for equip-
     ment used exclusively for burning waste motor oil at your facility . 78 _____

79   **Credit allowable this year:** Enter the amount from line 78, up to
     $5,000 not to exceed balance of maximum credit available . . . . . . . . . . . . 79 _____    ★

1062
4B5641 1.000

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1  7444

Schedule CR  (2004) page 4

See Page 6 for required attachments.



**ANDREW COHEN & RITA COHEN**

PART XVIII -   CREDIT FOR EMPLOYERS HIRING RECIPIENTS OF TEMPORARY ASSISTANCE
FOR NEEDY FAMILIES

80       **NOT FUNDED FOR 2004**                                        80 <u>XXXXXXXXXXXXX</u>

81       Carryover credit from prior year(s) [attach computation] . . . . .   81 _____

82       Add line 80 and line 81  . . . . . . . . . . . . . .   82 _____

83       **Credit allowable this year:**  Enter amount from line 82 or balance

of maximum credit available, whichever is less . . . . . . . . . . . . . . . .   83 _____

84       Carryover credit for 2005: Line 82 less line 83

(3 year carryover period) . . . . . . . . . . . . . . . .   84 _____

PART XIX - CREDIT FOR EMPLOYERS OF DISABLED INDIVIDUALS

85       **EXPIRED 12/31/2002**                                      85 <u>XXXXXXXXXXXXX</u>

86       Carryover credit from prior year(s) [attach computation] . . . . .   86 _____

87       Add line 85 and line 86  . . . . . . . . . . . . .   87 _____

88       **Credit allowable this year:**  Enter the amount from line 87 or the

balance of maximum credit available, whichever is less . . . . . . . . . . . . .   88 _____

89       Carryover credit for 2005: Line 87 less line 88.

(1 year carryover period) . . . . . . . . . . . . . . . .   89 _____

PART XX - HOME ACCESSIBILITY FEATURES FOR THE DISABLED TAX CREDIT

90       Enter the amount of the Home Accessibility Features for the Disabled

tax credit authorized by the Virginia Department of Taxation  . . .   90 _____

91       Carryover credit from prior year(s) [attach computation] . . . . .   91 _____

92       Add line 90 and line 91  . . . . . . . . . . . . . .   92 _____

93       **Credit allowable this year:**  Enter the amount on line 92

or the balance of maximum credit available, whichever is less  . . . . . . . . . . . .   93 _____

94       Carryover credit for 2005: line 92 less line 93

(5 year carryover period) . . . . . . . . . . . . . . .   94 _____

PART XXI - RIPARIAN WATERWAY BUFFER CREDIT

95       Enter the amount of Riparian Waterway Buffer tax credit

authorized by the Virginia Department of Forestry (attach

certification) . . . . . . . . . . . . . . . . . . . . . . .   95 _____

96       Carryover credit from prior year(s) [attach computation] . . . . .   96 _____

97       Add line 95 and line 96  . . . . . . . . . . . . . .   97 _____

98       **Credit allowable this year:** Enter the amount on line 97

or the balance of maximum credit available, whichever is less  . . . . . . . . . . . .   98 _____

99       Carryover credit for 2005: Line 97 less line 98

(5 year carryover period) . . . . . . . . . . . . . . .   99 _____

PART XXII - LAND PRESERVATION TAX CREDIT

100      Enter the credit amount originating in 2004 or the amount of

credit transferred to you in 2004 . . . . . . . . . . . .  100 _____

101      Carryover credit from prior year(s) [attach computation] . . . . . 101 _____

101a     Add line 100 and line 101 . . . . . . . . . . . . . 101a _____

101b     Enter total credit transferred to others in 2004 . . . . . . . 101b _____

102      Subtract line 101b from line 101a . . . . . . . . . . .102 _____

103      **Credit allowable this year:** Enter the amount from line 102

or the balance of maximum credit available, whichever is less.

Each credit holder cannot claim more than $100,000 per credit. . . . . . . . . . . . . . 103 _____

104      Carryover credit for 2005: line 102 less line 103

(5 year carryover period) . . . . . . . . . . . . . . .  104 _____

1062
4B5644 1.000

Schedule CR  (2004) page 5

See Page 6 for required attachments.

ANDREW COHEN & RITA COHEN

**PART XXIII - POLITICAL CONTRIBUTIONS CREDIT**

105    Enter 50% of the amount of eligible political contributions subject to

a limit of $25 for individuals or $50 for married filing jointly  . .105 _____

106    **Credit allowable this year:** Enter the amount on line 105

or the balance of maximum credit available, whichever is less  . . . . . . . . . . 106       •

**PART XXIV - TOTAL NONREFUNDABLE CREDITS**

107    Add lines 2, 6, 13, 18, 23, 28, 33, 38, 40, 48, 53,

58, 61, 66, 71, 76, 79, 83, 88, 93, 98, 103, and 106. If this

amount is larger than the amount on line 1, you have

claimed excessive nonrefundable credits. . . . . . . . . . . . . . . . . . 107    15851.  •

**PART XXV - COALFIELD EMPLOYMENT ENHANCEMENT TAX CREDIT**

108    Enter 100% of the coalfield employment enhancement tax credit

from line 11 of your 2001 Form 306 . . . . . . . . . . . . . . . 108       •

109    Full credit: Enter amount from your 2004 Form 306, line 12 . . . . . . . . . . 109     ★

110    Excess credit: Enter amount from your 2004 Form 306, line 13 . . . . . . . . . 110     ★

111    Total 2001 coalfield employment enhancement tax credit

allowable this year: Add line 109 and line 110 . . . . . . . . . . . . . . . . 111      •

112    2004 coalfield employment enhancement tax credit earned to

be used when completing your 2007 return:

Enter the amount from your 2004 Form 306, line 11 . . . . . . . . . . . . . 112     ★

**PART XXVI - TOTAL REFUNDABLE CREDITS**

113    Refundable real property enterprise zone act credit

from Form 301 . . . . . . . . . . . . . . . . . . . . . . . . . . 113     ★

114    Refundable total coalfield employment enhancement

tax credit from line 111 . . . . . . . . . . . . . . . . . . . . 114      •

115    Enter the total of line 113 and line 114 . . . . . . . . . . . . . . 115      •

**PART XXVII - TOTAL CURRENT YEAR CREDITS**

116    Total credits allowable this year. Enter the total of line 107

and line 115 here and on line 23 of form 760, line 18g of form 760PY or

line 19g of form 763 . . . . . . . . . . . . . . . . . . . . . . . . 116    15851.  •

**2004** Virginia Schedule INC/CG          Pg 4 of 88

Report all W2's and 1099's with Virginia Withholding

ANDREW          COHEN

RITA            COHEN

| Your/<br>Spouse SSN | You/<br>Spouse | Virginia<br>Withholding | Employer<br>FEIN | Virginia<br>Account Number | Virginia Wages,<br>tips, other comp. |
|---|---|---|---|---|---|
| ███████ | 1 | 3. | ███████ | ███████ | 1110. |
|  | 1 | 313. |  |  | 7654. |
|  | 2 |  |  |  | 150. |

**Total Virginia Withholding:**                    SSN                         VA Withholding

YOU                                    ███████                         316.

