## McPHILLIPS, ROBERTS & DEANS, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

ANDREW COHEN & RITA COHEN
3750 JEFFERSON BOULEVARD
VIRGINIA BEACH, VA  23455


DEAR ANDREW AND RITA:

ENCLOSED ARE THE ORIGINAL AND ONE COPY OF YOUR 2005 INCOME TAX RETURNS AND
2006 ESTIMATED TAX VOUCHERS AS FOLLOWS...

    2006 1040-ES U.S. ESTIMATED TAX VOUCHERS
    2005 1040 U.S. INDIVIDUAL INCOME TAX RETURN
    2006 VIRGINIA ESTIMATED TAX VOUCHERS
    2005 VIRGINIA INCOME TAX RETURN

THE ORIGINAL OF EACH RETURN SHOULD BE DATED, SIGNED AND FILED IN
ACCORDANCE WITH THE FILING INSTRUCTIONS ATTACHED TO THE COPY OF THE
RETURN.  THE COPY SHOULD BE RETAINED FOR YOUR FILES.

THE RETURNS WERE PREPARED PRIMARILY FROM DATA FURNISHED TO US.
BEFORE SIGNING THE RETURNS, YOU SHOULD REVIEW THE STATED INCOME,
DEDUCTIONS, DEPENDENTS, ETC., TO ENSURE THAT THERE ARE NO OMISSIONS OR
MISSTATEMENTS.

UPON AN AUDIT OF THE RETURNS, REQUESTS MAY BE MADE FOR SUPPORTING
DOCUMENTATION.  THEREFORE, WE RECOMMEND THAT YOU RETAIN ALL PERTINENT
RECORDS.

THE CONTRIBUTION YOU ARE CLAIMING TO YOUR SEP FOR 2005 IS $  42,000.

TO ENSURE THAT YOUR SEP CONTRIBUTION IS DEDUCTIBLE, $  42,000. MUST BE
DEPOSITED TO YOUR ACCOUNT NO LATER THAN APRIL 17, 2006.

THE CONTRIBUTION YOU ARE CLAIMING TO YOUR TRADITIONAL IRA FOR 2005 IS $
4,000.

TO ENSURE THAT YOUR IRA CONTRIBUTION IS ALLOWABLE, $  4,000. MUST BE
DEPOSITED TO YOUR ACCOUNT NO LATER THAN APRIL 17, 2006.

THE CONTRIBUTION YOUR SPOUSE IS CLAIMING TO THEIR TRADITIONAL IRA FOR 2005
IS $  4,000.

PLEASE NOTE THAT IF YOU HAVE CLAIMED AN IRA DEDUCTION IN THE RETURN,
IT MUST BE FULLY FUNDED NO LATER THAN APRIL 17, 2006.  ANY OTHER
PENSION OR PROFIT SHARING CONTRIBUTION MUST BE FULLY FUNDED NO LATER
THAN THE DUE DATE OF THE RETURN INCLUDING EXTENSIONS.

WE SINCERELY APPRECIATE THIS OPPORTUNITY TO SERVE YOU.  PLEASE CONTACT
US IF YOU HAVE ANY QUESTIONS OR IF WE MAY BE OF FURTHER ASSISTANCE.


VERY TRULY YOURS,



R. PAUL SPEECE, CPA

MCPHILLIPS, ROBERTS & DEANS, PLC


ENCLOSURES

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS


```
          ANDREW COHEN & RITA COHEN
          INSTRUCTIONS FOR FILING FORM
                      1040
          U.S. INDIVIDUAL INCOME TAX RETURN FOR 2005
```

SIGNATURE..
    THE ORIGINAL RETURN SHOULD BE SIGNED (USE FULL NAME) AND DATED ON
    PAGE 2 BY THE TAXPAYER AND SPOUSE.

PAYMENT OF TAX..
    A CHECK OR MONEY ORDER PAYABLE TO THE "UNITED STATES TREASURY"
    IN THE AMOUNT OF $246,513. SHOULD BE ENCLOSED WITH THE RETURN.  YOUR
    SOCIAL SECURITY NUMBER AND "2005 FORM 1040" SHOULD BE WRITTEN ON YOUR
    CHECK OR MONEY ORDER.

FILING..
    FILE YOUR SIGNED RETURN BY APRIL 17, 2006 WITH:

              INTERNAL REVENUE SERVICE CENTER
                    P.O. BOX 105017
                 ATLANTA, GA  30348-5017

    PLEASE NOTE THAT IF YOU HAVE CLAIMED AN IRA DEDUCTION IN THE RETURN,
    IT MUST BE FULLY FUNDED NO LATER THAN APRIL 17, 2006.  ANY OTHER
    PENSION OR PROFIT SHARING CONTRIBUTION MUST BE FULLY FUNDED NO LATER
    THAN THE DUE DATE OF THE RETURN INCLUDING EXTENSIONS.

MAILING..
    YOUR RETURN SHOULD BE MAILED BY EITHER REGISTERED OR CERTIFIED
    MAIL, WITH THE SENDER'S RECEIPT POSTMARKED TO PROVE MAILING BEFORE
    THE DUE DATE.

XL191  1.000

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
              ANDREW COHEN & RITA COHEN
              INSTRUCTIONS FOR FILING FORM
                       1040-ES
           U.S. INDIVIDUAL ESTIMATED TAX FOR 2006


PAYMENT OF ESTIMATED TAX..
     THE APPROPRIATE VOUCHER FORM SHOULD ACCOMPANY EACH PAYMENT AS
     FOLLOWS...

          VOUCHER      ON OR BEFORE-                   AMOUNT
             1         APRIL 17, 2006          $      17,000.
             2         JUNE 15, 2006           $      17,000.
             3         SEPTEMBER 15, 2006      $      17,000.
             4         JANUARY 16, 2007        $      17,000.
                                                ------------
                                                     68,000.
     OVERPAYMENT OF 2005 INCOME TAX CREDITED
      AGAINST 2006 TAX ............................       NONE
                                                ------------

     TOTAL 2006 ESTIMATED TAX PAYMENTS ............ $    68,000.
     ESTIMATED INCOME TAX TO BE WITHHELD IN 2006 ...       NONE
     ESTIMATED CREDITS ............................        NONE
                                                ------------
     TOTAL ESTIMATE OF 2006 INCOME TAX ............ $    68,000.
                                                ============

FILING..
     EACH VOUCHER, TOGETHER WITH A CHECK OR MONEY ORDER MADE PAYABLE
     TO "UNITED STATES TREASURY", SHOULD BE FILED WITH:

                    INTERNAL REVENUE SERVICE
                       P.O. BOX 105225
                    ATLANTA, GA  30348-5225

     YOUR SOCIAL SECURITY NUMBER AND "2006 FORM 1040-ES" SHOULD BE
     INDICATED ON EACH CHECK OR MONEY ORDER.

