**CHAITMAN LLP**
Gregory M. Dexter, Esq.
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
gdexter@chaitmanllp.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ANNEXED TO NOTICE OF APPEAL,<br><br>                    Defendants. | Adv. Pro. Nos.<br>10-04352 (SMB)<br>10-04377 (SMB)<br>10-04644 (SMB)<br>10-04658 (SMB)<br><br>Appeal Nos.<br>16-cv-02792<br>16-cv-02804<br>16-cv-02806<br>16-cv-02807 |

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

      **XX**    I have cases pending                           ____ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

{00019835 1 }

GREGORY MICHAEL DEXTER

My SDNY Bar Number is __GD1441__   My State Bar Number is __5258660__

I am,

  __X__         An attorney
  _____       A Government Agency attorney
  _____       A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME:                Schepisi & McLaughlin, P.A.
                 FIRM ADDRESS:           473 Sylvan Avenue
                 FIRM TELEPHONE NUMBER:  201 568-9898
                 FIRM FAX NUMBER:       201-569-5350

NEW FIRM:  FIRM NAME:                Chaitman, LLP
                 FIRM ADDRESS:           465 Park Avenue
                 FIRM TELEPHONE NUMBER:  888-759-1114
                 FIRM FAX NUMBER:       888-759-1114

__X__ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

_____ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 10, 2016                        _____*/s/ Gregory M. Dexter*_____
                                                     Attorney Signature

{00019835 1 }