**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW H. COHEN,<br><br>                    Defendant. | Adv. Pro. No. 10-04311 (SMB) |

## <u>ORDER TO SHOW CAUSE</u>

THIS MATTER having been brought to the Court's attention through the application (the "Application") of Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), and the estate of Bernard L. Madoff ("Madoff"), seeking relief under section 105(a) of the United States Bankruptcy Code and Rule 9077-1(a) of the Local Bankruptcy Rules for the Southern District of New York for an order expunging from the record the Proposed Intervenors' Objections to Proposed Ruling

Denying Motion to Intervene Or Participate As *Amicus Curiae* in the above-captioned adversary proceeding against defendant Andrew H. Cohen;

UPON REVIEW AND CONSIDERATION of the supporting Declaration of Nicholas J. Cremona (the "Cremona Declaration"), and all of the prior proceedings, pleadings, and other submissions in this matter;

Now, therefore, IT IS HEREBY:

ORDERED that cause must be shown before this Court, the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 on the 18th **day of May, 2016**, **at 10:00 a.m.**, as to why the Court should not issue an order expunging from the record the Proposed Intervenors' Objections to Proposed Ruling Denying Motion to Intervene Or Participate As Amicus Curiae; and

IT IS FURTHER ORDERED that any responses or objections to the relief sought shall be filed and served upon counsel for the Trustee by **noon on May 17th**; and it is further

~~ORDERED that any replies by the Trustee shall be filed and served upon counsel for Proposed Intervenors by _____ ; and it is further~~ **[SMB: 5/13/16]**

ORDERED that the Trustee shall serve a copy of this Order to Show Cause, the Cremona Declaration, and the Motion and Memorandum of Law To Expunge From The Record on counsel to Proposed Intervenors **and** ~~by _____ p.m. on _____ ; and it is further~~

~~ORDERED that the Trustee shall also serve a copy of this Order to Show Cause, the Cremona Declaration, and the Motion and Memorandum of Law To Expunge From The Record,~~ on the Securities Investor Protection Corporation, **1667 K Street, N.W., Suite 1000 Washington, D.C. 20006, Attn: Kevin H. Bell Esq.** ~~805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Josephine Wang, Esq.~~ by **3:00 p.m. on May 13th, 2016**; and it is further **[SMB: 5/13/16]**

2

ORDERED that all service hereunder shall be made via electronic mail **if feasible**, **or by** facsimile, overnight delivery, and/or hand delivery, as well as the Court's Electronic Case Filing ("ECF") system.**[SMB: 5/13/16]**

ORDERED, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated:  May 13, 2016**
      **New York, New York**


    **at <u>12:52</u>  p.m.**

                    **/s/ STUART M. BERNSTEIN**
                    **HONORABLE STUART M. BERNSTEIN**
                    **UNITED STATES BANKRUPTCY JUDGE**