**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
Rex Lee
Lindsay M. Weber
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERICO CERETTI, *et al.*<br><br>        Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**DECLARATION OF ROBERT LOIGMAN IN SUPPORT OF THE KINGATE FUNDS' OPPOSITION TO THE TRUSTEE'S MOTION TO COMPEL DISCOVERY**

I, Robert S. Loigman, hereby declare:

1. I am a member of the bar of the State of New York and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for the Joint Liquidators for defendants Kingate Global Fund Limited ("Kingate Global") and Kingate Euro Fund Limited ("Kingate Euro" and, together with Kingate Global, the "Kingate Funds" or "Funds").

2. This declaration is being submitted to provide the Court with certain materials in support of the Kingate Funds' opposition to the Trustee's motion to compel discovery.

3. Attached as Exhibit 1 is a true and correct copy of a letter from K. Tornari to A. Potts dated March 11, 2016.

4. Attached as Exhibit 2 is a true and correct copy of a letter from E. Valentine dated May 19, 2016.

5. Attached as Exhibit 3 is a true and correct copy of a letter from J. Kleinick dated May 19, 2016.

6. Attached as Exhibit 4 is a true and correct copy of a letter from T. Harkness dated May 19, 2016.

7. Attached as Exhibit 5 is a true and correct copy of an email from Lindsay Weber to Geraldine Ponto dated February 29, 2016.

8. Attached as Exhibit 6 is a true and correct copy of a letter from William R. Tacon to FIM Advisers dated September 25, 2009.

9. Attached as Exhibit 7 is a true and correct copy of a letter from William R. Tacon to Kingate Management Limited dated August 28, 2009.

2

10. Attached as Exhibit 8 is a true and correct copy of a letter from William R. Tacon as Joint Provisional Liquidator of Kingate Global to Citi Hedge Fund Services Ltd. dated May 11, 2009.

11. Attached as Exhibit 9 is a true and correct copy of a letter from William R. Tacon as Joint Provisional Liquidator of Kingate Euro to Citi Hedge Fund Services Ltd. dated May 11, 2009.

12. Attached as Exhibit 10 is a true and correct copy of a letter from William R. Tacon as Joint Provisional Liquidator of Kingate Global to The Bank of Bermuda Limited dated May 11, 2009.

13. Attached as Exhibit 11 is a true and correct copy of a letter from William R. Tacon as Joint Provisional Liquidator of Kingate Euro to The Bank of Bermuda Limited dated May 11, 2009.

14. Attached as Exhibit 12 is a true and correct copy of Trustee's Responses and Objections to Kingate Global's and Kingate Euro's First Requests for Production dated December 7, 2015.

15. Attached as Exhibit 13 is a true and correct copy of an email from Lindsay Weber to Geraldine Ponto dated March 30, 2016.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed on May 20, 2016, at New York, New York.

/s/   Robert S. Loigman
Robert S. Loigman