# CHAITMAN LLP

**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
*hchaitman@chaitmanllp.com*

May 24, 2016

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    *In re Madoff (08-01789) – various Adv. Pro. Nos.*

Dear Judge Bernstein:

    Please find enclosed a corrected Exhibit A to the Proposed Order filed earlier today with our letter to Your Honor. It was our intention in an effort to resolve the subpoena issue to include all of our clawback cases.

    Yours respectfully,

    */s/ Helen Davis Chaitman*

    Helen Davis Chaitman Esq.

HDC/leb
Encls.

cc:    Edward Jacobs ejacobs@bakerlaw.com, counsel for the Trustee
       David J. Sheehan dsheehan@bakerlaw.com, counsel for Trustee
       Barry J. Glickman bglickman@zeklaw.com, counsel for Valley National Bank
       Karen Cullen kcullen@windelsmarx.com

{00020153 1 }