CHAITMAN LLP
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
(908) 303-4568
hchaitman@chaitmanllp.com

*Attorneys for Defendants Robert Hirsch, as an individual, and as joint tenant, and Lee Hirsch, as an individual, and as joint tenant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04740 (SMB) |
| Plaintiff, | |
| v. | **DECLARATION** |
| ROBERT HIRSCH, as an individual, and as joint tenant, and LEE HIRSCH, as an individual, and as joint tenant, | |
| Defendants. | |

{00020102 1 }

I, MATHILDE KILCHENMANN-HIRSCH (a/k/a Lee Hirsch), declare pursuant to 28 U.S.C. § 1746, as follows:

1. I acknowledge the accuracy of the deposits and withdrawals shown on Exhibit B to the complaint for the years 2005 on.

2. I declare under penalty of perjury that the aforesaid statements are true and correct.

May 23, 2016

*/s/ Mathilde Kilchenmann-Hirsch*
Mathilde Kilchenmann-Hirsch