CHAITMAN LLP
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
(908) 303-4568
hchaitman@chaitmanllp.com

*Attorneys for Defendants Robert Hirsch, as an individual, and as joint tenant, and Lee Hirsch, as an individual, and as joint tenant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HIRSCH, as an individual, and as joint tenant, and LEE HIRSCH, as an individual, and as joint tenant,<br><br>Defendants. | Adv. Pro. No. 10-04740 (SMB)<br><br>**DECLARATION** |

{00020089 1 }

I, ROBERT HIRSCH, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I acknowledge the accuracy of the deposits and withdrawals shown on Exhibit B to the complaint for the years 2005 on.

2. I declare under penalty of perjury that the aforesaid statements are true and correct.

May 23, 2016

*[signature]*
Robert HirscH

{00020089 1}                                2