Baker&Hostetler LLP

PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH  44114-3482

T  216.621.0200
F  216.696.0740
www.bakerlaw.com

James H. Rollinson
direct dial: 216.861.7075
jrollinson@bakerlaw.com

May 31, 2016

**VIA ECF AND FEDERAL EXPRESS**

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 6th Floor
New York, New York  10004-1408

Re:   *Securities Investor Corporation v. Bernard L. Madoff Investment Securities LLC*,
        Adv. Pro. No. 08-01789 (SMB) — *Picard v. Cohen*, Adv. Pro. No. 10-04311 (SMB)

Dear Clerk of Court:

We are counsel to the parties in the above-referenced adversary proceeding.  On May 30, 2016, defendant Andrew H. Cohen filed objections (the "Objections" (ECF No. 117)) to the Proposed Findings of Fact and Conclusions of Law signed by the Honorable Stuart M. Bernstein on April 25, 2016 (ECF No. 90).

Pursuant to Federal Rule of Bankruptcy 9033(b), the parties have agreed that those portions of the record, which are identified below, should be transcribed to the United States District Court for the Southern District of New York (the "District Court") in connection with its consideration of the Objections and review of the Proposed Findings of Fact and Conclusions of Law.

| *ECF* | *Description* |
| --- | --- |
| 1 | Complaint of Plaintiff Irving H. Picard |
| 10 | Answer to Complaint, Affirmative Defenses, and Counterclaim of Andrew H. Cohen |
| 12 | Answer to Counterclaim of Plaintiff Irving H. Picard |
| 60 | Second Revised Joint Pretrial Order Signed On 10/8/2015 |
| 64 | Transcript regarding Hearing Held on 10/14/2015 |
| 71 | Plaintiff Irving H. Picard's Post-Trial Proposed Findings of Fact and Conclusions of Law |

Vito Genna, Clerk of Court
May 31, 2016
Page 2

| 74 | Defendant Andrew H. Cohen's Findings of Fact and Conclusions of Law |
|---|---|
| 79 | Plaintiff Irving H. Picard's Reply to Defendant Andrew H. Cohen's Post-Trial Proposed Findings of Fact and Conclusions of Law |
| 90 | Proposed Findings of Fact and Conclusions of Law |
| 117 | Defendant Andrew H. Cohen's Post-Trial Objections to the Proposed Findings of Fact and Conclusions of Law |
| TBD | Plaintiff Irving H. Picard's Response to Defendant Andrew H. Cohen's Post-Trial Objections to the Proposed Findings of Fact and Conclusions of Law |

The parties additionally have agreed that all of their respective trial exhibits should also be transcribed to the District Court. These exhibits were introduced and admitted into the record at trial, but have not docketed by the Bankruptcy Court. The parties therefore ask for the Clerk's guidance regarding how to arrange for the transcription of this portion of the record to the District Court.

Finally, Rule 9033(b) further provides that "such portions [of the record] . . . as the bankruptcy judge deems sufficient" should also be transcribed to the District Court in connection with its review of proposed findings of fact and conclusions of law. The undersigned have copied the Honorable Stuart M. Bernstein on this letter to provide him with that opportunity.

We thank you for your attention on this matter, and please contact either of the undersigned counsel regarding how we should arrange for the transcription of our trial exhibits to the District Court.

**BAKER & HOSTETLER LLP**

By: /s/ *James H. Rollinson*
127 Public Square
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

*and*

45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

**LEWIS & McKENNA**

By: /s/ *Paul Z. Lewis*
82 E. Allendale Road
Saddle River, New Jersey 07458
Telephone: 201.934.9800
Facsimile: 201.934.8681
Paul Z. Lewis
Email: plewis@lewismckenna.com
Gregory S. Goett
Email: ggoett@lewismckenna.com

*Attorneys for Defendant Andrew Cohen*

Vito Genna, Clerk of Court
May 31, 2016
Page 3

David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the consolidated estate of Bernard L. Madoff*


cc:     Honorable Stuart M. Bernstein
        Anatin Ruzeau