CHAITMAN LLP
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
(908) 303-4568
hchaitman@chaitmanllp.com

*Attorneys for Defendants Glenhaven Limited; The Estate of Mathew L. Gladstein; and Edythe Gladstein, in her capacity as a Personal Representative of the Estate of Mathew L. Gladstein*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> GLENHAVEN LIMITED; THE ESTATE OF MATHEW L. GLADSTEIN; and EDYTHE GLADSTEIN, in her capacity as a Personal Representative of the Estate of Mathew L. Gladstein, | Adv. Pro. No. 10-04920 (SMB) <br><br> **<u>DECLARATION</u>** |

{00020289 1 }

Defendants.

I, EDYTHE GLADSTEIN, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I acknowledge the accuracy of the deposits and withdrawals shown on Exhibit B to the complaint for the years 2004 on.

2. I declare under penalty of perjury that the aforesaid statements are true and correct.

June 1, 2016

*Edythe Gladstein*
Edythe Gladstein

{00020289 1}

2