**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>SAGE REALTY;<br><br>LILLIAN M. SAGE, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS | Adv. Pro. No. 10-04400 (SMB) |

BENEFICIARY OF SAGE REALTY;

MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY;

MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY; AND

ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY,

                        Defendants.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against Sage Realty; Lillian M. Sage, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty; Malcolm H. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty; Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty; and Anne M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty (collectively, the "Defendants");

**WHEREAS**, on January 25, 2012, the Trustee filed an amended complaint against Defendants in the Southern District of New York, Civil Action No. 11-cv-07668 (JSR) (the "Amended Complaint");

**WHEREAS**, Lillian M. Sage died during the pendency of this action.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Malcolm H. Sage in his capacity as personal representative of the estate of Lillian M. Sage (the "Estate"), as follows:

1. Malcolm H. Sage, in his capacity as personal representative of the Estate, is hereby substituted into this action in place of Lillian M. Sage, deceased, and the Amended Complaint shall be deemed so amended (the "Second Amended Complaint").

2. The Clerk of the Court is hereby directed to amend the caption to remove Lillian M. Sage and substitute Malcolm H. Sage in his capacity as personal representative of the Estate, as reflected on Exhibit A to this Stipulation.

3. Undersigned counsel for Malcolm H. Sage in his capacity as personal representative of the Estate: (i) expressly represents that he has the authority to accept service of the Second Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Second Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Second Amended Complaint on behalf of Defendants.

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 1, 2016

**BAKER & HOSTETLER LLP**

By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com
Kimberly M. Maynard
Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**MCDERMOTT WILL & EMERY, LLP**

By: *s/ Andrew B. Kratenstein*
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Andrew B. Kratenstein
Email: akratenstein@mwe.com
Michael R. Huttenlocher
Email: mhuttenlocher@mwe.com
Darren Azman
Email: dazman@mwe.com

*Attorney for Defendants Sage Realty; Malcolm H. Sage, in his capacity as partner or joint venturer of*

*Sage Realty and individually as beneficiary of Sage Realty; Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty; and Anne M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: June 1st, 2016          HON. STUART M. BERNSTEIN
New York, New York             UNITED STATES BANKRUPTCY JUDGE