# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>SAGE REALTY;<br><br>MALCOLM H. SAGE, IN HIS CAPACITY AS | Adv. Pro. No. 10-04400 (SMB) |

PARTNER OR JOINT VENTURER OF SAGE REALTY, INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE;

MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY; AND

ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY,

           Defendants.