**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>    v.<br><br>MERIDA ASSOCIATES, INC., a Florida corporation, ESTATE OF ARTHUR I. MEYER, WILLIAM A. MEYER, GAIL M. ASARCH, GENERATION SKIPPING TRANSFER TAX EXEMPTION TRUST UNDER ARTICLE IV OF THE WILL OF ARTHUR I. MEYER, a Florida | Adv. Pro. No. 10-05433 (SMB) |

300392178.1

trust, MARITAL TRUST UNDER ARTICLE VI
OF THE WILL OF ARTHUR I. MEYER, a Florida
trust, and SYDELLE F. MEYER, as personal
representative, as trustee, and as an individual,

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding without prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the Court by filing this Notice of Dismissal as, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Dated: New York, New York
      June 1, 2016

| Of Counsel: | **BAKER & HOSTETLER LLP** |
|---|---|
| **BAKER & HOSTETLER LLP** | |
| 11601 Wilshire Boulevard, 14th Floor | By: *s/ Nicholas J. Cremona* |
| Los Angeles, California 90025-0509 | 45 Rockefeller Plaza |
| Telephone: 310.820.8800 | New York, New York 10111 |
| Facsimile: 310.820.8859 | Telephone: 212.589.4200 |
| Michael R. Matthias | Facsimile: 212.589.4201 |
| Email: mmatthias@bakerlaw.com | David J. Sheehan |
| | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*