CHAITMAN LLP
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
(908) 303-4568
hchaitman@chaitmanllp.com

*Attorneys for Defendant Peter D. Kamenstein*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>PETER D. KAMENSTEIN,<br><br>Defendant. | Adv. Pro. No. 10-04648 (SMB)<br><br>**<u>DECLARATION</u>** |

I, PETER D. KAMENSTEIN, declare pursuant to 28 U.S.C. § 1746, as follows:

{00020329 1 }

1. I acknowledge the accuracy of the deposits and withdrawals shown on Exhibit B to the complaint for the years 2004 on.

2. I declare under penalty of perjury that the aforesaid statements are true and correct.

June 2, 2016

_____
Peter D. Kamenstein