UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Michael S. Leeds and Andrea R. Leeds (the "Claimants"), having filed an objection (the "Objection", Docket No. 444) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#014350), hereby give notice that they withdraw such Objection.

Dated: May 26, 2016

　　　　　　　　　　　　　　　　　　　　／s／ Elise S. Frejka
　　　　　　　　　　　　　　　　　　　　Elise S. Frejka
　　　　　　　　　　　　　　　　　　　　Frejka PLLC
　　　　　　　　　　　　　　　　　　　　205 East 42nd Street, 20th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10017

　　　　　　　　　　　　　　　　　　　　*Attorneys for Claimants*

300388838.1