# EXHIBIT A

                                                                    Page 1

1
2       UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
3     _____
4    SECURITIES INVESTOR PROTECTION
     CORPORATION,
5
                              Plaintiff
6                             Applicant
7            -against-
8    BERNARD L. MADOFF INVESTMENT SECURITIES,
     LLC,
9
                              Defendant.
10
     Adv. Pro. No. 08-01789(SMB)
11   _____
12              July 1, 2014
                11:57 a.m.
13
                50 Gristmill Lane
14              Great Neck, New York
15
16              DEPOSITION
17   of AARON BLECKER, a Witness herein, held
18   at the above-noted time and place before
19   Josephine Winter, Certified Shorthand
20   Reporter and a Notary Public of the State
21   of New York.
22
23
24
25

Page 2

```
 1
 2      *  *  *
 3
    A P P E A R A N C E S:
 4
 5  BECKER & POLIAKOFF, ESQS.
    Attorneys for Witness AARON BLECKER
 6      45 Broadway
        New York, New York  10006
 7  BY:  HELEN DAVIS CHAITMAN, ESQ.
        hchaitman@beckerny.com
 8
 9  BAKER & HOSTETLER, LLP
    Attorneys for Trustee IRVING PICARD
10      45 Rockefeller Plaza
        New York, New York  10111
11  BY:  AMY E. VANDERWAL, ESQ.
        avanderwal@bakerlaw.com
12      and
        BIK CHEEMA, ESQ.
13      bcheema@bakerlaw.com
14
    ALSO PRESENT:
15      EDWARD FORD, Videographer
        ROBERT BLECKER
16
17      *  *  *
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2       THE VIDEOGRAPHER: Good morning.           11:57:19
 3       Please note the microphones are           11:57:20
 4  sensitive and may pick up whispering           11:57:21
 5  and please turn off your cell phones           11:57:23
 6  or place them away from the                   11:57:25
 7  microphones.                                  11:57:27
 8       This is tape one of the                  11:57:27
 9  videotaped deposition of Aaron Blecker        11:57:29
10  taken by defendant in the matter of           11:57:32
11  Securities Investor Protection                11:57:34
12  Corporation, Plaintiff Applicant,             11:57:38
13  versus Bernard L. Madoff Investment           11:57:40
14  Securities, LLC, Defendant, in the            11:57:44
15  United States Bankruptcy Court,               11:57:47
16  Southern District of New York, case           11:57:48
17  number 08-01789(SMB).                         11:57:51
18       This deposition is being held at         11:57:56
19  the home of Aaron Blecker, 50                 11:57:57
20  Gristmill Lane, Great Neck, New York,         11:58:00
21  on July 1, 2014.  The time is 11:58           11:58:03
22  a.m.                                          11:58:07
23       My name is Ed Ford.  I'm the             11:58:07
24  videographer.  The court reporter is          11:58:09
25  Josephine Winter.  We are in                  11:58:11
```

Page 4

```
 1               A. Blecker
 2  association with Veritext.                    11:58:13
 3       For the record, will counsel             11:58:15
 4  please introduce themselves.                  11:58:16
 5       MS. CHAITMAN:  Helen Davis               11:58:18
 6  Chaitman on behalf of Mr. Blecker from        11:58:20
 7  Becker & Poliakoff.                           11:58:20
 8       MS. VANDERWAL:  Amy Vanderwal            11:58:25
 9  from on behalf of the Trustee Irving          11:58:25
10  Picard.                                       11:58:28
11       THE VIDEOGRAPHER:  Now will the          11:58:30
12  court reporter please swear in the            11:58:32
13  witness.                                      11:58:33
14       *  *  *                                  11:58:34
15  A A R O N    B L E C K E R, having been      11:58:34
16  first duly sworn by a Notary Public of the    11:58:34
17  State of New York, upon being examined,       11:58:34
18  testified as follows:                         11:58:43
19  EXAMINATION BY                                11:58:43
20  MS. CHAITMAN:                                 11:58:45
21  Q    Mr. Blecker, I'm going to be             11:58:45
22  very rude and ask you how old you are.        11:58:47
23  Can you tell us how old you are?              11:58:55
24       MR. R. BLECKER:  How old are             11:58:56
25  you?                                          11:58:57
```

Page 5

```
 1               A. Blecker
 2  Q    Can you tell us how old you are?         11:58:58
 3  A    I'm 103 years old.  I was born           11:58:59
 4  1911, July 27.                                11:59:02
 5  Q    Do you recall that I prepared a          11:59:06
 6  Declaration for you to review and sign        11:59:11
 7  that I submitted to the Bankruptcy Court?     11:59:14
 8  A    Yes.  You prepared a brief for           11:59:16
 9  me which I signed.                            11:59:18
10  Q    And did you review -- I'm going          11:59:19
11  to hand you what I'm going to mark as         11:59:22
12  Exhibit 1 of your deposition and this is      11:59:23
13  the Declaration that I prepared for you.      11:59:27
14       Do you recall reviewing this             11:59:31
15  Declaration?                                  11:59:32
16  A    Yes, I remember now.                     11:59:33
17  Q    Okay.                                    11:59:34
18       And you recall that you signed           11:59:35
19  it?                                           11:59:39
20  A    Absolutely.                              11:59:39
21  Q    Okay.                                    11:59:40
22       And when you reviewed it, did            11:59:41
23  you consider whether it was accurate?         11:59:42
24  A    Absolutely.                              11:59:44
25  Q    And was this --                          11:59:46
```

