**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                               Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                               Plaintiff,<br><br>      v.<br><br>KASE-GLASS FUND, NATHAN KASE, individually, in his capacity as joint tenant and in his capacity as general partner of the Kase-Glass Fund, and, JUDITH KASE, individually and in her capacity as joint tenant,<br><br>                               Defendants. | Adv. Pro. No. 10-04657 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Disclosure of Case-in-Chief Experts shall be due: August 19, 2016.

2. The Disclosure of Rebuttal Experts shall be due: September 19, 2016.

3. The Deadline for Completion of Expert Discovery shall be: October 19, 2016.

4. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before October 26, 2016.

5. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before November 9, 2016.

6. The Deadline for Conclusion of Mediation shall be:  On or before March 9, 2017.

Dated: New York, New York  
June 3, 2016

**BAKER & HOSTETLER LLP**

By: /s/ *Keith R. Murphy*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Keith R. Murphy  
Email: kmurphy@bakerlaw.com  
Elyssa S. Kates  
Email: ekates@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*