UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW H. COHEN,<br><br>　　　　　　Defendant. | Adv. Pro. No. 10-04311 (SMB) |

**ORDER EXTENDING TIME FOR PLAINTIFF IRVING H. PICARD TO RESPOND TO DEFENDANT ANDREW H. COHEN'S AMENDED POST-TRIAL OBJECTIONS TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On April 26, 2016, the Court served its Proposed Findings of Fact and Conclusions of Law on all parties (ECF Nos. 90, 92). On May 2, 2016, the Court granted, at the request of Defendant Andrew H. Cohen and pursuant to Bankruptcy Rule 9033(c), an extension of twenty-one (21) days in which to file his objections to the Proposed Findings of Fact and Conclusions of Law (ECF No. 97). On May 30, 2016, Mr. Cohen filed his objections to the Proposed Findings

of Facts and Conclusions of Law (ECF No. 117) and, on the following day, filed amended objections to the Proposed Findings of Facts and Conclusions of Law (ECF No. 120). On June 3, 2016, Plaintiff Irving H. Picard requested, pursuant to Bankruptcy Rule 9033(c), an additional two weeks in which to respond to Mr. Cohen's revised objections (ECF No. __).

The Court, having reviewed Plaintiff Irving H. Picard's request, together with any and all supplemental authorities and other submissions, has determined that cause exists to grant the requested extension.

Accordingly, it is hereby **ORDERED** that:

1. The time in which Plaintiff Irving H. Picard shall file his response to Defendant Andrew H. Cohen's Amended Post-Trial Objections to the Proposed Findings of Fact and Conclusions of Law is extended, pursuant to Rule 9033(c), for a period of fourteen (14) days from June 16, 2016 to June 30, 2016.

2. This Court shall retain jurisdiction over all matters relating to the enforcement, implementation, and interpretation of this Order.

Dated: New York, New York         **/s/ STUART M. BERNSTEIN**

June 6th , 2016                   HONORABLE STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE