Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T  212.589.4200
F  212.589.4201
www.bakerlaw.com

June 6, 2016

Nicholas  J. Cremona
Direct dial: 212.589.4682
ncremona@bakerlaw.com

**<u>VIA ECF AND ELECTRONIC MAIL</u>**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:     Adv. Pro. No. 10-04538 (SMB); *Irving H. Picard v. James B. Pinto Revocable
        Trust U/A dtd 12/1/03, et al.*

        Adv. Pro. No. 10-04588 (SMB); *Irving H. Picard v. Amy Pinto Lome Revocable
        Trust U/A/D 5/22/03, et al.*

Dear Judge Bernstein:

        We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively
consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC
("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and
the estate of Bernard L. Madoff. We write to request a conference with the Court, under
Local Bankruptcy Rule 7007-1(b) and your Honor's Chambers Rules, concerning a
discovery dispute in the above adversary proceedings.

        The Trustee intends to move for an order (1) compelling Defendants to fully
respond to discovery and produce documents responsive to the Trustee's discovery
requests, and (2) ruling that any objections to the Trustee's Interrogatories and Requests
for Production are waived, under Federal Rules of Civil Procedure 33(b)(4) and 34.

        On February 15, 2016, the Trustee served Requests for Admission on
Defendants in both proceedings. On March 14, Defendants served responses (copies
attached as Exhibit A (Adv. Pro. No. 10-04588) and Exhibit B (Adv. Pro. No. 10-
04538)). On March 15 and March 22, we sent letters to defense counsel regarding
deficiencies in the responses in Adv. Pro. Nos. 10-04588 and 10-04588, respectively

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

Honorable Stuart M. Bernstein
June 6, 2016
Page 2

(copies attached as Exhibits C and D). Defendants limited their responses "only to transactions within the 2-year look-back of December 11, 2006 through December 11, 2008," making a number of their responses either improperly qualified or completely nonresponsive. Additionally, in Adv. Pro. No. 10-04538, Defendants improperly carved out a check they assert "may be outside the 2-year look-back" period. The Trustee is entitled to discover information relating to deposits into and withdrawals from each account at issue, over the life of the account. Our March 15 and March 22 letters asked Defendants to amend their responses by March 21 and March 29, in Adv. Pro. Nos. 10-04588 and 10-04538 respectively. Defendants have yet to do so.

On February 24, the Trustee served Interrogatories in both proceedings. Responses were due on March 28. On March 3, the Trustee served Requests for Production in both proceedings. Responses were due on April 7. Defendants did not respond to any of these requests. We sent letters to defense counsel on April 29 and May 25 (copies attached as Exhibit E), regarding Defendants' overdue discovery responses and failure to amend responses to the Trustee's Requests for Admission. We also spoke with defense counsel on May 19 and May 24 to attempt to resolve these deficiencies. Despite these numerous written and telephone conferrals, Defendants have not complied with their discovery obligations.

The Trustee respectfully requests a conference with the Court to resolve this discovery dispute. Such a conference will assist the Trustee in completing the discovery to which he is entitled, and will hopefully obviate the need for discovery-related motion practice.

Respectfully submitted,

*/s/ Nicholas J. Cremona*
Nicholas J. Cremona


Enclosures

cc:  Robert M. McClay
     McClay Alton, P.L.L.P.
     951 Grand Avenue
     St. Paul, Minnesota 55105
     bob@mcclay-alton.com

     Marvin C. Ingber
     6705 Apache Road
     Edina, Minnesota 55439-1001
     mcingber@comcast.net