**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>AGAS COMPANY L.P.,<br><br>FRED SCHWARTZ, individually, as a joint tenant, | Adv. Pro. No. 10-04431 (SMB) |

and as general partner of Agas Company L.P.,

ALLYNE SCHWARTZ, individually and as a joint tenant,

ANN J. SCHWARTZ KLUGER, as general partner of Agas Company L.P.,

STEVEN SCHWARTZ, as limited partner of Agas Company L.P.,

AMY MADLYN SCHWARTZ, as limited partner of Agas Company L.P., and

GARY PAUL SCHWARTZ, as limited partner of Agas Company L.P.,

                                         Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and all of the above-captioned Defendants, by and through their counsel, Frejka PLLC, respectively (together with the Trustee, the "Parties"), hereby stipulate and agree to the following:

1.      On November 30, 2010, the Trustee filed and served the Complaint against Defendants.

2.      On January 17, 2014, Defendants served an answer on the Trustee.

3.      On April 22, 2016, the Trustee entered into a settlement agreement with Defendants pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

2

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 1, 2016

| **BAKER & HOSTETLER LLP** | **FREJKA PLLC** |
|---|---|
| By: */s/ Keith R. Murphy* | By: */s/ Elisa S. Frejka* |
| 45 Rockefeller Plaza | Elise S. Frejka |
| New York, New York 10111 | 205 East 42nd Street – 20th Floor |
| Telephone: (212) 589-4200 | New York, NY 10017 |
| Facsimile: (212) 589-4201 | Tel. (212) 641-0800 |
| David J. Sheehan | Elise S. Frejka |
| Email: dsheehan@bakerlaw.com | Email: efrejka@frejka.com |
| Keith R. Murphy | |
| Email: kmurphy@bakerlaw.com | *Attorneys for Defendants* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: June 7th, 2016           HON. STUART M. BERNSTEIN
New York, New York              UNITED STATES BANKRUPTCY JUDGE

3