## EXHIBIT A

08-01789-smb    Doc 13239-2    Filed 05/05/16    Entered 05/05/16 18:35:55    Amended
Exhibit 2    Pg 1 of 1

## EXHIBIT 2 – OBJECTING CLAIMANTS

List Of Claimants Invested In The Corporations Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Corporation Invested In | Corporation BLMIS Account Number |
|---|---|---|---|---|---|
| AGL Life Assurance Company Separate Account VL84 FBO VL300723 | 012419 | 3191 | Pro Se Filing | AGL Life Assurance Company Separate Account VL84 FBO VL300723 | 1A0160 |
| AGL Life Assurance Company Separate Account VL84 FBO VL300724 | 012420 | 3191 | Pro Se Filing | AGL Life Assurance Company Separate Account VL84 FBO VL300724 | 1A0160 |
| AGL Life Assurance Company Separate Account VL84 FBO VL300725 | 012421 | 3191 | Pro Se Filing | AGL Life Assurance Company Separate Account VL84 FBO VL300725 | 1A0160 |
| AGL Life Assurance Company Separate Account VL84 FBO VL300726 | 012422 | 3191 | Pro Se Filing | AGL Life Assurance Company Separate Account VL84 FBO VL300726 | 1A0160 |
| AGL Life Assurance Company Separate Account VL84 FBO VL300727 | 012423 | 3191 | Pro Se Filing | AGL Life Assurance Company Separate Account VL84 FBO VL300727 | 1A0160 |
| AGL Life Assurance Company Separate Account VL84 FBO VL300728 | 012424 | 3191 | Pro Se Filing | AGL Life Assurance Company Separate Account VL84 FBO VL300728 | 1A0160 |
| Harriet Barbuto | 003840 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| Shirley Blank | 003843 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| Alice Jacobs | 003845 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| Evy Rosenfield | 003839 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| Sherman Rosenfield | 003838 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| William Pressman[1] | N/A | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| Alice Weiner | 003841 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| Joseph Amaturo | 015442 | 3535 | Becker & Poliakoff, LLP | William Pressman Inc Rollover | 1ZA734 |
| Winifred Amaturo | 015443 | 3535 | Becker & Poliakoff, LLP | William Pressman Inc Rollover | 1ZA734 |
| William Pressman | 015444 | 3534 | Becker & Poliakoff, LLP | William Pressman Inc Rollover | 1ZA734 |
| William Pressman | 015444 | 3535 | Becker & Poliakoff, LLP | William Pressman Inc Rollover | 1ZA734 |
| Debra Tamblyn | 015441 | 3535 | Becker & Poliakoff, LLP | William Pressman Inc Rollover | 1ZA734 |
| Allen Wilson | 008342 | 3535 | Becker & Poliakoff, LLP | William Pressman Inc Rollover | 1ZA734 |
| Allen Wilson | 015440 | 3535 | Becker & Poliakoff, LLP | William Pressman Inc Rollover | 1ZA734 |

[1] William Pressman filed one claim that was treated as a direct claim on behalf of the account holder, William Pressman Inc., and the objection at docket number 3535 was treated the same way, as an objection on behalf of William Pressman, Inc. To the extent, however, such objection was intended to assert an objection on behalf of William Pressman, individually, it should be overruled.

1