**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertston D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                  Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                  Plaintiff,<br><br>      v.<br><br>PERGAMENT EQUITIES, LLC,<br><br>                                  Defendant. | Adv. Pro. No. 10-04944 (SMB) |

## **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: July 8, 2016.

2. Fact Discovery shall be completed by: January 3, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: April 5, 2017.

4. The Disclosure of Rebuttal Experts shall be due: May 5, 2017.

5. The Deadline for Completion of Expert Discovery shall be: June 5, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 12, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 26, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before October 24, 2017.

|  |  |
|---|---|
| Dated: New York, New York<br>June 7, 2016 | BAKER & HOSTETLER LLP<br><br>By: /s/ Elyssa S. Kates<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Robertson D. Beckerlegge<br>Email: rbeckerlegge@bakerlaw.com<br>Elyssa S. Kates<br>Email: ekates@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

300390306.1