WEDEEN & KAVANAGH
Timothy Wedeen (timothy@nycmetrolaw.com)
19 Phelps Avenue, 3rd Floor
Tenafly, NJ  07670
Telephone (646) 963-6808
Facsimile (201-584-0319
*Attorneys for Defendants*
*Michael A. Bellini, Individually And As A Joint Tenant;*
*And Judith Bellini, Individually And As A Joint Tenant*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |

-------------------------------------------------x
In re:
BERNARD L. MADOFF,
Debtor.
-------------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>Plaintiff,<br>v.<br>MICHAEL A. BELLINI, individually and as a joint tenant; AND JUDITH BELLINI, individually and as a joint tenant,<br>Defendant. | Adv. Pro. No. 10-04841 |

-------------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>Plaintiff,<br>v.<br>ELLEN BERNFELD,<br>Defendant. | Adv. Pro. No. 10-04918 |

-------------------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC

Plaintiff,

v.

MARILYN BERNFELD TRUST; HERBERT BERNFELD RESIDUARY TRUST, in its own capacity and as a partner of H&E Company- A Partnership and Bernfeld Joint Venture – A Partnership; H&E COMPANY – A PARTNERSHIP; BERNFELD JOINT VENTURE – A PARTNERSHIP; MARILYN BERNFELD, in her capacity as a partner of H&E Company- A Partnership and Bernfeld Joint Venture – A Partnership, and as Trustee for the Marilyn Bernfeld Trust and the Herbert Bernfeld Residuary Trust; ELLEN BERNFELD, in her capacity as a partner of H&E Company- A Partnership and Bernfeld Joint Venture – A Partnership; and THOMAS BERNFELD, in his capacity as a partner of Bernfeld Joint Venture – A Partnership,

Defendants.

-------------------------------------------------x

Adv. Pro. No. 10-05143

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support of Defendants Bellini and the Bernfeld Defendants Motion for Reconsideration and/or Vacating of the May 19, 2016 Orders Entering Default Judgments, the Declaration of Timothy Wedeen and the exhibits attached thereto, and all other papers and proceedings in this matter, Defendants, by their undersigned attorneys Wedeen & Kavanagh, will move this Court, before the Hon. Stuart M. Bernstein, in the Bankruptcy Courthouse for the Southern District of New York, One Bowling Green, New York, New York on a date to be designated by the Court, for

reconsideration and/or vacatur of the Orders Entering Default Judgments in favor of plaintiff.

Dated: New York, New York
May 31, 2016

                                                    Respectfully submitted,
                                                          /s
                                                _____

                                                Wedeen & Kavanagh
                                                By:  Timothy Wedeen
                                                Attorneys Defendants
                                                41 Union Square West, Suite 325
                                                New York, NY   10010
                                                (646) 963-6808