WEDEEN & KAVANAGH
Timothy Wedeen (timothy@nycmetrolaw.com)
19 Phelps Avenue, 3rd Floor
Tenafly, NJ  07670
Telephone (646) 963-6808
Facsimile (201-584-0319
*Attorneys for Defendants*
*Michael A. Bellini, Individually And As A Joint Tenant;*
*And Judith Bellini, Individually And As A Joint Tenant*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| | SIPA LIQUIDATION |
| Plaintiff-Applicant, | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Adv. Pro. No. 10-04841 |
| Defendant. | |

-----------------------------------------------x
In re:
BERNARD L. MADOFF,
Debtor.
-----------------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC
Plaintiff,
v.
MICHAEL A. BELLINI, individually
and as a joint tenant; AND JUDITH
BELLINI, individually and as a joint tenant,
Defendant.
-----------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | |
| Plaintiff, | Adv. Pro. No. 10-04918 |
| v. | |
| ELLEN BERNFELD, | |
| Defendant. | |

-----------------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC

Plaintiff,

v.

MARILYN BERNFELD TRUST; HERBERT
BERNFELD RESIDUARY TRUST, in its own
capacity and as a partner of H&E Company- A
Partnership and Bernfeld Joint Venture – A
Partnership; H&E COMPANY – A
PARTNERSHIP; BERNFELD JOINT VENTURE        Adv. Pro. No. 10-05143
– A PARTNERSHIP; MARILYN BERNFELD, in
her capacity as a partner of H&E Company- A
Partnership and Bernfeld Joint Venture – A
Partnership, and as Trustee for the Marilyn
Bernfeld Trust and the Herbert Bernfeld Residuary
Trust; ELLEN BERNFELD, in her capacity as a
partner of H&E Company- A Partnership and
Bernfeld Joint Venture – A Partnership; and
THOMAS BERNFELD, in his capacity as a partner
of Bernfeld Joint Venture – A Partnership,
Defendants.
-----------------------------------------------x

## PROPOSED ORDER ON CONSOLIDATED MOTION TO

## VACATE DEFAULT JUDGMENTS

This case having come before the Court, on the motion of Ellen Bernfeld; The Marilyn Bernfeld

Trust; H&E Company – A Partnership; Bernfeld Joint Venture – A Partnership; the Herbert

Bernfeld Residuary Trust, in its own capacity and as a partner of H&E Company – A Partnership

and Bernfeld Joint Venture – A Partnership; Marilyn Bernfeld in her capacity as a partner of

H&E Company – A Partnership and Bernfeld Joint Venture – A Partnership, and as Trustee for

the Marilyn Bernfeld Trust and the Herbert Bernfeld Residuary Trust; Ellen Bernfeld,

individually and in her capacity as a partner of H&E Company individually and in her capacity

as a partner of H&E Company – A Partnership and Bernfeld Joint Venture – A Partnership; and

Thomas Bernfeld, in his capacity as a partner of Bernfeld Joint Venture – A Partnership ("the

Bernfeld Dendants"); and Michael A. Bellini and Judith Bellini, individually and as a joint

tenants ("the Bellini Defendants") to vacate the default judgments entered against the aforesaid

defendants.  Proper notice of the Motion having been given and the Court having determined that

the legal and factual bases set forth in the motion establish just cause for the relief granted

herein, and upon the proceedings before this Court and after due deliberation:

IT IS HEREBY FOUND AND DETERMINED THAT:

1.    The default judgments entered against Ellen Bernfeld, the Bernfeld Defendants and the

      Bellini Defendants are hereby vacated;

2.    This matter is set for a conference date on _____, 2016 to determine the

      terms and conditions upon which the answers of Ellen Bernfeld, the Bernfeld Defendants

      and the Bellini Defendants are reinstated and other additional and appropriate relief.

Dated: New York, New York
       _____, 2016.

                                        _____
                                        JUDGE STUART M. BERNSTEIN