WEDEEN & KAVANAGH
Timothy Wedeen (timothy@nycmetrolaw.com)
19 Phelps Avenue, 3rd Floor
Tenafly, NJ   07670
Telephone (646) 963-6808
Facsimile (201-584-0319
*Attorneys for Defendants*
*Michael A. Bellini, Individually And As A Joint Tenant;*
*And Judith Bellini, Individually And As A Joint Tenant*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |

-------------------------------------------------x
In re:
BERNARD L. MADOFF,
Debtor.
-------------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>Plaintiff,<br>v.<br>MICHAEL A. BELLINI, individually and as a joint tenant; AND JUDITH BELLINI, individually and as a joint tenant,<br>Defendant. | Adv. Pro. No. 10-04841 |

-------------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>Plaintiff,<br>v.<br>ELLEN BERNFELD,<br>Defendant. | Adv. Pro. No. 10-04918 |

-------------------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC

Plaintiff,

v.

MARILYN BERNFELD TRUST; HERBERT BERNFELD RESIDUARY TRUST, in its own capacity and as a partner of H&E Company- A Partnership and Bernfeld Joint Venture – A Partnership; H&E COMPANY – A PARTNERSHIP; BERNFELD JOINT VENTURE – A PARTNERSHIP; MARILYN BERNFELD, in her capacity as a partner of H&E Company- A Partnership and Bernfeld Joint Venture – A Partnership, and as Trustee for the Marilyn Bernfeld Trust and the Herbert Bernfeld Residuary Trust; ELLEN BERNFELD, in her capacity as a partner of H&E Company- A Partnership and Bernfeld Joint Venture – A Partnership; and THOMAS BERNFELD, in his capacity as a partner of Bernfeld Joint Venture – A Partnership, Defendants.

Adv. Pro. No. 10-05143

-------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New Jersey    }
                       }    ss:
County of Bergen       }

TIMOTHY WEDEEN, being duly sworn, deposes and states:

1. I am not a party to this action, am over the age of 18 and reside at c/o Wedeen & Kavanagh, 41 Union Square West, Suite 325, New York, New York.

2. On May 31, 2016 I the Bellini and Bernfeld Defendants Notice of Motion to Vacate Default Judgments, Memorandum in Support, the Declaration of Timothy Wedeen dated May 31, 2016 and supporting documents via first class US Mail and email upon:

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
fhochmuth@bakerlaw.com

/s
_____
TIMOTHY WEDEEN

Sworn to before me this
31st day of May, 2016

/s
_____
Christine Kavanagh
Attorney at Law, State of NJ
Notary Public State of NJ
No: 011252004