**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
substantively consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | NO. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, *et al*. <br><br> Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 9, 2016, AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. Federico Ceretti, et. al., Adv. Pro. No. 09-01161 (SMB)**

1. Notice of Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery (Filed: 4/15/16) [ECF No. 252]

   Related Documents:

   A. Memorandum of Law in Support of the Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery, with appended Exhibits A through C) (Filed: 4/15/16) [ECF No. 253]

   B. Declaration of Anthony M. Gruppuso, Esq., in support of the Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery, with appended Exhibits A through Z and AA through FF (Filed: 4/15/16) [ECF. No. 254]

   C. Notice of Hearing [Rescheduled] on Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery (Filed 4/27/16) [ECF No. 256]

   D. Notice of Rescheduled Hearing on Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery (Filed: 5/23/16) [ECF No. 266]

**OBJECTIONS FILED:**

2. Memorandum of Law in Opposition to Trustee's Motion to Compel Defendants to Participate in Discovery, filed by Citi Hedge Fund Services Limited, HSBC Bank Bermuda Limited (Filed: 5/20/16) [ECF No. 258]

3. Memorandum of Law in Opposition to Trustee's Motion to Compel Defendants to Participate in Discovery, dated May 20, 2016, filed by Federico Ceretti, FIM Advisers LLP, FIM Limited, Carlo Grosso (Filed: 5/20/16) [ECF No. 259]

   A. Declaration of Sarah-Jane Hurrion, with appended Exhibit 1, in support of Opposition to Trustee's Motion to Compel Defendants to Participate in Discovery, dated May 20, 2016 (Filed: 5/20/16) [ECF No. 260]

   B. Declaration of Jodi Kleinick in Support of FIM Defendants' Opposition to Motion to Compel, with appended Exhibits 1 through 8 (Filed: 5/20/16) [ECF No. 261]

4. The Kingate Funds' Memorandum of Law in Opposition to the Trustee's Motion to Compel Discovery, filed by Kingate Euro Fund, Ltd., Kingate Global Fund, Ltd. (Filed: 5/20/16) [ECF No. 262]

   A. Declaration of Robert Loigman in Support of the Kingate Funds' Opposition to the Trustee's Motion to Compel Discovery, with appended Exhibits 1 through 13 (Filed: 5/20/16) [ECF No. 263]

5.  Memorandum of Law in Opposition to the SIPA Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery, filed by First Peninsula Trustees Limited, Individually, and as Trustee of The Ashby Trust, Alpine Trustees Limited, Ashby Holding Services Limited, Ashby Investment Services Limited, El Prela Group Holding Services, El Prela Trading Investments Limited, El Prela Trust, Port of Hercules Ltd., The Ashby Trust (Filed: 5/20/16) [ECF No. 264]

6.  Memorandum of Law in Opposition to the Trustee's Motion to Compel, filed by Kingate Management Limited (Filed: 5/20/16) [ECF No. 265]

**RESPONSE FILED:**

7.  Reply Memorandum of Law in Support of the Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery (Filed: 5/31/16) [ECF No. 272]

A.  Reply Declaration of Anthony M. Gruppuso, Esq., in support of Reply Memorandum of Law in Support of the Trustee's Motion to Compel Defendants to Produce Documents and Participate in Discovery, with appended Exhibits A through D (Filed: 5/31/16) [ECF No. 273]

**Status:** This matter is going forward.

Dated:  New York, New York
        June 8, 2016

BAKER & HOSTETLER LLP


By:  */s/ David J. Sheehan*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com
Gonzalo S. Zeballos
Email: gzeballos@bakerlaw.com
Anthony M. Gruppuso
Email: agruppuso@bakerlaw.com
Marshall Mattera
Email: mmattera@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

3