**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**<u>AFFIDAVIT OF MAILING</u>**

STATE OF TEXAS              )
                                        )    ss:
COUNTY OF DALLAS       )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.    I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On May 26, 2016,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

  1.    Motion for an Order Approving Seventh Allocation of Property to the Fund of Customer Property and Authorizing Seventh Interim Distribution to Customers (Docket Number 13405)
  2.    Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving Seventh Allocation of Property to the Fund of Customer Property and Authorizing Seventh Interim Distribution to Customers (Docket Number 13406)

Executed on  , 2016

_____
John S. Franks

Sworn to and subscribed before me this 6th day of June , 2016

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)

_____
Notary Public

Exhibit A

Exhibit A
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| MADOFF CLAIMANTS | CAROL NEVILLE, SONNENSCHEIN NATH & ROSENTHAL LLP | 1221 AVENUE OF THE AMERICAS, 25TH FL. | | NEW YORK | NY | 10020 | |
| [redacted] | | | | | | | |

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit 4**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| MADOFF CLAIMANTS | STROOCK & STROOCK & LAVAN LLP  ATTN: DANIELLE ALFONZO WALSMAN | 180 MAIDEN LANE | | NEW YORK | NY | 10038 | |

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| MADOFF CLAIMANTS | Becker & Poliakoff, LLP, Helen Davis Chaitman | 45 Broadway, 11th Floor | | New York | NY | 10006 | |

Exhibit A
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

Exhibit A
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| MADOFF CLAIMANTS | c/o Stephen M. Quinlivan, Esq. | Leonard, Street and Deinard | 150 South Fifth Street, Suite 2300 | Minneapolis | MN | 55402 | |
| [redacted] | | | | | | | |

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

**Exhibit A**

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

Exhibit A

**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

Exhibit A
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| | | | | | | | |

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|

**Exhibit A**
**May 26, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
|      |         |          |          |      |       |     |         |