**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Brian W. Song

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SIRTOKIN,<br><br>Defendant. | Adv. Pro. No. 10-04344 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      Fact Discovery shall be completed by: November 1, 2016.

2.      The Disclosure of Case-in-Chief Experts shall be due: January 25, 2017.

3.      The Disclosure of Rebuttal Experts shall be due: March 27, 2017.

4.      The Deadline for Completion of Expert Discovery shall be: April 27, 2017.

5.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before May 4, 2017.

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before May 18, 2017.

7.      The Deadline for Conclusion of Mediation shall be:  On or before September 18, 2017.

Dated: New York, New York
       June 8, 2016

BAKER & HOSTETLER LLP

By: *Brian W. Song*_____
David J. Sheehan
Nicholas J. Cremona
Brian W. Song
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard L.*
*Madoff*

CHAITMAN LLP

By: *Helen D. Chaitman*_____
Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, NY 10022
Telephone: (888) 759-1114
Facsimile:  (888) 759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendant Alexander Sirotkin*