**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Brian W. Song

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>JUDD ROBBINS,<br><br>         Defendant. | Adv. Pro. No. 10-04503 (SMB) |

# SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: October 18, 2016.

2. The Disclosure of Case-in-Chief Experts shall be due: January 18, 2017.

3. The Disclosure of Rebuttal Experts shall be due: March 20, 2017.

4. The Deadline for Completion of Expert Discovery shall be: April 20, 2017.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before April 27, 2017.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 11, 2017.

7. The Deadline for Conclusion of Mediation shall be: On or before September 11, 2017.

Dated: New York, New York
June 8, 2016

| | |
|---|---|
| BAKER & HOSTETLER LLP | CHAITMAN LLP |
| By: *Brian W. Song*<br>David J. Sheehan<br>Nicholas J. Cremona<br>Brian W. Song<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | By: *Helen D. Chaitman*<br>Helen Davis Chaitman<br>Chaitman LLP<br>465 Park Avenue<br>New York, NY 10022<br>Telephone: (888) 759-1114<br>Facsimile: (888) 759-1114<br>hchaitman@chaitmanllp.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* | *Attorneys for Defendant Judd Robbins* |

300392329.2