*McClay•Alton, P.L.L.P.*
*Robert M. McClay #69620*
*(Pro Hac Vice)*
*951 Grand Avenue*
*St. Paul, Minnesota 55101*
*Telephone: 651-290-0301*
*Fax: 651-290-2502*
*Email: law@mcclay-alton.com*

*Marvin C. Ingber #0048859*
*(Pro Hac Vice)*
*Attorney and Counselor at Law*
*6705 Apache Road*
*Edina, Minnesota 55439-1001*
*Telephone:  612-327-8378*
*Email:  mcingber@comcast.net*

*Attorneys for Defendants:*
*JAMES B. PINTO REVOCABLE TRUST U/A*
*DTD 12/1/03; and JAMES B. PINTO, individually*
*and in his capacity as Grantor and Trustee for the*
*James B. Pinto Revocable Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No.08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |
| In Re:<br><br>BERNARD L MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff, | Adv. Pro. No. 10-04538 (SMB) |

1

v.

JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,

Defendants.

## DECLARATION OF ROBERT M. MCCLAY IN REPLY TO TRUSTEE'S LETTER TO JUDGE BERNSTEIN DATED JUNE 6, 2016 REGARDING DISCOVERY DISPUTE

I, Robert M. McClay declare as follows:

1. I am counsel at the law firm of McClay•Alton, P.L.L.P. and admitted Pro Hac Vice to this court, and counsel to Defendants JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust (collectively, "Defendants").

2. I submit this declaration in reply to Trustee, Irving H. Picard's letter to Judge Bernstein dated June 6, 2016 regarding discovery dispute. The Trustee seeks to move for an order (1) compelling Defendants to fully respond to discovery and produce documents responsive to the Trustee's discovery requests, and (2) ruling that any objections to the Trustee's Interrogatories and Requests for Production are waived, under Federal Rules of Civil Procedure 33(b)(4) and 34.

3. Attached to this declaration are two emails dated May 19, 2016 and May 24, 2016 memorializing phone conversations I had with Jody E. Schechter regarding overdue discovery. I acknowledged discovery responses are overdue and explained that I am behind on a number of matters due to a lengthy trial I completed in May. In the email dated May 24, I stated my plan

2

was to complete discovery responses by June 30 and provide an update as to status of completion on June 15.

4.       Please note that Fact Discovery completion in this matter is December 2, 2016 according to the Trustee's Case Management Notice dated September 11, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: St. Paul, Minnesota

June 9, 2016                                                    By: /s/ Robert M. McClay
                                                                          Robert M. McClay

| | |
|---|---|
| **From:** | Schechter, Jody E. |
| **To:** | Bob McClay |
| **Cc:** | Marvin C. Ingber; Jennifer Fink |
| **Subject:** | RE: Pinto and Budd |
| **Date:** | Thursday, May 19, 2016 2:45:36 PM |

Bob,

Thank you for the update. I look forward to touching base again soon, once you've dug out a little.

Regards,
Jody

**Jody Schechter**
Associate



811 Main Street | Suite 1100
Houston, TX 77002-6111
T 713.646.1319

jschechter@bakerlaw.com
bakerlaw.com

---

**From:** Bob McClay [mailto:bob@mcclay-alton.com]
**Sent:** Thursday, May 19, 2016 2:38 PM
**To:** Schechter, Jody E.
**Cc:** Marvin C. Ingber; Jennifer Fink
**Subject:** Pinto and Budd

Hi Jody,

Thanks for the call. As explained I completed a lengthy trial late Monday. I have been digging out since. The referenced files are near the top of my list. I will review tomorrow and will contact you by Tuesday as to a response time line.

Appreciate your patience.

Best,

Bob

Robert M. McClay
M<sup>c</sup>CLAY · ALTON, P.L.L.P.

951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

--
This message has been scanned by **LastSpam** eMail security service, provided by Digital Business Solutions, Inc..

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6201 / Virus Database: 4568/12257 - Release Date: 05/19/16

| | |
|---|---|
| **From:** | Bob McClay |
| **To:** | Jody E. Schechter (jschechter@bakerlaw.com); Hochmuth, Farrell; Hunt, Dean D. |
| **Cc:** | mcingber@comcast.net; Jennifer Fink |
| **Subject:** | Trustee v. Jamie Pinto et al; Trustee v. Amy Pinto et al |
| **Date:** | Tuesday, May 24, 2016 4:14:18 PM |

Jody,

Thanks for returning my call to discuss our overdue discovery responses.  I explained that we are behind on a number of matters to some degree emanating from a long trial I completed last week.  Jen and I discussed the above matters yesterday and this morning.  Our plan is to complete discovery responses by June 30.  I know that is far past the discovery due date.  The Trustee's discovery, while appropriate, requires review of numerous documents and requires 6 responses for Amy's case and 4 for Jamie's case.  In my defense I note that discovery cut-off is December 2, 2016.  If I thought we could do better I would promise an earlier target date.  I understand that my request is likely to be rejected and a discovery conference is anticipated for June 15.  I will be in a position to provide a better gage as to a target date by June 15.  Regardless of whether the discovery conference is held I will provide an update by June 15.

Best,

Bob

Robert M. McClay
M<sup>c</sup>CLAY · ALTON, P.L.L.P.
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6201 / Virus Database: 4568/12287 - Release Date: 05/24/16