**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Douglas Shapiro (the "Claimant"), having filed an objection (the "Objection", Docket No. 2406) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#005811), hereby gives notice that he withdraws such Objection.

Dated: June 8, 2016

                */s/ Christopher M. Desiderio*
                **Christopher M. Desiderio**
                on behalf of Douglas Shapiro
                Nixon Peabody LLP
                437 Madison Avenue | New York, NY 10022-7039
                CDesiderio@nixonpeabody.com
                Telephone: 212-940-3085