**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF SARAH E. PEARCE, NORTON S. ROSENSWEIG, LINDA ROSENSWEIG, THE ESTATE OF DAVID B. PEARCE, ANDREW P. SEGAL, solely in his capacity as Executor of the Estate of David B. Pearce, JONATHAN P. ROSENSWEIG, JULIE SCHWARTZ, and LAURIE BLANK,<br><br>Defendants. | Adv. Pro. No. 10-04407 (SMB) |

# NINTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on April 28, 2014.

2. Fact Discovery shall be completed by September 8, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due November 7, 2016.

4. The Disclosure of Rebuttal Experts shall be due December 7, 2016.

5. The Deadline for Completion of Expert Discovery shall be February 7, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be February 14, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be February 28, 2017.

8. The Deadline for Conclusion of Mediation shall be June 28, 2017.

*Remainder of Page Left Intentionally Blank*

| | |
|---|---|
| Dated: New York, New York<br>June 13, 2016 | BAKER & HOSTETLER LLP<br><br>By: */s/Elyssa S. Kates*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Robertson D. Beckerlegge<br>Email: rbeckerlegge@bakerlaw.com<br>Elyssa S. Kates<br>Email: ekates@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |