**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS**
**SCHEDULED FOR HEARING ON JUNE 15, 2016 AT 10:00 A.M.**

**I.　　SIPC v. BLMIS, Adv. Pro. No. 08-01789**

　　1.　Motion for an Order Approving Seventh Allocation of Property to the Fund of Customer Property and Authorizing Seventh Interim Distribution to Customers (Filed: 5/26/2016) [ECF No. 13405]

　　2.　Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving Seventh Allocation of Property to the Fund of Customer Property and Authorizing Seventh Interim Distribution to Customers (Filed: 5/26/2016) [ECF No. 13406]

　　Status: This matter is going forward as unopposed.

**II.**   **10-04324; Picard v. Roth**
**10-04328; Picard v. David Shapiro Nominee**
**10-04325; Picard v. David Shapiro Nominee # 2**
**10-04314; Picard v. David Shapiro Nominee # 3**
**10-04305; Picard v. David Shapiro, et al.**

1. Status Conference with respect to Issue concerning the Trustee's Rule 45 subpoenas as defined in Paragraph 4 of the Order Implementing the Court's March 23, 2016 Bench Ruling (i) Denying Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 37(b), 41(b), and Cross-motion to Quash and For Protective Order; (ii) Denying Defendants' Motion for Temporary Restraining Order and Stay of Enforcement of Subpoenas; and (iii) Granting the Trustee's Motion to Compel (Entered: 4/4/2016) [10-04324; ECF No. 79] [10-04328; ECF No. 66] [10-04325; ECF No. 69] [10-04314; ECF No. 70] [10-04305; ECF No. 71]

Status: This matter is going forward.

Dated: New York, New York
June 14, 2016

Respectfully submitted,

*/s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*