**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>TRUST FOR THE BENEFIT OF RYAN TAVLIN;<br><br>DORON TAVLIN, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin; | Adv. Pro. No. 10-05232 (SMB) |

OMEGA ASSET MANAGEMENT, LLC, and;

RYAN TAVLIN, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin;

          Defendants.

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

      Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Trust for the Benefit of Ryan Tavlin, Doron Tavlin, Omega Asset Management, LLC, and Ryan Tavlin ("Defendants"), by and through their counsel, Chaitman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

      1.    On December 6, 2010, the Trustee filed, and on March 15, 2011, the Trustee served the Complaint against Trust for the benefit of Ryan Tavlin; Harvey Krauss, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin; Doron Tavlin, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin; Omega Asset Management, LLC; and Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin.

      2.    On November 18, 2015 Defendants Trust for the benefit of Ryan Tavlin; Doron Tavlin, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin; Omega Asset Management, LLC; and Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin filed and served an amended answer on the Trustee.

      3.    On March 3, 2016, the Trustee filed a Notice of Voluntary Dismissal of

2

Defendant Harvey Krauss, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin, from the above-captioned adversary proceeding without prejudice.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate to a dismissal with prejudice and without costs of the Trustee's claims against Defendants in the above-captioned adversary proceeding and a dismissal with prejudice of the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: June 14, 2016
     New York, New York

By:   *s/ Nicholas J. Cremona*
    **BAKER & HOSTETLER LLP**
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email: ncremona@bakerlaw.com
    Heather J. McDonald
    Email: hmcdonald@bakerlaw.com
    Kimberly M. Maynard
    Email: kmaynard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Dated: June 14, 2016
     New York, New York

By:   *s/ Helen Davis Chaitman*
    **CHAITMAN LLP**
    465 Park Ave.
    New York, NY 10022
    Telephone/Facsimile: (888) 759-1114
    Helen Davis Chaitman
    Email: hchaitman@chaitmanllp.com

*Attorneys for Defendants Trust for The Benefit of Ryan Tavlin, Doron Tavlin, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin, Omega Asset Management, LLC, and Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin*

SO ORDERED

Dated: <u>June 15th</u>, 2016
New York, New York           /s/ STUART M. BERNSTEIN
                                      HONORABLE STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE