**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS HALL; STEVEN HEIMOFF; BOTTLEBRUSH INVESTMENTS, L.P.; LEGHORN INVESTMENTS LTD.; and KAMALA D. HARRIS, solely in her capacity as Attorney General for the State of California,<br><br>Defendants. | Adv. Pro. No. 12-01001 (SMB) |

**STIPULATION AND ORDER CONCERNING SCHEDULING**

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, and Douglas Hall; Steven Heimoff; Bottlebrush Investments, Ltd.; Leghorn Investments Ltd.; and Kamala D. Harris, solely in her capacity as Attorney General for the State of California (collectively, the "Defendants"), by and through their respective counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on January 4, 2012, the Trustee commenced the above-referenced adversary proceeding by filing a complaint ("Complaint") and application ("Application") seeking a declaration that state-court actions commenced by the Defendants are void *ab initio* as violative of the automatic stay and seeking to preliminarily enjoin the continued litigation of such actions;

WHEREAS, on July 18, 2012, the Court issued an order directing that the Parties enter mediation concerning the subject matter of the Application and related proceedings;

WHEREAS, on July 31, 2012, November 8, 2012, December 13, 2012, February 27, 2013, June 4, 2013, September 11, 2013, November 26, 2013, March 25, 2014, June 24, 2014, October 16, 2014, January 22, 2015, September 22, 2015, December 15, 2015, February 19, 2016, and April 25, 2016, the Court so-ordered stipulations extending the Defendants' time to respond to the Complaint;

WHEREAS, the Parties have agreed that the Defendants' time to respond to the Complaint should be further extended;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE TRUSTEE AND DEFENDANTS:

1.  The Defendants' time to respond to the Complaint is extended to **July 27, 2016**.

2.  Nothing contained herein can or shall be construed as an adjudication on the merits of any claims that the Trustee and/or Defendants may have against each other or any other party, or as an admission or acknowledgement of any claim or defense as against the other by the Trustee or Defendants, with all such claims and defenses preserved.

| | |
|---|---|
| ___/s/ Alexandra Robert Gordon_____<br>Kamala Harris<br>Attorney General of California<br>Alexandra Robert Gordon<br>Deputy Attorney General<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102-7004<br>Email: alexandra.robertgordon@doj.ca.gov<br><br>*Attorneys for The People of the State of California*<br><br>__/s/ Marvin Gelfand_____<br>Marvin Gelfand, Esq.<br>Weintraub Tobin Chediak Coleman Grodin Law Corporation<br>10250 Constellation Blvd., Suite 2900<br>Los Angeles, CA 90067<br>Email: mgelfand@weintraub.com<br><br>*Attorneys for Bottlebrush Investments and Leghorn Investments, Inc.*<br><br><br>_____/s/ Barry Weprin_____<br>Barry Weprin, Esq.<br>Leigh Smith, Esq.<br>Joshua E. Keller, Esq.<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, New York 10119<br>Email: bweprin@milberg.com<br>       lsmith@milberg.com<br>       jkeller@milberg.com<br><br>Milberg LLP<br>10866 Wiltshire Blvd., Suite 600<br>Los Angeles, California 90024 | ___/s/ Tracy L. Cole___<br>David J. Sheehan<br>Tracy L. Cole<br>Deborah H. Renner<br>Keith R. Murphy<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: dsheehan@bakerlaw.com<br>       tcole@bakerlaw.com<br>       drenner@bakerlaw.com<br>       kmurphy@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* |

| | |
|---|---|
| Stephen A. Weiss, Esq.<br>Christopher M. Van de Kieft, Esq.<br>Seeger Weiss LLP<br>One William Street<br>New York, New York 10004<br>Email: sweiss@seegerweiss.com<br>         cvandekieft@seegerweiss.com<br><br><br>Martin R. Cramer, Esq.<br>623 Maitland Avenue<br>Teaneck, New Jersey 07666<br>Email: martcramer@gmail.com<br><br>*Attorneys for Douglas Hall, as Co-Trustee of the Vivian H. Hall IRA and Derivatively on Behalf of Crescent Securities, and Steven Heimoff, Derivatively on Behalf of Marloma Securities* | |

SO ORDERED

Dated: June 15th, 2016                  /s/ STUART M. BERNSTEIN
         New York, New York              HON. STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE