**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA ROTH, ESTATE OF MARK WILLIAM ROTH, and BARBARA ROTH, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARK WILLIAM ROTH,<br><br>    Defendants. | Adv. Pro. No. 10-04324 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants Barbara Roth, Estate of Mark William Roth, and Barbara Roth, in her capacity as Personal Representative of the Estate of Mark William Roth, ("Defendants"), (collectively, the "Parties") hereby stipulate and agree to the following:

1. On November 26, 2010, the Trustee filed and served the Complaint against Defendants.

2. On August 13, 2015, Defendants served an answer on the Trustee.

3. Defendant Barbara Roth ("Ms. Roth") submitted to the Trustee a hardship application (the "Hardship Application") requesting that the Trustee agree to dismiss the Adversary Proceeding as to her. In support of the Hardship Application, Ms. Roth submitted to the Trustee financial statements and other information, all under penalty of perjury.

4. In reliance on the representations made by Ms. Roth in the Hardship Application and other representations and/or materials submitted by Ms. Roth in support of the Hardship Application, the Trustee in the exercise of his due and deliberate discretion has determined to dismiss Ms. Roth from the Adversary Proceeding.

5. Ms. Roth hereby affirms (i) that all representations made by her and all materials provided by her have been submitted by her as true and correct under penalty of perjury and (ii) that the Trustee has relied upon these materials in exercising his discretion to dismiss Ms. Roth from the Adversary Proceeding.

2

6. Ms. Roth hereby agrees that to the extent it is subsequently determined that she deliberately or intentionally submitted materially false and/or misleading representations, statements and/or materials in connection with the Hardship Application, (i) the Trustee shall have the right to reinstitute the Adversary Proceeding against her and/or pursue other remedies available to him and (ii) this Stipulation and Order shall act to toll any applicable statutes of limitation with respect to the Trustee's commencement of any such claims. Notwithstanding section 546(a) of the Bankruptcy Code, Ms. Roth hereby agrees to waive any statute of limitations defense in any such actions or claims commenced by Trustee.

7. The Trustee, in the exercise of his due and deliberate discretion has also determined to dismiss the other Defendants from the Adversary Proceeding, in addition to Ms. Roth.

8. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Bankr. P. 7041, the Trustee and Defendants hereby agree that upon approval of this Stipulation and Order by the Bankruptcy Court, the Trustee's claims against Defendants and the Adversary Proceeding are dismissed without prejudice.

9. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

10. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

11. This Stipulation and Order is subject to the approval of the Bankruptcy Court, failing which the provisions of the Stipulation and Order shall be void and of no effect.

New York, New York
June 16, 2016

By: */s/ Nicholas J. Cremona*  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: 212.589.4200  
Facsimile:  212.589.4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

By: */s/Barbara Roth* (telephonic & email consent)  
Scottsdale, AZ 85254  

*Pro Se Defendant*

SO ORDERED

/s/ STUART M. BERNSTEIN  
Dated:  June 16th, 2016          HON. STUART M. BERNSTEIN  
New York, New York               UNITED STATES BANKRUPTCY JUDGE

4