# EXHIBIT A

## SERCARZ & RIOPELLE, LLP

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

June 17, 2016

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB)

Dear Judge Bernstein:

     I am counsel to Annette Bongiorno in the above-referenced matter. I write to the Court to advise it that Mrs. Bongiorno has agreed to testify at a deposition if the Trustee requests that she do so. I also write to confirm that Ms. Bongiorno has information relevant to the profit withdrawal dispute. I am confident that Mrs. Bongiorno will testify at a deposition on July 8, 2016, if that deposition is allowed to proceed. My confidence in this regard is based on the following facts.

     Although she considered providing testimony up until the day of the deposition, Mrs. Bongiorno ultimately declined to testify when she was originally deposed on June 6, 2016, because, at that point, the agreement with the United States Attorney's Office and the Bankruptcy Trustee to settle the Government's forfeiture claims and the Bankruptcy Trustee's claims against Mrs. Bongiorno and her husband was not finalized. That agreement is now fully executed by all parties, and one term of that agreement requires Mrs. Bongiorno to cooperate with the Trustee and testify if asked to do so. A copy of the agreement has been filed publicly in United States v. Bongiorno, 10 Cr. 228 (LTS), and is document number 1456-1 in the ECF docket for that case. Because Mrs. Bongiorno, on June 8, 2016, agreed in writing to be deposed by the Trustee, I believe she will testify on July 8, 2016 if her deposition is taken.

Respectfully submitted,

*/s/ Roland G. Riopelle*
Roland G. Riopelle