1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  Case No. 08-99000-smb
4  Adv. Case No. 08-01789-smb
5  - - - - - - - - - - - - - - - - - - - - - - - - - - -x
6  In the Matter of:
7  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
8
9          Debtor.
10 - - - - - - - - - - - - - - - - - - - - - - - - - - -x
11 SECURITIES INVESTOR PROTECTION CORPORATION,
12          Plaintiff,
13      v.
14 BERNARD L. MADOFF INVESTMENT SECURITIES, et al.,
15          Defendants.
16 - - - - - - - - - - - - - - - - - - - - - - - - - - -x
17          U.S. Bankruptcy Court
18          One Bowling Green
19          New York, NY   10004
20          June 15, 2016
21          10:10 AM
22
23 B E F O R E :
24 HON STUART M. BERNSTEIN
25 U.S. BANKRUPTCY JUDGE

```
 1   Hearing re:   Status Conference Regarding Certain Outstanding
 2   Subpoenas.
 3
 4   Hearing re:   Motion for an Order Approving Seventh
 5   Allocation of Property to the Fund of Customer Property and
 6   Authorizing Seventh Interim Distribution to Customers.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:   Sonya Ledanski Hyde
```

```
 1  A P P E A R A N C E S :

 2

 3  SECURITIES INVESTOR PROTECTION CORPORATION

 4       1667 K Street, N.W., Suite 1000

 5       Washington, D.C. 20006

 6

 7  BY:  KEVIN H. BELL

 8

 9  BAKER HOSTETLER

10       Attorney for the Debtor

11       45 Rockefeller Plaza

12       New York, NY 10111

13

14  BY:  EDWARD J. JACOBS

15       DAVID J. SHEEHAN

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE CLERK:  Please be seated.
 3              THE COURT:  Good morning.  Madoff?
 4              MR. JACOBS:  Good morning, Your Honor.
 5              THE COURT:  Good morning.
 6              MR. JACOBS:  Edward Jacobs for the Trustee.  This
 7    is, I believe, the first matter is the continuation of the
 8    bank subpoena motion to quash filed by Ms. Chaitman in five
 9    cases.
10              We -- those cases are Pickard v. Roth, and then
11    there are four additional cases which we refer to as the
12    Shapiro cases.  The issue for the continuation was the fact
13    that in all five cases, while Ms. Chaitman filed the motion
14    to quash the bank subpoenas we served, she did not represent
15    the defendant for whom the bank subpoenas were directed.
16              So I'd like to provide just a very quick update,
17    and ask the Court for a continuation of these hearings until
18    the August 24th omnibus date, or whichever date is more
19    convenient for the Court.
20              In the Roth case, we've been able -- I'm pleased
21    to report we've been able to work directly with the
22    defendant to determine a hardship situation.  We are --
23    expect to be imminently filing a dismissal of that action.
24    We are just waiting on the defendant to authorize our
25    filing.
```

1              In the Shapiro cases, the estate has hired new
2     counsel, but they have not yet entered a notice of
3     appearance in those cases.  The reason for that is because
4     the estate doesn't currently have a legal representative,
5     but we are working with new counsel to open a probate and
6     hopefully appoint a new representative so that we can
7     officially enter those notices of appearances, and then
8     dispel with the need for the pending motion.
9              THE COURT:  Dispel or dispense?
10             MR. JACOBS:  Dispel.  We hope -- and we also hope
11    to engage in a fruitful settlement discussion in all four of
12    those cases that would also obviate the need for the Court
13    to consider the pending motion.  So to facilitate that, we
14    would ask the Court for a continuation to August 24th.
15             THE COURT:  August 24th?
16             MR. JACOBS:  I believe that that is the omnibus
17    date for August.
18             THE COURT:  All right.
19             MR. JACOBS:  Anything else, Your Honor?
20             THE COURT:  No, not on that one.
21             MR. JACOBS:  Okay.
22             THE COURT:  But -- well, does anyone want to be
23    heard on the discovery matter?  The record should reflect
24    there's no response.
25             MR. JACOBS:  Great.  Thank you.

