UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>      v.<br><br>STUART LEVENTHAL 2001 IRREVOCABLE TRUST and STUART LEVENTHAL, individually and in his capacity as trustee of the Stuart Leventhal 2001 Irrevocable Trust,<br><br>                              Defendants. | Adv. Pro. No. 10-04492 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due on October 28, 2011.

2.     Fact Discovery shall be completed on or before August 31, 2015.

3.     The Deadline for Service of Substantive Interrogatories shall be February 6, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due on February 22, 2016.

5. The Disclosure of Rebuttal Experts shall be due on March 24, 2016.

6. The Deadline for Completion of Expert Discovery shall be July 6, 2016.

7. The Deadline for Service of a Notice of Mediation Referral shall be August 22, 2016.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be September 5, 2016.

9. The Deadline for Conclusion of Mediation shall be January 2, 2017.


Dated: New York, New York
      June 21, 2016

By: *s/ Dominic A. Gentile*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Dominic A. Gentile
Email: dgentile@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*