**Baker&Hostetler** LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

June 22, 2016

Nicholas J. Cremona
Direct dial: 212.589.4682
ncremona@bakerlaw.com

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:    Adv. Pro. No. 10-04417 (SMB); *Irving H. Picard v. The Lustig Family 1990
       Trust, et al.*
       Adv. Pro. No. 10-04554 (SMB); *Irving H. Picard v. David Ivan Lustig*

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and the estate of Bernard L. Madoff. We write to request entry of the attached Case Management Notices (the "Notices").

On May 17, we proposed Notices to defense counsel substantially in the form ordered under the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order. (Adv. Pro. No. 08-01789, Dkt. 3141, Ex. A, ¶ 2.G., and Ex. 2). Defendants have refused to agree to entry of the Notices.

The Avoidance Action Procedures Order mandates that "[p]rior to the close of discovery, no motions may be made without the Court's prior approval . . . ." (Adv. Pro. No. 08-01789, Dkt. 3141, Ex. A, ¶ 6.A.). Nevertheless, despite repeated attempts, defense counsel will not agree to any notices under which discovery would proceed in a logical manner. Instead, defense counsel has indicated that he intends to file a pre-discovery motion for summary judgment and request that all discovery be stayed. The

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Honorable Stuart M. Bernstein
June 22, 2016
Page 2

Trustee submits that such a motion would be premature and improper because the Trustee is entitled to take discovery relating to, among other things, deposits into and withdrawals from each account at issue, as well as Defendants' purported affirmative defenses.

The Trustee respectfully requests that the Court enter the Notices attached as Exhibit A so that discovery can be conducted expeditiously in a logical progression.

Respectfully submitted,

*/s/ Nicholas J. Cremona*
Nicholas J. Cremona

Enclosures

cc:  Richard E. Signorelli
     Bryan Ha
     Law Office of Richard E. Signorelli
     799 Broadway, Suite 539
     New York, NY 10003
     rsignorelli@nyclitigator.com
     richardsignorelli@gmail.com
     bhanyc@gmail.com