**Securities Investor Protection Corporation**

**v.**

**Bernard L. Madoff Investment Securities LLC**

**In re: Bernard L. Madoff Investment Securities and**

**Bernard L. Madoff, Debtors**

**Case No. 08-01789 (SMB)**

**SIPA Liquidation**

**(Substantively Consolidated)**

**Exhibits 1-8 to the Declaration of Stephanie Ackerman are**

**available for review upon written or telephonic request to:**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Stephanie Ackerman, Esq.
Tel: (212) 847-2851
Email: sackerman@bakerlaw.com