**EXHIBIT 1 – ACCOUNT-HOLDING GENERAL PARTNERSHIP**

General Partnerships With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| General Partnership BLMIS Account Name | General Partnership Name | General Partnership BLMIS Account Number | Claim Filed By General Partnership | Outstanding Docketed Objections From Investors In the General Partnership | Outstanding Claims of Investors in the General Partnership |
|---|---|---|---|---|---|
| Palko Associates | Palko Associates | 1CM563 | Yes (008918) | 1 | 1 |
| Gloria S Jaffe Investment Partnership | Gloria S Jaffe Investment Partnership | 1EM091 | Yes (002170) | 1 | 2 |
| The Miller Partnership[1] | The Miller Partnership | 1ZA977 | Yes (002285) | 2 | 3 |
|  |  |  |  | **4** | **6** |

1. The Motion seeks to overrule that portion of objection docket 576 related to claim 002285, filed by The Miller Partnership, only insofar as it seeks customer status for the Objecting Claimants.

### EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The General Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | General Partnership Invested In | General Partnership BLMIS Account Number |
|---|---|---|---|---|---|
| Carol A. Kozloff | 011228 | 3094 | Becker & Poliakoff, LLP | Palko Associates | 1CM563 |
| Colette Jaffe | 012832 | 3170[1] | Becker & Poliakoff, LLP | Gloria S Jaffe Investment Partnership | 1EM091 |
| Phillip Jaffe | 012823 | 3170[1] | Becker & Poliakoff, LLP | Gloria S Jaffe Investment Partnership | 1EM091 |
| The Miller Partnership | N/A | 576[2] | Phillips Nizer LLP | N/A | 1ZA977 |
| Danessa Miller | 012259 | 3501 | Becker & Poliakoff, LLP | The Miller Partnership | 1ZA977 |
| Steven F Miller | 012258 | 3501 | Becker & Poliakoff, LLP | The Miller Partnership | 1ZA977 |
| EDM Trust #1 C/O E. Danessa Miller | 012260 | 3501 | Becker & Poliakoff, LLP | The Miller Partnership | 1ZA977 |

[1] Objection docket 3170 was filed on behalf of the Jaffe Partnership as well as the Objecting Claimants. No other objection was filed on behalf of the Jaffe Partnership. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.

[2] The Motion seeks to overrule that portion of objection docket 576 related to claim 002285, filed by The Miller Partnership, only insofar as it seeks customer status for the Objecting Claimants.

### EXHIBIT 3 – OBJECTION DETAILS
Further Details of Outstanding Objections From Claimants Invested In The General Partnerships Identified In Exhibit 1

| Claim Number | Objection Party | General Partnership | General Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 011228 | Carol A. Kozloff | Palko Associates | 1CM563 | Claim for securities and/or credit balance denied (10/22/2010). | 3094 | 11/3/2010 |
| 012823 | Phillip Jaffe | Gloria S Jaffe Investment Partnership | 1EM091 | Claim for securities and/or credit balance denied (11/05/2010). | 3170[1] | 11/12/2010 |
| 012832 | Colette Jaffe | Gloria S Jaffe Investment Partnership | 1EM091 | Claim for securities and/or credit balance denied (11/05/2010). | 3170[1] | 11/12/2010 |
| N/A | The Miller Partnership | N/A | N/A | Claim for securities and/or credit balance denied (10/19/2009). | 576[2] | 11/2/2009 |
| 012258 | Steven F Miller | The Miller Partnership | 1ZA977 | Claim for securities and/or credit balance denied (11/19/2010). | 3501 | 12/15/2010 |
| 012259 | Danessa Miller | The Miller Partnership | 1ZA977 | Claim for securities and/or credit balance denied (11/19/2010). | 3501 | 12/15/2010 |
| 012260 | EDM Trust #1 C/O E. Danessa Miller | The Miller Partnership | 1ZA977 | Claim for securities and/or credit balance denied (11/19/2010). | 3501 | 12/15/2010 |

[1] Objection docket 3170 was filed on behalf of the Jaffe Partnership as well as the Objecting Claimants. No other objection was filed on behalf of the Jaffe Partnership. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.

[2] The Motion seeks to overrule that portion of objection docket 576 related to claim 002285, filed by The Miller Partnership, only insofar as it seeks customer status for the Objecting Claimants.