**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04480 (SMB) |
| Plaintiff, | |
| v. | |
| PATI H. GERBER 1997 TRUST; THE PATI H. GERBER MARITAL DEDUCTION TRUST UNDER THE LAST WILL AND TESTAMENT OF OSCAR L. GERBER; OSCAR L. GERBER RESIDUARY TRUST A; OSCAR L. GERBER RESIDUARY TRUST B; PATI H. GERBER LTD.; PATI H. GERBER; individually, and in her capacity as Trustee of the Pati H. Gerber 1997 | |

> Trust, the Pati H. Gerber Marital Deduction Trust
> Under the Last Will and Testament of Oscar L.
> Gerber, the Oscar L. Gerber Residuary Trust A, and
> the Oscar L. Gerber Residuary Trust B; and
> BRIAN H. GERBER, in his capacity as Trustee of
> the Pati H. Gerber Marital Deduction Trust Under
> the Last Will and Testament of Oscar L. Gerber,
> the Oscar L. Gerber Residuary Trust A, and the
> Oscar L. Gerber Residuary Trust B,
>
>               Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants (i) Pati H. Gerber 1997 Trust; (ii) Pati H. Gerber Marital Deduction Trust Under the Last Will and Testament of Oscar L. Gerber (the "Pati Gerber Marital Trust"); (iii) Oscar L. Gerber Residuary Trust A (the "Oscar Gerber Trust A"); (iv) Oscar L. Gerber Residuary Trust B (the "Oscar Gerber Trust B"); (v) Pati H. Gerber Ltd.; (vi) Pati H. Gerber, individually and in her capacity as trustee of the Pati H. Gerber 1997 Trust, the Pati Gerber Marital Trust, the Oscar Gerber Trust A and the Oscar Gerber Trust B ("Pati Gerber"); and (vii) Brian H. Gerber, in his capacity as trustee of the Pati Gerber Marital Trust, the Oscar Gerber Trust A and the Oscar Gerber Trust B ("Brian Gerber," and together with the Pati H. Gerber 1997 Trust, the Pati Gerber Marital Trust, the Oscar Gerber Trust A, the Oscar Gerber Trust B, Pati H. Gerber Ltd. and Pati Gerber, "Defendants"), by and through their counsel, Marcy Harris of Shulte Roth & Zabel LLP and Schuyler D. Geller of Bellows and Bellows, P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

2

1. On November 30, 2010, the Trustee filed and served the Complaint against Defendants.

2. On April 17, 2014, Defendants Pati H. Gerber 1997 Trust, Pati H. Gerber Marital Deduction Trust Under the Last Will and Testament of Oscar L. Gerber, Oscar L. Gerber Residuary Trust A, Oscar L. Gerber Residuary Trust B, Pati H. Gerber Ltd. and Pati Gerber served an answer on the Trustee.

3. On April 17, 2014, Defendant Brian Gerber served an answer on the Trustee.

4. On May 31, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 27, 2016

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SCHULTE ROTH & ZABEL LLP**

By: /s/ *Marcy R. Harris*
919 Third Avenue
New York, NY 10022
Telephone: 212.756.2000
Facsimile: 212.593.5955
Marcy R. Harris
Email: marcy.harris@srz.com
Mark D. Richardson
Email: mark.richardson@srz.com

*Attorneys for Defendants Pati H. Gerber 1997 Trust, Pati H. Gerber Marital Deduction Trust Under the Last Will and Testament of Oscar L. Gerber, Oscar L. Gerber Residuary Trust A, Oscar L. Gerber Residuary Trust B, Pati H. Gerber Ltd. and Pati H. Gerber*

**BELLOWS & BELLOWS, P.C.**

By: /s/ *Schuyler D. Geller*
The Rookery Building
209 South LaSalle Street, Suite 800
Chicago, IL 60604
Telephone: 312.332.3340
Facsimile: 312.332.1190
Schuyler D. Geller
Email: sgeller@bellowslaw.com

*Attorneys for Defendant Brian H. Gerber*

**SO ORDERED**

**Dated: June 27th, 2016**
**New York, New York**

**/s/ STUART M. BERNSTEIN**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

5