UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 23, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000517)
    B. Notice of Transfer of Allowed Claim (Transfer Numbers T000518)
    C. Notice of Transfer of Allowed Claim (Transfer Numbers T000519)

Executed on  June 27 , 2016

_____
John S. Franks

Sworn to and subscribed before me this 27 day of June , 2016

THERESA K. PETRY
MY COMMISSION EXPIRES
January 13, 2018

(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: T000517 - T000519**
6/23/2016

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Midtown Acquisitions L.P. | c/o Davidson Kempner Capital Management | 520 Madison Avenue, 30th Floor | Attention: Jennifer Donovan | New York | NY | 10022 | |