**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR M. SISKIND; LINDA SOHN; NEAL M. GOLDMAN; ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY LEHRER; TRUST U/T/A 8/20/90; EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/T/A 8/20/90; and RONI L. STEIN,<br><br>        Defendants. | Adv. Pro. No. 10-05259 (SMB) |

## **STIPULATION EXTENDING TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendants Stuart M. Stein, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS, Arthur M. Siskind, Linda Sohn, Neal M. Goldman, Elaine Stein Roberts, Arthur J. Feibus, Trust u/t/a 8/20/90, Evelyn Fisher, individually, and in her capacity as trustee for Trust u/t/a 8/20/90, and Roni L. Stein (collectively, "Defendants") may move, answer or otherwise respond to the second amended complaint (the "Second Amended Complaint") filed in the above-referenced adversary proceeding (Adv. Pro. No. 10-05259 (SMB)) (the "Adversary Proceeding") is extended up to and including July 15, 2016.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Second Amended Complaint. This is the second such extension. Nothing in this stipulation is a waiver of Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Each undersigned counsel for Defendants: (i) expressly represents that as of the date of this stipulation, all Defendants represented by the undersigned counsel in the Adversary Proceeding are alive or that counsel has previously provided notice to the Trustee in writing of Defendants' death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county and state of residence at the time of death of the deceased Defendant; and

2

(iii) expressly agrees to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Defendant's estate or personal representative/executor and/or (c) advising the Trustee who will represent the deceased Defendant's estate herein and in any probate proceeding.  For the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the stipulation and shall be ongoing for the duration of the Adversary Proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.  This stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 12312) in the above-captioned case (No. 08-01789 (SMB)).

Dated: New York, New York
       June 28, 2016

By: /s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Fax: (212) 262-1215
*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Dated: New York, New York
June 28, 2016

By: /s/ Elise S. Frejka
Elise S. Frejka (efrejka@frejka.com)
Jason S. Rappaport (jrappaport@frejka.com)
FREJKA PLLC
205 East 42nd Street, 20th Floor
New York, NY 10017
Telephone: (212) 641-0800
*Attorneys for Defendants Stuart M. Stein, Arthur J. Feibus, Arthur M. Siskind, and Roni L. Stein*

Dated: New York, New York
June 28, 2016

By: /s/ Carole Neville
Carole Neville (carole.neville@dentons.com)
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6889
Facsimile: (212) 768-6800
*Attorneys for Defendant Elaine Stein Roberts*

Dated: New York, New York
June 28, 2016

By: /s/ Terence W. McCormick
Terence W. McCormick (mccormick@mintzandgold.com)
Steven G. Mintz (mintz@mintzandgold.com)
Mintz & Gold, LLP
600 Third Avenue
25th Floor
New York, NY 10016-6819
Telephone: (212) 696-4848
Facsimile: (212) 696-1231
*Attorneys for Defendants Neal M. Goldman, Linda Sohn, Evelyn Fisher, individually and in her capacity as Trustee for Trust U/T/A 8/20/90, and Trust U/T/A 8/20/90*