**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE MURRAY FAMILY TRUST,<br><br>MURRAY B. FELTON REVOCABLE TRUST,<br><br>ESTATE OF MURRAY B. FELTON,<br><br>HOWARD A. KALKA, individually, in his capacity as grantor of the Murray Family Trust, and | Adv. Pro. No. 10-04510 (SMB) |

in his capacity as trustee of the Murray Family Trust,

MILES J. FELTON, individually, and in his capacity as grantor of the Murray Family Trust,

THE DORIS FELTON FAMILY TRUST,

WILLIAM D. FELTON, individually, in his capacity as trustee of the Doris Felton Family Trust, in his capacity as trustee of the Murray B. Felton Revocable Trust, and in his capacity as personal representative of the Estate of Murray B. Felton,

LESLIE ENGELSON, and

ALICIA P. FELTON,

                                  Defendants.

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants The Murray Family Trust, Murray B. Felton Revocable Trust, The Doris Felton Family Trust, the Estate of Murray B. Felton, Howard A. Kalka, individually, in his capacity as grantor of the Murray Family Trust, and in his capacity as trustee of the Murray Family Trust, Miles J. Felton, individually, and in his capacity as grantor of the Murray Family Trust, William D. Felton, individually, in his capacity as trustee of the Doris Felton Family Trust, in his capacity as trustee of the Murray B. Felton Revocable Trust, and in his capacity as personal representative of the Estate of Murray B. Felton, Leslie Engelson, and Alicia P. Felton ("Defendants"), by and through their counsel, Dentons US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

2

1. On November 30, 2010, the Trustee filed and served the Complaint against Defendants.

2. On April 18, 2014, Defendants served an answer on the Trustee.

3. On May 10, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding (the "Murray Family Action").

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
       June 28, 2016

**BAKER & HOSTETLER LLP**

By: _/s/ Keith R. Murphy_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of*

3

*Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

### DENTONS US LLP

By:   */s/ Carole Neville*
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 768-6889
Carole Neville
Email:  carole.neville@dentons.com

*Attorneys for Defendants*

**SO ORDERED**

**Dated: June 28th , 2016
New York, New York**

**/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE**

4