**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN GREENBERG REVOCABLE TRUST DATED 6/7/1973; and BARBARA E. GREENBERG, in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust Dated 6/7/1973,<br><br>    Defendants. | Adv. Pro. No. 10-04821 (SMB) |

## STIPULATION FOR ENTRY OF JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff (the "Trustee") and Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and Barbara E. Greenberg, solely in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and not individually ("Defendants") (the Trustee and Defendants are collectively referred to as the "Parties", and individually as a "Party"), as follows:

1.    The Trustee shall be entitled to immediate entry of a Consent Judgment, a copy of which is attached hereto as Exhibit 1, entered against Defendants in the amount of $200,000.

2.    Defendants confirm the amount set forth in paragraph 1 above.

3.    That judgment shall be final for all purposes upon entry of judgment and each Party waives any right to appeal therefrom.

4.    That Defendants, represented in this action by counsel, have read and understand the contents of this Stipulation for Entry of Judgment (this "Stipulation").

5.    That this Stipulation shall be filed immediately upon its execution.

6.    This Stipulation may be signed in counterparts, all of which when taken together shall constitute the agreement of the Parties hereto.  A photocopy, facsimile or email signature to this Stipulation shall be deemed as an original signature for any and all purposes.

Dated: June 28, 2016

| | |
|---|---|
| Of Counsel:<br><br>**BAKER & HOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Attention: Dean D. Hunt<br>Facsimile: (713) 751-1717 | **BAKER & HOSTETLER LLP**<br><br>By: */s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email:  ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*<br><br>*/s/ Barbara E. Greenberg*<br>Defendant Nathan Greenberg Revocable Trust dated 6/7/1973, as amended<br><br>*/s/ Barbara E. Greenberg*<br>Defendant Barbara E. Greenberg, solely in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and not individually<br><br><br>**RIEMER & BRAUNSTEIN, LLP**<br><br>By: */s/ Jeffrey D. Ganz*<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, New York 10036<br>Telephone: 617.880.3568<br>Facsimile: 617.692.3568<br>Jeffrey D. Ganz<br>Email: jganz@riemerlaw.com<br><br>*Attorneys for Defendants Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and Barbara E. Greenberg, solely in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and not individually* |

3

**Exhibit 1**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN GREENBERG REVOCABLE TRUST DATED 6/7/1973; and BARBARA E. GREENBERG, in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust Dated 6/7/1973,<br><br>    Defendants. | Adv. Pro. No. 10-04821 (SMB) |

## CONSENT JUDGMENT

**WHEREAS**, Irving H. Picard (the "Trustee") is the trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, substantively consolidated with the liquidation under chapter 7 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, of the estate of Bernard L. Madoff ("Madoff"), currently pending in United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") as Case No. 08-01789 (SMB);

**WHEREAS**, the Trustee is duly qualified to serve and act on behalf of the consolidated estate of BLMIS and Madoff;

**WHEREAS,** on or about December 1, 2010, the Trustee commenced the above-captioned adversary proceeding in the Bankruptcy Court, alleging, *inter alia*, that defendants Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and Barbara E. Greenberg, solely in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and not individually ("Defendants") received avoidable transfers in an amount aggregating Two Hundred Thousand United States Dollars ($200,000) (the "Avoidable Transfers") in connection with BLMIS Account No. 1EM298 (the "Trustee's Claims");

**WHEREAS,** on or about June 28, 2016, the Trustee and Defendants entered into a Stipulation for Entry of Judgment ("Stipulation"); and

**WHEREAS**, pursuant to the terms of the Stipulation, Defendants have consented to the entry of judgment against them (the "Consent Judgment") with respect to the Trustee's Claims and the Avoidable Transfers.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Subject to the terms of that certain Stipulation, and as set forth in the recitals above, the Consent Judgment is hereby entered in favor of the Trustee and against Defendants in the amount of $200,000 (the "Judgment Amount").

2. The Consent Judgment is defined and limited as set forth herein and by the terms of the Stipulation.

3. The undersigned represent that the respective parties have obtained the advice of counsel and are consenting and agreeing to all of the terms of this Consent Judgment freely and voluntarily.

4. The Clerk of Court shall enter this Consent Judgment on the Docket.

**AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE:**

**RIEMER & BRAUNSTEIN, LLP**

By: */s/ Jeffrey D. Ganz*
Times Square Tower
Seven Times Square, Suite 2506
New York, New York 10036
Telephone: 617.880.3568
Facsimile: 617.692.3568
Jeffrey D. Ganz
Email: jganz@riemerlaw.com

*Attorneys for Defendants Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and Barbara E. Greenberg, solely in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust dated 6/7/1973, as amended, and not individually*

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**SO ORDERED**

This **28th** day of **June,** 201**6**

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**JUDGMENT IS HEREBY ENTERED** in accordance with the terms of the foregoing:

_____

Clerk of the Court