BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Andrew W. Reich

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>Defendants. | Adv. Pro. No. 10-05394 (SMB) |

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS AND PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the hearing on Defendants' Motion to Dismiss (ECF Nos. 68-71) has been adjourned from July 27, 2016 to **September 28, 2016 at 10:00 a.m.**.

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference in the above-referenced adversary proceeding has been adjourned from July 27, 2016 to **September 28, 2016 at 10:00 a.m**.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing and pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
June 29, 2016

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By: /s/Andrew W. Reich | By: /s/Richard E. Signorelli |
| 45 Rockefeller Plaza | 799 Broadway, Suite 539 |
| New York, New York 10111 | New York, New York 10003 |
| Telephone: 212.589.4200 | Telephone: 212.254.4218 |
| Facsimile: 212.589.4201 | Facsimile: 212.254.1396 |
| David J. Sheehan | Richard E. Signorelli |
| Email: dsheehan@bakerlaw.com | Email: rsignorelli@aol.com |
| Keith R. Murphy | Email: rsignorelli@nyclitigator.com |
| Email: kmurphy@bakerlaw.com | |
| Andrew W. Reich | *Attorneys for Defendants* RICHARD M. GLANTZ, *individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz-Ostrin Trust I, and the Glantz-Ostrin Trust II, and as executor of the Estate of Edward R. Glantz and the Estate of Thelma Glantz;* ELAINE OSTRIN, *individually and as trustee of the Edward R. Glantz Living Trust;* THE RICHARD M. GLANTZ 1991 LIVING TRUST; THE EDWARD R. GLANTZ LIVING TRUST; THE ESTATE OF EDWARD R. GLANTZ; THE THELMA GLANTZ LIVING TRUST; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST I; THE GLANTZ- |
| Email: areich@bakerlaw.com | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

*OSTRIN TRUST II; AUSTIN BOSARGE; GRACE & COMPANY; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; THE GLANTZ FAMILY FOUNDATION, INC; MERLIN & ASSOCIATES, LTD.; ENHANCEMENT GROUP; LAKEVIEW INVESTMENT, LP; and VISTA MANAGEMENT CO.*