**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> MERITZ FIRE & MARINE INSURANCE CO. LTD., <br><br> Defendant. | Adv. Pro. No. 11-02539 (SMB) |

<u>**STIPULATION SUBSTITUTING COUNSEL**</u>

PLEASE TAKE NOTICE that, pursuant to Rule 2090-1 of the Local Bankruptcy Rules for

the Southern District of New York, the undersigned consent to the substitution of Sheppard Mullin

Richter & Hampton, LLP ("Sheppard Mullin") as counsel for Meritz Fire & Marine Insurance Co.

Ltd. ("Meritz") in place and stead of Steptoe & Johnson LLP in the above-captioned matters and that

such change of counsel is hereby effected.

PLEASE TAKE FURTHER NOTICE that all pleadings, notices, and other papers in this

matter should be served upon Meritz by causing their delivery to the Sheppard Mullin attorneys

below.

Dated: June 29, 2016

**SHEPPARD MULLIN**                          **STEPTOE & JOHNSON LLP**
**RICHTER & HAMPTON LLP**

*/s/ Seong H. Kim*                           */s/ Evan Glassman*
Seong H. Kim, Esq. (admitted *pro hac vice*)  Evan Glassman, Esq.
1901 Avenue of the Stars                     Steptoe & Johnson LLP
Suite 1600                                   1114 Avenue of Americas, 35th Floor
Los Angeles, CA  90067                       New York, NY 10036
Tel: (310) 228-3734                          Tel: (212) 506-3900
Fax: (310) 228-3935                          Fax: (212) 506-3950
E-mail: shkim@sheppardmullin.com             E-mail: eglassman@steptoe.com

and

Michael T. Driscoll, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: mdriscoll@sheppardmullin.com


**SO ORDERED.**

Dated: ____, 2016

_____
Honorable Stuart M. Bernstein
United States Bankruptcy Judge