**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Andrew W. Reich

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>HILLARY JENNER GHERTLER, as executrix of the Estate of Monte Ghertler, and in her individual capacity; and THE ESTATE OF MONTE GHERTLER,<br><br>    Defendants. | Adv. Pro. No. 10-04635 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, BakerHostetler LLP, and defendants Hillary Jenner Ghertler, as executrix of the Estate of Monte Ghertler, and in her individual capacity, and the Estate of Monte Ghertler, by and through their counsel, Albert K. Butzel, Esq. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed the Complaint in this action against Hillary Jenner Ghertler, as executrix of the Estate of Monte Ghertler, as trustee of the Trust Created U/W Monte Ghertler F/B/O Monte Ghertler's Grandchildren, and in her individual capacity, the Estate of Monte Ghertler, Louise Crawford, Caroline Ghertler Jacobson, and the Trust Created U/W Monte Ghertler F/B/O Monte Ghertler's Grandchildren (ECF No. 1).

2. On April 29, 2011, the Trustee filed a Stipulation and Order dismissing without prejudice the Trust Created U/W Monte Ghertler F/B/O Monte Ghertler's Grandchildren and Hillary Jenner Ghertler solely in her capacity as Trustee (ECF No. 5).

3. On May 31, 2013, the Trustee filed a Stipulation and Order dismissing with prejudice defendant Caroline Ghertler Jacobson (ECF No. 23).

4. On May 31, 2013, the Trustee filed a Stipulation and Order dismissing with prejudice defendant Louise Crawford (ECF No. 24).

5. On May 15, 2014, the remaining defendants, Hillary Jenner Ghertler, individually and as executrix of the Estate of Monte Ghertler, and the Estate of Monte Ghertler, served an answer on the Trustee.

6.      Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181 in Adv. Pro. No. 08-01789 (SMB)], the Parties entered into a Settlement Agreement and Release effective June 23, 2016.

7.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against defendants in the above-captioned adversary proceeding and of the adversary proceeding.

8.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

9.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 29, 2016

**BAKER & HOSTETLER LLP**
By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Andrew W. Reich
Email: areich@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

3

ALBERT K. BUTZEL LAW OFFICES

By: <u>*s/ Albert K. Butzel*</u>
249 West 34th Street, Ste. 400
New York, NY 10001
Tel: 212-643-0375
Albert K. Butzel
Email: akbutzel@gmail.com

*Attorneys for Defendants Hillary Jenner Ghertler, individually and as executrix of the Estate of Monte Ghertler, and the Estate of Monte Ghertler*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: June 29th, 2016
New York, New York

4