**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FARBER INVESTMENTS, INC.; ISSIE FARBER; and SANDRA FARBER,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 10-04632 (SMB) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS AND DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE IN ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses Counts Two through Six of the Complaint with prejudice. The Trustee dismisses Count Seven of the Complaint without prejudice to refiling. This Notice shall have no effect on or application to the Trustee's remaining claims in Count One of the Complaint. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss claims and defendants in this adversary proceeding without further order of the Court by filing this Notice of Dismissal. As of the date hereof, defendants Farber Investments, Inc., Issie Farber, and Sandra Farber have not filed or served an answer or a motion for summary judgment.

Upon the dismissal of defendants Issie Farber and Sandra Farber, the caption of the above-referenced adversary proceeding is hereby amended and shall appear as indicated in Exhibit A to this Notice.

Dated: New York, New York　　　　　Respectfully submitted,
　　　　June 30, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**　　　　　　*/s/ Nicholas J. Cremona*
811 Main Street, Suite 1100　　　　　　**BAKER & HOSTETLER LLP**
Houston, Texas 77002-0518　　　　　　45 Rockefeller Plaza
Telephone: 713.751.1600　　　　　　　New York, New York 10111
Facsimile: 713.751.1717　　　　　　　Telephone: (212) 589-4200
Dean D. Hunt　　　　　　　　　　　Facsimile: (212) 589-4201
Email: dhunt@bakerlaw.com　　　　　David J. Sheehan
　　　　　　　　　　　　　　　　Email: dsheehan@bakerlaw.com
　　　　　　　　　　　　　　　　Nicholas J. Cremona
　　　　　　　　　　　　　　　　Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*