**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERWOOD FRIEND,<br><br>    Defendant. | Adv. Pro. No. 10-04747 (SMB) |

## TRUSTEE'S REQUEST TO ENTER DEFAULT

To:   CLERK OF THE COURT
      UNITED STATES BANKRUPTCY COURT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, respectfully requests that the Clerk of the Court issue a Certificate of Default against Defendant Sherwood Friend, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7055-1, for failure to plead or otherwise defend the above-captioned action as it fully appears from the Court file and from the attached Affidavit.

**WHEREFORE,** the Trustee respectfully requests that this Court grant the Trustee's Motion in its entirety and provide for such other relief as this Court deems just and proper.

Dated: New York, New York  　　　　　　　　　Respectfully submitted,
　　　　June 30, 2016

Of Counsel:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**　　　　　　　　**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100　　　　　　　　　45 Rockefeller Plaza
Houston, Texas 77002-0518　　　　　　　　　New York, New York 10111
Telephone: 713.751.1600　　　　　　　　　　Telephone: (212) 589-4200
Facsimile: 713.751.1717　　　　　　　　　　Facsimile: (212) 589-4201
Dean D. Hunt　　　　　　　　　　　　　　　David J. Sheehan
Email: dhunt@bakerlaw.com　　　　　　　　Email: dsheehan@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　　Nicholas J. Cremona
　　　　　　　　　　　　　　　　　　　　　　Email: ncremona@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　　Dean D. Hunt
　　　　　　　　　　　　　　　　　　　　　　Email: dhunt@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Esq., Trustee for the*
　　　　　　　　　　　　　　　　　　　　　　*Substantively Consolidated SIPA Liquidation of*
　　　　　　　　　　　　　　　　　　　　　　*Bernard L. Madoff Investment Securities LLC*
　　　　　　　　　　　　　　　　　　　　　　*And the Estate of Bernard L. Madoff*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>Sherwood Friend,<br><br>        Defendant. | Adv. Pro. No. 09-1154 (SMB) |

**AFFIDAVIT SUPPORTING ENTRY OF DEFAULT**

STATE OF TEXAS    )
                              ) ss:
COUNTY OF HARRIS  )

      Farrell Hochmuth, being duly sworn, hereby attests as follows:

1. I was admitted pro hac vice into this Court and a partner at the firm of Baker & Hostetler LLP, which is counsel for Irving H. Picard ("Trustee"), Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA") and the estate of Bernard L. Madoff, individually.

2. On December 1, 2010, the Trustee commenced this adversary proceeding by filing a complaint (the "Complaint") against Sherwood Friend ("Defaulting Defendant"). (Dkt. No. 1). The Complaint asserted claims pursuant to sections 78fff(b), 78FFF-1(a) and 78fff-2(c)(3) of SIPA, sections 544, 548(a), 550(a), and 551 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., and other applicable law, seeking the avoidance and recovery of fraudulent transfers in connection with certain transfers of property by BLMIS to or for the benefit of Defaulting Defendant. (Id.).

3. On February 8, 2011, the Clerk of this Court issued a summons upon Defaulting Defendant. (Dkt. No. 4).

4. On February 9, 2011, the Trustee, in accordance with Bankruptcy Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, timely served the Summons and Complaint upon Defaulting Defendant. (See Dkt. No. 5). An Affidavit of Service evidencing proper and timely service was filed with the Court. (See Ex. A, Affidavit of Service; Dkt. No. 5).

5. Pursuant to the Order (1) Establishing Litigation Case Management Procedures For Avoidance Actions And (2) Amending The February 16, 2010 Protective Order governing the litigation of certain avoidance actions, including this adversary

2

proceeding, the time by which Defaulting Defendant may answer or otherwise move with respect to the Complaint was set to expire on June 10, 2011. (*See* Dkt. No. 9).

6. On May 30, 2011, the Trustee and Defaulting Defendant stipulated and agreed that the time by which Defaulting Defendant may answer or otherwise respond to the Complaint would be July 11, 2011. The Trustee filed a Notice of Extension with this Court on May 30, 2011. (*See* Dkt. No. 9).

7. Despite being duly served with the Summons and Complaint and being given an extension to answer or otherwise respond to the Complaint, Defaulting Defendant did not file an answer, move, or otherwise respond to the Complaint on or before July 11, 2011.

8. On May 26, 2016, the Trustee filed a Notice of Voluntary Dismissal with Prejudice of Certain Claims in Adversary Proceeding, dismissing Counts Two through Seven of the Complaint.

9. Upon information and belief, Defaulting Defendant is neither an infant nor incompetent.

10. On June 27, 2016, I performed a search on the Department of Defense Manpower Data Center (DMDC). Upon searching the information data banks of DMDC, the DMDC does not possess any information indicating that Defendant is currently on active duty as to all branches of the Military.

11. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

_____
Farrell Ann Hochmuth

3

SUBSCRIBED AND SWORN to before me this 30th day of June 2016.

*[signature: Mandy Van Horn]*
Notary Public

*[Notary stamp: MANDY VAN HORN, 124232250, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES JUNE 13, 2018]*

My Commission Expires:

Notary Public

4

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

           Debtor.

Case No. 09-11893 (BRL)

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

           Plaintiff,

v.

NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Sherwood Friend; and SHERWOOD FRIEND,

           Defendants.

Adv. Pro. No. 10-04747 (BRL)

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK  )

I, Minelik Shimellis declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 8th day of February, 2011, I caused a true and accurate copy of the:

    (i)    "Complaint", along with the relevant exhibits (Docket No. 1); and the

300108860

(ii) "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (Docket No. 2); and the

(iii) "Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 4); and the

(iv) "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

(v) "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

(vi) "Second Amended Notice of Omnibus Avoidance Action Hearing Dates".

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of February, 2011 at New York, New York.

By _____
Minelik Shimellis

Sworn before me this
8th day of February, 2011

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

300108860

SHERWOOD FRIEND
    SHERWOOD FRIEND
    OAK BROOK IL 60523

    000741 004760

    SHERWOOD FRIEND
    BOCA RATON FL 33434

    000741 004761

NTC & CO.
    THOMAS J. SCHELL
    BRYAN CAVE LLP
    1290 AVENUE OF THE AMERICAS
    NEW YORK NY 10104

    Counsel  - 003191 012157