Brian J. Neville (BN 8251)
Barry R. Lax (BL 1302)
LAX & NEVILLE, LLP
14502 Broadway, 35th Floor
New York, NY 10018
Tel: (212) 696-1999
Fax: (212) 566-4531

*Attorneys for Kenneth Citron*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| | : | |
| SECURITIES INVESTOR PROTECTION | : | SIPA LIQUIDATION |
| CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 09-01789 (BRL) |
| v. | : | |
| | : | |
| | : | |
| BERNARD L. MADOFF INVESTMENT | : | |
| SECURITIES LLC, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

### MOTION TO REDACT

1.      Pursuant to 11 USC §§ 105(a) and 107(c), the Trust for the Benefit of the

Children of Leslie B. Citron ("Citron Children's Trust"), by and through its attorneys Lax &

Neville LLP, submits this motion to redact.

2.      On May 18, 2016, the Trust filed an opposition to the Trustee's Determination of

Claim on behalf of the Citron Children's Trust.  (Doc. 13,366.)  The Trustee's Determination of

Claim and a copy of a check submitted in support of the determination were attached as Exhibit

A.

3.      The scanned check displayed a financial account number.   This personal

identifier should have been redacted pursuant to Rule 9037 of the Federal Rules of Bankruptcy.

4.      Lax & Neville hereby request that Exhibit A to Doc. 13,366 be replaced with the

redacted version attached hereto, which does not contain scanned check and is otherwise

identical to the original.  Trustee's counsel has no objection to the redaction.

**s/ Barry R. Lax**
LAX & NEVILLE, LLP
Brian J. Neville (BN 8251)
Barry R. Lax (BL 1302)
1450 Broadway, 35th Floor
New York, NY 10018
Tel: (212) 696-1999
Fax: (212) 566-4531

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2016, I caused a copy of the foregoing Motion to Redact to be filed via ECF to all counsel of record.

> **s/ Barry R. Lax**
> LAX & NEVILLE, LLP
> 1450 Broadway, 35th Floor
> New York, NY 10018
> Tel: (212) 696-1999
> Fax: (212) 566-4531