**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN SCHIFF,<br><br>        Defendant. | Adv. Pro. No. 10-04502 (SMB) |

08-01789-cgm    Doc 13589    Filed 07/01/16    Entered 07/01/16 09:10:39    Main Document
                                           Pg 2 of 4

## STIPULATION FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and Steven Schiff ("Defendant"), by and through his counsel, Howard Kleinhendler (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against Defendant.

2. On August 17, 2015, Defendant filed and served the Answer to the Complaint on the Trustee.

3. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on March 28, 2016.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default under the terms of the Settlement Agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7.    The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: June 30, 2016
      New York, New York

| **BAKER & HOSTETLER LLP** | **WACHTEL MISSRY, LLP** |
|---|---|
| By: *s/* Nicholas J. Cremona | By: /s/ Howard Kleinhendler |
| 45 Rockefeller Plaza | One Dag Hammarskjold Plaza |
| New York, New York 10111 | 885 Second Avenue |
| Telephone: (212) 589-4200 | New York, NY 10017 |
| Facsimile: (212) 589-4201 | Telephone: 212.909.9500 |
| David J. Sheehan | Facsimile: 212.909.9417 |
| Email: dsheehan@bakerlaw.com | Howard Kleinhendler |
| Nicholas J. Cremona | Email: hkleinhendler@wmllp.com |
| Email: ncremona@bakerlaw.com | Sara Spiegelman |
|  | Email: sspiegelman@wmllp.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendant* |

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002-6111
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

                          SO ORDERED

                          /s/ STUART M. BERNSTEIN

Dated: June 30th, 2016       Hon. Stuart M. Bernstein
New York, New York       United States Bankruptcy Judge