UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT AUERBACH REVOCABLE TRUST dtd 6/29/05;<br><br>JOYCE C. AUERBACH REVOCABLE TRUST dtd 6/29/05; and<br><br>JOYCE C. AUERBACH, individually, as Trustee of the Robert Auerbach Revocable Trust dtd 6/29/05, and as Trustee of the Joyce C. Auerbach Revocable Trust dtd 6/29/05, and as Personal Representative of the Estate of Robert Auerbach,<br><br>        Defendants. | Adv. Pro. No. 10-04891 (SMB) |

**STIPULATION FOR ENTRY OF SCHEDULING ORDER**

  **WHEREAS**, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act and the substantively consolidated estate of Bernard L. Madoff individually, and defendants (i) Robert Auerbach Revocable Trust dtd 6/29/05, (ii) Joyce C. Auerbach Revocable Trust dtd 6/29/05, and (iii) Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, as Trustee of the Joyce C. Auerbach Revocable Trust, and as Personal Representative of the Estate of Robert Auerbach (collectively, "Defendants"), by and through their respective counsel, met and conferred regarding the following schedule.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendants, as follows:

1. The deadline for Trustee to file a Motion for Summary Judgment is August 12, 2016.

2. The deadline for Defendants to respond to the Trustee's Motion for Summary Judgment is September 23, 2016.

3. The deadline for the Trustee to reply to Defendants' response to Trustee's Motion for Summary Judgment is October 14, 2016.

4. The Trial of this matter, set for August 3, 2016, and all related deadlines are stayed pending a ruling from the Court on the Trustee's Motion for Summary Judgment.

5. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and no rights or defenses are waived by entering into this Stipulation.

6. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 30, 2016
       New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

and

811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1346
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**FOLKENFLIK & MCGERITY LLP**

By: /s/ *Max Folkenflik*
1500 Broadway, 21st Floor
New York, New York 10036
Telephone: 212.757.0400
Facsimile: 212.757.2010
Max Folkenflik
Email: max@fmlaw.net

*Attorneys for Defendants Robert Auerbach Revocable Trust dtd 6/29/05, Joyce Auerbach Revocable Trust 6/29/05, and Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust dtd 6/29/05, as Trustee of the Joyce Auerbach Revocable Trust 6/29/05, and as Personal Representative of the Estate of Robert Auerbach*

**SO ORDERED**

**/s/ STUART M. BERNSTEIN**
**Dated: June 30th, 2016**            **HON. STUART M. BERNSTEIN**
**New York, New York**                **UNITED STATES BANKRUPTCY JUDGE**