**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No: 10-13164 (SMB)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br>-against-<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br>-against-<br><br>MERITZ FIRE & MARINE INSURANCE COMPANY, LTD.<br><br>        Defendants. | Adv. Pro. No. 10-03507 |

## STIPULATION SUBSTITUTING COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 2090-1 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned consent to the substitution of Sheppard Mullin Richter & Hampton, LLP ("Sheppard Mullin") as counsel for Meritz Fire & Marine Insurance Co. Ltd. ("Meritz") in place and stead of Steptoe & Johnson LLP in the above-captioned matters and that such change of counsel is hereby effected.

PLEASE TAKE FURTHER NOTICE that Meritz was notified of and consents to the substitution of counsel described in the paragraph above.

PLEASE TAKE FURTHER NOTICE that all pleadings, notices, and other papers in this matter should be served upon Meritz by causing their delivery to the Sheppard Mullin attorneys below.

Dated: July 1, 2016

| **SHEPPARD MULLIN RICHTER & HAMPTON LLP** | **STEPTOE & JOHNSON LLP** |
|---|---|
| */s/ Seong H. Kim* <br> Seong H. Kim, Esq. (admitted *pro hac vice*) <br> 1901 Avenue of the Stars <br> Suite 1600 <br> Los Angeles, CA  90067 <br> Tel: (310) 228-3734 <br> Fax: (310) 228-3935 <br> E-mail: shkim@sheppardmullin.com | */s/ Evan Glassman* <br> Evan Glassman , Esq. <br> Steptoe & Johnson LLP <br> 1114 Avenue of the Americas, 35th Floor <br> New York, NY 10036 <br> Tel: (212) 506-3900 <br> Fax: (212) 506-3950 <br> E-mail: eglassman@steptoe.com |

and

Michael T. Driscoll, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: mdriscoll@sheppardmullin.com

**SO ORDERED.**

Dated: July 5th, 2016

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
United States Bankruptcy Judge