# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>          v.<br><br>COHMAD SECURITIES CORPORATION, MARCIA B. COHN INDIVIDUALLY AND IN HER CAPACITY AS CO-EXECUTOR OF THE ESTATE OF MAURICE COHN AND CO-EXECUTOR OF THE ESTATE OF MILTON S. COHN, ALVIN J. DELAIRE, JR., THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, JONATHAN GREENBERG, MORTON KURZROK, LINDA SCHOENHEIMER MCCURDY, RICHARD SPRING, ROSALIE BUCCELLATO, SHERRY GAINES IN HER CAPACITY AS CO-EXECUTOR OF THE ESTATE OF MILTON S. COHN, MARILYN COHN INDIVIDUALLY AND IN HER CAPACITY AS CO-EXECUTOR OF THE ESTATE OF MAURICE COHN, JANE M. DELAIRE A/K/A JANE DELAIRE | Adv. Pro. No. 09-01305 (SMB) |

HACKETT, CAROLE DELAIRE, EDWARD H
KOHLSCHREIBER, EDWARD H
KOHLSCHREIBER SR REV MGT TRUST,
JOYCE BERMAN INDIVIDUALLY AND IN
HER CAPACITY AS EXECUTOR OF THE
ESTATE OF STANLEY MERWIN BERMAN
A/K/A STANLEY M. BERMAN, S & J
PARTNERSHIP, ESTATE OF JANET JAFFIN,
MILTON COOPER IN HIS CAPACITY AS
TRUSTEE OF THE JANET JAFFIN
DISPOSITIVE TRUST AND AS CO-
EXECUTOR OF THE ESTATE OF JANET
JAFFIN, MATTHEW GREENBERG, AS CO-
EXECUTOR OF THE ESTATE OF JANET
JAFFIN, LOIS LEVINE AS CO-EXECUTOR OF
THE ESTATE OF JANET JAFFIN, THE SPRING
FAMILY TRUST, JEANNE T. SPRING TRUST,
and ELIZABETH M. MOODY,

Defendants.