**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

Hearing Date: July 27, 2016
Hearing Time: 10:00 a.m.

Objection Date: July 20, 2016

*Attorneys for Defendants on Exhibit A annexed hereto*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DEFENDANTS LISTED ON EXHIBIT A TO NOTICE OF MOTION<br><br>　　　　　　　　　　Defendants. | |

**NOTICE OF MOTION FOR AN ORDER
<u>AUTHORIZING THE DEPOSITION OF BERNARD L. MADOFF</u>**

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration

{00021268 1 }

of Helen Davis Chaitman, and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Defendants listed on Exhibit A annexed hereto by their undersigned counsel, will move for an order authorizing the deposition of Bernard L. Madoff pursuant to Fed. R. Civ. P. 30(a)(2)(B) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on July 27, 2016 at 10:00 a.m.

Dated: New York, New York
       July 7, 2016

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
    Helen Davis Chaitman
    Gregory M. Dexter
    465 Park Avenue
    New York, New York 10022
    Phone & Fax: 888-759-1114
    hchaitman@chaitmanllp.com
    gdexter@chaitmanllp.com

    *Attorneys for Defendants listed on Exhibit A annexed hereto*

{00021268 1 }