# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | |
| Plaintiff, | |
| v. | |
| DEFENDANTS LISTED ON EXHIBIT A TO NOTICE OF MOTION | |
| Defendants. | |

## PROPOSED ORDER AUTHORIZING THE DEPOSITION OF BERNARD L. MADOFF

**THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for the Defendants listed on Exhibit A to the Notice of Motion ("Defendants"), with respect to the Defendants' Motion for leave to take the deposition of Bernard L. Madoff pursuant to Fed. R. Civ. P. 30(a)(2)(B); and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

The Defendants, through their attorneys Chaitman LLP, are authorized to take the

{00021294 1 }

deposition of Bernard L. Madoff on the following topics:

1. The trading activities of Madoff's market making and proprietary trading units during the period prior to January 1, 1992;

2. The trading activities for Madoff's investment advisory customers prior to January 1, 1992;

3. The number of employees, profitability, and revenue-generating activities of each Madoff unit in the period prior to January 1, 1992;

4. The proportion and division of legitimate and illegitimate activities of Madoff's operations, including, *inter alia,* when Madoff began operating a "Ponzi" scheme;

5. The record-keeping procedures of each unit of Madoff's operations;

6. Questions specific to each Defendant's relationship with Madoff; and

7. Any topics incidental to the above.


New York, New York
Dated:

                                      Hon. Stuart M. Bernstein
                                      United States Bankruptcy Judge

{00021294 1 }