| | |
|---|---|
| **CHAITMAN LLP**<br>Helen Davis Chaitman<br>Gregory M. Dexter<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: 888-759-1114<br>hchaitman@chaitmanllp.com<br>gdexter@chaitmanllp.com | Hearing Date: July 27, 2016<br>Hearing Time: 10:00 a.m.<br><br>Objection Date: July 20, 2016 |

*Attorneys for Defendants on Exhibit A annexed hereto*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>                                      Plaintiff,<br>v.<br>DEFENDANTS LISTED ON EXHIBIT A TO NOTICE OF MOTION<br>                                      Defendants. | |

## DECLARATION OF HELEN DAVIS CHAITMAN

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner with Chaitman LLP, counsel to Defendants on Exhibit A to the Notice of Motion ("Defendants"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in support of Defendants' motion for an order authorizing the deposition of Bernard L. Madoff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Transcript of Proceedings held on June 20, 2016, before Hon. Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the Transcript of Proceedings held on May 17, 2016, before Hon. Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York.

5. Attached hereto as **Exhibit C** is a true and accurate copy of the Transcript of Proceedings held on February 24, 2016, before Hon. Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

{00021295 1 }

|  |  |
|---|---|
| Dated: New York, New York<br>July 7, 2016 | **CHAITMAN LLP** |
|  | By: /s/ *Helen Davis Chaitman*<br>Helen Davis Chaitman<br>Gregory M. Dexter<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: (888)-759-1114<br>hchaitman@chaitmanllp.com<br>gdexter@chaitmanllp.com<br><br>*Attorneys for the Defendants listed on Exhibit A to Notice of Motion* |

{00021295 1 }