**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04681 (SMB) |
| Plaintiff, | |
| v. | |
| ELI N. BUDD, | |
| Defendant. | |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 1, 2010, [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on July 5, 2016 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 35], wherein the Trustee and Defendant (the "Parties") jointly agreed to enter mediation upon completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Deborah A. Reperowitz, from the law firm of McGlinchey Stafford, to act as Mediator in this matter.  The Parties further agree to contact Ms. Reperowitz as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated:        New York, New York
              July 8, 2016

| | |
|---|---|
| */s/ Nicholas J. Cremona* | /s/ *Marvin C. Ingber* |
| Baker & Hostetler LLP | Marvin C. Ingber |
| 45 Rockefeller Plaza | Attorney and Counselor at Law |
| New York, NY 10111 | 6705 Apache Road |
| Telephone: (212) 589-4200 | Edina, Minnesota 55439-1001 |
| Facsimile: (212) 589-4201 | Telephone: (612) 327-8378 |
| David J. Sheehan | Marvin C. Ingber |
| Email: dsheehan@bakerlaw.com | Email: mcingber@comcast.net |
| Nicholas J. Cremona | |
| Email:  ncremona@bakerlaw.com | /s/ *Robert M. McClay* |
| Dean D. Hunt | McClay Alton, P.L.L.P. |
| Email: dhunt@bakerlaw.com | 951 Grand Avenue |
| | St. Paul, Minnesota 55105 |
| *Attorneys for Irving H. Picard, Trustee for the* | Telephone: (651) 290-0301 |
| *Substantively Consolidated SIPA Liquidation* | Facsimile: (651) 290-2502 |
| *of Bernard L. Madoff Investment Securities* | Robert M. McClay |
| *LLC and the Estate of Bernard L. Madoff* | E-mail: law@mcclay-alton.com |
| | |
| | *Attorneys for Defendant Eli N. Budd* |