**Baker & Hostetler** LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04901 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF GLADYS CASH; and CYNTHIA J. GARDSTEIN, in her individual capacity and in her capacity as Personal Representative of the Estate of Gladys Cash, | |
| Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and

defendants the Estate of Gladys Cash and Cynthia J. Gardstein, in her individual capacity and in

her capacity as Personal Representative of the Estate of Gladys Cash ("Defendants"), by and

through their counsel, Meister Seelig & Fein, LLP (collectively, the "Parties"), hereby stipulate

and agree to the following:

1.      On December 2, 2010, the Trustee filed and served the Complaint against

Defendants.

2.      On January 17, 2014, Defendants served an answer on the Trustee.

3.      Pursuant to the Settlement Procedures Order, entered by this Court on November

12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on April

15, 2016.

4.      Pursuant to the terms of the Settlement Agreement and Release, and in

accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil

Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's

claims against Defendants in the above-captioned adversary proceeding and dismissing the

adversary proceeding.

5.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6.     This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  July 11, 2016

       New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Email:  dhunt@bakerlaw.com
Farrell A. Hochmuth
Email:  fhochmuth@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
for the Estate of Bernard L. Madoff*

**MEISTER SEELIG & FEIN LLP**

By: */s/ Christopher J. Major*
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 65-3579
Christopher J. Major
Email: cjm@msf-law.com

*Attorneys for Estate of Gladys Cash and Cynthia J.
Gardstein, in her individual capacity and in her
capacity as Personal Representative of the Estate of
Gladys Cash*

**SO ORDERED**

**Dated: <u>July 12th</u> , 2016**
**New York, New York**

**<u>/s/ STUART M. BERNSTEIN</u>**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**
