**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Lauren J. Resnick
Jimmy Fokas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RUTH MADOFF,<br><br>    Defendant. | Adv. Pro. No. 09-01391 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Defendant Ruth Madoff ("Defendant") may move, answer or otherwise respond to the Trustee's complaint (the "Complaint") filed in the above-captioned case (Adv. Pro. No. 09-01391 (SMB)) is extended up to and including September 28, 2016.

The purpose of this stipulated extension (the "Stipulation") is to provide additional time for Defendant to answer, move against, or otherwise respond to the Complaint. Nothing in this Stipulation is a waiver of the Defendant's right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 13601) in the above-captioned case (No. 08-01789 (SMB)).

Dated: July 12, 2016

| | |
|---|---|
| BAKER & HOSTETLER LLP<br><br>By: */s/ David J. Sheehan*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Lauren J. Resnick<br>Email: lresnick@bakerlaw.com<br>Jimmy Fokas<br>Email: jfokas@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br><br>By: */s/ Peter Chavkin*<br>666 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 692-6231<br>Facsimile: (212) 983-3115<br>Peter Chavkin<br>Email: pchavkin@mintz.com<br>Bridget Rohde<br>Email: brohde@mintz.com<br><br>*Attorneys for Defendant Ruth Madoff* |

3