**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04599 (SMB) |
| Plaintiff, | |
| v. | |
| ALVIN E. SHULMAN, | |

Defendant.

**STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT**

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against Alvin Shulman; and

**WHEREAS**, Alvin Shulman died on February 26, 2016.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Alan Goldberg in his capacity as Personal Representative of the Estate of Alvin Shulman, as follows:

1. The Estate of Alvin E. Shulman[1] (the "Estate"), and Alan Goldberg, in his capacity as Personal Representative of the Estate ("Defendants"), are hereby substituted into this action in place of Alvin Shulman, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2. The Clerk of the Court is hereby directed to amend the caption to remove Alvin Shulman and substitute the Estate of Alvin E. Shulman and Alan Goldberg, in his capacity as Personal Representative of the Estate, as reflected on Exhibit A to this Stipulation.

3. Undersigned counsel for the Estate, and Alan Goldberg in his capacity as Personal Representative of the Estate: (i) expressly represents that she has the authority to accept service

---

[1] The Estate of Alvin E. Shulman, Court File No. 2016-*001829 CP02 in the Circuit Court for Miami-Dade County, Florida, Probate Division.

of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: July 12, 2016

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

/s/ Nicholas J. Cremona
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**CHAITMAN, LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
Email: Hchaitman@chaitmanllp.com
**Chaitman LLP**
465 Park Avenue
New York, NY 10022
Telephone: (908) 303-4568
Fax: (888) 759-1114

*Attorney for Defendant Alvin Shulman*


SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: July 12th, 2016          HON. STUART M. BERNSTEIN
New York, New York              UNITED STATES BANKRUPTCY JUDGE