**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN SCHEMEN FRADIN REVOCABLE AGREEMENT OF TRUST DATED 5/23/2000 and<br><br>SUSAN SCHEMEN FRADIN, individually, as beneficiary and as trustee of the Susan Schemen Fradin Revocable Agreement of Trust Dated 5/23/2000, | Adv. Pro. No. 10-04525 (SMB) |

300395164.1

|  Defendants. |
|---|

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including September 6, 2016.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: July 8, 2016

| | |
|---|---|
| /s/Keith R. Murphy | /s/Andrew Hanrahan |
| Baker & Hostetler LLP | Willkie Farr & Gallagher LLP |
| 45 Rockefeller Plaza | 787 7th Avenue |
| New York, NY 10111 | New York, NY 10019 |
| Telephone: (212) 589-4200 | Telephone: (212) 728-8203 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 728-9203 |
| David J. Sheehan | Joseph T. Baio |
| Email: dsheehand@bakerlaw.com | Email: jbaio@wilkie.com |
| Keith R. Murphy | Andrew Hanrahan |
| Email: kmurphy@bakerlaw.com | Email: ahanrahan@willkie.com |
| Tatiana Markel | |
| Email: tmarkel@bakerlaw.com | *Attorneys for SUSAN SCHEMEN FRADIN REVOCABLE AGREEMENT OF TRUST DATED 5/23/2000 and SUSAN SCHEMEN FRADIN, individually, as beneficiary and as trustee of the Susan Schemen Fradin Revocable Agreement of Trust Dated 5/23/2000,* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |