**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

Hearing Date: July 27, 2016
Hearing Time: 10:00 a.m.

Objection Date: July 20, 2016

*Attorneys for Defendants on Exhibit A annexed to the Notice of Motion*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br> Plaintiff, <br><br> v. <br><br> DEFENDANTS LISTED ON EXHIBIT A TO NOTICE OF MOTION <br><br> Defendants. | |

## CERTIFICATE OF SERVICE

{000021381 1 }

I hereby certify that on July 7, 2016, I caused a true and correct copy of the following documents:

- Notice of Motion for an Order Authorizing the Deposition of Bernard L. Madoff with Exhibit A [ECF No. 13603 and 13603-1];
- Proposed Order Authorizing the Deposition of Bernard L. Madoff [ECF No. 13603-2;
- Declaration of Helen Davis Chaitman with Exhibits A – C [ECF No. 13604 – 13604-3]; and
- Defendants' Memorandum of Law in Support of Motion for an Order Authorizing the Deposition of Bernard L. Madoff [ECF No. 13605].

to be served by electronic mail upon the party listed below:

> David Sheehan, Esq.
> dsheehan@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   July 12, 2016                                                       */s/ Helen Davis Chaitman*
         New York, New York                                                  Helen Davis Chaitman

{000021381 1 }