UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | X : | Adv. Proc. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : : : : | SIPA LIQUIDATION (Substantively Consolidated) |
| Debtor. | : : | |
| PERTAINS TO THE FOLLOWING CASE: | : : : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : : : : : | |
| Plaintiff, -v- | : : : : | Adv. Proc. No. 09-1182 (SMB) |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | : : : : : | |
| Defendants. | :: : : X | |

### FIFTEENTH AMENDED CASE MANAGEMENT PLAN

Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and the consolidated estate of Bernard L. Madoff, Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Defendants Ascot Fund Ltd., J. Ezra Merkin, and Gabriel Capital Corporation ("Defendants") (collectively, "Parties") in the above-captioned adversary proceeding, seek to modify the May 11, 2016, Fourteenth Amended Case Management Plan (ECF No. 315) pursuant to Fed. R. Civ. P. 16(a)(4), as incorporated by Fed. R. Bank. P. 7016.

1. <u>Pretrial Briefing and Disclosures:</u> The deadlines for pretrial briefing and disclosures will be agreed upon by the Parties at the time the Court issues a decision on

Defendants' Motions for Summary Judgment.  The first deadline will be set approximately 30 days after the Court's decision is entered.

      2.      <u>Final Pretrial Conference:</u>  The final pretrial conference will be held on a date and time scheduled by the Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

      3.      <u>Trial:</u>  Trial shall commence on a date and time scheduled by the Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.  The parties will seek to have the trial scheduled within approximately 4 months of the Court's decision on Defendants' motions for summary judgment.

SO ORDERED.

Dated: July 12th, 2016
      New York, New York                              **/s/ STUART M. BERNSTEIN**_____
                                                                 STUART M. BERNSTEIN
                                                                 United States Bankruptcy Judge