**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>GARY J. KORN, ROBERT KORN REVOCABLE TRUST, ROBERT KORN, JOAN KORN, and THE KORN FAMILY LIMITED PARTNERSHIP,<br><br>         Defendants. | Adv. Pro. No. 10-04429 (SMB) |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

   This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including September 30, 2016.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[*Remainder of This Page Intentionally Left Blank*]

Dated: New York, New York
July 13, 2016

| | |
|---|---|
| */s/ Dominic A. Gentile* | */s/ Michael S. Weinstein* |
| **Baker & Hostetler LLP** | **Golenbock Eiseman Assor Bell & Peskoe LLP** |
| 45 Rockefeller Plaza | 437 Madison Avenue |
| New York, NY 10111 | New York, New York 1022 |
| Telephone: (212) 589-4200 | Telephone: (212) 907-7300 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 754-0330 |
| David J. Sheehan | Jonathan L. Flaxer |
| Email: dsheehan@bakerlaw.com | Email: jflaxer@golenbock.com |
| Keith R. Murphy | Michael S. Weinstein |
| Email: kmurphy@bakerlaw.com | Email: mweinstein@golenbock.com |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | *Attorneys for Defendants Gary J. Korn, Robert Korn Revocable Trust, Robert Korn, Joan Korn, and The Korn Family Limited Partnership* |
| Dominic A. Gentile | |
| Email: dgentile@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*