**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>              v.<br><br>DANIEL STONE,<br><br>                              Defendant. | Adv. Pro. No. 10-05084 (SMB) |

# FIFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: March 30, 2016.

2. The Disclosure of Case-in-Chief Experts shall be due: November 14, 2016.

3. The Disclosure of Rebuttal Experts shall be due: December 14, 2016.

4. The Deadline for Completion of Expert Discovery shall be: January 13, 2017.

5. The Deadline for Service of a Notice of Mediation Referral shall be: January 20, 2017.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 3, 2017.

7. The Deadline for Conclusion of Mediation shall be: June 2, 2017.

300395174

Dated: July 13, 2016

| FREJKA PLLC | BAKER & HOSTETLER LLP |
|---|---|
| By: */s/ Jason S. Rappaport*_____ <br> 205 East 42nd Street – 20th Floor <br> New York, NY 10017 <br> Telephone: 212.641.0800 <br> Elise S. Frejka <br> Email: efrejka@frejka.com <br> Jason S. Rapport <br> Email: jrappaport@frejka.com <br><br> *Attorneys for Defendant* | By: */s/ Nicholas J. Cremona*_____ <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  212.589.4200 <br> Facsimile:  212.589.4201 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email:  ncremona@bakerlaw.com <br> Christa C. Turner <br> Email: cturner@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300395174