**File a Notice:**

12-01205-smb Irving H. Picard, Trustee for the Liquidation of B v. Multi-Strategy Fund Limited et al

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Thomas L. Long entered on 7/13/2016 at 1:18 PM and filed on 7/13/2016
**Case Name:**        Irving H. Picard, Trustee for the Liquidation of B v. Multi-Strategy Fund Limited et al
**Case Number:**      12-01205-smb
**Document Number:** 69

**Docket Text:**
Notice of Adjournment of Hearing /*Notice of Adjournment of the Pre-Trial Conference* filed by Thomas L. Long on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 9/28/2016 at 10:00 AM at Courtroom 723 (SMB) (Long, Thomas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\dwallace\Desktop\BK Filings\2016\Multi-Strategy Fund (12-01205) - Notice of Adjournment of PTC to Sept 2016.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/13/2016] [FileNumber=15399366-0]
[179acf3291e8c35e153466579077c6b6e856feda4998fb7a6358c5a6a461c5257a30
881b08efda4d2810e9f8404adde79014b1a3091524ec78df671acba1edee]]

**12-01205-smb Notice will be electronically mailed to:**

Gregory W. Fox on behalf of Defendant CDP Capital Tactical Alternative Investments
gfox@goodwinprocter.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
mhirschfield@bakerlaw.com,
nlandrio@bakerlaw.com;bhaa@bakerlaw.com;bhlitdocket@bakerlaw.com;mhirschfield@ecf.inforuptcy.com

Robert J. Lack on behalf of Defendant CDP Capital Tactical Alternative Investments
rlack@fklaw.com, vgarvey@fklaw.com,jshaw@fklaw.com

David J. Sheehan on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com