# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

July 13, 2016

**VIA ECF and FEDERAL EXPRESS**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    *In re Madoff (08-01789) – various Adv. Pro. Nos.*

Dear Judge Bernstein:

    This law firm represents the Gloria Jaffe Investment Partnership (the "Jaffe Partnership"). I write regarding the Trustee's Motion to Affirm his Determinations Denying Claims of Claimants Holding Interests in Palko Associates, Gloria Jaffe Investment Partnership, and the Miller Partnership (the "Motion").  (ECF No. 13538).

    The Notice of Motion clearly states that the claims at issue are being disallowed because "objecting Claimants are not 'customers' as such term is used at SIPA § 78*lll*(2). No other basis for claim denial other than the 'customer' issue will be dealt with in the current Motion." (ECF No. 13538). The Jaffe Partnership does not oppose the Motion. The Jaffe Partnership simply requests that any order entered based on the Motion be similarly as clear.

    Specifically, the Jaffe Partnership requests that a line be added to the Proposed Order that recites the above language from the Notice of Motion and also that makes clear that the Order does not affect the Jaffe Partnership's defenses in any clawback action.

    The Court's attention to this matter is most appreciated.

Yours respectfully,

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman Esq.

HDC/sh

{00021360 1 }

# CHAITMAN LLP

Honorable Stuart M. Bernstein
In re Madoff (08-01789) - Various Adv. Pro. Nos.
July 13, 2016
2

cc: David J. Sheehan (dsheehan@bakerlaw.com)
Seanna R. Brown (sbrown@bakerlaw.com)
Nicholas J. Cremona (ncremona@bakerlaw.com)
Jorian L. Rose (jrose@bakerlaw.com)
Amy E. Vanderwal (avanderwal@bakerlaw.com)
Stephanie A. Ackerman (sackerman@bakerlaw.com)

{00021360 1 }