BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>   v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as | Adv. Pro. No. 12-01565 (SMB) |

> represented by its liquidator Hanspeter Krämer,
>
> STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and
>
> STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.,
>
>                          Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for July 27, 2016 has been adjourned to **September 28, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: July 14, 2016
      New York, New York

                         By:    /s/ Thomas L. Long
                                Baker & Hostetler LLP
                                45 Rockefeller Plaza
                                New York, New York 10111
                                Telephone: 212.589.4200
                                Facsimile: 212.589.4201
                                David J. Sheehan
                                Email: dsheehan@bakerlaw.com
                                Thomas L. Long
                                Email: tlong@bakerlaw.com
                                Mark A. Kornfeld
                                Email: mkornfeld@bakerlaw.com

                                *Attorneys for Irving H. Picard, Trustee for the*
                                *Substantively Consolidated SIPA Liquidation*
                                *of Bernard L. Madoff Investment Securities LLC*
                                *and the Estate of Bernard L. Madoff*