UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Case No. 09-11893 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of DONALD J. WEISS, and DONALD J. WEISS,<br><br>Defendants. | Adv. Pro. No. 10-04558 (SMB) |

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO DISMISS

PLEASE TAKE NOTICE that the hearing on Defendants' motion to dismiss the Complaint has been adjourned to September 28, 2016 pending the mediation of this matter pursuant to Avoidance Procedure 2(D). If the mediation does not resolve the Avoidance Action, the motion to dismiss the Complaint will be heard on September 28, 2016.

6073960.1

Dated: July 14, 2016

/s/ Ronald L. Israel
Ronald L. Israel
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2045
Facsimile: (973) 530-2245
risrael@csglaw.com
Counsel for Defendants
NTC & Co. LLP and
Donald J. Weiss

6073960.1