| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>       Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>       Defendants. | Adv. Pro. No. 09-01239 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>       vs.<br><br>BARRENECHE, INC., *et al.*,<br><br> Defendants. | Adv. Pro. No. 12-01702 (SMB) |
| FAIRFIELD SENTRY LIMITED,<br><br>       Plaintiff,<br><br>       vs.<br><br>FAIRFIELD GREENWICH GROUP, *et al.*,<br><br> Defendants. | Adv. Pro. No. 10-03800 (SMB)<br><br>Related to Adv. Pro. No. 10-13164 (SMB) |

### ORDER AUTHORIZING O'SHEA PARTNERS LLP ATTORNEYS TO WITHDRAW AS COUNSEL FOR DEFENDANTS CORNELIS BOELE AND FORTUNA ASSET MANAGEMENT, INC.

Upon consideration of the Motion (the "**Motion**") of O'Shea Partners LLP, Sean F. O'Shea, Michael E. Petrella, and Marc D. Feingold for entry of an order pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York to withdraw as counsel of record for defendant Cornelis. Boele ("**Boele**") in above-captioned adversary proceedings Nos. 09-01239 (SMB) and 10-03800 (SMB) and as counsel of record for defendant Fortuna Asset Management, Inc. ("**Fortuna**" and, collectively with Boele, "**Defendants**") in above-captioned adversary proceeding No. 12-01702 (SMB), and the Declaration of Michael E. Petrella, dated June 23, 2016; **and the letter of Michael E. Petrella, dated July 13, 2016,** and due and sufficient notice of the Motion having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed or submitted in connection with the Motion; and after due deliberation and sufficient cause appearing therefor; it is hereby: **[SMB: 7/14/16]**

~~**ORDERED** that the Motion is granted; and it is further~~ **[SMB: 7/14/16]**

**ORDERED**, that O'Shea Partners LLP, Sean F. O'Shea, Michael E. Petrella, and Marc D. Feingold are granted leave to withdraw as counsel for Defendants and are hereby deemed removed as counsel for Defendants in these and any consolidated or related case; and it is further

**ORDERED**, that the Clerk of Courts and all parties in interest in this case are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
July 14th, 2016

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE