UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

Richard Roth (the "Claimant"), having filed objections (the "Objections", Docket Nos. 2271, 2448, 3525, & 3526) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims (Nos. 000710, 000711, and 009177), hereby gives notice that he withdraws such Objections.

Dated: July 7, 2016

                   _____
                   Joshua E. Keller on behalf of Richard Roth
                   Milberg LLP
                   One Pennsylvania Plaza, 50th Floor
                   New York, New York 10119
                   Tel.: (212) 946-9318
                   Fax: (212) 504-8142