**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br><br>                Plaintiff,<br><br>v.<br><br>IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br><br>                Plaintiff,<br><br><br>                v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR M. SISKIND; LINDA SOHN; NEAL M. GOLDMAN; ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY LEHRER; TRUST U/T/A 8/20/90; EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/T/A 8/20/90; and RONI L. STEIN,<br><br><br>                Defendants. | Adv. Pro. No. 10-05259 (SMB)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Terence W. McCormick, hereby certify that on this 15th day of July, 2016, I caused a true and correct copy of the foregoing Answers of Neal M. Goldman, Linda Sohn, Trust U/T/A 8/20/90, and Evelyn Fisher, individually and in her capacity as Trustee for Trust U/T/A 8/20/90 to be served upon the other parties to this proceeding by filing the foregoing documents through the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") for service upon registered users of the CM/ECF System, and by e-mail to the following e-mail addresses designated by counsel:

Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
*Counsel for Irving H. Picard, Trustee*

Elise S. Frejka (efrejka@frejka.com)
Jason S. Rappaport (jrappaport@frejka.com)
*Counsel for Stuart M. Stein, Arthur J. Feibus, Arthur M. Siskind, and Roni L. Stein*

Carole Neville (carole.neville@dentons.com)
*Counsel for Elaine Stein Roberts*

I further caused a paper copy of the same to be served by mail by delivering a true copy of the same in a properly addressed, pre-paid envelope into the custody of the United States Postal Service for first class mail delivery to each of Stanley I. Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS, and Eunice Chervony Lehrer, each at 7333 Morocca Lake Drive, Delray Beach, Florida 33446, and by additionally providing copies of the same to those defendants at their individual e-mail addresses, eunicelhrr1@gmail.com and slehrer226@gmail.com.

Dated:      New York, New York
            July 15, 2016

                                        /s/ Terence W. McCormick
                                        Terence W. McCormick