# EXHIBIT B

| | |
|---|---|
| **From:** | Bob McClay |
| **To:** | Hochmuth, Farrell |
| **Cc:** | Marvin Ingber; Beth Boldt; Jennifer Fink |
| **Subject:** | Trustee v. Pinto, et al |
| **Date:** | Friday, June 17, 2016 4:50:22 PM |

Farrell,

My office spent a large portion of yesterday and today on the Trustee's discovery requests. This effort notwithstanding I am unable to provide a date specific response of June 30. Monday and Tuesday we will be preparing for a court of appeals argument scheduled for Wednesday (6/22). We will return our attention to our clients' discovery responses Wednesday morning. I will report back end of day on Wednesday.

Best,

Bob

**Robert M. McClay**
**M<sup>c</sup>CLAY · ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com