# EXHIBIT D

| | |
|---|---|
| **From:** | Bob McClay |
| **To:** | Hochmuth, Farrell; Marvin C. Ingber |
| **Cc:** | Jennifer Fink |
| **Subject:** | Discovery Responses |
| **Date:** | Friday, June 24, 2016 5:16:57 PM |

Hi Farrell,

Hope your week was a good one.

We are well into answering the Trustees discovery.  We have identified the needed documents and have requested them.  Additionally, we have determined that in order to answer/respond to the Trustee's discovery we will need forensic accounting. That process is under way but will not be completed by 6/30.  I expect to have a timeline by early July.  I anticipate that completion of the forensic work will take weeks but not months.  I am very aware of the July court schedule you earlier advised me of.

I will report again next week no later than Wednesday.

I continue to appreciate your patience.

Best,

Bob

**Robert M. McClay**
**M<sup>c</sup>CLAY · ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com