# EXHIBIT E

| | |
|---|---|
| **From:** | Bob McClay |
| **To:** | Hochmuth, Farrell |
| **Cc:** | Marvin C. Ingber; Jennifer Fink |
| **Subject:** | Discovery Update |
| **Date:** | Wednesday, June 29, 2016 4:23:34 PM |

Farrell,

We continue to work on answering the Trustee's discovery requests.  Responses will not be  completed tomorrow.  I will update you further on July 7 after I confer with our forensic expert.

Best,

Bob

**Robert M. McClay**
**M<sup>c</sup>CLAY · ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com