# EXHIBIT F

| | |
|---|---|
| **From:** | Bob McClay |
| **To:** | Hochmuth, Farrell |
| **Cc:** | Marvin C. Ingber; Jennifer Fink |
| **Subject:** | Pinto Update |
| **Date:** | Thursday, July 07, 2016 4:46:12 PM |

Farrell,

Conferred with our forensic expert this afternoon. The delay in discussing the matter with our forensic accounting expert resulted from delays in receiving client funds to pay the expert. Those funds arrived today. Our expert understands that time is of the essence and will produce the requested forensic report ASAP. We have the bulk of non expert information and will be able to provide our clients discovery responses as soon as we receive the experts report.

I will continue to update you.

Best,

Bob

**Robert M. McClay**
**M<sup>c</sup>CLAY · ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com