BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>BNP PARIBAS S.A.,<br><br>BNP PARIBAS (SUISSE) S.A., Individually and as Successor in Interest to BNP Paribas Private Bank (Switzerland) S.A. and as Successor in Interest to United European Bank,<br><br>BNP PARIBAS ARBITRAGE SNC,<br><br>BNP PARIBAS BANK & TRUST CAYMAN LIMITED, | Adv. Pro. No. 12-01576 (SMB)<br><br>**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE** |

BGL BNP PARIBAS LUXEMBOURG S.A., as Successor in Interest to BNP Paribas Luxembourg S.A.,

BNP PARIBAS SECURITIES SERVICES—SUCCURSALE DE LUXEMBOURG, and

BNP PARIBAS SECURITIES SERVICES S.A.,

                    Defendants.

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for July 27, 2016 has been adjourned to **September 28, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: July 18, 2016
      New York, New York

                    By:    /s/ David J. Sheehan
                            Baker & Hostetler LLP
                            45 Rockefeller Plaza
                            New York, New York 10111
                            Telephone: 212.589.4200
                            Facsimile: 212.589.4201
                            David J. Sheehan
                            Email: dsheehan@bakerlaw.com
                            Mark A. Kornfeld
                            Email: mkornfeld@bakerlaw.com

                            *Attorneys for Irving H. Picard, Trustee for the*
                            *Substantively Consolidated SIPA Liquidation*
                            *of Bernard L. Madoff Investment Securities LLC*
                            *and the Estate of Bernard L. Madoff*

2