BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Thomas L. Long
Regina L. Griffin
Stacey A. Bell

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br> v.<br><br>MERRILL LYNCH BANK (SUISSE) SA,<br><br>   Defendant. | Adv. Pro. No. 11-02910 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for July 27, 2016 has been adjourned to **February 22, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: July 18, 2016　　　　　　　　　　/s/ *Stacey A. Bell*_____
　　　　New York, New York　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 589-4201
　　　　　　　　　　　　　　　　　　　Thomas L. Long
　　　　　　　　　　　　　　　　　　　Email: tlong@bakerlaw.com
　　　　　　　　　　　　　　　　　　　Regina L. Griffin
　　　　　　　　　　　　　　　　　　　Email: rgriffin@bakerlaw.com
　　　　　　　　　　　　　　　　　　　Stacey A. Bell
　　　　　　　　　　　　　　　　　　　Email: sbell@bakerlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Trustee for the*
　　　　　　　　　　　　　　　　　　　*Substantively Consolidated SIPA Liquidation of*
　　　　　　　　　　　　　　　　　　　*Bernard L. Madoff Investment Securities LLC and*
　　　　　　　　　　　　　　　　　　　*the Estate of Bernard L. Madoff*