UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION<br><br>Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS         )
                       )  ss:
COUNTY OF DALLAS       )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 8, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000520)
   B. Notice of Transfer of Allowed Claim (Transfer Numbers T000521)

Executed on July 13, 2016

_____
John S. Franks

Sworn to and subscribed before me this 13th day of July, 2016



_____

(SEAL)                                    Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS T000520 - T000521
7/8/2016

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | Midtown Acquisitions L.P. | c/o Davidson Kempner Capital Management | 520 Madison Avenue, 30th Floor | Attention: Jennifer Donovan | New York | NY | 10022 | |