**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER RECHLER REVOCABLE TRUST, DENNIS SPRUNG, in his capacity as Trustee of the ROGER RECHLER REVOCABLE TRUST, SCOTT RECHLER, GREGG RECHLER, TODD RECHLER, and EVELYN RECHLER,<br><br>    Defendants. | Adv. Pro. No. 10-04474 (SMB) |

## STIPULATION OF ADJOURNMENT OF HEARING

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein that the hearing on the Trustee's Motion for Entry of an Order Pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure, as Incorporated by Rules 7015 and 7021 of the Federal Rules of Bankruptcy Procedure, Granting the Trustee Leave to File an Amended Complaint and for Related Relief, has been adjourned to **September 28, 2016 at 10:00 a.m.** Any responses or objections to this Motion must be received by no later than **5:00 p.m. on September 21, 2016.**

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004.

| | |
|---|---|
| Dated: New York, New York<br>July 19, 2016 | By: */s/ Howard L. Simon*<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Kim M. Longo (klongo@windelsmarx.com)<br>John J. Tepedino (jtepedino@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000<br>Fax: (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |
| Dated: New York, New York<br>July 19, 2016 | By: */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman (hchaitman@chaitmanllp.com)<br>Chaitman LLP<br>465 Park Avenue<br>New York, New York 10022<br>Tel: (908) 303-4568<br>Fax: (888) 759-1114<br><br>*Attorneys for Defendants* |

SO ORDERED:

| | |
|---|---|
| Dated: July 19th, 2016<br>New York, New York | /s/ STUART M. BERNSTEIN_____<br>HONORABLE STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |