| | |
|---|---|
| **From:** | Joseph Keenan |
| **To:** | Hunt, Dean D. |
| **Subject:** | Re: Adv. Pro. No. 10-05058, Picard v. Estate of Armand Greenhall - Discovery deficiencies |
| **Date:** | Friday, July 08, 2016 1:48:51 PM |

I will get that to you by next Friday.

Sent from my iPhone

On Jul 8, 2016, at 10:32 AM, Hunt, Dean D. <dhunt@bakerlaw.com> wrote:

> Why have you still not answered the discovery?
>
> **From:** Hunt, Dean D.
> **Sent:** Tuesday, June 21, 2016 11:55 AM
> **To:** Joseph Keenan (jfkeenan@joekeenanlaw.com)
> **Cc:** Schechter, Jody E.; Smith, Rachel M.
> **Subject:** Adv. Pro. No. 10-05058, Picard v. Estate of Armand Greenhall - Discovery deficiencies
>
> Joe—
>
> The responses are already significantly overdue. As stated in our recent letter, under the federal rules, because the responses are overdue, the Requests for Admission are deemed admitted and objections to the Interrogatories and Requests for Production are waived. We expect that the Interrogatory and Document Request responses will not rely on objections.
>
> Regards,
>
> **Dean Hunt**
> Partner
>
> <image001.jpg>
> 811 Main Street | Suite 1100
> Houston, TX 77002-6111
> T 713.646.1346
>
> dhunt@bakerlaw.com
> bakerlaw.com
> <image002.jpg><image003.jpg>
> <image004.jpg>
>
> **From:** Joseph Keenan [mailto:jfkeenan@joekeenanlaw.com]
> **Sent:** Friday, June 17, 2016 9:55 AM
> **To:** Hunt, Dean D.
> **Subject:** Re: Adv. Pro. No. 10-05058, Picard v. Estate of Armand Greenhall - Discovery deficiencies
>
> I am working on the replies.

Can I have 2 weeks to get you the responses.

Thank you

Joe Keenan

Sent from my iPhone

On Jun 17, 2016, at 10:52 AM, Hunt, Dean D. <dhunt@bakerlaw.com> wrote:

> Joe –
>
> Update please.
>
> ---
>
> **From:** Hunt, Dean D.
> **Sent:** Thursday, June 09, 2016 4:30 PM
> **To:** 'Joseph Keenan'; Robert Miller
> **Cc:** Schechter, Jody E.; Brian Neville; Smith, Rachel M.
> **Subject:** RE: Adv. Pro. No. 10-05058, Picard v. Estate of Armand Greenhall - Discovery deficiencies
>
> Update please.
>
> ---
>
> **From:** Joseph Keenan [mailto:jfkeenan@joekeenanlaw.com]
> **Sent:** Thursday, May 19, 2016 7:39 AM
> **To:** Robert Miller
> **Cc:** Schechter, Jody E.; Brian Neville; Hunt, Dean D.; Smith, Rachel M.
> **Subject:** Re: Adv. Pro. No. 10-05058, Picard v. Estate of Armand Greenhall - Discovery deficiencies
>
> I will also get the responses to you,
>
> Thank you.
>
> Joe Keenan
>
> Sent from my iPhone
>
> On May 18, 2016, at 10:10 PM, Robert Miller <rmiller@laxneville.com> wrote:
>
>> Jody,
>>
>> We apologize and will serve discovery responses as soon as possible.
>>
>> Best.

Robert Miller
Lax & Neville LLP

<image001.jpg>

1450 Broadway, 35th Floor
New York, NY 10018
T: 212.696.1999
F: 212.566.4531
E: rmiller@laxneville.com
www.laxneville.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and return the original to the sender without making a copy. Thank you.

**From:** Schechter, Jody E. [mailto:jschechter@bakerlaw.com]
**Sent:** Friday, May 13, 2016 5:24 PM
**To:** Brian Neville <bneville@laxneville.com>; Robert Miller <rmiller@laxneville.com>; jfkeenan@joekeenanlaw.com
**Cc:** Hunt, Dean D. <dhunt@bakerlaw.com>; Smith, Rachel M. <rsmith@bakerlaw.com>
**Subject:** Adv. Pro. No. 10-05058, Picard v. Estate of Armand Greenhall - Discovery deficiencies

Counsel,

Enclosed please find a copy of correspondence to you from Dean Hunt regarding discovery deficiencies in the above-referenced proceeding.  Hard copies are being sent by class mail.

Thank you,
Jody

**Jody Schechter**
Associate

<image002.jpg>
811 Main Street | Suite 1100

Houston, TX 77002-6111
T 713.646.1319

jschechter@bakerlaw.com
bakerlaw.com
<image003.jpg><image004.jpg><image005.jpg>
<image006.jpg>

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.