## Schechter, Jody E.

| | |
|---|---|
| **From:** | Schechter, Jody E. |
| **Sent:** | Tuesday, January 19, 2016 9:15 AM |
| **To:** | 'Joseph Keenan' |
| **Cc:** | Smith, Rachel M.; Hochmuth, Farrell |
| **Subject:** | RE: Picard v. Armand Greenhall; APN 10-05048 - Substitution of counsel and Initial Disclosures |

Joe,

I'm following up on the below.

Your clients' Initial Disclosures are a month overdue. Could you please let us know when we can expect to receive them?

Thank you,
Jody

**Jody Schechter | BakerHostetler**
811 Main Street | Suite 1100 | Houston, TX 77002-6111
T 713.646.1319 | F 713.751.1717
jschechter@bakerlaw.com

---

**From:** Joseph Keenan [mailto:jfkeenan@joekeenanlaw.com]
**Sent:** Monday, December 28, 2015 3:37 PM
**To:** Schechter, Jody E.
**Subject:** RE: Picard v. Armand Greenhall; APN 10-05048 - Substitution of counsel and Initial Disclosures

Jody

I will get both documents to you.

Thank you.

Joe Keenan

---

**From:** Schechter, Jody E. [mailto:jschechter@bakerlaw.com]
**Sent:** Monday, December 28, 2015 12:27 PM
**To:** Joseph Keenan
**Cc:** Hochmuth, Farrell; Smith, Rachel M.
**Subject:** RE: Picard v. Armand Greenhall; APN 10-05048 - Substitution of counsel and Initial Disclosures

Joe,

I'm following up on my email below, regarding substitution of counsel to reflect your change of firm. Additionally, I don't believe we've received your clients' Initial Disclosures, which were due on December 18. Apologies if we've missed an email.

Could you please provide an update?

Thank you, and happy holidays.

1

Jody

**Jody Schechter** | **BakerHostetler**
811 Main Street | Suite 1100 | Houston, TX 77002-6111
T 713.646.1319 | F 713.751.1717
jschechter@bakerlaw.com

---

**From:** Schechter, Jody E.
**Sent:** Tuesday, December 15, 2015 10:56 AM
**To:** jfkeenan@joekeenanlaw.com
**Cc:** Hochmuth, Farrell; Smith, Rachel M.
**Subject:** Picard v. Armand Greenhall; APN 10-05048 - Substitution of counsel

Joe,

Because you filed an Answer on behalf of the Estate of Armand Greenhall and Deidre Sweeney while at McCanliss & Early, LLP, that firm is on the court's docket.  We will need to serve all papers on McCanliss, in addition to you, unless there is a substitution on the record.  Could you please file a Notice of Substitution of counsel, to substitute your firm in place of McCanliss?

Thank you,
Jody

| My Bio | Web site | vCard |
|---|---|---|
| T 713.646.1319<br>F 713.751.1717<br>www.bakerlaw.com | | **Jody Schechter**<br>jschechter@bakerlaw.com<br><br>BakerHostetler<br>811 Main Street<br>Suite 1100<br>Houston, TX 77002-6111<br><br>**BakerHostetler** |

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

## Schechter, Jody E.

| | |
|---|---|
| **From:** | Schechter, Jody E. |
| **Sent:** | Friday, February 05, 2016 10:57 AM |
| **To:** | jfkeenan@joekeenanlaw.com |
| **Cc:** | Hunt, Dean D.; Smith, Rachel M.; bneville@laxneville.com; rkraus@laxneville.com |
| **Subject:** | APN 10-05048, Picard v. Estate of Armand Greenhall - overdue Initial Disclosures |
| **Attachments:** | Adv. Pro. No. 10-05048 - Letter to Joseph Keenan regarding overdue Initial Disclosures.pdf |

Joe,

Please see attached a copy of correspondence to you from Dean Hunt regarding your clients' overdue Initial Disclosures in the above-referenced proceeding, as well as our request that you file a Notice of Substitution of Counsel, to note your change in law firm.

A hardy copy has been sent to you by first class mail.

Thank you,
Jody



| My Bio | Web site | vCard |
|---|---|---|
| T 713.646.1319<br>F 713.751.1717<br>www.bakerlaw.com | **Jody Schechter**<br>jschechter@bakerlaw.com<br><br>BakerHostetler<br>811 Main Street<br>Suite 1100<br>Houston, TX 77002-6111 | |

1

# BakerHostetler

**Baker&Hostetler LLP**

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

February 5, 2016

**Via Email and First Class Mail**
Joseph F. Keenan (jfkeenan@joekeenanlaw.com)
114-04 Beach Channel Drive Suite 9
Rockaway Park, NY 11694

McCanliss & Early LLP
Wall Street Plaza
88 Pine Street
New York, New York 10005

Re:   Adv. Pro. No. 10-05048 (SMB); *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Estate of Armand L. Greenhall, et al.*; In the United States Bankruptcy Court for the Southern District of New York.

Dear Mr. Keenan:

Pursuant to the parties' agreed upon Case Management Notice in the above-referenced adversary proceeding, your clients' Initial Disclosures were due December 18, 2015. Over a month has now passed since the deadline, and they have not been served.

