# Joseph F. Keenan
Attorney at Law
114-04 Beach Channel Drive, Suite 9
Rockaway Park, New York 11694

jfkeenan@joekeenanlaw.com     718 747-8850     facsimile: 718 306-9761

February 18, 2016

Via e-mail & regular mail

Jody Schechter, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Re: Estate of Armand L. Greenhall, et al
    Adv. Pro 10-05048 (SMB)

Dear Ms. Schechter:

Enclosed is a copy of my Notice of Substitution of Counsel.

Please contact me should you have any questions.

Very truly yours,

*[signature]*
Joseph F. Keenan

cc: Raquell Kraus, Esq.
    Brian Neville, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>Plaintiff-Applicant,  <br><br>v.  <br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC.  <br>Defendant, | No. 08-1789 (SMB)  <br><br>SIPA LIQUIDATION  <br>(Substantively Consolidated) |
| In re:  <br>BERNARD L. MADOFF,  <br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,  <br><br>Plaintiff,  <br>v.  <br>ESTATE OF ARMAND L. GREENHALL, PENG YAN, individually and as Personal Representative of The Estate of Armand L. Greenhall, and DEIDRE SWEENEY as Personal Representative of the Estate Of Armand Greenhall,  <br><br>Defendants. | Adv. Pro. No. 10-05048(SMB) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Joseph F. Keenan, is appearing as counsel for the Estate of Armand Greenhall and Deidre Sweeney in place of Mc Canliss & Early, LLP. The parties do not need to serve any further papers on Mc Canliss & Early, LLP.

Dated: Rockaway Park, New York
February 18, 2016

                                        Joseph F. Keenan, Esq.

By:    /s/ Joseph F. Keenan
        Joseph F. Keenan (JFK 6090)
        114-04 Beach Channel Drive, Suite 9
        Rockaway Park, New York 11694

cc: Brian J. Neville, Esq.
    Raquel Krauss, Esq.
    Lax & Neville LLP
    1450 Broadway, 35th Floor
    New York, New York 10018