Anthony Boccanfuso
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: anthony.boccanfuso@aporter.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | SIPA Liquidation<br>No. 08-01789-SMB<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities<br><br>                    Plaintiff,<br><br>MERRILL LYNCH BANC (SUISSE) S.A.,<br><br>                    Defendant. | Adv. Pro. No. 11-02910 (SMB) |

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Anthony Boccanfuso hereby withdraws his appearance in the above-captioned proceeding.

2

Dated: New York, New York
      July 19, 2016                                   Respectfully submitted,

                                          By: /s/ *Anthony Boccanfuso*
                                         Anthony Boccanfuso
                                         ARNOLD & PORTER LLP
                                         399 Park Avenue
                                         New York, New York 10022
                                         Telephone: (212) 715-1000
                                         Facsimile: (212) 715-1399
                                         Email: anthony.boccanfuso@aporter.com