Anthony Boccanfuso
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Email: anthony.boccanfuso@aporter.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | SIPA Liquidation<br>No. 08-01789-SMB<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities<br><br>               Plaintiff,<br><br>MERRILL LYNCH INTERNATIONAL<br><br>               Defendant. | Adv. Pro. No. 10-05346 (SMB) |

## WITHDRAWAL OF APPEARANCE

    **PLEASE TAKE NOTICE** that Anthony Boccanfuso hereby withdraws his appearance in the above-captioned proceeding.

Dated: New York, New York  
      July 19, 2016                                              Respectfully submitted,

                                                                  By: /s/ *Anthony Boccanfuso*  
                                                                       Anthony Boccanfuso  
                                                                       ARNOLD & PORTER LLP  
                                                                       399 Park Avenue  
                                                                       New York, New York 10022  
                                                                       Telephone: (212) 715-1000  
                                                                       Facsimile: (212) 715-1399  
                                                                       Email: anthony.boccanfuso@aporter.com