**CHAITMAN LLP**

Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

Hearing Date: August 24, 2016
Hearing Time: 10:00 a.m.

Objection Date: August 19, 2016

*Attorneys for Defendants on Exhibit A annexed to Notice of Motion*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>         Plaintiff,<br><br>     v.<br><br>DEFENDANTS LISTED ON EXHIBIT A TO NOTICE OF MOTION<br><br>         Defendants. | |

### NOTICE OF ADJOURNMENT

  **PLEASE TAKE NOTICE** that the hearing on Defendants' Motion for an Order

{00021655 1 }

Authorizing the Deposition of Bernard L. Madoff has been adjourned from July 27, 2016 to **August 24, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004.

Dated: New York, New York  
July 20, 2016

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*  
Helen Davis Chaitman  
Gregory M. Dexter  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  
hchaitman@chaitmanllp.com  
gdexter@chaitmanllp.com

*Attorneys for Defendants listed on Exhibit A annexed to Notice of Motion*

{00021655 1 }