EXHIBIT B
SUMMARY OF TWENTY-FIRST INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2015 THROUGH MARCH 31, 2016

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein Eugene | 1965 | 530.00 | 22.30 | 11,819.00 |
| | Picard Irving H. | 1966 | 998.00 | 340.70 | 340,018.60 |
| | Sheehan David J. | 1968 | 998.00 | 569.60 | 568,460.80 |
| | Matthias Michael R | 1973 | 688.00 | 276.20 | 190,025.60 |
| | Bash Brian A | 1975 | 741.00 | 4.60 | 3,408.60 |
| | Long Thomas L | 1976 | 915.00 | 618.70 | 566,110.50 |
| | Chockley III Frederick W | 1982 | 805.00 | 12.50 | 10,062.50 |
| | Ponto Geraldine E. | 1982 | 900.00 | 565.60 | 509,040.00 |
| | Hutchins Elaine A | 1983 | 595.00 | 1.60 | 952.00 |
| | McGowan Jr John J | 1984 | 620.00 | 2.00 | 1,240.00 |
| | Smith Elizabeth A | 1985 | 836.00 | 17.40 | 14,546.40 |
| | McDonald Heather J | 1986 | 667.00 | 77.10 | 51,425.70 |
| | Reich Andrew W | 1987 | 618.00 | 250.60 | 154,870.80 |
| | Tobin Donna A. | 1987 | 741.00 | 30.20 | 22,378.20 |
| | Burke John J | 1988 | 725.00 | 26.00 | 18,850.00 |
| | DeLancey Leah E | 1990 | 646.00 | 3.60 | 2,325.60 |
| | Douthett Breaden M | 1991 | 418.00 | 381.70 | 159,550.60 |
| | Goldberg Steven H | 1991 | 921.00 | 64.90 | 59,772.90 |
| | Holovacs Mary | 1991 | 695.00 | 122.10 | 84,859.50 |
| | Hunt Dean D | 1991 | 662.00 | 320.50 | 212,171.00 |
| | Resnick Lauren J | 1991 | 936.00 | 47.60 | 44,553.60 |
| | Hirschfield Marc E. | 1992 | 885.00 | 154.30 | 136,555.50 |
| | Selby Judy A. | 1992 | 858.00 | 295.70 | 253,710.60 |
| | Warren Thomas D | 1992 | 736.00 | 9.40 | 6,918.40 |
| | Griffin Regina L. | 1993 | 915.00 | 633.80 | 579,927.00 |
| | Kornfeld Mark A. | 1993 | 915.00 | 485.00 | 443,775.00 |
| | Renner Deborah H. | 1993 | 915.00 | 446.00 | 408,090.00 |
| | Brennan Terry M | 1995 | 504.00 | 18.20 | 9,172.80 |
| | Scaletta Anthony J | 1995 | 472.00 | 80.20 | 37,854.40 |
| | Cole Tracy L | 1996 | 777.00 | 376.70 | 292,695.90 |
| | Turner Christa C. | 1996 | 477.00 | 237.00 | 113,049.00 |
| | Hoang Lan | 1997 | 784.00 | 692.40 | 542,841.60 |
| | Murphy Keith R. | 1997 | 915.00 | 641.60 | 587,064.00 |
| | Scully Elizabeth A | 1997 | 667.00 | 9.60 | 6,403.20 |
| | Clark Eben P | 1998 | 420.00 | 27.50 | 11,550.00 |
| | Fish Eric R. | 1998 | 694.00 | 325.70 | 226,035.80 |
| | New Jonathan B. | 1998 | 910.00 | 171.60 | 156,156.00 |
| | Rollinson James H | 1998 | 455.00 | 286.20 | 130,221.00 |
| | Rose Jorian L. | 1998 | 833.00 | 98.10 | 81,717.30 |
| | Wall Brett A | 1998 | 487.00 | 108.60 | 52,888.20 |
| | Warshavsky Oren J. | 1998 | 926.00 | 670.80 | 621,160.80 |
| | Pergament Benjamin D | 1999 | 667.00 | 435.60 | 290,545.20 |
