## Exhibit B

SUMMARY OF TWENTIETH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2015 THROUGH MARCH 31, 2016

| Name | Year Admitted | Dec 2015-Mar 2016 Standard Hourly Rate | Dec 2015-Mar 2016 Total Hours Billed | Dec 2015-Mar 2016 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 590.00 | 504.70 | $ 297,773.00 |
| Kim M. Longo | 2002 | 465.00 | 694.40 | $ 322,896.00 |
| Antonio J. Casas | 1992 | 465.00 | 452.00 | $ 210,180.00 |
| **Total Partners** | | | **1,651.10** | **$830,849.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 430.00 | 661.70 | $ 284,531.00 |
| Carol LaFond | 2000 | 410.00 | 591.00 | $ 242,310.00 |
| Jared Evan Rosen | 2011 | 385.00 | 7.20 | $ 2,772.00 |
| Brian W. Kreutter | 2003 | 375.00 | 540.60 | $ 202,725.00 |
| John J. Tepedino | 2005 | 375.00 | 617.40 | $ 231,525.00 |
| Kevin M. Baum | 2010 | 375.00 | 175.60 | $ 65,850.00 |
| Craig D. Gotilla | 1999 | 360.00 | 2.50 | $ 900.00 |
| Alan D. Lawn | 2008 | 350.00 | 591.20 | $ 206,920.00 |
| Stergios Milona, Jr. | 2014 | 350.00 | 13.90 | $ 4,865.00 |
| Alex Jonatowski | 2007 | 345.00 | 665.10 | $ 229,459.50 |
| Rebekah J. Mott | 2012 | 310.00 | 145.50 | $ 45,105.00 |
| **Total Associates** | | | **4,011.70** | **$1,516,962.50** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 250.00 | 2.40 | $ 600.00 |
| Matthew Corwin | | 230.00 | 402.30 | $ 92,529.00 |
| **Total Paraprofessionals** | | | **404.70** | **$ 93,129.00** |

| | | Hours | Total Fees |
|---|---|---|---|
| **Partners** | | 1,651.10 | $830,849.00 |
| **Associates** | | 4,011.70 | $1,516,962.50 |
| **Paraprofessionals** | | 404.70 | $93,129.00 |
| **Blended Attorney Rate** | 414.60 | | |
| **GRAND TOTAL** | | **6,067.50** | **$ 2,440,940.50** |