## **Exhibit C**

SUMMARY OF TWENTIETH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
DECEMBER 1, 2015 THROUGH AND INCLUDING MARCH 31, 2016

| **Code Description** | **Amount** |
|---|---:|
| Copying | $ 144.52 |
| Fax - Transmittal | $ 8.00 |
| Postage | $ 43.46 |
| Air Courier/Messenger | $ 1,112.31 |
| Online Research | $ 5,758.36 |
| Process Serving Fees | $ 447.05 |
| Miscellaneous | $ 15,225.33 |
| **TOTAL** | **$ 22,739.03** |