## Exhibit D

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTIETH INTERIM PERIOD OF DECEMBER 1, 2015 THROUGH AND INCLUDING MARCH 31, 2016

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 218.50 | $ 90,919.50 |
|  |  | 007 | Fee Application | 64.20 | 26,603.50 |
|  |  | 020 | Internal Office Meetings | 15.00 | 5,970.00 |
|  |  | 041 | Discovery, Document Review, Document Production | 731.90 | 315,418.50 |
|  |  | 042 | Bankruptcy Court Litigation | 8.90 | 3,036.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 1,142.40 | 456,378.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 34.40 | 13,600.50 |
| 12 | Credit Suisse | 010 | Litigation | 1,036.10 | 399,635.00 |
| 13 | Solon Capital | 010 | Litigation | 43.30 | 15,741.00 |
| 14 | Zephyros | 010 | Litigation | 47.10 | 17,489.50 |
| 15 | Mistral | 010 | Litigation | 109.60 | 40,103.00 |
| 16 | Societe Generale | 010 | Litigation | 685.40 | 267,030.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 565.90 | 205,497.00 |
| 18 | Clariden Leu | 010 | Litigation | 188.90 | 72,119.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 28.70 | 10,607.50 |
| 20 | Coordinated Cases | 010 | Litigation | 1,147.20 | 500,791.50 |
|  |  |  | **TOTALS** | **6,067.50** | **$ 2,440,940.50** |