**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05110 (SMB) |
| Plaintiff, | |
| v. | |
| UNITED CONGREGATIONS MESORA, | |
| Defendant. | |

**NOTICE OF MEDIATOR SELECTION**

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 2, 2010 [Dkt. No.2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on June 2, 2016, the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 43], wherein the Trustee and Defendant (the "Parties") jointly agreed to enter mediation without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Richard J. Davis, to act as Mediator in this matter.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

Dated: New York, New York

July 21, 2016

| | |
|---|---|
| */s/ Nicholas J. Cremona* | */s/ Laura K. Clinton* |
| **BAKER & HOSTETLER LLP** | **BAKER & MCKENZIE LLP** |
| 45 Rockefeller Plaza | 815 Connecticut Ave., N.W. |
| New York, NY 10111 | Washington, D.C. 20006 |
| Telephone: (212) 589-4200 | Telephone: (202) 452-7023 |
| Facsimile: (212) 589-4201 | Facsimile: (202) 416-7223 |
| David J. Sheehan | Richard A. Kirby |
| Email: dsheehand@bakerlaw.com | Email: richard.kirby@bakermckenzie.com |
| Nicholas J. Cremona | Laura K. Clinton |
| Email: ncremona@bakerlaw.com | Email: laura.clinton@bakermckenzie.com |
| Heather J. McDonald | |
| Email: hmcdonald@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendant United Congregations Mesora*