# EXHIBIT A

## EXHIBIT 2 – OBJECTING CLAIMANTS

### List Of Claimants Invested In The General Partnerships Identified In Exhibit 1 With
### Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | General Partnership Invested In | General Partnership BLMIS Account Number |
|---|---|---|---|---|---|
| Carol A. Kozloff | 011228 | 3094 | Becker & Poliakoff, LLP | Palko Associates | 1CM563 |
| Colette Jaffe | 012832 | 3170[1] | Becker & Poliakoff, LLP | Gloria S Jaffe Investment Partnership | 1EM091 |
| Phillip Jaffe | 012823 | 3170[1] | Becker & Poliakoff, LLP | Gloria S Jaffe Investment Partnership | 1EM091 |
| The Miller Partnership | N/A | 576[2] | Phillips Nizer LLP | N/A | 1ZA977 |
| Danessa Miller | 012259 | 3501 | Becker & Poliakoff, LLP | The Miller Partnership | 1ZA977 |
| Steven F Miller | 012258 | 3501 | Becker & Poliakoff, LLP | The Miller Partnership | 1ZA977 |
| EDM Trust #1 C/O E. Danessa Miller | 012260 | 3501 | Becker & Poliakoff, LLP | The Miller Partnership | 1ZA977 |

[1] Objection docket 3170 was filed on behalf of the Jaffe Partnership as well as the Objecting Claimants. No other objection was filed on behalf of the Jaffe Partnership.  The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants.  The remainder of the objection will be addressed in a future motion.

[2] The Motion seeks to overrule that portion of objection docket 576 related to claim 002285, filed by The Miller Partnership, only insofar as it seeks customer status for the Objecting Claimants.