**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>MELVIN H. AND LEONA GALE JOINT REVOCABLE LIVING TRUST U/A/D 1/4/94, MELVIN H. GALE, in his capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust u/a/d 1/4/94 and individually, and LEONA GALE in her capacity as trustee of the Melvin H. and Leona Gale Joint Recoverable Living Trust u/a/d 1/4/94 and individually,<br><br>    Defendants. | Adv. Pro. No. 10-04993 (SMB) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of AKERMAN LLP, 350 East Las Olas Boulevard, Suite 1600, Fort Lauderdale, Florida 33301, shall be substituted in place of the law firm of CHAITMAN LLP, 465 Park Avenue, New York, New York 10022 as counsel of record for **the Melvin H. and Leona Gale Joint Revocable Living Trust U/A/D 1/4/94 (the "Melvin and Leona Gale Trust"), and Leona Gale, individually, and in her capacity as trustee of the Melvin and Leona Gale Trust** in this adversary proceeding. All notices given or required to be given in the adversary proceeding shall be given to and served upon the following:

**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Attention:  Michael I. Goldberg
Catherine E. Douglas
Phone:  (954) 463-2700
Fax:  (954) 463-2224
Email: michael.goldberg@akerman.com
catherine.douglas@akerman.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, NY
      July 22, 2016

| CHAITMAN LLP | AKERMAN LLP |
|---|---|
| By: /s/ Helen Davis Chaitman | By: /s/ Michael I. Goldberg |
|    Helen Davis Chaitman |    Michael I. Goldberg |
|    Email: hchaitman@chaitmanllp.com |    Email: michael.goldberg@akerman.com |
|    465 Park Avenue |    Email: catherine.douglas@akerman.com |
|    New York, NY  10022 |    Las Olas Centre II, Suite 1600 |
|    Phone: 888-579-1114 |    350 East Las Olas Boulevard |
|    Fax: 888-759-1114 |    Fort Lauderdale, FL  33301-2229 |
| |    Phone:  (954) 463-2700 |
| |    Fax:  (954) 463-2224 |

| | |
|---|---|
| Dated: New York, NY<br>      July 22, 2016 | SO ORDERED:<br><br>  /s/ STUART M. BERNSTEIN_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |