**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Ruth E. Goldstein (the "Claimant"), having filed objections (the "Objections", Docket Nos. 912 and 941) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims (#009314 and #009315), hereby gives notice that she withdraws such Objections.

Dated: May 17, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew A. Kupillas
　　　　　　　　　　　　　　　　　　　　　　Matthew A. Kupillas on behalf of Ruth E. Goldstein
　　　　　　　　　　　　　　　　　　　　　　Milberg LLP
　　　　　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10119
　　　　　　　　　　　　　　　　　　　　　　(213) 613-5697