BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      I, **Gracemary Curbelo**, being duly sworn, depose and say:  I am more than eighteen

years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45

Rockefeller Plaza, New York, NY 10111.

On July 22, 2016, I served the *Notice to Defendants Establishing Deadline to File Requests to Depose Bernard L. Madoff* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

*/s/ Gracemary Curbelo*
Gracemary Curbelo

Sworn to before me this
22nd day of July, 2016

*/s/Magdalena Charlotten*
Notary Public

Magdalena Charlotten
Notary Public, State of New York
No. 01CH6059474
Qualified in New York County
Certificate Filed in Kings, Queens,
Westchester, Bronx Counties
Commission Expires: May 29, 2019

# SCHEDULE A

---

**Government Parties**

---

Counsel to the JPL
Eric L. Lewis
Email: Eric.Lewis@baachrobinson.com

Internal Revenue Service
Centralized Insolvency Operation
Philadelphia, PA 19101-7346

Internal Revenue Service
District Director
New York, NY 10008

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov

Securities and Exchange Commission
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov

Securities and Exchange Commission
Terri Swanson
Email: swansont@sec.gov

Securities Investor Protection Corporation Nate Kelley
Email: nkelley@sipc.org

Securities Investor Protection Corporation
Josephine Wang
Email: jwang@sipc.org

Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org

U.S. Department of Justice, Tax Division
Washington, DC 20044

United States Attorney for SDNY
Carolina Fornos
Email: carolina.fornos@usdoj.gov

**BLMIS Customers**

A. Angelaki
Tampa, FL 33613

Alan G. Cosner
Email: alan@cosnerlaw.com

Alder Family Foundation
Email: lovormon@aol.com

Alice J. Rawlins
Email: alicerawlins@me.com

Amy Cappellazzo
Email: joannerosen@gmail.com

Andy Huang
Email: andy.huang@sofos.com.sg

Anna Lowit
Delray Beach, FL 33484

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

Aruna Muchhal
Email: muchhal@netvigator.com

Au Yuet Shan
Email: eau203@gmail.com

Barbara Moss Estate
c/o Irving Moss
Bronx, NY 10467-7905

Bernard W. Braverman
Email: berniebraverman@gmail.com

BF+M Life Insurance Company Limited
Email: jsousa@bfm.bm

Birgit Peters
Email: birgit.peters2010@yahoo.com

Capital Bank
Email: berthold.troiss@capitalbank.at

Carole Coyle
Email: bionicdoll@aol.com

Cecilia M. Parker
Sparta, NJ 07871


Charles Nicholas Doyle
Email: linchasd@netvigator.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Chien-Liang Shih
Email: gary.libra@gmail.com

Chi-Hua Liao
Jhubei City, Hsinchu County,
Taiwan

Chris P. Tsukoa
Tampa, FL 33613


Crisbo S.A.
Email: arroyo@rya.es; arroyoignacio@hotmail.com

Daniel L. Gaba
c/o Rhoda S. Gaba
Pitsboro, NC 27312


David B. Epstein (IRA Bene)
Email: david1943@comcast.net

David Drucker
Email: daved628@aol.com

Deborah L. Fisch
Email: dfisch1@twcny.rr.com

Dewey H. Lane
Email: dewlane@gmail.com

Donald P. Weber
Email: mdweb27@me.com

Donald Schupak
Email: dschupak@schupakgroup.com

Edward H. Kohlschreiber
Palm Beach, FL 33480


Elaine and Sidney Goldstein
Email: grandpastuffit@bellsouth.net

Ethel L. Chambers
Stuart, FL 34997


Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

FJ Associates, S.A.
Email: pabst@mantomgmt.com

Fondo General De Inversion Centro America-No, S.A.
Email: pabst@mantomgmt.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Gail B. Oren Revocable Trust dtd. 9/8/95
Gail B. Oren as Trustee
Email: oreng@bellsouth.net

Gayle Samore Co-Trustees
Email: johnsamore@hotmail.com

George H. Hulnick
Ridgefield, CT 06877


Gloria Sandler
Email: mauricesandler@sbcglobal.net

Goore Partnership
Email: hyassky@aol.com

Guy S. Parker
Stockholm, NJ 07460-1423


Harriet Rubin
Las Vegas, NV 89117


Harvey Barr
Email: hbarr@bplegalteam.com

Harvey Krauss
New York, NY 10022


Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Hilda Drucker
Great Neck, NY 11021

Howard Stern
Email: hstern@wzssa.com

Ilse Della-Rowere
Vienna, 1210
Austria

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

J.W. Nijkamp
Email: jwnijkamp@kpnmail.nl

James R. Samore
Email: johnsamore@hotmail.com

Jane Delaire
Email: j.delaire@yahoo.com

Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Jean-Marie Jacques
Email: jacques123@wanadoo.es

Jeanne H. Rosenblum
Email: prosenblum@mindspring.com

Joanne Rosen
Email: joannerosen@gmail.com

John B. Malone
Email: doctor1000@earthlink.net

John H. Petito
Lumberville, PA 18933

John P. Harris
Email: johnph1494@gmail.com

John Samore
Email: johnsamore@hotmail.com

John Samore, Jr.
Email: johnsamore@hotmail.com

John Stirling Gale
Email: galejs@gmail.com

Jose Haidenblit
Email: chore55@yahoo.com

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Kamal Kishore Muchhal
Email: muchhal@netvigator.com

Kenneth Springer
Wellington, FL 33414


KHI Overseas Ltd
Email: ew@khiholdings.com

Kimberly S. Stoller
Belmar, NJ 07719


KR Erwin Hawle
4865 Nussdorf,
Austria

Krates, S.A.
Email: pabst@mantomgmt.com

Kwok Yiu Leung
Email: yiuleung@yahoo.com.hk
and
Email: yiuleunghk@gmail.com

Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Lee Garrity
Valparaiso, IN 46383


Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lillian Barr
Email: hbarr@bplegalteam.com

Linda Doyle
Email: linchasd@netvigator.com

Linda Wolf
Email: wolfie2400@yahoo.com

Lindel Coppell
Email: lindencoppell@gmail.com

Marcia Roses Schachter
Email: marciroses@aol.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Martha Alice Gilluly
Email: marny@corsair2.com

Martin Wimick
Email: mwinick@hotmail.com

Matthew F. Carroll
Email: mattfcarroll@msn.com

Maurice Sandler
Email: mauricesandler@sbcglobal.net

Michael E. Fisch
Email: fischwave@comcast.net

MLSMK Investments Co
Email: stanleymkatz@mac.com

Nancy Dver Cohen
Email: ndver@comcast.net

Ng Shok Len
Taikoo Shing,,
Hong Kong

Ng Shok Mui Susanna
Taikoo Shing,,
Hong Kong

Nicholas Kardasis
Email: gdnite@earthlink.net

Panagiotis Moutzouris
Voula GR-16673,
Greece

Partricia M. Hynes
Email: rreardon@stblaw.com

Patsy P. Jones
Email: 335pat@roadrunner.com

Paul J. Fisch
Email: pfisch@twcny.rr.com

Paul Maddocks
Email: maddockspaul@gmail.com

Peerstate Equity Fund L.P.
c/o Lou Prochilo
Northport, NY 11768

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

PFC Nominees Limited
Email: info@pfcintl.com

Phyllis Pressman
Email: peplady5@gmail.com

Phyrne and Ron LLC
Email: jpitkin@umich.edu

Ralph Schiller
Email: optics58@gmail.com

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Remy Investments Corp
London W1G 9QD,
England,  United Kingdom

Rhouda Macdonald
Email: rmacdon482@aol.com

Richard C. Brockway
Vero Beach, FL 32963

Richard G. Corey
Charleston, WV 25302

Richard Hoefer
Email: richard.hoefer@utanet.at

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Rita Wolf
Email: wolfie2400@yahoo.com

Robert Douglas Steer
Email: bobjen8@bigpond.com

Robins Family Limited Partnership

Email: charles.robins@weil.com

Ronald E. Samore, Sr.
Email: johnsamore@hotmail.com

Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

S. James Chambers
Stuart, FL 34997

Samore 1992 Family Trust
Email: johnsamore@hotmail.com

Samuel Frederick Rohdie
Email: srohdie@bellsouth.net

Shao-Po Wang
New Taipei City 236,,
Taiwan

Sharon Lee Tiner
Email: sltiner@yahoo.com

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Siu Yuen Veronica Nh
Email: yiuleung@yahoo.com.hk
and
Email: yiuleunghk@gmail.com

Stephen Hill
Email: leyla.hill@hos.com

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com

Sudeshna M. Fisch
Email: fischwave@comcast.net

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com

The Gottesman Fund
Email: dgottesman@firstmanhattan.com

Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Waterland Investment Services
Email: admin@waterland-investment.nl

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Yvonne Roodberg
Email: cissie2010@gmail.com

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Diana P. Victor

---

**Notices of Appearance**

---

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com
Email: bvkleinman@aitkenberlin.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney For: Counsel for Judie B. Lifton and the Judie Lifton 1996

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Alexander M. Feldman
Jeff E. Butler
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Amy Walker Wagner
Carolyn B. Rendell
David S. Stone
Stone & Magnanini, LLP
Email: awagner@stonemagnalaw.com

Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

Andrea J. Robinson
George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: andrea.robinson@wilmerhale.com
Email: george.shuster@wilmerhale.com
Attorney For: SNS Bank N.V., SNS Global Custody B.V.

Andrew J. Ehrlich
Brette Tannenbaum
Caitlin Grusauskas
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: btannenbaum@paulweiss.com
Email: cgrusauskas@paulweiss.com
Attorney For: Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, The
Estate of Mark D. Madoff

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney For: Anchor Holdings, LLC

Anna Hadjikow
George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Attorney For: Alan D. Garfield, Barry E. Kaufman, BK Interest, LLC, Erin M. Hellberg, James H. Cohen,
Marion Tallering-Garfield, Morrie Abramson, Robyn Berniker, The James H. Cohen Special Trust,
The Marian Cohen 2001 Residence Trust

Arthur J. Steinberg
Kristi E. Jacques
Richard A. Cirillo
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: kjacques@kslaw.com
Email: rcirillo@kslaw.com
Attorney For: Lemania SICAV-SIF, National Bank of Kuwait, S.A.K. ("NBK"), NBK Banque Privee and
counsel for the Pascucci Family

Barry R. Lax.
Brian J. Neville
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Attorney For: PJFN Investors LP, Rose Less

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney For: Belfer Two Corporation

Brad N. Friedman, Esq.
Jennifer L. Young
Matthew Gluck, Esq.
Sanford P. Dumain, Esq.
Milberg LLP
Email: bfriedman@milberg.com
Email: jyoung@milberg.com
Email: mgluck@milberg.com
Email: sdumain@milberg.com
Attorney For: Blumenthal & Associates Florida General Partnership, Gerald Blumenthal, Judith Rock
Goldman, June Pollack, Ruth E. Goldstein, The Horowitz Family Trust, The Unofficial Committee of
Certain Claim Holders

Brenda R. Sharton
Daniel M. Glosband
David J. Apfel
Goodwin Procter LLP
Email: bsharton@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Attorney For: Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust, Jeffrey
A. Berman, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev.
Trust, Russell deLucia

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: Brendan M. Scott

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg
Investment Fund, Paul Laplume

Bryan Ha
Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: bhanyc@gmail.com
Email: rsignorelli@nycLITIGATOR.com; richardsignorelli@gmail.com
Attorney For: Richard E. Signorelli

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited

Carol A. Glick
Richard J. McCord
Certilman, Balin, Adler & Hyman LLP
Email: cglick@certilmanbalin.com
Email: rmccord@certilmanbalin.com
Attorney For: Alyssa Beth Certilman, Bernard Certilman, Clayre Hulsh Haft, Morton L. Certilman and
Joyce Certilman

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: SNR Customers

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney For: BSI AG

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney For: SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC

Dana M. Seshens
Karen E. Wagner
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Attorney For: Sterling Equities Associates and Certain Affiliates

Daniel Holzman
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielholzman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Kingate Management Limited, KML
Asset Management LLC

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney For: Defendant Oppenheimer Acquisition Corp.

David J. Molton
Elizabeth A. Molino Molino
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Email: emolino@brownrudnick.com

Attorney For: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Dr. Michael Schur, Mrs. Edith A. Schur

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney For: David Bolton

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney For: Alexander Rabinovich, Arnold Kohn, Daniel L. Davis, Individually and as parent of H.D.D., Eric Rausher, Frank S. Katz, Howard Pomerantz, Jason M. Rausher, Marcia B Fitzmaurice, Maria Rabinovich, Maria Shuster, Marsha H. Rausher, Melissa Doron, Mitchell J. Rausher, Natasha Jane Rabinovich, P.A. Retirement Plan, parent of A.S.D., Paula S. Katz, Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Richard Abramowitz & Pomerantz, Rita S. Katz (n/k/a Rita Starr Katz Davey), Robin S. Abramowitz, Samuel D. Davis, Theresa A. Wolfe, Thomas R. Fitzmaurice, Traci D. Davis, Trustees Richard Abramowitz and Howard L. Pomerantz, Vladimir Rabinovich, Wendy Sager Pomerantz

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney For: Deirdre Norton Hykal

Dennis C. Quinn
Barger & Wolen, LLP
Email: dquinn@bargerwolen.com
Attorney For: Jewish Community Foundation of the Jewish Federation - Council of Greater Los Angeles

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney For: Douglas R. Hirsch

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com
Attorney For: Elise Scherr Frejka

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney For: Nephrology Associates P.C. Pension Plan

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney For: Andrew Laurence Hosking, Mark Richard Byers, Stephen John Akers

Erin Joyce Letey
Joseph E. Shickich, Jr.
Riddell Willams P.S.
Email: eletey@riddellwilliams.com
Email: jshickich@riddellwilliams.com
Attorney For: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Ernest Edward Badway
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
Attorney For: Iris Schaum

Fletcher W. Strong
William F. Dahill
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: wdahill@wmd-law.com
Attorney For: Robert F. Weinberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney For: Iron Mountain Information Management, Inc.

Fred H. Perkins
Michael Lago, Esq.
Robert K. Dakis
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: bankruptcy@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Attorney For: Customer Claimant David Silver

Fred W. Reinke
Mayer Brown LLP
Email: freinke@mayerbrown.com
Attorney For: AXA Private Management, Fondauto Fondo de Pensiones, SA, Mutua Madrilena
Automovilista Ramo de vida

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney For: Gary S. Lee

17

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney For: Gary Woodfield

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney For: George R. Hirsch

Glenn P. Warmuth
Paula J. Warmuth
Stim & Warmuth, P.C.
Email: gpw@stim-warmuth.com
Email: pjw@stim-warmuth.com
Attorney For: Creditors, Michael Most and Marjorie Most

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Aaron Blecker

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney For: Harold D. Jones

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Marsha Peshkin et al.

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney For: Rosenman Family LLC

Hunter T. Carter
Arent Fox LLP
Email: hunter.carter@arentfox.com
Attorney For: Brenda Guritzky, Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz
(collectively the "Guritzky Parties"), Dana Guritzky Mandelbaum, Guritzky Family Partnership LP,
Ronald P. Guritzky, Sanford Guritzky

James H. Hulme
Joshua Fowkes
Arent Fox LLP
Email: hulme.james@arentfox.com
Email: fowkes.joshua@arentfox.com
Attorney For: 1776 K Street Associates Limited Partnership, Albert H. Small, Bernard S. Gewirz, Carl
S. Gewirz, Clarice R. Smith, Edward H. Kaplan, Eleven Eighteen Limited Partnership, Estate of
Robert H. Smith, Irene R. Kaplan, Jerome A. Kaplan, Marjet LLC, Robert H. Smith Revocable Trust,
Robert P. Kogod

James M. Ringer, Esq.
Stuart I. Rich, Esq.
Meister Seelig & Fein LLP
Email: jmr@msf-law.com
Email: sir@msf-law.com
Attorney For: Jasper Investors Group LLC ("Jasper")

Jeremy A. Mellitz
Withers Bergman, LLP
Email: Jeremy.Mellitz@withers.us.com
Attorney For: Von Rautenkranz Nachfolger Special Investments LLC

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney For: Samdia Family, LP

John Lavin
Blount & Lavin, P.C.
Email: jlavin@blountlavin.com
Attorney For: John J. Lavin

Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: jlevine@stblaw.com
Attorney For: Spring Mountain Capital, LP

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney For: ELEM/Youth in Distress Israel Inc. ("ELEM")

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Ariana Victor, Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC
Accounts 1ZA128-3 and 1ZA128-40, Justin Victor Baadarani, Leila Victor Baadarani, Shosharma
Remark Victor

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd.

