**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

<u>**NOTICE OF WITHDRAWAL OF OBJECTION**</u>

David R. Iselin (the "Claimant"), having filed an objection (the "Objection", Docket No. 831) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003864), hereby gives notice that he withdraws such Objection.

Dated: July 29, 2016

*/s/ David Iselin*_____
David Iselin