**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>               Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Audrey Redston (the "Claimant"), having filed an objection (the "Objection", Docket No. 1178) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003269), hereby gives notice that she withdraws such Objection.

Dated: July 29, 2016

                                                                        */s/ Audrey Redston*
                                                                        Audrey Redston