**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION

Teresa Cohen (the "Claimant"), having filed an objection (the "Objection", Docket No. 1171) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003375 and #008251) (the latter of which is duplicative of #003375), hereby gives notice that she withdraws such Objection.

Dated: July 29, 2016

*/s/ Teresa Cohen*
Teresa Cohen