# EXHIBIT E

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 08-01789-smb
 4   Adv. Case No. 10-04446-smb
 5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 6   SECURITIES INVESTOR PROTECTION CORPORATION,
 7            Plaintiff,
 8        v.
 9   BERNARD L. MADOFF INVESTMENT SECURITIES, et al.,
10            Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
12   IRVING H. PICARD TRUSTEE FOR THE LIQUIDATION OF BERNARD L.
13   MADOFF INVESTMENT SECURITIES LLC,
14            Plaintiff,
15        v.
16   TRUST UNDER AGREEMENT DATED 12/6/99 FOR THE BENEFIT OF
17   WALTER AND EUGENIE KISSINGER, ET AL.,
18            Defendants.
19   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
20              U.S. Bankruptcy Court
21              One Bowling Green
22              New York, NY  10004
23              July 6, 2016
24              10:15 AM - 10:50 AM
25
```

Page 2

1  B E F O R E :

2  HON STUART M. BERNSTEIN

3  U.S. BANKRUPTCY JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1  Hearing re: Discovery Conference re Deposition of Aaron
2  Blecker for Profit Withdrawal Proceeding
3
4  Hearing re: Discovery-Related Matters (applies to various
5  additional adversary proceedings as set forth in letters
6  dated 5/24/16 from Chaitman LLP)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by: Sonya Ledanski Hyde

Page 19

1     MR. JACOBS:  Right.

2     THE COURT:  We'll address that in a minute.  But

3  it seems to me, for what the bank subpoenas were looking

4  for, if they admit that the deposits and the withdrawals

5  during the period they acknowledge are accurate, subject to

6  possible exceptions for inter-account transfers, which I

7  didn't expect them to be in a position to admit, then that

8  satisfies that aspect of the bank subpoena.

9     MR. JACOBS:  Well, Your Honor, from our

10  perspective we don't -- legally our position is we don't

11  need the bank records to prove any aspect of our case.  The

12  BLMIS records we have and that we produced to Ms. Chaitman

13  in every single one of these cases together, as verified by

14  the JP Morgan account records for BLMIS accounts, which show

15  the account balance activity --

16     THE COURT:  You're sure going through a lot of

17  effort to get the records if you don't need them.

18     MR. JACOBS:  Well, Your Honor, Ms. Chaitman is

19  contesting the accuracy of our records.  And Your Honor has

20  not yet ruled on whether our proofs are sufficient.  So we

21  would be committing malpractice if we didn't aggressively

22  pursue, given Ms. Chaitman's challenge to our records, the

23  bank records from the defendant, which I might add, the

24  defendant's had an obligation to preserve at a minimum, when

25  they filed their claims back in 2009 and most of them did.

Page 39

1    C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  July 8, 2016