**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05079 (SMB) |
| v. | |
| ESTATE OF JAMES M. GOODMAN; and AUDREY GOODMAN, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman, | |
| Defendants. | |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      Fact Discovery shall be completed by: October 25, 2016.

2.      The Disclosure of Case-in-Chief Experts shall be due: January 5, 2017.

3.      The Disclosure of Rebuttal Experts shall be due: March 6, 2017.

4.      The Deadline for Completion of Expert Discovery shall be: April 6, 2017.

5.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before April 13, 2017.

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before April 24, 2017.

7.      The Deadline for Conclusion of Mediation shall be:  On or before August 23, 2017.


Dated: New York, New York                              BAKER & HOSTETLER LLP
      August 2, 2015


Of Counsel:                                                         By: /s/  *Nicholas J. Cremona*_____
                                                                            David J. Sheehan
**BAKER HOSTETLER LLP**                          Nicholas J. Cremona
811 Main, Suite 1100                                       45 Rockefeller Plaza
Houston, Texas 77002                                     New York, NY 10111
Telephone: (713) 751-1600                             Telephone: (212) 589-4200
Facsimile: (713) 751-1717                              Facsimile: (212) 589-4201
Dean D. Hunt
Email: dhunt@bakerlaw.com                           *Attorneys for Irving H. Picard, Trustee*
                                                                            *for the Substantively Consolidated SIPA*
                                                                            *Liquidation of Bernard L. Madoff Investment*
                                                                            *Securities LLC and for the Estate of Bernard*
                                                                            *L. Madoff*