**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v.<br><br>PLACON2; ESTATE OF WILLIAM R. COHEN; BETTY COHEN, in her capacity as a Partner of Placon2 and in her capacity as Executor of the Estate of William R. Cohen; RONALD COHEN, in his capacity as a Partner of Placon2; ESTATE OF | Adv. Pro. No. 10-04768 (SMB) |

> BERNICE PLAFSKY; ESTATE OF NATHAN PLAFSKY; and ROBERT PLAFSKY, in his capacity as the Personal Representative of the Estate of Bernice Plafsky and as Personal Representative of the Estate of Nathan Plafsky,
>
>                                   Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: October 20, 2016.

2. The Disclosure of Case-in-Chief Experts shall be due: December 20, 2016.

3. The Disclosure of Rebuttal Experts shall be due: February 20, 2017.

4. The Deadline for Completion of Expert Discovery shall be: March 22, 2017.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 29, 2017.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before April 12, 2017.

7. The Deadline for Conclusion of Mediation shall be: On or before July 31, 2017.

Dated: New York, New York  
August 2, 2016

Of Counsel:

**BAKER HOSTETLER LLP**

811 Main, Suite 1100  
Houston, Texas 77002  
Telephone: (713) 751-1600  
Facsimile: (713) 751-1717  
Dean D. Hunt  
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: 212.589.4200  
Facsimile:  212.589.4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*