# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

August 2, 2016

Seanna R. Brown
direct dial: 212.589.4230
sbrown@bakerlaw.com

VIA ECF AND EMAIL

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: *SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)* – Profit Withdrawal Litigation

Dear Judge Bernstein:

    We represent Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (the "Trustee"), in the above-referenced matter. We write on behalf of the Trustee and the Securities Investor Protection Corporation ("SIPC").

    We respectfully request permission for the Trustee and SIPC to file supplemental briefs in support of Trustee's Amended Motion for an Order Affirming Treatment of Profit Withdrawal Transactions in excess of the page limit specified in your Chambers' Rules but no more than 80 pages in length. This increase in the page limit is necessary to fully address the supplemental expert reports served by the Trustee since the filing of the Trustee's original motion in July 2015 and the testimony of six BLMIS employee witnesses on the profit withdrawal issue. Moreover, because the current briefing schedule does not allow for a reply by the Trustee or SIPC, the Trustee and SIPC may address certain issues that we anticipate will be raised by counsel for Participating Claimants. The current deadline to file the supplemental briefs is August 12, 2016.

*Granted*
*SMB*
*8/2/16*

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Honorable Stuart M. Bernstein
August 2, 2016
Page 2

      Counsel for Participating Claimants consents to this request. If the Court has any questions, please do not hesitate to have a member of Your Honor's staff contact the undersigned. We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Seanna R. Brown*


Seanna R. Brown

cc:    Helen Chaitman
        Richard Kirby
        Josephine Wang
        Kevin Bell
        Amy Vanderwal