# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

August 3, 2016

**VIA ECF, ELECTRONIC MAIL: bernstein.chambers@nysb.uscourts.gov
and FEDERAL EXPRESS**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    *In re Madoff (08-01789)* – Profit Withdrawal Litigation

Dear Judge Bernstein:

I write in response to Seanna Brown's letter dated August 2, 2016, regarding the discrete issue regarding the confidential Madoff deposition.

We welcome the Trustee's suggestion that he put his position in writing.

                Yours respectfully,

                */s/ Helen Davis Chaitman*

                Helen Davis Chaitman Esq.

HDC/sh

cc:    Via E-mail
        Seanna R. Brown (sbrown@bakerlaw.com)
        David J. Sheehan (dsheehan@bakerlaw.com)
        Marcy R. Harris (marcy.harris@srz.com)
        Karin S. Jenson (kjenson@bakerlaw.com)
        Edward Jacobs (ejacobs@bakerlaw.com)
        Amy E. Vanderwal (avanderwal@bakerlaw.com)