**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jonathan New
Email: jnew@bakerlaw.com
Robertson Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Robyn Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04283 (SMB) |
| Plaintiff, | |

v.

STEVEN B. MENDELOW, NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC.,

Defendant.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against Steven B. Mendelow; and

**WHEREAS**, Steven B. Mendelow died on June 7, 2016.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Nancy Mendelow in her capacity as Executrix of the Estate of Steven Mendelow, as follows:

1. The Estate of Steven Mendelow[1] (the "Estate"), and Nancy Mendelow, in her capacity as Executrix of the Estate ("Defendants"), are hereby substituted into this action in place of Steven B. Mendelow, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2. The Clerk of the Court is hereby directed to amend the caption to remove Steven B. Mendelow and substitute the Estate of Steven Mendelow and Nancy Mendelow, in her

---

[1] The Estate of Steven Mendelow, Court File No. 2016-2529 CP02 in the Surrogate's Court of the State of New York County.

capacity as Executrix of the Estate, as reflected on Exhibit A to this Stipulation. For the sake of clarity, Nancy Mendelow in her individual capacity, remains a Defendant in this action.

3. Undersigned counsel for the Estate, and Nancy Mendelow in her capacity as Executrix of the Estate: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: August 3, 2016

*/s/ Jonathan B. New*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Robyn M. Feldstein
Email: rfeldstein@bakerlaw.com

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**ARKIN SOLBAKKEN, LLP**

*/s/ Stanley Arkin*
Stanley Arkin
Email: sarkin@arkin-law.com
Lisa Solbakken
Email: lsolbakken@arkin-law.com
Alex Reisen
Email: areisen@arkin-law.com
750 Lexington Avenue, 25th Floor
New York, NY 10022
Telephone: (212) 333-0200

*Attorneys for Defendants The Estate of Steven Mendelow, Nancy Mendelow in her capacity as the Executrix of the Estate of Steven Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd., and C&P Associates, Inc.*

SO ORDERED

/s/ STUART M. BERNSTEIN_____

Dated: August 3rd, 2016  HON. STUART M. BERNSTEIN
New York, New York  UNITED STATES BANKRUPTCY JUDGE