**CHAITMAN LLP**
Helen Davis Chaitman, Esq.
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendants Train Klan, a Partnership; Felice T. Londa, in her capacity as a Partner in Train Klan; Claudia Helmig, in her capacity as a Partner in Train Klan; Timothy Landres, un his capacity as a Partner in Train Klan; Jessica Londa, in her capacity as a Partner in Train Klan; Peter Londa, in his capacity as a Partner in Train Klan; Timothy Helmig, in his capacity as a Partner in Train Klan; and Wendy Landres, in her capacity as a Partner in Train Klan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAIN KLAN, A PARTNERSHIP; FELICE T. LONDA, in her capacity as a Partner in Train Klan; CLAUDIA HELMIG, in her capacity as a Partner in Train Klan; TIMOTHY LANDRES, in his capacity as a Partner in Train Klan; JESSICA LONDA, in her capacity as a Partner in Train Klan; PETER LONDA, in his capacity as a Partner | Adv. Pro. No. 10-04905 (SMB) |

{00021963 1}                     1

in Train Klan; TIMOTHY HELMIG, in his capacity as a Partner in Train Klan; and WENDY LANDRES, in her capacity as a Partner in Train Klan,

                        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I caused a true and correct copy of the following documents:

- Letter to Judge Bernstein requesting discovery conference or, in the alternative, for permission to file a Motion to Quash Subpoenas with Exhibits A – I [ECF Nos. 48 – 48-9]

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David Sheehan, Esq.
> dsheehan@bakerlaw.com
> Edward Jacobs, Esq.
> ejacobs@bakerlaw.com
> David Hunt, Esq.
> dhunt@bakerlaw.com
> Marie Carlisle, Esq.
> mcarlisle@bakerlaw.com
> Rachel Smith, Esq.
> rsmith@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   August 3, 2016                                     */s/ Helen Davis Chaitman*
         New York, New York