**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

David E. Olesky, as Power of Attorney for Ann M. Olesky (the "Claimant"), having filed an objection (the "Objection", Docket No. 2490) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001656), hereby gives notice that he withdraws such Objection.

Dated: August 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Linda S. LaRue*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Linda S. LaRue on behalf of David E. Olesky,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　as Power of Attorney for Ann M. Olesky
　　　　　　　　　　　　　　　　　　　　　　　　　　　　2001 Bryan Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 214.871.2100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 214.871.1111
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Linda S. LaRue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: llarue@qsclpc.com