**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## <u>NOTICE OF WITHDRAWAL OF OBJECTION</u>

David E. Olesky (the "Claimant"), having filed an objection (the "Objection", Docket No. 2489)

to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim

(#001655), hereby gives notice that he withdraws such Objection.

Dated: August 4, 2016

/s/ Linda S. LaRue
Linda S. LaRue on behalf of David E. Olesky
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: 214.871.2100
Facsimile: 214.871.1111
Linda S. LaRue
Email: llarue@qsclpc.com