**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION

Samuel Olesky (the "Claimant"), having filed an objection (the "Objection", Docket No. 2520) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001657), hereby gives notice that he withdraws such Objection.

Dated: August 4, 2016

> */s/ Linda S. LaRue*
> Linda S. LaRue on behalf of Samuel Olesky
> 2001 Bryan Street, Suite 1800
> Dallas, Texas 75201
> Telephone: 214.871.2100
> Facsimile: 214.871.1111
> Linda S. LaRue
> Email: llarue@qsclpc.com