# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Seanna R. Brown
direct dial: 212.589.4230
sbrown@bakerlaw.com

July 21, 2016

**VIA EMAIL**

Re:   *SIPC v. Bernard L. Madoff Investment Securities LLC*, 08-01789
      (SMB) – Profit Withdrawal Litigation

Dear Ms. Chaitman,

    I write in furtherance of my June 17, 2016 letter in which I demanded the preservation of certain information in connection with the November 17, 2015 declaration of Bernard L. Madoff (the "Madoff Declaration"), and my July 12, 2016 letter in which I requested production of certain documents in connection with the Madoff Declaration by 5 p.m. July 19, 2016.  You did not respond to either letter or produce the requested documents.  I advised you in both letters that we were evaluating what steps, if any, we should take in connection with the information and events relating to Mr. Madoff's deposition testimony that he had not seen paragraphs No. 3 and 4 of the Madoff Declaration prior to signing it.  Given your lack of response, if I do not hear from you in writing on this matter by 5 p.m. on July 22, 2016, we intend to raise this matter with the Court.

Sincerely,

*/s/ Seanna R. Brown*

Seanna R. Brown
Partner

cc:    David Sheehan
       Karin S. Jenson
       Edward Jacobs
       Amy Vanderwal