# EXHIBIT A

## TRUSTEE DOCUMENT NO. MADTBB03252309

```
         0 . c
         0 . 00*
       411 . 43+
         1 . 31+
    557,291 . 35+
   (557,704 . 09*)
```

Bal in acct
12-0010 10

Peter called
See if Bernie
want to open
another acct

Close [4-23-96 papers send]
Send Out Paper
Open 1 Joint Acct