MILBERG LLP
Matthew Gluck
Matthew A. Kupillas
Joshua E. Keller
One Pennsylvania Avenue
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Defendants Identified on Attachment A Hereto*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFENDANTS LISTED ON ATTACHMENT A HERETO,<br><br>    Defendants. | Adv. Pro. Nos. Listed on Attachment A Hereto |

**CERTIFICATE OF SERVICE**

I, Joshua Keller, hereby certify that on the 5th day of August, 2016, I electronically filed NOTICE OF REQUEST TO DEPOSE BERNARD L. MADOFF with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

s/Joshua Keller_____

## ATTACHMENT A

| Case Name: | Adv. Proc. No.: |
|---|---|
| *Picard v. Gary Albert* | 10-4966-SMB |
| *Picard v. Aspen Fine Arts Co.* | 10-4335-SMB |
| *Picard v. Gerald Blumenthal* | 10-4582-SMB |
| *Picard v. Norton A. Eisenberg* | 10-4576-SMB |
| *Picard v. The Estate of Ira S. Rosenberg, et al.* | 10-4978-SMB |
| *Picard v. Stephen R. Goldenberg* | 10-4946-SMB |
| *Picard v. Potamkin Family Foundation I, Inc.* | 10-5069-SMB |
| *Picard v. Harold A. Thau* | 10-4951-SMB |