**MCDERMOTT WILL & EMERY LLP**
Andrew B. Kratenstein
Michael R. Huttenlocher
Darren Azman
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Defendants Sage Realty;*
*Malcolm H. Sage, in his Capacity as Partner or*
*Joint Venturer of Sage Realty, Individually as*
*Beneficiary of Sage Realty, and Personal*
*Representative of the Estate of Lillian M. Sage;*
*Martin A. Sage, in his Capacity as Partner or Joint*
*Venturer of Sage Realty and Individually as*
*Beneficiary of Sage Realty; and Ann M.*
*Passer, in her Capacity as Partner or Joint*
*Venturer of Sage Realty and Individually as*
*Beneficiary of Sage Realty*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | Substantively Consolidated |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Adv. Pro. No. 10-4400 (SMB) |
| Plaintiff. | |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| SAGE REALTY; LILLIAN M. SAGE, in her Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; MALCOLM H. SAGE, in his Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; MARTIN A. SAGE, in his Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; ANN M. SAGE PASSER, in her Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty, | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF REQUEST TO DEPOSE BERNARD L. MADOFF

**PLEASE TAKE NOTICE**, that pursuant to the *Notice to Defendants Establishing Deadline to File Requests to Depose Bernard L. Madoff* [Docket No. 13786], Sage Realty, Malcolm H. Sage, Martin A. Sage, Ann M. Sage Passer, and Malcolm H. Sage, in his capacity as Personal Representative of the Estate of Lillian M. Sage, as defendants (the "Defendants") in adversary proceeding number 10-4400 (SMB) (the "Adversary Proceeding"), seek permission to depose Bernard L. Madoff ("Madoff");

**PLEASE TAKE FURTHER NOTICE**, that the specific areas of inquiry for the deposition taken by the Defendants will be as follows:

1. The proportion and division of legitimate and illegitimate activities of Madoff's operations, including, without limitation, when Madoff began operating an alleged "Ponzi" scheme;

2. The extent to which Madoff bought, sold, and held actual securities on behalf of Madoff's clients, including the Defendants;

2

3. The record-keeping process and procedures of each unit of Madoff's operations; and

4. Areas of inquiry specific to the Defendants' accounts held with Madoff, including, without limitation, the extent to which Madoff was directed to and did buy, sell, and hold actual securities on behalf of the Defendants, including through the use of margin.

**PLEASE TAKE FURTHER NOTICE**, that the relevance of the forgoing specific areas of inquiry to the Adversary Proceeding is that the Defendants have reason to believe that Madoff engaged in actual securities transactions on behalf of the Defendants and that such transactions were not part of the alleged "Ponzi" scheme. Such facts, if established, would provide significant support to the defenses raised by the Defendants in the Adversary Proceeding.

Dated: August 5, 2016
New York, New York

McDermott Will & Emery LLP

/s/ Andrew B. Kratenstein
Andrew B. Kratenstein
Michael R. Huttenlocher
Darren Azman
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Defendants Sage Realty; Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage Realty, Individually as Beneficiary of Sage Realty, and Personal Representative of the Estate of Lillian M. Sage; Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; and Ann M. Passer, in her Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty*

DM_US 75157734-1.100255.0011
8/4/16