AFFIDAVIT OF SERVICE

State of New York       )
                        ) ss.:
County of New York      )

Jennifer LaMarch, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action. I am employed by McDermott Will & Emery LLP. I reside in Forest Hills, New York.

2. On August 5, 2016, I served a true and correct copy of the within Notice of Request to Depose Bernard L. Madoff upon:

> Amy E. Vanderwal
> Maximillian S. Shifrin
> Kimberly M. Maynard
> Baker Hostetler
> 45 Rockefeller Plaza
> New York, NY 10111-0100

at the address designated by said attorney for that purpose by depositing a true copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office or an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
Jennifer LaMarch

Sworn to before me this
5th day of August 2016

_____
Notary Public

PATRICIA LOUGHLIN CORREA
Notary Public, State of New York
No. 01CO4684046
Qualified in New York County
Commission Expires Nov. 13, 20 18