HAILE, SHAW & PFAFFENBERGER, P.A.
660 U. S. Highway One, Third Floor
North Palm Beach, FL 33408
Tel: (561) 627-8100
Fax: (561) 622-7603
Gary A. Woodfield
*Attorneys for Frank Avellino, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-----------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
-----------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

### NOTICE OF WITHDRAWAL OF
### NOTICE OF REQUEST TO DEPOSE BERNARD L. MADOFF

    Defendants in Adversary Proceeding No. 10-05421 (SMB)[1], hereby withdraw their Notice of Request to Depose Bernard L. Madoff filed on August 2, 2016 (D.E. 13814).

---

[1] A list of the Defendants in the adversary proceeding referenced above is attached as Exhibit "A".

Respectfully submitted,

/s/ Gary A. Woodfield
Gary A. Woodfield
*Counsel for Defendants listed on attached <u>Exhibit A</u>*
Florida Bar No. 0563102
HAILE, SHAW & PFAFFENBERGER, P.A.
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408
Phone: (561) 627-8100
Fax: (561) 622-7603
Email: gwoodfield@haileshaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notice of Electronic filing generated by CM/ECF.

/s/ Gary A. Woodfield
Gary A. Woodfield
Florida Bar No. 0563102

EXHIBIT A

LIST OF DEFENDANTS REPRESENTED
BY GARY A. WOODFIELD

Frank J. Avellino

Michael S. Bienes

Nancy C. Avellino

Dianne K. Bienes

Thomas G. Avellino

Avellino & Bienes

Avellino Family Trust

Avellino & Bienes Pension Plan Trust

Grosvenor Partners, Ltd.

Mayfair Ventures, G.P.

Aster Associates

St. James Associates

Strattham Partners

Kenn Jordan Associates

Ascent, Inc.

Mayfair Bookkeeping Services, Inc.

Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as amended

Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992

Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 under Agreement dated June 24, 1992

Frank J. Avellino Revocable Trust Number One under the Declaration of Trust Number One dated June 10, 1988

Nancy Carroll Avellino Revocable Trust under the Trust Agreement dated May 18, 1992

27 Cliff, LLC

Avellino Family Foundation, Inc.

Rachel A. Rosenthal

Rachel Anne Rosenthal Trust U/A dated June 29, 1990

Rachel Anne Rosenthal Trust #3

Heather C. Lowles

Heather Carroll Lowles Trust U/A dated June 29, 1990

Tiffany Joy Lowles Trust U/A dated June 29, 1990

Melanie A. Lowles

Melanie Ann Lowles Trust U/A dated June 29, 1990

Taylor Ashley McEvoy Trust U/A dated June 24, 1992

Madison Alyssa McEvoy Trust U/A dated June 29, 1990

A minor with the initials S.A.

S.A. Grantor Retained Annuity Trust