**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

David S. Wallenstein (the "Claimant"), having filed an objection (the "Objection," Docket No. 3885) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012992) hereby gives notice that Claimant withdraws such Objection.

Dated: August 9, 2016

Lax & Neville LLP

*/s/ Brian J. Neville*
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: 212.696.1900
Facsimile:  212.566.4531
Barry R. Lax
Email: blax@neville.com
Brian J. Neville
Email: bneville@laxneville.com