**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Wallenstein/NY Partnership ("Claimant"), having filed an objection (the "Objection," Docket No. 3886) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012940) hereby gives notice that Claimant withdraws such Objection.

Dated: August 9, 2016

Lax & Neville LLP

*/s/ Brian J. Neville*
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: 212.696.1900
Facsimile:  212.566.4531
Barry R. Lax
Email: blax@neville.com
Brian J. Neville
Email: bneville@laxneville.com