**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; LINDA SOHN; NEAL M. GOLDMAN; ELAINE STEIN ROBERTS; EUNICE CHERVONY LEHRER; TRUST U/T/A 8/20/90; EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/T/A 8/20/90; and RONI L. STEIN,<br><br>        Defendants. | Adv. Pro. No. 10-05259 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS STUART M. STEIN, INDIVIDUALLY, AND IN HIS CAPACITY AS ADMINISTRATOR OF THE STANLEY I. LEHRER AND STUART M. STEIN, J/T WROS, AND RONI L. STEIN FROM ADVERSARY PROCEEDING**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Windels Marx Lane & Mittendorf, LLP, and defendants Stuart M. Stein, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS, ("Stein") and Roni L. Stein (together with Stein, "Defendants"), by and through their counsel, Frejka PLLC (collectively, the "Parties"), state as follows:

**WHEREAS**, on February 1, 2016, the Trustee filed a Second Amended Complaint against Defendants.

**WHEREAS**, the Trustee alleges that Stein, as joint tenant and administrator of BLMIS Account No. 1L0013, in the name, "Stanley I. Lehrer and Stuart M. Stein, J/T WROS", received avoidable transfers in the aggregate amount of Four Million Nine Hundred Fifty Five Thousand Five Hundred United States Dollars ($4,955,500.00) (the "Initial Transfers");

**WHEREAS**, on June 28, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [Dkt. No. 3181] (the "Settlement Agreement"); and

**WHEREAS**, Stein acknowledges and agrees that the Initial Transfers are avoidable and avoided under section 548 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and SIPA and are recoverable under section 550 of the Bankruptcy Code and SIPA.

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding.

2. Upon the dismissal of Defendants, the caption of the adversary proceeding is hereby amended to delete Defendants from the caption. The amended caption of the adversary proceeding shall appear as indicated in Exhibit A to this Stipulation and Order.

3. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

4. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of Page Intentionally Left Blank; Signature Page to Follow]*

| | |
|---|---|
| Dated: New York, New York<br>August 9, 2016 | By: */s/ Howard L. Simon*<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br><br>*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |
| Dated: New York, New York<br>August 9, 2016 | By: */s/ Elise S. Frejka*<br>Elise S. Frejka, Esq. (efrejka@frejka.com)<br>205 East 42nd Street, 20th Floor<br>New York, NY 10017<br>Telephone: (212) 641-0848<br><br>*Attorneys for Defendants* |
| Dated: August 9th, 2016 | SO ORDERED<br><br>/s/ STUART M. BERNSTEIN_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; LINDA SOHN; NEAL M. GOLDMAN; ELAINE STEIN ROBERTS; EUNICE CHERVONY LEHRER; TRUST U/T/A 8/20/90; and EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/T/A 8/20/90,<br><br>        Defendants. | Adv. Pro. No. 10-05259 (SMB) |