**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04479 (SMB) |
| Plaintiff, | |
| v. | |
| BERNARD GREENMAN MARITAL DEDUCTION TRUST, | |
| GREENMAN FAMILY FOUNDATION, INC., | |
| PHYLLIS GREENMAN, individually, as Successor Trustee and Beneficiary of the Bernard Greenman Marital Deduction Trust, | |

LESTER GREENMAN, individually and as
Beneficiary of the Bernard Greenman Marital
Deduction Trust,

JUDITH KATZ, individually and as Beneficiary of the
Bernard Greenman Marital Deduction Trust, and

STEWART KATZ, individually,

                        Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    Fact Discovery, and responses to discovery, shall be completed by: October 20, 2016.

2.    The Disclosure of Case-in-Chief Experts shall be due: December 19, 2016.

3.    The Disclosure of Rebuttal Experts shall be due: January 18, 2017.

4.    The Deadline for Completion of Expert Discovery shall be: April 18, 2017.

5.    The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 18, 2017.

6.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 1, 2017.

7.    The Deadline for Conclusion of Mediation shall be: On or before September 29, 2017.

Dated: New York, New York
       August 10, 2016

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy* .
David J. Sheehan
Keith R. Murphy
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*