UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

### ERRATA SHEET FOR EXPERT REPORTS OF LISA M. COLLURA, CPA, CFE, CFF ENTITLED PROOF OF TRANSFERS TO CERTAIN BLMIS CUSTOMERS WITH "PROFIT WITHDRAWALS" AND SUPPLEMENTAL PROOF OF TRANSFERS TO CERTAIN BLMIS CUSTOMERS WITH "PROFIT WITHDRAWALS"

1.  The following updates have been made to my Expert Reports entitled "Proof of Transfers to Certain BLMIS Customers with Profit Withdrawals," dated July 14, 2015 (the "PW Report") and my Supplemental Expert Report entitled "Proof of Transfers to Certain BLMIS Customers with Profit Withdrawals," dated December 17, 2015 (the "Supplemental PW Report"): the amount of the "Profit Withdrawal" transaction with CMID number 528301 has been updated from $3,868 to $3,968. *See* PW Report, Ex. 7, p. 128 at line 20; Supplemental PW Report, Attachment D.20, p. 1 at line 6.

2.  The following correction has also been made to my Supplemental PW Report: the number of reconciled "Profit Withdrawal" transactions identified in paragraph 11 has been changed from 51,770 to 51,769.

Dated: New York, New York
    August 12, 2016

                     *Lisa M Collura*
                    Lisa M. Collura, CPA, CFE, CFF