08-01789-cgm    Doc 13868-4    Filed 08/12/16    Entered 08/12/16 11:06:14    Exhibit
Attachment B - Collura Supp. Ex. Rpt.    Pg 1 of 5

**ATTACHMENT B**

## List of 56 Participating Accounts and 84 Related Direct Accounts

| | *Three Direct Accounts* |
|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** |
| 1B0022 | AARON BLECKER |
| 1E0111 | BARBARA ENGEL |
| 1H0022 | BEN HELLER |

| | *53 Indirect Accounts* | | *84 Related Direct Accounts* |
|---|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **BLMIS Account No.** | **BLMIS Account Name** |
| 1A0083 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST | 1A0004 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST C/O NEIL FRIEDMAN |
| 1B0156 | AARON BLECKER REV TRUST U/A/D 3/15/07 | 100124 | AVELLINO & ALPERN |
| | | 1B0022 | AARON BLECKER |
| | | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
| 1B0157 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 100124 | AVELLINO & ALPERN |
| | | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
| 1B0190 | NTC & CO. FBO NORMAN J BLUM (xx1188) | 1B0034 | NORMAN J BLUM |
| 1B0201 | NORMAN J BLUM LIVING TRUST | 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES |
| | | 1B0034 | NORMAN J BLUM |
| | | 1B0036 | THE ESTATE OF ROSYLN BLUM Redacted |
| | | 1B0115 | ROSLYN BLUM REMAINDER TRUST U/A/D 12/29/92 APT 207 WEST |
| 1B0251 | JOEL A BLUM KERRY E BLUM JT WROS | 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES |
| | | 1B0036 | THE ESTATE OF ROSYLN BLUM Redacted |
| | | 1B0115 | ROSLYN BLUM REMAINDER TRUST U/A/D 12/29/92 Redacted |
| 1C1229 | CHALEK ASSOCIATES LLC C/O MORTON CHALEK | 100324 | SOL CHALEK |
| | | 1C1041 | CHALEK EQUITIES INC |
| | | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
| | | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |
| | | 1C1044 | MORTON CHALEK |
| | | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1CM504 | MARGERY D KATZ | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM682 | BETH FELDMAN | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM806 | EVELYN BEREZIN WILENITZ | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
| | | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM837 | TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ EVELYN BEREZIN | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
| | | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM849 | EUGENE B DIAMOND GST EXPT RESD TST FBO MARGERY & ERICA KATZ MARGERY DIAMOND KATZ TRUSTEE | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |

# ATTACHMENT B

## List of 56 Participating Accounts and 84 Related Direct Accounts

| 53 Indirect Accounts | | 84 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1E0143 | BARBARA ENGEL | 100124 | AVELLINO & ALPERN |
| | | 1A0028 | WILLIAM ALPERN TRUST |
| | | 1E0111 | BARBARA ENGEL |
| 1F0092 | FRIEDA FRESHMAN TRUSTEE WALTER FRESHMAN TRUST "A" 12/31/92 | 1F0044 | WALTER FRESHMAN |
| 1F0093 | FRIEDA FRESHMAN TRUSTEE FRIEDA FRESHMAN REV TRUST 12/31/92 | 1F0044 | WALTER FRESHMAN |
| | | 1F0070 | FRIEDA FRESHMAN |
| 1F0106 | HOWARD L FRUCHT AND CAROLYN FRUCHT REV TRUST | 1F0058 | CAROLYN FRUCHT |
| | | 1F0059 | HOWARD L FRUCHT M D |
| 1F0116 | CAROL FISHER | 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS 260 TUSCANY E |
| | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| 1F0123 | ADELE FOX TRUSTEE UDT 3/5/90 F/B/O ADELE FOX | 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS |
| | | 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B O ADELE FOX |
| 1H0099 | BARBARA KOTLIKOFF HARMAN Redacted | 1H0008 | BARBARA KOTLIKOFF HARMAN Redacted |
| | | 1H0009 | MR HARRY J HARMAN |
| | | 1H0010 | TOBY HARMAN |
| 1H0161 | THE HARNICK BROTHERS PARTNERSHIP C/O GARY HARNICK | 1B0066 | SYLVIA H BRODSKY |
| 1H0166 | BENJAMIN T HELLER IRREVOCABLE TRUST | 1H0022 | BEN HELLER |
| 1K0118 | DAVID SHAPIRO NOMINEE 4 | 1K0011 | DAVID SHAPIRO NOMINEE 4 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| 1K0206 | SAULIUS KAJOTA | 1R0027 | NICOLE RICHARDSON |
| 1L0146 | CAREN LOW | 1L0045 | CAREN LOW |
| | | 1L0046 | GARY LOW |
| 1L0147 | FRIEDA LOW | 1L0047 | ROBERT K LOW |
| | | 1L0069 | FRIEDA LOW |
| 1L0149 | ROBERT K LOW | 1L0047 | ROBERT K LOW |
| 1M0101 | RONA MAST | 100124 | AVELLINO & ALPERN |
| | | 1C1092 | CLAIRE COVNER REVOCABLE LIVING TRUST |
| | | 1M0027 | RONA MAST & JEFF MAST J/T WROS |
| 1M0105 | EDWIN MICHALOVE | 100813 | IRWIN K HOROWITZ |
| | | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 |
| | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| | | 1M0037 | EDWIN MICHALOVE |
| 1P0099 | NTC & CO. FBO DORIS M PEARLMAN Redact 6443) | 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER |
| 1P0105 | LAUREL PAYMER | 1J0006 | JG KNITS INC C/O M WEINGARTEN |
| | | 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID WEINGARTEN |
| 1R0123 | BARBARA ROTH & MARK ROTH J/T WROS | 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS |
| | | 1R0044 | BARBARA ROTH & MARK ROTH J/T WROS |

