**ATTACHMENT E**

**List of PW Transactions With Changes Since July 14, 2015**
*Changes Highlighted in Yellow*

| CM ID | BLMIS Account Number | BLMIS Account Name AS REDACTED (per Exhibit 7 to July 14th Report) | Transaction Details as Presented in July 14th Report (Exhibits 7 and 10) | | | | Transaction Details as of December 17, 2015 | | | | 84 Related Direct Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Transaction Date | Amount | Transaction Type | Transaction Description | Transaction Date | Amount | Transaction Type | Transaction Description | |
| 547695 | 100124 | AVELLINO & ALPERN | 10/26/1982 | (10,021) | PW | CHECK | 10/26/1982 | (1,521) | PW | CHECK | ✔ |
| 418656 | 100324 | SOL CHALEK | 9/24/1987 | (3,177) | PW | CHECK ATLANTIC RICHFIELD | 9/24/1987 | (3,177) | PW | CHECK ATLANTIC RICHFIELD | ✔ |
| 560772 | 101846 | EDWARD L RYAN CUST Redacted IN TST UNDER CALIF GIFT TO MINORS ACT | 10/5/1989 | (7,395) | PW | CHECK HERCULES | 10/5/1989 | (7,935) | PW | CHECK HERCULES | ✔ |
| 559376 | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST | 12/12/1989 | (2,485) | PW | CHECK COLUMBIA PICTURES | 12/12/1989 | (2,405) | PW | CHECK COLUMBIA PICTURES | ✔ |
| 573935 | 105101 | BANQUE PALLAS FRANCE ATTN PATRICK LITTAYE | 4/25/1984 | (10,200) | CW | CHECK DIV GENL ELECTRIS | 4/25/1984 | (10,200) | CW | CHECK DIV GENL ELECTRIC | |
| 486518 | 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 | 4/7/1994 | (6,156) | PW | CHECK CALLOWAY | 4/7/1994 | (6,517) | PW | CHECK CALLOWAY | ✔ |
| 487389 | 1A0028 | WILLIAM ALPERN TRUST | 8/8/1988 | (10,597) | PW | CHECK AMFAO | 8/8/1988 | (10,597) | PW | CHECK AMFAC | ✔ |
| 464171 | 1A0028 | WILLIAM ALPERN TRUST | 6/20/1989 | (10,564) | PW | CHECK DURR FILLUAER MED | 6/20/1989 | (10,564) | PW | CHECK DURR FILLAUER MED | ✔ |
| 435450 | 1A0028 | WILLIAM ALPERN TRUST | 8/11/1994 | (7,979) | PW | CHECK | 8/17/1994 | (7,979) | PW | CHECK UAL CORP | ✔ |
| 550712 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 11/15/1982 | (100,000) | PW | CJECK | 11/15/1982 | (100,000) | PW | CHECK | ✔ |
| 550737 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 6/30/1983 | (130,000) | PW | CHECK | 6/30/1983 | (130,000) | PW | CK | ✔ |
| 506586 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 1/10/1984 | (21,313) | PW | CHECK | 1/5/1984 | (21,313) | PW | CHECK | ✔ |
| 517877 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 1/13/1984 | (26,041) | PW | CHECK | 1/16/1984 | (26,041) | PW | CHECK | ✔ |
| 506581 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 1/31/1984 | (21,597) | PW | CHECK | 1/30/1984 | (21,597) | PW | CHECK | ✔ |
| 536534 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 5/23/1984 | (29,752) | PW | CHECK MCKESSON | 5/23/1984 | (29,752) | PW | CHECK MC KESSON | ✔ |
| 508586 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 7/3/1984 | (27,100) | PW | CHECK ENSTART | 7/3/1984 | (27,100) | PW | CHECK ENSTAR | ✔ |
| 525662 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 2/12/1985 | (9,565) | PW | CHECK INTERCO | 2/13/1985 | (9,565) | PW | CHECK INTERCO | ✔ |
| 528634 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 2/25/1985 | (26,038) | PW | CHECK US GYPSUM | 2/25/1985 | (26,038) | PW | CHECK U S GYPSUM | ✔ |
| 494615 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 4/19/1985 | (22,574) | PW | CHECK BRISTON MYERS | 4/19/1985 | (22,574) | PW | CHECK BRISTOL MYERS | ✔ |
| 455972 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 2/13/1986 | (51,609) | PW | CHECK HOUSEHOLD | 2/13/1986 | (59,509) | PW | CHECK HOUSEHOLD | ✔ |
| 455964 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 2/25/1986 | (27,000) | PW | CHECK FMC CORP | 2/25/1986 | (27,100) | PW | CHECK FMC CORP | ✔ |
| 415754 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 4/14/1986 | (40,168) | PW | CHECK INTERNATIONAL HAVESTER | 4/14/1986 | (40,168) | PW | CHECK INTERNATIONAL HARVESTER | ✔ |
| 418812 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 2/10/1987 | (36,999) | PW | CHECK US GYPSUM | 2/10/1987 | (36,999) | PW | CHECK U S GYPSUM | ✔ |
| 442831 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 5/14/1987 | (92,963) | PW | CHECK US AIR | 5/14/1987 | (92,963) | PW | CHECK U S AIR | ✔ |
| 448047 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 10/6/1987 | (34,000) | PW | CHECK ROMAN CO | 10/6/1987 | (34,000) | PW | CHECK ROWAN CO | ✔ |
| 530554 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 2/17/1988 | (19,895) | PW | CHECK TEXTRON | 2/17/1988 | (19,095) | PW | CHECK TEXTRON | ✔ |
| 535156 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 9/13/1988 | (171,928) | PW | CHECK DEERE & CO | 9/13/1988 | (171,528) | PW | CHECK DEERE & CO | ✔ |

08-01789-cgm    Doc 13868-7    Filed 08/12/16    Entered 08/12/16 11:06:14    Exhibit
Attachment E - Collura Supp. Ex. Rpt.    Pg 2 of 3

**ATTACHMENT E**

**List of PW Transactions With Changes Since July 14, 2015**
*Changes Highlighted in Yellow*

| CM ID | BLMIS Account Number | BLMIS Account Name AS REDACTED (per Exhibit 7 to July 14th Report) | Transaction Details as Presented in July 14th Report (Exhibits 7 and 10) | | | | Transaction Details as of December 17, 2015 | | | | 84 Related Direct Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Transaction Date | Amount | Transaction Type | Transaction Description | Transaction Date | Amount | Transaction Type | Transaction Description | |
| 595591 | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | 9/20/1988 | (35,033) | PW | CHECK CAPITAL CITIES | 9/20/1988 | (36,033) | PW | CHECK CAPITAL CITIES | ✔ |
| 577145 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 1/26/1988 | (10,397) | PW | CHECK | 1/26/1988 | (10,397) | PW | CHECK BRISTOL MYERS | ✔ |
| 496702 | 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES | 9/22/1983 | (3,778) | PW | CHECK UT 2 COM & 2 WT EXP 1986 | 9/22/1983 | (3,778) | PW | CHECK | |
| 470661 | 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES | 7/29/1985 | (9,441) | PW | CHECK LEAR SIGLER | 7/29/1985 | (9,441) | PW | CHECK LEAR SIEGLER | |
| 424299 | 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES | 11/23/1987 | (9,391) | PW | CHECK ALCC | 11/23/1987 | (9,391) | PW | CHECK ALCO | |
| 456289 | 1B0034 | NORMAN J BLUM | 12/15/1989 | (2,814) | PW | CHECK | 12/15/1989 | (2,814) | PW | CHECK COLUMBIA PICTURES | ✔ |
| 538568 | 1B0034 | NORMAN J BLUM | 8/23/1993 | (3,470) | JRNL | CHECK ANADARKO | 8/23/1993 | (3,470) | PW | CHECK ANADARKO | ✔ |
| 438084 | 1C1041 | CHALEK EQUITIES INC | 12/12/1989 | (15,800) | PW | CHECK COLUMBIA | 12/12/1989 | (15,000) | PW | CHECK COLUMBIA | ✔ |
| 508100 | 1C1041 | CHALEK EQUITIES INC | 3/24/1994 | (9,491) | PW | CHECK AMERITECH PW | 3/24/1994 | (9,491) | PW | CHECK AMERITECH | ✔ |
| 461420 | 1C1041 | CHALEK EQUITIES INC | 6/22/1994 | (9,252) | PW | CHECK GEN ELECTRIC | 6/22/1994 | (9,522) | PW | CHECK GEN ELECTRIC | ✔ |
| 462856 | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK | 8/17/1994 | (2,452) | PW | CHECK UAL CORP | 8/17/1994 | (2,542) | PW | CHECK UAL CORP | ✔ |
| 498701 | 1C1044 | MORTON CHALEK | 6/18/1993 | (5,883) | PW | CHECK BB & T FINANCIAL CORPORATION | 6/18/1993 | (5,883) | PW | CHECK BB & T FINANCIAL CORP | ✔ |
| 437082 | 1C1044 | MORTON CHALEK | 6/30/1994 | (3,851) | PW | CHEK CHEVRON | 6/30/1994 | (3,851) | PW | CHECK CHEVRON | ✔ |
| 494305 | 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 9/7/1988 | (343) | PW | CHECK TAX EX INT 5/11 - 8/8/88 | 9/7/1988 | (343) | PW | CHECK TAX EX INT 5/11-8/8/88 | ✔ |
| 538870 | 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 9/7/1988 | (117) | PW | CHECK TAX EX INT 5/11 - 8/8/88 | 9/7/1988 | (117) | PW | CHECK TAX EX INT 8/26-8/3/88 | ✔ |
| 536336 | 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS Redacted | 6/24/1988 | (8,215) | PW | CHECK BIRMINCHAM STEEL | 6/24/1988 | (8,215) | PW | CHECK BIRMINGHAM STEEL | ✔ |
| 445665 | 1F0023 | STEVEN FITERMAN | 2/6/1990 | (2,135) | JRNL | CHECK TAX EXEMPT INT 02/01/90 | 2/6/1990 | (2,135) | PW | CHECK TAX EXEMPT INT 02/01/90 | ✔ |
| 517587 | 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS | 10/12/1988 | (8,593) | PW | CHECK ARPTEK CORP | 10/12/1988 | (8,593) | PW | CHECK ARMTEK CORP | ✔ |
| 514458 | 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B O ADELE FOX | 7/28/1994 | (12,307) | PW | CHECK MCDONALD | 7/28/1994 | (12,307) | PW | CHECK MC DONALD | ✔ |
| 572026 | 1F0044 | WALTER FRESHMAN | 8/8/1988 | (7,593) | PW | CHECK AMPAC | 8/8/1988 | (7,593) | PW | CHECK AMFAC | ✔ |
| 497079 | 1G0029 | EVELYN GINS | 5/13/1988 | (1,501) | PW | CHECK FIDELCER | 5/13/1988 | (1,501) | PW | CHECK FIDELCOR | ✔ |
| 532355 | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 | 10/20/1989 | (13,328) | PW | CHECK NATIONAL | 10/20/1989 | (13,328) | PW | CHECK AMERICAN MAIZE | ✔ |
| 527030 | 1H0030 | ESTATE OF ABRAHAM HERSHSON C/O MAX WINTERS | 3/13/1991 | (1,863) | CW | CHECK TAX EXEMPT INTEREST | 3/13/1991 | (1,863) | CW | CHECK EXEMPT INTEREST | |
| 536618 | 1H0052 | ALLAN R HURWITZ | 9/14/1988 | (7,588) | PW | CHECK KPITNEY BOWES | 9/15/1988 | (7,588) | PW | CHECK KPITNEY BOWES | |
| 449452 | 1H0052 | ALLAN R HURWITZ | 7/24/1995 | (6,037) | PW | CHECK GILLETTE | 7/21/1995 | (6,037) | PW | CHECK GILLETTE | |
| 552402 | 1J0006 | JG KNITS INC C/O M WEINGARTEN | 9/15/1982 | (14,002) | PW | CHECK | 9/15/1982 | (10,002) | PW | CHECK | ✔ |
| 552403 | 1J0006 | JG KNITS INC C/O M WEINGARTEN | 9/21/1982 | (10,359) | PW | CHECK | 9/21/1982 | (13,359) | PW | CHECK | ✔ |
| 552404 | 1J0006 | JG KNITS INC C/O M WEINGARTEN | 10/8/1982 | (8,502) | PW | CHECK | 10/8/1982 | (13,502) | PW | CHECK | ✔ |
| 552405 | 1J0006 | JG KNITS INC C/O M WEINGARTEN | 10/18/1982 | (15,140) | PW | CHECK | 10/18/1982 | (25,140) | PW | CHECK | ✔ |
| 577256 | 1J0006 | JG KNITS INC C/O M WEINGARTEN | 5/25/1988 | (20,000) | PW | CHECK INTERCO | 5/25/1988 | (20,001) | PW | CHECK INTERCO | ✔ |
| 487994 | 1L0026 | JEANNE LEVY-CHURCH C/O PAUL KONIGSBERG | 11/19/1992 | (68,557) | CW | CHECK FORD | 11/19/1992 | (68,557) | CW | CHECK BRUNO | |

08-01789-cgm    Doc 13868-7    Filed 08/12/16    Entered 08/12/16 11:06:14    Exhibit
Attachment E - Collura Supp. Ex. Rpt.    Pg 3 of 3

**ATTACHMENT E**

**List of PW Transactions With Changes Since July 14, 2015**
*Changes Highlighted in Yellow*

| CM ID | BLMIS Account Number | BLMIS Account Name AS REDACTED (per Exhibit 7 to July 14th Report) | Transaction Details as Presented in July 14th Report (Exhibits 7 and 10) | | | | Transaction Details as of December 17, 2015 | | | | 84 Related Direct Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Transaction Date | Amount | Transaction Type | Transaction Description | Transaction Date | Amount | Transaction Type | Transaction Description | |
| 452384 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 4/21/1986 | (4,659) | CW | CGECK TAX EXEMPT INTEREST | 4/21/1986 | (4,659) | CW | CHECK TAX EXEMPT INTEREST | |
| 542586 | 1L0045 | CAREN LOW | 12/12/1989 | (8,142) | PW | CHECK | 12/12/1989 | (8,142) | PW | CHECK | ✔ |
| 542714 | 1L0045 | CAREN LOW | 5/20/1994 | (4,276) | PW | CHECK MICRON | 5/20/1994 | (4,296) | PW | CHECK MICRON | ✔ |
| 542632 | 1L0045 | CAREN LOW | 2/8/1995 | (4,801) | PW | CHECK | 2/8/1995 | (4,801) | PW | CHECK PACIFIC | ✔ |
| 542734 | 1L0046 | GARY LOW | 5/23/1984 | (4,635) | PW | CHECK MCKESSON | 5/23/1984 | (4,635) | PW | CHECK MC KESSON | ✔ |
| 545106 | 1L0047 | ROBERT K LOW | 9/13/1995 | (4,485) | PW | CHECK TEXAS INSTRUMENTS | 9/13/1995 | (4,485) | PW | CHECK TEXAS INSTRUMENT | ✔ |
| 546584 | 1L0069 | FRIEDA LOW | 6/30/1993 | (5,504) | PW | CHECK HOME DEPOT | 6/3/1993 | (5,504) | PW | CHECK HOME DEPOT | ✔ |
| 545094 | 1L0069 | FRIEDA LOW | 6/23/1994 | (2,516) | PW | CHECK GEN ELECTRC | 6/23/1994 | (2,516) | PW | CHECK GEN ELECTRIC | ✔ |
| 546439 | 1L0069 | FRIEDA LOW | 9/13/1995 | (3,549) | PW | CHECK TEXAS INSTRUMENTS | 9/13/1995 | (3,549) | PW | CHECK TEXAS INSTRUMENT | ✔ |
| 494873 | 1M0027 | RONA MAST & JEFF MAST J/T WROS | 5/9/1985 | (5,435) | PW | CHECK SHELER GLOBE | 5/9/1985 | (5,435) | PW | CHECK SHELLER GLOBE | ✔ |
| 487422 | 1M0027 | RONA MAST & JEFF MAST J/T WROS | 3/30/1988 | (2,173) | PW | CHEDK ADVANCED SYSTEMS | 3/30/1988 | (2,173) | PW | CHECK ADVANCED SYSTEMS | ✔ |
| 487445 | 1M0027 | RONA MAST & JEFF MAST J/T WROS | 5/27/1988 | (2,443) | PW | CHECK UTO CABLE TV | 5/27/1988 | (2,443) | PW | CHECK UTD CABLE TV | ✔ |
| 503610 | 1M0027 | RONA MAST & JEFF MAST J/T WROS | 4/21/1992 | (2,973) | PW | CHECK MATTS | 4/21/1992 | (2,973) | PW | CHECK WATTS | ✔ |
| 485334 | 1M0037 | EDWIN MICHALOVE | 10/19/1988 | (3,995) | PW | CHECK INTEL | 10/19/1988 | (3,999) | PW | CHECK INTEL | ✔ |
| 526169 | 1M0037 | EDWIN MICHALOVE | 7/26/1991 | (1,725) | PW | CHECK | 7/26/1991 | (1,725) | PW | CHECK RJR NABISCO | ✔ |
| 526170 | 1M0037 | EDWIN MICHALOVE | 7/31/1991 | (3,653) | PW | CHECK | 7/31/1991 | (3,653) | PW | CHECK POLICY | ✔ |
| 529108 | 1M0037 | EDWIN MICHALOVE | 1/10/1992 | (2,971) | PW | CHECK SULOUS | 1/10/1992 | (2,971) | PW | CHECK SULCUS | ✔ |
| 503875 | 1M0037 | EDWIN MICHALOVE | 2/25/1992 | (3,907) | PW | CHECK NBO | 2/25/1992 | (3,907) | PW | CHECK NBD | ✔ |
| 439797 | 1R0027 | NICOLE RICHARDSON | 7/28/1995 | (8,368) | PW | CHECK KULICKE & SOFFA | 7/28/1995 | (8,368) | PW | CHECK KULICKE & SOFFA | ✔ |
| 558263 | 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS | 2/14/1989 | (3,251) | PW | CHECK FLEET FINAL | 2/14/1989 | (3,251) | PW | CHECK FLEET FINL | ✔ |
| 485004 | 1S0049 | DOROTHY S SCHWARTZ | 5/25/1988 | (959) | PW | CHECK INTERCC | 5/25/1988 | (959) | PW | CHECK INTERCO | ✔ |
| 450855 | 1S0049 | DOROTHY S SCHWARTZ | 9/1/1989 | (8,550) | PW | CHECK TENEX | 9/1/1989 | (8,550) | PW | CHECK TENAX | ✔ |
| 508684 | 1S0062 | DEBORAH SHAPIRO #2 | 5/27/1988 | (4,415) | PW | CHECK | 5/27/1988 | (4,415) | PW | CHECK UTC CABLE TV | ✔ |
| 496086 | 1S0062 | DEBORAH SHAPIRO #2 | 10/5/1993 | (3,608) | PW | CHECK BANK ONE | 10/5/1993 | (3,608) | PW | CHECK BANC ONE | ✔ |
| 525507 | 1S0063 | ADELE SHAPIRO | 1/26/1988 | (13,311) | PW | CHECK | 1/26/1988 | (13,311) | PW | CHECK BRISTOL MYERS | ✔ |
| 517386 | 1S0063 | ADELE SHAPIRO | 3/4/1994 | (12,130) | PW | CHECK HORIZON | 3/4/1994 | (12,133) | PW | CHECK HORIZON | ✔ |
| 517357 | 1S0064 | DAVID SHAPIRO | 3/4/1994 | (7,353) | PW | CHECK HORIZON | 3/4/1994 | (7,352) | PW | CHECK HORIZON | ✔ |
| 521484 | 1S0065 | DAVID SHAPIRO NOMINEE | 3/4/1994 | (18,742) | PW | CHECK HORIZON | 3/4/1994 | (16,742) | PW | CHECK HORIZON | ✔ |
| 457848 | 1S0068 | DEBORAH SHAPIRO | 5/2/1986 | (4,239) | PW | CHECK | 5/2/1986 | (4,239) | PW | CHECK OWENS | ✔ |
| 478037 | 1S0068 | DEBORAH SHAPIRO | 3/4/1994 | (4,200) | PW | CHECK HORIZON | 3/4/1994 | (4,288) | PW | CHECK HORIZON | ✔ |
| 502755 | 1S0068 | DEBORAH SHAPIRO | 5/23/1994 | (1,584) | PW | CHECK AUTOZONE | 5/23/1994 | (1,587) | PW | CHECK AUTOZONE | ✔ |
| 488855 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST | 3/9/1994 | (14,750) | PW | CHECK MBNA | 3/9/1994 | (14,730) | PW | CHECK MBNA | ✔ |
| 488838 | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST | 3/10/1994 | (10,065) | PW | CHECK DIGITAL | 3/10/1994 | (10,065) | PW | CHECK DIGITAL | ✔ |
| 570495 | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 | 8/25/1993 | (9,891) | PW | CHECK | 8/25/1993 | (9,891) | PW | CHECK ANADARKO | ✔ |
| 542079 | 1S0117 | LAURA ANN SMITH | 11/28/1984 | (1,502) | PW | CHECK | 11/28/1984 | (1,502) | PW | CHECK GENERAL GROWTH | ✔ |
| 567943 | 1S0120 | ROBERT W SMITH | 10/5/1993 | (6,794) | PW | CHECK BANK ONE | 10/5/1993 | (6,794) | PW | CHECK BANC ONE | ✔ |
| 567911 | 1S0120 | ROBERT W SMITH | 5/31/1994 | (3,105) | PW | CHECK MICRON | 5/23/1994 | (5,107) | PW | CHECK MICRON | ✔ |
| 571147 | 1T0016 | TRANSDUCTIONS INC C/O ARAKAWA AND MADELINE GINS | 10/21/1988 | (3,762) | PW | CHECK FIRST FIDELITY | 10/26/1988 | (3,762) | PW | CHECK FIRST FIDELITY | |