# Exhibit 1

**Exhibit 1**

# Matthew B. Greenblatt, CPA/CFF, CFE

Senior Managing Director

matt.greenblatt@fticonsulting.com

---

Three Times Square
11th Floor
New York, NY 10036
Tel: (212) 841-9375
Fax: (212) 841-9350

**Certifications**
Certified Public Accountant

Certified Fraud Examiner

Certified in Financial Forensics

**Professional Affiliations**
American Institute of Certified Public Accountants

New York State Society of Certified Public Accountants

Association of Certified Fraud Examiners

Association of Certified Anti-Money Laundering Specialists

**Education**
B.S. in Accounting, Lehigh University

---

Matthew Greenblatt is a senior managing director in the FTI Consulting Forensic and Litigation Consulting practice and is based in New York. Mr. Greenblatt has extensive experience in auditing and accounting matters; litigation consulting; forensic accounting and internal investigations; post-acquisition and shareholder disputes; anti-money laundering; and advising troubled companies.

Mr. Greenblatt has conducted multiple forensic investigations in connection with cases involving diversions of funds and fraudulent accounting activity by management and has been involved in several internal forensic investigations conducted on behalf of Audit Committees and/or Boards of Directors for both public and private companies.

Mr. Greenblatt has advised on cases involving partnership disputes; lost profits; breach of contract claims; and accountants' malpractice. Mr. Greenblatt has additional expertise with matters involving acquisitions and divestitures; antitrust; price fixing; arbitration and mediation; bankruptcy reorganization; claims management; contract disputes; damages; directors & officers related claims; due diligence; expert testimony; forensic investigations; fraud and fraudulent conveyance; intellectual property; patent infringement and trademark; liquidation; product liability; solvency and insolvency; trustee and examiner issues and valuation.

Mr. Greenblatt has spoken on multiple panels in the area of forensic accounting and investigations and is an adjunct professor; teaching the course *Prevention and Detection of Fraudulent Financial Reporting*; a required course within the Forensic Accounting Program of New York University's Finance; Law and Taxation Program of NYU's School of Continuing & Professional Studies. In addition, Mr. Greenblatt is a recurring panel member on the Practising Law Institute's annual program, *Basics of Accounting for Lawyers: What Every Practicing Lawyer Needs to Know*.

Prior to its acquisition by FTI Consulting, Mr. Greenblatt joined Kahn Consulting in June of 1998. Before that, Mr. Greenblatt was a Senior Auditor with Price Waterhouse's Audit and Business Advisory Services Group.

Mr. Greenblatt holds a B.S. in Accounting from Lehigh University. Mr. Greenblatt is a Certified Public Accountant and a Certified Fraud Examiner, and is Certified in Financial Forensics. Mr. Greenblatt is a member of the American Institute of Certified Public Accountants; the New York State Society of Certified Public Accountants; the Association of Certified Fraud Examiners; and an associate member of the Association of Certified Anti-Money Laundering Specialists.

**Professional Experience**

- Conducted a forensic review of the business operations of one shareholder on behalf of another shareholder, and FTI Consulting's client, to ascertain if our client's allegations and suspicions regarding improper management were valid. The work primarily consisted of conducting interviews of current and former employees and executives; performing a detailed forensic review of the internal books and records; and providing assistance to counsel in the conducting of depositions.



08-01789-cgm    Doc 13869-2    Filed 08/12/16    Entered 08/12/16 11:22:35    Exhibit
Exs. 1 & 2 - Greenblatt Supp. PW Expert Rpt.    Pg 3 of 11

Exhibit 1

Matthew B. Greenblatt

- Served on team as Responsible Officer of a wholesaler of watches in Chapter 11 and conducted the fraud and forensic investigation of management in which it was found that the revenues of the Company had been overstated by approximately 600%. The forensic services included: extensive reviews of the internal books and records; assisting counsel with the conducting of various interviews and depositions; quantification and identification of fraudulent conveyance actions; presenting the results of the investigation to the Bankruptcy Court, US Trustee's office; US Attorney's Office; and FBI, as well as providing testimony at two depositions in related litigations.

- Conducted the forensic accounting investigation of a multinational temporary staffing company on behalf of counsel to the Audit and Finance Committee. The forensic accounting services consisted primarily of: participating in the interviews of current and former employees and executives; performing extensive forensic reviews of the internal books and records; providing assistance to counsel in identifying, understanding and interpreting certain complex accounting issues; traveling to international branches and divisions to further the investigation overseas; and presenting FTI Consulting's findings to the Audit Committee, outside auditors and the SEC and other regulatory authorities.

- Conducted an internal forensic accounting investigation on behalf of the Audit Committee of a public pharmaceutical manufacturer. The investigation included a detailed and thorough review of the accounting treatment of specific transactions and presentations of the overall conclusions to the Audit Committee, Board of Directors, Enforcement Division of the Securities and Exchange Commission, and the Company's independent accountants.

- Assisted counsel to the Financial Institutions Committee in connection with the accounting investigation undertaken by the Audit Committee focusing on alleged improper accounting treatments utilized and potential misuse of corporate funds and resources by Management. The work included: participating in the interviews of current and former employees and executives; providing assistance to counsel for Rule 2004 depositions of executives and directors; and reviewing the Debtors' forensic accountants' workpapers to investigate the accounting and revenue recognition issues related to vendor allowances and other items.

- Conducted a forensic investigation for special counsel to the Audit Committee of a multinational retail company to assist with an internal investigation into the facts and circumstances of a potential restatement of its prior financial results due to misstatements in one of its operating divisions, alleged to be in excess of $45 million over a three year period. The services included participating in interviews of current/former employees and executives; performing a detailed forensic review of the books and records and annual and quarterly financial statements from 1999 through 2001; providing assistance to special counsel in identifying; understanding and interpreting certain complex accounting issues, including transfer pricing; and presenting FTI Consulting's findings to the Audit Committee and the SEC.

- Issued expert report on behalf of Defendants to analyze whether the Defendants had satisfied all obligations to former shareholders under particular agreements relating to an acquisition.

- Issued expert report on behalf of Defendant and Third Party Plaintiff in matter involving overbilling scheme for shipping and transportation services.



2

08-01789-cgm    Doc 13869-2    Filed 08/12/16    Entered 08/12/16 11:22:35    Exhibit
Exs. 1 & 2 - Greenblatt Supp. PW Expert Rpt.    Pg 4 of 11

**Exhibit 1**

Matthew B. Greenblatt

- Issued expert report in matrimonial dispute involving the valuation of Marital Assets.

- Court-Appointed Trustee for the Marvel Avoidance Litigation Trust In re: Marvel Entertainment Group, Inc. et al in the US District Court for the District of Delaware.

- Served on the team selected by the U.S. Attorney offices in the Eastern and Southern Districts of New York and Western Pennsylvania to support the monitoring of the non-prosecution agreements of both The Bank of New York and Mellon Financial Corporation, to monitor and report on the state of the banks' suspicious activity reporting practices and AML procedures.

- Assisted with expert report in litigation involving the results of the forensic investigation performed to analyze company records and historical invoices to quantify an alleged overbilling scheme.

- Served as member of team of neutral arbitrators to provide a binding conclusion regarding the appropriateness of a post-acquisition purchase price dispute.

- Assisted troubled companies by formulating strategic business plans; developing financial models to prepare forecasts and long-term business plans; planning for liquidation; assisting management with headcount and cost reduction plans; and negotiating restructuring plans.

**Testimony Experience**

- *Securities and Exchange Commission v. Francisco Illarramendi, and Michael Kenwood Capital Management*, Expert Testimony at Evidentiary Hearing, United States District Court, District of Connecticut (2011)

- *Derfner Management, Inc. v. Lenhill Realty Corp., Blair Hall, Inc., Edwin Realty Corp., Lisa Nelson, Kenneth Seplow and Ellen Zedeck*, Expert Deposition Testimony, Supreme Court of the State of New York, County of New York (2011)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. J. Ezra Merkin, et al.*, Expert Deposition Testimony, United States Bankruptcy Court, Southern District of New York (2015)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Andrew H. Cohen*, Expert Trial Testimony, United States Bankruptcy Court, Southern District of New York (2015)

**Adjunct Professor, NYU**

- Adjunct professor with New York University's School of Continuing & Professional Studies teaching the course *Prevention and Detection of Fraudulent Financial Reporting*, a required course within the Forensic Accounting Program of NYU's Finance, Law and Taxation Program.

**Publications**

- Greenblatt, Carney: Bridge-the-Gap II for Newly Admitted New York Transactional Attorneys 2015, "Financial Statements, Footnotes and the SEC, What You Don't Know Can Hurt You!" (Practising Law Institute, 2015).

- Greenblatt, Carney: *Basics of Accounting for Lawyers 2015: What Every Practicing Lawyer Needs to Know*, "Notes to the Financial Statements: The Rest of the Story" (Practising Law Institute, 2015).



3

08-01789-cgm    Doc 13869-2    Filed 08/12/16    Entered 08/12/16 11:22:35    Exhibit
Exs. 1 & 2 - Greenblatt Supp. PW Expert Rpt.    Pg 5 of 11

Exhibit 1

Matthew B. Greenblatt

- Greenblatt, Carney, Fields, Martinez: Bridge-the-Gap II for Newly Admitted New York Transactional Attorneys 2014, "Financial Statements, Footnotes and the SEC, What You Don't Know Can Hurt You!" (Practising Law Institute, 2014).

- Greenblatt, Carney: *Basics of Accounting for Lawyers 2014: What Every Practicing Lawyer Needs to Know*, "Using the Financial Statement Notes" (Practising Law Institute, 2014).

- Greenblatt, Carney, Carpenito Martinez: Bridge-the-Gap II for Newly Admitted New York Transactional Attorneys 2013, "Financial Statements, Footnotes and the SEC, What You Don't Know Can Hurt You!" (Practising Law Institute, 2013).

- Greenblatt, Carney: *Basics of Accounting for Lawyers 2013: What Every Practicing Lawyer Needs to Know*, "Using the Financial Statement Notes" (Practising Law Institute, 2013).

- Greenblatt, Carney: *Basics of Accounting for Lawyers 2012: What Every Practicing Lawyer Needs to Know*, "Using the Financial Statement Notes" (Practising Law Institute, 2012).

- Greenblatt, Carney: *Basics of Accounting for Lawyers 2011: What Every Practicing Lawyer Needs to Know* (Practising Law Institute, 2011).

- Greenblatt, Carney: *Basics of Accounting for Lawyers 2010: What Every Practicing Lawyer Needs to Know* (Practising Law Institute, 2010).

- Greenblatt, Carney: *Basics of Accounting for Lawyers 2009: What Every Practicing Lawyer Needs to Know* (Practising Law Institute, 2009).

- "Inside an Internal Accounting Investigation", (co-authored) published in *The New York Law Journal*, Investigations & Computer Forensics special section, May 29, 2007.

**Presentations and Speaking Engagements**

- "Technology's Role on Large Internal Accounting Investigations", presented at the New Jersey Society of CPAs annual Damages Conference, October 25, 2007.

- "Forensic Investigations - How to Conduct a Successful Investigation", Continuing Professional Education focused on internal accounting and forensic investigations conducted on behalf of Audit Committees, Boards of Directors and management as a result of Sarbanes Oxley; including a discussion of the role of the forensic accountants and investigation experts; incorporating the components of interview and forensic investigation skills; and the utilization of electronic evidence to efficiently and effectively conduct the investigation, April 22, 2004.

- "Anatomy of a Financial Statement Fraud".  This course discussed the common methods to perpetrate a financial statement fraud (e.g. aggressive revenue recognition practices; rebates/allowances; reserves; off balance sheet financing), as well as warning signs and red flags of fraud, and the corporate environment in which fraud typically occurs, July 21, 2004.

- "Forensic Accounting Presentation to Goldman Sachs Group, Inc.", a discussion of forensic accounting, financial transparency, and a summary of some of the critical components of the major frauds in the recent media, March 20, 2003.

- "Financial Statement Analysis" course within the Basic Accounting for the General Practitioner program at the Practising Law Institute, focusing on horizontal and vertical analysis; common sizing; industry comparison; ratio and trend analysis; and the common sense factor, October 23, 2002.



08-01789-cgm    Doc 13869-2    Filed 08/12/16    Entered 08/12/16 11:22:35    Exhibit
Exs. 1 & 2 - Greenblatt Supp. PW Expert Rpt.    Pg 6 of 11

Exhibit 1

Matthew B. Greenblatt

**Employment History**

- Prior to its acquisition by FTI Consulting, Mr. Greenblatt joined Kahn Consulting in June of 1998.

- Mr. Greenblatt was a Senior Auditor in the Entertainment, Media and Communications division of Price Waterhouse's Audit and Business Advisory Services Group from 1994 through May, 1998.  At Price Waterhouse, Mr. Greenblatt planned and supervised audits for multinational and middle-market clients in industries including book, magazine and newspaper publishing; manufacturing; high-tech; financial services; and non-profit organizations.

**Education and Certifications**

- B.S. in accounting from Lehigh University

- Certified Public Accountant, New York & Pennsylvania

- Certified Fraud Examiner

- Certified in Financial Forensics

**Memberships**

- American Institute of Certified Public Accountants

- New York State Society of Certified Public Accountants

- Association of Certified Fraud Examiners



# Exhibit 2

*SIPC v. BLMIS, 08-1789 (SMB)*
*(Bankr. S.D.N.Y. June 25, 2015),*
*ECF No. 10266.*

## Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report related to the Participating Accounts

| Customer Statements, PMRs, and PMTs | | Customer Files | | Claims and Related Documents | |
|---|---|---|---|---|---|
| Bates Begin | Bates End | Bates Begin | Bates End | Bates Begin | Bates End |
| MADTSS00196029 | MADTSS00196031 | AMF00119872 | AMF00119920 | MWPTAP00047287 | MWPTAP00047393 |
| MADTSS00196070 | MADTSS00196070 | AMF00119922 | AMF00119961 | MWPTAP00048112 | MWPTAP00048252 |
| MADTSS00201064 | MADTSS00201174 | AMF00123678 | AMF00123699 | MWPTAP00049126 | MWPTAP00049208 |
| MADWAA00038705 | MADWAA00039262 | AMF00123873 | AMF00123886 | MWPTAP00058810 | MWPTAP00058942 |
| MADWAA00039264 | MADWAA00039937 | AMF00129335 | AMF00129383 | MWPTAP00059780 | MWPTAP00059784 |
| MADWAA00039939 | MADWAA00040516 | AMF00137844 | AMF00137966 | MWPTAP00064164 | MWPTAP00064202 |
| MADWAA00040673 | MADWAA00041370 | AMF00138191 | AMF00138228 | MWPTAP00076983 | MWPTAP00077122 |
| MADWAA00041372 | MADWAA00042135 | AMF00141925 | AMF00142023 | MWPTAP00081890 | MWPTAP00081898 |
| MADWAA00043870 | MADWAA00044908 | AMF00142426 | AMF00142497 | MWPTAP00082399 | MWPTAP00082444 |
| MADWAA00048071 | MADWAA00049206 | AMF00142821 | AMF00142838 | MWPTAP00082683 | MWPTAP00082691 |
| MADWAA00049208 | MADWAA00050071 | AMF00146061 | AMF00146121 | MWPTAP00085338 | MWPTAP00085371 |
| MADWAA00051674 | MADWAA00054718 | AMF00146241 | AMF00146417 | MWPTAP00085403 | MWPTAP00085470 |
| MADWAA00056483 | MADWAA00057108 | AMF00146766 | AMF00146813 | MWPTAP00085588 | MWPTAP00085612 |
| MADWAA00057110 | MADWAA00057727 | AMF00154125 | AMF00154170 | MWPTAP00086268 | MWPTAP00086279 |
| MADWAA00062765 | MADWAA00063950 | AMF00154681 | AMF00154681 | MWPTAP00093780 | MWPTAP00093784 |
| MADWAA00063952 | MADWAA00064707 | AMF00156409 | AMF00156538 | MWPTAP00098847 | MWPTAP00099411 |
| MADWAA00064709 | MADWAA00065484 | AMF00156640 | AMF00156697 | MWPTAP00103907 | MWPTAP00103936 |
| MADWAA00065486 | MADWAA00066299 | AMF00157030 | AMF00157097 | MWPTAP00107253 | MWPTAP00107450 |
| MADWAA00066411 | MADWAA00066616 | AMF00159064 | AMF00159085 | MWPTAP00118178 | MWPTAP00118191 |
| MADWAA00066618 | MADWAA00067279 | AMF00170791 | AMF00170810 | MWPTAP00118753 | MWPTAP00118782 |
| MADWAA00067421 | MADWAA00070352 | AMF00172827 | AMF00172846 | MWPTAP00122867 | MWPTAP00122939 |
| MADWAA00072183 | MADWAA00073424 | AMF00173185 | AMF00173196 | MWPTAP00124869 | MWPTAP00124883 |
| MADWAA00075113 | MADWAA00075854 | AMF00174000 | AMF00174111 | MWPTAP00124921 | MWPTAP00124935 |
| MADWAA00075948 | MADWAA00076719 | AMF00174561 | AMF00174645 | MWPTAP00158644 | MWPTAP00158666 |
| MADWAA00076815 | MADWAA00077626 | AMF00175227 | AMF00175305 | MWPTAP00188035 | MWPTAP00188048 |
| MADWAA00085949 | MADWAA00087112 | AMF00175307 | AMF00175375 | MWPTAP00190086 | MWPTAP00190113 |
| MADWAA00087115 | MADWAA00089904 | AMF00175541 | AMF00175592 | MWPTAP00224660 | MWPTAP00224675 |
| MADWAA00097307 | MADWAA00098326 | AMF00175595 | AMF00175595 | MWPTAP00225781 | MWPTAP00225826 |
| MADWAA00098416 | MADWAA00099401 | AMF00175615 | AMF00175758 | MWPTAP00259310 | MWPTAP00259371 |
| MADWAA00099930 | MADWAA00100915 | AMF00180150 | AMF00180208 | MWPTAP00259384 | MWPTAP00259431 |
| MADWAA00102758 | MADWAA00105435 | AMF00189614 | AMF00189642 | MWPTAP00261293 | MWPTAP00261306 |
| MADWAA00109966 | MADWAA00112719 | AMF00189644 | AMF00189732 | MWPTAP00261348 | MWPTAP00261382 |
| MADWAA00115177 | MADWAA00116290 | AMF00189835 | AMF00189845 | MWPTAP00269380 | MWPTAP00269390 |
| MADWAA00116452 | MADWAA00119511 | AMF00190720 | AMF00190748 | MWPTAP00296309 | MWPTAP00296774 |
| MADWAA00119623 | MADWAA00120516 | AMF00191862 | AMF00191961 | MWPTAP00330178 | MWPTAP00330266 |
| MADTSS00122154 | MADTSS00124953 | AMF00192115 | AMF00192127 | MWPTAP00334958 | MWPTAP00334967 |
| MADWAA00127474 | MADWAA00128781 | AMF00192137 | AMF00192139 | MWPTAP00351401 | MWPTAP00351412 |
| MADWAA00128897 | MADWAA00129558 | AMF00192144 | AMF00192153 | MWPTAP00353900 | MWPTAP00353956 |
| MADWAA00129560 | MADWAA00129953 | AMF00193219 | AMF00193256 | MWPTAP00360728 | MWPTAP00360746 |
| MADWAA00131385 | MADWAA00132862 | AMF00193864 | AMF00193879 | MWPTAP00360766 | MWPTAP00360780 |
| MADWAA00139873 | MADWAA00141195 | AMF00194247 | AMF00194260 | MWPTAP00384817 | MWPTAP00384836 |
| MADWAA00143062 | MADWAA00143969 | AMF00194341 | AMF00194377 | MWPTAP00402286 | MWPTAP00402810 |
| MADWAA00145836 | MADWAA00148001 | AMF00200381 | AMF00200421 | MWPTAP00405788 | MWPTAP00405796 |
| MADWAA00148003 | MADWAA00152928 | AMF00203104 | AMF00203117 | MWPTAP00430279 | MWPTAP00430338 |
| MADWAA00154941 | MADWAA00155532 | AMF00203132 | AMF00203180 | MWPTAP00444111 | MWPTAP00444126 |

*SIPC v. BLMIS, 08-1789 (SMB)*
*(Bankr. S.D.N.Y. June 25, 2015),*
*ECF No. 10266.*

## Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report related to the Participating Accounts

| Customer Statements, PMRs, and PMTs | | Customer Files | | Claims and Related Documents | |
|---|---|---|---|---|---|
| Bates Begin | Bates End | Bates Begin | Bates End | Bates Begin | Bates End |
| MADWAA00155535 | MADWAA00155850 | AMF00203629 | AMF00203808 | MWPTAP00455450 | MWPTAP00455462 |
| MADWAA00155852 | MADWAA00157736 | AMF00209460 | AMF00209503 | MWPTAP00465253 | MWPTAP00465290 |
| MADWAA00157739 | MADWAA00157958 | AMF00209865 | AMF00210003 | MWPTAP00469026 | MWPTAP00469033 |
| MADWAA00159129 | MADWAA00160261 | AMF00211719 | AMF00211937 | MWPTAP00473667 | MWPTAP00473673 |
| MADWAA00160324 | MADWAA00161403 | AMF00211939 | AMF00212068 | MWPTAP00474584 | MWPTAP00474597 |
| MADWAA00161462 | MADWAA00163125 | AMF00212123 | AMF00212159 | MWPTAP00475866 | MWPTAP00475879 |
| MADWAA00163192 | MADWAA00163659 | AMF00214013 | AMF00214094 | MWPTAP00484379 | MWPTAP00484402 |
| MADWAA00163786 | MADWAA00166192 | AMF00215144 | AMF00215178 | MWPTAP00485245 | MWPTAP00485258 |
| MADWAA00167061 | MADWAA00168390 | AMF00215408 | AMF00215409 | MWPTAP00485560 | MWPTAP00485566 |
| MADWAA00168465 | MADWAA00170342 | AMF00215422 | AMF00215584 | MWPTAP00494580 | MWPTAP00494587 |
| MADWAA00173065 | MADWAA00173856 | AMF00215590 | AMF00215590 | MWPTAP00497823 | MWPTAP00497829 |
| MADWAA00174952 | MADWAA00175803 | AMF00216678 | AMF00216742 | MWPTAP00500110 | MWPTAP00500116 |
| MADWAA00184835 | MADWAA00185908 | AMF00216808 | AMF00216958 | MWPTAP00515308 | MWPTAP00515322 |
| MADWAA00188471 | MADWAA00189684 | AMF00217493 | AMF00217522 | MWPTAP00515516 | MWPTAP00515530 |
| MADWAA00189687 | MADWAA00190392 | AMF00219491 | AMF00219560 | MWPTAP00532426 | MWPTAP00532493 |
| MADWAA00190395 | MADWAA00190614 | AMF00222637 | AMF00222659 | MWPTAP00543862 | MWPTAP00543885 |
| MADWAA00190910 | MADWAA00192504 | AMF00223179 | AMF00223307 | MWPTAP00549283 | MWPTAP00549289 |
| MADWAA00193339 | MADWAA00194922 | AMF00224093 | AMF00224104 | MWPTAP00554021 | MWPTAP00554027 |
| MADWAA00194924 | MADWAA00196539 | AMF00224319 | AMF00224539 | MWPTAP00554462 | MWPTAP00554518 |
| MADWAA00196674 | MADWAA00199526 | AMF00225351 | AMF00225401 | MWPTAP00556507 | MWPTAP00556566 |
| MADWAA00199658 | MADWAA00200393 | AMF00225598 | AMF00225780 | MWPTAP00560485 | MWPTAP00560540 |
| MADWAA00203196 | MADWAA00204255 | AMF00226641 | AMF00226667 | MWPTAP00563305 | MWPTAP00563385 |
| MADWAA00205496 | MADWAA00206829 | AMF00227274 | AMF00227323 | MWPTAP00564302 | MWPTAP00564362 |
| MADWAA00208816 | MADWAA00209815 | AMF00230429 | AMF00230452 | MWPTAP00567233 | MWPTAP00567240 |
| MADWAA00209905 | MADWAA00210734 | AMF00234744 | AMF00234785 | MWPTAP00571412 | MWPTAP00571433 |
| MADWAA00210846 | MADWAA00211959 | AMF00241839 | AMF00241939 | MWPTAP00573262 | MWPTAP00573275 |
| MADWAA00212778 | MADWAA00213679 | AMF00247167 | AMF00247238 | MWPTAP00575943 | MWPTAP00575949 |
| MADWAA00219788 | MADWAA00220673 | AMF00263728 | AMF00263768 | MWPTAP00575996 | MWPTAP00576053 |
| MADWAA00220764 | MADWAA00221559 | AMF00270652 | AMF00270698 | MWPTAP00576209 | MWPTAP00576213 |
| MADWAA00221698 | MADWAA00222399 | AMF00271483 | AMF00271519 | MWPTAP00576799 | MWPTAP00576812 |
| MADWAA00222525 | MADWAA00224474 | AMF00275311 | AMF00275358 | MWPTAP00580832 | MWPTAP00580846 |
| MADWAA00226423 | MADWAA00229292 | AMF00276309 | AMF00276339 | MWPTAP00581651 | MWPTAP00581665 |
| MADWAA00229406 | MADWAA00230255 | AMF00276571 | AMF00276596 | MWPTAP00585491 | MWPTAP00585500 |
| MADWAA00232930 | MADWAA00235555 | AMF00287600 | AMF00287704 | MWPTAP00585511 | MWPTAP00585520 |
| MADWAA00235692 | MADWAA00236391 | AMF00292527 | AMF00292567 | MWPTAP00585542 | MWPTAP00585560 |
| MADWAA00236393 | MADWAA00238524 | AMF00292606 | AMF00292633 | MWPTAP00995282 | MWPTAP00995286 |
| MADWAA00242363 | MADWAA00243393 | AMF00292633 | AMF00292645 | MWPTAP00995728 | MWPTAP00995733 |
| MADWAA00243395 | MADWAA00244478 | AMF00299644 | AMF00299722 | MWPTAP00995991 | MWPTAP00995998 |
| MADWAA00244480 | MADWAA00245698 | AMF00299916 | AMF00299935 | MWPTAP00996121 | MWPTAP00996124 |
| MADWAA00247446 | MADWAA00250149 | AMF00300365 | AMF00300513 | MWPTAP00996789 | MWPTAP00996793 |
| MADWAA00253260 | MADWAA00254414 | AMF00309421 | AMF00309437 | MWPTAP00998790 | MWPTAP00998797 |
| MADWAA00257807 | MADWAA00260756 | AMF00310611 | AMF00310649 | MWPTAP01000284 | MWPTAP01000287 |
| MADWAA00261617 | MADWAA00262578 | MADTBB01782020 | MADTBB01782042 | MWPTAP01000445 | MWPTAP01000448 |
| MADWAA00262663 | MADWAA00263210 | MADTBB01782050 | MADTBB01782057 | MWPTAP01000497 | MWPTAP01000504 |
| MADWAA00263812 | MADWAA00265665 | MADTBB01782166 | MADTBB01782242 | MWPTAP01001574 | MWPTAP01001578 |

*SIPC v. BLMIS, 08-1789 (SMB)*
*(Bankr. S.D.N.Y. June 25, 2015),*
*ECF No. 10266.*

## Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report related to the Participating Accounts

| Customer Statements, PMRs, and PMTs | | Customer Files | | Claims and Related Documents | |
|---|---|---|---|---|---|
| **Bates Begin** | **Bates End** | **Bates Begin** | **Bates End** | **Bates Begin** | **Bates End** |
| MADWAA00265668 | MADWAA00266229 | MADTBB01782433 | MADTBB01782436 | MWPTAP01001636 | MWPTAP01001639 |
| MADWAA00266398 | MADWAA00267673 | MADTBB01782519 | MADTBB01782521 | MWPTAP01003812 | MWPTAP01003821 |
| MADWAA00267675 | MADWAA00268515 | MADTBB01896181 | MADTBB01896187 | MWPTAP01003849 | MWPTAP01003853 |
| MADWAA00268517 | MADWAA00269903 | MADTBB01896287 | MADTBB01896295 | MWPTAP01003889 | MWPTAP01003893 |
| MADWAA00271711 | MADWAA00273208 | MADTBB01896447 | MADTBB01896449 | MWPTAP01003912 | MWPTAP01003916 |
| MADWAA00273358 | MADWAA00274795 | MADTBB01953055 | MADTBB01953055 | MWPTAP01003923 | MWPTAP01003926 |
| MADWAA00275834 | MADWAA00276927 | MADTBB01953193 | MADTBB01953203 | MWPTAP01005856 | MWPTAP01005867 |
| MADWAA00277076 | MADWAA00278307 | MADTBB01953407 | MADTBB01953428 | MWPTAP01006881 | MWPTAP01006887 |
| MADWAA00278464 | MADWAA00279435 | MADTBB01953588 | MADTBB01953619 | MWPTAP01007012 | MWPTAP01007020 |
| MADWAA00279520 | MADWAA00280521 | MADTBB01954066 | MADTBB01954073 | MWPTAP01007157 | MWPTAP01007164 |
| MADWAA00284629 | MADWAA00284682 | MADTBB01954271 | MADTBB01954276 | MWPTAP01007243 | MWPTAP01007244 |
| MADWAA00284684 | MADWAA00285930 | MADTBB01954922 | MADTBB01954939 | MWPTAP01007285 | MWPTAP01007288 |
| MADWAA00285932 | MADWAA00287257 | MADTBB01955053 | MADTBB01955064 | MWPTAP01007308 | MWPTAP01007311 |
| MADWAA00287328 | MADWAA00288037 | MADTBB01955135 | MADTBB01955139 | MWPTAP01008333 | MWPTAP01008336 |
| MADWAA00288143 | MADWAA00291212 | MADTBB01955237 | MADTBB01955249 | MWPTAP01009851 | MWPTAP01009860 |
| MADWAA00291294 | MADWAA00292723 | MADTBB01955289 | MADTBB01955310 | MWPTAP01009866 | MWPTAP01009870 |
| MADWAA00292870 | MADWAA00293698 | MADTBB01955467 | MADTBB01955475 | MWPTAP01010619 | MWPTAP01010623 |
| MADWAA00293793 | MADWAA00295182 | MADTBB01955525 | MADTBB01955534 | MWPTAP01010629 | MWPTAP01010633 |
| MADWAA00295264 | MADWAA00296637 | MADTBB01957764 | MADTBB01957826 | MWPTAP01011810 | MWPTAP01011816 |
| MADWAA00296708 | MADWAA00297233 | MADTBB01988072 | MADTBB01988079 | MWPTAP01011834 | MWPTAP01011841 |
| MADWAA00297331 | MADWAA00300791 | MADTBB01988100 | MADTBB01988116 | MWPTAP01012351 | MWPTAP01012355 |
| MADWAA00301727 | MADWAA00303760 | MADTBB01988147 | MADTBB01988176 | MWPTAP01012384 | MWPTAP01012392 |
| MADWAA00303767 | MADWAA00304282 | MADTBB01988210 | MADTBB01988231 | MWPTAP01012490 | MWPTAP01012493 |
| MADWAA00304289 | MADWAA00305214 | MADTBB01988418 | MADTBB01988424 | MWPTAP01013058 | MWPTAP01013065 |
| MADWAA00305676 | MADWAA00308749 | MADTBB01988461 | MADTBB01988479 | MWPTAP01013417 | MWPTAP01013421 |
| MADWAA00308861 | MADWAA00311570 | MADTBB01988749 | MADTBB01988752 | MWPTAP01013438 | MWPTAP01013446 |
| MADWAA00313711 | MADWAA00314820 | MADTBB01988894 | MADTBB01988898 | MWPTAP01013607 | MWPTAP01013611 |
| MADWAA00316197 | MADWAA00317034 | MADTBB01989045 | MADTBB01989053 | MWPTAP01013637 | MWPTAP01013641 |
| MADWAA00319298 | MADWAA00320299 | MADTBB01989169 | MADTBB01989187 | MWPTAP01013709 | MWPTAP01013712 |
| MADWAA00321524 | MADWAA00322557 | MADTBB01989227 | MADTBB01989231 | MWPTAP01013732 | MWPTAP01013737 |
| MADWAA00322696 | MADWAA00323525 | MADTBB01989236 | MADTBB01989240 | MWPTAP01013825 | MWPTAP01013829 |
| MADWAA00323659 | MADWAA00324488 | MADTBB01989286 | MADTBB01989298 | MWPTAP01013925 | MWPTAP01013930 |
| MADWAA00331827 | MADWAA00332811 | MADTBB01989378 | MADTBB01989384 | MWPTAP01014486 | MWPTAP01014493 |
| MADWAA00332953 | MADWAA00334257 | MADTBB01989416 | MADTBB01989429 | MWPTAP01014667 | MWPTAP01014670 |
| MADWAA00334422 | MADWAA00335377 | MADTBB01989607 | MADTBB01989613 | MWPTAP01015116 | MWPTAP01015120 |
| MADWAA00335525 | MADWAA00336696 | MADTBB01989841 | MADTBB01989852 | MWPTAP01015231 | MWPTAP01015235 |
| MADWAA00336817 | MADWAA00338287 | MADTBB01989900 | MADTBB01989900 | MWPTAP01015435 | MWPTAP01015439 |
| MADWAA00338289 | MADWAA00339502 | MADTBB01989907 | MADTBB01989937 | MWPTAP01022130 | MWPTAP01022139 |
| MADWAA00339619 | MADWAA00341017 | MADTBB01989957 | MADTBB01989961 | MWPTAP01028571 | MWPTAP01028578 |
| MADWAA00341019 | MADWAA00342324 | MADTBB01990616 | MADTBB01990637 | MWPTAP01033337 | MWPTAP01033354 |
| MADWAA00348917 | MADWAA00349664 | MADTBB01990743 | MADTBB01990765 | MWPTAP01089682 | MWPTAP01089807 |
| MADWAA00349666 | MADWAA00350116 | MADTBB01990877 | MADTBB01990881 | MWPTAP01090147 | MWPTAP01090188 |
| MADWAA00350118 | MADWAA00350547 | MADTBB01991078 | MADTBB01991086 | MWPTAP01147901 | MWPTAP01147908 |
| MADWAA00350681 | MADWAA00351036 | MADTBB01991131 | MADTBB01991155 | MWPTAP01148034 | MWPTAP01148041 |
| MADWAA00351039 | MADWAA00351802 | MADTBB01991226 | MADTBB01991228 | MWPTAP01149135 | MWPTAP01149138 |

*SIPC v. BLMIS, 08-1789 (SMB)*
*(Bankr. S.D.N.Y. June 25, 2015),*
*ECF No. 10266.*

## Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report related to the Participating Accounts

| Customer Statements, PMRs, and PMTs | | Customer Files | | Claims and Related Documents | |
|---|---|---|---|---|---|
| **Bates Begin** | **Bates End** | **Bates Begin** | **Bates End** | **Bates Begin** | **Bates End** |
| MADWAA00351961 | MADWAA00352850 | MADTBB01991236 | MADTBB01991239 | MWPTAP01149192 | MWPTAP01149207 |
| MADWAA00354673 | MADWAA00355570 | MADTBB01991248 | MADTBB01991252 | MWPTAP01149377 | MWPTAP01149382 |
| MADWAA00359610 | MADWAA00360493 | MADTBB01991292 | MADTBB01991302 | | |
| MADWAA00360495 | MADWAA00361340 | MADTBB01991346 | MADTBB01991354 | | |
| MADWAA00361342 | MADWAA00362441 | MADTBB01991389 | MADTBB01991392 | | |
| MADWAA00362941 | MADWAA00363698 | MADTBB01991398 | MADTBB01991401 | | |
| MADWAA00363846 | MADWAA00365087 | MADTBB02386648 | MADTBB02386715 | | |
| MADWAA00366207 | MADWAA00367264 | MADTBB02387495 | MADTBB02387669 | | |
| MADWAA00367370 | MADWAA00368367 | MADTBB02389083 | MADTBB02389085 | | |
| MADWAA00371288 | MADWAA00372615 | MADTBB02390200 | MADTBB02390200 | | |
| MADWAA00372625 | MADWAA00373864 | MADTBB02410977 | MADTBB02410995 | | |
| MADWAA00373989 | MADWAA00375968 | MADTBB02413773 | MADTBB02413783 | | |
| MADWAA00375970 | MADWAA00377062 | MADTBB02414049 | MADTBB02414064 | | |
| MADWAA00377065 | MADWAA00378164 | MADTBB03076724 | MADTBB03076774 | | |
| MADWAA00378171 | MADWAA00378566 | MADTBB03077319 | MADTBB03077344 | | |
| MADWAA00378608 | MADWAA00380489 | MADTBB03079122 | MADTBB03079156 | | |
| MADWAA00380517 | MADWAA00381326 | | | | |
| MADWAA00384848 | MADWAA00385232 | | | | |
| MADWAA00385234 | MADWAA00386529 | | | | |
| MADWAA00387521 | MADWAA00388097 | | | | |
| MADWAA00389926 | MADWAA00391335 | | | | |
| MADWAA00391813 | MADWAA00393531 | | | | |
| MDPTQQ00000001 | MDPTQQ00902596 | | | | |
| MDPTVV00000001 | MDPTVV00346036 | | | | |
| MF00000001 | MF00010356 | | | | |
| MF00010434 | MF00010690 | | | | |
| MF00010933 | MF00015860 | | | | |
| MF00015862 | MF00054017 | | | | |
| MF00054037 | MF00054538 | | | | |
| MF00054720 | MF00089903 | | | | |
| MF00090239 | MF00090687 | | | | |
| MF00090727 | MF00092169 | | | | |
| MF00092173 | MF00094142 | | | | |
| MF00094144 | MF00094160 | | | | |
| MF00094188 | MF00152284 | | | | |
| MF00156869 | MF00543449 | | | | |
| MF00544339 | MF00544449 | | | | |
| MF00544462 | MF00544576 | | | | |
| MF00544715 | MF00545147 | | | | |
| MF00548948 | MF00549288 | | | | |
| MF00549297 | MF00549469 | | | | |
| MF00589674 | MF00589756 | | | | |
| MF00596269 | MF00596426 | | | | |