# Exhibit 5

SIPC v. BLMIS, 08-1789 (SMB) (Bankr. S.D.N.Y. June 25, 2015), ECF No. 10266.

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1A0083 | 1A0004 | YES |
| 1A0083 | 1F0051 | NO |
| 1B0022 | N/A | N/A [1] |
| 1B0156 | 100124 | YES |
| 1B0156 | 1B0022 | YES |
| 1B0156 | 1B0023 | YES |
| 1B0156 | 1B0157 | NO |
| 1B0156 | 1R0030 | NO |
| 1B0157 | 100124 | YES |
| 1B0157 | 1B0023 | YES |
| 1B0157 | 1R0030 | NO |
| 1B0190 | 100249 | NO |
| 1B0190 | 1B0034 | YES |
| 1B0190 | 1B0035 | NO |
| 1B0201 | 100249 | NO |
| 1B0201 | 1B0033 | YES |
| 1B0201 | 1B0034 | YES |
| 1B0201 | 1B0036 | YES |
| 1B0201 | 1B0115 | YES |
| 1B0201 | 1B0189 | NO |
| 1B0201 | 1B0191 | NO |
| 1B0251 | 1B0033 | YES |
| 1B0251 | 1B0036 | YES |
| 1B0251 | 1B0115 | YES |
| 1B0251 | 1B0189 | NO |
| 1B0251 | 1B0191 | NO |
| 1C1229 | 100324 | YES |
| 1C1229 | 1C1041 | YES |
| 1C1229 | 1C1042 | YES |
| 1C1229 | 1C1043 | YES |
| 1C1229 | 1C1044 | YES |
| 1C1229 | 1S0170 | YES |
| 1CM504 | 1C0007 | YES |
| 1CM504 | 1CM039 | NO |
| 1CM682 | 1C0007 | YES |
| 1CM682 | 1CM039 | NO |

SIPC v. BLMIS, 08-1789 (SMB)
(Bankr. S.D.N.Y. June 25, 2015),
ECF No. 10266.

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1CM806 | 1C0000 | YES |
| 1CM806 | 1C0007 | YES |
| 1CM806 | 1CM188 | NO |
| 1CM806 | 1CM807 | NO |
| 1CM837 | 1C0000 | YES |
| 1CM837 | 1C0007 | YES |
| 1CM837 | 1CM188 | NO |
| 1CM837 | 1CM807 | NO |
| 1CM849 | 1C0007 | YES |
| 1CM849 | 1CM040 | NO |
| 1CM849 | 1CM658 | NO |
| 1CM849 | 1CM659 | NO |
| 1E0111 | 100124 | YES |
| 1E0111 | 10013415 | NO |
| 1E0111 | 1A0028 | YES |
| 1E0111 | 1R0030 | NO |
| 1E0143 | 100124 | YES |
| 1E0143 | 10013415 | NO |
| 1E0143 | 1A0028 | YES |
| 1E0143 | 1E0111 | YES |
| 1E0143 | 1R0030 | NO |
| 1F0092 | 1F0044 | YES |
| 1F0092 | 1S0411 | NO |
| 1F0093 | 1F0044 | YES |
| 1F0093 | 1F0070 | YES |
| 1F0106 | 1F0058 | YES |
| 1F0106 | 1F0059 | YES |
| 1F0106 | 1F0105 | NO |
| 1F0116 | 10081313 | NO |
| 1F0116 | 1F0015 | NO |
| 1F0116 | 1F0017 | YES |
| 1F0116 | 1F0117 | NO |
| 1F0116 | 1H0040 | YES |
| 1F0116 | 1M0028 | NO |

SIPC v. BLMIS, 08-1789 (SMB)
(Bankr. S.D.N.Y. June 25, 2015),
ECF No. 10266.

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1F0123 | 100633 | NO |
| 1F0123 | 1F0032 | YES |
| 1F0123 | 1F0033 | YES |
| 1F0123 | 1F0069 | NO |
| 1F0123 | 1F0122 | NO |
| 1F0123 | 1F0125 | NO |
| 1H0022 | 1H0022 | YES |
| 1H0022 | 1H0075 | NO |
| 1H0022 | 1H0085 | NO |
| 1H0022 | 1H0166 | NO |
| 1H0099 | 1H0008 | YES |
| 1H0099 | 1H0009 | YES |
| 1H0099 | 1H0010 | YES |
| 1H0099 | 1H0100 | NO |
| 1H0099 | 1H0101 | NO |
| 1H0099 | 1H0129 | NO |
| 1H0099 | 1H0130 | NO |
| 1H0099 | 1H0151 | NO |
| 1H0161 | 1B0066 | YES |
| 1H0161 | 1B0194 | NO |
| 1H0166 | 1H0022 | YES |
| 1H0166 | 1H0075 | NO |
| 1H0166 | 1H0085 | NO |
| 1K0118 | 1K0011 | YES |
| 1K0118 | 1S0064 | YES |
| 1K0118 | 1S0065 | YES |
| 1K0206 | 1K0197 | NO |
| 1K0206 | 1R0027 | YES |
| 1K0206 | 1R0146 | NO |
| 1L0146 | 1L0045 | YES |
| 1L0146 | 1L0046 | YES |
| 1L0147 | 1L0047 | YES |
| 1L0147 | 1L0069 | YES |
| 1L0149 | 1L0047 | YES |
| 1M0101 | 100124 | YES |
| 1M0101 | 1C1092 | YES |
| 1M0101 | 1M0027 | YES |
| 1M0101 | 1R0030 | NO |

SIPC v. BLMIS, 08-1789 (SMB) (Bankr. S.D.N.Y. June 25, 2015), ECF No. 10266.

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1M0105 | 100813 | YES |
| 1M0105 | 10081313 | NO |
| 1M0105 | 102501 | NO |
| 1M0105 | 1C1045 | NO |
| 1M0105 | 1G0035 | NO |
| 1M0105 | 1G0036 | YES |
| 1M0105 | 1H0029 | NO |
| 1M0105 | 1H0040 | YES |
| 1M0105 | 1M0028 | NO |
| 1M0105 | 1M0037 | YES |
| 1M0105 | 1M0114 | NO |
| 1P0099 | 101633 | NO |
| 1P0099 | 1E0000 | YES |
| 1P0099 | 1P0009 | NO |
| 1P0099 | 1P0063 | NO |
| 1P0105 | 1J0006 | YES |
| 1P0105 | 1W0064 | YES |
| 1P0105 | 1W0079 | NO |
| 1R0123 | 1R0043 | YES |
| 1R0123 | 1R0044 | YES |
| 1R0123 | 1R0124 | NO |
| 1R0133 | 100124 | YES |
| 1R0133 | 10013613 | NO |
| 1R0133 | 101846 | YES |
| 1R0133 | 101847 | YES |
| 1R0133 | 101908 | YES |
| 1R0133 | 1A0045 | YES |
| 1R0133 | 1A0047 | NO |
| 1R0133 | 1H0023 | YES |
| 1R0133 | 1R0030 | NO |
| 1R0133 | 1R0072 | YES |
| 1R0133 | 1R0073 | YES |
| 1R0133 | 1R0083 | YES |
| 1R0133 | H01909 | YES |

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1R0134 | 100124 | YES |
| 1R0134 | 10013613 | NO |
| 1R0134 | 101846 | YES |
| 1R0134 | 101847 | YES |
| 1R0134 | 101908 | YES |
| 1R0134 | 1A0045 | YES |
| 1R0134 | 1A0047 | NO |
| 1R0134 | 1H0023 | YES |
| 1R0134 | 1R0030 | NO |
| 1R0134 | 1R0072 | YES |
| 1R0134 | 1R0073 | YES |
| 1R0134 | 1R0083 | YES |
| 1R0134 | H01909 | YES |
| 1R0171 | 100124 | YES |
| 1R0171 | 10013613 | NO |
| 1R0171 | 101846 | YES |
| 1R0171 | 101847 | YES |
| 1R0171 | 101908 | YES |
| 1R0171 | 1A0045 | YES |
| 1R0171 | 1A0047 | NO |
| 1R0171 | 1H0023 | YES |
| 1R0171 | 1R0030 | NO |
| 1R0171 | 1R0072 | YES |
| 1R0171 | 1R0073 | YES |
| 1R0171 | 1R0083 | YES |
| 1R0171 | 1R0133 | NO |
| 1R0171 | H01909 | YES |
| 1S0260 | 100324 | YES |
| 1S0260 | 1C1041 | YES |
| 1S0260 | 1C1042 | YES |
| 1S0260 | 1C1043 | YES |
| 1S0260 | 1C1044 | YES |
| 1S0260 | 1C1229 | NO |
| 1S0260 | 1S0170 | YES |
| 1S0267 | 1A0011 | YES |
| 1S0267 | 1A0094 | NO |
| 1S0267 | 1S0021 | YES |
| 1S0268 | 1S0022 | NO |
| 1S0268 | 1S0024 | YES |

SIPC v. BLMIS, 08-1789 (SMB)
(Bankr. S.D.N.Y. June 25, 2015),
ECF No. 10266.

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1S0295 | 101936 | YES |
| 1S0295 | 1S0063 | YES |
| 1S0295 | 1S0064 | YES |
| 1S0295 | 1S0065 | YES |
| 1S0295 | 1S0066 | YES |
| 1S0295 | 1S0067 | YES |
| 1S0295 | 1S0073 | YES |
| 1S0295 | 1S0295 | NO |
| 1S0295 | 1S0297 | NO |
| 1S0295 | 1S0299 | NO |
| 1S0296 | 101936 | YES |
| 1S0296 | 1K0011 | YES |
| 1S0296 | 1S0064 | YES |
| 1S0296 | 1S0065 | YES |
| 1S0296 | 1S0066 | YES |
| 1S0296 | 1S0067 | YES |
| 1S0296 | 1S0073 | YES |
| 1S0297 | 101936 | YES |
| 1S0297 | 1S0063 | YES |
| 1S0297 | 1S0064 | YES |
| 1S0297 | 1S0065 | YES |
| 1S0297 | 1S0066 | YES |
| 1S0297 | 1S0067 | YES |
| 1S0297 | 1S0073 | YES |
| 1S0297 | 1S0295 | NO |
| 1S0297 | 1S0297 | NO |
| 1S0297 | 1S0298 | NO |
| 1S0298 | 101936 | YES |
| 1S0298 | 1S0063 | YES |
| 1S0298 | 1S0064 | YES |
| 1S0298 | 1S0065 | YES |
| 1S0298 | 1S0066 | YES |
| 1S0298 | 1S0067 | YES |
| 1S0298 | 1S0073 | YES |
| 1S0298 | 1S0295 | NO |
| 1S0298 | 1S0297 | NO |

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1S0299 | 101936 | YES |
| 1S0299 | 1S0063 | YES |
| 1S0299 | 1S0064 | YES |
| 1S0299 | 1S0065 | YES |
| 1S0299 | 1S0066 | YES |
| 1S0299 | 1S0067 | YES |
| 1S0299 | 1S0073 | YES |
| 1S0299 | 1S0295 | NO |
| 1S0299 | 1S0297 | NO |
| 1S0301 | 101936 | YES |
| 1S0301 | 1S0062 | YES |
| 1S0301 | 1S0064 | YES |
| 1S0301 | 1S0065 | YES |
| 1S0301 | 1S0068 | YES |
| 1S0301 | 1S0073 | YES |
| 1S0301 | 1S0294 | NO |
| 1S0316 | 101904 | YES |
| 1S0316 | 101914 | NO |
| 1S0316 | 101981 | NO |
| 1S0316 | 1S0004 | YES |
| 1S0316 | 1S0005 | NO |
| 1S0316 | 1S0006 | NO |
| 1S0316 | 1S0007 | NO |
| 1S0324 | 1A0016 | YES |
| 1S0324 | 1A0025 | YES |
| 1S0324 | 1A0086 | NO |
| 1S0324 | 1A0087 | NO |
| 1S0324 | 1S0049 | YES |
| 1S0324 | 1S0052 | YES |
| 1S0324 | 1S0323 | NO |
| 1S0324 | 1ZR040 | NO |
| 1S0353 | 101959 | YES |
| 1S0353 | 1S0115 | YES |
| 1S0353 | 1S0116 | YES |
| 1S0353 | 1S0117 | YES |
| 1S0353 | 1S0119 | NO |
| 1S0353 | 1S0120 | YES |
| 1S0353 | 1S0355 | NO |
| 1S0353 | 1S0499 | NO |

SIPC v. BLMIS, 08-1789 (SMB)
(Bankr. S.D.N.Y. June 25, 2015),
ECF No. 10266.

**Exhibit 5 - List of BLMIS Accounts Related to the Participating Accounts**

| Participating Accounts | Related Accounts | Related Account Contains PW Transactions |
|---|---|---|
| 1S0370 | 1H0022 | YES |
| 1S0370 | 1H0085 | NO |
| 1S0516 | 1F0091 | NO |
| 1S0516 | 1S0077 | YES |
| 1S0516 | 1S0078 | YES |
| 1S0517 | 1F0091 | NO |
| 1S0517 | 1S0077 | YES |
| 1S0517 | 1S0078 | YES |
| 1S0547 | 101904 | YES |
| 1S0547 | 1S0004 | YES |
| 1T0004 | 102003 | NO |
| 1T0004 | 102601 | NO |
| 1T0004 | 102603 | NO |
| 1T0004 | 102611 | YES |
| 1T0004 | 102615 | NO |
| 1T0004 | 102617 | NO |
| 1T0004 | 1T0004 | NO |
| 1T0004 | 1T0005 | YES |
| 1T0004 | 1T0006 | NO |
| 1T0004 | 1T0007 | NO |
| 1T0004 | 1T0031 | NO |
| 1T0004 | 1T0032 | NO |
| 1T0004 | 1T0036 | NO |
| 1T0004 | 1T0057 | NO |
| 1T0036 | 102003 | NO |
| 1T0036 | 102601 | NO |
| 1T0036 | 102603 | NO |
| 1T0036 | 102611 | YES |
| 1T0036 | 102615 | NO |
| 1T0036 | 102617 | NO |
| 1T0036 | 1T0005 | YES |
| 1T0036 | 1T0006 | NO |
| 1T0036 | 1T0007 | NO |
| 1T0036 | 1T0036 | NO |
| 1U0017 | 1U0004 | YES |

[1] 1B0022 does not receive any inter-account transfers and therefore,
    has no related accounts which impact the accounts principal balance