# Exhibit 7

# Exhibit 7 - Example of Data Entry Error for BLMIS Account 1A0025



# Exhibit 7 - Example of Data Entry Error for BLMIS Account 1A0025



**10/31/92** — **1-A0025-1-0** — Page 1

**Long**
10/09 10/19 495000 16 SUN MICROSYSTEMS INC 111 1/4 551,038.11
SUB DEB CONV
6.375 10/15/1999

**Short**
10/09 10/19 18800 17 SUN MICROSYSTEMS INC 28 3/4 540,500.00
10/09 10/19 1000 18 SUN MICROSYSTEMS INC 28 5/8 28,625.00

Page 2

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| FIDELITY CASH RESERVES SBI | 987 | 987.00 | | 987.00 |
| SUN MICROSYSTEMS INC SUB DEB CONV 6.375 10/15/1999 | 495000 | 551,038.11 | | |
| SUN MICROSYSTEMS INC | 19800 | | 569,125.00 | 18,086.89CR |
| END OF POSITIONS | | 552,025.11 | 569,125.00 | .76CR |

## Exhibit 7 - Example of Data Entry Error for BLMIS Account 1A0025



**11/30/92** — **1-A0025-1-0**

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| FIDELITY CASH RESERVES SBI | 987 | 987.00 | | 987.00 |
| SUN MICROSYSTEMS INC | 495000 | 551,038.11 | | |
| SUB DEB CONV | | | | |
| 6.375 10/15/1999 | | | | |
| SUN MICROSYSTEMS INC | 19800 | | 569,125.00 | 18,086.89CR |
| END OF POSITIONS | | 552,025.11 | 569,125.00 | .76CR |

## Exhibit 7 - Example of Data Entry Error for BLMIS Account 1A0025



# Exhibit 8

# Exhibit 8 - Example of PW Transaction – Check + Stock Name for BLMIS Account 1B0066



## Exhibit 8 - Example of PW Transaction – Check + Stock Name for BLMIS Account 1B0066



# Exhibit 8 - Example of PW Transaction - Check + Stock Name for BLMIS Account 1B0066



# Exhibit 9

## Exhibit 9 -  Example of PW Transactions Paid Directly to Account Holder for BLMIS Account 1S0073



SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION — 11/30/98 — 1-S0073-1-0

**Profit Withdrawn**

| 11/25 | CHECK CARDINAL HEALTH | PW | 357.63 |

MDPTPP05062750

## Exhibit 9 - Example of PW Transactions Paid Directly to Account Holder for BLMIS Account 1S0073



**Exhibit 9 -** **Example of PW Transactions Paid Directly to Account Holder for BLMIS Account 1S0073**



SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION        1/31/99        1-S0073-1-0

**Profit Withdrawn**

1/05  CHECK  BOSTON  SCIENTIFIC  PW  706.50

MDPTPP05062754

## Exhibit 9 - Example of PW Transactions Paid Directly to Account Holder for BLMIS Account 1S0073



# Exhibit 10

**Exhibit 10 -** **Example of PW Transaction - Check Only for BLMIS Account 1S0004**



# Exhibit 10 - Example of PW Transaction - Check Only for BLMIS Account 1S0004



## Exhibit 10 - Example of PW Transaction - Check Only for BLMIS Account 1S0004



**7/30/82**   **1-01902-1-3**

**7/02   7/02   821   BALDWIN UTD CORP   DELV
PFD CL U CONC $2.06
7/02   7/02   1231   BALDWIN UTD CORP   RECD**

**Profit Withdrawn**

**7/22   7/22  CHECK   PW  3,997.01**

# Exhibit 10 - Example of PW Transaction - Check Only for BLMIS Account 1S0004



| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| APPLE COMPUTER INC | 2000 | 24,500.00 | | 24,500.00 |
| FLOW GEN INC | 3300 | 23,100.00 | | 23,100.00 |
| JERRICO INC | 1500 | 25,312.50 | | 25,312.50 |
| MERRILL LYNCH & CO INC | 1200 | 25,350.00 | | 25,350.00 |
| OAK INDS INC | 2000 | 23,250.00 | | 23,250.00 |
| TANDY CORP | 1800 | 25,650.00 | | 25,650.00 |
| TRANS WORLD CORP | 1600 | 24,200.00 | | 24,200.00 |
| SECURITY POSITIONS | | 171,362.50 | | 11,192.64CR |

# Exhibit 11

## Exhibit 11 - Example of Correspondence Requesting a Check for a PW Transaction



MADTBB01955056

# Exhibit 11 - Example of Correspondence Requesting a Check for a PW Transaction



## Exhibit 11 - Example of Correspondence Requesting a Check for a PW Transaction



Profit Withdrawn

6/12   6/12  CHECK CONNER  PW  2,759.06

# Exhibit 12

# Exhibit 12 - Example of PW Transaction - Check + Interest for BLMIS Account 1A0028

