# Exhibit 13

# Exhibit 13 - Example of PW Transaction - Other Distributions for BLMIS Account 1A0028



# Exhibit 13 - Example of PW Transaction - Other Distributions for BLMIS Account 1A0028



# Exhibit 13 - Example of PW Transaction - Other Distributions for BLMIS Account 1A0028



## Exhibit 13 - Example of PW Transaction - Other Distributions for BLMIS Account 1A0028



# Exhibit 13 - Example of PW Transaction - Other Distributions for BLMIS Account 1A0028

