# Exhibit 5

Profits on Home Depot

| Account | Name | | Amount | |
|---|---|---|---|---|
| 10010610 | L Alpern | PW | 492.81 | 4-5 |
| 110 | L Alpern | | 316.43 | |
| 221 | E Blumenfeld | | 2739.00 | |
| 235 | L Brown | | 1021.94 | |
| 507 | M Ellis | | 191.94 | |
| 611 | Frangene | | 1727.44 | |
| 626 | W Freshman | | 1021.94 | |
| 767 | A Greenhall | | 1136.06 | |
| 810 | M Horowitz | | 555.06 | |
| 832 | N Hill | | 549.88 | |
| 844 | D Horowitz | | 456.50 | |
| 10121010 | B+N Levy | | 4845.13 | |
| 212 | F Levy | | 996.00 | |
| 214 | N Levy | | 51.88 | |
| 230 | Lucky | | 3185.13 | |
| 239 | N Levine #2 | | 638.06 | |
| 736 | H Jordan | | 451.31 | |
| 10230610 | Whole | | 72.63 | |
| 307 | Whole ERT 2 | | 1182.75 | |
| 308 | Whole PT 2 | | 482.44 | |
| 10300510 | E Jaffe | | 1711.88 | |
| 041 | N Strauss | ✓ | 2277.32 | ✓ |

HWN00001538

7/17

* a Courier         1.00 34610  7/17  PW - 4148.43  HEALTH SOUTH
* ~~J Sturm~~ CAB   100 21810         PW - 3230.02  Health South
* Arthur Blecker    100 21510         PW - 12364.06  ↓
* Aaron Blecker         25410         ↓  - 3230.02   ↓

* C+M 7   100 37230    CW - 6200.00  Ruth WASSERMAN
* C+M 7   100 37230 ✓  CW - 2000.00  N+M Layar J/T
                                              WRO

HWN00001651

## PW — Liberty National Bancorp

| Acct | Amount | Name |
|---|---|---|
| 100 101 10 | 251.00 | J Adelstein |
| 110 | 1,234.09 | R Alpern |
| 115 | 2,013.24 | P Alpern |
| 102 | 31.38 | Airparts |
| 103 | 1,500.78 | H Albert |
| 108 | 481.09 | J Alpern |
| 109 | 1,662.99 | R Alpern |
| 125 | 4,146.75 | Avellino |
| 139 | 360.82 | Abert |
| 214 | 491.54 | R Blakstein |
| 215 | 1,375.28 | A Blecker |
| 216 | 2,112.60 | J Blum |
| 217 | 549.06 | H Blum |
| 218 | 355.59 | Cal-Isl |
| 220 | 2,013.24 | N Blum |
| 236 | 350.35 | V Braun |
| 238 | 590.90 | Barker |
| 242 | 1,087.67 | R Blum |
| 244 | 360.82 | Brner Just Serv |
| 253 | 360.82 | N Blum |
| 254 | 360.82 | Amos Blecker |
| 267 | 2,431.59 | E Braun |
| 304 | 1,115.57 | A Certilman |
| 306 | 1,349.13 | J Certilman |
| 352 | 360.82 | H Charat |
| 325 | 726.86 | Noroh Charat |
| 329 | 204.16 | E Corrara |
| 346 | 463.40 | A Corner |
| 350 | 3,053.75 | Chalek Equities |
| 359 | 543.84 | A Chalek |
| 370 | 414.48 | Chalek Inv. |
| 412 | 726.86 | Julio Davis |
| 501 | 543.84 | C Edelson |
| 503 | 360.82 | W Everchick |

HWN00001655

PW- Liberty National Bancorp

| | | |
|---|---|---|
| 10060510 | 41.83 | S. Fine |
| 617 | 360.82 | R. Felder |
| 607 | 1,584.45 | J. Fisher |
| 626 | 1,824.99 | N. Freshman |
| 702 | 533.38 | E. Gelman |
| 734 | 177.79 | P. Gerber |
| 736 | 2,227.64 | M. Ghertler |
| 712 | 2,342.68 | M.A. Ghertler |
| 758 | 282.39 | N. Glass |
| 769 | 360.82 | N. Golden |
| 746 | 637.97 | A. Gottesman |
| 744 | 73.21 | A. Guggenheimer |
| 735 | 2,410.66 | S. Gurevsky |
| 817 | 543.84 | A. Harmatz |
| 801 | 287.60 | J. Harrison |
| 836 | 36.61 | J. Heason |
| 804 | 88.89 | N. Heller |
| 827 | 434.03 | C. Hershson |
| 807 | 454.94 | S. Herson |
| 808 | 946.48 | D. Horowitz |
| 811 | 789.61 | G. Gurwitz  * STOP |
| 101008 | 1,641.97 | K. Jordan |
| 013 | 1,641.97 | K. Jordan |
| 101 | 5,841.01 | J. Kahn |
| 150 | 2,170.12 | E. Kahn |
| 135 | 1,474.63 | M. Kaplan |
| 134 | 366.04 | J. Kinsell |
| 107 | 177.79 | R. King |
| 113 | 1,955.72 | E. Kommit |
| 115 | 1,469.40 | K. Kommit |
| 137 | 397.42 | J. Konigsberg |
| 166 | 737.32 | Konigsberg Wolf |
| 161 | 245.77 | J. Konigsberg |
| 154 | 334.67 | M. Konisberg |

HWN00001656

PW   Liberty National Bancorp

| Account | Amount | Name |
|---|---|---|
| 10120510 | 726.86 | Belle Lefft |
| 214 | 83.67 | N Levy |
| 218 | 951.71 | J Lublin |
| 220 | 397.42 | A Lokuc |
| 223 | 1,134.73 | C Low |
| 225 | 1,051.07 | W Low |
| 226 | 470.62 | A Lowit |
| 228 | 36.61 | M Lowit |
| 251 | 543.84 | B. Lefft |
| 332 | 543.84 | A Maskin |
| 348 | 360.82 | N. Morrone |
| 602 | 287.60 | K Pasernak |
| 743 | 287.60 | D Sigal |
| 744 | 360.82 | D Simonds |
| 745 | 360.82 | E. Simonds |
| 746 | 360.82 | M Simonds |
| 752 | 580.44 | S. Stern |
| 822 | 826.21 | J Roth |
| 823 | 700.71 | J Rothenberg |
| 854 | 371.27 | N Roth |
| 909 | 737.32 | D Silver #2 |
| 917 | 214.40 | A Schneider |
| 929 | 637.97 | Shapiro Family |
| 930 | 1,370.05 | Adele Shapiro |
| 931 | 62.15 | Susan Shapiro |
| 935 | 993.54 | G Shapiro |
| 939 | 214.40 | H Samuels |
| 945 | 998.78 | A Silver |
| 947 | 543.84 | S. Simon |
| 960 | 836.68 | A Smith |
| 961 | 235.32 | S. Solomon |
| 977 | 857.59 | E Starr |
| 985 | 214.40 | G Silver |
| 987 | 857.59 | M Sandler |

HWN00001657



| | | |
|---|---|---|
| 10201110 | 454.94 | S Toro |
| 102 | 1,814.53 | M Unflat |
| 201 | 366.04 | Jd Van Aanen |
| * 202 | 366.04 | J Van Aanen |
| 318 | 543.84 | A Winters |
| 320 | 543.84 | Alan Winters |
| 327 | 1,887.74 | Aubie Wax |
| 329 | 360.82 | Bob McCust |
| 332 | 543.84 | J Winters |
| 340 | 543.84 | M Winters |
| 344 | 732.08 | Wolf |
| 345 | 360.82 | D Walker |
| 346 | 214.40 | C Westphal |
| 602 | 1,406.66 | H Zankel |
| 10300510 | 904.65 | E Jaffe |
| 034 | 899.43 | N Strauss |

8/2 F/R

* Adam Shapiro    10306430 8/2  CW  — 10 000.00
* David            06530              — 10 000.00
* Leslie           06630              — 10 000.00
* 5th              01330    CW       — 50 000.00 Pay to:
                                              STANLEY SHAPIRO

* Chais Fdn    10036230    CW   112 000 — WIRE

* CDP          10038430    CW   100 000.00 WIRE

* BLMS         10170530 8/2 CW   2000.00 Pay to:
                                         John Fanizzi

* Chalek EQ                CW    81000.00  WIRE

* N Blum       1002 5310 8/2 PW   3230.02 HEALTH
                                          South