**Exhibit 3 - BLMIS Direct PW Accounts with "Send" Instructions Only**

| 1 | 2 | 3 |
|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Bates Range |
| 100112 | BERTHA ALPERN, WILLIAM ALPERN & SAUL ALPERN TRUSTEE UNDER THE WILL OF MAX ALPERN | MADTBB01953153-MADTBB01953155 |
| 100206 | JOSEPH BERGMAN #2 C/O WHOLESALE DIST | MADTBB01953310; MADTBB01953312-MADTBB01953317 |
| 100209 | THE TILLIE BERGMAN IRREV TRUST JOSEPH BERGMAN & LEONARD BERGMAN TST | MADTBB01953323; MADTBB01953641-MADTBB01953644 |
| 100214 | RONA L CHENO | MADTBB01953476-MADTBB01953478 |
| 100228 | ESTATE OF RUTH BRILL ROBINSON,SILVERMAN,PEARCE,ARONSOHN & BERMAN | MADTBB01953572 |
| 100247 | HARRIET A BERGMAN #2 C/O WHOLESALE DIST | MADTBB01953286; MADTBB01953254 |
| 100257 | THE BETH BERGMAN TRUST #2 HARRIET & JOSEPH BERGMAN TSTEE | MADTBB01953381; MADTBB01953382 |
| 100260 | ESTATE OF GERTRUDE BLUM | MADTBB01953401; MADTBB01953697-MADTBB01953698 |
| 100364 | C Z S JOINT VENTURE HAROLD STOLLER GEN PTR | MADTBB01953705; MADTBB01953908-MADTBB01953909 |
| 100376 | C-S-Z JOINT VENTURE COHEN SIDNEY GEN PTR C/O HAROLD STOLLER | MADTBB01955377; MADTBB01953843-MADTBB01953844 |
| 100413 | MORRIS DENERSTEIN | MADTBB01953849; MADTBB01953541 |
| 100611 | THE FRANGENE COMPANY C/O A MALTZ | MADTBB01953546; AMF00173341-AMF00173343 |
| 100637 | FRANJEAN 39 ST REALTY CO C/O NORMAN LEVY CROSS & BROWN | AMF00173364; MADTBB01955273 |
| 100705 | DARYL E GERBER GRANTOR TRUST | MADTBB01955277; MADTBB01954116 |
| 100708 | OSCAR TRUST U/L/W/T OF LOTTIE GERBER 8/4/73 | MADTBB01954122; MADTBB01954272 |
| 100721 | GUARANTY INVESTMENT CORP | MADTBB01953766 |
| 100812 | GEORGE HURWITZ | MADTBB01954241 |
| 101106 | MRS MARSHA KAY | MADTBB01954433 |
| 101202 | MORTON LANE | MADTBB01954489; MADTBB01954457-MADTBB01954458 |
| 101203 | ESTATE OF RUTH LANE | MADTBB01954471; MADTBB01954533-MADTBB01954534 |
| 101208 | ESTATE OF HARRY LEVINE C/O N LEVINE HYGIENE INDS. | MADTBB01954522 |
| 101211 | BETTY LEVY ESTATE | MADTBB01954539; MADTBB01953288-MADTBB01953291 |
| 101217 | JOSEPH BERGMAN #1 C/O WHOLESALE DISTRIBUTORS | MADTBB01953301; MADTBB01953891-MADTBB01953895 |
| 101227 | AL LOWIT SPECIAL OR ANNA LOWIT SPECIAL | MADTBB01954527-MADTBB01954528 |
| 101231 | LURIA ENTERPRISES | MADTBB01953900; MADTBB01955390 |
| 101235 | RICHARD LURIA | MADTBB01954493 |
| 101243 | FRANCIS N LEVY JEAN LEVY JOINT VENTURE C/O A MALTZ | MADTBB01955391-MADTBB01955400; AMF00126235-AMF00126238 |
| 101304 | ALBERT L MALTZ | MADTBB01954659 |
| 101305 | MRS ANN S MALTZ | MADTBB01954667-MADTBB01954668 |
| 101307 | HARRY MANN TRUST UA DDT 6/7/76 HARRY MANN TRUSTEE C/O LINDA SILVER | MADTBB01954725; MADTBB01954562-MADTBB01954564 |
| 101612 | MAURICE ROSENFIELD TRUSTEE PUBLISHER MANAGEMENT EMPLOYEE PROFIT SHARING TST 1 | MADTBB01954570; MADTBB01954558-MADTBB01954559 |
| 101807 | RELIGIOUS ZIONISTS OF AMERICA C/O I FRIEDMAN EXECUTIVE VP | MADTBB01953224 |
| 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT | MADTBB01954939; MADTBB01954923 |
| 101916 | ESTATE OF THERESE SCHLICHTER | MADTBB01955251-MADTBB01955252 |
| 101936 | ESTATE OF MICHAEL SHAPIRO | MADTBB01955136 |
| 101942 | STEPHEN SHOR & CYNTHIA SHOR | MADTBB01955125 |
| 101946 | MICHAEL SILVER & GABRIELLE SILVER LINDA SILVER A/T | MADTBB01953741-MADTBB01953742 |
| 101950 | ESTATE OF IRA A SIMONDS | MADTBB01955118; MADTBB01955066-MADTBB01955068 |
| 101952 | ESTATE OF ROBERT SIMONDS | MADTBB01955085; MADTBB01955054-MADTBB01955055 |
| 101973 | S-C-Z JOINT VENTURE HAROLD STOLLER GEN PTR C/O HAROLD STOLLER | MADTBB01955415; MADTBB01955087-MADTBB01955089 |
| 101976 | ESTATE OF LEAH S SIMONDS | MADTBB01955106; MADTBB01953858-MADTBB01953861 |
| 102009 | ELFRIEDA TAYLOR | MADTBB01953007; MADTBB01953008 |
| 102306 | WHOLESALE DISTRIBUTORS EMPL RETIREMENT TRUST | MADTBB01953866; MADTBB01953868-MADTBB01953872 |
| 102307 | WHOLESALE DISTRIBUTORS EMPL RETIREMENT TRUST 2 | MADTBB01953877; MADTBB01953879-MADTBB01953883 |
| 102308 | WHOLESALE DISTRIBUTORS PENSION TRUST #2 | MADTBB01953888-MADTBB01953889; MADTBB01955506-MADTBB01955507 |
| 102319 | ALAN J WINTERS MD PA PENSION PLAN & TRUST | MADTBB01955477-MADTBB01955478 |
| 102347 | NEALE WARD | MADTBB01955519; MADTBB01955522 |
| 102506 | MARK YAKRE | MADTBB01955523-MADTBB01955524; MADTBB01955417-MADTBB01955418 |
| 102614 | Z-C-S JOINT VENTURE COHEN SIDNEY GEN PTR | MADTBB01955428; MADTBB01953955-MADTBB01953957 |
| 10196418 | ARTHUR I SCHLICHTER SPECIAL | MADTBB01953069-MADTBB01953073 |
| 1E0101 | EAST SIDE RESTAURANT CORP DBA RATNERS C/O R HARMATZ & H ZANKEL | MADTBB01989140; AMF00169573 |
| 1E0102 | CAROL A EDELSON | AMF00169574-AMF00169575; MADTBB03077557 |
| 1E0103 | ROBERT S EDMONDS RESIDENCIA LANGLADA 3A | MADTBB03077558-MADTBB03077577; AMF00169751 |
| 1E0121 | WILLIAM EVENCHICK #2 TRUSTEE OF WM EVENCHICK 93 LIVING TRUST | MADTBB01989212-MADTBB01989214 |
| 1E0125 | KARL EISENHAUER & WANDA EISENHAUER J/T WROS | MADTBB01989146; AMF00143806 |
| 1A0001 | AHT PARTNERS | AMF00143893; MADTBB01988073-MADTBB01988074 |
| 1A0007 | AIRPARTS INC EMPL RET FUND C/O WM EVENCHICK | MADTBB02386972; MADTBB02386973-MADTBB02386974; MADTBB02387003 |
| 1A0013 | ALERT STEEL PRODUCTS PROFIT SHARING PLAN | MADTBB03079160-MADTBB03079164; MADTBB01988124-MADTBB01988127 |
| 1A0017 | GERTRUDE ALPERN | AMF00144047 |
| 1A0018 | JONATHAN ALPERN | MADTBB01988183; MADTBB01988186 |
| 1A0021 | LEWIS ALPERN & JANE ALPERN J/T WROS | MADTBB01988199; MADTBB01988202-MADTBB01988203 |
| 1B0003 | LAURI ANN SCHWARTZ-BARBANEL | AMF00149246; MADTBB01988356-MADTBB01988358 |
| 1B0013 | LEONARD BERGMAN #2 | MADTBB01988380; MADTBB01988406-MADTBB01988407 |
| 1B0022 | AARON BLECKER | MADTBB01988420; MADTBB01988423 |
| 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | MADTBB01988424; MADTBB01988441-MADTBB01988442 |
| 1B0026 | JOAN BLOOMGARDEN & CHARLES I BLOOMGARDEN J/T WROS | MADTBB01988447; MADTBB01988435-MADTBB01988436 |

**Exhibit 3 - BLMIS Direct PW Accounts with "Send" Instructions Only**

| 1 | 2 | 3 |
|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Bates Range |
| 1B0029 | GREGORY BLUM & ERIC GROSSMAN T I C | MADTBB03076686-MADTBB03076699; MADTBB03076701-MADTBB03076704 |
| 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES | MADTBB01988465; MADTBB03076725-MADTBB03076727 |
| 1B0036 | THE ESTATE OF ROSYLN BLUM REDACTED | MADTBB03076728-MADTBB03076774; MADTBB01988486-MADTBB01988487 |
| 1B0057 | BRADERMAK LTD #2 C/O FELDMAN WOOD PRODUCTS CO ATTN: FREDERIC Z KONIGSBERG | MADTBB01988692; MADTBB01988702-MADTBB01988703 |
| 1B0059 | ARNOLD BRANDT OR JANE BRANDT J/T WROS | MADTBB01988704; MADTBB01991421-MADTBB01991423 |
| 1B0060 | JENNIE BRETT | AMF00149938-AMF00149940 |
| 1B0064 | THE ABRAHAM BRODSKY TRUST FOR LINDA A ABBIT | MADTBB01988748; MADTBB01988715-MADTBB01988717 |
| 1B0070 | BROWN SHORT TERM TRUST 1 | MADTBB03076849-MADTBB03076860; MADTBB01988791-MADTBB01988792 |
| 1B0072 | THE DOUGLAS G BROWN REVOCABLE TRUST | MADTBB01988789; AMF00150207 |
| 1B0074 | ELBERT R BROWN TRUSTEE UNDER TRUST DTD 12/29/88 | MADTBB01988798; AMF00150246-AMF00150247 |
| 1B0075 | ELIZABETH HARRIS BROWN | AMF00150248-AMF00150249; MADTBB01988825 |
| 1B0077 | LAWRENCE I BROWN & BARBARA BROWN J/T WROS | MADTBB01988830; AMF00150281-AMF00150283 |
| 1B0091 | TRUST F/B/O DAVID BLUMENFELD | AMF00151145; MADTBB01988449 |
| 1B0093 | BLUM, GROSSMAN AND SLOOFMAN | MADTBB01988450; MADTBB01988656 |
| 1B0115 | ROSLYN BLUM REMAINDER TRUST U/A/D 12/29/92 REDACTED | MADTBB01988479; MADTBB01988361 |
| 1B0117 | DAVID BELOSA & BARI BELOSA J/T WROS | MADTBB01988362; MADTBB03077316 |
| 1C1004 | CAMEO CORPORATION | MADTBB01988834; MADTBB01988837 |
| 1C1041 | CHALEK EQUITIES INC | MADTBB03077325-MADTBB03077344; MADTBB02386650 |
| 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK | MADTBB02386670; MADTBB02386673-MADTBB02386674 |
| 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 | MADTBB02386696; MADTBB02386699-MADTBB02386700 |
| 1C1044 | MORTON CHALEK | MADTBB02386715; MADTBB01988900 |
| 1C1046 | H. CHARAT REDACTED | AMF00162320-AMF00162321 |
| 1C1047 | HANOH CHARAT | AMF00162330 |
| 1C1048 | CHELSEA DEVELOPMENT CORP | AMF00162337 |
| 1C1072 | RUTH COLLER | MADTBB03077490 |
| 1C1074 | ANNE COMORA REVOCABLE TRUST | MADTBB01988927; MADTBB01988930 |
| 1C1075 | E MARSHALL COMORA | MADTBB01988931; MADTBB01988939-MADTBB01988941 |
| 1C1076 | ROBERT A COMORA | MADTBB01988934-MADTBB01988935 |
| 1C1092 | CLAIRE COVNER REVOCABLE LIVING TRUST | MADTBB01989053; AMF00212689-AMF00212693 |
| 1C1200 | JOSEPHINE CORDES & HANS BAR J/T WROS | MADTBB03077510 |
| 1D0006 | JULES DAVIS | MADTBB01989065; MADTBB01989079 |
| 1D0008 | MYRA DAVIS AND NANCY LAVIN J/T WROS | MADTBB01989082; MADTBB01989106-MADTBB01989108 |
| 1D0016 | MORRIS DENERSTEIN AS TRUSTEE U/A/D 9/18/92 | MADTBB01989109; MADTBB01989125-MADTBB01989126 |
| 1D0021 | DO STAY INC 19 OCEAN DRIVE | MADTBB01989127-MADTBB01989128; MADTBB01989134-MADTBB01989135 |
| 1D0023 | SANDI ARLENE DUART & FREDERICK T DUART TIC | MADTBB01989136; MADTBB01989112-MADTBB01989115 |
| 1D0027 | KENNETH DINNERSTEIN & SUSAN DINNERSTEIN J/T WROS | MADTBB01989116; MADTBB01989263-MADTBB01989264 |
| 1F0001 | FLB FOUNDATION LTD C/O BOB FINKIN | MADTBB01989265; MADTBB03078221 |
| 1F0004 | RICHARD FELDER | MADTBB03078222-MADTBB03078230; MADTBB01989275 |
| 1F0013 | ILENE S FINE & SAUL S FINE J/T WROS | AMF00172135; AMF00172136; AMF00172151 |
| 1F0014 | BOB M FINKIN & JACQUELINE FINKIN TIC | MADTBB01989226; MADTBB01989234 |
| 1F0016 | JOAN L FISHER | MADTBB01989235; MADTBB01989238-MADTBB01989239 |
| 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS 260 TUSCANY E | MADTBB01989240; AMF00172153-AMF00172155 |
| 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B O ADELE FOX | MADTBB01989298; MADTBB01989315 |
| 1F0042 | SIDNEY FRENCHMAN MICHAEL FRENCHMAN & BARRY FRENCHMAN J/T WROS | MADTBB01989364; AMF00172827-AMF00172828 |
| 1F0044 | WALTER FRESHMAN | AMF00172829-AMF00172830; MADTBB02389811 |
| 1F0045 | FRANCES FRIED | MADTBB01989377 |
| 1F0052 | DR PAULA K FRIEDMAN | MADTBB02389823 |
| 1F0058 | CAROLYN FRUCHT | MADTBB01989423; MADTBB01989426 |
| 1F0061 | SCOTT FURMAN | MADTBB03078406-MADTBB03078424; MADTBB01989444 |
| 1F0068 | J STANLEY FURMAN & JERI A FURMAN T I C | MADTBB01989445; AMF00173185-AMF00173186 |
| 1F0070 | FRIEDA FRESHMAN | AMF00173187; MADTBB02389514-MADTBB02389515 |
| 1FN007 | BANQUE FINAMA 'B' ACCT ATTN: MRS SYLVIE DRINGENBERG | AMF00070107; AMF00070108; AMF00070123 |
| 1FN090 | ROBERT S EDMONDS RESIDENCIA LANGLADA 3A | MADTBB01989142 |
| 1G0006 | JEROME GELLMAN | MADTBB01989471; MADTBB01989472; MADTBB01989473; MADTBB01989474 |
| 1G0007 | EMANUEL GELMAN | MADTBB02389849; MADTBB02389850-MADTBB02389851; MADTBB02389875 |
| 1G0010 | BRIAN TRUST U/L/W/T LOTTIE GERBER DTD 11/6/72 BRIAN H - DARYL E GERBER TSTEE | AMF00182593 |
| 1G0011 | DARYL E GERBER GRANTOR TRUST DATED 12/18/68 | MADTBB01989492; MADTBB01989493; MADTBB01989494 |
| 1G0012 | DARYL TST U/L/W/T LOTTIE GERBER DTD 11/6/72 DARYL E & BRIAN H GERBER TSTEE | MADTBB01989498; MADTBB01989499; MADTBB01989500-MADTBB01989501; MADTBB01989504 |
| 1G0013 | MRS OSCAR L GERBER | MADTBB01989549; MADTBB01989550; MADTBB01989551-MADTBB01989554; MADTBB01989556 |
| 1G0014 | PATI H GERBER LTD | MADTBB01989526; MADTBB01989527; MADTBB01989528-MADTBB01989531 |
| 1G0015 | PATI GERBER REVOCABLE TRUST 2 | MADTBB03078731; MADTBB03078732; MADTBB03078733-MADTBB03078736; MADTBB03078737-MADTBB03078766 |
| 1G0016 | PATI GERBER REVOCABLE TRUST 3 | MADTBB03078767; MADTBB03078768; MADTBB03078769-MADTBB03078772; MADTBB03078773-MADTBB03078796 |
| 1G0017 | PATI H GERBER DECLARATION OF TRUST 06/12/84 | MADTBB01989514; MADTBB01989515; MADTBB01989516-MADTBB01989519; MADTBB01989525 |
| 1G0018 | PATI H GERBER & BRIAN GERBER TRUSTEE OSCAR L GERBER RESIDUARY TST A | MADTBB01989533 |
| 1G0020 | PATI H GERBER MARITAL DED TST ULWT OSCAR L GERBER 8/9/80 P H GERBER B GERBER CO TSTEE | MADTBB01989541 |
| 1G0023 | ROBERT GETTINGER | AMF00179894-AMF00179895; AMF00180150 |

**Exhibit 3 - BLMIS Direct PW Accounts with "Send" Instructions Only**

| 1 BLMIS Account No. | 2 BLMIS Account Name | 3 Bates Range |
|---|---|---|
| 1G0041 | GLORIA GOLDEN & SANFORD GOLDEN T I C | MADTBB01989635; MADTBB01989636; MADTBB01989637; MADTBB01989638 |
| 1G0049 | MAYNARD GOLDSTEIN & KATE GOLDSTEIN J/T WROS | MADTBB01989682 |
| 1G0053 | SONDRA H GOODKIND | MADTBB01989702; MADTBB01989703; MADTBB01989704-MADTBB01989706; MADTBB01989707 |
| 1G0057 | TRUST OF ANDREW GORDON C/O B SHAPIRO | MADTBB01896262; MADTBB01896263; MADTBB01896285-MADTBB01896286 |
| 1G0065 | MORRIS GORRIN AND ANN GORRIN TRUSTEES GORRIN FAMILY TST DTD 5/24/73 | MADTBB01989744; MADTBB01989745; MADTBB01989746; MADTBB01989747 |
| 1G0066 | LILLIAN GOTTESMAN | MADTBB01989748; MADTBB01989749; MADTBB01989750; MADTBB01989751 |
| 1G0071 | ARMAND L GREENHALL | MADTBB01989757; MADTBB01989758; MADTBB01989759; MADTBB01989760 |
| 1G0074 | ROBERT J GROSSMAN | MADTBB02390016; MADTBB02390018; MADTBB02390027 |
| 1G0075 | ROBERT GROSSMAN PENSION TRUST DTD 12/8/84 | MADTBB01989779; MADTBB02390029 |
| 1G0076 | SUSAN GROSSMAN | MADTBB02390030-MADTBB02390031; AMF00181178 |
| 1G0078 | LAURA E GUGGENHEIMER COLE | MADTBB01988912 |
| 1G0081 | BRENDA GURITZKY | MADTBB01989786; MADTBB01989787; MADTBB01989788; MADTBB01989790 |
| 1G0084 | SANFORD GURITZKY | MADTBB01989804; MADTBB01989805; MADTBB01989806; MADTBB01989808 |
| 1H0011 | HAROLD HARMATZ OR ROBERT HARMATZ J/T WROS | MADTBB01989853; MADTBB01989854; MADTBB01989855-MADTBB01989857; MADTBB01989858 |
| 1H0012 | MILDRED HARMATZ OR FRED HARMATZ J/T WROS | MADTBB01989859; MADTBB01989860; MADTBB01989861-MADTBB01989864; MADTBB01989865 |
| 1H0013 | ROBERT A HARMATZ | MADTBB01989866; MADTBB01989867; MADTBB01989868; MADTBB01989869 |
| 1H0020 | JANE HASON | MADTBB03078944; MADTBB03078945; MADTBB03078946; MADTBB03078947-MADTBB03078953 |
| 1H0025 | NANCY HELLER | AMF00189773; AMF00189791 |
| 1H0030 | ESTATE OF ABRAHAM HERSHSON C/O MAX WINTERS | AMF00189792; AMF00195440 |
| 1H0031 | TRUST U/W ABRAHAM HERSHSON H LEVINE D GERBER N LEVINE & M WINTER AS CO-TRUSTEES | MADTBB01989942; MADTBB01989943; MADTBB01989944-MADTBB01989945; MADTBB01989946 |
| 1H0034 | STEPHEN HERSON | MADTBB01989938; MADTBB01989939; MADTBB01989940; MADTBB01989941 |
| 1H0035 | NORMA HILL | MADTBB01989966; MADTBB01989967; MADTBB01989968; MADTBB01989969 |
| 1H0041 | DORIS HOROWITZ AS TRUSTEE U/A DATED 10/04/89 #2 | MADTBB02390198; MADTBB02390199; MADTBB02390200-MADTBB02390219 |
| 1H0044 | JEROME HOROWITZ & DORIS HOROWITZ TAX ACCOUNT | MADTBB03079022; MADTBB03079023; MADTBB03079024-MADTBB03079032 |
| 1H0052 | ALLAN R HURWITZ | MADTBB01990013; MADTBB01990014; MADTBB01990015-MADTBB01990016; MADTBB01990027 |
| 1H0053 | ALLAN R HURWITZ & BARBARA J HURWITZ J/T WROS | MADTBB01990028; MADTBB01990029; MADTBB01990030; MADTBB01990031 |
| 1H0055 | HELAINE HURWITZ REVOCABLE TRUST | MADTBB01990038; MADTBB01990039; MADTBB01990040; MADTBB01990041 |
| 1H0057 | HYGIENE INDUSTRIES PROFIT SHARING PLAN | MADTBB03079048; MADTBB03079049-MADTBB03079050; MADTBB03079051-MADTBB03079071 |
| 1H0059 | ALLAN R HURWITZ TRUSTEE TRUST 'A' U/W G HURWITZ | MADTBB01990005; MADTBB01990006; MADTBB01990007; MADTBB01990012 |
| 1H0060 | TRUST U/W/O ROSE HELLER C/O BEN HELLER | MADTBB01989947; MADTBB01989948; MADTBB01989951 |
| 1H0063 | IRWIN KENNETH HOROWITZ | MADTBB01989980; MADTBB01989981; MADTBB01989982-MADTBB01989983; MADTBB01989984 |
| 1H0079 | NOEL LEVINE AND MICHAEL H JAHRMARKT AS TRUSTEES UNDER TRUST FOR | MADTBB01990543; MADTBB01990544; MADTBB01990545 |
| 1J0006 | JG KNITS INC C/O M WEINGARTEN | MADTBB02410980; MADTBB02410996-MADTBB02410998 |
| 1J0013 | MICHAEL H JAHRMARKT TRUST MICHAEL H JAHRMARKT TRUSTEE | MADTBB02411012-MADTBB02411013; MADTBB02411014; MADTBB02411022 |
| 1J0018 | KENNETH JORDAN C/O FRANK AVELLINO | MADTBB02411023-MADTBB02411025 |
| 1J0019 | KENNETH JORDAN REVOCABLE TST DTD 1/5/95 | MADTBB02411074-MADTBB02411075 |
| 1J0026 | MICHAEL H JAHRMARKT | MADTBB02411103; AMF00198350 |
| 1K0002 | THE ESTATE OF IRVING B KAHN | AMF00198223; AMF00198224-AMF00198228; AMF00198288 |
| 1K0010 | LAURA P KAPLAN C/O DAVID SHAPIRO | MADTBB01990112; MADTBB01990113; MADTBB01990114; MADTBB01990115 |
| 1K0011 | DAVID SHAPIRO NOMINEE 4 | MADTBB01782039; MADTBB01782040; MADTBB01782041; MADTBB01782042 |
| 1K0013 | SIDNEY KARLIN | AMF00198538; AMF00198539-AMF00198541; AMF00198542-AMF00198580 |
| 1K0020 | HENRY KAYE TRUSTEE EVELYN KAYE TRUST FBO JUDITH KNIGHT ET AL | MADTBB01990146; MADTBB01990147; MADTBB01990148; MADTBB01990149 |
| 1K0021 | LAURENCE KAYE | MADTBB01990150; MADTBB01990151; MADTBB01990152; MADTBB01990153 |
| 1K0022 | LOUIS KAYE & DOROTHY KAYE TRUST | MADTBB01990158; MADTBB01990159-MADTBB01990160; MADTBB01990161 |
| 1K0027 | KENT ASSOCIATES C/O SEYMOUR H BERNSTEIN | MADTBB01990139; MADTBB01990140; MADTBB01990141 |
| 1K0028 | ARTHUR KEPES LIVING TRUST AND/OR IRENE KEPES LIVING TST | MADTBB01990196; MADTBB01990197; MADTBB01990198-MADTBB01990199; MADTBB01990200 |
| 1K0030 | RITA KING | AMF00198642; AMF00198643-AMF00198644; AMF00198659 |
| 1K0033 | MARJORIE KLASKIN | AMF00198749; AMF00198750-AMF00198752; AMF00198777 |
| 1K0034 | RUTH LAURA KLASKIN | MADTBB01990226; MADTBB01990227; MADTBB01990228 |
| 1K0039 | GINA KOGER | MADTBB01990229; MADTBB01990230; MADTBB01990231; MADTBB01990232 |
| 1K0043 | ESTATE OF EILEEN KOMMIT | MADTBB02412593; MADTBB02412594-MADTBB02412595; MADTBB02412618 |
| 1K0049 | SUSAN KONIGSBERG | MADTBB02412640-MADTBB02412641; MADTBB02412642-MADTBB02412644; MADTBB02412662 |
| 1K0050 | FREDERIC Z KONIGSBERG KEOGH RETIREMENT TRUST | MADTBB02412663 |
| 1K0055 | JUDITH KONIGSBERG REDACTED | MADTBB01990332; MADTBB01990333; MADTBB01990334; MADTBB01990336 |
| 1K0056 | JUDITH FEINER KONIGSBERG | MADTBB01990337; MADTBB01990338; MADTBB01990339; MADTBB01990345 |
| 1K0084 | KOMMIT PARTNERS C/O RICHARD KOMMIT | MADTBB01990288; MADTBB01990289; MADTBB01990290; MADTBB01990291 |
| 1KW023 | NATALIE KATZ | AMF00079513-AMF00079529 |
| 1L0009 | THE LEON SHOR REVOCABLE TRUST C/O DORIS SHOR | MADTBB01782357; MADTBB01782358-MADTBB01782359; MADTBB01782360; MADTBB01782361 |
| 1L0010 | ELIZABETH LEFFT | AMF00124118-AMF00124119; AMF00124426 |
| 1L0011 | ROGER LEFFT | MADTBB01990446; MADTBB01990447; MADTBB01990448-MADTBB01990449; MADTBB01990452 |
| 1L0019 | NOEL LEVINE TROONE MANAGEMENT INC | AMF00124414 |
| 1L0024 | FRANCIS N LEVY C/O KONIGSBERG WOLF & CO PC ATTN: PAUL KONIGSBERG | AMF00124659; AMF00124660-AMF00124662; AMF00124712 |
| 1L0026 | JEANNE LEVY-CHURCH C/O PAUL KONIGSBERG | AMF00124779; AMF00124780-AMF00124783; AMF00124892 |
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | AMF00125075; AMF00310498 |
| 1L0033 | JACOB AKA JACK LIEBLEIN &BELLE LIEBLEIN TRUSTORS &/OR TSTEES THE LIEBLEIN FAM TR DTD 4/1/90 | MADTBB01990558; MADTBB01990559; MADTBB01990560-MADTBB01990564; MADTBB01990565 |
| 1L0041 | ANNE LOKIEC & JACK LOKIEC J/T WROS | MADTBB01990605; MADTBB01990606; MADTBB01990607-MADTBB01990609; MADTBB01990610 |

**Exhibit 3 - BLMIS Direct PW Accounts with "Send" Instructions Only**

| 1<br>BLMIS Account No. | 2<br>BLMIS Account Name | 3<br>Bates Range |
|---|---|---|
| 1L0043 | MURRAY GOLD AS TRUSTEE FOR LILLIAN LOVETT | MADTBB01990627-MADTBB01990628; MADTBB01990629; MADTBB01990630; MADTBB01990626 |
| 1L0044 | MORRIS LOVINGER OR MARYEN LOVINGER ZISKIN | MADTBB01990611; MADTBB01990612; MADTBB01990613-MADTBB01990614; MADTBB01990615 |
| 1L0045 | CAREN LOW | MADTBB01990616; MADTBB01990617; MADTBB01990618-MADTBB01990619; MADTBB01990620 |
| 1L0046 | GARY LOW | MADTBB01990630; MADTBB01990631-MADTBB01990632; MADTBB01990633 |
| 1L0047 | ROBERT K LOW | MADTBB01990634; MADTBB01990635-MADTBB01990636; MADTBB01990637 |
| 1L0048 | WARREN LOW | MADTBB01990638; MADTBB01990639-MADTBB01990642; MADTBB01990643 |
| 1L0049 | AL LOWIT OR ANNA LOWIT JT WROS | MADTBB01990644; MADTBB01990645; MADTBB01990646-MADTBB01990648; MADTBB01990649 |
| 1L0050 | MARK LOWIT | MADTBB02412899; MADTBB02412902-MADTBB02412904 |
| 1L0053 | LUCKY COMPANY C/O HENDLER & GERSTEN LLC | AMF00125311; AMF00125312-AMF00125318; AMF00125494 |
| 1L0055 | ROBERT C LUKER FAMILY PARTNERSHIP | MADTBB01990661; MADTBB02412923-MADTBB02412926 |
| 1L0059 | RICHARD LURIA 1990 TRUST | MADTBB01990665; MADTBB01990574-MADTBB01990575 |
| 1L0061 | CAROL ANN LIEBERBAUM | MADTBB01990579; MADTBB01990627-MADTBB01990628 |
| 1L0069 | FRIEDA LOW | MADTBB01990629; MADTBB01990706-MADTBB01990708 |
| 1M0014 | ELIZABETH KLASKIN MAGSAMEN | AMF00296183; AMF00296184-AMF00296186; AMF00296209 |
| 1M0015 | ALBERT MALTZ PTR D/B/A ALFRED INVESTMENT J/V C/O ALBERT L MALTZ | AMF00296210; AMF00296211-AMF00296213; AMF00296240 |
| 1M0016 | ALBERT L MALTZ PC | AMF00296241; AMF00296242-AMF00296243; AMF00296262 |
| 1M0017 | ROSLYN MANDEL | MADTBB01990713; MADTBB01990726-MADTBB01990728 |
| 1M0020 | LILIAN K MARCUS | MADTBB01990729; AMF00296429 |
| 1M0027 | RONA MAST & JEFF MAST J/T WROS | MADTBB01990759; MADTBB01990788-MADTBB01990790 |
| 1M0031 | MICHAEL MATHIAS & STACEY MATHIAS J/T WROS | MADTBB01990814-MADTBB01990816 |
| 1M0032 | ALLEN MEISELS GARDEN STATE BUSINESS MACHINES | MADTBB01990864; MADTBB01990870 |
| 1M0034 | ERIC J METZGER TRUSTEE OF THE ERIC J METZGER LIVING TRUST | MADTBB01990871; MADTBB01990732-MADTBB01990733 |
| 1M0035 | FRANCES W MARKS | MADTBB01990742; MADTBB01990874-MADTBB01990875 |
| 1M0039 | HOWARD M MILLER | MADTBB01990886; AMF00296946 |
| 1M0047 | GIGI FAMILY LTD PARTNERSHIP | AMF00300514; AMF00300515 |
| 1M0050 | ALAN R MOSKIN | MADTBB01990912; MADTBB01990825-MADTBB01990826 |
| 1M0054 | SUZANNE R MAY TRUSTEE FBO SUZANNE R MAY TST | MADTBB01990827; MADTBB02413304-MADTBB02413305 |
| 1M0055 | MARC WILLIAM MANDELBAUM DANA LYNN MANDELBAUM J/T WROS | MADTBB02413322; MADTBB01990915-MADTBB01990917 |
| 1P0007 | KAZA PASERMAN AND ASCHER PASERMAN J/T WROS | MADTBB01990966; AMF00134242 |
| 1P0008 | ROSALYN PATT REDACTED | AMF00134243; AMF00134573 |
| 1P0011 | BOBBIE ANN PEPITONE | MADTBB02413435 |
| 1P0032 | JOYCE PRIGERSON | MADTBB01991003; MADTBB01991005 |
| 1P0034 | CARL PUCHALL | MADTBB01991006; MADTBB01991009-MADTBB01991010 |
| 1P0035 | HENRY PUCHALL | MADTBB01991011; MADTBB01991014-MADTBB01991015 |
| 1P0036 | RITA PUCHALL | MADTBB01991016; MADTBB01990989 |
| 1R0001 | EMANUEL RACKMAN | AMF00139056; AMF00139072 |
| 1R0002 | ESTATE OF RUTH RACKMAN C/O SQUADRON ELLENOFF PLESENT & SHEINFELD ATTN: J RACKMAN | AMF00139073; MADTBB01990964-MADTBB01990965 |
| 1R0011 | ALBERT REAVEN | MADTBB01991040 |
| 1R0026 | BETTINA REIBMAN | MADTBB02413676; MADTBB01991079 |
| 1R0033 | MAX ROSE & LEE ROSE J/T WROS | MADTBB01991094; MADTBB01991097 |
| 1R0036 | SYLVIA ROSENBLATT | MADTBB01991102; MADTBB01991127-MADTBB01991129 |
| 1R0039 | MRS SELMA SEIDENBERG ROSOFF | MADTBB01991112-MADTBB01991116 |
| 1R0040 | INA M ROSS | MADTBB01991130; MADTBB01991139-MADTBB01991140 |
| 1R0044 | BARBARA ROTH & MARK ROTH J/T WROS | MADTBB01991136; MADTBB01991166-MADTBB01991168 |
| 1R0049 | IAN ROTH & BRYANT ROTH TIC | MADTBB01991169; MADTBB01991190-MADTBB01991191 |
| 1R0053 | LAWRENCE ROTH & JEANNETTE ROTH TIC | MADTBB01991192; MADTBB01991101 |
| 1R0059 | NEIL ROTH | MADTBB01991102; AMF00140109 |
| 1R0064 | JUDITH ROTHENBERG | MADTBB01991205 |
| 1R0065 | PETER ROTHENBERG & TAMAR ROTHENBERG J/T WROS | MADTBB01991211; MADTBB02413775 |
| 1RU001 | DIEGO J BONGIORNO | MADTBB01988600; MADTBB01989089-MADTBB01989090 |
| 1RU002 | HARRY DEINHARDT & ELEANOR M DEINHARDT J/T WROS | MADTBB01989091; MADTBB01990829-MADTBB01990830 |
| 1RU011 | LOUIS C ESPOSITO OR VICTORIA ESPOSITO W/R/O/S | MADTBB02413891-MADTBB02413892 |
| 1RU012 | JACOB MAYA & JANSE MAYA J/T WROS | MADTBB01990831; MADTBB02413903-MADTBB02413904 |
| 1RU013 | MAX BLINKOFF & PHILLIS BLINKOFF J/T WROS | MADTBB02413916; AMF00234884 |
| 1RU014 | LETTERIO R BONGIORNO OR RUDY BONGIORNO | MADTBB02413918-MADTBB02413919 |
| 1RU015 | NICHOLAS FUSCO OR ANTHONY FUSCO J/T WROS | AMF00234885-AMF00234886; MADTBB02413931-MADTBB02413932 |
| 1RU019 | STEVEN MIRRIONE & KIM MIRRIONE J/T WROS | MADTBB02413943; AMF00234968 |
| 1RU020 | REINA HAFT OR ANITA MAYA | MADTBB01989839-MADTBB01989840 |
| 1RU022 | ROBERT STABAK | MADTBB02413945-MADTBB02413946 |
| 1RU023 | SUSAN ARGESE | AMF00234924; AMF00234925-AMF00234927; AMF00234967 |
| 1RU024 | DOMINICK MONTI OR ANNA MONTI J/T WROS | AMF00234969-AMF00234970; AMF00234991 |
| 1RU025 | ANN CASALOTTI AND MICHAEL CASALOTTI J/T WROS | AMF00234992-AMF00234993; AMF00235007 |
| 1RU026 | MARIO RAMPANELLI & ROSE RAMPANELLI J/T WROS | AMF00235008-AMF00235009; MADTBB01990955-MADTBB01990956 |
| 1RU029 | NANCY MONTI & KELLIE ANN MAC DOUGALL J/T WROS | AMF00235072; AMF00235073-AMF00235075; AMF00235112 |
| 1RU030 | ISAAC MAYA & RHONDA MAYA J/T WROS | AMF00235114-AMF00235115; AMF00235167-AMF00235168 |
| 1RU032 | MAX BLINKOFF | AMF00235169-AMF00235170; MADTBB01991246 |

**Exhibit 3 - BLMIS Direct PW Accounts with "Send" Instructions Only**

| 1 | 2 | 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Bates Range** |
| 1S0002 | S J K INVESTORS INC | MADTBB01991318-MADTBB01991320 |
| 1S0013 | IRWIN SALBE ARLINE SALBE & HARRIET DUNAYER TIC | MADTBB01991266-MADTBB01991268 |
| 1S0017 | PATTY SAMUELS | MADTBB02414048; MADTBB01991294 |
| 1S0021 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST | MADTBB01991295; MADTBB01991328 |
| 1S0039 | ELAINE C SCHLESSBERG | MADTBB01991332 |
| 1S0040 | NORMAN SCHLESSBERG | MADTBB01991338; AMF00203415-AMF00203416 |
| 1S0041 | ARTHUR I SCHLICHTER | MADTBB02414145-MADTBB02414147 |
| 1S0043 | ANN L SCHNEIDER | MADTBB01991341 |
| 1S0047 | HELEN SCHWAMM REVOCABLE TRUST 1993 C/O HAMPSHIRE HOUSE | MADTBB01991363; MADTBB01991314 |
| 1S0048 | BARRY A SCHWARTZ | MADTBB01991315; MADTBB01991391 |
| 1S0057 | CYNTHIA S SEGAL | MADTBB01781992-MADTBB01781993 |
| 1S0058 | DAVID F SEGAL | MADTBB01782003; MADTBB01782005 |
| 1S0062 | DEBORAH SHAPIRO #2 | MADTBB01782057; MADTBB01782021 |
| 1S0063 | ADELE SHAPIRO | MADTBB01782023; MADTBB01782028 |
| 1S0064 | DAVID SHAPIRO | MADTBB01782025 |
| 1S0065 | DAVID SHAPIRO NOMINEE | MADTBB01782030; MADTBB01782032 |
| 1S0066 | DAVID SHAPIRO NOMINEE #2 | MADTBB01782034; MADTBB01782036 |
| 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 | MADTBB01782038; MADTBB01782051 |
| 1S0068 | DEBORAH SHAPIRO | MADTBB01782053; MADTBB01782059 |
| 1S0070 | NORMA SHAPIRO  REDACTED | MADTBB01782384 |
| 1S0072 | PHILIP L SHAPIRO  REDACTED | MADTBB01782377 |
| 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION | AMF00203685-AMF00203687 |
| 1S0076 | DORIS SHOR #2 | MADTBB01955120 |
| 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST | AMF00203726-AMF00203728; AMF00203771 |
| 1S0083 | DAVID SILVER #2 C/O REGENCY BEDSPREAD CORP | MADTBB01782310 |
| 1S0084 | GABRIELLE SILVER | AMF00203839-AMF00203884; MADTBB02414241 |
| 1S0086 | LINDA SILVER | MADTBB01782303 |
| 1S0090 | SYLVIA M SIMON | MADTBB01782283 |
| 1S0091 | DAVID SIMONDS | MADTBB01782281; MADTBB01782290 |
| 1S0092 | EDWARD L SIMONDS TTEE EDWARD L SIMONDS LIVING TST 7/27/00 | MADTBB01782292; MADTBB01782275 |
| 1S0093 | EDWARD L SIMONDS TRUSTEE F/B/O BROOKE SIMONDS U/W ROBERT SIMONDS | MADTBB01782277; MADTBB02414258-MADTBB02414260 |
| 1S0094 | FLORENCE S SIMONDS | MADTBB02414270; MADTBB02414273-MADTBB02414274 |
| 1S0095 | TRUST UNDER WILL OF IRA A SIMONDS | MADTBB02414300; MADTBB01782286 |
| 1S0096 | LAWRENCE SIMONDS | MADTBB01782288; MADTBB01782267 |
| 1S0098 | MICHAEL SIMONDS | MADTBB02414303 |
| 1S0099 | SALLY K SIMONDS | MADTBB01782269; MADTBB01782263 |
| 1S0100 | SIMTRON INDUSTRIES INC | MADTBB01782265; MADTBB02414310-MADTBB02414332 |
| 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 | MADTBB01782215; MADTBB01782205 |
| 1S0117 | LAURA ANN SMITH | MADTBB01782207; MADTBB02414429-MADTBB02414433 |
| 1S0120 | ROBERT W SMITH | MADTBB01782198; MADTBB01782144 |
| 1S0124 | MRS SHIRLEY SOLOMON | MADTBB01782119-MADTBB01782122 |
| 1S0127 | HERMAN SONDOV | MADTBB01782112; AMF00310947-AMF00310948 |
| 1S0143 | ERWIN STARR TRUST THE TOWERS APT E 1101 | MADTBB02414508-MADTBB02414511 |
| 1S0149 | EUGENE STERN & ARLENE STERN J/T WROS | MADTBB01782087; MADTBB01782075 |
| 1S0150 | SADIE STERN AND FLORENCE BRINLING AND MARION ELLIS J/T | MADTBB01953501 |
| 1S0151 | SIDNEY STERN HOWARD STERN, JAY STERN TIC | MADTBB01782079-MADTBB01782081 |
| 1S0152 | H & D STETTNER TRUST FUND C #6909901 CHEMICAL BANK-PETER MC SPARRAN | MADTBB02414544; MADTBB02414546; MADTBB02414585 |
| 1S0153 | HELEN STOLLER | MADTBB01782077; MADTBB01782072 |
| 1S0154 | JANE E STOLLER REDACTED | MADTBB01782073; MADTBB01991348 |
| 1S0162 | RHEA SONDOV | MADTBB01782107; MADTBB01782373-MADTBB01782374; MADTBB01782375 |
| 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | MADTBB01991354; MADTBB01782343 |
| 1S0178 | CRAIG STADELMAN & ALAINE STADELMAN J/T WROS | MADTBB01782091; MADTBB02414643 |
| 1S0190 | ESTATE OF FLORENCE S SIMONDS LAWRENCE SIMONDS EXECUTOR | MADTBB02414653; MADTBB02414655 |
| 1S0191 | CHARLOTTE SCHEER & PATRICIA T MYATT TRUSTEES OF CHARLOTTE SCHEER REV TST | MADTBB02414695; MADTBB01988388-MADTBB01988392 |
| 1SH011 | M/A/S CAPITAL CORP C/O ROBERT M JAFFE | AMF00236353-AMF00236354; AMF00236355-AMF00236356; AMF00236485 |
| 1T0009 | ROSE TENENBAUM | MADTBB01782387 |
| 1U0003 | ELEANORE C UNFLAT OR MAGNUS A UNFLAT CO-TRUSTEES OF THE ELEANOR C UNFLAT | MADTBB01782427; MADTBB01782434 |
| 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | MADTBB01782436; MADTBB01782446-MADTBB01782447 |
| 1U0006 | MAGNUS A UNFLAT & ELEANOR C UNFLAT J/T WROS | MADTBB02415338 |
| 1V0001 | HARVEY VAN LANEN TRUST | MADTBB01782449; MADTBB01782457-MADTBB01782458 |
| 1V0003 | JANICE VAN LANEN TRUST DATED 4/18/88 | MADTBB01782460; MADTBB01782490-MADTBB01782491 |
| 1W0005 | LUBIE WAX TRUST ALLAN R HURWITZ OR BARBARA J HURWITZ TRUSTEES | MADTBB01782495; MADTBB02415146-MADTBB02415147 |
| 1W0009 | ESTATE OF MILTON WEINSTEIN MR STANLEY N QUELER ESQ SUITE 112E | MADTBB02415156; MADTBB01782523 |
| 1W0011 | PAULINE WERBIN | MADTBB01782529; AMF00228672-AMF00228674 |
| 1W0014 | CECILE WESTPHAL | AMF00228692; AMF00228769-AMF00228770 |
| 1W0026 | ADELE WINTERS | MADTBB01782573; MADTBB01782575-MADTBB01782576 |

**Exhibit 3 - BLMIS Direct PW Accounts with "Send" Instructions Only**

| 1 | 2 | 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Bates Range** |
| 1W0030 | MAX WINTERS | MADTBB02415203; AMF00228839 |
| 1W0033 | LINDA WOLF | MADTBB01782594; MADTBB02415205 |
| 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID WEINGARTEN | MADTBB01782521; MADTBB01782612 |
| 1Y0002 | STEVEN YAVERS | MADTBB01782614; MADTBB01782616-MADTBB01782617 |
| 1Y0003 | ROSE YEOMAN REV LIVING TST | MADTBB01782619; MADTBB01782625 |
| 1Z0001 | HAROLD L ZANKEL | MADTBB01782627; MADTBB01782641-MADTBB01782642 |
| 1Z0003 | ESTATE OF BARUCH ZEGER C/O HENRY M MATRI COLE SCHOTZ BERNSTEIN | AMF00233505 |
| 1Z0006 | SAM ZEMSKY | MADTBB01782646; MADTBB01782648-MADTBB01782649 |
| 1Z0007 | SHIRLEY ZEMSKY | MADTBB01782650-MADTBB01782651; MADTBB01782655 |
| 1ZA447 | ADELE SILVERMAN REV TRUST WILLIAM SILVERMAN REV TST TIC | AMF00047757; AMF00019842-AMF00019843 |
| 1ZA822 | HMC ASSOCIATES C/O HAROLD J COHEN | AMF00019867; MADTBB02389084-MADTBB02389085 |
| G00301 | CANDAR PUBLISHING CORP DEFINED BENEFIT PLAN & TRUST | MADTBB01953632-MADTBB01953633 |
| G01915 | ARTHUR I SCHLICHTER & TERRY SCHLICHTER | MADTBB01955259-MADTBB01955262 |
| H00328 | ANNE COMORA | MADTBB01953648 |
| H01923 | FELDER MANAGEMENT ASSOC. ROOM 808 C/O W FELDER | MADTBB01953014-MADTBB01953019 |
| H01939 | ESTATE OF ROSE SHAPIRO C/O GUARANTY INVESTMENT CORP | MADTBB01953082-MADTBB01953086 |
| H01966 | MICHAEL G WOLFSON TRUSTEE U/W/O MILDRED SCHLESSBERG | MADTBB01953056-MADTBB01953068 |
| H01974 | SUPERIOR EQUITIES C/O WILLIAM FELDER | MADTBB01953040-MADTBB01953047 |
| H01976 | BEULAH C STANLEY | MADTBB01953120-MADTBB01953124 |