**Exhibit 4 - BLMIS Direct PW Accounts with "Reinvest" Instructions Only**

| 1 | 2 | 3 |
|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Bates Range |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | MADTBB02389084-MADTBB02389085 |
| 100124 | AVELLINO & ALPERN | MADTBB01953203; MADTBB01954104-MADTBB01954108 |
| 100127 | AVELLINO GROUP C/O FRANK AVELLINO | MADTBB01954114; MADTBB01953303-MADTBB01953306 |
| 100142 | ALEXANDER ABRAHAM C/O SHEARSON LEHMAN HUTTON | MADTBB01953174 |
| 100202 | RICHARD S BEASER | MADTBB01953240 |
| 100608 | JOAN L FISHER SPECIAL | MADTBB01954062 |
| 100709 | ESTATE OF CAROLINE GETTINGER C/O ROBERT GETTINGER | MADTBB01954007-MADTBB01954009 |
| 100813 | IRWIN K HOROWITZ | MADTBB01954276; MADTBB01954256 |
| 101232 | ALVORD N LURIA | MADTBB01954505-MADTBB01954509 |
| 101244 | ESTATE ALVORD N LURIA C/O GLADYS LURIA | MADTBB01954505-MADTBB01954509 |
| 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS | MADTBB01955238-MADTBB01955239 |
| 102010 | TOP LINE TEXTILES INC | MADTBB01955265-MADTBB01955267 |
| 102611 | REBECCA ZAID C/O TAVLIN | MADTBB01896288-MADTBB01896289 |
| 103015 | JENNIFER SEGAL | MADTBB01953104-MADTBB01953108 |
| 103029 | ADAM, LESLIE & DAVID SHAPIRO RENEE SHAPIRO CUSTODIAN | MADTBB01953074-MADTBB01953080 |
| 103031 | SELMA SHAPIRO | MADTBB01953093-MADTBB01953097 |
| 103052 | CAROLYN TRUST OF FLORIDA INC C/O LILYAN BERKOWITZ | MADTBB01953964-MADTBB01953965; MADTBB01988102-MADTBB01988108 |
| 105101 | BANQUE PALLAS FRANCE ATTN PATRICK LITTAYE | MADTBB01953495-MADTBB01953497 |
| 10200210 | TEMPLE INVESTMENT CORP | MADTBB01896186 |
| 1A0014 | ALAN JAY ALPERN C/O MURRAY ALPERN | MADTBB01988142; MADTBB01988145 |
| 1A0026 | SARA ALPERN AS TRUSTEE UNDER AGREEMENT DATED 5/18/89 | AMF00144223-AMF00144228; MADTBB03079123-MADTBB03079124 |
| 1A0044 | PATRICE M AULD | AMF00144639 |
| 1A0048 | AVELLINO & BIENES #2 C/O FRANK AVELLINO | AMF00309457-AMF00309466; AMF00309467-AMF00309473 |
| 1A0049 | AVELLINO & BIENES #3 C/O FRANK AVELLINO | AMF00309474-AMF00309483; AMF00147203 |
| 1A0050 | AVELLINO & BIENES #4 C/O FRANK AVELLINO | AMF00309484-AMF00309485; AMF00309486-AMF00309490; AMF00309491-AMF00309500 |
| 1A0103 | THE SARA ALPERN FAMILY TRUST U/A DTD 5/18/89 AS AMENDED JOAN ROMAN & RUTH MADOFF TTEES | AMF00147204-AMF00147205; AMF00147224 |
| 1B0030 | ESTATE OF HENRY BLUM | MADTBB03076705-MADTBB03076723; MADTBB01988456 |
| 1B0051 | BERNARD L MADOFF SPECIAL 1 | AMF00309609-AMF00309610 |
| 1B0071 | DEBRA BROWN | MADTBB01988793; MADTBB01988764-MADTBB01988765 |
| 1B0073 | ELBERT R BROWN TRUSTEE U/T/D 12/29/88 | AMF00150208-AMF00150210; MADTBB01988796-MADTBB01988797 |
| 1B0082 | AMY JOEL | AMF00150911; AMF00151106 |
| 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND | MADTBB03077317-MADTBB03077318; MADTBB02387496-MADTBB02387498 |
| 1C0006 | BERNARD L MADOFF C & M TRADING #6 | MADTBB02387281-MADTBB02387282 |
| 1C0007 | BERNARD L MADOFF C & M TRADING #7 | MADTBB02387669; MADTBB01988833 |
| 1C1007 | RICHARD CARROLL | MADTBB01988848; MADTBB01988861-MADTBB01988865 |
| 1C1026 | EMILY CHAIS 1983 TRUST AL ANGEL & MARK CHAIS TRUSTEE 4 ROCKY WAY | AMF00161699; MADTBB03077321-MADTBB03077324 |
| 1C1033 | MARK HUGH CHAIS 1983 TRUST AL ANGEL & MARK CHAIS TRUSTEE 4 ROCKY WAY | AMF00161983; AMF00161984-AMF00161985; AMF00162022 |
| 1C1067 | COHMAD SECURITIES CORP | AMF00212570-AMF00212574; MADTBB01988926 |
| 1C1069 | MARILYN COHN | AMF00212600; AMF00212601-AMF00212603; AMF00212648 |
| 1C1094 | DONNA MARINCH | AMF00212731; MADTBB01988892 |
| 1D0001 | CORNERSTONE CAPITAL INC C/O DAVID PULVER | AMF00166217; AMF00166218; AMF00166312 |
| 1F0018 | IDA FISHMAN REVOCABLE TRUST DTD 10/27/05 C/O PAUL S SHURMAN | AMF00172229; AMF00172531-AMF00172534 |
| 1F0021 | MILES Q FITERMAN REVOCABLE TST MILES Q FITERMAN TRUSTEE | AMF00172790; MADTBB03078339-MADTBB03078342 |
| 1F0023 | STEVEN FITERMAN | MADTBB03078343-MADTBB03078358; MADTBB01989254-MADTBB01989255 |
| 1FN008 | BANQUE POUR L INDUSTRIE FRANCAISE 'L' ACCT ATTN: MRS SYLVIE DRINGENBERG | AMF00070125 |
| 1FN016 | EBRO N V C/O PIERSON TRUST FOURESS BLD EMMAPLEIN ST MAARTEN | MADTBB02389422 |
| 1G0001 | GHH ASSOCIATES ATTN: ALLEN R HURWITZ | MADTBB01989067-MADTBB01989071 |
| 1G0004 | ESTATE OF JOSEPH G GAUMONT | MADTBB03078843; MADTBB03078844; MADTBB03078845-MADTBB03078847; MADTBB03078848-MADTBB03078912 |
| 1G0024 | SCOTT GETTINGER CLARK GETTINGER ROBERT GETTINGER AS TRUSTEE | AMF00179923; AMF00179924-AMF00179926; AMF00180055 |
| 1G0031 | BARBARA GLADSTONE | MADTBB03078836 |
| 1G0060 | NAOMI GORDON | MADTBB01989713; MADTBB01989714; MADTBB01989715; MADTBB01989716 |
| 1H0006 | HADASSAH MEDICAL RELIEF ASSOCIATION INC | AMF00189433-AMF00189434; AMF00189772 |
| 1H0021 | ANDREW HELLER OR MARGARET HELLER J/T WROS | MADTBB01989893; MADTBB01989894; MADTBB01989895; MADTBB01989906 |
| 1H0023 | FREDERICK P HELLER | MADTBB01989934; MADTBB01989935; MADTBB01989936; MADTBB01989937 |
| 1H0038 | HI-WIDE LTD PROFIT SHARING PLAN | MADTBB03078992; MADTBB03078993; MADTBB03078994 |
| 1H0039 | DIANE HOCHMAN | MADTBB01989972 |
| 1H0049 | HUNTINGTON GASTROENTEROLOGY RETIREMENT TRUST FBO HOWARD L FRUCHT | MADTBB03079033; MADTBB03079034; MADTBB03079035-MADTBB03079047 |
| 1H0050 | HURWITZ GRANDCHILDREN TST #2-B FOR BRANDI M HURWITZ | MADTBB01989994; MADTBB01989995; MADTBB01989996; MADTBB01989998 |
| 1H0051 | HURWITZ GRANDCHILDREN TST #2-B FOR MICHAEL B HURWITZ | MADTBB01989999; MADTBB01990000; MADTBB01990001; MADTBB01990004 |
| 1J0001 | JA PRIMARY LTD PARTNERSHIP C/O DECISIONS INC | AMF00195659-AMF00195661; MADTBB02410977-MADTBB02410979 |
| 1J0007 | JJJ ENTERPRISES INC C/O PAUL KONIGSBERG | MADTBB02410999; MADTBB02411045-MADTBB02411047 |
| 1J0010 | ARTHUR J JACKS AND LINDY C JACKS J/T WROS | MADTBB01990046; MADTBB01990047; MADTBB01990048; MADTBB01990064 |
| 1J0011 | HELEN JAFFE | MADTBB01990065; MADTBB01990066; MADTBB01990067-MADTBB01990068; MADTBB01990069 |
| 1J0014 | MARTIN J JOEL JR | MADTBB02411048; AMF00195960 |
| 1K0003 | JEAN KAHN | AMF00198289; AMF00198290-AMF00198292; AMF00198349 |
| 1K0004 | RUTH KAHN | AMF00198351-AMF00198461; AMF00198778 |

**Exhibit 4 - BLMIS Direct PW Accounts with "Reinvest" Instructions Only**

| 1 | 2 | 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Bates Range** |
| 1K0014 | JORDON H KART TRUSTEE U/T/A DTD 1/26/94 | MADTBB01990121; MADTBB01990122; MADTBB01990123; MADTBB01990124 |
| 1K0058 | STEPHEN ROSS KONIGSBERG AND JEFFREY N KONIGSBERG PAUL KONIGSBERG A/C | MADTBB02412727 |
| 1K0068 | RUTH KUGEL | AMF00199000-AMF00199126; AMF00079530 |
| 1KW014 | IRIS J KATZ C/O STERLING EQUITIES | AMF00079302; AMF00079303-AMF00079305; AMF00079365 |
| 1KW024 | SAUL B KATZ | AMF00079531-AMF00079532; MADTBB02411261 |
| 1KW026 | SAUL B KATZ AND HEATHER KATZ TIC | MADTBB02411262-MADTBB02411263; MADTBB02411275-MADTBB02411276 |
| 1KW028 | SAUL B KATZ AND IRIS J KATZ JT WROS | MADTBB02411277-MADTBB02411281; MADTBB02411294-MADTBB02411295 |
| 1KW029 | SAUL B KATZ & IRIS J KATZ & SAUL B KATZ FDN TIC | MADTBB02411296-MADTBB02411297; AMF00080159 |
| 1KW034 | SAUL B KATZ AND FRED WILPON T I C | MADTBB02411451; MADTBB02411452-MADTBB02411454; MADTBB02411467 |
| 1KW035 | SAUL B KATZ AND JUDITH WILPON T I C | MADTBB02411468; MADTBB02411469-MADTBB02411471; MADTBB02411483 |
| 1KW036 | SAUL B KATZ & RICHARD A WILPON TIC | MADTBB02411484; MADTBB02411485-MADTBB02411487; MADTBB02411501 |
| 1KW067 | FRED WILPON | AMF00080160-AMF00080161; AMF00124117 |
| 1KW068 | FRED WILPON AND IRIS J KATZ TIC | MADTBB02411834-MADTBB02411835; MADTBB02411836-MADTBB02411838; MADTBB02411852 |
| 1KW078 | JUDITH A WILPON AND IRIS J KATZ TIC | MADTBB02412065-MADTBB02412066; MADTBB02412067-MADTBB02412069; MADTBB02412070-MADTBB02412082 |
| 1L0037 | BERNARD L MADOFF SPECIAL 5 | AMF00310499; MADTBB02412886-MADTBB02412888 |
| 1L0054 | LUCKY COMPANY #2 C/O MORTY WOLOSOFF | MADTBB02412920; MADTBB01990655-MADTBB01990660 |
| 1M0002 | JOHN MACCABEE & SHERRY MORSE MACCABEE LIVING TRUST DATED 1/24/97 | AMF00296109; AMF00296110-AMF00296111; AMF00296179 |
| 1M0024 | JAMES P MARDEN | AMF00296430-AMF00296435; MADTBB01990745-MADTBB01990749 |
| 1M0046 | THE RETIREMENT INCOME PLAN FOR EMPLOYEES OF MONROE SYSTEMS FOR BUSINESS INC | AMF00297261; AMF00297262-AMF00297264; AMF00297358 |
| 1P0021 | JEFFRY M PICOWER | AMF00134574-AMF00134575; AMF00134872 |
| 1P0028 | JUDITH PISETZNER | AMF00134873; MADTBB01991002 |
| 1R0005 | LOUIS RADOSH & ESTHER RADOSH REVOCABLE TRUST B | MADTBB02413627; MADTBB01991043-MADTBB01991044 |
| 1R0041 | AMY ROTH | AMF00139596; AMF00139597-AMF00139600; AMF00139651 |
| 1R0045 | BENMAR FAMILY LP C/O BENJAMIN ROTH | AMF00139652; AMF00139653-AMF00139657; AMF00139695 |
| 1R0050 | JONATHAN ROTH | AMF00139836 |
| 1R0055 | BENMAR FAMILY LP C/O BENJAMIN ROTH 1225 | AMF00239968; AMF00139930-AMF00139931; AMF00139932-AMF00139934 |
| 1R0063 | RICHARD G ROTH | AMF00140110-AMF00140112; MADTBB01991208-MADTBB01991210 |
| 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE | AMF00203105 |
| 1S0024 | S ALAN SANDLER SANDY M SANDLER AND LORI B SANDLER | MADTBB02414051 |
| 1S0029 | RICHARD S SCHAFLER C/O CORTEC GROUP STANLEY BARON | MADTBB02414113-MADTBB02414114 |
| 1S0103 | 61 ASSOCIATES #10 ATTN BILL RITZEL | MADTBB02414333; MADTBB01782244 |
| 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE | MADTBB01782242; MADTBB01782209-MADTBB01782213 |
| 1S0118 | PETER H SMITH & EDWARD I SPEER A/T TRUST U/A 3/9/72 | MADTBB02414434; MADTBB01782167 |
| 1S0147 | LILLIAN B STEINBERG | AMF00204637-AMF00204641 |
| 1S0148 | LILLIAN STEINBERG & HOWARD SQUADRON AS TRUSTEES U/W MARTIN STEINBERG | MADTBB01991381; MADTBB01782085 |
| 1SH003 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | AMF00235929 |
| 1SH006 | MICHAEL S JAFFE 1989 TRUST U/D/T DTD 8/24/89 AS AMENDED | AMF00236062 |
| 1SH007 | MICHAEL S JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | AMF00236146 |
| 1SH009 | STEVEN C JAFFE 1989 TRUST U/D/T DTD 8/24/89 AS AMENDED | AMF00236217 |
| 1SH010 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | AMF00236294 |
| 1SH016 | JENNIFER SEGAL HERMAN 1985 TRUST DATED 4/16/85 | AMF00236706 |
| 1SH017 | JENNIFER SEGAL HERMAN TRUST U/D/T DTD 5/1/67 AS AMENDED | AMF00236762 |
| 1SH018 | JONATHAN M SEGAL 1989 TRUST U/D/T DTD 3/9/89 AS AMENDED T SEGAL TSTEE | AMF00236820 |
| 1SH019 | JONATHAN M SEGAL TRUST U/D/T DTD 12/1/70 AS AMENDED | AMF00236875 |
| 1SH021 | THOMAS H SEGAL 1994 TRUST SPECIAL | AMF00237026-AMF00237028; MADTBB01782067-MADTBB01782068 |
| 1SH022 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO | AMF00237087 |
| 1SH025 | CARL SHAPIRO & RUTH SHAPIRO FAMILY FOUNDATION | AMF00237228 |
| 1SH031 | LINDA SHAPIRO FAMILY TRUST DATED 12/08/76 LINDA WAINTRUP TRUSTEE | AMF00237504 |
| 1SH034 | KIMBERLY L STRAUSS 1988 TRUST LINDA WAINTRUP TRUSTEE | AMF00237659 |
| 1SH035 | KIMBERLY STRAUSS 2006 IRREVOCABLE TRUST | AMF00237717 |
| 1SH039 | SAMANTHA L STRAUSS 1985 TRUST LINDA WAINTRUP TRUSTEE | AMF00237882-AMF00237887 |
| 1SH040 | SAMANTHA L STRAUSS 2003 IRREVOCABLE TRUST | AMF00237933-AMF00237938 |
| 1SH080 | ANDREW JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | MADTBB02414964-MADTBB02414965; MADTBB02414968; MADTBB02414969 |
| 1SH082 | MICHAEL JAFFE TRUST UDT DTD 9/25/71 AS AMENDED | MADTBB02414979; MADTBB02414981 |
| 1SH083 | STEVEN C JAFFE TRUST UDT DTD 9/25/71 AS AMENDED | MADTBB02414982; MADTBB02414984 |
| 1SH084 | JENNIFER M SEGAL TRUST UDT DATED 5/1/67 AS AMENDED | MADTBB02414985; MADTBB02414987-MADTBB02414988 |
| 1SH085 | JONATHAN M SEGAL TRUST UDT DATED 12/1/70 AS AMENDED | MADTBB02414989; MADTBB02414991 |
| 1SH139 | L SHAPIRO FAMILY TRUST LINDA WAINTRUP TRUSTEE | AMF00238997; AMF00238998-AMF00238999; AMF00239036 |
| 1SH140 | JONATHAN M SEGAL 1989 TRUST T SEGAL TTEE U/D/T DTD 3/9/89 AS AMENDED | AMF00239037; AMF00239038-AMF00239039; AMF00239040-AMF00239064 |
| 1SH141 | MICHEAL JAFFE 1989 TRUST U/D/T DTD 8/24/89 AS AMENDED | AMF00239066-AMF00239067; AMF00239087 |
| 1SH142 | STEVEN C JAFFE 1989 TRUST | AMF00239088-AMF00239089; AMF00239259 |
| 1SH160 | ANDREW JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | AMF00239331-AMF00239332; AMF00239353 |
| 1SH161 | MICHEAL S JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | AMF00239354-AMF00239355; AMF00239376 |
| 1SH162 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | AMF00239377-AMF00239378; AMF00239438-AMF00239439 |
| 1SH163 | JENNIFER SEGAL HERMAN 1985 TRUST DATED 4/16/85 | AMF00239403; AMF00239404-AMF00239405; AMF00239406-AMF00239436 |
| 1SH164 | JENNIFER SEGAL HERMAN TRUST U/D/T DATED 5/1/67 AMENDED | AMF00239465; AMF00239466 |

**Exhibit 4 - BLMIS Direct PW Accounts with "Reinvest" Instructions Only**

| 1 | 2 | 3 |
|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Bates Range |
| 1SH165 | JONATHAN M SEGAL TRUST U/D/T DTD 12/1/70 AS AMENDED | AMF00239467-AMF00239468; AMF00239932 |
| 1SH173 | ANDREW N JAFFE TRUST U/D/T DTD 5/12/75 AS AMENDED | AMF00239892 |
| 1SH176 | JENNIFER SEGAL HERMAN TRUST U/D/T DTD 5/1/67 AS AMENDED | AMF00239952 |
| 1SH177 | JONATHAN M SEGAL TRUST U/D/T/ DTD 12/1/70 | AMF00239968 |
| 1SH178 | LINDA SHAPIRO FAMILY TRUST DATED 12/08/76 LINDA WAINTRUP TRUSTEE | AMF00239983 |
| 1SH180 | MICHAEL S JAFFE TRUST U/D/T/ 9/25/71 AS AMENDED | AMF00240013 |
| 1SH181 | SHAPIRO FAMILY LTD PARTNERSHIP C/O RUTH SHAPIRO | AMF00240028 |
| 1SH184 | STEVEN C JAFFE TRUST U/D/T DTD 9/25/71 AS AMENDED | AMF00240063 |
| 1T0016 | TRANSDUCTIONS INC C/O ARAKAWA AND MADELINE GINS | MADTBB02415094-MADTBB02415099; MADTBB01782393-MADTBB01782395 |
| 1T0024 | MICHAEL TROKEL GARDEN STATE BUSINESS MACHINES | MADTBB03078519-MADTBB03078535; MADTBB02415245 |
| 1W0023 | SONDRA M WIENER REVOCABLE LIVING TRUST | AMF00228838; MADTBB01782570-MADTBB01782571 |
| 1Z0002 | BARRY FREDERICK ZEGER | AMF00233435-AMF00233437 |
| 1Z0004 | GEOFFREY CRAIG ZEGER | MADTBB01782629-MADTBB01782631 |
| H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS | MADTBB01953055 |