**Exhibit 5 - BLMIS Direct PW Accounts with "Send" and "Reinvest" Instructions**

| 1 | 2 | 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Bates Range** |
| 100132 | AARON ALBERT AND DAVID ALBERT | MADTBB01953205 |
| 100238 | BARLAN CONSTRUCTION CO INC | MADTBB01953646; MADTBB01953279-MADTBB01953281 |
| 100324 | SOL CHALEK | MADTBB01953589-MADTBB01953590 |
| 100374 | SICO ENTERPRISES INC | MADTBB01953912; MADTBB01955365-MADTBB01955366 |
| 100818 | TESSIE A HURWITZ | MADTBB01954264; MADTBB01954383-MADTBB01954385 |
| 101120 | GLORIA KONIGSBERG I/T/F STEPHEN R KONIGSBERG AND JEFFREY N KONIGSBERG | MADTBB01954130 |
| 101143 | EVELYN KAYE TRUST | MADTBB01954422-MADTBB01954423; MADTBB01954475-MADTBB01954477 |
| 101236 | RICHARD LURIA SPECIAL | MADTBB01954499 |
| 101253 | LEVY FASHION CENTER ASSOC C/O NORMAN LEVY CROSS & BROWN COMPANY | AMF00126268; MADTBB01954691 |
| 101309 | SYLVIA L MAY | MADTBB01954641 |
| 101310 | MEBAR REALTY INC PROFIT SHARING PLAN & TRUST C/O B ROTH | MADTBB01954635 |
| 101613 | PUBLISHERS MANAGEMENT EMPL PROFIT SHARING TST #2 C/O RUTH BRILL | MADTBB01954572 |
| 101733 | SICO FOODS LIMITED | MADTBB01954560; MADTBB01954892-MADTBB01954893 |
| 101803 | LOUIS RADOSH & ESTHER RADOSH REVOCABLE TRUST A | MADTBB01954921; MADTBB01954932 |
| 101826 | ESTATE OF CELIA RUMIANEK | MADTBB01954941-MADTBB01954942 |
| 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT | MADTBB01954929; MADTBB01955200 |
| 101904 | MAURICE SAGE TRUST | MADTBB01955290 |
| 101920 | ESTATE OF REBECCA SCHRENELL | MADTBB01955202-MADTBB01955203; MADTBB01955108-MADTBB01955110 |
| 101924 | LAURI SCHWARTZ & MARGARET SCHWARTZ ROBERTA A SCHWARTZ A/C | MADTBB01955176 |
| 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST | MADTBB01955064; MADTBB01955402-MADTBB01955404 |
| 102304 | RENEE WEINSTEIN | MADTBB01955440 |
| 103053 | HAROLD S MILLER TRUST DTD 12/4/64 AS AMEND 12/26/85 | MADTBB01954600-MADTBB01954602 |
| 10010312 | HENRIETTA ALBERT AND/OR HARRY P ALBERT | MADTBB01988116; MADTBB01989139 |
| 1E0104 | KATINA EKSTROM C/O RICHARD M EKSTROM | AMF00169597 |
| 1E0109 | CHARLES ELLERIN TRUSTEE U/D/T DTD 8/30/94 F/B/O CHARLES ELLERIN ET AL | AMF00169752; MADTBB01989171 |
| 1E0110 | MARION ELLIS THE ELLIS FAMILY ACCT | MADTBB02389649-MADTBB02389650 |
| 1E0111 | BARBARA ENGEL | MADTBB01989187; MADTBB01989207-MADTBB01989208 |
| 1E0120 | EVANS INVESTMENT CLUB | MADTBB01989209; MADTBB01989145 |
| 1A0004 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST C/O NEIL FRIEDMAN | MADTBB01988079; AMF00144005-AMF00144007 |
| 1A0006 | THE ADELSTEIN FAMILY TRUST | AMF00144045; MADTBB01988082 |
| 1A0008 | DOMINICK ALBANESE TRUST ACCT B | MADTBB01988083; MADTBB01988102-MADTBB01988108 |
| 1A0011 | HENRIETTA ALBERT TRUST C/O GLORIA SANDLER | MADTBB01988116; MADTBB03079159 |
| 1A0015 | EILEEN ALPERN | MADTBB01988146; MADTBB01988179 |
| 1A0016 | GERTRUDE E ALPERN AS TRUSTEE U/A DATED 3/20/90 | MADTBB01988149-MADTBB01988152 |
| 1A0019 | LEONARD ALPERN | MADTBB01988188; MADTBB01988198 |
| 1A0023 | MINETTE ALPERN TST | MADTBB01988209; AMF00144123-AMF00144124 |
| 1A0024 | GERTRUDE ALPERN TSTEE, ALPERN REV FAMILY TST DATED 8/13/2003 | AMF00144221; AMF00144222 |
| 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 | MADTBB01988212-MADTBB01988215 |
| 1A0027 | SAUL ALPERN AS TRUSTEE UNDER AGREEMENT DATED 5/18/89 | AMF00144259; AMF00144260-AMF00144265; AMF00144294 |
| 1A0028 | WILLIAM ALPERN TRUST | MADTBB03079125-MADTBB03079156; MADTBB01988234-MADTBB01988235 |
| 1A0030 | STEVEN J ANDELMAN & SUSAN R ANDELMAN J/T WROS | MADTBB01988236; MADTBB01988243 |
| 1A0032 | ALBERT ANGEL | MADTBB01988244; MADTBB01988255-MADTBB01988259 |
| 1A0038 | MADELINE GINS ARAKAWA & SHUSAKU ARAKAWA J/T WROS | MADTBB01988265; AMF00309406 |
| 1A0040 | ESTATE OF JOHN ARGESE | AMF00309407-AMF00309420; AMF00309452-AMF00309456 |
| 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO | AMF00309421-AMF00309422; AMF00309423-AMF00309436; AMF00309437 |
| 1B0002 | HERBERT BARBANEL & ALICE BARBANEL J/T WROS | MADTBB01988314; AMF00149245 |
| 1B0009 | MICHAEL A BELLINI AND JUDITH BELLINI J/T WROS | MADTBB01988359; MADTBB01988376-MADTBB01988379 |
| 1B0021 | HOWARD W BLAKESLEE | MADTBB01988417; MADTBB01988419 |
| 1B0027 | ANDREA BLOOMGARDEN | MADTBB01988439; MADTBB01988452 |
| 1B0028 | FRANCES BLUM AND DANIEL JACOBS TIC | MADTBB01988453; MADTBB03076685 |
| 1B0031 | JOEL A BLUM & KERRY E BLUM J/T WROS | MADTBB01988457; MADTBB01988462-MADTBB01988464 |
| 1B0034 | NORMAN J BLUM | MADTBB01988467-MADTBB01988468 |
| 1B0039 | EDWARD BLUMENFELD | MADTBB01988496; MADTBB01988539-MADTBB01988541 |
| 1B0041 | EDWARD BLUMENFELD & SUSAN BLUMENFELD GUARDIAN FOR Redacted NY UGMA | MADTBB01988550; AMF00149875-AMF00149876 |
| 1B0042 | SUSAN BLUMENFELD | AMF00149935; MADTBB01988642-MADTBB01988643 |
| 1B0054 | BONYOR TRUST | MADTBB01988644; MADTBB01988646-MADTBB01988647 |
| 1B0055 | ALBERT BONYOR AND JUNE BONYOR REVOCABLE TRUST DATED 1/26/93 | MADTBB01988648; MADTBB01988680 |
| 1B0062 | BARBARA SCHWARZCHILD & JAY M BRILL TRUSTEE INDT DTD 12/30/88 BRILL TRUST | MADTBB01991424; MADTBB01988736-MADTBB01988738 |
| 1B0065 | THE AIDA BRODSKY TRUST FOR LINDA A ABBIT | MADTBB01988734; MADTBB01988751 |
| 1B0066 | SYLVIA H BRODSKY | MADTBB01988752; MADTBB03076847-MADTBB03076848 |
| 1B0078 | VIOLA BROWN TRUSTEE U/T/D 12/29/88 | AMF00150284-AMF00150286; AMF00150888-AMF00150889 |
| 1B0090 | TRUST F/B/O BRAD BLUMENFELD | AMF00151125; AMF00151127 |
| 1B0102 | BRADERMAK EQUITIES LTD C/O FELDMAN WOOD PRODUCTS CO ATTN: FREDERIC Z KONIGSBERG | MADTBB01988659; MADTBB01988477 |
| 1C0010 | ALEXANDER ABRAHAM | AMF00160417 |
| 1C1001 | CAB TRUST C/O JOEL A BLUM | MADTBB02386356-MADTBB02386357 |
| 1C1009 | ALYSSA BETH CERTILMAN | MADTBB01988866; MADTBB01990581-MADTBB01990586 |

**Exhibit 5 - BLMIS Direct PW Accounts with "Send" and "Reinvest" Instructions**

| 1 | 2 | 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Bates Range** |
| 1C1011 | DEBBIE LYNN LINDENBAUM | MADTBB01990596; AMF00160848-AMF00160850 |
| 1C1012 | JOYCE CERTILMAN | AMF00160851-AMF00160855; AMF00160991 |
| 1C1013 | MORTON L CERTILMAN & JOYCE CERTILMAN J/T WROS | AMF00160992-AMF00160996; MADTBB01988869-MADTBB01988871 |
| 1C1014 | PATRICE ELLEN CERTILMAN | MADTBB01988879; AMF00161661-AMF00161662 |
| 1C1059 | BERNICE COHEN | MADTBB01988901; AMF00212361-AMF00212362 |
| 1C1061 | HALLIE D COHEN | AMF00212396; MADTBB01988903 |
| 1C1066 | SIDNEY COHEN | MADTBB01988904; AMF00212569 |
| 1C1078 | CONTAINERS OF MIND FOUNDATION INC C/O ARAKAWA & MADELINE GINS | MADTBB01988943; MADTBB01989019-MADTBB01989022 |
| 1C1079 | CONTAINERS OF MIND FOUNDATION INC SPECIAL C/O ARAKAWA & MADELINE GINS | MADTBB01989027; MADTBB01989030-MADTBB01989033 |
| 1C1080 | CONTAINERS OF MIND FOUNDATION INC #2 C/O ARAKAWA & MADELINE GINS | MADTBB01989037; MADTBB01988946-MADTBB01988949 |
| 1C1081 | CONTAINERS OF MIND FOUNDATION INC #3 C/O ARAKAWA & MADELINE GINS | MADTBB01988951; MADTBB01988954-MADTBB01988957 |
| 1C1082 | CONTAINERS OF MIND FOUNDATION INC PRIME C/O ARAKAWA & MADELINE GINS | MADTBB01988963; MADTBB02386921 |
| 1C1091 | ARTHUR COVNER REVOCABLE LIVING TRUST | MADTBB02386940; MADTBB01989047-MADTBB01989049 |
| 1C1099 | ROSE MARIE CHALEK TTEE F/T ROSE MARIE CHALEK FAM TST | MADTBB01988893; MADTBB01989075 |
| 1D0005 | JACOB DAVIS & MARILYN DAVIS TRUSTEE U/T/A BY JACOB DAVIS 6/27/94 | MADTBB01989076; MADTBB01989064 |
| 1F0006 | BARBARA FELDMAN AKA BARBARA FLOOD | MADTBB01989276; MADTBB01989225 |
| 1F0027 | KENNETH S FITZPATRICK & MARGARET FITZPATRICK JT WROS | MADTBB01989256; MADTBB01989292-MADTBB01989293 |
| 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS | MADTBB01989294; MADTBB01989297 |
| 1F0036 | LAURIE SHAPIRO FRENCHMAN | MADTBB01989318; MADTBB01989329 |
| 1F0037 | MICHAEL FRENCHMAN | MADTBB01989331; MADTBB01989334 |
| 1F0039 | MICHAEL FRENCHMAN & LAURIE FRENCHMAN J/T WROS | MADTBB01989335; MADTBB01989352-MADTBB01989354 |
| 1F0047 | EMANUEL FRIEDMAN | MADTBB02389821; MADTBB01989418-MADTBB01989419 |
| 1F0059 | HOWARD L FRUCHT M D | MADTBB01989429; MADTBB03078404-MADTBB03078405 |
| 1FN036 | MICHELLE WINDMAN REDACTED | MADTBB02389545; AMF00179893 |
| 1G0008 | BRIAN H GERBER | MADTBB01989478 |
| 1G0019 | PATI H GERBER & HARRIET GERBER LEWIS TSTEE OSCAR L GERBER | MADTBB01989505; MADTBB01989506; MADTBB01989507-MADTBB01989510; MADTBB01989513 |
| 1G0021 | JUDITH GETHERS NOMINEE FOR GETHERS PTRSHIP | MADTBB01989475; MADTBB01989476; MADTBB01989477; MADTBB01989480-MADTBB01989481 |
| 1G0026 | HILLARY JENNER GHERTLER | MADTBB01989557; MADTBB01989558; MADTBB01989559; MADTBB01989560 |
| 1G0027 | MONTE GHERTLER | MADTBB01989561 |
| 1G0028 | MONTE ALAN GHERTLER | MADTBB01989566 |
| 1G0029 | EVELYN GINS | MADTBB01989578; MADTBB01989579; MADTBB01989580-MADTBB01989581; MADTBB01989587 |
| 1G0032 | HOWARD J GLASS | MADTBB01989599; MADTBB01989600; MADTBB01989601; MADTBB01989602 |
| 1G0033 | ESTATE OF LILLIAN GLASS C/O MORTON GLASS | MADTBB02389877; MADTBB02389878; MADTBB02389896 |
| 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 | AMF00180151-AMF00180154; MADTBB01989777-MADTBB01989778 |
| 1G0047 | GENE MICHAEL GOLDSTEIN | MADTBB01989659; MADTBB01989660; MADTBB01989661-MADTBB01989662; MADTBB01989663 |
| 1G0048 | GLENN STUART GOLDSTEIN & JOANNE T GOLDSTEIN J/T WROS | MADTBB01989664; MADTBB01989665; MADTBB01989666; MADTBB01989667 |
| 1G0079 | RICHARD A GUGGENHEIMER | MADTBB02390040; MADTBB02390042; MADTBB02390060 |
| 1G0082 | DANA GURITZKY | MADTBB01989791; MADTBB01989792; MADTBB01989793; MADTBB01989797 |
| 1G0083 | RONALD P GURITZKY | MADTBB01989798; MADTBB01989799; MADTBB01989800; MADTBB01989803 |
| 1G0088 | DR NATHAN GOLDBERG DR PAUL GOLDBERG & JOAN UNDELL J/T WROS | MADTBB01989622; MADTBB01989623; MADTBB01989624; MADTBB01989625 |
| 1H0008 | BARBARA KOTLIKOFF HARMAN REDACTED | MADTBB01989841; MADTBB01989842; MADTBB01989843; MADTBB01989844 |
| 1H0009 | MR HARRY J HARMAN | MADTBB01989845; MADTBB01989846; MADTBB01989847; MADTBB01989848 |
| 1H0010 | TOBY HARMAN | MADTBB01989849; MADTBB01989850; MADTBB01989851; MADTBB01989852 |
| 1H0016 | BARBARA HARRIS | MADTBB01989885; MADTBB01989886; MADTBB01989887; MADTBB01989888 |
| 1H0022 | BEN HELLER | MADTBB01989907 |
| 1H0032 | EVELYN J HERSHSON | MADTBB01896061; MADTBB01896062; MADTBB01896063-MADTBB01896066 |
| 1H0033 | EVELYN HERSHSON | MADTBB01896067; MADTBB01896068; MADTBB01896069-MADTBB01896071 |
| 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 | AMF00189835-AMF00189837 |
| 1H0046 | MINNIE HOROWITZ AS TRUSTEE U/A DATED 6/14/91 | MADTBB02390220 |
| 1H0054 | BRANDI M HURWITZ & MR MICHAEL B HURWITZ TIC | MADTBB01990032; MADTBB01990033; MADTBB01990037 |
| 1J0020 | MADELEINE FAUSTIN JOSEPH | MADTBB01990087; MADTBB01990088; MADTBB01990089-MADTBB01990090; MADTBB01990100 |
| 1K0001 | ESTATE OF ELIZABETH KAHN C/O JEAN KAHN | AMF00198064; AMF00198065-AMF00198068; AMF00198222 |
| 1K0019 | HENRY KAYE TRUST | MADTBB01990154; MADTBB01990155-MADTBB01990156; MADTBB01990157 |
| 1K0023 | SHERRY K MCKENZIE & ROBERT MCKENZIE J/T WROS | MADTBB01990832 |
| 1K0029 | IVI KIMMEL | MADTBB01990201; MADTBB01990202; MADTBB01990203; MADTBB01990204 |
| 1K0031 | HY KIRSCH | MADTBB01990205; MADTBB01990206; MADTBB01990207; MADTBB01990208 |
| 1K0037 | ROBERT E KLUFER | AMF00310349-AMF00310350; AMF00310351-AMF00310354; AMF00310355-AMF00310389 |
| 1K0042 | SHEILA KOLODNY | MADTBB01990284; MADTBB01990286; MADTBB01990287 |
| 1K0044 | JEFFREY KOMMIT | MADTBB01990292; MADTBB01990293; MADTBB01990294; MADTBB01990305 |
| 1K0045 | KATHY KOMMIT | MADTBB01990306; MADTBB01990307; MADTBB01990308; MADTBB01990309 |
| 1K0046 | KONIGSBERG WOLF & CO P C 401-K PLAN #1 P KONIGSBERG R KONIGSBERG TSTE | MADTBB01990315; MADTBB01990316; MADTBB01990317-MADTBB01990319; MADTBB01990324 |
| 1K0047 | KONIGSBERG WOLF & CO PC 401-K PLAN #2 P KONIGSBERG R KONIGSBERG TSTE | MADTBB01990310; MADTBB01990311; MADTBB01990312; MADTBB01990314 |
| 1K0048 | BLANCHE KONIGSBERG | MADTBB02412619-MADTBB02412620; MADTBB02412621; MADTBB02412639 |
| 1K0051 | GLORIA KONIGSBERG | AMF00198779-AMF00198780; AMF00198819-AMF00198820 |
| 1K0052 | GLORIA KONIGSBERG I/T/F JEFFREY KONIGSBERG | AMF00198821-AMF00198822; AMF00198869 |
| 1K0053 | GLORIA KONIGSBERG I/T/F STEPHEN R KONIGSBERG | AMF00198870; AMF00198999 |

**Exhibit 5 - BLMIS Direct PW Accounts with "Send" and "Reinvest" Instructions**

| 1 | 2 | 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Bates Range** |
| 1K0057 | MARC KONIGSBERG | MADTBB01990346; MADTBB01990347; MADTBB01990348-MADTBB01990349; MADTBB01990356 |
| 1K0065 | KUGEL & KUGEL PARTNERSHIP KUGEL MARTIN GEN PTR | MADTBB01990365; MADTBB01990366; MADTBB01990367-MADTBB01990368; MADTBB01990369 |
| 1L0006 | GEORGE LAWRENCE & THERESA LAWRENCE J/T WROS | MADTBB01990412; MADTBB01990413; MADTBB01990414; MADTBB01990415 |
| 1L0017 | HARRIETTE LEVINE TROONE MANAGEMENT INC | MADTBB01990535; MADTBB01990536; MADTBB01990537-MADTBB01990538; MADTBB01990542 |
| 1L0021 | NOEL LEVINE #2 TROONE MANAGEMENT INC | AMF00124427; AMF00124894 |
| 1L0023 | THE BETTY AND NORMAN F LEVY FOUNDATION INC C/O PAUL KONIGSBERG | AMF00124522; AMF00124523-AMF00124524; AMF00124658 |
| 1L0051 | SCOTT W LOWIT | AMF00125279-AMF00125282 |
| 1L0056 | ALVORD N LURIA TRUST ARTHUR SCHLICHTER TRUSTEE | MADTBB02412937; AMF00125495 |
| 1L0057 | ESTATE OF GLADYS C LURIA BERNARD L MADOFF & PETER B MADOFF CO-EXECUTORS | AMF00125496-AMF00125499; MADTBB01990664 |
| 1M0030 | SHAWN MATHIAS TRUST DOUGLAS BROWN & ELIZABETH BROWN TRUSTEES | MADTBB01990811; MADTBB01990847-MADTBB01990849 |
| 1M0036 | JUDITH O MEYERS | MADTBB01990876; MADTBB01990879 |
| 1M0037 | EDWIN MICHALOVE | MADTBB01990881; MADTBB01990884-MADTBB01990885 |
| 1M0043 | MISCORK CORP #1 | AMF00296947-AMF00296950; AMF00297104 |
| 1M0044 | MISCORK CORP #2 RETIREMENT PLAN | AMF00297105-AMF00297107; AMF00300514 |
| 1M0053 | PATRICIA T MYATT | MADTBB01990926-MADTBB01990927 |
| 1M0063 | TRUST UNDER ARTICLE THIRD FBO LILLIAN MOWSHOWITZ | MADTBB01990918; MADTBB01990931-MADTBB01990933 |
| 1N0001 | RICHARD NARBY | MADTBB01990934; MADTBB02413392 |
| 1N0008 | NYTHOR CORP DEFINED BENEFIT PENSION PLAN C/O EDWARD BLUMENFELD | MADTBB02413407; MADTBB01990941-MADTBB01990944 |
| 1P0003 | CELIA PALEOLOGOS TTEE CELIA PALEOLOGOS TST DTD 5/26/98 | MADTBB01990945; MADTBB01990964-MADTBB01990965 |
| 1P0052 | FELICE J PERLMAN AND SANFORD S PERLMAN TIC | MADTBB01990990; AMF00139055 |
| 1R0003 | BURNETT H RADOSH & KATHERINE M RADOSH J/T WROS | MADTBB01991030-MADTBB01991032; MADTBB02413599-MADTBB02413601 |
| 1R0004 | EDWARD A RADOSH | MADTBB02413586-MADTBB02413587; MADTBB02413588; MADTBB02413596 |
| 1R0012 | RICHARD W REAVEN LAWRENCE REAVEN LINDA REAVEN & RUTH REAVEN TRUST | MADTBB01991045; MADTBB02413669-MADTBB02413670 |
| 1R0027 | NICOLE RICHARDSON | MADTBB01991080; MADTBB01991093 |
| 1R0034 | ALAN ROSENBERG | MADTBB01991098; MADTBB01991101 |
| 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS | MADTBB01991155; MADTBB01991132 |
| 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 | MADTBB02413783; MADTBB01991238 |
| 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 | MADTBB01991239; MADTBB01991218-MADTBB01991220 |
| 1R0078 | CAROLE RUBIN & IRWIN SALBE J/T WROS | MADTBB01991221; MADTBB01991120-MADTBB01991122 |
| 1R0079 | ALLEN ROSS | MADTBB01991124; MADTBB01991227 |
| 1R0083 | DANIEL RYAN | MADTBB01991228; MADTBB01988597-MADTBB01988599 |
| 1RU004 | KATHLEEN MIRRIONE & THOMAS MIRRIONE J/T WROS | MADTBB01990894-MADTBB01990896 |
| 1RU027 | GRACE ANN MCMAHON | AMF00235022; AMF00235023-AMF00235025; AMF00235071 |
| 1RU028 | MR GUIDO PARENTE | MADTBB01990957; AMF00235113 |
| 1RU031 | STEVEN MIRRIONE AND KIM MIRRIONE JT WROS | AMF00235131-AMF00235132; AMF00235133-AMF00235136; AMF00235166 |
| 1S0003 | HELENE B SACHS | MADTBB01991247; MADTBB01991262-MADTBB01991263 |
| 1S0012 | BARBARA SALBE & IRWIN SALBE J/T WROS | MADTBB01991264; MADTBB02414014 |
| 1S0016 | ERNEST SAMUELS | MADTBB02414030; MADTBB02414033 |
| 1S0038 | TRUDY SCHLACHTER AND MARVIN SCHLACHTER J/T WROS | MADTBB01991329; MADTBB01991336-MADTBB01991337 |
| 1S0042 | ARTHUR I SCHLICHTER REVOCABLE TRUST | AMF00203417-AMF00203418; MADTBB01991344 |
| 1S0044 | ELAINE SCHNEIDER DR STEVEN SCHNEIDER DEBRA SCHNEIDER J/T WROS | MADTBB01991345; MADTBB01991357-MADTBB01991362 |
| 1S0049 | DOROTHY S SCHWARTZ | MADTBB01991392; MADTBB01991395-MADTBB01991396 |
| 1S0050 | FANNIE SCHWARTZ LIVING TRUST C/O TREZZA MANAGEMENT INC | MADTBB01991397; MADTBB01991400 |
| 1S0051 | MAX SCHWARTZ & TOBY SCHWARTZ TENANTS BY THE ENTIRETY | AMF00203487-AMF00203498 |
| 1S0052 | ROBERTA SCHWARTZ | MADTBB01991401; MADTBB01991404-MADTBB01991406 |
| 1S0053 | THEODORE SCHWARTZ | MADTBB01991407; MADTBB01782001 |
| 1S0054 | HOWARD SCHWARTZBERG INVESTMENT FUND | MADTBB01991410-MADTBB01991412 |
| 1S0059 | ROSALIE SEISSLER AND SHELDON SEISSLER J/T WROS | MADTBB01782007; MADTBB01782055 |
| 1S0069 | GEORGE SHAPIRO & MILDRED SHAPIRO J/T WROS | MADTBB01782061; MADTBB01782380 |
| 1S0071 | PAUL SHAPIRO | MADTBB01782382; MADTBB01782363-MADTBB01782364 |
| 1S0075 | DORIS SHOR | MADTBB01782366; AMF00203725 |
| 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST | AMF00203772-AMF00203773; AMF00203838 |
| 1S0082 | DAVID SILVER C/O REGENCY BEDSPREAD CORP | MADTBB01782313 |
| 1S0087 | MICHAEL SILVER | MADTBB02414255; MADTBB01782279 |
| 1S0114 | TURBI SMILOW | MADTBB01782246; MADTBB01782217-MADTBB01782219 |
| 1S0121 | ROBERT WILLIAM SMITH C/F DENA & DAVID SMITH REVOCABLE TRUST | MADTBB01782165; MADTBB01782110 |
| 1S0141 | EMILY S STARR | AMF00204489; AMF00204490-AMF00204493; AMF00204494-AMF00204526 |
| 1S0142 | ERWIN STARR TRUST DATED 04/20/90 THE FAIRFIELD APT 10H | AMF00310853-AMF00310854; AMF00310855-AMF00310857; AMF00310858-AMF00310946 |
| 1S0144 | HELEN G STARR TRUST DATED 04/20/90 THE FAIRFIELD APT 10H | AMF00310949-AMF00310954; MADTBB01991366-MADTBB01991369 |
| 1S0145 | LAURA J STARR | AMF00204527; AMF00204528-AMF00204532; AMF00204575 |
| 1S0171 | THE MERLE HELENE SHULMAN TRUST | MADTBB01782345; MADTBB01782089-MADTBB01782090 |
| 1SH001 | LILYAN BERKOWITZ REVOCABLE TST DATED 11/3/95 | AMF00235834 |
| 1SH002 | STEVEN BERKOWITZ BLOSSOM RIDGE | MADTBB01988393; AMF00237025 |
| 1SH005 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED | AMF00235992 |
| 1SH020 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DATED 7/7/93 AS AMENDED | AMF00236934 |
| 1SH026 | CARL SHAPIRO TRUST U/D/T 4/9/03 | AMF00237278 |

**Exhibit 5 - BLMIS Direct PW Accounts with "Send" and "Reinvest" Instructions**

| 1 | 2 | 3 |
|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **Bates Range** |
| 1SH032 | RUTH SHAPIRO TRUST U/D/T 4/9/03 | AMF00237565 |
| 1SH033 | HORACE V STRAUSS & ELSIE F STRAUSS J/T WROS  REDACTED | MADTBB01782070; AMF00237849 |
| 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | AMF00237759 |
| 1SH038 | NEIL STRAUSS PARTNERSHIP C/O DONALD R SHAPIRO | AMF00237850-AMF00237855; AMF00237976 |
| 1SH041 | WELLESLEY CAPITAL MANAGEMENT | AMF00237977-AMF00237979; AMF00237856-AMF00237879 |
| 1SH081 | ELLEN J JAFFE 1991 TRUST UDT DATED 12/17/91 AS AMENDED | MADTBB02414971-MADTBB02414972; MADTBB02414974; MADTBB02414975 |
| 1SH086 | RHONDA SHAPIRO SEGAL TST 1993 TST UDT DTD 7/7/93 AS AMENDED | MADTBB02414993; MADTBB02414996-MADTBB02414997 |
| 1SH087 | CARL SHAPIRO TRUST U/D/T 10/31/90 | MADTBB02414998; MADTBB02415000-MADTBB02415001 |
| 1SH088 | RUTH SHAPIRO TRUST U/D/T 10/31/90 | MADTBB02415002; MADTBB02415004-MADTBB02415005 |
| 1SH089 | LINDA S STRAUSS TST 1992 TST U/D/T 3/11/92 AS AMENDED | MADTBB02415006; MADTBB01782471-MADTBB01782472 |
| 1SH100 | DANIEL I WAINTRUP | MADTBB01782473; AMF00239065 |
| 1SH174 | CARL SHAPIRO TRUST U/D/T 4/9/03 | AMF00239909 |
| 1SH175 | ELLEN S JAFFE 2003 TRUST DTD 5/8/2003 | AMF00239951; AMF00239998 |
| 1SH179 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | AMF00240012; AMF00224250-AMF00224251 |
| 1SH182 | RHONDA SHAPIRO ZINNER 1993 TST U/D/T DTD 7/7/93 AS AMENDED | AMF00240033 |
| 1SH183 | RUTH SHAPIRO TRUST U/D/T/ 4/9/03 | AMF00240048 |
| 1T0002 | STEVEN SCHNEIDER MD PC PROFIT SHARING PLAN & TRUST | AMF00224252-AMF00224253; AMF00224447 |
| 1T0008 | ELFRIEDE TAYLOR | MADTBB02415044; MADTBB01782390 |
| 1T0011 | MORRIS L TOBMAN & IDA TOBMAN AS CO TRUSTEES U/A/D 6/17/93 | MADTBB01782391; MADTBB02415047 |
| 1T0012 | EMANUEL TODER | MADTBB02415049-MADTBB02415068; MADTBB02415070 |
| 1T0014 | SYLVIA TORO | MADTBB02415088; MADTBB02415091-MADTBB02415093 |
| 1T0017 | TRANSDUCTIONS INC SPECIAL C/O ARAKAWA & MADELINE GINS | MADTBB01782400; MADTBB01782402-MADTBB01782403 |
| 1T0022 | JOSEPH D TUCHMAN & MILDRED TUCHMAN J/T WROS | MADTBB01782405; MADTBB03078515-MADTBB03078518 |
| 1U0002 | U M ENERGY CORP PROFIT SHARING PLAN | MADTBB02415335; MADTBB01782424-MADTBB01782425 |
| 1W0001 | DOROTHY J WALKER | MADTBB01782475-MADTBB01782476; MADTBB01782478; MADTBB02415133-MADTBB02415134; MADTBB02415144 |
| 1W0010 | JANIS WEISS | MADTBB01782525; MADTBB01782527 |
| 1W0027 | ALAN J WINTERS | MADTBB01782578; MADTBB01782580-MADTBB01782581 |
| 1W0028 | ALAN J WINTERS PROFIT SHARING TRUST | MADTBB01782583; MADTBB01782585-MADTBB01782586 |
| 1W0029 | JANET WINTERS | MADTBB01782588; MADTBB02415197 |
| 1W0031 | BERNARD L MADOFF CUSTODIAN INHERITED IRA FBO ADELE WINTERS | AMF00228840-AMF00228841; MADTBB01782590 |
| 1W0034 | WOLF MANAGEMENT SERVICES INC PROFIT SHARING PLAN | MADTBB02415212; AMF00228844 |
| 1W0035 | JEFFREY WOODRUFF MICHAEL WOODRUFF JEREMY SHOR & ELIZABETH SHOR | MADTBB01782599-MADTBB01782603 |
| 1W0039 | BONNIE T WEBSTER | AMF00228845; MADTBB01782560-MADTBB01782561 |
| 1W0046 | RAVEN C WILE THE SEASONS | MADTBB01782564; MADTBB01782520 |
| 1Z0005 | LEROY ZEGER & RITA ZEGER J/T WROS | MADTBB01782635-MADTBB01782637 |
| 1Z0008 | MRS. ANDREA CERTILMAN ZIEGLER | MADTBB01782657; AMF00233548 |
| 1Z0009 | DORIS ZIMMETH | AMF00233549-AMF00233550; AMF00047756 |