**Exhibit 6 - BLMIS Direct PW Accounts without "Send or "Reinvest" Instructions**

| 1 | 2 | 3 |
|---|---|---|
| BLMIS Account No. | BLMIS Account Name | Bates Range |
| 10303519 | ANNIE SHAPIRO ESTATE | MADTBB01953081 |
| 10310118 | THOMAS SEGAL INC | MADTBB01953114 |
| 1A0104 | THE SARA ALPERN "EXEMPT MARITAL TRUST" U/A DTD 5/18/89 AS AMENDED RUTH & JOAN ROMAN | AMF00147225-AMF00147244; AMF00147245 |
| 1A0105 | THE SARA ALPERN "NON-EXEMPT MARITAL TRUST" U/A DTD 5/18/89 AS AMENDED JOAN ROMAN & RUTH | AMF00147246-AMF00147273; MADTBB01988289-MADTBB01988290 |
| 1G0113 | R GREENBERGER XX XX | AMF00181179; AMF00189393 |
| 1H0005 | HADASSAH THE WOMENS ZIONIST ORGANIZATION OF AMERICA INC | AMF00189394-AMF00189395; AMF00189432 |
| 1I0010 | JOHN IPPOLITO AND JODIE IPPOLITO J/T WROS | AMF00195441; AMF00195658 |
| 1J0024 | JA SPECIAL LTD PARTNERSHIP C/O DECISIONS INC | AMF00195961-AMF00195962; MADTBB02411102 |
| 1K0086 | TRUST F/B/O ELIZABETH KAHN U/L/W/T IRVING B KAHN,DECEASED C/O GOLDEN & MANDEL | AMF00199518; AMF00199519-AMF00199520; AMF00199571 |
| 1L0025 | TRUST M-B FRANCIS N LEVY U/I/D 07/24/91 JEFFREY LEVY-HINTE TRUSTEE | AMF00124713; AMF00124714-AMF00124717; AMF00124778 |
| 1R0114 | IDA ROAMER FREDERICK ROAMER ITF SUSAN DANDARAW & ROBERT ROAMER | AMF00141590; AMF00141591; AMF00141604 |
| 1SH059 | ANDREW N JAFFE 1993 IRREV TST U/D/T DTD 6/11/93 AS AMENDED | AMF00238413; MADTBB02414977-MADTBB02414978 |
| 1SH143 | CARL SHAPIRO TRUST U/D/T 4/9/03 | AMF00239115; AMF00239116-AMF00239117; AMF00239118-AMF00239178 |
| 1SH144 | RUTH SHAPIRO TRUST U/D/T 4/9/03 | AMF00239179; AMF00239180-AMF00239181; AMF00239182-AMF00239226 |
| 1SH145 | ELLEN S JAFFE 2003 TRUST U/D/T DTD 5/8/2003 AS AMENDED | AMF00239227; AMF00239228-AMF00239229; AMF00239230-AMF00239258 |
| 1SH146 | RHONDA SHAPIRO ZINNER TST 1993 TRUST U/D/T DATED 7/7/93 AS AMENDED | AMF00239260-AMF00239292; AMF00239330 |
| 1SH147 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | AMF00239293; AMF00239294-AMF00239295; AMF00239296-AMF00239329 |
| 1SH185 | JENNIFER SEGAL HERMAN 1985 TRUST DATED 4/16/85 | AMF00240270-AMF00240291 |
| 1SH191 | CARL SHAPIRO & RUTH SHAPIRO FAMILY FOUNDATION #3 | AMF00240292 |
| 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 | AMF00224448; MADTBB02415017-MADTBB02415018 |