UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT AUERBACH REVOCABLE TRUST dtd 6/29/05;<br><br>JOYCE C. AUERBACH REVOCABLE TRUST dtd 6/29/05; and<br><br>JOYCE C. AUERBACH, individually, as Trustee of the Robert Auerbach Revocable Trust dtd 6/29/05, and as Trustee of the Joyce C. Auerbach Revocable Trust dtd 6/29/05, and as Personal Representative of the Estate of Robert Auerbach,<br><br>        Defendants. | Adv. Pro. No. 10-04891 (SMB) |

## STIPULATION AND ORDER AMENDING SCHEDULING ORDER

**WHEREAS**, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act and the substantively consolidated estate of Bernard L. Madoff, individually, and defendants (i) Robert Auerbach Revocable Trust dtd 6/29/05, (ii) Joyce C. Auerbach Revocable Trust dtd 6/29/05, and (iii) Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, as Trustee of the Joyce C. Auerbach Revocable Trust, and as Personal Representative of the Estate of Robert Auerbach (collectively, "Defendants"), by and through their respective counsel, have reached a consensual resolution of the dispute that is the subject of this Adversary Proceeding, and have met and conferred regarding the following schedule.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendants, that while the parties work consensually to fully resolve the dispute, the schedule shall be as follows:

1. The deadline for Trustee to file a Motion for Summary Judgment is extended to October 11, 2016.

2. The deadline for Defendants to respond to the Trustee's Motion for Summary Judgment is extended to November 22, 2016.

3. The deadline for the Trustee to reply to Defendants' response to Trustee's Motion for Summary Judgment is extended to December 13, 2016.

4. The Trial of this matter previously set for August 3, 2016, and subsequently adjourned by the Court to allow the Trustee to file a summary judgment motion, shall be further adjourned to give the parties the opportunity to fully resolve the dispute.

5. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and no rights or defenses are waived by entering into this Stipulation.

6.  This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: August 12, 2016
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com

and

811 Main Street, Suite 1100
Houston, Texas 77002
Telephone:  713.646.1346
Facsimile:  713.751.1717
Dean D. Hunt
Email:  dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the consolidated estate of Bernard L. Madoff*

**FOLKENFLIK & MCGERITY LLP**

By: /s/ *Max Folkenflik*
1500 Broadway, 21st Floor
New York, New York 10036
Telephone:  212.757.0400
Facsimile:  212.757.2010
Max Folkenflik
Email:  max@fmlaw.net

*Attorneys for Defendants Robert Auerbach Revocable Trust dtd 6/29/05, Joyce Auerbach Revocable Trust 6/29/05, and Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust dtd 6/29/05, as Trustee of the Joyce Auerbach Revocable Trust 6/29/05, and as Personal Representative of the Estate of Robert Auerbach*

**SO ORDERED**

/s/ STUART M. BERNSTEIN
**Dated: August 15th, 2016**     HON. STUART M. BERNSTEIN
**New York, New York**          **UNITED STATES BANKRUPTCY JUDGE**