UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 12, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000522)
    B. Notice of Transfer of Allowed Claim (Transfer Numbers T000523)
    C. Notice of Transfer of Allowed Claim (Transfer Numbers T000524)

4. On August 12, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000525)

5. On August 12, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000526)

Executed on Aug. 15, 2016

_____
John S. Franks

Sworn to and subscribed before me this 15th day of Aug, 2016



(SEAL)

_____
Notary Public

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: T000522 - T000524**
8/12/2016

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Midtown Acquisitions L.P. | c/o Davidson Kempner Capital Management | 520 Madison Avenue, 30th Floor | Attention: Jennifer Donovan | New York | NY | 10022 | |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000525**
**8/12/2016**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | GSO MC Claim Holdings LP | Attn: Jana Douglas | 345 Park Avenue, 30th Floor | | New York | NY | 10154 | |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBERS 0000526**
8/12/2016

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Beat Wernli | Beatrice Miranda | McKinney, Bancroft & Hughes | 4 George Street | Nassau | | | Bahamas |