```
                                                              Page 1
 1
 2      UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
 3    _____
 4    SECURITIES INVESTOR PROTECTION
      CORPORATION,
 5
                                   Plaintiff
 6                                 Applicant
 7            -against-
 8    BERNARD L. MADOFF INVESTMENT SECURITIES,
      LLC,
 9
                                   Defendant.
10
      Adv. Pro. No. 08-01789(SMB)
11   _____
12              July 1, 2014
                11:57 a.m.
13
                Redacted
14              Redacted
15
16              DEPOSITION
17    of AARON BLECKER, a Witness herein, held
18    at the above-noted time and place before
19    Josephine Winter, Certified Shorthand
20    Reporter and a Notary Public of the State
21    of New York.
22
23
24
25
```

Page 6

|   | A. Blecker | |
|---|---|---|
| 2 | A In every respect. | 11:59:48 |
| 3 | Q It was accurate? | 11:59:52 |
| 4 | A Absolutely it was. | 11:59:53 |
| 5 | Q Now, do you recall that after | 11:59:55 |
| 6 | Madoff confessed, you submitted a claim to | 12:00:00 |
| 7 | the Trustee Mr. Picard? | 12:00:03 |
| 8 | A Correct. | 12:00:06 |
| 9 | Q And do you recall that you told | 12:00:07 |
| 10 | the Trustee that you had never withdrawn | 12:00:10 |
| 11 | any funds from your account? | 12:00:13 |
| 12 | MS. VANDERWAL: Objection. | 12:00:15 |
| 13 | A I didn't. I said I never | 12:00:16 |
| 14 | withdrew any. I didn't want to withdraw | 12:00:18 |
| 15 | any money. I felt it was such a good | 12:00:20 |
| 16 | investment and I felt this would be my | 12:00:22 |
| 17 | retirement and I'd have the funds | 12:00:24 |
| 18 | available for my grandchildren's college | 12:00:27 |
| 19 | tuition in the future. | 12:00:29 |
| 20 | Q Do you recall that the Trustee | 12:00:32 |
| 21 | claimed that you withdrew money from the | 12:00:35 |
| 22 | account in the 1980's and the 1990's? | 12:00:38 |
| 23 | That he claimed that? | 12:00:42 |
| 24 | A That's what he claimed and I | 12:00:43 |
| 25 | asked him to prove it to me, that I wanted | 12:00:45 |

Page 7

|   | A. Blecker | |
|---|---|---|
| 2 | to see some checks with my signature on | 12:00:48 |
| 3 | it. He had nothing to prove. They said | 12:00:51 |
| 4 | the burden of proof was on me. I never | 12:00:54 |
| 5 | received any check, never asked for any | 12:00:56 |
| 6 | check because I always felt it was a good | 12:00:59 |
| 7 | investment and I thought it would be there | 12:01:01 |
| 8 | for the rest of my time until my | 12:01:04 |
| 9 | retirement and I never withdrew any, never | 12:01:06 |
| 10 | requested any money for retirement, never | 12:01:10 |
| 11 | drew a penny. | 12:01:12 |
| 12 | And, as a matter of fact, if I | 12:01:13 |
| 13 | had withdrawn money, why would Madoff keep | 12:01:16 |
| 14 | crediting my account and adding to my | 12:01:18 |
| 15 | investment? If I had no money there, he | 12:01:20 |
| 16 | wouldn't have bothered with me. He would | 12:01:23 |
| 17 | have discarded me. In the meantime after | 12:01:25 |
| 18 | all the years he kept increasing my | 12:01:27 |
| 19 | investment, showed a profit return on my | 12:01:30 |
| 20 | investment and that's why it kept | 12:01:34 |
| 21 | accumulating. | 12:01:36 |
| 22 | Q Now, you had to pay taxes each | 12:01:37 |
| 23 | year on the appreciation in your account? | 12:01:39 |
| 24 | A Oh, absolutely. | 12:01:41 |
| 25 | MS. VANDERWAL: Objection. | 12:01:42 |

Page 8

|   | A. Blecker | |
|---|---|---|
| 2 | A All the profits that Madoff | 12:01:43 |
| 3 | earned for me I reported it in my tax | 12:01:45 |
| 4 | return showing I -- I made up a schedule | 12:01:50 |
| 5 | of transactions, stocks bought and sold | 12:01:52 |
| 6 | and showing profit from the stocks plus | 12:01:57 |
| 7 | the reporting dividend income that I | 12:01:59 |
| 8 | received on those securities and that was | 12:02:02 |
| 9 | reported each year. | 12:02:04 |
| 10 | Q Where did you get the money to | 12:02:05 |
| 11 | pay the taxes? Did you take it out of | 12:02:08 |
| 12 | your Madoff account? The money -- | 12:02:11 |
| 13 | A No. I had my own funds that I | 12:02:14 |
| 14 | accumulated. I had -- fortunately, I had | 12:02:16 |
| 15 | some money that I accumulated. I put all | 12:02:19 |
| 16 | my money into Madoff, so I had my checking | 12:02:23 |
| 17 | account, whenever taxes were due, I sent a | 12:02:27 |
| 18 | check to the government with estimated | 12:02:29 |
| 19 | payments four times a year and that's how | 12:02:32 |
| 20 | I paid my taxes. I had nothing from | 12:02:35 |
| 21 | Madoff. I had no correspondence, no | 12:02:38 |
| 22 | requests from them and no requests to | 12:02:41 |
| 23 | them. | 12:02:43 |
| 24 | Q Okay. | 12:02:44 |
| 25 | Are you absolutely certain that | 12:02:45 |

Page 9

|   | A. Blecker | |
|---|---|---|
| 2 | you never withdrew any money from your | 12:02:47 |
| 3 | Madoff account? | 12:02:49 |
| 4 | A Unequivocally. Never received a | 12:02:50 |
| 5 | dime. I never intended to withdraw. I | 12:02:53 |
| 6 | always felt it was going to be my future | 12:02:56 |
| 7 | investment forever, and it didn't turn out | 12:02:58 |
| 8 | that way, unfortunately. | 12:03:00 |
| 9 | Q Now, there was a point in time | 12:03:02 |
| 10 | when your wife had an account with Madoff | 12:03:04 |
| 11 | with you; is that right? | 12:03:06 |
| 12 | A That's right. Yes. | 12:03:07 |
| 13 | Q And -- | 12:03:09 |
| 14 | A She had an account. I had an | 12:03:09 |
| 15 | account, and then Madoff suggested we | 12:03:11 |
| 16 | consolidate into one account, so that's | 12:03:15 |
| 17 | what we did. | 12:03:17 |
| 18 | Q Now, did your wife ever withdraw | 12:03:18 |
| 19 | any money from Madoff? | 12:03:21 |
| 20 | A Of course -- she never handled | 12:03:23 |
| 21 | any of the financials. My wife was rather | 12:03:26 |
| 22 | shy. I handled all the financial | 12:03:29 |
| 23 | arrangements, all the financials of the | 12:03:30 |
| 24 | family. She was a good mother, as he can | 12:03:32 |
| 25 | attest to, and a hard-working mother and | 12:03:35 |

3 (Pages 6 - 9)

Page 10

1     A. Blecker
2  watched out for the children. My job was         12:03:39
3  to provide the financial security for the        12:03:43
4  family.                                          12:03:45
5    Q   Are you certain she never               12:03:45
6  withdrew any funds from the Madoff               12:03:47
7  account?                                         12:03:49
8    A   Absolutely. She had nothing to          12:03:49
9  do with it. She wouldn't know who to             12:03:51
10 call.                                            12:03:53
11   Q   Okay.                                   12:03:53
12      Now, did you keep your bank              12:03:54
13 records from the 1980's?                         12:03:59
14   A   I tried to reconstruct them, but       12:04:02
15 Chase told me they don't go back more than       12:04:06
16 five years and they have no record so far        12:04:08
17 back, so they have no record they can            12:04:11
18 accommodate me.                                  12:04:13
19   Q   So you went ahead and asked them       12:04:14
20 you wanted to try to get the records?            12:04:16
21   A   The records to show that I never       12:04:17
22 received any Madoff -- any funds from            12:04:23
23 Madoff, no check, that the only checks           12:04:27
24 made out -- and that was Madoff's bank           12:04:28
25 account and I never saw it. They made out        12:04:32

Page 11

1     A. Blecker
2  the checks for the stocks they bought on         12:04:34
3  the account. I never saw any checks, any         12:04:36
4  deposits.                                        12:04:39
5      All they did on my statement I           12:04:40
6  received a list of the stocks they bought        12:04:42
7  that month, what was sold and the money          12:04:43
8  was automatically deposited in the               12:04:46
9  account. I received no money. If I               12:04:49
10 received any money, there wouldn't have          12:04:52
11 been any money for deposits. All the             12:04:54
12 money was in securities sold and remained        12:04:56
13 in the bank account and Madoff handled it        12:04:58
14 all. I never saw any of the funds. I             12:05:00
15 just got a statement showing what                12:05:02
16 transactions had occurred.                       12:05:05
17   Q   Now, Mr. Picard claims that           12:05:06
18 checks were made out to you in uneven            12:05:10
19 amounts like $3,230.02.                          12:05:15
20   A   Madoff would never have done my        12:05:22
21 bookkeeping. If I wanted to get money            12:05:24
22 from Madoff, if I needed money to pay            12:05:26
23 bills, I wouldn't have asked Madoff to do        12:05:29
24 it. If I wanted money, I would withdraw a        12:05:31
25 couple of hundred thousand dollars since I       12:05:34

Page 12

1     A. Blecker
2  had a substantial amount. I wouldn't have        12:05:37
3  withdrawn a few dollars. I would have            12:05:38
4  withdrawn substantial. All of those              12:05:41
5  checks were not to me. They were for             12:05:42
6  payments of securities that they purchased       12:05:45
7  for my account.                                  12:05:47
8    Q   Okay.                                   12:05:48
9      Now, based on your experience if        12:05:48
10 a check had been made out to you and sent        12:05:51
11 to you from Madoff and it was for                12:05:53
12 $2,330.04 and it was made out to Health          12:06:03
13 South or General Motors or AT&T, what            12:06:06
14 could you have done with that check?             12:06:09
15      MS. VANDERWAL: Objection.               12:06:11
16   A   I couldn't have done anything.        12:06:11
17 Bank would never have accepted an                12:06:13
18 endorsement of mine when it's made out to        12:06:14
19 another payee, so I never would have             12:06:17
20 received any checks and I would never            12:06:19
21 deposit such a check. I never got. I             12:06:21
22 never saw such a check. Those were all           12:06:23
23 Madoff's records. All I got was a                12:06:27
24 statement from him. No financial                 12:06:29
25 instruments.                                     12:06:30

Page 13

1     A. Blecker
2    Q   Okay. I have no further              12:06:36
3  questions.                                       12:06:39
4      MS. CHAITMAN: Do you have any           12:06:39
5    questions?                                  12:06:39
6      MS. VANDERWAL: I do.                     12:06:39
7  EXAMINATION BY                                   12:06:39
8  MS. VANDERWAL:                                   12:06:40
9    Q   As you know, we are reserving         12:06:40
10 our right to ask additional questions once       12:06:41
11 we had a time to complete our review and         12:06:44
12 look over documents. Today I really just         12:06:46
13 want to clarify something I believe you          12:06:49
14 already stated.                                  12:06:51
15     You received statements from            12:06:51
16 BLMIS?                                           12:06:55
17   A   Yes.                                   12:06:56
18     MS. CHAITMAN: Just spell it             12:06:58
19 out.                                             12:06:59
20   A   Well, I received statements from     12:07:00
21 Bernard Madoff at the time. I didn't hear        12:07:02
22 BLMIS. I don't remember receiving it. It         12:07:06
23 was all Bernard Madoff and they were             12:07:08
24 verified by their accountants, confirmed         12:07:10
25 by Avellino & Bienes and that was it and         12:07:12

Page 14

1     A. Blecker
2  that's the only correspondence I received         12:07:18
3  from Madoff.                                       12:07:19
4     Q   And you reviewed those                     12:07:20
5  statements?                                        12:07:21
6     A   What's that?                               12:07:21
7     Q   Did you review those statements?           12:07:22
8     A   I checked the statements to make           12:07:24
9  sure that whatever securities they charged         12:07:25
10 with, that was on their statement and the          12:07:29
11 profits I couldn't correct. They gave me           12:07:31
12 the prices and then that was it.                   12:07:33
13    Q   That's all I have.                          12:07:37
14    A   That's why as far as I could                12:07:38
15 check whatever they -- I could only check          12:07:40
16 from their statements, so I was really             12:07:42
17 going over their work, which I had no way          12:07:44
18 to prove whether it was correct or not,            12:07:45
19 but I assumed what they put on my                  12:07:48
20 statement must have been in my account.            12:07:51
21 And that's how I confirmed it.                     12:07:52
22        And Avellino & Bienes confirmed             12:07:55
23 it, so I felt that it was probably taken           12:07:57
24 care of and there wouldn't be any worry            12:08:01
25 about it and at that time there was no             12:08:03

Page 15

1     A. Blecker
2  concern about Madoff, so you didn't have           12:08:05
3  to worry about checking the statement              12:08:08
4  carefully. It was a definite thing we all          12:08:11
5  thought.                                            12:08:17
6         MS. CHAITMAN: Do you have                   12:08:20
7     anything else?                                   12:08:21
8         MS. VANDERWAL: Thank you.                   12:08:22
9     That's all I have.                              12:08:23
10 EXAMINATION BY                                      12:08:24
11 MS. CHAITMAN:                                       12:08:24
12    Q   Mr. Blecker, were you introduced            12:08:24
13 to Madoff through Avellino & Bienes?                12:08:27
14    A   No. I was introduced to Madoff             12:08:30
15 through his father-in-law Sol Levine and            12:08:32
16 his mother-in-law Pia (phonetic) Levine.            12:08:37
17        MR. R. BLECKER: No. Alpern,                 12:08:41
18    dad.                                             12:08:43
19    Q   Alpern --                                    12:08:43
20    A   Now I knew -- Alpern was the                12:08:43
21 brother-in-law of Sol Levine. All very             12:08:46
22 good things. We all played golf together.          12:08:49
23 And that's what my wife said, as long as           12:08:51
24 we're with Madoff and we're with the               12:08:53
25 family, he's not gonna defraud the family.         12:08:56

Page 16

1     A. Blecker
2  Why don't we go in too? So we went in.             12:08:59
3         And there was all good                      12:09:01
4  intentions on everybody's part. We                 12:09:02
5  thought it was a wonderful thing. We had           12:09:04
6  wonderful times together socialing with            12:09:06
7  each other. Even Madoff had a party at             12:09:08
8  Rockefeller Center and invited the family,         12:09:11
9  invited us. We were friends.                       12:09:15
10        So we knew the young Madoff sons            12:09:17
11 when they went to visit them. We saw them          12:09:23
12 when they were youngsters. Not that they           12:09:26
13 remembered me later, but that was it.              12:09:29
14    Q   Wasn't the man's name Sol                   12:09:33
15 Alpern?                                             12:09:39
16    A   Sol Alpern?                                 12:09:39
17    Q   Yes.                                         12:09:41
18    A   No, it was not Sol Alpern. Sol             12:09:43
19 Alpern. Sol Levine. Sol Levine was the             12:09:47
20 father-in-law. Sol Alpern was his                  12:09:51
21 brother-in-law.                                     12:09:53
22        We were friends with all of                 12:09:54
23 them, both of them. We played golf                 12:09:58
24 together. Families knew each other. The            12:09:59
25 children knew each other. We socialized,           12:10:02

Page 17

1     A. Blecker
2  went to hotels together and very close.            12:10:05
3     Q   Okay.                                       12:10:10
4         MS. CHAITMAN: I have no further             12:10:11
5     questions.                                       12:10:12
6         Do you have anything else.                  12:10:13
7         MS. VANDERWAL: No. Thank you.               12:10:14
8         THE VIDEOGRAPHER: Okay. The                 12:10:16
9     time is 12:10 p m., July 1, 2014.               12:10:17
10    This is the end of tape one.                    12:10:20
11        We're off the record.                        12:10:21
12        (TIME NOTED: 12:10 p.m.)
13 _____
14 (Signature of witness)
15 Subscribed and sworn to
16 before me this_____
17 day of_____,
18 20  .
19 _____
20
21    *    *    *
22
23
24
25

5 (Pages 14 - 17)