## EXHIBIT 1 – ACCOUNT-HOLDING LIMITED LIABILITY COMPANY

Limited Liability Companys With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Limited Liability Company BLMIS Account Name | Limited Liability Company Name | Limited Liability Company BLMIS Account Number | Claim Filed By Limited Liability Company | Outstanding Docketed Objections From Investors In the Limited Liability Company | Outstanding Claims of Investors in the Limited Liability Company |
|---|---|---|---|---|---|
| Chalek Associates LLC | Chalek Associates LLC | 1C1229 | Yes (000898 and 006938) | 2 | 10 |
| Chaitman/Schwebel LLC | Chaitman/Schwebel LLC | 1CM921 | Yes (000401) | 1 | 1 |
| FGLS Equity LLC | FGLS Equity LLC | 1F0178 | Yes (011505) | 2 | 2 |
| Larsco Investments LLC | Larsco Investments LLC | 1L0328 | Yes (000474 and 007034) | 4 | 4 |
| Kuntzman Family LLC[1] | Kuntzman Family LLC | 1ZA539 | Yes (002044) | 2 | 5 |
|  |  |  |  | 10 | 22 |

1. The Motion seeks to overrule that portion of objection docket 702 related to claim 002044, filed by the Kuntzman Family LLC, only insofar as it seeks customer status for the Objecting Claimants.

1