**EXHIBIT 2 – OBJECTING CLAIMANTS**

List Of Claimants Invested In The Limited Liability Companys Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Limited Liability Company Invested In | Limited Liability Company BLMIS Account Number |
|---|---|---|---|---|---|
| David Chalek | 014189 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| David Chalek | 014189 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Isabel Chalek | 014190 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Isabel Chalek | 014190 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Mitchel Chalek | 014191 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Mitchel Chalek | 014191 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Morton J. Chalek | 013177 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Morton J. Chalek | 013177 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Richard Chalek | 013741 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Richard Chalek | 013741 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Jessica Decker | 014346 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Jessica Decker | 014346 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Frances Reiss | 013179 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Frances Reiss | 013179 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| John Tzannes | 014944 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| John Tzannes | 014944 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Peter Tzannes | 015021 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Peter Tzannes | 015021 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Robin Tzannes | 015022 | 2881[1] | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Robin Tzannes | 015022 | 3472 | Becker & Poliakoff, LLP | Chalek Associates LLC | 1C1229 |
| Chaitman/Schwebel LLC | 008919 | 3645 | Becker & Poliakoff, LLP | Chaitman/Schwebel LLC | 1CM921 |
| Schupak Group Defined Benefit Plan | 011367 | 3567 | Pro Se Filing | FGLS Equity LLC | 1F0178 |
| Schupak Profit Sharing Plan | 012942 | 3566 | Pro Se Filing | FGLS Equity LLC | 1F0178 |

---

[1] Objection docket 2881 was filed on behalf of Chalek Associates LLC as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.

[2] The Motion seeks to overrule that portion of objection docket 702 related to claim 002044, filed by Kuntzman Family LLC, only insofar as it seeks customer status for the Objecting Claimants.

1

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Limited Liability Company Invested In | Limited Liability Company BLMIS Account Number |
|---|---|---|---|---|---|
| Kailen Jennifer Krame Trust | 013814 | 3104 | Pro Se Filing | Larsco Investments LLC | 1L0328 |
| William and Catherine Krame | 013811 | 3102 | Pro Se Filing | Larsco Investments LLC | 1L0328 |
| Simone Er ka Krame Trust | 013813 | 3103 | Pro Se Filing | Larsco Investments LLC | 1L0328 |
| The William and Catherine Krame Foundation | 013812 | 3100 | Pro Se Filing | Larsco Investments LLC | 1L0328 |
| Irrevocable Trust F/B/O Jennifer Gattegno | 002048 | 3499 | Becker & Poliakoff, LLP | Kuntzman Family LLC | 1ZA539 |
| Judith Gattegno | 002045 | 3499 | Becker & Poliakoff, LLP | Kuntzman Family LLC | 1ZA539 |
| Jacqueline Green | 002046 | 3499 | Becker & Poliakoff, LLP | Kuntzman Family LLC | 1ZA539 |
| Wayne Green | 002047 | 3499 | Becker & Poliakoff, LLP | Kuntzman Family LLC | 1ZA539 |
| Kuntzman Family LLC | N/A | 702[2] | Phillips Nizer LLP | N/A | 1ZA539 |
| Irrevocable Trust F/B/O Ethan Siegel | 002049 | 3499 | Becker & Poliakoff, LLP | Kuntzman Family LLC | 1ZA539 |

[1] Objection docket 2881 was filed on behalf of Chalek Associates LLC as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
[2] The Motion seeks to overrule that portion of objection docket 702 related to claim 002044, filed by Kuntzman Family LLC, only insofar as it seeks customer status for the Objecting Claimants.