# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Limited Liability Companys Identified In Exhibit 1

| Claim Number | Objection Party | Limited Liability Company | Limited Liability Company BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 013177 | Morton J. Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 013177 | Morton J. Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 013179 | Frances Reiss | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 013179 | Frances Reiss | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 013741 | Richard Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 013741 | Richard Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 014189 | David Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 014189 | David Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 014190 | Isabel Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 014190 | Isabel Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 014191 | Mitchel Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 014191 | Mitchel Chalek | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |

[1] Objection docket 2881 was filed on behalf of Chalek Associates LLC as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
[2] The Motion seeks to overrule that portion of objection docket 702 related to claim 002044, filed by Kuntzman Family LLC, only insofar as it seeks customer status for the Objecting Claimants.

| Claim Number | Objection Party | Limited Liability Company | Limited Liability Company BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 014346 | Jessica Decker | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 014346 | Jessica Decker | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 014944 | John Tzannes | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 014944 | John Tzannes | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 015021 | Peter Tzannes | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 015021 | Peter Tzannes | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 015022 | Robin Tzannes | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 2881[1] | 8/20/2010 |
| 015022 | Robin Tzannes | Chalek Associates LLC | 1C1229 | Claim for securities and/or credit balance denied (11/19/2010). | 3472 | 12/14/2010 |
| 008919 | Chaitman/Schwebel LLC | Chaitman/Schwebel LLC | 1CM921 | Claim for securities and/or credit balance denied (12/17/2010). | 3645 | 1/7/2011 |
| 011367 | Schupak Group Defined Benefit Plan | FGLS Equity LLC | 1F0178 | Claim for securities and/or credit balance denied (11/19/2010). | 3567 | 12/17/2010 |
| 012942 | Schupak Profit Sharing Plan | FGLS Equity LLC | 1F0178 | Claim for securities and/or credit balance denied (11/19/2010). | 3566 | 12/17/2010 |
| 013811 | William and Catherine Krame | Larsco Investments LLC | 1L0328 | Claim for securities and/or credit balance denied (10/22/2010). | 3102 | 11/1/2010 |
| 013812 | The William and Catherine Krame Foundation | Larsco Investments LLC | 1L0328 | Claim for securities and/or credit balance denied (10/22/2010). | 3100 | 11/1/2010 |
| 013813 | Simone Er ka Krame Trust | Larsco Investments LLC | 1L0328 | Claim for securities and/or credit balance denied (10/22/2010). | 3103 | 11/1/2010 |

[1] Objection docket 2881 was filed on behalf of Chalek Associates LLC as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
[2] The Motion seeks to overrule that portion of objection docket 702 related to claim 002044, filed by Kuntzman Family LLC, only insofar as it seeks customer status for the Objecting Claimants.

| Claim Number | Objection Party | Limited Liability Company | Limited Liability Company BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 013814 | Kailen Jennifer Krame Trust | Larsco Investments LLC | 1L0328 | Claim for securities and/or credit balance denied (10/22/2010). | 3104 | 11/1/2010 |
| N/A | Kuntzman Family LLC | N/A | N/A | Claim for securities and/or credit balance denied (10/19/2009). | 702[2] | 11/11/2009 |
| 002045 | Judith Gattegno | Kuntzman Family LLC | 1ZA539 | Claim for securities and/or credit balance denied (11/19/2010). | 3499 | 12/15/2010 |
| 002046 | Jacqueline Green | Kuntzman Family LLC | 1ZA539 | Claim for securities and/or credit balance denied (11/19/2010). | 3499 | 12/15/2010 |
| 002047 | Wayne Green | Kuntzman Family LLC | 1ZA539 | Claim for securities and/or credit balance denied (11/19/2010). | 3499 | 12/15/2010 |
| 002048 | Irrevocable Trust F/B/O Jennifer Gattegno | Kuntzman Family LLC | 1ZA539 | Claim for securities and/or credit balance denied (11/19/2010). | 3499 | 12/15/2010 |
| 002049 | Irrevocable Trust F/B/O Ethan Siegel | Kuntzman Family LLC | 1ZA539 | Claim for securities and/or credit balance denied (11/19/2010). | 3499 | 12/15/2010 |

---

[1] Objection docket 2881 was filed on behalf of Chalek Associates LLC as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.

[2] The Motion seeks to overrule that portion of objection docket 702 related to claim 002044, filed by Kuntzman Family LLC, only insofar as it seeks customer status for the Objecting Claimants.