**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina L. Griffin
Email: rgriffin@bakerlaw.com
Jimmy Fokas
Email: jfokas@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br> v.<br><br>FRANK J. AVELLINO, *et. al.*,<br><br>        Defendants. | Adv. Pro. No. 10-05421 (SMB) |

**NOTICE OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

  **PLEASE TAKE NOTICE** that pursuant to §1109(b) of the Bankruptcy Code and Federal

Rule of Bankruptcy Procedure 9010(b), the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and estate of Bernard L. Madoff, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., in the above-captioned adversary proceeding, and hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone, telecopier and email indicated:

> Regina L. Griffin, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> T 212.589.4200
> F 212.589.4201
> Email:  rgriffin@bakerlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which the above-named plaintiff is or may be entitled, in law or in

2

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named plaintiff expressly reserves.

Dated: New York, New York  
       August 17, 2015

*/s/ Regina L. Griffin*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Regina L. Griffin  
Email: rgriffin@bakerlaw.com  
Jimmy Fokas  
Email: jfokas@bakerlaw.com  
Kathryn M. Zunno  
Email: kzunno@bakerlaw.com  
Esterina Giuliani  
Email: egiuliani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*