# Exhibit A
## Requests to Depose Bernard L. Madoff

| No. | Adv. Pro. No. | Defendants | Counsel |
|---|---|---|---|
| 1 | 10-04292 | Robert Roman | Chaitman LLP |
| 2 | 10-04302 | Joan Roman | Chaitman LLP |
| 3 | 10-04306 | Angela Tiletnick | Chaitman LLP |
| 4 | 10-04321 | Herbert Barbanel, et al. | Chaitman LLP |
| 5 | 10-04327 | Gertrude E. Alpern RevocableTrust, et al. | Chaitman LLP |
| 6 | 10-04335 | Aspen Fine Arts Co., et al. | Milberg LLP/Seeger Weiss LLP |
| 7 | 10-04336 | The Estate (Succession) of Doris Igoin, et al. | Kelley Drye & Warren LLP |
| 8 | 10-04344 | Alexander Sirotkin | Chaitman LLP |
| 9 | 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 10 | 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 11 | 10-04397 | Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended, et al. | Chaitman LLP |
| 12 | 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 13 | 10-04415 | Barbara J. Berdon | Dentons US LLP |
| 14 | 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 15 | 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 16 | 10-04469 | Carol L. Kamenstein, et al. | Chaitman LLP |
| 17 | 10-04474 | Roger Rechler Revocable Trust, et al. | Chaitman LLP |
| 18 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP |
| 19 | 10-04487 | Estate of Audrey Weintraub, et al. | Chaitman LLP |
| 20 | 10-04503 | Judd Robbins | Chaitman LLP |
| 21 | 10-04541 | Kenneth W Perlman, et al. | Chaitman LLP |
| 22 | 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 23 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLP |
| 24 | 10-04576 | Norton A. Eisenberg | Milberg LLP/Seeger Weiss LLP |
| 25 | 10-04582 | Gerald Blumenthal | Milberg LLP/Seeger Weiss LLP |
| 26 | 10-04599 | The Estate of Alvin E. Shulman | Chaitman LLP |
| 27 | 10-04606 | Estate of Florence W. Shulman, et al. | Chaitman LLP |
| 28 | 10-04614 | Robert S. Whitman | Chaitman LLP |
| 29 | 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP |
| 30 | 10-04668 | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, et al. | Chaitman LLP |
| 31 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 32 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 33 | 10-04728 | Bruno L. Digiulian | Chaitman LLP |
| 34 | 10-04748 | Mark Horowitz | Chaitman LLP |
| 35 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 36 | 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 37 | 10-04762 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 38 | 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. | Chaitman LLP |
| 39 | 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | Chaitman LLP |
| 40 | 10-04806 | Kenneth M. Kohl, et al. | Chaitman LLP |
| 41 | 10-04809 | Edyne Gordon, et al. | Chaitman LLP |
| 42 | 10-04818 | Toby Harwood | Chaitman LLP |
| 43 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 44 | 10-04826 | Estate of Boyer Palmer, et al. | Chaitman LLP |
| 45 | 10-04852 | Alvin E. Shulman Pourover Trust, et al. | Chaitman LLP |
| 46 | 10-04859 | Bert Margolies Trust, et al. | Chaitman LLP |

# Exhibit A
**Requests to Depose Bernard L. Madoff**

| No. | Adv. Pro. No. | Defendants | Counsel |
|---|---|---|---|
| 47 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 48 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| 49 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 50 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 51 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 52 | 10-04931 | Estate of Muriel B. Cantor, et al. | Chaitman LLP |
| 53 | 10-04946 | Stephen R. Goldenberg | Milberg LLP/Seeger Weiss LLP |
| 54 | 10-04951 | Harold A. Thau | Milberg LLP/Seeger Weiss LLP |
| 55 | 10-04956 | Denis M. Castelli | Chaitman LLP |
| 56 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, et al. | Chaitman LLP |
| 57 | 10-04966 | Onesco International, LTD., et al. | Milberg LLP/Seeger Weiss LLP |
| 58 | 10-04978 | Estate of Ira S. Rosenberg, et al. | Milberg LLP/Seeger Weiss LLP |
| 59 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 60 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 61 | 10-04995 | Trust u/art Fourth o/w/o Israel Wilenitz, et al. | Chaitman LLP |
| 62 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 63 | 10-05037 | Barbara L. Savin | Chaitman LLP |
| 64 | 10-05069 | Potamkin Family Foundation Inc. | Milberg LLP/Seeger Weiss LLP |
| 65 | 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 66 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. | Chaitman LLP |
| 67 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 68 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 69 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |
| 70 | 10-05133 | Fern C. Palmer, et al. | Chaitman LLP |
| 71 | 10-05135 | Reckson Generation, et al. | Chaitman LLP |
| 72 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| 73 | 10-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 74 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| 75 | 10-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 76 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 77 | 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 78 | 10-05257 | Edward A. Zraick, Jr., et al. | Hunton & Williams LLP |
| 79 | 10-05309 | William Pressman, Inc., et al. | Chaitman LLP |
| 80 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 81 | 10-05377 | Richard G. Eaton | Chaitman LLP |
| 82 | 10-05420 | Gunther K. Unflat | Chaitman LLP |
| 83 | 10-05435 | Keith Schaffer, et al. | Chaitman LLP |