**Exhibit B**
**Requests to Depose Bernard L. Madoff**
**Fact Discovery Closed as of July 7, 2016**

| No. | Adv. Pro. No. | Defendants | Counsel | Fact Discovery Completion Deadline |
|---|---|---|---|---|
| 1 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP | March 5, 2015 |
| 2 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP | October 9, 2015 |
| 3 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP | October 19, 2012 |
| 4 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP | March 26, 2015 |
| 5 | 10-04946 | Stephen R. Goldenberg | Milberg LLP/Seeger Weiss LLP | June 21, 2016 |
| 6 | 10-04951 | Harold A. Thau | Milberg LLP/Seeger Weiss LLP | June 24, 2016 |
| 7 | 10-05069 | Potamkin Family Foundation Inc. | Milberg LLP/Seeger Weiss LLP | July 5, 2016 |
| 8 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP | April 30, 2015 |