**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04421 (SMB) |
| Plaintiff, | |
| v. | |
| A & G GOLDMAN PARTNERSHIP, a New York Partnership, GERALD GOLDMAN, as General Partner of A & G Goldman Partnership and individually, and ALAN GOLDMAN, as General Partner of A & G Goldman Partnership and individually, | |

## STIPULATION AND ORDER FOR VOLUNTARY
## DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants A & G Goldman Partnership, a New York Partnership, Gerald Goldman, as General Partner of A & G Goldman Partnership and individually, and Alan Goldman, as General Partner of A & G Goldman Partnership and individually, by and through their counsel, Michael I. Goldberg of Akerman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against A & G Goldman Partnership, Gerald Goldman, and Alan Goldman.

2. On September 21, 2015, Defendants A & G Goldman Partnership, Gerald Goldman, and Alan Goldman served an answer on the Trustee.

3. On August 11, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default under the terms of the Settlement Agreement. Upon the Trustee's receipt of the full Settlement Amount as set forth in the Settlement Agreement, and provided there is no default under the Settlement Agreement, this dismissal shall be deemed with prejudice.

5.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
August 19, 2016

| | |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Michael I. Goldberg* |
| **BAKER & HOSTETLER LLP** | **AKERMAN LLP** |
| 45 Rockefeller Plaza | 350 East Las Olas Boulevard, Suite 1600 |
| New York, New York 10111 | Fort Lauderdale, Florida 33301-2229 |
| Telephone: 212.589.4200 | Telephone: 954.468.2700 |
| Facsimile: 212.589.4201 | Facsimile: 954.468.2224 |
| David J. Sheehan | Michael I. Goldberg |
| Email: dsheehan@bakerlaw.com | Email: michael.goldberg@akerman.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorney for A & G Goldman Partnership, Gerald Goldman, and Alan Goldman* |

SO ORDERED

\_\_\_/s/ STUART M. BERNSTEIN_____
Dated: August 22, 2016          HON. STUART M. BERNSTEIN
New York, New York              UNITED STATES BANKRUPTCY JUDGE