**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>STANLEY KREITMAN,<br><br>        Defendant. | Adv. Pro. No. 10-04626 (SMB) |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

    This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including **October 6, 2016**.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order and the Mediation Referral Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
August 22, 2016

| **BAKER & HOSTETLER LLP** | **BLANK ROME LLP** |
|---|---|

By:  _/s/ Keith R. Murphy____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R.  Murphy
Email: kmurphy@bakerlaw.com
Ferve E. Ozturk
Email: fozturk@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By:  _/s/ Michael Brownstein_____
The Chrysler Building
405 Lexington Ave.
New York, New York 10174
Telephone:  212.885.5000
Facsimile:  212.885.5001
Michael Z. Brownstein
Email:  mbrownstein@blankrome.com
Anthony A. Mingione
Email:  amingione@blankrome.com

*Attorneys for Defendant*

By:  __/s/ Francis G. Conrad _____
P.O. Box 80
75 Mineola Ave.
Way West
Point Lookout, New York 11569
Telephone:  516.835.2287
Facsimile:  810.815.2441
Hon. Francis G. Conrad
Email:  fconrad@vermontel.net

*Mediator*