BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON AUGUST 24, 2016 AT 10:00 A.M.**

**SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB)**

1. Defendants' Memorandum Of Law In Support of Motion For an Order Authorizing The Deposition of Bernard L. Madoff (Filed: 7/7/2016) [ECF No. 13605]

    a. Declaration of Helen Davis Chaitman In Support of Motion For An Order Authorizing The Deposition of Bernard L. Madoff (Filed: 7/7/2016) [ECF No. 13604]

    b. Notice of Motion for An Order Authorizing The Deposition of Bernard L. Madoff (Filed: 7/7/2016) [Docket No. 13603]

2. Joinder To Motion For Order Authorizing The Deposition Of Bernard L. Madoff Pursuant To Rule 30(A)(2)(B) filed by Carole Neville on behalf of Dentons' Defendants. (Filed 7/20/2016 ) [ECF No. 13747]

3. Notice to Defendants Establishing Deadline to File Requests to Depose Bernard L. Madoff (Filed 7/22/2016) [ECF No. 13786]

4. Notices of Request to Depose Bernard L. Madoff

   a. Notice of Request To Participate In The Deposition of Bernard L. Madoff Pursuant To Rule 30(a)(2)(B) Filed by Carole Neville on behalf of Dentons' Defendants. (Filed 8/4/2016) [ECF No. 13825]

   b. Notice Of Zraick Defendants' Request To Participate In The Deposition Of Bernard L. Madoff (Filed 8/5/16) [ECF No. 13838]

   c. Notice to Take Depositions Notice of Request to Depose Bernard L. Madoff filed by Joshua E. Keller on behalf of Milberg/Seeger Weiss Defendants. (Filed 8/5/16) [ECF No. 13839]

   d. Notice to Take Depositions Notice of Request to Depose Bernard L. Madoff filed by Andrew B. Kratenstein on behalf of Martin A. Sage (Filed 8/5/16) [ECF No. 13840]

   e. Notice to Take Depositions Notice of Request to Depose Bernard L. Madoff filed by Andrew B. Kratenstein on behalf of Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates; and, Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates,, Sage Associates, Malcolm H. Sage, Malcolm Sage, in his capacity as Personal Representative of the Estate of Lillian M. Sage (Filed 8/5/16) [ECF No. 13841]

   f. Notice of Request to Depose Bernard L. Madoff filed by Jonathan K. Cooperman on behalf of Emilie Apfelbaum, Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the Estate of (Succession) of Doris Igoin. (Filed 8/5/16) [ECF No. 13844]

**RESPONSES:**

5. Trustee's Response to Defendants' Request to Depose Bernard L. Madoff (Filed: 8/19/2016) [ECF No. 13902]

   a. Declaration of Matthew B. Greenblatt In Support of Trustee's Response to Defendants' Request to Depose Bernard L. Madoff (Filed 8/19/16) [ECF No. 13904]

6. Response To The Chaitman Customers Motion And Notices From Additional Customers For An Order Authorizing A Second Deposition Of Bernard L. Madoff  Filed By Marcy R. Harris On Behalf Of Capital Growth Company, Decisions Incorporated, Favorite Funds, Ja Primary Limited Partnership, Ja Special Limited Partnership, Jab Partnership, Jemw Partnership, Jf Partnership, Jfm Investment Companies, Jln Partnership, Jmp Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., Barbara Picower, The Picower Foundation, The Picower Institute Of Medical Research, The Trust F/B/O Gabrielle H. Picower. (Filed 8/19/16)  [ECF No. 13903]

**REPLIES:**

7. The Chaitman Defendants' Memorandum of Law in Further Support of Motion for an Order Authorizing the Deposition of Bernard L. Madoff (Filed 8/22/16) [ECF No. 13912]

**RELATED FILINGS:**

8. Letter Requesting a Conference with the Court Regarding Zraick Defendants' Pre-Motion Request for Leave to Depose Bernard L. Madoff  (Filed: 7/11/2016) [ECF No. 13617]

9. Letter to Judge Bernstein from Chaitman LLP in response to Trustee's July 12, 2016 Letter Requesting Return Date of Motion to be Adjourned. (Filed 7/13/2016) [ECF No. 13648]

10. Letter to Judge Bernstein from Baker & Hostetler LLP in Response to Defendant Counsels July 13, 2016 Letter Objecting to Trustee's Return date of Motion to be Adjourned. (Filed: 7/13/2016) [ECF No. 13660]

11. Letter to Judge Bernstein from Zraick Defendants in Response to Trustee's July 12 and July 13 letters Objecting to Trustee's Return date of Motion to be Adjourned. Filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed 7/15/2016 ) [ECF No. 13691]

<u>Status</u>: This matter is going forward.

Dated:  New York, New York
 August 23, 2016               Respectfully submitted,


                                */s/ Keith R. Murphy*
                                Baker & Hostetler LLP
                                45 Rockefeller Plaza
                                New York, New York 10111
                                Telephone: (212) 589-4200
                                Facsimile: (212) 589-4201
                                David J. Sheehan
                                Email: dsheehan@bakerlaw.com
                                Keith R. Murphy
                                Email: kmurphy@bakerlaw.com


                                Attorneys for Irving H. Picard, Trustee for the
                                Substantively Consolidated SIPA Liquidation
                                of Bernard L. Madoff Investment Securities
                                LLC and Estate of Bernard L. Madoff