**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**STIPULATION AND ORDER MODIFYING THE
SCHEDULING ORDER CONCERNING THE
DETERMINATION OF THE BRIAN ROSS CLAIM**

WHEREAS:

1. On May 4, 2016, the Court entered an order establishing a briefing schedule and setting a hearing date regarding the Trustee's determination of the Brian Ross Claim (the "Scheduling Order"), as more fully set forth in the Scheduling Motion (ECF No. 13215).

2. Counsel for the Trustee and Brian Ross have agreed, subject to the approval of the Court, to modify the Scheduling Order to extend the date by which fact discovery will end, and the dates by which the parties must file their respective submissions with the Court. All other dates and stipulations pursuant to the Scheduling Order remain in effect.

NOW, THEREFORE, subject to the approval of the Court, it is hereby STIPULATED AND AGREED:

A. **Discovery**

1. On or before October 3, 2016, the Parties shall exchange affidavits or declarations along with any supporting documentation they intend to rely upon in support of their Motion and/or Memorandum of Law, and either a statement that they intend to rely only on such affidavits or declarations at the hearing or a list of witnesses that will testify at the hearing.

2. Fact discovery shall be completed by October 31, 2016.

B. **Motion Practice**

1. On or before December 2, 2016, the Trustee shall file a Motion combined with a Memorandum of Law for an Order to Affirm the Trustee's Determination Regarding the Brian Ross Claim (the "Brian Ross Customer Motion").

2. On or before December 2, 2016, SIPC may file a brief with respect to the Brian Ross Claim.

3. On or before December 16, 2016, Ross may file a brief in opposition with respect to the Brian Ross Claim.

4. On or before January 6, 2017, the Trustee may file any reply papers.

5. On or before January 6, 2017, SIPC may file any reply papers.

*Intentionally Left Blank*

C.  **Court Hearings**

1.  The Court shall hear the Brian Ross Customer Motion on January 25, 2017 (the "Omnibus Hearing Date"), at 10:00 am, but the Court will not take evidence on that date.

2.  The parties shall enter into a stipulated joint pre-trial order that identifies stipulated facts and any open factual or legal issues and will file the joint pre-trial order no less than fourteen (14) days before the Omnibus Hearing Date.

Dated: August 23, 2016

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **DUANE MORRIS LLP** |
| By: */s/ David J. Sheehan* | By: */s/ Patricia H. Heer* |
| 45 Rockefeller Plaza | 1540 Broadway |
| New York, New York 10111 | New York, NY 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 692-4086 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 692-1020 |
| David J. Sheehan | Gerard S. Catalanello |
| Email: dsheehan@bakerlaw.com | gcatalanello@duanemorris.com |
| Jorian L. Rose | Patricia H. Heer |
| Email: jrose @bakerlaw.com | phheer@duanemorris.com |
| Amy E. Vanderwal | |
| Email: avanderwal@bakerlaw.com | *Attorneys for Claimant Brian Ross* |
| Anat Maytal | |
| Email: amaytal@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

SO ORDERED

/s/ STUART M. BERNSTEIN

Dated: August 23, 2016   HON. STUART M. BERNSTEIN
New York, New York       UNITED STATES BANKRUPTCY JUDGE