# EXHIBIT A

July 21, 2016

Clerk of the United States Bankruptcy Court
For the Southern district of New York
One Bowling Green
New York, New York 10004

LAMAR ELLIS

1372 FERN LAKE AVENUE   Conservator

BREA, CA 92821

Case No. 08-1789 (BLM)

Employer's Tax Identification (EIN) No(s): 25-54-2349

## ORDER FOR RELIEF FROM STAY

The hearing on the Motion for Relief from an Automatic Stay ("Motion"; pleading __) filed

by Petitioner Lamar Ellis should not be scheduled for a hearing.

The Court may consider the merits of the Motion, the allegations therein, the attachments thereto, [any

objection filed thereto, the arguments of counsel] [no objections having been filed thereto], and there

being good cause to grant the relief requested;

IT IS ORDERED that the Motion is GRANTED, and the automatic stay imposed by 11

U.S.C. § 362 is terminated to allow Mover to proceed to Liquidation Proceedings of

Carryback/Carryforward 1045 Petitioner/Conservator, Lamar Ellis seeks relief to

liquidate $969,757,940 of Debtor $1.8 Billion in order to recover losses which occurred at the

hands of Debtor or otherwise exercise its security interests against the following described

collateral ("Collateral"): Special Master of Madoff Victim fund

Regions Bank, Pioneer Investment Funds as 60 other Does under 1998 Federal

Identity Theft Act under Penal Code 530.7 to recover Lamar Ellis Trust/Energetic,

IT IS FURTHER ORDERED that Movers are to file a report of sale promptly following

liquidation of the Collateral.

*Lamar Ellis* (signature)

Lamar Ellis

RECEIVED
JUL 21 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

—Registered Letter—

June 30, 2016

Case No. 08-1789 (BLM)

To: Special Master

Madoff Victim Fund

Claim No. 7070192.CRC

United States

Department of Justice

P.O. Box 6310

Syracuse, NY 13217-6310

Re: 1.) Change of address for Lamar Ellis (TR), Lamar Ellis, TTEE Conservator of 1516 Shirley Avenue, Jackson, MS 39204 to that of Lamar Ellis (TR), Lamar Ellis (TTEE) and Conservator for Energetic Psychoanalytic Institute and Training School, Inc. as is shown upon the enclosed July 10, 1995 notarized assignment of Deed of Trust (Charitable Securities) document.

—June 30, 2016 Declaration by Lamar Ellis—

2.) Lamar Ellis Trust has at all times since the tax year 1995 performed as transfer agent of securities for Energetic, Inc., via the renowned Signature Guaranteed/Medallion/Guaranteed programs.

3.) Lastly, Lamar Ellis Trust (Trustee) believes that its lost/stolen securities of Claim No. 7070192.CRC should be conducted with the same privileges under the Securities Investor Protectant Act, 15 U.S.C. (SIPA) as Trustee Irving H. Picard described on 12/08/2009.

4.) Please advise me if any claimant is forever precluded to receive permission from the DOJ to bring suit to recover in Federal Court the assets believed to be held by MVF, under certain established (IRC)(SEC)

Thank you,

Lamar Ellis, TTEE-Conserv

1372 Fern Lake Avenue

Brea, CA 92821



LAMAR ELLIS, Individual (Pro Per)
218 Lincoln Avenue
Pomona, California 91767
(909) 623-2247

Case No. 08-1789 (BLM)

ORIGINAL FILED
FEB 0 9 2004
LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE

COUNTY OF LOS ANGELES, EAST DISTRICT, EAST-POMONA COURTHOUSE

| | |
|---|---|
| LAMAR ELLIS, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA IRVINE, et al., with defendants separate and apart; DOES 1 through 60 Inclusive.<br><br>Defendant | Case No.: KC 043397 H<br>Assigned For All Purposes to:<br>Judge Bruce Minto, Dept. H<br>1st AMENDED COMPLAINT; PLAINTIFF(s) SEEKS $1,347 BILLION DAMAGES; CAUSE OF ACTION WITH SEVERAL SUBCAUSES (982.1 CAUSE OF ACTION/COMMON COUNTS)<br>I – 1998 FEDERAL IDENTITY THEFT DETERRANCE ACT, AND CALIFORNIA IDENTITY THEFT ACT UNDER PENAL CODE §530.7<br>SUB CASES:<br>  A) DEFAMATION OF CHARACTER<br>  B) THREAT OF BODILY HARM<br>  C) EXTORTION<br>  D) BREACH OF CONTRACT<br>  E) EMBEZZLEMENT<br>  F) HYPOTHECATION<br>  G) CONSPIRACY TO FRAUD<br>  H) MENTAL DISTRESS RECKLESS OR INTENTIONAL<br>  I) ATTORNEY WRONGFULLY DISMISSING HIMSELF WITHOUT NOTICE<br>  J) ELDER ABUSE |

COMES NOW Plaintiffs: Lamar Ellis, Individual; Lamar Ellis, Trust and Energetic Institute and alleges as follows: Defendants extorted $1,347 billion of plaintiffs $6,133 billion. Plaintiff's plan to seek recovery through legal means with the assistance of the U.S. Treasury Department, (IRS). All defendants involved were also reported to the (IRS) as a matter of compliance on September 30, 2003.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTIONS

1. At all times mentioned herein, plaintiffs are and now is a competent adult residing in the City of Pomona, California.

2. Plaintiffs are informed and believe and thereupon allege that defendant U. C. Irvine (hereinafter) referred to as UCI et al.) is an at all times herein mentioned as a campus of the University

Amendment to Complaint - 1

MADOFF VICTIM FUND
P.O. BOX 6310
SYRACUSE, NY 13217-6310

Case No. 08-1789 (BLM)

7070192 - CRC
LAMAR ELLIS TR
LAMAR ELLIS TTEE CONSERVATOR
1516 SHIRLEY AVE
JACKSON, MS 39204

We are writing to confirm that we have received the claim you submitted to the Madoff Victim Fund (MVF) and have assigned it claim number 7070192. Please retain this number and include it in any correspondence or emails you send to the MVF and have it accessible if you call MVF customer service. No further action is required from you at this time. If your address or contact information changes, please inform us immediately so that we have your current information.

www.madoffvictimfund.com
(866) 624-3670

MISSISSIPPI SECURITIES ACT RULES        Case No. 08-1789 (BLM)

Promulgated
Pursuant to the
Mississippi Securities Act

Effective
February 1, 1993

Secretary of State

State of Mississippi

*Confidential Report*

# GUARANTEED TAX SHELTER BEARER CERTIFICATE

Lamar Ellis Trust

Page 2 shows a certificate, dated 09/27/2003, with a face value of $1,278,000,000, drawn *to the order of* the Lamar Ellis Trust.

The Cusip indicator AOPXX is provided on the certificate; the indicator is in fact the symbol for AmSouth Prime Money Market Class A shares, for which the Cusip is 032168700

AmSouth Prime Money Market Class A shares became Pioneer Cash Reserves Fund shares in September 2005. Trading medium: NASDAQ.

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## NOTICE OF CANCELLATION OF HEARING

**PLEASE TAKE NOTICE** that on behalf of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, and the substantively consolidated estate of Bernard L. Madoff, through his counsel Baker & Hostetler LLP, the hearing scheduled to be held on **August 31, 2016 at 10:00 a.m.** is cancelled. All matters previously scheduled on that

1

date will be adjourned and no matters will be scheduled to be heard on that date.

Dated: New York, New York
July 19, 2016

By: /s/Keith R. Murphy
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

ew York Southern Live System

08-01789-smb    Doc 13848    Filed 07/21/16    Entered 08/08/16 10:47:00    Main Document

**CM/ECF** | Bankruptcy | Adversary | Query | Reports | Utilities

File a Notice:

08-01789-smb Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC, et a

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Keith R. Murphy entered on 7/19/2016 at 3:10 PM and filed on 7/19/2016
**Case Name:**       Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC, et a
**Case Number:**     08-01789-smb
**Document Number:** 13720

**Docket Text:**
Notice of Adjournment of Hearing /*Notice of Cancellation of August 31, 2016 Hearing* filed by Keith R. Murphy on behalf of Irving H. Picard. (Murphy, Keith)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\BK Filings ASuffern\2016-07\08-01789 Notice of Cancellation of Hearing.pdf
**Electronic document Stamp:**
STAMP NYSBStamp_ID=842906028 [Date=7/19/2016] [FileNumber=15412510-0]
284db279cdc2529c2592a96638403fd3d1616c0e0a44e1581b0598bd90083b2f6b0e
5cec63283b832fa46aef1b62a78c4c42fef96f862650c0abe2f3ddf59440]]

)8-01789-smb Notice will be electronically mailed to:

Iohan Robert Abraham on behalf of Defendant Notz, Stucki Management (Bermuda) Limited
rabraha@debevoise.com, mao-bk-ecf@debevoise.com

Robert Alan Abrams on behalf of Defendant Jeanne T. Spring Trust
abrams@katskykorins.com

Nathan D. Adler on behalf of Interested Party 20:20 Medici AG
ida@nqgrg.com

Sameer Nitanand Advani on behalf of Unknown Equus Asset Management LTD.

**From:** Suffern, Anne <asuffern@bakerlaw.com>
**To:** adberlin <adberlin@aitkenberlin.com>; aehrlich <aehrlich@paulweiss.com>; ahadjikow <ahadjikow@brunellelaw.com>; brunellelaw <brunellelaw@gmail.com>; Alexander.Feldman <Alexander.Feldman@CliffordChance.com>; amarder <amarder@msek.com>; amy.swedberg <amy.swedberg@maslon.com>; andrea.robinson <andrea.robinson@wilmerhale.com>; angelinal <angelinal@jpfirm.com>; anisselson <anisselson@windelsmarx.com>; asteinberg <asteinberg@kslaw.com>; awagner <awagner@stonemagnalaw.com>; bankruptcy <bankruptcy@morrisoncohen.com>; bdk <bdk@schlamstone.com>; bfriedman <bfriedman@milberg.com>; bhanyc <bhanyc@gmail.com>; blax <blax@laxneville.com>; bneville <bneville@laxneville.com>; bscott <bscott@klestadt.com>; bsharton <bsharton@goodwinprocter.com>; bsmoore <bsmoore@pbnlaw.com>; btannenbaum <btannenbaum@paulweiss.com>; bvkleinman <bvkleinman@aitkenberlin.com>; carole.neville <carole.neville@dentons.com>; cboccuzzi <cboccuzzi@cgsh.com>; cglick <cglick@certilmanbalin.com>; cgrusauskas <cgrusauskas@paulweiss.com>; charles.platt <charles.platt@wilmerhale.com>; CRendell <CRendell@stonemagnalaw.com>; csalomon <csalomon@beckerglynn.com>; dana.seshens <dana.seshens@davispolk.com>; danielholzman <danielholzman@quinnemanuel.com>; dapfel <dapfel@goodwinprocter.com>; david.kotler <david.kotler@dechert.com>; david.livshiz <david.livshiz@freshfields.com>; david <david@dboltonpc.com>; davidbernfeld <davidbernfeld@bernfeld-dematteo.com>; dglosband <dglosband@goodwinprocter.com>; dgolub <dgolub@sgtlaw.com>; dhirsch <dhirsch@sglawyers.com>; dhykal <dhykal@willkie.com>; dmolton <dmolton@brownrudnick.com>; dquinn <dquinn@bargerwolen.com>; dstone <dstone@stonemagnalaw.com>; ebadway <ebadway@foxrothschild.com>; EFrejka <EFrejka@FREJKA.com>; eletey <eletey@riddellwilliams.com>; emolino <emolino@brownrudnick.com>; eric.lewis <eric.lewis@baachrobinson.com>; ffm <ffm@bostonbusinesslaw.com>; fhperkins <fhperkins@morrisoncohen.com>; fowkes.joshua <fowkes.joshua@arentfox.com>; freinke <freinke@mayerbrown.com>; fstrong <fstrong@wmd-law.com>; gbrunelle <gbrunelle@brunellelaw.com>; brunellelaw <brunellelaw@gmail.com>; gdexter <gdexter@chaitmanllp.com>; george.shuster <george.shuster@wilmerhale.com>; ghirsch <ghirsch@sillscummis.com>; glee <glee@mofo.com>; gpw <gpw@stim-warmuth.com>; gwoodfield <gwoodfield@haileshaw.com>; hchaitman <hchaitman@chaitmanllp.com>; hjones <hjones@jonesschwartz.com>; hkleinhendler <hkleinhendler@wmllp.com>; hsimon <hsimon@windelsmarx.com>; hulme.james <hulme.james@arentfox.com>; hunter.carter <hunter.carter@arentfox.com>; jeanites <jeanites@whiteandwilliams.com>; Jeff.Butler <Jeff.Butler@CliffordChance.com>; jeffreybernfeld <jeffreybernfeld@bernfeld-dematteo.com>; Jeremy.Mellitz <Jeremy.Mellitz@withers.us.com>; jlavin <jlavin@blountlavin.com>; jlevine <jlevine@stblaw.com>; jmr <jmr@msf-law.com>; joel <joel@joelherz.com>; jshickich <jshickich@riddellwilliams.com>; jspanier <jspanier@abbeyspanier.com>; jyoung <jyoung@milberg.com>; karen.wagner <karen.wagner@davispolk.com>; kjacques <kjacques@kslaw.com>; klibrera <klibrera@winston.com>; lawkap <lawkap@aol.com>; levine <levine@whafh.com>; lindsayweber <lindsayweber@quinnemanuel.com>; marcy.harris <marcy.harris@srz.com>; max <max@fmlaw.net>; mcalabrese <mcalabrese@earthlink.net>; mcohen <mcohen@cohengresser.com>; mgluck <mgluck@milberg.com>; mhbodian <mhbodian@gmail.com>; Michael.Blumenthal <Michael.Blumenthal@tklaw.com>; michael.goldberg <michael.goldberg@akerman.com>; mking <mking@gibsondunn.com>; mmulholland <mmulholland@rmfpc.com>; morwetzler <morwetzler@paulhastings.com>; mpollok <mpollok@marvinandmarvin.com>; mudem <mudem@askllp.com>; MVC <MVC@CiresiConlin.com>; neal.mann <neal.mann@oag.state.ny.us>; nfineman <nfineman@cpmlegal.com>; lconcepcion <lconcepcion@cpmlegal.com>; paminolroaya <paminolroaya@seegerweiss.com>; PDMoore <PDMoore@duanemorris.com>; phheer <phheer@duanemorris.com>; pjw <pjw@stim-warmuth.com>; pwang <pwang@foley.com>; rabrams <rabrams@katskykorins.com>; rcirillo <rcirillo@kslaw.com>; rdakis <rdakis@morrisoncohen.com>; rexlee <rexlee@quinnemanuel.com>; Rhaddad <Rhaddad@OSHR.com>; rhorwitz <rhorwitz@conroysimberg.com>; eservicewpb <eservicewpb@conroysimberg.com>; Richard.Kirby <Richard.Kirby@bakermckenzie.com>; richard <richard@kgalaw.com>; rmccord <rmccord@certilmanbalin.com>; robert.yalen <robert.yalen@usdoj.gov>; robertloigman <robertloigman@quinnemanuel.com>; rosenberg <rosenberg@clayro.com>; rschwed <rschwed@shearman.com>; rsignorelli <rsignorelli@nycLITIGATOR.com>; richardsignorelli <richardsignorelli@gmail.com>; rspinogatti <rspinogatti@proskauer.com>; russell <russell@yankwitt.com>; schristianson <schristianson@buchalter.com>; scott.reynolds <scott.reynolds@chaffetzlindsey.com>; sdumain <sdumain@milberg.com>; sfarber <sfarber@winston.com>; sfishbein <sfishbein@shearman.com>; sgeller <sgeller@bellowslaw.com>; slr <slr@msf-law.com>; smhonig <smhonig@duanemorris.com>; snewman <snewman@katskykorins.com>; sparadise <sparadise@rkollp.com>; srosen <srosen@rosenpc.com>; sschlesinger <sschlesinger@jaspanllp.com>; sscott <sscott@jaspanllp.com>; sstorch <sstorch@samlegal.com>; susheelkirpalani <susheelkirpalani@quinnemanuel.com>; sweiss <sweiss@seegerweiss.com>; tmiodonka <tmiodonka@fdh.com>; ttelesca <ttelesca@rmfpc.com>; tvalliere <tvalliere@svlaw.com>; vdrohan <vdrohan@dlkny.com>; wahabib <wahabib@verizon.net>; wdahill <wdahill@wmd-law.com>; wrtansey <wrtansey@ravichmeyer.com>; Yeskoo <Yeskoo@yeskoolaw.com>; 335pat <335pat@roadrunner.com>; admin <admin@waterland-investment.nl>; alan <alan@cosnerlaw.com>; alicerawlins <alicerawlins@me.com>; andy.huang <andy.huang@sofos.com.sg>; arlenerc54 <arlenerc54@hotmail.com>; arroyo <arroyo@rya.es>; arroyoignacio <arroyoignacio@hotmail.com>; berniebraverman <berniebraverman@gmail.com>; berthold.troiss <berthold.troiss@capitalbank.at>; bionicdoll <bionicdoll@aol.com>; birgit.peters2010 <birgit.peters2010@yahoo.com>; bobjen8 <bobjen8@bigpond.com>; carolina.fornos <carolina.fornos@usdoj.gov>; charles.robins <charles.robins@weil.com>; chore55 <chore55@yahoo.com>; cissie2010 <cissie2010@gmail.com>; daved628 <daved628@aol.com>; david1943 <david1943@comcast.net>; dewlane <dewlane@gmail.com>; dfisch1 <dfisch1@twcny.rr.com>; dgottesman <dgottesman@firstmanhattan.com>; doctor1000 <doctor1000@earthlink.net>; dschupak <dschupak@schupakgroup.com>; eau203 <eau203@gmail.com>; Eric.Lewis <Eric.Lewis@baachrobinson.com>; ew <ew@khiholdings.com>; fcohen <fcohen@duanemorris.com>; fischwave <fischwave@comcast.net>; freedomlo <freedomlo@yahoo.com.hk>; galejs <galejs@gmail.com>; gary.libra <gary.libra@gmail.com>; gdnite <gdnite@earthlink.net>; grandpastuffit <grandpastuffit@bellsouth.net>; hbarr <hbarr@bplegalteam.com>; hstern <hstern@wzssa.com>; hyassky <hyassky@aol.com>; icbcmylee <icbcmylee@yahoo.com.tw>; info <info@pfcintl.com>; j.delaire <j.delaire@yahoo.com>; jacques123 <jacques123@wanadoo.es>; jakefigi2 <jakefigi2@aol.com>; jaqueslamac <jaqueslamac@gmail.com>; jn-pro-se <jn-pro-se@pobox.com>; joannerosen <joannerosen@gmail.com>; johnph1494 <johnph1494@gmail.com>; johnsamore <johnsamore@hotmail.com>; jpitkin <jpitkin@umich.edu>; jsousa <jsousa@bfm.bm>; jwang <jwang@sipc.org>; jwnijkamp

gjmpkarsp@ApnmailWl>; koell <kbell@sipc.org>; krishnamurthyp <krishnamurthyp@sec.gov>; krizia_ligale
<krizia_ligale@yahoo.com.hk>; lamelli <lamelli@verizon.net>; leyla.hill <leyla.hill@hos.com>; linchasd
<linchasd@netvigator.com>; lindencoppell <lindencoppell@gmail.com>; lovormon <lovormon@aol.com>; maddockspaul
<maddockspaul@gmail.com>; marciroses <marciroses@aol.com>; marny <marny@corsair2.com>; mattfcarroll
<mattfcarroll@msn.com>; mauricesandler <mauricesandler@sbcglobal.net>; mdweb27 <mdweb27@me.com>; mrkruze
<mrkruze@comcast.net>; msoslow <msoslow@untracht.com>; muchhal <muchhal@netvigator.com>; mwinick
<mwinick@hotmail.com>; ndver <ndver@comcast.net>; nkelley <nkelley@sipc.org>; optics58 <optics58@gmail.com>; oreng
<oreng@bellsouth.net>; pabst <pabst@mantomgmt.com>; peplady5 <peplady5@gmail.com>; pfisch <pfisch@twcny.rr.com>;
prosenblum <prosenblum@mindspring.com>; richard.hoefer <richard.hoefer@utanet.at>; rjch <rjch@netvigator.com>;
rmacdon482 <rmacdon482@aol.com>; rng67 <rng67@comcast.net>; rreardon <rreardon@stblaw.com>; rudolf.rausch
<rudolf.rausch@gmail.com>; simcha.gutgold <simcha.gutgold@gmail.com>; sltiner <sltiner@yahoo.com>; srohdie
<srohdie@bellsouth.net>; stanleymkatz <stanleymkatz@mac.com>; stuart <stuart@silverboxsw.com>; swansont
<swansont@sec.gov>; tim.balbirnie <tim.balbirnie@gmail.com>; truggiero <truggiero@resnicknyc.com>; ts.yang
<ts.yang@msa.hinet.net>; vasilescua <vasilescua@sec.gov>; wc.helsdingen <wc.helsdingen@casema.nl>; wolfie2400
<wolfie2400@yahoo.com>; yiuleung <yiuleung@yahoo.com.hk>; yiuleunghk <yiuleunghk@gmail.com>

**Subject:** SIPC v BLMIS (Case No. 08-01789)
**Date:** Tue, Jul 19, 2016 12:17 pm
**Attachments:** 08-01789 Notice of Cancellation of Hearing.pdf (32K), 08-01789 Receipt.PDF (30K)

---

We are counsel to Irving H. Picard, Esq., as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, plaintiff, in the above-referenced adversary proceeding.

Attached please find Notice of Cancellation of Hearing which has been electronically filed in the above noted adversary proceeding.

If you should have any questions, please do not hesitate to contact Keith R. Murphy, Esq. at (212) 589-4682 or kmurphy@bakerlaw.com.

**Anne Suffern**
Paralegal

45 Rockefeller Plaza
New York, NY 10111-0100
T 212.847.2843

asuffern@bakerlaw.com
bakerlaw.com

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of