**Baker & Hostetler LLP**

45 Rockefeller Plaza

New York, NY 10111

Telephone: (212) 589-4200

Facsimile: (212) 589-4201

David J. Sheehan

Fernando A. Bohorquez, Jr.

Keith R. Murphy

David W. Rice

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**Hearing Date:  September 28, 2016 at 10:00 a.m.**
**Objections Due:  September 21, 2016 at 5:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>    v.<br><br>ANNETTE BONGIORNO and RUDY BONGIORNO,<br><br>        Defendants. | Adv. Pro. No. 10-04215 (SMB) |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT AGREEMENT BY AND AMONG THE TRUSTEE, <u>ANNETTE BONGIORNO AND RUDY BONGIORNO</u>**

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on September 28, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code, and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure approving a certain settlement agreement by and among the Trustee, on the one hand, and Annette Bongiorno ("Ms. Bongiorno") and Rudy Bongiorno ("Mr. Bongiorno") (collectively, "Transferees"), on the other hand, as more particularly set forth in the Motion annexed hereto (the "Motion").

PLEASE TAKE FURTHER NOTICE that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on September 21, 2016** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: Fernando A. Bohorquez, Jr.; (b) Sercarz & Riopelle, LLP, 810 Seventh Avenue, Suite 620, New York, NY 10019, Attn: Roland Riopelle; (c) Kase & Druker, 1325 Franklin Avenue, Suite 225, Garden City, NY 11530, Attn: James Druker;  and (d) Securities Investor Protection Corporation, 1667

K Street, NW, Suite 1000, Washington DC, 20006-1620, Attn: Kevin Bell.   Any objections

must specifically state the interest that the objecting party has in these proceedings and the

specific basis of any objection to the Motion.

PLEASE TAKE FURTHER NOTICE that failure to file timely objections may result in

the entry of an order granting the relief requested in the Motion without further notice to any

party or an opportunity to be heard.

Dated: August  24, 2016          Respectfully submitted,
       New York, New York

By:    */s/ Fernando A Bohorquez, Jr.*
      **BAKER & HOSTETLER LLP**
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan
      Email:  dsheehan@bakerlaw.com
      Fernando A. Bohorquez, Jr.
      Email: fbohorquez@bakerlaw.com
      Keith R. Murphy
      Email: kmurphy@bakerlaw.com
      David W. Rice
      Email: drice@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*