**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Maximillian S. Shifrin

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>         v.<br><br>SEW PREFERRED LIMITED PARTNERSHIP, SEW GENERAL, LLC, GRACE B. EVENSTAD REVOCABLE TRUST, GRACE B. EVENSTAD, as co-trustee of the GRACE B. EVENSTAD REVOCABLE TRUST, KENNETH L. EVENSTAD, as co-trustee of the GRACE B. | Adv. Pro. No. 10-04945 (SMB) |

300418769.1

EVENSTAD REVOCABLE TRUST, SERENE WARREN REVOCABLE TRUST, SERENE WARREN, as co-trustee of the Serene Warren Revocable Trust, CHRISTOPHER WARREN, as co-trustee of the Serene Warren Revocable Trust,

Defendants.

## TWELFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on May 16, 2014.

2. Fact Discovery shall be completed by: November 13, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: January 12, 2017.

4. The Disclosure of Rebuttal Experts shall be due: February 13, 2017.

5. The Deadline for Completion of Expert Discovery shall be: March 15, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 22. 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before April 5, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before August 3, 2017.

Dated: August 26, 2016

| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
|---|---|
| By: */s/ Keith R. Murphy* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Nicholas Cremona <br> Email: ncremona@bakerlaw.com <br> Keith R. Murphy <br> Email: kmurphy@bakerlaw.com <br> Maximillian S. Shifrin <br> Email: mshifrin@bakerlaw.com <br><br> *Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Daniel B. Besikof* <br> 345 Park Avenue <br> New York, New York 10154 <br> Telephone: 212.407.4129 <br> Facsimile: 646.417.6335 <br> P. Gregory Schwed <br> Email: gschwed@loeb.com <br> Daniel B. Besikof <br> Email: dbesikof@loeb.com <br><br> *Attorneys for Defendants* |