# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

August 29, 2016

**VIA ECF AND EMAIL**
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    *In re Madoff (08-01789)* – Motion to Compel in various adversary proceedings

Dear Judge Bernstein:

    I write to request permission to file a motion to compel discovery on behalf of clients in 92 separate avoidance actions.

    On March 8, 2016, the Defendants in *Picard v. Wilenitz et al.*, Adv. Pro. No. 10-04995 served their First Set of Document Requests and Interrogatories on the Trustee. The Trustee refused to meaningfully respond to the *Wilenitz* discovery demands. After a failed meet-and-confer, on April 6, 2016, the Trustee wrote to the Court requesting permission to file a motion for a protective order with respect to the *Wilenitz* discovery. (*See* Adv. Pro. No. 10-04995, ECF No. 63). The Court held a hearing on May 17, 2016, and authorized us to file a motion to compel in *Wilenitz*.

    In the hopes of easing the burden on the Court and resolving this issue in all of our cases, on June 21, 2016, Chaitman LLP served discovery requests to the Trustee on behalf of 83 defendants represented by Chaitman LLP ("Defendants") where discovery has not been completed. The Discovery Requests are substantially similar to the *Wilenitz* Requests and consist of 18 requests that go to core issues in the cases. The only differences from the *Wilenitz* requests are that the Discovery Requests do not seek information regarding the Trustee's compensation and the requests seek information concerning Madoff's securities purchases and sales.

    The Trustee has refused to meaningfully respond to the 83 separate sets of discovery. We had sought to file an omnibus motion in all 83 separate cases and in our cases in which discovery has closed but, when we called to request permission, Mr. Paek informed us that you are on vacation and that he could not grant the request without consulting with you. Hence, we have filed a motion today only in *Wilenitz* and in two cases against *Gordon* where the Trustee requested that discovery be extended but we have not yet seen an order extending discovery.

{00022845 1 }

# CHAITMAN LLP

Honorable Stuart M. Bernstein
In re Madoff (08-01789) – Motion to compel in
Chaitman LLP Adversary Proceedings
August 29, 2016

      I respectfully request that the Court grant permission for me to file the same motion in all 92 adversary proceedings so that these motions, which involve the identical issues, can be heard at the same time.

      Yours respectfully,

      */s/ Helen Davis Chaitman*

      Helen Davis Chaitman Esq.

HDC:leb

cc:    Via E-mail
       Edward Jacobs (ejacobs@bakerlaw.com)
       David Sheehan (dsheehan@bakerlaw.com)

{00022845 1 }