**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>      Plaintiff,<br><br>v.<br><br>EDYNE GORDON, in her capacity as the executrix and primary beneficiary of the Estate of Allen Gordon,<br><br>      Defendant. | Adv. Pro No. 10-04809 (SMB) |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY PURSUANT TO FED. R. CIV. P. 37, FINDING PLENARY WAIVER OF PRIVILEGE AND WORK PRODUCT, AND BARRING THE TRUSTEE FROM USING AT THE TIME OF TRIAL DOCUMENTS NOT PRODUCED DURING FACT DISCOVERY**

  **THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for Defendant Edyne Gordon, in her capacity as the executrix and primary beneficiary of the Estate of Allen Gordon ("Defendant"), with respect to the Defendant's Motion (a) to compel discovery pursuant to Fed. R. Civ. P. 37, (b) for an order finding plenary waiver of privilege and work product, and (c) for an order barring the trustee from using at trial any evidence not

{00022834 1 }

produced during fact discovery; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to compel discovery pursuant to Fed. R. 37 is granted and the Trustee must fully respond to Defendant's Discovery Requests within fourteen (14) days of the entry of this Order;

2. The Trustee, by his failure to produce a privilege log, has caused a plenary waiver of attorney-client privilege, attorney work product, and all other claimed privileges and must produce all documents being withheld on these grounds within fourteen (14) days of the entry of this Order;

3. The Trustee is barred from using at trial any information or documents not produced during fact discovery.

New York, New York  
Dated: _____

                                                      Hon. Stuart M. Bernstein  
                                                     United States Bankruptcy Judge

{00022834 1 }