# EXHIBIT G

```
                                                              Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 08-01789-smb
 4   Adv. Case No. 10-04446-smb
 5   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 6   SECURITIES INVESTOR PROTECTION CORPORATION,
 7              Plaintiff,
 8         v.
 9   BERNARD L. MADOFF INVESTMENT SECURITIES, et al.,
10              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
12   IRVING H. PICARD TRUSTEE FOR THE LIQUIDATION OF BERNARD L.
13   MADOFF INVESTMENT SECURITIES LLC,
14              Plaintiff,
15         v.
16   TRUST UNDER AGREEMENT DATED 12/6/99 FOR THE BENEFIT OF
17   WALTER AND EUGENIE KISSINGER, ET AL.,
18              Defendants.
19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
20                    U.S. Bankruptcy Court
21                    One Bowling Green
22                    New York, NY  10004
23                    July 6, 2016
24                    10:15 AM - 10:50 AM
25
```

Page 2

1  B E F O R E :

2  HON STUART M. BERNSTEIN

3  U.S. BANKRUPTCY JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1  Hearing re:  Discovery Conference re Deposition of Aaron
2  Blecker for Profit Withdrawal Proceeding
3
4  Hearing re:  Discovery-Related Matters (applies to various
5  additional adversary proceedings as set forth in letters
6  dated 5/24/16 from Chaitman LLP)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

```
 1  A P P E A R A N C E S :

 2

 3  CHAITMAN LLP

 4       Attorney for Carol Nelson, Defendant

 5       465 Park Avenue

 6       New York, NY 10022

 7

 8  BY:  HELEN DAVIS CHAITMAN, ESQ.

 9

10  BAKER & HOSTETLER, LLP

11       Attorney for the Debtor

12       45 Rockefeller Plaza

13       New York, NY 10111

14

15  BY:  EDWARD J. JACOBS

16       DAVID J. SHEEHAN

17

18

19

20

21

22

23

24

25
```

Page 19

1  MR. JACOBS:  Right.

2  THE COURT:  We'll address that in a minute.  But

3  it seems to me, for what the bank subpoenas were looking

4  for, if they admit that the deposits and the withdrawals

5  during the period they acknowledge are accurate, subject to

6  possible exceptions for inter-account transfers, which I

7  didn't expect them to be in a position to admit, then that

8  satisfies that aspect of the bank subpoena.

9  MR. JACOBS:  Well, Your Honor, from our

10  perspective we don't -- legally our position is we don't

11  need the bank records to prove any aspect of our case.  The

12  BLMIS records we have and that we produced to Ms. Chaitman

13  in every single one of these cases together, as verified by

14  the JP Morgan account records for BLMIS accounts, which show

15  the account balance activity --

16  THE COURT:  You're sure going through a lot of

17  effort to get the records if you don't need them.

18  MR. JACOBS:  Well, Your Honor, Ms. Chaitman is

19  contesting the accuracy of our records.  And Your Honor has

20  not yet ruled on whether our proofs are sufficient.  So we

21  would be committing malpractice if we didn't aggressively

22  pursue, given Ms. Chaitman's challenge to our records, the

23  bank records from the defendant, which I might add, the

24  defendant's had an obligation to preserve at a minimum, when

25  they filed their claims back in 2009 and most of them did.

1      C E R T I F I C A T I O N

2

3   I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20  Veritext Legal Solutions

21  330 Old Country Road

22  Suite 300

23  Mineola, NY 11501

24

25  Date:  July 8, 2016