**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

Hearing Date: September 28, 2016
Hearing Time: 10:00 a.m.

Objection Date: September 21, 2016

*Attorneys for Defendant Edyne Gordon*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                              Plaintiff,<br><br>                    v.<br><br>EDYNE GORDON, in her capacity as the executrix and primary beneficiary of the Estate of Allen Gordon,<br><br>                              Defendant. | Adv. Pro No. 10-04914 (SMB) |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Helen Davis Chaitman with attached exhibits, and on such other and further arguments as may

be presented prior to and at the hearing on the motion, Defendant Edyne Gordon, in her capacity as the executrix and primary beneficiary of the Estate of Allen Gordon, by her undersigned counsel, will move (a) to compel discovery pursuant to Fed. R. Civ. P. 37, (b) for an order finding plenary waiver of privilege and work product, and (c) for an order barring the trustee from using at trial any evidence not produced during fact discovery before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on September 28, 2016 at 10:00 a.m.

Dated:    New York, New York
          August 29, 2016

                                   **CHAITMAN LLP**

                          By:  */s/ Helen Davis Chaitman*
                               Helen Davis Chaitman
                               Gregory M. Dexter
                               465 Park Avenue
                               New York, New York 10022
                               Phone & Fax: 888-759-1114
                               hchaitman@chaitmanllp.com
                               gdexter@chaitmanllp.com

                               *Attorneys for Defendant Edyne Gordon*

{00022831 1 }

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

**CHAITMAN LLP**
By: /s/ Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendant Edyne Gordon*

{00022831 1 }