UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendant.
-----------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
-----------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

           Plaintiff,
v.

FRANK AVELLINO, et al.,

           Defendants.
-----------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-05421 (SMB)

### JOINT MOTION TO SUBSTITUTE COUNSEL

Undersigned counsel, pursuant to applicable Federal Rules of Bankruptcy Procedure and Local Rule 2091-1, jointly request an order of this Court approving the substitution of counsel and permitting the withdrawal the law firm of Broad and Cassel, including its undersigned attorney Jonathan Etra, as counsel of record for Defendants Michael S. Bienes, Dianne K. Bienes, and St. James Associates, ("Clients"), in this case. Clients are aware of and have consented to the substitution of counsel requested in this Joint Motion. A copy of the Clients' signed consent to the substitution of counsel is attached to this Joint Motion as **Exhibit A**.

*Adv. Pro. No. 10-05421 (SMB)*

The undersigned attorneys are unaware of any objections to the substitution, and respectfully request entry of an Order Granting the Joint Motion, and requiring that all future correspondence, pleadings, notices and other court filings be directed to:

**Gary A. Woodfield**
**Florida Bar Number 563102**
**Haile Shaw & Pfaffenberger P.A.**
**660 US Highway 1**
**North Palm Beach, FL 33408-4629**
**561.627.8100**
**E-Mail: gwoodfield@haileshaw.com**

| SUCCESSOR ATTORNEY: | WITHDRAWING ATTORNEY/FIRM: |
|---|---|
| By: /s/ Gary A. Woodfield | By: /s/ Jonathan Etra |
| Fla. Bar No: 563102 | Fla. Bar No: 686905 |
| Haile Shaw & Pfaffenberger P.A. | BROAD AND CASSEL |
| 660 US Highway 1 | One Biscayne Tower, 21st Floor |
| North Palm Beach, FL 33408-4629 | 2 South Biscayne Boulevard |
| 561.627.8100 | Miami, Florida 33131 |
| E-Mail: gwoodfield@haileshaw.com | Telephone: 305.373.9400 |
| | Facsimile: 305.373.9443 |
| | E-Mail: jetra@broadandcassel.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of a Notice of Electronic filing generated by CM/ECF.

/s/ Gary A. Woodfield
Fla. Bar No: 563102
Haile Shaw & Pfaffenberger P.A.
660 US Highway 1
North Palm Beach, FL 33408-4629
Phone: 561.627.8100
E-Mail: gwoodfield@haileshaw.com