UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,    Adv. Pro. No. 08-01789 (SMB)

 v.    SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT  (Substantively Consolidated)
SECURITIES LLC,

    Defendant.
-----------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
-----------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

    Plaintiff,    Adv. Pro. No. 10-05421 (SMB)

 v.

FRANK AVELLINO, et al.,

    Defendants.
-----------------------------------------------------------x

### CONSENT TO SUBSTITUTION OF COUNSEL

  Defendants Michael S. Bienes, Dianne K. Bienes, and St. James Associates ("Defendants") hereby consent to the withdrawal of the law firm of Broad and Cassel, by and through its attorney of record, Jonathan Etra, as counsel of record for Defendants in this case. Defendants further consent to the substitution of Gary A. Woodfiled, of the law firm Haile Shaw & Pfaffenberger, P.A., in place of Mr. Etra and the law firm of Broad and Cassel, as counsel of record for the Defendants in this action.

    **(Signatures appear on the following page.)**

Exhibit A

Adv. Pro. No. 10-05421 (SMB)
*Consent to Substitution of Counsel*

DATE: August 23, 2016

_____
MICHAEL S. BIENES

DATE: August 23, 2016

_____
DIANNE K. BIENES

DATE: August 23, 2016

ST. JAMES ASSOCIATES

_____
Signature

By: MICHAEL S. BIENES
Print Name

Its: President
Title

2