UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                    Plaintiff-Applicant,

            v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Defendant.
----------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
----------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                    Plaintiff,

            v.

FRANK AVELLINO, et al.,

                    Defendants.
----------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-05421 (SMB)

## PROPOSED ORDER GRANTING JOINT MOTION TO SUBSTITUTE COUNSEL AND DIRECTIONS TO CLERK TO CHANGE COUNSEL OF RECORD

This matter having come before the Court on the Joint Motion to Substitute Counsel and

Consent, and the Court having reviewed the pleadings and papers submitted in connection with

the motion and good and sufficient cause appearing therefore,

It is herein ORDERED that the law firm of Haile, Shaw & Pfaffenberger, P.A. and Gary

A. Woodfield are substituted as counsel of record for Michael S. Bienes, Dianne K. Bienes and

St. James Associates.  All further communications and documents regarding the above-

mentioned defendants shall be directed to Gary Woodfield, Esq., Haile, Shaw & Pfaffenberger,

P.A., 660 US Highway One, Third Floor, North Palm Beach, Florida 33408.

gwoodfield@haileshaw.com; bpetroni@haileshaw.com; sborgess@haileshaw.com. Broad and Cassel and Jonathan Etra shall have no further responsibility or liability with respect to this matter.

New York, New York
_____, 2016.

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE