**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04841 (SMB) |
| Plaintiff, | |
| v. | |
| MICHAEL A. BELLINI, individually and as a joint tenant; and JUDITH BELLINI, individually and as a joint tenant, | |
| Defendants. | |

## STIPULATION FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and

Michael A. and Judith Bellini ("Defendants"), by and through their counsel Wedeen &

Kavanagh, hereby stipulate and agree to the following:

1.      On November 12, 2010, the Trustee filed and served the Complaint against

Defendants.

2.      On May 2, 2014, Defendants served an answer on the Trustee.

3.      On May 18, 2016, this Court granted the Trustee' Motion for Sanctions and

entered a Judgment against Defendants [Dkt. Nos. 31 and 32].

4.      Pursuant to the Settlement Procedures Order, entered by this Court on November

12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on

August 29, 2016 ("Settlement Agreement").

5.      The Parties hereby stipulate that the Judgment entered on May 18 is set aside, and

toa dismissal without prejudice of the Trustee's claims against Defendants in the above-

captioned adversary proceeding and dismissal of the adversary proceeding without prejudice,

subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the

event of an uncured default in the installment payments to seek entry of judgment pursuant to the

Stipulation for Entry of Judgment, as set forth in the Settlement Agreement.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

7.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8.    The Bankruptcy Court shall retain jurisdiction over this Stipulation.


Dated:  September 1, 2016


Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

*/s/ Nicholas J. Cremona*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**WEDEEN & KAVANAGH**

*/s/ Timothy Wedeen*
Timothy Wedeen
19 Phelps Avenue, 3rd Floor
Tenefly, NJ 07670
Phone: 646-963-6808
E-mail: timothy.wedeen@gmail.com

*Attorney for Michael A. and Judith Bellini*


**SO ORDERED**

Dated: September 1st 2016
New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE