UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                                  Plaintiff-Applicant,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                                  Defendant.
------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                            Plaintiff,

      v.

FRANK AVELLINO, et al.,

                                Defendants.
------------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-05421 (SMB)

## <u>ORDER GRANTING JOINT MOTION TO SUBSTITUTE COUNSEL AND DIRECTIONS TO CLERK TO CHANGE COUNSEL OF RECORD</u>

This matter having come before the Court on the Joint Motion to Substitute Counsel and Consent, and the Court having reviewed the pleadings and papers submitted in connection with the motion and good and sufficient cause appearing therefore,

It is herein ORDERED that the law firm of Haile, Shaw & Pfaffenberger, P.A. and Gary A. Woodfield are substituted as counsel of record for Michael S. Bienes, Dianne K. Bienes and St. James Associates. All further communications and documents regarding the above-mentioned defendants shall be directed to Gary Woodfield, Esq., Haile, Shaw & Pfaffenberger,

P.A., 660 US Highway One, Third Floor, North Palm Beach, Florida 33408.

gwoodfield@haileshaw.com; bpetroni@haileshaw.com; sborgess@haileshaw.com. Broad and

Cassel and Jonathan Etra shall have no further responsibility or liability with respect to this

matter.

**New York, New York**
**September 2, 2016**

                                        **/s/ STUART M. BERNSTEIN____**
                                        **HONORABLE STUART M. BERNSTEIN**
                                        **UNITED STATES BANKRUPTCY JUDGE**