**CANDIDATES FOR DISCOVERY ARBITRATOR**

| Candidate | Background | Contact Information | Comment |
|---|---|---|---|
| 1. **Magistrate Judge Ronald Hedges (DNJ)** | Judge Hedges was a United States Magistrate Judge in the United States District Court for the District of New Jersey from 1986 to 2007.  While a magistrate judge, he was the Compliance Judge for the Court Mediation Program, a member of the Lawyers Advisory Committee, and both a member of, and reporter for, the Civil Justice Reform Act Advisory Committee.  From 2001 to 2005, he was a member of the Advisory Group of Magistrate Judges.  He has extensive experience in ediscovery and in the management of complex litigation and has served as a special master, arbitrator and mediator. He also consults on management and discovery of electronically stored information ("ESI"). | Ronald J. Hedges LLC<br>484 Washington Avenue<br>Hackensack, New Jersey 07601<br>Phone: 201-341-3635<br>r_hedges@live.com | |
| 2. **Judge Joel Pisano (DNJ)** | Judge Pisano began his judicial career as a federal magistrate judge.  In 1991, Judge Pisano was appointed to an eight-year term to the bench as a federal magistrate judge for the United States District Court for the District of New Jersey.  Judge Pisano was re-appointed to another eight-year term in 1999 before being elevated in the ranks of the Federal Bench in 1999.  Judge Pisano retired from the court on February 16, 2015 and was affiliated with the Connell Foley firm for a short time.  In May 2016, Judge Pisano followed eighteen attorneys who left Connell Foley to start a new firm, Walsh Pizzi O'Reilly Falanga. | Walsh Pizzi O'Reilly Falanga LLP<br>One Newark Center<br>1085 Raymond Blvd.<br>19th Floor<br>Newark, NJ 07102<br>973.757.1100<br>jpisano@thewalshfirm.com | |

| Candidate | Background | Contact Information | Comment |
|---|---|---|---|
| **3. Judge Shira Scheindlin (SDNY)** | Judge Scheindlin, who was appointed to the bench in 1994 by President Bill Clinton, has presided over numerous criminal and civil cases during her 22-year tenure with the Southern District of New York.  Among many important cases, her opinions in electronic discovery matters are recognized as case law landmarks, and she is the co-author of the first casebook on electronic discovery.  Judge Scheindlin previously served as an Assistant United States Attorney for the Eastern District of New York, a Magistrate Judge in the Eastern District of New York and General Counsel for the New York City Department of Investigation. Earlier in her career she spent many years in private practice, including as a litigation associate at Stroock, where she returned after retirement.  Judge Scheindlin is a member of the Litigation Practice Group and serves as an arbitrator/mediator under the auspices of JAMS. | Stroock, Stroock & Lavan LLP 180 Maiden Lane New York, NY 10038-4982 212-806-5660 sscheindlin@stroock.com | |

| Candidate | Background | Contact Information | Comment |
|---|---|---|---|
| 4. **Magistrate Judge Frank Mass (SDNY)** | Judge Maas is a United States Magistrate Judge for the Southern District of New York. He has a B.A. degree from Harpur College of the State University of New York at Binghamton and a J.D. degree from the N.Y.U. School of Law, where he served as Articles Editor of the Journal of International Law and Politics. Before his appointment, Judge Maas was a law clerk and federal prosecutor in the Southern District of New York, a partner in the New York City office of a large upstate firm, and First Deputy Commissioner of the New York City Department of Investigation. Judge Maas lectures frequently on topics related to e-discovery. Judge Maas is a member of the Federal Bar Council, the Federal Magistrate Judges Association, the Association of the Bar of the City of New York, and the New York State Bar Association. | Southern District of New York Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, Room 740 New York, New York 10007 Phone: (212) 805-6727 Fax: (212) 805-6724 | Retirement set for September |
| 5. **Magistrate Judge Joel Rosen (DNJ)** | Serving as a United States magistrate judge from 1987 to 2006, Judge Rosen has mediated thousands of cases and presided over numerous civil jury and bench trials and criminal misdemeanor trials. He has negotiated multimillion dollar settlements and resolved all manner of complex cases and class actions in the areas of employment law, commercial law, environmental law, intellectual property, antitrust, admiralty, civil rights, construction law and torts. He has also served as a Special Master in both state and federal courts. | Montgomery McCracken Liberty View 457 Haddonfield Road, Suite 600 Cherry Hill, NJ 08002 Telephone: 856-488-7785 Email: jrosen@mmwr.com web bio: http://www.mmwr.com/home/attorneys/default.aspx?d=7945 | |

| Candidate | Background | Contact Information | Comment |
|---|---|---|---|
| 6. **Judge Faith Hochberg (DNJ)** | Judge Hochberg was twice nominated by President Clinton and confirmed by the Senate, first as United States Attorney and then as a United States District Judge. During her tenure on the bench, she has presided over many MDL cases and class actions involving pharmaceuticals (Hatch-Waxman), antitrust and securities cases.  She has been invited to speak nationwide and abroad about patent litigation, trade secrets and employment law, and ADR.  She has been a Patent Pilot judge and was vice chair of the Local Patent Rules Committee in the District of New Jersey.  She is co-chair of the Judges Committee of the Federal Circuit Bar Association.<br><br>Prior to ascending the bench, Judge Hochberg served as the United States Attorney for the District of New Jersey, and served on the Attorney General's Advisory Committee at the Department of Justice. She previously served as Deputy Assistant Secretary of the Treasury, where her responsibilities included supervision of the Office of Foreign Assets Control , Bank Secrecy Act enforcement, and leading the Treasury's international anti-money laundering initiatives. She was also responsible for oversight of the Secret Service, the Customs Service and the ATF.  Earlier in her career, Judge Hochberg served as Senior Deputy Chief Counsel of the Office of Thrift Supervision, where she created and led enforcement of compliance and financial risk reforms in the banking industry, and as Legal Assistant to the Chairman of the SEC. | Faith Hochberg ADR<br>www.judgehochberg.com<br>201-677-2378 | |