BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    212.589.4200
Facsimile:    212.589.4201
David J. Sheehan
Seanna R. Brown
Heather R. Wlodek

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 7, 2016 AT 10:00 A.M.**

**I.    SIPC v. BLMIS, et. al; Adv. Pro. No. 08-01789 (SMB) – FEE APPLICATIONS**

1. Twenty-First Fee Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 for Irving H. Picard, Esq., Trustee and Baker & Hostetler LLP, Counsel to the Trustee Fees: $34,905,330.09, Expenses: $199,470.77, Holdback Release: $10,508,477.18 (Filed on July 21, 2016) [Docket No. 13751].

2. Application of Munari Giudici Maniglio Panfili e Associati as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods (December 1, 2015 through March 31, 2016) Fees: $0, Expenses $0, Holdback Release: $3833.40 (Filed on July 21, 2016) [Docket No. 13752].

3. Application of Bedell Cristin Guernsey Partnership as Special Counsel to the Trustee for A Release of a Portion of Fees Previously Held for the Prior Compensation Periods (December 1, 2015 through March 31, 2016) Fees: $0, Expenses $0, Holdback Release: $1575.25 (Filed on July 21, 2016) [Docket No. 13753].

4. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $968,398.77, Expenses: $4,246.86, Holdback Release: $553,763.89 (Filed on July 21, 2016) [Docket No. 13754].

5. Application of Cochran Allan as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered (sic) Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $531.90, Expenses: $0, Holdback Release: $1,270.26 (Filed on July 21, 2016) [Docket No. 13755].

6. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $21,943.36, Expenses $13.09, Holdback Release: $27,057.79 (Filed on July 21, 2016) [Docket No. 13757].

7. Twentieth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and Request for Partial Release of Holdback Fees: $2,440,940.50, Expenses: $22,739.03, Holdback Release: $1,287,598.89 (Filed on July 21, 2016) [Docket No. 13758].

8. Application of Graf & Pitkowitz Rechtsänwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $49,867.75, Expenses: $2,159.84, Holdback Release: $252,160.83 (Filed on July 21, 2016) [Docket No. 13759].

9. Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $10,983.25, Expenses: $311.77, Holdback Release: $53,140.40 (Filed on July 21, 2016) [Docket No. 13760].

10. Application of Kelley, Wolter & Scott, Professional Association as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $21,909.60, Expenses: $4.00, Holdback Release: $4,362.53 (Filed on July 21, 2016) [Docket No. 13761].

11. Application of Kugler Kandestin, L.L.P. as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods Fees: $0, Expenses: $0, Holdback Release: $1,559.35 (Filed on July 21, 2016) [Docket No. 13762].

12. Application of La Tanzi, Spaulding & Landreth, P.C. as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods Fees: $0, Expenses: $0, Holdback Release: $373.70 (Filed on July 21, 2016) [Docket No. 13763].

13. Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods Fees: $0, Expenses: $0, Holdback Release: $6,191.62 (Filed on July 21, 2016) [Docket No. 13764].

14. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered (sic) Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $20,592.99, Expenses: $807.00, Holdback Release: $57,782.78 (Filed on July 21, 2016) [Docket No. 13765].

15. Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2016 through March 31, 2016 and For Release of a Portion of Fees Previously Held Back Fees: $30,977.17, Expenses: $2,013.52, Holdback Release: $66,492.78 (Filed on July 21, 2016) [Docket No. 13766].

16. Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through

March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $683,835.36, Expenses: $29,647.02, Holdback Release: $220,528.88 (Filed on July 21, 2016) [Docket No. 13767].

17. Application of Tarter Krinsky & Drogin LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $803.25, Expenses: $0, Holdback Release: $1,433.47 (Filed on July 21, 2016) [Docket No. 13768].

18. Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $118,782.37, Expenses: $7,508.19, Holdback Release: $50,719.19 (Filed on July 21, 2016) [Docket No. 13769].

19. Application of UGGC & Associés as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $97,893.81, Expenses: $5,418.05, Holdback Release: $70,686.76 (Filed on July 21, 2016) [Docket No. 13770].

20. Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $23,137.59, Expenses: $20.83, Holdback Release: $14,802.30 (Filed on July 21, 2016) [Docket No. 13771].

21. Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered (sic) Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $275,824.76, Expenses: $0, Holdback Release: $211,311.35 (Filed on July 21, 2016) [Docket No. 13772].

22. Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2015 through March 31, 2016 and for Release of a Portion of Fees Previously Held Back Fees: $90,513.00, Expenses: $1,345.76, Holdback Release: $18,528.27 (Filed on July 21, 2016) [Docket No. 13773].

23. Application of Osborne & Osborne, P.A., as Special Counsel to the Trustee for Release of a Portion of Fees Previously Held for the Prior Compensation Periods

> Fees: $0, Expenses: $0, Holdback Release: $118.38 (Filed on July 21, 2016) [Docket No. 13774].

Responses Filed

24. Recommendation of the Securities Investor Protection Corporation in support of Twenty-First Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (Filed on August 29, 2016) [Docket No. 13940].

25. Recommendation of the Securities Investor Protection Corporation in support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation an Reimbursement of Expenses and for Release of Holdback (Filed on August 29, 2016) [Docket No. 13941].

26. Recommendation of the Securities Investor Protection Corporation in support of the Twentieth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (Filed on August 29, 2016) [Docket No. 13942].

27. Recommendation of the Securities Investor Protection Corporation in support of Application of La Tanzi Spaulding & Landreth, P.C. for a Release of a Portion of Holdback (Filed on August 29, 2016) [Docket No. 13943].

28. Recommendation of the Securities Investor Protection Corporation in support of Ninth Application of Kelley, Wolter & Scott, P.A. for Interim Compensation and a Request for Partial Release of Holdback (Filed on August 29, 2016) [Docket No. 13944].

29. Recommendation of the Securities Investor Protection Corporation in support of Application of Osborne & Osborne, P.A. for a Release of a Portion of Fees Previously held for the Prior Compensation Periods (Filed on August 29, 2016) [Docket No. 13945].

30. Recommendation of the Securities Investor Protection Corporation in support of Sixth Application of Cochran Allan for Interim Compensation and a Request for Partial Release of Holdback (Filed on August 29, 2016) [Docket No. 13946].

31. Recommendation of the Securities Investor Protection Corporation in support of Sixteenth Application of Young Conaway Stargatt & Taylor, LLP for Interim Compensation and Reimbursement of Expenses and a Request for Partial Release of Holdback (Filed on August 29, 2016) [Docket No. 13947].

32. Recommendation of the Securities Investor Protection Corporation in support of Third Application of Tarter, Krinsky & Drogin LLP for Interim Compensation and a Request for Partial Release of Holdback (Filed on August 29, 2016) [Docket No. 13948].

Related Documents

1. Notice of Hearing on Twenty-First Application for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from December 1, 2015 through March 31, 2016 (Filed July 21, 2016) [Docket No. 13775].

Objections Due:          August 31, 2016

Objections Filed         None

Status: This matter is going forward.

Dated: New York, New York                    Respectfully submitted,
       September 6, 2016

                                                               */s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   212.589.4200
Facsimile:   212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*