UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                         :
                                                               :
BERNARD L. MADOFF INVESTMENT                                   :    Case No. 08-99000 (SMB)
SECURITIES LLC,                                                :    Adv. Proc. No. 08-01789 (SMB)
                                                               :    SIPA LIQUIDATION
                    Debtor.                                    :
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation                  :
of Bernard L. Madoff Investment Securities LLC,                :
                                                               :
                    Plaintiff,                                 :
                                                               :    Adv. Proc. No. 10-04492 (SMB)
STUART LEVENTHAL 2001 IRREVOCABLE                              :
TRUST and STUART LEVENTHAL,                                    :
individually and in his capacity as trustee of the             :
Stuart Leventhal 2001 Irrevocable Trust,                       :
                                                               :
                    Defendants.                                :
---------------------------------------------------------------X

## ORDER APPOINTING MEDIATOR AND ALTERNATE MEDIATOR

Pursuant to the *Litigation Case Management Procedures for Avoidance Actions* (ECF Doc. # 3141) and the Court's General Order M-452, dated June 28, 2013, and the attorney for the plaintiff having represented that the parties are unable to agree on a mediator, it is hereby

ORDERED, that Melanie Cyganowski, Esq. is appointed as mediator and Francis G. Conrad, Esq. is appointed as alternate mediator, and it is further,

ORDERED, that the parties are direct to contact the mediator or the alternate mediator as the case may be to arrange for all necessary submissions and the fixing of the time and place for the initial mediation conference.

Dated: New York, New York
       September 6, 2016

/s/ STUART M. BERNSTEIN
STUART M. BERNSTEIN
United States Bankruptcy Judge

Marc E. Hirschfield, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: mhirschfield@bakerlaw.com

Richard M. Gabor, Esq.
Daniel C. Marotta, Esq.
Ilyssa Gabor, Esq.
Gabor & Marotta LLC
1878 Victory Blvd
Staten Island, NY 10314
Email: rgabor@gaborassociates.com
Email: dan@gabormarottalaw.com
Email: ilyssa@gabormarottalaw.com

Melanie L. Cyganowski, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075
Email: mcyganowski@otterbourg.com

Francis G. Conrad, Esq.
Business Strategy Advisors
38 Heron Street
Long Beach, NY 11561
Email: Fconrad@vermontel.net