| | |
|---|---|
| **Baker & Hostetler LLP** <br> 45 Rockefeller Plaza <br> New York, NY 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 | Hearing Date:  October 26, 2016 at 10:00 a.m. <br> Objections Due: September 30, 2016 <br> Reply Due:  October 18, 2016 |

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>                              Plaintiff, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>                              Defendant. | No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br>                              Plaintiff, <br> v. <br><br> LEGACY CAPITAL LTD., <br>                              Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff, by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **October 26, 2016 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, seeking entry of an order, pursuant to Federal Rule of Civil Procedure 12(c), as incorporated by Federal Rule of Bankruptcy Procedure 7012, granting the Trustee's motion for judgment on the pleadings (the "Motion").

PLEASE TAKE FURTHER NOTICE that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by **September 30, 2016** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: Oren Warshavsky; (b) Stevens & Lee, P.C., 485 Madison Avenue, New York, New York 10022, Attn: Nicholas F. Kajon; and (c) Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington DC, 20006-1620, Attn: Kevin Bell.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

PLEASE TAKE FURTHER NOTICE that Trustee's Reply to any objections to the Motion will be served and filed by **October 18, 2016**.

PLEASE TAKE FURTHER NOTICE that failure to file timely objections may result in

the entry of an order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

Dated: New York, New York
      September 7, 2016

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   *s/Oren J. Warshavsky*
     David J. Sheehan
     dsheehan@bakerlaw.com
     Oren J. Warshavsky
     owarshavsky@bakerlaw.com

     45 Rockefeller Plaza, 14th Floor
     New York, NY 10111
     Telephone: 212.589.4200
     Facsimile: 212.589.4201

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*