**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>LEGACY CAPITAL LTD.,<br><br>      Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**DECLARATION OF OREN J. WARSHAVSKY IN SUPPORT**
**OF TRUSTEE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

                  **BAKER & HOSTETLER LLP**
                  45 Rockefeller Plaza
                  New York, New York 10111
                  Telephone: (212) 589-4200
                  Facsimile: (212) 589-4201

                  *Attorneys for Irving H. Picard, Trustee for*
                  *the Substantively Consolidated SIPA*
                  *Liquidation of Bernard L. Madoff*
                  *Investment Securities LLC and the Estate of*
                  *Bernard L. Madoff*

I, Oren J. Warshavsky, declare pursuant to 28 U.S.C. § 1746, that the following is true:

1.  I am an attorney at the firm of Baker & Hostetler LLP and counsel to Irving H. Picard ("Trustee"), trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff.

2.  I submit this Declaration in support of the Trustee's motion for judgment on the pleadings.

3.  Attached hereto as Exhibit 1 is a true and correct copy of the Plea Hearing Transcript of Bernard L. Madoff, dated March 12, 2009.

4.  Attached hereto as Exhibit 2 is a true and correct copy of the Plea Hearing Transcript of Frank DiPascali, Jr., dated August 11, 2009.

5.  Attached hereto as Exhibit 3 is a true and correct copy of the Plea Hearing Transcript of David Kugel, dated November 21, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2016         *s/ Oren J. Warshavsky*
       New York, New York        Oren J. Warshavsky