# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

September 7, 2016

David J. Sheehan
direct dial: 212.589.4616
dsheehan@bakerlaw.com

**VIA E-MAIL AND ECF**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   In re: Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, Esq., the Trustee for the substantively consolidated SIPA liquidation proceedings of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff.  We write to follow up on a request from Chambers about the reasonable rate for the discovery arbitrator that we requested by letter of September 2, 2016.

We propose the appointed arbitrator's standard rate, less the public interest discount of 10%, the total of which is not to exceed $1,000 per hour.  We further request that the Court appoint a primary arbitrator and also a secondary arbitrator in the event that the primary arbitrator has a conflict in any given adversary proceeding.

We thank Your Honor for consideration of this request and await the Court's direction.

Respectfully,

*/s/ David J. Sheehan*

David J. Sheehan

cc:   Karin S. Jenson (via email)
      Edward J. Jacobs (via email)

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC