UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

William M. Woessner (the "Claimant"), having filed an objection (ECF No. 673) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (## 000802, 006608), hereby gives notice that he withdraws such Objection.

Dated: August, 31, 2016

                */s/ Joshua E. Keller*
                Joshua E. Keller on behalf of the Estate of
                William M. Woessner
                Milberg LLP
                One Pennsylvania Plaza, 50th Fl.
                New York, New York 10119
                Attention: Joshua E. Keller
                Telephone: (212) 946-9318

300415851.5