UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

William M. Woessner, Sheila A. Woessner, the William M. Woessner Family Trust, and the Sheila A. Woessner Family Trust (the "Claimants"), having filed an objection (ECF No. 2766), to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (## 000450, 006829), hereby give notice that they withdraw such Objection.

Dated: August, 31, 2016

                /s/ Joshua E. Keller
                Joshua E. Keller on behalf of the Estate of
                William M. Woessner and Sheila A. Woessner
                Milberg LLP
                One Pennsylvania Plaza, 50th Fl.
                New York, New York 10119
                Attention: Joshua E. Keller
                Telephone: (212) 946-9318