# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: December 1, 2015 – March 31, 2016 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 07/21/2016 ECF No. 13751 | 12/01/2015 – 03/31/2016 | $34,905,330.09 | $34,905,330.09 | $31,414,797.08 | $10,508,477.18 | $41,923,274.26 | $199,470.77 | $199,470.77 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 07/21/2016 ECF No. 13766 | 12/01/2015 – 03/31/2016 | $30,977.17 | $30,977.17 | $24,781.74 | $66,492.78 | $91,274.52 | $2,013.52 | $2,013.52 |
| Higgs & Johnson, Special Counsel to the Trustee | 07/21/2016 ECF No. 13760 | 12/01/2015 – 03/31/2016 | $10,983.25 | $10,983.25 | $8,786.60 | $53,140.40 | $61,927.00 | $311.77 | $311.77 |
| Soroker – Agmon, Special Counsel to the Trustee | 07/21/2016 ECF No. 13767 | 12/01/2015 – 03/31/2016 | $683,835.36 | $683,835.36 | $547,068.29 | $220,528.88 | $767,597.17 | $29,647.02 | $29,647.02 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 07/21/2016 ECF No. 13759 | 12/01/2015 – 03/31/2016 | $49,867.75 | $49,867.75 | $39,894.20 | $252,160.83 | $292,055.03 | $2,159.84 | $2,159.84 |
| SCA Creque, Special Counsel to the Trustee | 07/21/2016 ECF No. 13765 | 12/01/2015 – 03/31/2016 | $20,592.99 | $20,592.99 | $16,474.39 | $57,782.78 | $74,257.17 | $807.00 | $807.00 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 07/21/2016 ECF No. 13773 | 12/01/2015 – 03/31/2016 | $90,513.00 | $90,513.00 | $72,410.40 | $18,528.27 | $90,938.67 | $1,345.76 | $1,345.76 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 07/21/2016 ECF No. 13758 | 12/01/2015 – 03/31/2016 | $2,440,940.50 | $2,440,940.50 | $1,952,752.40 | $1,276,460.00 | $3,229,212.40 | $22,739.03 | $22,739.03 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 07/21/2016 ECF No. 13772 | 12/01/2015 – 03/31/2016 | $275,824.76 | $275,824.76 | $220,659.81 | $211,311.35 | $431,971.16 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 07/21/2016 ECF No. 13770 | 12/01/2015 – 03/31/2016 | $97,893.81 | $97,893.81 | $78,315.05 | $70,686.76 | $149,001.81 | $5,418.05 | $5,418.05 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | 07/21/2016 ECF No. 13769 | 12/01/2015 – 03/31/2016 | $118,782.37 | $118,782.37 | $95,025.90 | $50,719.19 | $145,745.09 | $7,508.19 | $7,508.19 |
| Werder Vigano, Special Counsel to the Trustee | 07/21/2016 ECF No. 13771 | 12/01/2015 – 03/31/2016 | $23,137.59 | $23,137.59 | $18,510.07 | $14,802.30 | $33,312.37 | $20.83 | $20.83 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 07/21/2016 ECF No. 13754 | 12/01/2015 – 03/31/2016 | $968,398.77 | $968,398.77 | $774,719.02 | $553,763.89 | $1,328,482.91 | $4,246.86 | $4,246.86 |

| **Applicant** | **Date and ECF No. of Application** | **Compensation Period** | **Interim Compensation Requested** | **Interim Compensation Awarded** | **Interim Compensation To Be Paid For Current Fee Period** | **Interim Compensation To Be Paid For Prior Fee Periods** | **Interim Compensation To Be Paid** | **Expenses Requested** | **Expenses Awarded** |
|---|---|---|---|---|---|---|---|---|---|
| Eugene F. Collins, Special Counsel to the Trustee | 07/21/2016 ECF No. 13757 | 12/01/2015 – 03/31/2016 | $21,943.36 | $21,943.36 | $17,554.69 | $27,057.79 | $44,612.48 | $13.09 | $13.09 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | 07/21/2016 ECF No. 13764 | 12/01/2015 – 03/31/2016 | $0 | $0 | $0 | $6,191.62 | $6,191.62 | $0 | $0 |
| Cochran Allan, Special Counsel to the Trustee | 07/21/2016 ECF No. 13755 | 12/01/2015 – 03/31/2016 | $531.90 | $531.90 | $425.52 | $1,270.26 | $1,695.78 | $0 | $0 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | 07/21/2016 ECF No. 13761 | 12/01/2015 – 03/31/2016 | $21,909.60 | $21,909.60 | $17,527.68 | $4,362.53 | $21,890.21 | $4.00 | $4.00 |
| Tarter Krinsky & Drogin LLP, Special Counsel to the Trustee | 07/21/2016 ECF No. 13768 | 12/01/2015 – 03/31/2016 | $803.25 | $803.25 | $642.60 | $1,433.47 | $2,076.07 | $0 | $0 |
| Osborne & Osborne, P.A, Special Counsel to the Trustee | 07/21/2016 ECF No. 13774 | 12/01/2015 – 03/31/2016 | $0 | $0 | $0 | $118.38 | $118.38 | $0 | $0 |
| La Tanzi, Spaulding, & Landreth, P.C, Special Counsel to the Trustee | 07/21/2016 ECF No. 13763 | 12/01/2015 – 03/31/2016 | $0 | $0 | $0 | $373.70 | $373.70 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Kugler Kandestin, LLP, Special Counsel to the Trustee | 07/21/2016 ECF No.13762 | 12/01/2015 – 03/31/2016 | $0 | $0 | $0 | $1,559.35 | $1,559.35 | $0 | $0 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | 07/21/2016 ECF No. 13753 | 12/01/2015 – 03/31/2016 | $0 | $0 | $0 | $1,575.25 | $1,575.25 | $0 | $0 |
| Munari Giudici Maniglio Panfili e Associati, Special Counsel to the Trustee | 07/21/2016 ECF No13752 | 12/01/2015 – 03/31/2016 | $0 | $0 | $0 | $3,833.40 | $3,833.40 | $0 | $0 |

Schedule A(1)        DATE: 9/7/2016        INITIALS: SMB  USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

A-4

# **EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $819,844,256.06 | $819,844,256.06 | $798,022,324.37 | $14,203,220.15 | $14,203,220.15 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Eugene F. Collins, Special Counsel to the Trustee | $583,259.46 | $583,259.46 | $528,323.94 | $46,002.56 | $46,002.56 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $1,450,074.71 | $1,450,074.71 | $1,315,074.22 | $112,999.64 | $112,999.64 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,194,429.91 | $1,194,429.91 | $1,086,538.81 | $121,019.80 | $121,019.80 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $32,097.37 | $1,219.87 | $1,219.87 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Graf & Pitkowitz Rechtsanwlälte GmbH, Special Counsel to the Trustee | $5,647,859.19 | $5,647,859.19 | $5,135,896.29 | $241,027.88 | $241,027.88 |
| SCA Creque, Special Counsel to the Trustee | $1,290,157.32 | $1,290,157.32 | $1,172,840.78 | $10,849.30 | $10,849.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,071,004.51 | $1,071,004.51 | $927,518.66 | $35,849.19 | $35,849.19 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $52,675,112.66 | $52,675,112.66 | $44,641,094.60 | $405,868.06 | $405,868.06 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $4,418,192.09 | $4,418,192.09 | $3,989,166.01 | $96,767.25 | $96,767.25 |
| UGGC & Associés, Special Counsel to the Trustee | $1,462,489.16 | $1,462,489.16 | $1,318,973.61 | $73,170.17 | $73,170.17 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,436.71 | $35.21 | $35.21 |
| Werder Vigano, Special Counsel to the Trustee | $302,564.13 | $302,564.13 | $272,510.69 | $1,520.56 | $1,520.56 |
| Soroker - Agmon, Special Counsel to the Trustee | $4,032,430.96 | $4,032,430.96 | $3,584,690.22 | $101,874.39 | $101,874.39 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $10,497,574.28 | $10,497,574.28 | $9,373,265.78 | $819,468.33 | $819,468.33 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $7,692.27 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $994,505.97 | $994,505.97 | $891,530.66 | $43,062.89 | $43,062.89 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $138,129.67 | $138,129.67 | $125,558.82 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $32,424.74 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,689.21 | $86,689.21 | $78,906.26 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $78,004.35 | $78,004.35 | $69,147.09 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $26,468.10 | $26,468.10 | $23,889.48[1] | $0 | $0 |

---

[1] Exhibit B to the Eighteenth Interim Fee Order listed the Total Paid to Cochran Allan for all compensation periods as $17,510.00. That amount was $0.40 too low as Cochran Allan had been paid $17,510.40. As a result, the $21,937.34 listed for Total Paid to Cochran Allan on Exhibit B to the Nineteenth Interim Fee Order and the $22,193.30 listed for Total Paid to Cochran Allan on Exhibit B to the Twentieth Interim Fee Order were also $0.40 too low. The $23,889.48 listed for Total Paid to Cochran Allen in the current schedule includes $1,695.78 in interim compensation to be paid to Cochran Allan for the current period and $22,193.70 in interim compensation that was paid to Cochran Allan for prior periods.

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $18,808.87 | $0 | $0 |

Schedule B(1)        DATE: 9/7/2016        INITIALS: SMB USBJ