BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee*
*for the substantively consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>EQUITY TRADING PORTFOLIO LIMITED, EQUITY TRADING FUND, LTD, BNP PARIBAS ARBITRAGE, SNC,<br><br>      Defendants. | Adv. Pro. No. 10-04457 (SMB) |

## <u>NOTICE OF ADJOURNMENT OF THE PRETRIAL CONFERENCE</u>

**PLEASE TAKE NOTICE** that the pretrial conference in the above-referenced adversary

proceeding, which was previously scheduled for September 28, 2016, has been adjourned to

**December 21, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced proceeding will be

held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: September 12, 2016          /s/ David J. Sheehan
     New York, NY              David J. Sheehan
                                      Mark A. Kornfeld
                                      Thomas L. Long
                                      BAKER & HOSTETLER LLP
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201

                                          -and-

                                      Frederick W. Chockley, III
                                      John J. Burke
                                      Trevor M. Stanley
                                      BAKER & HOSTETLER LLP
                                      1050 Connecticut Avenue, NW, Suite 1100
                                      Washington, D.C. 20036
                                      Telephone: (202) 861-1500
                                      Facsimile: (202) 861-1783

                                      *Attorneys for Irving H. Picard, Trustee for*
                                      *the Substantively Consolidated SIPA Liquidation of*
                                      *Bernard L. Madoff Investment Securities LLC and the*
                                      *estate of Bernard L. Madoff*