**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>       Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS       )
            )  ss:
COUNTY OF DALLAS     )

   JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar
   Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned
   action.

3.  On August 16, 2016,  I caused to be served, via first-class mail, postage prepaid,
   upon the parties listed on the annexed Exhibit A, a true and correct copy of the
   following:

   1. Trustee's Motion and Memorandum of Law to Affirm his Determinations
     Denying Claims of Claimants Holding Interests in Chalek Associates LLC,
     Chaitman/Schwebel LLC, FGLS Equity LLC, Larsco Investments LLC and
     Kuntzman Family LLC (Docket Number 13885)
   2. Declaration of Vineet Sehgal in Support of the Trustee's Motion and
     Memorandum to Affirm his Determinations Denying Claims of Claimants
     Holding Interests in Chalek Associates LLC, Chaitman/Schwebel LLC, FGLS
     Equity LLC, Larsco Investments LLC and Kuntzman Family LLC (Docket
     Number 13886)
   3. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and
     Memorandum to Affirm his Determinations Denying Claims of Claimants
     Holding Interests in Chalek Associates LLC, Chaitman/Schwebel LLC, FGLS
     Equity LLC, Larsco Investments LLC and Kuntzman Family LLC (Docket
     Number 13887)

Executed on  , 2016

John S. Franks

Sworn to and subscribed before me this _29th_ day of _Aug_ , 2016

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

(SEAL)

Notary Public

Exhibit A

Exhibit A
August 16, 2016

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 |