# EXHIBIT D

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br>  v.<br><br>TOBY HARWOOD,<br><br>         Defendants. | Adv. Pro. No. 10-04818 (SMB) |

## NOTICE OF DEPOSITION OF DEFENDANT TOBY HARWOOD

To:  Helen Davis Chaitman
     Chaitman LLP
     465 Park Avenue
     New York, NY 10022

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rule 7030 of the Federal Rules of Bankruptcy Procedure, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA") and Bernard L. Madoff ("Madoff"), by and through his counsel Baker & Hostetler LLP, will take the deposition, upon oral examination, of **Toby Harwood** in Adversary Proceeding Number 10-05079, before a notary public or other person authorized to administer oaths on **Thursday, October 20, 2016** at **10:00AM** Eastern Standard Time at the offices of Baker Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111, and subject to videotaping at Trustee's option.

The deposition will continue from day to day as necessary. You are invited to attend and cross-examine.

2

Dated: August 26, 2016

| | |
|---|---|
| Of Counsel: | */s/ Nicholas J. Cremona* |
| | David J. Sheehan |
| Dean D. Hunt | Nicholas J. Cremona |
| Farrell A. Hochmuth | BAKER & HOSTETLER LLP |
| BAKER & HOSTETLER LLP | 45 Rockefeller Plaza |
| 811 Main, Suite 1100 | New York, New York 10111 |
| Houston, Texas 77002 | Telephone: 212.589.4200 |
| Telephone: 713.751.1600 | Fax: 212.589.4201 |
| Fax: 713.751.1717 | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 26th day of August, 2016 by certified mail and electronic mail upon the following:

Helen Davis Chaitman
Jennifer Allim
Chaitman LLP
465 Park Avenue
New York, NY 10022
hchaitman@chaitmanllp.com
jallim@chaitmanllp.com

_____
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

3