# EXHIBIT I

| | |
|---|---|
| **From:** | Helen Chaitman |
| **Sent:** | Saturday, August 27, 2016 3:49 AM |
| **To:** | Carlisle, Marie L.; Jennifer Allim |
| **Cc:** | Hunt, Dean D.; Smith, Rachel M.; Mingione, Anthony (amingione@BlankRome.com) |
| **Subject:** | RE: Adv. Pro. No. 10-04541, Picard v. Kenneth Perlman, et al. |

Marie:  In this case, the defendants have conceded the accuracy of Exhibit B from 2000 on.  Please let me know why you believe you need to depose the defendants so that I can determine if I should move for a protective order.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

**From:** Carlisle, Marie L. [mailto:mcarlisle@bakerlaw.com]
**Sent:** Friday, August 26, 2016 6:21 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>; Jennifer Allim <jallim@chaitmanllp.com>
**Cc:** Hunt, Dean D. <dhunt@bakerlaw.com>; Smith, Rachel M. <rsmith@bakerlaw.com>; Mingione, Anthony (amingione@BlankRome.com) <amingione@BlankRome.com>
**Subject:** Adv. Pro. No. 10-04541, Picard v. Kenneth Perlman, et al.

Counsel,

Attached please find correspondence in the above referenced adversary proceeding.  A hard copy has also been sent to Ms. Chaitman's attention.

Thanks,

Marie

**Marie Carlisle**
Partner



811 Main Street | Suite 1100
Houston, TX 77002-6111
T 713.646.1388

mcarlisle@bakerlaw.com
bakerlaw.com

1

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.