# EXHIBIT K

| | |
|---|---|
| **From:** | Carlisle, Marie L. <mcarlisle@bakerlaw.com> |
| **Sent:** | Friday, August 26, 2016 6:29 PM |
| **To:** | Helen Chaitman; Jennifer Allim |
| **Cc:** | Smith, Rachel M.; Hunt, Dean D. |
| **Subject:** | RE: Adv. Pro. No. 10-04728, Picard v. DiGiulian |

Helen,

As Ms. DiGiulian provided amended discovery responses this week, we will review them and respond to your email next week. We ask that you please have Ms. DiGiulian hold the November date she previously provided.

Thanks,

Marie

---

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Wednesday, August 24, 2016 2:34 PM
**To:** Carlisle, Marie L.; Jennifer Allim
**Cc:** Smith, Rachel M.; Hunt, Dean D.
**Subject:** RE: Adv. Pro. No. 10-04728, Picard v. DiGiulian

You haven't answered my question: what information are you seeking to obtain from her? As I explained, her deceased husband handled the account, which was his account. While she is his surviving widow, she has no first hand knowledge of the account. I intend to move for a protective order and I would like to know what areas you seek to question her about.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell: (908) 303-4568
Fax: (888) 759-1114

---

**From:** Carlisle, Marie L. [mailto:mcarlisle@bakerlaw.com]
**Sent:** Wednesday, August 24, 2016 3:02 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>; Jennifer Allim <jallim@chaitmanllp.com>
**Cc:** Smith, Rachel M. <rsmith@bakerlaw.com>; Hunt, Dean D. <dhunt@bakerlaw.com>
**Subject:** RE: Adv. Pro. No. 10-04728, Picard v. DiGiulian

Helen,

On August 19, Ms. Allim emailed me stating that Ms. DiGiulian has agreed to travel to New York for her deposition, to occur on November 15, 2016. Thus, I noticed the deposition for that date.

As to Ms. DiGiulian's knowledge, she executed the verification for the original responses to written discovery, as well as the amended responses served yesterday. She appears to be the person with the most knowledge and we intend to depose her on the date she offered.

Marie

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Tuesday, August 23, 2016 5:27 PM
**To:** Carlisle, Marie L.; Jennifer Allim
**Cc:** Smith, Rachel M.; Hunt, Dean D.
**Subject:** RE: Adv. Pro. No. 10-04728, Picard v. DiGiulian

Marie:  Can you let me know why you feel it is necessary to depose Mrs. DiGiulian.  She is in her '80's; is not well; had nothing to do with her husband's account; and has no personal knowledge about it.  If there were really an issue of fact that she could elucidate, I could understand your need to seriously inconvenience her.  But is there such an issue?

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

**From:** Carlisle, Marie L. [mailto:mcarlisle@bakerlaw.com]
**Sent:** Tuesday, August 23, 2016 6:10 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>; Jennifer Allim <jallim@chaitmanllp.com>
**Cc:** Smith, Rachel M. <rsmith@bakerlaw.com>; Hunt, Dean D. <dhunt@bakerlaw.com>
**Subject:** Adv. Pro. No. 10-04728, Picard v. DiGiulian

Counsel,

Attached please find correspondence regarding Ms. DiGiulian's deposition in the above referenced adversary proceeding.  A hard copy has also been sent to Ms. Chaitman's attention.

Thanks,

Marie

**Marie Carlisle**
Partner

BakerHostetler
811 Main Street | Suite 1100
Houston, TX 77002-6111
T 713.646.1388

mcarlisle@bakerlaw.com
bakerlaw.com



BakerHostetler
100 YEARS
EXPERIENCE FOR TOMORROW

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,

2

confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.