# EXHIBIT N

1  the last several years of Madoff's operation.
2              THE COURT:  All right.  Let me rephrase what I
3  said.  During the period that they agree that the records
4  accurately reflect the deposits and the withdrawals, does
5  that agreement include any inter-account transfers during
6  that period?
7              MS. CHAITMAN:  I don't have every affidavit in my
8  mind, but I do not believe that it does, because it's only
9  the last two to four years, except Mr. Oasis went back to
10 2000.
11             THE COURT:   All right.
12             MS. CHAITMAN:  But I don't believe that there are
13 inter-account transfers within this period, and I don't
14 think the bank subpoenas would reveal any evidence of an
15 inter-account transfer.
16             THE COURT:  That, I agree.  I agree.  Look, what I
17 said repeatedly was that if they would agree that they got
18 the withdrawals -- I was focusing on withdrawals, but I
19 guess made the deposits that are indicated, certainly for
20 the periods covered by the subpoena, and I understand that
21 the subpoenas are now reaching -- going farther back, that
22 they don't have to produce bank records just on that issue
23 if they admit that they've got the deposits and the
24 withdrawals.  I realize that there are affirmative defenses
25 and things like that.

1         MR. JACOBS:  Right.

2         THE COURT:  We'll address that in a minute.  But

3    it seems to me, for what the bank subpoenas were looking

4    for, if they admit that the deposits and the withdrawals

5    during the period they acknowledge are accurate, subject to

6    possible exceptions for inter-account transfers, which I

7    didn't expect them to be in a position to admit, then that

8    satisfies that aspect of the bank subpoena.

9         MR. JACOBS:  Well, Your Honor, from our

10   perspective we don't -- legally our position is we don't

11   need the bank records to prove any aspect of our case.  The

12   BLMIS records we have and that we produced to Ms. Chaitman

13   in every single one of these cases together, as verified by

14   the JP Morgan account records for BLMIS accounts, which show

15   the account balance activity --

16        THE COURT:  You're sure going through a lot of

17   effort to get the records if you don't need them.

18        MR. JACOBS:  Well, Your Honor, Ms. Chaitman is

19   contesting the accuracy of our records.  And Your Honor has

20   not yet ruled on whether our proofs are sufficient.  So we

21   would be committing malpractice if we didn't aggressively

22   pursue, given Ms. Chaitman's challenge to our records, the

23   bank records from the defendant, which I might add, the

24   defendant's had an obligation to preserve at a minimum, when

25   they filed their claims back in 2009 and most of them did.

1               So I'm not saying we're going to get life of the

2      account bank subpoena bank records for each defendant in

3      every single case.  Most of the banks are telling us they

4      only have some limited subset of those documents for the

5      life of the account.  But I'm entitled to at least try.

6      Because if I can't get them, I also have a potential

7      spoliation argument that, in a worst-case scenario, I'm

8      entitled to make, because that may entitle me to an adverse

9      inference as to the defendant's challenge to my proofs.

10              THE COURT:  I think we're talking about two

11     different things.

12              MR. JACOBS:  Okay.

13              THE COURT:  Ms. Chaitman says, and this can be

14     embodied in an order in each case, a brief order, which you

15     can send on notice, or submit a consent order, that the

16     client -- I'm sorry, the defendant acknowledges that the

17     deposits listed in whatever column it was, and the

18     withdrawals listed in whatever column it is, for the years

19     that they're willing to admit, were actually made, in the

20     case of deposits, or withdrawals were made and received for

21     the years -- you know, you're not going to get an agreement

22     about inter-account transfers, and there's nothing in the

23     bank records.

24              MR. JACOBS:  I'm not asking for one, Your Honor, I

25     only based --