UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

P. Charles Gabriele (the "Claimant"), having filed an objection (the "Transferee's Objection") to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (# 9180), hereby gives notice that he withdraws such Objection.

Dated: September 12, 2016

/s/ Joshua Keller
Joshua Keller
On behalf of P. Charles Gabriele
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 946-9318