# EXHIBIT 1 – ACCOUNT-HOLDING LIMITED LIABILITY COMPANY

Limited Liability Companys With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Limited Liability Company BLMIS Account Name | Limited Liability Company Name | Limited Liability Company BLMIS Account Number | Claim Filed By Limited Liability Company | Outstanding Docketed Objections From Investors In the Limited Liability Company | Outstanding Claims of Investors in the Limited Liability Company |
|---|---|---|---|---|---|
| AHT Partners | AHT Partners | 1A0001 | Yes (000929) | 1 | 1 |
| Pergament Equities LLC | Pergament Equities | 1CM580 | Yes (014468) | 1 | 2 |
| SMT Investors LLC | SMT Investors LLC | 1CM827 | Yes (003139 and 015843) | 8 | 7 |
| Greene/Lederman LLC | Greene/Lederman LLC | 1G0322 | Yes (000900) | 5 | 9 |
| Turbo Investors LLC | Turbo Investors LLC | 1T0052 | N/A | 1 | 1 |
|  |  |  |  | 16 | 20 |