## EXHIBIT 2 – OBJECTING CLAIMANTS

List Of Claimants Invested In The Limited Liability Companys Identified In Exhibit 1 With Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LLC Invested In | LLC BLMIS Account Number |
|---|---|---|---|---|---|
| Marion L. Brazaitis (Stanley J. Deceased) | 003352 | 1746 | Pro Se Filing | AHT Partners | 1A0001 |
| Corey & Linda Platzner | 013520 | 3509 | Pro Se Filing | Pergament Equities LLC c/o Weisberg Mole Kranz and Goldfarb LLP | 1CM580 |
| The Platzner Organization, LLC | 013521 | 3509 | Pro Se Filing | Pergament Equities LLC c/o Weisberg Mole Kranz and Goldfarb LLP | 1CM580 |
| Alexander Mendik 1986 Trust | 015840 | 3655 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Susan Mendik Trust U/W/O Jean Batkin | 015838 | 3656 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Susan Mendik | 015837 | 3648 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Susan Mendik | 015837 | 3653 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Alexander Mendik | 015841 | 3654 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Nancy J Batkin 1998 Trust | 015839 | 3649 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Nancy Batkin 2003 Trust | 013083 | 3650 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Nancy Batkin Troy | 015842 | 3652 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Annette Daniels | 002788 | 1414 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Annette Daniels, as a member of Greene-Lederman | 002787 | 1416 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Charles D. Daniels | 004590 | 1427 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Roy M. Schrager | 015582 | 1410 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Roy M. Schrager | 015581 | 1410 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Roy M. Schrager | 001720 | 1412 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Roy M. Schrager | 001721 | 1412 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Hermene Schrager | 001722 | 1410 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| Hermene Schrager | 001723 | 1412 | Ventura, Ribeiro and Smith | Greene/Lederman LLC | 1G0322 |
| David Gopen Foundation, Robert Gopen, Trustee | 008381 | 3247 | Pro Se Filing | Turbo Investors LLC | 1T0052 |