# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Limited Liability Companys Identified In Exhibit 1

| Claim Number | Objection Party | Limited Liability Company | Limited Liability Company BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 003352 | Marion L. Brazaitis (Stanley J. Deceased) | AHT Partners | 1A0001 | Claim for securities and/or credit balance denied (12/08/2009). | 1746 | 1/12/2010 |
| 013520 | Corey & Linda Platzner | Pergament Equities LLC c/o Weisberg Mole Kranz and Goldfarb LLP | 1CM580 | Claim for securities and/or credit balance denied (11/19/2010). | 3509 | 12/14/2010 |
| 013521 | The Platzner Organization, LLC | Pergament Equities LLC c/o Weisberg Mole Kranz and Goldfarb LLP | 1CM580 | Claim for securities and/or credit balance denied (11/19/2010). | 3509 | 12/14/2010 |
| 013083 | Nancy Batkin 2003 Trust | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3650 | 1/7/2011 |
| 015837 | Susan Mendik | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3648 | 1/7/2011 |
| 015837 | Susan Mendik | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3653 | 1/7/2011 |
| 015838 | Susan Mendik Trust U/W/O Jean Batkin | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3656 | 1/7/2011 |
| 015839 | Nancy J Batkin 1998 Trust | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3649 | 1/7/2011 |
| 015840 | Alexander Mendik 1986 Trust | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3655 | 1/7/2011 |
| 015841 | Alexander Mendik | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3654 | 1/7/2011 |
| 015842 | Nancy Batkin Troy | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3652 | 1/7/2011 |
| 001720 | Roy M. Schrager | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1412 | 1/4/2010 |
| 001721 | Roy M. Schrager | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1412 | 1/4/2010 |

| Claim Number | Objection Party | Limited Liability Company | Limited Liability Company BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 001722 | Hermene Schrager | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1410 | 1/4/2010 |
| 001723 | Hermene Schrager | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1412 | 1/4/2010 |
| 002787 | Annette Daniels, as a member of Greene-Lederman, | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1416 | 1/4/2010 |
| 002788 | Annette Daniels | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1414 | 1/4/2010 |
| 004590 | Charles D. Daniels | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1427 | 1/7/2010 |
| 008381 | David Gopen Foundation, Robert Gopen, Trustee | Turbo Investors LLC | 1T0052 | Claim for securities and/or credit balance denied (11/05/2010). | 3247 | 11/22/2010 |
| 015581 | Roy M. Schrager | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1410 | 1/4/2010 |
| 015582 | Roy M. Schrager | Greene/Lederman LLC | 1G0322 | Claim for securities and/or credit balance denied (12/08/2009). | 1410 | 1/4/2010 |