**Securities Investor Protection Corporation**

**v.**

**Bernard L. Madoff Investment Securities LLC**

**In re: Bernard L. Madoff Investment Securities and**

**Bernard L. Madoff, Debtors**

**Case No. 08-01789 (SMB)**

**SIPA Liquidation**

**(Substantively Consolidated)**

**Exhibits 4-36 to the Declaration of Vineet Sehgal are available**

**for review upon written or telephonic request to:**

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn: Stephanie Ackerman, Esq.**
**Tel: (212) 847-2851**
**Email: sackerman@bakerlaw.com**