**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jimmy Fokas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>Plaintiff,<br>v.<br><br>WIENER FAMILY LIMITED PARTNERSHIP, WIENER FAMILY HOLDING CORPORATION, MARVIN M. WIENER and SONDRA M. WIENER,<br><br>Defendants. | Adv. Pro. No. 10-04323 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and (i) Wiener Family Limited Partnership; (ii) Wiener Family Holding Corporation; (iii) Marvin M. Wiener; and (iv) Sondra M. Wiener ("Defendants"), by and through their counsel, Fox Rothschild LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 26, 2010, the Trustee filed and served the Complaint against Defendants.

2. On July 31, 2015, Defendants filed and served the Answer to the Complaint on the Trustee.

3. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on September 12, 2016.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each

300419881.2

of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: September 14, 2016
New York, New York

| **BAKER & HOSTETLER LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| By: */s/ Jimmy Fokas* | By: /s/ Ernest E. Badway |
| 45 Rockefeller Plaza | 100 Park Avenue, Suite 1500 |
| New York, New York 10111 | New York, NY 10017 |
| Telephone: (212) 589-4200 | Telephone: 212.878.7900 |
| Facsimile: (212) 589-4201 | Facsimile: 212.692.0940 |
| David J. Sheehan | Ernest E. Badway |
| Email: dsheehan@bakerlaw.com | Email: ebadway@foxrothschild.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | *Attorneys for Wiener Family Limited* |
| Jimmy Fokas | *Partnership, Wiener Family Holding* |
| Email: jfokas@bakerlaw.com | *Corporation, Marvin M. Wiener and Sondra* |
| Patrick T. Campbell | *M. Wiener* |
| Email: pcampbell@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SO ORDERED**

/s/ STUART M. BERNSTEIN
Dated: September 16th, 2016       Hon. Stuart M. Bernstein
New York, New York                United States Bankruptcy Judge

-3-

300419881.2