**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05286 (SMB) |
| Plaintiff, | |
| v. | |
| LEGACY CAPITAL LTD., | |
| Defendant. | |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion for Judgment on the Pleadings ("Motion") in the above-referenced adversary proceeding which was previously made returnable on October 26, 2016, has been adjourned to **November 3, 2016, at 10:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the deadline for objections is extended to **October 7, 2016**.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Trustee's reply is extended to **October 25, 2016**.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Date:  New York, New York
       September 16, 2016

**BAKER & HOSTETLER LLP**

By:    _/s/ Oren J. Warshavsky_____
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: (212) 589-4200
       Facsimile: (212) 589-4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Oren J. Warshavsky
       Email: owarshavsky@bakerlaw.com

       _Attorneys for Irving H. Picard, Trustee for the_
       _Substantively Consolidated SIPA Liquidation of_
       _Bernard L. Madoff Investment Securities LLC_
       _and the Estate of Bernard L. Madoff_