**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> MULTI-STRATEGY FUND LIMITED and CDP CAPITAL TACTICAL ALTERNATIVE INVESTMENTS, <br><br> Defendants. | Adv. Pro. No. 12-01205 (SMB) |

**<u>NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE</u>**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled for September 28, 2016 has been

adjourned to **December 21, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference

will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: September 16, 2016
     New York, New York

By:    */s/ Thomas L. Long*
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: 212.589.4200
       Facsimile: 212.589.4201
       David J. Sheehan
       Email:  dsheehan@bakerlaw.com
       Thomas L. Long
       Email:  tlong@bakerlaw.com

       *Attorneys for Irving H. Picard, Trustee for the*
       *Substantively Consolidated SIPA Liquidation*
       *of Bernard L. Madoff Investment Securities LLC*
       *and the Estate of Bernard L. Madoff*