# EXHIBIT A

## Schechter, Jody E.

| | |
|---|---|
| **From:** | Bob McClay <bob@mcclay-alton.com> |
| **Sent:** | Friday, June 24, 2016 5:17 PM |
| **To:** | Hochmuth, Farrell; Marvin C. Ingber |
| **Cc:** | Jennifer Fink |
| **Subject:** | Discovery Responses |

Hi Farrell,

Hope your week was a good one.

We are well into answering the Trustees discovery. We have identified the needed documents and have requested them. Additionally, we have determined that in order to answer/respond to the Trustee's discovery we will need forensic accounting. That process is under way but will not be completed by 6/30. I expect to have a timeline by early July. I anticipate that completion of the forensic work will take weeks but not months. I am very aware of the July court schedule you earlier advised me of.

I will report again next week no later than Wednesday.

I continue to appreciate your patience.

Best,

Bob

**Robert M. McClay**
**MᶜCLAY • ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com

1