| | |
|---|---|
| **From:** | Jennifer Allim |
| **To:** | Carlisle, Marie L. |
| **Cc:** | Helen Chaitman |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS(S); ADV. PRO. NO. 10-05079 |
| **Date:** | Friday, July 29, 2016 4:18:34 PM |
| **Attachments:** | Depositions to be Scheduled (002).docx |

Hi Marie:

Please see the attached for the proposed dates that I was able to obtain so far.  As indicated in the attachment, I am working on coordinating with the remaining clients for whom you have requested dates.

Jennifer Allim
Chaitman LLP
465 Park Avenue
New York, New York 10022
jallim@chaitmanllp.com
Office:  (888) 759-1114 ext. 7
Fax:  (888) 759-1114

---

**From:** Carlisle, Marie L. [mailto:mcarlisle@bakerlaw.com]
**Sent:** Friday, July 29, 2016 4:08 PM
**To:** Jennifer Allim <jallim@chaitmanllp.com>
**Cc:** Helen Chaitman <hchaitman@chaitmanllp.com>; Smith, Rachel M. <rsmith@bakerlaw.com>; Hunt, Dean D. <dhunt@bakerlaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS(S); ADV. PRO. NO. 10-05079

Jennifer,

As I mentioned the other day, I will be out of the office beginning on Monday, with limited availability after Monday evening.  Fact discovery will be closing in the next few weeks in the following adversary proceedings for which I've asked you to supplement discovery and provide deposition dates.

APN 10-04728  DiGiulian           08/11/16
APN 10-04748 Horowitz             08/12/16
APN 10-04541 Kenneth Perlman  08/15/16
APN 10-04768 Placon2             08/15/16

I am relying on your representation below that you are working on obtaining new deposition dates for these and other cases and that you will have them to me by Monday.   If we have the new deposition dates by Monday, I can have my office turn around new case management plans next week for approval and filing. If you are unable to get the dates to me by Monday, and can assure me that you will provide new dates by the time I return on August 10th, then we will agree to informally extend fact discovery deadlines in these cases and, upon my return, can assess the status of

discovery and amend case management plans to accommodate your clients' new deposition dates.

Please let me know if you are in agreement with this approach.  I am available this afternoon if you would prefer to discuss.

Thanks,

Marie

---

**From:** Jennifer Allim [mailto:jallim@chaitmanllp.com]
**Sent:** Thursday, July 28, 2016 5:36 PM
**To:** Carlisle, Marie L.
**Cc:** Helen Chaitman
**Subject:** FW: SERVICE OF COURT DOCUMENTS(S); ADV. PRO. NO. 10-05079

Hi Marie:

Amended responses for Adv. Pro. No. 10-05079, Picard v. Goodman have been submitted.

I am working on obtaining client availability for depositions and should get them to you by Monday, as discussed.

Best,

Jennifer

Jennifer Allim
Chaitman LLP
465 Park Avenue
New York, New York 10022
jallim@chaitmanllp.com
Office:  (888) 759-1114 ext. 7
Fax:  (888) 759-1114

---

**From:** Sarah Howell
**Sent:** Thursday, July 28, 2016 6:30 PM
**To:** dsheehan@bakerlaw.com; ncremona@bakerlaw.com; mcarlisle@bakerlaw.com; dhunt@bakerlaw.com
**Cc:** Helen Chaitman <hchaitman@chaitmanllp.com>; Jennifer Allim <jallim@chaitmanllp.com>
**Subject:** SERVICE OF COURT DOCUMENTS(S); ADV. PRO. NO. 10-05079

| NAME OF COURT: | U.S. Bankruptcy Court Southern District of New York |
|---|---|
| CASE NO(S).: | 10-05079 |
| PLAINTIFF(S) | Irving H. Picard |

| | |
|---|---|
| DEFENDANT(S): | ESTATE OF JAMES M. GOODMAN; and AUDREY GOODMAN, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman |
| DOCUMENT BEING SERVED: | - Amended Responses and Objections of Audrey Goodman to Trustee's First Request for Production of Documents; <br> - Amended Responses and Objections of Audrey Goodman to Trustee's First Set of Interrogatories with Verificaiton; <br> - Amended Responses and Objections of Audrey Goodman as Personal Representaitve of the Estate of James M. Goodman to Trustee's First Set of Interrogatories with Verificaiton; and <br> - Amended Responses and Objections of Audrey Goodman as Personal Representaitve of the Estate of James M. Goodman to Trustee's First Request for Produciton of Documents |
| SENDER'S NAME: | Helen Davis Chaitman, Esq. / Sarah Howell |
| SENDER'S TELEPHONE NO.: | 888-759-1114 |

Sarah Howell, Paralegal
Chaitman LLP
465 Park Avenue
New York, New York 10022
showell@chaitmanllp.com
Office:  (888) 759-1114, Ext. 6

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**ATTACHMENT 1**

## Depositions to be Scheduled

Notices Sent:                                                              Current Fact Discovery Deadline

**APN 10-04768- Picard v. Placon 2**                                       August 15, 2016
Mr. Cohen is available to be deposed during
the second week of October on **10/11 – 10/13**.
He has suggested the use of his conference room
located at **35 Hillside Avenue, Hillside NJ, 07025.**

**APN 10-04428- Picard v. Meisels**                                        August 22, 2016
Mr. Meisels is available to be deposed during
the last week in September on **9/27**
in **Short Hills NJ at the Hilton as** previously scheduled.

**APN 10-05079- Picard v. James Goodman**                                  August 29, 2016
Mr. Goodman is available to be deposed during
the third week of October on **10/18**
in **New York City at Baker and Hostetler.**

**APN 10-04614- Picard v. Whitman**                                        October 15, 2016 (as agreed)
Mr. Whitman is available to be deposed during
the first week in October on **10/4 - 10/6**
in **Jacksonville, Florida**.

We are working on obtaining availability for the following matters

APN 10-04748- Picard v. Mark Horowitz                                      August 12, 2016
APN 10-04728- Picard v. DiGiulian                                          August 11, 2016
APN 10-04541- Picard v. Perlman                                            August 15, 2016
APN 10-04818- Picard v. Harwood                                            August 18, 2016
APN 10-04914- Picard v. Gordon                                             August 29, 2016
APN 10-04826- Boyer Palmer                                                 September 1, 2016
APN 10-04644- Russell Dusek                                                September 6, 2016