| | |
|---|---|
| **From:** | Helen Chaitman |
| **To:** | Ozturk, Ferve |
| **Cc:** | Markel, Tatiana; Murphy, Keith R.; Beckerlegge, Robertson D. |
| **Subject:** | RE: Picard v. Donald Benjamin, Adv. Pro. No. 10-04621 |
| **Date:** | Friday, August 12, 2016 2:23:07 PM |

We have produced voluminous records on behalf of Mr. Benjamin.  The only documents Mr. Benjamin has that have not been produced are his bank records for the period from 2006 – 2008.  However, since Mr. Benjamin has acknowledged the accuracy of Exhibit B for the two –year period at issue in the case, the bank records have no relevance.  We will be producing an expert affidavit dealing with the taxes he paid and the tax refunds he received.  Therefore, the bank records have no relevance to any issues in this case and, of course, they are highly personal and confidential.

Finally, you have served a subpoena on Mr. Benjamin's bank so you will receive the bank's records, even though we believe they are not properly discoverable.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

**From:** Ozturk, Ferve [mailto:fozturk@bakerlaw.com]
**Sent:** Friday, August 12, 2016 10:14 AM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Cc:** Markel, Tatiana <tmarkel@bakerlaw.com>; Murphy, Keith R. <kmurphy@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** RE: Picard v. Donald Benjamin, Adv. Pro. No. 10-04621

Dear Ms. Chaitman,

Per my letter sent to you August 2, 2016, I requested that you advise by August 5, 2016 whether you were withholding documents pursuant to your Responses and Objections to the Trustee's written discovery in the above-referenced matter.  However, we have not received any response to date.  The fact discovery deadline in this matter is today, so please advise at your earliest convenience.

In addition, the Defendant's production in this matter does not include bank documents as requested in the Trustee's requests for production.  Please produce such documents or confirm that you are withholding such documents based on your Responses and Objections.

Thanks,
Ferve

**From:** Suffern, Anne

**Sent:** Tuesday, August 02, 2016 2:03 PM
**To:** hchaitman@chaitmanllp.com
**Cc:** Markel, Tatiana; Murphy, Keith R.; Ozturk, Ferve
**Subject:** Picard v. Donald Benjamin, Adv. Pro. No. 10-04621

Dear Ms. Chaitman,

Please see attached a letter from Ms. Ozturk concerning the discovery responses in the above noted adversary proceeding.

Thank you,

Anne


**Anne Suffern**
Paralegal



45 Rockefeller Plaza
New York, NY 10111-0100
T 212.847.2843

asuffern@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.