BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>        Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>        Plaintiff, <br><br> v. <br><br> BNP PARIBAS S.A., <br><br> BNP PARIBAS (SUISSE) S.A., Individually and as Successor in Interest to BNP Paribas Private Bank (Switzerland) S.A. and as Successor in Interest to United European Bank, <br><br> BNP PARIBAS ARBITRAGE SNC, <br><br> BNP PARIBAS BANK & TRUST CAYMAN LIMITED, | Adv. Pro. No. 12-01576 (SMB) <br><br><br> **NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE** |

BGL BNP PARIBAS LUXEMBOURG S.A., as
Successor in Interest to BNP Paribas Luxembourg
S.A.,

BNP PARIBAS SECURITIES SERVICES—
SUCCURSALE DE LUXEMBOURG, and

BNP PARIBAS SECURITIES SERVICES S.A.,

       Defendants.

   **PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled for September 28, 2016 has been

adjourned to **December 21, 2016 at 10:00 a.m.**

   **PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference

will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: September 20, 2016
   New York, New York

      By:  /s/ David J. Sheehan
         Baker & Hostetler LLP
         45 Rockefeller Plaza
         New York, New York 10111
         Telephone: 212.589.4200
         Facsimile: 212.589.4201
         David J. Sheehan
         Email:  dsheehan@bakerlaw.com
         Mark A. Kornfeld
         Email: mkornfeld@bakerlaw.com

         *Attorneys for Irving H. Picard, Trustee for the*
         *Substantively Consolidated SIPA Liquidation*
         *of Bernard L. Madoff Investment Securities LLC*
         *and the Estate of Bernard L. Madoff*