**Baker & Hostetler LLP**
45 Rockefeller
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David   J.   Sheehan
Mark   A.   Kornfeld
Elizabeth A. Scully

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04287 (SMB) |
| v. | |
| CARDINAL MANAGEMENT, INC., AND DAKOTA GLOBAL INVESTMENTS, LTD., | |
| Defendants. | |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for September 28, 2016 has been adjourned to **December 21, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

Dated: September 21, 2016
      New York, New York

By:     */s/ Elizabeth A. Scully*
       David J. Sheehan
       E-mail: dsheehan@bakerlaw.com
       Mark A. Kornfeld
       E-mail: mkornfeld@bakerlaw.com
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: (212) 589-4200
       Facsimile: (212) 589-4201

       Elizabeth A. Scully (*pro hac*)
       Email: escully@bakerlaw.com
       Washington Square, Suite 1100
       1050 Connecticut Avenue, N.W.
       Washington, D.C. 20036
       Telephone: (202) 861-1500
       Facsimile: (202) 861-1783

       *Attorneys for Irving H. Picard, Trustee for the*
       *Substantively Consolidated SIPA Liquidation*
       *of Bernard L. Madoff Investment Securities LLC*
       *and the Estate of Bernard L. Madoff*