**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation, and AMERICAN GENERAL LIFE ASSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Adv. Pro. No. 10-05065 (SMB) |

300415577.3

# STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendant Connecticut General Life Insurance Company ("CGLIC"), by the through its counsel, Kirkland & Ellis LLP, and defendant AGL Life Assurance Company, now known as Lombard International Life Assurance Company, and sued as American General Life Assurance Company ("AGLAC" and collectively with CGLIC, "Defendants"), by and through its counsel, Otterbourg P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed the Complaint against Defendants. Trustee filed an Amended Complaint on December 10, 2010.

2. On October 19, 2011, AGLAC filed an Answer to the Amended Complaint and a Cross-Claim against CGLIC.

3. CGLIC has not filed a response to the Amended Complaint or the Cross-Claim.

4. On September 7, 2016, the Trustee and CGLIC entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5. On August 26, 2016, CGLIC and AGLAC entered into a settlement agreement with respect to the Cross-Claim.

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to dismissal of the adversary proceeding with prejudice, with all Parties to bear their own fees and costs.

2

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: September 21, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: s/ Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**KIRKLAND & ELLIS LLP**

By: s/ David S. Flugman
601 Lexington Avenue
New York, New York 10022
Telephone: 212.446.4800
Facsimile: 212.446.4900
David S. Flugman
Email: dflugman@kirkland.com

*Attorneys for Defendant Connecticut General Insurance Company*

**OTTERBOURG P.C.**

By: *s/ Richard G. Haddad*
230 Park Avenue
New York, New York 10169
Telephone: 212.661.9100
Facsimile: 212.682.6104
Richard G. Haddad
Email: rhaddad@otterbourg.com

*Attorneys for Defendant AGL Life Assurance Company, now known as Lombard International Life Assurance Company, sued as American General Life Assurance Company*

**SO ORDERED**

Dated: September 22nd, 2016
New York, New York

**/s/ STUART M. BERNSTEIN**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**