**BAKER & McKENZIE**

Baker & McKenzie LLP

815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia**
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre**
Rio de Janeiro**
Santiago
Sao Paulo**
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

September 22, 2016

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

*Re: SIPC v. BLMIS, Adv. Pro. No. 08-01789 (SMB) – Profit Withdrawal Litigation*

Dear Judge Bernstein:

We represent Doctors Norman and Joel Blum, who are Claimants in the above-referenced matter.

We respectfully request permission to file a brief in Opposition to the Trustee's Amended Motion for an Order Affirming Treatment of Profit Withdrawal Transactions in excess of the page limit specified in your Chambers' Rules but no more than 70 pages in length. This increase in the page limit is necessary to fully address the hundreds of pages of briefing filed by the Trustee and the Securities Investor Protection Corporation ("SIPC") in this proceeding.

Counsel for the Trustee and SIPC consent to this request. If the Court has any questions, please do not hesitate to have a member of Your Honor's staff contact the undersigned. We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Richard A. Kirby
Partner
+1 202 452 7020
richard.kirby@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
8092280-v1\WASDMS