UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Appellant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF OBJECTION

AGL Life Assurance Company, now known as Lombard International Life Assurance Company, having filed an objection (the "Objection", ECF No. 730) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012425), hereby gives notice that it withdraws such Objection.

Dated: September 9, 2016

_____
Richard G. Haddad
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169