**EXHIBIT B**

## Index of Exhibits

| Exh. No | Document Description |
|---|---|
| 1. | Deposition Transcript of Aaron Blecker dated July 1, 2014 |
| 2. | Deposition Transcript of Annette Bongiorno dated July 8, 2016 |
| 3. | Deposition Transcript of Winifier Jackson dated May 23, 2016 |
| 4. | Deposition Transcript of Dorothy Kahn dated May 25, 2016 |
| 5. | Deposition Transcript of Alethea Leung dated June 2, 2016 |
| 6. | Deposition Transcript of Bernard L. Madoff dated June 15 |
| 7. | Deposition Transcript of Joann Sala dated June 13, 2016 |
| 8. | Supplemental Expert Report of Lisa M. Collura dated December 17, 2015, Attachments D.17 and D.18 |
| 9. | Supplemental Expert Report of Matthew B. Greenblatt dated December 17, 2015, page 24 |
| 10. | Madoff Portfolio Management Report as of 12/31/82, MF00092212 |
| 11. | Madoff Account 1B0022-10, opening form September 22, 1986, MADTBB01988419 |
| 12. | Madoff Account 1B0157-30/40, folder 08/04/92, 04/18/97, MADTBB01988424 |
| 13. | Madoff Account 1B0156-30/40, folder 4/17/96, MADTBB01988420 |
| 14. | Madoff Account 1B002310 / 1B0157, folders and opening form, MADTBB01988421,2,3 |
| 15. | Madoff Account 1B0022 / 1B0156, Customer Master File Maintenance form, AMF00154126 |
| 16. | Madoff Account 1B0023 / 1B0157, Customer Master File Maintenance form, AMF00154159 |
| 17. | Madoff Account 1-B0156-3 Report 4/24/97 to 4/30/97, MDPTQQ00030367 |
| 18. | Madoff Account 1-B0157-3-0 Statement 04/30/97, MDPTPP00260199 |
| 19. | Madoff Account 1-B0156-3 Report 1/01/07 to 7/31/07, MDPTQQ00030490 |

{00023599 2 }

**EXHIBIT B**

| Exh. No | Document Description |
|---|---|
| 20. | BLMIS Account 1-B0157-3 Report 1/01/07 to 6/30/07, MDPTQQ00030629 |
| 21. | BLMIS Account 1-B0156-3-0 Statement 11/30/08 |
| 22. | Aaron Blecker's SIPC Claims Accounts 1B0022 and 1B0156, July 22, 2009 |
| 23. | Trustee's determination letter, October 19, 2009, Account 1B0022 |
| 24. | Aaron Blecker's letter to Judge Burton R. Lifland, November 2, 2009 |
| 25. | Affidavit of Aaron Blecker November 18, 2009 [ECF 961, Bankr Case 08-01789] |
| 26. | Trustee's determination letter, May 10, 2010, Account 1B0156 |
| 27. | Trustee's determination letter, September 29, 2010, Account 1B0157 |
| 28. | Aaron Blecker's letter to Judge Lifland and Irving Picard, October 19, 2010 |
| 29. | Baker & Hostetler letter to Aaron Blecker, November 11, 2010 |
| 30. | Madoff Account 1-00254-1-0 Statements 9/30/86, 10/31/86, 11/30/86, 12/31/86, 9/30//0, MF00064856, MF00065607, MF00066319, MF00067077, MF00026350 |
| 31. | Madoff Account 1-00254-9-C Statement 9/30/90, MF00026351 |
| 32. | Madoff Account 1-00214-1-8 Statements 3/31/81, 4/30/81, 7/31/81, Portfolio Management Report 12/31/82, MF00095502, MF00095958, MF00097550, MF00092212 |
| 33. | Madoff Account 1-00215-9-C Statement 9/30/90, MF00026292 |
| 34. | Madoff Account 1-B0023-1-0 Statement 8/31/93, MF00381083 |
| 35. | Chart of Appreciation Differential Aaron Blecker Account |
| 36. | Chart of Appreciation Differential Joint Account |
| 37. | Madoff Check No. 5671 12/17/91 to Gunther Unflat & Margaret Unflat |
| 38. | Madoff Account 1-02103-1-0 Statement 12/31/91, MF00474561 |
| 39. | BLMIS investors' letters requesting profit withdrawals, MADTBB01989181,3,4 |
| 40. | Email from Bik Cheema, July 17, 2014 re: no cancelled checks to Aaron Blecker in Trustee's possession |

{00023599 2 }

**EXHIBIT B**

| Exh. No | Document Description |
|---|---|
| 41. | Email from Bik Cheema, August 1, 2014 re: Trustee not deposing Aaron Blecker |
| 42. | Chart showing value of stocks retained by Annette Borgiorno pursuant to Settlement Agreement |
| 43. | Madoff Account 1-B0022-1-0 Statement 9/30/95, MF00113636 |
| 44. | BLMIS Account 1-B0156-3 Report 1/01/05 top 1/31/05, MDPTQQ00030460 |
| 45. | Madoff Account 1-B0023-1-0 Statement 1/31/97, MDPTPPQQ129327 |
| 46. | BLMIS Account 1-B0157-3 Report 1/01/05 to 2/28/05, MDPTQQ00030601 |
| 47. | Madoff Account 1-00215-1-0 Statements 8/31/83, 7/29/83, MF00368955, MF00368415 |
| 48. | Madoff customers' letters requesting profit withdrawals at inception of accounts, AMF00216912 |
| 49. | Arthur Blecker & Sofie Blecker J/T WROS's SIPC Claim Account 1B0157-3 |

{00023599 2 }