# EXHIBIT 1

Page 1

1

2        UNITED STATES BANKRUPTCY COURT
         SOUTHERN DISTRICT OF NEW YORK
3   _____
4   SECURITIES INVESTOR PROTECTION
    CORPORATION,
5
                              Plaintiff
6                             Applicant
7             -against-
8   BERNARD L. MADOFF INVESTMENT SECURITIES,
    LLC,
9
                              Defendant.
10
    Adv. Pro. No. 08-01789(SMB)
11  _____
12              July 1, 2014
                11:57 a.m.
13
                50 Gristmill Lane
14              Great Neck, New York
15
16              DEPOSITION
17  of AARON BLECKER, a Witness herein, held
18  at the above-noted time and place before
19  Josephine Winter, Certified Shorthand
20  Reporter and a Notary Public of the State
21  of New York.
22
23
24
25

Page 2

```
 1
 2           *   *   *
 3
   A P P E A R A N C E S:
 4
 5   BECKER & POLIAKOFF, ESQS.
       Attorneys for Witness AARON BLECKER
 6       45 Broadway
         New York, New York  10006
 7   BY:  HELEN DAVIS CHAITMAN, ESQ.
         hchaitman@beckerny.com
 8
 9   BAKER & HOSTETLER, LLP
       Attorneys for Trustee IRVING PICARD
10       45 Rockefeller Plaza
         New York, New York  10111
11   BY:  AMY E. VANDERWAL, ESQ.
         avanderwal@bakerlaw.com
12       and
         BIK CHEEMA, ESQ.
13       bcheema@bakerlaw.com
14
   ALSO PRESENT:
15     EDWARD FORD, Videographer
       ROBERT BLECKER
16
17           *   *   *
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2       THE VIDEOGRAPHER:  Good morning.    11:57:19
 3     Please note the microphones are      11:57:20
 4   sensitive and may pick up whispering   11:57:21
 5   and please turn off your cell phones   11:57:23
 6   or place them away from the            11:57:25
 7   microphones.                           11:57:27
 8       This is tape one of the            11:57:27
 9   videotaped deposition of Aaron Blecker 11:57:29
10   taken by defendant in the matter of    11:57:32
11   Securities Investor Protection         11:57:34
12   Corporation, Plaintiff Applicant,      11:57:38
13   versus Bernard L. Madoff Investment    11:57:40
14   Securities, LLC, Defendant, in the     11:57:44
15   United States Bankruptcy Court,        11:57:47
16   Southern District of New York, case    11:57:48
17   number 08-01789(SMB).                  11:57:51
18       This deposition is being held at   11:57:56
19   the home of Aaron Blecker, 50          11:57:57
20   Gristmill Lane, Great Neck, New York,  11:58:00
21   on July 1, 2014.  The time is 11:58    11:58:03
22   a.m.                                   11:58:07
23       My name is Ed Ford.  I'm the       11:58:07
24   videographer.  The court reporter is   11:58:09
25   Josephine Winter.  We are in           11:58:11
```

Page 4

```
 1       A. Blecker
 2   association with Veritext.            11:58:13
 3       For the record, will counsel      11:58:15
 4   please introduce themselves.          11:58:16
 5       MS. CHAITMAN:  Helen Davis        11:58:18
 6   Chaitman on behalf of Mr. Blecker from 11:58:20
 7   Becker & Poliakoff.                   11:58:20
 8       MS. VANDERWAL:  Amy Vanderwal     11:58:25
 9   from on behalf of the Trustee Irving  11:58:25
10   Picard.                               11:58:28
11       THE VIDEOGRAPHER:  Now will the   11:58:30
12   court reporter please swear in the    11:58:32
13   witness.                              11:58:33
14           *   *   *                     11:58:34
15   A A R O N   B L E C K E R, having been 11:58:34
16   first duly sworn by a Notary Public of the  11:58:34
17   State of New York, upon being examined,     11:58:34
18   testified as follows:                 11:58:43
19   EXAMINATION BY                        11:58:43
20   MS. CHAITMAN:                         11:58:45
21   Q   Mr. Blecker, I'm going to be      11:58:45
22   very rude and ask you how old you are. 11:58:47
23   Can you tell us how old you are?      11:58:55
24       MR. R. BLECKER:  How old are      11:58:56
25   you?                                  11:58:57
```

Page 5

```
 1       A. Blecker
 2   Q   Can you tell us how old you are?  11:58:58
 3   A   I'm 103 years old.  I was born    11:58:59
 4   1911, July 27.                        11:59:02
 5   Q   Do you recall that I prepared a   11:59:06
 6   Declaration for you to review and sign 11:59:11
 7   that I submitted to the Bankruptcy Court?  11:59:14
 8   A   Yes.  You prepared a brief for    11:59:16
 9   me which I signed.                     11:59:18
10   Q   And did you review -- I'm going   11:59:19
11   to hand you what I'm going to mark as  11:59:22
12   Exhibit 1 of your deposition and this is  11:59:23
13   the Declaration that I prepared for you.  11:59:27
14       Do you recall reviewing this      11:59:31
15   Declaration?                          11:59:32
16   A   Yes, I remember now.             11:59:33
17   Q   Okay.                            11:59:34
18       And you recall that you signed    11:59:35
19   it?                                  11:59:39
20   A   Absolutely.                      11:59:39
21   Q   Okay.                            11:59:40
22       And when you reviewed it, did     11:59:41
23   you consider whether it was accurate?  11:59:42
24   A   Absolutely.                      11:59:44
25   Q   And was this --                  11:59:46
```

2 (Pages 2 - 5)

Page 6

```
1        A. Blecker
2   A   In every respect.              11:59:48
3   Q   It was accurate?               11:59:52
4   A   Absolutely it was.             11:59:53
5   Q   Now, do you recall that after     11:59:55
6 Madoff confessed, you submitted a claim to    12:00:00
7 the Trustee Mr. Picard?                 12:00:03
8   A   Correct.                       12:00:06
9   Q   And do you recall that you told    12:00:07
10 the Trustee that you had never withdrawn    12:00:10
11 any funds from your account?          12:00:13
12       MS. VANDERWAL: Objection.        12:00:15
13  A   I didn't. I said I never         12:00:16
14 withdrew any. I didn't want to withdraw    12:00:18
15 any money. I felt it was such a good      12:00:20
16 investment and I felt this would be my     12:00:22
17 retirement and I'd have the funds        12:00:24
18 available for my grandchildren's college   12:00:27
19 tuition in the future.               12:00:29
20  Q   Do you recall that the Trustee    12:00:32
21 claimed that you withdrew money from the    12:00:35
22 account in the 1980's and the 1990's?     12:00:38
23 That he claimed that?                12:00:42
24  A   That's what he claimed and I     12:00:43
25 asked him to prove it to me, that I wanted   12:00:45
```

Page 7

```
1        A. Blecker
2 to see some checks with my signature on    12:00:48
3 it. He had nothing to prove. They said     12:00:51
4 the burden of proof was on me. I never     12:00:54
5 received any check, never asked for any    12:00:56
6 check because I always felt it was a good   12:00:59
7 investment and I thought it would be there   12:01:01
8 for the rest of my time until my         12:01:04
9 retirement and I never withdrew any, never   12:01:06
10 requested any money for retirement, never   12:01:10
11 drew a penny.                        12:01:12
12       And, as a matter of fact, if I   12:01:13
13 had withdrawn money, why would Madoff keep   12:01:16
14 crediting my account and adding to my      12:01:18
15 investment? If I had no money there, he    12:01:20
16 wouldn't have bothered with me. He would   12:01:23
17 have discarded me. In the meantime after   12:01:25
18 all the years he kept increasing my       12:01:27
19 investment, showed a profit return on my    12:01:30
20 investment and that's why it kept        12:01:34
21 accumulating.                       12:01:36
22  Q   Now, you had to pay taxes each    12:01:37
23 year on the appreciation in your account?   12:01:39
24  A   Oh, absolutely.                 12:01:41
25       MS. VANDERWAL: Objection.        12:01:42
```

Page 8

```
1        A. Blecker
2   A   All the profits that Madoff     12:01:43
3 earned for me I reported it in my tax     12:01:45
4 return showing I -- I made up a schedule   12:01:50
5 of transactions, stocks bought and sold    12:01:52
6 and showing profit from the stocks plus    12:01:57
7 the reporting dividend income that I      12:01:59
8 received on those securities and that was   12:02:02
9 reported each year.                  12:02:04
10  Q   Where did you get the money to    12:02:05
11 pay the taxes? Did you take it out of     12:02:08
12 your Madoff account? The money --       12:02:11
13  A   No. I had my own funds that I    12:02:14
14 accumulated. I had -- fortunately, I had   12:02:16
15 some money that I accumulated. I put all   12:02:19
16 my money into Madoff, so I had my checking   12:02:23
17 account, whenever taxes were due, I sent a   12:02:27
18 check to the government with estimated     12:02:29
19 payments four times a year and that's how   12:02:32
20 I paid my taxes. I had nothing from       12:02:35
21 Madoff. I had no correspondence, no       12:02:38
22 requests from them and no requests to      12:02:41
23 them.                               12:02:43
24  Q   Okay.                          12:02:44
25       Are you absolutely certain that   12:02:45
```

Page 9

```
1        A. Blecker
2 you never withdrew any money from your     12:02:47
3 Madoff account?                      12:02:49
4   A   Unequivocally. Never received a   12:02:50
5 dime. I never intended to withdraw. I     12:02:53
6 always felt it was going to be my future   12:02:56
7 investment forever, and it didn't turn out   12:02:58
8 that way, unfortunately.              12:03:00
9   Q   Now, there was a point in time   12:03:02
10 when your wife had an account with Madoff   12:03:04
11 with you; is that right?             12:03:06
12  A   That's right. Yes.             12:03:07
13  Q   And --                        12:03:09
14  A   She had an account. I had an    12:03:09
15 account, and then Madoff suggested we     12:03:11
16 consolidate into one account, so that's    12:03:15
17 what we did.                         12:03:17
18  Q   Now, did your wife ever withdraw   12:03:18
19 any money from Madoff?                12:03:21
20  A   Of course -- she never handled   12:03:23
21 any of the financials. My wife was rather   12:03:26
22 shy. I handled all the financial         12:03:29
23 arrangements, all the financials of the    12:03:30
24 family. She was a good mother, as he can   12:03:32
25 attest to, and a hard-working mother and   12:03:35
```

3 (Pages 6 - 9)

Page 10

```
1        A. Blecker
2  watched out for the children.  My job was        12:03:39
3  to provide the financial security for the        12:03:43
4  family.                                           12:03:45
5      Q   Are you certain she never               12:03:45
6  withdrew any funds from the Madoff               12:03:47
7  account?                                          12:03:49
8      A   Absolutely.  She had nothing to         12:03:49
9  do with it.  She wouldn't know who to            12:03:51
10 call.                                            12:03:53
11     Q   Okay.                                    12:03:53
12        Now, did you keep your bank              12:03:54
13 records from the 1980's?                          12:03:59
14     A   I tried to reconstruct them, but        12:04:02
15 Chase told me they don't go back more than       12:04:06
16 five years and they have no record so far         12:04:08
17 back, so they have no record they can            12:04:11
18 accommodate me.                                   12:04:13
19     Q   So you went ahead and asked them        12:04:14
20 you wanted to try to get the records?            12:04:16
21     A   The records to show that I never        12:04:17
22 received any Madoff -- any funds from            12:04:23
23 Madoff, no check, that the only checks           12:04:27
24 made out -- and that was Madoff's bank           12:04:28
25 account and I never saw it.  They made out       12:04:32
```

Page 11

```
1        A. Blecker
2  the checks for the stocks they bought on         12:04:34
3  the account.  I never saw any checks, any        12:04:36
4  deposits.                                         12:04:39
5        All they did on my statement I            12:04:40
6  received a list of the stocks they bought        12:04:42
7  that month, what was sold and the money          12:04:43
8  was automatically deposited in the               12:04:46
9  account.  I received no money.  If I             12:04:49
10 received any money, there wouldn't have          12:04:52
11 been any money for deposits.  All the            12:04:54
12 money was in securities sold and remained        12:04:56
13 in the bank account and Madoff handled it        12:04:58
14 all.  I never saw any of the funds.  I           12:05:00
15 just got a statement showing what               12:05:02
16 transactions had occurred.                        12:05:05
17     Q   Now, Mr. Picard claims that             12:05:06
18 checks were made out to you in uneven            12:05:10
19 amounts like $3,230.02.                           12:05:15
20     A   Madoff would never have done my         12:05:22
21 bookkeeping.  If I wanted to get money           12:05:24
22 from Madoff, if I needed money to pay            12:05:26
23 bills, I wouldn't have asked Madoff to do        12:05:29
24 it.  If I wanted money, I would withdraw a       12:05:31
25 couple of hundred thousand dollars since I       12:05:34
```

Page 12

```
1        A. Blecker
2  had a substantial amount.  I wouldn't have       12:05:37
3  withdrawn a few dollars.  I would have           12:05:38
4  withdrawn substantial.  All of those            12:05:41
5  checks were not to me.  They were for           12:05:42
6  payments of securities that they purchased       12:05:45
7  for my account.                                   12:05:47
8      Q   Okay.                                    12:05:48
9        Now, based on your experience if         12:05:48
10 a check had been made out to you and sent        12:05:51
11 to you from Madoff and it was for               12:05:53
12 $2,330.04 and it was made out to Health          12:06:03
13 South or General Motors or AT&T, what           12:06:06
14 could you have done with that check?             12:06:09
15     MS. VANDERWAL:  Objection.                   12:06:11
16     A   I couldn't have done anything.          12:06:11
17 Bank would never have accepted an                12:06:13
18 endorsement of mine when it's made out to        12:06:14
19 another payee, so I never would have            12:06:17
20 received any checks and I would never            12:06:19
21 deposit such a check.  I never got.  I           12:06:21
22 never saw such a check.  Those were all          12:06:23
23 Madoff's records.  All I got was a               12:06:27
24 statement from him.  No financial               12:06:29
25 instruments.                                      12:06:30
```

Page 13

```
1        A. Blecker
2      Q   Okay.  I have no further                12:06:36
3  questions.                                        12:06:39
4      MS. CHAITMAN:  Do you have any              12:06:39
5  questions?                                        12:06:39
6      MS. VANDERWAL:  I do.                        12:06:39
7  EXAMINATION BY                                    12:06:39
8  MS. VANDERWAL:                                    12:06:40
9      Q   As you know, we are reserving           12:06:40
10 our right to ask additional questions once       12:06:41
11 we had a time to complete our review and         12:06:44
12 look over documents.  Today I really just        12:06:46
13 want to clarify something I believe you          12:06:49
14 already stated.                                    12:06:51
15        You received statements from            12:06:51
16 BLMIS?                                            12:06:55
17     A   Yes.                                     12:06:56
18     MS. CHAITMAN:  Just spell it               12:06:58
19 out.                                              12:06:59
20     A   Well, I received statements from        12:07:00
21 Bernard Madoff at the time.  I didn't hear       12:07:02
22 BLMIS.  I don't remember receiving it.  It       12:07:06
23 was all Bernard Madoff and they were             12:07:08
24 verified by their accountants, confirmed         12:07:10
25 by Avellino & Bienes and that was it and         12:07:12
```

4 (Pages 10 - 13)

Page 14

1        A. Blecker
2    that's the only correspondence I received        12:07:18
3    from Madoff.                                      12:07:19
4        Q    And you reviewed those                  12:07:20
5    statements?                                       12:07:21
6        A    What's that?                             12:07:21
7        Q    Did you review those statements?         12:07:22
8        A    I checked the statements to make         12:07:24
9    sure that whatever securities they charged       12:07:25
10   with, that was on their statement and the        12:07:29
11   profits I couldn't correct. They gave me         12:07:31
12   the prices and then that was it.                 12:07:33
13       Q    That's all I have.                       12:07:37
14       A    That's why as far as I could            12:07:38
15   check whatever they -- I could only check        12:07:40
16   from their statements, so I was really           12:07:42
17   going over their work, which I had no way        12:07:44
18   to prove whether it was correct or not,          12:07:45
19   but I assumed what they put on my                12:07:48
20   statement must have been in my account.          12:07:51
21   And that's how I confirmed it.                   12:07:52
22       And Avellino & Bienes confirmed              12:07:55
23   it, so I felt that it was probably taken         12:07:57
24   care of and there wouldn't be any worry          12:08:01
25   about it and at that time there was no           12:08:03

Page 15

1        A. Blecker
2    concern about Madoff, so you didn't have         12:08:05
3    to worry about checking the statement            12:08:08
4    carefully. It was a definite thing we all        12:08:11
5    thought.                                          12:08:17
6        MS. CHAITMAN: Do you have                    12:08:20
7    anything else?                                    12:08:21
8        MS. VANDERWAL: Thank you.                    12:08:22
9    That's all I have.                               12:08:23
10   EXAMINATION BY                                    12:08:24
11   MS. CHAITMAN:                                     12:08:24
12       Q    Mr. Blecker, were you introduced        12:08:24
13   to Madoff through Avellino & Bienes?             12:08:27
14       A    No. I was introduced to Madoff          12:08:30
15   through his father-in-law Sol Levine and         12:08:32
16   his mother-in-law Pia (phonetic) Levine.         12:08:37
17       MR. R. BLECKER: No. Alpern,                  12:08:41
18   dad.                                              12:08:43
19       Q    Alpern --                               12:08:43
20       A    Now I knew -- Alpern was the            12:08:43
21   brother-in-law of Sol Levine. All very           12:08:46
22   good things. We all played golf together.        12:08:49
23   And that's what my wife said, as long as         12:08:51
24   we're with Madoff and we're with the             12:08:53
25   family, he's not gonna defraud the family.       12:08:56

Page 16

1        A. Blecker
2    Why don't we go in too? So we went in.           12:08:59
3        And there was all good                        12:09:01
4    intentions on everybody's part. We               12:09:02
5    thought it was a wonderful thing. We had         12:09:04
6    wonderful times together socialing with         12:09:06
7    each other. Even Madoff had a party at          12:09:08
8    Rockefeller Center and invited the family,       12:09:11
9    invited us. We were friends.                     12:09:15
10       So we knew the young Madoff sons             12:09:17
11   when they went to visit them. We saw them        12:09:23
12   when they were youngsters. Not that they         12:09:26
13   remembered me later, but that was it.            12:09:29
14       Q    Wasn't the man's name Sol               12:09:33
15   Alpern?                                           12:09:39
16       A    Sol Alpern?                             12:09:39
17       Q    Yes.                                     12:09:41
18       A    No, it was not Sol Alpern. Sol          12:09:43
19   Alpern. Sol Levine. Sol Levine was the           12:09:47
20   father-in-law. Sol Alpern was his               12:09:51
21   brother-in-law.                                   12:09:53
22       We were friends with all of                  12:09:54
23   them, both of them. We played golf              12:09:58
24   together. Families knew each other. The         12:09:59
25   children knew each other. We socialized,         12:10:02

Page 17

1        A. Blecker
2    went to hotels together and very close.          12:10:05
3        Q    Okay.                                    12:10:10
4        MS. CHAITMAN: I have no further              12:10:11
5    questions.                                        12:10:12
6        Do you have anything else.                    12:10:13
7        MS. VANDERWAL: No. Thank you.                12:10:14
8        THE VIDEOGRAPHER: Okay. The                  12:10:16
9    time is 12:10 p.m., July 1, 2014.               12:10:17
10   This is the end of tape one.                     12:10:20
11   We're off the record.                           12:10:21
12       (TIME NOTED: 12:10 p.m.)
13   _____
14   (Signature of witness)
15   Subscribed and sworn to
16   before me this_____
17   day of_____,
18   20 .
19   _____
20
21       *    *    *
22
23
24
25

5 (Pages 14 - 17)

Page 18

```
 1
 2
 3            I N D E X
 4
     WITNESS        EXAMINED BY     PAGE
 5  A. Blecker     H.D. Chaitman     4, 15
                   A.E. Vanderwal    13
 6
 7        *    *    *
 8
           E X H I B I T
 9      (retained by counsel)
10  EXHIBIT FOR
     IDENTIFICATION            PAGE
11  Exhibit 1  Blecker Declaration    5
12
         *    *    *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 20

```
 1
 2           ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS
 3
     330 Old Country Road    1250 Broadway
 4  Mineola, NY  11501    New York, New York
                              10001
 5
     NAME OF CASE:  SIPC vs Madoff
 6  DATE OF DEPOSITION:  July 1, 2014
     NAME OF DEPONENT:  Aaron Blecker
 7
     PAGE  LINE     CHANGE      REASON
 8  _____/_____/_____/_____
 9  _____/_____/_____/_____
10  _____/_____/_____/_____
11  _____/_____/_____/_____
12  _____/_____/_____/_____
13  _____/_____/_____/_____
14  _____/_____/_____/_____
15  _____/_____/_____/_____
16  _____/_____/_____/_____
17  _____/_____/_____/_____
18  _____/_____/_____/_____
19
20  _____
21  AARON BLECKER
22  SUBSCRIBED AND SWORN TO BEFORE ME
     THIS_____DAY OF_____, 20  .
23
     _____    _____
24  NOTARY PUBLIC     MY COMMISSION EXPIRES
25
```

Page 19

```
 1
 2       CERTIFICATION BY REPORTER
 3
 4     I, Josephine Winter, a Notary Public
 5  of the State of New York, do hereby
 6  certify:
 7     That the testimony in the within
 8  proceeding was held before me at the
 9  aforesaid time and place;
10     That said witness was duly sworn
11  before the commencement of the testimony,
12  and that the testimony was taken
13  stenographically by me, then transcribed
14  under my supervision, and that the within
15  transcript is a true record of the
16  testimony of said witness.
17     I further certify that I am not
18  related to any of the parties to this
19  action by blood or marriage, that I am not
20  interested directly or indirectly in the
21  matter in controversy, nor am I in the
22  employ of any of the counsel.
23     IN WITNESS WHEREOF, I have hereunto
24  set my hand this  day of       , 20  .
25    _____
```

Page 20

```
1
2                        ERRATA SHEET
                  VERITEXT LEGAL SOLUTIONS
3
     330 Old Country Road      1250 Broadway
4    Mineola, NY  11501        New York, New York
                               10001
5
     NAME OF CASE:  SIPC vs Madoff
6    DATE OF DEPOSITION:  July 1, 2014
     NAME OF DEPONENT:  Aaron Blecker
7
     PAGE   LINE        CHANGE           REASON
8    ___9__ /_3,8_ /_Add_"Not"_____ /_omitted by Stenographer_
9    _____ /_____ /_____ /_____
10   __8___ /_18___ /_add - "Did Not"__ /_omitted by Stenographer_
11   _____ /_____ /_____ /_____
12   _____ /_____ /_____ /_____
13   _____ /_____ /_____ /_____
14   _____ /_____ /_____ /_____
15   _____ /_____ /_____ /_____
16   _____ /_____ /_____ /_____
17   _____ /_____ /_____ /_____
18   _____ /_____ /_____ /_____
19
20   ___Aaron Blecker_____
21   AARON BLECKER
22   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS 10th DAY OF July_____ , 2014 .
23
     _____     __6/20/2015_____
24   NOTARY PUBLIC               MY COMMISSION EXPIRES
             JONATHAN LEE
25       Notary Public, State of New York
         Qualified In Nassau County
         No. 01LE6243386
         My Commission Expires 06-20-2015
```

Page 8

```
1              A. Blecker

2      A      All the profits that Madoff        12:01:43

3    earned for me I reported it in my tax       12:01:45

4    return showing I -- I made up a schedule    12:01:50

5    of transactions, stocks bought and sold     12:01:52

6    and showing profit from the stocks plus     12:01:57

7    the reporting dividend income that I        12:01:59

8    received on those securities and that was   12:02:02

9    reported each year.                         12:02:04

10     Q      Where did you get the money to     12:02:05

11   pay the taxes?  Did you take it out of      12:02:08

12   your Madoff account?  The money --          12:02:11

13     A      No.  I had my own funds that I     12:02:14

14   accumulated.  I had -- fortunately, I had   12:02:16

15   some money that I accumulated.  I put all   12:02:19

16   my money into Madoff, so I had my checking  12:02:23

17   account, whenever taxes were due, I sent a  12:02:27

18   check to the government with estimated      12:02:29

19   payments four times a year and that's how   12:02:32

20   I paid my taxes.  I had nothing from        12:02:35

21   Madoff.  I had no correspondence, no        12:02:38

22   requests from them and no requests to       12:02:41

23   them.                                       12:02:43

24     Q      Okay.                              12:02:44

25          Are you absolutely certain that      12:02:45
```

Page 9

```
 1                 A. Blecker
 2    you never withdrew any money from your         12:02:47
 3    Madoff account?                                12:02:49
 4         A     Unequivocally.  Never received a    12:02:50
 5    dime.  I never intended to withdraw.  I        12:02:53
 6    always felt it was going to be my future       12:02:56
 7    investment forever, and it didn't turn out     12:02:58
 8    that way, unfortunately.                       12:03:00
 9         Q     Now, there was a point in time      12:03:02
10    when your wife had an account with Madoff      12:03:04
11    with you; is that right?                       12:03:06
12         A     That's right.  Yes.                 12:03:07
13         Q     And --                              12:03:09
14         A     She had an account.  I had an       12:03:09
15    account, and then Madoff suggested we          12:03:11
16    consolidate into one account, so that's        12:03:15
17    what we did.                                   12:03:17
18         Q     Now, did your wife ever withdraw    12:03:18
19    any money from Madoff?                         12:03:21
20         A     Of course (NOTE) -- she never handled   12:03:23
21    any of the financials.  My wife was rather     12:03:26
22    shy.  I handled all the financial             12:03:29
23    arrangements, all the financials of the        12:03:30
24    family.  She was a good mother, as he can      12:03:32
25    attest to, and a hard-working mother and       12:03:35
```

Page 17

1                    A. Blecker

2    went to hotels together and very close.          12:10:05

3        Q    Okay.                                    12:10:10

4             MS. CHAITMAN:  I have no further         12:10:11

5    questions.                                        12:10:12

6             Do you have anything else.               12:10:13

7             MS. VANDERWAL:  No.  Thank you.          12:10:14

8             THE VIDEOGRAPHER:  Okay.  The            12:10:16

9    time is 12:10 p.m., July 1, 2014.                 12:10:17

10   This is the end of tape one.                      12:10:20

11            We're off the record.                    12:10:21

12            (TIME NOTED:  12:10 p.m.)

13   _____

14   (Signature of witness)

15   Subscribed and sworn to

16   before me this _____

17   day of _____,

18   20___.

19

20

21            *        *        *

22

23

24

25

JONATHAN LEE
Notary Public, State of New York
Qualified in Nassau County
No. 01LE6243386
My Commission Expires 06-20-2015

[& - correspondence]

Page 1

| & | a.m. 1:12 3:22 | b | carefully 15:4 |
|---|---|---|---|

**&**

**&** 2:5,9 4:7 13:25
   14:22 15:13

**0**

**08-01789** 1:10 3:17

**1**

**1** 1:12 3:21 5:12
   17:9 18:11 20:6
**10001** 20:4
**10006** 2:6
**10111** 2:10
**103** 5:3
**11501** 20:4
**11:57** 1:12
**11:58** 3:21
**1250** 20:3
**12:10** 17:9,12
**13** 18:5
**15** 18:5
**1911** 5:4
**1980's** 6:22 10:13
**1990's** 6:22

**2**

**2,330.04** 12:12
**20** 17:18 19:24
   20:22
**2014** 1:12 3:21 17:9
   20:6
**27** 5:4

**3**

**3,230.02.** 11:19
**330** 20:3

**4**

**4** 18:5
**45** 2:6,10

**5**

**5** 18:11
**50** 1:13 3:19

**a**

**a.e.** 18:5

**a.m.** 1:12 3:22
**aaron** 1:17 2:5 3:9
   3:19 20:6,21
**absolutely** 5:20,24
   6:4 7:24 8:25 10:8
**accepted** 12:17
**accommodate** 10:18
**account** 6:11,22
   7:14,23 8:12,17 9:3
   9:10,14,15,16 10:7
   10:25 11:3,9,13
   12:7 14:20
**accountants** 13:24
**accumulated** 8:14
   8:15
**accumulating** 7:21
**accurate** 5:23 6:3
**action** 19:19
**adding** 7:14
**additional** 13:10
**adv** 1:10
**aforesaid** 19:9
**ahead** 10:19
**alpern** 15:17,19,20
   16:15,16,18,19,20
**amount** 12:2
**amounts** 11:19
**amy** 2:11 4:8
**applicant** 1:6 3:12
**appreciation** 7:23
**arrangements** 9:23
**asked** 6:25 7:5
   10:19 11:23
**association** 4:2
**assumed** 14:19
**at&t** 12:13
**attest** 9:25
**attorneys** 2:5,9
**automatically** 11:8
**available** 6:18
**avanderwal** 2:11
**avellino** 13:25 14:22
   15:13

**b**

**b** 4:15 18:8
**back** 10:15,17
**baker** 2:9
**bakerlaw.com** 2:11
   2:13
**bank** 10:12,24 11:13
   12:17
**bankruptcy** 1:2
   3:15 5:7
**based** 12:9
**bcheema** 2:13
**becker** 2:5 4:7
**beckerny.com** 2:7
**behalf** 4:6,9
**believe** 13:13
**bernard** 1:8 3:13
   13:21,23
**bienes** 13:25 14:22
   15:13
**bik** 2:12
**bills** 11:23
**blecker** 1:17 2:5,15
   3:9,19 4:1,6,21,24
   5:1 6:1 7:1 8:1 9:1
   10:1 11:1 12:1 13:1
   14:1 15:1,12,17
   16:1 17:1 18:5,11
   20:6,21
**blmis** 13:16,22
**blood** 19:19
**bookkeeping** 11:21
**born** 5:3
**bothered** 7:16
**bought** 8:5 11:2,6
**brief** 5:8
**broadway** 2:6 20:3
**brother** 15:21 16:21
**burden** 7:4

**c**

**c** 2:3 4:15
**call** 10:10
**care** 14:24

**carefully** 15:4
**case** 3:16 20:5
**cell** 3:5
**center** 16:8
**certain** 8:25 10:5
**certification** 19:2
**certified** 1:19
**certify** 19:6,17
**chaitman** 2:7 4:5,6
   4:20 13:4,18 15:6
   15:11 17:4 18:5
**change** 20:7
**charged** 14:9
**chase** 10:15
**check** 7:5,6 8:18
   10:23 12:10,14,21
   12:22 14:15,15
**checked** 14:8
**checking** 8:16 15:3
**checks** 7:2 10:23
   11:2,3,18 12:5,20
**cheema** 2:12
**children** 10:2 16:25
**claim** 6:6
**claimed** 6:21,23,24
**claims** 11:17
**clarify** 13:13
**close** 17:2
**college** 6:18
**commencement** 19:11
**commission** 20:24
**complete** 13:11
**concern** 15:2
**confessed** 6:6
**confirmed** 13:24
   14:21,22
**consider** 5:23
**consolidate** 9:16
**controversy** 19:21
**corporation** 1:4
   3:12
**correct** 6:8 14:11,18
**correspondence** 8:21 14:2

[counsel - matter]                                                        Page 2

**counsel**  4:3 18:9 19:22
**country**  20:3
**couple**  11:25
**course**  9:20
**court**  1:2 3:15,24 4:12 5:7
**crediting**  7:14

**d**

**d**  18:3
**dad**  15:18
**date**  20:6
**davis**  2:7 4:5
**day**  17:17 19:24 20:22
**declaration**  5:6,13 5:15 18:11
**defendant**  1:9 3:10 3:14
**definite**  15:4
**defraud**  15:25
**deponent**  20:6
**deposit**  12:21
**deposited**  11:8
**deposition**  1:16 3:9 3:18 5:12 20:6
**deposits**  11:4,11
**dime**  9:5
**directly**  19:20
**discarded**  7:17
**district**  1:2 3:16
**dividend**  8:7
**documents**  13:12
**dollars**  11:25 12:3
**drew**  7:11
**due**  8:17
**duly**  4:16 19:10

**e**

**e**  2:3,3,11 4:15,15 18:3,8
**earned**  8:3
**ed**  3:23
**edward**  2:15

**employ**  19:22
**endorsement**  12:18
**errata**  20:2
**esq**  2:7,11,12
**esqs**  2:5
**estimated**  8:18
**everybody's**  16:4
**examination**  4:19 13:7 15:10
**examined**  4:17 18:4
**exhibit**  5:12 18:10 18:11
**experience**  12:9
**expires**  20:24

**f**

**fact**  7:12
**families**  16:24
**family**  9:24 10:4 15:25,25 16:8
**far**  10:16 14:14
**father**  15:15 16:20
**felt**  6:15,16 7:6 9:6 14:23
**financial**  9:22 10:3 12:24
**financials**  9:21,23
**first**  4:16
**five**  10:16
**follows**  4:18
**ford**  2:15 3:23
**forever**  9:7
**fortunately**  8:14
**four**  8:19
**friends**  16:9,22
**funds**  6:11,17 8:13 10:6,22 11:14
**further**  13:2 17:4 19:17
**future**  6:19 9:6

**g**

**general**  12:13
**go**  10:15 16:2
**going**  4:21 5:10,11 9:6 14:17

**golf**  15:22 16:23
**gonna**  15:25
**good**  3:2 6:15 7:6 9:24 15:22 16:3
**government**  8:18
**grandchildren's**  6:18
**great**  1:14 3:20
**gristmill**  1:13 3:20

**h**

**h**  18:8
**h.d.**  18:5
**hand**  5:11 19:24
**handled**  9:20,22 11:13
**hard**  9:25
**hchaitman**  2:7
**health**  6:12
**hear**  13:21
**held**  1:17 3:18 19:8
**helen**  2:7 4:5
**hereunto**  19:23
**home**  3:19
**hostetler**  2:9
**hotels**  17:2
**hundred**  11:25

**i**

**identification**  18:10
**income**  8:7
**increasing**  7:18
**indirectly**  19:20
**instruments**  12:25
**intended**  9:5
**intentions**  16:4
**interested**  19:20
**introduce**  4:4
**introduced**  15:12,14
**investment**  1:8 3:13 6:16 7:7,15,19,20 9:7
**investor**  1:4 3:11
**invited**  16:8,9
**irving**  2:9 4:9

**j**

**job**  10:2
**josephine**  1:19 3:25 19:4
**july**  1:12 3:21 5:4 17:9 20:6

**k**

**k**  4:15
**keep**  7:13 10:12
**kept**  7:18,20
**knew**  15:20 16:10 16:24,25
**know**  10:9 13:9

**l**

**l**  1:8 3:13 4:15
**lane**  1:13 3:20
**law**  15:15,16,21 16:20,21
**legal**  20:2
**levine**  15:15,16,21 16:19,19
**line**  20:7
**list**  11:6
**llc**  1:8 3:14
**llp**  2:9
**long**  15:23
**look**  13:12

**m**

**madoff**  1:8 3:13 6:6 7:13 8:2,12,16,21 9:3,10,15,19 10:6 10:22,23 11:13,20 11:22,23 12:11 13:21,23 14:3 15:2 15:13,14,24 16:7,10 20:5
**madoff's**  10:24 12:23
**man's**  16:14
**mark**  5:11
**marriage**  19:19
**matter**  3:10 7:12 19:21

[microphones - statement]                                                                Page 3

**microphones** 3:3,7
**mine** 12:18
**mineola** 20:4
**money** 6:15,21 7:10
  7:13,15 8:10,12,15
  8:16 9:2,19 11:7,9
  11:10,11,12,21,22
  11:24
**month** 11:7
**morning** 3:2
**mother** 9:24,25
  15:16
**motors** 12:13

**n**

**n** 2:3 4:15 18:3
**name** 3:23 16:14
  20:5,6
**neck** 1:14 3:20
**needed** 11:22
**never** 6:10,13 7:4,5
  7:9,9,10 9:2,4,5,20
  10:5,21,25 11:3,14
  11:20 12:17,19,20
  12:21,22
**new** 1:2,14,21 2:6,6
  2:10,10 3:16,20
  4:17 19:5 20:4,4
**notary** 1:20 4:16
  19:4 20:24
**note** 3:3
**noted** 1:18 17:12
**number** 3:17
**ny** 20:4

**o**

**o** 4:15
**objection** 6:12 7:25
  12:15
**occurred** 11:16
**oh** 7:24
**okay** 5:17,21 8:24
  10:11 12:8 13:2
  17:3,8
**old** 4:22,23,24 5:2,3
  20:3

**once** 13:10

**p**

**p** 2:3,3
**p.m.** 17:9,12
**page** 18:4,10 20:7
**paid** 8:20
**part** 16:4
**parties** 19:18
**party** 16:7
**pay** 7:22 8:11 11:22
**payee** 12:19
**payments** 8:19 12:6
**penny** 7:11
**phones** 3:5
**phonetic** 15:16
**pia** 15:16
**picard** 2:9 4:10 6:7
  11:17
**pick** 3:4
**place** 1:18 3:6 19:9
**plaintiff** 1:5 3:12
**played** 15:22 16:23
**plaza** 2:10
**please** 3:3,5 4:4,12
**plus** 8:6
**point** 9:9
**poliakoff** 2:5 4:7
**prepared** 5:5,8,13
**present** 2:14
**prices** 14:12
**pro** 1:10
**probably** 14:23
**proceeding** 19:8
**profit** 7:19 8:6
**profits** 8:2 14:11
**proof** 7:4
**protection** 1:4 3:11
**prove** 6:25 7:3 14:18
**provide** 10:3
**public** 1:20 4:16
  19:4 20:24
**purchased** 12:6
**put** 8:15 14:19

**q**

**questions** 13:3,5,10
  17:5

**r**

**r** 2:3 4:15,15,24
  15:17
**really** 13:12 14:16
**reason** 20:7
**recall** 5:5,14,18 6:5
  6:9,20
**received** 7:5 8:8 9:4
  10:22 11:6,9,10
  12:20 13:15,20 14:2
**receiving** 13:22
**reconstruct** 10:14
**record** 4:3 10:16,17
  17:11 19:15
**records** 10:13,20,21
  12:23
**related** 19:18
**remained** 11:12
**remember** 5:16
  13:22
**remembered** 16:13
**reported** 8:3,9
**reporter** 1:20 3:24
  4:12 19:2
**reporting** 8:7
**requested** 7:10
**requests** 8:22,22
**reserving** 13:9
**respect** 6:2
**rest** 7:8
**retained** 18:9
**retirement** 6:17 7:9
  7:10
**return** 7:19 8:4
**review** 5:6,10 13:11
  14:7
**reviewed** 5:22 14:4
**reviewing** 5:14
**right** 9:11,12 13:10
**road** 20:3

**robert** 2:15
**rockefeller** 2:10
  16:8
**rude** 4:22

**s**

**s** 2:3
**saw** 10:25 11:3,14
  12:22 16:11
**schedule** 8:4
**securities** 1:4,8 3:11
  3:14 8:8 11:12 12:6
  14:9
**security** 10:3
**see** 7:2
**sensitive** 3:4
**sent** 8:17 12:10
**set** 19:24
**sheet** 20:2
**shorthand** 1:19
**show** 10:21
**showed** 7:19
**showing** 8:4,6 11:15
**shy** 9:22
**sign** 5:6
**signature** 7:2 17:14
**signed** 5:9,18
**sipc** 20:5
**smb** 1:10 3:17
**socialing** 16:6
**socialized** 16:25
**sol** 15:15,21 16:14
  16:16,18,18,19,19
  16:20
**sold** 8:5 11:7,12
**solutions** 20:2
**sons** 16:10
**south** 12:13
**southern** 1:2 3:16
**spell** 13:18
**state** 1:20 4:17 19:5
**stated** 13:14
**statement** 11:5,15
  12:24 14:10,20 15:3

**statements**  13:15,20 14:5,7,8,16
**states**  1:2 3:15
**stenographically**  19:13
**stocks**  8:5,6 11:2,6
**submitted**  5:7 6:6
**subscribed**  17:15 20:22
**substantial**  12:2,4
**suggested**  9:15
**supervision**  19:14
**sure**  14:9
**swear**  4:12
**sworn**  4:16 17:15 19:10 20:22

**t**

**t**  18:8
**take**  8:11
**taken**  3:10 14:23 19:12
**tape**  3:8 17:10
**tax**  8:3
**taxes**  7:22 8:11,17 8:20
**tell**  4:23 5:2
**testified**  4:18
**testimony**  19:7,11 19:12,16
**thank**  15:8 17:7
**thing**  15:4 16:5
**things**  15:22
**thought**  7:7 15:5 16:5
**thousand**  11:25
**time**  1:18 3:21 7:8 9:9 13:11,21 14:25 17:9,12 19:9
**times**  8:19 16:6
**today**  13:12
**told**  6:9 10:15
**transactions**  8:5 11:16

**transcribed**  19:13
**transcript**  19:15
**tried**  10:14
**true**  19:15
**trustee**  2:9 4:9 6:7 6:10,20
**try**  10:20
**tuition**  6:19
**turn**  3:5 9:7

**u**

**unequivocally**  9:4
**uneven**  11:18
**unfortunately**  9:8
**united**  1:2 3:15

**v**

**vanderwal**  2:11 4:8 4:8 6:12 7:25 12:15 13:6,8 15:8 17:7 18:5
**verified**  13:24
**veritext**  4:2 20:2
**versus**  3:13
**videographer**  2:15 3:2,24 4:11 17:8
**videotaped**  3:9
**visit**  16:11
**vs**  20:5

**w**

**want**  6:14 13:13
**wanted**  6:25 10:20 11:21,24
**watched**  10:2
**way**  9:8 14:17
**went**  10:19 16:2,11 17:2
**whereof**  19:23
**whispering**  3:4
**wife**  9:10,18,21 15:23
**winter**  1:19 3:25 19:4
**withdraw**  6:14 9:5 9:18 11:24

**withdrawn**  6:10 7:13 12:3,4
**withdrew**  6:14,21 7:9 9:2 10:6
**witness**  1:17 2:5 4:13 17:14 18:4 19:10,16,23
**wonderful**  16:5,6
**work**  14:17
**working**  9:25
**worry**  14:24 15:3

**x**

**x**  18:3,8

**y**

**year**  7:23 8:9,19
**years**  5:3 7:18 10:16
**york**  1:2,14,21 2:6,6 2:10,10 3:16,20 4:17 19:5 20:4,4
**young**  16:10
**youngsters**  16:12