# EXHIBIT 2

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Adv. Pro. No. 08-01789(SMB)

SIPA Liquidation
(Substantially consolidated)

SECURITIES INVESTOR PROTECTION
CORPORATION,

        PLAINTIFF,

    -vs-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
        DEFENDANT.
_____/

IN RE:
BERNARD L. MADOFF,

        DEBTOR.
_____/

CONFIDENTIAL

REALTIME DEPOSITION OF
ANNETTE BONGIORNO

Pages 1 through 270

Friday, July 8, 2016
8:34 a.m. to 3:15 p.m.

Federal Correctional Institution Coleman Medium
846 NE 54th Terrace
Sumterville, Florida 33521

Stenographically Reported By:
Elizabeth A. Speer, CRR, RMR, FPR,
Realtime Systems Administrator

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
                         CONFIDENTIAL

2 (Pages 2 to 5)

## Page 2

APPEARANCES:

On behalf of Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
BLMIS and the Estate of Bernie L. Madoff:
        BakerHostetler
        45 Rockefeller Plaza
        New York, New York 10111-0100
        (212) 589-4230
        BY: SEANNA R. BROWN, ESQUIRE
            AMY VANDERWAL, ESQUIRE
        sbrown@bakerlaw.com
        avanderwal@bakerlaw.com

On behalf of Aaron Blecker and other Madoff customers:
        Chaitman, LLP
        465 Park Avenue
        New York, New York 10022
        (888) 759-1114
        BY: HELEN DAVIS CHAITMAN, ESQUIRE
            GREGORY M. DEXTER, ESQUIRE
        hchaitman@chaitmanllp.com
        gdexter@chaitmanllp.com

On behalf of Annette Bongiorno:
        Sercarz & Riopelle, LLP
        810 Seventh Avenue, Suite 620
        New York, New York 10019
        (212) 586-4900
        BY: ROLAND G. RIOPELLE, ESQUIRE
        rriopelle@sercarzandriopelle.com

## Page 3

### I N D E X

TESTIMONY OF: ANNETTE BONGIORNO

Direct Examination by Ms. Brown          5
Cross Examination by Ms. Chaitman      145
Redirect Examination by Ms. Brown      263

CERTIFICATE OF OATH                    267

CERTIFICATE OF REPORTER                268

READ & SIGN LETTER                     269

ERRATA SHEET                           270

        * * * * *

### E X H I B I T S

Trustee Exhibit No. 67
    Order authorizing the deposition of federal
    prisoner Annette Bongiorno with certain
    limitations                          6
Trustee Exhibit No. 68
    Order authorizing second deposition of
    federal prisoner Annette Bongiorno    6
Trustee Exhibit No. 69
    2/28/87 Blecker account 100254-10
    ledger sheet MF00057516             97
Trustee Exhibit No. 70
    Composite of Blecker account 100254-10
    December 1986, '87, '88, '89, '90, '91
    statements  MF00067077, MF00063864,
    MF00529912, MF00052809, MF00024487,
    MF00472955                         101
Trustee Exhibit No. 71
    9/30/84 Blecker account 100215-10
    ledger sheet MF00151754            107

## Page 4

EXHIBITS CONTINUED:

Trustee Exhibit No. 72
    7/31/91 Blecker account 100215-10
    ledger sheet MF00483413            109
Bongiorno Exhibit No. 1
    Amended consent preliminary order of
    forfeiture as to specific property/money
    judgment                          182

PREVIOUSLY MARKED EXHIBITS:

Exhibit No. 23                          63
Exhibit No. 27                          71
Exhibit No. 28                          71
Exhibit No. 29                          71
Exhibit No. 36                          86
Exhibit No. 37                         116
Exhibit No. 38                         117
Exhibit No. 39                         111
Exhibit No. 40                         115
Exhibit No. 41                          90
Exhibit No. 42                         104
Exhibit No. 44                         118
Exhibit No. 45                         120
Exhibit No. 46                         121
Exhibit No. 49                         128
Exhibit No. 61                          43
Exhibit No. 62                          46

## Page 5

Whereupon, the following proceeding began at
8:34 a.m.:
        THE REPORTER:  Okay, ma'am.  If you'd
raise your right hand.
        Do you solemnly swear that the testimony
you are about to give in this matter shall be
the truth, the whole truth, and nothing but
the truth, so help you God?
        THE WITNESS:  I do.
Whereupon,
            ANNETTE BONGIORNO
having been first duly sworn to tell the truth, the whole
truth and nothing but the truth, testified as follows:
        * * * * *
        DIRECT EXAMINATION
BY MS. BROWN:
    Q.  Good morning, Miss Bongiorno.
    A.  Good morning.
    Q.  My name is Seanna Brown, and with me is my
colleague, Amy Vanderwal.  And we represent Irving
Picard, the Trustee for the SIPA liquidation of Bernard
L. Madoff Investment Securities, LLC.
        We're going to be referring to that entity a
lot during the day.  So is it okay if I refer to it as
BLMIS?

Page 6

A. Yes.
Q. Okay. Great.
Miss Bongiorno, we were at a deposition on June 6th, the parties in this room, and now Miss Chaitman is joining us. And at that deposition your counsel confirmed that he signed what is called the litigation protective order. And I just want to reiterate that that order applies to the deposition here today, and your counsel has signed on your behalf.
A. Okay.
MR. RIOPELLE: You remember we looked at that again yesterday?
THE WITNESS: Yes.
(Marked for identification as Trustee Exhibit No. 67 and 68.)
BY MS. BROWN:
Q. Great.
And there are two additional protective orders that govern this specific deposition with you. They've been marked as Trustee Exhibit 67 and 68. I'm going to place those before you. And I can just walk through what those are.
Trustee Exhibit 67, which is the top one, is the order that the Bankruptcy Court issued that gives us permission to take your deposition.

Page 7

And in that order the Court has authorized your deposition solely on the profit withdrawal issue and any issues related to profit withdrawals. And I know we haven't discussed profit withdrawals yet today, but I have to give you that instruction at the outset. Your testimony is not allowed to go beyond any issues that relate to profit withdrawals. So it's a very narrow deposition today.
Do you understand?
A. Yes.
Q. And none of the counsel here today, myself, Miss Chaitman or your attorney, are allowed to go outside of that limited scope of profit withdrawals.
And do you understand those limitations, Miss Bongiorno?
A. Yes.
Q. There was a second order entered by Judge Bernstein, which has been marked as Trustee Exhibit 68. And that order provides your deposition to go forward on or around today's date. And that order also provides that the same limitations we just discussed applies to today's deposition.
Do you understand that?
A. Yes.
Q. Okay. Great.

Page 8

MS. CHAITMAN: If I may just for the record state that in the colloquy off the record counsel for the Trustee acknowledged that the court order provides for sealing of the transcript. But if no one files an objection, or a motion, to the transcript, then 60 days after the deposition is taken, the seal is released.
MS. BROWN: That's correct.
MS. CHAITMAN: Okay.
MS. BROWN: And that refers to paragraph 9 of the order that bears the docket number 13240.
THE WITNESS: I'm sorry. I have a cough.
BY MS. BROWN:
Q. So, Miss Bongiorno, have you had your deposition taken before?
A. No.
Q. So maybe it will be helpful if we just go over some preliminaries just on how the day is going to work. I'm going to be asking you questions. The court reporter is going to be taking those questions down. It's important that you give me verbal answers. The court reporter can't transcribe a head shake.

Page 9

A. Okay.
Q. It's also very important that you let me finish my questions before you answer. And I'll let you finish your answers so that the transcript is clear as to our questions and answers.
A. Okay.
Q. You can take a break whenever you need to, as long as there's not a question pending.
A. Okay.
Q. Before we begin, are you taking any medications today that would affect your ability to testify truthfully?
A. No.
Q. And do you understand that in this deposition you're under oath the same that you would be at trial?
A. Yes.
Q. Will you answer truthfully today?
A. Yes.
Q. Will you answer accurately today?
A. Yes.
Q. Miss Bongiorno, you testified that you haven't been deposed before; is that correct?
A. Yes.
Q. And have you given testimony in court?
A. Yes.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 10

Q. And when was -- when did you provide testimony?
A. Dates?
Q. Just the approximate year.
A. 2014. Was it '14? I'm not sure. I think it was 2014.
Q. Okay. And that was in the criminal case that was brought against you?
A. Yes.
Q. And other than that one case, have you provided testimony in court?
A. In court, no.
Q. Miss Bongiorno, did you graduate from high school?
A. Yes.
Q. What year did you graduate?
A. My senior year. Oh, '67 or '68.
Q. And following high school, did you do any other type of education?
A. No.
Q. When did you begin working at BLMIS?
A. In '68.
Q. So directly following high school?
A. No. I'm sorry. I must have graduated a year before that, because I worked for a year elsewhere.

Page 11

Q. Okay. And where else did you work?
A. At the Bank of America.
Q. And what was your job at the Bank of America?
A. I was like a girl Friday back in those days. I don't know what they call it today. But I, you know, did, like, light secretarial work.
Q. Okay. And in 1968 you went to BLMIS?
A. Yes.
Q. And when you began working at BLMIS, where was the office located?
A. We were at 39 Broadway, the first office.
Q. And did the office move after that?
A. Yes.
Q. Where did it move to?
A. Wall Street. 110 Wall I believe it was.
Q. Do you know what year it moved to 110 Wall Street?
A. Do I remember the year?
Q. Yes.
A. No, I don't.
Q. And after 110 Wall Street, did the office of BLMIS move again?
A. Yes.
Q. And where did it move to?
A. 885 Third Avenue.

Page 12

Q. And do you know what year it moved to 885 third Avenue?
A. No.
Q. Do you have a decade?
A. It was in the -- maybe late '70s, early '80s.
Q. And when the office of BLMIS moved to 885 Third Avenue, did you work on a particular floor?
A. I worked on the main floor at that time, which was the 18th floor.
Q. Okay. And how many years did you work on the 18th floor?
A. I don't remember. I'm really bad with time. I'm sorry.
Q. Okay.
A. I don't remember.
Q. Did you work on the 18th floor throughout your employment at BLMIS?
A. No.
Q. And what other floors did you work on?
A. The 17th floor.
Q. And do you know about how many years you worked on the 17th floor?
A. No.
Q. In 2008, you worked on the 17th floor?
A. Yes.

Page 13

Q. Okay. And probably ten years before that, do you think you worked on the 17th floor?
A. Honestly, I don't know.
Q. Okay.
A. I don't remember the years.
Q. When you started working at BLMIS in 1968, what were your job responsibilities?
A. Just about everything. I helped answer phones. I did some posting. I helped balance blotters at the end of the day. I did some mailing. I typed some letters. I did just about everything.
Q. Okay. And in answering the phones, who were you speaking with on the phone, generally?
A. Other brokers, or friends, or family members, and whoever.
Q. At the time when you first began at BLMIS, what was the nature of those telephone calls that you had?
A. Well, I'd help on the trading desk when the lines were busy. I would just answer the phone and tell them to hold on, because I wasn't trading. If they were calling -- if it was a family member calling for someone, I would just take a message. Mainly, I took his messages, too. If somebody called him, I would take a name, number. Pass it on. It was more

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

5 (Pages 14 to 17)

Page 14

1   like a receptionist type of thing --
2       Q.   Okay.
3       A.   -- in the early days.
4       Q.   And when you referred to "him," were you
5   referring to Bernard Madoff?
6       A.   Mr. Madoff, yes.  I'm already a little
7   confused, I'm sorry.
8       Q.   That's okay.
9       A.   Because you said all the questions would have
10  to do with the code PW.
11      Q.   Yeah.  Uh-huh.
12      A.   Okay.
13      Q.   We're going to get to that.  I just want to
14  talk a little bit about what your duties were so that
15  when we talk about profit withdrawals we have a little
16  bit more background about your role.
17      A.   Okay.
18      Q.   Okay?
19      A.   Uh-huh.
20      Q.   So I think what you just described was
21  somewhat of a secretarial role when you first began at
22  BLMIS; is that correct?
23      A.   Well, yes.
24      Q.   Okay.
25      A.   Definitely like that.  But I did everything.

Page 15

1   You know, I helped with whatever they needed help with.
2   We were a very small office at the time.  So everybody
3   pitched in.
4       Q.   Okay.  If I can move forward to -- a little
5   bit in time to the late '80s and the early '90s.
6       A.   Uh-huh.
7       Q.   Do you recall what your job responsibilities
8   were around that time?
9       A.   I believe by then I was just helping out with
10  his customers.
11      Q.   Uh-huh.  Was there a particular group of
12  customers that you helped out with or --
13      A.   Any of them.  Not one group.
14      Q.   And what sort of --
15      A.   Early '80s you said; right?
16      Q.   I actually said the late '80s and early '90s.
17      A.   Late '80s, early '90s.
18           Oh, the years.  Because every decade was a
19  different story.  Every five years things changed
20  there.
21      Q.   Uh-huh.
22      A.   I guess so.  I guess it was all the customers
23  at that point.  I don't think we were separated yet.
24      Q.   Okay.  What do you mean by that?
25      A.   Well, because there was somebody else

Page 16

1   hired, then the customers were split down the middle.
2   And all the newer customers went to this other person.
3   He would take those calls and do what he had to do with
4   that.
5       Q.   Okay.  Do you know -- who was the person
6   you're referring to?
7       A.   Frank DiPascali.
8       Q.   And do you know about when he was hired?
9       A.   No.  That's why I can't answer your question
10  directly.  I'm not a hundred percent sure when he
11  started.
12      Q.   Okay.  So why don't we keep our discussion to
13  focusing on what your responsibilities were and what --
14      A.   Okay.
15      Q.   -- what you did.
16           Did there come a time when you began working
17  with customer accounts?
18      A.   Yes.
19      Q.   And those customer accounts were in the
20  investment advisory business --
21      A.   Yes.
22      Q.   -- of BLMIS?
23      A.   Yes.  Sorry.
24      Q.   That's okay.  And do you know about how many
25  accounts you worked with, generally?

Page 17

1       A.   When?  I mean, it started with just a few
2   accounts and it just grew over the years.
3       Q.   Do you know the first -- around the time when
4   you first began working with customer accounts?
5       A.   So that would be the early '70s, mid-'70s
6   probably.  Maybe he had 40 accounts, maybe he had 50.
7   You know, I'm just guessing.
8       Q.   Okay.  So from the early '70s until 2008, did
9   you work with customer accounts?
10      A.   Yes.
11      Q.   And when you worked with customer accounts,
12  can you describe what your specific duties were with
13  respect to customer accounts?
14           MS. CHAITMAN:  May I just ask if it
15      changed over that period of time that you --
16      maybe you could break it down a little bit
17      because you're covering a 20-year period, a
18      40-year period.
19           MS. BROWN:  I'm trying, but she doesn't
20      necessarily remember what happened when.  So
21      I'm trying to start with what the duties
22      were.
23           MR. RIOPELLE:  Go ahead and give your
24      best answer.
25

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 18

1    BY MS. BROWN:
2        Q.  Continue.
3        A.  Okay.  Well, in the beginning, I don't
4    remember when the beginning was, maybe it was the early
5    '70s.  I was just typing confirmations and doing P&L --
6    P&S, that sort of thing, typing statements at the end
7    of the month.  As time went on and he got busier, he
8    picked up more customers.  Then I had hired people to
9    help me do that.  So --
10       Q.  And what is P&S?
11       A.  Oh, that's when you times the shares by the
12   price.  And we used to have to do all of this manually
13   and put it on the ticket.
14       Q.  Okay.
15       A.  And then whoever was typing it -- and I typed
16   them, too, in the early days.  I would type it in.  A
17   hundred shares at 10 equals -- and I put the date, the
18   total on, and the tax on and the commissions, whatever,
19   would be typed on the ticket.
20       Q.  And when did -- do you know when that process
21   that you just described became automated?
22       A.  Well, that didn't become automated until we
23   moved to 110 Wall Street.  So sometime after that,
24   whenever that was.  I should have checked all these
25   dates, I guess.

Page 19

1        Q.  That's okay.  When you moved to 885 Third
2    Avenue, was the process that you just described with
3    the confirmations and the statements, was it automated
4    by that time?
5        A.  Oh, yes.  It was automated on Wall Street.
6        Q.  So at 110 Wall Street and at 885 Third
7    Avenue --
8        A.  Yes.
9        Q.  -- the processes you just described with the
10   statements and the confirmations was automated.
11       A.  True.  But they did grow.  And they did
12   change as time went by and the customer list grew.
13       Q.  Okay.
14       A.  You know, more -- more programs were put into
15   the computers.  So more things were automated.
16       Q.  Okay.  And we can discuss the computer
17   systems in a little bit.
18       A.  Okay.
19       Q.  But just sticking with what your -- how your
20   duties changed over time.  So in the beginning when you
21   were doing things manually, you also testified that you
22   hired some people to help you.
23       A.  Right.
24       Q.  And do you know who those people were?
25       A.  Yes.  I had -- well, she might have been

Page 20

1    there before me, but she became part of my help force,
2    Angela Celentano.  A couple of people that came and
3    went real quickly, I don't remember their names.
4    Angela was around before me and she was around a long
5    time with me --
6        Q.  Okay.
7        A.  -- until she retired.  Jodi wasn't hired
8    until Wall Street.
9        Q.  Jodi?
10       A.  I think most of them were hired on Wall
11   Street.
12           THE REPORTER:  Angela's last name?
13           MR. RIOPELLE:  Celentano,
14   C-E-L-E-N-T-A-N-O.
15       A.  Joann Sala is another one.
16   BY MS. BROWN:
17       Q.  Was Joann hired at Wall Street or at 885?
18       A.  I think she was hired at Wall Street and came
19   over with me, but I can't swear to that.  I'm guessing.
20       Q.  But Jodi Crupi and Joann Sala worked with you
21   with regard to customer accounts.
22       A.  Yes.
23       Q.  So sticking with the time period where you
24   were doing things in a more manual fashion --
25       A.  Uh-huh.

Page 21

1        Q.  -- you testified that you typed
2    confirmations, you did P&S --
3        A.  Uh-huh.
4        Q.  -- and you typed statements.
5        A.  Right.
6        Q.  Is that correct?
7        A.  Yes.
8        Q.  Did you do anything else during that manual
9    time period?
10       A.  During the manual time period.  I was still
11   helping with phones, answering phones, and taking
12   messages and a few letters here and there.
13       Q.  Okay.  And then let's move forward to the
14   time period at 110 Wall Street or 885 Third Avenue,
15   when the processes that you've described became more
16   automated.  Can you describe what your duties with
17   respect to customer accounts were during that time
18   period?
19       A.  Yes.  I was given lists of stocks that I was
20   told to separate and give out to the different
21   accounts.
22       Q.  Uh-huh.
23       A.  So I did that.  I wrote up the tickets that
24   went into the computers to do all the things that we
25   did manually at one time, like, you know, printing them

**SIPC v BLMIS-CONFIDENTIAL**               **Bongiorno 7/8/2016**

**CONFIDENTIAL**

---

Page 22

1  and doing the P&S on them and keeping track of them,
2  doing sort of like blotters.  There were labels.  There
3  were so many, so many forms.  I mean, I can't remember
4  all the forms.
5      Q.  You testified that you were given a list of
6  stocks.  Who gave you that list; do you recall?
7      A.  Mr. Madoff, Mr. Kugel.  Sometimes I got lists
8  from Frank.
9      Q.  DiPascali?
10     A.  DiPascali, uh-huh.
11     Q.  Okay.  I think most of the things that you
12 just described were your duties that were internal to
13 BLMIS.  Did you also, during the time period that
14 things were automated, did you speak on the phone with
15 customers?
16     A.  Yes.
17     Q.  Did you communicate with customers by letter?
18     A.  Very, very rarely.  If they needed a letter
19 of any kind, we would do it, but very rarely.
20     Q.  Did customers write letters to you?
21     A.  Yes.
22     Q.  And how often would you say, during the time
23 period when you were at 110 Wall Street or at 885 Third
24 Avenue, how often did you speak to customers on the
25 phone?

Page 23

1      A.  How often?  All the time.
2      Q.  Daily?
3      A.  Yeah.
4      Q.  And what was the general nature of those
5  conversations?
6      A.  They might have called to say did you receive
7  my check?  Or are my trades in the mail?  Did the
8  statements go out?  A lot of times they just wanted to
9  speak to Bernie and they'd ask me to have him call.
10 You know, they varied.
11     Q.  Would they call you about inquiries related
12 to their accounts?
13     A.  Yes.
14     Q.  And would you respond to those inquiries?
15     A.  Yes.  Sometimes they called to ask about the
16 weather in New York.  I mean, they called for all
17 different reasons.
18     MR. RIOPELLE:  You're a nice lady.
19     THE WITNESS:  Thank you.
20 BY MS. BROWN:
21     Q.  So you testified as well that Jodi Crupi and
22 Joann Sala assisted you with regard to the customer
23 accounts.  Did you supervise those two individuals?
24     A.  I supervised Joann.  I hired Jodi and I
25 supervised her in the beginning, but for just about a

Page 24

1  year or so.  And then she became an assistant to Frank.
2  So she worked under him at that point and not me.
3      Q.  I'm going to provide you with some names and
4  I'd like you to tell me whether or not you also
5  supervised those individuals.
6      A.  Sure.
7      Q.  Winifer Jackson?
8      A.  Yes.
9      Q.  Did you supervise Winifer?
10     A.  Hired and supervised her, yes.
11     Q.  And Alethea Mui?
12     A.  Yes.
13     Q.  Did supervise Alethea Mui?
14     A.  Yes, I did.
15     Q.  And you supervised Joann Sala?
16     A.  Yes.
17     Q.  Did you supervise Dorothy Kahn?
18     A.  Yes.
19     Q.  And along with Miss Kahn, Miss Mui,
20 Miss Sala, are there any other people that stand out to
21 you that worked with you during that time period?
22     MS. CHAITMAN:  What time period are we
23 talking about?
24     MS. BROWN:  The time period that those
25 individuals worked with Ms. Bongiorno.

Page 25

1      A.  Well, Joann was first and then Jodi.  Angela
2  had just left.  Oh, my goodness.  Names.
3      MR. RIOPELLE:  Semone Anderson.
4      THE WITNESS:  Semone Anderson.  We said
5  Wini; right?  Winifer Jackson?
6      MR. RIOPELLE:  You said Wini.
7      THE WITNESS:  Asha Raganot, Francine
8  Barbato.  Cedric -- Cedric -- Cedric Brown?
9      MR. RIOPELLE:  Yeah.
10     THE WITNESS:  Cedric Brown.  What's the
11 girl that went to Naples?  I can't think of
12 names.
13     MR. RIOPELLE:  It started with an A, I
14 think.
15     MS. CHAITMAN:  If I can make a
16 suggestion.  Roland, I appreciate, but this
17 is a deposition --
18     MR. RIOPELLE:  Sure.
19     MS. CHAITMAN:  -- and you're not being
20 deposed.
21     MR. RIOPELLE:  Just trying to help --
22     THE WITNESS:  Oh, I'm sorry.  I'm sorry.
23     MS. CHAITMAN:  No.  I know.  But it's
24 not a collective process.
25     MR. RIOPELLE:  Fair enough.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

## Page 26

BY MS. BROWN:

Q. Let me focus my question.

A. Sure.

Q. So along with Miss Sala, Miss Jackson, Miss Kahn and Miss Mui, can you describe what those people I just named, what you supervised them doing? What were their duties at BLMIS?

A. They were different. Alethea was a keypunch operator. Dorothy Kahn was a keypunch operator. Joann Sala and Francine Barbato, they were bookkeepers. Wini was a bookkeeper. Semone was a bookkeeper. Darlene Concepcion, she was my -- she was like my girl Friday. She did whatever I needed help with. She also did some mailings. She did some postings. She did typing.

Q. The keypunch operators, what did they do specifically? What were they punching keys into?

A. The computer. What do you mean? The computer, yeah. They punched in whatever tickets we wrote up, whatever information we gave them. They kept track of the different -- they punched in all the checks that were due out, the checks that came in, everything, because we were automated at that point.

Q. Okay. And the computer system that you're referring to, does it have a name?

A. Yeah. I believed it was the AS/400.

## Page 27

Q. So the keypunch operators typed the information into the AS/400; correct?

A. Yes. Uh-huh.

Q. And then you also described that Miss Sala, Miss Jackson were bookkeepers?

A. Uh-huh.

Q. Can you describe what that means?

A. Well, yeah. Maybe that's an old-fashioned title. They were also given blocks of stock and they would distribute it among the customers. And the computer would break it all down at that point. It was all automated. But they kept track of who had what, whose money was freed up to go into the next group of stocks, that sort of thing.

Q. Okay. And who would give them the block of stocks that they worked with?

A. Mr. Kugel or Mr. -- well, at that point it was just David Kugel doing that.

Q. Okay. Did anyone else give them blocks of stock at some point?

A. No. I mean, I might have handed it to them if he handed it to me. But he's the one that did that particular job. He gave it to them and then they put it all into the computer, or wrote it up to be put into the computer.

## Page 28

Q. Okay. And when you say they gave them blocks of stocks, was that in the form of a list?

A. Yes.

Q. It wasn't physical stocks?

A. It was on tickets. It was on buy and sell tickets. It was not physical stock.

Q. And the buy and sell tickets were documents that were created by BLMIS?

A. Say that again.

Q. Sure. The buy and sell tickets were documents that were created at BLMIS?

A. Oh, are you asking if they were like a form?

Q. Yeah.

A. You know, I'm not sure. They were always there from day one. So I don't know if he created them or if they were just a form you could get at -- oops -- any supply house. I don't know.

Q. But they're physical pieces of paper.

A. Yes. Pink and green.

Q. Ms. Bongiorno, are you familiar with the term "profit withdrawal"?

A. Yes.

Q. And what does that term mean to you?

A. It means the client requested to receive any profits that they made on any given trade in their

## Page 29

account.

Q. And how do you know that's what profit withdrawal means?

A. I was told that.

Q. Okay. And did you work with profit withdrawals while you were employed at BLMIS?

A. What do you mean by "work with"?

Q. Are you familiar with the term "profit withdrawals" through your employment at BLMIS?

A. Yes.

Q. And did the customer accounts that you worked with, did they have profit withdrawal transactions in their accounts?

A. Yes.

Q. Did BLMIS use a code for profit withdrawals?

A. Yes.

Q. What was that code?

A. PW.

Q. Can you describe a profit withdrawal transaction for us?

A. Okay. Sure. So they have a trade running, a buy and a sell. It's completed the trade. There's a profit on it. That is what a -- that's what we would send them. If that was agreed upon between the customer and Mr. Madoff, that's what would go out.

08-01789-cgm    Doc 14162-4    Filed 09/23/16    Entered 09/23/16 11:23:35    Exhibit 2
Pg 10 of 115
SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

9 (Pages 30 to 33)

## Page 30

Q. And how would the profit that you just described be sent to the customer?

A. I'm sorry.

Q. That's okay. How would the profit that you just described, how would that be sent to the customer?

A. Oh. Ninety-nine percent of the time by mail.

Q. Okay.

A. Sometimes he did wires for them.

Q. When you say "by mail," what was the format of the funds?

A. It was a check.

Q. Miss Bongiorno, I'd like to take just a step back to when you were describing profit withdrawals. You testified that if a client requested to receive any profits in their account --

A. Uh-huh.

Q. -- then they would receive a profit withdrawal.

A. Right.

Q. Is that correct?

A. That's correct.

Q. And how would a client request to receive profit withdrawals?

A. When we opened accounts for anybody, that was one of the questions, that was one of the things that

## Page 31

was determined before even a trade was done. When they -- how were they going to fund it. Usually with a check, or a wire transfer later on. And did they want their profits on the account reinvested or did they want it sent to them.

Q. Okay.

A. So if the client said they wanted their profits, that's when we would send out a profit check.

Q. And this was done when they opened their account.

A. It was agreed upon between the customer and my boss before the account was even opened. Not that it couldn't have changed. I'm sorry, it could have changed. They could have changed their mind two, three years later, but that was how it was agreed upon opening the account.

Q. Okay. When you say your boss, you mean Mr. Madoff.

A. Mr. Madoff.

Q. Okay. And I want to stick right now with just the time period of when the initial decision is made about profits. We can get to any changes that the customer may have made later.

A. Okay.

Q. But just sticking right now with the initial

## Page 32

election.

A. Uh-huh.

Q. So the customer would determine -- would the customer determine whether they wanted their profits sent or reinvested?

A. I would say yes. They had that choice. In some cases Mr. Madoff decided we're going to do that.

Q. Okay. And sticking with the -- sticking with the customers who made that choice, how would they communicate that to BLMIS, that choice?

A. Well, I guess they would just discuss it with him. And then I would be given instructions.

Q. When you say they would "discuss it with him," you mean discuss it with Mr. Madoff?

A. Yes.

Q. And they would discuss it with him over the phone?

A. Or in person. I think most of the customers came up in the beginning to discuss their account with him.

Q. Uh-huh. Did you have any discussions with customers about the decision as to whether they would reinvest or have their profits sent to them?

A. Most of the time, no. But sometimes I would confirm with them. I didn't always speak to a customer

## Page 33

right away. So --

Q. And you would -- how would you confirm with them?

A. Just over the phone.

Q. So let's stick with the examples where Mr. Madoff and the -- the decision was made between Mr. Madoff and the customer.

A. Uh-huh.

Q. What would happen after the customer and Mr. Madoff communicated? What would happen next?

A. Well, he would give me the instructions, and I would make note of it on an account page that I had. Once we automated, it would be on a page that went to the keypunch operators, and it would be punched and put into the computer.

Q. Was there -- when an account was opened at BLMIS, was there a default as to whether or not an account was set up as a send account or a reinvest account?

A. A default? You know, if he didn't remember, he might have said to me call them up and ask them what they wanted, you know. Is that what you mean?

Q. Yes. I mean, was there -- without any particular instruction, was there a way that accounts were set up? Sorry, that's not a very good -- strike

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 34

1   that.
2       Did --
3       A. So you mean if I didn't know, what would I
4   do? How would I write it down?
5       Q. Yes.
6       A. I probably wouldn't. I would have to ask
7   somebody.
8       Q. And who you would ask?
9       A. I would ask my boss, first of all. And he
10  would either remember or he would tell me to call them.
11  You know, a lot of this was just all done verbally. I
12  don't think there was a form for that in the beginning.
13  I don't think there was ever a form for that.
14      Q. And a "form for that," what are you referring
15  to?
16      A. Meaning the customer wouldn't have a form to
17  fill out that said send it or not. I don't remember
18  there ever being a form like that. It was all, you
19  know, just by communication, by -- verbally.
20      Q. And all -- the election that you described
21  was made when the account was opened.
22      A. Yes.
23      Q. Okay.
24      A. Can I add something?
25      Q. Yes.

Page 35

1       A. There came a certain time where every account
2   he wanted the profits to go out on.
3       Q. Just when you say "to go out on," you mean to
4   be sent?
5       A. Yes, yes.
6       Q. Okay. And when was that time?
7       A. We were at 885 Third Avenue already. No --
8   yes, yes. We were at 885 Third Avenue already at that
9   point, and every new account was going to be a send.
10      Q. Okay.
11      A. If that's what you meant by default.
12      Q. Yes.
13      A. But he would always discuss that with the
14  customer, too, first.
15      Q. And he would have those discussions over the
16  phone?
17      A. Yes.
18      Q. And you testified that when Mr. Madoff gave
19  you instructions you would make a note of it on an
20  account page.
21      A. Uh-huh.
22      Q. What was that form called, if you recall?
23      A. We didn't have a name for it in the early
24  days. It was just a piece of ledger paper. Their name
25  was on top. Their account number was on top -- when we

Page 36

1   got account numbers, because we didn't always have
2   account numbers. And then on top we would write an R
3   or an S for, you know, reinvest or send. It was a
4   ledger. It looked like a ledger sheet.
5       Q. Okay. And did that form change over time?
6       A. Yes. Over time it became a typewritten form
7   that went into the computer room.
8       Q. Uh-huh. And how would you -- on the form
9   that was typewritten, how would you indicate whether it
10  was a send account or a reinvest account?
11      A. We would either circle the S or we would make
12  an S if it was a send. And same thing with the R if it
13  was a reinvest.
14      Q. Okay. And once you wrote down on that sheet
15  that it was a send or a reinvest, what would happen?
16      A. Well, once it was programmed, it would
17  automatically track every trade and give us lists of
18  these checks that were going to be going out and
19  approximately when they were going to be going out.
20      Q. If an account was marked as a send account,
21  would it receive its profits automatically?
22      A. Yes.
23      Q. Would the customer need to write a letter to
24  BLMIS in order to receive its profits?
25      A. No.

Page 37

1       Q. If an account was marked as a reinvest
2   account, would those profits be reinvested
3   automatically?
4       A. Yes.
5       Q. And would the customer need to write to BLMIS
6   in order to have its profits reinvested?
7       A. No. Typically, no. If it was set up as a
8   reinvest, it would automatically be done. There were
9   times customers wanted their profit checks but then
10  wanted to maybe reinvest it. In those cases, we would
11  send the check out. They'd have to cash it and send us
12  a check back.
13      Q. Okay.
14      A. We didn't automatically change what was
15  written from the beginning.
16      Q. All right. So this may be a good time to
17  discuss the process for changes.
18      A. Okay.
19      Q. So up until now we've been discussing the
20  initial election to have the account be a send or a
21  reinvest account.
22      A. Uh-huh.
23      Q. So let's say an account is set up as a send
24  account and the customer wants to change that. They
25  would like to have their profits reinvested. What

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 38

1  would a customer need to do?
2      A.  Well, usually they'd call me.
3      Q.  Uh-huh.
4      A.  I mean, it didn't happen all the time.  But
5  when it did happen, they'd call me.  I would make sure
6  they spoke to Mr. Madoff about it.  And they would make
7  the decision between the two of them.
8          And then if they decided verbally to change
9  it, once we were on computer they had to send me a
10  letter.  And when I got the letter in, I would have the
11  girls go into the computer and change it from an S to
12  an R.
13      Q.  Okay.  And if a -- the opposite scenario
14  happens, so a customer had an account that was set up
15  as a reinvest and they wanted to change it to a send,
16  what would a customer need to do in that instance?
17      A.  Same exact thing.  First get the okay from
18  Bernie and then send me a letter.
19      Q.  But at the time an account was set up, did a
20  customer have to write a letter to have its account be
21  marked as a send or reinvest?
22      A.  No.
23      Q.  Are you familiar with the code CW?
24      A.  Yes.
25      Q.  And what is a CW?

Page 39

1      A.  That's a capital withdrawal.
2      Q.  And what types of withdrawals was the code CW
3  used for?
4      A.  When they wanted to take part of their
5  investment back, part of their capital back.
6      Q.  Was the -- I'm sorry.  Was the CW code used
7  for monthly withdrawals?
8      A.  Let me think about that.  Monthly
9  withdrawals?  I don't remember.  I can't answer that.
10      Q.  How would a customer request a capital
11  withdrawal?
12      A.  By letter.
13      Q.  Did anyone at BLMIS need to approve a request
14  for a capital withdrawal?
15      A.  I don't know if I would say approved, but
16  every capital withdrawal was -- went to Mr. Madoff
17  first.  I mean, he knew about them before we would cut
18  a check.
19      Q.  Can you describe how profit withdrawals are
20  different than capital withdrawals?
21      A.  Well, profit withdrawals automatically go out
22  every time a trade is closed out, every time something
23  they bought was sold.  So -- but a capital withdrawal
24  was at the request of the customer, when they wanted
25  it.

Page 40

1      Q.  And those requests for capital withdrawals
2  needed to be in writing?
3      A.  Absolutely.  They would call, but I would ask
4  them to follow up with a letter.
5      Q.  I'd like to talk about the BLMIS computer
6  system, the AS/400.  Is that okay if I refer to it as
7  that?
8      A.  Uh-huh.
9      Q.  Do you know approximately when BLMIS started
10  using the AS/400 for the investment advisory business?
11      A.  We went on computers originally at -- when we
12  were on Broadway.  But I don't know what -- I'm not
13  sure if we had AS/400 on Broadway.
14      Q.  When you were at 110 Wall Street did you use
15  an AS/400?
16      A.  Absolutely, yeah.  That's when we used it.
17      Q.  And did BLMIS continue to use the AS/400 at
18  885 Third Avenue?
19      A.  Okay.  Wait a minute.  Go back.  What was the
20  question right before that?
21      Q.  Did BLMIS use the AS/400 at 110 Wall Street?
22      A.  I'm not sure about Wall Street.  I know we
23  were on computer on Wall Street, but I don't know which
24  one.
25      Q.  Okay.  So at 110 Wall Street the processes

Page 41

1  relating to customer accounts were automated.
2      A.  Towards the end of our stay there, yes.
3      Q.  And then at 885 Third Avenue --
4      A.  Right.
5      Q.  -- did BLMIS use an AS/400?
6      A.  Yes.
7      Q.  What was the AS/400 used for with regard to
8  investment advisory accounts?
9      A.  Oh, everything, every ticket, every
10  statement, every check, every blotter, everything.
11      Q.  What's a blotter?
12      A.  It's just a page that shows everything
13  bought, sold, all the trades.  Every bit of information
14  that is involved in every single trade.
15      Q.  And were the blotters used internally?
16      A.  I don't even know if they -- sorry.  I don't
17  even know if they use that term anymore.  But that's
18  the term I learned from the beginning, so I still use
19  it.
20      Q.  Okay.  Were the blotters used internally at
21  BLMIS?
22      A.  Yes.
23      Q.  And did the blotters go to customers?
24      A.  No.
25      Q.  What were the documents that were created by

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 42

1  the AS/400 that went to customers?
2      A.  Confirmations, statements, checks, memos.  I
3  think that's it.
4      Q.  And just focusing on the checks for a moment.
5  How were the checks at BLMIS generated during the time
6  period that you were at 885 Third Avenue?
7      A.  Third Avenue, okay.  That was when we were
8  completely on computer, because we started slowly.  But
9  checks started, I believe, when we were on Third
10  Avenue.
11      So we would give them a list and they
12  would -- with the name of the account, the number, the
13  amount of the check, and the code, whether it was a PW
14  or a CW.  And we would hand that to the girls in the
15  computer room.  Dorothy Kahn, Alethea Mui, they would
16  punch it in.
17      When the checks came out they would go into
18  the mailroom.  They would be sorted and bursted,
19  folded, and put in envelopes and sent out from the
20  mailroom.
21      Q.  Who created the list that you just described
22  that you gave to the keypunch operators?
23      A.  We all did.  The -- when we were automated
24  and the profit withdrawn for the arbitrage accounts
25  were automated, the computer would already have that

Page 43

1  list.
2      But if a customer called and said, you know,
3  I need a check for whatever, and followed up with the
4  letter, I would put it in a book.  And Jodi would do
5  that and Frank would do that.  Whoever got the phone
6  call and whoever was taking care of that transaction
7  would list it.  And then that would go into the
8  computer room and the girls would punch that up.
9      Q.  I'm going to show you what's been previously
10  marked as Trustee Exhibit 61.  Take the clip off if
11  it's easier for you.  Not sure if that's easier.
12      A.  Let's leave it on for the time being.
13      Q.  Ms. Bongiorno, do you recognize this
14  document?
15      A.  You want me to look through the whole thing
16  and tell you if I recognize it?
17      Q.  Uh-huh.
18      A.  Oh, yep.  This was what we called our check
19  out book.
20      Q.  Okay.  And what is a check out book?
21      A.  This is where we would list the checks that
22  had to go out to the customers, all checks.
23      Q.  And when you say "we," can you be specific as
24  to who would make entries into this book?
25      A.  Sure.  I would.  Joann DiPascali would.  When

Page 44

1  Joann left, Francine Barbato would.  Jodi Crupi.  Erin
2  Reardon.  Frank DiPascali.  Robert Cardile.  See if I
3  recognize some of the names.
4      MR. RIOPELLE:  Annette, you referred to
5  somebody as Joann DiPascali.  Was that a
6  misspeak?  Was there a woman named Joann --
7      A.  No.  Frank DiPascali.  Joann Sala.  Joann
8  Sala, Francine Barbato.  I think I got them all.
9      Q.  And let's just go back.  So tell me again
10  what this document is used for.
11      A.  It's the check out book.
12      Q.  Uh-huh.
13      A.  We list the account names, numbers, and
14  amounts of the checks that have to go out.
15      Q.  And so can you describe for me the process?
16  So once you made an entry into this book, what would
17  happen next?
18      A.  On the day of the entry -- there doesn't seem
19  to be dates.  Oh, yeah, yeah.  On the day of the entry
20  we would give it to the -- well, actually the night
21  before -- we would give it to the computer room.  The
22  girls would punch them up and either that night or the
23  next morning process the checks.
24      Q.  And would they process the checks using the
25  computer system?

Page 45

1      A.  Yes.
2      Q.  And then the process following that was what
3  you described earlier was the mailroom?
4      A.  When the girls got them off the printer they
5  would give them to the people in the mailroom.  And
6  they would -- because the checks had to be separated.
7  So they would separate it from the copies, fold them,
8  put them in the envelope.  Stamp them and mail them.
9      Oh, I missed a step.  They had to be signed
10  first.  So when they came off the printer they would be
11  given to either Jodi or Frank the last maybe 20 years,
12  and before that to me.  And we would bring them to
13  Bernie to sign.
14      Then they would go to whoever was doing the
15  mail.  And then they would be separated from the
16  copies, folded, and put in the envelopes and mailed.
17      Q.  And were checks mailed on their own or were
18  the checks mailed with any other customer account
19  documents?
20      A.  They were -- well, at one time they were
21  mailed by themselves.  Later on they were mailed with
22  the memo.  In the early days the check went out, the
23  memo might have gone out a couple of days later.  But
24  later on, in the later days, they were -- the memos
25  were attached to the checks.

08-01789-cgm    Doc 14162-4    Filed 09/23/16    Entered 09/23/16 11:23:35    Exhibit 2
Pg 14 of 115
SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

13 (Pages 46 to 49)

## Page 46

1    Q.  Ms. Bongiorno, I show you what has been
2    previously marked as Trustee Exhibit 62.
3    Ms. Bongiorno, do you remember what's been marked as
4    Trustee Exhibit 62?
5    A.  Yes, I do.
6    Q.  And what is Trustee Exhibit 62?
7    A.  They're profit checks, according to the code,
8    and a memo.
9    Q.  And is that the memo that you were just
10   testifying about?
11   A.  Yes.
12   Q.  And these memos would be sent to the
13   customers?
14   A.  Yes.
15   Q.  And when would these memos be sent to the
16   customers?
17   A.  Well, this says November 25th.  That's when
18   it would have gone out, with the check.
19   Q.  Would the debit -- would these memos have
20   been sent on or around the time the check was mailed?
21   A.  Should have been sent on that exact date,
22   yes.
23   Q.  Okay.  We're going to come back to Trustee
24   Exhibit 62 in a minute, but I just want to turn back to
25   Trustee Exhibit 61, the check out book.

## Page 47

1    A.  Okay.
2    Q.  If I could turn your attention to the page
3    ending with -- sorry, the page with the Bates number
4    HWN00001528.
5    A.  28.  Okay.
6    MR. DEXTER:  Do you have another copy of
7    that exhibit?
8    MS. BROWN:  I don't.  It's so large I
9    just only brought three.
10   BY MS. BROWN:
11   Q.  Do you see a date on the top of the page
12   ending in 28?
13   A.  I do.  It says 3/28/91.
14   Q.  And is March 28, 1991, consistent with your
15   understanding of when BLMIS used the check out book?
16   A.  Yeah.
17   Q.  And did you use what's been marked as Trustee
18   Exhibit 61 while you were employed at BLMIS?
19   A.  The check out book?  Yes.
20   Q.  And did BLMIS use -- other than the one I've
21   put before you that's been marked as Trustee
22   Exhibit 61 -- did BLMIS use similar notebooks to track
23   checks out?
24   A.  Checks out?  Well, we would get something
25   from the computer once the checks were done.  Is that

## Page 48

1    what you mean?
2    Q.  No.  Let me rephrase my question.
3    In addition to this particular notebook
4    that's been marked as Trustee Exhibit 61 --
5    A.  Right.
6    Q.  -- did BLMIS have additional notebooks, other
7    than this one particular notebook?
8    A.  No.  The only other thing that I would say we
9    did have is, when the arbitrage accounts were open, is
10   the list that would come off the computer.
11   Q.  Okay.
12   A.  So that would be also a check out form, I
13   guess you would call it.
14   MR. RIOPELLE:  I think what Miss Brown
15   is asking is, did you ever fill up one of
16   these books?
17   THE WITNESS:  Oh, yeah.
18   MR. RIOPELLE:  Did you buy a new one and
19   start over when you did that?
20   THE WITNESS:  Yes.
21   MR. RIOPELLE:  Okay.  That's all.
22   THE WITNESS:  I lost you there.  I'm
23   sorry.
24   MR. RIOPELLE:  That happens.
25   And just in terms of your using this

## Page 49

1    book, if you look at the Bates number that
2    ends 27, the page before, is there any
3    handwriting of yours on that page?
4    THE WITNESS:  Yeah.  A. Burger, that's
5    me.
6    MS. BROWN:  And just for the record, the
7    Bates label is HWN00001527.
8    BY MS. BROWN:
9    Q.  Okay.  Miss Bongiorno, I'd like to turn to
10   the page that's marked HWN00001538.
11   A.  Okay.
12   Q.  Do you recognize the handwriting on this
13   page?
14   A.  I believe this is Joann Sala's handwriting.
15   It's either Joann Sala or Francine Crupi -- Francine
16   Barbato.  But I think it's Joann.
17   Q.  Do you know what the information on this page
18   is?
19   A.  Profits on Home Depot.  That was probably a
20   trade all these accounts had.
21   Q.  And on the left column on that page, what are
22   those numbers?
23   A.  Account numbers.  The numbers starting with
24   100, 106, those are their account numbers.
25   Q.  And then the next column, what is listed?

SIPC v BLMIS-CONFIDENTIAL                      Bongiorno 7/8/2016
CONFIDENTIAL

Page 50

1   A.  The name of the customer.
2   Q.  And then the next column?
3   A.  The code, PW.
4   Q.  And then the next column?
5   A.  The amounts for the checks.
6   Q.  And in the last column?
7   A.  The date that the check was made.
8   Q.  Okay.  And when you say the amount of the
9   checks, that's in the column that's second from the
10  right side of the page?
11  A.  Yes.
12  Q.  Okay.  And those checks, who would those
13  checks have been sent to?
14  A.  To the people on here.
15  Q.  To the people listed in the second column?
16  A.  The people listed here, yes.  There were
17  always exceptions to the rule.  Like I'm looking at
18  Jaffe, the Jaffe, she didn't get her checks at home.
19  She got them at the office.  They went to her
20  secretary.  So there could be exceptions to every rule.
21  But typically they went to the customer themselves.
22  Q.  Who would the -- just looking at the page
23  ending in 1538 -- who would these checks be made out
24  to?
25  A.  The people listed here.

Page 51

1   Q.  Okay.
2   A.  Yeah.
3   Q.  And that's the people listed in column two of
4   this page?
5   A.  Yes, yes.
6   Q.  Can we turn to the page ending in
7   HWN00001651.
8   A.  Okay.
9   Q.  And, Ms. Bongiorno, do you recognize the
10  handwriting on this page?
11  A.  I recognize Jodi's and I believe either Sala
12  or Barbato again, but probably Sala.
13  Q.  So let's go through the page starting at the
14  top.
15  A.  Okay.  So A. Covner down to Aaron Blecker
16  would be Francine or Joann.
17  Q.  That's Barbato or Sala?
18  A.  Joann Sala, right.  And then C&M7, the last
19  two, that's Jodi Crupi.
20  Q.  Okay.  And does this page contain -- based on
21  your review of the documents -- does this page contain
22  similar information to the page that we just looked at?
23  A.  Yes.
24  Q.  Okay.  And so can you just walk us through
25  what you see on this page?

Page 52

1   A.  Sure.  The first column is the account name.
2   The second column is the account number.  The third
3   column says -- there's a date, but it's just the same
4   date as what's on the top of the page.  I don't know
5   why that's there.  And then there's the codes, PW,
6   profit withdrawal, or CW, capital withdrawal.  Then the
7   amounts for each check.  And then any special
8   instructions.
9   Q.  And what are the special instructions you see
10  on this page?
11  A.  Well, here it's telling Mr. Covner.
12  Mr. Blecker, this account, CAB, it's telling them that
13  this check is their profit from HealthSouth.  That's
14  the transaction.
15  Jodi's -- Jodi, the C&M7, C&M7 where it says
16  "Ruth Wasserman," that -- I'm really not sure why
17  that's there.  I don't know if maybe she was told to
18  make the checks payable to them.  I can't -- I can't
19  say why she put that there.
20  Q.  Okay.  But sticking with the top four
21  entries, Covner, CAB, Arthur Blecker, Aaron Blecker.
22  A.  Right.
23  Q.  The instructions on the very right column of
24  HealthSouth, what is HealthSouth?  What does that
25  information relate to?

Page 53

1   A.  That's telling the customer what the profit
2   check was for, which trade.  That's the name of the
3   trade.
4   Q.  Okay.  The customer -- would the customer see
5   the spiral notebook?  The notebook?
6   A.  This notebook?  No.
7   Q.  So how would the information that the profit
8   was in HealthSouth, how would that information be
9   conveyed to the customer?
10  A.  Well, I mean, just assuming they do their own
11  P&L and they know what's happening in their accounts,
12  they would see.  I mean, like, for example, this
13  Mr. Covner, when he did his P&L, he would see that he
14  made a $4,148 profit.
15  I don't know if at some point we put that on
16  the checks.  We might have.  I can't -- I can't be
17  sure.  But even if we didn't, he would know that from
18  his, you know, account comparisons, the confirmations
19  that he gets.
20  Q.  Okay.  The information that's on HWN and the
21  page ending on 1651, does this information relate to
22  checks?
23  A.  I'm sorry.  Which information?
24  Q.  Just looking at this page, does this page
25  contain information about checks?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 54

1    A. Yes.
2    Q. And the people listed on this page would have
3  received checks --
4    A. Exactly.
5    Q. -- from BLMIS?
6    A. Yes.
7    Q. For the amounts shown on this page.
8    A. Uh-huh.
9    Q. If we can turn to the page ending in 1655, do
10 you recognize the handwriting on this page?
11   A. No. Is that the same handwriting? I don't
12 know. I'm not a handwriting expert.
13   Q. Okay.
14   A. This is definitely neater than the A. Covner
15 page. Easier to read. But I don't know -- I'm not
16 sure. But based on what I'm seeing here, I could tell
17 you it had to either be Joann Sala or it had to be
18 somebody working with the -- 10 accounts. The 10
19 accounts, all the accounts that end in the 1-0, that
20 was the arbitrage account. So it had to be somebody
21 that worked on arbitrage accounts.
22   Q. Did Joann Sala work on arbitrage accounts?
23   A. She was one of the people, yes.
24   Q. Did you work with arbitrage accounts?
25   A. Oh, in the very early years. Not at this

Page 55

1  time.
2    Q. This book is dated on or around 1991.
3    A. Uh-huh.
4    Q. So by 1991 you were no longer working with
5  arbitrage accounts?
6    A. Correct.
7    Q. Did you supervise Joann Sala?
8    A. Yes.
9    Q. And she worked with the arbitrage accounts on
10 or around this time period?
11   A. Yes. I don't remember exactly when she left,
12 but her assistant was Francine Barbato. When Joann
13 left, Francine took over. And then there was one other
14 girl that did that until the accounts were completely
15 closed, and that was Semone Anderson. She might have
16 done it a while with them.
17   Q. Okay. And looking at the information that's
18 on the page ending in 1655 --
19   A. Uh-huh.
20   Q. -- what is this information?
21   A. A list of account numbers, a list of amounts,
22 a list of account names. And it's telling you it's the
23 profit withdrawn for Liberty National Bancorp; that's
24 the trade.
25   Q. And do the amounts shown on this page relate

Page 56

1  to checks?
2    A. Yes.
3    Q. And the checks would be sent to the customers
4  listed in the third column on this page?
5    A. Exactly.
6    Q. We're going to come back to that exhibit, but
7  I think we're done with that for now.
8      So you were discussing the convertible
9  arbitrage accounts or convertible arbitrage. Did
10 customers whose accounts had the convertible arbitrage
11 strategy, did they have a particular sub-account?
12   A. They did.
13   Q. And --
14   A. They had a sub-account called -- for
15 subscription fees, which they had to pay on warrants.
16 The sub-account -- what else would have been there?
17   Q. Did the sub-account have a numerical value at
18 BLMIS? Did it end in a particular number?
19   A. Yes. Are you going to ask me for the number?
20 It might have been 80. Might have been 80.
21   Q. What were the dash one accounts used for?
22   A. Arbitrage.
23   Q. Okay.
24   A. Oh, I can go through that in my head and then
25 maybe I could figure it out. So I think it was 80.

Page 57

1    Q. And what was 80?
2    A. The sub-account for the arbitrage accounts
3  for subscription fees and whatever else.
4    Q. Okay. So what was the dash -- is it okay if
5  I refer to it as dash one? Does that make sense to
6  you?
7    A. That's fine.
8    Q. So what was the dash one account used for?
9    A. Arbitrage.
10   Q. And. And what's the difference between the
11 dash one and the dash eight account?
12   A. There was an arbitrage situation where they
13 purchased warrants and they had to pay a subscription
14 fee. I don't remember why it was done. But I think
15 the subscription fee was put in a different account.
16   Q. And how common was the dash --
17   A. Not too common.
18   Q. And was the dash one account more common at
19 BLMIS?
20   A. Oh, yes.
21   Q. What was the connection -- or was there a
22 connection between profit withdrawals and the
23 convertible arbitrage strategy?
24   A. What was the connection?
25   Q. Yeah. Were they related in any way?

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

16 (Pages 58 to 61)

Page 58

1      A.  No.  Because the customer and Mr. Madoff
2  decided if they were going to take out profits.  I
3  mean, the customer probably in 99 percent of the cases
4  decided that in the early years.  Then it just became a
5  given that they were going to get the profits out.
6      Q.  Okay.  How were the profits that related to
7  profit withdrawals generated?
8      A.  How were they generated?  It was the
9  difference between what they bought it for and what
10  they sold it for.  The difference if it was a profit
11  would be what the profits were.
12      Q.  Okay.
13      A.  Unless I'm not understanding --
14      Q.  No.  You are.  That's fine.
15      Were profit withdrawals related in any way to
16  dividend payments?
17      A.  No.
18      Q.  And do you know whether BLMIS issued 1099s
19  for profit withdrawal transactions?
20      A.  No.  But can I say something about the
21  dividends?
22      Q.  Uh-huh.
23      A.  If an arbitrage setup included a dividend,
24  then the profit withdrawn -- the profit checks that
25  went out on the accounts, the profit withdrawals might

Page 59

1  have included that dividend.  If it was part of the
2  profit, it would have.  I don't know if I'm explaining
3  it right.  But --
4      Q.  And how -- you said if an account was -- an
5  arbitrage was set up that way.  What do you mean by
6  that?
7      A.  Well, so when you buy -- you bought a bond,
8  for example, for X amount of dollars.  You sold common
9  stock.  Say the common stock paid a dividend during
10  that time frame that you owned this bond.  Then -- and
11  before conversion.  Then you would get that dividend.
12      That dividend would be calculated in with the
13  whole trade.  So they would say the sale, the dividend,
14  back out the buy side, and the difference would be the
15  profit.
16      Q.  Okay.  And if a profit withdrawal included
17  the dividend that you just described, would that be
18  reflected on the customer statement in any way?
19      A.  All that would be reflected is the net of the
20  account, which would be the profit withdrawn for that
21  particular trade.
22      Q.  And do you have any sense of how often a
23  dividend was included in profit withdrawal
24  transactions?
25      A.  Not very often.

Page 60

1      Q.  Do you know whether BLMIS issued 1099s to its
2  customers relating to profit withdrawal transactions?
3      A.  1099s?  No.
4      Q.  If you need to take a break, let me know.
5      A.  I'm okay.
6      Q.  Did there come a time when BLMIS phased out
7  the dash one accounts?
8      A.  Yes.
9      Q.  And about when was that?
10      A.  Right about the time Joann retired.  Right
11  after she retired.  But I don't remember the year.
12      Q.  That's Joann Sala?
13      A.  Yes.
14      Q.  And do you know why the accounts were phased
15  out?
16      A.  He said -- Bernie told me that they -- the
17  situations were becoming harder to find.  So there
18  wasn't as much trading there for him to do in that.
19  And he was doing these options now, the option trades
20  on the other side of the office, on Frank DiPascali's
21  side.  So he was going to start moving the people that
22  had arbitrage into the option accounts.
23      Q.  Okay.  And did the options accounts use a
24  particular numerical value?
25      A.  They did.  The option accounts would have

Page 61

1  been a 30 and a 40.  The options would go in the 40.
2  The 30 would hold the long positions.
3      Q.  Do you think that the phasing out the dash
4  one accounts occurred before 2000?
5      A.  I don't know if we could find out when Joann
6  Sala left.  They were phased out not too much after she
7  left.
8      Q.  Okay.  Within a year or two of when she left?
9      A.  I would say probably within a year of her
10  leaving.
11      Q.  Okay.
12      A.  Just guessing.
13      Q.  Miss Bongiorno, you just testified about the
14  accounts transitioning to the options trading at some
15  point.
16      A.  Uh-huh.
17      Q.  And how did the -- or did the payment of
18  profits change after the accounts switched to options
19  trading?
20      A.  I don't know.
21      Q.  Did you work with the accounts after they
22  switched to options trading?
23      A.  No.
24      Q.  No?
25      A.  No, I did not.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

17 (Pages 62 to 65)

---

Page 62

1    Q.  Okay.  So just going back a little bit to
2  when a customer opened their account.  Did BLMIS create
3  any type of folder for the customer when they opened an
4  account?
5    A.  Yes.
6    Q.  And that was an internal folder maintained by
7  BLMIS?
8    A.  Yes.  Uh-huh.
9    Q.  And who would create the folder?
10    A.  I would.  Or Frank would, or Jodi.  Whoever
11  was opening the account for them.
12    Q.  And where were the customer folders kept?
13    A.  In a file cabinet outside of my office.  They
14  were kind of, like, all over the place.
15    Q.  Were they all on one floor?
16    A.  In the last part of the time at Madoff, yes.
17    Q.  When you went to 885 Third Avenue were the
18  folders kept on the 17th floor?
19    A.  Yes.  When we went to the 17th floor we
20  brought them with us.
21    Q.  And what were the folders used for?
22    A.  They held the new account form, which is the
23  form we filled out.  They held trading authorization
24  form, customer agreement form, tax ID form.
25    Q.  If you received letters from customers, where

---

Page 63

1  would the letters go?
2    A.  The letters would go in there as well.
3    Q.  Let me show you what's been marked as Trustee
4  Exhibit 23.
5      Miss Bongiorno, do you recognize the document
6  marked as Trustee Exhibit 23?
7    A.  Yes.
8    Q.  And what is that document?
9    A.  This is the name and address form.
10    Q.  So you're --
11    A.  You know, this is the form we used to open
12  accounts.
13    Q.  And are you referring to the page ending in
14  2330?
15    A.  Yes.  Oh, no, 330.
16    Q.  Right.
17    A.  Yeah.
18    Q.  The page with AMF00162330?
19    A.  Yes.
20    Q.  Okay.  And just looking at the document in
21  its entirety, so the entire document marked as Trustee
22  Exhibit 23, rather than just focusing on that one page,
23  what is that document generally?
24      MR. RIOPELLE:  Look at it first.
25    A.  That's the folder it's kept in.

---

Page 64

1    Q.  Okay.
2    A.  That's --
3    Q.  Okay.  Is this the customer folders that you
4  were --
5    A.  Yes.
6    Q.  Is this an example of the customer folders
7  you were describing?
8    A.  Yes, it is.
9    Q.  And does this look like the type of customer
10  folders that you worked with when you were employed at
11  BLMIS?
12    A.  Yes.
13    Q.  And are these the type of customer folders
14  that were maintained near your office?
15    A.  Yes.
16    Q.  Okay.  So turning to the page that you were
17  looking at, which is the page ending in 162330 --
18    A.  Right.
19    Q.  -- what is this document?
20    A.  This is a new account form.
21    Q.  And what was this form used for by BLMIS?
22    A.  To open an account and to put the information
23  down that was important to the account.
24    Q.  Would a BLMIS employee fill this form out?
25    A.  Yes.

---

Page 65

1    Q.  And would the customer see this form?
2    A.  No.
3    Q.  And when would this form be filled out?
4    A.  Before the account is opened.
5    Q.  And where would you get the information to
6  fill this form out?
7    A.  From the customer.
8    Q.  And would they give it to you over the phone?
9    A.  Most of the customers would come up and
10  they'd give it to Mr. Madoff and he'd give it to me.
11  The last few years a lot of this was done over the
12  phone.  But not in the early days.  Certainly not back
13  then when this was a 10.
14    Q.  So was this information provided to you --
15    A.  By the customer.
16    Q.  And that was done --
17    A.  Or provided to Mr. Madoff by the customer.
18    Q.  I see.  Did you ever receive a letter with
19  this information for a customer in order to fill this
20  form out?
21    A.  Sometimes.
22    Q.  In most cases, this information either came
23  from the customer or Mr. Madoff.  And would you say in
24  most cases that was verbally, that information was
25  provided verbally?

---

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 66

1      A.  Well, I'm sure somebody wrote it down, wrote
2  the address down and the correct spelling of the name
3  and whatnot, but yeah.  And we sent out a form for them
4  also to fill out.  This was a new account card.  The
5  customer had to fill this out.
6      Q.  Okay.  Let the record reflect the witness is
7  referring to the page AMF00162335.  So the page ending
8  in 335 is a what?
9      A.  It's a form that the customer filled out.  It
10  was actually a card, I believe --
11      Q.  Uh-huh.
12      A.  -- in the early days.  I don't know what it
13  changed to.  I don't remember.  But it's also this one,
14  2334, the back of the card.
15      Q.  Okay.  And that's a document that the
16  customer would fill out.
17      A.  Yes.
18      Q.  So turning back to the page ending in 330.
19      A.  Oh.  Okay.
20      Q.  So lines 1 through 4 that are the second box
21  down, what is that information?
22      A.  That's the customer's name and address.
23      Q.  Okay.  And do you recognize the handwriting
24  on this page, just on lines 1 through 4?
25      A.  I think it's -- I'm not really sure.

Page 67

1      Q.  Okay.
2      A.  I think it might be Jodi's, but I don't know
3  for sure.
4      Q.  Okay.  And then looking at the next set of
5  boxes, underneath --
6      A.  Uh-huh.
7      Q.  -- starting with a short name, what is a
8  short name.
9      A.  Just -- it was just used in the office so
10  that we didn't have to remember everything when we
11  wanted to pull up an account real quick.  So we just
12  abbreviated a name.  In his case it was his whole name
13  because his name was short.  Or her name.
14      Q.  And what is a group name?
15      A.  That's the connection that Bernie had to
16  them.
17      Q.  Okay.
18      A.  So in other words, he came in on his own.
19  Just -- I don't know if he was a -- she was a friend of
20  Bernie's or whatever.  But some of them you'll see
21  another name, you'll see Avellino or you'll see Alpern
22  or you'll see Chais.  In cases like that, that's who
23  brought the customer in.
24      In this case he came in -- she came in on her
25  own.  Hanoh, I assume, is a woman; right?  Okay,

Page 68

1  whatever.
2      Q.  I think so.  And then looking under -- do you
3  see the page where it says, "profits, dividends,
4  interest"?
5      A.  Yes.
6      Q.  And so what is -- and then it says "Note,
7  call in, send, S equals send, R equals reinvest."  What
8  does that form mean?
9      A.  This means, as far as profits go, they -- he
10  wanted his profits or she wanted her profits.
11      Q.  Okay.
12      A.  Typically if there was just one S, it went
13  through the whole thing.
14      Q.  So when you say "through the whole thing,"
15  you mean all of the little blanks under profits,
16  dividends and interest would be filled out?
17      A.  Yes.  We just put S.  But very, very rarely
18  did it change.  So if they saw just the S, they'd fill
19  in -- they meaning the girls who punched this into the
20  computer -- would just put S's all through all the way
21  down.
22      Q.  Okay.  So what is the S here?  What does that
23  tell you about this account?
24      A.  That we're going to be sending out the
25  profits.

Page 69

1      Q.  And based on your review of this document,
2  was the account set up that way?
3      A.  Yes.
4      Q.  So this form, the account is, you know -- I
5  think what you've described so far is that the customer
6  would in some ways speak with Bernie or somehow open
7  the account and then this form would be filled out.
8      A.  That's right.
9      Q.  And then what would happen next?  During the
10  time period where it was automated, what would happen
11  after this form was filled out?
12      A.  Well, Bernie would tell us when we could
13  start trading.  We'd also send out these papers, the
14  other papers that are in here.  We'd send out trading
15  authorizations and trading agreements, option
16  agreements, whatever pertains to the account.
17      Once we got all the paperwork back, we
18  would -- he would tell us that, you know, we could
19  start trading for them.  But I'm noticing here there's
20  a note.
21      Q.  Okay.
22      A.  That's my note.  This person did not send
23  back a tax ID form.
24      Q.  Okay.
25      A.  And when I spoke to Bernie, Bernie said that

BENDISH REPORTING
877.404.2193

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**

**CONFIDENTIAL**

Page 70

1   this person -- I don't know if -- I don't know why he
2   okayed it. But, look, Bernie said it's okay that he
3   never returned his tax ID form.
4       Q. Let me -- the witness is referring to
5   AMF00162333.
6           So Miss Bongiorno, where on this page is your
7   handwriting?
8       A. So -- in the box.
9       Q. In the box in the upper right corner?
10      A. Yes. And see this little A at the bottom?
11  That's my initial.
12      Q. Okay. So turning back to the page ending
13  2330, the name and address form.
14      A. Okay. Uh-huh.
15      Q. So there's an S on the bottom part of the
16  page under profits. And tell me again what that means
17  to you.
18      A. The S means that we are sending his profits
19  out to him, or her.
20      Q. And would this customer need to have a letter
21  in the file in order to receive profits?
22      A. No. Huh-uh.
23      Q. Other than this form that we're looking at on
24  the page ending in 330, where else was the information
25  about to send or reinvest recorded at BLMIS?

Page 71

1       A. Where else was it recorded?
2       Q. Was it stored in the computer system?
3       A. Oh, yes. This page was written up to go into
4   the computer system.
5       Q. So the send or reinvest notation would also
6   be maintained in the computer system.
7       A. Yes. And that's -- remember we talked about
8   it being automated, the arbitrage being automated.
9   When it was automated, the computer would look at the
10  account number, see the S and know to print the check
11  out.
12      Q. Okay. We're done with that exhibit for now.
13          So Ms. Bongiorno, I place before you Trustee
14  Exhibits 27, 28 and 29 for your review. And I want you
15  to take a look at the statements while I pass out the
16  copies. And the transactions I'd like to ask you about
17  relate to Cardinal Health.
18      A. Okay.
19      Q. Just give me one second.
20          Ms. Bongiorno, are you ready?
21      A. Yeah.
22      Q. Starting with Trustee Exhibit 29.
23      A. Okay.
24      Q. Do you recognize this document?
25      A. Yes.

Page 72

1       Q. And what is it?
2       A. It's a statement.
3       Q. And what -- what customer name and account
4   number is this statement for?
5       A. Hanoh Charat.
6       Q. Hanoh Charat, C-H-A-R-A-T. And the first
7   name is Hanoh, H-A-N-O-H.
8           And what was Charat's account number?
9       A. 1C104710.
10      Q. And this is an example of the dash one
11  accounts we were discussing before?
12      A. Yes.
13      Q. And Miss Bongiorno, do you see any
14  transactions in this month relating to Cardinal Health?
15      A. Yes, I do.
16      Q. And what transactions do you see?
17      A. I see 2,444 shares of Cardinal Health, Inc --
18      Q. Okay.
19      A. -- at 87 and a half.
20      Q. And what kind of transaction is that?
21      A. It's a buy.
22      Q. And what date did that transaction occur?
23      A. October 20th. That's usually a settlement
24  date.
25      Q. Okay. And -- okay. Is the information that

Page 73

1   we see in Trustee Exhibit 29, is this information that
2   would have been printed and stored in the AS/400?
3       A. Yes.
4       Q. And turning to Trustee Exhibit 27.
5       A. Okay.
6       Q. And do you recognize this document?
7       A. Yes, I do.
8       Q. And what is it?
9       A. It's an account statement.
10      Q. For the -- which account?
11      A. Hanoh Charat. For November, 1C1047-10.
12      Q. Okay. That's November 1998?
13      A. Yes.
14      Q. And then sticking with the earlier part of
15  the month, what transactions do you see in Cardinal
16  Health?
17      A. I see sales for 2,100 shares and 1,566
18  shares. I see a stock split in it.
19      Q. And what date did those transactions you just
20  described occur?
21      A. November 5th.
22      Q. And do you see any other transactions in
23  November of '98 in Cardinal Health for the month of --
24  or, sorry -- for the account of Hanoh Charat?
25      A. I see on November 25th a profit check went

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

20 (Pages 74 to 77)

---

Page 74

1  out for $1,331.75.
2      Q.  Okay.  And having looked at the statements
3  for December -- I'm sorry -- October '98 and November
4  '98, can you describe for me the transactions in
5  Cardinal Health that occurred here?
6      A.  Well, yes.  It was a simple buy and sell.
7  The sale -- the shares that he was long, or she was
8  long, was split in November.  And everything was sold
9  in November.  And the account -- the transaction was
10 completed and a check went out on the 25th.
11     Q.  Okay.
12     A.  Typical.
13     Q.  And the check transaction that you're
14 referring to on the 25th, what's the description on the
15 statement for that transaction?
16     A.  "Check Cardinal Health, PW."
17     Q.  And is a check -- profit withdrawal
18 transaction with a check, that's the transaction we see
19 on November 25th --
20     A.  Right.
21     Q.  -- is that consistent with the information
22 that you saw in her customer account folder?  Let me
23 break that down.
24     A.  Yes, yes.  Because in the folder it said that
25 profit checks will go out.  It was a send.  And this is

---

Page 75

1  us sending the check.
2      Q.  And if I could have you turn to Trustee
3  Exhibit 28.  And can you tell me what that document is?
4      A.  This is the check.
5      Q.  And what's the amount of the check?
6      A.  $1,331.75 went out on November 25th.
7      Q.  And does the date of the check match the
8  transaction on the November statement?
9      A.  Yes.  Yes, it does.
10     Q.  Does the amount of the check in Trustee
11 Exhibit 28 match the amount shown on the statement in
12 Trustee Exhibit 27?
13     A.  Yes, it does.
14     Q.  Does this appear to you to be a check -- the
15 document in Trustee Exhibit 28 -- does that appear to
16 you to be a check issued by BLMIS?
17     A.  Yes.
18     Q.  How are you familiar with that?
19     A.  How am I familiar with it?
20     Q.  Uh-huh.
21     A.  I just -- I just -- I see it all the time, so
22 I know it's a check.  And there's a signature on it.
23 The memos look a lot like the checks, but there's no
24 signature.
25     Q.  You're familiar with the checks from your

---

Page 76

1  employment at BLMIS?
2      A.  Yes.
3      Q.  And looking at Trustee Exhibits 28 --
4  sorry -- 27, 28 and 29 together, the transaction in
5  Cardinal Health --
6      A.  Right.
7      Q.  -- does that represent a full profit
8  withdrawal transaction to you?
9      A.  I'd have to have a calculator and figure it
10 out.  But I would guess if -- yeah, I would guess so.
11 Do you want me to add it up?
12     Q.  If you're good at that kind of math, you
13 could.  But I'm not, so I won't ask you to do it.
14     A.  Okay.  Well, with a calculator I could do
15 anything.  With my head, not so.
16     Q.  And then let's turn to Trustee Exhibit 62,
17 which is right here.
18     A.  Okay.
19     Q.  And are you familiar with this type of
20 document?
21     A.  Yes.
22     Q.  Is this the memo that you were referring to?
23     A.  Yes, it is.
24     Q.  And can you tell me what the connection is
25 between the memo and the check that we're looking at in

---

Page 77

1  Trustee Exhibit 28?
2      A.  Okay.  This is a copy.  Twenty-eight is a
3  copy of the lower portion of -- what is this -- 62.
4  The top is the memo part, and the bottom is the check
5  part.  This is a copy of it.  This is our -- remember,
6  I told you they're bursted in the -- this is what
7  they're separating.  This stays in our file for our
8  information.
9      Q.  Okay.  When you say "this," you're referring
10 to the memo that's in Trustee Exhibit 62?
11     A.  Yes.  And the memo and the copy of the check.
12 It says "nonnegotiable."
13     Q.  So that stays in the BLMIS files?
14     A.  Yes.
15     Q.  Would that -- would the memo that's -- and
16 the copy of the check that's in Trustee Exhibit 62,
17 would that also be sent to the customer?
18     A.  The memo is attached to this check.
19     Q.  Okay.
20     A.  So, yes, that would have been sent to the
21 customer.
22     Q.  I see.
23     A.  The way this looks here, that's the way this
24 looked --
25     Q.  I see.

---

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

21 (Pages 78 to 81)

Page 78

1    A. -- when it went out.
2    Q. So Trustee Exhibit 62 looks similar to what
3  was sent to the customer, except for the check on the
4  bottom would actually be the real check that was shown
5  in Trustee Exhibit 28.
6    A. Right. The top copy, these are -- what do
7  they call that? I forget. NCR paper? Is that what
8  they call it? The top copy is the original check with
9  the original memo. This is the copy for our files.
10   Q. I see. Where would BLMIS keep copies of the
11 memo that's shown in Trustee Exhibit 62?
12   A. They had a hanging folder for every single
13 customer, and they were all kept by month in those
14 folders. And then they were put into envelopes and
15 filed and stored somewhere.
16   Q. So the memo that's shown in Trustee
17 Exhibit 62, would it be kept in the customer folder
18 like we looked at in Exhibit 23?
19   A. No. It's a different folder that had
20 everything that went to the customer. Confirmation
21 copies, statement copies, check copies.
22   Q. And those you said were in hanging folders.
23   A. Uh-huh. In the mailroom. And once again,
24 I'm talking about the later years.
25   Q. Okay. The later years referring to --

Page 79

1    A. Well, the later years we had a mailroom. The
2  earlier years we didn't have one. They were wherever
3  we could put them. Wherever we had the storage.
4    Q. Okay. So the hanging folders that are in the
5  mailroom, how often were -- what happened when the
6  mail -- those folders got full?
7    A. They would take everything out of the folder.
8  They did it every six months. They took whatever was
9  in the folder out and put it in a manila envelope.
10 Labeled it. Similar to this label.
11   Q. The label that's in Trustee Exhibit 23?
12   A. With the account number and the name on it.
13 And then they would put the manila envelopes into
14 storage.
15   Q. Okay. And storage, you mean the BLMIS
16 warehouse?
17   A. Well, it would start out in the basement and
18 then maybe two years later go to the warehouse, you
19 know. It depends on how full the basement got.
20   Q. And did you personally create these manila
21 envelopes?
22   A. No.
23   Q. And did you have any role in moving documents
24 to the basement or to the warehouse?
25   A. Just telling them to do it. Other than that,

Page 80

1  no.
2    Q. Did you ever go to the basement or the
3  warehouse?
4    A. I think I was down there once. I never went
5  back again.
6    Q. So just -- I'd like to compare Trustee
7  Exhibit 62, which is the memo --
8    A. Uh-huh.
9    Q. -- and on -- and Trustee Exhibit 27.
10   A. Uh-huh.
11   Q. So looking at the top of the memo in Trustee
12 Exhibit 62, underneath the date, what does that line
13 say?
14   A. "Profit withdrawn. Check Cardinal Health."
15 So it gave them the name of the transaction that
16 created this profit.
17   Q. And what is the amount shown on Trustee
18 Exhibit 62 on that line?
19   A. $1,331.75.
20   Q. And then turning to Trustee Exhibit 27 on
21 that date, the November 5th date, what do we see on
22 this statement?
23   A. Referring back to this again?
24   Q. Uh-huh.
25   A. November 25th, check Cardinal Health, profit

Page 81

1  withdrawn. And the same amount, $1,331.75.
2    Q. Okay. And then turning to the check that's
3  in Trustee Exhibit 28, who is the check made payable
4  to?
5    A. Hanoh Charat.
6    Q. And that's the account holder whose account
7  documents we've been looking at.
8    A. That's correct. And the account number.
9    Q. And the amount of the check that's in Trustee
10 Exhibit 28 matches both the amount on the statement in
11 Trustee Exhibit 27 and the debit memo in Trustee
12 Exhibit 62?
13   A. Yes.
14   Q. Were the memos that are in Trustee
15 Exhibit 62 --
16   A. Uh-huh.
17   Q. -- was that also generated by the same
18 computer system that created the statements and the
19 checks?
20   A. The same computer system? Yes. Uh-huh.
21   Q. Turning back to the statement in Trustee
22 Exhibit 28 -- oh, no, I'm sorry.
23   A. This is 28.
24   Q. Twenty-seven. I apologize.
25   A. Okay.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 82

1      Q.   What date did the profit withdrawal check
2   occur on?
3      A.   November 25th.
4      Q.   Okay.  And that check is dated after the
5   Cardinal Health securities are sold; is that correct?
6      A.   Correct.
7      Q.   When were the Cardinal Health securities sold
8   according to this statement?
9      A.   Well, the settlement date is November 5th.
10     Q.   Uh-huh.  Okay.  Would the check that's the
11  check transaction on November 25th that's shown on this
12  statement --
13     A.   Uh-huh.
14     Q.   -- that's marked as Trustee Exhibit 27, would
15  that check have been sent to Cardinal Health?
16     A.   Would it be sent to Cardinal Health?  No.  It
17  would be sent to Hanoh Charat.
18     Q.   Okay.  We're going to look at a new set of
19  exhibits.  So if we have to take break, now would be a
20  good time.
21     A.   Okay.
22     Q.   Or if you want to keep going, we can keep
23  going.  It's up to you.
24     A.   Oh, I could use the ladies room.
25        MS. BROWN:  Okay.  Let's go off the

Page 83

1   record.
2        (Recess taken 10:08 a.m. to 10:16 a.m.)
3   BY MS. BROWN:
4      Q.   Ms. Bongiorno, I have a couple more questions
5   about Trustee Exhibit 62.  Let me place that back
6   before you.  Looking at the end of Trustee Exhibit 62,
7   so not the first page, but the page starting with the
8   Bates number -- or ending in the Bates number 095 --
9      A.   095.  Okay.
10     Q.   -- and going through 109 --
11     A.   Okay.
12     Q.   -- do you know what those pages are?  Or can
13  you tell me what those pages are?
14     A.   95 is the buy slip.  The customer bought
15  2,444 shares of Cardinal Health.  On 96, that's the
16  back of -- I guess it's the back of 95, although it
17  looks like the backside of the confirmation.  97 --
18        MR. DEXTER:  No.  I don't think we have
19  page 96.
20        MS. CHAITMAN:  Yeah.  We don't have
21  anything after the first two pages.
22        MS. BROWN:  It wasn't stapled together.
23  The first two pages of 62 should have been
24  produced.
25        MR. DEXTER:  Yeah.

Page 84

1        MS. BROWN:  Might be we didn't staple it
2   properly.
3        MS. CHAITMAN:  Okay.  This is 62.  Okay.
4   Got it.  Thank you.  Okay.  So it ends with
5   109?
6        MS. BROWN:  Yes.
7   BY MS. BROWN:
8      Q.   So, Miss Bongiorno, I think you were starting
9   to talk about page ending in 97.
10     A.   That's Mr. Charat's sale of Cardinal Health,
11  and the back of that on 98.  And 99 and 100, the front
12  and back, that's another sales slip for 1,566 shares.
13        Oh, okay.  Okay.  And then 101 is the
14  original ticket without a settlement date, because this
15  Cardinal Health was sold when issued.  So the
16  stock hadn't been issued yet when this was sold.  And
17  that's why there's no settlement date.  And that's why
18  the sale shows up a month later on the statement.  So
19  2,100 sold short when issued.  Once it's issued, they
20  did the confirmation over and put the sale --
21  settlement date on it.
22     Q.   Okay.  And do you see on the left-hand side
23  of the page ending in 101 where it's two asterisks and
24  it says "cancel"?
25     A.   Uh-huh.

Page 85

1      Q.   What does that mean?
2      A.   Well, when we do a when issue, we sent out a
3   confirmation without the settlement date that says
4   "when issued."  But when it's issued, we cancel the
5   when issue and then send out a good confirmation.
6   That's the way he did it.
7      Q.   Okay.
8      A.   And these are -- this 103 is the same thing,
9   another sale, another when issue sale.  And the back of
10  that is 104.  And 105 was the original when issue.
11  See, this one's not cancelled.  This is the original
12  one; done in October.  And six is the back of that.
13        Seven is also the original sale, 1,566 shares
14  and the back of that.  And 109 is showing that the
15  stock split went through on November 5th for 100 --
16  1,222 shares of Cardinal Health.
17     Q.   Okay.
18     A.   So this is the transaction that if you add
19  and subtract everything, you would come up with this
20  profit that created the profit that we issued the check
21  for.
22     Q.   Okay.  And those transactions were also
23  reflected on the statement?
24     A.   Yes.  Excuse me.  Not the when issued.
25  Because if it doesn't have a settlement date, it

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 86

1  doesn't show up on the statement.  But once it was
2  issued, that showed up on your November statement.
3       Q.  Okay.  And the pages that we've just been
4  looking at with Trustee Exhibit 62, so the page ending
5  in 094 and going through 109, is this an example of a
6  document that would have been kept by BLMIS at BLMIS?
7       A.  The original would go to the customer.  The
8  copies of all these would go in our file, the same file
9  that would hold the memo that we talked about before,
10 and the copy of the check.
11      Q.  And those are the hanging folders in the
12 mailroom?
13      A.  That's right.
14      Q.  And would a document, like the one that's
15 been marked as Trustee Exhibit 62, would a copy of this
16 be sent to the customer?
17      A.  He would get the originals.
18      Q.  We're done with that.
19          Let me show you what's been marked as Trustee
20 Exhibit 36.
21      A.  This is an oldie.
22      Q.  Miss Bongiorno, do you recognize the document
23 that's been marked as Trustee Exhibit 36?
24      A.  Yes.
25      Q.  And what is that document?

Page 87

1       A.  Well, the first page is the hanging folder --
2  is the folder with the customer's number and name on
3  it.
4       Q.  Uh-huh.
5       A.  The second page of it, which is 419, is the
6  new account form that -- or maintenance form that was
7  filled out to open the account.
8       Q.  Okay.  And whose handwriting appears on the
9  page ending in 419?
10      A.  It looks like Jodi's handwriting to me.
11      Q.  Okay.  And based on looking at the sheet, can
12 you tell whether the account was a send or a reinvest
13 account?
14      A.  It was a send.
15      Q.  And how would this account have become a send
16 account?
17      A.  Well, either the customer would have
18 said that he -- most likely, because this is a very old
19 one -- and in the early years, it was up to the
20 customer what they wanted -- he probably requested
21 these checks, because it says "send."
22      Q.  Okay.  And would he have had to have made
23 that request for a send in writing when he set up the
24 account?
25      A.  No.

Page 88

1       Q.  How would he have done that?
2       A.  He would have discussed it with Mr. Madoff at
3  the time that they opened the account or at the time
4  that Mr. Madoff agreed to open the account for him.
5       Q.  And after that discussion with Mr. Madoff,
6  when would this form be filled out?
7       A.  I don't know.  I mean, as soon as Bernie told
8  me about it or whoever -- in this case, it might have
9  been Jodi -- the form would have been filled out.
10      Q.  And if the account was marked as a send on
11 this form, what does that mean for the account?
12      A.  It means that whatever checks -- whatever
13 profits were generated in the account would be sent to
14 him.
15      Q.  And those profits would be sent without any
16 letter request from the customer?
17      A.  Correct.
18      Q.  Based on your review of this page, does it
19 appear that the account was changed from a send to a
20 reinvest at any point?
21      A.  No.  There was a change, but only with the
22 account number.
23      Q.  Okay.  And what was that change?
24      A.  Well, originally, the accounts just had
25 numbers, but then we decided to code them with a letter

Page 89

1  from the alphabet based on their last name.  So it was
2  originally 100254-10.  They changed this account number
3  to 1B022-10.
4       Q.  And when did the numbering system for
5  accounts at BLMIS change?  About when?
6       A.  It might say it somewhere.  It doesn't say
7  it.  I don't even know why this is attached.
8       Q.  When you say "this," are you referring to the
9  last page --
10      A.  The last page.
11      Q.  -- ending in 420?
12      A.  Yeah.  It's a different account number.
13 Unless he opened a second account.  Oh, maybe he opened
14 an option account.  I really don't know what that is.
15 But anyway, it doesn't say when it was changed.
16      Q.  Do you have a general sense of when the
17 numbering system changed at BLMIS?
18      A.  No.  I don't remember.
19      Q.  Okay.  Other than the numbering change to the
20 account number, does the file maintenance form indicate
21 any other changes to the account?
22      A.  Yes.
23      Q.  What?
24      A.  It indicates that a new account was made.  I
25 think this B156 -- see, it says "30/40"?

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

## Page 90

1    Q.  Uh-huh.
2    A.  When the arbitrage accounts closed and the
3  option accounts opened, they opened new account
4  numbers.  So this 48 -- this account went into options
5  in April of '96.
6    Q.  Okay.  Sticking with the account number that
7  used to be 100254 and then became 1B022, based on your
8  review of this form, did the send or reinvest
9  designation change for this account?
10   A.  No.
11   Q.  Miss Bongiorno, do you know Aaron Blecker,
12  the customer whose account we're looking at?
13   A.  Do I know him personally?
14   Q.  Are you familiar with him?
15   A.  I know the name.  I've seen the name and
16  heard the him.  But I don't know him personally.  I
17  don't remember speaking to him all that often either.
18   Q.  Do you remember speaking to him at all?
19   A.  No.
20   Q.  Do you remember ever meeting him?
21   A.  No.
22   Q.  I'm going to show you what's been marked as
23  Trustee Exhibit 41.
24     Miss Bongiorno, do you see any profit
25  withdrawal transactions on July 11th?

## Page 91

1    A.  Yes.
2    Q.  And what is that transaction?
3    A.  It says "check HealthSouth, "and it's a
4  profit withdrawn for 3,230.02.
5    Q.  Okay.  And I'd like you to turn back to
6  Trustee Exhibit 61, which is this exhibit here.
7    A.  Uh-huh.
8    Q.  Looking at page that ends in 1655.
9    A.  Oh.  I just noticed something else on here.
10  Should I pass it up for now?  1655.
11   Q.  I'm sorry.  1651.
12   A.  1651.  Okay.
13     MR. RIOPELLE:  Be easier to take that
14  off.
15     THE WITNESS:  Okay.  All right.
16  BY MS. BROWN:
17   Q.  What did you notice, before we go any
18  further?
19   A.  On this page?
20   Q.  Yes.
21     MR. RIOPELLE:  What exhibit are you
22  referring to there?
23     THE WITNESS:  Exhibit 41.
24  BY MS. BROWN:
25   Q.  Thank you.

## Page 92

1    A.  I noticed further down there's another check.
2    Q.  Uh-huh.
3    A.  Okay.  This is telling me that someone called
4  and said they didn't get this check.
5    Q.  Okay.
6    A.  So a stop payment was placed on it.  Because
7  you see cancelled check 711 on the 17th?
8    Q.  Yes.
9    A.  And we issued another check to send out.  See
10  it on the 17th?
11   Q.  Yes.
12   A.  Okay.
13   Q.  So let's just walk through that.
14   A.  Sure.
15   Q.  So the first transaction we see on the 11th
16  is what?
17   A.  A profit withdrawn for 3,230.02 for the
18  profit on HealthSouth.
19   Q.  Okay.  And then the next transaction we see
20  relating to HealthSouth is what?
21   A.  The 17th, July 17th.
22   Q.  And what happens on the 17th?
23   A.  It shows another check going out to
24  HealthSouth, profit withdraw for the same exact amount
25  of money, and on the same date a cancel for the check

## Page 93

1  of 711.
2     That was typical if somebody ever called and
3  said, you know, we didn't get that check.  It's on my
4  statement.  I didn't get it.  We would call the bank
5  and see if it was cashed.  If it wasn't cashed, we'd
6  stop payment and issue a new check.  That was the
7  system.
8    Q.  And did customers often call if they didn't
9  receive their checks?
10   A.  Well, if they didn't receive -- it didn't
11  happen often.  But when it did happen, they would call
12  up and say they didn't receive it.  Sure.  If you see a
13  check on your statement or if you know a check is
14  coming because you've requested profit checks and you
15  don't get it, you call up and say, "What's going on?"
16     Sometimes the customer would make a mistake,
17  too.  But in this case, if we cancelled the check,
18  that's because the bank said it was never cashed.
19   Q.  Okay.
20   A.  So we'd put the stop payment and issue a new
21  one.
22   Q.  Thank you.
23     So turning to the page ending in 1651.
24   A.  Uh-huh.
25   Q.  And just focusing on the account 25410.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

25 (Pages 94 to 97)

Page 94

1  A.  Right.
2  Q.  Do you see that?
3  A.  Yes.
4  Q.  And what's the -- what's the date and the
5  amount of the transaction that's listed in Trustee
6  Exhibit 61 on page ending in 1651?
7  A.  I'm sorry.  Say that again.  On this page,
8  you want to know the check here?  Where it is here?
9  Q.  Uh-huh.
10  A.  It's one, two, three -- the fourth one down.
11  Account number 10025410, profit withdrawn for
12  $3,230.02.
13  Q.  Okay.  And the information you just read is
14  from Trustee Exhibit 61 on the page ending in 1651.
15  A.  Correct.
16  Q.  And that's the check out book?
17  A.  Yes.
18  Q.  And what's the date in the check out book of
19  the transaction that you just read?
20  A.  July 17th.
21  Q.  Okay.  And turning to Trustee Exhibit 41, do
22  you see a corresponding transaction on the customer
23  statement?
24  A.  Yes.
25  Q.  And does the date and amount match on the

Page 95

1  customer statement to the information in the check out
2  book?
3  A.  Yes.
4  Q.  And what does that tell you about the checks
5  for Aaron Blecker?
6  A.  It tells me that the check went out for that
7  amount.
8  MS. CHAITMAN:  What page is the check
9  that they're focused on?
10  MR. RIOPELLE:  It ends in 511651.
11  BY MS. BROWN:
12  Q.  And if you can turn to 1655.
13  A.  Uh-huh.
14  Q.  And turn to Exhibit 61.  And what's the
15  information that's on the page ending in 1655?  What
16  does that relate to?
17  A.  For this account?
18  Q.  Or just generally.  What's on the page ending
19  in 1655?
20  A.  This says profit withdrawn for Liberty
21  National Bancorp.
22  Q.  And on the page ending in 1655, do you see
23  any transactions that relate to the account that's
24  listed in Trustee Exhibit 41?
25  A.  That would be Aaron Blecker.  Yes, I do.

Page 96

1  Q.  Okay.  What's the amount of the transaction
2  shown in the check out box?
3  A.  $360.92.
4  Q.  And what's the -- do you see a corresponding
5  transaction on Trustee Exhibit 41?
6  A.  Where is it?  What did I do with the -- yes,
7  I do.
8  Q.  And do the dates and the amounts match
9  between the statement and the check out book?
10  A.  I don't see a date here.  Hang on one second.
11  No.
12  Q.  Is the check out book missing a date for the
13  page 1655?
14  A.  Yeah.  There's no date on it.
15  Q.  Okay.  Other than the date, does the amount
16  of the transaction and the customer name match?
17  A.  Yes.
18  Q.  And based on your understanding of the check
19  out book, if a customer is listed in Trustee
20  Exhibit 61, does that book reflect payments that were
21  made to customers by check?
22  A.  Yes.
23  Q.  And does the statement for Mr. Blecker in
24  Trustee Exhibit 41 also reflect that he received a
25  check relating to profits in Liberty National?

Page 97

1  A.  Yes.
2  Q.  We're going to put the large exhibit, Trustee
3  Exhibit 61, away for now.
4  A.  That's this one.
5  MS. BROWN:  I'd like to mark this as
6  Trustee Exhibit 69.  It bears the Bates
7  number MF00057516.
8  (Marked for identification
9  as Trustee Exhibit No. 69.)
10  MR. RIOPELLE:  That's 61 you say?
11  MS. BROWN:  It is 69.
12  BY MS. BROWN:
13  Q.  Miss Bongiorno, what is the document that's
14  been marked as Trustee Exhibit 69?
15  A.  This looks like a ledger sheet.
16  Q.  Okay.
17  A.  Or a statement.  I mean, it's so similar.
18  This is definitely a ledger sheet though.  I can see
19  from the bottom.
20  Q.  And what's on the bottom that tells you it's
21  a ledger sheet?
22  A.  The long and short position moneys.  I don't
23  believe that's on a statement.
24  Q.  Okay.  And what is a ledger sheet?
25  A.  It's an exact copy of the statement, but it

SIPC v BLMIS-CONFIDENTIAL                   Bongiorno 7/8/2016

CONFIDENTIAL

26 (Pages 98 to 101)

| Page 98 | Page 100 |
|---|---|

**Page 98**

has a little extra information on it.

Q.  And the extra information that's displayed on the bottom, those are the -- what are you referring to exactly?

A.  Right here where it says "long" and "short," it has "Anheuser-Busch" and it's got amounts of money under the long and the short.  That on the statement you'll see security positions Anheuser-Busch, but you won't see these moneys.

Q.  So you won't see the amounts under long or short?

A.  That's right.

Q.  So the amounts under long and short would only be seen on ledger sheets which were used internally?

A.  Correct.

Q.  But other than the amounts for long and short, does this page look like what a statement would have looked like?

A.  With one other difference.  Also where it says "difference," these numbers would not be on a statement.

Q.  Okay.

A.  So other than that, it's the, you know, the mirror image of a statement.

**Page 99**

Q.  Okay.  Looking at the top of the document, do you see the columns for debit and credit?

A.  Yes.

Q.  And what do those columns mean?

A.  Well, the debit is what was sent out to him, and the credit is his balance in this case.

Q.  Okay.  And where it says "balance forward," what does that mean?

A.  That's the balance from the month before.

Q.  Uh-huh.  And two lines under that, "new balance," what does that mean?

A.  That's the balance after any transaction for the month.  There was one transaction in this account.

Q.  Okay.  And based on your review of this statement, does it appear that the account's balance went down by the amount of the profit withdrawal transaction?

A.  Yes.

Q.  So the profit withdrawal transaction reduced to the balance of the account?

A.  Correct.

Q.  And based on your understanding of profit withdrawals, what does this transaction represent on February 5th?

A.  It says it's a check for Holiday Corp and

**Page 100**

it's a profit withdrawn for $4,002.50.

Q.  And where did that $4,002.50 go?

A.  To the customer.

Q.  What's the account number for the statement that we're looking at?

A.  100254-10.

Q.  And that's the same account whose customer folder we looked at in Trustee Exhibit 36?

A.  Yes.

Q.  And how was the account, 100254, how was it set up?  Was it set up to send or reinvest its profits?

A.  Send the profits.

Q.  Okay.  And is this statement that we've looked at in Trustee Exhibit 69 consistent with the account being set up as a send account?

A.  Yes.

Q.  Would Mr. Blecker have to write to BLMIS in order to receive a check for Holiday Corp profits --

A.  No.

Q.  -- in February of 1987?

A.  No.

Q.  He would be sent those profits automatically?

A.  Yes.

MS. BROWN:  I'd like to mark this as Trustee Exhibit 70.  For the record, Trustee

**Page 101**

Exhibit 70 is a compilation of the December customer statements for Aaron Blecker, account number 100254.  These are the December statements for the years 1986, 1987, 1988, '89, 1990 and 1991.

(Marked for identification as Trustee Exhibit No. 70.)

BY MS. BROWN:

Q.  Miss Bongiorno, if you could just take a minute to look at these statements.  And the question I'm going to be asking you are about the balances from year to year.  So --

A.  Okay.  It's hard to read some of them.

Q.  I know.  I apologize for that.

So starting with the page that bears the Bates number MF00067077.

A.  Okay.

Q.  What is the balance in December of 1986 for the account 100254?

A.  The balance is 104,002.50.  $104,002.50.

Q.  And turning to the next page, which bears the Bates number MF00063864, which is the December 1987 statement, what is the balance for -- I'm sorry.  What is the balance at the end of the month for --

A.  103,737 -- or is that 97, I can't read it --

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

27 (Pages 102 to 105)

---

Page 102

1   and 56 cents.
2       Q.   Okay.  And turning to the next page, which
3   bears the Bates number MF00529912, which is the
4   December 1980 statement, what is the ending balance for
5   this account?
6       A.   $101,624.45.
7       Q.   And turning to the December 1989 statement,
8   MF00052809, can you tell me what the ending balance is
9   for that month?
10      A.   103,000 -- it looks like $852.34.
11      Q.   The next one is the December 1990 statement,
12  which is MF00024487.  Can you tell me what the ending
13  balance is for that month?
14      A.   $103,783.14.
15      Q.   And the last one is the December 1991
16  statement bearing Bates MF00472995.  Can you tell me
17  what the ending balance is for that one?
18      A.   955?
19      Q.   Yes.
20      A.   $103,282.84.
21      Q.   Okay.  So comparing the page ending in 955
22  with the very first page which ends in 077, can you
23  tell me roughly what the difference is between those
24  two amounts?
25      A.   I would say roughly the difference is what

---

Page 103

1   the profit might be built into these numbers, before
2   the profit checks went out.
3       Q.   Right.  Okay.  So looking at the
4   December 1986 statement, we have about -- we have
5   104 -- approximately $104,000; correct?
6       A.   Right.
7       Q.   And looking at the December 1991 statement,
8   we have approximately $103,000.
9       A.   Correct.
10      Q.   Right?  So the --
11      A.   So I would just think that the first
12  statement, the 104,000, there's a check due out for
13  that.  That's a little bit bigger than the check that
14  was due out for this last statement.
15      Q.   Okay.  I mean, just to be fair, we're looking
16  at a five-year period.
17      A.   Right.
18      Q.   So over the course of five years, the
19  difference between the two -- I'm sorry, the difference
20  between -- in the account over that five years, the
21  balance stays roughly the same; is that correct?
22      A.   That's correct.  Because the investment was
23  the same and because he's been getting his profits all
24  along.
25      Q.   We're done with that set of exhibits.  I'm

---

Page 104

1   going to show you what's been marked as Trustee
2   Exhibit 42.
3           Miss Bongiorno, what is the document that's
4   been marked as Trustee Exhibit 42?
5       A.   Well, it's the folder.  It's the maintenance
6   folder and then the account folder.
7       Q.   And which account is it?
8       A.   Arthur and Sofie Blecker, account 1B0025-10.
9       Q.   If you look at the page ending in 423, what
10  is the account number that's at the top of that page?
11      A.   It says B0023.
12      Q.   Okay.
13      A.   23.  Did I read this one wrong?
14      Q.   I think it's a little unclear.
15      A.   You know what?  You're right, because this
16  one looks more like a 3.
17      Q.   Okay.  So the account number of the folder
18  that we're looking at is 1B0023; is that correct?
19      A.   Yes.
20      Q.   Okay.  Looking at the page ending in 423, in
21  the lines 1 through 4 --
22      A.   Right.
23      Q.   -- do you recognize any of the handwriting
24  there?
25      A.   Yes.  The original handwriting that said

---

Page 105

1   Arthur and Sofie Blecker on the first line and line 4
2   the 50 Gristmill Lane in Great Neck, that's all me.
3   The line 2, Sofie Blecker, joint tenants, that is not
4   me.  I have no idea who that was.  Could be Joann.
5       Q.   Okay.  And turning to the bottom part of the
6   page where -- starting with short name?
7       A.   Uh-huh.
8       Q.   Whose handwriting is on the bottom?
9       A.   Mine.
10      Q.   And so that's your handwriting for short
11  name?
12      A.   Yes.
13      Q.   And Social Security number?
14      A.   Yes.
15      Q.   Group name?
16      A.   That's me.
17      Q.   And for the line that says "type 1" under
18  "profits, dividend, interest," is that your
19  handwriting?
20      A.   Yep.  That's me.
21      Q.   And do you recall setting up this account?
22      A.   No.
23      Q.   Can you tell me how this account would have
24  been set up?
25      A.   The same way they all get set up.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 106

1    Q.  Okay.
2    A.  Somebody asks -- they ask Bernie to open an
3  account and told us to set it up.
4    Q.  Okay.  How would the profits and -- I'm
5  sorry.  Strike that.
6       How would this account be set up as a send
7  account?
8    A.  With the "S."  I guess she -- they wanted
9  their check or Bernie wanted to send them a check.  I
10  don't know.  Whatever.
11    Q.  Would that -- the designation as a send be
12  done verbally --
13    A.  Yes.
14    Q.  -- between the customer and Bernie?
15    A.  Yes.
16    Q.  Would a letter be required in order to set up
17  the account as a send account?
18    A.  No.
19    Q.  Once the account is set up as a send account,
20  would the customer receive their profits?
21    A.  Yes.
22    Q.  And they would receive their profits
23  automatically?
24    A.  Yes.
25    Q.  And they would receive their profits without

Page 107

1  any letter request for each individual profit check?
2    A.  Correct.
3    MS. BROWN:  I'm going to mark the
4  document bearing the Bates number MF00151754
5  as Exhibit 71.
6       (Marked for identification
7       as Trustee Exhibit No. 71.)
8  BY MS. BROWN:
9    Q.  Miss Bongiorno, what is the document that's
10  been marked as Exhibit 71?
11    A.  It's a ledger sheet.
12    Q.  And how can you tell it's a ledger sheet?
13    A.  It's got the long and short moneys at the
14  bottom and the difference.
15    Q.  And the information that's shown on
16  Exhibit 71 would mirror what would be on a customer
17  statement for the same date.
18    A.  Exactly.
19    Q.  And what transactions do you see in the month
20  of September 1984?
21    A.  Just one transaction on the 13th for a check,
22  profit withdrawn Household International, 5,654.50.
23    Q.  And is that transaction consistent with how
24  the account was set up when you looked at Trustee
25  Exhibit 42?

Page 108

1    A.  Yes, it is.
2    Q.  And would Mr. Blecker have needed to write a
3  letter to BLMIS in order to receive the check for
4  Household International profits?
5    A.  No, he would not.
6    Q.  And why would he not have had to write a
7  letter?
8    A.  Because the account was designated to receive
9  profits from day one.
10    Q.  And looking at the transaction, can you tell
11  me what the balance -- the balance forward for account
12  100215 is?
13    A.  The balance forward, 188,823.37.
14    Q.  And when we look at the new balance, it's
15  reduced; right?
16    A.  Yes.
17    Q.  And by about how much is it reduced by?
18    A.  By about $5,654.50.
19    Q.  Which -- and what does that amount represent?
20    A.  That's the profit withdrawn that's been sent
21  out.
22    Q.  All right.  We're done with that exhibit.
23    MS. BROWN:  I'd like to mark as Trustee
24  Exhibit 72 a document bearing Bates number
25  MF00483413.

Page 109

1       (Marked for identification
2       as Trustee Exhibit No. 72.)
3  BY MS. BROWN:
4    Q.  And Miss Bongiorno, what is this document?
5    A.  This is a ledger sheet.
6    Q.  And for what account, name and number?
7    A.  For Arthur Blecker and Sofie Blecker,
8  100215-10.
9    Q.  And do you see any transactions relating
10  to -- I'm sorry -- relating to HealthSouth in this
11  month?
12    A.  Yes.  I see a few of them.
13    Q.  Can you tell me what those transactions are?
14    A.  Sure.  It's telling me on November -- on
15  July 11th the check went out for HealthSouth, profit
16  withdrawn for $12,364.06.  It's showing me on the 17th
17  the check was cancelled.  And on the 17th a new check
18  was issued for the same exact -- for the same exact
19  amount of money.
20    Q.  And what does that series of transactions
21  tell you?
22    A.  That he received a profit check for this
23  trade in HealthSouth.
24    Q.  And do you know why there would have been a
25  check cancelled?

BENDISH REPORTING
877.404.2193

## Page 110

1   A.  Only if he didn't get the check and he called
2   in to say he didn't get it.
3       Q.  Looking at Trustee Exhibit 61, if you could
4   turn to the page ending in 1651. Miss Bongiorno, on
5   the page ending 1651, do you see any transactions for
6   the account 100215?
7       A.  Yes.
8       Q.  And what is that transaction?
9       A.  The profit withdrawn for 12,364.06.
10      Q.  And looking at the document with the page
11  ending in 1651, what does that page represent?
12      A.  Checks that went out.
13      Q.  And who would the checks be sent to?
14      A.  Well, the person whose name is on it, Arthur
15  Blecker. Let me just say something. These are both
16  Blecker checks. The same thing happened to both
17  checks. So maybe they went out in the same envelope.
18  They might have had the same address. Because that's
19  what it looks like. It looks like the envelope went
20  missing and we had to issue new checks.
21      Q.  Okay. The checks were issued for two
22  separate accounts though?
23      A.  Yes, they were.
24      Q.  All right. We're done with that exhibit.
25      I'm going to show you what's been marked

## Page 111

1   Trustee Exhibit 39. Miss Bongiorno, do you know what
2   the document is that's been marked as Trustee
3   Exhibit 39?
4       A.  It's an arbitrage portfolio management
5   report.
6       Q.  And what is that?
7       A.  Well, it was a way for Bernie to make sure
8   that the accounts were running around the range that he
9   assumed they would be running. I'm not very familiar
10  with this one, because I wasn't doing these arbitrages
11  at this point. But I'll help wherever I can.
12      Q.  Have you seen an arbitrage portfolio
13  management report before today?
14      A.  I probably did back in '92, whenever these
15  started. But I -- not for many years.
16      Q.  Let's look at the account at the top, 1B0022.
17      A.  Uh-huh.
18      Q.  Are you familiar with what initial investment
19  means?
20      A.  Yes.
21      Q.  And what is that?
22      A.  That's the initial amount that they started
23  the account with in January of this year. Excuse me.
24      Q.  And the year of the document we're looking at
25  is what?

## Page 112

1       A.  '92.
2       Q.  Do you want to take a break?
3       A.  Okay.
4       Q.  And just -- if we can go down the line. What
5   does capital additions refer to?
6       A.  Checks that he sent in.
7       Q.  And capital withdrawals?
8       A.  Checks that we sent him.
9       Q.  And profits?
10      A.  He didn't have any here though.
11      Q.  Okay. And how do you know that?
12      A.  Because it's zero, and it's blank. So we
13  didn't send out any capital to him.
14      Q.  And profits withdrawn?
15      A.  Those would be the profits that were made in
16  the account for that period.
17      Q.  What would happen when those profits were
18  made?
19      A.  The profits withdrawn? We would have sent
20  them to him.
21      Q.  What is expected rate of return?
22      A.  That's the rate of return that Mr. Madoff
23  told him that he can expect for that year.
24      Q.  And the line under it, expected return for
25  366 days?

## Page 113

1       A.  That would be his investment times the
2   22 percent. What it would be approximately for the
3   year.
4       Q.  And over/under expected return for current
5   year?
6       A.  So he didn't make the 22 percent, he was
7   under the 22 percent.
8       Q.  And current equity, what does that refer to?
9       A.  That would be what the account value was on
10  December 31st, 1992.
11      Q.  And underneath that where it says "beginning
12  credit balance," what does that refer to?
13      A.  I guess the same thing as the top, the
14  initial investment. Then annualized rate of return.
15  Oh, it's telling us what -- what he actually made.
16      Q.  And what did he actually make this year?
17      A.  Well, it says 20.20 percent.
18      Q.  And what does projected annualized rate of
19  return mean?
20      A.  I think that's what they expected it to be.
21  I'm not really sure.
22      Q.  Okay.
23      MS. CHAITMAN: I'm sorry. Where do you
24  see 20.20 percent?
25      MS. BROWN: It's under the annualized

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 114

1  return for the current year, at the top.
2      MS. CHAITMAN:  Oh, I see.  I'm sorry.
3  Okay.
4  BY MS. BROWN:
5      Q.  Okay.  But you didn't personally work with
6  this document.
7      A.  No, I didn't.  I worked with a similar
8  document, but not this one.
9      Q.  And to your knowledge, who did work with
10  these documents?
11      A.  I think first Jodi, then Joann, then
12  Francine.
13      Q.  Jodi Crupi?
14      A.  Jodi Crupi, Joann Sala, and Francine Barbato.
15      Q.  And do you know what they used these
16  documents for?
17      A.  Basically just to make sure the account was
18  running the way it should run, that there were no
19  errors.  Because if this was, like, way off, then they
20  would think that there might be an error in the
21  account.  Maybe if a stock didn't completely get sold
22  or -- they would go back and check to see if there was
23  something wrong.
24      Q.  When you say that -- to make sure the account
25  was running normal, what figure are you looking at to

Page 115

1  determine that?
2      A.  Well, because Bernie is saying this is going
3  to average about 22 percent.
4      Q.  Uh-huh.
5      A.  And down here it says 20 percent, which is
6  fine.  But let's say it's at 50 percent or it's at 2
7  percent, then there might be a problem with something
8  going on either in the program or in the account
9  itself.
10      Q.  I'm going to show you what's been marked as
11  Trustee Exhibit 40.  Are you familiar with the document
12  that's been marked as Trustee Exhibit 40?
13      A.  Yes.
14      Q.  And what is that?
15      A.  This is also part of the portfolio report.
16  But in this report it just lists the capital coming in
17  and any checks in and out of the account for a given
18  period.  This is January 1st to December -- I mean, I
19  don't have a date on this, but I'm going to assume it's
20  the 31st of December because the last check I'm seeing
21  is in December.
22      Q.  Was this document generated by the AS/400?
23      A.  Yes.
24      Q.  And was the document that we looked at in
25  Trustee Exhibit 39 also generated by the AS/400?

Page 116

1      A.  Yes.
2      Q.  Who would generate these documents?
3      A.  The keypunch operator would just punch in a
4  code and they would print.
5      Q.  And was there a time of year that these --
6  the documents that we're looking at in Trustee
7  Exhibit 39 and 40 were printed?
8      A.  Well, as I said, I didn't do this particular
9  portfolio.  But I would assume monthly, because mine
10  were done monthly.  I think they were all done monthly.
11      Q.  But staying with Trustee Exhibit 40, this
12  type of a report reflects the cash movements in the
13  account?
14      A.  Yes.
15      MS. CHAITMAN:  Can you put a year on
16  this document?
17      MS. BROWN:  I don't.  But I will
18  shortly.
19  BY MS. BROWN:
20      Q.  I want to show you what's been marked as
21  Trustee Exhibit 37.  What is Trustee Exhibit 37?
22      A.  This is also a ledger sheet.
23      Q.  And a ledger sheet is a mirror image of what
24  the customer statement is except for the long and short
25  values?

Page 117

1      A.  Exactly.
2      Q.  And what year is Trustee Exhibit 37 for?
3      A.  This is for 1992.
4      Q.  And what month?
5      A.  This is April 30, 1992.
6      Q.  Okay.  And if we compare Trustee Exhibit 37
7  with Trustee Exhibit 40 for the month of April, what --
8  do you see corresponding transactions between those
9  documents?
10      A.  On April 28th, the profit withdrawn of
11  2,606.03 on both documents.
12      Q.  I'm going to show you what's been marked as
13  Trustee Exhibit 38.  And what is Trustee Exhibit 38?
14      A.  This is also a ledger sheet.
15      Q.  What date and what account?
16      A.  For June 30, 1992, for Aaron Blecker.
17  B0022-10.
18      Q.  And do you see any corresponding transactions
19  between Trustee Exhibit 38 and Trustee Exhibit 40?
20      A.  Yes, I do.
21      Q.  And what is that?
22      A.  On June 16th, a profit withdrawn for
23  2,627.74.
24      Q.  And that transaction appears on both the
25  statement in Exhibit 38 and the report in Exhibit 40?

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 118

1    A. Portfolio report, yes.
2    Q. And Exhibit 40 shows the cash movements in
3  the account for that year period?
4    A. Yes.
5    Q. I'm going to show you what's -- we can put
6  these exhibits back -- what's been marked as Trustee
7  Exhibit 44.
8    A. They're sticking together. Okay.
9    Q. Miss Bongiorno, what is Trustee Exhibit 44?
10   A. It's the folder for the -- account folder for
11 Aaron Blecker, revocable trust.
12   Q. And what account number is it?
13   A. 1B0156-30-40.
14   Q. What does the 30-40 represent?
15   A. The 30 is a long position account; the 40 is
16 an option account.
17   Q. If we can turn to the page ending page in
18 126. Can you tell me what this page reflects?
19   A. Yeah. This is a new -- an updated
20 maintenance sheet, like the ones we saw before.
21   Q. And how was this page generated?
22   A. Well, it's a form. We fill it in. And then
23 the girls in the computer room put it into the
24 computer.
25   Q. Uh-huh. Does this page reflect the same type

Page 119

1  of information as the older forms that we looked at for
2  name, address, file maintenance?
3    A. It does.
4    Q. And turning to the bottom portion of the page
5  where it says "profits, dividends, interest,
6  type/batch," what do you see there?
7    A. I see that the account originally was a send,
8  but it's being changed.
9    Q. And what is it changed to?
10   A. Well, I didn't do options, but my memory
11 tells me in the option accounts, they were all sends.
12 I really -- I'm really not sure because this was on
13 Frank's side of the office. So I'm not sure what he
14 did. I know the option account, they got their checks,
15 like, quarterly. They didn't get checks every single
16 time a trade was done.
17   Q. Do you know what the S crossed out means?
18   A. It was originally a send account.
19   Q. Uh-huh.
20   A. But I don't know why they were crossed out.
21 You see this, where it says "type" and "batch"? That
22 wasn't on our original maintenance sheets. These are
23 new ones that were created for his accounts.
24   Q. For his accounts you mean Frank?
25   A. Frank's, yes. See the F? This was Jodi's.

Page 120

1  The 50 would be circled and there would be a J there.
2  But this is Frank's.
3    Q. What does type and batch refer to?
4    A. Type and batch? Oh, the type is the kind of
5  account it is. A 30 being a long position, a 40 would
6  be an option. And the batch is just telling you the
7  trader that's doing it, or the person that's really
8  breaking them up, breaking the trades down, whatever
9  you want to say.
10     MS. CHAITMAN: Could you just read back
11  the last sentence about what the batch is?
12     THE REPORTER: "And the batch is just
13  telling you the trader that's doing it, or
14  the person that's really breaking them up,
15  breaking the trades down, whatever you want
16  to say."
17 BY MS. BROWN:
18   Q. This account that we're looking at, 1B0156,
19 this was not an account that you dealt with though.
20   A. It was not an account I dealt with.
21   Q. I'm going to show you what's been marked as
22 Trustee Exhibit 45.
23   A. Put this away?
24   Q. And, Miss Bongiorno, what is Trustee
25 Exhibit 45?

Page 121

1    A. It's another account maintenance file for
2  Arthur and Sofie Blecker, joint tenants with rights of
3  survivorship, 1B0157-30-40.
4    Q. And looking at the page ending in 159, what's
5  on that page?
6    A. Customer maintenance file information.
7  They're changing the number on this account. Looks
8  like they're changing her name, spelling also. This is
9  becoming an option account, the type 30 and 40.
10   Q. And then what do you see about the send or
11 reinvest status on this page?
12   A. It said send, but it was crossed out.
13   Q. And do you know what the cross means?
14   A. Excuse me?
15   Q. Do you know what the cross -- the X means?
16   A. I don't know. This is, like I said, not
17 my -- not on my side of the office. So it may have had
18 different rules. I don't know.
19   Q. Okay. I want to show you what's marked as
20 Trustee Exhibit 46. I don't have any clips for this
21 one. I only have one extra copy.
22     Miss Bongiorno, do you recognize what's been
23 marked as Exhibit 46?
24   A. Oh, yes. It's a maintenance folder again.
25 Paperwork that would be in a maintenance folder.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
                         CONFIDENTIAL

---

Page 122

1    Q.  And what account is Trustee Exhibit 44?
2    A.  1C1001-10.  And that's the CAB Trust.
3    Q.  Okay.  And looking at the page ending in 356,
4  do you recognize any of the handwriting on that page?
5    A.  I don't.
6    Q.  And looking at the bottom of the page, can
7  you tell me how this account was set up with regard to
8  its profits?
9    A.  It was set up as a send, which means it would
10  get its profits.
11    Q.  It would get its profits automatically?
12    A.  Automatically.
13    Q.  And turning to the next page ending in 357.
14    A.  Uh-huh.
15    Q.  This page has a lot of different handwriting
16  on it.
17    A.  Right.
18    Q.  Do you recognize any of it?
19    A.  Yes.  The original handwriting Joe Blum --
20  Joel A. Blum, Trustee, that's me.
21    Q.  Okay.  And that's the handwriting in lines 1
22  and 2 that's crossed out?
23    A.  One and 2, right.  And even where it says "as
24  of 9/5/84, CAB," that's all me.
25          Line 3, I don't know who that is.  It's just

---

Page 123

1  an address change.
2    Q.  And lines 4, city, state, is that your --
3    A.  That's me.
4    Q.  And going down the page, for short name,
5  whose handwriting is that?
6    A.  Short name, Blum, Joel.  There must have been
7  another Blum.  That's me.
8    Q.  What about the Social Security number?
9    A.  Me.
10    Q.  And do you see the number above the Social
11  Security number in a box?
12    A.  Yes.
13    Q.  I'm sorry.  In a circle?
14    A.  Yes.  That's me also.
15    Q.  Do you know what that number is, the one
16  that's in the circle?
17    A.  It looks like he took a Social Security
18  number and changed it to an ID number.  Yeah, because
19  he changed the name on the account.
20    Q.  Okay.  And the group name, whose --
21    A.  Blum. J. Blum.
22    Q.  Whose handwriting is that?
23    A.  I don't know.
24    Q.  And when we look down below on the profits,
25  dividends, interest section, do you recognize any of

---

Page 124

1  the handwriting there?
2    A.  Yes.  The first S is me.  And the big S
3  that's not crossed out is me.  So is -- this is all me.
4    Q.  So underneath profits, the S that's crossed
5  out, whose handwriting is that?
6    A.  Me.
7    Q.  And then dividends, the S that's crossed out?
8    A.  Me.
9    Q.  Interest, the S that's crossed out?
10    A.  It's all mine.
11    Q.  The R in the circle that's crossed out?
12    A.  Same thing, me.
13    Q.  And the S that's not crossed out.
14    A.  Mine.
15    Q.  And based on your review of this document,
16  what do these different notations tell you?
17    A.  Well, it tells me that they changed their
18  minds a few times.  It was set up to be a send.  But
19  then on September of '84 they changed it to a reinvest.
20  And then it went back to a send.
21          We don't have the back of the jacket; right?
22  No.  So see, if you had the folder, on the back of the
23  folder -- oh, wait, here.  Change address.  Change
24  number 1.  Change to send.  Change -- oh, change
25  address.  Okay.  It looks like this was set up as a

---

Page 125

1  reinvest to start and then it was changed to a send.
2    Q.  And how can you tell that?
3    A.  It says on the last page here,
4  MADTBB02386398.  It says, change address in August of
5  '87.  And you see that there was a change in the
6  address.
7    Q.  Uh-huh.
8    A.  Then it says in 1988 they change number 1.
9  That's the title.  They change that line there.
10          Then in 1990 they changed it to a send and
11  add a c/o, care of.  Okay.  So they added line 3 and
12  they made it a send.
13    Q.  Looking at the last page of the Trustee
14  Exhibit --
15    A.  Send 1 to 398.
16    Q.  -- 46, this is the back of the folder?
17    A.  That's usually written on the back of the
18  folder.  And when I give it to the girls or whoever
19  gives it to the girls that keypunch, they know what
20  this change is that they have to go in and do.  Because
21  they'll read the back of the folder and then they'll
22  open up and do the change.
23    Q.  Okay.  So the account that we're looking at
24  for Trustee Exhibit 46, it changed its send and
25  reinvest status several times.

---

SIPC v BLMIS-CONFIDENTIAL                      Bongiorno 7/8/2016
CONFIDENTIAL

Page 126

1    A.  Yes.
2    Q.  And if a customer wanted to make a change to
3  its send or reinvest status, it would have to write to
4  BLMIS?
5    A.  To change it?  You first talk to Mr. Madoff
6  and then, right, it's got to be done in writing.
7    Q.  If we can turn to the page in -- that ends in
8  376.
9    A.  376?
10   Q.  Yep.
11   A.  356.  Hold on.  Okay.  Okay.  What's the
12  question?
13   Q.  The question is:  Do you see anything in this
14  letter that indicates the customer wants a change to
15  his send or reinvest status?
16   A.  Yes, I did.
17   Q.  Okay.  And what does this letter state?
18   A.  It says to "this point until further notice
19  to be reinvested in the account," to reinvest his
20  profits.
21   Q.  And is this letter addressed to you?
22   A.  Yes.
23   Q.  And what would you do upon receiving this
24  letter?
25   A.  I would make sure Bernie approved this.  And

Page 127

1  he probably did before the customer even sent this to
2  me.  And then I would, if he approved it, I would take
3  the folder out.  Write on the back of the folder to
4  make the change.  And I'd make the change here.  So
5  where is that first page?
6       So this is telling me it was a send
7  originally.  But in 1984 he changed it to an R, which
8  we have here.  But it looks like it went back to a send
9  somewhere along the line, because that's crossed out.
10  So there must be more letters.
11   Q.  So when you received the letter that ends in
12  376 you would have made a change on the name/address
13  file maintenance form?
14   A.  Uh-huh.
15   Q.  And you would have marked it as what?
16   A.  As a reinvest.
17   Q.  So if we can look at the page ending in 358.
18   A.  Okay.
19   Q.  What's the date of this letter?
20   A.  April 18th, 1996.
21   Q.  And can you just take a minute to review the
22  letter.  Let me know when you're ready.
23   A.  Okay.
24   Q.  Do you see anything in this letter that
25  relates to the send or reinvest status of the account?

Page 128

1    A.  Yeah.  Well, he's saying -- he's saying he
2  wants to close the account, so we should send a check
3  for the balance of the account, plus for the current
4  transaction, which would be -- which he probably means
5  whatever profit he has in the latest transaction.
6    Q.  Okay.  I want to show you what's been marked
7  as Trustee Exhibit 49.  Miss Bongiorno, do you
8  recognize the document that's been marked as Trustee
9  Exhibit 49?
10   A.  Vaguely.
11   Q.  And where do you recognize it from?
12   A.  Well, there was a document similar to this,
13  but not -- it was mostly handwritten.  One of our
14  keypunch operators was leaving, and I asked her to
15  write down all the jobs, all the codes and whatever she
16  had to do, in case after she was gone we need to re --
17  to, you know, research what we needed to do.  And she
18  started making up what we called a manual.
19       I think this is the end result, but I don't
20  know if this was the original one she did or what.
21  Because it's not -- to look at it, it doesn't look
22  familiar and yet the information in it is what she
23  would have put in the manual.  So they may have redone
24  it somewhere along the way.  I don't know.
25   Q.  Which keypunch operator are you talking

Page 129

1  about?
2    A.  Allyson.  Her name was Allyson -- oh, my
3  goodness.  What's her last name?  Allyson.  I don't
4  remember her last name.
5    Q.  Okay.
6    A.  She left to study law.
7        (Discussion off the record.)
8    THE WITNESS:  I wish I could remember
9  her name.
10  BY MS. BROWN:
11   Q.  Do you know if anyone else at BLMIS worked
12  with Allyson to compile the information that we see in
13  Exhibit 49?
14   A.  Okay.  When Allyson left, she was working
15  with Dorothy Kahn.  I don't know how much input Dorothy
16  had in this.  I mean, they were like night and day in
17  what they knew, which was why I made Allyson write
18  everything down.  But Dorothy replaced her and then we
19  had -- we hired somebody else.  Alethea Mui came in to
20  actually be her replacement.  Dorothy was always the
21  backup.
22   Q.  So are you familiar with the information
23  that's contained in this manual generally?
24   A.  I didn't read it all, but yeah.  Some of
25  this, as I'm going through it, I know what it is.

SIPC v BLMIS-CONFIDENTIAL              Bongiorno 7/8/2016
CONFIDENTIAL

Page 130

```
1      Q.  Okay.  I have some specific questions.
2      A.  Okay.
3      Q.  Just staying with the manual itself, though,
4  do you know where this would have been kept at BLMIS?
5      A.  In my cabinet.  And in Frank's or Jodi's,
6  when they started really taking over what I was doing.
7      Q.  Do you know when that happened?
8      A.  I would say -- September 11th was in 2001?
9      MR. RIOPELLE:  Uh-huh.
10     A.  So I would say in about 2 -- oh, wait a
11 minute.  No, it was when I bought the house in Florida.
12 I'm very bad with dates.  I really don't remember.  It
13 was right about the time I bought the house in Florida,
14 because I was traveling a lot at that point.  And they
15 took a lot of my work off my shoulders.  So --
16     Q.  That was before 2000?
17     A.  Yes.  It was definitely before 2000.
18     Q.  Before 1990?
19     A.  I don't think it was before 1990.
20     Q.  Okay.  So this document would have been -- or
21 a similar document would have been kept in the cabinets
22 for you, Jodi and Frank.
23     A.  Uh-huh.
24     Q.  If we can turn to the page ending in 545.
25     A.  Okay.
```

Page 131

```
1      Q.  And at the top it describes three different
2  books.  What are those three books?
3      A.  Okay.  The check in book was a little -- like
4  a steno notebook.  And when the checks came in, they
5  posted them in this notebook and then gave them to the
6  girls to punch up from the notebook.
7          The check out book is the one we've been
8  looking at.  That was a regular-size, like letter-size
9  spiral notebook.  And the binder with the profit
10 checks, those were the ones that automatically came out
11 of the arbitrage accounts, the ones ending in 10.  That
12 was automated, so we didn't have a notebook for that.
13 That went in a binder when it came off the computer.
14     Q.  Okay.  Can you describe that binder for me,
15 what it looks like?
16     A.  It was about, I don't know, maybe -- maybe
17 18 inches long by around 12 inches -- I mean 18 inches
18 wide by about 12 inches long.  It had, like, colored
19 plastic on top and it was black, like a very flimsy
20 plastic cover on the front and the back.  It was what
21 they put all the green bars, when you file the green
22 bar computer sheets in.
23     Q.  Where was the binder with profit checks kept?
24     A.  There was a little file room.  Well, they
25 were kept there after the checks were done.  Before the
```

Page 132

```
1  checks were done, probably in Joann's office, in Jodi's
2  office, Frank's office, one of the offices.
3      Q.  But was there one binder that we're looking
4  at with the profit checks?
5      A.  At one point there was one binder.  But later
6  on there were three.  There might have been one for
7  arbitrage, one for hedges, one for option accounts.
8  Because at -- you know, the way the accounts were
9  divided, when the option accounts started, the
10 arbitrage slacked off until they were done.  So, you
11 know, at one point it might have been in Joann's
12 office; another point it might have been in Frank's
13 office.
14     Q.  Okay.  And in this binder with the green
15 bars; right?
16     A.  Uh-huh.
17     Q.  The binder had green bar sheets in it?
18     A.  Uh-huh.
19     Q.  What information was on the green bar sheets?
20     A.  The account -- well, the date, the account
21 number, the account name, the profit check for -- which
22 stock the profit check was for, the amount of the
23 check, and that's it.
24         And then on the day the girls might have made
25 some extra notes on the sheet by hand.  But that was
```

Page 133

```
1  all generated by the computer.  It was on a sheet
2  similar to that one.  You know, those are green bar
3  sheets.
4      Q.  Are you referring to this?
5      A.  Yes.
6      Q.  So the witness is referring to Trustee
7  Exhibit 38, which is the June 1992 sheet for account
8  1B0022.
9          So can you tell me again when you say that
10 it's like this, what do you mean?
11     A.  Well, this is what I call the green bar
12 sheet.  It was white -- a white line, a green line.
13 They call them green bars, and they come off the
14 computer.
15     Q.  It was printed from the AS/400?
16     A.  Yes.  On that type of sheet.
17     Q.  And it was printed on colored paper?
18     A.  No.  It was white -- a white line, a green
19 line.  Yeah.
20     Q.  How often were the green bars printed?
21     A.  Whenever a trade -- green bars are printed
22 all the time, all day long.  So what -- which green
23 bars are you talking about?
24     Q.  For the documents that go in the binder with
25 the profit checks, how often would those sheets be
```

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 134

printed?

A.  Whenever the trade was done that created a profit.

Q.  Okay.  And who would print those sheets?

A.  One of the girls in the computer room, Alethea Mui, Dorothy Kahn.

Q.  And who would request the girls in the computer room print those sheets?

A.  They came out automatically.  They didn't need to be requested.  They came out with the work.

Q.  And they were printed when the deal was done?

A.  Yeah.  Because first we would give them the tickets and the tickets would all go in.  The trades would be put into the computer.  And then the trades would come out.  The confirms, the memos, anything that was associated with the trade.

And then after those were printed, then it would all print out on green bars.  At month end they'd do the statements.  And then the green bars for the statements -- or we call them ledger sheets -- so they came out almost after you printed everything.  We got sheets on -- to review everything.

Q.  Okay.  So going down the page on 545, what is -- do you see the notation for check codes?

A.  Yes.

Page 135

Q.  What does check codes refer to?

A.  The PW, the CW.

Q.  And if you can just review the description that it has for PW.

A.  Okay.

Q.  When it says, "Check that comes from setups and binder are 10 account and always PW," what does that mean?

A.  Well, the 10 accounts are the arbitrage accounts, and those are always profits withdrawn.  If they say PW, they're always profit withdrawn.

Q.  If they say PW where?

A.  On that sheet.  Or -- yeah, the sheet that comes out that lists the profits that are going to be due on a specific date for the clients, it says PW on those sheets, like the one you showed me that we write up.  Some of them we write up.  We write them up, and we have to do it manually because there was a problem with the check.

It's hard to explain.  But it originally, after the trades are done, we would get a ledger sheet out that showed all the profits and the day that they were due.

Q.  Okay.  And that was a document that was generated by the AS/400.

Page 136

A.  That's right.

Q.  And when you got that document that showed you all the profits that were due, what would you do with that document?

A.  Put it in date order and then wait until the trade was completely done and then give it to the girls to do the checks on it.

Q.  Okay.  And what role -- or when did the spiral notebook come into that process?  Or where does it fit into it?

A.  Well, the spiral notebook was used before we were automated for a profit withdrawn.  But it was used up until the end for any -- any capital withdrawals and any profit withdrawals that didn't go through the regular process.  Or like in one of the cases we looked at, where they issued a cancel and then a rebill on the check, that we have to do manually.  So that's when we would use that spiral notebook.

Q.  So the entries that we see in the spiral notebook would generally -- would be manual.

A.  Right.  And before we were automated everything was manual, so we always used that notebook.

Q.  Okay.  So going back to this on page 545, where it says, "on description type check stock name," where would -- what does that mean?

Page 137

A.  "On description type check & stock name"?  I'm not sure how the girls did that.  As far as punching it into the computer?  When they had to do it manually they would -- they had a program that opened up that asked them for a date, account number, and amounts and a description.  On that description they would put, like -- where was it here?  "Check Pep Boys."  So when they had to do it manually they had to put that in.  When this became automatic the computer did it for them.

Q.  And then going down to -- underneath that where it says -- I'm sorry -- "pinks - dividend and interest are always PW," what does that mean?

A.  I don't know why it says "pinks."  I really don't remember that.  I have to think about that for a minute.  But there were accounts that just we held stocks and bonds for them, just like in safekeeping.

Those were always considered profits withdrawn, because they were not being invested.  That money was not being invested.  That money was going out.  So we used that code.  It really was just to show that it wasn't capital that was going out.  It was from a dividend or an interest payment.

Q.  Okay.  And how often did you hold securities for customers?

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

36 (Pages 138 to 141)

Page 138

1    A.  Not very often and not many accounts, but
2  there were a handful.
3    Q.  Okay.  And then CW, capital withdrawal, what
4  does that refer to?
5    A.  When they requested a check for capital back,
6  we would put do a capital withdrawal for that check,
7  for that amount.
8    Q.  And capital addition, CA?
9    A.  That's when they sent a check in.  That was
10  the code we used for capital addition.
11    Q.  Then underneath that it says "PW - DT - CW
12  punch as (field +) debits."
13    A.  I have no idea.  That's strictly for the
14  computer girls.  That's how they had to enter it I
15  guess.  I don't know what it means.
16    Q.  Based on your understanding, were PWs and CWs
17  debits to customer accounts?
18    A.  PWs and CWs were debits; correct.
19    Q.  Was a CA, capital addition, a credit to a
20  customer account?
21    A.  Yes.  Yes.
22    Q.  If we can turn to the page ending 547.  Do
23  you see under the first paragraph where it says "Key:
24  MEMO01."
25    A.  "Key: MEMO01"?  Okay.

Page 139

1    Q.  Do you know what that refers to?
2    A.  Let me see.  I think this is also one of
3  those key punch instructions.  I don't know what it
4  means.
5    Q.  Okay.  On the next part of the page down
6  where there's handwriting on the left-hand side, do you
7  know whose handwriting that is?
8    A.  Here?
9    Q.  Uh-huh.
10    A.  Check name is a function of name and address.
11  No, I don't know whose handwriting that is.
12    Q.  Do you know what that notation means?
13    A.  No.  Well, I mean they -- once you put a
14  number in, the computer knows to go to the account
15  number and pull the name and address off the account
16  maintenance sheet.  So that's what it means.  Why they
17  have to write this there, I couldn't tell you.
18    Q.  So based on your understanding, the checks
19  were generated from the AS/400; correct?
20    A.  Correct.
21    Q.  The checks were made payable to the customer
22  whose account it was being created for?
23    A.  Correct.
24    Q.  And so the payee on the check would match the
25  customer name information?

Page 140

1    A.  It had to, yeah.
2    Q.  Turning to page 550, ending in 550.  And
3  what's the title of this page?
4    A.  "Name and address file maintenance.  Menu
5  namenu."  N-A-M-E-N-U.  That is the computer
6  terminology.
7    Q.  And the name and address file maintenance
8  forms that we were looking at in the customer folders,
9  the information on that sheet was put into the AS/400;
10  correct?
11    A.  Yes.
12    Q.  And do you see under types on this page
13  ending on 550, number three, where it says "mailing
14  labels"?
15    A.  Yes.
16    Q.  It says, "use only line 1, 3, 4, and 5."
17  What are lines 1, 3, 4, and 5?
18    A.  Can I look back?
19    Q.  Sure.
20    A.  Here.  I got one.  For the mailing label?
21  Why did we do this?  I do remember this vaguely.  Use
22  only 1, 3, 4, and 5.  We did this here.
23    MS. BROWN:  Let the record reflect the
24  witness is also referring to Trustee 73, page
25  ending in --

Page 141

1    MR. RIOPELLE:  57.
2    A.  The second line was for a continuation in the
3  title.  So when we did a mailing label we didn't need
4  the title, the whole title, but we needed the address.
5  So that's probably why it said that.
6    Q.  So lines 1, 3, 4 and 5, looking at the manual
7  on page 550, that information corresponds to the
8  name/address file maintenance sheets, like the one that
9  we're looking at in Trustee Exhibit 73?
10    A.  Say that again?  I'm sorry.
11    Q.  The name/address information on lines 1, 3, 4
12  and 5 --
13    A.  Right.
14    Q.  -- correspond to the name and address file
15  maintenance form lines 1, 2, 3, 4, and 5.
16    A.  They do, yes.
17    Q.  The information that's on the name/address
18  file maintenance sheet --
19    A.  Right.
20    Q.  -- would correspond to what's in the AS/400
21  lines 1, 2, 3, 4, 5.
22    A.  Exactly.  Sometimes someone didn't want mail
23  at their house, like -- or maybe a parent set up an
24  account for one of the children.  So they would want
25  the information sent to them rather than -- the name on

BENDISH REPORTING
877.404.2193

SIPC v BLMIS-CONFIDENTIAL                 Bongiorno 7/8/2016
CONFIDENTIAL

Page 142

1   the account. So based on this code up here, the actual
2   name and address or the duplicates, that's how they
3   would set it up. That's what all this is about.
4       Q. When you say "all this," are you referring to
5   the mailing labels?
6       A. Yes.
7           MS. BROWN: Let's go off the record.
8           (Luncheon recess taken
9           from 11:47 a.m. to 12:22 p.m.)
10  BY MS. BROWN:
11      Q. Miss Bongiorno, BLMIS sent monthly statements
12  to its customers; correct?
13      A. Correct.
14      Q. What was the purpose of those statements?
15      A. To show them exactly what was happening in
16  their account during that past month.
17      Q. And what information did the statements
18  contain?
19      A. Everything. Buys, sells, debit or credit
20  memos, checks received or sent out, balances, open
21  positions.
22      Q. The BLMIS customers deposited cash with
23  BLMIS?
24      A. Correct.
25      Q. BLMIS customers withdrew cash from BLMIS?

Page 143

1       A. Yes. Correct.
2       Q. And those cash transactions were reflected on
3   the customers' statements; correct?
4       A. Correct.
5       Q. And those cash transactions reflected on the
6   customer statements were accurate; correct?
7       A. Yes.
8       Q. If the cash transactions on the statements
9   were not accurate, would you expect to hear from a
10  customer?
11      A. Yes.
12      Q. And how would you hear from them?
13      A. Well, by phone, probably, first of all, and
14  then followup letter.
15      Q. And what would happen after you heard from
16  them?
17      A. Well, like before I told you about the case
18  with somebody was missing a check, they would call up
19  and speak to -- they always asked for him first, but
20  end up with me, tell me why they were calling. If it
21  was because a check was missing, I would take the
22  information down. I would call the bank or have
23  somebody else call the bank. Make sure the check
24  didn't clear. If it cleared I'd get a copy of it. If
25  it didn't clear I'd put a stop payment on it and issue

Page 144

1   another check.
2       Q. And those transactions would be reflected on
3   the customer statement?
4       A. Yes, it would.
5           MS. BROWN: I have no further questions.
6   Thank you.
7           THE WITNESS: Great.
8           MS. CHAITMAN: Here's the situation. I
9   can't finish by 3:00 today. So I think that
10  probably it makes sense for me to do it all
11  at once. So I think we just sort of figure
12  out a date when we can come back.
13          MS. BROWN: He said we can go to 3:15,
14  so you have almost three hours.
15          MR. DEXTER: What time is it?
16          MS. BROWN: 12:25.
17          MS. CHAITMAN: It's 12:20. I would
18  rather do it all at one time.
19          MS. BROWN: I understand, but we've --
20  we're here. Everyone is here.
21          MS. CHAITMAN: I would just rather do it
22  all at one time. I think it's easier than
23  breaking it up.
24          MS. BROWN: I think we should press
25  ahead today. You have almost as much time as

Page 145

1   I have. I started at 8:30.
2           MS. CHAITMAN: You went for four hours.
3           MS. BROWN: Three and a half with the
4   break.
5           MS. CHAITMAN: Let me just talk to Greg
6   a minute.
7           (Recess taken 12:25 p.m. to 12:31 p.m.)
8           * * * * *
9           CROSS EXAMINATION
10  BY MS. CHAITMAN:
11      Q. Miss Bongiorno, at some point in the course
12  of your employment by Mr. Madoff he set up an
13  investment account for you; didn't he?
14      A. Yes, he did.
15      Q. And when was that?
16      A. In the '70s I think. I don't remember dates.
17      Q. But how many years had you been working there
18  approximately at the time he did that?
19      A. Well, I started in '68; that I do remember.
20  So it would have to be at least maybe five, maybe
21  seven, maybe eight years later. I don't remember.
22      Q. Okay. And did he set up the account in your
23  name?
24      A. Yes.
25      Q. And with your social security number?

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 146

1    A.  Yes.
2    Q.  Okay.  And from the beginning did he tell you
3  to create the trades in your account?
4    A.  I never created a trade.
5    Q.  You never created a trade?
6    A.  No, I never created a trade.
7    Q.  So how -- how was the money in your account
8  invested?
9    A.  How was it invested?
10    Q.  Yeah.
11    A.  They bought -- they would give me tickets
12  that said I bought this or I sold that.
13    Q.  When you say that, to whom are you referring?
14    A.  Either Mr. Madoff or Mr. Kugel, somebody in
15  the trading room.
16    Q.  Okay.  So when the account was set up, do you
17  recall how much money was invested in your account?
18    A.  Oh, maybe $5,000, maybe four.  I don't
19  understand why you're asking me about my account.
20    MS. BROWN:  I don't know if this is
21  actually really profit withdrawal.
22    THE WITNESS:  Yeah.  I was told this was
23  going to be about profit withdrawals.
24    MS. CHAITMAN:  It goes to your
25  credibility.  I have a right, no matter what

Page 147

1  the subject is, to question you concerning
2  your credibility.
3    MR. RIOPELLE:  You can answer the
4  question.
5    THE WITNESS:  What was the question?
6    MS. CHAITMAN:  Can you read back my
7  question, please.
8  BY MS. CHAITMAN:
9    Q.  (Read by reporter).  So when the account was
10  set up, do you recall how much money was invested in
11  your account?
12    A.  The original investment, I really don't
13  recall.  Maybe it was $5,000, something like that.
14    Q.  So either Mr. Madoff or Mr. Kugel would give
15  you slips --
16    A.  Uh-huh.
17    Q.  -- indicating the trades were done for your
18  account?
19    A.  Right.
20    Q.  Then you would enter them into the statement?
21    A.  Yes; that's right.
22    Q.  You would enter it in; is that right?
23    A.  Into the computer.
24    Q.  And did that structure change at any point
25  through 2008?

Page 148

1    A.  From 2008 -- until 2008?
2    Q.  Yeah.
3    A.  Yeah, it changed all the time.  I mean, it
4  changed when I got married.  More money was put in, a
5  lot more money.  It changed from arbitrage, like
6  everybody else's did.  It went into some option
7  accounts, just plain long position accounts.  Yes, it
8  did change.
9    Q.  But was it always a situation where
10  Mr. Madoff or Mr. Kugel would give you the trade slips?
11    A.  No.  They would tell me the names of the
12  stocks, the amount of shares they had available, the
13  dates, the prices, and I would break it down like I did
14  for the other customers when I was doing arbitrage.
15    Q.  I want to take this chronologically.  So you
16  said sometime in the '70s, about five years after you
17  came to the firm --
18    A.  Right.
19    Q.  -- Mr. Madoff said he was setting up an
20  account for you?
21    A.  That's correct.
22    Q.  And your best recollection, it was -- it was
23  approximately $5,000?
24    A.  To my best recollection.
25    Q.  Okay.

Page 149

1    A.  Maybe it was more or less.  I don't know.
2    Q.  Okay.  And then was there a significant
3  increase in the account in the '70s, to the best of
4  your recollection?
5    A.  In the '70s?  Significant increase?  I don't
6  remember.
7    Q.  Okay.
8    A.  I don't remember.
9    Q.  All right.  Now, when you talked about what
10  your jobs were at Madoff, was there a point in time
11  when you went from being a receptionist and kind of a
12  secretary to actually working on the account
13  statements?
14    A.  Yes.
15    Q.  And when was that?
16    A.  I don't remember the year, but I know when I
17  first was hired there was another lady there that did
18  all the P&S on his customer trades.  He always did
19  broker trades separately from customer trades.
20  Different people handled it.
21    He used to have me check her P&S and P&L.
22  Then something happened, the market crashed or
23  whatever.  He let me go.  I was let go for about maybe
24  a little under a year.  I was hired back when this
25  woman -- Karen her name was -- was leaving because he

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

Page 150

1  knew that I already knew her job. That's when I
2  started really working with the customers, the customer
3  accounts.
4      Q.   So what year was that?
5      A.   Well, I think -- I don't think I was there
6  more than a couple of years before I got laid off. I
7  have to say again I don't remember years. I'm sorry.
8  I just don't.
9      Q.   Okay. But if you started in '68 --
10     A.   Uh-huh.
11     Q.   -- and you were there a couple of years and
12 then you were --
13     A.   I think it was a couple of years. I am not
14 sure.
15     Q.   Okay. So it was approximately in the '70s
16 you stopped working and then you came back?
17     A.   Approximately.
18     Q.   Okay. And when you say you stopped working,
19 for what period of time did you stop working?
20     A.   I believe it was under a year.
21     Q.   Okay. So then you came back. And when you
22 came back, that was sometime -- it had to be in the
23 mid-70s; right?
24     A.   Or early '70s. I don't remember.
25     Q.   Early '70s. And at that point you began

Page 151

1  working with the accounts?
2      A.   Yes.
3      Q.   And what precisely did you do?
4      A.   I kept track of all the confirms that were
5  coming out of the -- the tickets that were coming out
6  of the trading room. I typed them up. I mailed them
7  out. I did all the P&S on them. I did P&L. I typed
8  statements, mostly like all the clerical work on them.
9  Plus I answered the phones. Always answered the phones
10 for him whenever I worked there.
11     Q.   Now, wasn't there a point in time when you
12 handled accounts for some of Mr. Madoff's close
13 customers?
14     A.   Yes, always.
15     Q.   Okay. And for whom did you handle those
16 accounts?
17     A.   Customer names you want?
18     Q.   Yes. Was it Stanley Chais?
19     A.   Yes.
20     Q.   Was it Norman Levy?
21     A.   Yes.
22     Q.   Okay. Was it --
23     A.   Jeffry Picower.
24     Q.   Okay. I don't want you to discuss Jeffry
25 Picower.

Page 152

1      A.   Excuse me?
2          MR. RIOPELLE: Just so you know,
3  Annette, there is an order that says we're
4  not going to talk about Jeffry Picower.
5          THE WITNESS: So, all the truth, nothing
6  but the truth, the whole truth, that doesn't
7  matter today.
8          MR. RIOPELLE: Except for Picower.
9          THE WITNESS: All righty. Thank you for
10 making that clear.
11 BY MS. CHAITMAN:
12     Q.   I'm not asking you anything about Picower.
13         But the other people that -- whose accounts
14 you handled, Carl Shapiro?
15     A.   Uh-huh.
16     Q.   Yes?
17     A.   Yes.
18     Q.   Stanley Chais?
19     A.   Yes.
20     Q.   Norman Levy?
21     A.   Yes.
22     Q.   Is there anyone else?
23     A.   Abe Hirschon, Saul Alpern, Avellino & Bienes.
24 I mean, there were hundreds of accounts.
25     Q.   And with respect to those accounts, is it

Page 153

1  fair to say that these were all people who had special
2  relationships with Mr. Madoff?
3          MS. BROWN: Objection.
4          MR. RIOPELLE: You can answer.
5          THE WITNESS: Yes.
6  BY MS. CHAITMAN:
7      Q.   Okay. With respect to these accounts, did
8  Mr. Madoff tell you that so-and-so should have a return
9  of 25 percent a year, or 30 percent a year?
10     A.   He told me, based on the year before, this is
11 approximately what these people were going to make.
12     Q.   Okay. And was there a point in time when you
13 would have some of the people who worked for you get
14 the Bloomberg figures for stock purchases and sales for
15 the prior month and --
16     A.   Much, much later, yes.
17     Q.   Let me just finish the question.
18     A.   Sure. I'm sorry. Yeah.
19     Q.   And you would create the statements? You
20 would create the stock transactions to generate those
21 returns?
22     A.   Yes.
23     Q.   Okay. And when did that point in time come?
24     A.   Oh, when we were at 110 Wall. Oh, no, I'm
25 sorry, at 885 Third Avenue. That was towards the end.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 154

1      Q.   But --
2      A.   At 885 Third Avenue, not at Wall Street or
3   Broadway.
4      Q.   Okay.  And what was the approximate year when
5   you began to create statements to fit certain returns?
6      A.   I don't know.  I don't know times.
7      Q.   Do you have any way of placing that time?
8      A.   No.  Huh-uh.
9      Q.   Now, when you -- when you came to -- is it --
10  do you think it's correct that by the late 1970s you
11  were at 885 Third Avenue?
12     A.   By the late '70s?  I don't know.  I don't
13  know.  Well, I got married in '81 and I was already
14  there.  So, yeah, that's possible.
15     Q.   Okay.  So by 1981 we can safely say you were
16  at 885 Third Avenue?
17     A.   Right.
18     Q.   And at that point in time you were generating
19  statements for --
20     A.   I didn't generate the statements.  I was
21  given trades.  The trades went on the statements.  So
22  when you said I created them, they were on the
23  statements.  I put them on the statements, but they
24  were trades that came out of the trading room.
25          I'm not sure that I understand your question.

Page 155

1   And the word "creates" scares me a little bit.
2      Q.   Okay.  This is why we're having a deposition.
3   I just want to understand what the facts are.
4      A.   Okay.
5      Q.   Was there a point in time when Mr. Madoff
6   would say to you -- let's just use Carl Shapiro as an
7   example.  I'm not saying this specifically happened --
8   I want Carl Shapiro to earn 60 percent on this account
9   for the month of X.
10     A.   He did that for every account, Carl, Blecker,
11  every account.  He gave me a percentage that he
12  expected them to receive during that year.
13     Q.   Okay.  And did he -- did you then have the
14  people who work for you get the prior month's quotes,
15  and you would put together what the stock transactions
16  were in order to generate those returns?
17     A.   Yes.
18     Q.   Okay.  And --
19     A.   Based on the fact that I was given a certain
20  parameter of what he said he bought and sold every
21  month.  So if he said he bought and sold 20 percent of
22  the market in IBM, I was allowed to go ahead and use
23  that for these customers.  So it wasn't just pulled out
24  of the air and created.  It was told to me.  This is
25  what you could use, this is the parameters, and this is

Page 156

1   what you should do.
2      Q.   So he would come in and say -- this would be
3   in writing or would he give you --
4      A.   Sometimes it was on notes.  We kept tons of
5   notes.  Sometimes it was just over the phone.  Just,
6   you know, told to me over the phone.
7      Q.   So he would say -- if we take the, say,
8   1970 -- 1981.
9      A.   Uh-huh.
10     Q.   You're at 885 Third Avenue.  How many
11  different customers were you responsible for the
12  monthly account statements?
13     A.   Well, see, in '81 we were still doing
14  arbitrage.  I was still getting tickets from David
15  Kugel that went into these accounts, all of these
16  accounts, including Carl and including the account
17  names you showed me today, and including Chais.  I was
18  getting tickets from David Kugel for those accounts,
19  and that's how those accounts were running.
20          Later on when they stopped doing arbitrage
21  and they started doing option accounts, that's when the
22  other accounts -- and I don't believe any of the names
23  today had any -- but the accounts that you named
24  started doing these long positions.  He just bought
25  long positions.  He told me what to buy, what day to

Page 157

1   buy, and what percentage to buy.
2          And so I think that's what you're getting at.
3   I think that's what you're asking me, when did I start
4   doing that; correct?  Because before that the tickets
5   came out of the trading room from Davis Kugel.
6      Q.   I want to take it slowly, because we're
7   bunching things together and it's not clear.
8      A.   Because your question is not -- your question
9   is not for my whole career; your question is for a
10  certain time frame.  And that's the end of the career,
11  not the beginning of the career.
12     Q.   Okay.  So if we -- if we take the period --
13  we're starting in 1981, when you got to 885 Third
14  Avenue.
15     A.   Right.
16     Q.   At that point in time, were you responsible
17  for a hundred percent of Mr. Madoff's investment
18  advisory customers?
19     A.   What do you know by "responsible"?
20     Q.   Were you generating the statements for
21  100 percent of the customers?
22     A.   See, that's where I don't understand.  I
23  wasn't -- you touch the button on the computer and the
24  statements came out.  I don't think that's what you
25  want to know.  I was not the one that touched the

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

Page 158

button on the computer that created the statements.

If you're asking about the trading, in the early years at 885 Third the tickets came -- the buy and sells came out of the trading room. Were given to me. I put them on these individual papers and handed them to the girls in the computer room who typed. They typed them into the computer.

We got confirmations out. We got memos. We got checks. And then at the end of the month we got a statement. So I didn't create those statements; the computer did.

Am I making sense? I don't understand how -- the question.

MR. RIOPELLE: I think so. You're doing okay.

THE WITNESS: I didn't create anything.

MR. RIOPELLE: Give your best answer. That's all.

BY MS. CHAITMAN:

Q. Okay. So are you putting in the same category people like Aaron Blecker, whom you never met, and someone like Carl Shapiro or Norman Levy, who were close friends of Mr. Madoff?

A. I am not putting anybody in any category. I am taking instructions from Bernie Madoff what to do

Page 159

with them. I did not categorize these people. They are just customers to me. They're nobody to me.

Mr. Madoff is telling me: This person should see about this. This person should see about this return. This person is going to see about that. This one is a reinvest. This one is a send. I'm getting that information from Bernie Madoff. I'm not deciding that.

Q. So Mr. Madoff would give you tickets? Is that what you're saying? Either David Kugel or Mr. Madoff would give you tickets; is that right?

A. At what time? At what time period?

Q. I want to focus on --

A. It's all different.

Q. Let's take the first time period. Give me the dates of the first time period.

A. I don't know all the dates.

Q. I'm starting with 1981.

THE WITNESS: Roland, I'm not -- I'm not doing this. It just doesn't make sense to me.

MR. RIOPELLE: Just do your best.

THE WITNESS: I don't remember dates.

MR. RIOPELLE: Then say "I don't remember."

Page 160

THE WITNESS: I am.

MR. RIOPELLE: Okay. Then that's your answer.

THE WITNESS: I don't remember dates.

BY MS. CHAITMAN:

Q. In the first time period, we're starting with 1981, when you got to 885 Third Avenue.

A. I don't know that we got there in '81, but approximately in 1981. We might have been there four years already. I don't remember the dates.

Q. Okay.

A. Back when we first got to 885 Third Avenue, the customers were still in arbitrage accounts. All the tickets were coming out of the trading room. That's the answer.

Q. For all of the customers?

A. All the customers.

Q. So you weren't -- you weren't creating the trades. It was all coming from the trading room.

A. Exactly.

Q. Okay. And at that point of time, to the best of your knowledge, were the trades actual trades?

A. Yes.

Q. And how do you know that?

A. I just thought they were. I just believed it

Page 161

when I was told that they were. I mean, I don't know. I just thought that they were.

Q. Okay. And you thought that the trades in your account were actual trades?

A. Yes, I did.

Q. Okay. Did there come a time when you focused all of your time on the special accounts of people like Norman Levy and Carl Shapiro? When did that happen?

MS. BROWN: Objection.

You can answer.

THE WITNESS: I can answer? Oh.

A. When the arbitrage accounts started dwindling down and he opened option accounts, he transferred certain people into options, including the Chaises and all these other people that you mentioned. They all went into options. But some of the money remains in what we call the long position accounts.

The ones that went into options, I mean, every one of them had an option account, but not every one of them had a long position account. So I guess that's the answer.

Q. Well, you testified on direct this morning that you didn't handle the accounts that -- the statements that you were looking at.

MS. BROWN: Objection.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 162

1  Q.  That these were handled by Jodi and by Frank.
2  MS. BROWN:  Objection.
3  A.  Some of the things I saw this morning were
4  not from my side of the office.  It was from Joann or
5  Jodi's or Frank's side of the office.  That's correct.
6  Q.  Okay.  And how did that break down?  Was that
7  a question of the time period, or was it a question of
8  the type of the account?
9  A.  You know, it just kind of like happened.
10 After Frank started working there, a couple years later
11 they started doing these option trades.  Some money,
12 some accounts went into option trading.  But we were
13 still doing arbitrage.  I was still getting tickets all
14 the time from the computer room.
15       But then over a period of time the arbitrage
16 has dwindled down.  More options were being done on
17 Frank's side of the office.  He started doing these
18 long position accounts that had T bills and all sorts
19 of other stock in it for certain people.
20       It didn't happen all at once, one special
21 time.  And it didn't happen for any particular reason.
22 It just started happening slowly.  I don't know his
23 reason for doing it.  And I can't give you a year that
24 it was done, because it wasn't all done at once.  It
25 wasn't one year that's major to me.

Page 163

1  Q.  Well, when you testified this morning that
2  these were accounts that you didn't handle on some of
3  the statements --
4  MS. BROWN:  Objection.
5  A.  Because they were arbitrage accounts.  At
6  that point I was not doing arbitrage accounts anymore.
7  Q.  When did you stop doing arbitrage accounts?
8  A.  I don't remember.  I don't remember what year
9  I stopped doing it.
10 Q.  Well, but when --
11 A.  At this point we had a much bigger
12 department.  And I was doing a lot of other things.  I
13 was doing more letters.  I was taking more calls.  I
14 was managing a department, keeping track of sick days
15 and vacation days and attendance and overtime.  And
16 there was opening new accounts.
17       But I don't remember exactly when.  It just
18 happened.  It just, you know, changed.
19 Q.  Well, when you looked at statements this
20 morning -- and the record will reflect when that was --
21 you were saying that you didn't handle these accounts
22 at this point in time.
23 MS. BROWN:  Objection.
24 MR. RIOPELLE:  You can answer.
25 A.  At the point that -- what she showed me was

Page 164

1  not my handwriting.  They were not my accounts.  It was
2  still arbitrage.  I didn't do it at that time.
3  Whatever year that was, I wasn't doing it then.
4  Q.  Okay.  So what was the point in time?  You
5  said that at some point in time you would have the
6  girls who worked for you get you the Bloomberg quotes
7  for the prior month and you would create transactions;
8  right?
9  MS. BROWN:  Objection.  When was that
10 testimony about Bloomberg?
11 A.  Yeah.  That was never mentioned this morning.
12 Q.  It was in your criminal trial.
13 MS. BROWN:  That was not here today.
14 MS. CHAITMAN:  I know, but --
15 MS. BROWN:  I know, but I'm just saying
16 it mischaracterizes the record.  She didn't
17 testify to that today.
18 BY MS. CHAITMAN:
19 Q.  When did that begin to happen?
20 A.  Can I talk to my lawyer privately?
21 Q.  Of course.  Of course.
22 MR. DEXTER:  Can they --
23 A.  Well, I want to find out what my rights are.
24 I feel like I'm being assaulted right now, for lack of
25 a better word.  I do.  I feel like my criminality is

Page 165

1  being exposed rather than what I agreed to do today,
2  and I think that that's wrong.
3  Q.  Well, this is the problem, Miss Bongiorno.
4  A.  I'm not comfortable with it.
5  Q.  I understand that.  But when you testify your
6  credibility becomes an issue.  I have an absolute right
7  to question you as to issues which relate to your
8  credibility, and that's what I'm doing now.  And I have
9  a right to do that.
10 MR. RIOPELLE:  I think you just answer
11 her questions.
12 THE WITNESS:  I don't know all the
13 answers.
14 MR. RIOPELLE:  Tell her you don't know
15 the answer.  If that's -- if the correct
16 answer is "I don't know the answer to that,"
17 that's the correct answer.
18 A.  All right.  I don't know the answer to when I
19 did less -- when the arbitrage stopped in my area and
20 went to Joann's and when Frank took over.  I don't know
21 the dates.  I don't know the timing on that.  I don't
22 know.
23       When did we start looking at Bloomberg?  At
24 the point when Bernie said I want to do -- I did 10
25 percent of the trading on this day.  I want you to put

SIPC v BLMIS-CONFIDENTIAL                 Bongiorno 7/8/2016
CONFIDENTIAL

43 (Pages 166 to 169)

Page 166

them into these five accounts.  Give them 20 percent
each, or give them 10 percent each or whatever.  That's
when -- that's what I was doing at that point.
        And when I was downstairs he sometimes gave
me sheets that said 20 percent of IBM's volume on such
and such a date.  But when we went upstairs it wasn't
convenient for him to go up and down with all the
stuff, so he just verbally gave it to me.  And I would
write it down, IBM for Stan Chais, IBM for whoever.  I
would write it down.
        Then I would go to the Bloomberg and look up
the date and do it for the price range that it was on
that date.  When did that start?  I'm sorry.  I don't
know.
    Q.  But you were doing that in order to create a
specific return; right?
    A.  Well, what would happen was, through the
portfolio we would watch what the return was, because
the portfolio would tell us.  And if they were going --
if he felt that the market was going down -- I'm just
using IBM as an example -- he'd call up and say, "Take
everybody out of IBM on" -- and he'd give me the dates.
        I would go to the Bloomberg.  Look up the IBM
on that date and put through the sales on that date.
He would say he sold it.  I had to sell it on the

Page 167

customer side.
    Q.  Okay.  Let me just understand.  If I just
take a date, he would call you up on July 1st.
    A.  Right.
    Q.  And he would say, "Take Stanley Chais out of
IBM on June 16th."
    A.  He wouldn't say individual.  He would say --
if he was calling he would say take everybody out of
IBM.  It wouldn't just be Stan Chais.  It would be
whoever had it.
        And it wouldn't be on that exact day.  He
would tell me at month end: They went out of this on
July 3rd.  He went out of this on July 4th, and
July 5th, and 10 percent on this day, and 20 percent on
that day.
        It wasn't, like, given to me -- because what
I said at trial over and over -- that nobody ever
believed -- is every single trade that we ever put
through, whether it was arbitrage or option or long
positions, were all as-of, every single one of them,
as-of trades.
    Q.  What do you mean, an as-of trade?
    A.  Done way after the trade, the actual trade
itself.
    Q.  Are you saying from the day you started

Page 168

working for Mr. Madoff --
    A.  No.  From the day I started working I would
get them right out of the trading room.  But I would
never touch those tickets until all the broker
confirmations were out because he said the brokers --
and this I remember from day one because he repeated it
over the years -- the brokers' statements or confirms,
whatever, had to be out the day the trades were made.
The customers didn't.  We didn't have those kind of
rules and regulations for the customers.
        So if I got to it that day, they would go out
that day.  If I didn't get to it that day, they'd go
out as long as the month wasn't over yet.  It was --
everything was done as-of there.
    Q.  Miss Bongiorno, with respect to your account
at Madoff --
    A.  Uh-huh.
    Q.  -- how did the appreciation in your account
occur?
    A.  The same way it occurred in every other
account.  He would tell me when to go in, something to
come out of something, and that would be it.
    Q.  So Mr. Madoff would say to you, say, on
July 8th, "Take yourself out of IBM on June 16th."
    A.  No, he would not.

Page 169

    Q.  What would --
    A.  It wouldn't just be myself.  It would be
whatever customers were in it.
    Q.  Right.  He would say for everybody.
    A.  Right.  Right.
    Q.  And then you would do it?
    A.  And there was a trade that came up at trial,
a trade of a company that had closed, that the ticket
went through after the company was closed, but the date
on the ticket was before the company closed.  Was it --
what the heck was it?
        MR. RIOPELLE:  Worldcom.
        THE WITNESS:  My account?
        MR. RIOPELLE:  I think so.
        THE WITNESS:  I don't know.  But because
everything was done as-of, everything was
always late.
BY MS. CHAITMAN:
    Q.  So I just want to be clear on something.  Is
it your testimony that, so far as you knew, all of the
customer accounts from inception were always created
after the fact?
    A.  No.  In the very beginning I would get
tickets every single day, but I didn't have to process
them.  I processed the tickets.  I didn't create them.

SIPC v BLMIS-CONFIDENTIAL                     Bongiorno 7/8/2016
CONFIDENTIAL

Page 170

1   So when you said "create," I got -- you know, I didn't
2   create anything.  I processed what I was told to do.
3   That's what I did.  I just processed it.
4       Q.  So was there a point in time when you didn't
5   get trade tickets from the traders?  Is that what
6   you're saying?
7       A.  Yes, there was a point in time where I'd just
8   get information from Bernie.  And the trades went
9   through based on his information.
10      Q.  Okay.  So is that the point in your mind when
11  the trading became fraudulent?
12          MS. BROWN:  Objection.
13          MR. RIOPELLE:  Was there ever a point
14      where you thought the trading was fraudulent?
15          THE WITNESS:  Never.  I never didn't
16      believe him.  I believed him at all times.
17  BY MS. CHAITMAN:
18      Q.  Okay.
19      A.  Until I had my lawyer explain to me why this
20  doesn't work like that in the real world, I believed
21  that I was in the real world.
22      Q.  Okay.
23          MS. BROWN:  Are we going to bring this
24      back around to profit withdrawal soon?
25          MS. CHAITMAN:  Yeah, as soon as I finish

Page 171

1   on --
2           MS. BROWN:  A lot of this is not really
3       related --
4           MS. CHAITMAN:  It goes to credibility.
5           MS. BROWN:  I'm not seeing that
6       connection either, but so if we could --
7           MS. CHAITMAN:  It's not for you to see
8       the connection, but thank you.
9   BY MS. CHAITMAN:
10      Q.  Your account had about $50 million in it at
11  the end?
12      A.  That's correct.
13      Q.  And you were generating -- you were -- what
14  were the returns in your account?  What was the
15  percentage return that was projected for you?
16      A.  I want to say maybe 35 or 40 at one point.
17  They were made much lower at one point.  It went up and
18  down, as did a lot of the accounts.  They went up and
19  down over the course of the years.
20      Q.  So let's say that your account was 40
21  million, not the top, 40 million, and you were
22  generating a 30 percent return a year; right?
23      A.  I thought were you asking me about the
24  percentage.
25      Q.  30 percent.

Page 172

1           MR. RIOPELLE:  I think she testified
2       sometimes it was that high; sometimes it was
3       lower.  It varied over time.
4   BY MS. CHAITMAN:
5       Q.  Yeah.  Let's just use 30 percent return.  You
6   had 40 million in the account; right?
7       A.  Right.
8       Q.  So you would have had an income of 12 million
9   a year; right?
10      A.  I don't know.  I can't do the math.  But if
11  you say so, I'll believe you.
12      Q.  Yeah, it's about 12 million a year.
13          So you would have had taxes of about six
14  million a year; right?
15      A.  No, not if it was unrealized.  That 50
16  million was not realized.
17      Q.  You weren't in the same kind of short-term --
18      A.  No, I was not.
19      Q.  You were in long-term.
20      A.  That's right.  I paid my taxes every year.
21      Q.  Okay.  Now, you took money out of your
22  account --
23          THE WITNESS:  I don't like this.  I'm
24      not comfortable with this.
25          MR. RIOPELLE:  You're going to be fine.

Page 173

1   Just answer the question.
2   BY MS. CHAITMAN:
3       Q.  You took money out of your account; right?
4       A.  Correct.
5       Q.  At various times.  What would --
6       A.  How does this add to my credibility though?
7       Q.  It does.
8           MR. RIOPELLE:  That will be for a judge
9       to decide some day.
10  BY MS. CHAITMAN:
11      Q.  What did you do with that money that you took
12  out?  Did you invest it someplace else?
13      A.  I went out to eat.
14          Are you talking about my account?
15      Q.  Yes.
16      A.  My account?  My money that I took out of my
17  account -- not my husband's, my account -- I bought
18  houses.  I bought furniture, clothes, food, vacations,
19  stuff that you would buy.
20      Q.  You also invested it with other investment
21  houses?
22      A.  I only took money from my IRA, which he
23  didn't want me to have there anymore.  I don't remember
24  why.  And we put it into an account.  It was a 401K at
25  another bank.  I don't remember what the bank was right

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 174

1   now. But I did not invest elsewhere, just with Madoff
2   or Cohmad, which was also a division of Madoff. And
3   actually that wasn't even me. That was my husband and
4   I together; right? That was joint.
5        MR. RIOPELLE: I can't answer the
6   question.
7        A.   I never took money out to invest elsewhere.
8   That's the answer.
9        Q.   Except for your IRA?
10       A.   Except for my IRA.
11       Q.   Where did you put your IRA?
12       A.   I think it was Fidelity.
13       Q.   And did you sit down with the person at
14  Fidelity and say I want to earn 20 percent or
15  30 percent or 40 percent?
16       A.   No.
17       Q.   Why not?
18       A.   Well, I don't know. Is that what you do?
19  You tell them what you earn? Or they tell you what
20  they give you, like a bank, a regular bank. You go in
21  and they say, well, right now the interest is such and
22  such. Whatever they were going to give me, it was
23  going to be fine.
24       Q.   Well, why was it different with Madoff?
25       A.   I don't know why. And I didn't think of that

Page 175

1   why. I don't know. I have no idea.
2        Q.   So you never thought about the fact that
3   Madoff -- every customer had a projected return and you
4   would adhere to it pretty consistently. And yet, when
5   you were investing your own money through Fidelity, you
6   didn't feel you had the ability to do that?
7        A.   No, I didn't. And probably because I thought
8   Fidelity was more like a bank, you know, and not like a
9   brokerage firm. You know, everything I knew about
10  brokerage firms I learned from Bernie Madoff.
11       Q.   But Fidelity was investing your IRA and
12  securities --
13       A.   I didn't think like that. I thought of it as
14  a bank. I was putting money in a bank because I had to
15  take it out of Madoff. I don't even remember why. But
16  no, I didn't ask that question. I didn't think of it
17  that way, to be honest.
18       Q.   So was the IRA invested in banks, as a bank
19  deposit? Or was it actually invested in securities?
20       A.   We had securities. The IRA, I think, was
21  opened after Madoff closed. I think I got a check --
22  did I have -- I don't even remember this. But it was
23  securities that were sent there originally, not cash.
24       Q.   And they held on --
25       A.   That might have been what my Cohmad account

Page 176

1   was. I can't remember. Yep. They sold what my
2   husband told them to sell. They bought what my husband
3   told them to buy. And that was -- I never thought one
4   way or the other about the return on it. I didn't have
5   to. I was making a great return where I was.
6        Q.   And you said that your husband had an account
7   or more than one account with Madoff?
8        A.   I'm not going to answer questions about my
9   husband.
10       Q.   Are you --
11       A.   My husband's got nothing to do with Madoff.
12  I'm going to refuse to answer that question.
13       Q.   Did he get favorable returns?
14       A.   I'm not going to answer that question either.
15  That does not have anything to do with my credibility.
16  What he did with his account and his money is his
17  business.
18       Q.   How many other Madoff employees received
19  accounts the way you did?
20       A.   Anybody that wanted one got an account.
21       Q.   And it was built up to $50 million?
22       A.   No, because they kept taking their money out.
23  I never took any money out except when I needed it to
24  buy whatever I needed to buy or pay for a bill.
25       Q.   So how much did Mr. Madoff actually put into

Page 177

1   your account in order to build it up to 50 million?
2        A.   I have no idea. You mean give me in cash?
3   Nothing.
4        Q.   Well, how did it get to be $50 million?
5        A.   The stocks went up.
6        Q.   What stocks were you holding?
7        A.   Oh, I don't remember them all. I had a lot
8   of stocks. We bought over the years. I bought on
9   margin.
10       Q.   You bought them on margin or he did?
11       A.   He did for that account. That account was on
12  margin.
13       Q.   To your knowledge, did any other Madoff
14  employee have that much money in a Madoff account?
15       A.   At the end, no.
16       Q.   Now, your deposition originally was held on
17  June 6, 2016.
18       Do you remember that?
19       A.   Oh, last month.
20       Q.   Yeah. And you took the Fifth Amendment at
21  that time; correct?
22       A.   That's correct.
23       Q.   You understand when you invoke the Fifth
24  Amendment it's because you are asserting your right not
25  to incriminate yourself; right?

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 178

1    A.  Right.
2    Q.  Because you felt that there was some threat
3  of criminal prosecution; right?
4    A.  Is that the only reason why people take the
5  Fifth?
6    Q.  Yes.
7    A.  Do they not take the Fifth because they don't
8  feel like helping?
9    Q.  Is that what you understood it to be?
10    A.  Well, I just didn't want to be a part of it.
11  I just didn't want to be involved in it anymore.  I had
12  enough of it.
13    Q.  When you took the Fifth on June 6th it wasn't
14  because you felt that your testimony could result in
15  your being criminally prosecuted; was it?
16    A.  No, because I didn't do anything else
17  criminally to be prosecuted for.
18    Q.  So the only reason you took the Fifth was
19  because your husband hadn't signed a settlement
20  agreement yet; right?
21    MS. BROWN:  Objection.
22  BY MS. CHAITMAN:
23    Q.  Isn't that true?
24    A.  Well, I was also uncomfortable.  That was not
25  the only reason.

Page 179

1    Q.  What were the other reasons?
2    A.  Well, it was uncomfortable that something
3  like this would happen.  I feel like I'm being attacked
4  by you.  It might be the legal, correct thing to do,
5  but that's the way you're making me feel.  And I just
6  didn't feel like I wanted to talk about it anymore.
7    I mean, I've been on the stand.  I've been
8  found guilty.  I'm here serving a sentence.  I feel
9  like I've done enough.  I don't want to do any more.
10    Q.  Okay.
11    A.  But my lawyer said this is the right thing to
12  do.  So I'm back.  But I don't want to be attacked
13  either.
14    Q.  Okay.  So when you took the Fifth Amendment
15  on June 6th, it was because -- not that you felt you
16  could be criminally prosecuted, it was because you
17  didn't feel like testifying; right?
18    A.  Well, I asked my lawyer if anything could
19  happen to me from this.  Because I don't know the law,
20  obviously, and I was concerned about that, that maybe
21  something I'd say would bring on more charges or -- I
22  don't know.  Whatever.
23    Q.  What happened -- why didn't you invoke the
24  Fifth Amendment today then?
25    A.  Because he's explained to me that I won't be

Page 180

1  charged for anything additional for this.  And it's
2  also part of what you said, part of, you know, being --
3  being helped by Mr. Picard, my husband being helped by
4  Mr. Picard.
5    Q.  Because Mr. Picard agreed that he could keep
6  some of the money that you have.
7    A.  No.  He's agreed to take the money from
8  another source, I guess.  I don't know how that works.
9    Q.  What do you mean?
10    A.  What do I mean?  In other words, if we owe
11  Mr. Picard money, Mr. Picard will take it from the
12  settlement with the government and my husband.
13    Q.  Okay.  There was a $155 million judgment
14  entered against you by the federal court; right?
15    A.  I don't know.  I don't remember.  I guess.
16    Q.  Okay.
17    A.  Billion, though, you're saying; right?
18    Q.  Excuse me.  155 billion.
19    MS. CHAITMAN:  Was it a billion?
20    MR. RIOPELLE:  Yes.
21    MS. CHAITMAN:  Excuse me.
22  BY MS. CHAITMAN:
23    Q.  And the government had seized certain of your
24  assets; isn't that right?
25    A.  That's correct.

Page 181

1    Q.  And those assets included your husband's
2  assets; right?
3    A.  Yes.
4    Q.  So it included the houses.  It included
5  investment accounts; right?
6    A.  Yes.
7    Q.  And all of that was being held in partial
8  satisfaction of the $155 billion judgment against you;
9  right?
10    A.  That's right.
11    Q.  Okay.  And then --
12    A.  Oh, excuse me.  I don't know if that's right.
13  It was held during the trial.  It was held -- I thought
14  so that I couldn't have the funds to run away or do
15  whatever.  I didn't know if it was held against the 165
16  or 55 billion.  No.  I thought that once my trial was
17  over, he would get back whatever he had to have frozen
18  on him because of me.
19    Q.  But that didn't happen; right?  It was still
20  frozen as of June 6th?
21    A.  No.  It didn't happen because they couldn't
22  come to agreement; that's correct.
23    Q.  So there had to be an agreement; right?
24    A.  Uh-huh.
25    Q.  How much did your husband ultimately get

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

47 (Pages 182 to 185)

---

Page 182

1  back?
2      A.  I don't know.
3      Q.  You don't know how much?
4      A.  No, I don't know how much that is.
5      Q.  Well --
6      A.  I know it's a fraction of what he had there,
7  but I don't know how much that is.  I'm not sure.
8          MS. CHAITMAN:  Do we have extra copies
9  of this?
10         MR. DEXTER:  We have.
11         MS. CHAITMAN:  Can we hand them out?
12         MR. DEXTER:  Sure.
13         MS. CHAITMAN:  Why don't we mark this.
14         MS. BROWN:  We're up to Exhibit 68.
15             (Marked for identification
16             as Bongiorno Exhibit No. 1)
17             (Discussion off the record)
18  BY MS. CHAITMAN:
19     Q.  Miss Bongiorno, we took a break and we've
20  marked as Exhibit 1, Bongiorno Exhibit 1, the Amended
21  Consent Preliminary Order of Forfeiture as to specific
22  property/money judgment that was entered in your
23  criminal case.
24         Have you seen this document before?
25     A.  Some of it looked familiar.  I mean, I

---

Page 183

1  haven't looked over the whole thing.  Some of it.
2      Q.  Take your time.  I just want -- I want you to
3  be sure this is a document you've seen before.
4      A.  I remember some of this.  Like on page 3, I
5  remember all of this, 3, 4, 5, 6.
6      Q.  Okay.  So let's go through this.  If we start
7  on page 3 it recites that a forfeiture money judgment
8  was entered against you in the amount of $155 billion;
9  right?
10     A.  Uh-huh.
11     Q.  Okay.  Then it says that the -- it lists a
12  number of assets that you have, starting with A, which
13  says all funds on deposit in six different accounts in
14  your name or your husband's name at CitiBank.
15     A.  That's all familiar to me, yeah.
16     Q.  And then Exhibit B, excuse me, subparagraph B
17  is accounts at Smith Barney in your name and your
18  husband's name; right?
19     A.  Uh-huh.
20         MR. RIOPELLE:  You have to answer out
21  loud.
22     A.  Yes.
23     Q.  Exhibit C is an E*trade brokerage account in
24  your husband's name?
25     A.  Right.

---

Page 184

1      Q.  And D is a TD Bank account?
2      A.  Uh-huh.
3      Q.  And E is an account -- another account at TD
4  Bank.  You see that?
5      A.  Uh-huh.
6      Q.  F is JP Morgan Chase Bank accounts.
7          Do you see that?
8      A.  Yes.
9      Q.  And then G is --
10     A.  That's a joint one.
11     Q.  Okay.
12     A.  Yeah.
13     Q.  And G is New York Community Bank, Roslyn
14  Savings Bank?
15     A.  That's right.
16     Q.  Then you had another bank account at Astoria
17  Federal Savings and Loan?
18     A.  Right.
19     Q.  Then you had another one at Dime Savings
20  Bank?
21     A.  Uh-huh.
22     Q.  Then you had the Fidelity account.  That's
23  the one you mentioned; right?
24     A.  Right.  You notice they're all banks?  Those
25  are all banks that are mine.

---

Page 185

1      Q.  Yeah.  You put a lot of money in bank
2  accounts.
3      A.  Not brokerage firms.
4      Q.  Right.  Then there was a certificate of
5  deposit at Apple; right?
6      A.  Right.
7      Q.  Then you had some money held by your
8  attorney; right?
9      A.  Uh-huh.
10     Q.  Okay.  And then you had real property in Boca
11  Raton; right?
12     A.  Right.
13     Q.  And real property in Manhasset?
14     A.  Right.
15     Q.  And a Bentley, a Mercedes, another Mercedes.
16     A.  Uh-huh.
17     Q.  Then approximately 1.3 million that was held
18  by Chicago Title.
19     A.  Right.  Chicago Title.  I don't remember what
20  that is.
21     Q.  It's a reference to Unit 607.  Is that --
22     A.  Oh.  That was -- okay.  Yes.  I know what
23  that is.
24     Q.  What is that?
25     A.  It's an apartment we were buying that ended

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

Page 186

1    up -- we had to cancel it.
2        Q.  Okay.  And then you had money, about half a
3    million dollars in HSBC.  Do you see that?
4        A.  That's right.
5        Q.  And then you had money at Ameritrade?
6        A.  Right.
7        Q.  And then you had some money at CitiBank?
8        A.  Right.
9        Q.  And then SunTrust?
10       A.  Right.
11       Q.  And then you had an equity interest in Castle
12   Arch Real Estate Company?
13       A.  That was the -- that's right.
14       Q.  What was that?
15       A.  That was something -- I don't know.  My
16   husband -- it was really -- I don't know why my name
17   was on that.  That was his thing.  But okay.
18       Q.  Was it a real estate investment?
19       A.  Castle Arch?  I don't even know what that
20   was, to be honest with you.  It was his baby.  I don't
21   think it's worth anything today.  Is it?  I don't know.
22       Q.  And then there was a -- you had a life
23   insurance policy?
24       A.  Right.
25       Q.  And then you had a safety deposit box with

Page 187

1    jewelry in it?
2        A.  Right.
3        Q.  At Roslyn Savings Bank?
4        A.  Uh-huh.
5        Q.  You had one at TD Bank?  You had a jewelry
6    deposit box?
7        A.  Yes.
8        Q.  Then you had a bunch of watches; is that
9    right?
10       A.  Right.
11       Q.  And the Trustee claimed that you were liable
12   to the estate for about $23 million; isn't that right?
13       A.  I don't remember, but --
14       Q.  Take a look at page 7.  It's the third
15   whereas.
16       A.  I was liable for $23 million?
17       Q.  "The Trustee alleges that the Defendant,
18   Annette Bongiorno, is liable to the BLMIS estate for
19   the receipt of avoidable and recoverable transfers -- "
20       A.  I guess if he says so, yeah.
21       Q.  -- "the aggregate amount of 22,909,000."
22       Do you see that?
23       A.  Uh-huh.  Yeah.
24       Q.  Now, this was a settlement agreement that was
25   entered into by the US Attorney and the Trustee and you

Page 188

1    and your husband; right?
2        A.  Okay.  I guess so.
3        Q.  And under the settlement agreement your
4    husband got certain property back; right?
5        A.  I -- I'm not really sure what he's getting
6    back, but --
7        Q.  Take a look at -- you signed this document;
8    didn't you?
9        A.  Did I sign this document?  I don't know.
10       Q.  Well, take a look.
11       A.  Okay.  I signed the document.  So yes, this
12   is his thing.  I didn't read it all, to be honest with
13   you.
14       Q.  Okay.  Your husband signed this, if you look
15   at page 27, on June 20th.
16       A.  Okay.
17       Q.  Okay?
18       A.  Uh-huh.
19       Q.  And --
20       MS. BROWN:  Just want to point out for
21   the record I think it's actually the 10th,
22   because the judge signed it on the 14th.
23       MS. CHAITMAN:  Look at page 27.  Maybe
24   I'm misreading it, but it looks like --
25       MS. BROWN:  The copy you've given me

Page 189

1    doesn't have page 27.  It does look like the
2    20th; I agree with you.  But Judge Swain
3    signed it on the 14th, and it was entered on
4    the criminal docket on June 14th.
5        MS. CHAITMAN:  Okay.
6    BY MS. CHAITMAN:
7        Q.  So it was signed by your husband after
8    June 6th when you took the Fifth Amendment; right?
9        A.  I guess so.  I guess so.  Yes.  That's what
10   it looks like.
11       Q.  Okay.  And pursuant to this agreement there
12   were certain accounts that were released to your
13   husband; right?  And certain assets that were released
14   to him?
15       A.  That will be, yes.
16       Q.  Right.
17       A.  I don't know if it was released yet or not.
18       Q.  Okay.  And I just want to find the paragraph
19   where they list the property that was released to your
20   husband.
21       MS. CHAITMAN:  Do you see that paragraph
22   where the stuff was released?
23       Q.  If you look on page -- beginning on page 9.
24       A.  Okay.
25       Q.  At the bottom of the page it says, "Whereas,

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 190

1    for purposes of this settlement, the parties agree that
2    upon entry of a final order of forfeiture, the E*trade
3    account and SunTrust account shall be subdivided as
4    follows."
5        Then it says, "Rudy Bongiorno shall retain
6    the shares of stock set forth in schedule A attached
7    hereto," the release stocks?
8        A.  I'm sorry.  On page 9 it says that?
9        MR. RIOPELLE:  She is asking you about
10   what's at the bottom here.
11       THE WITNESS:  Okay, yeah.  Shall be
12   subdivided.  And Rudy shall retain shares.
13   Okay.  What about it?  What's the question?
14       MR. RIOPELLE:  Just that's what it says;
15   right?
16       THE WITNESS:  That's what it says.
17   BY MS. CHAITMAN:
18       Q.  This agreement provides that your husband
19   gets to keep certain assets that the Trustee was
20   claiming; isn't that true?
21       MS. BROWN:  Objection.
22       Q.  Is that what you -- you didn't understand
23   that when you --
24       A.  Honestly, I didn't read this.  I don't even
25   care about this.  But -- so I'm not trying to be -- you

Page 191

1    know, I just didn't read it.  They told me -- between
2    my husband and my lawyer said I can go ahead and sign
3    it, I signed it.
4        I'm not a hundred percent sure what you're
5    getting at.  I'm not a hundred percent sure of your
6    question.  The only thing I do know that was explained
7    to me was what I said to you before, that we owe
8    Mr. Picard a certain amount of money.  He will get that
9    money, but he will get it from the government and
10   that's all I, you know, that's all I know.  How it
11   works, why it works, I don't know.
12       Q.  Okay.  But this agreement says he doesn't get
13   it from the government.  He gets it from stocks that
14   Mr. Picard is releasing to him; isn't that true?
15       MS. BROWN:  Objection.
16       MR. RIOPELLE:  I'm not sure what that
17   question means.
18       Q.  I don't know either.  I thought the
19   government was holding the stock.
20       MR. RIOPELLE:  Just to cut to the chase,
21   do you understand that Rudy gets to keep some
22   of his stocks as a result of this agreement?
23       THE WITNESS:  Yeah.  Yeah.  That I --
24   that I understand, yes.
25

Page 192

1    BY MS. CHAITMAN:
2        Q.  And it's about $3 million worth of assets
3    that he's keeping; isn't that true?
4        A.  Yeah.  I do know that.
5        Q.  And in return, you've agreed to cooperate
6    with the Trustee; isn't that true?
7        A.  Yes.
8        Q.  Okay.  And your testimony is the way that
9    you're cooperating with the Trustee; isn't that true?
10       A.  That's correct.  Honesty to both of you.
11       Q.  I'm sorry?
12       A.  To give my honest answer to both of you, all
13   of you.
14       Q.  Okay.  And you understand that you're under
15   oath; right?
16       A.  Yes.
17       Q.  Now, you testified that Mr. Madoff would meet
18   with the customers when the accounts were set up.
19       A.  Uh-huh.
20       Q.  And that there would be an understanding as
21   to whether the profit withdrawals would be sent to the
22   customer?
23       A.  Correct.
24       Q.  And that that would then be communicated to
25   you by Mr. Madoff; is that right?

Page 193

1        A.  That is correct.
2        Q.  Okay.  And you testified that, to your
3    knowledge, Mr. Madoff did not require a writing from
4    the customer requesting the profit withdrawals at the
5    opening of the account?
6        A.  To my knowledge, no one put that in writing.
7    It was a verbal agreement.
8        Q.  Okay.  Now, if Mr. Madoff testified to the
9    contrary, that is that in fact he required a writing at
10   the inception of the account from the customer --
11       A.  What's --
12       Q.  -- would you -- is it your -- would you say
13   that he was lying or that you just didn't understand?
14       A.  Mr. Madoff lie?
15       MS. BROWN:  Objection.
16       THE REPORTER:  I'm sorry --
17       MS. BROWN:  I said objection.  She
18   said --
19       THE WITNESS:  Never mind.
20       A.  If he said -- you're asking -- the question
21   is that if he said they had to put it in writing, would
22   I call him a liar?
23       Q.  Yes.
24       A.  I don't think I'd call him a liar.  But
25   that's not the way I understand it, and that's not the

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

---

Page 194

1  way I'm going to answer the question.
2      Q.  Okay.  Well, were you present --
3      A.  Can I say one other thing?
4      Q.  Sure.
5      A.  There is no form in my memory that asks that
6  question.  So if he said that, maybe he's miss --
7  forgot or whatever.  I don't know.  There's nothing
8  that says do you want your check and the customer would
9  check off yes or no.
10     Q.  And are you certain, under oath today, that
11  you can testify that there were not letters in the
12  files from inception of the accounts as to whether
13  people wanted their profit withdrawals?
14     A.  No.  What I testified is this:  It wasn't
15  procedure to have a letter in the account.  I'm not
16  saying you couldn't send a letter to me.  There might
17  be letters in the account, but that wasn't the way it
18  was done.
19         The way it was done was either by phone or by
20  meeting with them.  They would have an agreement and
21  that would just be given to me, that information.
22  There were times when somebody would get a check and
23  call up and say:  What is this check for?
24         And I would say:  Well, this check is your
25  profit on such and such.

Page 195

1         And they'd say:  Well, I thought this check
2  was going to remain there.  I didn't want it.
3         Well, then I would say:  Well, speak to
4  Mr. Madoff.  That could be changed.
5         But every account that he would say to me
6  send a check out, I would put an S there.  It did not
7  have to be in writing.  They could have put it in
8  writing, but it didn't have to be put in writing.
9  That's what I said this morning.
10     Q.  Okay.  So if Mr. Madoff testified that he
11  required something in writing from the inception of the
12  account --
13     A.  I'd say he made a mistake.
14     Q.  Okay.  But you weren't present when he had
15  these initial interviews with the customers; were you?
16     A.  I wasn't.  But he gave me every piece of
17  paper he ever had about opening these accounts.  So I'm
18  comfortable with saying that.
19     Q.  Okay.  Now, you testified that Mr. Madoff
20  would sign all the checks, isn't that true, that would
21  go to the customers?
22     A.  No.
23         MS. BROWN:  Objection.
24     Q.  Who signed the checks?
25     A.  That is not true.

Page 196

1         Q.  What time period are you talking about?  At
2  the very, very beginning, like in '68, '70, he was
3  probably doing them all.  But then many people were on
4  the account.  Over the course of my 40 years there,
5  Irwin Lipkin used to sign.  Tony Teletnick could sign.
6  Dan Bonventre could sign.  Enrica Cotellessa-Pitz could
7  sign.  Other people could sign the checks.  I was
8  listed as one that could sign, but I don't think I ever
9  did.
10     Q.  But if the check appears to have Mr. Madoff's
11  signature, was anyone authorized to forge his
12  signature?
13     A.  His brother.  Could have.  Could have.  I'm
14  not saying he did, but he could have.
15     Q.  Well, to your knowledge, were any of the
16  customer checks representing profit withdrawals signed
17  by Mr. Madoff's brother?
18     A.  I -- I don't know.  But he could have.
19     Q.  Well, when you say you don't know --
20     A.  I'm not sure who -- I really don't know.  I
21  didn't -- I didn't get the checks back after they were
22  signed.  I was never the one that mailed the checks
23  out, so I don't know who signed the checks.  At the
24  point where there were five, six people signing checks,
25  I don't know who signed it.  I can't answer that.

Page 197

1      Q.  So someone in the office would bring up a
2  batch of checks that were generated by the computer --
3      A.  Right.
4      Q.  -- representing the profit withdrawals.
5      A.  Right.
6      Q.  They would be brought up either to Mr. Madoff
7  or to his brother?
8      A.  Or --
9      Q.  Or someone else.
10     A.  Depending on the time; right.  Could have
11  been anybody.
12     Q.  Okay.  Then you never saw them.  You
13  didn't --
14     A.  I didn't get them back except maybe if it was
15  my check.
16     Q.  Well, I assume you got your check; right?
17     A.  Well, yeah.  That I would see after it's
18  signed, but --
19     Q.  But you never saw any of the other checks?
20     A.  In the very early years, yes, because in the
21  very early years I mailed them.  But not later on.
22     Q.  When was the period when you stopped mailing
23  them?  Was it at --
24         MR. RIOPELLE:  Best approximation.
25     A.  I'm sorry.

---

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 198

1  Q. -- 885 Third Avenue or when you were on Wall
2  Street?
3  A. Wall Street.
4  Q. So from the time you were on --
5  A. Wall Street.
6  Q. From 1981 on, you had nothing to do with
7  mailing the checks?
8  A. Is that when we moved to Wall Street? '81?
9  MR. RIOPELLE: That's when you got
10  married. And when you got married you were
11  at 885 Third Avenue; right?
12  THE WITNESS: That's right.
13  MR. RIOPELLE: From at least that point
14  on --
15  THE WITNESS: Maybe even earlier than
16  that, but yes.
17  BY MS. CHAITMAN:
18  Q. So you had nothing to do with the -- you
19  didn't --
20  A. Mail them? No.
21  Q. You didn't mail the checks?
22  A. I did not.
23  Q. And was there a person, to your knowledge --
24  and I'm only asking for your knowledge --
25  A. Uh-huh.

Page 199

1  Q. -- who was responsible when the checks came
2  back? Let's assume Mr. Madoff signed the checks.
3  A. Okay.
4  Q. When the pile of checks came back, it was,
5  what, several thousand checks, right, for the profit
6  withdrawals?
7  MS. BROWN: Objection.
8  A. No. Wrong.
9  Q. How many?
10  A. It wasn't several thousand checks every day.
11  You're talking on a daily basis?
12  Q. Not on a daily basis, but when the profit
13  withdrawal checks went out.
14  A. I can't answer that. I have no idea how many
15  checks went out. I never counted them.
16  Q. Okay. Was there anyone in the office who was
17  responsible, to your knowledge, to make sure that every
18  single check that was delivered to Mr. Madoff was
19  signed by him and returned to someone to be mailed?
20  A. I guess whoever would bring them to him would
21  be the one that picked them up and brought them back
22  and gave them to the mail room to sign them -- to mail
23  them out.
24  Q. Okay.
25  A. I don't know that there was one individual

Page 200

1  responsible for that.
2  Q. Do you know -- don't guess. Because if you
3  don't know, just say you don't know.
4  A. Okay.
5  Q. It doesn't help anyone for you to be guessing
6  because it just clouds the record --
7  A. Okay.
8  Q. -- with irrelevant information.
9  To your knowledge, was anyone responsible for
10  making sure that every single check that was delivered
11  to Mr. Madoff for his signature was actually signed by
12  him and returned to the person who had to bring it to
13  the mail room?
14  A. I'm sorry. I don't know how to answer that
15  question.
16  Q. Well, either you know or you don't know.
17  A. Give me the question again.
18  MS. CHAITMAN: Could you read it back
19  please, because it's -- all right.
20  BY MS. CHAITMAN:
21  Q. (Read by reporter). To your knowledge, was
22  anyone responsible for making sure that every single
23  check that was delivered to Mr. Madoff for his
24  signature was actually signed by him and returned to
25  the person who had to bring it to the mail room?

Page 201

1  A. One person all the time? No. To my
2  knowledge, I don't know of anybody that did that.
3  Could have been, but I don't know of anybody.
4  Q. Okay. Now, if you could take a look at
5  Trustee Exhibit 49. This is the house manual. What's
6  easier -- I'm going to change exhibits. If you go to
7  Exhibit 61.
8  MR. RIOPELLE: That's the big one; isn't
9  it?
10  Q. Looking at page 1655, when were you
11  questioned about this --
12  MR. RIOPELLE: That's 56.
13  Q. -- by Miss Brown --
14  A. Yes.
15  Q. -- you testified that this book is dated
16  about 1991 and that you did not work with arbitrage
17  accounts during this period.
18  A. That was correct.
19  Q. Okay.
20  A. I don't think I testified about the year,
21  because there's no year on here. Oh, we compared it to
22  a statement. Yes, you're right. Yes.
23  Q. You said that as of about 1991 you were not
24  doing arbitrage accounts.
25  A. That's right.

SIPC v BLMIS-CONFIDENTIAL                          Bongiorno 7/8/2016

CONFIDENTIAL

Page 202

1      Q.   Okay.  So when, to the best of your
2  recollection, did you stop doing arbitrage accounts?
3  If you knew it wasn't 1991, when did you stop doing
4  arbitrage accounts?
5      A.   I don't know.  If you show me one of these
6  for 1989 I could tell you.
7      Q.   How would you know?
8      A.   Because from the handwriting.  Because when I
9  was doing it, I was writing these checks down the way
10  Joann or Francine is doing it here.
11      Q.   Okay.  So because your handwriting is not in
12  this book, you were no longer doing arbitrage.
13      A.   Correct.
14          MS. BROWN:  Objection.
15          MR. RIOPELLE:  I think she does have
16  some handwritten entries in here.  That's
17  probably the reason that --
18          THE WITNESS:  We're talking about
19  arbitrage only, though; right?
20          MR. RIOPELLE:  You don't have entries
21  for arbitrage trades in this book.
22          THE WITNESS:  No.
23          MR. RIOPELLE:  You have handwriting in
24  here.
25          THE WITNESS:  I might have, but I was

Page 203

1  looking at things -- that's right.  But I was
2  looking at arbitrage trades for --
3          MR. RIOPELLE:  Right.
4          THE WITNESS:  -- that date that she gave
5  me.  And that was not my handwriting, which
6  tells me I wasn't doing them then.
7          MR. RIOPELLE:  Right.
8  BY MS. CHAITMAN:
9      Q.   So you have no recollection.  You would just
10  have to look at the actual book to see if your
11  handwriting appears with respect to arbitrage
12  transactions?
13      A.   I'd have to see something that would, you
14  know, make sense to me.  Like looking at this book, it
15  makes sense that I wasn't doing it then.
16      Q.   Okay.  Okay.
17          Now, you testified that the customer would
18  meet with Mr. Madoff and they would decide whether the
19  customer would take the profits out; right?
20      A.   I testified that they would either meet or
21  talk on the phone and that that decision was made
22  before the account was opened.
23      Q.   Okay.  And I think you also testified that
24  the customers would usually come in to meet with
25  Mr. Madoff when they opened their accounts?

Page 204

1      A.   Usually.  Yes, if they could.  Yes.
2      Q.   And then you said that there was a time when
3  Mr. Madoff insisted that everyone take their profits
4  out.
5      A.   Right.
6      Q.   And when was that time?
7      A.   I don't remember.  But it was almost towards
8  the end of the arbitrage era because he told me that
9  because they were harder to find, the situations were
10  harder to find, he didn't want to keep -- open any new
11  moneys, put in any new accounts in arbitrage.  He
12  didn't want to add any moneys to what he already had
13  working in arbitrage.  So he wanted all the profits to
14  go out at that point.
15          Even the people that had asked to have them
16  reinvested he would say no, not at that point.  When
17  they turned over to options maybe their account changed
18  again, but there was a certain point where he just
19  stopped doing that.
20      Q.   So are you saying that he wanted to stop
21  doing arbitrage?
22      A.   I'm saying that what he explained to me was
23  that the arbitrage situations were harder to find, so
24  he didn't want to add to it.  He didn't want to add to
25  the money he was already investing in arbitrage.

Page 205

1  That's what I understood.  That's what he told me.
2      Q.   Okay.  So was it your understanding that,
3  with respect to the arbitrage accounts, that those were
4  actual trades that he was doing, that those were real
5  transactions?
6      A.   Yes.
7      Q.   Do you have any reason to believe that when
8  he was doing the arbitrage trading that the
9  transactions reflected on the statements were not
10  accurate transactions?
11      A.   No.  I believe they were accurate
12  transactions.
13      Q.   And what's the basis of your belief?
14      A.   Because he said so.  I just believed him.  I
15  believed him.  I mean, I was working with him since I'm
16  20 years old.  Everything I knew about the business he
17  taught me.  Why would I question him?  I don't even --
18  I don't even -- to this day I don't even understand why
19  I would have questioned him.
20      Q.   Now, Mr. DiPascali pled guilty.
21      A.   Right.
22      Q.   And he pled that the fraud began in the late
23  1980s or early 1990s.
24      A.   Uh-huh.
25      Q.   Is that consistent with your understanding?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 206

1          MS. BROWN: Objection.
2      A.  I never knew there was a fraud.  I have no
3  idea what he knew.  He was a very, very smart man.  And
4  if he knew that back then, he never told me anything
5  like that.
6          So he -- he was very well educated, Frank.
7  He was close to a genius in my eyes.  If he picked up
8  on that and he knew that back then, that's on him.  He
9  never told me that.  And I -- I did not know that.
10     Q.  Well, you never knew that he pled that?
11     A.  I did know he pled that.  I -- I was in
12  trial.  I heard the whole thing.  But I didn't know it
13  when -- when he realized that himself, he didn't come
14  tell me, oh, Annette, by the way.  That didn't happen.
15     Q.  Okay.  Now if Mr. Madoff testified that the
16  fraud began in 1992 --
17     A.  Uh-huh.
18     Q.  -- as opposed to in the late 1980s, do you
19  have any information which would indicate to you which
20  was more accurate, that it began in the late 1980s or
21  early 1990s, or that it began in 1990s?
22         MS. BROWN: Objection.  I think this
23     goes outside of the profit withdrawal
24     statement, Miss Chaitman.  Whether or not the
25     trades were real or fake doesn't go to

Page 207

1  anything that has to do with profit
2  withdrawals.
3          MS. CHAITMAN: Yes, it does.
4          THE WITNESS: I don't know the answer to
5      that anyway.
6  BY MS. CHAITMAN:
7      Q.  You don't know the answer?
8      A.  No.  Because I didn't know it was a fraud.
9          THE WITNESS: I need a break.
10         MR. RIOPELLE: Yeah, okay.
11         (Recess taken 1:40 p.m. to 1:45 p.m.)
12  BY MS. CHAITMAN:
13     Q.  If you would be good enough to look at
14  Trustee Exhibit 23.  And if you could go to the page
15  which ends in 333.
16     A.  Which page?
17         MR. RIOPELLE: 333.
18     Q.  333.
19     A.  Okay.
20     Q.  Now --
21     A.  335.  I'm sorry.  Where is 333?
22     Q.  162333.
23         MR. RIOPELLE: Must be sticking
24     together.
25         THE WITNESS: There is 2, then it goes

Page 208

1  to 5.
2          MR. RIOPELLE: Maybe they're out of
3      order.
4          THE WITNESS: 334, 333.  Okay.  I got
5      it.
6          MR. RIOPELLE: She got it.
7  BY MS. CHAITMAN:
8      Q.  You have a handwritten note at the top, dated
9  as of 7/9/84.  "Bernie said it's okay that he never
10  returned tax forms."
11     A.  Uh-huh.
12     Q.  Wasn't it a requirement of the account
13  that --
14     A.  Absolutely.
15     Q.  -- the tax forms be returned?
16     A.  Yes, ma'am.
17     Q.  And wasn't that a legal requirement --
18     A.  Yes, it was.
19     Q.  -- to have tax forms?  So how could you not
20  adhere to that requirement?
21     A.  Because he was moving to Mexico.  I assumed
22  he was going to become a Mexican citizen, or she,
23  whoever this is.  And he said it was okay.  I figured
24  he knew that it was okay.  He was the boss.  I said
25  okay.

Page 209

1          Same -- even for Mexico.  Maybe he's not a US
2  citizen.  Maybe he doesn't have to pay taxes.  Maybe
3  it's a corporation or some kind of trust.  They didn't
4  have to return a tax form to me.
5          There were a lot of -- there were a handful
6  of exemptions to this tax form.  So if he said it was
7  okay, then I assumed Mr. or Miss Charat didn't have to
8  return it.  But I made a note for my records so that if
9  it came back later he said to me where is the tax form,
10  I'd say, well, you said you didn't need one.
11     Q.  Okay.  But you didn't know that Charat was
12  going to be a Mexican citizen or whatever.  That is
13  just conjecture on your part; right?
14     A.  That's correct.  It could have been it was a
15  corporation.  It could have been any exemption.  But I
16  probably figured if he said it's okay, he knows the tax
17  codes.  I don't.  Okay?
18     Q.  Well, he knows.  You mean --
19     A.  Mr. Madoff, yeah, because he's the one that
20  would make that decision, not me.
21     Q.  Okay.  So you were just covering yourself,
22  right, that it wasn't your decision.
23     A.  Covering that if Bernie came back to me and
24  said to me why isn't the tax form in this file, I would
25  say to him, well, you said we didn't need it.  Yes.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 210

Q.  Okay.  And in fact, Mr. Madoff wanted you to retain the records in the customer files; isn't that true?

A.  Yes; that's true.

Q.  He was very specific about that, that if you had letters from the customers they had to be maintained in the files; isn't that true?

MS. BROWN: Objection.

A.  I don't think he was very specific.  He said put them all in the file.

Q.  Okay.  Was there ever a point in time when any of the customer files were lost or there was a decision made to discard documents in the files?

A.  I mean, this file, I would think not.  But I don't know.  I can't answer that question.  If there was I don't know about it.  Let me put it that way.

Q.  So from your -- to the best of your knowledge --

A.  Uh-huh.

Q.  -- would -- when Mr. Picard was appointed Trustee, would all of the customer files have been intact?

MS. BROWN: Objection.

A.  To the best of my knowledge, they should have been, but I can't --

Page 211

Q.  Can you think of any reason why they would not have been?

A.  Yes, because files were pulled all the time for people to look at things.  Bernie could send up a list or call me up.  Have me make a list of files he wanted to look at.  I would pull them out and send them down to him.  They might not have been where they were supposed to be.

Maybe he took something out of the file that he needed or whatever.  You know, took things out to be copied maybe.  So, yeah.  It -- they should have all been there, but there are exceptions to that too.

Q.  Okay.  Did you become aware at any time of any significant documents missing from any customer files?

MS. BROWN: Objection.

A.  I don't remember anything being missing, significant documents missing.

Q.  Any communications to the customer?

A.  No.  They would call.  I mean, if a customer was missing something they would -- no.  If I was missing a tax form, I would call the customer and say: You need to get that back to me.  If -- the customer wouldn't know what was missing.  It was my file, not theirs.  I don't understand the question.

Page 212

Q.  How much of your time, in the period from 1981 on -- this is when you moved to -- after you got married when you were living -- when you were working at 885 Third Avenue -- how much of your time was spent on the phone with customers?

A.  That varied.  I mean, there were days that the calls were heavy and there are days that I just got a couple of calls.

Q.  Were the calls heavier after the customers received their monthly statements?

A.  No.  I don't think there was any one particular time that were heavier than others.

Q.  How much of your time would you estimate was spent dealing with customer phone calls?

A.  I don't know.

Q.  You can't estimate it?

A.  No, because every day was different.  I can't estimate it.

Q.  Okay.  And you testified when Miss Brown was questioning you about some times when people would call up and say I didn't get a check or there was a mistake or something.

A.  Uh-huh.

Q.  How often would people call you up and say, look, I think there was a mistake on my account?

Page 213

A.  Not very often.  Once in a while.  Maybe -- maybe -- I would just be guessing, so I don't want to do that.  But not very often at all.  But I did get those calls occasionally.

Q.  What was the procedure when you got them?

A.  Well, if it was a check that they said that was missing, I would call the bank, make sure that the check didn't clear.  If the check didn't clear, I would put a stop payment on it and send out another check.

If the check cleared, I'd ask the bank to send me a copy of the check, if I didn't have it already back.  And they'd send me a copy of the check for me to send to the customer to show that it had been cashed.

Q.  Okay.  And can you remember any instances where there were other kinds of mistakes that customers called to your attention?

A.  No mistakes.  But people would call and say: You know, I didn't get my statements.  I'd send out a duplicate copy.  That, you know, that could happen.  Often?  Not really.  Maybe somebody was on vacation and mail was, you know, when they got back, unorganized.  They couldn't find something right away.  They'd call and say can I get a copy, and we'd send a copy out.  But not too often, no.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

Page 214

1    Q.  And were the calls from customers divided
2  between you and Frank and Jodi, depending upon who that
3  customer was assigned to?
4    A.  That is correct.  When I was doing the
5  arbitrage accounts, I got mostly every phone call.
6  When they started splitting up the accounts, Joann was
7  doing them.  Frank was doing options.  Then if a
8  customer called that had an option account, like this
9  person had an option account, we said -- he did?  Yeah.
10  Then his call would never come to me.  It would go
11  direct to Frank.
12         The only way I get it is if Frank was out.
13  And all I would do is take a message for Frank.
14    Q.  And I believe you testified that you have no
15  recollection of ever speaking to Aaron Blecker.
16    A.  Aaron Blecker?
17    Q.  Aaron Blecker or Arthur Blecker.
18    A.  I won't say I never spoke to these people,
19  but I don't remember speaking to them at all.
20    Q.  Okay.  Okay.  Now, you testified that copies
21  of checks sent to customers were retained in hanging
22  folders in the mail room?
23    A.  Correct.
24    Q.  Okay.  Now, tell me what a hanging folder is.
25    A.  They're little cardboard things with metal

Page 215

1  clips at the end that hangs on rods.
2         MR. RIOPELLE:  Are they green usually?
3  The ones in my office are green.
4         THE WITNESS:  I think they were brown,
5  actually.
6  BY MS. CHAITMAN:
7    Q.  I had visions of them hanging from the
8  ceiling, but that was wrong.
9    A.  No.  They're in file cabinets.
10    Q.  Right.  Okay.
11    A.  And it's not just the checks.  It's
12  confirmations, memos, statements.  Anything we sent out
13  to a customer is in that folder.
14    Q.  So every -- a copy of every check that was
15  sent to a customer --
16    A.  Uh-huh.
17    Q.  -- was kept in the hanging folder?
18    A.  Yes.
19    Q.  And there was a hanging folder for each
20  customer?
21    A.  Yes.
22    Q.  Now, what happened to those hanging folders?
23    A.  Well, when they would start getting thick, I
24  think it was twice a year they would take everything in
25  the folder out.  Put it in a manila envelope and store

Page 216

1  the somewhere.  Then in December they would bring those
2  manila envelopes up.  Take the next six months out.
3  Put it in the envelopes.  And send it to storage
4  somewhere also.
5    Q.  So are you saying that a copy of every check
6  that was sent to any customer was retained by Madoff
7  and should have been there as of December 11, 2008?
8    A.  Once it was put on the computer and the copy
9  was generated -- because we had that NCR paper I told
10  you about.  So when they printed a check, behind the
11  check was the copy of it, all of those were.  When we
12  were handwriting the checks in the very early years,
13  no, we didn't have copies of the checks then.  But
14  everything that came off the computer came off with a
15  copy, which we saw earlier.  And all of those were
16  saved.
17    Q.  Okay.  So when you were handwriting checks --
18    A.  In '68, '70s.  I don't know how long we
19  handwrote the checks.
20    Q.  But if I take the period from 1981, you were
21  on Third Avenue.
22    A.  Yeah, I believe.
23    Q.  You were working with a computer at that
24  point.
25    A.  That's correct.

Page 217

1    Q.  So from that period on you retained copies of
2  every check that was sent to a customer?
3    A.  Yes.
4    Q.  So that if a profit withdrawal check was sent
5  to a customer you would still have a copy of it?
6    A.  Yes.  It would be in that file.
7         MR. RIOPELLE:  The hanging file in the
8  mail room?
9         THE WITNESS:  The brown one, not the
10  green one.
11         MR. RIOPELLE:  The brown one.  And that
12  would last for six months and then be sent
13  off to storage somewhere.
14         THE WITNESS:  Uh-huh.
15         MR. RIOPELLE:  As far as you knew?
16         THE WITNESS:  Uh-huh.
17         MR. RIOPELLE:  Were you involved in the
18  storing?
19         THE WITNESS:  Huh-uh.  I wasn't involved
20  in the collating, the mailing, the filing, or
21  the storing of it.
22  BY MS. CHAITMAN:
23    Q.  To your knowledge, did you ever hear that
24  there was a fire in the warehouse, or wherever the
25  storage facility was, or there was a flood and these

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 218

1  documents were lost?
2      A.  No.  I don't remember hearing that.
3      Q.  So to your knowledge, if checks were sent to
4  a customer --
5      A.  Uh-huh.
6      Q.  -- there should be copies somewhere in the
7  Trustee's possession?
8      A.  Yes.  Except for at one point -- and I don't
9  remember when -- they decided that we didn't need to
10  hold everything from the very beginning and they did
11  start shredding some of that stuff.  But it happened
12  for just a short period of time and then they decided
13  to hold it again, so they stopped the shredding.
14         So far as I know, everything else was
15  always held in those manila envelopes and they should
16  still be there today, if we were still there today.
17      Q.  Now, at the end of each month, the customers
18  that you were dealing with, the checks were written on
19  the account at JP Morgan Chase, right, the 703 account?
20      A.  I don't really know what checks they used.
21  That's what they told me at trial, that they were all
22  written at the 703 account.
23      Q.  But you don't know that of your own
24  knowledge?
25      A.  No, because -- I know there were several

Page 219

1  checkbooks.  I don't know which ones they used, to be
2  honest.
3      Q.  Because you were not involved in the checks?
4      A.  No.  And if you asked me what checks I got if
5  I pulled money out, I don't even remember.
6      Q.  At the end of each month JP Morgan Chase
7  would send the bank statement for the prior month.
8      A.  Right.
9      Q.  All the cancelled checks back to Madoff;
10  right?
11      A.  I assume so, yeah.
12      Q.  Were you ever involved in the process of
13  reviewing those?
14      A.  I'll tell you what I was involved with.  If
15  there was a list of outstanding checks that didn't get
16  cashed, whoever was checking at that particular
17  month -- which could have been Ruth Madoff, could have
18  been Dan Bonventre, Enrica Cotellessa-Pitz -- whoever
19  did the statements then would come to me.  Say:  These
20  people didn't cash their checks.  Maybe there were two
21  people.  Maybe there were 12.  I can't remember, and it
22  would depend.
23         It wasn't the same number all the time.  We
24  would call those people and say:  You didn't cash this
25  check.  Did you get it?  Some would say:  Yeah, I just

Page 220

1  didn't get to the bank.  Some would say:  Oh, no.  I
2  didn't get it.  Nine times out of ten they hadn't
3  cashed it yet, but we would check that.
4      Q.  Okay.  So to that extent you were involved in
5  that process?
6      A.  In calling if there was a check outstanding;
7  right.
8      Q.  But you didn't personally review the bank
9  statements and go through the checks.
10      A.  No.  I never reviewed the bank statements.
11      Q.  And to your knowledge, was there anyone at
12  Madoff that was responsible to look at the back of the
13  check to see where it was deposited?
14      A.  I don't know anything about that.
15      Q.  Okay.
16      A.  No.  The bank statement -- if the check was
17  deposited it would come back with that statement;
18  wouldn't it?
19      Q.  If a check was deposited it would come back
20  in the envelope with the bank statement.
21      A.  Right.  So why would I have to check the bank
22  to see where it was deposited?
23      Q.  Because I could send it -- I could write out
24  a check --
25      A.  Uh-huh.

Page 221

1      Q.  -- to your attorney.
2      A.  Right.
3      Q.  And it could be deposited into your account.
4  It could be endorsed by you and put in your account,
5  not in your attorney's account.
6      A.  Oh, okay.  Okay.  I see what you're saying.
7  I don't know if somebody did that.
8      Q.  Okay.
9         MS. CHAITMAN:  Roland, I wasn't
10  suggesting --
11         MR. RIOPELLE:  It's all right.  You
12  wouldn't be the first.
13         MS. CHAITMAN:  You just came to mind
14  because I was looking at you.
15         MR. RIOPELLE:  I'm here.
16  BY MS. CHAITMAN:
17      Q.  Could you look at Exhibit 36, please.
18      A.  Okay.
19      Q.  So this is -- this was filled out by Jodi
20  Crupi; right?
21      A.  I believe this is her handwriting, yes.
22      Q.  And does the -- was it the custom in the
23  office to put down the date when you filled out this
24  form?
25      A.  No.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 222

Q. So how would you -- how would you know when this form was filled out?

A. You know, I wouldn't know except that on the back of the envelope sometimes they wrote "new account" and the date. Here, new account. Oh, why does it say new account? Oh, this is saying that this account went into a new account. But sometimes on the back of the folder they wrote down -- we wrote down whatever instructions we wanted the key punch operator to see. And here we're telling her use this exact information for new account number. That's why this is on the back on that last page, 420.

Q. So it says "4/17/96 new account."

A. Yes. That's when obviously he went into the option account. Because see, it says 30/40. That was the option account.

Q. So is it fair to assume that where it says JC with the initials on the -- do you see that on the right-hand side?

A. Yes. 9/22/86.

Q. Right.

A. Right.

Q. So would you assume, based on office practice, that Jodi Crupi wrote out this whole page on 9/22/86?

Page 223

A. I think Jodi wrote out most of it. She did not write out all of it. I don't believe she wrote that 9/22/86. That doesn't look like her numbers.

Q. Well, how many people would be involved in preparing one of these forms?

A. Well, Jodi, she would have written up the form. But then the key punch operator could have signed off on it. It's got -- it's got my initials here, but I didn't put that here. So I'm not really sure what all these initials are.

Q. Which are your initials?

A. I'm AB. I'm Annette Bongiorno.

Q. I see. Above that is?

A. That's the girl whose name I couldn't remember earlier this morning.

Q. So what does that mean if the initials are there?

A. I'm not sure.

Q. So your initials are there, but you didn't -- this is -- none of this is your handwriting.

A. That's correct. None of this is my handwriting.

Q. So you don't know why those initials are there?

A. Correct.

Page 224

Q. Okay. And there's a -- to the left of the initials there's a circle with something in it. I can't tell what that is. It's some kind of symbol.

Do you see that?

A. Yeah.

Q. What is that? Is that an office convention?

A. Honestly, that's more initials. That's more initials. That looks like -- not really sure what it looks like. It looks like more initials to me. You're talking about this one above the JC?

Q. Yes.

A. Yeah, I don't know what it is. I know what the C in the circle means.

Q. What does that mean?

A. Well, the customer gave me his social security number. Maybe he gave it to Bernie over the phone, they gave it to me over the phone. Might have given it to me on a scrap paper, on something. And when I get his tax ID form back I'm going to say that this was confirmed on his tax ID form. So I'm going to put a C there.

Q. Is that your C? Is that your handwriting?

A. That might be mine, but I don't even think that's mine, actually. Somebody else confirmed this.

Q. So the C in the circle is a convention within

Page 225

the office that you've confirmed something.

A. Right. We confirmed it with the tax ID.

Q. That's not your handwriting.

A. No.

Q. And where it says S and 9/29 and there's initials, can you tell whose initials those are?

A. 9/29?

Q. Yeah.

A. On the bottom?

Q. Yeah.

A. No. It looks like somebody went in to make sure that it said send on it. Because see? It's checked off.

Q. So you think the S was not Jodi Crupi?

A. I'm really not sure. It doesn't look like her, but I can't swear to that.

Q. So how many different people could make changes on this form? I mean, it looks here like --

A. Well, only we could make the changes, Jodi, me. Anybody that originates this sheet can make a change. These are the initials that people that key punch, people that double-check things. They're not changing anything.

Q. So -- okay. So what we -- if I can just clarify this. We've got looks like E, G, right, or

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 226

1   E --
2       A.  What the heck was her name?
3       Q.  So there's that person.  Then there's your
4   initials, AB.
5       A.  Right.  Right.
6       Q.  Right?  And then there's Jodi.  And then
7   there's the person in the circle.  So right at the top
8   of the page we've got four different people who've
9   somehow --
10      A.  Yeah, but one person did all those initials
11  with the exception of JC.  That's definitely Jodi's JC.
12  Somebody else did these other initials.  I don't know
13  what they're for.  I don't have the original envelope
14  for this, so I don't know if something is missing.
15          This paper, all it has is the date that this
16  account closed and a new one was opened.  It's not
17  giving me the other information that should be attached
18  to the original folder.
19      Q.  What information should have been attached
20  that isn't attached?
21      A.  The final sheet, the back of the folder that
22  we write everything on, that's not here.  I don't -- I
23  can't help you with this.  I don't know how to answer
24  those questions.
25      Q.  Okay.  So now on the top of the thing it says

Page 227

1   the account number is 10025410.
2       A.  Right.
3       Q.  That's crossed off.  It says 1B002210.  How
4   did that happen?  What does that mean?
5       A.  Well, originally the account was the 100254.
6   But then we went into a new system, where we used the
7   last name as a code, the first letter of the last name.
8   So this became a B account.  1B0022 is the new account
9   number.
10      Q.  Do you remember when that change took place?
11      A.  That could have been -- I don't, because they
12  don't have it dated.  I don't remember.  And I don't
13  know.
14      Q.  So somebody went in at the time that change
15  was made and then crossed --
16      A.  That's how I know that I don't have the whole
17  folder, because when we made changes like that we wrote
18  it on the back of the folder.  It's not here.  The
19  folder is missing.  I don't have the whole folder for
20  that.
21      Q.  Okay.  So if you look at the -- this account,
22  which became the -- it was 100254.  It became 1B002210;
23  right?
24      A.  Uh-huh.
25      Q.  According to this document, this remained a

Page 228

1   send account through 2008?
2       A.  No.  You can't tell that through this
3   document.  This account closed.  The 1-0 account
4   closed.  So as long as this was an arbitrage account it
5   was a send.  At the point where this became an option
6   account, which I believe is here, in '96, this would
7   have become an option account.
8           Option accounts work differently.  They
9   didn't get sent every time there was a trade.  They got
10  sent at the end of every quarter a profit.  I would
11  assume from what I'm seeing that these were always
12  sends, but now they became quarterly, not every time
13  there was a trade.
14      Q.  Okay.  But assuming that this was the
15  accurate instruction from the client --
16      A.  Right.
17      Q.  -- then after it became an option account?
18      A.  Right.
19      Q.  After it became this new number, 10156;
20  right?
21      A.  Right.
22      Q.  Then quarterly profits would have been sent
23  to the customer?
24          MS. BROWN:  Objection.
25      A.  No.  When it became this number -- oh, is

Page 229

1   this the number you said?  The 1B0.
2       Q.  1B0156.
3       A.  Then it would be quarterly.  That's right.
4   That's right.
5       Q.  Quarterly.  If you'd look at Exhibit 41.
6       A.  Thank you.
7       Q.  So on 41 you said that what happened here was
8   that Mr. Blecker called up.  There was a check issued
9   for HealthSouth for $3,230.02.  You see that?
10      A.  Yes.
11      Q.  On July 11th of 1991; right?
12      A.  Yes.
13      Q.  And you said that Mr. Blecker must have
14  called up because that check was cancelled and a new
15  check was issued on July 17th.
16          Do you remember that testimony?
17      A.  I do, but --
18      Q.  Okay.
19      A.  Can I say something?
20      Q.  Let me just ask you.
21      A.  Sure.
22      Q.  When you made that testimony you weren't
23  testifying from personal knowledge; right?
24      A.  No.  I was testifying based on what I think
25  I'm seeing.  But over the course of the afternoon I

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

---

Page 230

1  realized there's other ways that this would have
2  happened. That's what I was just going to --
3      Q. Let me just ask you this.
4      A. Sure.
5      Q. If a check was mailed out on July 11th --
6      A. Right.
7      Q. -- Mr. Blecker couldn't possibly have gotten
8  it until, like, the 14th; right?
9      A. Okay.
10     Q. And he wouldn't know that he's entitled to
11 the check until he gets a statement at the end of the
12 month; isn't that true?
13     A. That's not true.
14        MS. BROWN: Objection.
15     Q. How would anyone know?
16     A. Because on this 11th a new trade was done.
17 Usually they got that trade before the check. See the
18 new trade that says -- I can't even read this -- Thermo
19 Election Corp -- Electron Corp.?
20     Q. Right.
21     A. That's a new trade. So usually they get the
22 trade in the mail. That trade probably went out on the
23 12th, 13th. He probably got that at the time he should
24 have -- and realized he should have had a check from
25 his last trade. But that's not the only way it could

---

Page 231

1  happen. There is something that I didn't think of
2  earlier.
3      Q. And what's that?
4      A. Well, what if this check was returned to us,
5  maybe it didn't get stamped. Maybe it was returned in
6  the mail because it was damaged. Maybe something else
7  happened with the check.
8      Q. Okay. But basically you're just speculating?
9      A. I'm speculating.
10     Q. You have no idea?
11     A. I have no idea.
12     Q. And in fact, if you look at the debit column,
13 this account was debited twice for the exact same
14 amount; wasn't it?
15     A. Yeah, it had to be.
16     Q. Well, if you cancel the first check --
17     A. Right.
18     Q. -- then you should have credited the first.
19     A. I did. It's right below it, right there
20 below it.
21     Q. I see. You credited it once. Okay.
22     A. I cancelled it.
23     Q. Debited twice; cancelled it once.
24     A. Somebody did. Might have been me.
25     Q. Okay. But in any event, you have no personal

---

Page 232

1  knowledge as to what happened with that --
2      A. No.
3      Q. -- account.
4      A. I can't remember. This is what? Like '91?
5      Q. Did you even handle that account in '91?
6      A. I don't know that either.
7      Q. Yeah. So you're really just guessing?
8      A. No. But just based on the statement, looking
9  at the statement, that's typically what would happen
10 when a check -- when somebody called in and said we
11 didn't get a check. That's exactly what we would do,
12 and that's what I was saying. We call the bank and
13 check it out. Then cancel the check and send a new one
14 right away.
15     Q. Okay.
16     A. Usually the same day. So when I saw that,
17 that's the first case scenario that came to mind.
18     Q. All right. But again, you have no idea what
19 happened.
20     A. I don't remember seeing it personally. I
21 could have, but I don't remember it.
22     Q. And you really don't remember ever speaking
23 to Blecker; right?
24        MS. BROWN: Objection.
25     A. I don't remember never speaking to him

---

Page 233

1  either. I don't know. I don't remember.
2      Q. All right. Now, if you would be good enough
3  to look at Exhibit 61.
4        MR. RIOPELLE: That's the big fat one
5  again.
6        THE WITNESS: Thank you.
7  BY MS. CHAITMAN:
8      Q. If you look at Exhibit 61, the first check on
9  Exhibit 41 that we've been talking about for $3,230.02
10 to HealthSouth was issued on July 11th.
11        Do you see that?
12     A. Yeah. On the statement, yeah.
13     Q. Can you show me in Exhibit 61 where that
14 check was listed for July 11th?
15     A. That might have come off the computer, but
16 let me see. Let me look at July 11th. Hold on. Take
17 this off.
18        MR. RIOPELLE: Yeah. That's May.
19        THE WITNESS: June, July. It is not
20 here for 5/11 -- I mean 7/11. It's on -- no,
21 it's not here for 7/11.
22 BY MS. CHAITMAN:
23     Q. But it is there for 7 --
24     A. Yes. But not every check is going to be on
25 here, because some of them were already on the

---

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 234

1  computer.  And they came -- remember I said there was
2  another sheet, a green bar sheet that would come off
3  the computer?  There were three places they can get
4  their checks from:  Either the check out book, the
5  computer sheet, or the checks came in on a spiral
6  notebook.
7      MS. BROWN:  I think you're looking at
8  the wrong date.  That's all.  Just not the
9  11th.
10     THE WITNESS:  This is not the 11th?
11     MS. BROWN:  I'm just saying it's in
12  there, just not on the 11th.  It's on the
13  17th.
14     THE WITNESS:  Well, that's when we
15  replaced it.
16     MS. BROWN:  Right.
17  BY MS. CHAITMAN:
18     Q.  I just want to be clear about something.  I
19  thought that we were talking about different time
20  periods when you were using the spiral notebook.
21     A.  I don't remember when we started using the
22  computer printout versus the spiral notebook.  It's not
23  going to be in two places.  So if it's not here, it was
24  on the run.
25     Q.  But isn't it true that at the time you

Page 235

1  started the computer system you stopped using the
2  handwritten spiral notebook?
3     A.  That is true.
4     Q.  Okay.
5     A.  That's why it could be on the green bar.
6     Q.  But okay.  Just let's -- okay.  So if on
7  July 17th it was in the spiral notebook --
8     A.  Yes.
9     Q.  -- why the week before would it not have been
10  in the spiral notebook?
11     A.  Because the week before it went out the
12  regular way, which is right through the computer
13  programming, and the sheet that that gave us, on the
14  17th it was cancelled and reinstated because there was
15  a problem with it.  That's not going to be on the green
16  bar.  It's not going to come out with the profits.
17     The profit was originally due on 7/11, and it
18  probably came out on a green bar on 7/11 that lists all
19  the arbitrage profits for that day.  Something happened
20  with it.  We had to cancel it and reissue it.  We had
21  to do that manually.  And that's why it's in the book,
22  this spiral book.
23     Q.  So you're saying that this entire book,
24  Exhibit 61, is only when there was some kind of
25  mistake?

Page 236

1      MS. BROWN:  Objection.
2     A.  No, not saying that.  I'm saying in this case
3  that's what happened.
4     Q.  But why wasn't -- when the check was
5  originally issued, weren't the checks issued based upon
6  what was written in Exhibit 61?
7      MS. BROWN:  Objection.
8     A.  No.  It could have been in the spiral
9  notebook or it could have been on the ledger sheets
10  that come out of the computer, the green bars.
11     It's not here and that's what that's telling
12  me.  It would have been there.  Because if you look --
13  I mean, I didn't go through this whole thing.  And I
14  can't remember.  I'm answering to the best of my
15  ability.  But it makes perfect sense to me that the
16  profit was due on 7/11 and it came off the computer.
17  We use that computer sheet to generate that check.
18     But then, because there was a problem with
19  it, we put the new check in the manual sheet, because
20  that wasn't going to come up in the computer again.
21     You understand what I'm saying?
22     MR. RIOPELLE:  Uh-huh.
23     Q.  Okay.  So going back to -- it's not on 7/11,
24  we know that.  If you look at 7/17 in the book; right?
25     A.  Right.

Page 237

1     Q.  These -- 7/17 -- which is page HWN ending
2  1651; right?
3     A.  Right.
4     Q.  So this has -- one, two, three, four --
5     A.  Four checks.
6     Q.  -- five, six -- six checks; right?
7     A.  Yes, six checks.
8     Q.  Six checks that were profit withdrawals all
9  for --
10     A.  No.
11     MS. BROWN:  Objection.
12     A.  Not true.  Four profit withdrawals and two
13  capital withdrawals.
14     Q.  I see.  You're right.  Okay.
15     So the C&M7 are capital withdrawals.  And the
16  other four are HealthSouth profit withdrawals; right?
17     A.  That's right.
18     Q.  And these are listed in the book?
19     A.  That's right.  These there was some kind of a
20  problem with.  These were second edition checks.
21     Q.  So all four of these?
22     A.  Right.
23     Q.  Were second edition checks?
24     A.  Has to be.
25     Q.  And then saying that as of -- as of

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 238

1   July 17, 1991, in the normal course the checks would be
2   on the -- would be coming out of the computer system,
3   that you wouldn't be relying on the handwritten ledger?
4       A.  Not that same date though, because that was
5   not the date the check was due.  The check was due on
6   the 11th, which was the original date it went out.
7       Q.  Okay.  But for the 11th what you're telling
8   me is, is that as of July 11, 1991, the profit
9   withdrawals were generated by computer, the list of
10  profit withdrawal checks were generated by computer.
11      A.  Right.
12      Q.  They were put on -- they were printed out on
13  the green bar paper?
14      A.  Correct.
15      Q.  And that green bar paper was the source of
16  the information that people used to write out the
17  checks?
18          MS. BROWN:  Objection.
19      A.  Correct.
20      Q.  Is that what you're saying?
21      A.  I believe so, yes.  That's what I'm saying.
22      Q.  Okay.  So then this book was only if there
23  was a mistake?
24      A.  No.  No.  This book dealt with other accounts
25  too.  This book dealt with other kinds of checks, like

Page 239

1   tax-exempt income checks.  It dealt with capital
2   withdrawals.
3       Q.  Let's just focus on the profit withdrawals.
4       A.  I'm answering your question.
5       Q.  Let me try it again.  I want to focus only on
6   checks that were issued for profit withdrawals.
7       A.  Okay.
8       Q.  As of July 11, 1991, was the information that
9   you used to write checks for profit withdrawals derived
10  from the computer, which was printed on the green bar
11  paper?
12      A.  Yes, I believe so, based on what you're
13  showing me here.
14      Q.  Well --
15      A.  Not based on my memory, because my memory
16  doesn't remember what July 11th was back then.
17      Q.  No, no, no.  But I --
18      A.  Based on what you're showing me, yes.  The
19  answer is yes.
20      Q.  Okay.  So this book would not have been used
21  for that purpose?
22      A.  That's correct.
23          MS. BROWN:  Objection.
24  BY MS. CHAITMAN:
25      Q.  Just to be clear, it was only when there was

Page 240

1   a mistake that this book was used?
2           MS. BROWN:  Objection.
3       A.  Only when -- only if there was a mistake or a
4   check that went astray or something happened in a 1-0
5   account, in an arbitrage account.  This was used for
6   other things, not just mistakes.
7       Q.  Okay.  But for the arbitrage accounts --
8       A.  For the arbitrage accounts.
9       Q.  As of 19 --
10      A.  If something was missed; that's correct.
11      Q.  Just to be clear --
12      A.  Right.
13      Q.  -- for the arbitrage accounts --
14      A.  Right.
15      Q.  -- as of the time period covered by
16  Exhibit 61 --
17      A.  Uh-huh.
18      Q.  -- this was only used if there was a mistake
19  in the issuance of the check?
20      A.  No.
21          MS. BROWN:  Objection.
22      A.  The word "mistake" is not -- yeah.
23          MS. BROWN:  Hasn't said mistake.
24      A.  I don't know if I'd used the word mistake,
25  but it wasn't used for the regular, everyday profit

Page 241

1   withdrawal checks.  The computer was.
2       Q.  Only if there was something exceptional such
3   as a check getting lost?
4       A.  Right.  Right.
5       Q.  Okay.
6           MR. RIOPELLE:  Okay.  That was clear.
7           THE WITNESS:  It was?
8           MR. RIOPELLE:  Yes, very.
9           THE WITNESS:  Well, she asked for a
10  long --
11  BY MS. CHAITMAN:
12      Q.  Now, if you'd look at Trustee Exhibit 37,
13  please, if you could take out just Exhibit 40 and just
14  look at both Trustee Exhibit 37 and 40.  I want to ask
15  you a question.
16          MR. RIOPELLE:  Here's 40.
17      Q.  You may recall that I had questioned
18  Miss Brown as to the date of Exhibit 40, which doesn't
19  appear to have a date on it.  And Miss Brown said that
20  it would be clarified by another document, and then she
21  gave you Trustee Exhibit 37.  And if you look at
22  Trustee Exhibit 37 on April 28th there's a check --
23  there's an entry, check, Fleet/Norstar PW $2,606.03.
24          Do you see that?
25      A.  Yes.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS-CONFIDENTIAL                              Bongiorno 7/8/2016
CONFIDENTIAL

Page 242

1    Q.   And then you pointed out that if you look at
2    Trustee Exhibit 40 that same amount shows up on
3    April 28th.
4        Do you see that?
5    A.   Yes.
6    Q.   And so you said that was the same
7    transaction?
8    A.   Yes.
9    Q.   Now, what is the account number on Exhibit 40
10   for that transaction?
11   A.   100- -- wait, 40?  Sorry.  1B0021 -- 221.
12   Q.   Okay.  And now what is the account number on
13   Exhibit 37 which reflects that same transaction?
14   A.   100254-10.
15   Q.   Okay.  So is that the same account?
16   A.   Yes.  That's the account I showed you before
17   that had the name change.
18   Q.   Okay.  So you mean at the same point in time
19   Madoff's computer records would be referring to the
20   identical account using two different numbers?
21   A.   For a while we would do that, until
22   everything was converted over to the new number.
23   That's what they did.
24   Q.   So you mean these were both generated by the
25   AS/400; right?

Page 243

1    A.   That's correct.
2    Q.   So you mean at the same time on any given day
3    the AS/400 would generate these two documents referring
4    to the same account using different numbers?
5    A.   Yes, it's possible.
6    Q.   And how is that --
7    A.   When we --
8    Q.   How is that possible?  If you're programming
9    the computer to say that the account in the name of
10   Aaron Blecker, 50 Grist Mill Lane, Great Neck, New York
11   is account number 1B00221, how does the computer then
12   use the other number?
13   MS. BROWN:  Objection.
14   A.   It was programmed to do that until everything
15   was converted into new numbers.  Because maybe they
16   didn't do that all in one day.  Maybe it took a couple
17   of days.  But if my memory is correct, if you had the
18   regular statements, you'd see both numbers on the
19   statement, I think, because we did that twice.  We
20   changed numbers.
21       If you remember, one of the accounts had
22   three numbers.  It had a 100 number then a 1B number,
23   then -- that's this one.  Didn't it have a number
24   before this?  Yeah, when it became a 30.
25       When we converted from the 100 to the ones

Page 244

1    with letters, we just told the computer this is the
2    same account number so just treat them the same.  Even
3    though this was printed at month end with the new
4    number, this was done right before we did this with the
5    old account number.  But that's what it is and that's
6    how they did it.  I don't know why.  I'm not a
7    programmer, but that's the way they did it.
8    Q.   For what period of time did they have the
9    same account designated with different numbers?  Do you
10   recall?
11   A.   The same account with different numbers?
12   Q.   In other words, like this.
13   A.   Could I see that other sheet again?  Well,
14   obviously in April they did.  I don't know about March.
15   I'd have to look at March.  But here's April and they
16   did it in April.  I'd have to look at March to see if
17   it happened in March.  But I want to see, when does it
18   say new account number?  April.
19       So maybe it was only the one month.  See,
20   because it says it changed in April, so maybe only
21   April would look this way.
22   Q.   What document are you looking at?
23   A.   This is number 36.
24   Q.   Number 36.
25   A.   And this was the name and address file, the

Page 245

1    maintenance file.
2    Q.   So this says April 17th, '96, new account is
3    1B0156.
4    A.   Right.
5    Q.   So 1B0156 --
6    A.   This is a different account number.  This is
7    not a good example.
8        Do we have Aaron Blecker's -- wait a minute.
9    254 and 221.  254, there's something missing.  This
10   is -- there's something missing from this file.  I
11   can't figure it out.  254 --
12   Q.   We have --
13   A.   -- became 1B156.  This is 1B221.  When did
14   156 -- oh, it said in April of this same year.  No.
15   This is '92.  This is '96.  Okay.  See, there's
16   something missing from this file.  That's what's
17   causing the confusion.
18       So 100254 became B22.  But this other thing
19   they're showing me, they're saying that it became this
20   B22 in -- what did I just say?  Where is the other
21   thing?
22   MS. BROWN:  You have it in your hand.
23   A.   I've confused myself, because this says 156
24   and 96.  So this went from 254 to 221, B221.  So we're
25   looking at apples and oranges here.  This is like a

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 246

1  different time period altogether. I don't know how to
2  show her this, because this is not even going to be --
3  this is the portfolio run.
4      Q. When you're saying "this," are you referring
5  to --
6      A. Okay, I'm looking at --
7      Q. -- Trustee 40?
8      A. Right. That's the portfolio run for the
9  arbitrage accounts. When this became B -- when this
10  became B156 it was an option account. So that you
11  wouldn't see here. And that was in 1996. So there was
12  a step in between that's missing from here. I don't
13  have all the papers.
14      MR. RIOPELLE: When you say "from here"
15  you're referring to Trustee Exhibit 36?
16      THE WITNESS: Right.
17      A. See, because this is saying that this 254
18  went into B221. I don't know -- I don't know -- I
19  don't know where the rest of the paperwork is here to
20  show that. But this is one and the same account, even
21  though the numbers are wrong. It's because this 00254
22  became this B221 and then the 221 became the 156
23  four years later.
24      Q. And why was the second -- why was it changed
25  the second time?

Page 247

1      A. The second time it was changed because the
2  type of account changed. It went from a 1-0, which is
3  an arbitrage, to a 3-0, which is an option. At this
4  point they couldn't just combine numbers like they did
5  here because it was becoming a whole different entity.
6      So they completely closed one account and
7  completely opened a new account. They put all this
8  information in the new account folder. But they didn't
9  take everything that happened in the middle out, which
10  is the B, going from the 254 to the 1B221.
11      Q. When you say "they," you're talking about the
12  Madoff people who did this.
13      A. Yes, who actually did this conversion. Or
14  whomever made the copies didn't copy everything in the
15  folder because that would have to be on the folder
16  also.
17      Q. Okay. Okay.
18      A. But there's no doubt in my mind this is the
19  same account. You could tell that.
20      Q. Because it's the same name and address?
21      A. It's the same. It's the exact same
22  amount of money. It's around the same investment. See
23  it's saying in April he had an investment of about
24  97,000. And then when you add the profit in, he has
25  its account value is about 102. It just adds up.

Page 248

1      I didn't do that. I kept better records. I
2  had a very good trail on my accounts.
3      MR. RIOPELLE: Just for the record's
4  sake, throughout Miss Bongiorno been
5  referring to Trustee Exhibit 36, Trustee
6  Exhibit 37, and Trustee Exhibit 40, kind of
7  pointing at all three of them at various
8  points.
9  BY MS. CHAITMAN:
10      Q. So who -- was there -- was there a quality
11  control person who -- so that there was some
12  consistency in the files? I mean, you said you
13  wouldn't have done it this way.
14      A. Well, I'm not a programmer. I didn't -- I
15  couldn't tell you how to go from one program to
16  another. But the powers that be, the people that know
17  programming, and Bernie probably decided this is the
18  way they were going to do it when they melded these two
19  accounts together.
20      As far as this paper trail, I've never seen
21  that before. I don't know if this is just a freak
22  thing that this account we happened to pick. But I
23  didn't have anything to do with the option accounts
24  either.
25      Maybe that's all Frank wanted in the file.

Page 249

1  Maybe he didn't want everything in the file. I can't
2  answer for him. I don't know.
3      MR. RIOPELLE: You're referring to
4  Trustee 36?
5      THE WITNESS: Right. Yeah.
6  BY MS. CHAITMAN:
7      Q. You're saying maybe Frank didn't want to keep
8  everything in the file?
9      A. Maybe whatever kind of paperwork, other
10  paperwork was in this file he didn't need to have
11  because he was keeping the old file plus his new file.
12  You know, I don't know. I can't -- I can't answer that
13  because I didn't do it. I don't know. That's
14  possible.
15      Q. Okay. So you'd have -- I mean only Frank
16  would know what he --
17      A. Yeah. Well, as far as this goes, yes.
18      Q. This would have been handled by Frank?
19      A. Yes. He wouldn't have done it personally,
20  but he would have given them the instructions on how to
21  do it.
22      MR. RIOPELLE: Once it became an options
23  account.
24      THE WITNESS: Yes. The option folder
25  would have been his, you know, decision how

BENDISH REPORTING
877.404.2193

SIPC v BLMIS-CONFIDENTIAL                          Bongiorno 7/8/2016
CONFIDENTIAL

Page 250

1  he wanted to keep it and what papers should
2  have been transferred over to open the new
3  folder.  The old folder's got to be there
4  somewhere.
5  BY MS. CHAITMAN:
6     Q.  When you say it's got to be there --
7     A.  It would have been in the office somewhere if
8  he didn't use everything, sure.
9     Q.  It should have been there.
10    A.  Sure.
11    Q.  Now, you testified that before 2000 Jodi and
12  Frank took over a lot of your duties.
13    A.  Well, when the option accounts became a part
14  of this whole scenario, they took all the accounts, a
15  lot of the accounts that were arbitrage, over to that
16  side of the office where the options were being run.
17  So that's what I meant by that.
18    Q.  Okay.  When --
19    A.  Plus I was coming back and forth to Florida a
20  lot.  So Jodi took over some of the managerial, you
21  know, things in the office.
22    Q.  When you talk about option accounts, are you
23  referring to the split strike conversion strategy?
24    A.  Yes.
25    Q.  Okay.  Okay.  And that started in about 1992;

Page 251

1  right?
2     A.  I don't remember.
3     Q.  Well, if Mr. Madoff testified that that
4  started in 1992 would you have any reason to --
5     MS. BROWN:  Objection.
6     A.  Oh, sure, because he doesn't lie.  I don't
7  know.
8     MR. RIOPELLE:  Do you remember that it
9  started after the Avellino & Bienes --
10    THE WITNESS:  It started after that,
11  yes.
12  BY MS. CHAITMAN:
13    Q.  Okay.  Well, Avellino & Bienes was 1992.
14    A.  So it started after that some time.  Not to
15  say there -- maybe there were a couple of accounts he
16  had before that.  But the big amount of accounts that
17  went into options went in after that -- after that
18  whole thing.
19    Q.  Okay.  All right.  So I want to understand
20  what the difference was in your duties with respect to
21  the customers.
22    A.  Okay.
23    Q.  Let's say that the split strike conversion
24  strategy started in 1992.
25    A.  Uh-huh.

Page 252

1     Q.  From that point going back, you were -- what
2  was your involvement?
3     A.  I was really just managing the office and the
4  accounts that were just considered long position
5  accounts, not these accounts.
6     Q.  You were not involved in the regular
7  customers.  When you say long position you're talking
8  about --
9     A.  Accounts that he brought staff -- for like my
10  account that we didn't turn around and sell right away.
11    Q.  Or a Stanley Chais?
12    A.  Those were the accounts that had just open
13  long positions.  Although Stanley Chais had options
14  account and he had arbitrage.  He had every kind of
15  account at one point.
16    Q.  And you handled his account.
17    A.  Only the long position accounts at this
18  point.  You're talking about now later on; right?
19  You're talking about 2000 and up?  You said about 2000.
20    MR. RIOPELLE:  Well, Annette, Joann Sala
21  was in charge of the arbitrage accounts at
22  one point; right?  So by the time she was in
23  charge of those you were not doing the
24  day-to-day on those?
25    THE WITNESS:  When Joann was doing the

Page 253

1  arbitrage accounts she was still under, like,
2  my umbrella.  I was still helping out
3  whenever she needed help, if she had
4  questions, if she was needing things from
5  David and he was ignoring her and stuff like
6  that, that was me.
7     MR. RIOPELLE:  You were still helping
8  out at that point?
9     THE WITNESS:  I was helping out and I
10  was supervising it.  She was doing the actual
11  work, but I was supervising it.  When she
12  retired and those accounts became option
13  accounts, I no longer had anything to do with
14  any of those accounts.
15    MR. RIOPELLE:  Not even in a supervisory
16  role?
17    THE WITNESS:  No, nothing.  And if
18  somebody would have called and said I have a
19  question on this, it would have gone directly
20  to Frank DiPascali.
21    MR. RIOPELLE:  When you said Mr. Chais,
22  he had all different kind of accounts.  He
23  had an arbitrage account.  He had an options
24  account.  He had a long positions account.
25    Is it correct that, with respect to the

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

Page 254

1   arbitrage account, Joann Sala might have done
2   the day-to-day work on that under your
3   supervision?
4       THE WITNESS: Right.
5       MR. RIOPELLE: The long position account
6   you did the actual day-to-day work on.
7       THE WITNESS: Right.
8       MR. RIOPELLE: And the option account,
9   Frank and Jodi did the day-to-day work on?
10      THE WITNESS: Exactly.
11      MR. RIOPELLE: Does that help?
12      MS. CHAITMAN: It does, yes. Thank you.
13  BY MS. CHAITMAN:
14      Q. You mentioned there were customers that had
15  long positions, where you actually held the stock?
16      A. Right.
17      Q. Was one of those customers Sage, S-A-G-E?
18      A. Yes.
19      Q. And you --
20      A. He had that account for awhile and then he
21  became options also.
22      Q. Right. But he had a long position, where you
23  held those stocks for a long period of time?
24      MS. BROWN: Objection. How is this
25  related to profit withdrawal? He's not a

Page 255

1   profit withdrawal customer.
2   BY MS. CHAITMAN:
3       Q. He is. Isn't that -- isn't that correct that
4   those were held --
5       MS. BROWN: Objection.
6   BY MS. CHAITMAN:
7       Q. You can answer the question.
8       A. Okay. Mr. Sage had an arbitrage account. He
9   had a long position account. And he had an option
10  account, just like Stan Chais. At one point, though,
11  his option account went to -- sorry -- his arbitrage
12  went to option and his long positions went to option.
13  Then he was just doing options there for a while.
14      Q. When you say his long position went to
15  options --
16      A. They sold off whatever was in his account, my
17  best recollection --
18      Q. Right. Right.
19      A. -- and took that investment and put it into
20  the option account.
21      Q. But prior to that those securities were held;
22  isn't that correct?
23      MS. BROWN: Objection.
24      A. Prior to that? To the best of my knowledge,
25  yes, it was a long position account.

Page 256

1       Q. Okay.
2       MS. CHAITMAN: Could we take a
3   ten-minute break? I just want to go through
4   and make sure -- I have a couple of other
5   areas I want to cover. I just want to
6   arrange my thoughts.
7       (Recess taken 2:46 p.m. to 3:03 p.m.)
8   BY MS. CHAITMAN:
9       Q. Miss Bongiorno, as I understand your
10  testimony, after an account was opened, if a customer
11  wanted to change instructions as to send profits or
12  reinvest they had to send a letter; is that correct?
13      A. That's correct. They have to first call and
14  speak to Mr. Madoff and ask to be able to do it, and
15  then they'd have to follow up with the letter for me.
16      Q. Okay. And why -- was it Mr. Madoff who set
17  the requirement that you had to -- that the customer
18  had to send in a letter?
19      A. Yes.
20      Q. And did he ever explain to you why he
21  required that?
22      A. He didn't. But that's not something I would
23  need an explanation for. I wouldn't ask for one.
24      Q. What was your understanding as to why you
25  needed it?

Page 257

1       A. He wanted it. He wanted it. It goes in the
2   file.
3       Q. But did you have any understanding as to why
4   he wanted it?
5       A. I don't know. Maybe just as a paper trail.
6   I really don't know. I never asked him why he wanted
7   it. I just made sure if it had been changed that I got
8   it.
9       Q. Okay. You didn't -- you didn't have an
10  understanding yourself that it would be important to
11  have a written record of what the customer was
12  requesting?
13      A. Yes. I understood that it would be important
14  to have a change of what -- anything that was going to
15  change had to be in writing.
16      Q. Okay. And were you informed or did you learn
17  of any federal regulations which required that
18  investment advisory customers' requests had to be put
19  in writing?
20      MS. BROWN: Objection.
21      A. I didn't know anything about any regulation
22  like that, no. I didn't know anything about it.
23      THE WITNESS: Is there one? Can I ask?
24      MR. RIOPELLE: You don't get to ask
25  questions now.

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 258

1    THE WITNESS: Okay. I take it back.
2  BY MS. CHAITMAN:
3    Q. Now, you mentioned that Mr. Madoff would meet
4  with customers when they opened their accounts. And I
5  believe you testified that you did not attend those
6  meetings; is that correct?
7    A. That is correct in 99 percent of the cases.
8  Sometimes he'd call me in. If they were sitting there
9  with a check that he wanted to deposit that day or me
10  to bring papers in them for them to sign that day, like
11  tax ID forms, then he would call me in. But it didn't
12  have to happen that way.
13    Q. Okay. And to your knowledge, what about with
14  Frank DiPascali, did he generally meet with new
15  customers with Mr. Madoff?
16    A. I do not know.
17    Q. What about with Jodi Crupi?
18    A. I don't know.
19    Q. Now, you prepared for this deposition; didn't
20  you?
21    A. No.
22    Q. You didn't meet with your attorney to prepare
23  for this deposition?
24    A. Well, I mean, he asked me about it. He told
25  me what was going to happen. If that's what you mean

Page 259

1  by "prepared," yes. Then yes.
2    Q. Yes, that's what I mean by prepared.
3    A. Yeah.
4    Q. In fact, you met with him; didn't you?
5    A. Yes.
6    Q. So when did you meet with him?
7    THE WITNESS: When were you here?
8    A. Yesterday. And the day before the last one,
9  June whatever.
10    MR. RIOPELLE: Fifth I think that would
11  be, yeah.
12  BY MS. CHAITMAN:
13    Q. And how long did you meet with Mr. Riopelle
14  yesterday?
15    A. An hour? Two? Maybe two hours.
16    Q. And what did you talk about?
17    MR. RIOPELLE: In general.
18    A. In general we talked about if I was going to
19  be in any kind of, you know, problem doing this, if it
20  could hurt me in any way, if it could -- if I would be
21  pulled out of here at any time. Things -- that's what
22  concerned me mostly; right? That's what we talked
23  about.
24    Q. And did Mr. Riopelle show you any documents?
25    A. He did. He showed me a couple of documents.

Page 260

1    Q. And these were documents that were in a
2  folder that he brought with him?
3    A. I don't remember what they were in. I don't
4  remember what they were in.
5    Q. They were in a folder that had a Baker &
6  Hostetler label on them, right?
7    MS. BROWN: Objection.
8    A. I don't remember what was on the label
9  either. I don't know.
10    Q. Well, isn't it --
11    A. If there was anything on the label.
12    Q. -- anything Mr. Riopelle has with him today?
13    MS. BROWN: Objection.
14    A. Quite honestly, I didn't look at the folder.
15  It wasn't important to me.
16    Q. But he showed you a lot of the documents that
17  you actually were questioned about.
18    A. He showed me about four documents yesterday.
19    Q. And they were among the documents that you
20  were questioned about today.
21    A. Yes.
22    Q. Yes. And he told you what the Trustee wanted
23  to elicit from you, isn't that --
24    MS. BROWN: Objection.
25    MR. RIOPELLE: Yeah. I think that's

Page 261

1  invading the privilege at that point.
2    MS. CHAITMAN: I don't think so. How
3  can it be a privilege if you tell her what
4  the Trustee is seeking? How is that --
5    MR. RIOPELLE: I think my conversations
6  with my client are privileged.
7    MS. CHAITMAN: Only if it's relating
8  to --
9    MR. RIOPELLE: I object. Don't answer
10  that one.
11    THE WITNESS: Yes, sir.
12    MS. CHAITMAN: How is a communication --
13    MR. RIOPELLE: I think you're wasting
14  your time. I've objected. You'll have to go
15  to the Court to get that question answered.
16    MS. CHAITMAN: Okay. I just want to be
17  clear. The --
18    MR. RIOPELLE: You're wasting your time.
19  Ask another question.
20    MS. CHAITMAN: The question you're
21  refusing to let her answer is --
22    MR. RIOPELLE: What did I tell her.
23  Yes, I refuse to let her answer that.
24    MS. CHAITMAN: What did --
25    MR. RIOPELLE: Ask your next question.

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

---

Page 262

BY MS. CHAITMAN:

Q.  Did Mr. Riopelle tell you what the Trustee wanted you to testify about?

MR. RIOPELLE:  Objection. I instruct you not to answer that question.

BY MS. CHAITMAN:

Q.  Did Mr. Riopelle tell you what the Trustee wanted to establish through your testimony?

MR. RIOPELLE:  Again, I object to what I told her.  And I instruct her not to answer that question.

BY MS. CHAITMAN:

Q.  Did Mr. Riopelle tell you that it was your obligation, in view of the settlement agreement which allowed your husband to keep about $3 million of assets, that you had to testify a certain way today?

MR. RIOPELLE:  Again, I object to what I told her.  That's privileged.

MS. CHAITMAN:  I have no further questions.

MS. BROWN:  I have maybe two, three minutes of questions.  I just want to clarify one thing for the record.

* * * * *

---

Page 263

REDIRECT EXAMINATION

BY MS. BROWN:

Q.  Miss Bongiorno, I want you to take a look at Trustee Exhibit 36.

A.  Uh-huh.

Q.  If you can turn to the page ending at 419.

A.  Uh-huh.

Q.  What are the two account numbers you see at the top of that page?

A.  100254-10.

Q.  And what's the second account number you see?

A.  1B0022-10.

Q.  And what do those two account numbers mean to you?

A.  The one that's crossed out, 100254-10, that was the original account number.  It was then changed and that account number became 1B0022-10.

Q.  I'd like to show you what's been marked as Trustee Exhibit 37.

A.  Okay.

Q.  And what account number is listed on Trustee Exhibit 37?

A.  This is the original one, 100254-10.

Q.  Okay.  And I'd like to show you Trustee Exhibit 40.

---

Page 264

A.  Uh-huh.

Q.  And what account number do you see for Aaron Blecker?

A.  1B0022-10.

Q.  And what's that account number?

A.  What do you mean?  Aaron Blecker.

Q.  Is that the new account number?

A.  That's the new one, yes.  Sorry.

Q.  But the account number of 100254-10 --

A.  Right.

Q.  -- and 1B0022-10 are the same account?

A.  They're one and the same; that's right.

Q.  And then turning back to Trustee Exhibit 36.

A.  Uh-huh.

Q.  If we can look at the page ending in 420.

A.  420.  Okay.

Q.  And what does that page look like to you?

A.  It looks like the account is going to be closed and it's going to be a new account in the same name, 1B015630-40.

Q.  The 30/40 refers to option accounts?

A.  Yes.

Q.  The actual page that's shown in the -- that ends in 420, what does that image look like to you?

A.  The back of the folder.

---

Page 265

Q.  And if I can just have you look at -- Trustee 36 -- I show you what's been marked as Trustee Exhibit 44.

A.  Okay.

Q.  If you can turn to the page ending in 126.

A.  Uh-huh.

Q.  And what is the account number you see at the top of that page?

A.  1B0022.

Q.  And that was the account number that we were just looking at; correct?

A.  I believe that was the new account number.  Let me just make sure.  That was the new arbitrage account number, yes.

Q.  Just staying with that exhibit, Trustee Exhibit 36.

A.  Right.

Q.  Looking at the last page of Trustee Exhibit 36, and what do you see on the Trustee Exhibit 36, the last page?

A.  It says, new account April 17, 1996, 1B0156-30/40.

Q.  And what do you see in Trustee Exhibit 44, what account?  What's the account number?

A.  I see 1B0022 going into 1B0156.

---

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

68 (Pages 266 to 269)

Page 266

1    Q. Okay. So based on your review of these
2    documents, Trustee Exhibit --
3         MR. RIOPELLE: 36 and whatever that is.
4    BY MS. BROWN:
5    Q. -- 36 and 44 --
6    A. Right.
7    Q. -- Mr. Blecker's account started with the
8    account number 100254; correct?
9    A. Correct.
10   Q. And Mr. Blecker's account became 1B0022;
11   correct?
12   A. That's correct.
13   Q. And then when the arbitrage account ended and
14   it became an options account, Mr. Blecker's account
15   number became 1B0156?
16   A. Correct. And he changed the title then.
17   Q. And what was the title changed to?
18   A. From a personal account to a revocable trust.
19        MS. BROWN: That's all my questions.
20        MS. CHAITMAN: Okay. We did it.
21        MR. RIOPELLE: Hallelujah.
22        (Thereupon, the proceedings concluded at
23   3:15 p.m.)
24
25

Page 267

1
2              CERTIFICATE OF OATH
3
4    THE STATE OF FLORIDA )
     COUNTY OF SUMTER )
5
6
7
8
9    I, the undersigned authority, certify that
10   ANN BONGIORNO personally appeared before me and was
11   duly sworn on the 8th day of JULY, 2016.
12
13
14   Signed this 11th day of JULY, 2016.
15
16
17   _____
     ELIZABETH A. SPEER
18   Notary Public - State of Florida
     My Commission No. FF 928093
19   My Commission Expires: 11/28/19
20
21
22
23
24
25

Page 268

1              CERTIFICATE OF REPORTER
2    THE STATE OF FLORIDA )
3    COUNTY OF SUMTER )
4
5    I, ELIZABETH A. SPEER, CRR, RMR, FPR, RSA, certify that
6    I was authorized to and did stenographically report the
7    deposition of ANNETTE BONGIORNO, pages 5 through 266; that a
8    review of the transcript was requested; and that the
9    transcript is a true and complete record of my stenographic
10   notes.
11   I further certify that I am not a relative, employee,
12   attorney, or counsel of any of the parties, nor am I a
13   relative or employee of any of the parties' attorney or
14   counsel connected with the action, nor am I financially
15   interested in the action.
16
17        DATED this 11th day of July, 2016.
18
19
20   _____
21        ELIZABETH A. SPEER
          Certified Realtime Reporter
          Registered Merit Reporter
22        Florida Professional Reporter
          Realtime Systems Administrator
23
24
25

Page 269

1    July 11, 2016
2    ANNETTE BONGIORNO
     c/o Roland G. Riopelle, Esq.
3    Sercarz & Riopelle, LLP
     810 Seventh Avenue, Suite 620
4    New York, New York 10009
     IN RE: SIPC v BLMIS
5    CASE NO.: 08-01789(SMB)
6
7    Please take notice that on the 8th day of JULY, 2016,
     you gave your deposition in the above cause. At that
8    time you did not waive your signature.
9    The above-addressed attorney has ordered a copy of this
     transcript and will make arrangements with you to read
10   their copy. Please execute the Errata Sheet, which can
     be found at the back of the transcript, and have it
11   returned to us for distribution to all parties.
12   If you do not read and sign the deposition within 30
     days, the original, which has already been forwarded to
13   the ordering attorney, may be filed with the Clerk of
     the Court.
14   If you wish to waive your signature now, please sign
     your name in the blank at the bottom of this letter and
15   return it to the address listed below.
16   Very truly yours,
17
18   ELIZABETH A. SPEER, CRR, RMR, FPR, RSA
     Phipps Reporting, Inc.
19   1551 Forum Place
     Building 200, Suite E
     West Palm Beach, Florida 33401
20
21   I do hereby waive my signature.
22
     _____
23   ANNETTE BONGIORNO
24
25

**SIPC v BLMIS-CONFIDENTIAL**　　　　　**Bongiorno 7/8/2016**

**CONFIDENTIAL**

Page 270

1　　　　　　　　ERRATA SHEET
　　　　　DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
2　　　　　　　IN RE: SIPC v BLMIS
　　　　　　　ADV. PRO. NO. 08-01789(SMB)
3　　　WITNESS: ANNETTE BONGIORNO　　　TAKEN: 07/08/2016
4

PAGE　LINE　　CHANGE　　　REASON FOR CHANGE
5　　　_____
6　　　_____
7　　　_____
8　　　_____
9　　　_____
10　　_____
11　　_____
12　　_____
13　　_____
14　　_____
15　　_____
16　　_____
17　　_____
18　　_____
19　　_____
20　　_____
21　　_____
22　　　　Under penalties of perjury, I declare that I have read
　　　the foregoing document and that the facts stated in it are
23　　true.
24　　_____　_____
　　　Date　　　　ANNETTE BONGIORNO
25

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016

CONFIDENTIAL

**A**

**a.m**
1:20 5:2 83:2,2 142:9
**Aaron**
2:9 51:15 52:21 90:11
95:5,25 101:2 117:16
118:11 158:21 214:15
214:16,17 243:10
245:8 264:2,6
**AB**
223:12 226:4
**abbreviated**
67:12
**Abe**
152:23
**ability**
9:11 175:6 236:15
**able**
256:14
**above-addressed**
269:8
**absolute**
165:6
**Absolutely**
40:3,16 208:14
**account**
3:18,20,24 4:2 29:1
30:15 31:4,10,12,16
32:19 33:12,16,18,18
33:19 34:21 35:1,9,20
35:25 36:1,2,10,10,20
36:20 37:1,2,20,21,23
37:24 38:14,19,20
42:12 44:13 45:18
49:23,24 52:1,2,12
53:18 54:20 55:21,22
57:8,11,15,18 59:4,20
62:2,4,11,22 64:20,22
64:23 65:4 66:4 67:11
68:23 69:2,4,7,16
71:10 72:3,8 73:9,10
73:24 74:9,22 79:12
81:6,6,8 87:6,7,12,13

87:15,16,24 88:3,4,10
88:11,13,19,22 89:2
89:12,13,14,20,21,24
90:3,4,6,9,12 93:25
94:11 95:17,23 99:13
99:20 100:4,7,10,15
100:15 101:3,19
102:5 103:20 104:6,7
104:8,10,17 105:21
105:23 106:3,6,7,17
106:17,19,19 107:24
108:8,11 109:6 110:6
111:16,23 112:16
113:9 114:17,21,24
115:8,17 116:13
117:15 118:3,10,12
118:15,16 119:7,14
119:18 120:5,18,19
120:20 121:1,7,9
122:1,7 123:19
125:23 126:19 127:25
128:2,3 132:20,20,21
133:7 135:7 137:5
138:20 139:14,15,22
141:24 142:1,16
145:13,22 146:3,7,16
146:17,19 147:9,11
147:18 148:20 149:3
149:12 155:8,10,11
156:12,16 161:4,19
161:20 162:8 168:15
168:18,21 169:13
171:10,14,20 172:6
172:22 173:3,14,16
173:17,17,24 175:25
176:6,7,16,20 177:1
177:11,11,14 183:23
184:1,3,3,16,22 190:3
190:3 193:5,10
194:15,17 195:5,12
196:4 203:22 204:17
208:12 212:25 214:8
214:9 218:19,19,22

221:3,4,5 222:4,5,6,6
222:7,11,13,15,16
226:16 227:1,5,8,8,21
228:1,3,3,4,6,7,17
231:13 232:3,5 240:5
240:5 242:9,12,15,16
242:20 243:4,9,11
244:2,5,9,11,18 245:2
245:6 246:10,20
247:2,6,7,8,19,25
248:22 249:23 252:10
252:14,15,16 253:23
253:24,24 254:1,5,8
254:20 255:8,9,10,11
255:16,20,25 256:10
263:8,11,13,16,17,21
264:2,5,7,9,11,18,19
265:7,10,12,14,21,24
265:24 266:7,8,10,13
266:14,14,18
**account's**
99:15
**accounts**
16:17,19,25 17:2,4,6,9
17:11,13 20:21 21:17
21:21 23:12,23 29:11
29:13 30:24 33:24
41:1,8 42:24 48:9
49:20 53:11 54:18,19
54:19,21,22,24 55:5,9
55:14 56:9,10,21 57:2
58:25 60:7,14,22,23
60:25 61:4,14,18,21
63:12 72:11 88:24
89:5 90:2,3 110:22
111:8 119:11,23,24
131:11 132:7,8,9
135:9,10 137:16
138:1,17 148:7,7
150:3 151:1,12,16
152:13,24,25 153:7
156:15,16,18,19,21
156:22,23 160:13

161:7,12,13,17,23
162:12,18 163:2,5,6,7
163:16,21 164:1
166:1 169:21 171:18
176:19 181:5 183:13
183:17 184:6 185:2
189:12 192:18 194:12
195:17 201:17,24
202:2,4 203:25
204:11 205:3 214:5,6
228:8 238:24 240:7,8
240:13 243:21 246:9
248:2,19,23 250:13
250:14,15,22 251:15
251:16 252:4,5,5,9,12
252:17,21 253:1,12
253:13,14,22 258:4
264:21
**accurate**
143:6,9 205:10,11
206:20 228:15
**accurately**
9:19
**acknowledged**
8:3
**action**
268:14,15
**actual**
142:1 160:22 161:4
167:23 203:10 205:4
253:10 254:6 264:23
**add**
34:24 76:11 85:18
125:11 173:6 204:12
204:24,24 247:24
**added**
125:11
**addition**
48:3 138:8,10,19
**additional**
6:18 48:6 180:1
**additions**
112:5

SIPC v BLMIS-CONFIDENTIAL            Bongiorno 7/8/2016
CONFIDENTIAL

address
63:9 66:2,22 70:13
   110:18 119:2 123:1
   124:23,25 125:4,6
   139:10,15 140:4,7
   141:4,14 142:2
   244:25 247:20 269:15
addressed
126:21
adds
247:25
adhere
175:4 208:20
Administrator
1:25 268:22
Adv
1:2 270:2
advisory
16:20 40:10 41:8
   157:18 257:18
affect
9:11
afternoon
229:25
aggregate
187:21
agree
189:2 190:1
agreed
29:24 31:11,15 88:4
   165:1 180:5,7 192:5
agreement
62:24 178:20 181:22
   181:23 187:24 188:3
   189:11 190:18 191:12
   191:22 193:7 194:20
   262:15
agreements
69:15,16
ahead
17:23 144:25 155:22
   191:2
air

155:24
Alethea
24:11,13 26:8 42:15
   129:19 134:6
alleges
187:17
allowed
7:6,12 155:22 262:16
Allyson
129:2,2,3,12,14,17
Alpern
67:21 152:23
alphabet
89:1
altogether
246:1
Amended
4:4 182:20
Amendment
177:20,24 179:14,24
   189:8
America
11:2,3
Ameritrade
186:5
AMF00162330
63:18
AMF00162333
70:5
AMF00162335
66:7
amount
42:13 50:8 59:8 75:5
   75:10,11 80:17 81:1,9
   81:10 92:24 94:5,25
   95:7 96:1,15 99:16
   108:19 109:19 111:22
   132:22 138:7 148:12
   183:8 187:21 191:8
   231:14 242:2 247:22
   251:16
amounts
44:14 50:5 52:7 54:7

55:21,25 96:8 98:6,10
98:13,17 102:24
137:6
Amy
2:6 5:20
Anderson
25:3,4 55:15
Angela
20:2,4 25:1
Angela's
20:12
Anheuser-Busch
98:6,8
ANN
267:10
Annette
1:17 2:15 3:2,14,17
   5:11 44:4 152:3
   187:18 206:14 223:12
   252:20 268:7 269:2
   269:22 270:3,24
annualized
113:14,18,25
answer
9:3,17,19 13:8,20 16:9
   17:24 39:9 147:3
   153:4 158:17 160:3
   160:15 161:10,11,21
   163:24 165:10,15,16
   165:16,17,18 173:1
   174:5,8 176:8,12,14
   183:20 192:12 194:1
   196:25 199:14 200:14
   207:4,7 210:15
   226:23 239:19 249:2
   249:12 255:7 261:9
   261:21,23 262:5,11
answered
151:9,9 261:15
answering
13:12 21:11 236:14
   239:4
answers

8:24 9:4,5 165:13
anybody
30:24 158:24 176:20
   197:11 201:2,3
   225:20
anymore
41:17 163:6 173:23
   178:11 179:6
anyway
89:15 207:5
apartment
185:25
apologize
81:24 101:14
appear
75:14,15 88:19 99:15
   241:19
APPEARANCES
2:1
appeared
267:10
appears
87:8 117:24 196:10
   203:11
Apple
185:5
apples
245:25
applies
6:8 7:22
appointed
210:20
appreciate
25:16
appreciation
168:18
approve
39:13
approved
39:15 126:25 127:2
approximate
10:4 154:4
approximately

08-01789-cgm   Doc 14162-4   Filed 09/23/16   Entered 09/23/16 11:23:35   Exhibit 2
Pg 73 of 115
SIPC v BLMIS-CONFIDENTIAL              Bongiorno 7/8/2016
CONFIDENTIAL

Page 273

36:19 40:9 103:5,8
113:2 145:18 148:23
150:15,17 153:11
160:9 185:17
**approximation**
197:24
**April**
90:5 117:5,7,10 127:20
241:22 242:3 244:14
244:15,16,18,20,21
245:2,14 247:23
265:21
**arbitrage**
42:24 48:9 54:20,21,22
54:24 55:5,9 56:9,9
56:10,22 57:2,9,12,23
58:23 59:5 60:22 71:8
90:2 111:4,12 131:11
132:7,10 135:9 148:5
148:14 156:14,20
160:13 161:12 162:13
162:15 163:5,6,7
164:2 165:19 167:19
201:16,24 202:2,4,12
202:19,21 203:2,11
204:8,11,13,21,23,25
205:3,8 214:5 228:4
235:19 240:5,7,8,13
246:9 247:3 250:15
252:14,21 253:1,23
254:1 255:8,11
265:13 266:13
**arbitrages**
111:10
**Arch**
186:12,19
**area**
165:19
**areas**
256:5
**arrange**
256:6
**arrangements**

269:9
**Arthur**
52:21 104:8 105:1
109:7 110:14 121:2
214:17
**as-of**
167:20,21,22 168:14
169:16
**AS/400**
26:25 27:2 40:6,10,13
40:15,17,21 41:5,7
42:1 73:2 115:22,25
133:15 135:25 139:19
140:9 141:20 242:25
243:3
**Asha**
25:7
**asked**
128:14 137:5 143:19
179:18 204:15 219:4
241:9 257:6 258:24
**asking**
8:22 28:12 48:15
101:11 146:19 152:12
157:3 158:2 171:23
190:9 193:20 198:24
**asks**
106:2 194:5
**assaulted**
164:24
**asserting**
177:24
**assets**
180:24 181:1,2 183:12
189:13 190:19 192:2
262:17
**assigned**
214:3
**assistant**
24:1 55:12
**assisted**
23:22
**associated**

134:16
**assume**
67:25 115:19 116:9
197:16 199:2 219:11
222:17,23 228:11
**assumed**
111:9 208:21 209:7
**assuming**
53:10 228:14
**asterisks**
84:23
**Astoria**
184:16
**astray**
240:4
**attached**
45:25 77:18 89:7 190:6
226:17,19,20
**attacked**
179:3,12
**attend**
258:5
**attendance**
163:15
**attention**
47:2 213:17
**attorney**
7:12 185:8 187:25
221:1 258:22 268:12
268:13 269:8,12
**attorney's**
221:5
**August**
125:4
**authority**
267:9
**authorization**
62:23
**authorizations**
69:15
**authorized**
7:1 196:11 268:6
**authorizing**

3:14,16
**automated**
18:21,22 19:3,5,10,15
21:16 22:14 26:22
27:12 33:13 41:1
42:23,25 69:10 71:8,8
71:9 131:12 136:12
136:21
**automatic**
137:9
**automatically**
36:17,21 37:3,8,14
39:21 100:22 106:23
122:11,12 131:10
134:9
**available**
148:12
**avanderwal@bakerl...**
2:7
**Avellino**
67:21 152:23 251:9,13
**Avenue**
2:10,16 11:25 12:2,7
19:2,7 21:14 22:24
35:7,8 40:18 41:3
42:6,7,10 62:17
153:25 154:2,11,16
156:10 157:14 160:7
160:12 198:1,11
212:4 216:21 269:3
**average**
115:3
**avoidable**
187:19
**aware**
211:13
**awhile**
254:20

|   |   |
| --- | --- |
| **B** | |

**B**
3:12 183:16,16 227:8
246:9 247:10
**B0022-10**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

117:17
**B0023**
104:11
**B156**
89:25 246:10
**B22**
245:18,20
**B221**
245:24 246:18,22
**baby**
186:20
**back**
11:4 30:13 37:12 39:5
39:5 40:19 44:9 46:23
46:24 56:6 59:14 62:1
65:12 66:14,18 69:17
69:23 70:12 80:5,23
81:21 83:5,16,16
84:11,12 85:9,12,16
91:5 111:14 114:22
118:6 120:10 124:20
124:21,22 125:16,17
125:21 127:3,8
131:20 136:23 138:5
140:18 144:12 147:6
149:24 150:16,21,22
160:12 170:24 179:12
181:17 182:1 188:4,6
196:21 197:14 199:2
199:4,21 200:18
206:4,8 209:9,23
211:23 213:12,22
219:9 220:12,17,19
222:4,7,11 224:19
226:21 227:18 236:23
239:16 250:19 252:1
258:1 264:13,25
269:10
**background**
14:16
**backside**
83:17
**backup**

129:21
**bad**
12:12 130:12
**Baker**
260:5
**BakerHostetler**
2:4
**balance**
13:9 99:6,7,9,11,12,15
99:20 101:18,20,23
101:24 102:4,8,13,17
103:21 108:11,11,13
108:14 113:12 128:3
**balances**
101:11 142:20
**Bancorp**
55:23 95:21
**bank**
11:2,3 93:4,18 143:22
143:23 173:25,25
174:20,20 175:8,14
175:14,18 184:1,4,6
184:13,14,16,20
185:1 187:3,5 213:7
213:10 219:7 220:1,8
220:10,16,20,21
232:12
**Bankruptcy**
1:1 6:24
**banks**
175:18 184:24,25
**bar**
131:22 132:17,19
133:2,11 234:2 235:5
235:16,18 238:13,15
239:10
**Barbato**
25:8 26:10 44:1,8
49:16 51:12,17 55:12
114:14
**Barney**
183:17
**bars**

131:21 132:15 133:13
133:20,21,23 134:18
134:19 236:10
**based**
51:20 54:16 69:1 87:11
88:18 89:1 90:7 96:18
99:14,22 124:15
138:16 139:18 142:1
153:10 155:19 170:9
222:23 229:24 232:8
236:5 239:12,15,18
266:1
**basement**
79:17,19,24 80:2
**basically**
114:17 231:8
**basis**
199:11,12 205:13
**batch**
119:21 120:3,4,6,11,12
197:2
**Bates**
47:3 49:1,7 83:8,8 97:6
101:16,22 102:3,16
107:4 108:24
**Beach**
269:19
**bearing**
102:16 107:4 108:24
**bears**
8:12 97:6 101:15,21
102:3
**becoming**
60:17 121:9 247:5
**began**
5:1 11:9 13:16 14:21
16:16 17:4 150:25
154:5 205:22 206:16
206:20,21
**beginning**
18:3,4 19:20 23:25
32:19 34:12 37:15
41:18 113:11 146:2

157:11 169:23 189:23
196:2 218:10
**behalf**
2:2,9,15 6:9
**belief**
205:13
**believe**
11:15 15:9 42:9 49:14
51:11 66:10 97:23
150:20 156:22 170:16
172:11 205:7,11
214:14 216:22 221:21
223:2 226:8 238:21
239:12 258:5 265:12
**believed**
26:25 160:25 167:18
170:16,20 205:14,15
**Bentley**
185:15
**Bernard**
1:8,12 5:21 14:5
**Bernie**
2:3 23:9 38:18 45:13
60:16 67:15 69:6,12
69:25,25 70:2 88:7
106:2,9,14 111:7
115:2 126:25 158:25
159:7 165:24 170:8
175:10 208:9 209:23
211:4 224:16 248:17
**Bernie's**
67:20
**Bernstein**
7:18
**best**
17:24 148:22,24 149:3
158:17 159:22 160:21
197:24 202:1 210:17
210:24 236:14 255:17
255:24
**better**
164:25 248:1
**beyond**

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016

CONFIDENTIAL

7:6

**Bienes**
152:23 251:9,13

**big**
124:2 201:8 233:4
251:16

**bigger**
103:13 163:11

**bill**
176:24

**billion**
180:17,18,19 181:8,16
183:8

**bills**
162:18

**binder**
131:9,13,14,23 132:3,5
132:14,17 133:24
135:7

**bit**
14:14,16 15:5 17:16
19:17 41:13 62:1
103:13 155:1

**black**
131:19

**blank**
112:12 269:14

**blanks**
68:15

**Blecker**
2:9 3:18,20,24 4:2
51:15 52:12,21,21
90:11 95:5,25 96:23
100:17 101:2 104:8
105:1,3 108:2 109:7,7
110:15,16 117:16
118:11 121:2 155:10
158:21 214:15,16,17
214:17 229:8,13
230:7 232:23 243:10
264:3,6

**Blecker's**
245:8 266:7,10,14

**BLMIS**
2:3 5:25 10:21 11:7,9
11:22 12:6,17 13:6,16
14:22 16:22 22:13
26:7 28:8,11 29:6,9
29:15 32:10 33:17
36:24 37:5 39:13 40:5
40:9,17,21 41:5,21
42:5 47:15,18,20,22
48:6 54:5 56:18 57:19
58:18 60:1,6 62:2,7
64:11,21,24 70:25
75:16 76:1 77:13
78:10 79:15 86:6,6
89:5,17 100:17 108:3
126:4 129:11 130:4
142:11,22,23,25,25
187:18 269:5 270:2

**block**
27:15

**blocks**
27:9,19 28:1

**Bloomberg**
153:14 164:6,10
165:23 166:11,23

**blotter**
41:10,11

**blotters**
13:9 22:2 41:15,20,23

**Blum**
122:19,20 123:6,7,21
123:21

**Boca**
185:10

**bond**
59:7,10

**bonds**
137:17

**Bongiorno**
1:17 2:15 3:2,14,17 4:4
5:11,17 6:3 7:15 8:17
9:21 10:13 24:25
28:20 30:12 43:13

46:1,3 49:9 51:9
61:13 63:5 70:6 71:13
71:20 72:13 83:4 84:8
86:22 90:11,24 97:13
101:9 104:3 107:9
109:4 110:4 111:1
118:9 120:24 121:22
128:7 142:11 145:11
165:3 168:15 182:16
182:19,20 187:18
190:5 223:12 248:4
256:9 263:3 267:10
268:7 269:2,22 270:3
270:24

**Bonventre**
196:6 219:18

**book**
43:4,19,20,24 44:11,16
46:25 47:15,19 49:1
55:2 94:16,18 95:2
96:9,12,19,20 131:3,7
201:15 202:12,21
203:10,14 234:4
235:21,22,23 236:24
237:18 238:22,24,25
239:20 240:1

**bookkeeper**
26:11,11

**bookkeepers**
26:10 27:5

**books**
48:16 131:2,2

**boss**
31:12,17 34:9 208:24

**bottom**
70:10,15 77:4 78:4
97:19,20 98:3 105:5,8
107:14 119:4 122:6
189:25 190:10 225:9
269:14

**bought**
39:23 41:13 58:9 59:7
83:14 130:11,13

146:11,12 155:20,21
156:24 173:17,18
176:2 177:8,8,10

**box**
66:20 70:8,9 96:2
123:11 186:25 187:6

**boxes**
67:5

**Boys**
137:8

**break**
9:7 17:16 27:11 60:4
74:23 82:19 112:2
145:4 148:13 162:6
182:19 207:9 256:3

**breaking**
120:8,8,14,15 144:23

**bring**
45:12 170:23 179:21
197:1 199:20 200:12
200:25 216:1 258:10

**Broadway**
11:11 40:12,13 154:3

**broker**
149:19 168:4

**brokerage**
175:9,10 183:23 185:3

**brokers**
13:14 168:5

**brokers'**
168:7

**brother**
196:13,17 197:7

**brought**
10:8 47:9 62:20 67:23
197:6 199:21 252:9
260:2

**brown**
2:6 3:3,4 5:16,19 6:16
8:9,11,16 17:19 18:1
20:16 23:20 24:24
25:8,10 26:1 47:8,10
48:14 49:6,8 82:25

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

83:3,22 84:1,6,7
91:16,24 95:11 97:5
97:11,12 100:24
101:8 107:3,8 108:23
109:3 113:25 114:4
116:17,19 120:17
129:10 140:23 142:7
142:10 144:5,13,16
144:19,24 145:3
146:20 153:3 161:9
161:25 162:2 163:4
163:23 164:9,13,15
170:12,23 171:2,5
178:21 182:14 188:20
188:25 190:21 191:15
193:15,17 195:23
199:7 201:13 202:14
206:1,22 210:8,23
211:16 212:19 215:4
217:9,11 228:24
230:14 232:24 234:7
234:11,16 236:1,7
237:11 238:18 239:23
240:2,21,23 241:18
241:19 243:13 245:22
251:5 254:24 255:5
255:23 257:20 260:7
260:13,24 262:22
263:2 266:4,19

**build**
177:1
**Building**
269:19
**built**
103:1 176:21
**bunch**
187:8
**bunching**
157:7
**Burger**
49:4
**bursted**
42:18 77:6

**busier**
18:7
**business**
16:20 40:10 176:17
205:16
**busy**
13:20
**button**
157:23 158:1
**buy**
28:5,7,10 29:22 48:18
59:7,14 72:21 74:6
83:14 156:25 157:1,1
158:3 173:19 176:3
176:24,24
**buying**
185:25
**Buys**
142:19

_____ C _____

**C**
183:23 224:13,21,22
224:25
**C-E-L-E-N-T-A-N-O**
20:14
**C-H-A-R-A-T**
72:6
**C&M7**
51:18 52:15,15 237:15
**c/o**
125:11 269:2
**CA**
138:8,19
**CAB**
52:12,21 122:2,24
**cabinet**
62:13 130:5
**cabinets**
130:21 215:9
**calculated**
59:12
**calculator**
76:9,14

**call**
11:5 23:9,11 33:21
34:10 38:2,5 40:3
43:6 48:13 68:7 78:7
78:8 93:4,8,11,15
133:11,13 134:20
143:18,22,23 161:17
166:21 167:3 193:22
193:24 194:23 211:5
211:20,22 212:20,24
213:7,18,23 214:5,10
219:24 232:12 256:13
258:8,11
**called**
6:6 13:24 23:6,15,16
35:22 43:2,18 56:14
92:3 93:2 110:1
128:18 213:17 214:8
229:8,14 232:10
253:18
**calling**
13:22,22 143:20 167:8
220:6
**calls**
13:17 16:3 163:13
212:7,8,9,14 213:4
214:1
**cancel**
84:24 85:4 92:25
136:16 186:1 231:16
232:13 235:20
**cancelled**
85:11 92:7 93:17
109:17,25 219:9
229:14 231:22,23
235:14
**capital**
39:1,5,10,14,16,20,23
40:1 52:6 112:5,7,13
115:16 136:13 137:22
138:3,5,6,8,10,19
237:13,15 239:1
**card**

66:4,10,14
**cardboard**
214:25
**Cardile**
44:2
**Cardinal**
71:17 72:14,17 73:15
73:23 74:5,16 76:5
80:14,25 82:5,7,15,16
83:15 84:10,15 85:16
**care**
43:6 125:11 190:25
**career**
157:9,10,11
**Carl**
152:14 155:6,8,10
156:16 158:22 161:8
**case**
10:7,10 67:12,24 88:8
93:17 99:6 128:16
143:17 182:23 232:17
236:2 269:5
**cases**
32:7 37:10 58:3 65:22
65:24 67:22 136:15
258:7
**cash**
37:11 116:12 118:2
142:22,25 143:2,5,8
175:23 177:2 219:20
219:24
**cashed**
93:5,5,18 213:14
219:16 220:3
**Castle**
186:11,19
**categorize**
159:1
**category**
158:21,24
**cause**
269:7
**causing**

SIPC v BLMIS-CONFIDENTIAL                 Bongiorno 7/8/2016
CONFIDENTIAL

245:17
**Cedric**
25:8,8,8,10
**ceiling**
215:8
**Celentano**
20:2,13
**cents**
102:1
**certain**
3:14 35:1 154:5 155:19
157:10 161:14 162:19
180:23 188:4 189:12
189:13 190:19 191:8
194:10 204:18 262:17
**Certainly**
65:12
**certificate**
3:6,7 185:4 267:1
268:1
**Certified**
268:21
**certify**
267:9 268:5,11
**Chais**
67:22 151:18 152:18
156:17 166:9 167:5,9
252:11,13 253:21
255:10
**Chaises**
161:14
**Chaitman**
2:10,12 3:4 6:5 7:12
8:1,10 17:14 24:22
25:15,19,23 83:20
84:3 95:8 113:23
114:2 116:15 120:10
144:8,17,21 145:2,5
145:10 146:24 147:6
147:8 152:11 153:6
158:19 160:5 164:14
164:18 169:18 170:17
170:25 171:4,7,9

172:4 173:2,10
178:22 180:19,21,22
182:8,11,13,18
188:23 189:5,6,21
190:17 192:1 198:17
200:18,20 203:8
206:24 207:3,6,12
208:7 215:6 217:22
221:9,13,16 233:7,22
234:17 239:24 241:11
248:9 249:6 250:5
251:12 254:12,13
255:2,6 256:2,8 258:2
259:12 261:2,7,12,16
261:20,24 262:1,7,13
262:20 266:20
**change**
19:12 36:5 37:14,24
38:8,11,15 61:18
68:18 88:21,23 89:5
89:19 90:9 123:1
124:23,23,24,24,24
125:4,5,8,9,20,22
126:2,5,14 127:4,4,12
147:24 148:8 201:6
225:21 227:10,14
242:17 256:11 257:14
257:15 270:4,4
**changed**
15:9 17:15 19:20
31:13,14,14 66:13
88:19 89:2,15,17
119:8,9 123:18,19
124:17,19 125:1,10
125:24 127:7 148:3,4
148:5 163:18 195:4
204:17 243:20 244:20
246:24 247:1,2 257:7
263:16 266:16,17
**changes**
31:22 37:17 89:21
225:18,19 227:17
270:1

**changing**
121:7,8 225:23
**Charat**
72:5,6 73:11,24 81:5
82:17 209:7,11
**Charat's**
72:8 84:10
**charge**
252:21,23
**charged**
180:1
**charges**
179:21
**chase**
184:6 191:20 218:19
219:6
**check**
23:7 30:11 31:3,8
37:11,12 39:18 41:10
42:13 43:3,18,20
44:11 45:22 46:18,20
46:25 47:15,19 48:12
50:7 52:7,13 53:2
71:10 73:25 74:10,13
74:16,17,18 75:1,4,5
75:7,10,14,16,22
76:25 77:4,11,16,18
78:3,4,8,21 80:14,25
81:2,3,9 82:1,4,10,11
82:15 85:20 86:10
91:3 92:1,4,7,9,23,25
93:3,6,13,13,17 94:8
94:16,18 95:1,6,8
96:2,9,12,18,21,25
99:25 100:18 103:12
103:13 106:9,9 107:1
107:21 108:3 109:15
109:17,17,22,25
110:1 114:22 115:20
128:2 131:3,7 132:21
132:22,23 134:24
135:1,6,19 136:17,24
137:1,7 138:5,6,9

139:10,24 143:18,21
143:23 144:1 149:21
175:21 194:8,9,22,23
194:24 195:1,6
196:10 197:15,16
199:18 200:10,23
212:21 213:6,8,8,9,10
213:11,12 215:14
216:5,10,11 217:2,4
219:25 220:3,6,13,16
220:19,21,24 229:8
229:14,15 230:5,11
230:17,24 231:4,7,16
232:10,11,13,13
233:8,14,24 234:4
236:4,17,19 238:5,5
240:4,19 241:3,22,23
258:9
**checkbooks**
219:1
**checked**
18:24 225:13
**checking**
219:16
**checks**
26:21,21 36:18 37:9
42:2,4,5,9,17 43:21
43:22 44:14,23,24
45:6,17,18,25 46:7
47:23,24,25 50:5,9,12
50:13,18,23 52:18
53:16,22,25 54:3 56:1
56:3 58:24 74:25
75:23,25 81:19 87:21
88:12 93:9,14 95:4
103:2 110:12,13,16
110:17,20,21 112:6,8
115:17 119:14,15
131:4,10,23,25 132:1
132:4 133:25 136:7
139:18,21 142:20
158:9 195:20,24
196:7,16,21,22,23,24

197:2,19 198:7,21
199:1,2,4,5,10,13,15
202:9 214:21 215:11
216:12,13,17,19
218:3,18,20 219:3,4,9
219:15,20 220:9
234:4,5 236:5 237:5,6
237:7,8,20,23 238:1
238:10,17,25 239:1,6
239:9 241:1
**Chicago**
185:18,19
**children**
141:24
**choice**
32:6,9,10
**chronologically**
148:15
**circle**
36:11 123:13,16
124:11 224:2,13,25
226:7
**circled**
120:1
**CitiBank**
183:14 186:7
**citizen**
208:22 209:2,12
**city**
123:2
**claimed**
187:11
**claiming**
190:20
**clarified**
241:20
**clarify**
225:25 262:24
**clear**
9:4 143:24,25 152:10
157:7 169:19 213:8,8
234:18 239:25 240:11
241:6 261:17

**cleared**
143:24 213:10
**clerical**
151:8
**Clerk**
269:12
**client**
28:24 30:14,22 31:7
228:15 261:6
**clients**
135:15
**clip**
43:10
**clips**
121:20 215:1
**close**
128:2 151:12 158:23
206:7
**closed**
39:22 55:15 90:2 169:8
169:9,10 175:21
226:16 228:3,4 247:6
264:19
**clothes**
173:18
**clouds**
200:6
**code**
14:10 29:15,17 38:23
39:2,6 42:13 46:7
50:3 88:25 116:4
137:21 138:10 142:1
227:7
**codes**
52:5 128:15 134:24
135:1 209:17
**Cohmad**
174:2 175:25
**Coleman**
1:21
**collating**
217:20
**colleague**

5:20
**collective**
25:24
**colloquy**
8:2
**colored**
131:18 133:17
**column**
49:21,25 50:2,4,6,9,15
51:3 52:1,2,3,23 56:4
231:12
**columns**
99:2,4
**combine**
247:4
**come**
16:16 46:23 48:10 56:6
60:6 65:9 85:19
133:13 134:15 136:9
144:12 153:23 156:2
161:6 168:22 181:22
203:24 206:13 214:10
219:19 220:17,19
233:15 234:2 235:16
236:10,20
**comes**
135:6,14
**comfortable**
165:4 172:24 195:18
**coming**
93:14 115:16 151:5,5
160:14,19 238:2
250:19
**Commission**
267:18,19
**commissions**
18:18
**common**
57:16,17,18 59:8,9
**communicate**
22:17 32:10
**communicated**
33:10 192:24

**communication**
34:19 261:12
**communications**
211:19
**Community**
184:13
**company**
169:8,9,10 186:12
**compare**
80:6 117:6
**compared**
201:21
**comparing**
102:21
**comparisons**
53:18
**compilation**
101:1
**compile**
129:12
**complete**
268:9
**completed**
29:22 74:10
**completely**
42:8 55:14 114:21
136:6 247:6,7
**Composite**
3:20
**computer**
19:16 26:17,18,23
27:11,24,25 33:15
36:7 38:9,11 40:5,23
42:8,15,25 43:8 44:21
44:25 47:25 48:10
68:20 71:2,4,6,9
81:18,20 118:23,24
131:13,22 133:1,14
134:5,8,14 137:3,9
138:14 139:14 140:5
147:23 157:23 158:1
158:6,7,11 162:14
197:2 216:8,14,23

233:15 234:1,3,5,22
235:1,12 236:10,16
236:17,20 238:2,9,10
239:10 241:1 242:19
243:9,11 244:1
**computers**
19:15 21:24 40:11
**Concepcion**
26:12
**concerned**
179:20 259:22
**concerning**
147:1
**concluded**
266:22
**CONFIDENTIAL**
1:15
**confirm**
32:25 33:2
**confirmation**
78:20 83:17 84:20 85:3
85:5
**confirmations**
18:5 19:3,10 21:2 42:2
53:18 158:8 168:5
215:12
**confirmed**
6:6 224:20,24 225:1,2
**confirms**
134:15 151:4 168:7
**confused**
14:7 245:23
**confusion**
245:17
**conjecture**
209:13
**connected**
268:14
**connection**
57:21,22,24 67:15
76:24 171:6,8
**consent**
4:4 182:21

**considered**
137:18 252:4
**consistency**
248:12
**consistent**
47:14 74:21 100:14
107:23 205:25
**consistently**
175:4
**consolidated**
1:4 2:2
**contain**
51:20,21 53:25 142:18
**contained**
129:23
**continuation**
141:2
**continue**
18:2 40:17
**CONTINUED**
4:1
**contrary**
193:9
**control**
248:11
**convenient**
166:7
**convention**
224:6,25
**conversations**
23:5 261:5
**conversion**
59:11 247:13 250:23
251:23
**converted**
242:22 243:15,25
**convertible**
56:8,9,10 57:23
**conveyed**
53:9
**cooperate**
192:5
**cooperating**

192:9
**copied**
211:11
**copies**
45:7,16 71:16 78:10,21
78:21,21 86:8 182:8
214:20 216:13 217:1
218:6 247:14
**copy**
47:6 77:2,3,5,11,16
78:6,8,9 86:10,15
97:25 121:21 143:24
188:25 213:11,12,20
213:24,24 215:14
216:5,8,11,15 217:5
247:14 269:8,9
**corner**
70:9
**Corp**
99:25 100:18 230:19
230:19
**corporation**
1:5 209:3,15
**correct**
8:9 9:22 14:22 21:6
27:2 30:20,21 55:6
66:2 81:8 82:5,6
88:17 94:15 98:16
99:21 103:5,9,21,22
104:18 107:2 138:18
139:19,20,23 140:10
142:12,13,24 143:1,3
143:4,6 148:21
154:10 157:4 162:5
165:15,17 171:12
173:4 177:21,22
179:4 180:25 181:22
192:10,23 193:1
201:18 202:13 209:14
214:4,23 216:25
223:21,25 238:14,19
239:22 240:10 243:1
243:17 253:25 255:3

255:22 256:12,13
258:6,7 265:11 266:8
266:9,11,12,16
**Correctional**
1:21
**correspond**
141:14,20
**corresponding**
94:22 96:4 117:8,18
**corresponds**
141:7
**Cotellessa-Pitz**
196:6 219:18
**cough**
8:15
**counsel**
6:6,9 7:11 8:3 268:12
268:14
**counted**
199:15
**COUNTY**
267:4 268:3
**couple**
20:2 45:23 83:4 150:6
150:11,13 162:10
212:8 243:16 251:15
256:4 259:25
**course**
103:18 145:11 164:21
164:21 171:19 196:4
229:25 238:1
**court**
1:1 6:24 7:1 8:4,22,25
9:24 10:11,12 180:14
261:15 269:13
**cover**
131:20 256:5
**covered**
240:15
**covering**
17:17 209:21,23
**Covner**
51:15 52:11,21 53:13

54:14
**crashed**
149:22
**create**
62:2,9 79:20 146:3
153:19,20 154:5
158:10,16 164:7
166:15 169:25 170:1
170:2
**created**
28:8,11,15 41:25 42:21
80:16 81:18 85:20
119:23 134:2 139:22
146:4,5,6 154:22
155:24 158:1 169:21
**creates**
155:1
**creating**
160:18
**credibility**
146:25 147:2 165:6,8
171:4 173:6 176:15
**credit**
99:2,6 113:12 138:19
142:19
**credited**
231:18,21
**criminal**
10:7 164:12 178:3
182:23 189:4
**criminality**
164:25
**criminally**
178:15,17 179:16
**cross**
3:4 121:13,15 145:9
**crossed**
119:17,20 121:12
122:22 124:3,4,7,9,11
124:13 127:9 227:3
227:15 263:15
**CRR**
1:24 268:5 269:17

**Crupi**
20:20 23:21 44:1 49:15
51:19 114:13,14
221:20 222:24 225:14
258:17
**current**
113:4,8 114:1 128:3
**custom**
221:22
**customer**
16:17,19 17:4,9,11,13
19:12 20:21 21:17
23:22 29:11,25 30:2,5
31:11,23 32:3,4,25
33:7,9 34:16 35:14
36:23 37:5,24 38:1,14
38:16,20 39:10,24
41:1 43:2 45:18 50:1
50:21 53:1,4,4,9 58:1
58:3 59:18 62:2,3,12
62:24 64:3,6,9,13
65:1,7,15,17,19,23
66:5,9,16 67:23 69:5
70:20 72:3 74:22
77:17,21 78:3,13,17
78:20 83:14 86:7,16
87:17,20 88:16 90:12
93:16 94:22 95:1
96:16,19 100:3,7
101:2 106:14,20
107:16 116:24 121:6
126:2,14 127:1
138:17,20 139:21,25
140:8 143:6,10 144:3
149:18,19 150:2
151:17 167:1 169:21
175:3 192:22 193:4
193:10 194:8 196:16
203:17,19 210:2,12
210:21 211:14,19,20
211:22,23 212:14
213:13 214:3,8
215:13,15,20 216:6

217:2,5 218:4 224:15
228:23 255:1 256:10
256:17 257:11
**customer's**
66:22 87:2
**customers**
2:9 15:10,12,22 16:1,2
18:8 22:15,17,20,24
27:10 32:9,18,22 37:9
41:23 42:1 43:22
46:13,16 56:3,10 60:2
62:25 65:9 93:8 96:21
137:25 142:12,22,25
148:14 150:2 151:13
155:23 156:11 157:18
157:21 159:2 160:13
160:16,17 168:9,10
169:3 192:18 195:15
195:21 203:24 210:6
212:5,9 213:16 214:1
214:21 218:17 251:21
252:7 254:14,17
258:4,15
**customers'**
143:3 257:18
**cut**
39:17 191:20
**CW**
38:23,25 39:2,6 42:14
52:6 135:2 138:3,11
**CWs**
138:16,18

**D**

**D**
3:1 184:1
**daily**
23:2 199:11,12
**damaged**
231:6
**Dan**
196:6 219:18
**Darlene**
26:11

**dash**
56:21 57:4,5,8,11,11
57:16,18 60:7 61:3
72:10
**date**
7:20 18:17 46:21 47:11
50:7 52:3,4 72:22,24
73:19 75:7 80:12,21
80:21 82:1,9 84:14,17
84:21 85:3,25 92:25
94:4,18,25 96:10,12
96:14,15 107:17
115:19 117:15 127:19
132:20 135:15 136:5
137:5 144:12 166:6
166:12,13,24,24
167:3 169:9 203:4
221:23 222:5 226:15
234:8 238:4,5,6
241:18,19 270:24
**dated**
55:2 82:4 201:15 208:8
227:12 268:17
**dates**
10:3 18:25 44:19 96:8
130:12 145:16 148:13
159:16,17,23 160:4
160:10 165:21 166:22
**David**
27:18 156:14,18
159:10 253:5
**Davis**
2:12 157:5
**day**
5:24 8:21 13:10 28:15
44:18,19 108:9
129:16 132:24 133:22
135:22 156:25 165:25
167:11,14,15,25
168:2,6,8,11,12,12
169:24 173:9 199:10
205:18 212:17 232:16
235:19 243:2,16

SIPC v BLMIS-CONFIDENTIAL            Bongiorno 7/8/2016
CONFIDENTIAL

258:9,10 259:8
267:11,14 268:17
269:6
**day-to-day**
252:24 254:2,6,9
**days**
8:7 11:4 14:3 18:16
35:24 45:22,23,24
65:12 66:12 112:25
163:14,15 212:6,7
243:17 269:12
**deal**
134:11
**dealing**
212:14 218:18
**dealt**
120:19,20 238:24,25
239:1
**debit**
46:19 81:11 99:2,5
142:19 231:12
**debited**
231:13,23
**debits**
138:12,17,18
**DEBTOR**
1:13
**decade**
12:4 15:18
**December**
3:21 74:3 101:1,4,18
101:22 102:4,7,11,15
103:4,7 113:10
115:18,20,21 216:1,7
**decide**
173:9 203:18
**decided**
32:7 38:8 58:2,4 88:25
218:9,12 248:17
**deciding**
159:7
**decision**
31:21 32:22 33:6 38:7

203:21 209:20,22
210:13 249:25
**declare**
270:22
**default**
33:17,20 35:11
**Defendant**
1:10 187:17
**definitely**
14:25 54:14 97:18
130:17 226:11
**delivered**
199:18 200:10,23
**department**
163:12,14
**depend**
219:22
**depending**
197:10 214:2
**depends**
79:19
**deposed**
9:22 25:20
**deposit**
175:19 183:13 185:5
186:25 187:6 258:9
**deposited**
142:22 220:13,17,19
220:22 221:3
**deposition**
1:17 3:14,16 6:3,5,8,19
6:25 7:2,8,19,22 8:7
8:18 9:14 25:17 155:2
177:16 258:19,23
268:7 269:7,11
**Depot**
49:19
**derived**
239:9
**describe**
17:12 21:16 26:5 27:7
29:19 39:19 44:15
74:4 131:14

**described**
14:20 18:21 19:2,9
21:15 22:12 27:4 30:2
30:5 34:20 42:21 45:3
59:17 69:5 73:20
**describes**
131:1
**describing**
30:13 64:7
**description**
74:14 135:3 136:24
137:1,6,6
**designated**
108:8 244:9
**designation**
90:9 106:11
**desk**
13:19
**determine**
32:3,4 115:1
**determined**
31:1
**DEXTER**
2:12 47:6 83:18,25
144:15 164:22 182:10
182:12
**difference**
57:10 58:9,10 59:14
98:20,21 102:23,25
103:19,19 107:14
251:20
**different**
15:19 21:20 23:17 26:8
26:20 39:20 57:15
78:19 89:12 121:18
122:15 124:16 131:1
149:20 156:11 159:14
174:24 183:13 212:17
225:17 226:8 234:19
242:20 243:4 244:9
244:11 245:6 246:1
247:5 253:22
**differently**

228:8
**Dime**
184:19
**DiPascali**
16:7 22:9,10 43:25
44:2,5,7 205:20
253:20 258:14
**DiPascali's**
60:20
**direct**
3:3 5:15 161:22 214:11
**directly**
10:23 16:10 253:19
**discard**
210:13
**discuss**
19:16 32:11,13,14,16
32:19 35:13 37:17
151:24
**discussed**
7:4,21 88:2
**discussing**
37:19 56:8 72:11
**discussion**
16:12 88:5 129:7
182:17
**discussions**
32:21 35:15
**displayed**
98:2
**distribute**
27:10
**distribution**
269:10
**DISTRICT**
1:1
**divided**
132:9 214:1
**dividend**
58:16,23 59:1,9,11,12
59:13,17,23 105:18
137:12,23
**dividends**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

58:21 68:3,16 119:5
123:25 124:7
**division**
174:2
**docket**
8:12 189:4
**document**
43:14 44:10 63:5,8,20
63:21,23 64:19 66:15
69:1 71:24 73:6 75:3
75:15 76:20 86:6,14
86:22,25 97:13 99:1
104:3 107:4,9 108:24
109:4 110:10 111:2
111:24 114:6,8
115:11,22,24 116:16
124:15 128:8,12
130:20,21 135:24
136:2,4 182:24 183:3
188:7,9,11 227:25
228:3 241:20 244:22
270:22
**documents**
28:7,11 41:25 45:19
51:21 79:23 81:7
114:10,16 116:2,6
117:9,11 133:24
210:13 211:14,18
218:1 243:3 259:24
259:25 260:1,16,18
260:19 266:2
**doing**
18:5 19:21 20:24 22:1
22:2 26:6 27:18 45:14
60:19 111:10 120:7
120:13 130:6 148:14
156:13,20,21,24
157:4 158:14 159:20
162:11,13,17,23
163:6,7,9,12,13 164:3
165:8 166:3,15 196:3
201:24 202:2,3,9,10
202:12 203:6,15

204:19,21 205:4,8
214:4,7,7 252:23,25
253:10 255:13 259:19
**dollars**
59:8 186:3
**Dorothy**
24:17 26:9 42:15
129:15,15,18,20
134:6
**double-check**
225:22
**doubt**
247:18
**downstairs**
166:4
**DT**
138:11
**due**
26:21 103:12,14
135:15,23 136:3
235:17 236:16 238:5
238:5
**duly**
5:12 267:11
**duplicate**
213:20
**duplicates**
142:2
**duties**
14:14 17:12,21 19:20
21:16 22:12 26:7
250:12 251:20
**dwindled**
162:16
**dwindling**
161:12

———————————
**E**
———————————
**E**
3:1,12 184:3 225:25
226:1 269:19
**E*trade**
183:23 190:2
**earlier**

45:3 73:14 79:2 198:15
216:15 223:15 231:2
**early**
12:5 14:3 15:5,15,16
15:17 17:5,8 18:4,16
35:23 45:22 54:25
58:4 65:12 66:12
87:19 150:24,25
158:3 197:20,21
205:23 206:21 216:12
**earn**
155:8 174:14,19
**easier**
43:11,11 54:15 91:13
144:22 201:6
**eat**
173:13
**edition**
237:20,23
**educated**
206:6
**education**
10:19
**eight**
57:11 145:21
**either**
34:10 36:11 44:22
45:11 49:15 51:11
54:17 65:22 87:17
90:17 115:8 146:14
147:14 159:10 171:6
176:14 179:13 191:18
194:19 197:6 200:16
203:20 232:6 233:1
234:4 248:24 260:9
**election**
32:1 34:20 37:20
230:19
**Electron**
230:19
**elicit**
260:23
**Elizabeth**

1:24 267:17 268:5,20
269:17
**else's**
148:6
**employed**
29:6 47:18 64:10
**employee**
64:24 177:14 268:11
268:13
**employees**
176:18
**employment**
12:17 29:9 76:1 145:12
**ended**
185:25 266:13
**endorsed**
221:4
**ends**
49:2 84:4 91:8 95:10
102:22 126:7 127:11
207:15 264:24
**Enrica**
196:6 219:18
**enter**
138:14 147:20,22
270:1
**entered**
7:17 180:14 182:22
183:8 187:25 189:3
**entire**
63:21 235:23
**entirety**
63:21
**entitled**
230:10
**entity**
5:23 247:5
**entries**
43:24 52:21 136:19
202:16,20
**entry**
44:16,18,19 190:2
241:23

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

**envelope**
45:8 79:9 110:17,19
  215:25 220:20 222:4
  226:13
**envelopes**
42:19 45:16 78:14
  79:13,21 216:2,3
  218:15
**equals**
18:17 68:7,7
**equity**
113:8 186:11
**era**
204:8
**Erin**
44:1
**Errata**
3:9 269:9 270:1
**error**
114:20
**errors**
114:19
**Esq**
269:2
**ESQUIRE**
2:6,6,12,12,18
**establish**
262:9
**estate**
2:3 186:12,18 187:12
  187:18
**estimate**
212:13,16,18
**event**
231:25
**everybody**
15:2 148:6 166:22
  167:8 169:4
**everyday**
240:25
**exact**
38:17 46:21 92:24
  97:25 109:18,18

167:11 222:10 231:13
  247:21
**exactly**
54:4 55:11 56:5 98:4
  107:18 117:1 141:22
  142:15 160:20 163:17
  232:11 254:10
**Examination**
3:3,4,4 5:15 145:9
  263:1
**example**
53:12 59:8 64:6 72:10
  86:5 155:7 166:21
  245:7
**examples**
33:5
**exception**
226:11
**exceptional**
241:2
**exceptions**
50:17,20 211:12
**excuse**
85:24 111:23 121:14
  152:1 180:18,21
  181:12 183:16
**execute**
269:9
**exemption**
209:15
**exemptions**
209:6
**exhibit**
3:13,16,18,20,23 4:2,4
  4:9,10,10,11,11,12,12
  4:13,13,14,14,15,15
  4:16,16,17,17 6:15,20
  6:23 7:18 43:10 46:2
  46:4,6,24,25 47:7,18
  47:22 48:4 56:6 63:4
  63:6,22 71:12,22 73:1
  73:4 75:3,11,12,15
  76:16 77:1,10,16 78:2

78:5,11,17,18 79:11
  80:7,9,12,18,20 81:3
  81:10,11,12,15,22
  82:14 83:5,6 86:4,15
  86:20,23 90:23 91:6,6
  91:21,23 94:6,14,21
  95:14,24 96:5,20,24
  97:2,3,6,9,14 100:8
  100:14,25 101:1,7
  104:2,4 107:5,7,10,16
  107:25 108:22,24
  109:2 110:3,24 111:1
  111:3 115:11,12,25
  116:7,11,21,21 117:2
  117:6,7,13,13,19,19
  117:25,25 118:2,7,9
  120:22,25 121:20,23
  122:1 125:14,24
  128:7,9 129:13 133:7
  141:9 182:14,16,20
  182:20 183:16,23
  201:5,7 207:14
  221:17 229:5 233:3,8
  233:9,13 235:24
  236:6 240:16 241:12
  241:13,14,18,21,22
  242:2,9,13 246:15
  248:5,6,6 263:4,19,22
  263:25 264:13 265:3
  265:15,16,19,20,23
  266:2
**exhibits**
4:1,8 71:14 76:3 82:19
  103:25 118:6 201:6
**expect**
112:23 143:9
**expected**
112:21,24 113:4,20
  155:12
**expert**
54:12
**Expires**
267:19

**explain**
135:20 170:19 256:20
**explained**
179:25 191:6 204:22
**explaining**
59:2
**explanation**
256:23
**exposed**
165:1
**extent**
220:4
**extra**
98:1,2 121:21 132:25
  182:8
**eyes**
206:7

_____
F
_____

**F**
119:25 184:6
**facility**
217:25
**fact**
155:19 169:22 175:2
  193:9 210:1 231:12
  259:4
**facts**
155:3 270:22
**fair**
25:25 103:15 153:1
  222:17
**fake**
206:25
**familiar**
28:20 29:8 38:23 75:18
  75:19,25 76:19 90:14
  111:9,18 115:11
  128:22 129:22 182:25
  183:15
**family**
13:14,22
**far**
68:9 69:5 137:2 169:20

SIPC v BLMIS–CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

217:15 218:14 248:20
249:17
**fashion**
20:24
**fat**
233:4
**favorable**
176:13
**February**
99:24 100:20
**federal**
1:21 3:14,17 180:14
184:17 257:17
**fee**
57:14,15
**feel**
164:24,25 175:6 178:8
179:3,5,6,8,17
**fees**
56:15 57:3
**felt**
166:20 178:2,14
179:15
**FF**
267:18
**Fidelity**
174:12,14 175:5,8,11
184:22
**field**
138:12
**Fifth**
177:20,23 178:5,7,13
178:18 179:14,24
189:8 259:10
**figure**
56:25 76:9 114:25
144:11 245:11
**figured**
208:23 209:16
**figures**
153:14
**file**
62:13 70:21 77:7 86:8

86:8 89:20 119:2
121:1,6 127:13
131:21,24 140:4,7
141:8,14,18 209:24
210:10,14 211:9,24
215:9 217:6,7 244:25
245:1,10,16 248:25
249:1,8,10,11,11
257:2
**filed**
78:15 269:12
**files**
8:5 77:13 78:9 194:12
210:2,7,12,13,21
211:3,5,15 248:12
**filing**
217:20
**fill**
34:17 48:15 64:24 65:6
65:19 66:4,5,16 68:18
118:22
**filled**
62:23 65:3 66:9 68:16
69:7,11 87:7 88:6,9
221:19,23 222:2
**final**
190:2 226:21
**financially**
268:14
**find**
60:17 61:5 164:23
189:18 204:9,10,23
213:23
**fine**
57:7 58:14 115:6
172:25 174:23
**finish**
9:3,4 144:9 153:17
170:25
**fire**
217:24
**firm**
148:17 175:9

**firms**
175:10 185:3
**first**
5:12 11:11 13:16 14:21
17:3,4 25:1 34:9
35:14 38:17 39:17
45:10 52:1 63:24 72:6
83:7,21,23 87:1 92:15
102:22 103:11 105:1
114:11 124:2 126:5
127:5 134:12 138:23
143:13,19 149:17
159:15,16 160:6,12
221:12 227:7 231:16
231:18 232:17 233:8
256:13
**fit**
136:10 154:5
**five**
15:19 103:18,20
145:20 148:16 166:1
196:24 237:6
**five-year**
103:16
**Fleet/Norstar**
241:23
**flimsy**
131:19
**flood**
217:25
**floor**
12:7,8,9,11,16,20,22
12:24 13:2 62:15,18
62:19
**floors**
12:19
**Florida**
1:22 130:11,13 250:19
267:3,18 268:2,22
269:19
**focus**
26:2 159:13 239:3,5
**focused**

95:9 161:6
**focusing**
16:13 42:4 63:22 93:25
**fold**
45:7
**folded**
42:19 45:16
**folder**
62:3,6,9 63:25 74:22
74:24 78:12,17,19
79:7,9 87:1,2 100:8
104:5,6,6,17 118:10
118:10 121:24,25
124:22,23 125:16,18
125:21 127:3,3
214:24 215:13,17,19
215:25 222:8 226:18
226:21 227:17,18,19
227:19 247:8,15,15
249:24 250:3 260:2,5
260:14 264:25
**folder's**
250:3
**folders**
62:12,18,21 64:3,6,10
64:13 78:14,22 79:4,6
86:11 140:8 214:22
215:22
**follow**
40:4 256:15
**followed**
43:3
**following**
5:1 10:18,23 45:2
**follows**
5:13 190:4
**followup**
143:14
**food**
173:18
**force**
20:1
**foregoing**

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

270:22
**forfeiture**
4:5 182:21 183:7 190:2
**forge**
196:11
**forget**
78:7
**forgot**
194:7
**form**
28:2,12,16 34:12,13,14
34:16,18 35:22 36:5,6
36:8 48:12 62:22,23
62:24,24,24 63:9,11
64:20,21,24 65:1,3,6
65:20 66:3,9 68:8
69:4,7,11,23 70:3,13
70:23 87:6,6 88:6,9
88:11 89:20 90:8
118:22 127:13 141:15
194:5 209:4,6,9,24
211:22 221:24 222:2
223:7 224:19,20
225:18
**format**
30:9
**forms**
22:3,4 119:1 140:8
208:10,15,19 223:5
258:11
**forth**
190:6 250:19
**Forum**
269:18
**forward**
7:19 15:4 21:13 99:7
108:11,13
**forwarded**
269:12
**found**
179:8 269:10
**four**
52:20 145:2 146:18

160:9 226:8 237:4,5
237:12,16,21 246:23
260:18
**fourth**
94:10
**FPR**
1:24 268:5 269:17
**fraction**
182:6
**frame**
59:10 157:10
**Francine**
25:7 26:10 44:1,8
49:15,15 51:16 55:12
55:13 114:12,14
202:10
**Frank**
16:7 22:8 24:1 43:5
44:2,7 45:11 60:20
62:10 119:24 130:22
162:1,10 165:20
206:6 214:2,7,11,12
214:13 248:25 249:7
249:15,18 250:12
253:20 254:9 258:14
**Frank's**
119:13,25 120:2 130:5
132:2,12 162:5,17
**fraud**
205:22 206:2,16 207:8
**fraudulent**
170:11,14
**freak**
248:21
**freed**
27:13
**Friday**
1:20 11:4 26:12
**friend**
67:19
**friends**
13:14 158:23
**front**

84:11 131:20
**frozen**
181:17,20
**full**
76:7 79:6,19
**function**
139:10
**fund**
31:2
**funds**
30:10 181:14 183:13
**furniture**
173:18
**further**
91:18 92:1 126:18
144:5 262:20 268:11

───────────────
**G**
───────────────
**G**
2:18 184:9,13 225:25
269:2
**gdexter@chaitmanll...**
2:13
**general**
23:4 89:16 259:17,18
**generally**
13:13 16:25 63:23
95:18 129:23 136:20
258:14
**generate**
116:2 153:20 154:20
155:16 236:17 243:3
**generated**
42:5 58:7,8 81:17
88:13 115:22,25
118:21 133:1 135:25
139:19 197:2 216:9
238:9,10 242:24
**generating**
154:18 157:20 171:13
171:22
**genius**
206:7
**getting**

103:23 156:14,18
157:2 159:6 162:13
188:5 191:5 215:23
241:3
**girl**
11:4 25:11 26:12 55:14
223:14
**girls**
38:11 42:14 43:8 44:22
45:4 68:19 118:23
125:18,19 131:6
132:24 134:5,7 136:6
137:2 138:14 158:6
164:6
**give**
5:6 7:5 8:24 17:23
21:20 27:15,19 33:11
36:17 42:11 44:20,21
45:5 65:8,10,10 71:19
125:18 134:12 136:6
146:11 147:14 148:10
156:3 158:17 159:9
159:11,15 162:23
166:1,2,22 174:20,22
177:2 192:12 200:17
**given**
9:24 21:19 22:5 27:9
28:25 32:12 45:11
58:5 115:17 154:21
155:19 158:4 167:16
188:25 194:21 224:18
243:2 249:20
**gives**
6:24 125:19
**giving**
226:17
**go**
7:6,12,19 8:20 17:23
23:8 27:13 29:25 35:2
35:3 38:11 39:21
40:19 41:23 42:17
43:7,22 44:9,14 45:14
51:13 56:24 61:1 63:1

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

51:13 56:24 61:1 63:1
63:2 68:9 71:3 74:25
79:18 80:2 82:25 86:7
86:8 91:17 100:2
112:4 114:22 125:20
133:24 134:13 136:14
139:14 142:7 144:13
149:23,23 155:22
166:7,11,23 168:11
168:12,21 174:20
183:6 191:2 195:21
201:6 204:14 206:25
207:14 214:10 220:9
236:13 248:15 256:3
261:14

**God**
5:8

**goes**
146:24 171:4 206:23
207:25 249:17 257:1

**going**
5:23 6:21 8:21,22,23
14:13 24:3 31:2 32:7
35:9 36:18,18,19,19
43:9 46:23 56:6,19
58:2,5 60:21 62:1
68:24 82:18,22,23
83:10 86:5 90:22
92:23 93:15 97:2
101:11 104:1 107:3
110:25 115:2,8,10,19
117:12 118:5 120:21
123:4 129:25 134:23
135:14 136:23 137:11
137:20,22 146:23
152:4 153:11 159:5
166:19,20 170:23
172:25 174:22,23
176:8,12,14 194:1
195:2 201:6 208:22
209:12 224:19,20
230:2 233:24 234:23
235:15,16 236:20,23

246:2 247:10 248:18
252:1 257:14 258:25
259:18 264:18,19
265:25

**good**
5:17,18 33:25 37:16
76:12 82:20 85:5
207:13 233:2 245:7
248:2

**goodness**
25:2 129:3

**gotten**
230:7

**govern**
6:19

**government**
180:12,23 191:9,13,19

**graduate**
10:13,16

**graduated**
10:24

**great**
6:2,17 7:25 105:2
144:7 176:5 243:10

**green**
28:19 131:21,21
132:14,17,19 133:2
133:11,12,13,18,20
133:21,22 134:18,19
215:2,3 217:10 234:2
235:5,15,18 236:10
238:13,15 239:10

**Greg**
145:5

**GREGORY**
2:12

**grew**
17:2 19:12

**Grist**
243:10

**Gristmill**
105:2

**group**

15:11,13 27:13 67:14
105:15 123:20

**grow**
19:11

**guess**
15:22,22 18:25 32:11
48:13 76:10,10 83:16
106:8 113:13 138:15
161:20 180:8,15
187:20 188:2 189:9,9
199:20 200:2

**guessing**
17:7 20:19 61:12 200:5
213:2 232:7

**guilty**
179:8 205:20

─────────────────

### H

**H**
2:2 3:12

**H-A-N-O-H**
72:7

**half**
72:19 145:3 186:2

**Hallelujah**
266:21

**hand**
5:4 42:14 132:25
182:11 245:22

**handed**
27:21,22 158:5

**handful**
138:2 209:5

**handle**
151:15 161:23 163:2
163:21 232:5

**handled**
149:20 151:12 152:14
162:1 249:18 252:16

**handwriting**
49:3,12,14 51:10 54:10
54:11,12 66:23 70:7
87:8,10 104:23,25
105:8,10,19 122:4,15

122:19,21 123:5,22
124:1,5 139:6,7,11
164:1 202:8,11,23
203:5,11 216:12,17
221:21 223:20,22
224:22 225:3

**handwritten**
128:13 202:16 208:8
235:2 238:3

**handwrote**
216:19

**Hang**
96:10

**hanging**
78:12,22 79:4 86:11
87:1 214:21,24 215:7
215:17,19,22 217:7

**hangs**
215:1

**Hanoh**
67:25 72:5,6,7 73:11
73:24 81:5 82:17

**happen**
33:9,10 36:15 38:4,5
44:17 69:9,10 93:11
93:11 112:17 143:15
161:8 162:20,21
164:19 166:17 179:3
179:19 181:19,21
206:14 213:20 227:4
231:1 232:9 258:12
258:25

**happened**
17:20 79:5 110:16
130:7 149:22 155:7
162:9 163:18 179:23
215:22 218:11 229:7
230:2 231:7 232:1,19
235:19 236:3 240:4
244:17 247:9 248:22

**happening**
53:11 142:15 162:22

**happens**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

38:14 48:24 92:22

**hard**
101:13 135:20

**harder**
60:17 204:9,10,23

**hchaitman@chaitm...**
2:13

**head**
8:25 56:24 76:15

**Health**
71:17 72:14,17 73:16
73:23 74:5,16 76:5
80:14,25 82:5,7,15,16
83:15 84:10,15 85:16

**HealthSouth**
52:13,24,24 53:8 91:3
92:18,20,24 109:10
109:15,23 229:9
233:10 237:16

**hear**
143:9,12 217:23

**heard**
90:16 143:15 206:12

**hearing**
218:2

**heavier**
212:9,12

**heavy**
212:7

**heck**
169:11 226:2

**hedges**
132:7

**held**
62:22,23 137:16
175:24 177:16 181:7
181:13,13,15 185:7
185:17 218:15 254:15
254:23 255:4,21

**HELEN**
2:12

**help**
5:8 13:19 15:1 18:9

19:22 20:1 25:21
26:13 111:11 200:5
226:23 253:3 254:11

**helped**
13:8,9 15:1,12 180:3,3

**helpful**
8:20

**helping**
15:9 21:11 178:8 253:2
253:7,9

**hereto**
190:7

**high**
10:13,18,23 172:2

**hired**
16:1,8 18:8 19:22 20:7
20:10,17,18 23:24
24:10 129:19 149:17
149:24

**Hirschon**
152:23

**hold**
13:21 61:2 86:9 126:11
137:24 218:10,13
233:16

**holder**
81:6

**holding**
177:6 191:19

**Holiday**
99:25 100:18

**home**
49:19 50:18

**honest**
175:17 186:20 188:12
192:12 219:2

**honestly**
13:3 190:24 224:7
260:14

**Honesty**
192:10

**Hostetler**
260:6

**hour**
259:15

**hours**
144:14 145:2 259:15

**house**
28:17 130:11,13
141:23 201:5

**Household**
107:22 108:4

**houses**
173:18,21 181:4

**HSBC**
186:3

**Huh-uh**
70:22 154:8 217:19

**hundred**
16:10 18:17 157:17
191:4,5

**hundreds**
152:24

**hurt**
259:20

**husband**
174:3 176:2,2,6,9
178:19 180:3,12
181:25 186:16 188:1
188:4,14 189:7,13,20
190:18 191:2 262:16

**husband's**
173:17 176:11 181:1
183:14,18,24

**HWN**
53:20 237:1

**HWN00001527**
49:7

**HWN00001528**
47:4

**HWN00001538**
49:10

**HWN00001651**
51:7

_____
**I**
_____

**IBM**

**hour**
259:15

155:22 166:9,9,21,22
166:23 167:6,9
168:24

**IBM's**
166:5

**ID**
62:24 69:23 70:3
123:18 224:19,20
225:2 258:11

**idea**
105:4 138:13 175:1
177:2 199:14 206:3
231:10,11 232:18

**identical**
242:20

**identification**
6:14 97:8 101:6 107:6
109:1 182:15

**ignoring**
253:5

**image**
98:25 116:23 264:24

**important**
8:24 9:2 64:23 257:10
257:13 260:15

**inception**
169:21 193:10 194:12
195:11

**inches**
131:17,17,17,18

**included**
58:23 59:1,16,23 181:1
181:4,4

**including**
156:16,16,17 161:14

**income**
172:8 239:1

**increase**
149:3,5

**incriminate**
177:25

**indicate**
36:9 89:20 206:19

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

**indicates**
89:24 126:14
**indicating**
147:17
**individual**
107:1 158:5 167:7
  199:25
**individuals**
23:23 24:5,25
**information**
26:19 27:2 41:13 49:17
  51:22 52:25 53:7,8,20
  53:21,23,25 55:17,20
  64:22 65:5,14,19,22
  65:24 66:21 70:24
  72:25 73:1 74:21 77:8
  94:13 95:1,15 98:1,2
  107:15 119:1 121:6
  128:22 129:12,22
  132:19 139:25 140:9
  141:7,11,17,25
  142:17 143:22 159:7
  170:8,9 194:21 200:8
  206:19 222:10 226:17
  226:19 238:16 239:8
  247:8
**informed**
257:16
**initial**
31:21,25 37:20 70:11
  111:18,22 113:14
  195:15
**initials**
222:18 223:8,10,11,16
  223:19,23 224:2,7,8,9
  225:6,6,21 226:4,10
  226:12
**input**
129:15
**inquiries**
23:11,14
**insisted**
204:3

**instance**
38:16
**instances**
213:15
**Institution**
1:21
**instruct**
262:5,11
**instruction**
7:5 33:24 228:15
**instructions**
32:12 33:11 35:19 52:8
  52:9,23 139:3 158:25
  222:9 249:20 256:11
**insurance**
186:23
**intact**
210:22
**interest**
68:4,16 105:18 119:5
  123:25 124:9 137:13
  137:23 174:21 186:11
**interested**
268:15
**internal**
22:12 62:6
**internally**
41:15,20 98:15
**International**
107:22 108:4
**interviews**
195:15
**invading**
261:1
**invest**
173:12 174:1,7
**invested**
137:19,20 146:8,9,17
  147:10 173:20 175:18
  175:19
**investing**
175:5,11 204:25
**investment**

1:8 5:22 16:20 39:5
  40:10 41:8 103:22
  111:18 113:1,14
  145:13 147:12 157:17
  173:20 181:5 186:18
  247:22,23 255:19
  257:18
**INVESTOR**
1:5
**invoke**
177:23 179:23
**involved**
41:14 178:11 217:17
  217:19 219:3,12,14
  220:4 223:4 252:6
**involvement**
252:2
**IRA**
173:22 174:9,10,11
  175:11,18,20
**irrelevant**
200:8
**Irving**
2:2 5:20
**Irwin**
196:5
**issuance**
240:19
**issue**
7:2 85:2,5,9,10 93:6,20
  110:20 143:25 165:6
**issued**
6:24 58:18 60:1 75:16
  84:15,16,19,19 85:4,4
  85:20,24 86:2 92:9
  109:18 110:21 136:16
  229:8,15 233:10
  236:5,5 239:6
**issues**
7:3,6 165:7

---
**J**
---
**J**
120:1 123:21

**jacket**
124:21
**Jackson**
24:7 25:5 26:4 27:5
**Jaffe**
50:18,18
**January**
111:23 115:18
**JC**
222:17 224:10 226:11
  226:11
**Jeffry**
151:23,24 152:4
**jewelry**
187:1,5
**Joann**
20:15,17,20 23:22,24
  24:15 25:1 26:9 43:25
  44:1,5,6,7,7 49:14,15
  49:16 51:16,18 54:17
  54:22 55:7,12 60:10
  60:12 61:5 105:4
  114:11,14 162:4
  202:10 214:6 252:20
  252:25 254:1
**Joann's**
132:1,11 165:20
**job**
11:3 13:7 15:7 27:23
  150:1
**jobs**
128:15 149:10
**Jodi**
20:7,9,20 23:21,24
  25:1 43:4 44:1 45:11
  51:19 52:15 62:10
  88:9 114:11,13,14
  130:22 162:1 214:2
  221:19 222:24 223:1
  223:6 225:14,19
  226:6 250:11,20
  254:9 258:17
**Jodi's**

SIPC v BLMIS—CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

51:11 52:15 67:2
87:10 119:25 130:5
132:1 162:5 226:11

**Joe**
122:19

**Joel**
122:20 123:6

**joining**
6:5

**joint**
105:3 121:2 174:4
184:10

**JP**
184:6 218:19 219:6

**judge**
7:17 173:8 188:22
189:2

**judgment**
4:5 180:13 181:8
182:22 183:7

**July**
1:20 90:25 92:21 94:20
109:15 167:3,13,13
167:14 168:24 229:11
229:15 230:5 233:10
233:14,16,19 235:7
238:1,8 239:8,16
267:11,14 268:17
269:1,6

**June**
6:4 117:16,22 133:7
167:6 168:24 177:17
178:13 179:15 181:20
188:15 189:4,8
233:19 259:9

———————————
**K**
———————————
**Kahn**
24:17,19 26:5,9 42:15
129:15 134:6

**Karen**
149:25

**keep**
16:12 78:10 82:22,22

180:5 190:19 191:21
204:10 249:7 250:1
262:16

**keeping**
22:1 163:14 192:3
249:11

**kept**
26:19 27:12 62:12,18
63:25 78:13,17 86:6
130:4,21 131:23,25
151:4 156:4 176:22
215:17 248:1

**key**
138:23,25 139:3 222:9
223:7 225:21

**keypunch**
26:8,9,15 27:1 33:14
42:22 116:3 125:19
128:14,25

**keys**
26:16

**kind**
22:19 62:14 72:20
76:12 120:4 149:11
162:9 168:9 172:17
209:3 224:3 235:24
237:19 248:6 249:9
252:14 253:22 259:19

**kinds**
213:16 238:25

**knew**
39:17 129:17 150:1,1
169:20 175:9 202:3
205:16 206:2,3,4,8,10
208:24 217:15

**know**
7:4 11:5,5,16 12:1,21
13:3 15:1 16:5,8,24
17:3,7 18:20 19:14,24
21:25 23:10 25:23
28:14,15,17 29:2
33:20,22 34:3,11,19
36:3 39:15 40:9,12,22

40:23 41:16,17 43:2
49:17 52:4,17 53:11
53:15,17,18 54:12,15
58:18 59:2 60:1,4,14
61:5,20 63:11 66:12
67:2,19 69:4,18 70:1
70:1 71:10 75:22
79:19 83:12 88:7 89:7
89:14 90:11,13,15,16
93:3,13 94:8 98:24
101:14 104:15 106:10
109:24 111:1 112:11
114:15 119:14,17,20
121:13,15,16,18
122:25 123:15,23
125:19 127:22 128:17
128:20,24 129:11,15
129:25 130:4,7
131:16 132:8,11
133:2 137:14 138:15
139:1,3,7,11,12
146:20 149:1,16
152:2 154:6,6,12,13
156:6 157:19,25
159:17 160:8,24
161:1 162:9,22
163:18 164:14,15
165:12,14,16,18,20
165:21,22 166:14
169:15 170:1 172:10
174:18,25 175:1,8,9
179:19,22 180:2,8,15
181:12,15 182:2,3,4,6
182:7 185:22 186:15
186:16,19,21 188:9
189:17 191:1,6,10,10
191:11,18 192:4
194:7 196:18,19,20
196:23,25 199:25
200:2,3,3,14,16,16
201:2,3 202:5,7
203:14 206:9,11,12
207:4,7,8 209:11

210:15,16 211:10,24
212:15 213:19,20,22
216:18 218:14,20,23
218:25 219:1 220:14
221:7 222:1,3,3
223:23 224:12,12
226:12,14,23 227:13
227:16 230:10,15
232:6 233:1 236:24
240:24 244:6,14
246:1,18,18,19
248:16,21 249:2,12
249:12,13,16,25
250:21 251:7 257:5,6
257:21,22 258:16,18
259:19 260:9

**knowledge**
114:9 160:22 177:13
193:3,6 196:15
198:23,24 199:17
200:9,21 201:2
210:18,24 217:23
218:3,24 220:11
229:23 232:1 255:24
258:13

**knows**
139:14 209:16,18

**Kugel**
22:7 27:17,18 146:14
147:14 148:10 156:15
156:18 157:5 159:10

———————————
**L**
———————————
**L**
1:8,12 2:3 5:22

**label**
49:7 79:10,11 140:20
141:3 260:6,8,11

**Labeled**
79:10

**labels**
22:2 140:14 142:5

**lack**
164:24

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

| | | | |
|---|---|---|---|
| ladies | 179:4 208:17 | limited | 1:9 5:22 |
| 82:24 | let's | 7:13 | LLP |
| lady | 21:13 33:5 37:23 43:12 | line | 2:10,16 269:3 |
| 23:18 149:17 | 44:9 51:13 76:16 | 80:12,18 105:1,1,3,17 | Loan |
| laid | 82:25 92:13 111:16 | 112:4,24 122:25 | 184:17 |
| 150:6 | 115:6 142:7 155:6 | 125:9,11 127:9 | located |
| Lane | 159:15 171:20 172:5 | 133:12,12,18,19 | 11:10 |
| 105:2 243:10 | 183:6 199:2 235:6 | 140:16 141:2 270:4 | long |
| large | 239:3 251:23 | lines | 9:8 20:4 61:2 74:7,8 |
| 47:8 97:2 | letter | 13:20 66:20,24 99:10 | 97:22 98:5,7,10,13,17 |
| late | 3:8 22:17,18 36:23 | 104:21 122:21 123:2 | 107:13 116:24 118:15 |
| 12:5 15:5,16,17 154:10 | 38:10,10,18,20 39:12 | 140:17 141:6,11,15 | 120:5 131:17,18 |
| 154:12 169:17 205:22 | 40:4 43:4 65:18 70:20 | 141:21 | 133:22 148:7 156:24 |
| 206:18,20 | 88:16,25 106:16 | Lipkin | 156:25 161:17,20 |
| latest | 107:1 108:3,7 126:14 | 196:5 | 162:18 167:19 168:13 |
| 128:5 | 126:17,21,24 127:11 | liquidation | 216:18 228:4 241:10 |
| law | 127:19,22,24 143:14 | 1:3 2:2 5:21 | 252:4,7,13,17 253:24 |
| 129:6 179:19 | 194:15,16 227:7 | list | 254:5,15,22,23 255:9 |
| lawyer | 256:12,15,18 269:14 | 19:12 22:5,6 28:2 | 255:12,14,25 259:13 |
| 164:20 170:19 179:11 | letter-size | 42:11,21 43:1,7,21 | long-term |
| 179:18 191:2 | 131:8 | 44:13 48:10 55:21,21 | 172:19 |
| learn | letters | 55:22 189:19 211:5,5 | longer |
| 257:16 | 13:11 21:12 22:20 | 219:15 238:9 | 55:4 202:12 253:13 |
| learned | 62:25 63:1,2 127:10 | listed | look |
| 41:18 175:10 | 163:13 194:11,17 | 49:25 50:15,16,25 51:3 | 43:15 49:1 63:24 64:9 |
| leave | 210:6 244:1 | 54:2 56:4 94:5 95:24 | 70:2 71:9,15 75:23 |
| 43:12 | Levy | 96:19 196:8 233:14 | 82:18 98:18 101:10 |
| leaving | 151:20 152:20 158:22 | 237:18 263:21 269:15 | 104:9 108:14 111:16 |
| 61:10 128:14 149:25 | 161:8 | lists | 123:24 127:17 128:21 |
| ledger | liable | 21:19 22:7 36:17 | 128:21 140:18 166:11 |
| 3:19,24 4:3 35:24 36:4 | 187:11,16,18 | 115:16 135:14 183:11 | 166:23 187:14 188:7 |
| 36:4 97:15,18,21,24 | liar | 235:18 | 188:10,14,23 189:1 |
| 98:14 107:11,12 | 193:22,24 | litigation | 189:23 201:4 203:10 |
| 109:5 116:22,23 | Liberty | 6:7 | 207:13 211:4,6 |
| 117:14 134:20 135:21 | 55:23 95:20 96:25 | little | 212:25 220:12 221:17 |
| 236:9 238:3 | lie | 14:6,14,15 15:4 17:16 | 223:3 225:15 227:21 |
| left | 193:14 251:6 | 19:17 62:1 68:15 | 229:5 231:12 233:3,8 |
| 25:2 44:1 49:21 55:11 | life | 70:10 98:1 103:13 | 233:16 236:12,24 |
| 55:13 61:6,7,8 129:6 | 186:22 | 104:14 131:3,24 | 241:12,14,21 242:1 |
| 129:14 224:1 | light | 149:24 155:1 214:25 | 244:15,16,21 260:14 |
| left-hand | 11:6 | living | 263:3 264:15,17,24 |
| 84:22 139:6 | limitations | 212:3 | 265:1 |
| legal | 3:15 7:14,21 | LLC | looked |

6:11 36:4 51:22 74:2
77:24 78:18 98:19
100:8,14 107:24
115:24 119:1 136:15
163:19 182:25 183:1
**looking**
50:17,22 53:24 55:17
63:20 64:17 67:4 68:2
70:23 76:3,25 80:11
81:7 83:6 86:4 87:11
90:12 91:8 99:1 100:5
103:3,7,15 104:18,20
108:10 110:3,10
111:24 114:25 116:6
120:18 121:4 122:3,6
125:13,23 131:8
132:3 140:8 141:6,9
161:24 165:23 201:10
203:1,2,14 221:14
232:8 234:7 244:22
245:25 246:6 265:11
265:18
**looks**
77:23 78:2 83:17 87:10
97:15 102:10 104:16
110:19,19 121:7
123:17 124:25 127:8
131:15 188:24 189:10
224:8,9,9 225:11,18
225:25 264:18
**lost**
48:22 210:12 218:1
241:3
**lot**
5:24 23:8 34:11 65:11
75:23 122:15 130:14
130:15 148:5 163:12
171:2,18 177:7 185:1
209:5 250:12,15,20
260:16
**loud**
183:21
**lower**

77:3 171:17 172:3
**Luncheon**
142:8
**lying**
193:13

---

**M**

**M**
2:12
**ma'am**
5:3 208:16
**Madoff**
1:8,12 2:3,9 5:22 14:5
14:6 22:7 29:25 31:18
31:19 32:7,14 33:6,7
33:10 35:18 38:6
39:16 58:1 62:16
65:10,17,23 88:2,4,5
112:22 126:5 145:12
146:14 147:14 148:10
148:19 149:10 153:2
153:8 155:5 158:23
158:25 159:3,7,9,11
168:1,16,23 174:1,2
174:24 175:3,10,15
175:21 176:7,11,18
176:25 177:13,14
192:17,25 193:3,8,14
195:4,10,19 197:6
199:2,18 200:11,23
203:18,25 204:3
206:15 209:19 210:1
216:6 219:9,17
220:12 247:12 251:3
256:14,16 258:3,15
**Madoff's**
151:12 157:17 196:10
196:17 242:19
**MADTBB02386398**
125:4
**mail**
23:7 30:6,9 45:8,15
79:6 141:22 198:20
198:21 199:22,22

200:13,25 213:22
214:22 217:8 230:22
231:6
**mailed**
45:16,17,18,21,21
46:20 151:6 196:22
197:21 199:19 230:5
**mailing**
13:10 140:13,20 141:3
142:5 197:22 198:7
217:20
**mailings**
26:14
**mailroom**
42:18,20 45:3,5 78:23
79:1,5 86:12
**main**
12:8
**maintained**
62:6 64:14 71:6 210:7
**maintenance**
87:6 89:20 104:5
118:20 119:2,22
121:1,6,24,25 127:13
139:16 140:4,7 141:8
141:15,18 245:1
**major**
162:25
**making**
128:18 152:10 158:12
176:5 179:5 200:10
200:22
**man**
206:3
**management**
111:4,13
**managerial**
250:20
**managing**
163:14 252:3
**Manhasset**
185:13
**manila**

79:9,13,20 215:25
216:2 218:15
**manual**
20:24 21:8,10 128:18
128:23 129:23 130:3
136:20,22 141:6
201:5 236:19
**manually**
18:12 19:21 21:25
135:18 136:17 137:4
137:8 235:21
**March**
47:14 244:14,15,16,17
**margin**
177:9,10,12
**mark**
97:5 100:24 107:3
108:23 182:13
**marked**
4:8 6:14,20 7:18 36:20
37:1 38:21 43:10 46:2
46:3 47:17,21 48:4
49:10 63:3,6,21 82:14
86:15,19,23 88:10
90:22 97:8,14 101:6
104:1,4 107:6,10
109:1 110:25 111:2
115:10,12 116:20
117:12 118:6 120:21
121:19,23 127:15
128:6,8 182:15,20
263:18 265:2
**market**
149:22 155:22 166:20
**married**
148:4 154:13 198:10
198:10 212:3
**match**
75:7,11 94:25 96:8,16
139:24
**matches**
81:10
**math**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

76:12 172:10
**matter**
5:6 146:25 152:7
**mean**
15:24 17:1 22:3 23:16
26:17 27:21 28:23
29:7 31:17 32:14
33:22,23 34:3 35:3
38:4 39:17 48:1 53:10
53:12 58:3 59:5 68:8
68:15 79:15 85:1 88:7
88:11 97:17 99:4,8,11
103:15 113:19 115:18
119:24 129:16 131:17
133:10 135:8 136:25
137:13 139:13 148:3
152:24 161:1,18
167:22 177:2 179:7
180:9,10 182:25
205:15 209:18 210:14
211:20 212:6 223:16
224:14 225:18 227:4
233:20 236:13 242:18
242:24 243:2 248:12
249:15 258:24,25
259:2 263:13 264:6
**meaning**
34:16 68:19
**means**
27:7 28:24 29:3 68:9
70:16,18 88:12
111:19 119:17 121:13
121:15 122:9 128:4
138:15 139:4,12,16
191:17 224:13
**meant**
35:11 250:17
**medications**
9:11
**Medium**
1:21
**meet**
192:17 203:18,20,24

258:3,14,22 259:6,13
**meeting**
90:20 194:20
**meetings**
258:6
**melded**
248:18
**member**
13:22
**members**
13:14
**memo**
45:22,23 46:8,9 76:22
76:25 77:4,10,11,15
77:18 78:9,11,16 80:7
80:11 81:11 86:9
**MEMO01**
138:24,25
**memory**
119:10 194:5 239:15
239:15 243:17
**memos**
42:2 45:24 46:12,15,19
75:23 81:14 134:15
142:20 158:8 215:12
**mentioned**
161:15 164:11 184:23
254:14 258:3
**Menu**
140:4
**Mercedes**
185:15,15
**Merit**
268:21
**message**
13:23 214:13
**messages**
13:24 21:12
**met**
158:21 259:4
**metal**
214:25
**Mexican**

208:22 209:12
**Mexico**
208:21 209:1
**MF00024487**
3:22 102:12
**MF00052809**
3:22 102:8
**MF00057516**
3:19 97:7
**MF00063864**
3:21 101:22
**MF00067077**
3:21 101:16
**MF00151754**
3:24 107:4
**MF00472955**
3:22
**MF00472995**
102:16
**MF00483413**
4:3 108:25
**MF00529912**
3:22 102:3
**mid-'70s**
17:5 150:23
**middle**
16:1 247:9
**Mill**
243:10
**million**
171:10,21,21 172:6,8
172:12,14,16 176:21
177:1,4 180:13
185:17 186:3 187:12
187:16 192:2 262:16
**mind**
31:14 170:10 193:19
221:13 232:17 247:18
**minds**
124:18
**mine**
105:9 116:9 124:10,14
184:25 224:23,24

**minute**
40:19 46:24 101:10
127:21 130:11 137:16
145:6 245:8
**minutes**
262:23
**mirror**
98:25 107:16 116:23
**mischaracterizes**
164:16
**misreading**
188:24
**missed**
45:9 240:10
**missing**
96:12 110:20 143:18
143:21 211:14,17,18
211:21,22,24 213:7
226:14 227:19 245:9
245:10,16 246:12
**misspeak**
44:6
**mistake**
93:16 195:13 212:21
212:25 235:25 238:23
240:1,3,18,22,23,24
**mistakes**
213:16,18 240:6
**moment**
42:4
**money**
27:13 92:25 98:6
109:19 137:20,20
146:7,17 147:10
148:4,5 161:16
162:11 172:21 173:3
173:11,16,22 174:7
175:5,14 176:16,22
176:23 177:14 180:6
180:7,11 183:7 185:1
185:7 186:2,5,7 191:8
191:9 204:25 219:5
247:22

08-01789-cgm    Doc 14162-4    Filed 09/23/16    Entered 09/23/16 11:23:35    Exhibit 2
Pg 93 of 115
SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

Page 293

**moneys**
97:22 98:9 107:13
204:11,12
**month**
18:7 72:14 73:15,23
78:13 84:18 99:9,13
101:24 102:9,13
107:19 109:11 117:4
117:7 134:18 142:16
153:15 155:9,21
158:9 164:7 167:12
168:13 177:19 218:17
219:6,7,17 230:12
244:3,19
**month's**
155:14
**monthly**
39:7,8 116:9,10,10
142:11 156:12 212:10
**months**
79:8 216:2 217:12
**Morgan**
184:6 218:19 219:6
**morning**
5:17,18 44:23 161:22
162:3 163:1,20
164:11 195:9 223:15
**motion**
8:6
**move**
11:12,14,22,24 15:4
21:13
**moved**
11:16 12:1,6 18:23
19:1 198:8 212:2
**movements**
116:12 118:2
**moving**
60:21 79:23 208:21
**mriopelle@sercarza...**
2:18
**Mui**
24:11,13,19 26:5 42:15

129:19 134:6

---
**N**
---
**N**
3:1
**N-A-M-E-N-U**
140:5
**name**
5:19 13:25 20:12 26:24
35:23,24 42:12 50:1
52:1 53:2 63:9 66:2
66:22 67:7,8,12,12,13
67:13,14,21 70:13
72:3,7 79:12 80:15
87:2 89:1 90:15,15
96:16 105:6,11,15
109:6 110:14 119:2
121:8 123:4,6,19,20
129:2,3,4,9 132:21
136:24 137:1 139:10
139:10,15,25 140:4,7
141:14,25 142:2
145:23 149:25 183:14
183:14,17,18,24
186:16 223:14 226:2
227:7,7 243:9 244:25
247:20,21 264:20
269:14
**name/address**
127:12 141:8,11,17
**named**
26:6 44:6 156:23
**namenu**
140:5
**names**
20:3 24:3 25:2,12 44:3
44:13 55:22 148:11
151:17 156:17,22
**Naples**
25:11
**narrow**
7:8
**National**
55:23 95:21 96:25

**nature**
13:17 23:4
**NCR**
78:7 216:9
**NE**
1:22
**near**
64:14
**neater**
54:14
**necessarily**
17:20
**Neck**
105:2 243:10
**need**
9:7 36:23 37:5 38:1,16
39:13 43:3 60:4 70:20
128:16 134:10 141:3
207:9 209:10,25
211:23 218:9 249:10
256:23
**needed**
15:1 22:18 26:13 40:2
108:2 128:17 141:4
176:23,24 211:10
253:3 256:25
**needing**
253:4
**net**
59:19
**never**
70:3 80:4 93:18 146:4
146:5,6 158:21
164:11 168:4 170:15
170:15 174:7 175:2
176:3,23 193:19
196:22 197:12,19
199:15 206:2,4,9,10
208:9 214:10,18
220:10 232:25 248:20
257:6
**new**
1:1 2:5,5,11,11,17,17

23:16 35:9 48:18
62:22 64:20 66:4
82:18 87:6 89:24 90:3
93:6,20 99:10 108:14
109:17 110:20 118:19
119:23 163:16 184:13
204:10,11 222:4,5,6,7
222:11,13 226:16
227:6,8 228:19
229:14 230:16,18,21
232:13 236:19 242:22
243:10,15 244:3,18
245:2 247:7,8 249:11
250:2 258:14 264:7,8
264:19 265:12,13,21
269:4,4
**newer**
16:2
**nice**
23:18
**night**
44:20,22 129:16
**Nine**
220:2
**Ninety-nine**
30:6
**nonnegotiable**
77:12
**normal**
114:25 238:1
**Norman**
151:20 152:20 158:22
161:8
**Notary**
267:18
**notation**
71:5 134:24 139:12
**notations**
124:16
**note**
33:12 35:19 68:6 69:20
69:22 208:8 209:8
**notebook**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

48:3,7 53:5,5,6 131:4
131:5,6,9,12 136:9,11
136:18,20,22 234:6
234:20,22 235:2,7,10
236:9
**notebooks**
47:22 48:6
**notes**
132:25 156:4,5 268:10
**notice**
91:17 126:18 184:24
269:6
**noticed**
91:9 92:1
**noticing**
69:19
**November**
46:17 73:11,12,21,23
73:25 74:3,8,9,19
75:6,8 80:21,25 82:3
82:9,11 85:15 86:2
109:14
**number**
8:12 13:25 35:25 42:12
47:3 49:1 52:2 56:18
56:19 71:10 72:4,8
79:12 81:8 83:8,8
87:2 88:22 89:2,12,20
90:6 94:11 97:7 100:4
101:3,16,22 102:3
104:10,17 105:13
107:4 108:24 109:6
118:12 121:7 123:8
123:10,11,15,18,18
124:24 125:8 132:21
137:5 139:14,15
140:13 145:25 183:12
219:23 222:11 224:16
227:1,9 228:19,25
229:1 242:9,12,17,22
243:11,12,22,22,23
244:2,4,5,18,23,24
245:6 263:11,16,17

263:21 264:2,5,7,9
265:7,10,12,14,24
266:8,15
**numbering**
89:4,17,19
**numbers**
36:1,2 44:13 49:22,23
49:23,24 55:21 88:25
90:4 98:21 103:1
223:3 242:20 243:4
243:15,18,20,22
244:9,11 246:21
247:4 263:8,13
**numerical**
56:17 60:24

---

**O**

**oath**
3:6 9:15 192:15 194:10
267:1
**object**
261:9 262:10,18
**objected**
261:14
**objection**
8:6 153:3 161:9,25
162:2 163:4,23 164:9
170:12 178:21 190:21
191:15 193:15,17
195:23 199:7 202:14
206:1,22 210:8,23
211:16 228:24 230:14
232:24 236:1,7
237:11 238:18 239:23
240:2,21 243:13
251:5 254:24 255:5
255:23 257:20 260:7
260:13,24 262:4
**obligation**
262:15
**obviously**
179:20 222:14 244:14
**occasionally**
213:4

**occur**
72:22 73:20 82:2
168:19
**occurred**
61:4 74:5 168:20
**October**
72:23 74:3 85:12
**office**
11:10,11,12,21 12:6
15:2 50:19 60:20
62:13 64:14 67:9
119:13 121:17 132:1
132:2,2,12,13 162:4,5
162:17 197:1 199:16
215:3 221:23 222:23
224:6 225:1 250:7,16
250:21 252:3
**offices**
132:2
**oh**
10:17 15:18 18:11 19:5
25:2,22 28:12 30:6
41:9 43:18 44:19 45:9
48:17 54:25 56:24
57:20 63:15 66:19
71:3 81:22 82:24
84:13 89:13 91:9
113:15 114:2 120:4
121:24 124:23,24
129:2 130:10 146:18
153:24,24 161:11
177:7,19 181:12
185:22 201:21 206:14
220:1 221:6 222:5,6
228:25 245:14 251:6
**okay**
5:3,24 6:2,10 7:25 8:10
9:1,6,9 10:7 11:1,7
12:10,14 13:1,4,12
14:2,8,12,17,18,24
15:4,24 16:5,12,14,24
17:8 18:3,14 19:1,13
19:16,18 20:6 21:13

22:11 26:23 27:15,19
28:1 29:5,21 30:4,7
31:6,17,20,24 32:8
34:23 35:6,10 36:5,14
37:13,18 38:13,17
40:6,19,25 41:20 42:7
43:20 46:23 47:1,5
48:11,21 49:9,11 50:8
50:12 51:1,8,15,20,24
52:20 53:4,20 54:13
55:17 56:23 57:4,4
58:6,12 59:16 60:5,23
61:8,11 62:1 63:20
64:1,3,16 66:6,15,19
66:23 67:1,4,17,25
68:11,22 69:21,24
70:2,12,14 71:12,18
71:23 72:18,25,25
73:5,12 74:2,11 76:14
76:18 77:2,9,19 78:25
79:4,15 81:2,25 82:4
82:10,18,21,25 83:9
83:11 84:3,3,4,13,13
84:22 85:7,17,22 86:3
87:8,11,22 88:23
89:19 90:6 91:5,12,15
92:3,5,12,19 93:19
94:13,21 96:1,15
97:16,24 98:23 99:1,7
99:14 100:13 101:13
101:17 102:2,21
103:3,15 104:12,17
104:20 105:5 106:1,4
110:21 112:3,11
113:22 114:3,5 117:6
118:8 121:19 122:3
122:21 123:20 124:25
125:11,23 126:11,11
126:17 127:18,23
128:6 129:5,14 130:1
130:2,20,25 131:3,14
132:14 134:4,23
135:5,24 136:8,23

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

137:24 138:3,25
139:5 145:22 146:2
146:16 148:25 149:2
149:7 150:9,15,18,21
151:15,22,24 153:7
153:12,23 154:4,15
155:2,4,13,18 157:12
158:15,20 160:2,11
160:21 161:3,6 162:6
164:4 167:2 170:10
170:18,22 172:21
179:10,14 180:13,16
181:11 183:6,11
184:11 185:10,22
186:2,17 188:2,11,14
188:16,17 189:5,11
189:18,24 190:11,13
191:12 192:8,14
193:2,8 194:2 195:10
195:14,19 197:12
199:3,16,24 200:4,7
201:4,19 202:1,11
203:16,16,23 205:2
206:15 207:10,19
208:4,9,23,24,25
209:7,11,16,17,21
210:1,11 211:13
212:19 213:15 214:20
214:20,24 215:10
216:17 220:4,15
221:6,6,8,18 224:1
225:24 226:25 227:21
228:14 229:18 230:9
231:8,21,25 232:15
235:4,6,6 236:23
237:14 238:7,22
239:7,20 240:7 241:5
241:6 242:12,15,18
245:15 246:6 247:17
247:17 249:15 250:18
250:25,25 251:13,19
251:22 255:8 256:1
256:16 257:9,16

258:1,13 261:16
263:20,24 264:16
265:4 266:1,20
**okayed**
70:2
**old**
87:18 205:16 244:5
249:11 250:3
**old-fashioned**
27:8
**older**
119:1
**oldie**
86:21
**once**
33:13 36:14,16 38:9
44:16 47:25 69:17
78:23 80:4 84:19 86:1
106:19 139:13 144:11
162:20,24 181:16
213:1 216:8 231:21
231:23 249:22
**one's**
85:11
**ones**
118:20 119:23 131:10
131:11 161:18 215:3
219:1 243:25
**oops**
28:16
**open**
48:9 63:11 64:22 69:6
87:7 88:4 106:2
125:22 142:20 204:10
250:2 252:12
**opened**
30:24 31:9,12 33:16
34:21 62:2,3 65:4
88:3 89:13,13 90:3,3
137:4 161:13 175:21
203:22,25 226:16
247:7 256:10 258:4
**opening**

31:16 62:11 163:16
193:5 195:17
**operator**
26:9,9 116:3 128:25
222:9 223:7
**operators**
26:15 27:1 33:14 42:22
128:14
**opposed**
206:18
**opposite**
38:13
**option**
60:19,22,25 69:15
89:14 90:3 118:16
119:11,14 120:6
121:9 132:7,9 148:6
156:21 161:13,19
162:11,12 167:19
214:8,9 222:15,16
228:5,7,8,17 246:10
247:3 248:23 249:24
250:13,22 253:12
254:8 255:9,11,12,12
255:20 264:21
**options**
60:19,23 61:1,14,18,22
90:4 119:10 161:14
161:16,18 162:16
204:17 214:7 249:22
250:16 251:17 252:13
253:23 254:21 255:13
255:15 266:14
**oranges**
245:25
**order**
3:14,16 4:4 6:7,8,24
7:1,17,19,20 8:4,12
36:24 37:6 65:19
70:21 100:18 106:16
108:3 136:5 152:3
155:16 166:15 177:1
182:21 190:2 208:3

**ordered**
269:8
**ordering**
269:12
**orders**
6:19
**original**
78:8,9 84:14 85:10,11
85:13 86:7 104:25
119:22 122:19 128:20
147:12 226:13,18
238:6 263:16,23
269:12
**originally**
40:11 88:24 89:2 119:7
119:18 127:7 135:20
175:23 177:16 227:5
235:17 236:5
**originals**
86:17
**originates**
225:20
**outset**
7:5
**outside**
7:13 62:13 206:23
**outstanding**
219:15 220:6
**over/under**
113:4
**overtime**
163:15
**owe**
180:10 191:7
**owned**
59:10

---

**P**

**P&L**
18:5 53:11,13 149:21
151:7
**P&S**
18:6,10 21:2 22:1
149:18,21 151:7

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

**p.m**
1:20 142:9 145:7,7
207:11,11 256:7,7
266:23
**page**
33:12,13 35:20 41:12
47:2,3,11 49:2,3,10
49:13,17,21 50:10,22
51:4,6,10,13,20,21,22
51:25 52:4,10 53:21
53:24,24 54:2,7,9,10
54:15 55:18,25 56:4
63:13,18,22 64:16,17
66:7,7,18,24 68:3
70:6,12,16,24 71:3
83:7,7,19 84:9,23
86:4 87:1,5,9 88:18
89:9,10 91:8,19 93:23
94:6,7,14 95:8,15,18
95:22 96:13 98:18
101:15,21 102:2,21
102:22 104:9,10,20
105:6 110:4,5,10,11
118:17,17,18,21,25
119:4 121:4,5,11
122:3,4,6,13,15 123:4
125:3,13 126:7 127:5
127:17 130:24 134:23
136:23 138:22 139:5
140:2,3,12,24 141:7
183:4,7 187:14
188:15,23 189:1,23
189:23,25 190:8
201:10 207:14,16
222:12,24 226:8
237:1 263:6,9 264:15
264:17,23 265:5,8,18
265:20 270:4
**pages**
1:18 83:12,13,21,23
86:3 268:7
**paid**
59:9 172:20

**Palm**
269:19
**paper**
28:18 35:24 78:7
133:17 195:17 216:9
224:18 226:15 238:13
238:15 239:11 248:20
257:5
**papers**
69:13,14 158:5 246:13
250:1 258:10
**paperwork**
69:17 121:25 246:19
249:9,10
**paragraph**
8:11 138:23 189:18,21
**parameter**
155:20
**parameters**
155:25
**parent**
141:23
**Park**
2:10
**part**
20:1 39:4,5 59:1 62:16
70:15 73:14 77:4,5
105:5 115:15 139:5
178:10 180:2,2
209:13 250:13
**partial**
181:7
**particular**
12:7 15:11 27:23 33:24
48:3,7 56:11,18 59:21
60:24 116:8 162:21
212:12 219:16
**parties**
6:4 190:1 268:12
269:10
**parties'**
268:13
**pass**

13:25 71:15 91:10
**pay**
56:15 57:13 176:24
209:2
**payable**
52:18 81:3 139:21
**payee**
139:24
**payment**
61:17 92:6 93:6,20
137:23 143:25 213:9
**payments**
58:16 96:20
**penalties**
270:22
**pending**
9:8
**people**
18:8 19:22,24 20:2
24:20 26:6 45:5 50:14
50:15,16,25 51:3 54:2
54:23 60:21 149:20
152:13 153:1,11,13
155:14 158:21 159:1
161:7,14,15 162:19
178:4 194:13 196:3,7
196:24 204:15 211:4
212:20,24 213:18
214:18 219:20,21,24
223:4 225:17,21,22
226:8 238:16 247:12
248:16
**Pep**
137:7
**percent**
16:10 30:6 58:3 113:2
113:6,7,17,24 115:3,5
115:6,7 153:9,9 155:8
155:21 157:17,21
165:25 166:1,2,5
167:14,14 171:22,25
172:5 174:14,15,15
191:4,5 258:7

**percentage**
155:11 157:1 171:15
171:24
**perfect**
236:15
**period**
17:15,17,18 20:23 21:9
21:10,14,18 22:13,23
24:21,22,24 31:21
42:6 55:10 69:10
103:16 112:16 115:18
118:3 150:19 157:12
159:12,15,16 160:6
162:7,15 196:1
197:22 201:17 212:1
216:20 217:1 218:12
240:15 244:8 246:1
254:23
**periods**
234:20
**perjury**
270:22
**permission**
6:25
**person**
16:2,5 32:18 69:22
70:1 110:14 120:7,14
159:3,4,5 174:13
198:23 200:12,25
201:1 214:9 226:3,7
226:10 248:11
**personal**
229:23 231:25 266:18
**personally**
79:20 90:13,16 114:5
220:8 232:20 249:19
267:10
**pertains**
69:16
**phased**
60:6,14 61:6
**phasing**
61:3

Phipps
269:18
phone
13:13,20 22:14,25
32:17 33:4 35:16 43:5
65:8,12 143:13 156:5
156:6 194:19 203:21
212:5,14 214:5
224:17,17
phones
13:9,12 21:11,11 151:9
151:9
physical
28:4,6,18
Picard
2:2 5:21 180:3,4,5,11
180:11 191:8,14
210:20
pick
248:22
picked
18:8 199:21 206:7
Picower
151:23,25 152:4,8,12
piece
35:24 195:16
pieces
28:18
pile
199:4
Pink
28:19
pinks
137:12,14
pitched
15:3
place
6:21 62:14 71:13 83:5
227:10 269:18
placed
92:6
places
234:3,23

placing
154:7
plain
148:7
PLAINTIFF
1:6
plastic
131:19,20
Plaza
2:4
please
147:7 200:19 221:17
241:13 269:6,9,14
pled
205:20,22 206:10,11
plus
128:3 151:9 249:11
250:19
point
15:23 24:2 26:22 27:11
27:17,20 35:9 53:15
61:15 88:20 111:11
126:18 130:14 132:5
132:11,12 145:11
147:24 149:10 150:25
151:11 153:12,23
154:18 155:5 157:16
160:21 163:6,11,22
163:25 164:4,5
165:24 166:3 170:4,7
170:10,13 171:16,17
188:20 196:24 198:13
204:14,16,18 210:11
216:24 218:8 228:5
242:18 247:4 252:1
252:15,18,22 253:8
255:10 261:1
pointed
242:1
pointing
248:7
points
248:8

policy
186:23
portfolio
111:4,12 115:15 116:9
118:1 166:18,19
246:3,8
portion
77:3 119:4
position
97:22 118:15 120:5
148:7 161:17,20
162:18 252:4,7,17
254:5,22 255:9,14,25
positions
61:2 98:8 142:21
156:24,25 167:20
252:13 253:24 254:15
255:12
possession
218:7
possible
154:14 243:5,8 249:14
possibly
230:7
posted
131:5
posting
13:9
postings
26:14
powers
248:16
practice
222:24
precisely
151:3
preliminaries
8:21
preliminary
4:4 182:21
prepare
258:22
prepared

258:19 259:1,2
preparing
223:5
present
194:2 195:14
press
144:24
pretty
175:4
previously
4:8 43:9 46:2
price
18:12 166:12
prices
148:13
print
71:10 116:4 134:4,8,18
printed
73:2 116:7 133:15,17
133:20,21 134:1,11
134:17,21 216:10
238:12 239:10 244:3
printer
45:4,10
printing
21:25
printout
234:22
prior
153:15 155:14 164:7
219:7 255:21,24
prisoner
3:14,17
privately
164:20
privilege
261:1,3
privileged
261:6 262:19
Pro
1:2 270:2
probably
13:1 17:6 34:6 49:19

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

51:12 58:3 61:9 87:20
111:14 127:1 128:4
132:1 141:5 143:13
144:10 175:7 196:3
202:17 209:16 230:22
230:23 235:18 248:17
**problem**
115:7 135:18 165:3
235:15 236:18 237:20
259:19
**procedure**
194:15 213:5
**proceeding**
5:1
**proceedings**
266:22
**process**
18:20 19:2 25:24 37:17
44:15,23,24 45:2
136:9,15 169:24
219:12 220:5
**processed**
169:25 170:2,3
**processes**
19:9 21:15 40:25
**produced**
83:24
**Professional**
268:22
**profit**
7:2,3,4,7,13 14:15
28:21 29:2,5,8,12,15
29:19,23 30:1,4,13,17
30:23 31:8 37:9 39:19
39:21 42:24 46:7 52:6
52:13 53:1,7,14 55:23
57:22 58:7,10,15,19
58:24,24,25 59:2,15
59:16,20,23 60:2
73:25 74:17,25 76:7
80:14,16,25 82:1
85:20,20 90:24 91:4
92:17,18,24 93:14

94:11 95:20 99:16,19
99:22 100:1 103:1,2
107:1,22 108:20
109:15,22 110:9
117:10,22 128:5
131:9,23 132:4,21,22
133:25 134:3 135:11
136:12,14 146:21,23
170:24 192:21 193:4
194:13,25 196:16
197:4 199:5,12
206:23 207:1 217:4
228:10 235:17 236:16
237:8,12,16 238:8,10
239:3,6,9 240:25
247:24 254:25 255:1
**profits**
28:25 30:15 31:4,8,22
32:4,23 35:2 36:21,24
37:2,6,25 49:19 58:2
58:5,6,11 61:18 68:3
68:9,10,10,15,25
70:16,18,21 88:13,15
96:25 100:11,12,18
100:22 103:23 105:18
106:4,20,22,25 108:4
108:9 112:9,14,15,17
112:19 119:5 122:8
122:10,11 123:24
124:4 126:20 135:10
135:14,22 136:3
137:18 203:19 204:3
204:13 228:22 235:16
235:19 256:11
**program**
115:8 137:4 248:15
**programmed**
36:16 243:14
**programmer**
244:7 248:14
**programming**
235:13 243:8 248:17
**programs**

19:14
**projected**
113:18 171:15 175:3
**properly**
84:2
**property**
185:10,13 188:4
189:19
**property/money**
4:5 182:22
**prosecuted**
178:15,17 179:16
**prosecution**
178:3
**PROTECTION**
1:5
**protective**
6:7,18
**provide**
10:1 24:3
**provided**
10:11 65:14,17,25
**provides**
7:19,21 8:4 190:18
**Public**
267:18
**pull**
67:11 139:15 211:6
**pulled**
155:23 211:3 219:5
259:21
**punch**
42:16 43:8 44:22 116:3
131:6 138:12 139:3
222:9 223:7 225:22
**punched**
26:18,20 33:14 68:19
**punching**
26:16 137:3
**purchased**
57:13
**purchases**
153:14

**purpose**
142:14 239:21
**purposes**
190:1
**pursuant**
189:11
**put**
18:13,17 19:14 27:23
27:24 33:15 42:19
43:4 45:8,16 47:21
52:19 53:15 57:15
64:22 68:17,20 78:14
79:3,9,13 84:20 93:20
97:2 116:15 118:5,23
120:23 128:23 131:21
134:14 136:5 137:7,9
138:6 139:13 140:9
143:25 148:4 154:23
155:15 158:5 165:25
166:24 167:18 173:24
174:11 176:25 185:1
193:6,21 195:6,7,8
204:11 210:10,16
213:9 215:25 216:3,8
221:4,23 223:9
224:21 236:19 238:12
247:7 255:19 257:18
**putting**
158:20,24 175:14
**PW**
14:10 29:18 42:13 50:3
52:5 74:16 135:2,4,7
135:11,12,15 137:13
138:11 241:23
**PWs**
138:16,18

Q

**quality**
248:10
**quarter**
228:10
**quarterly**
119:15 228:12,22

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

229:3,5
**question**
9:8 16:9 26:2 40:20
  48:2 101:10 126:12
  126:13 147:1,4,5,7
  153:17 154:25 157:8
  157:8,9 158:13 162:7
  162:7 165:7 173:1
  174:6 175:16 176:12
  176:14 190:13 191:6
  191:17 193:20 194:1
  194:6 200:15,17
  205:17 210:15 211:25
  239:4 241:15 253:19
  255:7 261:15,19,20
  261:25 262:6,12
**questioned**
201:11 205:19 241:17
  260:17,20
**questioning**
212:20
**questions**
8:22,23 9:3,5 14:9
  30:25 83:4 130:1
  144:5 165:11 176:8
  226:24 253:4 257:25
  262:21,23 266:19
**quick**
67:11
**quickly**
20:3
**Quite**
260:14
**quotes**
155:14 164:6

**R**

**R**
2:6 36:2,12 38:12 68:7
  124:11 127:7
**Raganot**
25:7
**raise**
5:4

**range**
111:8 166:12
**rarely**
22:18,19 68:17
**rate**
112:21,22 113:14,18
**Raton**
185:11
**read**
3:8 54:15 94:13,19
  101:13,25 104:13
  120:10 125:21 129:24
  147:6,9 188:12
  190:24 191:1 200:18
  200:21 230:18 269:9
  269:11 270:22
**ready**
71:20 127:22
**real**
20:3 67:11 78:4 170:20
  170:21 185:10,13
  186:12,18 205:4
  206:25
**realized**
172:16 206:13 230:1
  230:24
**really**
12:12 52:16 66:25
  89:14 113:21 119:12
  119:12 120:7,14
  130:6,12 137:14,21
  146:21 147:12 150:2
  171:2 186:16 188:5
  196:20 213:21 218:20
  223:9 224:8 225:15
  232:7,22 252:3 257:6
**Realtime**
1:17,25 268:21,22
**Reardon**
44:2
**reason**
162:21,23 178:4,18,25
  202:17 205:7 211:1

251:4 270:4
**reasons**
23:17 179:1
**rebill**
136:16
**recall**
15:7 22:6 35:22 105:21
  146:17 147:10,13
  241:17 244:10
**receipt**
187:19
**receive**
23:6 28:24 30:14,17,22
  36:21,24 65:18 70:21
  93:9,10,12 100:18
  106:20,22,25 108:3,8
  155:12
**received**
54:3 62:25 96:24
  109:22 127:11 142:20
  176:18 212:10
**receiving**
126:23
**receptionist**
14:1 149:11
**recess**
83:2 142:8 145:7
  207:11 256:7
**recites**
183:7
**recognize**
43:13,16 44:3 49:12
  51:9,11 54:10 63:5
  66:23 71:24 73:6
  86:22 104:23 121:22
  122:4,18 123:25
  128:8,11
**recollection**
148:22,24 149:4 202:2
  203:9 214:15 255:17
**record**
8:2,3 49:6 66:6 83:1
  100:25 129:7 140:23

142:7 163:20 164:16
  182:17 188:21 200:6
  257:11 262:24 268:9
**record's**
248:3
**recorded**
70:25 71:1
**records**
209:8 210:2 242:19
  248:1
**recoverable**
187:19
**Redirect**
3:4 263:1
**redone**
128:23
**reduced**
99:19 108:15,17
**refer**
5:24 40:6 57:5 112:5
  113:8,12 120:3 135:1
  138:4
**reference**
185:21
**referred**
14:4 44:4
**referring**
5:23 14:5 16:6 26:24
  34:14 63:13 66:7 70:4
  74:14 76:22 77:9
  78:25 80:23 89:8
  91:22 98:3 133:4,6
  140:24 142:4 146:13
  246:19 243:3 246:4
  246:15 248:5 249:3
  250:23
**refers**
8:11 139:1 264:21
**reflect**
66:6 96:20,24 118:25
  140:23 163:20
**reflected**
59:18,19 85:23 143:2,5

144:2 205:9
**reflects**
116:12 118:18 242:13
**refuse**
176:12 261:23
**refusing**
261:21
**regard**
20:21 23:22 41:7 122:7
**Registered**
268:21
**regular**
136:15 174:20 235:12
240:25 243:18 252:6
**regular-size**
131:8
**regulation**
257:21
**regulations**
168:10 257:17
**reinstated**
235:14
**reinvest**
32:23 33:18 36:3,10,13
36:15 37:1,8,10,21
38:15,21 68:7 70:25
71:5 87:12 88:20 90:8
100:11 121:11 124:19
125:1,25 126:3,15,19
127:16,25 159:6
256:12
**reinvested**
31:4 32:5 37:2,6,25
126:19 204:16
**reissue**
235:20
**reiterate**
6:8
**relate**
7:7 52:25 53:21 55:25
71:17 95:16,23 165:7
**related**
7:3 23:11 57:25 58:6

58:15 171:3 254:25
**relates**
127:25
**relating**
41:1 60:2 72:14 92:20
96:25 109:9,10 261:7
**relationships**
153:2
**relative**
268:11,13
**release**
190:7
**released**
8:8 189:12,13,17,19,22
**releasing**
191:14
**relying**
238:3
**remain**
195:2
**remained**
227:25
**remains**
161:16
**remember**
6:11 11:18 12:12,15
13:5 17:20 18:4 20:3
22:3 33:20 34:10,17
39:9 46:3 55:11 57:14
60:11 66:13 67:10
71:7 77:5 89:18 90:17
90:18,20 129:4,8
130:12 137:15 140:21
145:16,19,21 149:6,8
149:16 150:7,24
159:23,25 160:4,10
163:8,8,17 168:6
173:23,25 175:15,22
176:1 177:7,18
180:15 183:4,5
185:19 187:13 204:7
211:17 213:15 214:19
218:2,9 219:5,21

223:15 227:10,12
229:16 232:4,20,21
232:22,25 233:1
234:1,21 236:14
239:16 243:21 251:2
251:8 260:3,4,8
**repeated**
168:6
**rephrase**
48:2
**replaced**
129:18 234:15
**replacement**
129:20
**report**
111:5,13 115:15,16
116:12 117:25 118:1
268:6
**Reported**
1:24
**reporter**
3:7 5:3 8:23,25 20:12
120:12 147:9 193:16
200:21 268:1,21,21
268:22
**Reporting**
269:18
**represent**
5:20 76:7 99:23 108:19
110:11 118:14
**representing**
196:16 197:4
**request**
30:22 39:10,13,24
87:23 88:16 107:1
134:7
**requested**
28:24 30:14 87:20
93:14 134:10 138:5
268:8
**requesting**
193:4 257:12
**requests**

40:1 257:18
**require**
193:3
**required**
106:16 193:9 195:11
256:21 257:17
**requirement**
208:12,17,20 256:17
**research**
128:17
**respect**
17:13 21:17 152:25
153:7 168:15 203:11
205:3 251:20 253:25
**respond**
23:14
**responsibilities**
13:7 15:7 16:13
**responsible**
156:11 157:16,19
199:1,17 200:1,9,22
220:12
**rest**
246:19
**result**
128:19 178:14 191:22
**retain**
190:5,12 210:2
**retained**
214:21 216:6 217:1
**retired**
20:7 60:10,11 253:12
**return**
112:21,22,24 113:4,14
113:19 114:1 153:8
159:5 166:16,18
171:15,22 172:5
175:3 176:4,5 192:5
209:4,8 269:15
**returned**
70:3 199:19 200:12,24
208:10,15 231:4,5
269:10

08-01789-cgm    Doc 14162-4    Filed 09/23/16    Entered 09/23/16 11:23:35    Exhibit 2
Pg 101 of 115
SIPC v BLMIS-CONFIDENTIAL              Bongiorno 7/8/2016
CONFIDENTIAL

Page 301

**returns**
153:21 154:5 155:16
171:14 176:13
**review**
51:21 69:1 71:14 88:18
90:8 99:14 124:15
127:21 134:22 135:3
220:8 266:1 268:8
**reviewed**
220:10
**reviewing**
219:13
**revocable**
118:11 266:18
**right**
5:4 15:15 19:23 21:5
25:5 30:19 31:20,25
33:1 37:16 40:20 41:4
48:5 50:10 51:18
52:22,23 59:3 60:10
60:10 63:16 64:18
67:25 69:8 70:9 74:20
76:6,17 78:6 86:13
91:15 94:1 98:5,12
103:3,6,10,17 104:15
104:22 108:15,22
110:24 122:17,23
124:21 126:6 130:13
132:15 136:1,21
141:13,19 146:25
147:19,21,22 148:18
149:9 150:23 154:17
157:15 159:11 164:8
164:24 165:6,9,18
166:16 167:4 168:3
169:4,5,5 171:22
172:6,7,9,14,20 173:3
173:25 174:4,21
177:24,25 178:1,3,20
179:11,17 180:14,17
180:24 181:2,5,9,10
181:12,19,23 183:9
183:18,25 184:15,18

184:23,24 185:4,5,6,8
185:11,12,14,19
186:4,6,8,10,13,24
187:2,9,10,12 188:1,4
189:8,13,16 190:15
192:15,25 197:3,5,10
197:16 198:11,12
199:5 200:19 201:22
201:25 202:19 203:1
203:3,7,19 204:5
205:21 209:13,22
213:23 215:10 218:19
219:8,10 220:7,21
221:2,11,20 222:21
222:22 225:2,25
226:5,5,6,7 227:2,23
228:16,18,20,21
229:3,4,11,23 230:6,8
230:20 231:17,19,19
232:14,18,23 233:2
234:16 235:12 236:24
236:25 237:2,3,6,14
237:16,17,19,22
238:11 240:12,14
241:4,4 242:25 244:4
245:4 246:8,16 249:5
251:1,19 252:10,18
252:22 254:4,7,16,22
255:18,18 259:22
260:6 264:10,12
265:17 266:6
**right-hand**
222:19
**rights**
121:2 164:23
**righty**
152:9
**Riopelle**
2:16,18 6:11 17:23
20:13 23:18 25:3,6,9
25:13,18,21,25 44:4
48:14,18,21,24 63:24
91:13,21 95:10 97:10

130:9 141:1 147:3
152:2,8 153:4 158:14
158:17 159:22,24
160:2 163:24 165:10
165:14 169:12,14
170:13 172:1,25
173:8 174:5 180:20
183:20 190:9,14
191:16,20 197:24
198:9,13 201:8,12
202:15,20,23 203:3,7
207:10,17,23 208:2,6
215:2 217:7,11,15,17
221:11,15 233:4,18
236:22 241:6,8,16
246:14 248:3 249:3
249:22 251:8 252:20
253:7,15,21 254:5,8
254:11 257:24 259:10
259:13,17,24 260:12
260:25 261:5,9,13,18
261:22,25 262:2,4,8
262:10,14,18 266:3
266:21 269:2,3
**RMR**
1:24 268:5 269:17
**Robert**
44:2
**Rockefeller**
2:4
**rods**
215:1
**Roland**
2:18 25:16 159:19
221:9 269:2
**role**
14:16,21 79:23 136:8
253:16
**room**
6:4 36:7 42:15 43:8
44:21 82:24 118:23
131:24 134:5,8
146:15 151:6 154:24

157:5 158:4,6 160:14
160:19 162:14 168:3
199:22 200:13,25
214:22 217:8
**Roslyn**
184:13 187:3
**roughly**
102:23,25 103:21
**RSA**
268:5 269:17
**Rudy**
190:5,12 191:21
**rule**
50:17,20
**rules**
121:18 168:10
**run**
114:18 181:14 234:24
246:3,8 250:16
**running**
29:21 111:8,9 114:18
114:25 156:19
**Ruth**
52:16 219:17

─────────
                S
─────────
**S**
3:12 36:3,11,12 38:11
68:7,12,17,18,22
70:15,18 71:10 106:8
119:17 124:2,2,4,7,9
124:13 195:6 225:5
225:14
**S's**
68:20
**S-A-G-E**
254:17
**safekeeping**
137:17
**safely**
154:15
**safety**
186:25
**Sage**

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

254:17 255:8
**sake**
248:4
**Sala**
20:15,20 23:22 24:15
24:20 26:4,10 27:4
44:7,8 49:15 51:11,12
51:17,18 54:17,22
55:7 60:12 61:6
114:14 252:20 254:1
**Sala's**
49:14
**sale**
59:13 74:7 84:10,18,20
85:9,9,13
**sales**
73:17 84:12 153:14
166:24
**satisfaction**
181:8
**Saul**
152:23
**saved**
216:16
**Savings**
184:14,17,19 187:3
**saw**
68:18 74:22 118:20
162:3 197:12,19
216:15 232:16
**saying**
115:2 128:1,1 155:7
159:10 163:21 164:15
167:25 170:6 180:17
194:16 195:18 196:14
204:20,22 216:5
221:6 222:6 232:12
234:11 235:23 236:2
236:2,21 237:25
238:20,21 245:19
246:4,17 247:23
249:7
**says**

46:17 47:13 52:3,15
68:3,6 77:12 84:24
85:3 87:21 89:25 91:3
95:20 98:5,21 99:7,25
104:11 105:17 113:11
113:17 115:5 119:5
119:21 122:23 125:3
125:4,8 126:18 135:6
135:15 136:24 137:12
137:14 138:11,23
140:13,16 152:3
183:11,13 187:20
189:25 190:5,8,14,16
191:12 194:8 222:13
222:15,17 225:5
226:25 227:3 230:18
244:20 245:2,23
265:21
**sbrown@bakerlaw.c**
2:7
**scares**
155:1
**scenario**
38:13 232:17 250:14
**schedule**
190:6
**school**
10:14,18,23
**scope**
7:13
**scrap**
224:18
**seal**
8:8
**sealing**
8:4
**Seanna**
2:6 5:19
**second**
3:16 7:17 50:9,15 52:2
66:20 71:19 87:5
89:13 96:10 141:2
237:20,23 246:24,25

247:1 263:11
**secretarial**
11:6 14:21
**secretary**
50:20 149:12
**section**
123:25
**securities**
1:5,9 5:22 82:5,7
137:24 175:12,19,20
175:23 255:21
**security**
98:8 105:13 123:8,11
123:17 145:25 224:16
**see**
44:2 47:11 51:25 52:9
53:4,12,13 65:1,18
67:20,21,21,22 68:3
70:10 71:10 72:13,16
72:17 73:1,15,17,18
73:22,25 74:18 75:21
77:22,25 78:10 80:21
84:22 85:11 89:25
90:24 92:7,9,15,19
93:5,12 94:2,22 95:22
96:4,10 97:18 98:8,9
98:10 99:2 107:19
109:9,12 110:5
113:24 114:2,22
117:8,18 119:6,7,21
119:25 121:10 123:10
124:22 125:5 126:13
127:24 129:12 134:24
136:19 138:23 139:2
140:12 156:13 157:22
159:4,4,5 171:7 184:4
184:7 186:3 187:22
189:21 197:17 203:10
203:13 220:13,22
221:6 222:9,15,18
223:13 224:4 225:12
229:9 230:17 231:21
233:11,16 237:14

241:24 242:4 243:18
244:13,16,17,19
245:15 246:11,17
247:22 263:8,11
264:2 265:7,19,23,25
**seeing**
54:16 115:20 171:5
228:11 229:25 232:20
**seeking**
261:4
**seen**
90:15 98:14 111:12
182:24 183:3 248:20
**seized**
180:23
**sell**
28:5,7,10 29:22 74:6
166:25 176:2 252:10
**sells**
142:19 158:4
**Semone**
25:3,4 26:11 55:15
**send**
29:24 31:8 33:18 34:17
35:9 36:3,10,12,15,20
37:11,11,20,23 38:9
38:15,18,21 68:7,7
69:13,14,22 70:25
71:5 74:25 85:5 87:12
87:14,15,21,23 88:10
88:19 90:8 92:9
100:11,12,15 106:6,9
106:11,17,19 112:13
119:7,18 121:10,12
122:9 124:18,20,24
125:1,10,12,15,24
126:3,15 127:6,8,25
128:2 159:6 194:16
195:6 211:4,6 213:9
213:11,12,13,19,24
216:3 219:7 220:23
225:12 228:1,5
232:13 256:11,12,18

SIPC v BLMIS–CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

sending
68:24 70:18 75:1
sends
119:11 228:12
senior
10:17
sense
57:5 59:22 89:16
144:10 158:12 159:20
203:14,15 236:15
sent
30:2,5 31:5 32:5,23
35:4 42:19 46:12,15
46:20,21 50:13 56:3
66:3 77:17,20 78:3
82:15,16,17 85:2
86:16 88:13,15 99:5
100:22 108:20 110:13
112:6,8,19 127:1
138:9 141:25 142:11
142:20 175:23 192:21
214:21 215:12,15
216:6 217:2,4,12
218:3 228:9,10,22
sentence
120:11 179:8
separate
21:20 45:7 110:22
separated
15:23 45:6,15
separately
149:19
separating
77:7
September
107:20 124:19 130:8
Sercarz
2:16 269:3
series
109:20
serving
179:8
set

33:18,25 37:7,23 38:14
38:19 59:5 67:4 69:2
82:18 87:23 100:11
100:11,15 103:25
105:24,25 106:3,6,16
106:19 107:24 122:7
122:9 124:18,25
141:23 142:3 145:12
145:22 146:16 147:10
190:6 192:18 256:16
setting
105:21 148:19
settlement
72:23 82:9 84:14,17,21
85:3,25 178:19
180:12 187:24 188:3
190:1 262:15
setup
58:23
setups
135:6
seven
85:13 145:21
Seventh
2:16 269:3
shake
8:25
Shapiro
152:14 155:6,8 158:22
161:8
shares
18:11,17 72:17 73:17
73:18 74:7 83:15
84:12 85:13,16
148:12 190:6,12
sheet
3:9,19,24 4:3 36:4,14
87:11 97:15,18,21,24
107:11,12 109:5
116:22,23 117:14
118:20 132:25 133:1
133:7,12,16 135:13
135:13,21 139:16

140:9 141:18 225:20
226:21 234:2,2,5
235:13 236:17,19
244:13 269:9 270:1
sheets
98:14 119:22 131:22
132:17,19 133:3,25
134:4,8,20,22 135:16
141:8 166:5 236:9
short
67:7,8,13 84:15,19
97:22 98:5,7,11,13,18
105:6,10 107:13
116:24 123:4,6
218:12
short-term
172:17
shortly
116:18
shoulders
130:15
show
43:9 46:1 63:3 86:1,19
90:22 104:1 110:25
115:10 116:20 117:12
118:5 120:21 121:19
128:6 137:21 142:15
202:5 213:13 233:13
246:2,20 259:24
263:18,24 265:2
showed
86:2 135:16,22 136:2
156:17 163:25 242:16
259:25 260:16,18
showing
85:14 109:16 239:13
239:18 245:19
shown
54:7 55:25 75:11 78:4
78:11,16 80:17 82:11
96:2 107:15 264:23
shows
41:12 84:18 92:23

118:2 242:2
shredding
218:11,13
sick
163:14
side
50:10 59:14 60:20,21
84:22 119:13 121:17
139:6 162:4,5,17
167:1 222:19 250:16
sign
3:8 45:13 188:9 191:2
195:20 196:5,5,6,7,7
196:8 199:22 258:10
269:11,14
signature
75:22,24 196:11,12
200:11,24 269:7,14
269:20
signed
6:6,9 45:9 178:19
188:7,11,14,22 189:3
189:7 191:3 195:24
196:16,22,23,25
197:18 199:2,19
200:11,24 223:8
267:14
significant
149:2,5 211:14,18
signing
196:24
similar
47:22 51:22 78:2 79:10
97:17 114:7 128:12
130:21 133:2
simple
74:6
single
41:14 78:12 119:15
167:18,20 169:24
199:18 200:10,22
SIPA
1:3 2:2 5:21

SIPC v BLMIS-CONFIDENTIAL              Bongiorno 7/8/2016
CONFIDENTIAL

**SIPC**
269:5 270:2
**sir**
261:11
**sit**
174:13
**sitting**
258:8
**situation**
57:12 144:8 148:9
**situations**
60:17 204:9,23
**six**
79:8 85:12 172:13
183:13 196:24 216:2
217:12 237:6,6,7,8
**slacked**
132:10
**slip**
83:14 84:12
**slips**
147:15 148:10
**slowly**
42:8 157:6 162:22
**small**
15:2
**smart**
206:3
**Smith**
183:17
**so-and-so**
153:8
**social**
105:13 123:8,10,17
145:25 224:15
**Sofie**
104:8 105:1,3 109:7
121:2
**sold**
39:23 41:13 58:10 59:8
74:8 82:5,7 84:15,16
84:19 114:21 146:12
155:20,21 166:25

176:1 255:16
**solely**
7:2
**solemnly**
5:5
**somebody**
13:24 15:25 34:7 44:5
54:18,20 66:1 93:2
106:2 129:19 143:18
143:23 146:14 194:22
213:21 221:7 224:24
225:11 226:12 227:14
231:24 232:10 253:18
**someplace**
173:12
**somewhat**
14:21
**soon**
88:7 170:24,25
**sorry**
8:14 10:24 12:13 14:7
16:23 25:22,22 30:3
31:13 33:25 39:6
41:16 47:3 48:23
53:23 73:24 74:3 76:4
81:22 91:11 94:7
101:23 103:19 106:5
109:10 113:23 114:2
123:13 137:12 141:10
150:7 153:18,25
166:13 190:8 192:11
193:16 197:25 200:14
207:21 242:11 255:11
264:8
**sort**
15:14 18:6 22:2 27:14
144:11
**sorted**
42:18
**sorts**
162:18
**source**
180:8 238:15

**SOUTHERN**
1:1
**speak**
22:14,24 23:9 32:25
69:6 143:19 195:3
256:14
**speaking**
13:13 90:17,18 214:15
214:19 232:22,25
**special**
52:7,9 153:1 161:7
162:20
**specific**
4:5 6:19 17:12 43:23
130:1 135:15 166:16
182:21 210:5,9
**specifically**
26:16 155:7
**speculating**
231:8,9
**Speer**
1:24 267:17 268:5,20
269:17
**spelling**
66:2 121:8
**spent**
212:4,14
**spiral**
53:5 131:9 136:9,11,18
136:19 234:5,20,22
235:2,7,10,22 236:8
**split**
16:1 73:18 74:8 85:15
250:23 251:23
**splitting**
214:6
**spoke**
38:6 69:25 214:18
**staff**
252:9
**Stamp**
45:8
**stamped**

231:5
**Stan**
166:9 167:9 255:10
**stand**
24:20 179:7
**Stanley**
151:18 152:18 167:5
252:11,13
**staple**
84:1
**stapled**
83:22
**start**
17:21 48:19 60:21
69:13,19 79:17 125:1
157:3 165:23 166:13
183:6 215:23 218:11
**started**
13:6 16:11 17:1 25:13
40:9 42:8,9 111:15,22
128:18 130:6 132:9
145:1,19 150:2,9
156:21,24 161:12
162:10,11,17,22
167:25 168:2 214:6
234:21 235:1 250:25
251:4,9,10,14,24
266:7
**starting**
49:23 51:13 67:7 71:22
83:7 84:8 101:15
105:6 157:13 159:18
160:6 183:12
**state**
8:2 123:2 126:17 267:3
267:18 268:2
**stated**
270:22
**statement**
41:10 59:18 72:2,4
73:9 74:15 75:8,11
78:21 80:22 81:10,21
82:8,12 84:18 85:23

SIPC v BLMIS—CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

86:1,2 93:4,13 94:23
95:1 96:9,23 97:17,23
97:25 98:7,18,22,25
99:15 100:4,13
101:23 102:4,7,11,16
103:4,7,12,14 107:17
116:24 117:25 144:3
147:20 158:10 201:22
206:24 219:7 220:16
220:17,20 230:11
232:8,9 233:12
243:19

**statements**
3:21 18:6 19:3,10 21:4
23:8 42:2 71:15 74:2
81:18 101:2,4,10
134:19,20 142:11,14
142:17 143:3,6,8
149:13 151:8 153:19
154:5,19,20,21,23,23
156:12 157:20,24
158:1,10 161:24
163:3,19 168:7 205:9
212:10 213:19 215:12
219:19 220:9,10
243:18

**STATES**
1:1

**status**
121:11 125:25 126:3
126:15 127:25

**stay**
41:2

**staying**
116:11 130:3 265:15

**stays**
77:7,13 103:21

**steno**
131:4

**stenographic**
268:9

**stenographically**
1:24 268:6

**step**
30:12 45:9 246:12

**stick**
31:20 33:5

**sticking**
19:19 20:23 31:25 32:8
32:8 52:20 73:14 90:6
118:8 207:23

**stock**
27:9,20 28:6 59:9,9
73:18 84:16 85:15
114:21 132:22 136:24
137:1 153:14,20
155:15 162:19 190:6
191:19 254:15

**stocks**
21:19 22:6 27:14,16
28:2,4 137:17 148:12
177:5,6,8 190:7
191:13,22 254:23

**stop**
92:6 93:6,20 143:25
150:19 163:7 202:2,3
204:20 213:9

**stopped**
150:16,18 156:20
163:9 165:19 197:22
204:19 218:13 235:1

**storage**
79:3,14,15 216:3
217:13,25

**store**
215:25

**stored**
71:2 73:2 78:15

**storing**
217:18,21

**story**
15:19

**strategy**
56:11 57:23 250:23
251:24

**Street**

11:15,17,21 18:23 19:5
19:6 20:8,11,17,18
21:14 22:23 40:14,21
40:22,23,25 154:2
198:2,3,5,8

**strictly**
138:13

**strike**
33:25 106:5 250:23
251:23

**structure**
147:24

**study**
129:6

**stuff**
166:8 173:19 189:22
218:11 253:5

**sub-account**
56:11,14,16,17 57:2

**subdivided**
190:3,12

**subject**
147:1

**subparagraph**
183:16

**subscription**
56:15 57:3,13,15

**Substantially**
1:4

**Substantively**
2:2

**subtract**
85:19

**suggesting**
221:10

**suggestion**
25:16

**Suite**
2:16 269:3,19

**SUMTER**
267:4 268:3

**Sumterville**
1:22

**SunTrust**
186:9 190:3

**supervise**
23:23 24:9,13,17 55:7

**supervised**
23:24,25 24:5,10,15
26:6

**supervising**
253:10,11

**supervision**
254:3

**supervisory**
253:15

**supply**
28:17

**supposed**
211:8

**sure**
10:5 16:10 24:6 25:18
26:3 28:10,14 29:21
38:5 40:13,22 43:11
43:25 52:1,16 53:17
54:16 66:1,25 67:3
92:14 93:12 109:14
111:7 113:21 114:17
114:24 119:12,13
126:25 137:2 140:19
143:23 150:14 153:18
154:25 182:7,12
183:3 188:5 191:4,5
191:16 194:4 196:20
199:17 200:10,22
213:7 223:10,18
224:8 225:12,15
229:21 230:4 250:8
250:10 251:6 256:4
257:7 265:13

**survivorship**
121:3

**Swain**
189:2

**swear**
5:5 20:19 225:16

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

**switched**
61:18,22
**sworn**
5:12 267:11
**symbol**
224:3
**system**
26:23 40:6 44:25 71:2
71:4,6 81:18,20 89:4
89:17 93:7 227:6
235:1 238:2
**systems**
1:25 19:17 268:22

**T**

**T**
3:12 162:18
**take**
6:25 9:7 13:23,25 16:3
30:12 39:4 43:10 58:2
60:4 71:15 79:7 82:19
91:13 101:9 112:2
127:2,21 143:21
148:15 156:7 157:6
157:12 159:15 166:21
167:3,5,8 168:24
175:15 178:4,7 180:7
180:11 183:2 187:14
188:7,10 201:4
203:19 204:3 214:13
215:24 216:2,20
233:16 241:13 247:9
256:2 258:1 263:3
269:6
**taken**
8:7,18 83:2 142:8
145:7 207:11 256:7
270:3
**talk**
14:14,15 40:5 84:9
126:5 145:5 152:4
164:20 179:6 203:21
250:22 259:16
**talked**

71:7 86:9 149:9 259:18
259:22
**talking**
24:23 78:24 128:25
133:23 173:14 196:1
199:11 202:18 224:10
233:9 234:19 247:11
252:7,18,19
**taught**
205:17
**tax**
18:18 62:24 69:23 70:3
208:10,15,19 209:4,6
209:9,16,24 211:22
224:19,20 225:2
258:11
**tax-exempt**
239:1
**taxes**
172:13,20 209:2
**TD**
184:1,3 187:5
**telephone**
13:17
**Teletnick**
196:5
**tell**
5:12 13:21 24:4 34:10
43:16 44:9 54:16
68:23 69:12,18 70:16
75:3 76:24 83:13
87:12 95:4 102:8,12
102:16,23 105:23
107:12 108:10 109:13
109:21 118:18 122:7
124:16 125:2 133:9
139:17 143:20 146:2
148:11 153:8 165:14
166:19 167:12 168:21
174:19,19 202:6
206:14 214:24 219:14
224:3 225:6 228:2
247:19 248:15 261:3

261:22 262:2,8,14
**telling**
52:11,12 53:1 55:22
79:25 92:3 109:14
113:15 120:6,13
127:6 159:3 222:10
236:11 238:7
**tells**
95:6 97:20 119:11
124:17 203:6
**ten**
13:1 220:2
**ten-minute**
256:3
**tenants**
105:3 121:2
**term**
28:20,23 29:8 41:17,18
**terminology**
140:6
**terms**
48:25
**Terrace**
1:22
**testified**
5:13 9:21 19:21 21:1
22:5 23:21 30:14
35:18 61:13 161:22
163:1 172:1 192:17
193:2,8 194:14
195:10,19 201:15,20
203:17,20,23 206:15
212:19 214:14,20
250:11 251:3 258:5
**testify**
9:12 164:17 165:5
194:11 262:3,17
**testifying**
46:10 179:17 229:23
229:24
**testimony**
3:2 5:5 7:6 9:24 10:2
10:11 164:10 169:20

178:14 192:8 229:16
229:22 256:10 262:9
**thank**
23:19 84:4 91:25 93:22
144:6 152:9 171:8
229:6 233:6 254:12
**theirs**
211:25
**Thermo**
230:18
**they'd**
23:9 37:11 38:2,5
65:10 68:18 134:18
168:12 195:1 213:12
213:23 256:15
**thick**
215:23
**thing**
14:1 18:6 27:14 36:12
38:17 43:15 48:8
68:13,14 85:8 110:16
113:13 124:12 179:4
179:11 183:1 186:17
188:12 191:6 194:3
206:12 226:25 236:13
245:18,21 248:22
251:18 262:24
**things**
15:19 19:15,21 20:24
21:24 22:11,14 30:25
157:7 162:3 163:12
203:1 211:4,10
214:25 225:22 240:6
250:21 253:4 259:21
**think**
10:5 13:2 14:20 15:23
20:10,18 22:11 25:11
25:14 32:18 34:12,13
39:8 42:3 44:8 48:14
49:16 56:7,25 57:14
61:3 66:25 67:2 68:2
69:5 80:4 83:18 84:8
89:25 103:11 104:14

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

Page 307

113:20 114:11,20
116:10 128:19 130:19
137:15 139:2 144:9
144:11,22,24 145:16
150:5,5,13 154:10
157:2,3,24 158:14
165:2,10 169:14
172:1 174:12,25
175:13,16,20,21
186:21 188:21 193:24
196:8 201:20 202:15
203:23 206:22 210:9
210:14 211:1 212:11
212:25 215:4,24
223:1 224:23 225:14
229:24 231:1 234:7
243:19 259:10 260:25
261:2,5,13
**third**
11:25 12:2,7 19:1,6
21:14 22:23 35:7,8
40:18 41:3 42:6,7,9
52:2 56:4 62:17
153:25 154:2,11,16
156:10 157:13 158:3
160:7,12 187:14
198:1,11 212:4
216:21
**thought**
160:25 161:2,3 170:14
171:23 175:2,7,13
176:3 181:13,16
191:18 195:1 234:19
**thoughts**
256:6
**thousand**
199:5,10
**threat**
178:2
**three**
31:15 47:9 94:10 131:1
131:2 132:6 140:13
144:14 145:3 234:3

237:4 243:22 248:7
262:23
**ticket**
18:13,19 41:9 84:14
169:8,10
**tickets**
21:23 26:18 28:5,6,7
28:10 134:13,13
146:11 151:5 154:16
156:18 157:4 158:3
159:9,11 160:14
162:13 168:4 169:24
169:25 170:5
**time**
12:8,12 13:16 15:2,5,8
16:16 17:3,15 18:7
19:4,12,20 20:5,23
21:9,10,14,17,25
22:13,22 23:1 24:21
24:22,24 30:6 31:21
32:24 35:1,6 36:5,6
37:16 38:4,19 39:22
39:22 42:5 43:12
45:20 46:20 55:1,10
59:10 60:6,10 62:16
69:10 75:21 82:20
88:3,3 116:5 119:16
130:13 133:22 144:15
144:18,22,25 145:18
148:3 149:10 150:19
151:11 153:12,23
154:7,18 155:5
157:10,16 159:12,12
159:15,16 160:6,21
161:6,7 162:7,14,15
162:21 163:22 164:2
164:4,5 170:4,7 172:3
177:21 183:2 196:1
197:10 198:4 201:1
204:2,6 210:11 211:3
211:13 212:1,4,12,13
218:12 219:23 227:14
228:9,12 230:23

234:19,25 240:15
242:18 243:2 244:8
246:1,25 247:1
251:14 252:22 254:23
259:21 261:14,18
269:7
**times**
18:11 23:8 37:9 113:1
124:18 125:25 154:6
170:16 173:5 194:22
212:20 220:2
**timing**
165:21
**title**
27:9 125:9 140:3 141:3
141:4,4 185:18,19
266:16,17
**today**
6:9 7:4,8,11 9:11,17,19
11:5 111:13 144:9,25
152:7 156:17,23
164:13,17 165:1
179:24 186:21 194:10
218:16,16 260:12,20
262:17
**today's**
7:20,22
**told**
21:20 29:4 52:17 60:16
77:6 88:7 106:3
112:23 143:17 146:22
153:10 155:24 156:6
156:25 161:1 170:2
176:2,3 191:1 204:8
205:1 206:4,9 216:9
218:21 244:1 258:24
260:22 262:11,19
**tons**
156:4
**Tony**
196:5
**top**
6:23 35:25,25 36:2

47:11 51:14 52:4,20
77:4 78:6,8 80:11
99:1 104:10 111:16
113:13 114:1 131:1
131:19 171:21 208:8
226:7,25 263:9 265:8
**total**
18:18
**touch**
157:23 168:4
**touched**
157:25
**track**
22:1 26:20 27:12 36:17
47:22 151:4 163:14
**trade**
28:25 29:21,22 31:1
36:17 39:22 41:14
49:20 53:2,3 55:24
59:13,21 109:23
119:16 133:21 134:2
134:16 136:6 146:4,5
146:6 148:10 167:18
167:22,23,23 169:7,8
170:5 228:9,13
230:16,17,18,21,22
230:22,25
**trader**
120:7,13
**traders**
170:5
**trades**
23:7 41:13 60:19 120:8
120:15 134:13,14
135:21 146:3 147:17
149:18,19,19 154:21
154:21,24 160:19,22
160:22 161:3,4
162:11 167:21 168:8
170:8 202:21 203:2
205:4 206:25
**trading**
13:19,21 60:18 61:14

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

61:19,22 62:23 69:13
69:14,15,19 146:15
151:6 154:24 157:5
158:2,4 160:14,19
162:12 165:25 168:3
170:11,14 205:8
**trail**
248:2,20 257:5
**transaction**
29:20 43:6 52:14 72:20
72:22 74:9,13,15,18
74:18 75:8 76:4,8
80:15 82:11 85:18
91:2 92:15,19 94:5,19
94:22 96:1,5,16 99:12
99:13,17,19,23
107:21,23 108:10
110:8 117:24 128:4,5
242:7,10,13
**transactions**
29:12 58:19 59:24 60:2
71:16 72:14,16 73:15
73:19,22 74:4 85:22
90:25 95:23 107:19
109:9,13,20 110:5
117:8,18 143:2,5,8
144:2 153:20 155:15
164:7 203:12 205:5,9
205:10,12
**transcribe**
8:25
**transcript**
8:5,6 9:4 268:8,9 269:9
269:10 270:1
**transfer**
31:3
**transferred**
161:13 250:2
**transfers**
187:19
**transitioning**
61:14
**traveling**

130:14
**treat**
244:2
**trial**
9:15 164:12 167:17
169:7 181:13,16
206:12 218:21
**true**
19:11 178:23 190:20
191:14 192:3,6,9
195:20,25 210:3,4,7
230:12,13 234:25
235:3 237:12 268:9
270:23
**truly**
269:16
**trust**
118:11 122:2 209:3
266:18
**Trustee**
2:2 3:13,16,18,20,23
4:2 5:21 6:15,20,23
7:18 8:3 43:10 46:2,4
46:6,23,25 47:17,21
48:4 63:3,6,21 71:13
71:22 73:1,4 75:2,10
75:12,15 76:3,16 77:1
77:10,16 78:2,5,11,16
79:11 80:6,9,11,17,20
81:3,9,11,11,14,21
82:14 83:5,6 86:4,15
86:19,23 90:23 91:6
94:5,14,21 95:24 96:5
96:19,24 97:2,6,9,14
100:8,14,25,25 101:7
104:1,4 107:7,24
108:23 109:2 110:3
111:1,2 115:11,12,25
116:6,11,21,21 117:2
117:6,7,13,13,19,19
118:6,9 120:22,24
121:20 122:1,20
125:13,24 128:7,8

133:6 140:24 141:9
187:11,17,25 190:19
192:6,9 201:5 207:14
210:21 241:12,14,21
241:22 242:2 246:7
246:15 248:5,5,6
249:4 260:22 261:4
262:2,8 263:4,19,21
263:24 264:13 265:1
265:2,15,18,19,23
266:2
**Trustee's**
218:7
**truth**
5:7,7,8,12,13,13 152:5
152:6,6
**truthfully**
9:12,17
**try**
239:5
**trying**
17:19,21 25:21 190:25
**turn**
46:24 47:2 49:9 51:6
54:9 75:2 76:16 91:5
95:12,14 110:4
118:17 126:7 130:24
138:22 252:10 263:6
265:5
**turned**
204:17
**turning**
64:16 66:18 70:12 73:4
80:20 81:2,21 93:23
94:21 101:21 102:2,7
105:5 119:4 122:13
140:2 264:13
**Twenty-eight**
77:2
**Twenty-seven**
81:24
**twice**
215:24 231:13,23

243:19
**two**
6:18 23:23 31:14 38:7
51:3,19 61:8 79:18
83:21,23 84:23 94:10
99:10 102:24 103:19
110:21 219:20 234:23
237:4,12 242:20
243:3 248:18 259:15
259:15 262:22 263:8
263:13
**type**
10:19 14:1 18:16 62:3
64:9,13 76:19 105:17
116:12 118:25 119:21
120:3,4,4 121:9
133:16 136:24 137:1
162:8 247:2
**type/batch**
119:6
**typed**
13:10 18:15,19 21:1,4
27:1 151:6,7 158:6,7
**types**
39:2 140:12
**typewritten**
36:6,9
**typical**
74:12 93:2
**typically**
37:7 50:21 68:12 232:9
**typing**
18:5,6,15 26:14

---

U

**uh-huh**
14:11,19 15:6,11,21
20:25 21:3,22 22:10
27:3,6 30:16 32:2,21
33:8 35:21 36:8 37:22
38:3 40:8 43:17 44:12
54:8 55:3,19 58:22
61:16 62:8 66:11 67:6
70:14 75:20 78:23

SIPC v BLMIS—CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

80:8,10,24 81:16,20
82:10,13 84:25 87:4
90:1 91:7 92:2 93:24
94:9 95:13 99:10
105:7 111:17 115:4
118:25 119:19 122:14
125:7 127:14 130:9
130:23 132:16,18
139:9 147:16 150:10
152:15 156:9 168:17
181:24 183:10,19
184:2,5,21 185:9,16
187:4,23 188:18
192:19 198:25 205:24
206:17 208:11 210:19
212:23 215:16 217:14
217:16 218:5 220:25
227:24 236:22 240:17
251:25 263:5,7 264:1
264:14 265:6
**ultimately**
181:25
**umbrella**
253:2
**unclear**
104:14
**uncomfortable**
178:24 179:2
**underneath**
67:5 80:12 113:11
124:4 137:11 138:11
**undersigned**
267:9
**understand**
7:9,14,23 9:14 144:19
146:19 154:25 155:3
157:22 158:12 165:5
167:2 177:23 190:22
191:21,24 192:14
193:13,25 205:18
211:25 236:21 251:19
256:9
**understanding**

47:15 58:13 96:18
99:22 138:16 139:18
192:20 205:2,25
256:24 257:3,10
**understood**
178:9 205:1 257:13
**Unit**
185:21
**UNITED**
1:1
**unorganized**
213:22
**unrealized**
172:15
**updated**
118:19
**upper**
70:9
**upstairs**
166:6
**use**
29:15 40:14,17,21 41:5
41:17,18 47:17,20,22
60:23 82:24 136:18
140:16,21 155:6,22
155:25 172:5 222:10
236:17 243:12 250:8
**usually**
31:2 38:2 72:23 125:17
203:24 204:1 215:2
230:17,21 232:16

_____
V
_____
**v**
269:5 270:2
**vacation**
163:15 213:21
**vacations**
173:18
**vaguely**
128:10 140:21
**value**
56:17 60:24 113:9
247:25

**values**
116:25
**Vanderwal**
2:6 5:20
**varied**
23:10 172:3 212:6
**various**
173:5 248:7
**verbal**
8:24 193:7
**verbally**
34:11,19 38:8 65:24,25
106:12 166:8
**versus**
234:22
**view**
262:15
**visions**
215:7
**volume**
166:5
**vs-**
1:7
_____
W
_____
**wait**
40:19 124:23 130:10
136:5 242:11 245:8
**waive**
269:7,14,20
**walk**
6:21 51:24 92:13
**Wall**
11:15,15,16,21 18:23
19:5,6 20:8,10,17,18
21:14 22:23 40:14,21
40:22,23,25 153:24
154:2 198:1,3,5,8
**want**
6:7 14:13 31:3,5,20
43:15 46:24 71:14
76:11 82:22 94:8
112:2 116:20 120:9
120:15 121:19 128:6

141:22,24 148:15
151:17,24 155:3,8
157:6,25 159:13
164:23 165:24,25
169:19 171:16 173:23
174:14 178:10,11
179:9,12 183:2,2
188:20 189:18 194:8
195:2 204:10,12,24
204:24 213:2 234:18
239:5 241:14 244:17
249:1,7 251:19 256:3
256:5,5 261:16
262:23 263:3
**wanted**
23:8 31:7 32:4 33:22
35:2 37:9,10 38:15
39:4,24 67:11 68:10
68:10 87:20 106:8,9
126:2 176:20 179:6
194:13 204:13,20
210:1 211:6 222:9
248:25 250:1 256:11
257:1,1,4,6 258:9
260:22 262:3,9
**wants**
37:24 126:14 128:2
**warehouse**
79:16,18,24 80:3
217:24
**warrants**
56:15 57:13
**wasn't**
13:21 20:7 28:4 60:18
83:22 93:5 111:10
119:22 137:22 151:11
155:23 157:23 162:24
162:25 164:3 166:6
167:16 168:13 174:3
178:13 194:14,17
195:16 199:10 202:3
203:6,15 208:12,17
209:22 217:19 219:23

SIPC v BLMIS—CONFIDENTIAL          Bongiorno 7/8/2016

CONFIDENTIAL

221:9 231:14 236:4
236:20 240:25 260:15
**Wasserman**
52:16
**wasting**
261:13,18
**watch**
166:18
**watches**
187:8
**way**
33:24 57:25 58:15 59:5
59:18 68:20 69:2
77:23,23 85:6 105:25
111:7 114:18,19
128:24 132:8 154:7
167:23 168:20 175:17
176:4,19 179:5 192:8
193:25 194:1,17,19
202:9 206:14 210:16
214:12 230:25 235:12
244:7,21 248:13,18
258:12 259:20 262:17
**ways**
69:6 230:1
**we're**
5:23 14:13 32:7 46:23
56:6,7 68:24 70:23
71:12 76:25 82:18
86:18 90:12 97:2
100:5 103:15,25
104:18 108:22 110:24
111:24 116:6 120:18
125:23 132:3 141:9
144:20 152:3 155:2
157:6,13 160:6
182:14 202:18 222:10
245:24
**we've**
37:19 81:7 86:3 100:13
131:7 144:19 182:19
225:25 226:8 233:9
**weather**

23:16
**week**
235:9,11
**went**
11:7 16:2 18:7 19:12
20:3 21:24 25:11
33:13 36:7 39:16
40:11 42:1 45:22
50:19,21 58:25 62:17
62:19 68:12 73:25
74:10 75:6 78:1,20
80:4 85:15 90:4 95:6
99:16 103:2 109:15
110:12,17,19 124:20
127:8 131:13 145:2
148:6 149:11 154:21
156:15 161:16,18
162:12 165:20 166:6
167:12,13 169:9
170:8 171:17,18
173:13 177:5 199:13
199:15 222:6,14
225:11 227:6,14
230:22 235:11 238:6
240:4 245:24 246:18
247:2 251:17,17
255:11,12,12,14
**weren't**
160:18,18 172:17
195:14 229:22 236:5
**West**
269:19
**whatnot**
66:3
**white**
133:12,12,18,18
**who've**
226:8
**wide**
131:18
**Wini**
25:5,6 26:10
**Winifer**

24:7,9 25:5
**wire**
31:3
**wires**
30:8
**wish**
129:8 269:14
**withdraw**
92:24
**withdrawal**
7:2 28:21 29:3,12,19
30:18 39:1,11,14,16
39:23 52:6,6 58:19
59:16,23 60:2 74:17
76:8 82:1 90:25 99:16
99:19 138:3,6 146:21
170:24 199:13 206:23
217:4 238:10 241:1
254:25 255:1
**withdrawals**
7:3,4,7,13 14:15 29:6,9
29:15 30:13,23 39:2,7
39:9,19,20,21 40:1
57:22 58:7,15,25
99:23 112:7 136:13
136:14 146:23 192:21
193:4 194:13 196:16
197:4 199:6 207:2
237:8,12,13,15,16
238:9 239:2,3,6,9
**withdrawn**
42:24 55:23 58:24
59:20 80:14 81:1 91:4
92:17 94:11 95:20
100:1 107:22 108:20
109:16 110:9 112:14
112:19 117:10,22
135:10,11 136:12
137:19
**withdrew**
142:25
**witness**
5:9 6:13 8:14 23:19

25:4,7,10,22 48:17,20
48:22 49:4 66:6 70:4
91:15,23 129:8 133:6
140:24 144:7 146:22
147:5 152:5,9 153:5
158:16 159:19,23
160:1,4 161:11
165:12 169:13,15
170:15 172:23 190:11
190:16 191:23 193:19
198:12,15 202:18,22
202:25 203:4 207:4,9
207:25 208:4 215:4
217:9,14,16,19 233:6
233:19 234:10,14
241:7,9 246:16 249:5
249:24 251:10 252:25
253:9,17 254:4,7,10
257:23 258:1 259:7
261:11 270:3
**woman**
44:6 67:25 149:25
**word**
155:1 164:25 240:22
240:24
**words**
67:18 180:10 244:12
**work**
8:22 11:1,6 12:7,10,16
12:19 17:9 29:5,7
54:22,24 61:21 114:5
114:9 130:15 134:10
151:8 155:14 170:20
201:16 228:8 253:11
254:2,6,9
**worked**
10:25 12:8,22,24 13:2
16:25 17:11 20:20
24:2,21,25 27:16
29:11 54:21 55:9
64:10 114:7 129:11
151:10 153:13 164:6
**working**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

10:21 11:9 13:6 16:16
17:4 54:18 55:4
129:14 145:17 149:12
150:2,16,18,19 151:1
162:10 168:1,2
204:13 205:15 212:3
216:23
**works**
180:8 191:11,11
**world**
170:20,21
**Worldcom**
169:12
**worth**
186:21 192:2
**wouldn't**
34:6,16 167:7,9,11
169:2 211:24 220:18
221:12 222:3 230:10
238:3 246:11 248:13
249:19 256:23
**write**
22:20 34:4 36:2,23
37:5 38:20 100:17
108:2,6 126:3 127:3
128:15 129:17 135:16
135:17,17 139:17
166:9,10 220:23
223:2 226:22 238:16
239:9 270:1
**writing**
40:2 87:23 126:6 156:3
193:3,6,9,21 195:7,8
195:8,11 202:9
257:15,19
**written**
37:15 71:3 125:17
218:18,22 223:6
236:6 257:11
**wrong**
104:13 114:23 165:2
199:8 215:8 234:8
246:21

**wrote**
21:23 26:19 27:24
36:14 66:1,1 222:4,8
222:8,24 223:1,2
227:17

---
**X**
---
**X**
3:1,12 59:8 121:15
155:9

---
**Y**
---
**yeah**
14:11 23:3 25:9 26:18
26:25 27:8 28:13
40:16 44:19,19 47:16
48:17 49:4 51:2 57:25
63:17 66:3 71:21
76:10 83:20,25 89:12
96:14 118:19 123:18
128:1 129:24 133:19
134:12 135:13 140:1
146:10,22 148:2,3
153:18 154:14 164:11
170:25 172:5,12
177:20 183:15 184:12
185:1 187:20,23
190:11 191:23,23
192:4 197:17 207:10
209:19 211:11 214:9
216:22 219:11,25
224:5,12 225:8,10
226:10 231:15 232:7
233:12,12,18 240:22
243:24 249:5,17
259:3,11 260:25
**year**
10:4,16,17,24,25 11:16
11:18 12:1 24:1 60:11
61:8,9 101:12,12
111:23,24 112:23
113:3,5,16 114:1
116:5,15 117:2 118:3
149:16,24 150:4,20

153:9,9,10 154:4
155:12 162:23,25
163:8 164:3 171:22
172:9,12,14,20
201:20,21 215:24
245:14
**years**
12:10,21 13:1,5 15:18
15:19 17:2 31:15
45:11 54:25 58:4
65:11 78:24,25 79:1,2
79:18 87:19 101:4
103:18,20 111:15
145:17,21 148:16
150:6,7,11,13 158:3
160:10 162:10 168:7
171:19 177:8 196:4
197:20,21 205:16
216:12 246:23
**yep**
43:18 105:20 126:10
176:1
**yesterday**
6:12 259:8,14 260:18
**York**
1:1 2:5,5,11,11,17,17
23:16 184:13 243:10
269:4,4

---
**Z**
---
**zero**
112:12

---
**0**
---
**00254**
246:21
**07/08/2016**
270:3
**077**
102:22
**08-01789(SMB)**
1:2 269:5 270:2
**094**
86:5

**095**
83:8,9

---
**1**
---
**1**
1:18 4:4 66:20,24
104:21 105:17 122:21
124:24 125:8,15
140:16,17,22 141:6
141:11,15,21 182:16
182:20,20
**1-0**
54:19 228:3 240:4
247:2
**1,222**
85:16
**1,331.75**
74:1 75:6 80:19 81:1
**1,566**
73:17 84:12 85:13
**1.3**
185:17
**1:40**
207:11
**1:45**
207:11
**10**
18:17 54:18,18 65:13
131:11 135:7,9
165:24 166:2 167:14
**10:08**
83:2
**10:16**
83:2
**100**
49:24 84:11 85:15
157:21 243:22,25
**100-**
242:11
**10009**
269:4
**10019**
2:17
**100215**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

108:12 110:6
**100215-10**
3:24 4:2 109:8
**10022**
2:11
**100254**
90:7 100:10 101:3,19
  227:5,22 245:18
  266:8
**100254-10**
3:18,20 89:2 100:6
  242:14 263:10,15,23
  264:9
**10025410**
94:11 227:1
**101**
3:22 84:13,23
**101,624.45**
102:6
**10111-0100**
2:5
**10156**
228:19
**102**
247:25
**103**
85:8
**103,000**
102:10 103:8
**103,282.84**
102:20
**103,737**
101:25
**103,783.14**
102:14
**104**
4:14 85:10 103:5
**104,000**
103:5,12
**104,002.50**
101:20,20
**105**
85:10

**106**
49:24
**107**
3:24
**109**
4:3 83:10 84:5 85:14
  86:5
**1099s**
58:18 60:1,3
**10th**
188:21
**11**
216:7 238:8 239:8
  269:1
**11/28/19**
267:19
**11:47**
142:9
**110**
11:15,16,21 18:23 19:6
  21:14 22:23 40:14,21
  40:25 153:24
**111**
4:13
**115**
4:13
**116**
4:12
**117**
4:12
**118**
4:15
**11th**
90:25 92:15 109:15
  130:8 229:11 230:5
  230:16 233:10,14,16
  234:9,10,12 238:6,7
  239:16 267:14 268:17
**12**
131:17,18 172:8,12
  219:21
**12,364.06**
109:16 110:9

**12:20**
144:17
**12:22**
142:9
**12:25**
144:16 145:7
**12:31**
145:7
**120**
4:15
**121**
4:16
**126**
118:18 265:5
**128**
4:16
**12th**
230:23
**13240**
8:13
**13th**
107:21 230:23
**14**
10:5
**145**
3:4
**14th**
188:22 189:3,4 230:8
**1538**
50:23
**155**
180:13,18 181:8 183:8
**1551**
269:18
**156**
245:14,23 246:22
**159**
121:4
**162330**
64:17
**162333**
207:22
**165**

**181:15**
**1651**
53:21 91:11,12 93:23
  94:6,14 110:4,5,11
  237:2
**1655**
54:9 55:18 91:8,10
  95:12,15,19,22 96:13
  201:10
**16th**
117:22 167:6 168:24
**17**
238:1 265:21
**17th**
12:20,22,24 13:2 62:18
  62:19 92:7,10,21,21
  92:22 94:20 109:16
  109:17 229:15 234:13
  235:7,14 245:2
**18**
131:17,17
**182**
4:5
**188,823.37**
108:13
**18th**
12:9,11,16 127:20
**19**
240:9
**1968**
11:7 13:6
**1970**
156:8
**1970s**
154:10
**1980**
102:4
**1980s**
205:23 206:18,20
**1981**
154:15 156:8 157:13
  159:18 160:7,9 198:6
  212:2 216:20

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

**1984**
107:20 127:7
**1986**
3:21 101:4,18 103:4
**1987**
100:20 101:4,22
**1988**
101:5 125:8
**1989**
102:7 202:6
**1990**
101:5 102:11 125:10
130:18,19
**1990s**
205:23 206:21,21
**1991**
47:14 55:2,4 101:5
102:15 103:7 201:16
201:23 202:3 229:11
238:1,8 239:8
**1992**
113:10 117:3,5,16
133:7 206:16 250:25
251:4,13,24
**1996**
127:20 246:11 265:21
**1998**
73:12
**1B**
243:22
**1B0**
229:1
**1B0021**
242:11
**1B0022**
111:16 133:8 227:8
265:9,25 266:10
**1B0022-10**
263:12,17 264:4,11
**1B00221**
243:11
**1B002210**
227:3,22

**1B0023**
104:18
**1B0025-10**
104:8
**1B0156**
120:18 229:2 245:3,5
265:25 266:15
**1B0156-30-40**
118:13
**1B0156-30/40**
265:22
**1B015630-40**
264:20
**1B0157-30-40**
121:3
**1B022**
90:7
**1B022-10**
89:3
**1B156**
245:13
**1B221**
245:13 247:10
**1C1001-10**
122:2
**1C1047-10**
73:11
**1C104710**
72:9
**1st**
115:18 167:3

_____
**2**
_____
**2**
105:3 115:6 122:22,23
130:10 141:15,21
207:25
**2,100**
73:17 84:19
**2,444**
72:17 83:15
**2,606.03**
117:11 241:23
**2,627.74**

117:23
**2/28/87**
3:18
**2:46**
256:7
**20**
45:11 115:5 155:21
166:1,5 167:14
174:14 205:16
**20-year**
17:17
**20.20**
113:17,24
**200**
269:19
**2000**
61:4 130:16,17 250:11
252:19,19
**2001**
130:8
**2008**
12:24 17:8 147:25
148:1,1 216:7 228:1
**2014**
10:5,6
**2016**
1:20 177:17 267:11,14
268:17 269:1,6
**20th**
72:23 188:15 189:2
**212**
2:5,17
**22**
113:2,6,7 115:3
**22,909,000**
187:21
**221**
242:11 245:9,24
246:22
**23**
4:9 63:4,6,22 78:18
79:11 104:13 187:12
187:16 207:14

**2330**
63:14 70:13
**2334**
66:14
**25**
153:9
**254**
245:9,9,11,24 246:17
247:10
**25410**
93:25
**25th**
46:17 73:25 74:10,14
74:19 75:6 80:25 82:3
82:11
**263**
3:4
**266**
268:7
**267**
3:6
**268**
3:7
**269**
3:8
**27**
4:10 49:2 71:14 73:4
75:12 76:4 80:9,20
81:11 82:14 188:15
188:23 189:1
**270**
1:18 3:9
**28**
4:10 47:5,12,14 71:14
75:3,11,15 76:3,4
77:1 78:5 81:3,10,22
81:23
**28th**
117:10 241:22 242:3
**29**
4:11 71:14,22 73:1
76:4

_____
**3**
_____

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

**3**
104:16 122:25 125:11
140:16,17,22 141:6
141:11,15,21 183:4,5
183:7 192:2 262:16
**3-0**
247:3
**3,230.02**
91:4 92:17 94:12 229:9
233:9
**3/28/91**
47:13
**3:00**
144:9
**3:03**
256:7
**3:15**
1:20 144:13 266:23
**30**
61:1,2 117:5,16 118:15
120:5 121:9 153:9
171:22,25 172:5
174:15 243:24 269:11
**30-40**
118:14
**30/40**
89:25 222:15 264:21
**31st**
113:10 115:20
**330**
63:15 66:18 70:24
**333**
207:15,17,18,21 208:4
**334**
208:4
**33401**
269:19
**335**
66:8 207:21
**33521**
1:22
**35**
171:16

**356**
122:3 126:11
**357**
122:13
**358**
127:17
**36**
4:11 86:20,23 100:8
221:17 244:23,24
246:15 248:5 249:4
263:4 264:13 265:2
265:16,19,20 266:3,5
**360.92**
96:3
**366**
112:25
**37**
4:12 116:21,21 117:2,6
241:12,14,21,22
242:13 248:6 263:19
263:22
**376**
126:8,9 127:12
**38**
4:12 117:13,13,19,25
133:7
**39**
4:13 11:11 111:1,3
115:25 116:7
**398**
125:15
**3rd**
167:13

———————
**4**
———————
**4**
66:20,24 104:21 105:1
123:2 140:16,17,22
141:6,11,15,21 183:5
**4,002.50**
100:1,2
**4,148**
53:14
**4/17/96**

222:13
**40**
4:13 17:6 61:1,1
115:11,12 116:7,11
117:7,19,25 118:2,15
120:5 121:9 171:16
171:20,21 172:6
174:15 196:4 241:13
241:14,16,18 242:2,9
242:11 246:7 248:6
263:25
**40-year**
17:18
**401K**
173:24
**41**
4:14 90:23 91:23 94:21
95:24 96:5,24 229:5,7
233:9
**419**
87:5,9 263:6
**42**
4:14 104:2,4 107:25
**420**
89:11 222:12 264:15
264:16,24
**423**
104:9,20
**43**
4:17
**44**
4:15 118:7,9 122:1
265:3,23 266:5
**45**
2:4 4:15 120:22,25
**46**
4:16,17 121:20,23
125:16,24
**465**
2:10
**48**
90:4
**49**

4:16 128:7,9 129:13
201:5
**4th**
167:13

———————
**5**
———————
**5**
3:3 140:16,17,22 141:6
141:12,15,21 183:5
208:1 268:7
**5,000**
146:18 147:13 148:23
**5,654.50**
107:22 108:18
**5/11**
233:20
**50**
17:6 105:2 115:6 120:1
171:10 172:15 176:21
177:1,4 243:10
**511651**
95:10
**545**
130:24 134:23 136:23
**547**
138:22
**54th**
1:22
**55**
181:16
**550**
140:2,2,13 141:7
**56**
102:1 201:12
**57**
141:1
**586-4900**
2:17
**589-4230**
2:5
**5th**
73:21 80:21 82:9 85:15
99:24 167:14

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

**6**

**6**
 3:15,17 177:17 183:5
**60**
 8:7 155:8
**607**
 185:21
**61**
 4:17 43:10 46:25 47:18
  47:22 48:4 91:6 94:6
  94:14 95:14 96:20
  97:3,10 110:3 201:7
  233:3,8,13 235:24
  236:6 240:16
**62**
 4:17 46:2,4,6,24 76:16
  77:3,10,16 78:2,11,17
  80:7,12,18 81:12,15
  83:5,6,23 84:3 86:4
  86:15
**620**
 2:16 269:3
**63**
 4:9
**67**
 3:13 6:15,20,23 10:17
**68**
 3:16 6:15,20 7:18
  10:17,22 145:19
  150:9 182:14 196:2
  216:18
**69**
 3:18 97:6,9,11,14
  100:14
**6th**
 6:4 178:13 179:15
  181:20 189:8

**7**

**7**
 187:14 233:23
**7/11**
 233:20,21 235:17,18

 236:16,23
**7/17**
 236:24 237:1
**7/31/91**
 4:2
**7/9/84**
 208:9
**70**
 3:20 100:25 101:1,7
  196:2
**703**
 218:19,22
**70s**
 12:5 17:5,8 18:5
  145:16 148:16 149:3
  149:5 150:15,24,25
  154:12 216:18
**71**
 3:23 4:10,10,11 107:5
  107:7,10,16
**711**
 92:7 93:1
**72**
 4:2 108:24 109:2
**73**
 140:24 141:9
**759-1114**
 2:11

**8**

**8**
 1:20
**8:30**
 145:1
**8:34**
 1:20 5:2
**80**
 56:20,20,25 57:1
**80s**
 12:5 15:5,15,16,17
**81**
 154:13 156:13 160:8
  198:8
**810**

 2:16 269:3
**84**
 124:19
**846**
 1:22
**852.34**
 102:10
**86**
 4:11
**87**
 3:21 72:19 125:5
**88**
 3:21
**885**
 11:25 12:1,6 19:1,6
  20:17 21:14 22:23
  35:7,8 40:18 41:3
  42:6 62:17 153:25
  154:2,11,16 156:10
  157:13 158:3 160:7
  160:12 198:1,11
  212:4
**888**
 2:11
**89**
 3:21 101:5
**8th**
 168:24 267:11 269:6

**9**

**9**
 8:12 189:23 190:8
**9/22/86**
 222:20,25 223:3
**9/29**
 225:5,7
**9/30/84**
 3:24
**9/5/84**
 122:24
**90**
 3:21 4:14
**90s**
 15:5,16,17

**91**
 3:21 232:4,5
**92**
 111:14 112:1 245:15
**928093**
 267:18
**95**
 83:14,16
**955**
 102:18,21
**96**
 83:15,19 90:5 228:6
  245:2,15,24
**97**
 3:19 83:17 84:9 101:25
**97,000**
 247:24
**98**
 73:23 74:3,4 84:11
**99**
 58:3 84:11 258:7