SPOUSE

TOTAL NUMBER OF W2'S AND 1099'S          04

**AVOID DELAYS** in processing your return! Be sure to enter all information including Employer's FEIN.

**2004**

ANDREW COHEN & RITA COHEN                                                                                                                    COHEN

**Description of Property**

ANDREW'S DREAMLAND,LLC

| Asset description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduction in basis | ITC reduction in basis | Basis for depreciation | Accumulated depreciation | Ending Accumulated depreciation | Me- thod | Conv. | Life | ACRS class | M A CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 08/18/2003 | 170. | 100.0000 | | | 170. | 11. | 45. | SL | | 5.000 | | | | 34. |
| LOAN COSTS | 08/19/2003 | 3,771. | 100.0000 | | | 3,771. | 251. | 1,005. | SL | | 5.000 | | | | 754. |
| | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . . .** | | 3,941. | | | | 3,941. | 262. | 1,050. | | | | | | | |

JSA
4X4400 1.000

TD5204 -2YVG  02/24/2005  09:42:42  V04-4.1   7444

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**2004**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| RITA COHEN | |

**A** Principal business or profession, including product or service (see page C-2 of the instructions)  
INDEPENDENT ARTISTS, WRITERS, PERFORMERS

**B** Enter code from pages C-7, 8, & 9  
▶  711510

**C** Business name. If no separate business name, leave blank.  
RITA A. COHEN

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD  
City, town or post office, state, and ZIP code    VIRGINIA BEACH, VA. 23455

**F** Accounting method:  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses . . . . [X] Yes   [ ] No

**H** If you started or acquired this business during 2004, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . ▶ [ ] | 1 | NONE |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | NONE |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . | 5 | NONE |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶ | 7 | NONE |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . . | 8 | | 19 | Pension and profit-sharing plans . . | 19 | |
| 9 | Car and truck expenses (see page C-3) STMT 2 . . . | 9 | 1,491. | 20 | Rent or lease (see page C-5): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees . . . | 10 | | b | Other business property . . . . . | 20b | |
| 11 | Contract labor (see page C-4) . . . . . . | 11 | | 21 | Repairs and maintenance . . . . . | 21 | |
| 12 | Depletion . . . . . . . . . | 12 | | 22 | Supplies (not included in Part III) . . | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 23 | Taxes and licenses . . . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . . . . | 24a | 5,024. |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b | Meals and entertainment | 117. | |
| 15 | Insurance (other than health) . . | 15 | | c | Enter nondeduct-ible amount in-cluded on line 24b (see page C-5) | 59. | |
| 16 | Interest: | | | d | Subtract line 24c from line 24b . | 24d | 58. |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities . . . . . . . . . . . | 25 | |
| b | Other . . . . . . . . . . | 16b | | 26 | Wages (less employment credits) . | 26 | |
| 17 | Legal and professional services . . . . . . . . | 17 | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . . | 27 | 5,637. |
| 18 | Office expense . . . . . . | 18 | | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . ▶ | 28 | 12,210. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . | 29 | -12,210. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | -12,210. |

32 If you have a loss, check the box that describes your investment in this activity (see page C-6).
- If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you **must** attach Form 6198.

32a [X] All investment is at risk.  
32b [ ] Some investment is not at risk.

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**   Schedule C (Form 1040) 2004

JSA  
4X0110 3.000

Schedule C (Form 1040) 2004      RITA COHEN                                                           Page **2**

| Part III | **Cost of Goods Sold** (see page C-6) | | |
|---|---|---|---|

33   Method(s) used to value closing inventory:    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

| Part IV | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44   Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

a   Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

45   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

46   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

47 a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

   b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

| Part V | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| AUDITION EXPENSES | 220. |
| VOICE TRAINING | 730. |
| SHEET MUSIC | 449. |
| COSTUMES | 2,325. |
| MISCELLANEOUS | 465. |
| MAKE UP AND HAIR | 1,132. |
| PICTURES | 26. |
| PIANO ACCOMPANIEST | 290. |
| | |
| 48   Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . | 48 | 5,637. |

Schedule C (Form 1040) 2004

SUPPLEMENT TO VIRGINIA
TD5204 2YVG 02/24/2005 09:42:42 V04-4.1   7444

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**2004**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor<br>ANDREW COHEN | Social security number (SSN) |
|---|---|

| A | Principal business or profession, including product or service (see page C-2 of the instructions)<br>RESIDENTIAL BUILDING CONSTRUCTION | B Enter code from pages C-7, 8, & 9<br>▶ 236100 |
|---|---|---|

| C | Business name. If no separate business name, leave blank.<br>ANDREW'S DREAMLAND,LLC | D Employer ID number (EIN), if any<br>61-1441435 |
|---|---|---|

| E | Business address (including suite or room no.) ▶ 3940 MEETING HOUSE DRIVE<br>City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455 |
|---|---|

F   Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses . . . . [X] Yes   [ ] No

H   If you started or acquired this business during 2004, check here . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

## Part I   Income

| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . ▶ [ ] | 1 | |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶ | 7 | |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . . . . | 8 | | 19 | Pension and profit-sharing plans . . . | 19 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses<br>(see page C-3) . . . . . . | 9 | | 20 | Rent or lease (see page C-5): | | |
| | | | | a | Vehicles, machinery, and equipment . . | 20a | |
| 10 | Commissions and fees . . . | 10 | | b | Other business property . . . . . . | 20b | |
| 11 | Contract labor<br>(see page C-4) . . . . . . | 11 | | 21 | Repairs and maintenance . . . . . . | 21 | |
| 12 | Depletion . . . . . . . . | 12 | | 22 | Supplies (not included in Part III) . . . | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 23 | Taxes and licenses . . . . . . . . | 23 | 50. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b | Meals and entertainment . . | | |
| 15 | Insurance (other than health) . | 15 | | c | Enter nondeduct-ible amount in-cluded on line 24b (see page C-5) | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | d | Subtract line 24c from line 24b . . . | 24d | |
| b | Other . . . . . . . . | 16b | | 25 | Utilities . . . . . . . . . . . | 25 | |
| 17 | Legal and professional<br>services . . . . . . . . | 17 | 890. | 26 | Wages (less employment credits) . . . | 26 | |
| 18 | Office expense . . . . . . | 18 | 170. | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . . . | 27 | 1,523. |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . ▶ | 28 | 2,633. |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . | 29 | -2,633. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | -2,633. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2**<br>(statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach **Form 6198.** | 32a [X] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule C (Form 1040) 2004

JSA<br>4X0110 3.000

Schedule C (Form 1040) 2004   ANDREW COHEN                                                                    Page **2**

## Part III   Cost of Goods Sold (see page C-6)

33   Method(s) used to value closing inventory:   a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
     "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | 35 | 1,388,351. |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs                         SEE STATEMENT 3 | 39 | 510,713. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 1,899,064. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 1,899,064. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

## Part IV   Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44   Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

a   Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

45   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

46   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

47 a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No
   b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

## Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| CONTINUING EDUCATION | 735. |
| AMORTIZATION | 788. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . **48** | 1,523. |

Schedule C (Form 1040) 2004

SUPPLEMENT TO VIRGINIA

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO VIRGINIA FORM 760CG
================================================================================

FEDERAL INCOME AND ADJUSTMENTS INFORMATION
------------------------------------------

| | |
|---|---:|
| WAGES, SALARIES, TIPS, ETC. | 8,914. |
| TAXABLE INTEREST INCOME | 467. |
| DIVIDEND INCOME | 46,735. |
| TAXABLE REFUNDS OF STATE & LOCAL INCOME TAX | 1,678. |
| BUSINESS INCOME (LOSS) | -14,843. |
| CAPITAL GAIN (LOSS) | 295,151. |
| | ------------ |
| TOTAL INCOME | 338,102. |
| IRA DEDUCTION | 6,000. |
| | ------------ |
| TOTAL ADJUSTMENTS TO INCOME | 6,000. |
| FEDERAL ADJUSTED GROSS INCOME | ------------ |
| (FORM 760, LINE 1) | 332,102. |
| | ============ |

TD5204 2YVG 02/24/2005 09:42:42 V04-4.1  7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 9
===========================================
  STANDARD MILEAGE RATE METHOD
  ----------------------------
  BUSINESS NAME:       RITA A. COHEN

                            VEHICLE 1

BUSINESS MILES                          3,975.
                              X     0.375
                                -------------

 STANDARD MILEAGE FOR THIS VEHICLE                    1,491.
                                                  ------------
       TOTAL TO SCHEDULE C, LINE 9                    1,491.
                                                  ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
===============================================================================


OTHER COSTS - SCH. C PART III, LINE 39
======================================
     BUSINESS NAME:       ANDREW'S DREAMLAND,LLC

     CONSTRUCTION IN PROGRESS                                475,876.
     CAPITALIZED INTEREST                                     34,837.
                                                            ------------
           TOTAL TO SCHEDULE C, LINE 39                      510,713.
                                                            ============

## McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
        ANDREW COHEN & RITA COHEN
        INSTRUCTIONS FOR FILING FORM
                    760
        2004 VIRGINIA RESIDENT INCOME TAX RETURN
```

SIGNATURE..
    THE ORIGINAL RETURN SHOULD BE SIGNED (USE FULL NAME) AND DATED ON
    PAGE 2 BY THE TAXPAYER AND SPOUSE.

OVERPAYMENT..
    YOUR RETURN SHOWS A $6,944. OVERPAYMENT. OF THIS AMOUNT, NONE WILL BE
    REFUNDED TO YOU, AND $6,944. HAS BEEN APPLIED TO YOUR 2005 ESTIMATED
    TAX.

FILING..
    FILE YOUR SIGNED RETURN BY MAY 2, 2005 WITH:

                DEPARTMENT OF TAXATION
                    P.O. BOX 760
                RICHMOND, VIRGINIA 23218-0760

MAILING..
    YOUR RETURN SHOULD BE MAILED BY EITHER REGISTERED OR CERTIFIED
    MAIL, WITH THE SENDER'S RECEIPT POSTMARKED TO PROVE MAILING BEFORE
    THE DUE DATE.

XL191  1.000

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
           ANDREW COHEN & RITA COHEN
          INSTRUCTIONS FOR FILING FORM
                    760ES
       2005 VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER


PAYMENT OF ESTIMATED TAX..
      THE APPROPRIATE VOUCHER FORM SHOULD ACCOMPANY EACH PAYMENT AS
      FOLLOWS...

          VOUCHER        ON OR BEFORE-                    AMOUNT
            1            MAY 2, 2005              $         NONE
            2            JUNE 15, 2005            $         NONE
            3            SEPTEMBER 15, 2005       $        3,046.
            4            JANUARY 17, 2006         $        3,330.
                                                      ------------
                                                         6,376.
      OVERPAYMENT OF 2004 INCOME TAX CREDITED
       AGAINST 2005 TAX ............................        6,944.
                                                      ------------

      TOTAL 2005 ESTIMATED TAX PAYMENTS ............ $     13,320.
      ESTIMATED INCOME TAX TO BE WITHHELD IN 2005 ...        2,109.
      ESTIMATED CREDITS ..............................
                                                      ------------
      TOTAL ESTIMATE OF 2005 INCOME TAX ............ $     15,429.
                                                      ============

FILING..
      THE FIRST VOUCHER, TOGETHER WITH YOUR CHECK, SHOULD BE FILED WITH:

                      DEPARTMENT OF TAXATION
                         P.O. BOX 1478
                   RICHMOND, VIRGINIA  23218-1478


      ALL REMAINING VOUCHERS SHOULD BE FILED WITH:

                      DEPARTMENT OF TAXATION
                         P.O. BOX 1478
                   RICHMOND, VIRGINIA  23218-1478


      YOUR SOCIAL SECURITY NUMBER AND "2005 ESTIMATED TAX"
      SHOULD BE INDICATED ON EACH CHECK.  CHECKS SHOULD BE MADE
      PAYABLE TO THE TREASURER (CITY OR COUNTY).
```

XL191  1.000

## 2005 ESTIMATED INCOME TAX WORKSHEET FOR INDIVIDUALS
### PART I - COMPUTE YOUR ESTIMATED 2005 VIRGINIA INCOME TAX

| | | A — SPOUSE USE ONLY when using filing Status 4 on Form 760PY | B — YOURSELF Use for all other filers |
|---|---|---|---|

See the instruction book for the income tax return you will file to determine the amounts for lines 1 through 4.

1. Expected Virginia ADJUSTED GROSS INCOME subject to tax in 2005 (includes the age deduction plus additions to and subtractions from federal adjusted gross income) **See Section I on page 1 to see if you are required to file Form 760ES** . . . . . . . . . . . 1

2a If you will itemize deductions on your 2005 federal return, enter the estimated total of those deductions, less state and local tax (Fixed Date Conformity adjustments should be made where applicable). . . . . . . . . 2a

OR

2b If you will not itemize deductions, enter the standard deduction **(updated)** amount for your filing status Single: $3,000, Married, filing joint or combined return: $6,000, Married, filing separately: $3,000 . . 2b

3. Expected amount of qualifying child and dependent care expenses . . . . . . . . . . . 3

4. Personal exemptions (Personal exemptions X $900. Exemptions for "65 or over" & "Blind" X $800) . . . . 4

5. Add line 2a OR line 2b, line 3 and line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

6. ESTIMATED Virginia TAXABLE INCOME (line 1 less line 5) . . . . . . . . . . . . . . . . . . . 6

7. Virginia INCOME TAX for amount on Line 6 (See Tax Rate Schedule on page 2, Section III) . . . . 7

8. TAX ADJUSTMENTS (See Tax Credits and Adjustments on page 2, Section III) . . . . . . . . . . . 8

9. YOUR ESTIMATED 2005 VIRGINIA INCOME TAX (line 7 less line 8) . . . . . . . . . . . . . . 9

10. TOTAL ESTIMATED 2005 VIRGINIA INCOME TAX (line 9, column A plus column B) . . . . . . . 10    **15,391.**

**See Section I on page 1 before continuing to see if you are required to make estimated income tax payments.**

### PART II - COMPUTE YOUR ESTIMATED INCOME TAX PAYMENTS

11. Estimated 2005 Virginia income tax (Individuals: Enter amount from line 10 above. Estates and Trusts: Enter amount from line 6 of the worksheet for estates and trusts on page 4) . . . . . . . . 11    **15,391.**

12. Amount you estimate will be withheld from your wages for the year (Estates and Trusts: Enter 0) . . 12    **2,109.**

13. Estimated income tax due (line 11 less line 12) . . . . . . . . . . . . . . **"ROUNDED"** 13    **13,320.**

14. Enter the number of payments required (See Section II on page 1 or the Payment Schedule below) . . . . . . . . 14    **4**

15. **INSTALLMENT PAYMENT AMOUNT.** Divide the amount on line 13 by the number of payments on line 14. (If you had a 2004 overpayment credit, subtract the amount of the overpayment credit that you are applying to this installment.) Enter the amount here and on Form 760ES. **Attach your check or money order for this amount*** 15

*To pay electronically, see our web site www.tax.virginia.gov. Use the estimated tax payment record section on page 4 to record your tax payments.

### PAYMENT SCHEDULE

The estimated income tax return and payment of an individual, fiduciary, estate or trust, other than a self-employed farmer, fisherman, or merchant seaman is to be filed on or before May 1 of the taxable year, unless the requirements to file are not met until *after* April 15. Use the table below to determine the number and amount of each installment payment. (Fiscal year filers substitute the corresponding fiscal year months for the months specified in this table.)

| IF THE REQUIREMENTS ARE FIRST MET IN THE TAXABLE YEAR- | NUMBER OF PAYMENTS REQUIRED | FILE FORM 760ES ON OR BEFORE | AND USE VOUCHER NUMBER | THE FOLLOWING PERCENTAGES OF THE ESTIMATED TAX ARE TO BE PAID ON OR BEFORE - | | | |
|---|---|---|---|---|---|---|---|
| | | | | May 1 | June 15 | September 15 | January 15 |
| on or before April 15th | 4 | May 1, 2005 | 1 | 25% | 25% | 25% | 25% |
| after April 15th and before June 2nd | 3 | June 15, 2005 | 2 | . . . . . . . | 33 1/3% | 33 1/3% | 33 1/3% |
| after June 1st and before Sept. 2nd | 2 | Sept. 15, 2005 | 3 | . . . . . . . | . . . . . . . | 50% | 50% |
| after Sept. 1st and before Dec. 31st | 1 | Jan. 15, 2006 | 4 | . . . . . . . | . . . . . . . | . . . . . . . | 100% |

1062    4B5620 2.000

---

### 2005 FORM 760ES - Voucher    1
(DOC ID 762)
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

First time filers or address change check here

LOCALITY NO.    FOR OFFICE USE

810

DUE DATE: 05/02/05

### Amount of payment

NONE



Your account number          Spouse's account number

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

Make your check or money order payable to the Treasurer of the city or county in which you live.
If this is your first payment for this taxable year, CHECK BOX and mail payment to your Commissioner of the Revenue, Director of Finance or Director of Tax Administration. Mail all other vouchers to the Treasurer.

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
Do not write below this line.

Daytime Phone Number          7574608625

1062     4B5621 1.000

## 2005 FORM 760ES - Voucher    2
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

DUE DATE:    06/15/05

First time filers or address
change check here

LOCALITY NO.
810

FOR OFFICE USE

### Amount of payment
NONE

Your account number          Spouse's account number

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

Make your check or money order payable to the
Treasurer of the city or county in which you live.
**If this is your first payment for this taxable year, CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Admin-
istration. Mail all other vouchers to the Treasurer.**

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
                    Do not write below this line.

Daytime Phone Number          7574608625

1062      4B5621 1.000

## 2005 FORM 760ES - Voucher     3
(DOC ID 762)
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

DUE DATE:    09/15/05

First time filers or address
change check here

LOCALITY NO.

810

FOR OFFICE USE

### Amount of payment
3046.

Your account number          Spouse's account number

Make your check or money order payable to the
Treasurer of the city or county in which you live.
**If this is your first payment for this taxable year, CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Admin-
istration. Mail all other vouchers to the Treasurer.**

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
Do not write below this line.

Daytime Phone Number       7574608625

1062    4B5621 1.000

**2005 FORM 760ES - Voucher** 4
(DOC ID 762)
VIRGINIA ESTIMATED INCOME TAX PAYMENT
VOUCHER FOR INDIVIDUALS, ESTATES & TRUSTS

DUE DATE:    01/17/06

First time filers or address
change check here

LOCALITY NO.

810

FOR OFFICE USE

**Amount of payment**

3330.



Your account number          Spouse's account number

ANDREW COHEN & RITA COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH, VA 23455

Make your check or money order payable to the
Treasurer of the city or county in which you live.
**If this is your first payment for this taxable year, CHECK
BOX and mail payment to your Commissioner of the
Revenue, Director of Finance or Director of Tax Admin-
istration. Mail all other vouchers to the Treasurer.**

FISCAL YEAR FILERS: BEGINNING MONTH:
Check here if filing for an estate or trust.
        Do not write below this line.

Daytime Phone Number         7574608625

## 2005 ESTIMATED INCOME TAX WORKSHEET
### For Estates and Trusts

| | | |
|---|---|---|
| 1 | Expected federal taxable income of the estate or trust . . . . . . . . . . . . . . . . . . . | 1 |
| 2 | Fiduciary's share of Virginia modifications . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Estimated Virginia taxable income (line 1 less line 2) . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Virginia income tax for amount on line 3 (See Section III) . . . . . . . . . . . . . . . . | 4 |
| 5 | Tax credits (See Section III) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| 6 | ESTIMATE OF THE FIDUCIARY OR ESTATE INCOME TAX (line 4 less line 5) . . . . . . . . . . . . | 6 |

See Section I on page 1 to see if you meet the estimated tax filing requirements. If you do, enter the result of line 6 above on line 11 of the estimated income tax worksheet on page 3, then complete the rest of the worksheet to determine the amount of your installment payment.

**IMPORTANT:**   Before filing the estimated income tax voucher, verify that the federal employer identification number of the estate or trust is in the "Your Social Security Number or FEIN" block. **Do not enter a social security number.**

## 2005 ESTIMATED TAX PAYMENT RECORD

| PAYMENT MADE WITH | DATE | CHECK OR MONEY ORDER NO. | CHECK OR MONEY ORDER PAYMENT AMOUNT | OVERPAYMENT CREDIT APPLIED | TOTAL AMOUNT PAID |
|---|---|---|---|---|---|
| VOUCHER 1 | | | NONE | 3,330. | 3,330. |
| VOUCHER 2 | | | NONE | 3,330. | 3,330. |
| VOUCHER 3 | | | 3,046. | 284. | 3,330. |
| VOUCHER 4 | | | 3,330. | | 3,330. |
| TOTALS | | | 6,376. | 6,944. | 13,320. |

1062

4B5603 1.000




**VA760CG** - Tax Year **2004**
Individual Income Tax Return

ANDREW          COHEN
RITA            COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH        VA    23455

| | | | | | |
|---|---|---|---|---|---|
| Filing Status: | 2 | Head of Household: | | | |

| | | | | |
|---|---|---|---|---|
| Name or Filing Change: | | Accelerated Refund: | | |

Address Change:

Virginia Return Not Filed Last Year:

Amended:          NOL:

Locality: •    810

| Exemptions | 65 and over | Blind | Dependents | Total |
|---|---|---|---|---|
| Yourself | 1 | | 2 | 4 |
| Spouse | 1 | | | |

Your SSN    COHE •

Spouse's SSN    COHE •

Vendor ID: •    1062

| | | |
|---|---|---|
| 1. Fed Adj Gross Income | • | 332102. |
| 2. Additions, see pg 2, line 3 | • | |
| 3. Subtotal | | 332102. |
| 4a. Age Deduction - You | • | |
| 4b. Age Deduction - Spouse | • | |
| 5. Soc Sec & Tier 1 Railroad | • | |
| 6. State Inc Tax Overpayment | • | 1678. |
| 7. Other Subtractions, see pg 2, line 7 | | 8000. |
| 8. Subtotal Subtractions | | 9678. |
| 9. Total VAGI | | 322424. |
| 10a. Federal Sch. A Itemized Deductions | | 53182. |
| 10b. State/Local Income Tax | • | 6104. |
| 10. Deductions | • | 47078. |
| 11. Exemptions | | 3200. |
| 12. Child/Dependent Care | • | |
| 13. Subtotal | | 50278. |
| 14. VA Taxable Income | | 272146. |
| 15. Tax Amt. | | 15391. |
| 16. Spouse Tax Adjustment | • | |

| | | |
|---|---|---|
| 16a. Your VAGI | • | 341261. |
| 16b. Spouse's VAGI | • | -18837. |
| 17. Net Tax | | 15391. |
| 18a. Your Withholding | • | 316. |
| 18b. Spouse's Withholding | • | |
| 19. Estimated Payments | • | 6628. |
| 20. Extension Payments | • | |
| 21. Credit for Low Income | • | |
| 22. Credit tax paid another state | • | |
| 23. Other Credits | • | 15391. |
| 24. Total Payments /Credits | | 22335. |
| 25. Tax you Owe | • | |
| 26. Overpayment Amount | • | 6944. |
| 27. Amount to Credit to Next Year's Tax | | 6944. |
| 28. Adjustments/Contributions | • | |

**Amount You Owe:**
Paid by Credit Card    •
(Enter X)

**Refund:**    • ★

Bank Routing Number    •

Bank Account Number    •

__LAR    __DLAR    __LTD $ _____    _____    Office Use:    TP FC TA TD

1062
4B5611 2.000

## VA760CG Page 2 - Year 2004

ANDREW          COHEN

### ADDITIONAL FILING INFORMATION

Farming/Fishing,
Merchant Seaman:

Coalfield
Enhancement

Taxpayer
Deceased:

Fixed Date
Conformity:

Dependent on
another's return:

Overseas
when due:

Preparer Info          541921942                      2  ● ●

Phone
You                    7574608625                         ● ●

Spouse                                                    ●

### Additions - SCH ADJ/CG - Part 1

1.  Interest on obligations
    of other state
2.  Other Additions:
    a.  Fixed Date Conformity                      ●

    b.

    c.

3.  Total Additions:

### Subtractions

4.  Income from obligations
    or securities of the U.S.                      ●
5.  Disability Income
    reported as wages                              ●

6.  Other:
    a.  Fixed Date Conformity                      ●

    b.      ●    00       ●        8000.

    c.      ●              ●
        SEE STATEMENT 2
    d.      ●              ●

7.  Total Subtractions:                            8000.

Dept of Taxation can dicuss
my return with my preparer.                        X

I (We), the undersigned, declare under penalty of law that I (we) have examined this
return and to the best of my (our) knowledge, it is a true, correct and complete return.

### SUMMARY OF ADJUSTMENTS (from SCH ADJ/CG Part 2)

Total Additions, Penalty and Interest

Addition from 760C OR 760F

Consumer's Use Tax

Total Voluntary Contributions

Spouse's Name - Filing Status 3 Only

### Tax Credit for Low Income Individuals

8.  Exemption Information          Social Security          VAGI
                                   Number

    a.
    b.
    c.
    d.
    e.
    f.

    g.  Total Family VAGI                          ●

9.  Total Exemptions                               ●

10. Exemption total on this return

11. Line 10 multiplied by $300

12. Credit (Lesser of Line 11
    above or Page 1, Line 17)

### AGE DEDUCTION DETAILS

You

Spouse

### PAID TAX PREPARER INFORMATION

Tax Preparer FEIN/PTIN/SSN

Filing Election                                    2

Preparer Phone Number                  7576407190

Your Signature _____ Date _____

Spouse's Signature _____ Date _____

*File by May 2, 2005*

Preparer
Signature _____ Date _____

MCPHILLIPS, ROBERTS & DEANS, PLC
150 BOUSH STREET, SUITE 1100
NORFOLK, VA 23510

4B5612 2.000    1062

ANDREW              COHEN

**Credit for Tax Paid to Another State**

Border State Rule

13a. Enter the filing status claimed on the
     other state's tax return.

13b. Enter the number below to identify the
     person claiming the credit
     1. You  2. Spouse  3. Joint

13. Qualifying taxable income on which
    the other state's tax is based

14. Virginia Taxable Income

15. Qualifying tax owed to the other
    state
    a.  Name of state:

16. Virginia Income Tax

17. Income percentage

18. Virginia Income Tax multiplied
    by Income percentage

19. Credit Allowed

**Adjustments to Amount of Tax**

20. Addition to Tax
    a.  Addition from Form 760C

    b.  Addition from Form 760F

21. Penalty
    a.  Late Filing Penalty

    b.  Extension Penalty

22. Interest

23. Consumer's Use Tax

24. Voluntary Contributions
    from overpaid taxes

    a.

    b.

25. Other Voluntary Contributions

    a.

    b.

School Foundation Contributions

    c.

    d.

26. Total Adjustments

**Amended Returns**

27. Amount paid with original
    return, plus additional tax
    paid after it was filed

28. Add line 27 from above
    and line 24 from Form 760,
    enter here

29. Overpayment, if any, as
    shown on original return
    or as previously adjusted

30. Subtract line 29 from line 28

31. Tax You Owe

32. Tax You Overpaid

**Credit for Political Contributions
From Part XXIII, of Schedule CR**

105. Enter 50% of the amount of eligible
     political contributions

106. Credit allowable this year

     If the Credit for Political Contributions is the **ONLY**
     credit claimed on Schedule CR, you are not required
     to send the Schedule CR with your return.

**AVOID DELAYS.** If this schedule contains return information always submit with your return.

**2004** Virginia Schedule FED

ANDREW          COHEN
RITA            COHEN
3940 MEETING HOUSE ROAD

VIRGINIA BEACH          23455                    810

### SCHEDULE C, SCHEDULE C-EZ and/or SCHEDULE F INFORMATION

| | | |
|---|---|---|
| 1.  Schedule Name | **First Schedule Info.**   C | **Second Schedule Info.**   C |

2.  Gross Receipts or Sales                    NONE
3.  Depreciation /
expense deduction

4.  Business Activity Code        711510                    236100

5.  Business Locality Code

6.  Car and truck expenses        1491.

7.  Inventory at end of year                       1899064.
8.  Number of miles you used your
vehicle for: **Business**           3975
9.  Number of miles you used your
vehicle for: **Commuting**
10. Number of miles you used your
vehicle for: **Other**              7025

### SCHEDULE 2106 and/or SCHEDULE 2106-EZ  INFORMATION

11. Number of miles you used your
vehicle for: **Business**           3975
12. Number of miles you used your
vehicle for: **Commuting**

13. Number of miles you used your
    vehicle for: **Other**          7025
14. Percent of business use of
vehicle: **Vehicle 1**              3614
15. Percent of business use of
vehicle: **Vehicle 2**

### SCHEDULE 4562 INFORMATION

16. Property Used more than 50%
in a qualified business use:
    Type of property

17. Date placed in service
18. Business/investment
use percentage

19. Cost or other basis

20. Depreciation deduction

21. Elected section 179 cost

22. Business Locality Code

1062
4B5624 3.000
TD5204 2YVG 03/01/2005 13:09:59 V04-4.3  7444



# 2004
# Schedule CR
**CREDIT COMPUTATION SCHEDULE - See Page 6 for required attachments.**
Attach this to your return. See instructions for other required attachments.

### ANDREW COHEN & RITA COHEN
**PART I - MAXIMUM NONREFUNDABLE CREDITS**

1    Enter the total tax computed on your return less the total of Spouse Tax Adjustment, Credit for
Low Income Families and Credit for Tax Paid to Another State. The maximum nonrefundable
credits allowable on line 107 of Schedule CR may not exceed this amount . . . . . . . . . . . . 1    **15391.**

**PART II - ENTERPRISE ZONE ACT CREDIT**

2    **Credit allowable this year from Form 301** (attach Form 301) . . . . . . . . . . . . . 2

**PART III - NEIGHBORHOOD ASSISTANCE ACT CREDIT**

3    Authorized amount of Neighborhood Assistance Act Credit . . . . . . . . 3 _____

4    Carryover credit from prior year(s) [attach computation] . . . . 4 _____

5    Add line 3 and line 4 . . . . . . . . . . . . . . . 5 _____

6    **Credit allowable this year:** Line 5 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . . . . 6

7    Carryover credit for 2005: Line 5 less line 6 (applicable only if within
5 year carryover period) . . . . . . . . . . . . . . . 7 _____

**PART IV - RECYCLABLE MATERIALS PROCESSING EQUIPMENT CREDIT**

8    Enter 10% of qualifying recyclable equipment cost . . . . . . . . 8 _____

9    Carryover credit from prior year(s) [attach computation] . . . . . . 9 _____

10    Add line 8 and line 9 . . . . . . . . . . . . . . . 10 _____

11    Enter 40% of tax per return . . . . . . . . . . . . . . . 11 _____

12    Maximum recyclable materials processing equipment credit.
Line 10 or line 11, whichever is less . . . . . . . . . . . 12 _____

13    **Credit allowable this year:** Line 12 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . . . . 13

14    Carryover credit for 2005: Line 10 less line 13 (applicable only if within
10 year carryover period) . . . . . . . . . . . . . . . 14 _____

**PART V - CONSERVATION TILLAGE EQUIPMENT CREDIT**

15    Enter 25% of qualifying property cost or $2,500, whichever is less . . . 15 _____

16    Carryover credit from prior year(s) [attach computation] . . . . . 16 _____

17    Add line 15 and line 16 . . . . . . . . . . . . . . . 17 _____

18    **Credit allowable this year:** Line 17 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . . . . 18

19    Carryover credit for 2005: Line 17 less line 18 (applicable only if
within 5 year carryover period) . . . . . . . . . . . . . . . 19 _____

**PART VI - FERTILIZER AND PESTICIDE APPLICATION EQUIPMENT CREDIT**

20    Enter 25% of current qualifying equipment cost or $3,750,
whichever is less . . . . . . . . . . . . . . . 20 _____

21    Carryover credit from prior year(s) [attach computation] . . . . 21 _____

22    Add line 20 and line 21 . . . . . . . . . . . . . . . 22 _____

23    **Credit allowable this year:** Line 22 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . . . . 23

24    Carryover credit for 2005: Line 22 less line 23 (applicable only if
within 5 year carryover period) . . . . . . . . . . . . . . . 24 _____

**PART VII - RENT REDUCTION PROGRAM CREDIT**

25    Enter 50% of qualifying rent reductions . . . . . . . . 25 _____

26    Carryover credit from prior year(s) [attach computation] . . . . 26 _____

27    Add line 25 and line 26 . . . . . . . . . . . . . . . 27 _____

28    **Credit allowable this year:** Line 27 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . . . . 28

29    Carryover credit for 2005: line 27 less line 28 (applicable only if
within 5 year carryover period) . . . . . . . . . . . . . . . 29 _____

1062
4B5639 1.000

Schedule CR  (2004) page 2

See Page 6 for required attachments.

ANDREW  COHEN  &  RITA  COHEN

## PART VIII - VEHICLE EMISSIONS TESTING EQUIPMENT, CLEAN-FUEL VEHICLE AND CERTAIN REFUELING PROPERTY CREDITS

### Clean-fuel vehicle, certain refueling property and qualified electric vehicle credit

| | | | |
|---|---|---|---|
| 30a | **Hybrid vehicle -** Enter 10% of the deduction claimed on your 2004 | | make |
| | federal return for a hybrid vehicle, not to exceed $150 . . . . . . . . 30a _____ | | & model: _____ |
| 30b | **Qualifying Electric Vehicle -** Enter 10% of the cost used to | | |
| | compute the under IRC § 30 for qualified electric vehicles . . . . . 30b _____ | | |
| 30c | **Clean fuel & certain refueling property -** Enter 10% of the federal | | |
| | § 179A deduction for clean fuel and certain refueling properties . . . 30c _____ | | |
| 31 | Carryover credit from prior year(s) [attach computation] . . . . . . . 31 _____ | | |
| 32 | Add lines 30a, 30b, 30c and line 31 . . . . . . . . . . . . . . . . 32 _____ | | |
| 33 | Line 32 or balance of maximum credit available, whichever is less . . . . . . . . . . . . . . . .33 _____ | | ★ |
| 34 | Carryover credit for 2005: Line 32 less line 33 (applicable only if | | |
| | within 5 year carryover period) . . . . . . . . . . . . . . . 34 _____ | | |

### Vehicle emissions testing equipment credit

| | | | |
|---|---|---|---|
| 35 | Enter 20% of the purchase or lease price paid during the year for | | |
| | qualified vehicle emissions testing equipment . . . . . . . . . 35 _____ | | |
| 36 | Carryover credit from prior year(s) [attach computation] . . . . . . . 36 _____ | | |
| 37 | Add line 35 and line 36 . . . . . . . . . . . . . . . . . . . 37 _____ | | |
| 38 | Enter the amount from line 37 or the balance of maximum credit | | |
| | available, whichever is less . . . . . . . . . . . . . . . . .38 _____ | | ★ |
| 39 | Carryover credit for 2005: Line 37 less line 38 (only if within | | |
| | 5 year carryover period) . . . . . . . . . . . . . . . 39 _____ | | |

## PART IX -  MAJOR BUSINESS FACILITY JOB TAX CREDIT

| | | | |
|---|---|---|---|
| 40 | **Credit allowable this year from Form 304** (attach Form 304) . . . . . . . . . . . . . . . 40 _____ | | ★ |
| 41 | Carryover credit for 2005. Compute on Form 304 if within the 10 year | | |
| | carryover period . . . . . . . . . . . . . . . . . . . 41 _____ | | |

## PART X -  FOREIGN SOURCE RETIREMENT INCOME TAX CREDIT

| | | | |
|---|---|---|---|
| 42 | Qualifying taxable income on which the tax in the foreign | | |
| | country is based . . . . . . . . . . . . . . . . . . . 42 _____ | | |
| 43 | Virginia taxable income. Enter amount from line 14 of | | |
| | Form 760, or line 15 of Form 760PY . . . . . . . . . . . . . 43 __272146.__ | | |
| 44 | Qualifying tax paid to the foreign country. | | |
| | Enter name of country: _____ . . . . . 44 _____ | | |
| 45 | Virginia income tax. Line 17 of Form 760 or line 17 of Form 760PY . . . . 45 __15391.__ | | |
| 46 | Income percentage. Divide line 42 by line 43. Compute to one decimal | | |
| | place, not to exceed 100%. For example, 0.3163 becomes 31.6% . . . 46 _____ | | |
| 47 | Multiply line 45 by line 46 . . . . . . . . . . . . . . . . 47 _____ | | |
| 48 | **Credit allowable this year:** Enter the lesser of line 44 or line 47, | | |
| | not to exceed the balance of maximum credit available . . . . . . . . 48 _____ | | ★ |

## PART XI -  HISTORIC REHABILITATION TAX CREDIT

| | | | |
|---|---|---|---|
| 49 | Enter the amount of eligible expenses (attach certificate) . . . . . . 49 _____ | | |
| 50 | Multiply the amount on line 49 by 25% . . . . . . . . . . 50 _____ | | |
| 51 | Carryover credit from prior year(s) [attach computation] . . . . . . . 51 _____ | | |
| 52 | Add line 50 and line 51 . . . . . . . . . . . . . . . . 52 _____ | | |
| 53 | **Credit allowable this year:** Enter the amount from line 52 or the | | |
| | balance of maximum credit available, whichever is less . . . . . . . . . 53 _____ | | ★ |
| 54 | Carryover credit for 2005: Line 52 less | | |
| | line 53. (10 year carryover period) . . . . . . . . . . . . . 54 _____ | | |

1062
4B5640 1.000

TD5204  2YVG  03/01/2005  13:09:59  V04-4.3   7444

Schedule CR  (2004) page 3

See Page 6 for required attachments.



**ANDREW COHEN & RITA COHEN**

**PART XII - DAY-CARE FACILITY INVESTMENT TAX CREDIT**

55    Enter 25% of eligible expenses, not to
      exceed $25,000 . . . . . . . . . . . . . . . . .  55 _____

56    Carryover credit from prior year(s)
      [attach computation]  . . . . . . . . . . . . .  56 _____

57    Add line 55 and line 56  . . . . . . . . . . . .  57 _____

58    **Credit allowable this year:** Enter the amount from line 57 or the
      balance of maximum credit available, whichever is less . . . . . . . . . . . . . .  58 _____   ★

59    Carryover credit for 2005: Line 57 less line 58.
      (3 year carryover period. See instructions for limitations) . . . . .  59 _____

**PART XIII - LOW-INCOME HOUSING CREDIT**

60    Enter allowable credit (attach certification form) . . . . . . .  60 _____

60a   Carryover credit from prior year(s) [attach computation] . . . .  60a _____

60b   Add line 60 and line 60a . . . . . . . . . . . . . . . . .  60b _____

61    **Credit allowable this year:** Enter amount from line 60b or
      the balance of maximum credit available, whichever is less . . . . . . . . . . . . . .  61 _____   ★

62    Carryover credit for 2005: Line 60b less line 61
      (5 year carryover period) . . . . . . . . . . . .  62 _____

**PART XIV - AGRICULTURAL BEST MANAGEMENT PRACTICES TAX CREDIT**

63    Enter 25% of qualified expenditures, not to
      exceed $17,500 (attach certificate) . . . . . . . . .  63 _____

64    Carryover credit from prior year(s) [attach computation] . . . .  64 _____

65    Add line 63 and line 64 . . . . . . . . . . . .  65 _____

66    **Credit allowable this year:** Enter amount from line 65 or the
      balance of maximum credit available, whichever is less . . . . . . . . . . . . . .  66 _____   ★

67    Carryover credit for 2005: Line 65 less line 66.
      (5 year carryover period.) . . . . . . . . . . . .  67 _____

**PART XV - QUALIFIED EQUITY AND SUBORDINATED DEBT INVESTMENTS TAX CREDIT**

68    Enter the amount of qualified equity and subordinated debt
      investments tax credit authorized by the
      Virginia Department of Taxation . . . . . . . .  68 ____17500.____

69    Carryover credit from prior year(s) [attach computation] . . . . .  69 _____

70    Add line 68 and line 69 . . . . . . . . . . . .  70 ____17500.____

71    **Credit allowable this year:** Enter the amount on line 70 or the
      balance of maximum credit available, whichever is less . . . . . . . . . . . .  71 _____       15391. ●

72    Carryover credit for 2005: Line 70 less line 71
      (15 year carryover period) . . . . . . . . . . . .  72 ____2109.____

**PART XVI - WORKER RETRAINING TAX CREDIT**

73    Enter amount of worker retraining tax credit authorized by the
      Virginia Department of Taxation. . . . . . . . .  73 _____

74    Carryover credit from prior year(s) [attach computation] . . . . .  74 _____

75    Add line 73 and line 74 . . . . . . . . . . . .  75 _____

76    **Credit allowable this year:** Enter the amount from line 75 or the
      balance of maximum credit available, whichever is less . . . . . . . . . . . .  76 _____   ●

77    Carryover credit for 2005: Line 75 less line 76
      (3 year carryover period) . . . . . . . . . . . .  77 _____

**PART XVII - WASTE MOTOR OIL BURNING EQUIPMENT CREDIT**

78    Enter 50% of the purchase price paid during the taxable year for equip-
      ment used exclusively for burning waste motor oil at your facility .  78 _____

79    **Credit allowable this year:** Enter the amount from line 78, up to
      $5,000 not to exceed balance of maximum credit available . . . . . . . . . . . . .  79 _____   ★

1062
4B5641 1.000

Schedule CR  (2004) page 4

See Page 6 for required attachments.



**ANDREW COHEN & RITA COHEN**

PART XVIII -  CREDIT FOR EMPLOYERS HIRING RECIPIENTS OF TEMPORARY ASSISTANCE
FOR NEEDY FAMILIES

80    **NOT FUNDED FOR 2004**

       80  XXXXXXXXXXXXX

81    Carryover credit from prior year(s) [attach computation] . . . . .  81 _____

82    Add line 80 and line 81 . . . . . . . . . . . . . . . .  82 _____

83    **Credit allowable this year:**  Enter amount from line 82 or balance

of maximum credit available, whichever is less . . . . . . . . . . . . . . . .  83 _____

84    Carryover credit for 2005: Line 82 less line 83

(3 year carryover period) . . . . . . . . . . . . . . . .  84 _____

## PART XIX - CREDIT FOR EMPLOYERS OF DISABLED INDIVIDUALS

85    **EXPIRED 12/31/2002**

       85  XXXXXXXXXXXXX

86    Carryover credit from prior year(s) [attach computation] . . . . .  86 _____

87    Add line 85 and line 86 . . . . . . . . . . . . . . . .  87 _____

88    **Credit allowable this year:**  Enter the amount from line 87 or the

balance of maximum credit available, whichever is less . . . . . . . . . . .  88 _____

89    Carryover credit for 2005: Line 87 less line 88.

(1 year carryover period) . . . . . . . . . . . . . . . .  89 _____

## PART XX - HOME ACCESSIBILITY FEATURES FOR THE DISABLED TAX CREDIT

90    Enter the amount of the Home Accessibility Features for the Disabled

tax credit authorized by the Virginia Department of Taxation . . .  90 _____

91    Carryover credit from prior year(s) [attach computation] . . . . .  91 _____

92    Add line 90 and line 91 . . . . . . . . . . . . . . . .  92 _____

93    **Credit allowable this year:**  Enter the amount on line 92

or the balance of maximum credit available, whichever is less . . . . . . . . . . . .  93 _____

94    Carryover credit for 2005: line 92 less line 93

(5 year carryover period) . . . . . . . . . . . . . . . .  94 _____

## PART XXI - RIPARIAN WATERWAY BUFFER CREDIT

95    Enter the amount of Riparian Waterway Buffer tax credit

authorized by the Virginia Department of Forestry (attach

certification) . . . . . . . . . . . . . . . .  95 _____

96    Carryover credit from prior year(s) [attach computation] . . . . .  96 _____

97    Add line 95 and line 96 . . . . . . . . . . . . . . . .  97 _____

98    **Credit allowable this year:**  Enter the amount on line 97

or the balance of maximum credit available, whichever is less . . . . . . . . . . .  98 _____

99    Carryover credit for 2005: Line 97 less line 98

(5 year carryover period) . . . . . . . . . . . . . . . .  99 _____

## PART XXII - LAND PRESERVATION TAX CREDIT

100    Enter the credit amount originating in 2004 or the amount of

credit transferred to you in 2004 . . . . . . . . . . . . . . . . 100 _____

101    Carryover credit from prior year(s) [attach computation] . . . . . 101 _____

101a    Add line 100 and line 101 . . . . . . . . . . . . . . . 101a _____

101b    Enter total credit transferred to others in 2004 . . . . . . . . 101b _____

102    Subtract line 101b from line 101a . . . . . . . . . . . . 102 _____

103    **Credit allowable this year:**  Enter the amount from line 102

or the balance of maximum credit available, whichever is less.

Each credit holder cannot claim more than $100,000 per credit. . . . . . . . . . . . . 103 _____

104    Carryover credit for 2005: line 102 less line 103

(5 year carryover period) . . . . . . . . . . . . . . . . 104 _____

1062
4B5644 1.000

TD5204 2YVG 03/01/2005 13:09:59 V04-4.3  7444

Schedule CR  (2004) page 5

See Page 6 for required attachments.

ANDREW COHEN & RITA COHEN

### PART XXIII - POLITICAL CONTRIBUTIONS CREDIT

105    Enter 50% of the amount of eligible political contributions subject to

a limit of $25 for individuals or $50 for married filing jointly  · · 105 _____

106    **Credit allowable this year:** Enter the amount on line 105

or the balance of maximum credit available, whichever is less . . . . . . . . . . . 106

### PART XXIV - TOTAL NONREFUNDABLE CREDITS

107    Add lines 2, 6, 13, 18, 23, 28, 33, 38, 40, 48, 53,

58, 61, 66, 71, 76, 79, 83, 88, 93, 98, 103, and 106. If this

amount is larger than the amount on line 1, you have

claimed excessive nonrefundable credits. . . . . . . . . . . . . . . . . . . . 107     15391.

### PART XXV - COALFIELD EMPLOYMENT ENHANCEMENT TAX CREDIT

108    Enter 100% of the coalfield employment enhancement tax credit

from line 11 of your 2001 Form 306 . . . . . . . . . . . . . . . 108

109    Full credit: Enter amount from your 2004 Form 306, line 12 . . . . . . . . . 109

110    Excess credit: Enter amount from your 2004 Form 306, line 13 . . . . . . . . 110

111    Total 2001 coalfield employment enhancement tax credit

allowable this year: Add line 109 and line 110 . . . . . . . . . . . . . . . . 111

112    2004 coalfield employment enhancement tax credit earned to

be used when completing your 2007 return:

Enter the amount from your 2004 Form 306, line 11 . . . . . . . . . . . . . 112

### PART XXVI - TOTAL REFUNDABLE CREDITS

113    Refundable real property enterprise zone act credit

from Form 301 . . . . . . . . . . . . . . . . . . . . . . . . . . 113

114    Refundable total coalfield employment enhancement

tax credit from line 111 . . . . . . . . . . . . . . . . . . . . . 114

115    Enter the total of line 113 and line 114 . . . . . . . . . . . . . . . 115

### PART XXVII - TOTAL CURRENT YEAR CREDITS

116    Total credits allowable this year. Enter the total of line 107

and line 115 here and on line 23 of form 760, line 18g of form 760PY or

line 19g of form 763 . . . . . . . . . . . . . . . . . . . . . 116     15391.

1062
4B5645 1.000

TD5204  2YVG 03/01/2005 13:09:59 V04-4.3   7444

**2004** Virginia Schedule INC/CG
Report all W2's and 1099's with Virginia Withholding

ANDREW        COHEN

RITA          COHEN

| Your/ Spouse SSN | You/ Spouse | Virginia Withholding | Employer FEIN | Virginia Account Number | Virginia Wages, tips, other comp. |
|---|---|---|---|---|---|
| ██████ | 1 | 3. | ██████ | ██████ | 1110. |
| | 1 | 313. | | | 7654. |
| | 2 | | | | 150. |

| Total Virginia Withholding: | SSN | VA Withholding |
|---|---|---|
| YOU | ██████ | 316. |
| SPOUSE | | |

TOTAL NUMBER OF W2'S AND 1099'S          04

**AVOID DELAYS** in processing your return! Be sure to enter all information including Employer's FEIN.

**2004**

ANDREW COHEN & RITA COHEN

COHEN

**Description of Property**

ANDREW'S DREAMLAND,LLC

| Asset description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduction in basis | ITC reduction in basis | Basis for depreciation | Accumulated depreciation | Ending Accumulated depreciation | Method | Conv. | Life | ACRS class | M A CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 08/18/2003 | 170. | 100.0000 | | | 170. | 11. | 45. | SL | | 5.000 | | | | 34. |
| LOAN COSTS | 08/19/2003 | 3,771. | 100.0000 | | | 3,771. | 251. | 1,005. | SL | | 5.000 | | | | 754. |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . .** | | 3,941. | | | | 3,941. | 262. | 1,050. | | | | | | | |

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**2004**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| RITA COHEN | ▮▮▮▮▮▮ |

| A | Principal business or profession, including product or service (see page C-2 of the instructions)<br>INDEPENDENT ARTISTS, WRITERS, PERFORMERS | B | Enter code from pages C-7, 8, & 9<br>▶   711510 |
|---|---|---|---|

| C | Business name. If no separate business name, leave blank.<br>RITA A. COHEN | D | Employer ID number (EIN), if any |
|---|---|---|---|

E   Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD
   City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455

F   Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses . . . . [X] Yes   ☐ No

H   If you started or acquired this business during 2004, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part I   Income**

| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . ▶ ☐ | 1 | NONE |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | NONE |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | NONE |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | NONE |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . . . . . | 8 | | | 19 | Pension and profit-sharing plans . . . | 19 | |
|---|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses<br>(see page C-3) . STMT 3 . . . | 9 | 1,491. | | 20 | Rent or lease (see page C-5): | | |
| | | | | | a | Vehicles, machinery, and equipment . . | 20a | |
| 10 | Commissions and fees . . . . | 10 | | | b | Other business property . . . . . . | 20b | |
| 11 | Contract labor<br>(see page C-4) . . . . . . . | 11 | | | 21 | Repairs and maintenance . . . . . . | 21 | |
| 12 | Depletion . . . . . . . . . | 12 | | | 22 | Supplies (not included in Part III) . . . | 22 | |
| 13 | Depreciation and section 179<br>expense deduction (not included<br>in Part III) (see page C-4) . . | 13 | | | 23 | Taxes and licenses . . . . . . . . | 23 | |
| | | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | | a | Travel . . . . . . . . . . . . . | 24a | 5,024. |
| 14 | Employee benefit programs<br>(other than on line 19) . . . | 14 | | | b | Meals and<br>entertainment . . . . 117. | | |
| 15 | Insurance (other than health) . | 15 | | | c | Enter nondeduct-<br>ible amount in-<br>cluded on line 24b<br>(see page C-5) . . . 59. | | |
| 16 | Interest: | | | | d | Subtract line 24c from line 24b . . . | 24d | 58. |
| a | Mortgage (paid to banks, etc.) | 16a | | | 25 | Utilities . . . . . . . . . . . | 25 | |
| b | Other . . . . . . . . . | 16b | | | 26 | Wages (less employment credits) . . . | 26 | |
| 17 | Legal and professional<br>services . . . . . . . . . | 17 | | | 27 | Other expenses (from line 48 on<br>page 2) . . . . . . . . . . . . | 27 | 5,637. |
| 18 | Office expense . . . . . . . | 18 | | | | | | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . ▶ | 28 | 12,210. |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | 29 | -12,210. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | -12,210. |

| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach Form 6198. | 32a [X] All investment is at risk.<br>32b ☐ Some investment is not<br>at risk. |
|---|---|---|

For Paperwork Reduction Act Notice, see Form 1040 instructions.                 Schedule C (Form 1040) 2004

JSA
4X0110 3.000

Schedule C (Form 1040) 2004    RITA COHEN    Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-6) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** | Materials and supplies | **38** | |
| **39** | Other costs | **39** | |
| **40** | Add lines 35 through 39 | **40** | |
| **41** | Inventory at end of year | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | **42** | |

**Part IV**  **Information on Your Vehicle. Complete this part only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

  a Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No
  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| AUDITION EXPENSES | 220. |
| VOICE TRAINING | 730. |
| SHEET MUSIC | 449. |
| COSTUMES | 2,325. |
| MISCELLANEOUS | 465. |
| MAKE UP AND HAIR | 1,132. |
| PICTURES | 26. |
| PIANO ACCOMPANIEST | 290. |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . **48** | 5,637. |

Schedule C (Form 1040) 2004

JSA
4X0120 2.000
SUPPLEMENT TO VIRGINIA

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2004**

Attachment
Sequence No. **09**

Name of proprietor: ANDREW COHEN

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
RESIDENTIAL BUILDING CONSTRUCTION

**B** Enter code from pages C-7, 8, & 9
▶ **236100**

**C** Business name. If no separate business name, leave blank.
ANDREW'S DREAMLAND,LLC

**D** Employer ID number (EIN), if any
61-1441435

**E** Business address (including suite or room no.) ▶ 3940 MEETING HOUSE DRIVE
City, town or post office, state, and ZIP code    VIRGINIA BEACH, VA. 23455

**F** Accounting method: (1) [X] Cash    (2) [ ] Accrual    (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses . . . . [X] Yes    [ ] No

**H** If you started or acquired this business during 2004, check here . . . . . . . . . . . . . . . . . . . ▶ [ ]

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 |
| 9 | Car and truck expenses (see page C-3) | 9 | | 20 | Rent or lease (see page C-5): | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 |
| | | | | 23 | Taxes and licenses | 23 | 50. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | |
| 15 | Insurance (other than health) | 15 | | a | Travel | 24a |
| 16 | Interest: | | | b | Meals and entertainment | |
| a | Mortgage (paid to banks, etc.) | 16a | | c | Enter nondeduct- ible amount in- cluded on line 24b (see page C-5) | |
| b | Other | 16b | | d | Subtract line 24c from line 24b | 24d |
| 17 | Legal and professional services | 17 | 890. | 25 | Utilities | 25 |
| | | | | 26 | Wages (less employment credits) | 26 |
| 18 | Office expense | 18 | 170. | 27 | Other expenses (from line 48 on page 2) | 27 | 1,523. |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 2,633. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -2,633. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 31 | -2,633. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 32a [X] All investment is at risk. | |
| | • If you checked 32b, you **must** attach Form 6198. | 32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule C (Form 1040) 2004

JSA
4X0110 3.000

Schedule C (Form 1040) 2004  ANDREW COHEN                                                                                           Page 2

## Part III   Cost of Goods Sold (see page C-6)

**33** Method(s) used to value closing inventory:   a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [X] No

| | | | |
|---|---|---|---:|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | 35 | 1,388,351. |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . | 36 | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . | 37 | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| **39** | Other costs                SEE STATEMENT 4 | 39 | 510,713. |
| **40** | Add lines 35 through 39 | 40 | 1,899,064. |
| **41** | Inventory at end of year | 41 | 1,899,064. |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

## Part IV   Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

a Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   b Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [ ] No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [ ] No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [ ] No
**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [ ] No

## Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| CONTINUING EDUCATION | 735. |
| AMORTIZATION | 788. |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---:|
| **48** | Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . | 48 | 1,523. |

Schedule C (Form 1040) 2004

SUPPLEMENT TO VIRGINIA

SUPPLEMENT TO VIRGINIA FORM 760CG
===============================================================================


FEDERAL INCOME AND ADJUSTMENTS INFORMATION
-------------------------------------------

```
WAGES, SALARIES, TIPS, ETC.                              8,914.
TAXABLE INTEREST INCOME                                    467.
DIVIDEND INCOME                                         46,735.
TAXABLE REFUNDS OF STATE & LOCAL INCOME TAX             1,678.
BUSINESS INCOME (LOSS)                                 -14,843.
CAPITAL GAIN (LOSS)                                    295,151.
                                                    ------------
TOTAL INCOME                                           338,102.

IRA DEDUCTION                                            6,000.
                                                    ------------
TOTAL ADJUSTMENTS TO INCOME                              6,000.

FEDERAL ADJUSTED GROSS INCOME                       ------------
(FORM 760, LINE 1)                                    332,102.
                                                    ============
```

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO VIRGINIA FORM 760CG
================================================================================

ADJUSTMENTS TO INCOME
---------------------

OTHER SUBTRACTIONS FROM INCOME
------------------------------
33 VIRGINIA COLLEGE SAVINGS PLAN PAYMENTS                        55000.
33 CARRYOVER TO 2005                                           -51000.
33 VIRGINIA COLLEGE SAVINGS PLAN PAYMENTS                        55000.
33 CARRYOVER TO 2005                                           -51000.
                                                            ------------
    TOTAL                                                        8000.
                                                            ============

STATEMENT  2

TD5204 2YVG 03/01/2005 13:09:59 V04-4.3  7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
===============================================================================

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 9
===========================================
   STANDARD MILEAGE RATE METHOD
   ----------------------------
   BUSINESS NAME:        RITA A. COHEN

                              VEHICLE 1

BUSINESS MILES                            3,975.
                              X      0.375
                              --------------
   STANDARD MILEAGE FOR THIS VEHICLE                    1,491.
                                                     ------------
       TOTAL TO SCHEDULE C, LINE 9                      1,491.
                                                     ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================

OTHER COSTS - SCH. C PART III, LINE 39
=======================================
  BUSINESS NAME:      ANDREW'S DREAMLAND,LLC

  CONSTRUCTION IN PROGRESS                                      475,876.
  CAPITALIZED INTEREST                                           34,837.
                                                             ------------
     TOTAL TO SCHEDULE C, LINE 39                          510,713.
                                                             ============