     YOU SHOULD RETAIN VOUCHERS 2, 3, AND 4 AND FILE THEM AS INDICATED
     ABOVE.
```

XL191  1.000

ANDREW COHEN & RITA COHEN

## CARRYOVERS TO 2006
==================

|  | REGULAR TAX | ALTERNATIVE MINIMUM TAX |
|---|---|---|
| SHORT-TERM CAPITAL LOSS ...................... |  |  |
| LONG-TERM CAPITAL LOSS ....................... |  |  |
| UNRECAPTURED NET SEC. 1231 LOSSES ............ |  |  |
| OFFICE-IN-HOME/VACATION HOME EXPENSES ........ |  |  |
| CONSERVATION EXPENSES (SCH. F) ............... |  |  |
| SEC. 179 EXPENSE ............................. |  |  |
| DEPLETION .................................... |  |  |
| PASSIVE ACTIVITY LOSS ........................ | 7,949. | 7,968. |
| INVESTMENT INTEREST EXPENSE .................. | NONE | NONE |
| AT-RISK ...................................... |  |  |
| AT-RISK NONDEDUCTIBLE EXPENSE ................ |  |  |
| SEC. 911 FOREIGN HOUSING COST DEDUCTION ...... |  |  |
| 50% - CHARITABLE CONTRIBUTION DEDUCTION ...... |  |  |
| 30% - CHARITABLE CONTRIBUTION DEDUCTION ...... |  |  |
| SPECIAL 30% - CHARITABLE CONTRIBUTION DEDUCTION |  |  |
| 20% - CHARITABLE CONTRIBUTION DEDUCTION ...... |  |  |
| FOREIGN TAX CREDIT ........................... |  |  |
| TOTAL GENERAL BUSINESS CREDITS ............... |  |  |
| INVESTMENT TAX CREDIT ...................... |  |  |
| TARGETED JOBS TAX CREDIT ................... |  |  |
| QUALIFIED RAILROAD TRACK MAINTENANCE ....... |  |  |
| RESEARCH CREDIT ............................ |  |  |
| LOW-INCOME HOUSING CREDIT .................. |  |  |
| DISABLED ACCESS CREDIT ..................... |  |  |
| ENHANCED OIL RECOVERY CREDIT ............... |  |  |
| EMPOWERMENT ZONE EMPLOYMENT CREDIT ......... |  |  |
| INDIAN EMPLOYMENT CREDIT.................... |  |  |
| CREDIT FOR EMPLOYER S.S. TAX ON CERTAIN TIPS |  |  |
| WELFARE TO WORK CREDIT ..................... |  |  |
| RENEWABLE ELECTRICITY PRODUCTION CREDIT .... |  |  |
| HURRICANE KATRINA EMPLOYEE RETENTION ....... |  |  |
| EMPLOYER-PROVIDED CHILD CARE SERVICES CREDIT |  |  |
| SMALL EMPLOYER PENSION PLAN START UP COSTS |  |  |
| BIODIESEL FUELS ............................ |  |  |
| LOW SULFUR DIESEL FUEL PRODUCTION .......... |  |  |
| DISTILLED SPIRITS .......................... |  |  |
| PRIOR YEAR CARRYOVERS ...................... |  |  |
| MINIMUM TAX CREDIT ........................... |  |  |

ANDREW COHEN & RITA COHEN

**Two Year Comparison**
**2005 to 2004**

| Description | 2005 | 2004 | Difference |
|---|---|---|---|
| **Gross Income** | | | |
| Wages, salaries, tips, etc. | 3,977. | 8,914. | −4,937. |
| Taxable interest | 1,769. | 521. | 1,248. |
| Ordinary dividends | 35,221. | 46,735. | −11,514. |
| Taxable refunds, credits, or offsets of state and local income taxes | 6,944. | 1,678. | 5,266. |
| Alimony received | | | |
| Business income or (loss) | 704,836. | −14,843. | 719,679. |
| Capital gain or (loss) | 246,730. | 295,151. | −48,421. |
| Other gains or (losses) | | | |
| IRA distributions, pensions and annuities | | | |
| Rent and Royalty Income | | | |
| Partnership and S Corporation Income | NONE | NONE | NONE |
| Estate and Trust Income | | | |
| REMIC | | | |
| Farm income or (loss) | | | |
| Taxable social security benefits and unemployment compensation | | | |
| Other income | −59. | | −59. |
| **Total income** | 999,418. | 338,156. | 661,262. |
| **Adjustments to Gross Income** | | | |
| Educator expenses | | | |
| Certain business expenses of reservists | | | |
| Health savings account deduction | | | |
| Moving expenses | | | |
| One-half of self-employment tax | 14,994. | | 14,994. |
| Self-employed health insurance deduction | 2,820. | | 2,820. |
| Self-employed SEP, SIMPLE, and qualified plans | 42,000. | | 42,000. |
| Penalty on early withdrawal of savings | | | |
| IRA deduction | NONE | 6,000. | −6,000. |
| Student loan interest deduction | | | |
| Tuition and fees deduction | | | |
| Domestic Production activities | | | |
| Alimony paid | | | |
| Other adjustments | | | |
| **Total adjustments** | 59,814. | 6,000. | 53,814. |
| **Adjusted Gross Income** | 939,604. | 332,156. | 607,448. |

ANDREW COHEN & RITA COHEN

**Two Year Comparison**
**2005 to 2004**

| Description | 2005 | 2004 | Difference |
|---|---|---|---|
| **Itemized Deductions** | | | |
| Medical and dental | NONE | NONE | NONE |
| Taxes | 40,435. | 14,441. | 25,994. |
| Interest | 12,091. | 35,375. | -23,284. |
| Contributions | 5,525. | 9,404. | -3,879. |
| Casualty or theft losses | | | |
| Miscellaneous deductions | NONE | 595. | -595. |
| Less: Itemized deduction phaseout | 23,810. | 5,684. | 18,126. |
| Total itemized deductions | 34,241. | 54,131. | -19,890. |
| Standard deduction | | | |
| Total exemptions | 12,800. | 12,400. | 400. |
| Plus: Phase-out | 12,800. | 11,904. | 896. |
| **Taxable income** | 905,363. | 277,529. | 627,834. |
| **Tax Liability** | | | |
| Gross income tax | 289,922. | 67,396. | 222,526. |
| Alternative Minimum Tax | NONE | NONE | NONE |
| Additional taxes | | | |
| Less: Tax credits | NONE | | NONE |
| Balance | 289,922. | 67,396. | 222,526. |
| Plus: Other taxes | 29,987. | | 29,987. |
| **Total tax liability** | 319,909. | 67,396. | 252,513. |
| Less: Withholding | | 370. | -370. |
| Estimated tax and other payments | 73,800. | 23,200. | 50,600. |
| Plus: Penalties and interest | 404. | | 404. |
| **Balance due** (overpayment) | 246,513. | 43,826. | 202,687. |
| Effective tax rate | 34.0% | 20.3% | |

**Marginal Tax Planning Calculation**

| | |
|---|---|
| Filing status | MFJ |
| Current tax rate | 35.00% |
| Marginal rate (next highest bracket) | % |
| Upper income limit of current tax rate | 326,450. |
| Taxable income | 905,363. |
| Unused amount (upper limit-taxable income) | |

Note: This can be used to determine how much income is available until the next higher tax rate. It is based upon the 1040 tax tables without regard to phaseouts, the AMT tax rate or capital gains tax rate.

## 2006 Estimated Tax Worksheet

*Keep for Your Records*

| | | | |
|---|---|---|---|
| **1** | Adjusted gross income you expect in 2006 (see instructions below) . . . . . . . . . . . . . . . . . . . . | **1** | 239,344. |
| **2** | • If you plan to itemize deductions, enter the estimated total of your itemized deductions.<br>  **Caution:** *If line 1 above is over $150,000 ($75,250 if married filing separately), your*<br>  *deduction may be reduced. See Pub. 505 for details.*<br>• If you do not plan to itemize deductions, enter your standard deduction from page 1. | **2** | 55,386. |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 183,958. |
| **4** | Exemptions. Multiply $3,300 by the number of personal exemptions. **Caution:** *See Pub. 505 to figure the*<br>*amount to enter if you provided housing in 2006 to a person displaced by Hurricane Katrina, or if line 1*<br>*above is over: $225,750 if married filing jointly or qualifying widow(er); $188,150 if head of household;*<br>*$150,500 if single; or $112,875 if married filing separately* | **4** | 10,824. |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 173,134. |
| **6** | **Tax.** Figure your tax on the amount on line 5 by using the **2006 Tax Rate Schedules** on page 5.<br>**Caution:** *If you have qualified dividends or a net capital gain, see Pub. 505 to figure the tax* | **6** | 37,220. |
| **7** | Alternative minimum tax from Form 6251 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Add lines 6 and 7. Also include any tax from Forms 4972 and 8814 and any recapture of education<br>credits (see instructions below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 37,220. |
| **9** | Credits (see instructions below). **Do** not include any income tax withholding on this line . . . . . . . . . . | **9** | NONE |
| **10** | Subtract line 9 from line 8. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 37,220. |
| **11** | Self-employment tax (see instructions below). Estimate of 2006 net earnings from self-employment<br>$ _ _ _ _ 655,124 _ ; if **$94,200 or less,** multiply the amount by 15.3%; if **more than $94,200,**<br>multiply the amount by 2.9%, add $11,680.80 to the result, and enter the total. **Caution:** *If you*<br>*also have wages subject to social security tax, see Pub. 505 to figure the amount to enter* . . . . . . . . . . | **11** | 30,508. |
| **12** | Other taxes (see instructions below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | NONE |
| **13a** | Add lines 10 through 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13a** | 67,728. |
| **b** | Earned income credit, additional child tax credit, and credits from **Form 4136** and **Form 8885** . . . . . . | **13b** | |
| **c** | **Total 2006 estimated tax.** Subtract line 13b from line 13a. If zero or less, enter -0- . . . . . . . . . . ▶ | **13c** | 67,728. |
| **14a** | Multiply line 13c by 90% (66 2/3% for farmers and fishermen) . . . . . . . . **14a** | | |
| **b** | Enter the tax shown on your 2005 tax return (110% of that amount<br>if you are not a farmer or fisherman and the adjusted gross income<br>shown on that return is more than $150,000 or, if married filing<br>separately for 2006, more than $75,000) . . . . . . . . . . . . . . **14b** | | |
| **c** | **Required annual payment to avoid a penalty.** Enter the **smaller** of line 14a or 14b . . . . . . . . . . ▶ | **14c** | 67,728. |
| | **Caution:** *Generally, if you do not prepay (through income tax withholding and estimated tax payments)*<br>*at least the amount on line 14c, you may owe a penalty for not paying enough estimated tax. To avoid*<br>*a penalty, make sure your estimate on line 13c is as accurate as possible. Even if you pay the required*<br>*annual payment, you may still owe tax when you file your return. If you prefer, you can pay the amount*<br>*shown on line 13c. For details, see Pub. 505.* | | |
| **15** | Income tax withheld and estimated to be withheld during 2006 (including income tax withholding<br>on pensions, annuities, certain deferred income, etc.) . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| **16** | Subtract line 15 from line 14c. (**Note:** *If zero or less or line 13c minus line 15 is less than $1,000,*<br>*stop here. You are not required to make estimated tax payments.*) . . . . . . . . . . . . . "ROUNDED." | **16** | 68,000. |
| **17** | If the first payment you are required to make is due April 17, 2006, enter 1/4 of line 16 (minus any<br>2005 overpayment that you are applying to this installment) here, and on your estimated tax payment<br>voucher(s) if you are paying by check or money order. (**Note:** *Household employers, see instructions*<br>*below.*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 17,000. |

**Record of Estimated Tax Payments** (Farmers, fishermen, and fiscal year taxpayers, see page 3 for payment due dates.)

| Payment number | Payment due date | (a) Date paid | (b) Check or money order number or credit card confirmation number | (c) Amount paid (**do not** include any credit card convenience fee) | (d) 2005 overpayment credit applied | (e) Total amount paid and credited (add (c) and (d)) |
|---|---|---|---|---|---|---|
| 1 | 4/15/2006 | 04/17/2006 | | 17,000. | | 17,000. |
| 2 | 6/15/2006 | 06/15/2006 | | 17,000. | | 17,000. |
| 3 | 9/15/2006 | 09/15/2006 | | 17,000. | | 17,000. |
| 4 | 1/16/2007* | 01/16/2007 | | 17,000. | | 17,000. |
| Total ⋯⋯⋯⋯⋯⋯⋯▶ | | | | 68,000. | | 68,000. |

*You do not have to make this payment if you file your 2006 tax return by January 31, 2007, **and** pay the entire balance due with your return.

- - - - - - - - - - - - - - - - - - - - - - - **Tear off here** - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2006** Payment Voucher **4**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."** Write your social security number and "2006 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due Jan. 16, 2007**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 17,000. | |

Type or print

| Your first name and initial | Your last name | Your social security number |
|---|---|---|
| ANDREW | COHEN | ▮▮▮▮▮ |

If joint payment, complete for spouse

| Spouse's first name and initial | Spouse's last name | Spouse's social security number |
|---|---|---|
| RITA | COHEN | ▮▮▮▮▮ |

Address (number, street, and apt. no.)

3750 JEFFERSON BOULEVARD

City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.)

VIRGINIA BEACH, VA 23455

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.**

JSA
5A1012 3.000

ANDREW & RITA COHEN                            ▮▮▮▮▮▮     04/05/2006

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2006**   Payment Voucher **3**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."**  Write your social security number and "2006 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due Sept. 15, 2006**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 17,000. | |

| | Your first name and initial | Your last name | Your social security number |
|---|---|---|---|
| | ANDREW | COHEN | ▮ |
| | If joint payment, complete for spouse | | |
| Type or print | Spouse's first name and initial | Spouse's last name | Spouse's social security number |
| | RITA | COHEN | ▮ |

Address (number, street, and apt. no.)

3750 JEFFERSON BOULEVARD

City, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)

VIRGINIA BEACH, VA 23455

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.**

- - - - - - - - - - - - - - - - - - - - - **Tear off here** - - - - - - - - - - - - - - - - - - - - - -

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2006**   Payment Voucher **2**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."**  Write your social security number and "2006 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due June 15, 2006**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 17,000. | |

| | Your first name and initial | Your last name | Your social security number |
|---|---|---|---|
| | ANDREW | COHEN | ▮ 6 |
| | If joint payment, complete for spouse | | |
| Type or print | Spouse's first name and initial | Spouse's last name | Spouse's social security number |
| | RITA | COHEN | ▮ |

Address (number, street, and apt. no.)

3750 JEFFERSON BOULEVARD

City, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)

VIRGINIA BEACH, VA 23455

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.**

- - - - - - - - - - - - - - - - - - - - - **Tear off here** - - - - - - - - - - - - - - - - - - - - - -

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

**2006**   Payment Voucher **1**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **"United States Treasury."**  Write your social security number and "2006 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year - Due April 17, 2006**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 17,000. | |

| | Your first name and initial | Your last name | Your social security number |
|---|---|---|---|
| | ANDREW | COHEN | ▮ |
| | If joint payment, complete for spouse | | |
| Type or print | Spouse's first name and initial | Spouse's last name | Spouse's social security number |
| | RITA | COHEN | ▮ |

Address (number, street, and apt. no.)

3750 JEFFERSON BOULEVARD

City, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)

VIRGINIA BEACH, VA 23455

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 5.**

JSA
5A1020 2.000

ANDREW & RITA COHEN   ▮   04/05/2006

Form **1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** 20**05** (99)    IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2005, or other tax year beginning ____ , 2005, ending ____    OMB No. 1545-0074

**Label** (See instructions on page 16.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: **ANDREW**    Last name: **COHEN**

If a joint return, spouse's first name and initial: **RITA**    Last name: **COHEN**

Home address (number and street). If you have a P.O. box, see page 16.    Apt. no.

**3750 JEFFERSON BOULEVARD**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.

**VIRGINIA BEACH    VA    23455**

Your social security number

You **must** enter your SSN(s) above.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶    You ☐    Spouse ☐

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a

b ☒ Spouse

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| CHLOE J. COHEN | | CHILD | X |
| ORION K. COHEN | | CHILD | X |

No. of children on 6c who:
• lived with you **2**
• did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

If more than four dependents, see page 19.

d Total number of exemptions claimed    Add numbers on lines above ▶ **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2    STMT 1 | 7 | 3,977. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 1,769. |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 35,221. |
| b | Qualified dividends (see page 23)    STMT 1 | 9b | 5,086. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | 6,944. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 704,836. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ | 13 | 246,730. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions    15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities    16a | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | NONE |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits    20a | b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) SEE STATEMENT 2 | 21 | −59. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 999,418. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 14,994. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans    STMT 2 | 28 | 42,000. |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | 2,820. |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid    b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | NONE |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Tuition and fees deduction (see page 34) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 59,814. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 939,604. |

STMT 3

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.

JSA
RS    5A1210 2.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

Form **1040** (2005)

Form 1040 (2005)   ANDREW COHEN & RITA COHEN                                    Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) . . . . . . . . | | 604. |

**Standard Deduction for -**

39a Check ☐ **You** were born before January 2, 1941, ☐ **Blind.** **Total boxes**
if: ☐ **Spouse** was born before January 2, 1941, ☐ **Blind.** **checked** ▶ 39a ☐

b If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b ☐

- **People who checked any box on line 39a or 39b or** who can be claimed as a dependent, see page 36.

- **All others:**

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

| | | | |
|---|---|---|---|
| 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) . . . | 40 | 34,241. |
| 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . | 41 | 905,363. |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | SEE STMT 4 NONE |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 905,363. |
| 44 | **Tax** (see page 37). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 44 | 289,922. |
| 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 . . . . . . . | 45 | NONE |
| 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . ▶ | 46 | 289,922. |
| 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 . . | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R . . | 49 | |
| 50 | Education credits. Attach Form 8863 . . . . . . | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 . | 51 | |
| 52 | Child tax credit (see page 41). Attach Form 8901 if required . . | 52 | |
| 53 | Adoption credit. Attach Form 8839 . . . . . . | 53 | |
| 54 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 . . | 54 | |
| 55 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form | 55 | NONE |
| 56 | Add lines 47 through 55. These are your **total credits** . . . . . . | 56 | NONE |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . ▶ | 57 | 289,922. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE . . . . . . . . . | 58 | 29,987. |
| | 59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2 . . . . . | 61 | |
| | 62 Household employment taxes. Attach Schedule H . . . . . . | 62 | |
| | 63 Add lines 57 through 62. This is your **total tax** . . . . . . ▶ | 63 | 319,909. |

| | | | |
|---|---|---|---|
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 . . | 64 | |
| | 65 2005 estimated tax payments and amount applied from 2004 return | 65 | 73,800. |

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 66a | **Earned income credit (EIC)** . . . . . . . | 66a | |
| b | Nontaxable combat pay election . . ▶ | 66b | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) . . | 67 | |
| 68 | Additional child tax credit. Attach Form 8812 . . . . | 68 | |
| 69 | Amount paid with request for extension to file (see page 59) . . | 69 | |
| 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 70 | |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** . . ▶ | 71 | 73,800. |

| | | | |
|---|---|---|---|
| **Refund** | 72 If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** . | 72 | |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a Amount of line 72 you want **refunded to you** . . . . . . ▶ | 73a | |

▶ b Routing number ☐☐☐☐☐☐☐☐☐   ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

| | | | |
|---|---|---|---|
| | 74 Amount of line 72 you want **applied to your 2006 estimated tax** ▶ | 74 | |
| **Amount You Owe** | 75 **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see page 60 . ▶ | 75 | 246,513. |
| | 76 Estimated tax penalty (see page 60) . . . . . . | 76 | 404. |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 61)? ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ PREPARER    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.
Keep a copy for your records.

Your signature    Date    Your occupation    INVESTOR    Daytime phone number

Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation    SINGER

**Paid Preparer's Use Only**

Preparer's signature ▶    Date    Check if self-employed ☐    Preparer's SSN or PTIN    P00559334

Firm's name (or yours if self-employed), address, and ZIP code    MCPHILLIPS, ROBERTS & DEANS, PLC    EIN ▬▬▬▬▬
150 BOUSH STREET, SUITE 1100    Phone no. 757-640-7190
NORFOLK                          VA        23510

JSA
5A1220 1.000                                                       Form **1040** (2005)

Form **2210**

Department of the Treasury
Internal Revenue Service

**Underpayment of**
**Estimated Tax by Individuals, Estates, and Trusts**
▶ See separate instructions.
▶ **Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.**

OMB No. 1545-0140

**2005**

Attachment
Sequence No. **06**

Name(s) shown on tax return

ANDREW COHEN & RITA COHEN

Identifying number

## Do You Have To File Form 2210?

Complete lines 1 through 7 below. Is line 7 less than $1,000? — **Yes** → **Do not file Form 2210.** You do not owe a penalty.

**No** ↓

Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? — **Yes** → You do not owe a penalty. **Do not file Form 2210** (but if box **E** below applies, you must file page 1 of Form 2210 below).

**No** ↓

You may owe a penalty. Does any box in Part II below apply? — **Yes** → You **must** file Form 2210. Does box **B, C,** or **D** apply?

**No** ↓    **No** | **Yes** → You must figure your penalty.

**No** ↓

**Do not file Form 2210.** You are not required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **do not file Form 2210.**

You are **not** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **file only page 1 of Form 2210.**

| Part I | **Required Annual Payment** (see page 2 of the instructions) | | |
|---|---|---|---|
| 1 | Enter your 2005 tax after credits from Form 1040, line 57 (or comparable line of your return) | 1 | 289,922. |
| 2 | Other taxes, including self-employment tax (see page 2 of the instructions) | 2 | 29,987. |
| 3 | Refundable credits. Enter the total of your earned income credit, additional child tax credit, credit for federal tax paid on fuels, and health coverage tax credit for eligible individuals | 3 | ( ) |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, see page 3 of the instructions | 4 | 319,909. |
| 5 | Multiply line 4 by 90% (.90) . . . . 5   287,918. | | |
| 6 | Withholding taxes. **Do not** include estimated tax payments. See page 3 of the instructions | 6 | |
| 7 | Subtract line 6 from line 4. If less than $1,000, you do not owe a penalty; **do not file Form 2210** | 7 | 319,909. |
| 8 | Maximum required annual payment based on prior year's tax (see page 3 of the instructions) | 8 | 74,136. |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | 9 | 74,136. |

**Next:** Is line 9 more than line 6?

☐ **No.** You do **not** owe a penalty. **Do not file Form 2210** unless box **E** below applies.

☒ **Yes.** You may owe a penalty, but **do not file Form 2210** unless one or more boxes in Part II below applies.
- If box **B, C,** or **D** applies, you must figure your penalty and file Form 2210.
- If only box **A** or **E** (or both) applies, file only page 1 of Form 2210. You are **not** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III or IV as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210.**

| Part II | **Reasons for Filing.** Check applicable boxes. If none apply, **do not file Form 2210.** |
|---|---|

**A** ☐ You request a **waiver** (see page 2 of the instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you are not required to figure your penalty.

**B** ☐ You request a **waiver** (see page 2 of the instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210.

**C** ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210.

**D** ☐ Your penalty is lower when figured by treating the federal income tax withheld from your wages as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210.

**E** ☐ You filed or are filing a joint return for either 2004 or 2005, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you are **not** required to figure your penalty (unless box **B, C,** or **D** applies).

**For Paperwork Reduction Act Notice, see page 6 of separate instructions.**

Form **2210** (2005)

JSA
5X4010 2.000

Form 2210 (2005)   ANDREW COHEN & RITA COHEN                                                      Page **3**

| **Part IV** | **Regular Method** (See page 3 of the instructions if you are filing Form 1040NR or 1040N | | | | |
|---|---|---|---|---|---|

| | | | **Payment Due Dates** | | | |
|---|---|---|---|---|---|---|
| **Section A - Figure Your Underpayment** | | | **(a)** 4/15/05 | **(b)** 6/15/05 | **(c)** 9/15/05 | **(d)** 1/15/06 |
| **18** | **Required installments.** If box C in Part II applies, enter the amounts from Schedule AI, line 25. Otherwise, enter 25% (.25) of line 9, Form 2210, in each column. | **18** | 18,534. | 18,534. | 18,534. | 18,534. |
| **19** | Estimated tax paid and tax withheld (see page 2 of the instructions). For column (a) only, also enter the amount from line 19 on line 23. If line 19 is equal to or more than line 18 for all payment periods, stop here; you do not owe a penalty. **Do not file Form 2210 unless you checked a box in Part II** | **19** | | 18,450. | 18,450. | 18,450. |
| | *Complete lines 20 through 26 of one column before going to the next column.* | | | | | |
| **20** | Enter the amount, if any, from line 26 in previous column | **20** | | | | |
| **21** | Add lines 19 and 20 | **21** | | 18,450. | 18,450. | 18,450. |
| **22** | Add the amounts on lines 24 and 25 in previous column | **22** | | 18,534. | 18,618. | 18,702. |
| **23** | Subtract line 22 from line 21. If zero or less, enter -0-. For column (a) only, enter the amount from line 19 | **23** | | | | |
| **24** | If line 23 is zero, subtract line 21 from line 22. Otherwise, enter -0- | **24** | | 84. | 168. | |
| **25** | **Underpayment.** If line 18 is equal to or more than line 23, subtract line 23 from line 18. Then go to line 20 of the next column. Otherwise, go to line 26 | **25** | 18,534. | 18,534. | 18,534. | 18,534. |
| **26** | Overpayment. If line 23 is more than line 18, subtract line 18 from line 23. Then go to line 20 of the next column | **26** | | | | |

**Section B - Figure the Penalty** (Complete lines 27 through 30 of one column before going to the next column.)

| | | | 4/15/05 | 6/15/05 | 9/15/05 | |
|---|---|---|---|---|---|---|
| **Rate Period 1** | **April 16, 2005 - September 30, 2005** | | | | | |
| | **27** Number of days **from** the date shown above line 27 **to** the date the amount on line 25 was paid **or** 9/30/05, whichever is earlier | **27** | Days: STMT 5 | Days: STMT 5 | Days: STMT 5 | |
| | **28** Underpayment on line 25   Number of (see page 4 of   x  days on line 27  x .06 the instructions)                  365 | **28** | $       62. | $       66. | $       46. | |
| | | | 9/30/05 | 9/30/05 | 9/30/05 | 1/15/06 |
| **Rate Period 2** | **October 1, 2005 - April  15, 2006** | | | | | |
| | **29** Number of days **from** the date shown above line 29 **to** the date the amount on line 25 was paid **or** 4/15/06, whichever is earlier | **29** | Days: | Days: STMT 5 | Days: STMT 5 | Days: STMT 6 |
| | **30** Underpayment on line 25   Number of (see page 5 of   x  days on line 29  x .07 the instructions)                  365 | **30** | $ | $        2. | $      195. | $       33. |
| **31** | **Penalty.** Add all amounts on lines 28 and 30 in all columns. Enter the total here and on Form 1040, line 76; Form 1040A, line 48; Form 1040NR, line 74; Form 1040NR-EZ, line 26; or Form 1041, line 26, **but do not file Form 2210 unless you checked a box in Part II** ▶ | **31** | $ | | | 404. |

Form **2210** (2005)

JSA
5X4030 3.000

| SCHEDULES A&B<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service   (99) | Schedule A - Itemized Deductions<br>(Schedule B is on back)<br>▶ Attach to Form 1040.  ▶ See Instructions for Schedules A & B (Form 1040). | OMB No. 1545-0074<br><br>2005<br>Attachment<br>Sequence No.  07 |

Name(s) shown on Form 1040

ANDREW COHEN & RITA COHEN

Your social security number

| Medical and Dental Expenses | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|
| | 1  Medical and dental expenses (see page A-2) . . . . . . . | 1 | | |
| | 2  Enter amount from Form 1040, line 38 . . . . . . | 2 | | | |
| | 3  Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4  Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | NONE |

| Taxes You Paid<br><br>(See page A-2.) | 5  State and local (check only one box):<br>  a  [X] Income taxes, **or**<br>  b  [ ] General sales taxes (see page A-3) | } . . . . . | 5 | 34,708. |
|---|---|---|---|---|
| | 6  Real estate taxes (see page A-5) . . . . . | | 6 | 5,484. |
| | 7  Personal property taxes . . . . . . . | | 7 | 243. |
| | 8  Other taxes. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 8 | |
| | 9  Add lines 5 through 8 . . . . . . . . . . . | | 9 | 40,435. |

| Interest You Paid<br><br>(See page A-5.)<br><br>**Note.**<br>Personal interest is not deductible. | 10  Home mortgage interest and points reported to you on Form 1098 | 10 | | |
|---|---|---|---|---|
| | 11  Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ▶<br>_ _ _ _ _ _ _ _ _ SEE STATEMENT 7 _ _ _ _ _ _ _ _ _ | 11 | 694. | |
| | 12  Points not reported to you on Form 1098. See page A-6 for special rules . . . . . . . . . | 12 | | |
| | 13  Investment interest. Attach Form 4952 if required. (See page A-6.) . . SEE STATEMENT 7 . . . . . | 13 | 11,397. | |
| | 14  Add lines 10 through 13 . . . . . . . . . . | | 14 | 12,091. |

| Gifts to Charity<br>If you made a gift and got a benefit for it, see page A-7. | 15a Total gifts by cash or check. If you made any gift of $250 or more, see page A-7  SEE STATEMENT 7 . . | 15a | 3,425. | |
|---|---|---|---|---|
| | 15b Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions (see page A-7) . . . . . | 15b | 2,200. | |
| | 16  Other than by cash or check. If any gift of $250 or more, see page A-7. You **must** attach Form 8283 if over $500 . . | 16 | 2,100. | STMT 8 |
| | 17  Carryover from prior year . . . . . . . . | 17 | | |
| | 18  Add lines 15a, 16, and 17 . . . . . . . . | | 18 | 5,525. |

| Casualty and Theft Losses | 19  Casualty or theft loss(es). Attach Form 4684. (See page A-8.) . . . . . . . . . . | | 19 | |
|---|---|---|---|---|

| Job Expenses and Certain Miscellaneous Deductions<br><br>(See page A-8.) | 20  Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-8.) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ | 20 | | |
|---|---|---|---|---|
| | 21  Tax preparation fees . . . . . . . . . | 21 | 140. | |
| | 22  Other expenses - investment, safe deposit box, etc. List type and amount ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ SEE STATEMENT 8 _ _ _ _ _ _ _ _ | 22 | 10,373. | |
| | 23  Add lines 20 through 22 . . . . . | 23 | 10,513. | |
| | 24  Enter amount from Form 1040, line 38 . . . . . | 24 | 939,604. | |
| | 25  Multiply line 24 by 2% (.02) . . . . . | 25 | 18,792. | |
| | 26  Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . . . . . . . | | 26 | NONE |

| Other Miscellaneous Deductions | 27  Other- from list on page A-9. List type and amount _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
|---|---|---|---|---|
| | | | 27 | |

| Total Itemized Deductions | 28  Is Form 1040, line 38, over $145,950 (over $72,975 if married filing separately)?<br>  [ ] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. . . ▶<br>  [X] **Yes.** Your deduction may be limited. See page A-9 for the amount to enter. | | 28 | 34,241.<br>SEE STMT 9 |
|---|---|---|---|---|
| | 29  If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 2005

JSA
5A1400 2.000

Schedules A&B (Form 1040) 2005

OMB No. 1545-0074          Page **2**

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

**Your social security number**

ANDREW COHEN & RITA COHEN

# Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. **08**

| Part I<br>Interest | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | **Amount** |
|---|---|---|---|
| (See page B-1 and the instructions for Form 1040, line 8a.) | | J BANK OF AMERICA | 1,562. |
| | | T AMERITRADE | 16. |
| | | T VIANIX LC | 130. |
| | | T ENVEST II LLC | 61. |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | 1 | |
|---|---|---|---|---|
| | 2 | Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 1,769. |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a . . . . ▶ | 4 | 1,769. |

**Note.** If line 4 is over $1,500, you must complete Part III.

| Part II<br>Ordinary<br>Dividends | 5 | List name of payer ▶ | **Amount** |
|---|---|---|---|
| | | T BERNARD L. MADOFF | 29,924. |
| (See page B-1 and the instructions for Form 1040, line 9a.) | | T VANGUARD - INTL STOCK INDEX | 1,079. |
| | | T VANGUARD - STOCK MKT IDX ADM | 1,098. |
| | | T AMERITRADE | 3,120. |

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | 5 | |
|---|---|---|---|---|
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a. . . . . ▶ | 6 | 35,221. |

**Note.** If line 6 is over $1,500, you must complete Part III.

| Part III<br>Foreign<br>Accounts<br>and Trusts | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| (See page B-2.) | 7a At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 . . . . . . . . . . . . | | X |
| | b If "Yes," enter the name of the foreign country ▶ | | |
| | 8 During 2005, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 . . . . . . . . . . . . . . . . | | X |

For Paperwork Reduction Act Notice, see Form 1040 instructions.          **Schedule B (Form 1040) 2005**

JSA
5A1600 3.000

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service    (99) | (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040). | 20**05** Attachment Sequence No. **09** |

Name of proprietor: RITA COHEN

Social security number (SSN): ████████

**A** Principal business or profession, including product or service (see page C-2 of the instructions)  , & 10

INDEPENDENT ARTISTS, WRITERS, PERFORMERS

**B** Enter code from pages C-8, 9, & 10: 711510

**C** Business name. If no separate business name, leave blank.

RITA A. COHEN

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD
City, town or post office, state, and ZIP code    VIRGINIA BEACH, VA. 23455

**F** Accounting method: **(1)** [X] Cash    **(2)** ☐ Accrual    **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses . . . . [X] Yes    ☐ No

**H** If you started or acquired this business during 2005, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . STMT 10 ▶ ☐ | 1 | 4,000. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 4,000. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . | 5 | 4,000. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 4,000. |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . . | 8 | 360. | 18 | Office expense . . . . . . . . | 18 | |
| 9 | Car and truck expenses (see page C-3) . STMT 10 | 9 | 2,443. | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . . . . | 10 | | 20 | Rent or lease (see page C-5): | | |
| 11 | Contract labor (see page C-4) . . . . . . . | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . . . . . . | 12 | | b | Other business property . . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 216. |
| | | | | 23 | Taxes and licenses . . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . . . . | 24a | 1,334. |
| 15 | Insurance (other than health) . . | 15 | | b | Deductible meals and entertainment (see page C-5) | 24b | 460. |
| 16 | Interest: | | | 25 | Utilities . . . . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) . | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . . . . . . | 16b | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . . | 27 | 3,802. |
| 17 | Legal and professional services . . . . . . . . . | 17 | | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . ▶ | 28 | 8,615. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . | 29 | -4,615. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 31 | -4,615. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 32a [X] All investment is at risk. 32b ☐ Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | |

**For Paperwork Reduction Act Notice, see page C-7 of the instructions.**    Schedule C (Form 1040) 2005

JSA
5X0110 2.000

Schedule C (Form 1040) 2005   RITA  COHEN                                                                                          Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-6) | | |
|---|---|---|---|

33 Method(s) used to value closing inventory:  **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . . | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44 Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _   **b** Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _ _   **c** Other _ _ _ _ _ _ _ _ _ _ _ _

45 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

46 Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

47 **a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No
  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

SEE STATEMENT 11

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 48 | **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . | 48 | 3,802. |

Schedule C (Form 1040) 2005

JSA
5X0120 2.000

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business

**(Sole Proprietorship)**

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ **Attach to Form 1040 or 1041.**    ▶ **See Instructions for Schedule C (Form 1040).**

OMB No. 1545-0074

**20 05**

Attachment
Sequence No. **09**

Name of proprietor

ANDREW COHEN

Social security number (SSN)

**A**   Principal business or profession, including product or service (see page C-2 of the instructions)

RESIDENTIAL BUILDING CONSTRUCTION

**B** Enter code from pages C-8, 9, & 10

236100

**C**   Business name. If no separate business name, leave blank.

ANDREW'S DREAMLAND,LLC

**D** Employer ID number (EIN), if any

5

**E**   Business address (including suite or room no.) ▶ 3940 MEETING HOUSE DRIVE

City, town or post office, state, and ZIP code    VIRGINIA BEACH, VA. 23455

**F**   Accounting method:  **(1)** [X] Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶

**G**   Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses   [X] **Yes**   ☐ **No**

**H**   If you started or acquired this business during 2005, check here . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | | | |
|---|---|---|---|---|
| **1** | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . STMT 12 ▶ ☐ | **1** | | 3,953,150. |
| **2** | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | 3,953,150. |
| **4** | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . | **4** | | 3,237,404. |
| **5** | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | **5** | | 715,746. |
| **6** | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | **6** | | |
| **7** | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **7** | | 715,746. |

## Part II   Expenses.  Enter expenses for business use of your home **only** on line 30.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **8** | Advertising . . . . . . . . . | **8** | | | **18** | Office expense . . . . . . . | **18** | |
| **9** | Car and truck expenses (see page C-3) . STMT 12 . . | **9** | 1,510. | | **19** | Pension and profit-sharing plans | **19** | |
| **10** | Commissions and fees . . . . | **10** | | | **20** | Rent or lease (see page C-5): | | |
| **11** | Contract labor (see page C-4) . . . . . . | **11** | | | **a** | Vehicles, machinery, and equipment | **20a** | |
| **12** | Depletion . . . . . . . . | **12** | | | **b** | Other business property . . . . . | **20b** | |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . . . . | **13** | | | **21** | Repairs and maintenance . . . . | **21** | |
| | | | | | **22** | Supplies (not included in Part III) . | **22** | |
| | | | | | **23** | Taxes and licenses . . . . . . | **23** | |
| | | | | | **24** | Travel, meals, and entertainment: | | |
| **14** | Employee benefit programs (other than on line 19) . . . | **14** | | | **a** | Travel . . . . . . . . . . . . | **24a** | |
| | | | | | **b** | Deductible meals and entertainment (see page C-5) | **24b** | |
| **15** | Insurance (other than health) . . . | **15** | | | **25** | Utilities . . . . . . . . . . . | **25** | |
| **16** | Interest: | | | | **26** | Wages (less employment credits) . . | **26** | |
| **a** | Mortgage (paid to banks, etc.) . . | **16a** | | | **27** | Other expenses (from line 48 on page 2) . . . . . . . . . . . | **27** | 2,790. |
| **b** | Other . . . . . . . . . . | **16b** | | | | | | |
| **17** | Legal and professional services . . . . . . . . . | **17** | 1,995. | | | | | |

| | | | | |
|---|---|---|---|---|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . . ▶ | **28** | | 6,295. |
| **29** | Tentative profit. Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . | **29** | | 709,451. |
| **30** | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . | **30** | | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29. | | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | **31** | | 709,451. |
| | • If a loss, you **must** go to line 32. | | | |
| **32** | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | **32a** [X] | All investment is at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32b** ☐ | Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see page C-7 of the instructions.**

**Schedule C (Form 1040) 2005**

JSA
5X0110 2.000

Schedule C (Form 1040) 2005   ANDREW COHEN                                         Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-6) | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory:  **a** [X] Cost   **b** [ ] Lower of cost or market   **c** [ ] Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | [ ] Yes  [X] No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | 35 | 1,899,064. |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . SEE STATEMENT 13 . . . | 39 | 1,338,340. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 3,237,404. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | NONE |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | 3,237,404. |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ .

44   Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ **b** Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _ _ **c** Other _ _ _ _ _ _ _ _ _ _ _ _ _ _

45   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

46   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

47 a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

   b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| CREDIT CARD FEES | 79. |
| AMORTIZATION | 2,711. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . | 48 | 2,790. |

Schedule C (Form 1040) 2005

JSA
5X0120 2.000

| SCHEDULE D (Form 1040) | Capital Gains and Losses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service  (99) | ▶ Attach to Form 1040.  ▶ See Instructions for Schedule D (Form 1040). ▶ Use Schedule D-1 to list additional transactions for lines 1 and 8. | 2005 Attachment Sequence No. 12 |

Name(s) shown on Form 1040
ANDREW COHEN & RITA COHEN

Your social security number

### Part I  Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D-6 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **1** | | | | | |
| BERNARD L. MADOFF | | | 29,178,846. | 28,938,661. | 240,185. |
| AMERITRADE - SHORT TERM | VARIOUS | VARIOUS | 192,362. | 183,661. | 8,701. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| **2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) . . . . . . . . . . . . . . . . . . . . | **3** 29,371,208. | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** on page D-6 of the instructions . . . . . . . . . . . . . . . | **6** ( ) | |
| **7** **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) . . . | **7** | 248,886. |

### Part II  Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D-6 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **8** | | | | | |
| AMERITRADE - LONG TERM | VARIOUS | VARIOUS | 2,419. | 4,575. | -2,156. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| **9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) . . . . . . . . . . . . . . . . . . . . | **10** 2,419. | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . | **12** | |
| **13** Capital gain distributions. See page D-1 of the instructions . . . . . . . . . . . . | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** on page D-6 of the instructions . . . . . . . . . . . | **14** ( ) | |
| **15** **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on the back . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | -2,156. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule D (Form 1040) 2005

JSA
5A2011 2.000

ANDREW COHEN & RITA COHEN

Schedule D (Form 1040) 2005                                                                 Page **2**

| **Part III** | **Summary** |
| --- | --- |

**16**  Combine lines 7 and 15 and enter the result. If line 16 is a loss, skip lines 17 through 20, and
go to line 21. If a gain, enter the gain on Form 1040, line 13, and then go to line 17 below . . . . . . .  **16**   246,730.

**17**  Are lines 15 and 16 **both** gains?
 ☐ **Yes.** Go to line 18.
 ☒ **No.** Skip lines 18 through 21, and go to line 22.

**18**  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** on page D-7 of the
instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  **18**

**19**  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** on
page D-8 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  **19**

**20**  Are lines 18 and 19 **both** zero or blank?
 ☐ **Yes.** Complete Form 1040 through line 43, and then complete the **Qualified Dividends and
 Capital Gain Tax Worksheet** on page 38 of the Instructions for Form 1040. **Do not** complete
 lines 21 and 22 below.

 ☐ **No.** Complete Form 1040 through line 43, and then complete the **Schedule D Tax Worksheet**
 on page D-9 of the instructions. **Do not** complete lines 21 and 22 below.

**21**  If line 16 is a loss, enter here and on Form 1040, line 13, the **smaller** of:

 • The loss on line 16 or
 • ($3,000), or if married filing separately, ($1,500) ⎫
       ⎬ . . . . . . . . . . . . . . . . . . . . . . .  **21** (                    )
       ⎭

 **Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**  Do you have qualified dividends on Form 1040, line 9b?
 ☒ **Yes.** Complete Form 1040 through line 43, and then complete the **Qualified Dividends and
 Capital Gain Tax Worksheet** on page 38 of the Instructions for Form 1040.
 ☐ **No.** Complete the rest of Form 1040.

Schedule D (Form 1040) 2005

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

OMB No. 1545-0074

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)

▶ **Attach to Form 1040 or Form 1041.**   ▶ **See Instructions for Schedule E (Form 1040).**

20**05**

Attachment
Sequence No.   **13**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Your social security number

| **Part I** | **Income or Loss From Rental Real Estate and Royalties** | **Note.** If you are in the business of rentin |

**Schedule C** or **C-EZ** (see page E-3). Report farm rental income or loss from **Form 4835** on page 2, line 40.

| 1 | List the type and location of each **rental real estate property:** | | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days **or** • 10% of the total days rented at fair rental value? (See page E-3.) | | Yes | No |
|---|---|---|---|---|---|---|---|
| A | ------------------------------------------ | | | | A | | |
| B | ------------------------------------------ | | | | B | | |
| C | ------------------------------------------ | | | | C | | |

**Income:**

| | | | Properties | | | Totals |
|---|---|---|---|---|---|---|
| | | | A | B | C | (Add columns A, B, and C.) |
| 3 | Rents received . . . . . . . . . | 3 | | | | 3 | |
| 4 | Royalties received . . . . . . . . | 4 | | | | 4 | |

**Expenses:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Advertising . . . . . . . . . . | 5 | | | | | |
| 6 | Auto and travel (see page E-4) . . | 6 | | | | | |
| 7 | Cleaning and maintenance . . . . | 7 | | | | | |
| 8 | Commissions . . . . . . . . . . | 8 | | | | | |
| 9 | Insurance . . . . . . . . . . . | 9 | | | | | |
| 10 | Legal and other professional fees . | 10 | | | | | |
| 11 | Management fees . . . . . . . . | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc. (see page E-4) . . . . . . | 12 | | | | 12 | |
| 13 | Other interest . . . . . . . . . | 13 | | | | | |
| 14 | Repairs . . . . . . . . . . . . | 14 | | | | | |
| 15 | Supplies . . . . . . . . . . . | 15 | | | | | |
| 16 | Taxes . . . . . . . . . . . . | 16 | | | | | |
| 17 | Utilities . . . . . . . . . . . | 17 | | | | | |
| 18 | Other (list) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 18 | | | | | |
| 19 | Add lines 5 through 18 . . . . . . | 19 | | | | 19 | |
| 20 | Depreciation expense or depletion (see page E-4) . . . . . . . . | 20 | | | | 20 | |
| 21 | Total expenses. Add lines 19 and 20 | 21 | | | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file **Form 6198** . . . | 22 | | | | | |
| 23 | Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file **Form 8582.** Real estate professionals must complete line 43 on page 2 . . . . . . . | 23 | ( | )( | )( | ) | | |
| 24 | **Income.** Add positive amounts shown on line 22. **Do not** include any losses . . . . . . . . . . . . . | | | | | 24 | |
| 25 | **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | ( ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 . . . . . . . . . . | | | | | 26 | |

**For Paperwork Reduction Act Notice, see page E-7 of the instructions.**

JSA
5X1300 2.000

Schedule E (Form 1040) 2005

Schedule E (Form 1040) 2005      Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number

ANDREW COHEN & RITA COHEN

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II    Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198**. See page E-1.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see page E-6 before completing this section.    ☐ Yes   ☒ No

| 28 | (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | VIANIX LC | P | | | |
| B | ENVEST II LLC | P | | | |
| C | | | | | |
| D | | | | | |

STMT 14 **Passive Income and Loss** | **Nonpassive Income and Loss**

| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
|---|---|---|---|---|---|
| A | | NONE | | | |
| B | | NONE | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | NONE | | | |
| b Totals | | | | | |

| 30 | Add columns (g) and (j) of line 29a | 30 | NONE |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | NONE |

## Part III    Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | **Passive Income and Loss** | | **Nonpassive Income and Loss** | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

## Part IV    Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

## Part V    Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ▶ | 41 | NONE |

| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) | 42 | |
|---|---|---|---|
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-1), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

Schedule E (Form 1040) 2005

JSA
5X1310 2.000

Schedule SE (Form 1040) 2005                                                    Attachment Sequence No. **17**                      Page **2**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|
| ANDREW COHEN | ██████████ |

## Section B - Long Schedule SE

### Part I   Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . ▶ ☐

| | | | |
|---|---|---|---:|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip this line if you use the farm optional method (see page SE-4) | **1** | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see page SE-4) . . . . . | **2** | 709,392. |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 15 . . . . | **3** | 709,392. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | **4a** | 655,124. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . | **4b** | |
| c | Combine lines 4a and 4b. If less than $400, **stop;** you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . . . ▶ | **4c** | 655,124. |

| 5a | Enter your **church employee income** from Form W-2. See page SE-1 for definition of church employee income . . . . . . . . . . . . . | **5a** | | | |
|---|---|---|---|---|---:|
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- . . . . . . . . . . . . . . . . . | | | **5b** | |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b . . . . . . . . . . . . . . . . . . | | | **6** | 655,124. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2005 . . . . . . . . | | | **7** | 90,000.00 |

| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $90,000 or more, skip lines 8b through 10, and go to line 11 | **8a** | 1,385. | | |
|---|---|---|---:|---|---:|
| b | Unreported tips subject to social security tax (from Form 4137, line 9) . . | **8b** | | | |
| c | Add lines 8a and 8b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **8c** | 1,385. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . . ▶ | | | **9** | 88,615. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) . . . . . . . . . . . . . . . . . . . . | | | **10** | 10,988. |
| 11 | Multiply line 6 by 2.9% (.029) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **11** | 18,999. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 58** . . . . . . . | | | **12** | 29,987. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . . | **13** | 14,994. | | |

### Part II   Optional Methods To Figure Net Earnings   (see page SE-3)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] was not more than $2,400 **or (b)** your net farm profits[2] were less than $1,733.

| | | | |
|---|---|---|---:|
| 14 | Maximum income for optional methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 1,600.00 |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income (not less than zero) **or** $1,600. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $1,733 and also less than 72.189% of your gross nonfarm income[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times.

| | | | |
|---|---|---|---:|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9.

**Schedule SE (Form 1040) 2005**

JSA
5A3010 2.000

Form **3800**

Department of the Treasury
Internal Revenue Service   (99)

**General Business Credit**

▶ See instructions.

▶ Attach to your tax return.

OMB No. 1545-0895

**2005**

Attachment
Sequence No. **22**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

| Part I | Current Year Credit |
|---|---|

| | | | |
|---|---|---|---|
| **1 a** | Investment credit (Form 3468) | 1a | |
| **b** | Work opportunity credit (Form 5884) | 1b | |
| **c** | Welfare-to-work credit (Form 8861) | 1c | |
| **d** | Credit for increasing research activities (Form 6765) | 1d | 52. |
| **e** | Low-income housing credit (Form 8586) | 1e | |
| **f** | Enhanced oil recovery credit (Form 8830) | 1f | |
| **g** | Disabled access credit (Form 8826) | 1g | |
| **h** | Renewable electricity production credit (Form 8835, Section A only) | 1h | |
| **i** | Indian employment credit (Form 8845) | 1i | |
| **j** | Credit for employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 1j | |
| **k** | Orphan drug credit (Form 8820) | 1k | |
| **l** | New markets credit (Form 8874) | 1l | |
| **m** | Credit for small employer pension plan startup costs (Form 8881) | 1m | |
| **n** | Credit for employer-provided child care facilities and services (Form 8882) | 1n | |
| **o** | Qualified railroad track maintenance credit (Form 8900) | 1o | |
| **p** | Biodiesel and renewable diesel fuels credit (Form 8864) | 1p | |
| **q** | Low sulfur diesel fuel production credit (Form 8896) | 1q | |
| **r** | Distilled spirits credit (Form 8906) | 1r | |
| **s** | Nonconventional source fuel credit (Form 8907) | 1s | |
| **t** | Energy efficient home credit (Form 8908) | 1t | |
| **u** | Alternative motor vehicle credit (Form 8910) | 1u | |
| **v** | Alternative fuel vehicle refueling property credit (Form 8911) | 1v | |
| **w** | Credit for contributions to selected community development corporations (Form 8847) | 1w | |
| **x** | Trans-Alaska pipeline liability fund credit (see instructions) | 1x | |
| **y** | General credits from an electing large partnership (Schedule K-1 (Form 1065-B)) | 1y | |
| **z** | Credits for employers affected by Hurricane Katrina, Rita, or Wilma (Form 5884-A) | 1z | |
| **2** | **Current year credit.** Add lines 1a through 1z | 2 | 52. |
| **3** | Passive activity credits included on line 2 (see instructions) | 3 | 52. |
| **4** | Subtract line 3 from line 2 | 4 | |
| **5** | Passive activity credits allowed for 2005 (see instructions) | 5 | |
| **6** | Carryforward of general business credit to 2005. See instructions for the schedule to attach | 6 | |
| **7** | Carryback of general business credit from 2006 (see instructions) | 7 | |
| **8** | **Current year credit.** Add lines 4 through 7 | 8 | NONE |

**For Paperwork Reduction Act Notice, see instructions.**

Form **3800** (2005)

JSA
5X1800 2.000

Form 3800 (2005)                                                                                                    Page **2**

| **Part II** | **Allowable Credit** | | |
|---|---|---|---|
| 9 | Regular tax before credits (see instructions) | **9** | 289,922. |
| 10 | Alternative minimum tax (see instructions) | **10** | NONE |
| 11 | Add lines 9 and 10 | **11** | 289,922. |

| | | | |
|---|---|---|---|
| 12 a | Foreign tax credit | **12a** | |
| b | Credits from Form 1040, lines 48 through 54 | **12b** | |
| c | Possessions tax credit (Form 5735, line 17 or 27) | **12c** | |
| d | Nonconventional source fuel credit (Form 8907, line 23) | **12d** | |
| e | Other specified credits (see instructions) | **12e** | |
| f | Add lines 12a through 12e | **12f** | |
| 13 | Net income tax. Subtract line 12f from line 11. If zero, skip lines 14 through 17 and enter -0- on line 18. | **13** | 289,922. |

| | | | | |
|---|---|---|---|---|
| 14 | Net regular tax. Subtract line 12f from line 9. If zero or less, enter -0- | **14** | 289,922. | |
| 15 | Enter 25% (.25) of the excess, if any, of line 14 over $25,000 (see instructions) | **15** | 66,231. | |
| 16 | Tentative minimum tax (see instructions) | **16** | 252,051. | |
| 17 | Enter the greater of line 15 or line 16 | **17** | | 252,051. |
| 18 | Subtract line 17 from line 13. If zero or less, enter -0- | **18** | | 37,871. |

19   **Credit allowed for the current year.** Enter the **smaller** of line 8 or line 18 here and on Form
1040, line 55; Form 1120, Schedule J, line 6d; Form 1120-A, Part I, line 2; Form 1041, Schedule
G, line 2c; or the applicable line of your return. If line 19 is smaller than line 8, see instructions.
**Individuals, estates, and trusts:** See instructions if claiming the research credit. **C corporations:**
See Schedule A if claiming any regular investment credit carryforward and the line 19 instructions
if there has been an ownership change, acquisition, or reorganization . . . . . . . . . . . . . . . . **19**        NONE

**Schedule A -  Additional General Business Credit Allowed by Code Section 38(c)(2)** *(Before Repeal by the
Revenue Reconciliation Act of 1990)* **- Only Applicable to C Corporations**

| | | | |
|---|---|---|---|
| 20 | Enter the portion of the credit shown on line 6 that is attributable to the regular investment credit under section 46 (before amendment by the Revenue Reconciliation Act of 1990) | **20** | |
| 21 | Tentative minimum tax (from line 16) | **21** | |
| 22 | Multiply line 21 by 25% (.25) | **22** | |
| 23 | Enter the amount from line 18 | **23** | |
| 24 | Enter the portion of the credit shown on line 8 that is not attributable to the regular investment credit under section 46 (before amendment by the Revenue Reconciliation Act of 1990) | **24** | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- | **25** | |
| 26 | Subtract line 25 from line 20. If zero or less, enter -0- | **26** | |
| 27 | For purposes of this line only, refigure the amount on Form 4626, line 10, by using zero on Form 4626, line 6, and enter the result here | **27** | |
| 28 | Multiply line 27 by 10% (.10) | **28** | |
| 29 | Net income tax (from line 13) | **29** | |
| 30 | Enter the amount from line 19 | **30** | |
| 31 | Subtract line 30 from line 29 | **31** | |
| 32 | Subtract line 28 from line 31 | **32** | |
| 33 | Enter the smallest of line 22, line 26, or line 32 | **33** | |
| 34 | Subtract line 33 from line 21 | **34** | |
| 35 | Enter the greater of line 15 or line 34 | **35** | |
| 36 | Subtract line 35 from line 29. Also enter this amount on line 19 instead of the amount previously figured on that line. Write "Sec. 38(c)(2)" next to your entry on line 19 | **36** | |

JSA
5X1801 2.000                                                                                        Form **3800** (2005)

| Form **6198** | | At-Risk Limitations | OMB No. 1545-0712 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ▶ Attach to your tax return.<br>▶ See separate instructions. | **2005**<br>Attachment<br>Sequence No. 31 |

| Name(s) shown on return | Identifying number |
|---|---|
| ANDREW COHEN & RITA COHEN | |

Description of activity (see page 2 of the instructions)

VIANIX LC

| **Part I** | **Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts** (see page 2 of the instructions) | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity (see page 2 of the instructions) | 1 | −5,222. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | | |
| a | Schedule D | 2a | |
| b | Form 4797 | 2b | |
| c | Other form or schedule | 2c | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | 3 | 130. |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | 4 | ( 34 ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form. | 5 | −5,126. |
| **Part II** | **Simplified Computation of Amount At Risk.** See page 3 of the instructions before completing this part. | | |
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. **Do not** enter less than zero | 6 | 33,972. |
| 7 | Increases for the tax year (see page 3 of the instructions) | 7 | |
| 8 | Add lines 6 and 7 | 8 | 33,972. |
| 9 | Decreases for the tax year (see page 4 of the instructions) | 9 | |
| 10a | Subtract line 9 from line 8 ▶ 10a | 33,972. | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 10b | 33,972. |
| **Part III** | **Detailed Computation of Amount At Risk.** If you completed Part III of Form 6198 for 2004, see page 4 of the instructions. | | |
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. **Do not** enter less than zero | 11 | |
| 12 | Increases at effective date | 12 | |
| 13 | Add lines 11 and 12 | 13 | |
| 14 | Decreases at effective date | 14 | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. **Do not** enter less than zero. | 15 | |
| b | ☐ From 2004 Form 6198, line 19b. **Do not** enter the amount from line 10b of the 2004 form. | | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your 2004 tax year | 16 | |
| 17 | Add lines 15 and 16. | 17 | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your 2004 tax year | 18 | |
| 19a | Subtract line 18 from line 17 ▶ 19a | | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 19b | |
| **Part IV** | **Deductible Loss** | | |
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | 20 | 33,972. |
| 21 | **Deductible loss.** Enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See page 7 of the instructions to find out how to report any deductible loss and any carryover. | 21 | STMT 16<br>( 5,126 ) |

**Note:** *If the loss is from a passive activity, see the Instructions for Form 8582, Passive Activity Loss Limitations, or the Instructions for Form 8810, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**

Form **6198** (2005)

JSA
5X5300 2.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

| Form **6198** | At-Risk Limitations | OMB No. 1545-0712 |
|---|---|---|
| | ▶ Attach to your tax return. | **2005** |
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. | Attachment Sequence No. **31** |

| Name(s) shown on return | Identifying number |
|---|---|
| ANDREW COHEN & RITA COHEN | |

Description of activity (see page 2 of the instructions)

ENVEST II LLC

**Part I**  Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts (see page 2 of the instructions).

| | | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity (see page 2 of the instructions) | **1** | −1,718. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | | |
| a | Schedule D | **2a** | |
| b | Form 4797 | **2b** | |
| c | Other form or schedule | **2c** | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | **3** | 61. |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | **4** | ( 9,648 ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form | **5** | −11,305. |

**Part II**  Simplified Computation of Amount At Risk. See page 3 of the instructions before completing this part.

| | | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. **Do not** enter less than zero | **6** | 48,816. |
| 7 | Increases for the tax year (see page 3 of the instructions) | **7** | 37,500. |
| 8 | Add lines 6 and 7 | **8** | 86,316. |
| 9 | Decreases for the tax year (see page 4 of the instructions) | **9** | |
| 10a | Subtract line 9 from line 8   ▶ **10a** | 86,316. | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **10b** | 86,316. |

**Part III**  Detailed Computation of Amount At Risk. If you completed Part III of Form 6198 for 2004, see page 4 of the instructions.

| | | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. **Do not** enter less than zero | **11** | |
| 12 | Increases at effective date | **12** | |
| 13 | Add lines 11 and 12 | **13** | |
| 14 | Decreases at effective date | **14** | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. **Do not** enter less than zero. | **15** | |
| b | ☐ From 2004 Form 6198, line 19b. **Do not** enter the amount from line 10b of the 2004 form. | | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date   b ☐ The end of your 2004 tax year | **16** | |
| 17 | Add lines 15 and 16 | **17** | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date   b ☐ The end of your 2004 tax year | **18** | |
| 19a | Subtract line 18 from line 17   ▶ **19a** | | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **19b** | |

**Part IV**  Deductible Loss

| | | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | **20** | 86,316. |
| 21 | **Deductible loss.** Enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See page 7 of the instructions to find out how to report any deductible loss and any carryover. | **21** | STMT 17 ( 11,305 ) |

**Note:** *If the loss is from a passive activity, see the Instructions for* **Form 8582**, *Passive Activity Loss Limitations, or the Instructions for* **Form 8810**, *Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**

Form **6198** (2005)

JSA
5X5300 2.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

| Form **6198** | **At-Risk Limitations** | OMB No. 1545-0712 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to your tax return.<br>▶ See separate instructions. | **2005**<br>Attachment<br>Sequence No. 31 |

| Name(s) shown on return | | Identifying number |
|---|---|---|
| ANDREW COHEN & RITA COHEN | ALTERNATIVE MINIMUM TAX | |

Description of activity (see page 2 of the instructions)

VIANIX LC

**Part I**  **Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts** (see page 2 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity (see page 2 of the instructions) | **1** | −5,231. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | | |
| a | Schedule D | **2a** | |
| b | Form 4797 | **2b** | |
| c | Other form or schedule | **2c** | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | **3** | 130. |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | **4** ( | 52 ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form. | **5** | −5,153. |

**Part II**  **Simplified Computation of Amount At Risk.** See page 3 of the instructions before completing this part.

| | | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. **Do not** enter less than zero | **6** | 33,962. |
| 7 | Increases for the tax year (see page 3 of the instructions) | **7** | |
| 8 | Add lines 6 and 7 | **8** | 33,962. |
| 9 | Decreases for the tax year (see page 4 of the instructions) | **9** | |
| 10a | Subtract line 9 from line 8 ▶ **10a** 33,962. | | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **10b** | 33,962. |

**Part III**  **Detailed Computation of Amount At Risk.** If you completed Part III of Form 6198 for 2004, see page 4 of the instructions.

| | | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. **Do not** enter less than zero | **11** | |
| 12 | Increases at effective date | **12** | |
| 13 | Add lines 11 and 12 | **13** | |
| 14 | Decreases at effective date | **14** | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. **Do not** enter less than zero. | **15** | |
| b | ☐ From 2004 Form 6198, line 19b. **Do not** enter the amount from line 10b of the 2004 form. | | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your 2004 tax year | **16** | |
| 17 | Add lines 15 and 16. | **17** | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your 2004 tax year | **18** | |
| 19a | Subtract line 18 from line 17 ▶ **19a** | | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **19b** | |

**Part IV**  **Deductible Loss**

| | | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | **20** | 33,962. |
| 21 | **Deductible loss.** Enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See page 7 of the instructions to find out how to report any deductible loss and any carryover. | **21** | STMT 18<br>( 5,153 ) |

**Note:** *If the loss is from a passive activity, see the Instructions for **Form 8582**, Passive Activity Loss Limitations, or the Instructions for **Form 8810**, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**                                      Form **6198** (2005)

JSA
5X5300 2.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

Form **6251**

(Rev. January 2006)
Department of the Treasury
Internal Revenue Service    (99)

## Alternative Minimum Tax - Individuals

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074

20**05**

Attachment
Sequence No. **32**

Name(s) shown on Form 1040

ANDREW COHEN & RITA COHEN

Your social security number

| Part I | Alternative Minimum Taxable Income (See instructions for how to complete each | | |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 2), and go to line 2. Otherwise, enter the amount from Form 1040, line 38 (minus any amount on Form 8914, line 2), and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 905,363. |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4, **or** 2 1/2% of Form 1040, line 38 | 2 | NONE |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 40,435. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | 5 | NONE |
| 6 | If Form 1040, line 38, is over $145,950 (over $72,975 if married filing separately), enter the amount from line 9 of the **Itemized Deductions Worksheet** on page A-9 of the Instructions for Schedules A & B (Form 1040) | 6 | ( 23,810 ) |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | ( 6,944 ) |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 17 | NONE |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | NONE |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | ( ) |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | NONE |
| 27 | Alternative tax net operating loss deduction | 27 | ( ) |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $191,000, see page 7 of the instructions.) | 28 | 915,044. |

| Part II | Alternative Minimum Tax | | |
|---|---|---|---|

29  Exemption. (If this form is for a child under age 14, see page 7 of the instructions.)

|  | AND line 28 is not over . . . | THEN enter on line 29 . . . | | |
|---|---|---|---|---|
| IF your filing status is . . . | | | | STMT 19 |
| Single or head of household | $112,500 | $40,250 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 58,000 | 29 | NONE |
| Married filing separately | 75,000 | 29,000 | | |

If line 28 is **over** the amount shown above for your filing status, see page 7 of the instructions.

| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here | 30 | 915,044. |
|---|---|---|---|
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 55 here. | | |
| | • All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | 252,051. |
| 32 | Alternative minimum tax foreign tax credit (see page 7 of the instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 252,051. |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Schedule J to figure your tax, the amount for line 44 of Form 1040 must be refigured without using Schedule J (see page 9 of the instructions) | 34 | 289,922. |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | NONE |

**For Paperwork Reduction Act Notice, see page 9 of the instructions.**

JSA
5X4700 5.000

Form **6251** (2005) (Rev. 1-2006)

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

Form 6251 (2005) (ANDREW COHEN & RITA COHEN                                                   Page **2**

| **Part III** | Tax Computation Using Maximum Capital Gains Rates |
|---|---|

**36** Enter the amount from Form 6251, line 30 . . . . . . . . . . . . . . . . . . **36**   915,044.

**37** Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 9 of the instructions) . . . . . . . **37**   5,086.

**38** Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see page 9 of the instructions) . . . . . . . **38**

**39** If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary) . . . . . . . . . . **39**   5,086.

**40** Enter the **smaller** of line 36 or line 39 . . . . . . . . . . . . . . . . . . **40**   5,086.

**41** Subtract line 40 from line 36 . . . . . . . . . . . . . . . . . . . . . . . . **41**   909,958.

**42** If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 20 . . . . ▶ **42**   251,288.

**43** Enter:
- $59,400 if married filing jointly or qualifying widow(er), ⎫
- $29,700 if single or married filing separately, or            ⎬ . . . . . . . . . . **43**   59,400.
- $39,800 if head of household.                                  ⎭

**44** Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- . . . . . . . . . **44**   900,277.

**45** Subtract line 44 from line 43. If zero or less, enter -0- . . . . . . . . . . . . **45**

**46** Enter the **smaller** of line 36 or line 37 . . . . . . . . . . . . . . . . . . **46**   5,086.

**47** Enter the **smaller** of line 45 or line 46 . . . . . . . . . . . . . . . . . . **47**

**48** Multiply line 47 by 5% (.05) . . . . . . . . . . . . . . . . . . . . . . ▶ **48**

**49** Subtract line 47 from line 46 . . . . . . . . . . . . . . . . . . **49**   5,086.

**50** Multiply line 49 by 15% (.15) . . . . . . . . . . . . . . . . . . . . . ▶ **50**   763.

**If line 38 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51.**

**51** Subtract line 46 from line 40 . . . . . . . . . . . . . . . . . . . . . . **51**

**52** Multiply line 51 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . ▶ **52**

**53** Add lines 42, 48, 50, and 52 . . . . . . . . . . . . . . . . . . . . . . . . **53**   252,051.

                                                                                                STMT 20

**54** If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **54**   252,712.

**55** Enter the **smaller** of line 53 or line 54 here and on line 31 . . . . . . . . . . . . . . . . . . . . **55**   252,051.

                                                                                    Form **6251** (2005) (Rev. 1-2006)

JSA
5X4701 4.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

Form **8606**

Department of the Treasury
Internal Revenue Service    (99)

OMB No. 1545-0074

## Nondeductible IRAs

► **See separate instructions.**

► **Attach to Form 1040, Form 1040A, or Form 1040NR.**

20**05**

Attachment
Sequence No. **48**

Name. If married, file a separate form for each spouse required to file Form 8606. See page 5 of the instructions.

ANDREW COHEN

**Your social security number**

**Fill in Your Address Only if You Are Filing This Form by Itself and Not With Your Tax Return** ►

Home address (number and street, or P.O. box if mail is sent to your home)

Apt. no.

City, town or post office, state, and ZIP code

**Part I**   **Nondeductible Contributions to Traditional IRAs and Distributions From Traditional, SEP, and SIMPLE IRAs**

Complete this part only if one or more of the following apply.

- You made nondeductible contributions to a traditional IRA for 2005.
- You took distributions from a traditional, SEP, or SIMPLE IRA in 2005 **and** you made nondeductible contributions to a traditional IRA in 2005 or an earlier year. For this purpose, a distribution does not include a rollover (other than a repayment of qualified hurricane distributions), conversion, recharacterization, or return of certain contributions.
- You converted part, but not all, of your traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2005 (excluding any portion you recharacterized) **and** you made nondeductible contributions to a traditional IRA in 2005 or an earlier year.

| | | | |
|---|---|---|---:|
| 1 | Enter your nondeductible contributions to traditional IRAs for 2005, including those made for 2005 from January 1, 2006, through April 17, 2006 (see page 5 of the instructions) | **1** | 4,000. |
| 2 | Enter your total basis in traditional IRAs (see page 6 of the instructions) | **2** | |
| 3 | Add lines 1 and 2 | **3** | 4,000. |

**In 2005, did you take a distribution from traditional, SEP, or SIMPLE IRAs, or make a Roth IRA conversion?**

**No** ──► Enter the amount from line 3 on line 14. Do not complete the rest of Part I.

**Yes** ──► Go to line 4.

| | | | |
|---|---|---|---|
| 4 | Enter those contributions included on line 1 that were made from January 1, 2006, through April 17, 2006 | **4** | |
| 5 | Subtract line 4 from line 3 | **5** | |
| 6 | Enter the value of **all** your traditional, SEP, and SIMPLE IRAs as of December 31, 2005, plus any outstanding rollovers. Subtract any repayments of qualified hurricane distributions. If the result is zero or less, enter -0- (see page 6 of the instructions) | **6** | |
| 7 | Enter your distributions from traditional, SEP, and SIMPLE IRAs in 2005. **Do not** include rollovers (other than repayments of qualified hurricane distributions), conversions to a Roth IRA, certain returned contributions, or recharacterizations of traditional IRA contributions (see page 6 of the instructions) | **7** | |
| 8 | Enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2005. **Do not** include amounts converted that you later recharacterized (see page 7 of the instructions). Also enter this amount on line 16 | **8** | |
| 9 | Add lines 6, 7, and 8 | **9** | |
| 10 | Divide line 5 by line 9. Enter the result as a decimal rounded to at least 3 places. If the result is 1.000 or more, enter "1.000" | **10** | X  . |
| 11 | Multiply line 8 by line 10. This is the nontaxable portion of the amount you converted to Roth IRAs. Also enter this amount on line 17 | **11** | |
| 12 | Multiply line 7 by line 10. This is the nontaxable portion of your distributions that you did not convert to a Roth IRA | **12** | |
| 13 | Add lines 11 and 12. This is the nontaxable portion of all your distributions | **13** | |
| 14 | Subtract line 13 from line 3. This is **your total basis in traditional IRAs for 2005 and earlier years** | **14** | 4,000. |
| 15a | Subtract line 12 from line 7 | **15a** | |
| b | Amount on line 15a attributable to qualified hurricane distributions (see page 7 of the instructions). Also enter this amount on Form 8915, line 13 | **15b** | |
| c | **Taxable amount.** Subtract line 15b from line 15a. If more than zero, also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b | **15c** | |

**Note:** *You may be subject to an additional 10% tax on the amount on line 15c if you were under age 59 1/2 at the time of the distribution (see page 7 of the instructions).*

**For Paperwork Reduction Act Notice, see page 9 of the instructions.**

Form **8606** (2005)

JSA
5A6900 3.000

Form 8606 (2005)   ANDREW COHEN                                                     Page **2**

| **Part II** | **2005 Conversions From Traditional, SEP, or SIMPLE IRAs to Roth IRAs** | |
|---|---|---|

Complete this part if you converted part or all of your traditional, SEP, and SIMPLE IRAs to a Roth IRA in 2005 (excluding any portion you recharacterized).

**Caution:** *If your modified adjusted gross income is over $100,000 **or** you are married filing separately and you lived with your spouse at any time in 2005, you **cannot** convert any amount from traditional, SEP, or SIMPLE IRAs to Roth IRAs for 2005. If you erroneously made a conversion, you must recharacterize (correct) it (see page 7 of the instructions).*

| | | | |
|---|---|---|---|
| 16 | If you completed Part I, enter the amount from line 8. Otherwise, enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2005. **Do not** include amounts you later recharacterized back to traditional, SEP, or SIMPLE IRAs in 2005 or 2006 (see page 7 of the instructions) . . . . . . . . . . . . . . . . . | **16** | |
| 17 | If you completed Part I, enter the amount from line 11. Otherwise, enter your basis in the amount on line 16 (see page 7 of the instructions) . . . . . . . . . . . . . . . . . | **17** | |
| 18 | **Taxable amount.** Subtract line 17 from line 16. Also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b . . . . . . . . . . . . . . . | **18** | |

| **Part III** | **Distributions From Roth IRAs** |
|---|---|

Complete this part only if you took a distribution from a Roth IRA in 2005. For this purpose, a distribution does not include a rollover (other than a repayment of a qualified hurricane distribution), recharacterization, or return of certain contributions - see page 7 of the instructions.

| | | | |
|---|---|---|---|
| 19 | Enter your total nonqualified distributions from Roth IRAs in 2005 including any qualified first-time homebuyer distributions (see page 7 of the instructions) . . . . . . . . . . . . . . . | **19** | |
| 20 | Qualified first-time homebuyer expenses (see page 8 of the instructions). **Do not** enter more than $10,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- and skip lines 22 through 25 . . . . . . . | **21** | |
| 22 | Enter your basis in Roth IRA contributions (see page 8 of the instructions) . . . . . . . . . . | **22** | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- and skip lines 24 and 25. If more than zero, you may be subject to an additional tax (see page 8 of the instructions) . . . . . . . . . . | **23** | |
| 24 | Enter your basis in Roth IRA conversions (see page 8 of the instructions) . . . . . . . . . . | **24** | |
| 25a | Subtract line 24 from line 23. If zero or less, enter -0- and skip lines 25b and 25c . . . . . . . | **25a** | |
| b | Amount on line 25a attributable to qualified hurricane distributions (see page 8 of the instructions). Also enter this amount on Form 8915, line 14 . . . . . . . . . . . . . . . . | **25b** | |
| c | **Taxable amount.** Subtract line 25b from line 25a. If more than zero, also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b . . . . . . . . . . | **25c** | |

| **Sign Here Only if You Are Filing This Form by Itself and Not With Your Tax Return** | Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete. | | | | |
|---|---|---|---|---|---|
| | ▶ Your signature | | | ▶ Date | |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN  P00559334 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | MCPHILLIPS, ROBERTS & DEANS, PLC | | EIN | |
| | ▶ | 150 BOUSH STREET, SUITE 1100 | | | Phone no. 757 640-7190 |
| | | NORFOLK | | VA 23510 | Form **8606** (2005) |

JSA
5A6901 3.000

Form **8606**

Department of the Treasury
Internal Revenue Service    (99)

## Nondeductible IRAs

▶ See separate instructions.

▶ Attach to Form 1040, Form 1040A, or Form 1040NR.

OMB No. 1545-0074

20**05**

Attachment
Sequence No.  **48**

Name. If married, file a separate form for each spouse required to file Form 8606. See page 5 of the instructions.

RITA COHEN

**Fill in Your Address Only
if You Are Filing This
Form by Itself and Not
With Your Tax Return** ▶

Home address (number and street, or P.O. box if mail is not delivered to your home)

Apt. no.

City, town or post office, state, and ZIP code

**Part I**  **Nondeductible Contributions to Traditional IRAs and Distributions From Traditional, SEP, and SIMPLE IRAs**

Complete this part only if one or more of the following apply.

- You made nondeductible contributions to a traditional IRA for 2005.
- You took distributions from a traditional, SEP, or SIMPLE IRA in 2005 **and** you made nondeductible contributions to a traditional IRA in 2005 or an earlier year. For this purpose, a distribution does not include a rollover (other than a repayment of qualified hurricane distributions), conversion, recharacterization, or return of certain contributions.
- You converted part, but not all, of your traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2005 (excluding any portion you recharacterized) **and** you made nondeductible contributions to a traditional IRA in 2005 or an earlier year.

| | | | |
|---|---|---|---|
| **1** | Enter your nondeductible contributions to traditional IRAs for 2005, including those made for 2005 from January 1, 2006, through April 17, 2006 (see page 5 of the instructions) . . . . . . . . . | **1** | 4,000. |
| **2** | Enter your total basis in traditional IRAs (see page 6 of the instructions) . . . . . . . . . . . . . . . . | **2** | |
| **3** | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 4,000. |

**In 2005, did you take a distribution from traditional, SEP, or SIMPLE IRAs, or make a Roth IRA conversion?**

**No** ──────▶ Enter the amount from line 3 on line 14. Do not complete the rest of Part I.

**Yes** ──────▶ Go to line 4.

| | | | |
|---|---|---|---|
| **4** | Enter those contributions included on line 1 that were made from January 1, 2006, through April 17, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Enter the value of **all** your traditional, SEP, and SIMPLE IRAs as of December 31, 2005, plus any outstanding rollovers. Subtract any repayments of qualified hurricane distributions. If the result is zero or less, enter -0- (see page 6 of the instructions) . . . . . . . . . . | **6** | |
| **7** | Enter your distributions from traditional, SEP, and SIMPLE IRAs in 2005. **Do not** include rollovers (other than repayments of qualified hurricane distributions), conversions to a Roth IRA, certain returned contributions, or recharacterizations of traditional IRA contributions (see page 6 of the instructions) . . . . . . . . . . . . . . . . | **7** | |
| **8** | Enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2005. **Do not** include amounts converted that you later recharacterized (see page 7 of the instructions). Also enter this amount on line 16 . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Add lines 6, 7, and 8 . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 5 by line 9. Enter the result as a decimal rounded to at least 3 places. If the result is 1.000 or more, enter "1.000" . . . . . . . . | **10** | X    . |
| **11** | Multiply line 8 by line 10. This is the nontaxable portion of the amount you converted to Roth IRAs. Also enter this amount on line 17 . . | **11** | |
| **12** | Multiply line 7 by line 10. This is the nontaxable portion of your distributions that you did not convert to a Roth IRA . . . . . . | **12** | |
| **13** | Add lines 11 and 12. This is the nontaxable portion of all your distributions . . . . . . . . . . . . | **13** | |
| **14** | Subtract line 13 from line 3. This is **your total basis in traditional IRAs for 2005 and earlier years** . . . . . . | **14** | 4,000. |
| **15a** | Subtract line 12 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . | **15a** | |
| **b** | Amount on line 15a attributable to qualified hurricane distributions (see page 7 of the instructions). Also enter this amount on Form 8915, line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** | |
| **c** | **Taxable amount.** Subtract line 15b from line 15a. If more than zero, also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b . . . . . . . . | **15c** | |

**Note:** *You may be subject to an additional 10% tax on the amount on line 15c if you were under age 59 1/2 at the time of the distribution (see page 7 of the instructions).*

**For Paperwork Reduction Act Notice, see page 9 of the instructions.**

Form **8606** (2005)

JSA
5A6900 3.000

Form 8606 (2005)   RITA COHEN                                                            Page **2**

| **Part II** | **2005 Conversions From Traditional, SEP, or SIMPLE IRAs to Roth IRAs** | | |
|---|---|---|---|

Complete this part if you converted part or all of your traditional, SEP, and SIMPLE IRAs to a Roth IRA in 2005 (excluding any portion you recharacterized).

**Caution:** *If your modified adjusted gross income is over $100,000 or you are married filing separately and you lived with your spouse at any time in 2005, you cannot convert any amount from traditional, SEP, or SIMPLE IRAs to Roth IRAs for 2005. If you erroneously made a conversion, you must recharacterize (correct) it (see page 7 of the instructions).*

| | | | |
|---|---|---|---|
| 16 | If you completed Part I, enter the amount from line 8. Otherwise, enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2005. **Do not** include amounts you later recharacterized back to traditional, SEP, or SIMPLE IRAs in 2005 or 2006 (see page 7 of the instructions) . . . . . . . . . . . . . . | 16 | |
| 17 | If you completed Part I, enter the amount from line 11. Otherwise, enter your basis in the amount on line 16 (see page 7 of the instructions) . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | **Taxable amount.** Subtract line 17 from line 16. Also include this amount on Form 1040, line 15b; Form 1040A, line 15b; or Form 1040NR, line 16b . . . . . . . . . . . . . . | 18 | |

| **Part III** | **Distributions From Roth IRAs** | | |
|---|---|---|---|

Complete this part only if you took a distribution from a Roth IRA in 2005. For this purpose, a distribution does not include a rollover (other than a repayment of a qualified hurricane distribution), recharacterization, or return of certain contributions - see page 7 of the instructions.

| | | | |
|---|---|---|---|
| 19 | Enter your total nonqualified distributions from Roth IRAs in 2005 including any qualified first-time homebuyer distributions (see page 7 of the instructions) . . . . . . . . . . . . . | 19 | |
| 20 | Qualified first-time homebuyer expenses (see page 8 of the instructions). **Do not** enter more than $10,000 . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- and skip lines 22 through 25 . . . . | 21 | |
| 22 | Enter your basis in Roth IRA contributions (see page 8 of the instructions) . . . . . . . | 22 | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- and skip lines 24 and 25. If more than zero, you may be subject to an additional tax (see page 8 of the instructions) . . . . . . . | 23 | |
| 24 | Enter your basis in Roth IRA conversions (see page 8 of the instructions) . . . . . . . | 24 | |
| 25a | Subtract line 24 from line 23. If zero or less, enter -0- and skip lines 25b and 25c . . . . | 25a | |
| b | Amount on line 25a attributable to qualified hurricane distributions (see page 8 of the instructions). Also enter this amount on Form 8915, line 14 . . . . . . . . . . . . | 25b | |
| c | **Taxable amount.** Subtract line 25b from line 25a. If more than zero, also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b . . . . . . . . | 25c | |

| **Sign Here Only if You Are Filing This Form by Itself and Not With Your Tax Return** | Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete. | | |
|---|---|---|---|
| | Your signature ▶ | | Date ▶ |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN  P00559334 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | MCPHILLIPS, ROBERTS & DEANS, PLC  150 BOUSH STREET, SUITE 1100  NORFOLK | | EIN | |
| | | | VA 23510 | Phone no. 757 640-7190 | Form **8606** (2005) |

Form **4952**

Department of the Treasury
Internal Revenue Service (99)

**Investment Interest Expense Deduction**

► **Attach to your tax return.**

OMB No. 1545-0191

20**05**

Attachment
Sequence No. **51**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

| Part I | Total Investment Interest Expense | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2005 (see instructions). SEE STATEMENT 21 | 1 | 11,397. |
| 2 | Disallowed investment interest expense from 2004 Form 4952, line 7 . . . . . . . . . . . . . . . . | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 . . . . . . . . . . . . . . . . . . | 3 | 11,397. |

| Part II | Net Investment Income | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) . . . . . . . . . | **4a** | 36,990. | |
| b | Qualified dividends included on line 4a . . . . . . . . . . . . . . . . | **4b** | 5,086. | |
| c | Subtract line 4b from line 4a . . . . . . . . . . . . . . . . . . . . | **4c** | | 31,904. |
| d | Net gain from the disposition of property held for investment . . . . . . . | **4d** | 246,730. | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) . . . . . . . . . . . | **4e** | NONE | |
| f | Subtract line 4e from line 4d . . . . . . . . . . . . . . . . . . . . | **4f** | | 246,730. |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 22 | **4g** | | NONE |
| h | Investment income. Add lines 4c, 4f, and 4g . . . . . . . . . . . . . . . . | **4h** | | 278,634. |
| 5 | Investment expenses (see instructions) . . . . . . . . . . . . . . . . . . | **5** | | 9,648. |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- . . SEE STMT. 24 | **6** | | 268,986. |

| Part III | Investment Interest Expense Deduction | | | |
|---|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2006. Subtract line 6 from line 3. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . | | **7** | NONE |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions . . | | **8** | 11,397. |

Section references are to the Internal Revenue Code unless otherwise noted.

## General Instructions

### Purpose of Form

Use Form 4952 to figure the amount of investment interest expense you can deduct for 2005 and the amount you can carry forward to future years. Your investment interest expense deduction is limited to your net investment income.

For more information, see Pub. 550, Investment Income and Expenses.

### Who Must File

If you are an individual, estate, or a trust, you must file Form 4952 to claim a deduction for your investment interest expense.

**Exception.** You do not have to file Form 4952 if all of the following apply.

● Your investment interest expense is not more than your investment income from interest and ordinary dividends minus any qualified dividends.

● You have no other deductible investment expenses.

● You have no disallowed investment interest expense from 2004.

### Allocation of Interest Expense

If you paid or accrued interest on a loan and used the loan proceeds for more than one purpose, you may have to allocate the interest. This is necessary because different

rules apply to investment interest, personal interest, trade or business interest, home mortgage interest, and passive activity interest. See Pub. 535, Business Expenses.

## Specific Instructions

### Part I—Total Investment Interest Expense

**Line 1**

Enter the investment interest expense paid or accrued during the tax year, regardless of when you incurred the indebtedness. Investment interest expense is interest paid or accrued on a loan or part of a loan that is allocable to property held for investment (as defined on this page).

Include investment interest expense reported to you on Schedule K-1 from a partnership or an S corporation. Include amortization of bond premium on taxable bonds purchased after October 22, 1986, but before January 1, 1988, unless you elected to offset amortizable bond premium against the interest payments on the bond. A taxable bond is a bond on which the interest is includible in gross income.

Investment interest expense does not include any of the following:

● Home mortgage interest.

● Interest expense that is properly allocable to a passive activity. Generally, a passive activity is any business activity in which you do not materially participate and any rental activity. See the Instructions for Form 8582, Passive Activity Loss Limitations, for details.

● Any interest expense that is capitalized, such as construction interest subject to section 263A.

● Interest expense related to tax-exempt interest income under section 265.

● Interest expense, disallowed under section 264, on indebtedness with respect to life insurance, endowment, or annuity contracts issued after June 8, 1997, even if the proceeds were used to purchase any property held for investment.

**Property held for investment.** Property held for investment includes property that produces income, not derived in the ordinary course of a trade or business, from interest, dividends, annuities, or royalties. It also includes property that produces gain or loss, not derived in the ordinary course of a trade or business, from the disposition of property that produces these types of income or is held for investment. However, it does not include an interest in a passive activity.

**Exception.** A working interest in an oil or gas property that you held directly or through an entity that did not limit your liability is property held for investment, but only if you did not materially participate in the activity.

### Part II - Net Investment Income

**Line 4a**

Gross income from property held for investment includes income, unless derived in the ordinary course of a trade or business, from interest, ordinary dividends (except Alaska Permanent Fund dividends), annuities, and royalties.

Form **4562**
(Rev. January 2006)

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ **See separate instructions.**     ▶ **Attach to your tax return.**

OMB No. 1545-0172

**2005**

Attachment
Sequence No. **67**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

Business or activity to which this form relates

SUMMARY FORM 4562

## Part I    Election To Expense Certain Property Under Section 179
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses . . . . . . . . . . . . . . . | **1** | 105,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . | **3** | 420,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 . . . . . ▶ | **13** | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . | **16** | |

## Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2005 . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

### Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| **b**  5-year property | | | | | | |
| **c**  7-year property | | | | | | |
| **d**  10-year property | | | | | | |
| **e**  15-year property | | | | | | |
| **f**  20-year property | | | | | | |
| **g**  25-year property | | | 25 yrs. | | S/L | |
| **h**  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i**  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| **b**  12-year | | | 12 yrs. | | S/L | |
| **c**  40-year | | | 40 yrs. | MM | S/L | |

## Part IV    Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . | **23** | | |

JSA

5X2300 3.000

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2005) (Rev. 1-2006)

Form **4562**
(Rev. January 2006)

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
**(Including Information on Listed Property)**

▶ See separate instructions.      ▶ Attach to your tax return.

OMB No. 1545-0172

**2005**

Attachment
Sequence No. **67**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Business or activity to which this form relates

RITA A. COHEN                                                                  – SCHEDULE C

Identifying number

| **Part I** | **Election To Expense Certain Property Under Section 179** |
|---|---|

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses . . . . . . . . . . . | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . | 5 | |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| 6 | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 . . . . . ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

| **Part II** | **Special Depreciation Allowance and Other Depreciation (Do not** include listed property.) (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year (see instructions) . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . | 16 | |

| **Part III** | **MACRS Depreciation (Do not** include listed property.) (See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2005 . . . . . . . | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . ▶ | | |

**Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

| **Part IV** | **Summary** (see instructions) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations · see instr. . | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | 23 | | |

JSA
5X2300 3.000

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2005) (Rev. 1-2006)

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

Form 4562 (2005) (Rev. 1-2006)

Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 24a Do you have evidence to support the business/investment use claimed? | X Yes | No | 24b If "Yes," is the evidence written? | | X Yes | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . | | | | | | | **28** | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | **29** |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . | | 5,661. | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | NONE | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . | | 6,839. | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . | | 12,500. | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . | | X | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . . | | X | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . | | X | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . | | |
| **Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.* | | |

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2005 tax year . . . . . . . . . . . . . . . . | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . | | | | **44** | |

JSA

5X2310 4.000

Form **4562** (2005) (Rev. 1-2006)

Form **4562**
(Rev. January 2006)

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)

▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172

**2005**

Attachment
Sequence No. **67**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

Business or activity to which this form relates

ANDREW'S DREAMLAND,LLC                                                    – SCHEDULE C

**Part I**  Election To Expense Certain Property Under Section 179
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses . . . . . . . . . . . . . | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . | 5 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . | 8 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 . . . . . . . . . | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . | 12 |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 . . . . . ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year (see instructions) . . . . . . | 14 |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . | 15 |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . | 16 |

**Part III**  MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2005 . . . . . . . . . | 17 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . ▶ | |

### Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (see instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . | 21 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations · see instr. . . . | 22 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | 23 | |

JSA
5X2300 3.000

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2005) (Rev. 1-2006)

ANDREW COHEN & RITA COHEN

Form 4562 (2005) (Rev. 1-2006)                                                                     Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

| 24a Do you have evidence to support the business/investment use claimed? | Yes | X | No | 24b If "Yes," is the evidence written? | Yes | No |

| (a)<br>Type of property (list vehicles first) | (b)<br>Date placed in service | (c)<br>Business/ investment use percentage | (d)<br>Cost or other basis | (e)<br>Basis for depreciation (business/investment use only) | (f)<br>Recovery period | (g)<br>Method/ Convention | (h)<br>Depreciation deduction | (i)<br>Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle 1 | (b)<br>Vehicle 2 | (c)<br>Vehicle 3 | (d)<br>Vehicle 4 | (e)<br>Vehicle 5 | (f)<br>Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . | 3,500. | | | | | |
| 31 Total commuting miles driven during the year | NONE | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . | 6,500. | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . | 10,000. | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours? | X | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . . | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . | X | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . | | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . | | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

| **Part VI** | Amortization |

| (a)<br>Description of costs | (b)<br>Date amortization begins | (c)<br>Amortizable amount | (d)<br>Code section | (e)<br>Amortization period or percentage | (f)<br>Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2005 tax year . . . . . . . . . . . . | | | 43 | | 2,711. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . | | | 44 | | 2,711. |

JSA

5X2310 4.000

Form **4562** (2005) (Rev. 1-2006)

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN                                                                                                    COHEN

| Description of Property | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANDREW'S DREAMLAND,LLC | | | | | SCHEDULE C DEPRECIATION AND AMORTIZATION | | | | | | | | | | |

**DEPRECIATION**

| Asset description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduction in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Conv. | Life | ACRS class | MA CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **Subtotals** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

**Listed Property**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **Subtotals** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

**AMORTIZATION**

| Asset description | Date placed in service | Cost or basis | | Accumulated amortization | Ending Accumulated amortization | Code | Life | | Current-year amortization |
|---|---|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 08/18/2003 | 170. | | 45. | 79. | 709 | 5.000 | | 34. |
| LOAN COSTS | 08/19/2003 | 3,771. | | 1,005. | 3,682. | 461 | 5.000 | | 2,677. |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | 3,941. | | 1,050. | 3,761. | | | | 2,711. |

*Assets Retired
JSA
5X9024 1.000

TD5204 -2YVG  04/05/2006  22:32:51  V05-5.5A  7444

Form **6765**

Department of the Treasury
Internal Revenue Service

**Credit for Increasing Research Activities**

▶ Attach to your tax return.

OMB No. 1545-0619

**2005**

Attachment
Sequence No. **81**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

**Part I**   **Current Year Credit** (Members of controlled groups or businesses under common control, see instructions.)

**Section A - Regular Credit.**  Skip this section and go to Section B if you are electing or previously elected the alternative incremental credit.

| | | | |
|---|---|---|---|
| 1 | Certain amounts paid or incurred to energy consortia after August 8, 2005 (see instructions) | **1** | |
| 2 | Basic research payments to qualified organizations (see instructions) | **2** | |
| 3 | Qualified organization base period amount | **3** | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **5** | |
| 6 | Cost of supplies | **6** | |
| 7 | Rental or lease costs of computers (see instructions) | **7** | |
| 8 | Enter the applicable percentage of contract research expenses (see instructions) | **8** | |
| 9 | Total qualified research expenses. Add lines 5 through 8 | **9** | |
| 10 | Enter fixed-base percentage, but not more than 16% (see instructions) | **10** | % |
| 11 | Enter average annual gross receipts (see instructions) | **11** | |
| 12 | Multiply line 11 by the percentage on line 10 | **12** | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- | **13** | |
| 14 | Multiply line 9 by 50% (.50) | **14** | |
| 15 | Enter the **smaller** of line 13 or line 14 | **15** | |
| 16 | Add lines 1, 4, and 15 | **16** | |
| 17 | **Regular credit.** If you are not electing the reduced credit under section 280C(c), multiply line 16 by 20% (.20), enter the result, and see the instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 16 by 13% (.13) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space. Go to Section C | **17** | |

**Section B - Alternative Incremental Credit.**  Skip this section if you completed Section A.

| | | | |
|---|---|---|---|
| 18 | Certain amounts paid or incurred to energy consortia after August 8, 2005 (see the line 1 instructions) | **18** | |
| 19 | Basic research payments to qualified organizations (see the line 2 instructions) | **19** | |
| 20 | Qualified organization base period amount ( see the line 3 instructions) | **20** | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | **21** | |
| 22 | Multiply line 21 by 20% (.20) | **22** | |
| 23 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **23** | |
| 24 | Cost of supplies | **24** | |
| 25 | Rental or lease costs of computers (see the line 7 instructions) | **25** | |
| 26 | Enter the applicable percentage of contract research expenses (see the line 8 instructions) | **26** | |
| 27 | Total qualified research expenses. Add lines 23 through 26 | **27** | |
| 28 | Enter average annual gross receipts (see the line 11 instructions) | **28** | |
| 29 | Multiply line 28 by 1% (.01) | **29** | |
| 30 | Subtract line 29 from line 27. If zero or less, enter -0- | **30** | |
| 31 | Multiply line 28 by 1.5% (.015) | **31** | |
| 32 | Subtract line 31 from line 27. If zero or less, enter -0- | **32** | |
| 33 | Subtract line 32 from line 30 | **33** | |
| 34 | Multiply line 28 by 2% (.02) | **34** | |
| 35 | Subtract line 34 from line 27. If zero or less, enter -0- | **35** | |
| 36 | Subtract line 35 from line 32 | **36** | |
| 37 | Multiply line 33 by 2.65% (.0265) | **37** | |
| 38 | Multiply line 36 by 3.2% (.032) | **38** | |
| 39 | Multiply line 35 by 3.75% (.0375) | **39** | |
| 40 | Add lines 18, 22, 37, 38, and 39 | **40** | |
| 41 | **Alternative incremental credit.** If you are not electing the reduced credit under section 280C(c), enter the amount from line 40, and see the line 17 instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 40 by 65% (.65) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space | **41** | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **6765** (2005)

JSA
5X5100 4.000

Form 6765 (2005)                                                                                     Page **2**

**Section C - Current Year Credit for Increasing Research Activities**

| | | | |
|---|---|---|---|
| **42** | Pass-through research credit(s) from a partnership, S corporation, estate, or trust . . . . . . . . . | **42** | 52. |
| **43** | **Current year credit.** Add line 17 **or** line 41 to line 42, and **go to Part II** . . . . . . . . . | **43** | 52. |

**Part II**   **Allowable Credit** (See **Who must file Form 3800** to find out if you complete Part II or file Form 3800.)

| | | | |
|---|---|---|---|
| **44** | Regular tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **44** | |
| **45** | Alternative minimum tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **45** | |
| **46** | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **46** | |
| **47a** | Foreign tax credit . . . . . . . . . . . . . . . . . . . **47a** | | |
| **b** | Credits from Form 1040, lines 48 through 54 . . . . . . . **47b** | | |
| **c** | Possessions tax credit (Form 5735, line 17 or 27) . . . . . . . **47c** | | |
| **d** | Nonconventional source fuel credit (Form 8907, line 23) . . . **47d** | | |
| **e** | Other specified credits (see instructions) . . . . . . . . . . . **47e** | | |
| **f** | Add lines 47a through 47e . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **47f** | |
| **48** | Net income tax. Subtract line 47f from line 46. If zero, skip lines 49 through 52 and enter -0- on line 53 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **48** | |
| **49** | Net regular tax. Subtract line 47f from line 44. If zero or less, enter -0- . . . **49** | | |
| **50** | Enter 25% (.25) of the excess, if any, of line 49 over $25,000 (see instructions) . . . . . . . . . . . . . . . . . . . . . . **50** | | |
| **51** | Tentative minimum tax (see instructions) . . . . . . . . . . . **51** | | |
| **52** | Enter the greater of line 50 or line 51 . . . . . . . . . . . . . . . . . . . . . . | **52** | |
| **53** | Subtract line 52 from line 48. If zero or less, enter -0- . . . . . . . . . . . . . . . . | **53** | |
| **54** | **Credit allowed for the current year. Individuals, estates, and trusts:** Enter the **smallest** of line 43, line 53, or the amount from the formula in the instructions for line 54 here and on Form 1040, line 55; or Form 1041, Schedule G, line 2c. **Corporations:** Enter the **smaller** of line 43 or line 53 here and on Form 1120, Schedule J, line 6d; Form 1120-A, Part I, line 2; or the applicable line of other returns. If line 54 is smaller than line 43, see instructions . . . . . . . . . . . . . . | **54** | |

# General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

## What's New

● The credit for increasing research activities (research credit) is not allowed for amounts paid or incurred after December 31, 2005. However, pending legislation may allow the credit for later expenditures.

● Certain amounts paid or incurred to energy research consortia after August 8, 2005, are eligible for the research credit. See the line 1 instructions for further details.

● Amounts paid or incurred to certain small businesses, universities, and federal laboratories after August 8, 2005, can be treated as contract research expenses. See the line 8 instructions for further details.

## Purpose of Form

Use Form 6765 to figure and claim the credit for increasing research activities.

## Who Must File

An individual, estate, trust, organization, or corporation claiming a credit for increasing research activities; or any S corporation, partnership, estate, or trust that allocates the credit to its shareholders, partners, or beneficiaries must complete this form and attach it to its income tax return. If allocating the credit, see the instructions for line 43.

## Qualified Research

The research credit is generally allowed for expenditures paid or incurred for qualified research. *Qualified research* means research for which expenditures may be treated as section 174 expenses. This research must be undertaken for discovering information that is technological in nature, and its application must be intended for use in developing a new or improved business component of the taxpayer. In addition, substantially all of the activities of the research must be elements of a process of experimentation relating to a new or improved function, performance, reliability, or quality. The research credit generally is not allowed for the following types of activities.

● Research conducted after the beginning of commercial production.

● Research adapting an existing product or process to a particular customer's need.

● Duplication of an existing product or process.

● Surveys or studies.

● Research relating to certain internal-use computer software.

● Research conducted outside the United States, Puerto Rico, or a U.S. possession.

● Research in the social sciences, arts, or humanities.

● Research funded by another person or governmental entity).

If you incur qualified clinical testing expenses relating to drugs for certain rare diseases, you can elect to claim the orphan drug credit for these expenses instead of the research credit. See Form 8820, Orphan Drug Credit.

See section 41 and Regulations sections 1.41-2 and 1.41-4 for other definitions and special rules.

## Special Rules

See section 41(f) and Temporary Regulations section 1.41-6T (Regulations section 1.141-6 for tax years beginning after December 31, 2004, and ending before May 24, 2005) for special rules related to:

● Aggregation of expenditures for members of controlled groups and businesses under common control;

● Allocation of the credit by partnerships, estates, and trusts;

● Adjustments, if a major portion of a business is acquired or disposed of; and

● Short tax years

For special rules concerning the allocation and apportionment of research and experimental expenditures between U.S. and foreign source income, see sections 861 through 864.

Form **6765** (2005)

Form **8582**

Department of the Treasury
Internal Revenue Service   (99)

## Passive Activity Loss Limitations

► See separate instructions.
► Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**2005**

Attachment
Sequence No. **88**

Name(s) shown on return

Identifying number

ANDREW COHEN & RITA COHEN

| **Part I** | **2005 Passive Activity Loss** | | |
|---|---|---|---|

Caution: See Worksheets 1, 2, and 3 on page 2 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Special Allowance for Rental Real Estate Activities** on page 3 of the instructions.)

| | | | |
|---|---|---|---|
| **1a** Activities with net income (enter the amount from Worksheet 1, column (a)) | **1a** | | |
| **b** Activities with net loss (enter the amount from Worksheet 1, column (b)) | **1b** ( ) | | |
| **c** Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | **1c** ( ) | | |
| **d** Combine lines 1a, 1b, and 1c | | **1d** | |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | | |
|---|---|---|---|
| **2a** Commercial revitalization deductions from Worksheet 2, column (a) | **2a** ( ) | | |
| **b** Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | **2b** ( ) | | |
| **c** Add lines 2a and 2b | | **2c** ( ) | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| **3a** Activities with net income (enter the amount from Worksheet 3, column (a)) | **3a** | | |
| **b** Activities with net loss (enter the amount from Worksheet 3, column (b)) | **3b** ( 6,940.) | | |
| **c** Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | **3c** ( 1,009.) | | |
| **d** Combine lines 3a, 3b, and 3c | | **3d** | −7,949. |

**4** Combine lines 1d, 2c, and 3d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used ............ | **4** | −7,949.

If line 4 is a loss and:  ● Line 1d is a loss, go to Part II.
  ● Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
  ● Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II or Part III. Instead, go to line 15.

| **Part II** | **Special Allowance for Rental Real Estate With Active Participation** |
|---|---|

Note: Enter all numbers in Part II as positive amounts. See page 8 of the instructions for an example.

| | | | |
|---|---|---|---|
| **5** Enter the **smaller** of the loss on line 1d or the loss on line 4 ......... | | **5** | |
| **6** Enter $150,000. If married filing separately, see page 8 ......... | **6** | | |
| **7** Enter modified adjusted gross income, but not less than zero (see page 8) . | **7** | | |
| **Note:** If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8. | | | |
| **8** Subtract line 7 from line 6 ................ | **8** | | |
| **9** Multiply line 8 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 8 . | | **9** | |
| **10** Enter the **smaller** of line 5 or line 9 ............... | | **10** | |
| If line 2c is a loss, go to Part III. Otherwise, go to line 15. | | | |

| **Part III** | **Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities** |
|---|---|

Note: Enter all numbers in Part III as positive amounts. See the example for Part II on page 8 of the instructions.

| | | |
|---|---|---|
| **11** Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | **11** | |
| **12** Enter the loss from line 4 | **12** | |
| **13** Reduce line 12 by the amount on line 10 | **13** | |
| **14** Enter the **smallest** of line 2c (treated as a positive amount), line 11, or line 13 ......... | **14** | |

| **Part IV** | **Total Losses Allowed** |
|---|---|

| | | |
|---|---|---|
| **15** Add the income, if any, on lines 1a and 3a and enter the total ......... | **15** | |
| **16** **Total losses allowed from all passive activities for 2005.** Add lines 10, 14, and 15. See pages 10 and 11 of the instructions to find out how to report the losses on your tax return ....... | **16** | |

JSA
5X5500 2.000

For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2005)

Form 8582 (2005)                                                                                                    Page **2**

**Caution:** *The worksheets must be filed with your tax return. Keep a copy for your records.*

## Worksheet 1 - For Form 8582, Lines 1a, 1b, and 1c (See page 7 of the instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total. Enter on Form 8582, lines 1a, 1b, and 1c** . . . . . . . . ▶ | | | | | |

## Worksheet 2 - For Form 8582, Lines 2a and 2b (See pages 7 and 8 of the instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| **Total. Enter on Form 8582, lines 2a and 2b** . . . . . . . . . . . ▶ | | | |

## Worksheet 3 - For Form 8582, Lines 3a, 3b, and 3c (See page 8 of the instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| VIANIX LC | | 5,222. | 1,009. | | 6,231. |
| ENVEST II LLC | | 1,718. | | | 1,718. |
| | | | | | |
| | | | | | |
| **Total. Enter on Form 8582, lines 3a, 3b, and 3c** . . . . . . . . ▶ | | 6,940. | 1,009. | | |

## Worksheet 4 - Use this worksheet if an amount is shown on Form 8582, line 10 or 14 (See page 9 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . ▶ | | | 1.00 | | |

## Worksheet 5 - Allocation of Unallowed Losses (See page 9 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
| --- | --- | --- | --- | --- |
| VIANIX LC | SCH E, 28A | 6,231. | 0.78387219 | 6,231. |
| ENVEST II LLC | SCH E, 28A | 1,718. | 0.21612781 | 1,718. |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 7,949. | 1.00 | 7,949. |

Form **8582** (2005)

Form 8582 (2005)                                                                                                    Page **3**

## Worksheet 6 - Allowed Losses (See pages 9 and 10 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| VIANIX LC | SCH E, 28A | 6,231. | 6,231. | |
| ENVEST II LLC | SCH E, 28A | 1,718. | 1,718. | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 7,949. | 7,949. | |

## Worksheet 7 - Activities With Losses Reported on Two or More Forms or Schedules (See page 10 of the instructions.)

| Name of Activity: | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| **Form or schedule and line number to be reported on (see instructions):** _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule . . ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| **Form or schedule and line number to be reported on (see instructions):** _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule . . ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| **Form or schedule and line number to be reported on (see instructions):** _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule . . ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | **1.00** | | |

Form **8582**

Department of the Treasury
Internal Revenue Service   (99)

# Passive Activity Loss Limitations
## ALTERNATIVE MINIMUM TAX
► **See separate instructions.**
► **Attach to Form 1040 or Form 1041.**

OMB No. 1545-1008

20**05**

Attachment
Sequence No. **88**

Name(s) shown on return

Identifying number

ANDREW COHEN & RITA COHEN

| Part I | 2005 Passive Activity Loss |
|---|---|

**Caution:** *See Worksheets 1, 2, and 3 on page 2 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation
see **Special Allowance for Rental Real Estate Activities** on page 3 of the instructions.)

| | | | | |
|---|---|---|---|---|
| **1a** | Activities with net income (enter the amount from Worksheet 1, column (a)) | **1a** | | |
| **b** | Activities with net loss (enter the amount from Worksheet 1, column (b)) | **1b** | ( ) | |
| **c** | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | **1c** | ( ) | |
| **d** | Combine lines 1a, 1b, and 1c | | | **1d** | |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | | | |
|---|---|---|---|---|
| **2a** | Commercial revitalization deductions from Worksheet 2, column (a) | **2a** | ( ) | |
| **b** | Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | **2b** | ( ) | |
| **c** | Add lines 2a and 2b | | | **2c** | ( ) |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| **3a** | Activities with net income (enter the amount from Worksheet 3, column (a)) | **3a** | | |
| **b** | Activities with net loss (enter the amount from Worksheet 3, column (b)) | **3b** | ( 6,949.) | |
| **c** | Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | **3c** | ( 1,019.) | |
| **d** | Combine lines 3a, 3b, and 3c | | | **3d** | −7,968. |

| | | | |
|---|---|---|---|
| **4** | Combine lines 1d, 2c, and 3d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used | **4** | −7,968. |

If line 4 is a loss and:  ● Line 1d is a loss, go to Part II.
  ● Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
  ● Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,  do not complete Part II or Part III. Instead, go to line 15.*

| Part II | Special Allowance for Rental Real Estate With Active Participation |
|---|---|

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 of the instructions for an example.*

| | | | | |
|---|---|---|---|---|
| **5** | Enter the **smaller** of the loss on line 1d or the loss on line 4 | | **5** | |
| **6** | Enter $150,000. If married filing separately, see page 8 | **6** | | |
| **7** | Enter modified adjusted gross income, but not less than zero (see page 8) | **7** | | |
| | **Note:** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | | | |
| **8** | Subtract line 7 from line 6 | **8** | | |
| **9** | Multiply line 8 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 8 | | **9** | |
| **10** | Enter the **smaller** of line 5 or line 9 | | **10** | |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

| Part III | Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities |
|---|---|

**Note:** *Enter all numbers in Part III as positive amounts. See the example for Part II on page 8 of the instructions.*

| | | | |
|---|---|---|---|
| **11** | Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | **11** | |
| **12** | Enter the loss from line 4 | **12** | |
| **13** | Reduce line 12 by the amount on line 10 | **13** | |
| **14** | Enter the **smallest** of line 2c (treated as a positive amount), line 11, or line 13 | **14** | |

| Part IV | Total Losses Allowed |
|---|---|

| | | | |
|---|---|---|---|
| **15** | Add the income, if any, on lines 1a and 3a and enter the total | **15** | |
| **16** | **Total losses allowed from all passive activities for 2005.** Add lines 10, 14, and 15. See pages 10 and 11 of the instructions to find out how to report the losses on your tax return | **16** | |

JSA
5X5500 2.000
**For Paperwork Reduction Act Notice, see page 12 of the instructions.**

Form **8582** (2005)

Form 8582 (2005)                           ALTERNATIVE MINIMUM TAX                                    Page **2**

**Caution:** *The worksheets must be filed with your tax return. Keep a copy for your records.*

## Worksheet 1 - For Form 8582, Lines 1a, 1b, and 1c (See page 7 of the instructions.)

| Name of activity | Current year | | | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | **(a) Net income (line 1a)** | **(b) Net loss (line 1b)** | **(c) Unallowed loss (line 1c)** | **(d) Gain** | **(e) Loss** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total. Enter on Form 8582, lines 1a, 1b, and 1c** . . . . . . . . ▶ | | | | | |

## Worksheet 2 - For Form 8582, Lines 2a and 2b (See pages 7 and 8 of the instructions.)

| Name of activity | **(a) Current year deductions (line 2a)** | **(b) Prior year unallowed deductions (line 2b)** | **(c) Overall loss** |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| **Total. Enter on Form 8582, lines 2a and 2b** . . . . . . . . . . ▶ | | | |

## Worksheet 3 - For Form 8582, Lines 3a, 3b, and 3c (See page 8 of the instructions.)

| Name of activity | Current year | | | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | **(a) Net income (line 3a)** | **(b) Net loss (line 3b)** | **(c) Unallowed loss (line 3c)** | **(d) Gain** | **(e) Loss** |
| VIANIX LC | | 5,231. | 1,019. | | 6,250. |
| ENVEST II LLC | | 1,718. | | | 1,718. |
| | | | | | |
| | | | | | |
| **Total. Enter on Form 8582, lines 3a, 3b, and 3c** . . . . . . . . ▶ | | 6,949. | 1,019. | | |

## Worksheet 4 - Use this worksheet if an amount is shown on Form 8582, line 10 or 14 (See page 9 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a) Loss** | **(b) Ratio** | **(c) Special allowance** | **(d) Subtract column (c) from column (a)** |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . ▶ | | | 1.00 | | |

## Worksheet 5 - Allocation of Unallowed Losses (See page 9 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a) Loss** | **(b) Ratio** | **(c) Unallowed loss** |
| --- | --- | --- | --- | --- |
| VIANIX LC | SCH E, 28A | 6,250. | 0.7843876 | 6,250. |
| ENVEST II LLC | SCH E, 28A | 1,718. | 0.2156124 | 1,718. |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 7,968. | 1.00 | 7,968. |

Form **8582** (2005)

JSA
5X5510 2.000

Form 8582 (2005)    ALTERNATIVE MINIMUM TAX    Page **3**

## Worksheet 6 - Allowed Losses  (See pages 9 and 10 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| VIANIX LC | SCH E, 28A | 6,250. | 6,250. | |
| ENVEST II LLC | SCH E, 28A | 1,718. | 1,718. | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 7,968. | 7,968. | |

## Worksheet 7 - Activities With Losses Reported on Two or More Forms or Schedules  (See page 10 of the instructions.)

| Name of Activity: | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| Form or schedule and line number to be reported on (see instructions): _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule . . ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule . . ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule . . ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . ▶ | | | 1.00 | | |

Form **8582** (2005)

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

Form **8582-CR**

Department of the Treasury
Internal Revenue Service

# Passive Activity Credit Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or 1041.

OMB No. 1545-1034

**2005**

Attachment Sequence No. **89**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Identifying number

## Part I — 2005 Passive Activity Credits

**Caution:** *If you have credits from a publicly traded partnership, see* **Publicly Traded Partnerships (PTPs)** *on page 15 of the instructions.*

**Credits From Rental Real Estate Activities With Active Participation (Other Than Rehabilitation Credits and Low-Income Housing Credits)** (See Lines 1a through 1c on page 9.)

| | | |
|---|---|---|
| **1 a** Credits from Worksheet 1, column (a) | **1a** | |
| **b** Prior year unallowed credits from Worksheet 1, column (b) | **1b** | |
| **c** Add lines 1a and 1b | | **1c** |

**Rehabilitation Credits From Rental Real Estate Activities and Low-Income Housing Credits for Property Placed in Service Before 1990 (or From Pass-Through Interests Acquired Before 1990)** (See **Lines 2a through 2c** on page 9.)

| | | |
|---|---|---|
| **2 a** Credits from Worksheet 2, column (a) | **2a** | |
| **b** Prior year unallowed credits from Worksheet 2, column (b) | **2b** | |
| **c** Add lines 2a and 2b | | **2c** |

**Low-Income Housing Credits for Property Placed in Service After 1989** (See Lines 3a through 3c on page 9.)

| | | |
|---|---|---|
| **3 a** Credits from Worksheet 3, column (a) | **3a** | |
| **b** Prior year unallowed credits from Worksheet 3, column (b) | **3b** | |
| **c** Add lines 3a and 3b | | **3c** |

**All Other Passive Activity Credits** (See **Lines 4a through 4c** on page 9.)

| | | |
|---|---|---|
| **4 a** Credits from Worksheet 4, column (a) | **4a** | 52. |
| **b** Prior year unallowed credits from Worksheet 4, column (b) | **4b** | |
| **c** Add lines 4a and 4b | | **4c** | 52. |
| **5** Add lines 1c, 2c, 3c, and 4c | | **5** | 52. |
| **6** Enter the tax attributable to net passive income (see page 9) . . . . . . . . . SEE STMT 25 | | **6** | NONE |
| **7** Subtract line 6 from line 5. If line 6 is more than or equal to line 5, enter -0- and see page 10 . . . . . | | **7** | 52. |

**Note:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II, III, or IV. Instead, go to line 37.*

## Part II — Special Allowance for Rental Real Estate Activities With Active Participation

**Note:** *Complete this part only if you have an amount on line 1c. Otherwise, go to Part III.*

| | | |
|---|---|---|
| **8** Enter the smaller of line 1c or line 7 | | **8** |
| **9** Enter $150,000. If married filing separately, see page 10 | **9** | |
| **10** Enter modified adjusted gross income, but not less than zero (see page 10). If line 10 is equal to or more than line 9, skip lines 11 through 15 and enter -0- on line 16 | **10** | |
| **11** Subtract line 10 from line 9 | **11** | |
| **12** Multiply line 11 by 50% (.50). **Do not** enter more than $25,000. If married filing separately, see page 11 | **12** | |
| **13a** Enter the amount, if any, from line 10 of Form 8582 | **13a** | |
| **b** Enter the amount, if any, from line 14 of Form 8582 | **13b** | |
| **c** Add lines 13a and 13b | **13c** | |
| **14** Subtract line 13c from line 12 | **14** | |
| **15** Enter the tax attributable to the amount on line 14 (see page 11) | | **15** |
| **16** Enter the **smaller** of line 8 or line 15 | | **16** |

For Paperwork Reduction Act Notice, see page 16 of the instructions.

JSA
5X5520 2.000

Form **8582-CR** (2005)

Form 8582-CR (2005)  ANDREW COHEN & RITA COHEN                                                                Page **2**

<table>
<tr><td colspan="2"><strong>Part III</strong></td><td><strong>Special Allowance for Rehabilitation Credits From Rental Real Estate Activities</strong> using<br><strong>Credits for Property Placed in Service Before 1990 (or From Pass-Through Interests Acquired Before 1990)</strong><br><strong>Note:</strong> <em>Complete this part only if you have an amount on line 2c. Otherwise, go to Part IV.</em></td></tr>
</table>

| | | | |
|---|---|---|---|
| 17 | Enter the amount from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Enter the amount from line 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Subtract line 18 from line 17. If zero, enter -0- here and on lines 30 and 36, and then go to | | |
| | Part V . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Enter the **smaller** of line 2c or line 19 . . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | Enter $250,000. If married filing separately, see page 12. (See page 12 | | |
| | to find out if you can skip lines 21 through 26.) . . . . . . . . . . . . . **21** | | |
| 22 | Enter modified adjusted gross income, but not less than zero. (See | | |
| | instructions for line 10 on page 10.) If line 22 is equal to or more than | | |
| | line 21, skip lines 23 through 29 and enter -0- on line 30 . . . . . . . . . **22** | | |
| 23 | Subtract line 22 from line 21 . . . . . . . . . . . . . . . . . . . . . **23** | | |
| 24 | Multiply line 23 by 50% (.50). Do not enter more than $25,000. If married | | |
| | filing separately, see page 12 . . . . . . . . . . . . . . . . . . . **24** | | |
| 25a | Enter the amount, if any, from line 10 of | | |
| | Form 8582 . . . . . . . . . . . . . . . . **25a** | | |
| b | Enter the amount, if any, from line 14 of | | |
| | Form 8582 . . . . . . . . . . . . . . . . **25b** | | |
| c | Add lines 25a and 25b . . . . . . . . . . . . . . . . . . . . . . . **25c** | | |
| 26 | Subtract line 25c from line 24 . . . . . . . . . . . . . . . . . . . . **26** | | |
| 27 | Enter the tax attributable to the amount on line 26 (see page 12) . . . . **27** | | |
| 28 | Enter the amount, if any, from line 18 . . . . . . . . . . . . . . . . **28** | | |
| 29 | Subtract line 28 from line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | |
| 30 | Enter the **smaller** of line 20 or line 29. . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | |

<table>
<tr><td colspan="2"><strong>Part IV</strong></td><td><strong>Special Allowance for Low-Income Housing Credits for Property Placed in Service After 1989</strong><br><strong>Note:</strong> <em>Complete this part only if you have an amount on line 3c. Otherwise, go to Part V.</em></td></tr>
</table>

| | | | |
|---|---|---|---|
| 31 | If you completed Part III, enter the amount from line 19. Otherwise, subtract line 16 from line 7 . . . . | **31** | |
| 32 | Enter the amount from line 30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | |
| 33 | Subtract line 32 from line 31. If zero, enter -0- here and on line 36 . . . . . . . . . . . . . | **33** | |
| 34 | Enter the **smaller** of line 3c or line 33 . . . . . . . . . . . . . . . . . . . . . . . | **34** | |
| 35 | Tax attributable to the remaining special allowance (see page 12) . . . . . . . . . . . . . . | **35** | |
| 36 | Enter the **smaller** of line 34 or line 35. . . . . . . . . . . . . . . . . . . . . . . . . | **36** | |

<table>
<tr><td colspan="2"><strong>Part V</strong></td><td><strong>Passive Activity Credit Allowed</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| 37 | **Passive Activity Credit Allowed.** Add lines 6, 16, 30, and 36. See page 12 to find out how to report the allowed credit on your tax return and how to allocate allowed and unallowed credits if you have more than one credit or credits from more than one activity. If you have any credits from a publicly traded partnership, see **Publicly Traded Partnerships (PTPs)** on page 15 . . . . . . . . . . | **37** | NONE |

<table>
<tr><td colspan="2"><strong>Part VI</strong></td><td><strong>Election To Increase Basis of Credit Property</strong></td></tr>
</table>

| | | |
|---|---|---|
| 38 | If you disposed of your entire interest in a passive activity or former passive activity in a fully taxable transaction, and you elect to increase your basis in credit property used in that activity by the unallowed credit that reduced your basis in the property, check this box. See page 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | |
| 39 | Name of passive activity disposed of ▶ _____ | |
| 40 | Description of the credit property for which the election is being made▶ _____ | |
| | _____ | |
| 41 | Amount of unallowed credit that reduced your basis in the property . . . . . . . . . . . . . . . . . ▶ $ | |

Form **8582-CR** (2005)

JSA
5X5530 2.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

| Form **8283** | **Noncash Charitable Contributions** | OMB No. 1545-0908 |
|---|---|---|
| (Rev. December 2005) | ▶ **Attach to your tax return if you claimed a total deduction** of over $500 for all contributed property. | |
| Department of the Treasury Internal Revenue Service | ▶ **See separate instructions.** | Attachment Sequence No. **155** |

| Name(s) shown on your income tax return | Identifying number |
|---|---|
| ANDREW COHEN & RITA COHEN | ▮ |

**Note.** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A - Donated Property of $5,000 or Less and Certain Publicly Traded Securities -** List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is more than $5,000 (see instructions).

**Part I    Information on Donated Property -** If you need more space, attach a statement.

| 1 | | (a) Name and address of the donee organization | (b) Description of donated property (For a donated vehicle, enter the year, make, model, condition, and mileage.) |
|---|---|---|---|
| | A | OUTREACH FOR CHRIST VIRGINIA BEACH, VA | CLOTHES/MISC - SALE OF HOME |
| | B | GOODWILL VA BEACH, VA | FURNITURE/ELETRONICS - SALE OF HOME |
| | C | GOODWILL VA BEACH, VA | FURNITURE/WARES - SALE OF HOME |
| | D | PURPLE HEART VIRGINIA | CLOTHES |
| | E | | |

**Note.** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value (see instructions) | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 09/25/2005 | VAR | PURCHASE | 2,475. | 550. | THRIFT SHOP VALUE |
| B | 08/30/2005 | VAR | PURCHASE | 2,250. | 500. | THRIFT SHOP VALUE |
| C | 09/26/2005 | VAR | PURCHASE | 2,475. | 550. | THRIFT SHOP VALUE |
| D | 02/21/2005 | VAR | PURCHASE | 2,250. | 500. | THRIFT SHOP VALUE |
| E | | | | | | |

**Part II    Partial Interests and Restricted Use Property -** Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if the conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions).

**2a** Enter the letter from Part I that identifies the property for which you gave less than an entire interest ▶ _____
If Part II applies to more than one property, attach a separate statement.

**b** Total amount claimed as a deduction for the property listed in Part I: **(1)** For this tax year ▶ _____
**(2)** For any prior tax years ▶ _____

**c** Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee)

_____

Address (number, street, and room or suite no.)

_____

City or town, state, and ZIP code

_____

**d** For tangible property, enter the place where the property is located or kept ▶ _____

**e** Name of any person, other than the donee organization, having actual possession of the property ▶ _____

| | | Yes | No |
|---|---|---|---|
| **3a** | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? . . . . . . . . . . . . . . . . . . | | |
| **c** | Is there a restriction limiting the donated property for a particular use?. . . . . . . . . . . . . . . . . . . . . . . . . | | |

**For Paperwork Reduction Act Notice, see page 6 of separate instructions.**          Form **8283** (Rev. 12-2005)

JSA
5X6400 3.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

Form 8283 (Rev. 12-2005)                                                                 Page **2**

| Name(s) shown on your income tax return | Identifying number |
|---|---|
| ANDREW COHEN & RITA COHEN | ▬▬▬▬▬ |

**Section B. Donated Property Over $5,000 (Except Certain Publicly Traded Securities) -** List in this section only items (or groups of similar items) for which you claimed a deduction of more than $5,000 per item or group (except contributions of certain publicly traded securities reported in Section A). An appraisal is generally required for property listed in Section B (see instructions).

**Part I**  **Information on Donated Property -** To be completed by the taxpayer and/or the appraiser.

**4** Check the box that describes the type of property donated:

☐ Art* (contribution of $20,000 or more)    ☐ Qualified Conservation Contribution    ☐ Equipment
☐ Art* (contribution of less than $20,000)  ☐ Other Real Estate    ☐ Securities
☐ Collectibles**    ☐ Intellectual Property    ☐ Other

*Art includes paintings, sculptures, watercolors, prints, drawings, ceramics, antiques, decorative arts, textiles, carpets, silver, rare manuscripts, historical memorabilia, and other similar objects.

**Collectibles include coins, stamps, books, gems, jewelry, sports memorabilia, dolls, etc., but not art as defined above.

**Note:** If your total art contribution was $20,000 or more, you must attach a complete copy of the signed appraisal. If your deduction for any donated property was more than $500,000, you must attach a qualified appraisal of the property. See instructions.

| 5 | (a) Description of donated property (if you need more space, attach a separate statement) | (b) If tangible property was donated, give a brief summary of the overall physical condition at the time of the gift | (c) Appraised fair market value |
|---|---|---|---|
| A | | | |
| B | | | |
| C | | | |
| D | | | |

| | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) For bargain sales, enter amount received | (h) Amount claimed as a deduction | (i) Average trading price of securities |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

**Part II**  **Taxpayer (Donor) Statement -** List each item included in Part I above that the appraisal identifies as having a value of $500 or less. See instructions.

I declare that the following item(s) included in Part I above has to the best of my knowledge and belief an appraised value of not more than $500 (per item). Enter identifying letter from Part I and describe the specific item. See instructions. ▶ _____

Signature of taxpayer (donor) ▶ _____    Date ▶ _____

**Part III**  **Declaration of Appraiser**

I declare that I am not the donor, the donee, a party to the transaction in which the donor acquired the property, employed by, or related to any of the foregoing persons, or married to any person who is related to any of the foregoing persons. And, if regularly used by the donor, donee, or party to the transaction, I performed the majority of my appraisals during my tax year for other persons.

Also, I declare that I hold myself out to the public as an appraiser or perform appraisals on a regular basis; and that because of my qualifications as described in the appraisal, I am qualified to make appraisals of the type of property being valued. I certify that the appraisal fees were not based on a percentage of the appraised property value. Furthermore, I understand that a false or fraudulent overstatement of the property value as described in the qualified appraisal or this Form 8283 may subject me to the penalty under section 6701(a) (aiding and abetting the understatement of tax liability). I affirm that I have not been barred from presenting evidence or testimony by the Office of Professional Responsibility.

**Sign Here**  Signature ▶ _____    Title ▶ _____    Date ▶ _____

Business address (including room or suite no.)    Identifying number _____

City or town, state, and ZIP code

**Part IV**  **Donee Acknowledgment -** To be completed by the charitable organization.

This charitable organization acknowledges that it is a qualified organization under section 170(c) and that it received the donated property as described in Section B, Part I, above on the following date ▶ _____

Furthermore, this organization affirms that in the event it sells, exchanges, or otherwise disposes of the property described in Section B, Part I (or any portion thereof) within 2 years after the date of receipt, it will file **Form 8282**, Donee Information Return, with the IRS and give the donor a copy of that form. This acknowledgment does not represent agreement with the claimed fair market value.

Does the organization intend to use the property for an unrelated use? . . . . . . . . . . . . . . . . . . . . . ▶ ☐ Yes  ☐ No

| Name of charitable organization (donee) | Employer identification number |
|---|---|
| | |
| Address (number, street, and room or suite no.) | City or town, state, and ZIP code |
| | |
| Authorized signature | Title | Date |

JSA
5X6410 3.000

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
===============================================================================

## SOURCES OF COMPENSATION
=======================

| OWNER-SHIP | DESCRIPTION | TOTAL WAGES | FEDERAL WITHHELD | SOC. SEC. WITHHELD | MEDICARE WITHHELD |
|-----|------------------------|------------|-----------|----------|----------|
| | WAGES | | | | |
| | ----- | | | | |
| S | LARCHMONT UNITED | 2,592. | | 161. | 38. |
| T | TIDEWATER VOLLEYBALL | 1,385. | | 86. | 20. |
| | TOTAL - WAGES | 3,977. | | 247. | 58. |
| | GRAND TOTAL | 3,977. | | 247. | 58. |

| OWNER-SHIP | WITHHOLDING FROM WAGES | STATE WITHHELD | CITY/LOCAL WITHHELD |
|-----|------------------------|-----------|-----------|
| S | LARCHMONT UNITED | | |
| T | TIDEWATER VOLLEYBALL | 8. | |
| | TOTAL WITHHOLDING FROM WAGES | 8. | |

## QUALIFIED DIVIDENDS
===================

QUALIFIED DIVIDENDS FROM FORM 1099
----------------------------------
| | | |
|---|---|---|
| T VANGUARD - INTL STOCK INDEX | | 868. |
| T VANGUARD - STOCK MKT IDX ADM | | 1,098. |
| T AMERITRADE | | 3,120. |

STATEMENT   1

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
================================================================================

```
                                    ------------
          TOTAL FORM 1099 QUALIFIED DIVIDENDS              5,086.
                                    ------------



          TOTAL TO 1040, LINE 9B                           5,086.
                                                      ============
```

SOURCES OF OTHER INCOME
=======================
```
          MISC. OTHER INCOME SUBJECT TO S.E. TAX
          --------------------------------------
   T   AMERITRADE DIVIDEND CHARGED BACK                       -59.
                                                        ----------
          TOTAL TO 1040, LINE 21                              -59.
                                                        ==========
```

```
SEP DEDUCTION                                  TAXPAYER  SPOUSE
=============
 AMOUNT CONTRIBUTED TO SELF-EMPLOYED SEP ..........     NONE
 EARNED INCOME
   TAXPAYER - INCLUDES ALL SOURCES EXCEPT WAGES ....... 709,392.
   SPOUSE - INCLUDES ALL SOURCES EXCEPT WAGES ........            -4,615.
 LESS: ONE HALF OF SELF-EMPLOYMENT TAX ............  14,994.
 TOTAL EARNED INCOME FOR SEP CALCULATION .......... 694,398.
 CONTRIBUTION PERCENTAGE FOR MAXIMUM DEDUCTION ....
                                                   --------------------
 SELF-EMPLOYED SEP DEDUCTION ....................  42,000.
                                                   --------------------
                                                   --------------------
 TOTAL QUALIFIED PLAN, SEP, AND SIMPLE DEDUCTION .....  42,000.
                                                   ====================
```

STATEMENT  2

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
==============================================================================

SELF-EMPLOYED HEALTH INSURANCE ADJUSTMENT
=========================================

SCHEDULE C ACTIVITY
-------------------
ANDREW'S DREAMLAND,LLC

```
1. HEALTH INSURANCE PREMIUMS PAID IN CURRENT YEAR                    2,820.
2. INCOME FROM THIS ACTIVITY LESS DEDUCTIONS ON FORM 1040          652,457.
3. SELF-EMPLOYED HEALTH INSURANCE DEDUCTION FOR CURRENT YEAR         2,820.
                                                                ------------
            TOTAL TO 1040, LINE 29                                   2,820.
                                                                ============
```

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 1040
================================================================================

PERSONAL EXEMPTION WORKSHEET
============================
1. IS THE AMOUNT ON FORM 1040, LINE 38 GREATER
   THAN AMOUNT SHOWN ON LINE 4 BELOW FOR YOUR
   FILING STATUS?  IF YES, GO TO LINE 2.

2. TOTAL EXEMPTIONS MULTIPLIED BY $ 3,200 ................      12,800.

3. ADJUSTED GROSS INCOME ..................................     939,604.

4. FILING STATUS INCOME LIMIT ............................     218,950.

5. LINE 3 LESS LINE 4 ....................................     720,654.

        IF LINE 5 IS GREATER THAN $61,250 FOR MFS OR
        LINE 5 IS GREATER THAN $122,500 FOR OTHERS, STOP!

6. LINE 5 DIVIDED BY 2,500 (1,250 IF MFS).IF THE RESULT IS
   NOT A WHOLE NUMBER, INCREASE TO THE NEXT WHOLE NUMBER.

7. LINE 6 X 0.02 .........................................

8. LINE 2 MULTIPLIED BY LINE 7 ...........................
                                                             ----------
9. DEDUCTION FOR EXEMPTIONS (LINE 2 LESS LINE 8) ........         NONE
                                                             ==========

STATEMENT  4

ANDREW COHEN & RITA COHEN

SUPPLEMENT SCHEDULE FOR FORM 2210
===============================================================================

FIGURE THE PENALTY (FORM 2210, PART IV, SECTION B)
------------------------------------------------------
                    UNDERPAYMENT   BEG. DATE    END. DATE    DAYS    %      PENALTY
                    ------------   ---------    ---------    ----    ---     -------

04/15/2005 - LINE 28, COLUMN (A)
--------------------------------
                        18,534.   04/15/2005   05/05/2005   20     6.0        61.
                            84.   05/05/2005   07/06/2005   62     6.0         1.
                                                                          ----------
            TOTAL TO FORM 2210, LINE 28, COLUMN (A)                           62.
                                                                          ==========

06/15/2005 - LINE 28, COLUMN (B)
--------------------------------
                        18,534.   06/15/2005   07/06/2005   21     6.0        64.
                           168.   07/06/2005   09/30/2005   86     6.0         2.
                                                                          ----------
            TOTAL TO FORM 2210, LINE 28, COLUMN (B)                           66.
                                                                          ==========

06/15/2005 - LINE 30, COLUMN (B)
--------------------------------
                           168.   09/30/2005   11/23/2005   54     7.0         2.
                                                                          ----------
            TOTAL TO FORM 2210, LINE 30, COLUMN (B)                            2.
                                                                          ==========

09/15/2005 - LINE 28, COLUMN (C)
--------------------------------
                        18,534.   09/15/2005   09/30/2005   15     6.0        46.
                                                                          ----------
            TOTAL TO FORM 2210, LINE 28, COLUMN (C)                           46.
                                                                          ==========

09/15/2005 - LINE 30, COLUMN (C)
--------------------------------
                        18,534.   09/30/2005   11/23/2005   54     7.0       192.
                           252.   11/23/2005   01/23/2006   61     7.0         3.
                                                                          ----------
            TOTAL TO FORM 2210, LINE 30, COLUMN (C)                          195.
                                                                          ==========

ANDREW COHEN & RITA COHEN

SUPPLEMENT SCHEDULE FOR FORM 2210
=============================================================================

FIGURE THE PENALTY (FORM 2210, PART IV, SECTION B)
----------------------------------------------------

| | UNDERPAYMENT | BEG. DATE | END. DATE | DAYS | % | PENALTY |
|---|---|---|---|---|---|---|
| | ------------ | ---------- | ---------- | ---- | --- | ------- |

01/15/2006 - LINE 30, COLUMN (D)
---------------------------------

| | UNDERPAYMENT | BEG. DATE | END. DATE | DAYS | % | PENALTY |
|---|---|---|---|---|---|---|
| | 18,534. | 01/15/2006 | 01/23/2006 | 8 | 7.0 | 28. |
| | 336. | 01/23/2006 | 04/15/2006 | 82 | 7.0 | 5. |

TOTAL TO FORM 2210, LINE 30, COLUMN (D)                              33.
                                                                ==========

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
===============================================================================


HOME MORTGAGE INTEREST NOT REPORTED ON FORM 1098
------------------------------------------------

```
   OTHER MORTGAGE INTEREST NOT REPORTED ON FORM 1098              694.
                                                          ------------
           TOTAL TO SCHEDULE A, LINE 11                           694.
                                                          ============
```

INVESTMENT INTEREST EXPENSE
---------------------------

```
   STANLEY COHEN 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                                   11,000.
   AMERITRADE                                                      397.
                                                          ------------
           SUBTOTAL OF INVESTMENT INTEREST EXPENSE            11,397.

   LESS: DISALLOWED INVESTMENT INTEREST EXP./FORM 4952          NONE
                                                          ------------
           TOTAL TO SCHEDULE A, LINE 13                       11,397.
                                                          ============
```

CASH CONTRIBUTIONS
------------------

```
   OTHER CASH CONTRIBUTIONS
   ------------------------
                   ELECTED AS QUALIFIED CONTRIBUTIONS
   ADJUST 8/28                                                   2,200.
                   50% ORGANIZATION(S)
   NORFOLK ACADEMY                                                  75.
   FIRE DEPT                                                       150.
   CHESAPEAKE BAY FOUNDATION                                     1,000.
   WHRO                                                            500.
   OLD DONATION CENTER                                             400.
   SIMON WIESENTHAL                                                250.
   INTERNATIONAL HOUSE                                             100.
   POST 8/28                                                    -2,200.
   MISCELLANEOUS                                                   950.
                                                          ------------
           TOTAL CASH CONTRIBUTIONS BEFORE LIMITATION           3,425.

           CASH CONTRIBUTION LIMITATION                          NONE
                                                          ------------
           TOTAL TO SCHEDULE A, LINE 15A                        3,425.
                                                          ============
```

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
===============================================================================



NONCASH CHARITABLE CONTRIBUTIONS
--------------------------------

```
   NONCASH CONTRIBUTIONS FROM FORM 8283                        2,100.
                                                          ------------
         TOTAL NONCASH CONTRIBUTIONS BEFORE LIMITATION         2,100.

         NONCASH CONTRIBUTION LIMITATION                         NONE
                                                          ------------
         TOTAL TO SCHEDULE A, LINE 16                          2,100.
                                                          ============
```

OTHER MISC. DEDUCTIONS SUBJECT TO 2% LIMIT
------------------------------------------
```
   PARTNERSHIP, S CORPORATION AND ESTATE AND TRUST             9,648.
   TAX PLANNING                                                  725.
                                                          ------------
         TOTAL TO SCHEDULE A, LINE 22                         10,373.
                                                          ============
```

STATEMENT   8

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE A
================================================================================

ITEMIZED DEDUCTION WORKSHEET
----------------------------

```
 1.  SCHEDULE A, LINES 4, 9, 14, 18, 19, 26, AND 27 .......      58,051.

 2.  SCHEDULE A, LINES 4, 13, 15B, 19, AND GAMBLING AND
     CASUALTY OR THEFT LOSSES INCLUDED ON LINE 27 ........      13,597.
                                                            ------------
 3.  LINE 1 LESS LINE 2 ...................................      44,454.
                                                            ============
 4.  LINE 3 MULTIPLIED BY 80% ..............      35,563.
                                             ============
 5.  ADJUSTED GROSS INCOME ..................     939,604.

 6.  $145,950 ($72,975/MARRIED FILING SEP.)      145,950.
                                             ------------
 7.  LINE 5 LESS LINE 6 .....................     793,654.
                                             ============
 8.  LINE 7 MULTIPLIED BY 3% ................      23,810.
                                             ============
 9.  SMALLER OF AMOUNTS ON LINES 4 OR 8 ...................      23,810.
                                                            ============
10.  TOTAL ITEMIZED DEDUCTIONS (LINE 1 LESS LINE 9) .......      34,241.
                                                            ============
```

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
===============================================================================


GROSS RECEIPTS OR SALES - SCHEDULE C, LINE 1
==========================================
   BUSINESS NAME:        RITA A. COHEN

   PARAGON RAGTIME ORCHESTRA                                          4,000.
                                                                 ------------
         TOTAL TO SCHEDULE C, LINE 1                                 4,000.
                                                                 ============

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 9
==========================================
   STANDARD MILEAGE RATE METHOD
   ----------------------------
   BUSINESS NAME:        RITA A. COHEN

                              VEHICLE 1

   BUSINESS MILES                3,774.           1,887.
                       X         0.405    X       0.485
                            --------------   --------------
                              1,528.            915.
   STANDARD MILEAGE FOR THIS VEHICLE                                 2,443.
                                                                 ------------
         TOTAL TO SCHEDULE C, LINE 9                                 2,443.
                                                                 ============

STATEMENT   10

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
=============================================================================




OTHER EXPENSES - SCHEDULE C, PART V
==================================
  BUSINESS NAME:        RITA A. COHEN

  PROFESSIONAL MAGAZINES, JOURNAL                                    19.
  AUDITION EXPENSES                                                 525.
  VOICE TRAINING                                                    865.
  SHEET MUSIC                                                       262.
  COSTUMES                                                          500.
  MISCELLANEOUS
  MAKE UP AND HAIR                                                  253.
  PICTURES                                                          100.
  PIANO ACCOMPANIEST                                                365.
  PIANO YUNING                                                       80.
  WORKSHOP                                                          833.
                                                            ------------
         TOTAL TO SCHEDULE C, LINE 48                             3,802.
                                                            ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
===============================================================================


GROSS RECEIPTS OR SALES - SCHEDULE C, LINE 1
==========================================
  BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

  UNIT B                                                      1,400,000.
  UNIT C                                                      1,353,150.
  UNIT D                                                      1,200,000.
                                                            ------------
        TOTAL TO SCHEDULE C, LINE 1                           3,953,150.
                                                            ============

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 9
==========================================
  STANDARD MILEAGE RATE METHOD
  ----------------------------
  BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

                              VEHICLE 1

  BUSINESS MILES              2,345.           1,155.
                        X     0.405      X     0.485
                        --------------   --------------
                              950.             560.
  STANDARD MILEAGE FOR THIS VEHICLE                            1,510.
                                                            ------------
        TOTAL TO SCHEDULE C, LINE 9                            1,510.
                                                            ============

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================


OTHER COSTS - SCH. C PART III, LINE 39
====================================
  BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

  CONSTRUCTION IN PROGRESS                                     491,037.
  CAPITALIZED INTEREST                                          43,239.
  COMMISSIONS                                                   36,000.
  BUILDER PROFIT AND OVERHEAD                                  737,722.
  BANK OF AMER   INT TRACED                                     30,342.
                                                            ------------
      TOTAL TO SCHEDULE C, LINE 39                          1,338,340.
                                                            ============

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE E
================================================================================

PART II, INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS
============================================================
COLUMNS (F) & (G) - PASSIVE INCOME OR LOSS


K-1 NAME:    VIANIX LC

| DESCRIPTION | INCOME/LOSS |
|-------------|-------------|
| ORDINARY INCOME OR LOSS | -5,222. |
| LESS: | |
|   SUSPENDED LOSS CARRYOVER | 1,009. |
| PLUS: | |
|   DISALLOWED PASSIVE LOSS | 6,231. |
| ALLOWABLE INCOME/LOSS | NONE |


K-1 NAME:    ENVEST II LLC

| DESCRIPTION | INCOME/LOSS |
|-------------|-------------|
| ORDINARY INCOME OR LOSS | -1,718. |
| PLUS: | |
|   DISALLOWED PASSIVE LOSS | 1,718. |
| ALLOWABLE INCOME/LOSS | NONE |


STATEMENT  14

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE SE
===============================================================================

TAXPAYER'S NET SELF-EMPLOYMENT INCOME
=====================================

NET NONFARM PROFIT OR (LOSS)
----------------------------
SCHEDULE C                                                        709,451.
MISCELLANEOUS INCOME SUBJECT TO SE TAX                                -59.
                                                                 ------------
     TOTAL NET NONFARM PROFIT OR (LOSS), SECTION B, LINE 2        709,392.
                                                                 ============

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 6198
===============================================================================

ACTIVITY NAME ........................  VIANIX LC

|  | LOSS | RATIO | DEDUCTIBLE LOSS | AT-RISK ADJUSTMENT |
|---|---|---|---|---|
| OPERATING LOSS | 5,222. | 0.9935312 | 5,222. | |
| NON-DEDUCTIBLE EXPENSE C/O | 34. | 0.0064688 | 34. | |
| TOTAL | 5,256. | 1.000 | 5,256. | |

TOTAL DEDUCTIBLE LOSS
=====================
DEDUCTIBLE LOSS FROM FORM 6198, LINE 21                        5,126.

INCOME/GAINS USED TO OFFSET ADDITIONAL LOSSES:
    OTHER INCOME OR GAINS                                       130.
                                                         ------------
DEDUCTIBLE LOSS                                               5,256.
                                                         ============

STATEMENT   16

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 6198
===============================================================================

ACTIVITY NAME ........................  ENVEST II LLC

|  | LOSS | RATIO | DEDUCTIBLE LOSS | AT-RISK ADJUSTMENT |
|---|---|---|---|---|
| OPERATING LOSS | 1,718. | 0.1511526 | 1,718. | |
| DED. RELATED PORT. INC.(2%) | 9,648. | 0.8488474 | 9,648. | |
| TOTAL | 11,366. | 1.000 | 11,366. | |

TOTAL DEDUCTIBLE LOSS
=====================
DEDUCTIBLE LOSS FROM FORM 6198, LINE 21                    11,305.

INCOME/GAINS USED TO OFFSET ADDITIONAL LOSSES:
     OTHER INCOME OR GAINS                                    61.
                                                       ------------
DEDUCTIBLE LOSS                                           11,366.
                                                       ============

STATEMENT   17

ANDREW COHEN & RITA COHEN

```
      SUPPLEMENT TO FORM 6198AMT
==============================================================================

      ACTIVITY NAME ........................ VIANIX LC


                                                      DEDUCTIBLE      AT-RISK
                                LOSS        RATIO        LOSS       ADJUSTMENT
                              ----------  ----------  ----------   ----------
      ORDINARY LOSS              5,231.   0.9901571     5,231.
      NON-DEDUCTIBLE EXPENSE C/O    52.   0.0098429        52.
                              ------------------------------------------------
      TOTAL                     5,283.     1.000        5,283.
                              ================================================


      TOTAL DEDUCTIBLE LOSS
      =====================
      DEDUCTIBLE LOSS FROM FORM 6198AMT, LINE 21             5,153.

      INCOME/GAINS USED TO OFFSET ADDITIONAL LOSSES:
          OTHER INCOME OR GAINS                                130.
                                                          ------------
      DEDUCTIBLE LOSS                                         5,283.
                                                          ============
```

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 6251
================================================================================

```
LINE 29 - EXEMPTION WORKSHEET
=============================
1.  $40,250,  IF SINGLE OR HEAD OF HOUSEHOLD
    $58,000,  IF MARRIED FILING JT. OR QUAL. WIDOW(ER)              58,000.
    $29,000,  IF MARRIED FILING SEPARATELY

2.  ALTERNATIVE MINIMUM TAXABLE INCOME, LINE 28     915,044.

3.  $112,500, IF SINGLE OR HEAD OF HOUSEHOLD
    $150,000, IF MFJ OR QUAL. WIDOW(ER)            150,000.
    $ 75,000, IF MARRIED FILING SEPARATELY        ------------

4.  LINE 2 LESS LINE 3                            765,044.
5.  MULTIPLY LINE 4 BY 25%                                        191,261.
                                                                 ------------
6.  EXEMPTION AMOUNT (LINE 1 LESS LINE 5)                             NONE
                                                                 ============
```

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 6251
================================================================================

LINE 42 - WORKSHEET
===================
```
1.   AMOUNT FROM FORM 6251, LINE 41                          909,958.
2.   LINE 1 MULTIPLIED BY 28%                                254,788.
3.   $3,500 OR $1,750 IF MARRIED FILING SEPARATELY             3,500.
                                                         ------------
4.   TOTAL TO FORM 6251, LINE 42 (LINE 2 LESS LINE 3)        251,288.
                                                         ============
```

LINE 54 - WORKSHEET
===================
```
1.   AMOUNT FROM FORM 6251, LINE 36                          915,044.
2.   LINE 1 MULTIPLIED BY 28%                                256,212.
3.   $3,500 OR $1,750 IF MARRIED FILING SEPARATELY             3,500.
                                                         ------------
4.   TOTAL TO FORM 6251, LINE 54 (LINE 2 LESS LINE 3)        252,712.
                                                         ============
```

STATEMENT   20

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
===============================================================================

DETAIL OF INVESTMENT INTEREST EXPENSE
-------------------------------------

| | | PRIOR YEAR |
| | CURRENT YEAR | DISALLOWED |
| DESCRIPTION | INV. INT. | INV. INT. |
| ----------- | --------- | --------- |
| STANLEY COHEN 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 | 11,000. | |
| AMERITRADE | 397. | |
| | ------------ | ------------ |
| TOTAL INVESTMENT INTEREST EXPENSE | 11,397. | |
| | ============ | ============ |

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

```
   SUPPLEMENT TO FORM 4952
==============================================================================

                      GAIN FROM INVESTMENT PROPERTIES
                      -------------------------------


                  ORDINARY         SHORT TERM              LONG TERM
                    GAIN        LOSS        GAIN        LOSS        GAIN
                ------------ ------------ ------------ ------------ ------------
SCHEDULE D                                  248,886.      2,156.
                ------------ ------------ ------------ ------------ ------------
TOTAL                                       248,886.      2,156.
                ------------ ------------ ------------ ------------ ------------


NET GAIN - PROPERTY HELD FOR INVESTMENT - FORM 4952 LINE 4D          246,730.
                                                                 ============


       ELECTION TO INCLUDE QUAL. DIV. & NET CAP. GAIN AS INV. INCOME
       -------------------------------------------------------------


GROSS INCOME EXCLUDING QUAL. DIV. - FORM 4952 LINE 4C     31,904.
ORDINARY GAIN - PROPERTY HELD FOR INVESTMENT             246,730.
                                                     ------------
    TOTAL INCOME BEFORE CAPITAL GAIN                                 278,634.

TOTAL INVESTMENT INTEREST EXPENSES - FORM 4952 LN. 3      11,397.
INVESTMENT EXPENSES - FORM 4952 LINE 5                     9,648.
                                                     ------------
    TOTAL EXPENSES                                                    21,045.
                                                                 ------------

EXCESS TOTAL EXPENSES OVER TOTAL INCOME                                  NONE

QUALIFIED DIVIDENDS                                                     5,086.

NET LONG-TERM CAPITAL GAIN - INVESTMENT PROPERTY             NONE
NET SHORT-TERM CAPITAL LOSS - INVESTMENT PROPERTY            NONE
                                                     ------------
NET CAPITAL GAIN                                                         NONE
                                                                 ------------


NET CAPITAL GAIN YOU MAY ELECT TO REPORT AS ORDINARY                    NONE
QUALIFIED DIVIDENDS YOU MAY ELECT TO INCLUDE IN INV. INC.               NONE
                                                                 ------------

NET CAPITAL GAIN ELECTED TO BE REPORTED AS ORDINARY                     NONE
QUALIFIED DIVIDENDS ELECTED TO BE INCLUDED IN INV. INC.                 NONE
                                                                 ------------
```

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
================================================================================

```
          ELECTION TO INCLUDE QUAL. DIV. & NET CAP. GAIN AS INV. INCOME (CONT'D)
          ----------------------------------------------------------------------


TOTAL ELECTION TO BE INCLUDED IN INVESTMENT INCOME
                        - FORM 4952 LINE 4G                              NONE
                                                                  ============
```

STATEMENT    23

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO FORM 4952
================================================================================

DETAIL OF INVESTMENT INCOME MINUS EXPENSES
------------------------------------------

```
 1. CHILD'S INCOME FROM FORM 8814 .................
 2. INTEREST INCOME ...............................       1,578.
 3. DIVIDEND INCOME ...............................      35,221.
 4. ANNUITIES ......................................
 5. ROYALTY INCOME.................................
 6. K-1 SOURCES INVESTMENT INCOME .................         191.
                                                     ------------
 7. GROSS INVESTMENT INCOME .......................                 36,990.
 8. QUALIFIED DIVIDENDS ...........................                  5,086.
                                                                ------------
 9. GROSS INVESTMENT INCOME EXCLUDING QUALIFIED DIV.                31,904.

10. ORDINARY SECTION 1245, 1250 & 1254 INCOME .....
11. NET CAPITAL GAIN FROM INVESTMENT PROPERTY .....        NONE
12. NET GAIN FROM INVESTMENT PROPERTY ............     246,730.
13. LINE 12 LESS LINE 11 ..........................                246,730.
14. INVESTMENT INCOME ELECTION ....................                    NONE
                                                                ------------
15. TOTAL INVESTMENT INCOME .......................                278,634.

16. ROYALTY EXPENSES ..............................
17. INVESTMENT EXPENSES ...........................       9,648.
                                                     ------------
18. TOTAL INVESTMENT EXPENSES .....................                  9,648.
                                                                ------------
19. TOTAL NET INVESTMENT INCOME ...................                268,986.
                                                                ============
```

STATEMENT   24

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

```
 SUPPLEMENT TO FORM 8582-CR
==============================================================================
```

```
    TAX ATTRIBUTABLE TO PASSIVE INCOME - LINE 6
    -------------------------------------------
    TOTAL TAX LIABILITY                                          NONE
    TAXABLE INCOME INCLUDING PASSIVE INCOME
    LESS: NET PASSIVE INCOME FROM FORM 8582
    PLUS: LOSSES FROM DISPOSITION
    INCOME WITHOUT PASSIVE INCOME
    LESS: TAX ON NON-PASSIVE INCOME                              NONE
                                                            ------------
    TAX ATTRIBUTABLE TO PASSIVE INCOME, LINE 6                  NONE
                                                            ============
```

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS

```
            ANDREW COHEN & RITA COHEN
          INSTRUCTIONS FOR FILING FORM
                        760
          2005 VIRGINIA RESIDENT INCOME TAX RETURN
```

SIGNATURE..
     THE ORIGINAL RETURN SHOULD BE SIGNED (USE FULL NAME) AND DATED ON
     PAGE 2 BY THE TAXPAYER AND SPOUSE.

OVERPAYMENT..
     YOUR RETURN SHOWS A $3,066. OVERPAYMENT. OF THIS AMOUNT, NONE WILL BE
     REFUNDED TO YOU, AND $3,066. HAS BEEN APPLIED TO YOUR 2006 ESTIMATED
     TAX.

FILING..
     FILE YOUR SIGNED RETURN BY MAY 1, 2006 WITH:

                  COMMISSIONER OF THE REVENUE
                  2401 COURT HOUSE DR., BLDG #1
                  VIRGINIA BEACH, VIRGINIA  23456

MAILING..
     YOUR RETURN SHOULD BE MAILED BY EITHER REGISTERED OR CERTIFIED
     MAIL, WITH THE SENDER'S RECEIPT POSTMARKED TO PROVE MAILING BEFORE
     THE DUE DATE.

XL191  1.000

# McPhillips, Roberts & Deans, PLC

CERTIFIED PUBLIC ACCOUNTANTS

POST OFFICE BOX 1180

NORFOLK, VIRGINIA 23501-1180

(757) 640-7190

FAX (757) 640-7297

TOWN POINT CENTER, SUITE 1100
NORFOLK, VIRGINIA 23510

PAVILION CENTER, SUITE 602
VIRGINIA BEACH, VIRGINIA 23451

MEMBERS

AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

VIRGINIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS

NATIONAL ASSOCIATED
CERTIFIED PUBLIC
ACCOUNTING FIRMS


```
              ANDREW COHEN & RITA COHEN
              INSTRUCTIONS FOR FILING FORM
                        760ES
          2006 VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER


PAYMENT OF ESTIMATED TAX..
         THE APPROPRIATE VOUCHER FORM SHOULD ACCOMPANY EACH PAYMENT AS
         FOLLOWS...

         VOUCHER        ON OR BEFORE-                  AMOUNT
            1           MAY 1, 2006             $         NONE
            2           JUNE 15, 2006           $        2,934.
            3           SEPTEMBER 15, 2006      $        3,000.
            4           JANUARY 16, 2007        $        3,000.
                                                    ------------
                                                         8,934.
         OVERPAYMENT OF 2005 INCOME TAX CREDITED
          AGAINST 2006 TAX ............................       3,066.
                                                    ------------

         TOTAL 2006 ESTIMATED TAX PAYMENTS ............ $    12,000.
         ESTIMATED INCOME TAX TO BE WITHHELD IN 2006 ...        8.
         ESTIMATED CREDITS ..............................
                                                    ------------
         TOTAL ESTIMATE OF 2006 INCOME TAX ............ $    12,008.
                                                    ============

FILING..
         THE FIRST VOUCHER, TOGETHER WITH YOUR CHECK, SHOULD BE FILED WITH:

                     COMMISSIONER OF THE REVENUE
                     2401 COURT HOUSE DR., BLDG #1
                  VIRGINIA BEACH, VIRGINIA  23456-9002

         ALL REMAINING VOUCHERS SHOULD BE FILED WITH:

                     COMMISSIONER OF THE REVENUE
                       2401 COURT HOUSE DR.
                  VIRGINIA BEACH, VIRGINIA  23456-9018

         YOUR SOCIAL SECURITY NUMBER AND "2006 ESTIMATED TAX"
         SHOULD BE INDICATED ON EACH CHECK.  CHECKS SHOULD BE MADE
         PAYABLE TO THE TREASURER (CITY OR COUNTY).
```

XL191  1.000

## 2006 ESTIMATED INCOME TAX WORKSHEET FOR INDIVIDUALS
### PART I - COMPUTE YOUR ESTIMATED 2006 VIRGINIA INCOME TAX

See the instruction book for the income tax return you will file to determine the amounts for lines 1 through 4.

| | | **A** SPOUSE USE ONLY when using filing Status 4 on Form 760PY | **B** YOURSELF Use for all other filers |
|---|---|---|---|
| 1. Expected Virginia ADJUSTED GROSS INCOME subject to tax in 2006 (includes the age deduction plus additions to and subtractions from federal adjusted gross income) **See Section I on page 1 to see if you are required to file Form 760ES** . . . . . . . . . . . . . 1 | | | 228,658. |
| 2a If you will itemize deductions on your 2006 federal return, enter the estimated total of those deductions, less state and local tax (Fixed Date Conformity adjustments should be made where applicable). . . . . . . . 2a | | | 17,234. |
| **OR** | or | | |
| 2b If you will not itemize deductions, enter the standard deduction **(updated)** amount for your filing status Single: $3,000, Married, filing joint or combined return: $6,000, Married, filing separately: $3,000 . . . 2b | | | |
| 3. Expected amount of qualifying child and dependent care expenses . . . . . . . . . . . . . 3 | | | |
| 4. Personal exemptions (Personal exemptions X $900. Exemptions for "65 or over" & "Blind" X $800) . . . . 4 | | | 3,200. |
| 5. Add line 2a OR line 2b, line 3 and line 4 . . . . . . . . . . . . . . . . . . . . . 5 | | | 20,434. |
| 6. ESTIMATED Virginia TAXABLE INCOME (line 1 less line 5) . . . . . . . . . . . . . . . 6 | | | 208,224. |
| 7. Virginia INCOME TAX for amount on Line 6 (See Tax Rate Schedule on page 2, Section III) . . . . . 7 | | | 11,715. |
| 8. TAX ADJUSTMENTS (See Tax Credits and Adjustments on page 2, Section III) . . . . . . . . 8 | | | |
| 9. YOUR ESTIMATED 2006 VIRGINIA INCOME TAX (line 7 less line 8) . . . . . . . . . . . 9 | | | 11,715. |
| 10. TOTAL ESTIMATED 2006 VIRGINIA INCOME TAX (line 9, column A plus column B) . . . . 10 | | | 11,715. |

**See Section I on page 1 before continuing to see if you are required to make estimated income tax payments.**

### PART II - COMPUTE YOUR ESTIMATED INCOME TAX PAYMENTS

| | | |
|---|---|---|
| 11. Estimated 2006 Virginia income tax (Enter amount from line 10 above) . . . . . . . . . . . . 11 | | 11,715. |
| 12. Amount you estimate will be withheld from your wages for the year . . . . . . . . . . . . 12 | | 8. |
| 13. Estimated income tax due (line 11 less line 12) . . . . . . . . . . . . "ROUNDED." 13 | | 12,000. |
| 14. Enter the number of payments required (See Section II on page 1 or the Payment Schedule below) . . 14 | | 4 |

15. **INSTALLMENT PAYMENT AMOUNT.** Divide the amount on line 13 by the number of payments on line 14.

(If you had a 2005 overpayment credit, subtract the amount of the overpayment credit that you are applying to this installment.) Enter the amount here and on Form 760ES. **Attach your check or money order for this amount*** . . . 15

*To pay electronically, see our web site **www.tax.virginia.gov.** Use the estimated tax payment record section on page 4 to record your tax payments.

### PAYMENT SCHEDULE

The estimated income tax return and payment of an individual, other than a self-employed farmer, fisherman, or merchant seaman is to be filed on or before May 1 of the taxable year, unless the requirements to file are not met until *after* April 15. Use the table below to determine the number and amount of each installment payment. (Fiscal year filers substitute the corresponding fiscal year months for the months specified in this table.)

| IF THE REQUIREMENTS ARE FIRST MET IN THE TAXABLE YEAR- | NUMBER OF PAYMENTS REQUIRED | FILE FORM 760ES ON OR BEFORE | AND USE VOUCHER NUMBER | THE FOLLOWING PERCENTAGES OF THE ESTIMATED TAX ARE TO BE PAID ON OR BEFORE - | | | |
|---|---|---|---|---|---|---|---|
| | | | | May 1 | June 15 | September 15 | January 15 |
| on or before April 15th | 4 | May 1, 2006 | 1 | 25% | 25% | 25% | 25% |
| after April 15th and before June 2nd | 3 | June 15, 2006 | 2 | . . . . . . . | 33 1/3% | 33 1/3% | 33 1/3% |
| after June 1st and before Sept. 2nd | 2 | Sept. 15, 2006 | 3 | . . . . . . . | . . . . . . . | 50% | 50% |
| after Sept. 1st and before Dec. 31st | 1 | Jan. 15, 2007 | 4 | . . . . . . . | . . . . . . . | . . . . . . . | 100% |

5B5601 3.000

1062

## 2006 FORM 760ES/CG - Voucher   1
### (DOC ID 762)
VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER FOR INDIVIDUALS

First time filers or address change check here

LOCALITY NO.   810

FOR OFFICE USE

DUE DATE: 05/01/06

### Amount of payment
NONE

Your account number          Spouse's account number

**Check here if this is your first payment for this taxable year.**

ANDREW COHEN & RITA COHEN
3750 JEFFERSON BOULEVARD

VIRGINIA BEACH, VA 23455

FISCAL YEAR FILERS: BEGINNING MONTH:

— Do not write below this line. —

Daytime Phone Number          7574608625

5B5602 2.000

1062

**2006 FORM 760ES/CG - Voucher**   2
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER FOR
INDIVIDUALS

First time filers or address
change check here

LOCALITY NO.

810

FOR OFFICE USE

DUE DATE: 06/15/06

**Amount of payment**

2934.

Your account number          Spouse's account number

**Check here if this is your first payment for
this taxable year.**

FISCAL YEAR FILERS: BEGINNING MONTH:

ANDREW COHEN & RITA COHEN
3750 JEFFERSON BOULEVARD

VIRGINIA BEACH, VA 23455

— Do not write below this line. —

Daytime Phone Number      7574608625

5B5602 2.000

1062

## 2006 FORM 760ES/CG - Voucher   3
**(DOC ID 762)**
VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER FOR
INDIVIDUALS

First time filers or address
change check here

LOCALITY NO.

810

FOR OFFICE USE

DUE DATE: 09/15/06

### Amount of payment
3000.



Your account number          Spouse's account number

Check here if this is your first payment for
this taxable year.

FISCAL YEAR FILERS: BEGINNING MONTH:

ANDREW COHEN & RITA COHEN
3750 JEFFERSON BOULEVARD

VIRGINIA BEACH, VA 23455

— Do not write below this line. —

Daytime Phone Number      7574608625

5B5602 2.000

1062

## 2006 FORM 760ES/CG - Voucher

(DOC ID 762)                              4

VIRGINIA ESTIMATED INCOME TAX PAYMENT VOUCHER FOR
INDIVIDUALS

First time filers or address
change check here

LOCALITY NO.

810

FOR OFFICE USE

DUE DATE: 01/16/07

### Amount of payment

3000.



Your account number          Spouse's account number

Check here if this is your first payment for
this taxable year.

ANDREW COHEN & RITA COHEN
3750 JEFFERSON BOULEVARD

FISCAL YEAR FILERS: BEGINNING MONTH:

VIRGINIA BEACH, VA 23455

— Do not write below this line. —

Daytime Phone Number        7574608625

## 2006 ESTIMATED INCOME TAX WORKSHEET
### For Estates and Trusts

| | | |
|---|---|---|
| 1 | Expected federal taxable income of the estate or trust . . . . . . . . . . . . . . . . . . . . . . | 1 |
| 2 | Fiduciary's share of Virginia modifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Estimated Virginia taxable income (line 1 less line 2) . . . . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Virginia income tax for amount on line 3 (See Section III) . . . . . . . . . . . . . . . . . . | 4 |
| 5 | Tax credits (See Section III) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| 6 | ESTIMATE OF THE FIDUCIARY OR ESTATE INCOME TAX (line 4 less line 5) . . . . . . . . . . . . . . | 6 |

See Section I on page 1 to see if you meet the estimated tax filing requirements. If you do, enter the result of line 6 above on line 11 of the estimated income tax worksheet on page 3, then complete the rest of the worksheet to determine the amount of your installment payment.

**IMPORTANT:** Before filing the estimated income tax voucher, verify that the federal employer identification number of the estate or trust is in the "Your Social Security Number or FEIN" block. **Do not enter a social security number.**

## 2006 ESTIMATED TAX PAYMENT RECORD

| PAYMENT MADE WITH | DATE | CHECK OR MONEY ORDER NO. | CHECK OR MONEY ORDER PAYMENT AMOUNT | OVERPAYMENT CREDIT APPLIED | TOTAL AMOUNT PAID |
|---|---|---|---|---|---|
| VOUCHER 1 | | | NONE | 3,000. | 3,000. |
| VOUCHER 2 | | | 2,934. | 66. | 3,000. |
| VOUCHER 3 | | | 3,000. | | 3,000. |
| VOUCHER 4 | | | 3,000. | | 3,000. |
| TOTALS | | | 8,934. | 3,066. | 12,000. |

1062

5B5603 1.000



**VA760CG -** Tax Year **2005**
Individual Income Tax Return



ANDREW          COHEN
RITA            COHEN
3750 JEFFERSON BOULEVARD

VIRGINIA BEACH        VA     23455

| | | | | | | |
|---|---|---|---|---|---|---|
| Filing Status: | | 2 | Head of House-hold: | | | |
| Exemptions | Dependents | Total | 65 and over | Blind | Total | |
| Yourself | 1   2 | 4 | | | | |
| Spouse | 1 | | | | | |

Name or Filing Change:

Accelerated Refund:

Address Change:

Amended:        NOL:

Virginia Return Not Filed Last Year:

Locality:    810

Vendor ID:    **1062W**      1062

Your SSN     COHE

Spouse's SSN     COHE

| | | | | | |
|---|---|---|---|---|---|
| 1. Fed Adj Gross Income | 1. | 939604. | 16a. Your VAGI | 16a. | 931900. |
| 2. Additions, see pg 2, line 3 | 2. | | 16b. Spouse's VAGI | 16b. | -3242. |
| 3. Subtotal | | 939604. | 17. Net Tax | | 51942. |
| 4a. Age Deduction - You | 4a. | | 18a. Your Withholding | 18a. | 8. |
| 4b. Age Deduction - Spouse | 4b. | | 18b. Spouse's Withholding | 18b. | |
| 5. Soc Sec & Tier 1 Railroad | 5. | | 19. Estimated Payments | 19. | 15000. |
| 6. State Inc Tax Overpayment | 6. | 6944. | 20. Extension Payments | 20. | 5000. |
| 7. Other Subtractions, see pg 2, line 7 | 7. | 4002. | 21. Credit for Low Income | 21. | |
| 8. Subtotal Subtractions | 8. | 10946. | 22. Credit tax paid another state | 22. | |
| 9. Total VAGI | | 928658. | 23. Other Credits | 23. | 35000. |
| 10a. Federal Sch. A Itemized Deductions | | 34241. | 24. Total Payments /Credits | | 55008. |
| 10b. State/Local Income Tax | 10b. | 17007. | 25. Tax you Owe | 25. | |
| 10. Deductions | 10. | 17234. | 26. Overpayment Amount | 26. | 3066. |
| 11. Exemptions | | 3600. | 27. Amount to Credit to Next Year's Tax | 27. | 3066. |
| 12. Child/Dependent Care | 12. | | 28. Adjustments/Contributions | 28. | |
| 13. Subtotal | | 20834. | **Amount You Owe:** Paid by Credit Card | | |
| 14. VA Taxable Income | | 907824. | **Refund:** | | |
| 15. Tax Amt. | | 51942. | Bank Routing Number | | |
| 16. Spouse Tax Adjustment | 16. | | Bank Account Number | | |

__LAR    __DLAR    __LTD  $ _____    _____    Office Use:    TP  CX  FC  TA  TD



**VA760CG** Page 2 - Year 2005

ANDREW        COHEN

**ADDITIONAL FILING INFORMATION**

Farming/Fishing,          Coalfield
Merchant Seaman:          Enhancement

Taxpayer                  Fixed Date
Deceased:                 Conformity:

Dependent on              Overseas
another's return:         when due:

Preparer Info      541921942              2

Phone
You                7574608625

Spouse

**Additions - SCH ADJ/CG - Part 1**

1.   Interest on obligations
     of other state            1.
2.   Other Additions:
     a.   Fixed Date Conformity    2a.

                                   2b.

                                   2c.

3.   Total Additions:              3.

**Subtractions**

4.   Income from obligations
     or securities of the U.S.     4.
5.   Disability Income
     reported as wages             5.

6.   Other:
     a.  Fixed Date Conformity     6a.              2.

          00      6b.         4002.

     SEE STATEMENT 2    6c.
                        6d.

7.   Total Subtractions:                     4002.

Dept of Taxation can discuss
my return with my preparer.                      X

I (We), the undersigned, declare under penalty of law that I (we) have examined this
return and to the best of my (our) knowledge, it is a true, correct and complete return.

Your Signature _____ Date _____

Spouse's Signature _____ Date _____

*File by May 1, 2006*

**SUMMARY OF ADJUSTMENTS** *(from SCH ADJ/CG Part 2)*

Total Additions, Penalty and Interest

Addition from 760C OR 760F

Consumer's Use Tax

Total Voluntary Contributions

Spouse's Name - Filing Status 3 Only

**Tax Credit for Low Income Individuals**

8.   Exemption Information       Social Security       VAGI
                                 Number

     a.
     b.
     c.
     d.
     e.
     f.

     g.  Total Family VAGI           8g.

9.   Total Exemptions            9.

10.  Exemption total on this return

11.  Line 10 multiplied by $300

12.  Credit (Lesser of Line 11
     above or Page 1, Line 17)

**AGE DEDUCTION DETAILS**

You

Spouse

**PAID TAX PREPARER INFORMATION**
Tax Preparer FEIN/PTIN/SSN

Filing Election                                    2

Preparer Phone Number          7576407190

Preparer
Signature _____ Date _____

MCPHILLIPS, ROBERTS & DEANS, PLC
150 BOUSH STREET, SUITE 1100
NORFOLK, VA 23510

ANDREW          COHEN

**Credit for Tax Paid to Another State**

   Border State Rule

13a. Enter the filing status claimed on the
     other state's tax return.    13a.

13b. Enter the number below to identify the
     person claiming the credit
     1. You  2. Spouse  3. Joint   13b.

13. Qualifying taxable income on which
    the other state's tax is based 13.

14. Virginia Taxable Income    14.

15. Qualifying tax owed to the other state  15.

    a.  Name of state:    15a.

16. Virginia Income Tax    16.

17. Income percentage    17.

18. Virginia Income Tax multiplied   18.
    by Income percentage

19. Credit Allowed    19.

**Adjustments to Amount of Tax**

20. Addition to Tax    20.
    a.  Addition from Form 760C

    b.  Addition from Form 760F

21. Penalty    21.
    a.  Late Filing/Payment
      Penalty
    b.  Extension Penalty

22. Interest    22.

23. Consumer's Use Tax    23.

24. Voluntary Contributions
    from overpaid taxes

    24a.

    24b.

25. Other Voluntary Contributions

    25a.

    25b.

School Foundation Contributions

    25c.

    25d.

26. Total Adjustments

**Amended Returns**

27. Amount paid with original
    return, plus additional tax
    paid after it was filed    27.
28. Add line 27 from above
    and line 24 from Form 760,
    enter here    28.
29. Overpayment, if any, as
    shown on original return
    or as previously adjusted    29.

30. Subtract line 29 from line 28    30.

31. Tax You Owe    31.

32. Tax You Overpaid    32.

**Credit for Political Contributions**
**From Part XXIII, of Schedule CR**

105. Enter 50% of the amount of eligible
     political contributions

106. Credit allowable this year

    If the Credit for Political Contributions is the **ONLY**
credit claimed on Schedule CR, you are not required
to send the Schedule CR with your return.

**AVOID DELAYS.** If this schedule contains return information always submit with your return.



**2005** Virginia Schedule FED

ANDREW      COHEN
RITA        COHEN
3750 JEFFERSON BOULEVARD

VIRGINIA BEACH          23455                    810

## SCHEDULE C, SCHEDULE C-EZ and/or SCHEDULE F INFORMATION

| | | First Schedule Info. C | Second Schedule Info. C |
|---|---|---|---|
| 1. | Schedule Name | | |
| 2. | Gross Receipts or Sales | 4000. | 3953150. |
| 3. | Depreciation / expense deduction | | |
| 4. | Business Activity Code | 711510 | 236100 |
| 5. | Business Locality Code | | |
| 6. | Car and truck expenses | 2443. | 1510. |
| 7. | Inventory at end of year | | NONE |
| 8. | Number of miles you used your vehicle for: **Business** | 5661 | 3500 |
| 9. | Number of miles you used your vehicle for: **Commuting** | NONE | NONE |
| 10. | Number of miles you used your vehicle for: **Other** | 6839 | 6500 |

## SCHEDULE 2106 and/or SCHEDULE 2106-EZ INFORMATION

| | | | |
|---|---|---|---|
| 11. | Number of miles you used your vehicle for: **Business** | 5661 | 3500 |
| 12. | Number of miles you used your vehicle for: **Commuting** | NONE | NONE |
| 13. | Number of miles you used your vehicle for: **Other** | 6839 | 6500 |
| 14. | Percent of business use of vehicle: **Vehicle 1** | 4529 | 3500 |
| 15. | Percent of business use of vehicle: **Vehicle 2** | | |

## SCHEDULE 4562 INFORMATION

16. Property Used more than 50% in a qualified business use:
    Type of property

17. Date placed in service
18. Business/investment use percentage

19. Cost or other basis

20. Depreciation deduction

21. Elected section 179 cost

22. Business Locality Code

1062
5B5624 1.000

**2005** Virginia Schedule INC/CG

Report all W2's and 1099's with Virginia Withholding

ANDREW        COHEN

RITA          COHEN

| Your/ Spouse SSN | You/ Spouse | Virginia Withholding | Employer FEIN | Virginia Account Number | Virginia Wages, tips, other comp. |
|---|---|---|---|---|---|
| ███ | 1 | 8. | 54 | ███ | 1385. |
| | 2 | | 54 | | 2592. |

**Total Virginia Withholding:**                                    **SSN**                        **VA Withholding**

YOU                                                                                                        8.

SPOUSE

TOTAL NUMBER OF W2'S AND 1099'S          03

**AVOID DELAYS** in processing your return! Be sure to enter all information including Employer's FEIN.

1062
5B5629 1.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444



# 2005
# Schedule CR
**CREDIT COMPUTATION SCHEDULE - See Page 6 for required attachments.**
Attach this to your return. See instructions for other required attachments.

ANDREW COHEN & RITA COHEN

**PART I - MAXIMUM NONREFUNDABLE CREDITS**

1    Enter the total tax computed on your return less the total of Spouse Tax Adjustment, Credit for
Low Income Families and Credit for Tax Paid to Another State. The maximum nonrefundable
credits allowable on line 107 of Schedule CR may not exceed this amount . . . . . . . . . . . 1     51942.  •

**PART II - ENTERPRISE ZONE ACT CREDIT**

2    **Credit allowable this year from Form 301** (attach Form 301) . . . . . . . . . . . . . 2

**PART III - NEIGHBORHOOD ASSISTANCE ACT CREDIT**

3    Authorized amount of Neighborhood Assistance Act Credit . . . . . . 3 _____
4    Carryover credit from prior year(s) [attach computation] . . . . . . 4 _____
5    Add line 3 and line 4 . . . . . . . . . . . . . . . . . 5 _____

6    **Credit allowable this year:** Line 5 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . . . 6 _____ ★
7    Carryover credit for 2006: Line 5 less line 6 (applicable only if within
5 year carryover period) . . . . . . . . . . . . 7 _____

**PART IV - RECYCLABLE MATERIALS PROCESSING EQUIPMENT CREDIT**

8    Enter 10% of qualifying recyclable equipment cost . . . . . . . . . 8 _____
9    Carryover credit from prior year(s) [attach computation] . . . . . . 9 _____
10    Add line 8 and line 9 . . . . . . . . . . . . . . . . . 10 _____
11    Enter 40% of tax per return . . . . . . . . . . . . . . . 11 _____

12    Maximum recyclable materials processing equipment credit.
Line 10 or line 11, whichever is less . . . . . . . . . . . . 12 _____
13    **Credit allowable this year:** Line 12 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . 13 _____ ★
14    Carryover credit for 2006: Line 10 less line 13 (applicable only if
within 10 year carryover period) . . . . . . . . . . . . . . 14 _____

**PART V - CONSERVATION TILLAGE EQUIPMENT CREDIT**

15    Enter 25% of qualifying property cost or $4,000, whichever is less . . . 15 _____
16    Carryover credit from prior year(s) [attach computation] . . . . . 16 _____
17    Add line 15 and line 16 . . . . . . . . . . . . . . . 17 _____
18    **Credit allowable this year:** Line 17 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . 18 _____ ★
19    Carryover credit for 2006: Line 17 less line 18 (applicable only if
within 5 year carryover period) . . . . . . . . . . . . . 19 _____

**PART VI - FERTILIZER AND PESTICIDE APPLICATION EQUIPMENT CREDIT**

20    Enter 25% of current qualifying equipment cost or $3,750,
whichever is less . . . . . . . . . . . . . . . . . . 20 _____
21    Carryover credit from prior year(s) [attach computation] . . . . . 21 _____
22    Add line 20 and line 21 . . . . . . . . . . . . . . . 22 _____
23    **Credit allowable this year:** Line 22 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . 23 _____ ★
24    Carryover credit for 2006: Line 22 less line 23 (applicable only if
within 5 year carryover period) . . . . . . . . . . . . . 24 _____

**PART VII - RENT REDUCTION PROGRAM CREDIT**

25    Enter 50% of qualifying rent reductions . . . . . . 25 _____
26    Carryover credit from prior year(s) [attach computation] . . . . . 26 _____
27    Add line 25 and line 26 . . . . . . . . . . . . . . . 27 _____
28    **Credit allowable this year:** Line 27 or balance of maximum credit
available, whichever is less . . . . . . . . . . . . . 28 _____ ★
29    Carryover credit for 2006: line 27 less line 28 (applicable only if
within 5 year carryover period) . . . . . . . . . . . . . 29 _____

1062
5B5639 1.000

Schedule CR   (2005) page 2

See Page 6 for required attachments.



ANDREW COHEN & RITA COHEN

**PART VIII - VEHICLE EMISSIONS TESTING EQUIPMENT, CLEAN-FUEL VEHICLE AND CERTAIN REFUELING PROPERTY CREDITS**

**Clean-fuel vehicle, certain refueling property and qualified electric vehicle credit**

30a **Hybrid vehicle -** Enter 10% of the deduction claimed on your 2005
federal return for a hybrid vehicle, not to exceed $150 . . . . . . .  30a _____   make _____
& model: _____

30b **Qualifying Electric Vehicle -** Enter 10% of the cost used to
compute the credit under IRC § 30 for qualified electric vehicles . . .  30b _____

30c **Clean fuel & certain refueling property -** Enter 10% of the federal
§179A deduction for clean fuel and certain refueling properties . . . .  30c _____

31 Carryover the credit from prior year(s) [attach computation] . . . . .  31 _____

32 Add lines 30a, 30b, 30c and line 31 . . . . . . . . . . . . . .  32 _____

33 Line 32 or balance of maximum credit available, whichever is less . . . . . . . . . . . . . .33 _____   ★

34 Carryover credit for 2006: Line 32 less line 33 (applicable only if
within 5 year carryover period) . . . . . . . . . . . . . . .  34 _____

**Vehicle emissions testing equipment credit**

35 Enter 20% of the purchase or lease price paid during the year for
qualified vehicle emissions testing equipment . . . . . . . . . .  35 _____

36 Carryover credit from prior year(s) [attach computation] . . . . . .  36 _____

37 Add line 35 and line 36 . . . . . . . . . . . . . . . . . .  37 _____

38 Enter the amount from line 37 or the balance of maximum credit
available, whichever is less . . . . . . . . . . . . . . . . .  38 _____   ★

39 Carryover credit for 2006; Line 37 less line 38 (only if within
5 year carryover period) . . . . . . . . . . . . . . . . .  39 _____

**PART IX -   MAJOR BUSINESS FACILITY JOB TAX CREDIT**

40 **Credit allowable this year from Form 304** . . . . . . . . . . . . . . . . . . . . . . . .40 _____   ★

41 Carryover credit for 2006. Compute on Form 304 if within the 10 year
carryover period . . . . . . . . . . . . . . . . . . . . .  41 _____

**PART X -   FOREIGN SOURCE RETIREMENT INCOME TAX CREDIT**

42 Qualifying taxable income on which the tax in the foreign
country is based . . . . . . . . . . . . . . . . . . . . .  42 _____

43 Virginia taxable income. Enter amount from line 14 of
Form 760, or line 15 of Form 760PY . . . . . . . . . .  43   907824.

44 Qualifying tax paid to the foreign country.
Enter name of country: _____ . . . .  44 _____

45 Virginia income tax. Line 17 of Form 760 or line 17 of Form 760PY  45   51942.

46 Income percentage. Divide line 42 by line 43. Compute to one decimal
place, not to exceed 100%. For example, 0.3163 becomes 31.6% . .  46 _____

47 Multiply line 45 by line 46 . . . . . . . . . . . . . . . . .  47 _____

48 **Credit allowable this year:** Enter the lesser of line 44 or line 47,
not to exceed the balance of maximum credit available . . . . . . . .48 _____   ★

**PART XI -   HISTORIC REHABILITATION TAX CREDIT**

49 Enter the amount of eligible expenses (attach certificate) . . . .  49 _____

50 Multiply the amount on line 49 by 25% . . . . . . . . . .  50 _____

51 Carryover credit from prior year(s) [attach computation] . . . .  51 _____

52 Add line 50 and line 51 . . . . . . . . . . . . . . . . .  52 _____

53 **Credit allowable this year:** Enter the amount from line 52 or the
balance of maximum credit available, whichever is less . . . . . . . .53 _____   ★

54 Carryover credit for 2006: Line 52 less
line 53. (10 year carryover period) . . . . . . . . . . . . .  54 _____

Schedule CR  (2005)  page 3

See Page 6 for required attachments.



ANDREW COHEN & RITA COHEN

**PART XII - DAY-CARE FACILITY INVESTMENT TAX CREDIT**

| | | |
|---|---|---|
| 55 | Enter 25% of eligible expenses, not to exceed $25,000 . . . . . . . . . . . . . . | 55 |
| 56 | Carryover credit from prior year(s) [attach computation] . . . . . . . . . | 56 |
| 57 | Add line 55 and line 56 . . . . . . . . . . . . | 57 |
| 58 | **Credit allowable this year:** Enter the amount from line 57 or the balance of maximum credit available, whichever is less . . . . . . . . . . . . . . | 58 ★ |
| 59 | Carryover credit for 2006: Line 57 less line 58. (3 year carryover period. See instructions for limitations) . . . . . | 59 |

**PART XIII - LOW-INCOME HOUSING CREDIT**

| | | |
|---|---|---|
| 60 | Enter allowable credit (attach certification form) . . . . . . . | 60 |
| 60a | Carryover credit from prior year(s) [attach computation] . . . . | 60a |
| 60b | Add line 60 and line 60a . . . . . . . . . . | 60b |
| 61 | **Credit allowable this year:** Enter amount from line 60b or the balance of maximum credit available, whichever is less . . . . . | 61 ★ |
| 62 | Carryover credit for 2006: Line 60b less line 61 (5 year carryover period) . . . . . . . . . . . . | 62 |

**PART XIV - AGRICULTURAL BEST MANAGEMENT PRACTICES TAX CREDIT**

| | | |
|---|---|---|
| 63 | Enter 25% of qualified expenditures, not to exceed $17,500 (attach certificate) . . . . . . . . . . . . | 63 |
| 64 | Carryover credit from prior year(s) [attach computation] . . . . | 64 |
| 65 | Add line 63 and line 64 . . . . . . . . . . | 65 |
| 66 | **Credit allowable this year:** Enter amount from line 65 or the balance of maximum credit available, whichever is less . . . . . . . . . . . . . . | 66 ★ |
| 67 | Carryover credit for 2006: Line 65 less line 66. (5 year carryover period.) . . . . . . . . . . . . | 67 |

**PART XV - QUALIFIED EQUITY AND SUBORDINATED DEBT INVESTMENTS TAX CREDIT**

| | | |
|---|---|---|
| 68 | Enter the amount of qualified equity and subordinated debt investments tax credit authorized by the Virginia Department of Taxation . . . . . . . . | 68 |
| 69 | Carryover credit from prior year(s) [attach computation] . . . . . | 69 |
| 70 | Add line 68 and line 69 . . . . . . . . . . | 70 |
| 71 | **Credit allowable this year:** Enter the amount on line 70 or the balance of maximum credit available, whichever is less . . . . . . . . . . . . . . | 71 ★ |
| 72 | Carryover credit for 2006: Line 70 less line 71 (15 year carryover period) . . . . . . . . . | 72 |

**PART XVI - WORKER RETRAINING TAX CREDIT**

| | | |
|---|---|---|
| 73 | Enter amount of worker retraining tax credit authorized by the Virginia Department of Taxation. . . . . . . . . . . | 73 |
| 74 | Carryover credit from prior year(s) [attach computation] . . . . . | 74 |
| 75 | Add line 73 and line 74 . . . . . . . . . . | 75 |
| 76 | **Credit allowable this year:** Enter the amount from line 75 or the balance of maximum credit available, whichever is less . . . . . . . . . . . . . . | 76 ★ |
| 77 | Carryover credit for 2006: Line 75 less line 76 (3 year carryover period) . . . . . . . . . | 77 |

**PART XVII - WASTE MOTOR OIL BURNING EQUIPMENT CREDIT**

| | | |
|---|---|---|
| 78 | Enter 50% of the purchase price paid during the taxable year for equipment used exclusively for burning waste motor oil at your facility . | 78 |
| 79 | **Credit allowable this year:** Enter the amount from line 78, up to $5,000 not to exceed balance of maximum credit available . . . . . . . . . . | 79 ★ |

1062
5B5641 2.000

Schedule CR  (2005)  page 4

See Page 6 for required attachments.



ANDREW COHEN & RITA COHEN

**PART XVIII - CREDIT FOR EMPLOYERS HIRING RECIPIENTS OF TEMPORARY ASSISTANCE FOR NEEDY FAMILIES**

## NOT FUNDED FOR 2005

**PART XIX - CREDIT FOR EMPLOYERS OF DISABLED INDIVIDUALS**

85     **EXPIRED 12/31/2002**     85 XXXXXXXXXXXXXX

86     Carryover credit from prior year(s) [attach computation] . . . . . 86 _____

87     Add line 85 and line 86 . . . . . . . . . . . . . . . . . 87 _____

88     **Credit allowable this year:** Enter the amount from line 87 or the

balance of maximum credit available, whichever is less . . . . . . . . . . . . . . . . . . . . . . . 88 _____

89     **EXPIRED 12/31/2004**

                  89 XXXXXXXXXXXXXX

**PART XX - HOME ACCESSIBILITY FEATURES FOR THE DISABLED TAX CREDIT**

90     Enter the amount of the Home Accessibility Features for the Disabled

tax credit authorized by the Virginia Department of Taxation . . . 90 _____

91     Carryover credit from prior year(s) [attach computation] . . . . . 91 _____

92     Add line 90 and line 91 . . . . . . . . . . . . . . . . . 92 _____

93     **Credit allowable this year:** Enter the amount on line 92

or the balance of maximum credit available, whichever is less . . . . . . . . . . . . . . . . . . 93 _____

94     Carryover credit for 2006: line 92 less line 93

(5 year carryover period) . . . . . . . . . . . . . . . . 94 _____

**PART XXI - RIPARIAN WATERWAY BUFFER CREDIT**

95     Enter the amount of Riparian Waterway Buffer tax credit

authorized by the Virginia Department of Forestry (attach

certification) . . . . . . . . . . . . . . . . . . . . 95 _____

96     Carryover credit from prior year(s) [attach computation] . . . . . 96 _____

97     Add line 95 and line 96 . . . . . . . . . . . . . . . . . 97 _____

98     **Credit allowable this year:** Enter the amount on line 97

or the balance of maximum credit available, whichever is less . . . . . . . . . . . . . . . . . . 98 _____

99     Carryover credit for 2006: Line 97 less line 98

(5 year carryover period) . . . . . . . . . . . . . . . . 99 _____

**PART XXII - LAND PRESERVATION TAX CREDIT**

100     Enter the credit amount originating in 2005 or the amount of

credit transferred to you in 2005 . . . . . . . . . . . . . 100 _____35000._____

101     Carryover credit from prior year(s) [attach computation] . . . . . 101 _____

101a    Add line 100 and line 101 . . . . . . . . . . . . . . 101a _____35,000._____

101b    Enter total credit transferred to others in 2005 . . . . . . . 101b _____

102     Subtract line 101b from line 101a . . . . . . . . . . . . 102 _____35000._____

103     **Credit allowable this year:** Enter the amount from line 102

or the balance of maximum credit available, whichever is less.

Each credit holder cannot claim more than $100,000 per credit. . . . . . . . . . . . . . . . . 103     35000. ★

104     Carryover credit for 2006: line 102 less line 103

(5 year carryover period) . . . . . . . . . . . . . . . 104 _____

Schedule CR  (2005) page 5

See Page 6 for required attachments.



ANDREW COHEN & RITA COHEN

**PART XXIII - POLITICAL CONTRIBUTIONS CREDIT**

105   Enter 50% of the amount of eligible political contributions subject to
a limit of $25 for individuals or $50 for married filing jointly . . 105 _____

106   **Credit allowable this year:** Enter the amount on line 105
or the balance of maximum credit available, whichever is less . . . . . . . . . . 106

**PART XXIV - TOTAL NONREFUNDABLE CREDITS**

107   Add lines 2, 6, 13, 18, 23, 28, 33, 38, 40, 48, 53,
58, 61, 66, 71, 76, 79, 83, 88, 93, 98, 103, and 106. If this
amount is larger than the amount on line 1, you have
claimed excessive nonrefundable credits. . . . . . . . . . . . . . . 107          35000.

**PART XXV - COALFIELD EMPLOYMENT ENHANCEMENT TAX CREDIT**

108   100% coalfield employment enhancement tax credit
from line 1 of your 2005 Schedule 306B . . . . . . . . . . . . . . . 108

108a  100% coalfield employment enhancement tax credit
from line 2 of your 2005 Schedule 306B . . . . . . . . . . . . . . . 108a

109   Full 2002 credit: Enter amount from your 2005 Form 306, line 12a . . . . . . . . 109

109a  Full 1996 credit: Enter amount from your 2005 Form 306, line 12b . . . . . . . . 109a

110   New 2002 85% credit: Enter amount from your 2005 Form 306, line 13a . . . . . . 110

110a  1996 90% coalfield credit: Enter amount from your 2005 Form 306, line 13b . . . . 110a

111   Total 2002 & 1996 coalfield employment enhancement tax credit
allowable this year: Add line 109, line 109a, line 110 and line 110a . . . . . . . . 111

112   2005 coalfield employment enhancement tax credit earned to
be used when completing your 2008 return:
Enter the amount from your 2005 Form 306, line 11 . . . . . . . . . . . . . . . 112

**PART XXVI - TOTAL REFUNDABLE CREDITS**

113   Refundable real property enterprise zone act credit
from Form 301 . . . . . . . . . . . . . . . . . . . . . . . . . . . 113          ★

114   Refundable total coalfield employment enhancement
tax credit from line 111 . . . . . . . . . . . . . . . . . . . . . . 114

115   Enter the total of line 113 and line 114 . . . . . . . . . . . . . . . . 115

**PART XXVII - TOTAL CURRENT YEAR CREDITS**

116   Total credits allowable this year. Enter the total of line 107
and line 115 here and on line 23 of form 760, line 18g of form 760PY or
line 19g of form 763 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116          35000.



**760C**

### UNDERPAYMENT OF VIRGINIA
### ESTIMATED TAX BY INDIVIDUALS, ESTATES AND TRUSTS
Attach this form to Form 760, 763, 760PY or 770

**2005**

FISCAL YEAR FILERS: Enter beginning date _____ 20 _____ , ending date _____ 20 _____ , and check here ☐

| First Name, Middle Initial and Last Name (of Both if Joint) - OR - Name of Estate or Trust | Your Social Security Number or FEIN |
|---|---|
| ANDREW COHEN & RITA COHEN | |
| If Estate or Trust, Name and Title of Fiduciary | |

## PART I - COMPUTE YOUR UNDERPAYMENT

1. 2005 income tax liability after Spouse Tax Adjustment and nonrefundable credits. (If $150 or less, you are not required to file Form 760C) ... **1.** 16,942.

2. Enter 90% of the amount shown on line 1 ................................ **2.** 15,248.

3. 2004 income tax liability after Spouse Tax Adjustment and nonrefundable credits ................. **3.** _____

4. Enter the amount from line 2 or line 3, whichever is less ....................... **4.** 15,248.

5. Enter the number of installment periods for which you were liable to make payments .......... **5.** 4

### LINE 6 THROUGH 14: COMPLETE EACH LINE ACROSS ALL COLUMNS BEFORE CONTINUING TO NEXT LINE

| | | A | B | C | D |
|---|---|---|---|---|---|
| 6. | Due dates of installment payments . . . . . . . . . . . . . . | May 1, 2005 | June 15, 2005 | Sept. 15, 2005 | Jan. 15, 2006 |
| 7. | Tax Liability. Divide the amount on line 4 by the number of installments reported on line 5 and enter the result in the appropriate columns . . . . | 3,812. | 3,812. | 3,812. | 3,812. |
| 8. | Enter the income tax withheld for each installment period . . . | 2. | 2. | 2. | 2. |
| 9. | Enter the overpayment credit from your 2004 income tax return . | NONE | | | |
| 10. | Enter the amount of any **timely** payment made for each installment period in the appropriate column. Do not enter any late payments | NONE | NONE | 11,250. | 3,750. |
| 11. | Underpayment or [Overpayment]. Subtract lines 8, 9 and 10 from line 7. (See instructions for overpayment) . . . . . . . . . . | 3,810. | 3,810. | -7,440. | 60. |
| 12. | OTHER PAYMENTS. Enter the payments from the Late Payment/ Overpayment Table below, beginning with the earliest payment recorded. **Do not enter more than the** *underpayment* in any column.     AMOUNT | | | | |
| | (a) Date of first payment _____ / _____ / _____ | 3,810. | | | |
| | (b) Date of second payment _____ / _____ / _____ | | | | |
| | (c) Date of third payment _____ / _____ / _____ | | | | |
| | (d) Date of fourth payment _____ / _____ / _____ | | | | |
| 13. | Enter the total **timely** payments made as of each installment due date from lines 8, 9, 10 and 12 (for example, in Column A enter all payments made by May 1, 2005) . . . . . . . . . . . . . | 3,812. | 2. | 11,252. | 3,752. |
| 14. | Subtract line 13 from line 7. If the sum of all underpayments is $150 or less, stop here; you are not subject to an addition to tax. If your underpayments total more than $150, proceed to Part II . . . . . . . . | | 3,810. | | 60. |

**CONTINUED ON BACK ▶**

### LATE PAYMENT / OVERPAYMENT TABLE (see instructions for lines 11 and 12)

Date of Payment _____ / _____ / _____    Date of Payment _____ / _____ / _____    Date of Payment _____ / _____ / _____    Date of Payment _____ / _____ / _____

Payment Amount $ _____    Payment Amount $ _____    Payment Amount $ _____    Payment Amount $ _____

VA DEPT OF TAXATION 2601033 (REV 12/05)  1062
5Y5605 1.000

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

**FORM 760C**
**(2005)**



**PART II - EXCEPTIONS THAT VOID THE ADDITION TO TAX**

| | A | B | C | D |
|---|---|---|---|---|
| | May 1, 2005 | June 15, 2005 | Sept. 15, 2005 | Jan. 15, 2006 |
| 15. Total amount paid and withheld from January 1, 2005 through the installment date indicated | 3,812. | 3,814. | 15,066. | 18,818. |
| 16. Exception 1: Prior year's tax. (Multiply the 2004 tax by the percentage in each column.) — 100% of 2004 Tax | 25% | 50% | 75% | 100% |
| 17. Exception 2: Tax on prior year's income using the 2005 rates and exemptions. (Multiply the 2004 tax by the percentage in each column.) — 100% of Tax | 25% | 50% | 75% | 100% |

**Exception 3 Worksheet - Tax On Annualized 2004 Income** Use the formula below to compute the amount on lines 18a, b and c for each column.

Lines 18a, b and c:
April 30 column:    Multiply the actual amount for the period ended April 30, 2005, by 3.
May 31 column:     Multiply the actual amount for the period ended May 31, 2005, by 2.4.
August 31 column:  Multiply the actual amount for the period ended August 31, 2005, by 1.5.

| | April 30 | May 31 | August 31 | |
|---|---|---|---|---|
| 18a. Annualized Virginia adjusted gross income (VAGI) for each period | 928,658. | 928,658. | 928,658. | **Note** |
| b. Compute the annualized itemized deductions using the formula above OR enter the full standard deduction in each column if you did not claim itemized deductions | 17,234. | 17,234. | 17,234. | Estates and trusts should use end dates of March 31, April 30 and July 31. |
| c. Compute the annualized child and dependent care expenses deduction for each period | | | | |
| d. TOTAL dollar amount of exemptions claimed on your return | 3,600. | 3,600. | 3,600. | |
| e. Virginia taxable income. Subtract lines 18b, c and d from line 18a | 907,824. | 907,824. | 907,824. | |
| f. Virginia tax. Enter the Virginia income tax on the amount(s) shown on line 18e above. | 51,942. | 51,942. | 51,942. | **Note** |
| g. Multiply line 18f by the percentage shown for each period | 22.5% | 45% | 67.5% | Exceptions 3 and 4 do not apply to the fourth installment period. |
| | 11,687. | 23,374. | 35,061. | |

**Exception 4 Worksheet - Tax On 2005**
**Income Over a 4, 5 And 8 Month Period***
**\* 3, 4 and 7 months for estates & trusts**

| | From January 1 to: April 30 | May 31 | August 31 | |
|---|---|---|---|---|
| 19a. Enter your Virginia adjusted gross income (VAGI) for each period | 309,553. | 386,941. | 619,105. | |
| b. Enter the itemized deductions claimed for each period OR (if greater) the full standard deduction | 5,745. | 7,181. | 11,489. | |
| c. Enter the child and dependent care expenses deduction for each period | | | | |
| d. Enter the total dollar amount of exemptions claimed on your return | 1,200. | 1,500. | 2,400. | |
| e. Virginia taxable income. Subtract lines 19b, c and d from line 19a. | 302,608. | 378,260. | 605,216. | |
| f. Virginia tax. Enter the Virginia income tax on the amount(s) shown on line 19e above | 17,142. | 21,492. | 34,542. | |
| g. Multiply line 19f by 90% (.90) for each period | 15,428. | 19,343. | 31,088. | |

**PART III - COMPUTE THE ADDITION TO TAX**

If an exception has been met (Part II) for any installment period, complete the column for that period as follows: write "Exception" and the exception number (1, 2, 3, or 4) on line 20; skip lines 21 through 23; and enter "0" on line 24. For all other periods, complete each line as instructed below.

| | A | B | C | D |
|---|---|---|---|---|
| | May 1, 2005 | June 15, 2005 | Sept. 15, 2005 | Jan. 15, 2006 |
| 20. Amount of underpayment from line 14, Part I | | | | |
| 21. Date of payment from line 12, Part I. If no payments were entered on line 12, enter the actual date of payment or May 1, 2006, whichever is earlier | | | | |
| 22a. Number of days after installment due date through date paid or September 30, 2005, whichever is earlier. If September 30, 2005 is earlier, enter 152, 107 and 15 respectively. | 137 | 107 | | |
| b. Number of days after September 30, 2005, through date paid or May 1, 2006, whichever is earlier, If May 1, 2006 is earlier, enter 213, 213, 213 and 106. | 213 | 213 | 213 | 106 |
| 23a. Multiply the number of days in each column on line 22a by the daily rate .00021 (8% per annum) | 0.02877 | 0.02247 | | |
| b. Multiply the number of days in each column on line 22b by the daily rate .00024 (9% per annum) | 0.05112 | 0.05112 | 0.05112 | 0.02544 |
| c. Add lines 23a and 23b in each column; enter the total here | 0.07989 | 0.07359 | 0.05112 | 0.02544 |
| 24. Multiply the amount on line 20 by line 23c for each column | | | | |

25. Addition to Tax. Total the amounts on line 24.
Enter here and on the Addition To Tax line on your income tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**2005**

ANDREW COHEN & RITA COHEN                                                                                                                                          COHEN

**Description of Property**

ANDREW'S DREAMLAND,LLC

| Asset description | Date placed in service | Unadjusted Cost or basis | Bus. % | 179 exp. reduction in basis | ITC reduction in basis | Basis for depreciation | Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Conv. | Life | ACRS class | MA CRS class | Current-year 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 08/18/2003 | 170. | 100.0000 | | | 170. | 45. | 79. | SL | | 5.000 | | | | 34. |
| LOAN COSTS | 08/19/2003 | 3,771. | 100.0000 | | | 3,771. | 1,005. | 3,682. | SL | | 5.000 | | | | 2,677. |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . .** | | 3,941. | | | | 3,941. | 1,050. | 3,761. | | | | | | | |

JSA
5X4400 2.000

TD5204 -2YVG  04/05/2006  22:32:51  V05-5.5A  7444

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service    (99) | **Profit or Loss From Business**<br>*(Sole Proprietorship)*<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ **Attach to Form 1040 or 1041.**    ▶ **See Instructions for Schedule C (Form 1040).** | OMB No. 1545-0074<br><br>20**05**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | | Social security number (SSN) |
|---|---|---|
| RITA COHEN | | |

**A**  Principal business or profession, including product or service (see page C-2 of the instructions)

INDEPENDENT ARTISTS, WRITERS, PERFORMERS

**B**  Enter code from pages C-8, 9, & 10

711510

**C**  Business name. If no separate business name, leave blank.

RITA A. COHEN

**D**  Employer ID number (EIN), if any

**E**  Business address (including suite or room no.) ▶ 3940 MEETING HOUSE ROAD
City, town or post office, state, and ZIP code    VIRGINIA BEACH, VA. 23455

**F**  Accounting method:  **(1)** [X] Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶

**G**  Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses . . . . [X] Yes   ☐ No

**H**  If you started or acquired this business during 2005, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Part I   Income

| | | |
|---|---|---|
| **1** Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . STMT 3 ▶ ☐ | **1** | 4,000. |
| **2** Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 4,000. |
| **4** Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | **5** | 4,000. |
| **6** Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | **6** | |
| **7** **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **7** | 4,000. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| **8** Advertising . . . . . . . . . | **8** | 360. | **18** Office expense . . . . . . . . | **18** | |
| **9** Car and truck expenses | | | **19** Pension and profit-sharing plans . . | **19** | |
| (see page C-3) . STMT 3 . . . . | **9** | 2,443. | **20** Rent or lease (see page C-5): | | |
| **10** Commissions and fees . . . . . | **10** | | **a** Vehicles, machinery, and equipment . | **20a** | |
| **11** Contract labor | | | **b** Other business property . . . . . . | **20b** | |
| (see page C-4) . . . . . . . | **11** | | **21** Repairs and maintenance . . . . . | **21** | |
| **12** Depletion . . . . . . . . . | **12** | | **22** Supplies (not included in Part III) . . | **22** | 216. |
| **13** Depreciation and section 179 | | | **23** Taxes and licenses . . . . . . . . | **23** | |
| expense deduction (not | | | **24** Travel, meals, and entertainment: | | |
| included in Part III) (see | | | **a** Travel . . . . . . . . . . . . . . | **24a** | 1,334. |
| page C-4) . . . . . . . . . | **13** | | **b** Deductible meals and | | |
| **14** Employee benefit programs | | | entertainment (see page C-5) . . | **24b** | 460. |
| (other than line 19) . . . . . | **14** | | **25** Utilities . . . . . . . . . . . . . | **25** | |
| **15** Insurance (other than health) . . . | **15** | | **26** Wages (less employment credits) . . | **26** | |
| **16** Interest: | | | **27** Other expenses (from line 48 on | | |
| **a** Mortgage (paid to banks, etc.) . . | **16a** | | page 2) . . . . . . . . . . . . | **27** | 3,802. |
| **b** Other . . . . . . . . . . . | **16b** | | | | |
| **17** Legal and professional | | | | | |
| services . . . . . . . . . | **17** | | | | |

| | | |
|---|---|---|
| **28** **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . . ▶ | **28** | 8,615. |
| **29** Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | -4,615. |
| **30** Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . . . . . | **30** | |
| **31** **Net profit or (loss).** Subtract line 30 from line 29. | | |
| • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | **31** | -4,615. |
| • If a loss, you **must** go to line 32. | | |

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2**
(statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** [X] All investment is at risk.
**32b** ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see page C-7 of the instructions.**

Schedule C (Form 1040) 2005

JSA
5X0110 2.000

Schedule C (Form 1040) 2005   RITA COHEN                                                                                    Page **2**

| | | | |
|---|---|---|---|
| **Part III** | **Cost of Goods Sold** (see page C-6) | | |

| | | | | |
|---|---|---|---|---|
| 33 | Method(s) used to value closing inventory: **a** ☐ Cost **b** ☐ Lower of cost or market **c** ☐ Other (attach explanation) | | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . | | ☐ Yes ☒ No | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | **35** | | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | **36** | | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . | **37** | | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . | **38** | | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . | **39** | | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . | **40** | | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . | **41** | | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . | **42** | | |

| | |
|---|---|
| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

44 Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **b** Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **c** Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | | |
|---|---|---|---|
| 45 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| 46 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| 47 a | Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| b | If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |

| | |
|---|---|
| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |

SEE STATEMENT 4

| | | |
|---|---|---|
| 48 | **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . | **48** | 3,802. |

Schedule C (Form 1040) 2005

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**20**05

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| ANDREW COHEN | |

**A** Principal business or profession, including product or service (see page C-2 of the instructions)

RESIDENTIAL BUILDING CONSTRUCTION

**B** Enter code from pages C-8, 9, & 10 ▶ 236100

**C** Business name. If no separate business name, leave blank.

ANDREW'S DREAMLAND,LLC

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 3940 MEETING HOUSE DRIVE

City, town or post office, state, and ZIP code   VIRGINIA BEACH, VA. 23455

**F** Accounting method: **(1)** [X] Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses   [X] **Yes**   ☐ **No**

**H** If you started or acquired this business during 2005, check here ▶ ☐

## Part I    Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . STMT 5 . ▶ ☐ | **1** | 3,953,150. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 3,953,150. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . | **4** | 3,237,404. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | **5** | 715,746. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **7** | 715,746. |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising . . . . . . . . | **8** | | 18 | Office expense . . . . . . . | **18** | |
| 9 | Car and truck expenses (see page C-3) . STMT 5 . . . | **9** | 1,510. | 19 | Pension and profit-sharing plans . | **19** | |
| | | | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees . . . . | **10** | | **a** | Vehicles, machinery, and equipment . | **20a** | |
| 11 | Contract labor (see page C-4) . . . . . . . | **11** | | **b** | Other business property . . . . . | **20b** | |
| 12 | Depletion . . . . . . . . | **12** | | 21 | Repairs and maintenance . . . . | **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . . . . | **13** | | 22 | Supplies (not included in Part III) . | **22** | |
| | | | | 23 | Taxes and licenses . . . . . . | **23** | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . . . | **14** | | **a** | Travel . . . . . . . . . . . | **24a** | |
| | | | | **b** | Deductible meals and entertainment (see page C-5) . | **24b** | |
| 15 | Insurance (other than health) . . | **15** | | 25 | Utilities . . . . . . . . . . | **25** | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . | **26** | |
| **a** | Mortgage (paid to banks, etc.) . . | **16a** | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . | **27** | 2,790. |
| **b** | Other . . . . . . . . . . | **16b** | | | | | |
| 17 | Legal and professional services . . . . . . . . . | **17** | 1,995. | | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . . ▶ | **28** | 6,295. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . | **29** | 709,451. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | **31** | 709,451. |
| | • If a loss, you **must** go to line 32. | | |

32 If you have a loss, check the box that describes your investment in this activity (see page C-6).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** [X] All investment is at risk.
**32b** ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see page C-7 of the instructions.**

Schedule C (Form 1040) 2005

JSA
5X0110 2.000

Schedule C (Form 1040) 2005   ANDREW COHEN                                        Page 2

| **Part III** | **Cost of Goods Sold** (see page C-6) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory:   a ☒ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | | |
|---|---|---|---:|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . | **35** | 1,899,064. |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . | **37** | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 6 . . | **39** | 1,338,340. |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . | **40** | 3,237,404. |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . | **41** | NONE |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | **42** | 3,237,404. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

   **a** Business _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   **b** Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _ _ _   **c** Other _ _ _ _ _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

   **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---:|
| CREDIT CARD FEES | 79. |
| AMORTIZATION | 2,711. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . **48** | 2,790. |

Schedule C (Form 1040) 2005

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

# Supplemental Income and Loss
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040 or Form 1041.    ▶ See Instructions for Schedule E (Form 1040).

20**05**

Attachment
Sequence No. **13**

Name(s) shown on return

ANDREW COHEN & RITA COHEN

Your social security number

## Part I    Income or Loss From Rental Real Estate and Royalties    Note. If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see page E-3). Report farm rental income or loss from **Form 4835** on page 2, line 40.

| 1 | List the type and location of each **rental real estate property:** | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days **or** • 10% of the total days rented at fair rental value? (See page E-3.) | Yes | No |
|---|---|---|---|---|---|
| A | ---------------------------------- | | | A | |
| B | ---------------------------------- | | | B | |
| C | ---------------------------------- | | | C | |

**Income:**

| | | | Properties | | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| | | | A | B | C | |
| 3 | Rents received . . . . . . . . . | 3 | | | | 3 |
| 4 | Royalties received . . . . . . . . | 4 | | | | 4 |

**Expenses:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Advertising . . . . . . . . . . | 5 | | | | |
| 6 | Auto and travel (see page E-4) . . | 6 | | | | |
| 7 | Cleaning and maintenance . . . . | 7 | | | | |
| 8 | Commissions . . . . . . . . . . | 8 | | | | |
| 9 | Insurance . . . . . . . . . . . | 9 | | | | |
| 10 | Legal and other professional fees . | 10 | | | | |
| 11 | Management fees . . . . . . . . | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc. (see page E-4) . . . . . . | 12 | | | | 12 |
| 13 | Other interest . . . . . . . . . | 13 | | | | |
| 14 | Repairs . . . . . . . . . . . . | 14 | | | | |
| 15 | Supplies . . . . . . . . . . . | 15 | | | | |
| 16 | Taxes . . . . . . . . . . . . | 16 | | | | |
| 17 | Utilities . . . . . . . . . . . | 17 | | | | |
| 18 | Other (list) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 18 | | | | |
| 19 | Add lines 5 through 18 . . . . . . | 19 | | | | 19 |
| 20 | Depreciation expense or depletion (see page E-4) . . . . . . . . . | 20 | | | | 20 |
| 21 | Total expenses. Add lines 19 and 20 | 21 | | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file **Form 6198** . . . . . | 22 | | | | |
| 23 | Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file **Form 8582.** Real estate professionals must complete line 43 on page 2 . . . . . | 23 | ( | ) ( | ) ( | ) | |
| 24 | **Income.** Add positive amounts shown on line 22. **Do not** include any losses . . . . . . . . . . . . . | | | | 24 | |
| 25 | **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | 25 | ( ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 . . . . . . . . . . | | | | 26 | |

For Paperwork Reduction Act Notice, see page E-7 of the instructions.

JSA
5X1300 2.000

Schedule E (Form 1040) 2005

Schedule E (Form 1040) 2005     Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.    **Your social security number**

ANDREW COHEN & RITA COHEN

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**    **Income or Loss From Partnerships and S Corporations**    **Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198.** See page E-1.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?    ☐ Yes   ☒ No
If you answered "Yes," see page E-6 before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | VIANIX LC | P | | ██████████ | |
| B | ENVEST II LLC | P | | | |
| C | | | | | |
| D | | | | | |

STMT 7    **Passive Income and Loss**        **Nonpassive Income and Loss**

| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | | NONE | | | |
| B | | NONE | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | NONE | | | |
| b Totals | | | | | |

| | | | | |
|---|---|---|---|---|
| 30 | Add columns (g) and (j) of line 29a | . . . . . . . . . | 30 | NONE |
| 31 | Add columns (f), (h), and (i) of line 29b | . . . . . . . . | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | | 32 | NONE |

**Part III**    **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

**Passive Income and Loss**        **Nonpassive Income and Loss**

| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | | |
|---|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a | . . . . . . . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b | . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | | 37 | |

**Part IV**    **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | . . . . . . . . . | 39 | |

**Part V**    **Summary**

| | | | | |
|---|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | . . . . . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ▶ | | 41 | NONE |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) | 42 | | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-1), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | | |

Schedule E (Form 1040) 2005

JSA
5X1310 2.000

ANDREW COHEN & RITA COHEN

```
          SUPPLEMENT TO VIRGINIA FORM 760CG
==========================================================================




          FEDERAL INCOME AND ADJUSTMENTS INFORMATION
          ------------------------------------------

          WAGES, SALARIES, TIPS, ETC.                         3,977.
          TAXABLE INTEREST INCOME                             1,769.
          DIVIDEND INCOME                                    35,221.
          TAXABLE REFUNDS OF STATE & LOCAL INCOME TAX         6,944.
          BUSINESS INCOME (LOSS)                            704,836.
          CAPITAL GAIN (LOSS)                               246,730.
          PARTNERSHIP INCOME (LOSS)                            NONE
          OTHER INCOME                                          -59.
                                                         ------------
          TOTAL INCOME                                      999,418.

          IRA DEDUCTION                                        NONE
          SELF-EMPLOYMENT TAX DEDUCTION                      14,994.
          SELF-EMPLOYMENT HEALTH INSURANCE DEDUCTION          2,820.
          KEOGH RETIREMENT PLAN & SEP DEDUCTION              42,000.
                                                         ------------
          TOTAL ADJUSTMENTS TO INCOME                        59,814.

          FEDERAL ADJUSTED GROSS INCOME                    ------------
          (FORM 760, LINE 1)                                939,604.
                                                         ============
```

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO VIRGINIA FORM 760CG
========================================================================

ADJUSTMENTS TO INCOME
---------------------

OTHER SUBTRACTIONS FROM INCOME
------------------------------
33 VIRGINIA COLLEGE SAVINGS PLAN PAYMENTS                        51000.
33 CARRYOVER TO NEXT YEAR                                       -49000.
33 VIRGINIA COLLEGE SAVINGS PLAN PAYMENTS                        51000.
33 CARRYOVER TO NEXT YEAR                                       -49000.
                                                            ------------
      TOTAL                                                       4000.
                                                            ============

STATEMENT   2

TD5204 2YVG 04/05/2006 22:32:51 V05-5.5A 7444

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
===============================================================================


GROSS RECEIPTS OR SALES - SCHEDULE C, LINE 1
============================================
   BUSINESS NAME:       RITA A. COHEN

   PARAGON RAGTIME ORCHESTRA                                        4,000.
                                                                 ------------
          TOTAL TO SCHEDULE C, LINE 1                                4,000.
                                                                 ============

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 9
============================================
   STANDARD MILEAGE RATE METHOD
   ----------------------------
   BUSINESS NAME:       RITA A. COHEN

                              VEHICLE 1

   BUSINESS MILES                 3,774.           1,887.
                          X        0.405    X       0.485
                              --------------   --------------
                                  1,528.             915.
   STANDARD MILEAGE FOR THIS VEHICLE                               2,443.
                                                                 ------------
          TOTAL TO SCHEDULE C, LINE 9                                2,443.
                                                                 ============


                                                            STATEMENT   3

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
==========================================================================

OTHER EXPENSES - SCHEDULE C, PART V
=================================
  BUSINESS NAME:        RITA A. COHEN

  PROFESSIONAL MAGAZINES, JOURNAL                                    19.
  AUDITION EXPENSES                                                 525.
  VOICE TRAINING                                                    865.
  SHEET MUSIC                                                       262.
  COSTUMES                                                          500.
  MISCELLANEOUS
  MAKE UP AND HAIR                                                  253.
  PICTURES                                                          100.
  PIANO ACCOMPANIEST                                                365.
  PIANO YUNING                                                       80.
  WORKSHOP                                                          833.
                                                           ------------
      TOTAL TO SCHEDULE C, LINE 48                              3,802.
                                                           ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
================================================================================

GROSS RECEIPTS OR SALES - SCHEDULE C, LINE 1
==========================================
  BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

  UNIT B                                                      1,400,000.
  UNIT C                                                      1,353,150.
  UNIT D                                                      1,200,000.
                                                            ------------
        TOTAL TO SCHEDULE C, LINE 1                           3,953,150.
                                                            ============

CAR AND TRUCK EXPENSES - SCHEDULE C, LINE 9
==========================================
  STANDARD MILEAGE RATE METHOD
  ----------------------------
  BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

                              VEHICLE 1

  BUSINESS MILES            2,345.          1,155.
                      X      0.405     X     0.485
                      --------------   --------------
                            950.            560.
  STANDARD MILEAGE FOR THIS VEHICLE                            1,510.
                                                            ------------
        TOTAL TO SCHEDULE C, LINE 9                            1,510.
                                                            ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE C
=========================================================================


OTHER COSTS - SCH. C PART III, LINE 39
===================================
  BUSINESS NAME:        ANDREW'S DREAMLAND,LLC

  CONSTRUCTION IN PROGRESS                                      491,037.
  CAPITALIZED INTEREST                                           43,239.
  COMMISSIONS                                                    36,000.
  BUILDER PROFIT AND OVERHEAD                                   737,722.
  BANK OF AMER   INT TRACED                                      30,342.
                                                              ------------
      TOTAL TO SCHEDULE C, LINE 39                            1,338,340.
                                                              ============

ANDREW COHEN & RITA COHEN

SUPPLEMENT TO SCHEDULE E
===============================================================================

    PART II, INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS
    =========================================================
    COLUMNS (F) & (G) - PASSIVE INCOME OR LOSS


   K-1 NAME:   VIANIX LC


                       DESCRIPTION                          INCOME/LOSS
            ------------------------------------            -----------
            ORDINARY INCOME OR LOSS                              -5,222.
            LESS:
               SUSPENDED LOSS CARRYOVER                           1,009.
            PLUS:
               DISALLOWED PASSIVE LOSS                            6,231.
                                                            ------------
            ALLOWABLE INCOME/LOSS                                   NONE
                                                            ============


   K-1 NAME:   ENVEST II LLC


                       DESCRIPTION                          INCOME/LOSS
            ------------------------------------            -----------
            ORDINARY INCOME OR LOSS                              -1,718.
            PLUS:
               DISALLOWED PASSIVE LOSS                            1,718.
                                                            ------------
            ALLOWABLE INCOME/LOSS                                   NONE
                                                            ============



# COMMONWEALTH of VIRGINIA

## *Department of Taxation*

May 31, 2006

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455

Dear Andrew Cohen:

The Virginia Department of Taxation is pleased to acknowledge receipt of your Form LPC, Land Preservation Credit Registration and Transfer Form. Under the provisions of the *Code of Virginia* § 58.1-512 and § 58.1-513:

Virginia Tax Account: ████████
Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455

**Credit Transaction Number: LP050185**
**Effective Year: 2005**
**Expires Tax Year: 2010**

may receive a tax credit in the amount of $35,000.00 as a transfer recipient of the LPC credit from William A. Klene.

**Please note that this letter does not constitute the Department of Taxation's approval of the amount of the Land Preservation Tax Credit that may be claimed. The amount of the tax credit identified above is subject to subsequent review and audit by the Department and may ultimately be disallowed, either in whole or in part. The stated amount of the tax credit is based solely upon information supplied by the donor to establish the fair market value of the donation on which your credit is based. The value of the donation is subject to challenge by federal and state tax authorities.**

**The Virginia Department of Taxation makes no express or implied warranties that any tax benefits will be available to the Donor, or to anyone to whom a Land Preservation Tax Credit is transferred or re-transferred. The Department will notify you further only if any portion of your credit is disallowed or otherwise adjusted by the Department. Such notification may be issued either before or after you file an income tax return claiming the credit, subject to the statute of limitations.**

Please retain this letter for your records. A copy of this letter must be attached to your return in order to claim the credit. You will need the assigned credit number if you wish to transfer this credit in the future.

If you have any questions or need assistance, please call 804-786-2992, or write to the address below.

Office of Customer Relations
Customer Service Section
Tax Credit Administration Unit
PO Box 715
Richmond, VA 23218-0715