2 (Pages 2 - 5)

### Page 6

```
 1      A. Blecker
 2   A   In every respect.                    11:59:48
 3   Q   It was accurate?                     11:59:52
 4   A   Absolutely it was.                   11:59:53
 5   Q   Now, do you recall that after        11:59:55
 6  Madoff confessed, you submitted a claim to 12:00:00
 7  the Trustee Mr. Picard?                   12:00:03
 8   A   Correct.                             12:00:06
 9   Q   And do you recall that you told      12:00:07
10  the Trustee that you had never withdrawn  12:00:10
11  any funds from your account?              12:00:13
12        MS. VANDERWAL: Objection.           12:00:15
13   A   I didn't. I said I never             12:00:16
14  withdrew any. I didn't want to withdraw   12:00:18
15  any money. I felt it was such a good      12:00:20
16  investment and I felt this would be my    12:00:22
17  retirement and I'd have the funds         12:00:24
18  available for my grandchildren's college  12:00:27
19  tuition in the future.                    12:00:29
20   Q   Do you recall that the Trustee       12:00:32
21  claimed that you withdrew money from the  12:00:35
22  account in the 1980's and the 1990's?     12:00:38
23  That he claimed that?                     12:00:42
24   A   That's what he claimed and I         12:00:43
25  asked him to prove it to me, that I wanted 12:00:45
```

### Page 7

```
 1      A. Blecker
 2  to see some checks with my signature on   12:00:48
 3  it. He had nothing to prove. They said    12:00:51
 4  the burden of proof was on me. I never    12:00:54
 5  received any check, never asked for any   12:00:56
 6  check because I always felt it was a good 12:00:59
 7  investment and I thought it would be there 12:01:01
 8  for the rest of my time until my          12:01:04
 9  retirement and I never withdrew any, never 12:01:06
10  requested any money for retirement, never 12:01:10
11  drew a penny.                             12:01:12
12       And, as a matter of fact, if I       12:01:13
13  had withdrawn money, why would Madoff keep 12:01:16
14  crediting my account and adding to my     12:01:18
15  investment? If I had no money there, he   12:01:20
16  wouldn't have bothered with me. He would  12:01:23
17  have discarded me. In the meantime after  12:01:25
18  all the years he kept increasing my       12:01:27
19  investment, showed a profit return on my  12:01:30
20  investment and that's why it kept         12:01:34
21  accumulating.                             12:01:36
22   Q   Now, you had to pay taxes each       12:01:37
23  year on the appreciation in your account? 12:01:39
24   A   Oh, absolutely.                      12:01:41
25       MS. VANDERWAL: Objection.            12:01:42
```

### Page 8

```
 1      A. Blecker
 2   A   All the profits that Madoff          12:01:43
 3  earned for me I reported it in my tax     12:01:45
 4  return showing I -- I made up a schedule  12:01:50
 5  of transactions, stocks bought and sold   12:01:52
 6  and showing profit from the stocks plus   12:01:57
 7  the reporting dividend income that I      12:01:59
 8  received on those securities and that was 12:02:02
 9  reported each year.                       12:02:04
10   Q   Where did you get the money to       12:02:05
11  pay the taxes? Did you take it out of     12:02:08
12  your Madoff account? The money --         12:02:11
13   A   No. I had my own funds that I        12:02:14
14  accumulated. I had -- fortunately, I had  12:02:16
15  some money that I accumulated. I put all  12:02:19
16  my money into Madoff, so I had my checking 12:02:23
17  account, whenever taxes were due, I sent a 12:02:27
18  check to the government with estimated    12:02:29
19  payments four times a year and that's how 12:02:32
20  I paid my taxes. I had nothing from       12:02:35
21  Madoff. I had no correspondence, no       12:02:38
22  requests from them and no requests to     12:02:41
23  them.                                     12:02:43
24   Q   Okay.                                12:02:44
25       Are you absolutely certain that      12:02:45
```

### Page 9

```
 1      A. Blecker
 2  you never withdrew any money from your    12:02:47
 3  Madoff account?                           12:02:49
 4   A   Unequivocally. Never received a      12:02:50
 5  dime. I never intended to withdraw. I     12:02:53
 6  always felt it was going to be my future  12:02:56
 7  investment forever, and it didn't turn out 12:02:58
 8  that way, unfortunately.                  12:03:00
 9   Q   Now, there was a point in time       12:03:02
10  when your wife had an account with Madoff 12:03:04
11  with you; is that right?                  12:03:06
12   A   That's right. Yes.                   12:03:07
13   Q   And --                               12:03:09
14   A   She had an account. I had an        12:03:09
15  account, and then Madoff suggested we     12:03:11
16  consolidate into one account, so that's   12:03:15
17  what we did.                              12:03:17
18   Q   Now, did your wife ever withdraw     12:03:18
19  any money from Madoff?                    12:03:21
20   A   Of course -- she never handled       12:03:23
21  any of the financials. My wife was rather 12:03:26
22  shy. I handled all the financial          12:03:29
23  arrangements, all the financials of the   12:03:30
24  family. She was a good mother, as he can  12:03:32
25  attest to, and a hard-working mother and  12:03:35
```

Page 10

1       A. Blecker
2  watched out for the children. My job was           12:03:39
3  to provide the financial security for the          12:03:43
4  family.                                            12:03:45
5    Q   Are you certain she never                    12:03:45
6  withdrew any funds from the Madoff                 12:03:47
7  account?                                           12:03:49
8    A   Absolutely. She had nothing to               12:03:49
9  do with it. She wouldn't know who to               12:03:51
10 call.                                              12:03:53
11   Q   Okay.                                        12:03:53
12      Now, did you keep your bank                   12:03:54
13 records from the 1980's?                           12:03:59
14   A   I tried to reconstruct them, but             12:04:02
15 Chase told me they don't go back more than         12:04:06
16 five years and they have no record so far          12:04:08
17 back, so they have no record they can              12:04:11
18 accommodate me.                                    12:04:13
19   Q   So you went ahead and asked them             12:04:14
20 you wanted to try to get the records?              12:04:16
21   A   The records to show that I never             12:04:17
22 received any Madoff -- any funds from              12:04:23
23 Madoff, no check, that the only checks             12:04:27
24 made out -- and that was Madoff's bank             12:04:28
25 account and I never saw it. They made out          12:04:32

Page 11

1       A. Blecker
2  the checks for the stocks they bought on           12:04:34
3  the account. I never saw any checks, any           12:04:36
4  deposits.                                          12:04:39
5       All they did on my statement I                12:04:40
6  received a list of the stocks they bought          12:04:42
7  that month, what was sold and the money            12:04:43
8  was automatically deposited in the                 12:04:46
9  account. I received no money. If I                 12:04:49
10 received any money, there wouldn't have            12:04:52
11 been any money for deposits. All the               12:04:54
12 money was in securities sold and remained          12:04:56
13 in the bank account and Madoff handled it          12:04:58
14 all. I never saw any of the funds. I               12:05:00
15 just got a statement showing what                  12:05:02
16 transactions had occurred.                         12:05:05
17   Q   Now, Mr. Picard claims that                  12:05:06
18 checks were made out to you in uneven              12:05:10
19 amounts like $3,230.02.                            12:05:15
20   A   Madoff would never have done my              12:05:22
21 bookkeeping. If I wanted to get money              12:05:24
22 from Madoff, if I needed money to pay              12:05:26
23 bills, I wouldn't have asked Madoff to do          12:05:29
24 it. If I wanted money, I would withdraw a          12:05:31
25 couple of hundred thousand dollars since I         12:05:34

Page 12

1       A. Blecker
2  had a substantial amount. I wouldn't have          12:05:37
3  withdrawn a few dollars. I would have              12:05:38
4  withdrawn substantial. All of those                12:05:41
5  checks were not to me. They were for               12:05:42
6  payments of securities that they purchased         12:05:45
7  for my account.                                    12:05:47
8    Q   Okay.                                        12:05:48
9       Now, based on your experience if              12:05:48
10 a check had been made out to you and sent          12:05:51
11 to you from Madoff and it was for                  12:05:53
12 $2,330.04 and it was made out to Health            12:06:03
13 South or General Motors or AT&T, what              12:06:06
14 could you have done with that check?               12:06:09
15      MS. VANDERWAL: Objection.                     12:06:11
16   A   I couldn't have done anything.               12:06:11
17 Bank would never have accepted an                  12:06:13
18 endorsement of mine when it's made out to          12:06:14
19 another payee, so I never would have               12:06:17
20 received any checks and I would never              12:06:19
21 deposit such a check. I never got. I               12:06:21
22 never saw such a check. Those were all             12:06:23
23 Madoff's records. All I got was a                  12:06:27
24 statement from him. No financial                   12:06:29
25 instruments.                                       12:06:30

Page 13

1       A. Blecker
2    Q   Okay. I have no further                      12:06:36
3  questions.                                         12:06:39
4       MS. CHAITMAN: Do you have any                 12:06:39
5    questions?                                       12:06:39
6       MS. VANDERWAL: I do.                          12:06:39
7  EXAMINATION BY                                     12:06:39
8  MS. VANDERWAL:                                     12:06:40
9    Q   As you know, we are reserving                12:06:40
10 our right to ask additional questions once         12:06:41
11 we had a time to complete our review and           12:06:44
12 look over documents. Today I really just           12:06:46
13 want to clarify something I believe you            12:06:49
14 already stated.                                    12:06:51
15      You received statements from                  12:06:51
16 BLMIS?                                             12:06:55
17   A   Yes.                                         12:06:56
18      MS. CHAITMAN: Just spell it                   12:06:58
19   out.                                             12:06:59
20   A   Well, I received statements from             12:07:00
21 Bernard Madoff at the time. I didn't hear          12:07:02
22 BLMIS. I don't remember receiving it. It           12:07:06
23 was all Bernard Madoff and they were               12:07:08
24 verified by their accountants, confirmed           12:07:10
25 by Avellino & Bienes and that was it and           12:07:12

4 (Pages 10 - 13)

Page 14

1      A. Blecker
2  that's the only correspondence I received        12:07:18
3  from Madoff.                                     12:07:19
4      Q   And you reviewed those                   12:07:20
5  statements?                                      12:07:21
6      A   What's that?                             12:07:21
7      Q   Did you review those statements?         12:07:22
8      A   I checked the statements to make         12:07:24
9  sure that whatever securities they charged       12:07:25
10 with, that was on their statement and the        12:07:29
11 profits I couldn't correct. They gave me         12:07:31
12 the prices and then that was it.                 12:07:33
13     Q   That's all I have.                       12:07:37
14     A   That's why as far as I could             12:07:38
15 check whatever they -- I could only check        12:07:40
16 from their statements, so I was really           12:07:42
17 going over their work, which I had no way        12:07:44
18 to prove whether it was correct or not,          12:07:45
19 but I assumed what they put on my                12:07:48
20 statement must have been in my account.          12:07:51
21 And that's how I confirmed it.                   12:07:52
22         And Avellino & Bienes confirmed          12:07:55
23 it, so I felt that it was probably taken         12:07:57
24 care of and there wouldn't be any worry          12:08:01
25 about it and at that time there was no           12:08:03

Page 15

1      A. Blecker
2  concern about Madoff, so you didn't have         12:08:05
3  to worry about checking the statement            12:08:08
4  carefully. It was a definite thing we all        12:08:11
5  thought.                                         12:08:17
6          MS. CHAITMAN: Do you have                12:08:20
7      anything else?                               12:08:21
8          MS. VANDERWAL: Thank you.                12:08:22
9      That's all I have.                           12:08:23
10 EXAMINATION BY                                   12:08:24
11 MS. CHAITMAN:                                    12:08:24
12     Q   Mr. Blecker, were you introduced         12:08:24
13 to Madoff through Avellino & Bienes?             12:08:27
14     A   No. I was introduced to Madoff           12:08:30
15 through his father-in-law Sol Levine and         12:08:32
16 his mother-in-law Pia (phonetic) Levine.         12:08:37
17         MR. R. BLECKER: No. Alpern,              12:08:41
18     dad.                                         12:08:43
19     Q   Alpern --                                12:08:43
20     A   Now I knew -- Alpern was the             12:08:43
21 brother-in-law of Sol Levine. All very           12:08:46
22 good things. We all played golf together.        12:08:49
23 And that's what my wife said, as long as         12:08:51
24 we're with Madoff and we're with the             12:08:53
25 family, he's not gonna defraud the family.       12:08:56

Page 16

1      A. Blecker
2  Why don't we go in too? So we went in.           12:08:59
3          And there was all good                   12:09:01
4  intentions on everybody's part. We               12:09:02
5  thought it was a wonderful thing. We had         12:09:04
6  wonderful times together socialing with          12:09:06
7  each other. Even Madoff had a party at           12:09:08
8  Rockefeller Center and invited the family,      12:09:11
9  invited us. We were friends.                     12:09:15
10         So we knew the young Madoff sons         12:09:17
11 when they went to visit them. We saw them        12:09:23
12 when they were youngsters. Not that they         12:09:26
13 remembered me later, but that was it.            12:09:29
14     Q   Wasn't the man's name Sol                12:09:33
15 Alpern?                                          12:09:39
16     A   Sol Alpern?                              12:09:39
17     Q   Yes.                                     12:09:41
18     A   No, it was not Sol Alpern. Sol           12:09:43
19 Alpern. Sol Levine. Sol Levine was the           12:09:47
20 father-in-law. Sol Alpern was his                12:09:51
21 brother-in-law.                                  12:09:53
22         We were friends with all of              12:09:54
23 them, both of them. We played golf               12:09:58
24 together. Families knew each other. The          12:09:59
25 children knew each other. We socialized,         12:10:02

Page 17

1      A. Blecker
2  went to hotels together and very close.          12:10:05
3      Q   Okay.                                    12:10:10
4          MS. CHAITMAN: I have no further          12:10:11
5      questions.                                   12:10:12
6          Do you have anything else.               12:10:13
7          MS. VANDERWAL: No. Thank you.            12:10:14
8          THE VIDEOGRAPHER: Okay. The              12:10:16
9      time is 12:10 p.m., July 1, 2014.            12:10:17
10     This is the end of tape one.                 12:10:20
11         We're off the record.                    12:10:21
12         (TIME NOTED: 12:10 p.m.)
13 _____
14 (Signature of witness)
15 Subscribed and sworn to
16 before me this_____
17 day of_____,
18 20   .
19 _____
20
21      *   *   *
22
23
24
25

5 (Pages 14 - 17)

Page 18

```
 1
 2
 3        I N D E X
 4
       WITNESS       EXAMINED BY      PAGE
 5  A. Blecker    H.D. Chaitman    4, 15
              A.E. Vanderwal    13
 6
 7        *   *   *
 8
          E X H I B I T
 9        (retained by counsel)
10  EXHIBIT FOR
    IDENTIFICATION              PAGE
11  Exhibit 1  Blecker Declaration    5
12
          *   *   *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 19

```
 1
 2        CERTIFICATION BY REPORTER
 3
 4     I, Josephine Winter, a Notary Public
 5  of the State of New York, do hereby
 6  certify:
 7     That the testimony in the within
 8  proceeding was held before me at the
 9  aforesaid time and place;
10     That said witness was duly sworn
11  before the commencement of the testimony,
12  and that the testimony was taken
13  stenographically by me, then transcribed
14  under my supervision, and that the within
15  transcript is a true record of the
16  testimony of said witness.
17     I further certify that I am not
18  related to any of the parties to this
19  action by blood or marriage, that I am not
20  interested directly or indirectly in the
21  matter in controversy, nor am I in the
22  employ of any of the counsel.
23     IN WITNESS WHEREOF, I have hereunto
24  set my hand this  day of      , 20  .
25      _____
```

Page 20

```
 1
 2        ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS
 3
       330 Old Country Road   1250 Broadway
 4  Mineola, NY  11501    New York, New York
                             10001
 5
    NAME OF CASE:  SIPC vs Madoff
 6  DATE OF DEPOSITION:  July 1, 2014
    NAME OF DEPONENT:  Aaron Blecker
 7
    PAGE  LINE    CHANGE        REASON
 8  ____/____/_____/_____
 9  ____/____/_____/_____
10  ____/____/_____/_____
11  ____/____/_____/_____
12  ____/____/_____/_____
13  ____/____/_____/_____
14  ____/____/_____/_____
15  ____/____/_____/_____
16  ____/____/_____/_____
17  ____/____/_____/_____
18  ____/____/_____/_____
19
20  _____
21  AARON BLECKER
22  SUBSCRIBED AND SWORN TO BEFORE ME
     THIS____DAY OF_____, 20  .
23
    _____    _____
24  NOTARY PUBLIC    MY COMMISSION EXPIRES
25
```

[& - correspondence]                                                                                    Page 1

| & | a.m. 1:12 3:22 | b | carefully 15:4 |
|---|---|---|---|
| **&** 2:5,9 4:7 13:25 14:22 15:13 | **aaron** 1:17 2:5 3:9 3:19 20:6,21 | **b** 4:15 18:8 | **case** 3:16 20:5 |
| **0** | **absolutely** 5:20,24 6:4 7:24 8:25 10:8 | **back** 10:15,17 | **cell** 3:5 |
| **08-01789** 1:10 3:17 | **accepted** 12:17 | **baker** 2:9 | **center** 16:8 |
|  | **accommodate** 10:18 | **bakerlaw.com** 2:11 2:13 | **certain** 8:25 10:5 |
| **1** | **account** 6:11,22 7:14,23 8:12,17 9:3 9:10,14,15,16 10:7 10:25 11:3,9,13 12:7 14:20 | **bank** 10:12,24 11:13 12:17 | **certification** 19:2 |
| **1** 1:12 3:21 5:12 17:9 18:11 20:6 |  | **bankruptcy** 1:2 3:15 5:7 | **certified** 1:19 |
| **10001** 20:4 |  | **based** 12:9 | **certify** 19:6,17 |
| **10006** 2:6 |  | **bcheema** 2:13 | **chaitman** 2:7 4:5,6 4:20 13:4,18 15:6 15:11 17:4 18:5 |
| **10111** 2:10 | **accountants** 13:24 | **becker** 2:5 4:7 |  |
| **103** 5:3 | **accumulated** 8:14 8:15 | **beckerny.com** 2:7 | **change** 20:7 |
| **11501** 20:4 |  | **behalf** 4:6,9 | **charged** 14:9 |
| **11:57** 1:12 | **accumulating** 7:21 | **believe** 13:13 | **chase** 10:15 |
| **11:58** 3:21 | **accurate** 5:23 6:3 | **bernard** 1:8 3:13 13:21,23 | **check** 7:5,6 8:18 10:23 12:10,14,21 12:22 14:15,15 |
| **1250** 20:3 | **action** 19:19 |  |  |
| **12:10** 17:9,12 | **adding** 7:14 | **bienes** 13:25 14:22 15:13 | **checked** 14:8 |
| **13** 18:5 | **additional** 13:10 |  | **checking** 8:16 15:3 |
| **15** 18:5 | **adv** 1:10 | **bik** 2:12 | **checks** 7:2 10:23 11:2,3,18 12:5,20 |
| **1911** 5:4 | **aforesaid** 19:9 | **bills** 11:23 |  |
| **1980's** 6:22 10:13 | **ahead** 10:19 | **blecker** 1:17 2:5,15 3:9,19 4:1,6,21,24 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1,12,17 16:1 17:1 18:5,11 20:6,21 | **cheema** 2:12 |
| **1990's** 6:22 | **alpern** 15:17,19,20 16:15,16,18,19,20 |  | **children** 10:2 16:25 |
| **2** |  |  | **claim** 6:6 |
| **2,330.04** 12:12 | **amount** 12:2 |  | **claimed** 6:21,23,24 |
| **20** 17:18 19:24 20:22 | **amounts** 11:19 |  | **claims** 11:17 |
|  | **amy** 2:11 4:8 |  | **clarify** 13:13 |
| **2014** 1:12 3:21 17:9 20:6 | **applicant** 1:6 3:12 |  | **close** 17:2 |
|  | **appreciation** 7:23 | **blmis** 13:16,22 | **college** 6:18 |
| **27** 5:4 | **arrangements** 9:23 | **blood** 19:19 | **commencement** 19:11 |
| **3** | **asked** 6:25 7:5 10:19 11:23 | **bookkeeping** 11:21 |  |
| **3,230.02.** 11:19 |  | **born** 5:3 | **commission** 20:24 |
| **330** 20:3 | **association** 4:2 | **bothered** 7:16 | **complete** 13:11 |
| **4** | **assumed** 14:19 | **bought** 8:5 11:2,6 | **concern** 15:2 |
| **4** 18:5 | **at&t** 12:13 | **brief** 5:8 | **confessed** 6:6 |
| **45** 2:6,10 | **attest** 9:25 | **broadway** 2:6 20:3 | **confirmed** 13:24 14:21,22 |
|  | **attorneys** 2:5,9 | **brother** 15:21 16:21 |  |
| **5** | **automatically** 11:8 | **burden** 7:4 | **consider** 5:23 |
| **5** 18:11 | **available** 6:18 | **c** | **consolidate** 9:16 |
| **50** 1:13 3:19 | **avanderwal** 2:11 |  | **controversy** 19:21 |
| **a** | **avellino** 13:25 14:22 15:13 | **c** 2:3 4:15 | **corporation** 1:4 3:12 |
| **a.e.** 18:5 |  | **call** 10:10 | **correct** 6:8 14:11,18 |
|  |  | **care** 14:24 | **correspondence** 8:21 14:2 |

**counsel**  4:3 18:9
  19:22
**country**  20:3
**couple**  11:25
**course**  9:20
**court**  1:2 3:15,24
  4:12 5:7
**crediting**  7:14

**d**

**d**  18:3
**dad**  15:18
**date**  20:6
**davis**  2:7 4:5
**day**  17:17 19:24
  20:22
**declaration**  5:6,13
  5:15 18:11
**defendant**  1:9 3:10
  3:14
**definite**  15:4
**defraud**  15:25
**deponent**  20:6
**deposit**  12:21
**deposited**  11:8
**deposition**  1:16 3:9
  3:18 5:12 20:6
**deposits**  11:4,11
**dime**  9:5
**directly**  19:20
**discarded**  7:17
**district**  1:2 3:16
**dividend**  8:7
**documents**  13:12
**dollars**  11:25 12:3
**drew**  7:11
**due**  8:17
**duly**  4:16 19:10

**e**

**e**  2:3,3,11 4:15,15
  18:3,8
**earned**  8:3
**ed**  3:23
**edward**  2:15

**employ**  19:22
**endorsement**  12:18
**errata**  20:2
**esq**  2:7,11,12
**esqs**  2:5
**estimated**  8:18
**everybody's**  16:4
**examination**  4:19
  13:7 15:10
**examined**  4:17 18:4
**exhibit**  5:12 18:10
  18:11
**experience**  12:9
**expires**  20:24

**f**

**fact**  7:12
**families**  16:24
**family**  9:24 10:4
  15:25,25 16:8
**far**  10:16 14:14
**father**  15:15 16:20
**felt**  6:15,16 7:6 9:6
  14:23
**financial**  9:22 10:3
  12:24
**financials**  9:21,23
**first**  4:16
**five**  10:16
**follows**  4:18
**ford**  2:15 3:23
**forever**  9:7
**fortunately**  8:14
**four**  8:19
**friends**  16:9,22
**funds**  6:11,17 8:13
  10:6,22 11:14
**further**  13:2 17:4
  19:17
**future**  6:19 9:6

**g**

**general**  12:13
**go**  10:15 16:2
**going**  4:21 5:10,11
  9:6 14:17

**golf**  15:22 16:23
**gonna**  15:25
**good**  3:2 6:15 7:6
  9:24 15:22 16:3
**government**  8:18
**grandchildren's**
  6:18
**great**  1:14 3:20
**gristmill**  1:13 3:20

**h**

**h**  18:8
**h.d.**  18:5
**hand**  5:11 19:24
**handled**  9:20,22
  11:13
**hard**  9:25
**hchaitman**  2:7
**health**  12:12
**hear**  13:21
**held**  1:17 3:18 19:8
**helen**  2:7 4:5
**hereunto**  19:23
**home**  3:19
**hostetler**  2:9
**hotels**  17:2
**hundred**  11:25

**i**

**identification**  18:10
**income**  8:7
**increasing**  7:18
**indirectly**  19:20
**instruments**  12:25
**intended**  9:5
**intentions**  16:4
**interested**  19:20
**introduce**  4:4
**introduced**  15:12,14
**investment**  1:8 3:13
  6:16 7:7,15,19,20
  9:7
**investor**  1:4 3:11
**invited**  16:8,9
**irving**  2:9 4:9

**j**

**job**  10:2
**josephine**  1:19 3:25
  19:4
**july**  1:12 3:21 5:4
  17:9 20:6

**k**

**k**  4:15
**keep**  7:13 10:12
**kept**  7:18,20
**knew**  15:20 16:10
  16:24,25
**know**  10:9 13:9

**l**

**l**  1:8 3:13 4:15
**lane**  1:13 3:20
**law**  15:15,16,21
  16:20,21
**legal**  20:2
**levine**  15:15,16,21
  16:19,19
**line**  20:7
**list**  11:6
**llc**  1:8 3:14
**llp**  2:9
**long**  15:23
**look**  13:12

**m**

**madoff**  1:8 3:13 6:6
  7:13 8:2,12,16,21
  9:3,10,15,19 10:6
  10:22,23 11:13,20
  11:22,23 12:11
  13:21,23 14:3 15:2
  15:13,14,24 16:7,10
  20:5
**madoff's**  10:24
  12:23
**man's**  16:14
**mark**  5:11
**marriage**  19:19
**matter**  3:10 7:12
  19:21

[microphones - statement]                                                                   Page 3

| | | | |
|---|---|---|---|
| **microphones** 3:3,7 | **once** 13:10 | **q** | **robert** 2:15 |
| **mine** 12:18 | **p** | **questions** 13:3,5,10 17:5 | **rockefeller** 2:10 16:8 |
| **mineola** 20:4 | **p** 2:3,3 | | **rude** 4:22 |
| **money** 6:15,21 7:10 7:13,15 8:10,12,15 8:16 9:2,19 11:7,9 11:10,11,12,21,22 11:24 | **p.m.** 17:9,12 | **r** | **s** |
| | **page** 18:4,10 20:7 | **r** 2:3 4:15,15,24 15:17 | **s** 2:3 |
| | **paid** 8:20 | **really** 13:12 14:16 | **saw** 10:25 11:3,14 12:22 16:11 |
| | **part** 16:4 | **reason** 20:7 | **schedule** 8:4 |
| **month** 11:7 | **parties** 19:18 | **recall** 5:5,14,18 6:5 6:9,20 | **securities** 1:4,8 3:11 3:14 8:8 11:12 12:6 14:9 |
| **morning** 3:2 | **party** 16:7 | **received** 7:5 8:8 9:4 10:22 11:6,9,10 12:20 13:15,20 14:2 | |
| **mother** 9:24,25 15:16 | **pay** 7:22 8:11 11:22 | | **security** 10:3 |
| **motors** 12:13 | **payee** 12:19 | | **see** 7:2 |
| **n** | **payments** 8:19 12:6 | **receiving** 13:22 | **sensitive** 3:4 |
| **n** 2:3 4:15 18:3 | **penny** 7:11 | **reconstruct** 10:14 | **sent** 8:17 12:10 |
| **name** 3:23 16:14 20:5,6 | **phones** 3:5 | **record** 4:3 10:16,17 17:11 19:15 | **set** 19:24 |
| | **phonetic** 15:16 | | **sheet** 20:2 |
| **neck** 1:14 3:20 | **pia** 15:16 | **records** 10:13,20,21 12:23 | **shorthand** 1:19 |
| **needed** 11:22 | **picard** 2:9 4:10 6:7 11:17 | | **show** 10:21 |
| **never** 6:10,13 7:4,5 7:9,9,10 9:2,4,5,20 10:5,21,25 11:3,14 11:20 12:17,19,20 12:21,22 | **pick** 3:4 | **related** 19:18 | **showed** 7:19 |
| | **place** 1:18 3:6 19:9 | **remained** 11:12 | **showing** 8:4,6 11:15 |
| | **plaintiff** 1:5 3:12 | **remember** 5:16 13:22 | **shy** 9:22 |
| | **played** 15:22 16:23 | | **sign** 5:6 |
| | **plaza** 2:10 | **remembered** 16:13 | **signature** 7:2 17:14 |
| **new** 1:2,14,21 2:6,6 2:10,10 3:16,20 4:17 19:5 20:4,4 | **please** 3:3,5 4:4,12 | **reported** 8:3,9 | **signed** 5:9,18 |
| | **plus** 8:6 | **reporter** 1:20 3:24 4:12 19:2 | **sipc** 20:5 |
| | **point** 9:9 | | **smb** 1:10 3:17 |
| **notary** 1:20 4:16 19:4 20:24 | **poliakoff** 2:5 4:7 | **reporting** 8:7 | **socialing** 16:6 |
| | **prepared** 5:5,8,13 | **requested** 7:10 | **socialized** 16:25 |
| **note** 3:3 | **present** 2:14 | **requests** 8:22,22 | **sol** 15:15,21 16:14 16:16,18,18,19,19 16:20 |
| **noted** 1:18 17:12 | **prices** 14:12 | **reserving** 13:9 | |
| **number** 3:17 | **pro** 1:10 | **respect** 6:2 | |
| **ny** 20:4 | **probably** 14:23 | **rest** 7:8 | **sold** 8:5 11:7,12 |
| **o** | **proceeding** 19:8 | **retained** 18:9 | **solutions** 20:2 |
| **o** 4:15 | **profit** 7:19 8:6 | **retirement** 6:17 7:9 7:10 | **sons** 16:10 |
| **objection** 6:12 7:25 12:15 | **profits** 8:2 14:11 | | **south** 12:13 |
| | **proof** 7:4 | **return** 7:19 8:4 | **southern** 1:2 3:16 |
| **occurred** 11:16 | **protection** 1:4 3:11 | **review** 5:6,10 13:11 14:7 | **spell** 13:18 |
| **oh** 7:24 | **prove** 6:25 7:3 14:18 | | **state** 1:20 4:17 19:5 |
| **okay** 5:17,21 8:24 10:11 12:8 13:2 17:3,8 | **provide** 10:3 | **reviewed** 5:22 14:4 | **stated** 13:14 |
| | **public** 1:20 4:16 19:4 20:24 | **reviewing** 5:14 | **statement** 11:5,15 12:24 14:10,20 15:3 |
| | | **right** 9:11,12 13:10 | |
| **old** 4:22,23,24 5:2,3 20:3 | **purchased** 12:6 | **road** 20:3 | |
| | **put** 8:15 14:19 | | |

**[statements - youngsters]**  Page 4

| | | |
|---|---|---|
| **statements** 13:15,20 14:5,7,8,16<br>**states** 1:2 3:15<br>**stenographically** 19:13<br>**stocks** 8:5,6 11:2,6<br>**submitted** 5:7 6:6<br>**subscribed** 17:15 20:22<br>**substantial** 12:2,4<br>**suggested** 9:15<br>**supervision** 19:14<br>**sure** 14:9<br>**swear** 4:12<br>**sworn** 4:16 17:15 19:10 20:22 | **transcribed** 19:13<br>**transcript** 19:15<br>**tried** 10:14<br>**true** 19:15<br>**trustee** 2:9 4:9 6:7 6:10,20<br>**try** 10:20<br>**tuition** 6:19<br>**turn** 3:5 9:7 | **withdrawn** 6:10 7:13 12:3,4<br>**withdrew** 6:14,21 7:9 9:2 10:6<br>**witness** 1:17 2:5 4:13 17:14 18:4 19:10,16,23<br>**wonderful** 16:5,6<br>**work** 14:17<br>**working** 9:25<br>**worry** 14:24 15:3 |
| | **u** | |
| | **unequivocally** 9:4<br>**uneven** 11:18<br>**unfortunately** 9:8<br>**united** 1:2 3:15 | **x** |
| | | **x** 18:3,8 |
| | **v** | **y** |
| **t** | **vanderwal** 2:11 4:8 4:8 6:12 7:25 12:15 13:6,8 15:8 17:7 18:5<br>**verified** 13:24<br>**veritext** 4:2 20:2<br>**versus** 3:13<br>**videographer** 2:15 3:2,24 4:11 17:8<br>**videotaped** 3:9<br>**visit** 16:11<br>**vs** 20:5 | **year** 7:23 8:9,19<br>**years** 5:3 7:18 10:16<br>**york** 1:2,14,21 2:6,6 2:10,10 3:16,20 4:17 19:5 20:4,4<br>**young** 16:10<br>**youngsters** 16:12 |
| **t** 18:8<br>**take** 8:11<br>**taken** 3:10 14:23 19:12<br>**tape** 3:8 17:10<br>**tax** 8:3<br>**taxes** 7:22 8:11,17 8:20<br>**tell** 4:23 5:2<br>**testified** 4:18<br>**testimony** 19:7,11 19:12,16<br>**thank** 15:8 17:7<br>**thing** 15:4 16:5<br>**things** 15:22<br>**thought** 7:7 15:5 16:5<br>**thousand** 11:25<br>**time** 1:18 3:21 7:8 9:9 13:11,21 14:25 17:9,12 19:9<br>**times** 8:19 16:6<br>**today** 13:12<br>**told** 6:9 10:15<br>**transactions** 8:5 11:16 | | |
| | **w** | |
| | **want** 6:14 13:13<br>**wanted** 6:25 10:20 11:21,24<br>**watched** 10:2<br>**way** 9:8 14:17<br>**went** 10:19 16:2,11 17:2<br>**whereof** 19:23<br>**whispering** 3:4<br>**wife** 9:10,18,21 15:23<br>**winter** 1:19 3:25 19:4<br>**withdraw** 6:14 9:5 9:18 11:24 | |