Page 6

1          MR. SHEEHAN:  Good morning, Your Honor.
2          THE COURT:  Good morning.
3          MR. SHEEHAN:  David Sheehan on behalf of the
4    Trustee.
5          Your Honor, today is the return date of the
6    seventh interim allocation by the Trustee with regard to the
7    customer fund.  Today's application seeks the distribution
8    of $171 million as the seventh distribution.
9          As a result of that we will be paying those
10   amounts to 972 claims.  The average amount paid to each of
11   those claimants will be over $175,000.  And as a result of
12   this distribution, approximately -- well, not approximately,
13   exactly 1,289 accounts, relating to 1,480 claims, will be
14   fully satisfied and all those accounts have an equity up to
15   $1.19 million.
16         So what this represents, Your Honor, is another,
17   you know, hallmark in the advancement of this case.  Our
18   concern isn't with the 58 percent who've been fully
19   satisfied, our concern is with the 42 that are left; and
20   that's what we work on every day.
21         I don't think there's any objection to this
22   allocation, Your Honor.  And if Your Honor has any
23   questions, I'd be glad to answer them.
24         THE COURT:  So what percentage of distribution
25   have you made on the claims?  I realize some people have

1   been completely satisfied.

2              MR. JACOBS:  It's approximately 58.23 percent,

3   about.  I did -- there's -- now that you've asked, I'll tell

4   you that we've got another $24 million that's come in at the

5   end of May and the order that we submit to Your Honor gives

6   us the ability to add that, so it'll go up a nick or two.

7   But we're continuing to -- I think we'll surpass 60 percent

8   by the end of the year.  We will have a second distribution;

9   we have several settlements that are in the wings that will

10  be coming before Your Honor shortly, within the next four to

11  six weeks, which will add another several hundred million

12  dollars for the distribution purposes.

13             And as Your Honor probably knows, we are -- we do

14  have over $11.2 billion, we've distributed only 8.5 of it,

15  because there's reserves.  Reserves for all what we call

16  deemed determined, cases like Merkin and others where the

17  off chance, we think, that we might lose, we obviously have

18  to have the ability to --

19             THE COURT:  Mm hmm.

20             MR. JACOBS:  -- pay those claims.  So every time

21  we do an allocation, we reserve out those amounts.  So we

22  have over 60 percent to distribute already, but we can't do

23  that as yet until we resolve the litigations.

24             THE COURT:  How many claims are there in this

25  case, or unresolved claims at this point?

Page 8

```
 1              MR. JACOBS:  There's approximately 900, Your
 2   Honor.
 3              THE COURT:  And are those all the subject of
 4   litigation or are there claims which are disputed, but
 5   aren't the subject of litigation?
 6              MR. JACOBS:  They're both.
 7              THE COURT:  All right.  Does anyone want to be
 8   heard in connection with the motion to approve the seventh
 9   distribution?  Yes, sir.
10              MR. BELL:  Yes.  Kevin Bell on behalf of the
11   Securities Investor Protection Corporation, Your Honor.
12              I think this is a landmark day, 2,744 in this
13   case.  We are, with the SIPC advance of $836 million --
14   taking Mr. Sheehan's 58 percent with the SIPC advance,
15   customers have received, with allowed claims, have received
16   63 percent of their amount.  And as Your Honor knows,
17   there's a subrogation factor, as customers get fully paid,
18   SIPC gets back some of the monies its advanced to put back
19   into the public trust fund we administer.
20              So clearly we're here, I agree with Mr. Sheehan,
21   the rest of the path on this case is the other 42 percent.
22   And moving to get that money back from people that have
23   other people's money, et cetera, will be -- you know, I'll -
24   - we'll add to the 2,744 days as we move forward.
25              But SIPC asks the Court enter the order and
```

| | |
|---|---|
| 1 | supports, strongly, the motion by the Trustee. |
| 2 | THE COURT: Well, I'll certainly approve the |
| 3 | application. I'm hard pressed to deny it, I would think. |
| 4 | So you can submit an order. And we look forward |
| 5 | to the next distribution. |
| 6 | MR. JACOBS: Thank you, Your Honor. |
| 7 | THE COURT: Thank you. |
| 8 | MR. JACOBS: See you soon. |
| 9 | THE COURT: All right. We're in recess now until |
| 10 | 11 o'clock when I'll do the Gawker matters. |
| 11 | (Whereupon these proceedings were concluded at |
| 12 | 10:10 AM) |

```
1                    I N D E X
2
3                    RULINGS
4                                        Page      Line
5   Application Approved                  9         2
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    C E R T I F I C A T I O N

2

3     I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5
      **Sonya Ledanski Hyde**    Digitally signed by Sonya Ledanski Hyde
6                                DN: cn=Sonya Ledanski Hyde, o=Veritext,
                                 ou, email=digital@veritext.com, c=US
7                                Date: 2016.06.16 13:54:35 -04'00'

8     Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  June 16, 2016