We reminded you of your clients' failure to serve Initial Disclosures on two separate occasions, on December 28, 2015 and January 19, 2015. On Tuesday, January 26, you indicated that you would have your clients' Initial Disclosures to us in the next few days. It has been more than a week, yet to date, we have not received them.

On August 21, 2015, Judge Bernstein signed an order compelling defendants in a separate adversary proceeding to serve Initial Disclosures. The order is attached for your reference.

If we do not receive your clients' Initial Disclosures by Friday, February 12, we will call you on Monday, February 15 to comply with Judge Bernstein's Chambers Rules and Rule 7007-1 of the Local Rules of the United States Bankruptcy Court, prior to filing a letter with Judge Bernstein seeking a discovery conference to discuss this issue.

Because you filed an Answer to the Trustee's Complaint while at McCanliss & Early, LLP ("McCanliss"), McCanliss is on the Court's docket as counsel of record for the Estate of Armand L. Greenhall and Deidre Sweeney. On December 15, 2015, we advised you that we will continue to serve all papers on both you and McCanliss, unless there is a substitution on the record, and asked you to file a Notice of Substitution of Counsel. We followed up on this request on December 28, 2015 and January 19, 2015, but a substitution has not yet been filed.

Joseph F. Keenan
McCanliss & Early LLP
February 5, 2016
Page 2

    We ask once again that you file a Notice of Substitution, so that we may stop serving papers on McCanliss.

                          Sincerely,

                          Dean D. Hunt
                          Of Baker & Hostetler LLP

Enclosure

cc:   Brian J. Neville (bneville@laxneville.com)
      Raquel Kraus (rkraus@laxneville.com)
      Lax & Neville LLP
      1450 Broadway, 35th Floor
      New York, NY 10018

## Schechter, Jody E.

| | |
|---|---|
| **From:** | Hochmuth, Farrell |
| **Sent:** | Monday, April 04, 2016 11:43 AM |
| **To:** | Joseph Keenan |
| **Cc:** | Smith, Rachel M.; Schechter, Jody E. |
| **Subject:** | RE: APN 10-05048; Picard v. Greenhall - Notice of Substitution |

Joe,

Until you file the Notice of Substitution with the Court, the Court's website will reflect that McCanliss is counsel of record and all notices will go to McCanliss. If a hearing is scheduled, McCanliss will get notice, not you. Further, until McCanliss is substituted, we will continue to serve McCanliss with all correspondence and pleadings.

Please file the Notice.

Thank you, Farrell

**From:** Schechter, Jody E.
**Sent:** Tuesday, February 23, 2016 2:17 PM
**To:** Joseph Keenan
**Cc:** Hochmuth, Farrell; Smith, Rachel M.
**Subject:** APN 10-05048; Picard v. Greenhall - Notice of Substitution

Joe,

In follow up to your letter of February 18, do you plan to file the Notice of Substitution with the Court? McCanliss & Early LLP is on the Court's docket, so we need to serve all papers on McCanliss, in addition to you, until there is a substitution on the record.

Please feel free to contact me if you'd like to discuss.

Regards,
Jody



| My Bio | Web site | vCard |
|---|---|---|
| T 713.646.1319<br>F 713.751.1717<br>www.bakerlaw.com | **Jody Schechter**<br>jschechter@bakerlaw.com<br><br>BakerHostetler<br>811 Main Street<br>Suite 1100<br>Houston, TX 77002-6111 | |



1

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

April 5, 2016

**VIA FIRST CLASS AND ELECTRONIC MAIL**
Joseph F. Keenan (jfkeenan@joekeenanlaw.com)
114-04 Beach Channel Drive Suite 9
Rockaway Park, NY 11694

McCanliss & Early, LLP
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY 10005

Re:   Adv. Pro. No. 10-05048 (SMB); *Picard v. Estate of Armand L. Greenhall, et al.*; In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

Enclosed please find the following:

1. Trustee's First Set of Requests for Admission to Defendant Estate of Armand L. Greenhall;

2. Trustee's First Set of Requests for Admission to Defendant Deidre Sweeney;

3. Trustee's First Set of Interrogatories to Defendant Estate of Armand L. Greenhall;

4. Trustee's First Set of Interrogatories to Defendant Deidre Sweeney;

5. Trustee's First Set of Requests for Production to Defendant Estate of Armand L. Greenhall; and

6. Trustee's First Set of Requests for Production to Defendant Deidre Sweeney.

Please note that because the Bankruptcy Court's docket still reflects McCanliss & Early, LLP as counsel of record, we are continuing to serve McCanliss & Early, LLP with all correspondence and documents. We will continue to do so until a notice of substitution is filed with the Court and entered on the record.

Please be reminded of Defendants' continuing obligations to preserve, retain and protect all possibly relevant documents in their possession, custody or control, as more fully described in our preservation letters sent to counsel on August 15, 2014 and to Mr. Armand L. Greenhall's address on June 14, 2011. Copies are enclosed.

Should you have questions, please feel free to contact me or Rachel M. Smith at (713) 646-1386.

Sincerely,

Dean D. Hunt
Of Baker & Hostetler, LLP

Enclosures

cc: Brian J. Neville (bneville@laxneville.com)
Raquel Kraus (rkraus@laxneville.com)
Lax & Neville, LLP
1450 Broadway, 35th Floor
New York, NY 10018