| | Bohorquez Jr Fernando A | 2000 | 751.00 | 470.00 | 352,970.00 |
| | Cremona Nicholas J. | 2000 | 818.00 | 743.60 | 608,264.80 |
| | Gruppuso Anthony M. | 2000 | 643.00 | 360.00 | 231,480.00 |
| | Alaverdi Loura L | 2001 | 592.00 | 30.10 | 17,819.20 |
| | Beckerlegge Robertson D | 2001 | 628.00 | 545.30 | 342,448.40 |
| | Bell Stacey A. | 2001 | 678.00 | 636.80 | 431,750.40 |
| | Fokas Jimmy | 2001 | 772.00 | 245.30 | 189,371.60 |
| | Skapof Marc | 2001 | 746.00 | 219.40 | 163,672.40 |
| | Townsend Wendy C. | 2001 | 391.00 | 8.50 | 3,323.50 |
| | Zeballos Gonzalo S. | 2001 | 831.00 | 488.80 | 406,192.80 |
| | North Geoffrey A. | 2002 | 662.00 | 609.90 | 403,753.80 |
| | Song Brian W. | 2002 | 639.00 | 603.60 | 385,700.40 |
| | Wearsch Thomas M | 2002 | 636.00 | 72.10 | 45,855.60 |
| | Hochmuth Farrell A | 2003 | 482.00 | 505.20 | 243,506.40 |
| | Jacobs Edward J. | 2003 | 662.00 | 750.30 | 496,698.60 |
| | Jenson Karin Scholz | 2003 | 670.00 | 539.90 | 361,733.00 |
| | Malchow Jessica P. | 2003 | 371.00 | 4.60 | 1,706.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliver Jason S. | 2003 | 636.00 | 577.30 | 367,162.80 |
| | Sherer James A. | 2003 | 592.00 | 438.30 | 259,473.60 |
| | Shields Nkosi D. | 2003 | 492.00 | 713.30 | 350,943.60 |
| | Cohen Dennis O | 2004 | 582.00 | 15.70 | 9,137.40 |
| | Gabriel Jessie M | 2004 | 639.00 | 518.80 | 331,513.20 |
| | Kitchen David E | 2004 | 396.00 | 21.80 | 8,632.80 |
| | Smith Rachel M | 2004 | 447.00 | 565.90 | 252,957.30 |
| | Carvalho Melissa M. | 2005 | 583.00 | 79.10 | 46,115.30 |
| | Chow Teresa C. | 2005 | 438.00 | 16.30 | 7,139.40 |
| | Hartman Ruth E | 2005 | 355.00 | 190.00 | 67,450.00 |
| | Proano David F | 2005 | 355.00 | 146.60 | 52,043.00 |
| | Carlisle Marie L. | 2006 | 420.16 | 566.60 | 238,061.40 |
| | Conley Sylvia J | 2006 | 612.00 | 136.00 | 83,232.00 |
| | Kosack Melissa L. | 2006 | 639.00 | 718.70 | 459,249.30 |
| | Lange Gretchen L | 2006 | 334.00 | 146.30 | 48,864.20 |
| | Vanderwal Amy E. | 2006 | 639.00 | 410.90 | 262,565.10 |
| | Brown Seanna R. | 2007 | 662.00 | 628.90 | 416,331.80 |
| | Calvani Torello H. | 2007 | 635.94 | 431.00 | 274,088.50 |
| | Giuliani Esterina | 2007 | 695.00 | 793.00 | 551,135.00 |
| | Kleber Kody | 2007 | 447.19 | 131.90 | 58,984.10 |
| | Day James W. | 2008 | 487.00 | 33.60 | 16,363.20 |
| | Stanley Trevor M. | 2008 | 506.54 | 53.90 | 27,302.70 |
| | Woltering Catherine E. | 2008 | 473.00 | 681.10 | 322,157.20 |
| | Zunno Kathryn M. | 2008 | 639.00 | 412.20 | 263,395.80 |
| | Campbell Patrick T | 2009 | 518.59 | 155.10 | 80,432.80 |
| | McKnight Katherine L. | 2009 | 488.13 | 8.80 | 4,295.50 |
| Partners and of Counsel Total | | | 691.78 | 25,384.00 | 17,560,048.10 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler Philip | 1994 | 450.00 | 437.30 | 196,785.00 |
| | Kates Elyssa S. | 2000 | 609.00 | 165.00 | 100,485.00 |
| | Hooper Rachel P. | 2003 | 371.00 | 313.50 | 116,308.50 |
| | Wlodek Heather | 2003 | 498.00 | 498.20 | 248,103.60 |
| | Allen Brian F. | 2005 | 477.00 | 184.70 | 88,101.90 |
| | Hiatt Eric B. | 2005 | 499.00 | 552.50 | 275,697.50 |
| | Moorman Courtni E | 2005 | 339.00 | 1.50 | 508.50 |
| | Stanganelli Maryanne | 2005 | 583.00 | 406.80 | 237,164.40 |
| | Feil Matthew D. | 2006 | 530.00 | 599.80 | 317,894.00 |
| | Longstaff Carrie | 2006 | 535.00 | 565.30 | 302,435.50 |
| | Munoz Andres A | 2006 | 510.00 | 620.20 | 316,302.00 |
| | Casey IV James P. | 2007 | 398.00 | 3.00 | 1,194.00 |
| | Forman Jonathan A. | 2007 | 583.00 | 470.80 | 274,476.40 |
| | Goldmark Jena B. | 2007 | 438.00 | 554.80 | 243,002.40 |
| | Klidonas George | 2007 | 477.00 | 547.50 | 261,157.50 |
| | Perlman Julian D. | 2007 | 609.00 | 164.10 | 99,936.90 |
| | Ranade Samir K. | 2007 | 556.00 | 171.90 | 95,576.40 |
| | Carpenter Susrut A. | 2008 | 487.00 | 52.20 | 25,421.40 |
| | Harrigan Sean M. | 2008 | 525.00 | 19.10 | 10,027.50 |
| | McCurrach Elizabeth G. | 2008 | 477.00 | 655.50 | 312,673.50 |
| | Monaghan Rachel C. | 2008 | 240.00 | 372.90 | 89,496.00 |
| | Rovine Jacqlyn | 2008 | 455.00 | 319.30 | 145,281.50 |
| | Schutte Elizabeth M. | 2008 | 424.00 | 488.00 | 206,912.00 |
| | Sea Nexus U. | 2008 | 487.00 | 512.00 | 249,344.00 |
| | Usitalo Michelle R. | 2008 | 492.00 | 531.50 | 261,498.00 |
| | Blattmachr Jonathan D. | 2009 | 466.00 | 391.60 | 182,485.60 |
| | Gentile Dominic A. | 2009 | 450.00 | 590.70 | 265,815.00 |
| | Hilsheimer Lauren M. | 2009 | 466.00 | 246.90 | 115,055.40 |
| | Hirce Margaret E. | 2009 | 477.00 | 78.90 | 37,635.30 |
| | Howe Mary E. | 2009 | 466.00 | 319.90 | 149,073.40 |
| | Kessler Dena S. | 2009 | 355.00 | 62.80 | 22,294.00 |
| | Kuhn Jessie A. | 2009 | 466.00 | 419.40 | 195,440.40 |
| | Makuch Chad W. | 2009 | 295.00 | 7.10 | 2,094.50 |
| | Markel Tatiana | 2009 | 477.00 | 454.20 | 216,653.40 |
| | Mattera Marshall J. | 2009 | 499.00 | 607.30 | 303,042.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Maynard Kim M. | 2009 | 424.00 | 361.50 | 153,276.00 |
| | Molina Marco | 2009 | 466.00 | 339.50 | 158,207.00 |
| | Nickodem Robert G. | 2009 | 240.00 | 200.40 | 48,096.00 |
| | Ozturk Ferve E. | 2009 | 487.00 | 373.40 | 181,845.80 |
| | Perkins Austin Francesca | 2009 | 499.00 | 500.10 | 249,549.90 |
| | Shapiro Peter B. | 2009 | 487.00 | 516.40 | 251,486.80 |
| | Barnes S. Ben | 2010 | 240.00 | 557.30 | 133,752.00 |
| | Biondo Lindsay J. | 2010 | 240.00 | 579.90 | 139,176.00 |
| | Burch Alexander D. | 2010 | 334.00 | 61.10 | 20,407.40 |
| | Bushnell Christina M. | 2010 | 240.00 | 570.70 | 136,968.00 |
| | Carney Brian W. | 2010 | 240.00 | 513.70 | 123,288.00 |
| | Castillon Jesus J. | 2010 | 344.00 | 359.90 | 123,805.60 |
| | Chandler Tara R. | 2010 | 240.00 | 447.20 | 107,328.00 |
| | Choi David | 2010 | 424.00 | 620.80 | 263,219.20 |
| | Cohen Ian R. | 2010 | 450.00 | 68.70 | 30,915.00 |
| | Fein Amanda E. | 2010 | 466.00 | 60.10 | 28,006.60 |
| | Hansford Melissa L. | 2010 | 240.00 | 280.20 | 67,248.00 |
| | Hoff Michelle M. | 2010 | 240.00 | 743.00 | 178,320.00 |
| | Iannuzzi Michael M. | 2010 | 412.00 | 13.60 | 5,603.20 |
| | Kincart Michael J. | 2010 | 310.00 | 6.00 | 1,860.00 |
| | Layden Andrew V. | 2010 | 310.00 | 3.60 | 1,116.00 |
| | Maytal Anat | 2010 | 440.00 | 547.70 | 240,988.00 |
| | McCabe Bridget S. | 2010 | 435.00 | 4.20 | 1,827.00 |
| | McGourty Cara | 2010 | 455.00 | 703.30 | 320,001.50 |
| | McMillan David M. | 2010 | 440.00 | 455.60 | 200,464.00 |
| | Mosier A. Mackenna | 2010 | 435.00 | 554.80 | 241,338.00 |
| | Noethlich Brian R. | 2010 | 247.39 | 393.50 | 97,347.00 |
| | Parente Michael | 2010 | 240.00 | 262.70 | 63,048.00 |
| | Rog Joshua B. | 2010 | 424.00 | 546.40 | 231,673.60 |
| | Rollins Jennifer B. | 2010 | 240.00 | 629.00 | 150,960.00 |
| | Rouach Sophie | 2010 | 438.00 | 503.00 | 220,314.00 |
| | Ubaid Maryland H. | 2010 | 240.00 | 399.20 | 95,808.00 |
| | Vasel Denise D. | 2010 | 424.00 | 46.90 | 19,885.60 |
| | Barhorst Damon C. | 2011 | 240.00 | 530.40 | 127,296.00 |
| | Bennett Melonia A. | 2011 | 247.70 | 372.40 | 92,243.00 |
| | Crook Darren A. | 2011 | 263.00 | 190.60 | 50,127.80 |
| | deVries Alan C. | 2011 | 246.86 | 410.50 | 101,338.00 |
| | Durbin Damon M. | 2011 | 246.54 | 410.80 | 101,277.00 |
| | Fedeles Emily R. | 2011 | 475.00 | 178.90 | 84,977.50 |
| | Feldstein Robyn M | 2011 | 417.00 | 671.00 | 279,807.00 |
| | Gottesman Joel D. | 2011 | 240.00 | 122.40 | 29,376.00 |
| | Kahner Tegan E. | 2011 | 240.00 | 489.90 | 117,576.00 |
| | Krishna Ganesh | 2011 | 440.00 | 409.20 | 180,048.00 |
| | Oliva Frank M. | 2011 | 418.00 | 570.90 | 238,636.20 |
| | Patrick Stacey M. | 2011 | 240.00 | 650.30 | 156,072.00 |
| | Rose Nicholas M. | 2011 | 398.00 | 199.40 | 79,361.20 |
| | Schechter Jody E. | 2011 | 345.00 | 593.90 | 204,895.50 |
| | Shifrin Maximillian S. | 2011 | 474.00 | 644.80 | 305,635.20 |
| | Sinclair Jordan A. | 2011 | 335.00 | 271.30 | 90,885.50 |
| | Spears Ericka H. | 2011 | 240.00 | 614.00 | 147,360.00 |
| | Vonderhaar Douglas A. | 2011 | 247.66 | 283.20 | 70,136.00 |
| | Wangsgard Kendall E. | 2011 | 398.00 | 138.90 | 55,282.20 |
| | White Jason T. | 2011 | 240.00 | 460.40 | 110,496.00 |
| | Zuberi Madiha M. | 2011 | 440.00 | 587.00 | 258,280.00 |
| | Ackerman Stephanie | 2012 | 408.00 | 652.50 | 266,220.00 |
| | Gallagher Christopher B. | 2012 | 417.00 | 211.50 | 88,195.50 |
| | Hellmuth William W. | 2012 | 334.00 | 3.90 | 1,302.60 |
| | Hough Shawn P. | 2012 | 413.00 | 615.90 | 254,366.70 |
| | Muranovic Sanja | 2012 | 312.00 | 421.50 | 131,508.00 |
| | Quimby P. Alex | 2012 | 285.00 | 15.20 | 4,332.00 |
| | Rice David W. | 2012 | 417.00 | 803.40 | 335,017.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Choate Hannah C. | 2013 | 371.00 | 208.50 | 77,353.50 |
| | Durkheimer Michael J. | 2013 | 320.00 | 59.70 | 19,104.00 |
| | Felz Jenna N. | 2013 | 371.00 | 62.10 | 23,039.10 |
| | Ferguson Kaitlyn A. | 2013 | 371.00 | 48.30 | 17,919.30 |
| | Fillingame Michael J | 2013 | 335.00 | 42.30 | 14,170.50 |
| | Holder Casey E | 2013 | 314.00 | 318.30 | 99,946.20 |
| | Jordan Parker G. | 2013 | 265.00 | 12.70 | 3,365.50 |
| | Tanney Michelle N. | 2013 | 415.00 | 598.90 | 248,543.50 |
| | Abrams Jeremy R. | 2014 | 240.00 | 449.90 | 107,976.00 |
| | Borja Jaysen A. | 2014 | 310.00 | 69.60 | 21,576.00 |
| | Dasaro Stacy A | 2014 | 371.00 | 285.30 | 105,846.30 |
| | Norris Mark K. | 2014 | 235.00 | 124.40 | 29,234.00 |
| | Pierson Amanda R. | 2014 | 335.00 | 266.50 | 89,277.50 |
| | Trahanas Elias D. | 2014 | 375.00 | 183.20 | 68,700.00 |
| | Tranbaugh Mary H. | 2014 | 371.00 | 315.40 | 117,013.40 |
| | Berglin Lauren P. | 2015 | 360.00 | 212.30 | 76,428.00 |
| | Bloink Hannah | 2015 | 310.00 | 48.40 | 15,004.00 |
| | Bonds Jennifer A. | 2015 | 325.00 | 200.20 | 65,065.00 |
| | Light Samuel M. | 2015 | 360.00 | 697.90 | 251,244.00 |
| | Porembski Daniel P. | 2015 | 240.00 | 577.40 | 138,576.00 |
| | Serrao Andrew M. | 2015 | 400.00 | 458.60 | 183,440.00 |
| | Turner Tara E. | 2015 | 240.00 | 462.10 | 110,904.00 |
| | Wallace Kevin M. | 2015 | 360.00 | 421.30 | 151,668.00 |
| | Weinberg Lauren R. | 2015 | 360.00 | 462.80 | 166,608.00 |
| | Nadworny Bari R. | 2016 | 360.00 | 635.90 | 228,924.00 |
| | Cardenas Samantha A. | #N/A | 240.00 | 521.90 | 125,256.00 |
| Associates Total | | | 382.22 | 43,877.60 | 16,770,732.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekier James M. | #N/A | 432.00 | 434.30 | 187,617.60 |
| | Belanger Christina I. | #N/A | 315.00 | 1.30 | 409.50 |
| | Bitman Oleg | #N/A | 301.00 | 586.10 | 176,416.10 |
| | Blaber Theresa A | #N/A | 330.00 | 30.60 | 10,098.00 |
| | Cabrera Ramon C | #N/A | 265.00 | 130.10 | 34,476.50 |
| | Chan Angeline | #N/A | 252.00 | 42.10 | 10,609.20 |
| | Charlotten Magdalena | #N/A | 301.00 | 61.60 | 18,541.60 |
| | Curbelo Gracemary | #N/A | 324.00 | 36.00 | 11,664.00 |
| | Fetzer Jeffrey L | #N/A | 233.00 | 1.30 | 302.90 |
| | Fishelman Benjamin D. | #N/A | 413.00 | 432.30 | 178,539.90 |
| | Fredle Vicki M | #N/A | 210.00 | 282.90 | 59,409.00 |
| | Gibbons Michael E. | #N/A | 371.00 | 459.90 | 170,622.90 |
| | Glanzman Adam J | #N/A | 340.00 | 126.00 | 42,840.00 |
| | Graham Sonya M. | #N/A | 260.00 | 30.10 | 7,826.00 |
| | Grigsby Camilla B. | #N/A | 129.00 | 86.00 | 11,094.00 |
| | Iskhakova Yuliya | #N/A | 350.00 | 656.00 | 229,600.00 |
| | Kinne Tanya M | #N/A | 323.00 | 615.00 | 198,645.00 |
| | LaFalce Stephen P. | #N/A | 175.00 | 6.90 | 1,207.50 |
| | Landrio Nikki M. | #N/A | 366.00 | 759.60 | 278,013.60 |
| | Lasko Seth D. | #N/A | 355.00 | 122.50 | 43,487.50 |
| | McIntosh Casey | #N/A | 196.00 | 569.00 | 111,524.00 |
| | Medina Rebecca J. | #N/A | 165.00 | 7.90 | 1,303.50 |
| | Monge Tirsa | #N/A | 339.00 | 515.40 | 174,720.60 |
| | Montani Christine A. | #N/A | 339.00 | 420.20 | 142,447.80 |
| | Nunes Silas T | #N/A | 300.00 | 706.00 | 211,800.00 |
| | Nunez Willie | #N/A | 237.00 | 466.50 | 110,560.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliver-Weeks Marcella J. | #N/A | 360.00 | 557.60 | 200,736.00 |
| | Paremoud Jana | #N/A | 259.00 | 10.30 | 2,667.70 |
| | Pulsipher Eric K. | #N/A | 312.00 | 505.50 | 157,716.00 |
| | Remus Amanda | #N/A | 360.00 | 367.80 | 132,408.00 |
| | Reyes Lucinda A. | #N/A | 191.00 | 634.90 | 121,265.90 |
| | Roberts Sarah B. | #N/A | 324.00 | 458.90 | 148,683.60 |
| | Schnarre Nicole L. | #N/A | 424.00 | 434.80 | 184,355.20 |
| | Simpson Brian K. | #N/A | 260.00 | 2.00 | 520.00 |
| | Stephens Shawna M. | #N/A | 129.00 | 577.70 | 74,523.30 |
| | Stone Adrian | #N/A | 297.00 | 567.60 | 168,577.20 |
| | Suffern Anne C. | #N/A | 334.00 | 301.20 | 100,600.80 |
| | Sweet Karen R | #N/A | 237.00 | 132.40 | 31,378.80 |
| | Szalay Sarah M | #N/A | 190.00 | 249.70 | 47,443.00 |
| | Tushaj Diana M. | #N/A | 268.00 | 165.30 | 44,300.40 |
| | Villamayor Fidentino L. | #N/A | 355.00 | 495.30 | 175,831.50 |
| | von Collande Constance M. | #N/A | 335.00 | 579.80 | 194,233.00 |
| | Wallace Dawn L. | #N/A | 323.00 | 219.20 | 70,801.60 |
| | Weaver Scott | #N/A | 300.00 | 577.00 | 173,100.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 308.75 | 14,422.60 | 4,452,919.20 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 691.78 | 25,384.00 | 17,560,048.10 |
| Associates Total | 382.22 | 43,877.60 | 16,770,732.80 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 308.75 | 14,422.60 | 4,452,919.20 |
| Blended Attorney Rate | 495.67 | | |
| Total Fees Incurred | | 83,684.20 | 38,783,700.10 |
| Less 10% Public Interest Discount | | | (3,878,370.01) |
| **Grand Total** | | | $ 34,905,330.09 |

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-FIRST INTERIM
PERIOD OF DECEMBER 1, 2015 THROUGH MARCH 31, 2016

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 18,456.70 | $ 8,001,605.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,254.80 | 752,524.60 |
| 03 | Feeder Funds | 142.00 | 92,068.90 |
| 04 | Asset Search Recovery and Sale | 2.10 | 2,026.50 |
| 05 | Internal Office Meetings with Staff | 870.90 | 500,354.10 |
| 07 | Billing | 701.50 | 272,126.60 |
| 08 | Case Administration | 2,237.40 | 823,451.50 |
| 11 | Press Inquires and Responses | 214.90 | 123,768.50 |
| 12 | Document Review | 6,556.70 | 1,676,163.30 |
| 13 | Discovery - Depositions and Document Productions | 6,134.40 | 2,171,701.20 |
| 14 | International | 15.30 | 12,963.60 |
| 15 | Charities | 0.20 | 199.60 |
| 18 | Auditors | 2.40 | 2,395.20 |
| 19 | Non-Bankruptcy Litigation | 23.30 | 9,094.10 |
| 20 | Governmental Agencies | 16.00 | 13,441.40 |
| 21 | Allocation | 22.20 | 18,365.00 |
| 000003 | Stanley Chais | 259.10 | 186,355.40 |
| 000004 | J. Ezra Merkin | 4,461.10 | 2,331,178.00 |
| 000005 | Customer Claims | 1,812.10 | 854,298.70 |
| 000006 | Vizcaya | 314.90 | 205,625.60 |
| 000007 | Madoff Family | 2,560.00 | 1,201,047.80 |
| 000009 | Fairfield Greenwich | 1,431.60 | 815,979.00 |
| 000011 | Cohmad Securities Corporation | 6,000.20 | 2,519,057.90 |
| 000012 | Picower | 68.00 | 40,403.50 |
| 000013 | Kingate | 3,448.30 | 2,056,430.80 |
| 000018 | Thybo | 3.10 | 1,759.90 |
| 000019 | Ruth Madoff | 7.00 | 5,966.70 |
| 000027 | JPMorgan Chase | 2.90 | 1,644.30 |
| 000029 | Rye/Tremont | 1,242.50 | 591,355.50 |
| 000030 | HSBC | 2,774.80 | 1,585,820.30 |
| 000031 | Katz/Wilpon | 172.90 | 109,300.50 |
| 000032 | LuxAlpha/UBS | 1,844.40 | 1,074,655.80 |
| 000033 | Nomura Bank International PLC | 188.40 | 99,289.00 |
| 000034 | Citibank | 1,032.20 | 581,656.00 |
| 000035 | Natixis | 341.50 | 170,361.90 |
| 000036 | Merrill Lynch | 10.40 | 5,823.80 |
| 000037 | ABN AMRO | 815.40 | 494,232.90 |
| 000038 | Banco Bilbao | 159.40 | 61,780.80 |
| 000039 | Fortis | 2,575.20 | 1,553,269.40 |
| 000040 | Medici Enterprise | 807.70 | 412,711.80 |
| 000042 | Equity Trading | 69.40 | 38,887.40 |
| 000045 | Levey | 35.80 | 18,128.10 |
| 000046 | Glantz | 239.60 | 143,338.90 |
| 000047 | Bonventre | 58.70 | 31,835.10 |
| 000048 | Bongiorno | 39.00 | 17,914.40 |
| 000050 | Pitz | 164.20 | 76,935.00 |
| 000051 | Crupi | 219.40 | 92,761.50 |
| 000052 | Donald Friedman | 149.20 | 76,822.80 |
| 000053 | Magnify | 1,482.40 | 697,499.40 |
| 000054 | Mendelow | 1,138.80 | 626,907.70 |
| 000056 | Lipkin | 325.80 | 147,461.10 |
| 000057 | Perez/O'Hara | 4.70 | 2,620.20 |
| 000058 | PJ Administrators | 103.40 | 55,361.00 |
| 000059 | Stanley Shapiro | 875.40 | 415,394.20 |
| 000060 | Avellino & Bienes | 411.10 | 173,970.70 |
| 000062 | Subsequent Transfer | 3,703.20 | 1,609,279.40 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 8.00 | 5,114.00 |
| 000065 | Legacy Capital Ltd | 1,888.10 | 1,054,964.30 |
| 000066 | Lieberbaum | 10.80 | 4,383.10 |
| 000071 | Square One | 181.80 | 90,655.90 |
| 000073 | BNP Paribas | 772.70 | 460,814.90 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 2,206.70 | 1,127,498.40 |
| 000076 | Silver Creek | 612.10 | 382,897.70 |
| | | | |
| Grand Total | | 83,684.20 | 38,783,700.10 |

| | |
|---|---:|
| **Less 10% Public Interest Discount** | (3,878,370.01) |
| **Grand Total** | $ 34,905,330.09 |
| **Current Application** | |
| Interim Compensation Requested | $ 34,905,330.09 |
| Interim Compensation Paid | (31,414,797.08) |
| Interim Compensation Deferred | $ 3,490,533.01 |
| **Prior Applications** | |
| Interim Compensation Requested | $ 784,938,925.97 |
| Interim Compensation Paid | $ (756,099,050.11) |
| Interim Compensation Deferred | $ 28,839,875.86 |

## EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-FIRST INTERIM PERIOD OF DECEMBER 1, 2015 THROUGH MARCH 31, 2016

| | | | |
|---|---|---|---:|
| E101 | Copying (E101) | | 6,494.50 |
| E102 | Outside Printing (E102) | | 1,624.33 |
| E104 | Facsimile (E104) | | 6.10 |
| E105 | Telephone (E105) | | 1,458.12 |
| E106 | Online Research (E106) | | 37,388.48 |
| E107 | Delivery Services/ Messengers (E107) | | 6,714.00 |
| E108 | Postage (E108) | | 3,732.76 |
| E110 | Out-of-Town Travel (E110) | | 70,007.87 |
| E112 | Court Fees (E112) | | 5,036.72 |
| E113 | Subpoena Fees (E113) | | 468.00 |
| E115 | Deposition Transcripts (E115) | | 9,553.32 |
| E116 | Trial Transcripts (E116) | | 1,746.69 |
| E117 | Trial Exhibits (E117) | | 653.25 |
| E119 | Experts (E119) | | 716.92 |
| E123 | Other Professionals (E123) | | 29,384.75 |
| E124 | Other (E124) | | 24,484.96 |
| Grand Total | | $ | 199,470.77 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded          $ 14,003,749.38

EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-FIRST INTERIM
PERIOD OF DECEMBER 1, 2015 THROUGH MARCH 31, 2016

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 814,978,869.56 |
| Interim Compensation Deferred | $ 31,843,870.23 |
| Holdback Amount to be Released | 10,508,477.18 |
| Holdback After Release | $ 21,335,393.05 |