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney For: The Pati H. Gerber Defendants

Marianna Udem
ASK, LLP

Email: mudem@askllp.com
Attorney For: Marianna Udem

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney For: Mark S. Cohen

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney For: DeMatteis FLP Assets, Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis
Revocable Trust

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney For: Lawrence Torn

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: Marshall R. King

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com
Attorney For: Linda Polatsch

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust, Constance R.
Sisler, individually, and in her capacity as Settlor and Trustee of the CRS Revocable Trust, CRS
Revocable Trust, Edith G. Sisler, Joyce C. Auerbach Revocable Trust, Robert Auerbach Revocable
Trust, Robert Auerbach, individually, Robert S. Bernstein, S. James Coppersmith Charitable
Remainder Unitrust

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Anna Kedersha, as parent of A.K, Antona G Wilson, Betty Tarr, Bonnie A Johnson,
Individually and as parent of D.C.J., Carol P. Dargan, Cindy J Schacht, Cory D Johnson, Crescienzo J
Boccanfuso, Cynthia Schrank Kane, David C Johnson, Diane C. Backus, Diane T. Levin, Dominick F.
Boccanfuso, Douglas H. Johnson, Eugene G. Laychak, Jr., Everett L. Dargan, Gary S. Davis,
individually and as parent of S.W.D. and J.F.D.,, Gerald A Wilson, Giuseppa A Boccanfuso, Giuseppe C.
Basili, Grace A. Nash, Harold Murtha, Trustee of Murtha Enterprises, Inc. Profit-Sharing Plan,
Jacqueline A Johnson, Jaime R Johnson, Jing W. Davis (now known as Amy Davis),, Joanne Verses,
Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, and as Trustee
of the Joyce C. Auerbach Revocable Trust, Jozef Kaczynski, Justin Kane, Linda Laychak, Madeline E

Corish Estate, Margaret Pace, Margherita M. Basili, Mary Zarra, as parent of A.Z. and A.Z., Michael T.
Nash, Midlands Surgical Associates, PA Profit Sharing Plan, parent of J.K.S, parent of K.H.S, parent of
N.A.S., Patti E Schacht, Robert Levin, Shirley B. Sklar, Sol Davis, individually and as Trustee of the Sol
Davis Retirement Plan, Sophia B Freitag, Steven E. Sklar, Thomas H. Nash, Trustee of Margherita M.
Basili Retirement Plan and individually, William Sklar, William Sklar, Trustee of Pacific Plumbing
and Heating Supply Company Profit-Sharing Plan, WR Johnson Co. Pension and Profit Sharing Plan

Michael I. Goldberg
Akerman LLP
Email: michael.goldberg@akerman.com
Attorney For: Michael I. Goldberg

Michael S. Pollok
Marvin and Marvin, PLLC
Email: mpollok@marvinandmarvin.com
Attorney For: Alan Hayes, Wendy Wolosoff-Hayes

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney For: Michael V. Blumenthal

Michael V. Ciresi
Ciresi Conlin LLP
Email: MVC@CiresiConlin.com
Attorney For: Michael V. Ciresi

Mor Wetzler
Paul Hastings LLP
Email: morwetzler@paulhastings.com
Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors, LLP, FIM Limited

Nancy L. Fineman
Cotchett, Pitre & McCarthy
Email: nfineman@cpmlegal.com; lconcepcion@cpmlegal.com
Attorney For: Daniel Ryan, Donna M. McBride, Doris Greenberg, Jay Wexler, Matthew Greenberg,
The Estate of Leon Greenberg, Theresa Ryan, Walter Greenberg

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney For: New York State Education Department.

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney For: Barbara J. Weiss, Barbara Schlossberg, Bernard Seldon, Leslie Weiss and Gary M.
Weiss, Lewis Franck, Marilyn Cohn Gross, Melvyn I. Weiss, Stephen A. Weiss, The M & B Weiss
Family Limited Partnership of 1996 c/o Melvyn I. Weiss

Patricia Heer Piskorski

Paul D. Moore
Stephen M. Honig
Duane Morris LLP
Email: phheer@duanemorris.com
Email: PDMoore@duanemorris.com
Email: smhonig@duanemorris.com
Attorney For: Eleanore C. Unflat, Eleanore C. Unflat,in her capacity as co- trustee of the Eleanore C.
Unflat Living Trust, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore
C. Unflat Living Trust, the Eleanore C. Unflat Living Trust

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney For: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants

Richard A. Kirby
Baker & McKenzie LLP
Email: Richard.Kirby@bakermckenzie.com
Attorney For: Richard A. Kirby

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney For: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller, Lilfam
LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, Wellesley Capital Management

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: Richard G. Haddad

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney For: Richard L. Spinogatti

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney For: Richard Galler

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Carl T. Fisher, Joan L. Fisher, The Trust U/A VIII of the Will of Gladys C. Luria F/B/O
Carl T. Fisher

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney For: Michael W. Sonnenfeldt, MUUS Independence Fund LP

Robert A. Abrams

Steven H. Newman
Katsky Korins LLP
Email: rabrams@katskykorins.com
Email: snewman@katskykorins.com
Attorney For: David Cash, Estate of Richard L. Cash, Freda B. Epstein, Freda Epstein Revocable
Trust, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, James H. Cash, Jennifer Spring McPherson,
Jonathan Cash, Richard L. Cash Declaration of Trust Dated September 19,1994, Richard Spring, S. H.
& Helen R. Scheuer Family Foundation, The Jeanne T. Spring Trust, The Spring Family Trust

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney For: Andrew C. Sankin

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney For: Attorney for the United States of America

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney For: Carol Rosen

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney For: Amy Beth Smith, David A. Schustack, Judith S. Schustack, Robert J. Schustack, Shirley
Schustack Conrad

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Counsel for Brian H. Gerber

Scott Reynolds
Chaffetz Lindsey LLP
Email: scott.reynolds@chaffetzlindsey.com
Attorney For: Scott W. Reynolds

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney For: Fabio Conti

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney For: Seth L. Rosenberg

Shannon Scott
Steven R. Schlesinger
Jaspan Schlesinger LLP

Email: sscott@jaspanllp.com
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Luria Partners LLC, Andrew Samuels, David Richman, Estate of
Richard A. Luria, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees, Jay
Rosen Executors, Patricia Samuels, Peter Zutty, Robert Luria Partners, Samuels Family LTD
Partnership

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney For: Oracle Credit Corporation, Oracle USA, Inc. ("Oracle")

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney For: Carl J. Shapiro et al.

Steven Paradise
Richards Kibbe & Orbe, LLP
Email: sparadise@rkollp.com
Attorney For: Steven Paradise

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer Family Trust "A", Alyse
Klufer, individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O Robert
E. Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust
Under Article Fourth U/W/O Robert E. Klufer, Jane Shrage, Maxwell Greengrass, Michael Shrage,
Nancy Greengrass, Natalie Greengrass, PJ Administrator LLC, Robert and Alyse Klufer Family Trust
"A", Trust Under Article Fourth U/W/O Robert E. Klufer

Timothy A. Valliere
Smith Valliere PLLC
Email: tvalliere@svlaw.com
Attorney For: Timothy A. Valliere

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com
Attorney For: Tony Miodonka

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney For: Vivian R. Drohan

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney For: Will R. Tansey

William A. Habib, Esq.

Habib Law Associates, LLC
Email: wahabib@verizon.net
Attorney For: Anthony F. Russo

**Pro Se Defendants**

Alan Wilk
Nesconset, New York 11767

Alice Jacobs
Cedarhurst, NY 11516

Alice Weiner
Tamarac, FL 33321

Allan Wilson
Aventura, FL 33160

Anthony Pugliese
British Virgin Islands

Associados Investimento Ltd.
Luxembourg,
Luxembourg

Betty J. Rogers
Jacksonville Beach, FL 32250

Beverly C. Kunin
Oak Brook, IL 60523

Bradermak Equities Corp.
GARDEN CITY PARK, NY 11040

and
Roslyn, NY 11576

Chalek Associates LLC
New York, NY 10023

Christina Pugliese
BRITISH VIRGIN ISLANDS

Colt Corporation Profit Sharing Plan & Trust
Palm Beach, FL 33480

Cynthia L. Ginsberg
Minneapolis, MN 55413-2581

and
Oak Brook, IL 60523


David Chalek, in his capacity as a Member of Chalek Associates LLC
Montclair, NJ 07043


Dennis Liss
Marina del Rey, CA 90292


Donald I. Altman
West New York, NJ 07093


Donald Wilk
Boca Raton, Florida 33433


Douglas J. Sturlingh, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living
Trust Dtd 4/6/01
Clearwater, FL 33755


Edward J. Flanagan (Executor of the Estate of Dorothy Flanagan)
Washington, NJ 07882-1110

and
Washington, NJ 07882-1847


Edward L. Sleeper
Palm Beach, FL 33480

and
Oak Brook, IL 60523


Edwin Michalove
Los Angeles, CA 90004


Elizabeth Woessner
Denver, Colorado 80218


Elliot Wilk
Email: elliot242@aol.com

Estate of Bea Laub
Los Angeles, CA 90067


Estate of Dorothy Flanagan
MORRISTOWN, NJ 07960

and
Washington, NJ 07882-1847


Estate of Irving J. Pinto
Palm Springs, CA 92264


Eunice Chervony Lehrer
Email: slehrer226@aol.com

Frances Reiss, in his/her capacity as a Member of Chalek Associates LLC
Port Jefferson Station, NY 11776


Gerda Layton
Email: layton@bluewin.ch

Harriet Barbuto
Tamarac, FL 33319


Harvey Goldberg
DELRAY BEACH, FL 33446


Impact Designs Limited
Kowloon, Hong Kong
China

Indenture of Trust Dated July 19, 1982 Made By David L. Rubin
Boston, MA 02110-3331

and
Weston, MA 02493

and
Wellington, FL 33414


Irving J. Pinto 1996 Grantor Retained Annuity Trust
Minneapolis, MN 55402


Isabel Chalek, in her capacity as a Member of Chalek Associates LLC
Montclair, NJ 07043

J. Robert Casey
Boston, MA 02110-3331

Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto
Palm Springs, CA 92264

Janet Meerbott
Lawrneceville, NJ 08648

Javier Ordaz, as personal representative of the Estate of Bea Laub
Los Angeles, CA 90067

Jean Caroline
BRITISH VIRGIN ISLANDS

Jennifer B. Kunin
Minneapolis, MN 55410

and
Oak Brook, IL 60523

Jessica Decker, in her capacity as a Member of Chalek Associates LLC
Locust Valley, NY 11560

John B. Beasley
NEW YORK, NY 10020

John Chapman Stoller
UK

John Chapman Stoller Revocable Trust dtd 10/5/1988
UK

John J. Kone
Vero Beach, FL 32960

John Tzannes, in his capacity as a Member of Chalek Associates LLC
New York, NY 10028

Joseph Amaturo
Ft. Lauderdale, Florida 33306

Kenneth D. Weiser
NEW YORK, NY 10020


Kunin Family Limited Partnership
Oak Brook, IL 60523


Laura M. Germano
Jacksonville, FL 32207

and
Jacksonville Beach, FL 32250


Leah Hazard
Glasgow, G14 9NW
Scotland
and
GREAT NECK, NY 11021


Lewis S. Sandler
Scottsdale, AZ 85251


Lonny Wilk
BOCA RATON, FL 33496


Marc I. Hertz
NEW YORK, NY 10020


Marc I. Hertz Irrevocable Trust Dated 3/15/92
New York, NY 10020


MARK POPKIN
Email: Mpgatordolfan@aol.com

Michael Schwartz
Plainsboro, New Jersey 08536


Miriam Goldberg
DELRAY BEACH, FL 33446


Mitchel Chalek, in his capacity as a Member of Chalek Associates LLC
New York, NY 10012

Mona Pugliese
British Virgin Islands

Morton J. Chalek, in his capacity as Managing Member of Chalek Associates LLC and as Trustee for
the Trust of Doris Chalek
Port Jefferson Station, NY 11776


Nancy Dver Cohen, in her capacity as Trustee for the Bert Margolies Trust
Email: ndver@comcast.net

Nine Thirty LL Investments, LLC
NEW YORK, NY 10019

and
Willmington, DE 19808


Onesco International Ltd
Carbondale, CO 81623

and
Road Town, Tortola
British Virgin Islands

P.B. Robco, Inc.
Saint-Faustin-Lac-Carre, Quebec J0T 1J3
Canada

Paul D. Kunin
Oak Brook, IL 60523


Paul D. Kunin Revocable Trust
Oak Brook, IL 60523


Paul Kunin
MINNETONKA, MN 55305

and
Oak Brook, IL 60523


Peter B. Madoff, in his Capacity as Trustee of the Trust U/A VI of the Will of Gladys C. Luria f/b/o
Joan L. Fisher and Trustee of the Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher
Old Westbury, NY 11568


PETER J. CLEARY
Email: ClearyPJ@aol.com

Peter Tzannes, in his capacity as a Member of Chalek Associates LLC

31

New York, NY 10009

PHOENIX LAKE, LTD.
Catemadera, CA 94925

and
Tortola, British Virgin Islands VG1110
British Virgin Islands

Pierre Caroline
British Virgin Islands

Richard M. Chalek, in his capacity as a Member of Chalek Associates LLC
Locust Valley, NY 11560

Rita D. Graybow
Marina Del Rey, CA 90292-6278

Robert D. Salem
London, W1S 3HB
England

Robert Layton
Email: layton@bluewin.ch

Robert S. Edmonds
Ordino,
Andorra

Robin Tzannes, in his/her capacity as a Member of Chalek Associates LLC
New York, NY 10009

Roy D. Davis
JUPITER, FL 33477

Ruth Wilk
BOCA RATON, FL 33496

Ruth Wilk Residuray Trust
BOCA RATON, FL 33496

Scott Newberger
CHICAGO, IL 60657

Sharon Knee

Palm Beach Gardens, FL 33418

Sheila Patricia Stoller
UK

Shirley Blank
Tamarac, Florida 33319

Sidney Kaplan in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity
Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust
Mineapolis, MN 55402

Southey International Limited
Road Town, Tortola
British Virgin Islands
and
Ordino,
Andorra

Stanley I. Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein J/T
WROS
Delray Beach, FL 33446

Stephen Fiverson
Palm Beach, FL 33480

Stephen Shor, as Trustee
Great Neck, NY 11024

TAMIAMI TOWER CORPORATION
MIAMI, FL 33143

The Goldberg Family Investment Club
DELRAY BEACH, FL 33446

The Leon Shor Revocable Trust
GREAT NECK, NY 11024

and
GREAT NECK, NY 11024

The Rita D. Graybow and Dennis Liss Family Living Trust
Marina Del Rey, CA 90292-6278

Todd R. Shack
Miami, FL 33137


Trust of Doris Chalek, in its capacity as a Member of Chalek Associates LLC
Port Jefferson Station, NY 11776


Wendi Kunin
Beverly Hills, CA 90210

and
Oak Brook, IL 60523


Wilk Investment Club
BOCA RATON, FL 33496


William Pressman, Inc.
Tamarac, FL 33319

and
Ft. Lauderdale, FL 33306


Winifred Amaturo
Ft. Lauderdale, Florida 33306


Zin Investments Limited
NEW YORK, NY 10036


## Defendant Counsel

Alan D. Halperin
Neal W. Cohen
Scott A. Ziluck
Halperin Battaglia Raicht, LLP
Email: ahalperin@halperinlaw.net
Email: ncohen@halperinlaw.net
Email: sziluck@halperinlaw.net
Attorney For: Gail Nessel

Alan E. Gamza
Mark N. Parry
Moses & Singer LLP
Email: agamza@mosessinger.com
Email: mparry@mosessinger.com
Attorney For: Estate of Marion Leber, Steven E. Leber Charitable Remainder Unitrust, Steven Leber

in his capacity as Trustee personal representative of the Estate of Marion Leber, and individually

Alec P. Ostrow
Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: aostrow@beckerglynn.com
Email: csalomon@beckerglynn.com
Attorney For: Linda Rituno, MID ATLANTIC GROUP INC., RICHARD RITUNO

Allen Saeks
Blake Shepard
Stinson Leonard Street LLP
Email: allen.saeks@leonard.com
Email: blake.shepard@leonard.com
Attorney For: Abbie L. Miller, Abbie Miller Revocable Trust U/A DTD 2/16/89, Nathan Sachs, Sidney
Kaplan, in his/her capacity as Trustee of the Sidney R. Ladin Grantor Retained Annuity Trust dated
11/3/04, Sidney R. Ladin Grantor Retained Annuity Trust dated 11/3/04, Sidney R. Ladin,
individually and in his/her capacity as Grantor and Trustee of the Sidney Ladin Revocable Trust
dated 12/30/96 and the Sidney R. Ladin Grantor Retained Annuity Trust Dated 11/3/04

Andrew B. Eckstein
Philippe M. Salomon
Blank Rome LLP
Email: aeckstein@blankrome.com
Email: psalomon@blankrome.com
Attorney For: Allan Inger, Barry Inger, Caryn Zieses, Deborah Klein Patton as trustee of the Gloria C
Klein Trust FBO Deborah Klein Patton and as an individual, Debra S. Zieses, Justin Andrew Klein,
Marshall Zieses, Neil R. Zieses, Susan B. Alswager, Zieses Investment Partnership

Andrew B. Kratenstein
Darren Azman
Michael R. Huttenlocher
McDermott Will & Emery LLP,
Email: akratenstein@mwe.com
Email: dazman@mwe.com
Email: mhuttenlocher@mwe.com
Attorney For: Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage Associates
and individually as Beneficiary of Sage Associates, Ann M. Sage Passer, in her capacity as partner or
joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Malcolm H. Sage, in his
Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage
Associates, and as the Personal Representative of the Estate of Lillian M. Sage, Malcolm H. Sage, in
his capacity as partner or joint venturer of Sage Realty and individually as Beneficiary of Sage
Realty, and as the Personal Representative of the Estate of Lillian M. Sage, Martin A. Sage, in his
Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage
Associates, Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and
individually as beneficiary of Sage Realty, Sage Associates, Sage Realty

Andrew J. Goodman
Garvey Schubert Barer
Email: agoodman@gsblaw.com
Attorney For: L. H. Rich Companies, M. R. Investment Associates, N. R. Investment Associates

Anthony A. Mingione
Blank Rome LLP
Email: AMingione@BlankRome.com
Attorney For: Allan Inger, Barry Inger, Caryn Zieses, Deborah Klein Patton as trustee of the Gloria C
Klein Trust FBO Deborah Klein Patton and as an individual, Debra S. Zieses, Justin Andrew Klein,
Kenneth W. Perlman, Marshall Zieses, Neil R. Zieses, STANLEY KREITMAN, Susan B. Alswager,
Zieses Investment Partnership

Barry R. Lax.
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney For: Abbit Family Trust, ANNA ROTHWELL, ANNE SQUADRON, ARCHITECTURAL BODY
RESEARCH FOUNDATION INC, BONNIE J. KANSLER, Bonnie Joyce Kansler, as executor, Bruce
Leventhal, Bruce Leventhal 2001 Irrevocable Trust, Carol Gold, DANIEL SQUADRON, David Harre,
Debra Lagapa, DIANE SQUADRON, Elinor Friedman Felcher, Elinor Solomon, Elizabeth Squadron,
Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman, Estate of Shusaku Arakawa, Fairfield
Pagma Associates LP, Fairfox LLC, Frances J. Le Vine, Frances J. Le Vine Revocable Trust, Frieda
Bloom, Gladys Fujiwara, Howard Solomon, Jean Kahn, Jeffrey Brian Abbit, Jillian Wernick
Livingston, John Fujiwara, Lanny Rose Revocable Trust, Lanny Rose, as trustor, as trustee and as an
individual, Linda Anne Abbit, LUCKY COMPANY, LUCKY COMPANY, Madeline Gins Arakawa,
individually and in her capacity as Executrix of the ESTATE of Shusaku Arakawa, Margaret Butcher,
Marital GST Exempt Trust FBO Nicolette Wernick U/Article III of the Harold Wernick Revocable
Trust DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership,
Marital GST Non-Exempt Trust FBO Nicolette Wernick U/Article III of the Harold Wernick
Revocable Trust DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee
Partnership, MUNCHKINS, Nicolette Wernick Nominee Partnership, Nicolette Wernick, individually
and in her capacity as partner of the Nicolette Wernick Nominee Partnership and as Trustee of the
Marital GST Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable
Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick
u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991, Peng Yan, individually and as
Personal Representative of the Estate of Armand L. Greenhall, PETER GOLD, RICHARD SQUADRON,
ROBERT VAS DIAS, Ruth Kahn, Sandra Phillips Kaye, Sarah D. Gold, SETH SQUADRON, Seyfair LLC,
Seymour Kleinman, Stanley Gordon Bennet III 1988 Trust, Stanley Gordon Bennett III, in his
capacity as settlor and trustee of the Stanley Gordon Bennett III 1988 Trust, Stephen B. Kaye,
SWING HARRE, Theodosia Price, Thomas Shea, VANESSA N. GANG, WILLIAM SQUADRON

Bradley D. Simon
Kenneth C. Murphy
Simon & Partners LLP
Email: BradSimon@Simonlawyers.com
Email: KCMurphy@Simonlawyers.com
Attorney For: Diane Wilson

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: Adeline Sherman Revocable Trust, Jane Alpern, Jane Alpern, as beneficiary of the
Gertrude E. Alpern Revocable Trust, Lewis Alpern, Richard J. Helfman Life Insurance Trust, Sidney
Kaplan, in his/her capacity as Trustee of the Sidney R. Ladin Grantor Retained Annuity Trust dated
11/3/04, Sidney R. Ladin Grantor Retained Annuity Trust dated 11/3/04, Sidney R. Ladin,
individually and in his/her capacity as Grantor and Trustee of the Sidney Ladin Revocable Trust

dated 12/30/96 and the Sidney R. Ladin Grantor Retained Annuity Trust Dated 11/3/04, Stephen
Helfman, Stephen Helfman, Susan Helfman, Susan Helfman, Susan Helfman

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney For: Abbit Family Trust, ANNA ROTHWELL, ANNE SQUADRON, ARCHITECTURAL BODY
RESEARCH FOUNDATION INC, BONNIE J. KANSLER, Bonnie Joyce Kansler, as executor, Bruce
Leventhal, Bruce Leventhal 2001 Irrevocable Trust, Carol Gold, DANIEL SQUADRON, David Harre,
Debra Lagapa, Diana L. Messing, DIANE SQUADRON, Elinor Friedman Felcher, Elinor Solomon,
Elizabeth Squadron, ESTATE OF ARMAND L. GREENHALL, Estate of Marjorie Kleinman a/k/a
Marjorie Helene Kleinman, Estate of Shusaku Arakawa, Fairfield Pagma Associates LP, Fairfox LLC,
Frances J. Le Vine, Frances J. Le Vine Revocable Trust, Frieda Bloom, Gladys Fujiwara, Howard
Solomon, Jean Kahn, Jeffrey Brian Abbit, Jillian Wernick Livingston, John Fujiwara, Lanny Rose
Revocable Trust, Lanny Rose, as trustor, as trustee and as an individual, Linda Anne Abbit, LUCKY
COMPANY, LUCKY COMPANY, Madeline Gins Arakawa, individually and in her capacity as Executrix
of the Estate of Shusaku Arakawa, Margaret Butcher, Marital GST Exempt Trust FBO Nicolette
Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991, in its capacity as a
Partner of the Nicolette Wernick Nominee Partnership, Marital GST Non-Exempt Trust FBO
Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991, in its
capacity as a Partner of the Nicolette Wernick Nominee Partnership, MUNCHKINS, Nicolette
Wernick Nominee Partnership, Nicolette Wernick, individually and in her capacity as partner of the
Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o
Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as
Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold
Wernick Revocable Trust dtd 9/16/1991, PENG YAN, individually and as Personal Representative
of the Estate of Armand L. Greenhall, Peng Yan, individually and as Personal Representative of the
Estate of Armand L. Greenhall, PETER GOLD, RICHARD SQUADRON, ROBERT VAS DIAS, Ruth Kahn,
Samdia Family L.P., a Delaware Limited Partnership, Samuel L. Messing, Sandra Phillips Kaye, Sarah
D. Gold, SETH SQUADRON, Seyfair LLC, Seymour Kleinman, Stanley Gordon Bennet III 1988 Trust,
Stanley Gordon Bennett III, in his capacity as settlor and trustee of the Stanley Gordon Bennett III
1988 Trust, Stephen B. Kaye, SWING HARRE, Theodosia Price, Thomas Shea, VANESSA N. GANG,
WILLIAM SQUADRON

Bryan Ha
Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: bhanyc@gmail.com
Email: rsignorelli@nycLITIGATOR.com; richardsignorelli@gmail.com
Attorney For: David I. Lustig, individually and in his capacity as Trustee for The Lustig Family 1990
Trust, David Ivan Lustig, The Lustig Family 1990 Trust

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: ALVIN GINDEL REVOCABLE TRUST AGREEMENT, Alvin Gindel, in his capacity as
trustee of the Alvin Gindel Revocable Trust and individually as settlor and beneficiary thereof, Alvin
Gindel, in his capacity as Trustee of the Rose Gindel Trust, AMERICA ISRAEL CULTURAL
FOUNDATION INC, AMY A. HOBISH, BAM L.P., Barbara J. Berdon, BARRY WEISFELD, Brent Gindel,
in his capacity as Trustee of the Rose Gindel Trust, CARLA GOLDWORM, David R. Markin 2003
Trust, David R. Markin Charitable Remainder Unitrust #1, David R. Markin Charitable Remainder

Unitrust #2, David R. Markin, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, Donald Snyder, Elaine Stein Roberts, ESTATE OF EUGENE J. RIBAKOFF, Estate of Helen Shurman, Estate of Jack Shurman, EUGENE J. RIBAKOFF 2006 TRUST, Frederica R. French, Harold J. Hein, James Greiff, Lapin Children LLC, Laura E. Guggenheimer Cole, LI RAM L.P., LUKE GOLDWORM as trustee and as an individual, MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, MARTIN ROSEN, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro, Meryl Mann, Michael Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust, Michael Mann, MITCHELL K. HOBISH as an individual and as trustee, Neil Reger Profit Sharing Keogh, Neil Reger, individually and in his capacity as sole trustee of the Neil Reger Profit Sharing Keogh, NON MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, NORMA SHAPIRO DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, REVOCABLE TRUST, NORMA SHAPIRO, individually, and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro, Paul S. Shurman, Paul S. Shurman, Executor of the Estates of Jack Shurman and Helen Shurman, RICHARD S. HOBISH, Rose Gindel Trust, Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust, S&L PARTNERSHIP, a New York partnership, SAMUEL GOLDWORM as trustee and as an individual, Seth B. French, Sidney Cole, SouthPac Trust International, Inc., as trustee of the David R. Markin 2003 Trust, Stanley T. Miller, STEPHANIE RIBAKOFF, as Trustee of the Eugene J. Ribakoff 2006 Trust, as Personal Representative of the Estate of Eugene J. Ribakoff, and individually, The Frederica Ripley French Revocable Trust, TOBY T. HOBISH as an individual and as trustee, TOBY T. HOBISH LIVING TRUST, TRUST FOR THE BENEFIT OF LUKE GOLDWORM, TRUST FOR THE BENEFIT OF SAMUEL GOLDWORM, TRUST UNDER WILL OF PHILLIP SHAPIRO, William Shurman, William Shurman, Executor of the Estates of Jack Shurman and Helen Shurman

Catherine E. Douglas
Akerman LLP
Email: catherine.douglas@akerman.com
Attorney For: A&G GOLDMAN PARTNERSHIP, a New York Partnership, Alan Goldman, as General Partner of A & G Goldman Partnerhip and individually, ELAINE S. STEIN, Empire Prospect Partnership, LP, Gerald Goldman, as General Partner of A & G Goldman Partnerhip and individually, Josef Mittlemann, individually and as General Partner of Empire Prospect Partnership, LP, Just Empire LLC, Leona Gale, in hers capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust Under Agreement Dated 1/4/94 and individually, Marsy Mittlemann, Melvin H. and Leona Gale Joint Revocable Living Trust Under Agreement Dated 1/4/94, The Mittlemann Family Foundation

Charles I. Cohen
Furr and Cohen, P.A.
Email: ccohen@furrcohen.com
Attorney For: Sherwood Friend

Chris Walker
Adams & Remers LLP
Email: chris.walker@adams-remers.co.uk
Attorney For: Estate of Harold L. Waterman, Greville Waterman, Janis Paskin, Michael Harris

Christopher Guhin
Melvin A. Brosterman
Michele Pahmer
Stroock & Stroock & Lavan LLP

Email: cguhin@stroock.com
Email: mbrosterman@stroock.com
Email: mpahmer@stroock.com
Attorney For: Estate of Judith Kase, Kase-Glass Fund, Nathan Kase, individually and in his capacity
as joint tenant and in his capacity as general partner of the Kase-Glass Fund and in his capacity as
executor of the Estate of Judith Kase

Christopher M. Dube
McLane Middleton, Professional Association
Email: christopher.dube@mclane.com
Attorney For: Maynard Goldman

Christopher M. Van de Kieft
Seeger Weiss LLP
Email: cvandekieft@seegerweiss.com
Attorney For: JOSEPH S. POPKIN REVOCABLE TRUST DATED FEBRUARY 9, 2006, a Florida trust,
ROBIN POPKIN LOGUE, as trustee of the Joseph S. Popkin Revocable Trust Dated February 9, 2006,
as the personal representative of the Estate of Joseph S. Popkin, and as an individual

Damien A. Riehl
Robins Kaplan L.L.P.
Email: dariehl@rkmc.com
Attorney For: MILES & SHIRLEY FITERMAN CHARITABLE FOUNDATION, Steven Fiterman in his
capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation, Valerie Herschman in
her capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation

Daniel Marotta
Gabor & Marotta LLC
Email: dan@gabormarottalaw.com
Attorney For: Stuart Leventhal, Stuart Leventhal 2001 Irrevocable Trust

Daniel B. Besikof
P. Gregory Schwed
Loeb & Loeb LLP
Email: dbesikof@loeb.com
Email: gschwed@loeb.com
Attorney For: CHRISTOPHER WARREN, AS CO-TRUSTEE OF THE SERENE WARREN REVOCABLE
TRUST, Christopher Warren, in his capacity as Trustee of the Serene Warren Revocable Trust,
FITERMAN INVESTMENT FUND, Grace B. Evenstad, Grace B. Evenstad in her capacity as Trustee for
the Kenneth L. Evenstad Revocable Trust, GRACE B. EVENSTAD REVOCABLE TRUST, GRACE B.
EVENSTAD, AS CO-TRUSTEE OF THE GRACE B. EVENSTAD REVOCABLE TRUST, GRACE B.
EVENSTAD, as Trustee of the Kenneth L. Evenstad Revocable Trust and individually, Grace B.
Evenstad, individually and in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust
u/a/d May 2, 2000, Kenneth L Evenstad, Kenneth L Evenstad in his capacity as Grantor and Trustee
for the Kenneth L. Evenstad Revocable Trust, Kenneth L Evenstad Revocable Trust u/a/d May 2,
2000, KENNETH L. EVENSTAD, Kenneth L. Evenstad Revocable Trust U/A/D May 2, 2000, Kenneth
L. Evenstad Revocable Trust u/a/d May 2, 2000 as a Limited Partner of MBE Preferred Limited
Partnership, KENNETH L. EVENSTAD, AS CO-TRUSTEE OF THE GRACE B. EVENSTAD REVOCABLE
TRUST, KENNETH L. EVENSTAD, as Grantor and Trustee of the Kenneth L. Evenstad Revocable
Trust and individually, Kenneth L. Evenstad, individually and in his capacity as Grantor and Trustee
for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000, Mark B. Evenstad in his capacity as
Grantor and Trustee for the Mark B. Evenstad Revocable Trust, Mark B. Evenstad individually, Mark

B. Evenstad Revocable Trust, Mark B. Evenstad Revocable Trust u/a dated January 30, 2003, Mark
B. Evenstad, individually and in his capacity as Grantor and Trustee for the Mark B. Evenstad
Revocable Trust u/a/d January 30, 2003, MBE General, LLC as the General Partner of MBE
Preferred Limited Partnership, MBE Preferred Limited Partnership, SERENE WARREN REVOCABLE
TRUST, Serene Warren Revocable Trust u/a/d September 15, 2005, SERENE WARREN, AS CO-
TRUSTEE OF THE SERENE WARREN REVOCABLE TRUST, Serene Warren, in her capacity as
Trustee of Serene Warren Revocable Trust, Serene Warren, individually, SEW GENERAL, LLC, SEW
PREFERRED LIMITED PARTNERSHIP, Shannon Mahoney Evenstad in her capacity as Trustee for
the Mark B. Evenstad Revocable Trust, Shannon Mahoney Evenstad, individually and in her capacity
as Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003, Shannon Mahoney
individually, STEVEN C. FITERMAN LIVING TRUST DATED 1/6/95, AS AMENDED, STEVEN
FITERMAN, individually, and in his capacity as General Partner of Fiterman Investment Fund,
SUSAN FITERMAN, individually, and in her capacity as General Partner of Fiterman Investment
Fund, SUSAN L. FITERMAN LIVING TRUST DATED 1/6/95, AS AMENDED, VERDEWAY
INVESTMENT PARTNERS, LLC

Daniel J. Fetterman
David J. Mark
Marc E. Kasowitz
Kasowitz, Benson, Torres & Friedman LLP
Email: dfetterman@kasowitz.com
Email: dmark@kasowitz.com
Email: mkasowitz@kasowitz.com
Attorney For: JACK PARKER FOUNDATION

David A. Blansky
LaMonica Herbst & Maniscalco, LLP
Email: dab@lhmlawfirm.com
Attorney For: Benjamin W. Roth, Marion B. Roth

David A. Rosenzweig
Norton Rose Fulbright
Email: david.rosenzweig@nortonrosefulbright.com
Attorney For: Northern Trust N.A., in its capacity as successor Trustee of the Melvin B. Nessel 2006
Trust u/a/d 3/14/06

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney For: Cheryl M. Coleman, Individually as Beneficiary of Estate of Suzanne R. May, Cheryl
Yankowitz, Edith A. Schur, Estate of Carolyn Miller, Estate of Robert E. May, Estate of Suzanne R.
May as Successor of Suzanne R. May in her Capacity as Creator and Trustee of Trust under Deed of
Suzanne R. May dated 11/23/94, Estate of William Diamond, Harvey L. Werner Revocable Trust
u/a/d 8/31/82 As Amended, Jack Yankowitz, Jeffrey A. May, in his Capcity as Co-Trustee of the
Trust under Deed of Suzanne R. May dated November 23, 1994, Executor of Estate of Robert E. May,
and Individually, and as Beneficiary of the Estate of Suzanne R. May, Jeffrey R. Werner, Jeffrey R.
Werner 11/1/98 Trust, Jeffrey R. Werner, in his capacity as Co-Trustee for the Harvey L. Werner
Revocable Trust u/a/d 8/31/82, as amended, Ken-Wen Family Limited Partnership, Kenneth W.
Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership, Laurie
Riemer, individually and in her capacities as Personl Representative of The Estate of Carolyn Miller
and trustee of the Carolyn Rosen Miller Revocable Trust, Leslie Diamond Kaplan Hodes, in in her
capacity as Personal Representative of the Estate of William Diamond, Pauline B. Feldman, Richard

A. May, Individually as Beneficiary of Estate of Suzanne R. May, Richard E. Feldman, Robert Daniel Vock, Sandra Heine, individually, in her capacity as personal representative of the Estate of Leonard M. Heine Jr., and as trustee of the trust created under the Last Will and Testament of Leonard M. Heine, The Carolyn Rosen Miller Revocable Trust, Trust Under Deed of Suzanne R. May Dated 11/23/1994, Violet M. Werner, in her capacity as Trustee for the Jeffrey R. Werner 11/1/98 Trust, Violet M. Werner, individually and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Wendy Brown, Wendy Werner Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended

David C. Rose
Richard Levy, Jr.
Pryor Cashman LLP
Email: drose@pryorcashman.com
Email: rlevy@pryorcashman.com
Attorney For: Alexandria K. Marden, AvCar Group, Ltd., Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. & CHRIS MARDEN FOUNDATION INC, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, BERNARD MARDEN PROFIT SHARING PLAN, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, CHARLOTTE MARDEN (aka CHRIS MARDEN), as trustee and as an individual, CHARLOTTE M. MARDEN, Elizabeth C. Auld, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, ESTATE OF BERNARD A. MARDEN, Gabrielle Z. Marden, IRIS ZURAWIN MARDEN, JAMES P. MARDEN, JAMES P. MARDEN, James P. Marden, James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, Meghan M. Auld, MERRITT KEVIN AULD, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, Neal J. Nissel, as trustee, Olivia G. Auld, PATRICE M. AULD, PATRICE M. AULD, Patrice M. Auld, Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, PATRICE M. AULD, as trustee, as personal representative, and as an individual, Pergament & Pergament Realty, Richard Horowitz, Sidney R. Rabb Trust FBO Carol R. Goldberg, STANLEY PLESENT, The Charlotte M. Marden Irrevocable Insurance Trust, The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., THE MARDEN FAMILY FOUNDATION, INC., The Murray & Irene Pergament Foundation, Inc., THE PATRICE AND KEVIN AULD FOUNDATION, The Randi Pergament & Bruce Pergament Foundation, Inc.

David G. Barger
Greenberg Traurig, LLP
Email: bargerd@gtlaw.com
Attorney For: Allan Hurwitz, Allan Hurwitz, in his capacity as trustee of the Hurwitz Grandchildren Trust #2-B for Brandi M. Hurwitz, Allan Hurwitz, in his capacity as trustee of Trust ''A'' U/W G Hurwitz and of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, Allan R. Hurwitz Revocable Trust, Barbara Hurwitz, Brandi Hurwitz, as beneficiary of Trust ''A'' U/W G Hurwitz,

Brandi Hurwitz, individually and as Beneficiary of the Hurwitz Grandchildren Trust #2-B for Brandi Hurwitz, Hurwitz Grandchildren Trust #2-B for Brandi M. Hurwitz, Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, Michael Brent Hurwitz , individually and as beneficiary of Trust ''A'' U/W G Hurwitz and as beneficiary of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, Trust 'A' U/W G Hurwitz

David L. Mitchell
Stephen P. Safranski
Thomas F. Berndt
Robins Kaplan L.L.P.
Email: dmitchell@robinskaplan.com
Email: ssafranski@rkmc.com
Email: tfberndt@rkmc.com
Attorney For: FITERMAN GST EXEMPT MARITAL TRUST, KAREN WASSERMAN, LYNN GUEZ, MATTHEW FITERMAN, Metro Motor Imports, Inc., MILES FITERMAN FAMILY TRUST, MILES Q. FITERMAN II, MILES Q. FITERMAN NON-EXEMPT MARITAL TRUST, MILES Q. FITERMAN REVOCABLE TRUST, SHIRLEY FITERMAN, individually and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust, STEPHANIE ROSENTHAL, STEVEN FITERMAN, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust, TOWERS MANAGEMENT COMPANY, LLC, VALERIE HERSCHMAN, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust

David S. Flugman
Kirkland & Ellis LLP
Email: david.flugman@kirkland.com
Attorney For: CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation

Deirdre Norton Hykal
Martin Klotz
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Email: mklotz@willkie.com
Attorney For: Joan M. Schultz, Joan M. Schultz Trust, Paul L. Flicker, Paul L. Flicker Trust

Derek C. Anderson, Esq.
Anderson & Associates, LLC
Email: dca@andersonllc.co
Attorney For: Doris Shor, Doris Shor, as Subsequent Transferee of the Leon Shor Revocable Trust, Doris Shor, in her capacity as Trustee of the Leon Shor Revocable Trust

Donald N. David
Akerman LLP
Email: donald.david@akerman.com
Attorney For: A&G GOLDMAN PARTNERSHIP, a New York Partnership, Alan Goldman, as General Partner of A & G Goldman Partnerhip and individually, Clark Gettinger, Individually, Empire Prospect Partnership, LP, Gerald Goldman, as General Partner of A & G Goldman Partnerhip and individually, Gettinger Management LLC Profit Sharing Plan, Josef Mittlemann, individually and as General Partner of Empire Prospect Partnership, LP, Marsy Mittlemann, Martin Gettinger, in his capacity as Trustee for Miscork Corp. #1, Martin Gettinger,individually,and in capacity as Trustee for Trebor Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and

Miscork Corp.Retirement Plan, Miscork Corp., Miscork Corp. #1, Miscork Corp. Retirement Plan, The
Mittlemann Family Foundation, Trebor Management Corp. #3 Employee Profit Sharing Plan, Trebor
Management Corp. Retirement Plan #1

Elise S. Frejka
Jason Rappaport
Frejka PLLC
Email: EFrejka@FREJKA.com
Email: jrappaport@frejka.com
Attorney For: Amy Berman, Amy Berman Irrevocable Trust U/TA 8/9/89, in its capacity as a
Partner of The Lyle Berman Family Partnership, BARBARA H. FRIETAG, as personal representative,
as trustee, and as an individual, Barebara H. Freitag as personal representative, as trustee, and as an
individual, Benjamin H. Rubin, Bernard Greenman Martial Deduction Trust, Bradley Berman,
Bradley Berman Irrevocable Trust U/TA 8/9/89, in its capacity as a Partner of The Lyle Berman
Family Partnership, Carol J. Rubin, Cynthia Olesky Giammarrusco, individually and in her capacity
as Trustee of the Olesky Survivors Trust, D. Stone Industries, Inc. Profit Sharing Plan, DANIEL
STONE, DANIEL STONE, individually and in his capacity as trustee of D. Stone Industries, Inc. Profit
Sharing Plan, Dona L. Rodich, Elaine Rubin Living Trust U/A Dated August 24, 1990, Elaine S. Rubin,
ELEANOR LEACOCK, ELEANOR LEACOCK, Elizabeth Freitag Dranoff, ELIZABETH FRIETAG
DRANOFF, Estate of James Heller, Estate of James Heller, Eve Freitag, EVE FRIETAG, Evelyn Broms
Revocable Trust, Greenman Family Foundation Inc.,, Harold R. Rubin, Harold Rubin Living Trust
U/A Dated August 24, 1990, HARRY H. FALK as personal representative, HARRY H. FALK, as
personal representative, Harvey R. Heller, Indian Wells Partnership LTD., a Florida Limited
Partnership, Irrevocable Trust for the Benefit of Alison Sarah Broms DTD 11/7/1984, in its capacity
as a Partner in the Mathew and Evelyn Broms Investment Partnership, James Heller Family LLC,
Jessie Lynn Berman, Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, in its capacity as a Partner
of The Lyle Berman Family Partnership, Judith Katz, individually and as Beneficiary of the Bernard
Greenman Marital Deduction Trust, Julie Berman, Julie Berman Irrevocable Trust U/TA 8/9/89, in
its capacity as a Partner of The Lyle Berman Family Partnership, KATHERINE HELLER, KATHERINE
HELLER, Lester Greenman, individually and as Beneficiary of the Benard Greenman Marital
Deduction Trust, Lillian Berman Goldfarb, Linda H. Kamm, Linda S. Benenson, Lisa P. Rubin,
Mathew and Evelyn Broms Investment Partnership, Mathew Broms Credit Trust u/a dated
1/10/73, Mathew Broms Marital Trust u/a dated 1/10/74, Mathew Broms Revocable Trust,
Michael E. Rodich, MICHAEL STONE, individually and in his capacity as trustee of D. Stone
Industries, Inc. Profit Sharing Plan, Neil I. Sell, in his capacity as Trustee for the Julie Berman
Irrevocable Trust U/TA 8/9/89, the Bradley Berman Irrevocable Trust U/TA 8/9/89, the Jessie
Lynn Berman Irrevocable Trust U/TA 8/9/89 and the Amy, Berman Irrevocable Trust U/TA
8/9/89, Ninth Street Partners Ltd f/k/a Heller Bros. Partnership Ltd., a Florida Limited Partnership,
Paul A. Benenson, Phyllis Greenman, individually, as Successor Trustee and Beneficiary of the
Bernard Greenman Marital Deduction Trust, Richard Broms, in his capacity as Trustee for the
Mathew Broms Revocable Trust, ROBERT P. SALTSMAN, as trustee of the Steven P. Heller
Revocable Trust, Rubin Family Investments Partnership, SHL Inc., a Florida Corporation, Stanley
Taube, in his capacity as Trustee for the Julie Berman Irrevocable Trust U/TA 8/9/89, the Bradley
Berman Irrevocable Trust U/TA 8/9/89, the Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89,
the Amy Berman Irrevocable Trust U/TA 8/9/89, STEVEN P. HELLER as personal representative, as
trustee, and as an individual, STEVEN P. HELLER REVOCABLE TRUST, STEVEN P. HELLER, as
personal representative, as trustee, and as an individual, Stewart Katz, individually, Stuart A. Rubin,
SUSAN STONE, individually and in her capacity as trustee of D. Stone Industries, Inc. Profit Sharing
Plan, The Lyle Berman Family Partnership, The Olesky Survivors Trust Dated 2/27/84, Thomas
Moscoe, in his capacity as Trustee for the Irrevocable Trust for the Benefit of Alison Sarah Broms
dtd 11/7/1984, TRUST FBO ALEXANDER DRANOFF UNDER ARTICLES SIXTH AND EIGHTH OF THE

LAST WILL AND TESTAMENT OF JAMES HELLER, TRUST FBO ANDREW DRANOFF UNDER
ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, TRUST
FBO KATHERINE HELLER UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND
TESTAMENT OF JAMES HELLER, TRUST FBO SAM HELLER UNDER ARTICLES SIXTH AND EIGHTH
OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, TRUST FOR THE BENEFIT OF A MINOR
UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER,
TRUST FOR THE BENEFIT OF A MINOR UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL
AND TESTAMENT OF JAMES HELLER, TRUST FOR THE BENEFIT OF KATHERINE HELLER UNDER
ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, TRUST
FOR THE BENEFIT OF A MINOR UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND
TESTAMENT OF JAMES HELLER

Elise Scherr Frejka
Jason S. Rappaport
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
Email: efrejka@kramerlevin.com
Email: jrappaport@kramerlevin.com
Email: pbentley@kramerlevin.com
Attorney For: Estate of David A. Wingate, Shoshana L. Wingate, as Executor of the Will of David A.
Wingate

Elizabeth A. O'Connor
John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: eoconnor@fzwz.com
Email: jzulack@fzwz.com
Attorney For: PANAGIOTIS SAKELLARIOU SETTLEMENT, AN IRREVOCABLE TRUST U/A/D
12/17/92, SG HAMBROS BANK & TRUST (BAHAMAS) LIMITED, in its capacity of the Panagiotis
Sakellariou Settlement, an Irrevocable Trust U/A/D 12/17/92

Eric B. Fisher
Shaya M. Berger
Dickstein Shapiro LLP
Email: fishere@dicksteinshapiro.com
Email: bergers@dicksteinshapiro.com
Attorney For: Triangle Diversified Investments

Eric D. Dowell
Pryor Cashman LLP
Email: edowell@pryorcashman.com
Attorney For: BERNARD MARDEN PROFIT SHARING PLAN, JAMES P. MARDEN, James P. Marden, as
trustee of the Bernard Marden Profit Sharing Plan, MERRITT KEVIN AULD, PATRICE M. AULD,
Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, STANLEY PLESENT

Ernest Edward Badway
Maura L. Burke
V. Chisara Ezie
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
Email: mburke@foxrothschild.com
Email: cezie@foxrothschild.com

Attorney For: Marvin M. Wiener, Marvin M. Wiener, Sondra M. Wiener, Wiener Family Holding Corporation, Wiener Family Limited Partnership

Eryk A. Folmer
Stephen J. Schlegel
Stephen J. Schlegel LTD
Email: erykfolmer@schlegelltd.com
Email: sjschlegel@schlegelltd.com
Attorney For: Debra Tamblyn

Eugene Neal Kaplan
Kenneth Hicks
Mark Landau
Kaplan Landau LLP
Email: enkaplan@kaplanlandau.com
Email: khicks@kaplanlandau.com
Email: mlandau@kaplanlandau.com
Attorney For: M. Harvey Rubin Trust of 11/11/92, Maurice Harvey Rubin

Michelle A. Rice
Kaplan Rice LLP
Email: mrice@kaplanrice.com
Attorney For: M. Harvey Rubin Trust of 11/11/92, Maurice Harvey Rubin

John B. Sherman
Weisman Cellar Spett & Modlin, P.C.
Email: jsherman@wcsm445.com
Attorney For: M. Harvey Rubin Trust of 11/11/92, Maurice Harvey Rubin

Frederick E. Schmidt, Jr.
Joshua J. Angel
Herrick, Feinstein, LLP
Email: eschmidt@herrick.com
Email: jangel@herrick.com
Attorney For: BAYSIDE TRUST, BETH BENGUALID, BETH TRUST, BUTTERFIELD TRUST, EASTBURN TRUST, GRIST MILL TRUST, HAPPY LEGS TRUST, JANICE TRUST, JOEL PORTNOY, LEGACY TRUST, MICHAEL KATZ as trustee, PLAY IT AGAIN TRUST, RANDY LOIS PORTNOY (aka RANDY LOIS FAULKNER), RANDY TRUST, THE JP GROUP

Gary D. Sesser
Judith M. Wallace
Ronald D. Spencer
Carter Ledyard & Millburn LLP
Email: sesser@clm.com
Email: none
Email: none
Attorney For: Estate of Madeline Gins Arakawa, Michael Govan, in his capacity as Executor of the Estate of Madeline Gins Arakawa, Ronald Spencer, in his capacity as Executor of the Estate of Madeline Gins Arakawa, Stephen Gins, in his capacity as Executor of the Estate of Madeline Gins Arakawa

Gary F. Herbst

LaMonica Herbst & Maniscalco, LLP
Email: GFH@LHMLawFirm.com
Attorney For: Amy R. Roth, Benjamin W. Roth, Marion B. Roth

Gary S. Lee
Joel C. Haims
John A. Pintarelli
LaShann M. DeArcy
Robert J. Baehr
Morrison & Foerster LLP
Email: glee@mofo.com
Email: jhaims@mofo.com
Email: jpintarelli@mofo.com
Email: ldearcy@mofo.com
Email: rbaehr@mofo.com
Attorney For: Abraham B. Berkowitz QTIP GST Trust, David Andelman, Esq., as Trustee of the James
Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Abraham B.
Berkowitz QTIP GST Trust, David R. Andelman, Esq., as Trustee of the Gordon Michael Berkowitz
2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Steven M. Berkowitz
2004 Generation-Skipping Trust, Estate of Gordon Michael Berkowitz, Gordon Michael Berkowitz
2004 Generation-Skipping Trust, Gordon Michael Berkowitz Family Trust, Gordon Michael
Berkowitz Family Trust (Exempt), Gordon Michael Berkowitz Irrevocable Trust, Gordon Michael
Berkowitz Revocable Trust, Helen S. Berkowitz, as Trustee of the Steven M. Berkowitz Trust, James
Berkowitz 2004 Generation-Skipping Trust, James L. Berkowitz Irrevocable Trust, James L.
Berkowitz, as Trustee of the Gordon Michael Berkowitz Irrevocable Trust, James L. Berkowitz, as
Trustee of the James L. Berkowitz Irrevocable Trust, Lilfam LLC, Lilyan and Abraham Berkowitz
Family LLC, Lilyan Berkowitz, Lilyan Berkowitz Trust, Lilyan Berkowitz, as Executor of the Estate of
Gordon Michael Berkowitz, Lilyan Berkowitz, as Trustee of the Abraham B. Berkowitz QTIP GST
Trust, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust, Lilyan
Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust (Exempt), Lilyan Berkowitz, as
Trustee of the Gordon Michael Berkowitz Revocable Trust, Lilyan Berkowitz, as Trustee of the
Harold S. Miller Irrevocable Trust, Lilyan Berkowitz, as Trustee of the Harold S. Miller Trust dated
December 4, 1964, Lilyan Berkowitz, as Trustee of the Lilyan Berkowitz Revocable Trust, Lilyan
Berkowitz, as Trustee of the Lilyan Berkowitz Trust, Steven M. Berkowitz, Steven M. Berkowitz
2004 Generation-Skipping Trust, Steven M. Berkowitz Irrevocable Trust, Steven M. Berkowitz
Trust, Steven M. Berkowitz, as Trustee of the Steven M. Berkowitz Irrevocable Trust, Steven M.
Berkowitz, as Trustee of the Steven M. Berkowitz Trust, Susan Needleman, as Trustee of the Lilyan
Berkowitz Trust

George V. Utlik
James H. Hulme
Joshua Fowkes
Arent Fox LLP
Email: george.utlik@arentfox.com
Email: hulme.james@arentfox.com
Email: fowkes.joshua@arentfox.com
Attorney For: 1776 K Street Associates Limited Partnership, ALBERT H. SMALL, Bernard S. Gewirz,
BERNARD S. GEWIRZ, CARL S. GEWIRZ, Clarice R. Smith, as personal representative, as trustee, and
as an individual, EDWARD H. KAPLAN, EDWARD H. KAPLAN, Edward H. Kaplan, ELEVEN
EIGHTEEN LIMITED PARTNERSHIP, Estate of Robert H. Smith, IRENE R. KAPLAN, JEROME A.
KAPLAN, MARJET LLC, Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement,

and Successor Trusts, Robert P. Kogod, as personal representative

Gerald A. Novack
Robert Honeywell
Sarah P. Kenney
K&L Gates LLP
Email: gerald.novack@klgates.com
Email: robert.honeywell@klgates.com
Email: sarah.kenney@klgates.com
Attorney For: Stuart J. Rabin

Gerard A. Riso
Stein Riso Mantel LLP
Email: Gerard.Riso@steinrisomantel.com
Attorney For: WENDY W. HAYES (aka Wendy Wolosoff), as trustee of the Morty Wolosoff Revocable
Trust, WENDY WOLOSOFF-HAYES

Gregg P. Tabakin
Fein, Such, Kahn & Shepard, P.C.
Email: gtabakin@feinsuch.com
Attorney For: A.N.,  a minor ~~Allison Nalepka~~, Frank Nalepka, S. N., a minor ~~Stephen Nalepka~~

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Helene Saren-Lawrence

Gregory S. Goett
Paul Lewis
Lewis & McKenna
Email: ggoett@lewismckenna.com
Email: plewis@lewismckenna.com
Attorney For: Andrew H. Cohen

Gregory W. Fox
Kizzy L. Jarashow
William P. Weintraub
Goodwin Procter LLP
Email: gfox@goodwinprocter.com
Email: kjarashow@goodwinprocter.com
Email: wweintraub@goodwinprocter.com
Attorney For: Jeffrey Hinte

Hanh Huyhn
Howard R. Elisofon
Herrick, Feinstein, LLP
Email: hhuynh@herrick.com
Email: helisofon@herrick.com
Attorney For: BAYSIDE TRUST, BETH BENGUALID, BETH TRUST, BUTTERFIELD TRUST,
EASTBURN TRUST, GRIST MILL TRUST, HAPPY LEGS TRUST, JANICE P. ZIMELIS, individually and as
trustee, JANICE TRUST, JOEL PORTNOY, LEGACY TRUST, MICHAEL KATZ as trustee, PLAY IT AGAIN
TRUST, RANDY LOIS PORTNOY (aka RANDY LOIS FAULKNER), RANDY TRUST, THE JP GROUP

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney For: FITERMAN GST EXEMPT MARITAL TRUST, KAREN WASSERMAN, LYNN GUEZ,
MATTHEW FITERMAN, Metro Motor Imports, Inc., MILES & SHIRLEY FITERMAN CHARITABLE
FOUNDATION, MILES FITERMAN FAMILY TRUST, MILES Q. FITERMAN II, MILES Q. FITERMAN
NON-EXEMPT MARITAL TRUST, MILES Q. FITERMAN REVOCABLE TRUST, SHIRLEY FITERMAN,
individually and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles
Q. Fiterman Non-Exempt Marital Trust, STEPHANIE ROSENTHAL, Steven Fiterman in his capacity
as Trustee for the Miles & Shirley Fiterman Charitable Foundation, STEVEN FITERMAN,
individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles
Q. Fiterman Non-Exempt Marital Trust, TOWERS MANAGEMENT COMPANY, LLC, Valerie
Herschman in her capacity as Trustee for the Miles & Shirley Fiterman Charitable Foundation,
VALERIE HERSCHMAN, individually, and in her capacity as Trustee for the Miles Q. Fiterman
Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust

Harvey Krauss
Law Offices of Harvey Krauss
Email: unknown
Attorney For: Harvey Krauss, Sylvia Joel

Heather L. Marx
Thomas G. Wallrich
Cozen O'Connor
Email: HMarx@cozen.com
Email: twallrich@cozen.com
Attorney For: Marja Lee Engler, as trustee of the Mendel J. Engler Revocable Trust Under
Agreement and Restatement Dated July 8, 1993, and in her individual capacity, The Mendel J. Engler
Revocable Trust Under Agreement and Restatement Dated July 8, 1993

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Abbey Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as
Limited Partner of Goodman Capital Partners L.P., Alan Goldberg, in his capacity as Personal
Representative of the Estate of Alvin E. Shulman, ALEXANDER SIROTKIN, Allan Inger, Allen Meisels,
Alvin E. Shulman Pourover Trust, Alvin E. Shulman Pourover Trust, Alvin E. Shulman, in his capacity
as Trustee for the Alvin E. Shulman Pourover Trust, Alvin E. Shulman, individually and in his
capacity as trustee of the Alvin E. Shulman Pourover Trust, Alvin Jaffe Trust dtd 4/20/90, AMANDA
LEFKOWITZ, ANDREA J. MARKS, as trustee and beneficiary of the Jacob M. Dick Rev Living Trust
Dtd 4/6/01,, As executor and beneficiary of the Estate of Jacob M. Dick, and as trustee of the Article
8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Andrew Goodman, Andrew
Goodman, in his capacity as a general partner of JABA Associates LP, Angela Tiletnick, Article 8.1
Trust, Atwood Management Profit Sharing Plan & Trust f/k/a Atwood Regency Money Purchase
Plan, in its own right and as successor-in-interest to the Atwood-Regency Defined Benefit Plan &
Trust, Audrey Goodman, in her capacity as a general and limited partner of JABA Associates LP and
as Personal Representative of the Estate of James Goodman, Audrey Goodman, in her capacity as
Personal Representative of the Estate of James M. Goodman, Audrey M Goodman, individually, and
in her capacity as Personal Representative of the Estate of James M. Goodman, Barbara June Lang,
as personal representative, as trustee, as joint tenant, and as an individual, Barbara June Lang,
individually and in her capacities as the personal representative of the Estate of Steven Harnick and

trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002, Barbara Keller, individually and in her capacity as Trustee of the Gerald and Barbara Keller Family Trust, Barbara Kotlikoff Harman, BARBARA L. SAVIN, Barry Inger, BENJAMIN T. HELLER, Bernard Whitman Revocable Living Trust U/A/D 8/5/86, Bernard Whitman, in his capacity as Trustee for the Bernard Whitman Revocable Living Trust u/a/d 8/5/86, a partner in The Whitman Partnership, Bert Margolies Trust, Betty Cohen, in her capacity as a Partner of Placon2 and in her capacity as Executor of the Estate of William R. Cohen, Blake Palmer, Bret Palmer, Bruce Goodman, in his capacity as a general Partner of JABA Associates LP, Bruce Jaffe, Bruce N. Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruno L. DiGiulian, Callie A. Ostenson-Murray, Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, Carla Ginsburg, Carol DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account, Carol L. Kamenstein, individually and in her capacity as joint tenant, Carol Nelson, Carol Nelson, individually and as joint tenant, CAROLYN J. KART, individually and in her capacity as executor of the Estate of Jordan H. Kart, Caryn Zieses, Claudia Helmig, in her capacity as a Partner in Train Klan, Dana Lefavor, Dana M. Kissinger-Matray, David Gross, Individually and as Joint Tenant, David R. Kamenstein, individually and in his capacity as joint tenant, David Shapiro Nominee, David Shapiro Nominee 2, David Shapiro Nominee 3, David Shapiro Nominee 4, David Shapiro, individually and as president and nominee of David Shapiro Nominee, David Shapiro, individually and as president and nominee of David Shapiro Nominee 2, David Shapiro, individually and as president and nominee of David Shapiro Nominee 3, David Shapiro, Individually and as President and Nominee of David Shapiro Nominee 4, Debra S. Zieses, Denis M. Castelli, Dennis Sprung, In his capacity as Trustee of the Roger Rechler Revocable Trust, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Dino Guiducci, individually, in his capacity as Co-Trustee of the Atwood Regency Profit Sharing Plan & Trust f/k/a the Atwood Regency Money Purchase Plan & Trust, and former Co-Trustee of the Atwood Regency Defined Benefit Plan & Trust, and as the personal representative of the estate of Mary Guiducci, Dino Guiducci,individually, in his capacity as a General Partner of the Guiducci Family Limited Partnership, and as the personal representative of the estate of Mary Guiducci, Donald A. Benjamin, Donald R. Shapiro, in his capacity as a General Partner of Sylvan Associates Limited Partnership, Donald Rechler, as Trustee for Trust F/B/O Mark Rechler, Trust F/B/O Glenn Rechler U/W/O William Rechler, Trust F/B/O Mitchell Rechler, and Trust F/B/O Todd Rechler, Donna Schaffer, Doron Tavlin, Doron Tavlin Trust, Edyne Gordon, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon, Edyne Gordon, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon, Edythe Gladstein, in her capacity as the personal representative of the Estate of Matthew L. Gladstein, Elaine Dine, Elaine Dine Living Trust Dated 5/12/06, Emily L. Shapiro, Eric N. Shapiro, Estate of Alice Barbanel, Estate of Alvin E. Shulman, ESTATE OF AUDREY WEINTRAUB, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Boyer Palmer, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P., Estate of Edna Kaminski, Estate of Florence W. Shulman, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Estate of James Goodman, Estate of James M Goodman, Estate of Matthew L. Gladstein, Estate of Muriel B. Cantor, Estate of Nathan Plafsky, Estate of Nathan Plafsky, Estate of Seymour Epstein, Estate of Steven Harnick, Estate of Steven I. Harnick, Estate of William R. Cohen, Estelle Harwood Revocable Trust, as Limited Partner of the Estelle Harwood Family Limited Partnership, Estelle Harwood, as trustee of the Estelle Harwood Revocable Trust, Estelle Harwood, individually, Eugenie Kissinger, Evelyn Berezin Wilenitz,

individually, and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, Evelyn Rechler, FAS Partners, LP, Felice J Perlman, Felice T. Londa, in her capacity as a Partner in Train Klan, Ferm C. Palmer Revocable Trust DTD 12/31/91, as amended, Fern C. Palmer, Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust, Fernando C. Colon-Osorio, M.D., Florence W. Shulman Pourover Trust, in its own capacity and in its capacity as a Limited Parter of FAS Partners, L.P.,, Frank DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account, FRIEDA FRESHMAN REVOCABLE TRUST DATED 12/31/92, FRIEDA FRESHMAN, as trustor, as trustee and as an individual, Gerald E. Keller, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust, Gerald M. Oguss, as Trustee and Individually, Gertrude E. Alpern Revocable Trust, Glenhaven Limited, Glenn Rechler, individually, and in his capacity as Partner of Reckson Generation, GLORIA ALBERT SANDLER, individually as grantor and beneficiary of and in her capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Goodman Capital Partners, L.P., Goodman Charitable Foundation, in its capacity as a limited partner of JABA Associates LP, Goodman Holdings, Inc., as General Partner of Goodman Capital Partners L.P., Great Western Bank - Trust Department, in its capacity as Trustee of the Palmer Family Trust, Gregg Rechler, Gregg Rechler, individually, and in his capacity as Partner of Reckson Generation, Guiducci Family Limited Partnership, GUNTHER K. UNFLAT, individually and as joint tenant, HARRY SMITH REVOCABLE LIVING TRUST, Harwood Holding Company II, Inc., as General Partner of the Estelle Harwood Family Limited Partnership, Heidi Holmers, Helene Saren-Lawrence, Herbert Barbanel, Herbert Barbanel, the Personal Representative of the Estate of Alice Barbanel, Herbert C. Kantor, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, IAN LEFKOWITZ, Ilene May, Irene Whitman 1990 Trust U/A DTD 4/13/90, Irma Gross, Individually and as Joint Tenant, Irrevocable Trust FBO Ethan Siegel, in its capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., JABA Associates LP, JACOB M. DICK REV LIVING TRUST DTD 4/6/01, Jacqueline D. Green, in her capacity as a managing member of the Kuntzman Family L.L.C. and as Trustee of the irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C., Jaffe Family Investment Partnership, James M. New Trust Dated 3/19/01, James M. New, in his capacity as Trustee of the Irene Whitman 1990 Trust, James M. New, individually and in his capacity as Trustee for the James M. New Trust dtd 3/19/01, Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Jane L. Oguss, as Trustee and Individually, Janet Jaffe Trust UA Dated 4/20/90, Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90, Jeffrey Schaffer, Jerome Goodman, Individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1, Jessica Londa, in her capacity as a Partner in Train Klan, Joan Roman, John Frans Kissinger, JONATHAN J. KART, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust, Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, JUDD ROBBINS, Judith Gattegno, in her capacity as a member of the Kuntzman Family L.L.C., Judith Whitman Revocable Living Trust U/A/D 8/5/86, Judith Whitman, in her capacity as Trustee for The Judith Whitman Revocable Living Trust u/a/d 8/5/86, a partner in the Whitman Partnership, Julie B. Shapiro, Kathryn L. Hvasta, in her capacity as the personal representative of the Estate of Edna Kaminski, Keith Schaffer, Kelly Burich, Kenneth M. Kohl, as an individual and as a joint tenant, Kevin Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, Kuntzman Family LLC, Kurt B. Palmer, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Laura Ann Smith Revocable Living Trust, LAURA ANN SMITH, as Trustee of the Harry Smith Revocable Living Trust and individually, Laura Ann Smith, individually, Laura New, in her

capacity as executrix of the Estate of Irene Whitman, Laura W. New, in her capacity as Trustee for the James M. New Trust dtd 3/19/01, Laurie Ann Margolies Childrens Trust DTD 11/1/08, Laurie Ann Margolies, individually and in her capacity as Trustee for the Bert Margolies Trust and the Laurie Ann Margolies Childrens Trust dtd 11/1/08, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Lee Hirsch, as joint tenant, and as an individual, Leona Gale, in hers capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust Under Agreement Dated 1/4/94 and individually, Leonard J. Oguss Trust,, Leslie Ehrlich f/k/a Leslie Harwood, individually and in her capacity as joint tenant with rights to survivorship, Lewis Alpern, in his capacity as successor trustee of the Gertrude E. Alpern Revocable Trust, as beneficiary of the Gertrude E. Alpern Revocable Trust, as executor of the estate of Gertrude E. Alpern, and in his capacity as trustee of the Paul Alpern Residuary Trust, Lindsay A. Shapiro, Lisa Beth Nissenbaum, Lisa Beth Nissenbaum Trust, MARGARET UNFLAT, individually and as joint tenant, Mark Horowitz, Mark Rechler, individually, and in his capacity as Partner of Reckson Generation, Marlene Krauss, Marshall Zieses, Martin Harnick, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Martin R. Harnick & Steven P. Norton Partners, MAURICE SANDLER, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Megan Burich, Melvin H. and Leona Gale Joint Revocable Living Trust Under Agreement Dated 1/4/94, Melvin H. Gale, in his capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust Under Agreement Dated 1/4/94 and individually, Michelle Glater, Michelle Glater, Mitchell Rechler, individually, and in his capacity as Partner of Reckson Generation, Muriel Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by Last Will and Testament of Seymour Epstein, as executor of the Estate and/or trustee of the Trusts created, Myrna L. Kohl, as an individual and as a joint tenant, Nancy Atlas, Nancy Atlas, in her capacity as the Personal Representative of the Estate of Muriel B. Cantor, Neal Kurn, as Trustee for the Lisa Nissenbaum Trust, Neil R. Zieses, Omega Asset Management LLC, Oscar Palmer, Palmer Family Trust, Pamela Harnick, Pamela Harnick, Pamela K. Marxen, Paul Alpern Residuary Trust, Peter D. Kamenstein, Peter Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Peter Londa, in his capacity as a Partner in Train Klan, PHILIP F. PALMEDO, Philip Goodman, as Limited Partner of Goodman Capital Partners L.P., Placon2, Plafsky Family LLC Retirement Plan, Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the last Will and Testament of Seymour Epstein, RAR ENTREPRENEURIAL FUND, LTD., Reckson Generation, Reid Doral Ashley, a minor, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick RevLiving Trust Dtd 4/6/01, Richard G. Eaton, Rio Jocelyn Breen, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein, Robert F. Ferber, Robert Hirsch, as joint tenant, and as an individual, Robert Plafsky, in his capacity as the personal representative of the Estate of Bernice Plafsky and as Personal Representative of the Estate of Nathan Plafsky, Robert Plafsky, in his capacity as the personal representative of the Estate of Nathan Plafsky, Robert Plafsky, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan, Robert Roman, Robert S Whitman, Robert S. Savin, Robert Weintraub, individually and in his capacity as personal representative of the Estate of Audrey Weintraub, Roberta Schwartz Trust, Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta SchwartzTrust, Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust, Roger Rechler Revocable Trust, Ronald A. Oguss, as Trustee and Individually, Ronald Cohen, in his capacity as a Partner of Placon2, RUSSELL L. DUSEK, RUSSELL OASIS, Ryan P. Murray, Sandra Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership,

Sanford S. Perlman, Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, Scott Rechler, Scott Rechler, individually, and in his capacity as Partner of Reckson Generation, SHARON POPKIN, Shelburne Shirt Company, Inc., Shulman Family Corporation, in its capacity as a General Partner of FAS Partners L.P, Sloan G. Kamenstein, Sophia Palmer, Stanley Nelson, individually and as joint tenant, Stephen Ehrlich, individually and in his capacity as joint tenant with rights to survivorship, Steven Harnick Revocable Living Trust Dated April 2, 2002, Steven I. Harnick Revocable Living Trust Dated April 2, 2002, Susan B. Alswager, Susan Epstein Gross, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, SUZANNE BREEN, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, The Emily Lauren Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Eric Nathan Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Estate of Bernice Plafsky, The Estate of Gertrude E. Alpern, The Estate of James M. Goodman, THE ESTATE OF JORDAN H. KART, The Estelle Harwood Family Limited Partnership, The Gerald and Barbara Keller Family Trust U/A June 2, 1998, THE GLORIA ALBERT SANDLER AND MAURICE SANDLER REVOCABLE LIVING TRUST, The Harnick Brothers Partnership, THE JEROME GOODMAN CHILDREN'S GRAT #1, THE JORDAN H. KART REVOCABLE TRUST, The Julie Beth Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Lindsay Ariel Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Whitman Partnership, Theresa R. Ryan, individually and in her capacities as trustee of Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Thomas Van Drooge Kissinger, Timothy Helmig, in his capacity as a Partner in Train Klan, Timothy Landres, in his capacity as a Partner in Train Klan, Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, Timothy Shawn Teufel, individually and in his capacity as Trustee for the Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, Toby Harwood, Todd Rechler, Todd Rechler, individually, and in his capacity as Partner of Reckson Generation, Tracy D. Kamenstein, Train Klan, a Partnership, Trust FBO Glenn Rechler U/W/O William Rechler, Trust FBO Mark Rechler, Trust FBO Mitchell Rechler, Trust FBO Todd Rechler, Trust Fund B U/W Edward F. Seligman F/B/O/ Nancy Atlas, TRUST U/A FOURTH U/W/O ISRAEL WILENITZ, TRUST UNDER AGREEMENT DATED 12/6/99 FOR THE BENEFIT OF WALTER AND EUGENIE KISSINGER, Valerie Ann Teufel, individually and in her capacity as Trustee for the Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, Walter B. Kissinger, Walter B. Kissinger Revocable Trust, WALTER FRESHMAN REVOCABLE TRUST, WALTER FRESHMAN TRUST A, Wayne D. Green, in his capacity as a managing member of the Kuntzman Family L.L.C, Wendy Landres, in her capacity as a Partner in Train Klan, William D. Kissinger, Zieses Investment Partnership

Herbert Beigel
Law Offices of Herbert Beigel
Email: hbeigel@gmail.com
Attorney For: M. Elliot Schnall

Howard Kleinhendler
Sara Spiegelman
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Email: sspiegelman@wmllp.com
Attorney For: Aaron D. Levey Revocable Living Trust, Amy Silna Shafron Trust, as partner of White Lake Associates, Andrew Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited

Partnership, CAROLE KASBAR BULMAN, Coby Zur Trust, as partner of White Lake Associates, Daniel Silna, in his capacity as general partner of White Lakes Associates, _____ E. S. Trust, as partner of White Lake Associates, Frances Levey Revocable Living Trust, Franklin Sands, G.S. Schwartz & Co., Inc., Gerald S. Schwartz, Helene Juliette Feffer, James L. Kapner, Joan Silna, as partner of White Lake Associates, Joel Levey, Joel Levey, as trustee of Wendy Kapner Revocable Trust, _____ K. Z. Trust, as partner of White Lake Associates, Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F. Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, _____ L. Z. Trust, as partner of White Lake Associates, Marion L. Lappin Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, _____ N. S. Trust, as partner of White Lake Associates, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Sandra Moore, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Shetland Properties, Inc., it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Tracy Silna Zur, as partner of White Lake Associates, U/W/O Louis Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Wendy Kapner, Wendy Kapner as trustee of Frances Levey Revocable Living Trust, grantor and trustee of Wendy Kapner Revocable Trust and individually, Wendy Kapner Revocable Trust, White Lake Associates

James Masella
Blank Rome LLP
Email: JMasella@BlankRome.com
Attorney For: STANLEY KREITMAN

Jed Horwitt
Zeisler & Zeisler, P.C.
Email: jhorwitt@zeislaw.com
Attorney For: Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block

Jeff E. Butler
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Attorney For: Radcliff Investments Limited, Rothschild Trust Guernsey Limited

Jeffrey D. Ganz
Riemer & Braunstein LLP
Email: jganz@riemerlaw.com
Attorney For: Barbara E. Greenberg, in her capacity as Successor Trustee of the Nathan Greenberg Revocable Trust Dated 6/7/1973, Nathan Greenberg Revocable Trust Dated 6/7/1973

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Bradermak, Ltd., Cheryl M. Coleman, Individually as Beneficiary of Estate of Suzanne R. May, Cheryl Yankowitz, Corinne M. Cott, in her capacity as personal representative of the Estate of Leonard Miller, Dale E. Leff, Edith A. Schur, Estate of Carolyn Miller, Estate of Leonard Miller, Estate of Norman Leff, Estate of Robert E. May, Estate of Suzanne R. May as Successor of Suzanne R. May in her Capacity as Creator and Trustee of Trust under Deed of Suzanne R. May dated 11/23/94, Estate of William Diamond, Frederic Z. Konigsberg, Harvey L. Werner Revocable Trust u/a/d 8/31/82 As Amended, Jack Yankowitz, Jeffrey A. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated November 23, 1994, Executor of Estate of Robert E. May, and Individually, and as Beneficiary of the Estate of Suzanne R. May, Jeffrey R. Werner, Jeffrey R. Werner 11/1/98 Trust, Jeffrey R. Werner, in his capacity as Co-Trustee for the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Joanne Gayle Rosen, in her capacities as successor Personal Representative of The Estate of Carolyn Miller and trustee of The Carolyn Rosen Miller Revocable Trust, Ken-Wen Family Limited Partnership, Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership, Laurie Riemer, individually and in her capacities as Personl Representative of The Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust, Lee Rautenberg, Leslie Diamond Kaplan Hodes, in in her capacity as Personal Representative of the Estate of William Diamond, Pauline B. Feldman, Richard A. May, Individually as Beneficiary of Estate of Suzanne R. May, Richard E. Feldman, Robert B. Miller, in his capacity as personal representative of the Estate of Leonard Miller, Sandra Heine, individually, in her capacity as personal representative of the Estate of Leonard M. Heine Jr., and as trustee of the trust created under the Last Will and Testament of Leonard M. Heine, STEVEN ANDELMAN, individually and in his capacity as joint tentant with rights of survivorship, Susan Andelman, Susan M. Konigsberg, The Carolyn Rosen Miller Revocable Trust, Trust Under Deed of Suzanne R. May Dated 11/23/1994, Violet M. Werner, in her capacity as Trustee for the Jeffrey R. Werner 11/1/98 Trust, Violet M. Werner, individually and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Wendy Brown, Wendy Werner Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended

Jeffrey T. Scott
Joshua J. Fritsch
Sullivan & Cromwell LLP
Email: scottj@sullcrom.com
Email: fritschj@sullcrom.com
Attorney For: Daniel C. Epstein, as a tenant in common, Hope W. Levene, Judy L. Kaufman, as a tenant in common, Lisa D. Kava, as a tenant in common, Neal S. Kaufman, as a tenant in common

Jennifer A. Hradil
Jonathan S. Liss
Michael R. Griffinger
Gibbons P.C.
Email: jhradil@gibbonslaw.com
Email: JLiss@gibbonslaw.com
Email: griffinger@gibbonslaw.com
Attorney For: BERSHAD INVESTMENT GROUP LP, DAVID J. BERSHAD

Jessica D. Mikhailevich
Robert A. Franklin
Dorsey & Whitney LLP

Email: mikhailevich.jessica@dorsey.com
Email: PaloAlto@Dorsey.com
Attorney For: Gerald J. Block, individually and as Beneficiary of the Estate of Eleanor Myers

Jessica L. Klarfeld
Jonathan K. Cooperman
Kelley Drye & Warren LLP
Email: jklarfeld@kelleydrye.com
Email: Jcooperman@KelleyDrye.com
Attorney For: Emilie Apfelbaum, Estate (Succession) of Doris Igoin, Laurence Apfelbaum,
individually and in her capacities as executor and beneficiary of the Estate of (Succession) of Doris
Igoin

Johathon D. Warner
Warner & Scheuerman
Email: jdwarner@warnerandscheuerman.com
Attorney For: Gregory Antoniazzi, John Nessel, Melvin B. Nessel 2006 Trust U/A/D 3/14/06, Melvin
B. Nessel Revocable Trust, Michael Lieb, Paul Rampell, in his capacity as Trustee for the Melvin B.
Nelson Revocable Trust and as former co-Trustee of the Melvin B. Nessel 2006 Trust u/a/d
3/14/06, Robert Lieb, Sandra Heine, individually, in her capacity as personal representative of the
Estate of Leonard M. Heine Jr., and as trustee of the trust created under the Last Will and Testament
of Leonard M. Heine

John E. Jureller, Jr.
Klestadt Winters Jureller Southard & Stevens, LLP
Email: jjureller@klestadt.com
Attorney For: Jane Alpern, Lewis Alpern

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney For: APO Health Inc. PSP f/b/o H. Peter Steil, APO Health, Inc. PSP f/b/o Jan Stahl, Buyer's
Alternatives, Inc. PSP f/b/o Jan Stahl, Geri Stahl, H. Peter Steil, Jan Stahl, PJS Trading, Inc. PSP f/b/o
Jan Stahl

John Westerman
Mickee Hennessy
Westerman Ball Ederer Miller & Sharfstein LLP
Email: jwesterman@westermanllp.com
Email: mhennessy@westermanllp.com
Attorney For: BARBARA STEIN JAFFE, DONALD AND BETTE STEIN FAMILY TRUST, DONALD O.
STEIN, DOS BFS FAMILY PARTNERSHIP II, L.P., JAMIE STEIN WALKER, WILLIAM STEIN

Jonathan Evan Goldberg
Dentons US LLP
Email: jonathan.goldberg@dentons.com
Attorney For: AMERICA ISRAEL CULTURAL FOUNDATION INC

Jonathan L. Flaxer
Michael S. Weinstein
Golenbock Eiseman Assor Bell & Peskoe, LLP
Email: jflaxer@golenbock.com

Email: mweinstein@golenbock.com
Attorney For: Gary J. Korn, Joan L. Korn, Robert Korn Revocable Trust, Robert S. Korn, The Korn
Family Limited Partnership

Jonathan M. Landers
Milberg LLP
Email: jlanders@milberg.com
Attorney For: Gerald Blumenthal

Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr LLP
Email: jsp@ddw-law.com
Attorney For: STEFANELLI INVESTORS GROUP, Anthony E. Stefanelli, Jr., as general partner of
Stefanelli Investors Group and individually, MINOR 1, MINOR 2, MINOR 3, MARY ANN, as general
partner of Stefanelli Investors Group and individually,  JOAN L. APISA, DANIELLE L. D'ESPOSITO,
MARK STEFANELLI, as general partner of Stefanelli Investors Group and individually, MINOR 4, as
general partner of Stefanelli Investors Group and individually, MINOR 5, as general partner of
Stefanelli Investors Group and individually, BARBARA ANN STEFANELLI, as general partner of
Stefanelli Investors Group and individually, LISA M. STEFANELLI, as general partner of Stefanelli
Investors Group and individually, PATRICIA MORETTA, as general partner of Stefanelli Investors
Group and individually, MINOR 6,, as general partner of Stefanelli Investors Group and individually

Joseph F. Keenan
McCanliss & Early, LLP
Email: jkeenan@mccanliss.com
Attorney For: Deidre Sweeney, as Personal Representative of the Estate of Armand L. Greenhall,
DEIDRE SWEENEY, as Personal Representative of the Estate of Armand L. Greenhall, Estate of
Armand L. Greenhall

Joseph F. Keenan
Law Office of Joseph F. Keenan
Email: jfkeenan@joekeenanlaw.com
Attorney For: Deidre Sweeney, as Personal Representative of the Estate of Armand L. Greenhall,
Estate of Armand L. Greenhall

Joseph S. Pasquale
Richard J. Abrahamsen
Abrahamsen Law Firm, LLC
Email: pasquale.joseph.s@gmail.com
Email: rja.attorney@gmail.com
Attorney For: 1096-1100 River Road Associates LLC, Fred A. Daibes, Fred A. Daibes LLC

Joseph Serino
Maura Klugman
Kirkland & Ellis LLP
Email: joseph.serino@kirkland.com
Email: maura.klugman@kirkland.com
Attorney For: CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation

Joseph T. Baio
Willkie Farr & Gallagher LLP
Email: jbaio@willkie.com

Attorney For: Susan Schemen Fradin, Susan Schemen Fradin Trustee, Rev. Agreement Of Trust
Dated 5/23/2000, Susan Schemen Fradin Settlor

Joshua A. Berman
TROUTMAN SANDERS LLP
Email: Joshua.Berman@troutmansanders.com
Attorney For: Max Blauner, MWC Holdings LLC

Joshua E. Abraham
Butzel Long
Email: abraham@butzel.com
Attorney For: Patrice Knobel, Peter Knobel

Joshua E. Keller
Milberg LLP
Email: jkeller@milberg.com
Attorney For: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA
S ROSENBERG, Gerald Blumenthal, Norton A. Eisenberg, P. CHARLES GABRIELE, Potamkin Family
Foundation, Inc., Sheila A Woessner Family Trust, Sheila A. Woessner, individually, and as Trustee
of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Stephen R.
Goldenberg, William M. Woessner Family Trust, William M. Woessner, individually, and as Trustee
of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust

Julie Gorchkova
Becker & Poliakoff
Email: jgorchkova@bplegal.com
Attorney For: Alan M. Goldberg, in his capacity as the Personal Representative of the Estate of
Florence W. Shulman, Ilene May, SHARON POPKIN

Kenneth S. Leonetti
Foley Hoag, LLP
Email: kleonetti@foleyhoag.com; bctnotices@foleyhoag.com
Attorney For: 1998 Debra Gershen Revocable Trust, 1998 William Gershen Revocable Trust,
Deborah Gershen, individually and in her capacity as Trustee of the 1998 William Gershen
Revocable Trust and the 1998 Deborah Gershen Revocable Trust, William Gershen, individually and
in his capacity as Trustee of the 1998 William Gershen Revocable Trust and the 1998 Deborah
Gershen Revocable Trust

Kent. C. Kolbig
Moses & Singer LLP
Email: kkolbig@mosessinger.com
Attorney For: BARBARA S. GROSS 2006 GRAT, a New York trust, Estate of Barbara S. Gross,
Fiduciary Trust International of the South,a Florida corporation, as personal representative, LORA
JOY APPLETON, as trustee and as an individual, SUSAN J. ANOLICK, THE LORA TRUST U/A 8/29/89,
a New York trust

Laura K. Clinton
Baker & McKenzie LLP
Email: laura.clinton@bakermckenzie.com
Attorney For: AARON WOLFSON, ABRAHAM WOLFSON, ABRAHAM WOLFSON, Coldbrook
Associates Partnership, individually and in its capacity as general partner of Turtle Cay Partners,
DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary, EMANUEL GETTINGER,

EMMANUEL GETTINGER, ESTATE OF DORIS M. PEARLMAN, EZRIEL MUNK, in his capacity as
Trustee of the Wolfson Descendants 1983 Trust and the ZW 1999 Trust, HEIDI PEARLMAN, in her
capacity as the Personal Representative of the Estate of Doris Pearlman, in her capacity as co-
trustee of the Doris M. Pearlman Revocable Trust and as Subsequent Beneficiary, James Lowrey,
individually, in his capacity as general partner of Turtle Cay Partners, in his capacity as personal
representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B.
Lowrey Trust, and in his capacity as successor partner of Coldbrook Associates Partnership, JILL
BETH PEARLMAN, in her capacity as the Personal Representative of the Estate of Doris Pearlman, in
her capacity as co-trustee of the Doris M. Pearlman Revocable Trust and as Subsequent Beneficiary,
MARVIN A. GOLDENBERG, as a subsequent beneficiary, Norman J. Blum, South Ferry #2 LP, et al.,
SOUTH FERRY BUILDING COMPANY, South Ferry Building Company, a New York limited
partnership, The Estate of Marianne Lowrey, The ZW 1999 TRUST, Turtle Cay Partners, WOLFSON
DESCENDANTS 1983 TRUST, ZEV WOLFSON, ZEV WOLFSON, ZEV WOLFSON, in his capacity as
trustee u/i/t f/b/o Aaron Wolfson and Alisa Wolfson and individually, ZWD INVESTMENTS, LLC

Laurence May
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
Email: lmay@eisemanlevine.com
Attorney For: 151797 Canada Inc., Farber Investments, Inc., Judith Pencer

Lawrence M. Shapiro
Greene Espel PLLP
Email: LShapiro@greeneespel.com
Attorney For: Renne R. Soskin

Lori S. Vaughan
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.
Email: lvaughan@trenam.com
Attorney For: Jonathan Sobin

Margarita Y. Ginzburg
Thomas D. Goldberg
Day Pitney LLP
Email: mginzburg@daypitney.com
Email: tgoldberg@daypitney.com
Attorney For: Edmond A. Gorek, M.D., as an individual and as a joint tenant, Edmond A. Gorek, MD,
Marguerite M. Gorek, as an individual and as a joint tenant

Maria J. DiConza
Greenberg Traurig, LLP
Email: diconzam@gtlaw.com
Attorney For: Allan Hurwitz, Allan Hurwitz, in his capacity as trustee of the Hurwitz Grandchildren
Trust #2-B for Brandi M. Hurwitz, Allan Hurwitz, in his capacity as trustee of Trust "A" U/W G
Hurwitz and of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, Allan R. Hurwitz
Revocable Trust, Barbara Hurwitz, Brandi Hurwitz, as beneficiary of Trust "A" U/W G Hurwitz,
Brandi Hurwitz, individually and as Beneficiary of the Hurwitz Grandchildren Trust #2-B for Brandi
Hurwitz, Hurwitz Grandchildren Trust #2-B for Brandi M. Hurwitz, Hurwitz Grandchildren Trust
#2-B for Michael B. Hurwitz, Michael Brent Hurwitz , individually and as beneficiary of Trust "A"
U/W G Hurwitz and as beneficiary of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz,
Pergament Equities LLC, Trust 'A' U/W G Hurwitz

Mark Randolph Jacobs

Jacobs Partners LLC
Email: mark.jacobs@jacobs-partners.com
Attorney For: Nantucket Ventures Limited

Martha Rodriguez-Lopez
Phillip M. Guess
K&L Gates LLP
Email: Martha.RodriguezLopez@klgates.com
Email: philip.guess@klgates.com
Attorney For: James Lowrey, individually, in his capacity as personal representative and in his
capacity as trustee for the Marianne B. Lowrey Trust, Jessica Lee Lowrey, in her capacity as
personal representative and in his capacity as trustee for the Marianne B. Lowrey Trust, Larry B.
Alexander, in his capacity as personal representative and in his capacity as trustee for the Marianne
B. Lowrey Trust, Marianne B. Lowrey Trust, The Estate of Marianne Lowrey, Tracy Lowrey
Lenehan, in her capacity as personal representative and in her capacity as trustee for the Marianne
B. Lowrey Trust, Whitney Lowrey Gaeta, in her capacity as personal representative and in his
capacity as trustee for the Marianne B. Lowrey Trust

Martin B. Shulkin
Michael R. Lastowski
Duane Morris LLP
Email: MBShulkin@duanemorris.com
Email: mlastowski@duanemorris.com
Attorney For: CEH Limited Partnership, David Ducheanue, in his capacity as Trustee of the Evelyn
M. Chernis Revocable Trust DTD 3/23/87 and the Herbert J. Chernis Revocable Trust DTD 3/23/87,
Evelyn M. Chernis Revocable Trust DTD 3/23/87, in its capacity as a Limited Partner of CEH
Limited Partnership, Herbert J. Chernis Revocable Trust DTD 3/23/87, in its capacity as a Limited
Partner of CEH Limited Partnership, Marilyn P. Chernis, in her capacity as Personal Representative
of the Estate of Evelyn M. Chernis and as Trustee of the Evelyn M. Chernis Revocable Trust DTD
3/23/87 and the Herbert J. Chernis Revocable Trust DTD 3/23/8, Peter G. Chernis, in his capacity
as Personal Representative of the Estate of Evelyn M. Chernis and as Trustee of the Evelyn M.
Chernis Revocable Trust DTD 3/23/87 and the Herbert J. Chernis Revocable Trust DTD 3/23/87,
The Estate of Evelyn M. Chernis

Martin J. Auerbach
Law Firm of Martin J. Auerbach, Esq.
Email: auerbach@mjaesq.com
Attorney For: ESTHER FELDBERG, in her fiduciary capactiy as trustee of The Sumner and Esther
Feldberg 1998 Charitable Remainder Unitrust, Jeffrey Hinte, MICHAEL S. FELDBERG, NANCY KARP,
SUMNER FELDBERG LP TWO, SUMNER GP LLC, SUMNER L. FELDBERG, THE NANCY KARP 1997
CHARITABLE REMAINDER UNITRUST, THE SUMNER AND ESTHER FELDBERG 1998 CHARITABLE
REMAINDER

Marvin C. Ingber
Marvin C. Ingber
Email: mcingber@comcast.net
Attorney For: Amy Pinto Lome Revocable Trust U/A/D 5/22/03, Amy Pinto Lome, individually and
in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03, Eli
N Budd, James B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and in his
capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, Leonard D. Lome, in his
capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03

Robert M. McClay
McClay Alton, P.L.L.P
Email: bob@mcclay-alton.com; law@mcclay-alton.com; jennifer@mcclay-alton.com
Attorney For: Amy Pinto Lome Revocable Trust U/A/D 5/22/03, Amy Pinto Lome, individually and
in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03, Eli
N Budd, James B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and in his
capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, Leonard D. Lome, in his
capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03

Matthew A. Kupillas
Milberg LLP
Email: mkupillas@milberg.com
Attorney For: Aspen Fine Arts Co., Gary Albert, Individually and his capacity as shareholder of
Impact Designs Limited, Harold A. Thau, Norton A. Eisenberg, P. CHARLES GABRIELE, Potamkin
Family Foundation, Inc., Stephen R. Goldenberg

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Estate of Rose Gutmacher, George S. Kaufman, in his capacity as personal
representative of the Estate of Rose Gutmacher, Gutmacher Enterprises LP, Janice G. Coppersmith,
individually, Joyce Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, as
Trustee of the Joyce C. Auerbach Revocable Trust, and as Personal Representative of the Estate of
Robert Auerbach, Nicole Girard, individually and in her capacity as trustee for the Trust FBO Nicole
Girard U/A/D 12/2/97, Richard Weinberger, in his capacities as personal representative of the
Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole
Girard, RICHARD WEINBERGER, in his capacities as personal representative of the Estate of
Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, S.
James Coppersmith, individually, Seymour W. Zises in his capacity as trustee, Seymour Zises, in his
capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara
Girard Testamentary Trust FBO Nicole Girard, SEYMOUR ZISES, in his capacities as personal
representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary
Truste FBO Nicole Girard, THE BARBARA GIRARD TESTAMENTARY TRUST FBO NICOLE GIRARD,
The Barbara Girard Testamentary Trust FBO Nicole Girard, THE ESTATE OF BARBARA GIRARD,
The Estate of Barbara Girard, THE JOYCE C. AUERBACH REVOCABLE TRUST, THE ROBERT
AUERBACH REVOCABLE TRUST, The S. James Coppersmith Charitable Remainder Unitrust, Thomas
D. Kearns, in his capacities as personal representative of the Estate of Rose Gutmacher and trustee
for the Trust of FBO Nicole Girard U/A/D 12/2/97, Trust FBO Nicole Girard U/A/D 12/2/97

Michael Holzapfel
Stacey L. Meisel
Becker Meisel LLC
Email: meholzapfel@beckermeisel.com
Email: slmeisel@beckermeisel.com
Attorney For: Aron B. Katz 1995 Irrevocable Trust, Aron B. Katz Charitable Remainder Unitrust,
Aron B. Katz, as trustee, and as an individual, KATZ GROUP LIMITED PARTNERSHIP, A WYOMING
LIMITED PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Margaret E. Cann Charitable
Remainder Unitrust, Margaret Katz Cann, as trustee, and as an individual, Martin J. Katz Charitable
Remainder Unitrust, Martin J. Katz, as trustee, and as an individual

Michael I. Goldberg
Akerman LLP

Email: michael.goldberg@akerman.com
Attorney For: A&G GOLDMAN PARTNERSHIP, a New York Partnership, Alan Goldman, as General
Partner of A & G Goldman Partnerhip and individually, Charles Ellerin Irrevocable Gift Giving Trust,
Clark Gettinger, Individually, ELAINE S. STEIN, ELY KRELLENSTEIN as settlor, as trustee, and as an
individual, ELY KRELLENSTEIN REVOCABLE TRUST OF 1994, Empire Prospect Partnership, LP,
Gerald Goldman, as General Partner of A & G Goldman Partnerhip and individually, Gettinger
Management LLC Profit Sharing Plan, Josef Mittlemann, individually and as General Partner of
Empire Prospect Partnership, LP, Just Empire LLC, KRELLENSTEIN FAMILY ENTERPRISES INC.,
KRELLENSTEIN FAMILY LIMITED PARTNERSHIP II OF 1999, Leona Gale, in hers capacity as trustee
of the Melvin H. and Leona Gale Joint Revocable Living Trust Under Agreement Dated 1/4/94 and
individually, Marsy Mittlemann, Martin Gettinger, in his capacity as Trustee for Miscork Corp. #1,
Martin Gettinger,individually,and in capacity as Trustee for Trebor Mgmt.Corp.Retirement Plan
#1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and Miscork Corp.Retirement Plan, Melvin
H. and Leona Gale Joint Revocable Living Trust Under Agreement Dated 1/4/94, Miscork Corp.,
Miscork Corp. #1, Miscork Corp. Retirement Plan, Robert M. Griffith, SHIRLEY KRELLENSTEIN,
SHIRLEY KRELLENSTEIN REVOCABLE TRUST OF 1994, THE GETTINGER FOUNDATION, The
Mittlemann Family Foundation, Trebor Management Corp. #3 Employee Profit Sharing Plan, Trebor
Management Corp. Retirement Plan #1

Michael V. Ciresi
Robins Kaplan L.L.P.
Email: MVCiresi@rkmc.com
Attorney For: Metro Motor Imports, Inc., MILES & SHIRLEY FITERMAN CHARITABLE
FOUNDATION, Steven Fiterman in his capacity as Trustee for the Miles & Shirley Fiterman
Charitable Foundation, Valerie Herschman in her capacity as Trustee for the Miles & Shirley
Fiterman Charitable Foundation

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney For: ESTATE OF JOSEPH S. POPKIN, JOSEPH S. POPKIN REVOCABLE TRUST DATED
FEBRUARY 9, 2006, a Florida trust, ROBIN POPKIN LOGUE, as trustee of the Joseph S. Popkin
Revocable Trust Dated February 9, 2006, as the personal representative of the Estate of Joseph S.
Popkin, and as an individual

Patrick Sibley
Pryor Cashman LLP
Email: psibley@pryorcashman.com
Attorney For: Alexandria K. Marden, AvCar Group, Ltd., Avram Goldberg, individually and in his
capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, B&C MARDEN LLC, a
Delaware limited liability company, BERNARD A. & CHRIS MARDEN FOUNDATION INC, BERNARD
A. MARDEN REVOCABLE TRUST, a Florida Trust, BERNARD MARDEN PROFIT SHARING PLAN,
Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust
FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce
Pergament, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R.
Rabb Trust FBO Carol Goldberg, CHARLOTTE MARDEN (aka CHRIS MARDEN), as trustee and as an
individual, CHARLOTTE M. MARDEN, Elizabeth C. Auld, Eric B. Woldenberg Individually, in his
Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as
Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee

of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, ESTATE OF BERNARD A. MARDEN, Gabrielle Z. Marden, IRIS ZURAWIN MARDEN, JAMES P. MARDEN, JAMES P. MARDEN, James P. Marden, James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, Meghan M. Auld, MERRITT KEVIN AULD, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, Neal J. Nissel, as trustee, Olivia G. Auld, PATRICE M. AULD, PATRICE M. AULD, Patrice M. Auld, Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, PATRICE M. AULD, as trustee, as personal representative, and as an individual, Pergament & Pergament Realty, Richard Horowitz, Sidney R. Rabb Trust FBO Carol R. Goldberg, The Charlotte M. Marden Irrevocable Insurance Trust, The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., THE MARDEN FAMILY FOUNDATION, INC., The Murray & Irene Pergament Foundation, Inc., THE PATRICE AND KEVIN AULD FOUNDATION, The Randi Pergament & Bruce Pergament Foundation, Inc.

Paul H. Silverman
McLaughlin & Stern, LLP
Email: psilverman@mclaughlinstern.com
Attorney For: Carmen Dell'Orefice

Peter Chavkin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Email: pchavkin@mintz.com
Attorney For: CHARLES K. RIBAKOFF 2ND TRUST INDENTURE (ARC), CHARLES K. RIBAKOFF, individually, CHARLES K. RIBAKOFF, TRUSTEE OF THE CHARLES K. RIBAKOFF 2ND TRUST INDENTURE

Philip H. Stillman
Stillman & Associates
Email: pstillman@stillmanassociates.com
Attorney For: Dancing $ LLC, a Montana limited liability company, Eric Waldman, Srione, LLC, an Idaho limited liability company

Richard A. Kirby
Baker & McKenzie LLP
Email: Richard.Kirby@bakermckenzie.com
Attorney For: AARON WOLFSON, ABRAHAM WOLFSON, ABRAHAM WOLFSON, Coldbrook Associates Partnership, individually and in its capacity as general partner of Turtle Cay Partners, DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary, EDARA PARTNERSHIP, EMANUEL GETTINGER, EMMANUEL GETTINGER, ESTATE OF DORIS M. PEARLMAN, EZRIEL MUNK, in his capacity as Trustee of the Wolfson Descendants 1983 Trust and the ZW 1999 Trust, HEIDI PEARLMAN, in her capacity as the Personal Representative of the Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M. Pearlman Revocable Trust and as Subsequent Beneficiary, James Lowrey, individually, in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B. Lowrey Trust, and in his capacity as successor partner of Coldbrook Associates Partnership, JILL BETH PEARLMAN, in her capacity as the Personal Representative of the Estate of Doris Pearlman, in her capacity as co-trustee of the Doris M. Pearlman Revocable Trust and as

Subsequent Beneficiary, LANX BM INVESTMENTS, LLC, MARVIN A. GOLDENBERG, as a subsequent beneficiary, Norman J. Blum, South Ferry #2 LP, et al., SOUTH FERRY BUILDING COMPANY, South Ferry Building Company, a New York limited partnership, The Estate of Marianne Lowrey, THE LANX FUND II, LP, The ZW 1999 TRUST, Turtle Cay Partners, United Congregations Mesora, WOLFSON COUSINS, LP, WOLFSON DESCENDANTS 1983 TRUST, ZEV WOLFSON, ZEV WOLFSON, ZEV WOLFSON, in his capacity as trustee u/i/t f/b/o Aaron Wolfson and Alisa Wolfson and individually, ZWD INVESTMENTS, LLC

Richard B. Feldman
Rosenberg Feldman Smith LLP
Email: rfeldman@rfs-law.com
Attorney For: Bernard Kessel Inc. Pension Plan and Trust, Elaine Pikulik, in her capacity as Executrix of the Estate of Lillian B. Steinberg, Essjaykay Enterprises Ltd. Profit Sharing Plan and Trust, ESTATE OF BERNARD J. KESSEL, Estate of Lillian Steinberg, Iris Steel, in her capacity as Trustee of the Bernard Kessel Inc. Pension Plan and Trust and as Executrix of the Bernard J. Kessel Estate, Joseph Bergman Revocable Trust, Joseph Bergman, individually and in his capacity as trustee of the Joseph Bergman Revocable Trust, Sallie W. Krass as trustee, Stephen J. Krass as trustee

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: AMERICAN GENERAL LIFE ASSURANCE COMPANY, a Pennsylvania Corporation, AMERICAN GENERAL LIFE ASSURANCE COMPANY, a Pennsylvania Corporation, Betty Stark, individually, as executor of the Estate of Richard M. Stark, as designated beneficiary of NTC & Co. FBO Richard M. Stark (xxxxxx), and as beneficiary of the Richard M. Stark Article Fifth Trust, Estate of Richard M. Stark, Hilary M. Stark, as beneficiary of the Richard M. Stark Article Fifth Trust, Hilary M. Stark, as joint tenant with right of survivorship, Richard M. Stark Article Fifth Trust, Thomas L. Stark, as beneficiary of the Richard M. Stark Article Fifth Trust, Thomas L. Stark, as joint tenant with right of survivorship

Richard P. Norton
Robert Rich
Hunton & Williams LLP
Email: rnorton@hunton.com
Email: rrich2@hunton.com
Attorney For: Edward A. Zraick, Jr., individually, as joint tenant and as personal representative of the Estate of Lorraine Zraick, Estate of Lorraine Zraick, Karen M. Rich, individually and as joint tenant, Nancy Zraick, individually and as joint tenant, Patricia Zraick DeLuca, individually, as joint tenant and as personal representative of the Estate of Lorraine Zraick

Richard T. Ostlund
Stephen M. Pincus
Anthony Ostlund Baer & Louwagie P.A.
Email: rostlund@anthonyostlund.com
Email: spincus@anthonyostlund.com
Attorney For: Arnold M. Soskin Revocable Trust, Debra Becker, ESTATE OF ARNOLD M. SOSKIN, Nancy S. Lurie, Richard N. Soskin, Robert S. Soskin, Samuel S. Soskin

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com

Attorney For: Hope A. Geller, Joan L. Fisher, Joan L. Fisher Partners, Richard C. Yeskoo, in his capacity as personal representative of the Estate of Gladys C. Luria, Susan A. Cohen, The Estate of Gladys C. Luria, The Estate of Helene B. Sachs, The Trust U/A VI of the Will of Gladys C. Luria f/b/o Joan L. Fisher, The Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher

Robert K. Dakis
Morrison Cohen LLP
Email: rdakis@morrisoncohen.com
Attorney For: Claudio Roberto Zago

Robert R. Miller
Lax & Neville, LLP
Email: rmiller@laxneville.com
Attorney For: Abbit Family Trust, ANNA ROTHWELL, ANNE SQUADRON, ARCHITECTURAL BODY RESEARCH FOUNDATION INC, BONNIE J. KANSLER, Bonnie Joyce Kansler, as executor, Bruce Leventhal, Bruce Leventhal 2001 Irrevocable Trust, Carol Gold, DANIEL SQUADRON, David Harre, Debra Lagapa, DIANE SQUADRON, Elinor Friedman Felcher, Elinor Solomon, Elizabeth Squadron, Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman, Fairfield Pagma Associates LP, Fairfox LLC, Frances J. Le Vine, Frances J. Le Vine Revocable Trust, Frieda Bloom, Gladys Fujiwara, Howard Solomon, Jeffrey Brian Abbit, Jillian Wernick Livingston, John Fujiwara, Linda Anne Abbit, Margaret Butcher, Marital GST Exempt Trust FBO Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership, Marital GST Non-Exempt Trust FBO Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership, Nicolette Wernick Nominee Partnership, Nicolette Wernick, individually and in her capacity as partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital GST Non-Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991, Peng Yan, individually and as Personal Representative of the Estate of Armand L. Greenhall, PETER GOLD, RICHARD SQUADRON, ROBERT VAS DIAS, Ruth Kahn, Sandra Phillips Kaye, Sarah D. Gold, SETH SQUADRON, Seyfair LLC, Seymour Kleinman, Stanley Gordon Bennet III 1988 Trust, Stanley Gordon Bennett III, in his capacity as settlor and trustee of the Stanley Gordon Bennett III 1988 Trust, Stephen B. Kaye, SWING HARRE, Theodosia Price, Thomas Shea, VANESSA N. GANG, WILLIAM SQUADRON

Ronald L. Israel
Chiesa Shahinian & Giantomasi PC
Email: risrael@csglaw.com
Attorney For: DONALD J. WEISS, Levy Family Partners LLC

Ross Gampel
KLEMICK & GAMPEL
Email: ben8854@aol.com
Attorney For: Sarah Mondshine, Sarah Mondshine Revocable Trust U/A/D May 30, 1994, Stanley Mondshine, Stanley Mondshine Revocable Trust U/A/D May 30, 1994

Ryan E. Cronin
Jaspan Schlesinger LLP
Email: rcronin@jaspanllp.com
Attorney For: Beaser Investment Company L.P., Beaser Investment Management Company LLC, Estate of Gloria C. Klein, ESTATE OF LEO M. KLEIN, Gloria C. Klein Revocable Trust Dated April 16,

1990, as Amended, Gloria C. Klein Trust F/B/O/ Deborah Klein Patton, Gloria C. Klein Trust F/B/O/ Jane Klein, JANE A. KLEIN as trustee and as personal representative of the Estate of Leo M. Klein, the Estate of Gloria C. Klein, Gloria C. Klein Revocable Trust Dated April 16, 1990, as Amended, Gloria C. Klein Trust F/B/O/ Jane Klein, Gloria C. Klein Trust F/B/O/ Deborah Klein Patton, Jane A. Klein as an individual, as trustee of the Gloria C. Klein Revocable Trust Dated April 16, 1990, as Amended, Gloria C. Klein Trust F/B/O/ Jane Klein, and the Gloria C. Klein Trust F/B/O/ Deborah Klein Patton, Deborah Klein Patton as trustee of the Gloria C. Klein Trust F/B/O/ Deborah Klein Patton and as an individual, Jeffrey Shankman, Richard Beaser, as general partner of the Beaser Investment Company LP and individually, Robert Beaser, as general partner of the Beaser Investment Company LP, Shirley Beaser, as general partner of the Beaser Investment Company LP, THE ARTICLE FOURTH NON-EXEMPT TRUST CREATED UNDER THE LEO M. KLEIN TRUST DATED JUNE 14, 1989, THE LEO M. KLEIN REVOCABLE TRUST DATED JUNE 14 1989

Samuel B. Mayer
Samuel B. Mayer
Email: samuelmayer@att.net
Attorney For: Robert F. Gold

Scott M. Grossman
Greenberg Traurig, LLP
Email: grossmansm@gtlaw.com
Attorney For: Pergament Equities LLC

Shannon Scott
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Attorney For: Amy Joel, Howard Samuels, individually and as General Partner of the Samuels Family Limited Partnership, Jeffrey Shankman, Patricia Samuels, individually and as General Partner of the Samuels Family Limited Partnership, Samuels Family Limited Partnership

Shannon A. Scott
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Attorney For: Amy Joel, Andrew Samuels, Article Fourth Trust, Article Third Trust, Dara Sandler, Howard Samuels, Martin J. Joel Partnership, Patricia Samuels

Stephen N. Dratch
Franzblau Dratch, P.C.
Email: dratch@njcounsel.com
Attorney For: GLORIA WOLOSOFF REVOCABLE TRUST, MORTY WOLOSOFF REVOCABLE TRUST, STEPHEN N. DRATCH, as trustee of the Morty Wolosoff Revocable Trust and the Gloria Wolosoff Revocable Trust

Steven R. Schoenfeld
DelBello Donnellan Weingarten Wise & Wiederkehr LLP
Email: SRS@ddw-law.com
Attorney For: Anthony E. Stefanelli

Steven G. Mintz
Terence W. McCormick
Mintz & Gold LLP
Email: mintz@mintzandgold.com

Email: mccormick@mintzandgold.com
Attorney For: Evelyn Fisher, individually, and in her capacity as Trustee for Trust U/W/O David L.
Fisher and Trust U/T/A 8/20/90, Linda Sohn, Neal Goldman, Trust u/t/a 8/20/90

Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Joel, Andrew Samuels, Article Fourth Trust, Article Third Trust, Dara
Sandler, Howard Samuels, Howard Samuels, individually and as General Partner of the Samuels
Family Limited Partnership, Jeffrey Shankman, Martin J. Joel Partnership, Patricia Samuels, Patricia
Samuels, individually and as General Partner of the Samuels Family Limited Partnership, Samuels
Family Limited Partnership

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer, Elisabeth Klufer, Robert and Alyse Klufer Family Trust "A"

Susan F. Balaschak
Susan F. Balaschak
Akerman LLP
Email: susan.balaschak@akerman.com
Email: susan.balaschak@akerman.com
Attorney For: Charles Ellerin Irrevocable Gift Giving Trust, Clark Gettinger, Individually, ELY
KRELLENSTEIN as settlor, as trustee, and as an individual, ELY KRELLENSTEIN REVOCABLE TRUST
OF 1994, Gettinger Management LLC Profit Sharing Plan, KRELLENSTEIN FAMILY ENTERPRISES
INC., KRELLENSTEIN FAMILY LIMITED PARTNERSHIP II OF 1999, Martin Gettinger, in his capacity
as Trustee for Miscork Corp. #1, Martin Gettinger,individually,and in capacity as Trustee for Trebor
Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and Miscork
Corp.Retirement Plan, Miscork Corp., Miscork Corp. #1, Miscork Corp. Retirement Plan, Robert M.
Griffith, SHIRLEY KRELLENSTEIN, SHIRLEY KRELLENSTEIN REVOCABLE TRUST OF 1994, THE
GETTINGER FOUNDATION, Trebor Management Corp. #3 Employee Profit Sharing Plan, Trebor
Management Corp. Retirement Plan #1

Thomas J. Schell
Bryan Cave LLP
Email: tjschell@bryancave.com
Attorney For: Andrew P. Segal, solely in his capacity as Executor of the Estate of David B. Pearce,
Estate of David B. Pearce, Estate of Sarah E. Pearce, Jonathan P. Rosensweig, Julie Schwartz, Laurie
Blank, Linda Rosensweig, Norton S. Rosensweig

Todd E. Duffy
Anderson Kill & Olick, P.C.,
Email: tduffy@andersonkill.com
Attorney For: WHITE ORCHARD INVESTMENTS, LTD

Tracy L. Klestadt
Klestadt Winters Jureller Southard & Stevens, LLP
Email: tklestadt@klestadt.com
Attorney For: Adeline Sherman Revocable Trust, Jane Alpern, Lewis Alpern, Richard J. Helfman Life
Insurance Trust, Sidney Kaplan, in his/her capacity as Trustee of the Sidney R. Ladin Grantor
Retained Annuity Trust dated 11/3/04, Sidney R. Ladin Grantor Retained Annuity Trust dated

11/3/04, Sidney R. Ladin, individually and in his/her capacity as Grantor and Trustee of the Sidney Ladin Revocable Trust dated 12/30/96 and the Sidney R. Ladin Grantor Retained Annuity Trust Dated 11/3/04, Stephen Helfman, Stephen Helfman, Susan Helfman, Susan Helfman, Susan Helfman

W. Herbert Plummer
Plummer & Plummer, LLP
Email: whp@plummerlaw.com
Attorney For: LESLIE READ

Walter H. Curchack
Loeb & Loeb LLP
Email: wcurchack@loeb.com
Attorney For: CHRISTOPHER WARREN, AS CO-TRUSTEE OF THE SERENE WARREN REVOCABLE TRUST, Christopher Warren, in his capacity as Trustee of the Serene Warren Revocable Trust, GRACE B. EVENSTAD REVOCABLE TRUST, GRACE B. EVENSTAD, AS CO-TRUSTEE OF THE GRACE B. EVENSTAD REVOCABLE TRUST, KENNETH L. EVENSTAD, AS CO-TRUSTEE OF THE GRACE B. EVENSTAD REVOCABLE TRUST, Mark B. Evenstad in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust, Mark B. Evenstad individually, Mark B. Evenstad Revocable Trust u/a dated January 30, 2003, SERENE WARREN REVOCABLE TRUST, Serene Warren Revocable Trust u/a/d September 15, 2005, SERENE WARREN, AS CO-TRUSTEE OF THE SERENE WARREN REVOCABLE TRUST, Serene Warren, in her capacity as Trustee of Serene Warren Revocable Trust, Serene Warren, individually, SEW GENERAL, LLC, SEW PREFERRED LIMITED PARTNERSHIP, Shannon Mahoney Evenstad in her capacity as Trustee for the Mark B. Evenstad Revocable Trust, Shannon Mahoney individually

Walter H. Curchack
Loeb & Loeb LLP
Email: wcurchack@loeb.com
Attorney For: Grace B. Evenstad, individually and in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000, Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 as a Limited Partner of MBE Preferred Limited Partnership, Kenneth L. Evenstad, individually and in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000, Mark B. Evenstad Revocable Trust, Mark B. Evenstad, individually and in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003, MBE General, LLC as the General Partner of MBE Preferred Limited Partnership, MBE Preferred Limited Partnership, Shannon Mahoney Evenstad, individually and in her capacity as Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003

---

**Notices of Appearance**

---

Barry J. Glickman
Zeichner Ellman & Krause LLP
Email: bglickman@zeklaw.com