08-01789-cgm    Doc 13868-4    Filed 08/12/16    Entered 08/12/16 11:06:14    Exhibit
Attachment B - Collura Supp. Ex. Rpt.    Pg 3 of 5

**ATTACHMENT B**

## List of 56 Participating Accounts and 84 Related Direct Accounts

| 53 Indirect Accounts | | 84 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1R0133 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0134 | DANIEL RYAN | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0171 | LAWRENCE J.RYAN BY-PASS TRUST UNDER DECLARATION OF TST DTD NOV 20,1991 THERESA R. RYAN | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |

08-01789-cgm    Doc 13868-4    Filed 08/12/16    Entered 08/12/16 11:06:14    Exhibit Attachment B - Collura Supp. Ex. Rpt.    Pg 4 of 5

ATTACHMENT B

## List of 56 Participating Accounts and 84 Related Direct Accounts

| 53 Indirect Accounts | | 84 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1S0260 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | 100324 | SOL CHALEK |
| | | 1C1041 | CHALEK EQUITIES INC |
| | | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
| | | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |
| | | 1C1044 | MORTON CHALEK |
| | | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1S0267 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST | 1A0011 | HENRIETTA ALBERT TRUST C/O GLORIA SANDLER |
| | | 1S0021 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST |
| 1S0268 | SANDY SANDLER | 1S0024 | S ALAN SANDLER SANDY M SANDLER AND LORI B SANDLER |
| 1S0295 | ADELE SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0296 | DAVID SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1K0011 | DAVID SHAPIRO NOMINEE 4 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0297 | DAVID SHAPIRO NOMINEE | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0298 | DAVID SHAPIRO NOMINEE #2 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |

# ATTACHMENT B

## List of 56 Participating Accounts and 84 Related Direct Accounts

| 53 Indirect Accounts | | 84 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1S0299 | DAVID SHAPIRO NOMINEE NOMINEE #3 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0301 | DEBORAH SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0062 | DEBORAH SHAPIRO #2 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0068 | DEBORAH SHAPIRO |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0316 | SAGE REALTY C/O LILLIAN SAGE | 101904 | MAURICE SAGE TRUST |
| | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1S0324 | ROBERTA SCHWARTZ TRUST U/A/D 2/11/08 | 1A0016 | GERTRUDE E ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | 1S0049 | DOROTHY S SCHWARTZ |
| | | 1S0052 | ROBERTA SCHWARTZ |
| 1S0353 | LAURA ANN SMITH REVOCABLE TRUST | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | 1S0117 | LAURA ANN SMITH |
| | | 1S0120 | ROBERT W SMITH |
| 1S0370 | ROBERT B SEDGWICK AND NICHOLAS J SEDGWICK TIC | 1H0022 | BEN HELLER |
| 1S0516 | ALVIN E SHULMAN POUROVER TRUST ALVIN E SHULMAN AS TRUSTEE Redacted | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0517 | FLORENCE SHULMAN POUROVER TST FLORENCE W SHULMAN TRUSTEE APT | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0547 | SAGE ASSOCIATES C/O LILLIAN SAGE | 101904 | MAURICE SAGE TRUST |
| | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 102611 | REBECCA ZAID C/O TAVLIN |
| | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0036 | RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 102611 | REBECCA ZAID C/O TAVLIN |
| | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1U0017 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS |