# EXHIBIT 3

**SIPC v BLMIS**                                          **Jackson 5/23/2016**

**CONFIDENTIAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                              Adv.Pro.No.
                                         08-01789(SMB)
            Plaintiff,

                                         SIPA Liquidation

      v.
                                         (Substantially
BERNARD L. MADOFF INVESTMENT              Consolidated)
SECURITIES, LLC,

            Defendant.          CONFIDENTIAL

------------------------------x

In Re:

BERNARD L. MADOFF,

            Debtor.

------------------------------x


      Videotaped Deposition of WINIFIER JACKSON,
as reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the office
of BAKER HOSTETLER, 45 Rockefeller Plaza, New
York, New York, on Monday, May 23, 2016,
commencing at 10:30 a.m.

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                              Jackson 5/23/2016

CONFIDENTIAL

2 (Pages 2 to 5)

---

Page 2

A P P E A R A N C E S:

BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York  10111
BY:  AMY E. VANDERWAL, ESQ.
     avanderwal@bakerlaw.com
     STEPHANIE A. ACKERMAN, ESQ.
     sackerman@bakerlaw.com
For Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of BLMIS and the Estate
of Bernard L. Madoff

CHAITMAN, LLP
465 Park Avenue
New York, New York  10022
BY:  HELEN DAVIS CHAITMAN, ESQ.
     hchaitman@chaitmanllp.com
For a number of Madoff victims

ALSO PRESENT:
     JOHN EDMUNDS, Videographer

---

Page 3

I N D E X

WITNESS                       PAGE

WINIFIER JACKSON
  Examination by Ms. Vanderwal.............5,129
          by Ms. Chaitman................104


          E X H I B I T S
IDENT.     DESCRIPTION        PAGE

Trustee 50  House 17 Manual, Bates
          MADTSS01239682-797...............60
Trustee 51  Copy of Check, Bates
          MADWAA00377277-78................82

Trustee 52  Account Statement, Bates
          MDPTPP05721154-55................83

          (Previously marked Trustee Exhibits 22,
23, 24, 25, 27, 28, 31, 32, 33, 34, 35, 36, 38,
39, 40, 41, 42, 44, 46 and 49 were also referred
to and are attached hereto.)

---

Page 4

THE VIDEOGRAPHER:  My name is John Edmunds, certified legal video specialist in association with the court reporter, Nancy Bendish. I'm the videographer on May 23rd, 2016 for the recording of the deposition of Winifier Jackson being taken at Baker Hostetler, New York New York. The time is 10:30 a.m., in the matter of SIPC versus BLMIS.

Will counsel please identify themselves for the record beginning with the plaintiff's counsel.

MS. VANDERWAL:  Amy Vanderwal for Irving Picard, the Trustee.

MS. ACKERMAN:  Stephanie Ackerman for the Trustee.

MS. CHAITMAN:  Helen Chaitman for a large group of investors.

THE VIDEOGRAPHER:  Will the reporter please identify herself and swear in the witness.

W I N I F I E R  P.  J A C K S O N, sworn.

THE REPORTER:  Your full name, please.

THE WITNESS:  Winifier P. Jackson.

---

Page 5

EXAMINATION BY MS. VANDERWAL:
    Q.   Good morning, Ms. Jackson.
    A.   Good morning.
    Q.   My name is Amy Vanderwal and I'm an attorney for the Trustee in the Liquidation of Bernard L. Madoff Investment Securities, LLC, and I'm here today with my colleague Stephanie Ackerman.

As we just discussed, there's a Litigation Protective Order that governs this case.  As I mentioned, the purpose is to protect the confidentiality of certain documents, and certain evidence in this case.  I provided you a copy of this order before we began.  Can you confirm that you signed the protective order?
    A.   Yes, I did.
    Q.   Thank you.
    There's a second order previously entered as Exhibit 21 that also limits this deposition in certain ways.  I'll give it to you to flip through, but I can tell you that paragraph 3 of the order setting certain limitations on depositions taken on the profit withdrawal issue, which has ECF number 13358, requires me to instruct you that your testimony

---

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

Page 6

1  today should be limited to profit withdrawals
2  and issues related thereto that occurred in
3  accounts at Bernard L. Madoff Investment
4  Securities. Do you understand that?
5      A.   Yes.
6      Q.   Do you have any questions about
7  Exhibit 21?
8      A.   No.
9      Q.   I'll give you a few instructions
10  on how the deposition will work today.
11      A.   Okay.
12      Q.   Throughout the deposition I'm
13  going to be asking you questions about Bernard
14  L. Madoff Investment Securities. I'm going to
15  refer to that entity, for ease of reference, as
16  BLMIS. Okay?
17      A.   Okay.
18      Q.   The court reporter will be taking
19  down my questions and your answers, so all your
20  answers need to be audible. You can't nod or
21  shake your head for yes or no. Okay?
22      A.   Okay.
23      Q.   And to help the court reporter
24  accurately transcribe our conversation, it's
25  important that we don't talk over each other.

Page 7

1  So please let me finish my question before you
2  begin to answer it, and I will let you finish
3  your answer before I go on to the next question.
4  Okay?
5      A.   Okay.
6      Q.   And Ms. Chaitman may at some point
7  object to the form of one of my questions and
8  that objection will be noted for the record, but
9  you should still answer the question. Do you
10  understand?
11      A.   Okay.
12      Q.   You can take a break whenever you
13  need it. I would only ask that if I've asked
14  you a question, that you answer the question
15  before we take the break.
16      A.   Okay.
17      Q.   Are you taking any medication that
18  may impair your ability to answer questions
19  accurately today?
20      A.   No.
21      Q.   Are you taking any medication that
22  may affect your memory?
23      A.   No.
24      Q.   Do you understand that in this
25  deposition you're under oath the same as you

Page 8

1  would be at trial?
2      A.   Yes.
3      Q.   Will you answer truthfully today?
4      A.   Yes.
5      Q.   And will you answer accurately
6  today?
7      A.   Yes.
8      Q.   Have you had your deposition taken
9  before?
10      A.   Yes.
11      Q.   When was that?
12      A.   2009.
13      Q.   And what was the subject matter of
14  the deposition?
15      A.   The whole BLMIS case.
16      Q.   And did you give testimony related
17  to the BLMIS case?
18      A.   Yes.
19      Q.   And when was that?
20      A.   During the court trial for some of
21  the employees in 2000 -- what is this -- 2014,
22  2015 I think it was.
23      Q.   And other than that deposition in
24  2009 and the court testimony in 2014 or '15,
25  have you had your deposition taken before?

Page 9

1      A.   No.
2      Q.   And have you testified before?
3      A.   No.
4      Q.   What is your educational history?
5      A.   I'm about to graduate college this
6  week.
7      Q.   Congratulations.
8      A.   Thank you.
9      Q.   And what will your degree be in?
10      A.   Business management.
11      Q.   Are you currently employed?
12      A.   Yes.
13      Q.   What position do you currently
14  hold?
15      A.   Clerical.
16      Q.   And where is that?
17      A.   At Wyckoff Heights Medical Center.
18      Q.   When did you begin working at
19  BLMIS?
20      A.   1986 I think it was. I think it
21  was 1986.
22      Q.   When you first began what was your
23  title?
24      A.   Clerical. I was administrative
25  assistant to Jodi and Annette doing clerical

SIPC v BLMIS                                                Jackson 5/23/2016

CONFIDENTIAL

Page 10

1   work.
2        Q.    When you say Jodi, do you mean
3   Jodi Crupi?
4        A.    Jodi Crupi.
5        Q.    And Annette?
6        A.    Annette Bongiorno.
7        Q.    So what were your duties
8   primarily, your clerical duties that you
9   performed for Ms. Bongiorno and Ms. Crupi?
10       A.    I kept track of like paperwork
11  that was sent out to clients, as far as like the
12  trading and stuff that was done.  I kept -- I
13  was responsible for doing like -- receiving in
14  checks for clients and stuff like that, that we
15  would log into our checkbook.
16       Q.    Okay.  And what street was the
17  office on when you first started working at
18  BLMIS?
19       A.    53rd and Third.
20       Q.    And what floor did you work on
21  when you first started?
22       A.    When I first started I worked on
23  the 18th floor.
24       Q.    Did that change at some point?
25       A.    Yes.

Page 11

1        Q.    When was that?
2        A.    I don't remember the year that it
3   changed.
4        Q.    Would it have been in the '80s or
5   the '90s?
6        A.    The '90s, I think.  I think it was
7   in the '90s.
8        Q.    Do you think it was the early
9   '90s?
10       A.    The early '90s, yes.
11       Q.    And when you moved to a different
12  floor, what floor was that?
13       A.    The 17th floor.
14       Q.    Did the employees on the 17th
15  floor work with BLMIS customer accounts?
16       A.    Yes.
17       Q.    So you mentioned that your
18  responsibilities initially were more clerical in
19  nature?
20       A.    Yes.
21       Q.    And that you assisted Ms. Crupi
22  and Ms. Bongiorno essentially with account
23  related paperwork?
24       A.    Yes.
25       Q.    Is that accurate?

Page 12

1        Q.    Did your responsibilities change
2   over the time you were at BLMIS?
3        A.    Yes.  A little bit.
4        Q.    How so?
5        A.    I did a little bit more, more
6   intensive clerical work.  Like before it was
7   just like very light clerical duties, but as I
8   was there for a little bit longer I did a little
9   bit more of the clerical, which meant that I
10  dealt a little bit -- not dealt with customers,
11  but dealt with Annette and Jodi and with the
12  clerical paperwork, more of the clerical
13  paperwork than before.
14       Q.    And when you say clerical
15  paperwork, what do you mean by that?
16       A.    I dealt a little bit more with
17  setting up the accounts, like whenever accounts
18  came in there were certain paperwork that we had
19  to initially set up, you know, as far as the
20  files, internal work.  Not dealing with the
21  client, but dealing with the internal paperwork
22  of how the paperwork was set up, in the folders,
23  you know, in the accounts, and keeping account
24  of account information, incoming and outgoing
25  information to clients.

Page 13

1        Q.    And I think you mentioned that you
2   also assisted with something that you referred
3   to as the checkbook?
4        A.    Yes.
5        Q.    What did that entail?
6        A.    I dealt with the checks that came
7   in, I made sure that they were logged accurately
8   into the checkbook, and then I would, if checks
9   went out, I had to double-check to make sure
10  that if they were -- how they were going out as
11  far as like the mailing, as far as like if they
12  were being picked up, if they were being
13  hand-delivered, or if they were just being
14  straight mailed.
15       Q.    Okay.  We'll come back to the
16  checks and the checkbooks in a second.
17            Who were your supervisors when you
18  were at BLMIS?
19       A.    Jodi and Annette.  Joanne Crupi
20  and Annette Bongiorno.
21       Q.    Did Ms. Crupi handle any accounts
22  of her own that you assisted with?
23       A.    When I first started there, yes.
24  She dealt with certain accounts, yeah.
25       Q.    Did that stop at some point?

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

Page 14

1      A.     Yeah, that changed at one point,
2  those accounts were pretty much phased out and
3  moved over to a different account manager.
4      Q.     Do you know who that different
5  account manager was?
6      A.     Frank DiPascali.
7      Q.     And was there a particular type of
8  account that Ms. Crupi managed?
9      A.     Yes.  I just can't remember the
10 exact name of it right this second, but yes.
11     Q.     Did you recall that accounts had
12 sort of sub-accounts that had different numbers
13 associated with them?
14     A.     Be a little clearer; what do you
15 mean?
16     Q.     Was it your recollection that you
17 would have a customer account and the account
18 number would end in a dash 1, dash 2, dash 3,
19 dash 4?
20     A.     Right, yes.
21     Q.     And did those indicate different
22 type of sub-accounts?
23     A.     Yes.
24     Q.     Do you recall particularly which
25 number indicated which type of account?

Page 15

1      A.     Yes.  Frank's accounts were the 3
2  or 4 accounts, Annette's accounts were 3 and 7-0
3  accounts.  And I think the -- some that ended in
4  5-0 were, I want to think those were Annette's.
5  I kind of forgot a lot of it, but...
6      Q.     Thank you.
7             So Annette Bongiorno was your
8  other supervisor?
9      A.     Yes.
10     Q.     And what did your work with
11 Annette Bongiorno entail?
12     A.     With Annette -- did a lot of stuff
13 with her.  With Annette I dealt with her
14 particular type of accounts.  She may ask us to
15 look up certain information from the Bloomberg
16 to provide her information on the trading data
17 that went on for particular days for her
18 accounts and we would give her that information.
19            She may ask us to -- she would
20 give us certain types of accounts and she would
21 say that we had to -- I can't quite remember
22 how -- the wording that she would use, but we
23 would have to break it down like how much could
24 be bought on certain days based on the trading
25 market, based on what the trading, the market

Page 16

1  did that day.
2             So we would give her certain
3  information like that.
4      Q.     Okay.  So were you researching
5  sort of the volume that was traded on certain
6  days?
7      A.     Yes.
8      Q.     And the information that you
9  looked up on Bloomberg was the pricing for
10 particular stock?
11     A.     Yes.
12     Q.     And Annette would direct you which
13 stocks to look up the pricing for?
14     A.     Yes.
15     Q.     And to your knowledge were the
16 stocks that you researched actually purchased by
17 BLMIS?
18     A.     I don't know.  I mean, to my
19 knowledge they were.
20     Q.     That was an assumption that you
21 had at the time?
22     A.     That was the assumption that we
23 had at the time, yes.
24     Q.     Did you which actually purchase
25 any stocks for customers?

Page 17

1      A.     No.
2      Q.     Were you aware of anyone working
3  for Annette actually purchasing stocks for
4  customers?
5      A.     I mean, only thing I know is that
6  we would just look up the information, give it
7  to them.  I didn't know what went on after that.
8      Q.     I understand.
9             Did you ever sell any stocks for
10 customers?
11     A.     No.
12     Q.     Were you aware of anyone who
13 worked with Annette actually selling any stocks?
14     A.     Like I said, once we did the
15 paperwork, we don't know what was bought or
16 sold.
17     Q.     Okay.  So you researched the
18 stocks and you provided that information to Ms.
19 Bongiorno?
20     A.     Right.
21     Q.     And were there any other tasks
22 that you performed for Ms. Bongiorno?
23     A.     Just like I said, clerical task,
24 receiving phone calls.  She would ask us to, you
25 know, write up a notation or something or look

SIPC v BLMIS                                              Jackson 5/23/2016

CONFIDENTIAL

Page 18

1   up something, information or contact, you know,
2   certain people for her. But nothing other than
3   that.
4       Q.   Okay. Other than Ms. Bongiorno
5   and Ms. Crupi, did you have any other
6   supervisors?
7       A.   No. I worked directly with them.
8       Q.   Did you supervise anyone at BLMIS?
9       A.   No, not really.
10      Q.   Who did you work with on a regular
11  basis besides Ms. Bongiorno and Ms. Crupi?
12      A.   I worked with Darlene Conception.
13  I worked with Simone Anderson, Alethea, Dorothy.
14      Q.   What was Alethea's last name?
15      A.   Alethea Mui and Dorothy Kahn. And
16  then I worked with the filing staff.
17      Q.   I'm sorry --
18      A.   The file room staff.
19      Q.   File room staff. And do you
20  recall any of those people's names?
21      A.   Sharda Prasaud, I think that's her
22  last name. Sean Wharton. Who else was there?
23  Damian, I don't remember Damian's last name.
24  But that constantly changed.
25      Q.   The file room staff constantly

Page 19

1   changed?
2       A.   Yeah. Yeah.
3       Q.   What did Darlene Conception do at
4   BLMIS?
5       A.   She was more of a receptionist to
6   Annette.
7       Q.   To Annette?
8       A.   Um-hum.
9       Q.   What did Simone Anderson do?
10      A.   Simone and I pretty much held kind
11  of like the same position with Annette. We
12  would assist her.
13      Q.   Did Simone Anderson also assist
14  Ms. Crupi?
15      A.   Yes, she did.
16      Q.   What did she do?
17      A.   Pretty much the same thing,
18  administrative, clerical.
19      Q.   And Alethea Mui?
20      A.   She was computer staff.
21      Q.   And Ms. Dorothy Kahn?
22      A.   Computer staff.
23      Q.   How often did you see Bernard
24  Madoff on the 17th floor when he moved to the
25  17th floor?

Page 20

1       A.   He would come down when he was in
2   office. He would come down periodically.
3   Not every day, but he would come down.
4       Q.   Would you say once a week?
5       A.   Maybe once every two, three weeks.
6       Q.   And did Bernard Madoff supervise
7   your work?
8       A.   Not directly.
9       Q.   Did Bernard Madoff review checks
10  before they were sent out to customers, to your
11  knowledge?
12      A.   Not to my knowledge, they wouldn't
13  supervise checks.
14      Q.   And when did you stop working at
15  BLMIS?
16      A.   In 2009. Everything happened in
17  2008, but 2009, March 2009 I was officially
18  terminated.
19      Q.   Thank you.
20           BLMIS customers were able to
21  withdraw money from their account; is that
22  correct?
23      A.   Yes.
24      Q.   And BLMIS sent checks to customers
25  to accomplish that?

Page 21

1       A.   Yes.
2       Q.   And these checks consisted of
3   amounts that were withdrawn from the customers'
4   BLMIS account; is that correct?
5       A.   Explain that again.
6       Q.   The checks would be made up of
7   funds withdrawn from the customers' account; is
8   that correct?
9       A.   Yes.
10      Q.   Did customers receive checks for
11  profits that were purportedly generated in their
12  account?
13      A.   Yes.
14      Q.   Were employees on the 17th floor
15  responsible for sending those checks to BLMIS
16  customers?
17      A.   Yes.
18      Q.   Were you specifically responsible
19  for generating checks?
20      A.   I was responsible for when those
21  checks came out. I would always double-check
22  them against a run that we had to make sure
23  of -- if they were being mailed, if they were
24  being hand-delivered or if they were being
25  express mailed.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                        Jackson 5/23/2016

CONFIDENTIAL

Page 22

1    Q.    Who would you receive the checks
2    from?
3    A.    The computer staff would leave
4    them for me the night before.
5    Q.    So that's Ms. Mui and Ms. Kahn?
6    A.    Right.
7    Q.    Would leave you the checks the
8    night before?
9    A.    Right.
10   Q.    And would you review what was
11   printed on the check?
12   A.    Not necessarily what was printed,
13   as far as the amount, but I would review -- I
14   would write the check -- the check numbers had
15   to be logged onto the computer printout, the
16   check number itself, and once again we would
17   review who was receiving them hand-delivered,
18   mailed or if they were being picked up.
19   Q.    When you say computer printout,
20   what do you mean by that?
21   A.    The computer printout, based on
22   however -- based on the checks that are being
23   sent out, there was a printout that was
24   generated that would give you that exact same
25   information.  It would give you their account

Page 23

1    number, the amount of the check and the name
2    that's on the check.
3    Q.    Okay.
4    A.    It would be a comparison of the
5    two.
6    Q.    And you would go and you would
7    write in the check number?
8    A.    Yeah, we would physically write
9    the check number on the log just to keep up with
10   the checks.
11   Q.    Do you remember what that log was
12   called?  Did it have a name, or how did you
13   refer to it?
14   A.    Check log.
15   Q.    Who was responsible for
16   instructing the computer staff to print the
17   check?
18   A.    That would basically come from
19   Frank or Jodi, and in some cases Annette.
20   Q.    And how was the computer staff
21   instructed to produce a check?
22   A.    I guess based on the information
23   that was generated when accounts were initially
24   set up.  If they were gonna be profit withdrawal
25   accounts or if they were gonna be reinvestment

Page 24

1    accounts.
2    So that information was already
3    input into the system like from the very
4    beginning from when the account was set up.
5    Q.    So what did you understand a
6    profit withdrawal account to be?
7    A.    I understood it that the accounts
8    were run at a certain percentage and that there
9    would be a certain amount that the customer
10   would receive based on the interest that was
11   earned on the account.
12   Q.    And the interest that was earned,
13   would that be the profit component?
14   A.    The profit component, yeah.
15   Q.    And if someone elected to set up
16   their account as a profit withdrawal account,
17   what would that mean?
18   A.    That means that whatever the
19   interest was on that account, instead of it
20   being reinvested back into the account, they
21   would prefer that that interest come directly to
22   the customer.
23   Q.    And they would receive a check?
24   A.    Yes.
25   Q.    For the amount of their profit

Page 25

1    from their account?
2    A.    Yes.
3    Q.    And who would that check be made
4    out to?
5    A.    The customer.
6    Q.    Could customers receive checks as
7    a standing monthly withdrawal?
8    A.    Yes.
9    Q.    And how would a request for a
10   standing monthly withdrawal be made?
11   A.    Once again, that would be set up
12   when the customers -- when the account is set up
13   or even after the account is set up, if they
14   choose to take out a certain amount of money per
15   month, they would negotiate that with Frank or
16   one of the account managers, that they wanted a
17   certain amount of money withdrawn every month,
18   and that would basically be set up into the
19   computer database system, that that's on a
20   monthly basis this is the amount that they would
21   receive.
22   Q.    Okay.  And would those requests be
23   made verbally or in writing?
24   A.    If I'm correct, most of those came
25   through in writing.  I mean, they may have

SIPC v BLMIS                                        Jackson 5/23/2016

CONFIDENTIAL

## Page 26

1  verbally spoken to some people, but we usually
2  saw it in writing.
3        Q.    And if they wanted to have
4  quarterly withdrawals, would a similar process
5  be followed?
6        A.    Yes, it would have to be.  It
7  would be in writing.
8        Q.    And so you said that customers
9  received checks who have profit withdrawal
10 accounts.  Would they have to request a profit
11 check each time they received one?
12       A.    No.  It would be set up in
13 their -- that would be set up in the computer
14 system, and if they didn't want a profit check,
15 then they would have to once again send a letter
16 in to say, I don't want this, but it would have
17 to be set up in the system.
18       Q.    When you saw the checks after they
19 were printed by the computer staff, was there
20 any difference on the face of the check between
21 a profit withdrawal check and a quarterly
22 withdrawal check?
23       A.    No, not to my recollection.
24       Q.    Did you ever see a check that
25 related to a customer account that was made out

## Page 27

1  to someone other than the customer?
2        A.    I don't recall.  I don't recall
3  seeing that.
4        Q.    Who were the checks mailed to or
5  FedEx'd to or picked up by?
6        A.    If they were mailed, they were
7  mailed to whatever the account information was
8  on file that was in the system.  That's their
9  base address.
10       If they were picked up, they could
11 have been picked up by a messenger, they could
12 have been picked up by the customer.  You know,
13 whoever wanted the checks to be picked up.
14       Q.    Who generated the mailing labels
15 for the checks?
16       A.    They came out with the -- when the
17 checks were printed, they would come out with
18 the checks.
19       Q.    So that would be Ms. Kahn and Ms.
20 Mui were also responsible for printing the
21 labels?
22       A.    Yes.
23       Q.    And did the labels match the
24 customer name from the customer statements?
25       A.    Sometimes they would have a

## Page 28

1  different -- like they may have a different sub-
2  address.  Like there may be a different mailing
3  label to the account itself.  Like the account
4  may read 45 Rockefeller Plaza but the customer
5  wanted it mailed to their house, as an example.
6  So it may be mailed a little differently, if
7  there was a mailing label.
8        Q.    And how would that request be
9  communicated to BLMIS?
10       A.    In writing.
11       Q.    So you mentioned that there was a
12 check log that you used when the checks had been
13 printed and before they were sent out.  Was
14 there any other method by which checks were
15 tracked at BLMIS?
16       A.    No.  We would always get the check
17 log.
18       Q.    And the check log was generated by
19 the computer?
20       A.    Right.  Once the checks were in
21 the system, yeah, it would be generated with the
22 computer.
23       Q.    And the entire time you were
24 employed at BLMIS, that was the method for
25 tracking checks?

## Page 29

1        A.    Yes.
2        Q.    What would you do with the check
3  log once you had written the check numbers on
4  it?
5        A.    We had a binder that we kept them
6  in and we would input them on a daily basis and
7  they would be hung up in the file room.
8        Q.    In the file room.  Did that binder
9  that the check logs were placed in have a name?
10       A.    Repeat yourself, I'm sorry.
11       Q.    Did the binder that the check logs
12 were placed in have a name?
13       A.    Check log.  Or it would say like
14 quarterly -- it would just say quarterly or it
15 may say profit, but it would say check log.  But
16 we would know that it was a regular check log.
17       Q.    Okay.  Did the check log identify
18 the type of check?  Would it reference if it was
19 a capital withdrawal --
20       A.    Yes.
21       Q.    -- or a profit withdrawal?
22       A.    Yes.
23       Q.    So if you can recall, let's try to
24 sort of reconstruct the columns that were listed
25 on the check log.  There would be an account

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

## Page 30

1  number?
2      A.    Um-hum.
3      Q.    What else would be there?
4      A.    It would be the account number, it
5  would be the customer's name, it would be the
6  amount of the check, and it would also indicate
7  capital withdrawal or profit withdrawal.  I
8  can't remember -- I can't remember anything else
9  that was printed on that.
10     Q.    Okay.  And that was the only
11 report that was used to see which customer
12 received which check?
13     A.    That I can remember at this point.
14     Q.    I'd like to show you a document
15 that was previously marked as Trustee Exhibit
16 22.  Take a look at that and I'll have a couple
17 questions.
18         MS. VANDERWAL:  Helen, do you have
19 a copy?
20         MS. CHAITMAN:  I do.
21         You know, if you have an extra
22 one, I'll give it to Rick Kirby.
23 BY MS. VANDERWAL:
24     Q.    I'd like to represent to you that
25 this is a subset of a larger document, a

## Page 31

1  3,000-page document.
2      A.    Okay.
3      Q.    And I've selected certain pages
4  I'd like to talk to you about, so it's not in
5  consecutive order.
6         Do you recognize this document?
7      A.    No.
8      Q.    Do you recognize -- if we turn to
9  page that ends in Bates number 1651.
10     A.    Um-hum.
11     Q.    Do you have that page?
12     A.    Um-hum.
13     Q.    Do you recognize the handwriting
14 on that page?
15     A.    I recognize the handwriting, yes.
16     Q.    Whose handwriting is that?
17     A.    This is Jodi Crupi's handwriting.
18     Q.    And how do you recognize her
19 handwriting?  Is that through your work with her
20 at BLMIS?
21     A.    Yes.  That looks like Jodi's
22 handwriting.  Some of it is not all -- all of it
23 is not Jodi's handwriting, but some of it looks
24 like Jodi's handwriting.
25     Q.    Okay.  For the record, could you

## Page 32

1  just indicate which writing you believe to be
2  Jodi Crupi's.
3      A.    The bottom looks more like Jodi.
4      Q.    So the witness is indicating the
5  bottom two rows on page 1651 that begin with
6  C & M 7; is that correct?
7      A.    Yeah, that looks like Jodi's
8  handwriting.
9      Q.    Do you recognize the information
10 that's on this page 1651?
11     A.    Yes.
12     Q.    And what would the first column
13 represent?
14     A.    The customer's name.
15     Q.    And the second column?
16     A.    It looks like account numbers.
17     Q.    And the next column?
18     A.    Whether they were profit
19 withdrawals or capital withdrawals.
20     Q.    So the "PW" stands for?
21     A.    Profit withdrawal.
22     Q.    And "CW"?
23     A.    Is capital withdrawal.
24     Q.    And the following column?
25     A.    Is the amount of money.

## Page 33

1      Q.    And the final column?
2      A.    I don't know what that is.  The
3  last two looks like customers' names.  The last
4  two look like customers' names.  I don't know
5  what the other ones.
6      Q.    All right.  If I represented to
7  you that Health South was the name of a stock,
8  would that make sense to you?
9      A.    I don't know.  I don't recognize
10 that.
11     Q.    Okay, that's fine.  Let me ask you
12 about one more page.  Could you please turn to
13 1655.
14     A.    Okay.
15     Q.    Do you recognize the handwriting
16 on this page?
17     A.    It looks liking Erin Reardon.  I'm
18 not 100 percent sure, but it looks like Erin
19 Reardon.
20     Q.    Are you familiar with the
21 information that's contained on this page?
22     A.    Once again, it looks like account
23 numbers, the profit amount and it looks like the
24 customer's name and across the top, Liberty
25 National Bancorp.  That is possible.  I'm not

SIPC v BLMIS                                      Jackson 5/23/2016

CONFIDENTIAL

Page 34

1  sure exactly what that is, Liberty National
2  Bancorp, I'm not 100 percent sure what that is.
3       Q.    So you never saw this binder --
4       A.    No.
5       Q.    -- in the course of your time at
6  BLMIS?  Okay.
7       A.    No.
8       Q.    Thank you.  You can set that
9  aside.
10           Can you tell me once again what
11  you understand the term "profit withdrawal" to
12  mean?
13      A.    That the profit that was earned on
14  the account based on the interest that was
15  earned.
16      Q.    And how do you know what it means?
17      A.    Just by listening to terminology
18  that was explained in the office, that that's...
19      Q.    And is it your understanding that
20  when an account was opened someone decided that
21  the account would receive profit withdrawals?
22      A.    That that was decided between the
23  customer and whoever they dealt with, the
24  account representative they dealt with.
25      Q.    When you say account

Page 35

1  representative, who are you referring to?
2       A.    That could be Jodi, Annette,
3  Frank; it could even be Bernie.
4       Q.    So Jodi Crupi, Annette Bongiorno,
5  Frank DiPascali or Bernard Madoff?
6       A.    Yes.
7       Q.    Did you understand that BLMIS
8  purported to use different kinds of trading
9  strategies?
10      A.    No.
11      Q.    Were you familiar with the process
12  of opening an account at BLMIS?
13      A.    When you say process, what do you
14  mean?
15      Q.    Well, who was responsible for
16  opening an account at BLMIS?
17      A.    Yes.  That would be, once again,
18  Jodi, Frank, Annette.
19      Q.    And what paperwork was generated
20  when an account was opened?
21      A.    They would get a form that would
22  be filled out basically name, address, phone
23  number.  Personal information, I guess business
24  information, and then we would open up -- they
25  would input the information based on the initial

Page 36

1  investment of the customer.  And we would
2  create, like I said, we would create the files
3  based on the account number and under who they
4  came with, what group that they came through.
5       Q.    What do you mean by what group
6  they came through?
7       A.    Like say, for instance, if it was
8  under the Cohn group, so we know that it would
9  go into the CM.  If it was under a certain
10  group, we know what account, how to set the
11  account up, like with the title, with the
12  account number.
13      Q.    Okay.  So there was a folder
14  created for each account?
15      A.    Right.
16      Q.    And who created the folders and
17  the initial contents?
18      A.    That depends.  In the beginning it
19  used to be myself, it used to be Jodi or Annette
20  would give the information, and we would set the
21  account up and then the folder would be created.
22  And then later on it became more so Darlene's
23  responsibility.
24      Q.    And where were the folders kept?
25      A.    We had file cabinets.

Page 37

1       Q.    And where were the file cabinets?
2       A.    The file cabinets were in front of
3  Annette's office.  There was a row of file
4  cabinets in front of her.  There was a row of
5  file cabinets on the outside in the walkway.
6  That's usually where all the customer account
7  folders were.
8       Q.    And how frequently would those
9  folders be accessed, generally?
10      A.    We could access them on a daily
11  basis.  Depends on the information -- if a
12  customer sent in a letter, if there was
13  information that was sent to us, we would have
14  to input that information in the file.
15      Q.    So if a customer sent a letter,
16  who would deal with that communication,
17  generally?
18      A.    That would either be, once again,
19  Jodi, Frank or Annette, and then they would give
20  us the, you know, the information if it was to
21  go into one of the customer folders.
22      Q.    And you would do the filing?
23      A.    Sometimes.  But Darlene did the
24  bulk of it.  At one point in time I did most of
25  it, but then Darlene would do more.

SIPC v BLMIS                                        Jackson 5/23/2016

## CONFIDENTIAL

Page 38

1    Q.    Did you speak with customers on
2  the phone?
3    A.    Periodically.
4    Q.    What would those conversations
5  entail?
6    A.    Sometimes a customer would just
7  call at random.  If Jodi or Annette weren't
8  available, they would want to find out if a
9  check was sent out to them or if they could fax
10  over a request for a certain amount of money.
11  Sometimes they would call to find out if the
12  statements were -- you know, just general
13  information.
14    Q.    Okay.  So that you said that the
15  customer files would be placed in folders?
16    A.    Um-hum.
17    Q.    Do you recall any writing on the
18  outside of the folders?
19    A.    It would just have the account
20  numbers on the folders.
21    Q.    Okay.  No other notations?
22    A.    I don't recall any other
23  notations, but I know we would keep them in --
24  they would be in, like I said, in group order
25  like if it was a CM account, whatever the

Page 39

1  account, whatever group it was.  And we would
2  keep the account numbers.  I don't recall
3  like -- it depends.  Because some, you know, I
4  don't recall any extra information.
5    Q.    From your work at BLMIS, are you
6  familiar with the term "send" or "reinvest"?
7    A.    Yes.
8    Q.    And what does send mean?
9    A.    Send would mean they wanted their
10  profits sent to them.
11    Q.    So similar to what you were
12  referring earlier?
13    A.    Right.
14    Q.    Profit withdrawal accounts would
15  be the same as a send account?
16    A.    Right.
17    Q.    And what does reinvest mean?
18    A.    Whatever the profits was they
19  wanted it reinvested back into the account.
20    Q.    And do you recall where BLMIS
21  would record, if an account is a send account or
22  a reinvest account; where would that be noted?
23    A.    Once again, that would be when an
24  account was set up and the information would be
25  input into the computer database so we would

Page 40

1  kind of have an idea if they were accounts that
2  were profit accounts, profit withdrawal
3  accounts.
4    Q.    So that information would be
5  inputted into the computer database?
6    A.    Right.
7    Q.    And who would be responsible for
8  doing that?
9    A.    Once again, the account
10  representatives.
11    Q.    They would enter the information
12  into the computer base?
13    A.    They would give the information
14  to --
15    Q.    Ms. Mui and Ms. Kahn?
16    A.    Yeah, Alethea or Dorothy.
17    I'm not 100 percent sure if Frank
18  or Jodi had access to inputting that
19  information.
20    Q.    Did you have access to the
21  computer system?
22    A.    Yes.
23    Q.    Do you recall the name of the
24  computer system?
25    A.    House 17, House 09 -- I mean, it

Page 41

1  was -- well, that was the computer system that
2  they did like the internal database system.  I
3  didn't work on that.  I just had my regular
4  computer that I could see customer accounts
5  through.
6    Q.    I see.
7    A.    Right.
8    Q.    So the computer that Ms. Mui and
9  Ms. Kahn used, you did not --
10    A.    No, I didn't access that.
11    Q.    You had your own computer through
12  which you could access what?
13    A.    Yes.  Like I could go into
14  customer accounts through that computer system.
15    Q.    And would you be able to make
16  changes to customer accounts?
17    A.    No, I didn't make changes to
18  customer accounts.
19    Q.    So you would be able to review
20  customer accounts?
21    A.    Yes.
22    Q.    And for what purpose would you do
23  that?
24    A.    If I was looking up information to
25  see if they sent in a check or if a check was

SIPC v BLMIS                                         Jackson 5/23/2016

CONFIDENTIAL

Page 42

1   sent to them, look and see if, for trade
2   information that may have went through in their
3   account to see if there was a profit or loss --
4   I mean, not a profit or loss.  What do you call
5   it, the types of trades that was actually in
6   their account.  So I would be able to see it.
7       Q.    Okay.  And what do you mean by
8   types of trades?
9       A.    I mean like the stock.
10      Q.    The particular stock involved?
11      A.    The particular stock involved,
12  yeah.
13      Q.    And when you accessed the account
14  in the computer system, would you also be able
15  to see if it was a send account or a reinvest
16  account?
17      A.    I'm not 100 percent sure if I saw
18  all of that information or not.
19      Q.    Okay.  Could a customer change his
20  or her account from a send account to a reinvest
21  account?
22      A.    Yes.
23      Q.    How would they do so?
24      A.    They would contact Jodi, Frank or
25  Annette, once again, through letter, email --

Page 43

1   not email.  Through a letter or through a fax,
2   you know, to state what changes that they want.
3       Q.    Once a customer requested a
4   change, either from send to reinvest or reinvest
5   to send, how would that be accomplished at
6   BLMIS?
7       A.    Once again, that information would
8   be inputted into the system to make that change.
9       Q.    Would it be indicated in the
10  physical customer files or simply in the
11  computer?
12      A.    No.  We would have to have a paper
13  trail.  So we would have, like I said, a letter
14  or fax that would tell us what they wanted us to
15  do.  I'm not 100 percent sure if they verbally
16  spoke that to Frank over the phone, but I do
17  know that when we made changes -- when changes
18  were made it usually was done through paper.
19      Q.    So if an account was marked
20  "send," did BLMIS send the customer their
21  profits in that account?
22      A.    Yes.
23      Q.    And if an account was marked
24  "send," was written authorization needed each
25  time before the profits were sent to the

Page 44

1   customer?
2       A.    No.
3       Q.    If an account was marked "send,"
4   did that customer receive their profits by
5   check?
6       A.    By check or it's possible by wire.
7   Wire transaction.
8       THE WITNESS:  I'm sorry to stop
9   you, but can I please go to the ladies room?
10      MS. VANDERMAR:  Oh, of course.  Go
11  off the record a minute.
12      THE VIDEOGRAPHER:  Time is 11:10
13  a.m., off the record.
14      (Recess taken.)
15      THE VIDEOGRAPHER:  Time is 11:20
16  a.m., back on the record.
17  BY MS. VANDERMAR:
18      Q.    Ms. Jackson, if an account was
19  marked "send" the customers received their
20  profits by check?
21      A.    Yes.
22      Q.    If an account was marked "send"
23  and BLMIS sent the customer a check, was the
24  check made out to the customer whose name was
25  listed on the account?

Page 45

1       A.    Yes.
2       Q.    If an account was marked "send,"
3   did Bernard Madoff need to approve each profit
4   check that was sent out?
5       A.    I don't know if he approved that
6   or not.
7       Q.    If an account was marked
8   "reinvest," did BLMIS send the customer profits?
9       A.    No.
10      Q.    Were you ever responsible for
11  checks coming into BLMIS?
12      A.    Yes.
13      Q.    And what was your role with
14  respect to those checks?
15      A.    When the mail came in I would get
16  the checks.  I would log them into our daily
17  checkbook, basically with the customer's name,
18  the account number and the amount of what their
19  check is made payable to -- how much the check
20  was made out for, and I would log it into a
21  little stenography book and then at the end of
22  the day that would then go into the computer
23  room to Alethea and Dorothy and they would input
24  the information into the computer.
25      Q.    So, just to unpack that a little

SIPC v BLMIS                                              Jackson 5/23/2016

CONFIDENTIAL

---

Page 46

1  bit, you referred to it as a daily checkbook,
2  which is a steno book?
3      A.   Yes.
4      Q.   And you were responsible for
5  logging the checks that came in each day?
6      A.   Yeah, I would log in the checks.
7  Between myself and Simone, we would log those
8  checks in every day.
9      Q.   And at the end of each day that
10 notebook would be taken into the computer room?
11     A.   Yes.
12     Q.   Is that accurate?
13     A.   Yes.
14     Q.   And they would log the -- Ms.
15 Kahn and Ms. Mui would log the amounts into the
16 computer system?
17     A.   Into the customer's account, yes.
18     Q.   And then would they return the
19 steno book to you for the next day?
20     A.   Yes.
21     Q.   And would you receive any
22 electronic printout with the information that
23 was in the steno notebook?
24     A.   Yes.  We would get a memo that we
25 would then mail to the -- it was like a receipt,

---

Page 47

1  but it would be a memo that we would get that
2  would have the customer's name, the amount that
3  they sent in and their address and we would send
4  them that as a receipt that we received the
5  check.
6      Q.   Was a copy of that receipt
7  maintained at BLMIS?
8      A.   Yes.
9      Q.   And where was it maintained?
10     A.   We would put it in the file
11 cabinet.
12     Q.   So the daily checkbook identified
13 the account number, the customer name and the
14 amount of the check; is that correct?
15     A.   Yes.
16     Q.   Was there any other information?
17     A.   In some cases there were wires,
18 some would be sent in through wires.  So if it
19 was a wire transaction, we would get the wire
20 information from the back office and that
21 information would be entered into that checkbook
22 as well.
23     Q.   Okay.  Did you ever have an
24 opportunity to see customer statements?
25     A.   Yes.

---

Page 48

1      Q.   Did you ever see trade
2  confirmations?
3      A.   Yes.
4      Q.   In what capacity did you see
5  customer statements?
6      A.   In bulk.  They would come out at
7  the end of the month.  It would be a recap of
8  everything that happened within the month for
9  the customer.  And when they would come out, we
10 would be responsible for mailing them out.
11     Q.   So where would they come out from?
12     A.   From -- they would be generated by
13 the computer room.
14     Q.   And you would be responsible for
15 reviewing them?  Or mailing them out?
16     A.   We would be responsible for
17 mailing them out.
18     Q.   And where did the mailing labels
19 come from?
20     A.   Once again, they would be
21 generated when the statement was actually
22 generated.
23     Q.   So you would have sort of a pile
24 on your desk; is that correct?
25     A.   There would be a big pile in a

---

Page 49

1  room.  This whole desk would be covered with
2  statements, because there was a lot of them.
3      Q.   And you would physically place the
4  statements into an envelope?
5      A.   The statements had to be run
6  through the decollator, broken down, and then
7  they would be stapled together and then input
8  into envelopes and mailed out.
9      Q.   What's a decollator?
10     A.   Decollator is a machine because
11 the paper comes in like three part.  So it would
12 have to be separated because the top part would
13 be mailed to the customer, the second part --
14 the rest of it would be held into our file.
15     Q.   And then who physically mailed out
16 the statements once they were in envelopes?
17     A.   Technically everybody in the
18 department other than management, we would
19 all -- at the end of the month we would all work
20 on making sure statements went out.
21     Q.   And then would you physically mail
22 them yourself?
23     A.   Yes, we would physically mail
24 them.
25     Q.   Are you familiar with a profit/

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                      Jackson 5/23/2016

CONFIDENTIAL

14 (Pages 50 to 53)

Page 50

1    loss, a PL calculation for BLMIS accounts?
2        A.    I've heard of it. I've heard them
3    talk about profit/losses, yes.
4        Q.    But you yourself never performed
5    any such profit/loss calculation?
6        A.    In working with Annette, there
7    were times whenever she would tell us certain
8    calculations she wanted us to meet, but for me
9    to say that I would know that it was the loss,
10   she would tell us, like the amount that had to
11   be generated, based on the stocks that we
12   obtained from stock information that we obtained
13   from the Bloomberg.
14       Q.    Let me just try to understand
15   that. So she would ask you to research
16   information on Bloomberg?
17       A.    Right.
18       Q.    For a specific purpose?
19       A.    Right.
20       Q.    And you would obtain the
21   information that she was looking for?
22       A.    Right.
23       Q.    And that would generally be stock
24   prices?
25       A.    Right.

Page 51

1        Q.    And would it be sort of the highs
2    and the lows of the day?
3        A.    Yes.
4        Q.    Was there any other type of
5    information beyond that?
6        A.    I can't recall at this point.
7        Q.    I'd like to give you -- have you
8    take a look at a document that was previously
9    identified as Trustee Exhibit 49. It's a
10   lengthy document and I'm only going to ask you
11   about a couple of pages, but feel free to review
12   it.
13       A.    (Witness reviewing document.)
14       Q.    I can tell you that my questions
15   are going to relate to the pages that end 6545
16   and 6547.
17             The document is entitled "Madoff
18   Investment Securities House 17 Manual, August
19   1995." Have you seen this document before?
20       A.    No.
21       Q.    Do you remember ever hearing of
22   the House 17 manual?
23       A.    I don't recall hearing about this.
24             MS. CHAITMAN: I'm sorry?
25             THE WITNESS: I don't recall

Page 52

1    hearing about this, no.
2        Q.    Can I direct your attention to
3    6545 first.
4        A.    Yes.
5        Q.    The top of the page is entitled
6    "Checks."
7        A.    Yes.
8        Q.    There's a reference to three
9    different types of books, check-in book, check-
10   out book and binder with profit checks?
11       A.    Yes.
12       Q.    What is your understanding of the
13   check-in book?
14       A.    That's the small steno book that I
15   described to you earlier, that when checks were
16   coming in we would write the information in.
17       Q.    So you would log the incoming
18   checks?
19       A.    We would log the incoming checks,
20   yes.
21       Q.    Next to the number 2 on page 6545
22   it says "check-out book." What was your
23   understanding of the check-out book?
24       A.    The check-out book, what I know
25   about the check-out book is just that binder

Page 53

1    that I told you about that we would get once the
2    checks were going out.
3        Q.    Where you would place the check
4    log?
5        A.    The check logs, yeah.
6        Q.    And the binder with profit checks?
7        A.    That would be, once again, the
8    binders that we would have with the checks. The
9    log book.
10       Q.    Right. Ms. Crupi also dealt with
11   the checkbook, did you mention --
12       A.    Yes.
13       Q.    -- that at the beginning?
14             And what were her responsibilities
15   with respect to the checkbook?
16       A.    Well, I mean, when I initially
17   started there she handled the checkbook solely
18   herself, doing basically what I did, anything
19   coming in and going out, she was responsible for
20   logging everything, all the checks coming in,
21   wires coming in, in the check-in book. So
22   pretty much she did -- I took over that
23   responsibility from her.
24       Q.    Okay. How would you or Ms. Crupi
25   know what checks should go out?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

Page 54

1  A.  How would we know what checks
2  would go out?
3  Q.  Yeah.
4  A.  Basically that was handled by
5  Jodi, Frank and Annette on what checks would go
6  out.  Once again, if a customer requested a
7  check, they would send a letter in and then they
8  would be responsible for making sure that money
9  was sent out to the customer.
10  Q.  And if it was an account that was
11  triggered to receive profits, how would the
12  computer -- how would Ms. Mui and Ms. Kahn know
13  to prepare that check?
14  A.  Once again, that would be
15  information that Jodi and Annette or Frank would
16  give them when the check account was set up, or
17  if the customer was requesting to receive the
18  profits for that account.
19  Q.  Okay.  And right underneath the
20  three books we were looking at, there are a
21  couple of sentences that I'll read.
22  "Jodi will give you checks on a
23  daily basis.  She will give you an instruction
24  sheet which will tell you what outgoing checks
25  should be punched and the check date."

Page 55

1  Do you have an understanding of
2  what the instruction sheet referred to there
3  would be?
4  A.  Yeah.  She would give them the --
5  there would be what we would call a C&S sheet.
6  It would be a green sheet.
7  Q.  I'm sorry, a C?
8  A.  C&S.  We called it a C&S sheet.
9  It was cash and securities.  That's what we
10  called it.  We would call it a C&S sheet, and
11  she would write out on that sheet the customer's
12  name, the amount of the money that they were
13  requesting and a coding on it, whether it was a
14  profit or a capital withdrawal on the account.
15  Q.  And you said that sheet was green?
16  A.  That sheet, if I'm not mistaken,
17  yes, because that was outgoing.
18  Q.  Was there a similar sheet for
19  ingoing?
20  A.  Yeah.  If a customer sent in a
21  check wire or -- wait, hold on.  The yellow
22  sheet was -- the green sheet was when checks
23  went out.  The yellow sheet was, I just drew a
24  blank on that one, I'm sorry.  But I know that
25  the green sheet was definitely whenever there

Page 56

1  was a request for checks.
2  Q.  And you referred to it as the C&S
3  sheet and that was cash and securities?
4  A.  That's what we called it.
5  Q.  And Jodi Crupi was responsible for
6  preparing that sheet?
7  A.  Normally she would write those up.
8  Q.  Were you ever responsible for
9  doing that?
10  A.  There were times that I did write
11  them up.
12  Q.  And where would you obtain the
13  information to put into the C&S sheet?
14  A.  If there was a letter requesting
15  money from a customer, and she would say,
16  Winnie, write this up on the withdrawal sheet,
17  indicating the customer was requesting a certain
18  amount of money.  But then the letter would be
19  given -- the week before we did that we always
20  had to give the letters to them before -- the
21  account representative, which is Frank, Annette
22  or Jodi, in order for them to say write this up
23  or the approval given.
24  Q.  So they would authorize the check.
25  And that would be for a one-time transaction?

Page 57

1  A.  If it was a request, yes.
2  Q.  And do you recall how the
3  information for profit withdrawals would end up
4  on the C&S sheet?
5  A.  Profit withdrawals, once again, if
6  that was like a one-time request, would end up
7  on that sheet like that, to my understanding.
8  Q.  Okay.
9  A.  They didn't write up all the
10  profit withdrawals every time because that was
11  already set up in the system based on
12  information the customer sent in.
13  Q.  Let's take a look at -- before you
14  turn the page, at the bottom -- we're still in
15  that Exhibit 49.  At the bottom there is some
16  typing that says, "PW - DT - CW" and then an
17  arrow, "punch as (field) debits."
18  Do you have any understanding what
19  that means?
20  A.  Yeah, that meant that they were
21  being -- that meant that it was being taken from
22  the account.
23  Q.  So in your understanding --
24  A.  Money -- I'm sorry.
25  Q.  Finish.

SIPC v BLMIS                                                    Jackson 5/23/2016

CONFIDENTIAL

## Page 58

1  A.  Money that was being withdrawn
2  from the account.
3  Q.  So in your understanding profit
4  withdrawal transactions were debited from a
5  customer's account?
6  A.  Yes.
7  Q.  So a profit withdrawal transaction
8  would reduce the balance --
9  A.  Yes.
10  Q.  -- of a customer's account.
11  And the amounts that were debited
12  from a customer's account would be sent to that
13  customer?
14  A.  Yes.
15  Q.  And were amounts debited from
16  customer accounts ever, to your knowledge, sent
17  to companies to purchase stock?
18  A.  I don't know about anything like
19  that.
20  Q.  I'd like you to take a look at the
21  page ending in 6547 in Trustee Exhibit 49.  The
22  page is entitled "Entering and Running Checks."
23  There's some handwriting on the left-hand side
24  that appears to say "check name is a function of
25  name ADRR."

## Page 59

1  Do you recognize that handwriting?
2  A.  No.
3  Q.  Do you know what that reference is
4  to?
5  A.  No.
6  MS. CHAITMAN:  What page are you
7  on?
8  MS. VANDERWAL:  6547.
9  MS. CHAITMAN:  Okay.
10  Q.  Close to the bottom of the page
11  there's a sentence that reads, "All paperwork
12  from checks go in cabinet in Jodi's office."
13  Do you know what paperwork is
14  being referred to there?
15  A.  That could mean a request for a
16  check.  I'm not 100 percent sure exactly what
17  that means, but it could very well mean for a
18  request for a check.
19  Q.  Okay, we're all done with that
20  exhibit, thank you.
21  A.  You're welcome.
22  Q.  When the C&S sheets were filled in
23  by Ms. Crupi, who did she give them to?
24  A.  The computer room.
25  Q.  So Ms. Kahn and Ms. Mui?

## Page 60

1  A.  Ms. Kahn and Ms. Mui.
2  Q.  I'd like to mark as Trustee
3  Exhibit 50 a document that begins with Bates
4  number MADTSS01239682 and ends in MADTSS-
5  01239797.
6  (Trustee Exhibit 50 marked for
7  identification.)
8  Q.  I show you Exhibit Trustee 50, but
9  I'm only going to ask you about the page that
10  ends in 9732.
11  MS. CHAITMAN:  Is this someone's
12  copy of this with the handwritten notations?  Do
13  you know whose this is?
14  MS. VANDERWAL:  It was found at
15  BLMIS.  We don't know who it belongs to.
16  MS. CHAITMAN:  Okay.
17  BY MS. VANDERWAL:
18  Q.  If you could take a look at the
19  page ending in 9732, the page is entitled
20  "Entering Levy Checks Or Manual Punch Checks."
21  There is a series of numbers going down the left
22  side of the page, an "E," next to E says, "Enter
23  transaction code - PW, CW or DT."  Do you see
24  that?
25  A.  Um-hum.

## Page 61

1  Q.  Then at the -- I'm sorry, if you
2  could just say yes or no?
3  A.  Yes.  I'm sorry.  Yes.
4  Q.  At the bottom of the page there is
5  a sentence that says, "All paperwork from checks
6  go into cabinet in Winnie's office."
7  A.  Yes.
8  Q.  Do you believe that to be a
9  reference to you?
10  A.  Yes.
11  Q.  What paperwork from checks would
12  be stored in your office?
13  A.  The Levy checks?  I don't recall
14  what that was because I didn't keep -- I don't
15  recall keeping anything for Levy in my office.
16  Q.  There's also a reference here to
17  manual punch checks.
18  A.  Um-hum.
19  Q.  Did you recall checks that were
20  not Levy checks, was paperwork kept in your
21  office?  Do you recall generally paperwork
22  generated from checks?
23  A.  Honestly right now, I can't really
24  recall that.
25  Q.  Okay.

SIPC v BLMIS                                        Jackson 5/23/2016

CONFIDENTIAL

---

Page 62

1    A.    I mean, it's possible, but I just
2  don't --
3    Q.    Okay.
4    A.    -- I don't recall it right
5  offhand.
6    Q.    Do you recall any paperwork in
7  general being stored in your office that related
8  to checks?
9    A.    Yes.
10   Q.    What was that?
11   A.    Once the checkbook was completed
12 at the end of the month, it was put into -- like
13 all the checks for the completion at the end of
14 the month, the check logs, we would put them in
15 our, like a yellow folder, they were always put
16 together, and any checks that were like blank,
17 like the blank checks or the copies of the
18 actual check itself, they would all be put into
19 folders.
20       Okay, now I remember.  They would
21 be put into folders -- I mean into envelopes and
22 I would have to mark them -- I would have to
23 mark them for the month, you know, that we were
24 in -- that those checks were generated in.  And
25 then they would then be later reconciled by Dan

---

Page 63

1  Bonaventure or Ruth Madoff.  Just trying to
2  think.
3        So we would keep those -- yeah,
4  they were kept in my office.
5    Q.    So those were checks that came in?
6    A.    No.  These were the check logs.
7  The actual check logs for the month and the
8  actual checks like for the entire month.  Like
9  all the checks for the entire month.  There was
10 three parts to them.  You got the checks that
11 went out to customers, there would be the top
12 copy that we would send out, then there would be
13 copies underneath that, carbon copies underneath
14 that.
15       Those were the copies that were
16 reconciled against the checkbook at month end
17 with the bank statements from Ruth and Danny,
18 Ruth Madoff and Danny Bonaventure.  So they were
19 kept in my office.  At the end of the month I
20 had to go through and just kind of reconcile to
21 make sure all the paperwork was in order.
22   Q.    So what was your role specifically
23 in reconciling the paperwork?  What did it mean
24 to put it all in order?
25   A.    In other words, at the end of the

---

Page 64

1  month, like on a daily basis any checks that
2  went out they generated a run, which we would
3  write the check number in.  I would keep them in
4  a binder in my office until the end of the
5  month.  The last day of the month or a couple of
6  days, I would then go through it and just
7  reconcile, just make sure all the checks matched
8  the check logs.  And then I would put them in a
9  yellow, a big yellow folder and I would write on
10 them and I would keep them in a back drawer in
11 my office until they were picked up to be
12 reconciled by Ruth or Danny, and then they would
13 give them back to me and we would keep them
14 there until a certain time period and then we
15 would send them out to be stored properly.
16   Q.    So you would complete your
17 reconciliation, Ruth Madoff and Dan Bonaventure
18 would perform an additional reconciliation?
19   A.    Yes.
20   Q.    They would return the documents to
21 you, and then the documents would be sent out?
22   A.    Then they would be bind together
23 and put away.
24   Q.    What do you mean by put away?
25   A.    In other words, after a certain

---

Page 65

1  time period we would box them up, they would
2  have to be boxed up, and then would have to
3  write on the box what the date was for the
4  check, the time period, January to June of 2016,
5  check logs -- checkbook, and then they would be
6  filed and put away.
7    Q.    Where would the boxes be stored?
8    A.    We would keep those in-house for a
9  while.  They wouldn't go to the stor -- to the
10 storage facilities.  Those would stay in-house
11 just in case someone needed them.  Like say they
12 may stay in-house for a year or sometimes two
13 years, it depends.  It wouldn't be sent out to
14 storage.
15   Q.    Okay, I'm done with that, thank
16 you.
17       Were you -- to your knowledge, the
18 reconciliation performed by Ruth Madoff and Dan
19 Bonaventure, they were reconciling the checks to
20 what?
21   A.    To the bank statements.
22   Q.    Were you the only person at BLMIS
23 who performed the reconciliation, the first
24 level of reconciliation before the checks went
25 to Ruth Madoff and Dan Bonaventure?

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                        Jackson 5/23/2016

CONFIDENTIAL

Page 66

1      A.     Prior to me doing it, Jodi used to
2  do it.  If I was not in the office, Simone would
3  do it, but most of the time I was the one who
4  would do the bank.
5      Q.     Okay.  I'd like to show you an
6  exhibit that's been previously marked as Trustee
7  Exhibit 23.
8          Does Exhibit 23 look like the type
9  of customer documents that you testified earlier
10 were kept in folders?
11     A.     Yes, but this is like going back
12 from the very beginning of time, from when I
13 first started there, because this document
14 changed a little bit.  But yes.
15     Q.     Does this appear to be the
16 customer file for account number 1C1047 in the
17 name of Hanoh Charat?
18     A.     Yes.
19     Q.     I direct you your attention to the
20 page that ends in 2330.
21     A.     Yes.
22     Q.     It's entitled "Name/Address File
23 Maintenance."
24     A.     Yes.
25     Q.     Are you familiar with this type of

Page 67

1  form?
2      A.     Yes.
3      Q.     And what is this type of form?
4      A.     This will go into the customer's
5  account whenever they initially opened the
6  account and a number would be assigned to it.
7  And basically you just take the customer's name,
8  address, phone number and information, personal
9  information, once again.
10     Q.     And who would be responsible for
11 filling in this type of form?
12     A.     This would be technically filled
13 in by the customer and, in some cases, depending
14 on how the account was opened, if it was given
15 by the account representatives, the customer
16 would write this information in.  Certain
17 information like the account numbers and stuff
18 like that would be written in by the account
19 representative.
20     Q.     So by account representative, who
21 do you mean?
22     A.     Frank, Jodi, Annette or even
23 Bernie.
24     Q.     Would you ever be responsible for
25 filling in one of these?

Page 68

1      A.     No.
2      Q.     I direct your attention to sort of
3  the bottom half of the form.  There's three
4  headings:  Profits, dividends, interest, and
5  there's a note that "S" equals send and "R"
6  equals reinvest.
7      A.     Yes.
8      Q.     What do you understand that to
9  mean?
10     A.     Once again, that whatever the
11 profits are on the account, the "S" would
12 indicate to send the profits to the customer.
13 Reinvest, the "R" for reinvestment meant to
14 reinvest whatever the profits was back into the
15 customer's account.
16     Q.     And can you tell from this account
17 for 1C1047 if it was a send account or a
18 reinvest account?
19     A.     Yes, it's a send account.
20     Q.     And how can you determine that?
21     A.     Because it was marked "S" as a
22 send.
23     Q.     So, for the record, you're
24 referring to the handwritten "S" --
25     A.     Yes.

Page 69

1      Q.     -- under the word "profits"?
2      A.     Yes.
3      Q.     Next to the words "Type 1"?
4      A.     Yes.
5      Q.     Do you recognize any of the
6  handwriting on this 2300 (sic)?
7      A.     The only handwriting I really
8  recognize is "Charat" that's written in as a
9  short name.  That is Annette's handwriting.
10     Q.     For the record, let me indicate
11 that Ms. Jackson has identified the word
12 "Charat" halfway down the page next to "short
13 name (12)" as belonging to Annette Bongiorno.
14 Is there any other handwriting on the page that
15 you recognize?
16     A.     The only other handwriting I can
17 identify to, it looks like the money amount, it
18 looks like Jodi's handwriting, 100325.
19     Q.     So Ms. Jackson has indicated the
20 number at the very bottom of the page in the
21 middle, 100325, as belonging to Ms. Crupi.
22     A.     Jodi, yeah.
23     Q.     Okay, thank you.
24         I'd like to show you Trustee
25 Exhibit 24.  Do you recognize that document?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                    Jackson 5/23/2016

CONFIDENTIAL

Page 70

1       A.    Yes.
2       Q.    What is that document?
3       A.    This is a check.
4       Q.    And is it a check dated July --
5    sorry -- January 5th, 1999 in the amount of
6    $2,688.50?
7       A.    Yes.
8       Q.    And who is the check made out to?
9       A.    Hanoh Charat.
10      Q.    And in the memo line where it says
11   "for," is that the account number for the
12   account we were just reviewing in Trustee
13   Exhibit 23?
14      A.    Yes.
15      Q.    And whose name is on the top of
16   the check?
17      A.    Bernard L. Madoff.
18      Q.    And do you recognize the
19   signatory?
20      A.    Yes.
21      Q.    Who is the signatory?
22      A.    Walter Tiletnick.
23      Q.    If you could turn the check over
24   to the page that ends in Bates number 7120, does
25   this appear to be the back of the check?

Page 71

1       A.    Yes.
2       Q.    And does it appear to be endorsed?
3       A.    Yes.
4       Q.    From your work at BLMIS, you're
5    familiar with seeing this type of check?
6       A.    Yes.
7       Q.    Is there any indication on this
8    check as to whether it represents a capital
9    withdrawal, a profit withdrawal?
10      A.    Not on this portion of the check,
11   no.
12      Q.    Are you aware of a portion of the
13   check where that would be indicated?
14      A.    On the memo part of it, if I'm not
15   mistaken on the memo part of it would tell you
16   if it was a PW.
17      Q.    What do you mean by memo?  You
18   don't mean the memo line?
19      A.    Not this, not here.  There's two
20   parts to the check.  There's like a top part,
21   that's the memo that the customer would keep.
22   This the part that you would deposit to the
23   bank.
24      Q.    Okay.  And you believe on the top
25   part of the check there may have been a

Page 72

1    reference?
2       A.    I think those had reference of PWs
3    on them, yes.
4       Q.    I'd like to show you what has
5    previously been marked as Trustee Exhibit 25.
6    Do you recognize the document that was
7    previously marked as Trustee Exhibit 25?
8       A.    Yes.
9       Q.    And what is that document?
10      A.    This looks like an account
11   statement.
12      Q.    Okay.  Does it appear to be an
13   account statement for Hanoh Charat?
14      A.    Yes.
15      Q.    Dated January 31st, 1999?
16      A.    Yes.
17      Q.    And you're familiar with customer
18   statements from your work at BLMIS?
19      A.    Yes.
20      Q.    The first notation under the
21   heading "Balance Forward" on January 5th there's
22   an indication PW and an amount of $2,688.50.
23   And it states "check Boston Scientific."  Do you
24   see that entry?
25      A.    Yes.

Page 73

1       Q.    What do you understand that to
2    represent?
3       A.    A check was cut for -- a profit
4    withdrawal check was cut for her in the amount
5    of $2,688.50.
6       Q.    If you go back to Trustee Exhibit
7    24.
8       A.    Yes.
9       Q.    Does this check appear to
10   correspond to the entry next to "check Boston
11   Scientific" on the January 31st, 1999 statement?
12      A.    Yes.
13      Q.    Is the amount the same on both the
14   check and the January 31st 1999 statement?
15      A.    Yes.
16      Q.    And the check on Exhibit 24, who
17   is that check made out to?
18      A.    Hanoh Charat.
19      Q.    So even though the statement says
20   "check Boston Scientific," the check is made out
21   to Hanoh Charat?
22      A.    Yes.
23      Q.    Based on your experience, were
24   checks ever made out to the company whose
25   trading purportedly generated the profit?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                              Jackson 5/23/2016

CONFIDENTIAL

Page 74

1       A.    Not that I know of, no.
2       Q.    So as we discussed, on the face of
3   this check there is nowhere to indicate it
4   relates to profit withdrawals?
5       A.    Not on the face of this check that
6   you're showing me, no.
7       Q.    I'd like to show you what was
8   previously marked as Trustee Exhibit 28. Do you
9   recognize what Exhibit 28 is?
10      A.    Yes.
11      Q.    What is it?
12      A.    It's a check that was being
13  payable to Hanoh Charat from Bernard L. Madoff.
14      Q.    And the date on the check is
15  November 25th, 1998 and the amount of the check
16  is $1,331.75, correct?
17      A.    Yes.
18      Q.    Do you recognize the signature?
19      A.    Yes.
20      Q.    On the check. Whose signature is
21  that?
22      A.    Walter Tiletnick.
23      Q.    And the account number in the
24  "for" line, does that correspond to the account
25  file that we were receiving -- that we were

Page 75

1   reviewing relating to account 1C1047?
2       A.    Yes.
3       Q.    And if you turn the check over to
4   the document with the Bates number ending in
5   9120, does that appear to be the back of the
6   check?
7       A.    Yes.
8       Q.    And does it appear to have been
9   endorsed?
10      A.    Yes.
11      Q.    And I'd like to show you what was
12  previously marked as Trustee Exhibit 27, which
13  we should have here.
14           What does Trustee Exhibit 27
15  appear to be?
16      A.    Account statement.
17      Q.    For Hanoh Charat dated November
18  30th, 1998; is that correct?
19      A.    Yes.
20      Q.    And do you see an entry on
21  November 25th, 1998 for a profit withdrawal
22  transaction in the amount of 1,331.75?
23      A.    Yes.
24      Q.    Described as "check Cardinal
25  Health"?

Page 76

1       A.    Yes.
2       Q.    And is the amount on the November
3   30th, 1998 account statement the same as the
4   check that we reviewed as Trustee Exhibit 28?
5       A.    Yes.
6       Q.    And even though the account
7   statement states "check Cardinal Health," who is
8   the check made out to in Trustee Exhibit 28?
9       A.    Hanoh Charat.
10      Q.    And so the check seems to
11  correspond to this transaction on November 30th,
12  1998?
13      A.    Yes.
14           THE VIDEOGRAPHER: Four minutes
15  remaining on tape, counsel.
16      Q.    Based on your experience, when
17  profit withdrawal transactions appear on
18  customer statements, were the corresponding
19  checks made out to the account holder like they
20  are here for Hanoh Charat?
21      A.    Yes.
22           MS. VANDERWAL: Okay, I think
23  that's a good spot to take a break.
24           THE VIDEOGRAPHER: The time is
25  11:59 a.m., off the record.

Page 77

1           (Recess taken.)
2           THE VIDEOGRAPHER: Time is 12:14
3   p.m. This begins DVD number 2, back on the
4   record.
5   BY MS. VANDERWAL:
6       Q.    I'd like to take a look at what
7   has previously been marked as Trustee Exhibit
8   31. Does this appear to be a customer file?
9       A.    This could be -- yes, it does look
10  like a customer file.
11      Q.    Does this appear to be the
12  customer file for Doris Zimmeth, account number
13  1Z0009?
14      A.    Yes.
15      Q.    I direct your attention to the
16  page ending in 3550.
17      A.    Yes.
18      Q.    Which says "Name/Address File
19  Maintenance" at the top.
20      A.    Yes.
21      Q.    Do you recognize this form?
22      A.    Yes.
23      Q.    Do you recognize any of the
24  handwriting on this form?
25      A.    Yes.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

Page 78

1     Q.    Which handwriting do you
2 recognize?
3     A.    Where there's like a change of
4 address here where it's written "Boca Raton,"
5 that's Annette's handwriting.
6     Q.    Just for the record, next to the
7 word "city," there is some handwriting that says
8 "Boca Raton." Ms. Jackson has identified as
9 belonging to Annette Bongiorno.
10     Is there any other handwriting?
11     A.    Where it says "short name Zimmeth
12 D," that's Annette's handwriting.
13     Q.    So "short name (12) Zimmeth D" has
14 been identified by Ms. Jackson as also being
15 Annette Bongiorno's handwriting.
16     A.    Also where the Social Security
17 number is written in, that's Annette's
18 handwriting.
19     Q.    Okay. Any other handwriting you
20 recognize?
21     A.    The change from the "R" to the
22 "S," this appears to be Annette's handwriting as
23 well.
24     Q.    So the handwritten "R" and "S" at
25 the bottom of the page, the "R" that is crossed

Page 79

1 off and the "S" that's written below appears to
2 belong to Annette Bongiorno?
3     A.    Yes.
4     Q.    And then the 102608, that appears
5 to be Jodi's handwriting.
6     Q.    So you've indicated that at bottom
7 of the page in the middle the number is 102608,
8 appears to be Jodi Crupi's handwriting?
9     A.    Yes.
10     Q.    Can you tell from reviewing this
11 form whether it was a send account or a reinvest
12 account?
13     A.    It looks like in the beginning it
14 was a send account. Then it was marked out to
15 be a reinvestment account and then it ended up
16 being a send account.
17     Q.    So since this is a send account,
18 what does it mean with respect to the profit --
19     A.    That means that the profits should
20 be sent to the customer.
21     Q.    I direct you to the page ending in
22 Bates number 3566.
23     MS. CHAITMAN: I'm sorry, 35?
24     MS. VANDERWAL: 3566.
25     Q.    3566 appears to be a letter

Page 80

1 written to Jo Ann Sala. Do you recall someone
2 named Jo Ann Sala?
3     A.    Yes, she used to work there.
4     Q.    What was her role?
5     A.    She was one of the account
6 managers also.
7     Q.    And could you read the text of the
8 letter under where it says "Gentlemen"?
9     A.    It says, "Please be good enough to
10 change the above account to a reinvestment
11 account as of today. Thank you. Yours truly,
12 Doris Zimmeth."
13     Q.    And are you familiar with this
14 type of a document from your work at BLMIS?
15     A.    Yes.
16     Q.    And if you were to receive this
17 type of document, what would you do with it?
18     A.    If it was a send account, then she
19 would change the status of the account to a
20 reinvestment account.
21     Q.    And by "she" you mean?
22     A.    Jo Ann Sala, whoever received the
23 check.
24     Q.    Did you work with Jo Ann?
25     A.    She was there when I first started

Page 81

1 working there, so I did very little work with
2 her, but she was one of the account managers,
3 but I didn't work under her.
4     Q.    I'd like to now direct your
5 attention to the page ending in 3562. This
6 appears to be a letter to Fran Barbetto dated
7 July 3rd, 1998. Are you familiar with Fran
8 Barbetto?
9     A.    Barbato, yes.
10     Q.    And who is she?
11     A.    Fran held the same role as I did,
12 she was like one of the account, one of the
13 administrative assistants. She worked under
14 Jo Ann.
15     Q.    And could you please read the
16 sentence beginning with "Please eliminate,"
17 which is the second paragraph of the letter.
18     A.    "Please eliminate my reinvestment
19 plan and send me monthly checks. Thank you for
20 your consideration and courtesy on my behalf.
21 Yours truly, Doris Zimmeth."
22     Q.    Based on your experience working
23 at BLMIS, what do you understand that request to
24 mean?
25     A.    She didn't want it to be a

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

22 (Pages 82 to 85)

Page 82

1  reinvestment.  She wanted it to be sent to her
2  on a monthly basis, her profits.
3       Q.   There is a handwritten notation
4  that appears to be in different handwriting at
5  the bottom of the page, says 7/6/98 and some
6  initials.  Do you recognize that handwriting?
7       A.   Yes.
8       Q.   Whose handwriting is that?
9       A.   That's mine.
10      Q.   And so what -- in what
11  circumstance did you add your initials to this
12  type of correspondence?
13      A.   That I properly filed it.
14      Q.   That's all I have with that.
15      A.   Okay.
16           MS. VANDERWAL:  I'd like to mark a
17  document bearing Bates number MADWAA00377277 as
18  Trustee Exhibit 51.
19           (Trustee Exhibit 51 marked for
20  identification.)
21      Q.   Could you please take a look at
22  Exhibit 51 and tell me if the document looks
23  familiar to you?
24      A.   Yes.
25      Q.   What is that document?

Page 83

1       A.   Once again, it's a check that was
2  made payable to Doris Zimmeth, Jarid P. Maged
3  and Gina L. Maged from the Bernard L. Madoff
4  account.
5       Q.   And the date of the check is
6  January 5th, 1999, correct?
7       A.   Yes.
8       Q.   And the amount of the check is
9  $141.50, correct?
10      A.   Yes.
11      Q.   And based on the number 1-Z0009-1
12  in the memo line, this appears to relate to the
13  customer file we were just taking a look at?
14      A.   Yes.
15           MS. VANDERWAL:  I'd like to mark
16  as Trustee Exhibit 52 a document with Bates
17  number MDPTPP05721154, ending in MDPTPP05271155.
18           (Exhibit Trustee 52 marked for
19  identification.)
20      Q.   Do you recognize the document that
21  has been identified as Trustee Exhibit 52?
22      A.   Yes.
23      Q.   What is that document?
24      A.   It looks like an account
25  statement.

Page 84

1       Q.   Does it appear to relate to the
2  same account 1-Z0009 as the check we've
3  identified as Trustee Exhibit 51?
4       A.   Yes.
5       Q.   And is there an entry on January
6  5th, 1999 identified as "check Boston
7  Scientific, PW" in the amount of $141.50?
8       A.   Yes.
9       Q.   And does that amount $141.50 on
10  the account statement correspond to the amount
11  of the check?
12      A.   Yes.
13      Q.   And is the check that we've
14  identified as Exhibit 51 made out to Boston
15  Scientific?
16      A.   No.
17      Q.   Who is the check that's in the
18  exhibit we identify as 51 made out to?
19      A.   It's made out to Doris Zimmeth,
20  Jarid P. Maged and Gina L. Maged.
21      Q.   Based on your experience, when
22  profit withdrawal transactions appeared on
23  customer statements, were the corresponding
24  checks made out to account holders, like Doris
25  Zimmeth and the others identified on the check?

Page 85

1       A.   Yes.
2       Q.   Okay, we're all done with that
3  check.
4            I'd like to give you the exhibits
5  previously marked as 32, 33, 34 and 35 to look
6  at together.
7            Exhibit 32, does that appear be an
8  account statement for the Doris Zimmeth account?
9       A.   Yes.
10      Q.   Account number 1-Z0009?
11      A.   Yes.
12      Q.   And do you see a PW transaction in
13  the amount of $90.50?
14      A.   Yes.
15      Q.   Identified as "check Harley" on
16  August 14th, 1992?
17      A.   Yes.
18      Q.   And you're familiar with this type
19  of statement from your employment at BLMIS?
20      A.   Yes.
21      Q.   Would you please turn to the
22  exhibit marked Trustee 33.  Does this appear to
23  also be a statement for the Doris Zimmeth
24  account 1-0009-1?
25      A.   Yes.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                          Jackson 5/23/2016

**CONFIDENTIAL**

Page 86

1  Q.   Dated September 30th, 1992?
2  A.   Yes.
3  Q.   And do you see a transaction on
4  this customer statement on September 22nd, a
5  profit withdrawal in the amount of $173.92?
6  A.   Yes.
7  Q.   And it's identified as "check
8  Staples"?
9  A.   Yes.
10 Q.   Based on your experience at BLMIS,
11 would the "check Harley" identified on Trustee
12 Exhibit 32 and the "check Staples" identified on
13 Exhibit 33 have been checks sent to Doris
14 Zimmeth?
15 A.   Yes.
16 Q.   And would they have been paid to
17 Doris Zimmeth?
18 A.   Yes.
19 Q.   I direct your attention please to
20 Trustee Exhibit 34.  It is entitled "Arbitrage
21 Portfolio Transactions."  Are you familiar with
22 this type of report?
23 A.   I've seen it before, yes.
24 Q.   And in what capacity did you see
25 it?

Page 87

1  A.   Well, I didn't deal with the
2  arbitrage accounts.  This was very early on when
3  I was there, but this is a transaction report
4  that basically gives a listing of all of the
5  monies that came in and went out for a customer.
6  Q.   Do you understand how the
7  arbitrage transactions worked?
8  A.   Not really.  I didn't really deal
9  with them too much.
10 Q.   Who dealt with the arbitrage
11 transaction?
12 A.   The arbitrage was dealt with by
13 Jo Ann Sala.
14 Q.   I direct your attention to the
15 part of Exhibit 34 where it says 1Z0091 and the
16 name "Doris Zimmeth."
17 A.   Yes.
18 Q.   Do you see close to the bottom of
19 the list of items under "Doris Zimmeth" a
20 notation for "8/14, PW, $90.50"?
21 A.   Yes.
22 Q.   And does that correspond to the
23 statement that we looked at in Exhibit 32?
24 A.   Yes.
25 MS. CHAITMAN:  She's testified she

Page 88

1  has no familiarity with this document, so you
2  could say that to a judge.  You don't need to
3  take up her time with that, really.
4  MS. VANDERWAL:  If you'd like to
5  object, it could be noted for the record.
6  MS. CHAITMAN:  It's not an
7  objection, I just think in fairness, I mean,
8  she's not familiar with the document, so what's
9  the point in doing that?
10 Q.   Turning to Trustee Exhibit 34, do
11 you see an entry there from September 22nd?  A
12 PW under Doris Zimmeth in the amount of $173.92?
13 A.   Yes.
14 Q.   And does that correspond to the
15 entry on Trustee Exhibit 33 where it says "check
16 Staples"?
17 A.   Yes.
18 Q.   I now direct your attention to
19 Trustee Exhibit 35.  This is a report entitled
20 "Arbitrage Portfolio Management Report as of
21 12/31/92."  Are you familiar with this report?
22 A.   Once again, I didn't deal with the
23 arbitrage accounts, but I know what the report
24 is.
25 Q.   And you've seen this report?

Page 89

1  A.   I've seen these reports before,
2  yes.
3  Q.   And you've also seen the report
4  before that we identified -- or, sorry, that we
5  refer to as Trustee Exhibit 34?
6  A.   I've seen the report before, yes.
7  Q.   So returning to Trustee Exhibit
8  35, halfway down the page do you see an
9  indication of account number 1Z0009-1 in the
10 name of Doris Zimmeth?
11 A.   Yes.
12 Q.   And do you see a listing of items
13 including initial investment, capital additions,
14 capital withdrawals and profits withdrawn?
15 A.   Yes.
16 Q.   Do you have an understanding of
17 what those items meant?
18 A.   Yes.
19 Q.   And what's your understanding of
20 what initial investment meant?
21 A.   That's the amount of money that
22 the -- at that particular time, that's the
23 amount of money that the customer had sent in.
24 Q.   And what is your understanding of
25 what capital additions meant?

SIPC v BLMIS                                          Jackson 5/23/2016

CONFIDENTIAL

24 (Pages 90 to 93)

Page 90

1      A.    If the customer sent in additional
2   monies.
3      Q.    And what is your understanding of
4   capital withdrawals?
5      A.    If a customer requested money.
6      Q.    And what's your understanding of
7   profit withdrawal?
8      A.    The profit withdrawals was the
9   profit that was generated from the account.
10     Q.    And do you see an amount listed
11  next to "profits withdrawn" on this Trustee
12  Exhibit 35?
13     A.    Yes.
14     Q.    And what is that number?
15     A.    It's 922, $922.08.
16     Q.    And based on your experience at
17  BLMIS, would that amount have been sent to Doris
18  Zimmeth?
19     A.    Yes.
20     Q.    Okay, we're all done with that,
21  thank you.
22         I'd like you to review Trustee
23  Exhibit 36. Does this appear to be a customer
24  file for Aaron Blecker with account number
25  1B0156?

Page 91

1      A.    Yes.
2      Q.    If you turn your attention to the
3   page ending in 8419, can you tell if this
4   account was a send account or a reinvest
5   account?
6      A.    It looks as if it's a send
7   account.
8      Q.    And how did you make that
9   determination?
10     A.    Because they have an "S" here at
11  the bottom to indicate send.
12     Q.    Ms. Jackson has indicated the
13  handwritten "S" in the bottom half of the page.
14         Do you recognize any of the
15  handwriting on this page?
16     A.    This handwriting looks like Jodi
17  Crupi's handwriting.  On line 1, Aaron Blecker,
18  and line 4, 50 Grist Mill Lane, that looks like
19  Jodi's handwriting.
20     Q.    Does that suggest that this would
21  have been one of Jodi Crupi's accounts?
22     A.    Not necessarily that it indicates
23  it was her account, but it looks like she wrote
24  up the paperwork.
25     Q.    Do you recognize any other

Page 92

1   handwriting on here besides Ms. Crupi's?
2      A.    No.  No, not right off.
3      Q.    There appears to be a set of
4   initials in the middle of the page on the
5   right-hand side.
6      A.    Um-hum.
7      Q.    Do you recognize any of those?
8      A.    The JC stands for Jodi Crupi.  The
9   EQ, the only person that worked in that
10  department during that time was Evelyn Guedes.
11  And AB is Annette Bongiorno.
12     Q.    Do you recognize that handwriting
13  or are you just basing that on the letters that
14  are there?
15     A.    On the letters that's there.
16     Q.    Thank you.
17         I'd like you to take a look at
18  what's previously been marked as Trustee Exhibit
19  38. Let's do 38, 40 and 41 together.
20         Okay.  I can direct your attention
21  to Trustee Exhibit 38.  Does this appear to be a
22  customer statement for Aaron Blecker?
23     A.    Yes.
24     Q.    Account number 1-B0022?
25     A.    Yes.

Page 93

1      Q.    Does it appear to be dated June
2   30th, 1992?
3      A.    Yes.
4      Q.    And do you see a transaction on
5   June 16th for PW in the amount of $2,627.74?
6      A.    Yes.
7      Q.    And was that identified as "check
8   Pep Boys"?
9      A.    Yes.
10     Q.    Thank you.
11         If you could now take a look at
12  what has previously been marked as Exhibit 40, a
13  report titled "Arbitrage Portfolio Transaction."
14  This is a report that you have seen before; is
15  that correct?
16     A.    Yes.
17     Q.    Can I direct your attention to the
18  middle of the page where there is a reference to
19  Aaron Blecker and account 1-B0022-1.
20     A.    Yes.
21     Q.    Do you see a transaction
22  identified there on June 16th, PW, in the amount
23  of $2627.74?
24     A.    Yes.
25     Q.    Does that amount match the profit

SIPC v BLMIS                                           Jackson 5/23/2016

CONFIDENTIAL

25 (Pages 94 to 97)

Page 94

1  withdraw amount identified on the statement
2  marked as Trustee Exhibit 38?
3       A.   Yes.
4       Q.   And what do you understand profits
5  withdrawn to mean?
6       A.   The profits that were generated
7  from the customer's account.
8       Q.   So is it your understanding that
9  even though the statement says "check Pep Boys,"
10 this amount would have been received by Aaron
11 Blecker?
12      A.   Yes.
13      Q.   Okay. Could I please direct you
14 to Exhibit 39, which is entitled "Arbitrage
15 Portfolio Management Report as of 12/31/92." Is
16 this the type of report that you are familiar
17 with from your time at BLMIS?
18      A.   Yes, I've seen this report before,
19 yes.
20      Q.   And on the top of the page is
21 there an identification that says account number
22 1B0022, and a reference to Aaron Blecker?
23      A.   Yes.
24      Q.   Is it your understanding that this
25 relates to the account that we've been

Page 95

1  discussing, 1B0022?
2       A.   Yes.
3       Q.   Do you see a list of items
4  beginning with initial investment?
5       A.   Yes.
6       Q.   What's your understanding initial
7  investment to be?
8       A.   The amount of money that the
9  customer put into the account.
10      Q.   So in this case that would be
11 $104,014.84?
12      A.   Yes.
13      Q.   What's your understanding capital
14 additions to be?
15      A.   Monies that were sent in by the
16 customer.
17      Q.   And in this case what would that
18 be?
19      A.   $100,000.
20      Q.   And what did you understand
21 capital withdrawals to be?
22      A.   Money that was taken from the
23 account that the customer requested.
24      Q.   And what would the amount be in
25 this case?

Page 96

1       A.   Zero.
2       Q.   And how do you know that?
3       A.   Because there is no indication of
4  monies there.
5       Q.   And the next listing is for
6  profits withdrawn. What did you understand that
7  to be?
8       A.   That would be the monies that were
9  withdrawn from the customer's account if they
10 were set up to be a send from the investment.
11      Q.   And what is the amount in this
12 instance?
13      A.   The capital withdrawals -- I mean,
14 the profit withdrawals is 16,858.40.
15      Q.   Is it your understanding that
16 those would be profits that would be paid to
17 Aaron Blecker in connection with account 1B0022?
18      A.   Yes.
19      Q.   Is it your understanding that
20 those would be the profits for the period
21 covered by Trustee Exhibit 39?
22      A.   Say it one more time, I'm sorry.
23      Q.   Is it your understanding that
24 these would be the profits for the period
25 covered by this report found in Trustee Exhibit

Page 97

1  39?
2       A.   Yes.
3       Q.   Please review what has previously
4  been marked as Trustee Exhibit 42. Does this
5  appear to be a customer file for an account held
6  by Arthur and Sofie Blecker?
7       A.   Yes.
8       Q.   Account number 1B0023? Is that
9  what it appears to be?
10      A.   Yes.
11      Q.   Could I please direct your
12 attention to the page ending in 8423.
13      A.   Um-hum.
14      Q.   The title is "Name/Address File
15 Maintenance." Is this a type of form that is
16 familiar to you?
17      A.   Yes.
18      Q.   And can you tell if this account
19 was a send or a reinvest account?
20      A.   Yes, it was a send.
21      Q.   And how can you make that
22 determination?
23      A.   Based on at the bottom where it
24 has the S's that indicate send.
25      Q.   Ms. Jackson has indicated the

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

Page 98

1   three handwritten S's under profits, dividends
2   and interest next to the words "Type 1."
3         Did you have an understanding what
4   the types were, 1, 2, 3, 4, 5, 6?
5       A.   Here?
6       Q.   Yes.
7       A.   No.  I never knew -- I don't know
8   what that is.  It was just numbers.
9       Q.   To be clear, Ms. Jackson stated
10  that she did not know what the numbers 1, 2, 3,
11  4, 5, 6 next to the words "type" represented.
12        Do you recognize anyone's
13  handwriting on this?
14      A.   Yes.
15      Q.   Whose handwriting do you
16  recognize?
17      A.   I recognize Annette Bongiorno's
18  handwriting where she's writing the, on line 1
19  the title "Arthur Blecker."  That's Annette's
20  handwriting.
21        The second part with Sofie
22  Blecker, I don't know whose handwriting that is.
23  But the JP, WR OS, that's Annette's handwriting.
24  And the address is written in Annette's
25  handwriting.  As well as where it says "short

Page 99

1   name Blecker A & S" and the Social Security,
2   that's all Annette's handwriting.
3       Q.   Okay.  Do you recognize any other
4   handwriting on that page?
5       A.   The only other handwriting I
6   recognize is at the bottom, the numbers 100215,
7   it looks like Jodi's handwriting.
8       Q.   So those are the numbers 100215
9   handwritten at the bottom in the middle of the
10  page, and you've identified that as Ms. Crupi's
11  handwriting.
12      A.   Yes.
13      Q.   Thank you.  We're all finished
14  with that exhibit.
15        If I could give you the exhibit
16  that's previously been marked as Exhibit 44.
17        Does this appear to be a customer
18  file for Aaron Blecker, account number 1B0156?
19      A.   Yes.
20      Q.   Can I please direct you to the
21  page ending in 4126.
22      A.   Yes.
23      Q.   Are you familiar with this form
24  titled "Customer Master File Maintenance"?
25      A.   I've seen it before.

Page 100

1       Q.   This appears to be a different
2   form than the form we reviewed in Trustee
3   Exhibit 42, correct?
4       A.   Yes.
5       Q.   Do you recall if there was a
6   change from one type of form to another?
7       A.   I'm sorry?
8       Q.   Do you recall there being a change
9   from one type of customer maintenance form to
10  another?
11      A.   I don't recall a change.  I mean,
12  but this could have been internally that the
13  computer staff dealt with.  I didn't deal with
14  this.
15      Q.   Okay.  So you did not deal with
16  this kind of document?
17      A.   I don't remember -- I've seen it
18  before, but I didn't deal with it.
19      Q.   Okay.  Let's skip to Trustee
20  Exhibit 46.
21        Does this appear to be a customer
22  file for CAB Trust, with account number 1C1001?
23        Does this appear to be a customer
24  account?
25      A.   Yes, I'm sorry.  Yes.

Page 101

1       Q.   If I could direct you to the page
2   ending in 6357, does this appear to be a send
3   account or a reinvest account?
4       A.   It looks like it was send and then
5   it was reinvest and then as of -- and then -- it
6   made a lot of changes.  So it ultimately ended
7   up as a send account.
8       Q.   How can you tell that?
9       A.   Because in the beginning it looked
10  like they marked send for dividends, for profit,
11  dividends and the interest, and then they marked
12  it out and then she put in as a reinvestment,
13  she marked that out as of 9/5/84 and then it
14  ended up as a send.
15      Q.   When you say "she marked that
16  out," do you recognize that handwriting?
17      A.   Yes.
18      Q.   And whose handwriting is that?
19      A.   This looks like Annette's
20  handwriting.
21      Q.   Is there any other handwriting on
22  the page that you recognize?
23      A.   Not right off, no.  I recognize
24  Annette's handwriting on this.
25      Q.   Okay.  Did you ever hear of a

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                             Jackson 5/23/2016

CONFIDENTIAL

Page 102

1  computer system called the AS 400?
2      A.    Yes.
3      Q.    Do you have an understanding of
4  what that was?
5      A.    No.
6      Q.    You yourself did not work on the
7  AS 400?
8      A.    No.
9      Q.    Do you know who did work on the
10  AS 400?
11      A.    I'm not 100 percent sure who all
12  worked on that.
13      Q.    Okay.
14          MS. VANDERWAL:  If we could just
15  take a two-minute break, we're getting close.  I
16  just want to make sure I've asked all my
17  questions.  Off the record, please.
18          THE VIDEOGRAPHER:  The time is
19  12:43 p.m.  Off the record.
20          (Recess taken.)
21          THE VIDEOGRAPHER:  The time is
22  12:48 p.m., back on the record.
23  BY MS. VANDERWAL:
24      Q.    Ms. Jackson, I just have a couple
25  final questions.

Page 103

1          You mentioned that you had seen
2  trade confirmations?
3      A.    Yes.
4      Q.    What did you do with those trade
5  confirmations?
6      A.    Once they were generated, we would
7  mail them out to the customers.
8      Q.    And who generated them?
9      A.    The computer room.  They were
10  written up by Annette, Frank or Jodi and
11  generated through the computer room.  And
12  then --
13      Q.    Can you -- and you would receive a
14  printout?
15      A.    Yes.
16      Q.    And you would send that printout
17  to the appropriate customer?
18      A.    It would go to the customer.
19      Q.    Okay.  And I believe you testified
20  that at the end of each day you would give your
21  checkbook to Ms. Mui and Ms. Kahn to enter the
22  checks that came in, to log the checks that came
23  in into the computer system.  Is that correct?
24      A.    Yes.
25      Q.    To your knowledge, did Ms. Crupi

Page 104

1  give the C&S listing to Ms. Mui and Ms. Kahn in
2  a similar manner?
3      A.    Yes.
4      Q.    Were you aware of any system that
5  was used before the C&S system to log checks?
6      A.    You mean to log checks as far as
7  going in or coming out?
8      Q.    Going out.
9      A.    I honestly don't remember.  I
10  honestly don't remember.
11      Q.    Okay.
12          MS. VANDERWAL:  Those are all my
13  questions.
14          THE WITNESS:  Okay.
15          MS. CHAITMAN:  I'm going to try to
16  get you out of here by 2 o'clock.
17          THE WITNESS:  Thank you.
18
19  EXAMINATION BY MS. CHAITMAN:
20      Q.    Is it fair to say you were shocked
21  when you realized that crimes were being
22  committed in the time that you were working for
23  Madoff?
24      A.    Very fair, yes.
25      Q.    So you learned that Madoff was a

Page 105

1  criminal, right?  Jodi Crupi was a criminal?
2      A.    Yes.
3      Q.    Frank DiPascali was a criminal?
4  You have to answer.
5      A.    Yes.  I'm sorry.
6      Q.    Annette Bongiorno?
7      A.    Yes.
8      Q.    And these were the people from
9  whom you had taken direction?
10      A.    Yes.
11      Q.    During the time you worked at
12  Madoff, right?
13      A.    Yes.
14      Q.    And isn't it true that you learned
15  that they had been dishonest with Madoff's
16  customers?
17      A.    I'm not gonna say -- the way I saw
18  it was that I did a job.  I don't know -- I
19  can't sit here and say, okay -- ultimately it
20  was dishonesty.  Ultimately, yes, it was
21  dishonesty.
22      Q.    And they were dishonest with you,
23  weren't they?
24      A.    About the setup of the job, yes.
25      Q.    Well, you thought that they were

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                             Jackson 5/23/2016

CONFIDENTIAL

Page 106

1  actually buying securities for the customers,
2  right?
3      A.    Yes.
4      Q.    And you thought you were providing
5  information to allow them to buy the securities
6  for the customers, right?
7      A.    Yes.
8      Q.    And instead what they were doing
9  was asking you to give them information which
10 they could use to fabricate false transactions;
11 isn't that right?
12     A.    That's true, yes.
13     Q.    Okay.  And we've gone through a
14 whole bunch of documents; for example, if you
15 just look at Trustee Exhibit 46.  And go to page
16 86357.  It's the page you had looked at before.
17     A.    Yes.
18     Q.    Now, this was a document prepared
19 by the people who were all convicted of fraud,
20 right?
21     A.    Yes.
22     Q.    So, do you have any reason to
23 trust anything on this statement?
24     A.    Well, technically this statement
25 is just setting up an account, it's just giving

Page 107

1  the customer name and information.  So, yes, I
2  would trust the information on the paper,
3  because it's just identifying a person who's
4  supposed to be a customer, and what their
5  requests are based on, for their account.
6      Q.    Well, how do you know whether Jodi
7  or Annette wrote down "send" but actually they
8  set up a system where those checks would be sent
9  to them?
10     A.    Because the checks were sent to
11 the customers' address on file.
12     Q.    How do you know -- did you -- are
13 you able to say under oath, with respect to this
14 account, that the checks actually were sent to
15 the customer and received by the customer?
16     A.    Based on this account, and letters
17 that was received into the customers' account
18 that would have been in the maintenance file,
19 that information would have come from the
20 customer.
21     Q.    Okay.  So what you're saying is,
22 the only way to know whether the customer
23 requested that profits be sent to the customer
24 is if you had a letter in writing from the
25 customer saying, please send me my profits,

Page 108

1  right?
2      A.    Yes.
3      Q.    And that would be the only
4  reliable information in Madoff's files; isn't
5  that true?
6      A.    If the customer sent the
7  information, yes.
8      Q.    Right.  Because if Annette,
9  without a letter from the customer, decided that
10 the checks should be sent, she could have
11 finagled it so that the checks would have been
12 sent to her; isn't that true?
13     A.    Well, there's so many different
14 accounts, there were so many different accounts
15 and so many different addresses, I don't think
16 that Annette would have time to sit here and
17 have -- be able to negotiate a hundred or a
18 thousand account addresses, different addresses
19 to have checks sent to them.
20          Do you understand what I'm saying?
21 She wouldn't -- I don't see her having that kind
22 of time.  And not only that, there were times
23 when customers did call in that we may have
24 spoken -- that I personally may have spoken to
25 and them calling in to say, you know, I need to

Page 109

1  speak to Annette regarding sending me a check or
2  whatever the case may be.
3          Or I received the letters, a lot
4  of the letters that came in.  Because a lot of
5  the mail that came in I would receive it and go
6  through it and give the correspondence to
7  whoever it went to, to Annette, Jodi or, you
8  know, when it came to our department.
9      Q.    So you would have to get a letter
10 from the client, from the customer, to
11 understand whether the customer was requesting a
12 profit withdrawal; isn't that true?
13     A.    Either a letter or a fax, yes.
14     Q.    A letter, something in writing?
15     A.    Something in writing.
16     Q.    Whether it's mailed or it's faxed,
17 it's still a letter from the customer, right?
18     A.    Yes.
19     Q.    And those had to be put in the
20 files; isn't that true?
21     A.    Yes.
22     Q.    It had to be part of the record?
23     A.    Yes.
24     Q.    Okay.
25          Now, when you say that the checks

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                            Jackson 5/23/2016

CONFIDENTIAL

Page 110

1   were mailed to the customers, did you
2   actually -- let's take, for example, with Blum,
3   did you actually pick up the phone and call
4   Mr. Blum every month and say, I just want to
5   confirm that you got the profit withdrawal
6   check?
7       A.    No.
8       Q.    Did anyone in the office do that?
9       A.    No.
10      Q.    So -- and did you actually address
11  the envelopes and put the stamp on it and put it
12  in the mail?
13      A.    We would run them through our
14  stamp machines, yes.
15      Q.    And then who would put it in the
16  mail?
17      A.    We had a staff of people that
18  would take them down to the mailroom.
19      Q.    And if Mr. Madoff called up and
20  said, don't send that letter to Blum, bring it
21  up to me, would someone bring it up to
22  Mr. Madoff?
23      A.    There have been times when checks
24  did go to him or to -- if a customer was coming
25  into the office to pick up a check, there were

Page 111

1   times when customers did actually request that
2   they come -- if they had a meeting with Bernie
3   and Bernie would say, well, I'm meeting with
4   Mr. Blum today, bring the check upstairs to me.
5       Q.    Okay.  But would you then call
6   Mr. Blum to verify that he had called Bernie and
7   said he's coming in?
8       A.    No.
9       Q.    You would take Bernie Madoff's
10  word for it, right?
11      A.    Yes.
12      Q.    Now, do you really think Bernie
13  Madoff's word is worth a lot today?
14      A.    Today, no.
15      Q.    So if Bernie Madoff called you up
16  and said, bring Mr. Blum's check to my office,
17  he's coming in, you would do it because you
18  trusted him; isn't that true?
19      A.    Yes.
20      Q.    And you have no idea whether that
21  check actually went to Mr. Blum, do you?
22      A.    No.
23      Q.    Now, looking at Exhibit 42, which
24  it's page 8423.
25      A.    Yes.

Page 112

1       Q.    You're not contending that Arthur
2   Blecker wrote any of this information on this
3   page, are you?
4       A.    No.  Annette wrote this.
5       Q.    Okay.  And again, if Bernie Madoff
6   called you up and said when the checks are
7   supposed to go out, Arthur Blecker is coming up
8   to my office today, bring the check to me, you
9   would have brought it to him, right?
10      A.    Yes.
11      Q.    And you never would have
12  questioned him, right?
13      A.    No.
14      Q.    And the same thing would be true
15  for Frank, right?
16      A.    Yes.
17      Q.    Or for Jodi?
18      A.    Yes.
19      Q.    Or for Annette?
20      A.    Yes.
21      Q.    And they've all been convicted of
22  securities fraud, right?
23      A.    Yes.
24      Q.    So again, I come back to the same
25  question, isn't it true that the only reliable

Page 113

1   evidence of what the customers wanted would be a
2   letter in the file, whether it was mailed or
3   faxed, it would be a letter in the file from the
4   customer, right?
5       A.    Yes.
6       Q.    Saying, I want my profit
7   withdrawals or now I don't want them, right?
8       A.    Yes.
9       Q.    And, in fact, even Mr. Madoff
10  would tell you that any request had to be in
11  writing from a customer seeking a check; isn't
12  that true?
13      A.    Yes.
14      Q.    It doesn't surprise you that a
15  securities firm would have that rule; isn't that
16  true?
17      A.    Yes.
18      Q.    That's what you would expect?
19      A.    I would expect that, yes.
20      Q.    The customer's request has to be
21  in writing?
22      A.    Yes.
23      Q.    Because you don't know if someone
24  calls on the phone who you're speaking to,
25  right?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

Page 114

1    A.    That's true.
2    Q.    Did anyone ever tell you to go
3  through the account forms and verify that
4  whenever it said "send" there was a letter from
5  the client requesting send?
6    A.    No.
7    Q.    So you never checked that?
8    A.    I never had to check that, no.
9    Q.    You just assumed that it was
10 accurate?
11   A.    Yes.
12   Q.    But you wouldn't do that knowing
13 what you know today, would you?
14   A.    No.
15   Q.    Now, there were some questions
16 about checks to Norman Levy, and you seemed from
17 your answers to know who Norman Levy was; is
18 that fair?
19   A.    Yes.
20   Q.    Who was Norman Levy?
21   A.    Norman Levy was one of our
22 customers.
23   Q.    And did you know him personally?
24   A.    Yes, I did.
25   Q.    How did you know him?

Page 115

1    A.    He would come into the office and
2  I've had the privilege of meeting him.
3    Q.    And you liked him?
4    A.    Yes.
5    Q.    And did you know that he was
6  involved in Madoff's fraud?
7    A.    No.
8    Q.    To this day you didn't realize
9  that?
10        MS. VANDERWAL:  Objection.  We're
11 going outside the scope of the protective order.
12        MS. CHAITMAN:  Well, you raised
13 it, so I was just following up on your question.
14 BY MS. CHAITMAN:
15   Q.    Now, you say that Ruth Madoff and
16 Daniel Bonaventure would do a reconciliation of
17 the checks to the bank statements?
18   A.    Yes.
19   Q.    Now, did Ruth Madoff do that the
20 entire time that you worked there?
21   A.    Either she or Dan Bonaventure.
22   Q.    And how -- just to the best of
23 your recollection, from the time you worked
24 there until 2000, the end of 2008, was Ruth
25 doing that on a regular basis?

Page 116

1    A.    Either she or Dan Bonaventure.
2    Q.    But did she stop doing it say in
3  2000 and Dan took it over or they would --
4    A.    It would be, sometimes Ruth would
5  do it, sometimes Dan would do it.  I can't
6  really say at 2000 she stopped doing it, because
7  periodically she would call me up and ask me for
8  certain things and then Dan would call me and
9  ask for the checkbook.  So to my recollection
10 they both did it.
11   Q.    Up until the end?
12   A.    Until the end.  I don't remember
13 changing, you know, people.
14   Q.    Now when you say that they would
15 reconcile the checks, what did they ask for from
16 you, what documents?
17   A.    They would ask me for the check
18 ledgers that was generated on a day-by-day
19 basis, and I would give them the actual copies
20 of the actual checks that we had sent out to the
21 customer because it was in three-part paper, and
22 we would keep all of that together based on the
23 whole month and I would give them for each
24 individual month.
25   Q.    And so they would check to see if

Page 117

1  the check was deposited by the customer?
2    A.    Yes.
3    Q.    And you wouldn't do that?
4    A.    No.
5    Q.    So you never, for example, took a
6  check to Arthur Blecker and looked at the back
7  of the check to see where it was deposited?
8    A.    No.
9    Q.    That was Ruth's job?
10   A.    That would be their job.
11   Q.    Ruth or Daniel Bonaventure would
12 have done that?
13   A.    Yes.
14   Q.    And would anyone else in the
15 office do that?
16   A.    Not to my knowledge, no.
17   Q.    Did you ever physically observe
18 Ruth or Daniel Bonaventure doing that?
19   A.    Going through the check ledgers?
20   Q.    Yes.
21   A.    Yes.
22   Q.    And what would they do, physically
23 what would they do?
24   A.    Based on the bank statement, they
25 would physically go through and check to see if

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                          Jackson 5/23/2016

CONFIDENTIAL

Page 118

1   the check numbers or the checks were cashed or
2   deposited into the accounts, or to see that the
3   money actually came out of our account.
4       So they would reconcile the bank
5   statement to our statements to see if money was
6   actually deposited.
7       Q.   Okay.  And were there times when
8   they would tell you that the money hadn't been
9   deposited?
10      A.   There had been times whenever they
11  would say this check wasn't deposited, yes.
12      Q.   And then what would happen?
13      A.   They would just notify us, just
14  let us know, the back office, if a particular
15  check wasn't cashed.  Or they would question and
16  ask if the check was mailed or where did it go,
17  or did the customer call and ask if they
18  received it.
19      So they would reconcile with us
20  based on our records to their records.  From the
21  bank statement.
22      Q.   Okay.  And then what would
23  happen -- what would you do in the office if a
24  check had not been cashed?
25      A.   I wouldn't do anything.  I mean, I

Page 119

1   would notify Jodi or Frank and let them know if
2   there was any concern or if there was a question
3   on a check, I would let them know.  It would be
4   up to them what they did.
5       Q.   So you didn't have any follow-up?
6       A.   No, I wouldn't personally follow
7   it up.
8       Q.   Okay.  Just to be clear, is it
9   fair to say that you never, when the bank
10  statements came in at the end of the month, you
11  never compared the front of the check to the
12  back of the check to see that it was deposited
13  in the account of the customer?
14      A.   No, I wouldn't do that.
15      Q.   Now, you testified initially that
16  you had testified twice.  You testified at a
17  deposition, right?
18      A.   Yes.
19      Q.   And that was in early 2009?
20      A.   Yes.
21      Q.   And that was taken by the Trustee?
22      A.   I think that was the Trustee's,
23  yes.
24      Q.   And do you recall who took the
25  deposition?

Page 120

1       A.   I don't remember the names right
2   offhand.
3       Q.   Was it at this office?
4       A.   No.
5       Q.   Where was it?
6       A.   It was downtown Federal Plaza.
7   Somewhere downtown.  I don't recall it being in
8   this office.  It was downtown.
9       Q.   And do you recall the area of
10  questions that you had given?
11      A.   I blocked all of that out.  I
12  really don't remember all -- I mean, they just
13  asked me about my job, I think, but not -- I
14  don't recall all the questions that they asked.
15      Q.   And then you testified at the
16  criminal trial?
17      A.   Yes.
18      Q.   Of Jodi Crupi and the others,
19  right?
20      A.   Yes.
21      Q.   And how long were you on the
22  witness stand, approximately?  Do you remember?
23      A.   I honestly don't remember.  I
24  blocked all of that out.
25      Q.   I can understand that.

Page 121

1       Have you been in contact with any
2   people that you worked with over the years at
3   Madoff?
4       A.   I speak to some of my co-workers,
5   former co-workers.  Periodically.  Not too
6   often, though.
7       Q.   Which ones have you spoken to?
8       A.   I speak with Charlene White.
9   Alethea and I correspond through Facebook.  I
10  haven't spoken to Dorothy in years.  Sharda and
11  I correspond through Facebook.
12      Who else?  Amy corresponds with me
13  periodically through Facebook, Amy Joel.  Nobody
14  like on a regular basis, though.  Just
15  periodically.
16      Q.   Did you personally meet any of
17  Madoff's customers?
18      A.   I've met a few of them.
19      Q.   Do you remember which ones?
20      A.   Not to call the names right now,
21  no.  But I have met a few of the customers
22  before.
23      Q.   When they happened to come in to
24  see Bernie?
25      A.   When they've come to the office to

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                    Jackson 5/23/2016

CONFIDENTIAL

Page 122

1  see Bernie or, yeah. When they've come into the
2  office periodically I've met some of them.
3       Q.    Now, you looked at some documents
4  that Ms. Vanderwal showed you which were
5  arbitrage accounts and you said that you didn't
6  handle those, that Jo Ann Sala handled those?
7       A.    I think those were Jo Ann Sala's,
8  yeah, I believe those were Jo Ann Sala's
9  accounts, but I didn't really work with the
10 arbitrage accounts.
11      Q.    Okay. So is it favor to say you
12 don't really know how they worked?
13      A.    I don't know how they worked, but
14 I've seen the reports before but I don't know
15 how they were set up.
16      Q.    And the reports that you're
17 referring to are the, like the -- let me just
18 pull one up. If you look at Exhibit 39.
19      A.    Yes.
20      Q.    That's called an Arbitrage
21 Portfolio Management Report, right?
22      A.    Yes.
23      Q.    And that's an internal report,
24 right?
25      A.    Yes.

Page 123

1       Q.    That's not sent to the customer?
2       A.    No.
3       Q.    So, in other words, if we just
4  look at Trustee 39 where it says Arthur Blecker
5  and it says profits withdrawn 64,023, he doesn't
6  get a copy of that, right?
7       A.    No.
8       Q.    So if, in theory, Bernie Madoff
9  just stole that money, you'd have no way of
10 knowing that, isn't that true?
11      A.    No, I wouldn't have no way of
12 knowing that.
13      Q.    And isn't it possible, knowing
14 what you know now, that Madoff could have said
15 to Jodi, listen Jodi, you know, as an extra
16 bonus you can take the profit withdrawals from
17 Arthur Blecker's account?
18            MS. VANDERWAL: Objection.
19      A.    I can't answer that. I don't
20 know.
21      Q.    It's not impossible, is it?
22            MS. VANDERWAL: Objection.
23      A.    I can't answer that.
24      Q.    Did you have any understanding of
25 the way in which the profits were generated on

Page 124

1  these accounts?
2       A.    They were based on the interest
3  that was earned on the account, on the initial
4  investment, the understanding that I got.
5       Q.    Did you understand that the
6  securities that were listed on the accounts
7  entitled the holder of the securities to
8  additional shares of stock?
9       A.    State it one more time. Say it
10 again.
11      Q.    Did you understand that the
12 securities -- these were called convertible
13 debentures, right? Do you remember that?
14      A.    I don't remember hearing that
15 terminology.
16      Q.    Take a look at Trustee Exhibit 41,
17 if you would.
18      A.    Okay.
19      Q.    Do you see that? So do you see,
20 if you look at the line, it's the second --
21 well, if you take the first line it's Liberty
22 National Bancorp, and then it says "sub deb
23 convertible."
24      A.    Um-hum.
25      Q.    Do you understand that that's a

Page 125

1  subordinated debenture that's convertible into
2  stock?
3       A.    Okay. Because I didn't deal with
4  the arbitrage accounts, I didn't know -- I don't
5  know that setup.
6       Q.    Okay.
7       A.    And I didn't deal with setting up
8  the trades. So I wouldn't know that information
9  like that.
10      Q.    Okay. So you're not aware of the
11 fact that if you look further down, you see
12 where it says "Thermo Electron Corp." and then
13 underneath it it says "fractional shares"?
14      A.    Yes.
15      Q.    Are you aware that the holder of
16 the subordinated debenture would be entitled to
17 fractional shares?
18      A.    Once again, because I didn't deal
19 with the arbitrage accounts, I'm not really
20 familiar. And because I didn't set up the
21 trading, I'm not familiar with the actual
22 trading process.
23      Q.    Okay. And do you know for how
24 long this kind of arbitrage trading was handled
25 by Madoff?

BENDISH REPORTING
877.404.2193

Page 126

1    A.    I don't know.
2    Q.    Okay.  So the term has been used
3  "split-strike conversion strategy."  Is that
4  what you did?
5    A.    I've heard of it before.  I didn't
6  set up trading, so I don't know --
7    Q.    Okay.
8    A.    -- how it was operated.
9    Q.    So when you were providing
10  information to Jodi or, excuse me, to Annette as
11  to share prices and stuff, what trading strategy
12  did you think you were doing that for?
13    A.    To be honest, only thing I did was
14  give them the information that they have
15  requested.  I never really questioned them on
16  the trading strategy itself.
17    Q.    Okay.  Did you have an
18  understanding when you were sending out profit
19  withdrawals what the profits were on?
20    A.    The profits were generated on the
21  interest that was earned on the account.  That
22  was the understanding that I got.
23    Q.    So it wasn't a profit from the
24  sale of securities; it was interest that was
25  paid?

Page 127

1    A.    Interest on the sale of securities
2  of a stock, yes.  The sale and the interest.
3    Q.    So it could have been either one?
4    A.    Either one, yes.
5    Q.    Okay.  Just give me a minute.  I
6  promise I'll get you out by 2 o'clock.
7    In working at Madoff, did you ever
8  find mistakes in any of the records?
9    A.    In what records?  What do you
10  mean, on the account statements?
11    Q.    In either the account statements
12  or in, you know, like these documents that we
13  looked at which Jodi or Annette would fill out?
14    A.    I never reviewed them in that
15  aspect to look for errors.  I mean, if a
16  customer sent in a change of address, you know,
17  we tried to be as accurate as possible.  Errors
18  are always made.  I can't say, you know, but I
19  didn't go looking.  But if it should have been
20  50 as opposed to 505 Bleeker Street, errors are
21  made.  So if we found that error, we would
22  correct it immediately.
23    Q.    Okay.  So is it fair to say that
24  if a customer called up and said there's an
25  error in my statement, you would check it out?

Page 128

1    A.    We would check it out.
2    Q.    And that happened, didn't it?
3    A.    I mean, it happens anywhere you
4  work.
5    Q.    Sure.  Sure.
6    Was there any procedure if a
7  customer called up and said, look, I think
8  there's a mistake in my statement, first of all,
9  would that call come to you?
10    A.    When you say error in the
11  statement, what do you mean?  What are you
12  referring to?
13    Q.    Just any kind of error.  Would
14  they normally call you or would they call
15  someone else, to your knowledge?
16    A.    No.  I mean, if they called into
17  my area and they asked to speak to Annette, if
18  she wasn't there, either -- any of us could have
19  taken the phone call, but then we would pass the
20  information or pass the call to an account
21  representative, to Frank, Jodi or Annette,
22  whoever was available.
23    Q.    Or Madoff?
24    A.    Well, very rarely I would pass a
25  call to him like that.  It would usually be to

Page 129

1  one of the account representatives.
2    Q.    So Frank, Jodi or Annette?
3    A.    Yeah.
4    Q.    And then they would handle it?
5    A.    And then we would let them handle
6  it.
7    MS. CHAITMAN:  Okay.  I have no
8  further questions.  Thank you very much.
9    MS. VANDERWAL:  I have a couple of
10  follow-up questions for you.
11
12  CONTINUED EXAMINATION BY MS. VANDERWAL:
13    Q.    You testified that when an account
14  was set up, the account holder, possibly
15  together with the account manager, would
16  determine whether that account was a send
17  account or a reinvest account.  Is that
18  accurate?
19    A.    Yes.
20    Q.    And was a letter necessary to set
21  up an account as a send account or a reinvest
22  account?
23    A.    If I'm not mistaken, yes, it had
24  to be somewhere in writing or -- yes, it had to
25  be in writing how they wanted the account to be

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

---

Page 130

1   set up.
2       Q.    And how they wanted the account
3   set up includes whether it was a send or a
4   reinvest account?
5       A.    Yes.
6       Q.    Would you say that you were
7   involved in sending a large number of checks?
8       A.    I sent out checks on a daily
9   basis, yes.
10      Q.    On how many occasions did Bernard
11  Madoff ask you to bring up a check?
12      A.    Not that often.
13      Q.    Can you be more specific?
14      A.    He wouldn't request us to send up
15  checks like on a weekly basis.  You know, it may
16  be periodically, you know, maybe every couple
17  months he would ask us, if he was meeting with a
18  client or if he was meeting with somebody and
19  they were coming into the office or he was
20  meeting with them, that he would say, you know,
21  they're coming, you can bring your checks to me,
22  whatever, and I'll give it to them when they
23  come.  But not that often.
24      Q.    And all the checks that were
25  generated for customers were printed in the

---

Page 131

1   computer room; is that correct?
2       A.    All the checks that were
3   generated -- all checks as far as -- as far as
4   my recollection is concerned, yes, were
5   generated through the computer room.
6       Q.    So if a check was prepared
7   according to one of the lists that the computer
8   operators were given, that check would be made
9   out in the customer's name; is that correct?
10      A.    Yes.
11      Q.    It would not be made out, for
12  example, in the name of Annette Bongiorno?
13      A.    No.
14      Q.    Did you see in your time at BLMIS
15  letters asking -- letters from customers asking
16  them to switch their account from a send account
17  to a reinvest account?
18      A.    Those letters would generally go
19  to Frank or to Jodi.  Periodically I would get
20  one that I would give to Annette.  But it was --
21  I would see them every now and then, not on a
22  regular basis.
23      Q.    Okay.  So if an account was
24  switching from a send account to a reinvest
25  account, up until the point of the switch that

---

Page 132

1   account would have been receiving checks?
2       A.    Yes.
3       Q.    Did customers call you often?
4       A.    If they were familiar with me, as
5   far as dealing with -- speaking with Annette, if
6   they were familiar with me and they knew she was
7   out of town, then sometimes they would call for
8   me and ask for me.
9       Q.    Did a customer ever call you
10  because they hadn't received a check?
11      A.    One more time.
12      Q.    Has a customer ever called you
13  because they had not received a check?
14      A.    That has happened.
15      Q.    And you would advise the
16  appropriate account manager in that case?
17      A.    Yes.
18      Q.    When you gave Dan Bonaventure and
19  Ruth Madoff the month-end ledgers, did they
20  return it to you?
21      A.    Yes.
22      Q.    And when Dan Bonaventure and Ruth
23  were reconciling, did they call you with
24  specific questions?
25      A.    Yes.

---

Page 133

1       Q.    And you attempted to answer those
2   questions?
3       A.    If I could, yes.
4       Q.    You referred to a deposition with
5   the Trustee in 2009.
6       A.    Yes, I think it was 2009.
7       Q.    Was there a videographer present?
8       A.    I don't recall.  I don't recall a
9   videographer being there.
10      Q.    Do you recall if it was with
11  representatives of the Trustee and any other
12  representative?
13      A.    I don't recall who was there, to
14  be honest.  I blocked a lot of that out.  I
15  don't recall.
16          MS. VANDERWAL:  Okay.  I have
17  nothing further.
18          MS. CHAITMAN:  Thank you so much.
19          THE WITNESS:  You're welcome.
20          THE VIDEOGRAPHER:  The time is
21  1:22 p.m.  We're going off the record.
22          (Deposition concluded.)
23                    -oOo-
24
25

---

SIPC v BLMIS                                              Jackson 5/23/2016

CONFIDENTIAL

35 (Pages 134 to 136)

---

Page 134

ERRATA SHEET

WITNESS NAME: WINIFIER JACKSON

PAGE/LINE          CHANGE          REASON

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

Page 136

REPORTER'S CERTIFICATION

I, NANCY C. BENDISH, Certified
Court Reporter and Notary Public of the States
of New York and New Jersey, do hereby certify
that, prior to the commencement of the
aforementioned examination, WINIFIER JACKSON was
sworn by me to testify the truth, the whole
truth and nothing but the truth.
        I DO FURTHER CERTIFY that the
foregoing is a true and accurate transcript of
the testimony as taken stenographically by and
before me at the time, place, and on the date
hereinbefore set forth.
        I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney nor
counsel of any party in this action and that I
am neither a relative nor employee of such
attorney or counsel, and that I am not
financially interested in the event nor outcome
of this action.

_____
NANCY C. BENDISH, CCR, RMR, CRR, CLR
Realtime Systems Administrator
Certificate No. XI00836
Dated: May 24, 2016

---

Page 135

JURAT
        I, WINIFIER JACKSON, have read the
foregoing deposition and hereby affix my
signature that same is true and correct, except
as noted above.

_____
        WINIFIER JACKSON

THE STATE OF _____

COUNTY OF _____

        Before me, _____, on this
day personally appeared _____,
known to me (or proved to me on the oath of or
through _____ (description of identity
card or other document) to be the person whose
name is subscribed to the foregoing instrument
and acknowledged to me that he/she executed the
same for the purpose and consideration therein
expressed.
        Given under my hand and seal of office on
this _____ day of _____, _____.

_____
        NOTARY PUBLIC IN AND FOR
        THE STATE OF_____

My Commission Expires: _____.

---

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                              Jackson 5/23/2016

CONFIDENTIAL

**A**

**a.m**
1:23 4:7 44:13,16
76:25

**Aaron**
90:24 91:17 92:22
93:19 94:10,22 96:17
99:18

**AB**
92:11

**ability**
7:18

**able**
20:20 41:15,19 42:6,14
107:13 108:17

**access**
37:10 40:18,20 41:10
41:12

**accessed**
37:9 42:13

**accomplish**
20:25

**accomplished**
43:5

**account**
3:17 11:22 12:23,24
14:3,5,8,17,17,25
20:21 21:4,7,12 22:25
24:4,6,11,16,16,19,20
25:1,12,13,16 26:25
27:7 28:3,3 29:25
30:4 32:16 33:22
34:14,20,21,24,25
35:12,16,20 36:3,10
36:11,12,14,21 37:6
38:19,25 39:1,2,15,19
39:21,21,22,24 40:9
42:3,6,13,15,16,20,20
42:21 43:19,21,23
44:3,18,22,25 45:2,7
45:18 46:17 47:13
54:10,16,18 55:14
56:21 57:22 58:2,5,10

58:12 66:16 67:5,6,14
67:15,17,18,20 68:11
68:15,16,17,18,19
70:11,12 72:10,13
74:23,24 75:1,16 76:3
76:6,19 77:12 79:11
79:12,14,15,16,17
80:5,10,11,18,19,20
81:2,12 83:4,24 84:2
84:10,24 85:8,8,10,24
89:9 90:9,24 91:4,4,5
91:7,23 92:24 93:19
94:7,21,25 95:9,23
96:9,17 97:5,8,18,19
99:18 100:22,24
101:3,3,7 106:25
107:5,14,16,17
108:18 114:3 118:3
119:13 123:17 124:3
126:21 127:10,11
128:20 129:1,13,14
129:15,16,17,17,21
129:21,22,25 130:2,4
131:16,16,17,23,24
131:25 132:1,16

**accounts**
6:3 11:15 12:17,17,23
13:21,24 14:2,11 15:1
15:2,2,3,14,18,20
23:23,25 24:1,7 26:10
39:14 40:1,2,3 41:4
41:14,16,18,20 50:1
58:16 87:2 88:23
91:21 108:14,14
118:2 122:5,9,10
124:1,6 125:4,19

**accurate**
11:25 46:12 114:10
127:17 129:18 136:11

**accurately**
6:24 7:19 8:5 13:7

**Ackerman**
2:5 4:14,14 5:8

**acknowledged**
135:16

**action**
136:17,21

**actual**
62:18 63:7,8 116:19,20
125:21

**add**
82:11

**additional**
64:18 90:1 124:8

**additions**
89:13,25 95:14

**address**
27:9 28:2 35:22 47:3
67:8 78:4 98:24
107:11 110:10 127:16

**addresses**
108:15,18,18

**administrative**
9:24 19:18 81:13

**Administrator**
136:23

**ADRR**
58:25

**Adv.Pro.No**
1:4

**advise**
132:15

**affect**
7:22

**affix**
135:3

**aforementioned**
136:7

**Alethea**
18:13,15 19:19 40:16
45:23 121:9

**Alethea's**
18:14

**allow**
106:5

**amount**

22:13 23:1 24:9,25
25:14,17,20 30:6
32:25 33:23 38:10
45:18 47:2,14 50:10
55:12 56:18 69:17
70:5 72:22 73:4,13
74:15 75:22 76:2 83:8
84:7,9,10 85:13 86:5
88:12 89:21,23 90:10
90:17 93:5,22,25 94:1
94:10 95:8,24 96:11

**amounts**
21:3 46:15 58:11,15

**Amy**
2:4 4:12 5:4 121:12,13

**Anderson**
18:13 19:9,13

**Ann**
80:1,2,22,24 81:14
87:13 122:6,7,8

**Annette**
9:25 10:5,6 12:11
13:19,20 15:7,11,12
15:13 16:12 17:3,13
19:6,7,11 23:19 35:2
35:4,18 36:19 37:19
38:7 42:25 50:6 54:5
54:15 56:21 67:22
69:13 78:9,15 79:2
92:11 98:17 103:10
105:6 107:7 108:8,16
109:1,7 112:4,19
126:10 127:13 128:17
128:21 129:2 131:12
131:20 132:5

**Annette's**
15:2,4 37:3 69:9 78:5
78:12,17,22 98:19,23
98:24 99:2 101:19,24

**answer**
7:2,3,9,14,18 8:3,5
105:4 123:19,23
133:1

SIPC v BLMIS                                    Jackson 5/23/2016
CONFIDENTIAL

answers
6:19,20 114:17
anyone's
98:12
appear
66:15 70:25 71:2 72:12
  73:9 75:5,8,15 76:17
  77:8,11 84:1 85:7,22
  90:23 92:21 93:1 97:5
  99:17 100:21,23
  101:2
appeared
84:22 135:11
appears
58:24 78:22 79:1,4,8
  79:25 81:6 82:4 83:12
  92:3 97:9 100:1
appropriate
103:17 132:16
approval
56:23
approve
45:3
approved
45:5
approximately
120:22
arbitrage
86:20 87:2,7,10,12
  88:20,23 93:13 94:14
  122:5,10,20 125:4,19
  125:24
area
120:9 128:17
arrow
57:17
Arthur
97:6 98:19 112:1,7
  117:6 123:4,17
aside
34:9
asked
7:13 102:16 120:13,14

128:17
asking
6:13 106:9 131:15,15
aspect
127:15
assigned
67:6
assist
19:12,13
assistant
9:25
assistants
81:13
assisted
11:21 13:2,22
associated
14:13
association
4:3
assumed
114:9
assumption
16:20,22
attached
3:21
attempted
133:1
attention
52:2 66:19 68:2 77:15
  81:5 86:19 87:14
  88:18 91:2 92:20
  93:17 97:12
attorney
5:5 136:16,19
audible
6:20
August
51:18 85:16
authorization
43:24
authorize
56:24
available

38:8 128:22
avanderwal@bakerl...
2:5
Avenue
2:10
aware
17:2,12 71:12 104:4
  125:10,15

**B**

B
3:12
back
13:15 24:20 39:19
  44:16 47:20 64:10,13
  66:11 68:14 70:25
  73:6 75:5 77:3 102:22
  112:24 117:6 118:14
  119:12
Baker
1:21 2:3 4:6
balance
58:8 72:21
Bancorp
33:25 34:2 124:22
bank
63:17 65:21 66:4 71:23
  115:17 117:24 118:4
  118:21 119:9
BANKRUPTCY
1:1
Barbato
81:9
Barbetto
81:6,8
base
27:9 40:12
based
15:24,25 22:21,22
  23:22 24:10 34:14
  35:25 36:3 50:11
  57:11 73:23 76:16
  81:22 83:11 84:21
  86:10 90:16 97:23

107:5,16 116:22
  117:24 118:20 124:2
basically
23:18 25:18 35:22
  45:17 53:18 54:4 67:7
  87:4
basing
92:13
basis
18:11 25:20 29:6 37:11
  54:23 64:1 82:2
  115:25 116:19 121:14
  130:9,15 131:22
Bates
3:14,16,17 31:9 60:3
  70:24 75:4 79:22
  82:17 83:16
bearing
82:17
began
5:14 9:22
beginning
4:10 24:4 36:18 53:13
  66:12 79:13 81:16
  95:4 101:9
begins
60:3 77:3
behalf
81:20
believe
32:1 61:8 71:24 103:19
  122:8
belong
79:2
belonging
69:13,21 78:9
belongs
60:15
Bendish
1:18 4:4 136:3,23
Bernard
1:7,12 2:8 5:6 6:3,13
  19:23 20:6,9 35:5

SIPC v BLMIS                              Jackson 5/23/2016

CONFIDENTIAL

45:3 70:17 74:13 83:3
130:10
**Bernie**
35:3 67:23 111:2,3,6,9
111:12,15 112:5
121:24 122:1 123:8
**best**
115:22
**beyond**
51:5
**big**
48:25 64:9
**bind**
64:22
**binder**
29:5,8,11 34:3 52:10
52:25 53:6 64:4
**binders**
53:8
**bit**
12:3,5,8,9,10,16 46:1
66:14
**blank**
55:24 62:16,17
**Blecker**
90:24 91:17 92:22
93:19 94:11,22 96:17
97:6 98:19,22 99:1,18
112:2,7 117:6 123:4
**Blecker's**
123:17
**Bleeker**
127:20
**BLMIS**
2:7 4:8 6:16 8:15,17
9:19 10:18 11:15 12:2
13:18 16:17 18:8 19:4
20:15,20,24 21:4,15
28:9,15,24 31:20 34:6
35:7,12,16 39:5,20
43:6,20 44:23 45:8,11
47:7 50:1 60:15 65:22
71:4 72:18 80:14

81:23 85:19 86:10
90:17 94:17 131:14
**blocked**
120:11,24 133:14
**Bloomberg**
15:15 16:9 50:13,16
**Blum**
110:2,4,20 111:4,6,21
**Blum's**
111:16
**Boca**
78:4,8
**Bonaventure**
63:1,18 64:17 65:19,25
115:16,21 116:1
117:11,18 132:18,22
**Bongiorno**
10:6,9 11:22 13:20
15:7,11 17:19,22 18:4
18:11 35:4 69:13 78:9
79:2 92:11 105:6
131:12
**Bongiorno's**
78:15 98:17
**bonus**
123:16
**book**
45:21 46:2,19 52:9,10
52:13,14,22,23,24,25
53:9,21
**books**
52:9 54:20
**Boston**
72:23 73:10,20 84:6,14
**bottom**
32:3,5 57:14,15 59:10
61:4 68:3 69:20 78:25
79:6 82:5 87:18 91:11
91:13 97:23 99:6,9
**bought**
15:24 17:15
**box**
65:1,3

**boxed**
65:2
**boxes**
65:7
**Boys**
93:8 94:9
**break**
7:12,15 15:23 76:23
102:15
**bring**
110:20,21 111:4,16
112:8 130:11,21
**broken**
49:6
**brought**
112:9
**bulk**
37:24 48:6
**bunch**
106:14
**business**
9:10 35:23
**buy**
106:5
**buying**
106:1

---
**C**
---

**C**
1:18 2:1 4:22 32:6 55:7
136:3,23
**C&S**
55:5,8,8,10 56:2,13
57:4 59:22 104:1,5
**CAB**
100:22
**cabinet**
47:11 59:12 61:6
**cabinets**
36:25 37:1,2,4,5
**calculation**
50:1,5
**calculations**
50:8

**call**
38:7,11 42:4 55:5,10
108:23 110:3 111:5
116:7,8 118:17
121:20 128:9,14,14
128:19,20,25 132:3,7
132:9,23
**called**
23:12 55:8,10 56:4
102:1 110:19 111:6
111:15 112:6 122:20
124:12 127:24 128:7
128:16 132:12
**calling**
108:25
**calls**
17:24 113:24
**capacity**
48:4 86:24
**capital**
29:19 30:7 32:19,23
55:14 71:8 89:13,14
89:25 90:4 95:13,21
96:13
**carbon**
63:13
**card**
135:14
**Cardinal**
75:24 76:7
**case**
5:11,13 8:15,17 65:11
95:10,17,25 109:2
132:16
**cases**
23:19 47:17 67:13
**cash**
55:9 56:3
**cashed**
118:1,15,24
**CCR**
136:23
**Center**

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

9:17
certain
5:12,13,20,22 12:18
13:24 15:15,20,24
16:2,5 18:2 24:8,9
25:14,17 31:3 36:9
38:10 50:7 56:17
64:14,25 67:16 116:8
Certificate
136:24
CERTIFICATION
136:1
certified
1:18 4:2 136:3
certify
136:5,10,15
Chaitman
2:10,11 3:6 4:16,16 7:6
30:20 51:24 59:6,9
60:11,16 79:23 87:25
88:6 104:15,19
115:12,14 129:7
133:18
change
10:24 12:1 42:19 43:4
43:8 78:3,21 80:10,19
100:6,8,11 127:16
134:3
changed
11:3 14:1 18:24 19:1
66:14
changes
41:16,17 43:2,17,17
101:6
changing
116:13
Charat
66:17 69:8,12 70:9
72:13 73:18,21 74:13
75:17 76:9,20
Charlene
121:8
check

3:16 22:11,14,14,16
23:1,2,7,9,14,17,21
24:23 25:3 26:11,14
26:20,21,22,24 28:12
28:16,18 29:2,3,9,11
29:13,15,16,17,18,25
30:6,12 38:9 41:25,25
44:5,6,20,23,24 45:4
45:19,19 47:5,14 53:3
53:5 54:7,13,16,25
55:21 56:24 58:24
59:16,18 62:14,18
63:6,7 64:3,8 65:4,5
70:3,4,8,16,23,25
71:5,8,10,13,20,25
72:23 73:3,4,9,10,14
73:16,17,20,20 74:3,5
74:12,14,15,20 75:3,6
75:24 76:4,7,8,10
80:23 83:1,5,8 84:2,6
84:11,13,17,25 85:3
85:15 86:7,11,12
88:15 93:7 94:9 109:1
110:6,25 111:4,16,21
112:8 113:11 114:8
116:17,25 117:1,6,7
117:19,25 118:1,11
118:15,16,24 119:3
119:11,12 127:25
128:1 130:11 131:6,8
132:10,13
check-
52:9
check-in
52:9,13 53:21
check-out
52:22,23,24,25
checkbook
10:15 13:3,8 45:17
46:1 47:12,21 53:11
53:15,17 62:11 63:16
65:5 103:21 116:9
checkbooks

13:16
checked
114:7
checks
10:14 13:6,8,16 20:9
20:13,24 21:2,6,10,15
21:19,21 22:1,7,22
23:10 25:6 26:9,18
27:4,13,15,17,18
28:12,14,20,25 45:11
45:14,16 46:5,6,8
52:6,10,15,18,19 53:2
53:6,8,20,25 54:1,5
54:22,24 55:22 56:1
58:22 59:12 60:20,20
61:5,11,13,17,19,20
61:22 62:8,13,16,17
62:24 63:5,8,9,10
64:1,7 65:19,24 73:24
76:19 81:19 84:24
86:13 103:22,22
104:5,6 107:8,10,14
108:10,11,19 109:25
110:23 112:6 114:16
115:17 116:15,20
118:1 130:7,8,15,21
130:24 131:2,3 132:1
choose
25:14
circumstance
82:11
city
78:7
clear
98:9 119:8
clearer
14:14
clerical
9:15,24,25 10:8 11:18
12:6,7,9,12,12,14
17:23 19:18
client
12:21 109:10 114:5

130:18
clients
10:11,14 12:25
close
59:10 87:18 102:15
CLR
136:23
CM
36:9 38:25
co-workers
121:4,5
code
60:23
coding
55:13
Cohn
36:8
colleague
5:7
college
9:5
column
32:12,15,17,24 33:1
columns
29:24
come
13:15 20:1,2,3 23:18
24:21 27:17 48:6,9,11
48:19 107:19 111:2
112:24 115:1 121:23
121:25 122:1 128:9
130:23
comes
49:11
coming
45:11 52:16 53:19,20
53:21 104:7 110:24
111:7,17 112:7
130:19,21
commencement
136:6
commencing
1:23

SIPC v BLMIS                                      Jackson 5/23/2016

CONFIDENTIAL

Commission
135:25
committed
104:22
communicated
28:9
communication
37:16
companies
58:17
company
73:24
compared
119:11
comparison
23:4
complete
64:16
completed
62:11
completion
62:13
component
24:13,14
computer
19:20,22 22:3,15,19,21
23:16,20 25:19 26:13
26:19 28:19,22 39:25
40:5,12,21,24 41:1,4
41:8,11,14 42:14
43:11 45:22,24 46:10
46:16 48:13 54:12
59:24 100:13 102:1
103:9,11,23 131:1,5,7
Conception
18:12 19:3
concern
119:2
concerned
131:4
concluded
133:22
CONFIDENTIAL

1:9
confidentiality
5:12
confirm
5:15 110:5
confirmations
48:2 103:2,5
Congratulations
9:7
connection
96:17
consecutive
31:5
consideration
81:20 135:17
consisted
21:2
Consolidated
1:7 2:7
constantly
18:24,25
contact
18:1 42:24 121:1
contained
33:21
contending
112:1
contents
36:17
CONTINUED
129:12
conversation
6:24
conversations
38:4
conversion
126:3
convertible
124:12,23 125:1
convicted
106:19 112:21
copies
62:17 63:13,13,15

116:19
copy
3:16 5:14 30:19 47:6
60:12 63:12 123:6
Corp
125:12
CORPORATION
1:4
correct
20:22 21:4,8 25:24
32:6 47:14 48:24
74:16 75:18 83:6,9
93:15 100:3 103:23
127:22 131:1,9 135:4
correspond
73:10 74:24 76:11
84:10 87:22 88:14
121:9,11
correspondence
82:12 109:6
corresponding
76:18 84:23
corresponds
121:12
counsel
4:9,11 76:15 136:17,19
COUNTY
135:8
couple
30:16 51:11 54:21 64:5
102:24 129:9 130:16
course
34:5 44:10
court
1:1,18 4:3 6:18,23 8:20
8:24 136:4
courtesy
81:20
covered
49:1 96:21,25
create
36:2,2
created

36:14,16,21
crimes
104:21
criminal
105:1,1,3 120:16
crossed
78:25
CRR
1:19 136:23
Crupi
10:3,4,9 11:21 13:19
13:21 14:8 18:5,11
19:14 35:4 53:10,24
56:5 59:23 69:21 92:8
103:25 105:1 120:18
Crupi's
31:17 32:2 79:8 91:17
91:21 92:1 99:10
currently
9:11,13
customer
11:15 14:17 24:9,22
25:5 26:25 27:1,12,24
27:24 28:4 30:11
34:23 36:1 37:6,12,15
37:21 38:6,15 41:4,14
41:16,18,20 42:19
43:3,10,20 44:1,4,23
44:24 45:8 47:13,24
48:5,9 49:13 54:6,9
54:17 55:20 56:15,17
57:12 58:13,16 66:9
66:16 67:13,15 68:12
71:21 72:17 76:18
77:8,10,12 79:20
83:13 84:23 86:4 87:5
89:23 90:1,5,23 92:22
95:9,16,23 97:5 99:17
99:24 100:9,21,23
103:17,18 107:1,4,15
107:15,20,22,23,25
108:6,9 109:10,11,17
110:24 113:4,11

SIPC v BLMIS                              Jackson 5/23/2016

CONFIDENTIAL

116:21 117:1 118:17
119:13 123:1 127:16
127:24 128:7 132:9
132:12
**customer's**
30:5 32:14 33:24 45:17
46:17 47:2 55:11 58:5
58:10,12 67:4,7 68:15
94:7 96:9 113:20
131:9
**customers**
12:10 16:25 17:4,10
20:10,20,24 21:10,16
25:6,12 26:8 38:1
44:19 63:11 103:7
105:16 106:1,6
108:23 110:1 111:1
113:1 114:22 121:17
121:21 130:25 131:15
132:3
**customers'**
21:3,7 33:3,4 107:11
107:17
**cut**
73:3,4
**CW**
32:22 57:16 60:23

### D

**D**
3:1 78:12,13
**daily**
29:6 37:10 45:16 46:1
47:12 54:23 64:1
130:8
**Damian**
18:23
**Damian's**
18:23
**Dan**
62:25 64:17 65:18,25
115:21 116:1,3,5,8
132:18,22
**Daniel**

115:16 117:11,18
**Danny**
63:17,18 64:12
**Darlene**
18:12 19:3 37:23,25
**Darlene's**
36:22
**dash**
14:18,18,18,19
**data**
15:16
**database**
25:19 39:25 40:5 41:2
**date**
54:25 65:3 74:14 83:5
136:13
**dated**
70:4 72:15 75:17 81:6
86:1 93:1 136:25
**DAVIS**
2:11
**day**
16:1 20:3 45:22 46:5,8
46:9,19 51:2 64:5
103:20 115:8 135:11
135:20
**day-by-day**
116:18
**days**
15:17,24 16:6 64:6
**deal**
37:16 87:1,8 88:22
100:13,15,18 125:3,7
125:18
**dealing**
12:20,21 132:5
**dealt**
12:10,10,11,16 13:6,24
15:13 34:23,24 53:10
87:10,12 100:13
**deb**
124:22
**debenture**

125:1,16
**debentures**
124:13
**debited**
58:4,11,15
**debits**
57:17
**Debtor**
1:13
**decided**
34:20,22 108:9
**decollator**
49:6,9,10
**Defendant**
1:9
**definitely**
55:25
**degree**
9:9
**department**
49:18 92:10 109:8
**depending**
67:13
**depends**
36:18 37:11 39:3 65:13
**deposit**
71:22
**deposited**
117:1,7 118:2,6,9,11
119:12
**deposition**
1:17 4:5 5:20 6:10,12
7:25 8:8,14,23,25
119:17,25 133:4,22
135:3
**depositions**
5:23
**described**
52:15 75:24
**description**
3:13 135:13
**desk**
48:24 49:1

**determination**
91:9 97:22
**determine**
68:20 129:16
**difference**
26:20
**different**
11:11 14:3,4,12,21
28:1,1,2 35:8 52:9
82:4 100:1 108:13,14
108:15,18
**differently**
28:6
**DiPascali**
14:6 35:5 105:3
**direct**
16:12 52:2 66:19 68:2
77:15 79:21 81:4
86:19 87:14 88:18
92:20 93:17 94:13
97:11 99:20 101:1
**direction**
105:9
**directly**
18:7 20:8 24:21
**discussed**
5:9 74:2
**discussing**
95:1
**dishonest**
105:15,22
**dishonesty**
105:20,21
**DISTRICT**
1:1
**dividends**
68:4 98:1 101:10,11
**document**
30:14,25 31:1,6 51:8
51:10,13,17,19 60:3
66:13 69:25 70:2 72:6
72:9 75:4 80:14,17
82:17,22,25 83:16,20

SIPC v BLMIS                     Jackson 5/23/2016
CONFIDENTIAL

83:23 88:1,8 100:16
106:18 135:14
**documents**
5:12 64:20,21 66:9
106:14 116:16 122:3
127:12
**doing**
9:25 10:13 40:8 53:18
56:9 66:1 88:9 106:8
115:25 116:2,6
117:18 126:12
**Doris**
77:12 80:12 81:21 83:2
84:19,24 85:8,23
86:13,17 87:16,19
88:12 89:10 90:17
**Dorothy**
18:13,15 19:21 40:16
45:23 121:10
**double-check**
13:9 21:21
**downtown**
120:6,7,8
**drawer**
64:10
**drew**
55:23
**DT**
57:16 60:23
**duties**
10:7,8 12:7
**DVD**
77:3

**E**

**E**
2:1,1,4 3:1,12 4:22
60:22,22
**earlier**
39:12 52:15 66:9
**early**
11:8,10 87:2 119:19
**earned**
24:11,12 34:13,15

124:3 126:21
**ease**
6:15
**ECF**
5:24
**Edmunds**
2:16 4:2
**educational**
9:4
**either**
37:18 43:4 109:13
115:21 116:1 127:3,4
127:11 128:18
**elected**
24:15
**Electron**
125:12
**electronic**
46:22
**eliminate**
81:16,18
**email**
42:25 43:1
**employed**
9:11 28:24
**employee**
136:16,18
**employees**
8:21 11:14 21:14
**employment**
85:19
**ended**
15:3 79:15 101:6,14
**endorsed**
71:2 75:9
**ends**
31:9 60:4,10 66:20
70:24
**entail**
13:5 15:11 38:5
**enter**
40:11 60:22 103:21
**entered**

5:19 47:21
**Entering**
58:22 60:20
**entire**
28:23 63:8,9 115:20
**entitled**
51:17 52:5 58:22 60:19
66:22 86:20 88:19
94:14 124:7 125:16
**entity**
6:15
**entry**
72:24 73:10 75:20 84:5
88:11,15
**envelope**
49:4
**envelopes**
49:8,16 62:21 110:11
**EQ**
92:9
**equals**
68:5,6
**Erin**
33:17,18
**ERRATA**
134:1
**error**
127:21,25 128:10,13
**errors**
127:15,17,20
**ESQ**
2:4,5,11
**essentially**
11:22
**Estate**
2:7
**Evelyn**
92:10
**event**
136:20
**everybody**
49:17
**evidence**

5:13 113:1
**exact**
14:10 22:24
**exactly**
34:1 59:16
**examination**
3:5 5:1 104:19 129:12
136:7
**example**
28:5 106:14 110:2
117:5 131:12
**excuse**
126:10
**executed**
135:16
**exhibit**
5:19 6:7 30:15 51:9
57:15 58:21 59:20
60:3,6,8 66:6,7,8
69:25 70:13 72:5,7
73:6,16 74:8,9 75:12
75:14 76:4,8 77:7
82:18,19,22 83:16,18
83:21 84:3,14,18 85:7
85:22 86:12,13,20
87:15,23 88:10,15,19
89:5,7 90:12,23 92:18
92:21 93:12 94:2,14
96:21,25 97:4 99:14
99:15,16 100:3,20
106:15 111:23 122:18
124:16
**exhibits**
3:20 85:4
**expect**
113:18,19
**experience**
73:23 76:16 81:22
84:21 86:10 90:16
**Expires**
135:25
**Explain**
21:5

SIPC v BLMIS                        Jackson 5/23/2016
CONFIDENTIAL

explained
34:18
express
21:25
expressed
135:18
extra
30:21 39:4 123:15

**F**

F
4:22
fabricate
106:10
face
26:20 74:2,5
Facebook
121:9,11,13
facilities
65:10
fact
113:9 125:11
fair
104:20,24 114:18
   119:9 127:23
fairness
88:7
false
106:10
familiar
33:20 35:11 39:6 49:25
   66:25 71:5 72:17
   80:13 81:7 82:23
   85:18 86:21 88:8,21
   94:16 97:16 99:23
   125:20,21 132:4,6
familiarity
88:1
far
10:11 12:19 13:11,11
   22:13 104:6 131:3,3
   132:5
favor
122:11

fax
38:9 43:1,14 109:13
faxed
109:16 113:3
Federal
120:6
FedEx'd
27:5
feel
51:11
field
57:17
file
18:18,19,25 27:8 29:7
   29:8 36:25 37:1,2,3,5
   37:14 47:10 49:14
   66:16,22 74:25 77:8
   77:10,12,18 83:13
   90:24 97:5,14 99:18
   99:24 100:22 107:11
   107:18 113:2,3
filed
65:6 82:13
files
12:20 36:2 38:15 43:10
   108:4 109:20
filing
18:16 37:22
fill
127:13
filled
35:22 59:22 67:12
filling
67:11,25
finagled
108:11
final
33:1 102:25
financially
136:20
find
38:8,11 127:8
fine

33:11
finish
7:1,2 57:25
finished
99:13
firm
113:15
first
9:22 10:17,21,22 13:23
   32:12 52:3 65:23
   66:13 72:20 80:25
   124:21 128:8
flip
5:21
floor
10:20,23 11:12,12,13
   11:15 19:24,25 21:14
folder
36:13,21 62:15 64:9
folders
12:22 36:16,24 37:7,9
   37:21 38:15,18,20
   62:19,21 66:10
follow
119:6
follow-up
119:5 129:10
followed
26:5
following
32:24 115:13
foregoing
135:3,15 136:11
forgot
15:5
form
7:7 35:21 67:1,3,11
   68:3 77:21,24 79:11
   97:15 99:23 100:2,2,6
   100:9
former
121:5
forms

114:3
forth
136:14
Forward
72:21
found
60:14 96:25 127:21
Four
76:14
fractional
125:13,17
Fran
81:6,7,11
Frank
14:6 23:19 25:15 35:3
   35:5,18 37:19 40:17
   42:24 43:16 54:5,15
   56:21 67:22 103:10
   105:3 112:15 119:1
   128:21 129:2 131:19
Frank's
15:1
fraud
106:19 112:22 115:6
free
51:11
frequently
37:8
front
37:2,4 119:11
full
4:23
function
58:24
funds
21:7
further
125:11 129:8 133:17
   136:10,15

**G**

general
38:12 62:7
generally

SIPC v BLMIS                                      Jackson 5/23/2016
CONFIDENTIAL

37:9,17 50:23 61:21
131:18
**generated**
21:11 22:24 23:23
27:14 28:18,21 35:19
48:12,21,22 50:11
61:22 62:24 64:2
73:25 90:9 94:6 103:6
103:8,11 116:18
123:25 126:20 130:25
131:3,5
**generating**
21:19
**Gentlemen**
80:8
**getting**
102:15
**Gina**
83:3 84:20
**give**
5:20 6:9 8:16 15:18,20
16:2 17:6 22:24,25
30:22 36:20 37:19
40:13 51:7 54:16,22
54:23 55:4 56:20
59:23 64:13 85:4
99:15 103:20 104:1
106:9 109:6 116:19
116:23 126:14 127:5
130:22 131:20
**given**
56:19,23 67:14 120:10
131:8 135:19
**gives**
87:4
**giving**
106:25
**go**
7:3 23:6 36:9 37:21
41:13 44:9,10 45:22
53:25 54:2,5 59:12
61:6 63:20 64:6 65:9
67:4 73:6 103:18

106:15 109:5 110:24
112:7 114:2 117:25
118:16 127:19 131:18
**going**
6:13,14 13:10 51:10,15
53:2,19 60:9,21 66:11
104:7,8,15 115:11
117:19 133:21
**gonna**
23:24,25 105:17
**good**
5:2,3 76:23 80:9
**governs**
5:10
**graduate**
9:5
**green**
55:6,15,22,25
**Grist**
91:18
**group**
4:17 36:4,5,8,10 38:24
39:1
**Guedes**
92:10
**guess**
23:22 35:23

_____

## H

**H**
2:6 3:12
**half**
68:3 91:13
**halfway**
69:12 89:8
**hand**
135:19
**hand-delivered**
13:13 21:24 22:17
**handle**
13:21 122:6 129:4,5
**handled**
53:17 54:4 122:6
125:24

**handwriting**
31:13,15,16,17,19,22
31:23,24 32:8 33:15
58:23 59:1 69:6,7,9
69:14,16,18 77:24
78:1,5,7,10,12,15,18
78:19,22 79:5,8 82:4
82:6,8 91:15,16,17,19
92:1,12 98:13,15,18
98:20,22,23,25 99:2,4
99:5,7,11 101:16,18
101:20,21,24
**handwritten**
60:12 68:24 78:24 82:3
91:13 98:1 99:9
**Hanoh**
66:17 70:9 72:13 73:18
73:21 74:13 75:17
76:9,20
**happen**
118:12,23
**happened**
20:16 48:8 121:23
128:2 132:14
**happens**
128:3
**Harley**
85:15 86:11
**hchaitman@chaitm...**
2:12
**he/she**
135:16
**head**
6:21
**heading**
72:21
**headings**
68:4
**Health**
33:7 75:25 76:7
**hear**
101:25
**heard**

50:2,2 126:5
**hearing**
51:21,23 52:1 124:14
**Heights**
9:17
**held**
19:10 49:14 81:11 97:5
**Helen**
2:11 4:16 30:18
**help**
6:23
**hereinbefore**
136:14
**hereto**
3:21
**highs**
51:1
**history**
9:4
**hold**
9:14 55:21
**holder**
76:19 124:7 125:15
129:14
**holders**
84:24
**honest**
126:13 133:14
**honestly**
61:23 104:9,10 120:23
**Hostetler**
1:21 2:3 4:6
**house**
3:14 28:5 40:25,25
51:18,22
**hundred**
108:17
**hung**
29:7

_____

## I

**idea**
40:1 111:20
**IDENT**

SIPC v BLMIS                         Jackson 5/23/2016
CONFIDENTIAL

3:13
**identification**
60:7 82:20 83:19 94:21
**identified**
47:12 51:9 69:11 78:8
78:14 83:21 84:3,6,14
84:25 85:15 86:7,11
86:12 89:4 93:7,22
94:1 99:10
**identify**
4:9,19 29:17 69:17
84:18
**identifying**
107:3
**identity**
135:13
**immediately**
127:22
**impair**
7:18
**important**
6:25
**impossible**
123:21
**in-house**
65:8,10,12
**includes**
130:3
**including**
89:13
**incoming**
12:24 52:17,19
**indicate**
14:21 30:6 32:1 68:12
69:10 74:3 91:11
97:24
**indicated**
14:25 43:9 69:19 71:13
79:6 91:12 97:25
**indicates**
91:22
**indicating**
32:4 56:17

**indication**
71:7 72:22 89:9 96:3
**individual**
116:24
**information**
12:24,25 15:15,16,18
16:3,8 17:6,18 18:1
22:25 23:22 24:2 27:7
32:9 33:21 35:23,24
35:25 36:20 37:11,13
37:14,20 38:13 39:4
39:24 40:4,11,13,19
41:24 42:2,18 43:7
45:24 46:22 47:16,20
47:21 50:12,16,21
51:5 52:16 54:15
56:13 57:3,12 67:8,9
67:16,17 106:5,9
107:1,2,19 108:4,7
112:2 125:8 126:10
126:14 128:20
**ingoing**
55:19
**initial**
35:25 36:17 89:13,20
95:4,6 124:3
**initially**
11:18 12:19 23:23
53:16 67:5 119:15
**initials**
82:6,11 92:4
**input**
24:3 29:6 35:25 37:14
39:25 45:23 49:7
**inputted**
40:5 43:8
**inputting**
40:18
**instance**
36:7 96:12
**instruct**
5:25
**instructed**

23:21
**instructing**
23:16
**instruction**
54:23 55:2
**instructions**
6:9
**instrument**
135:15
**intensive**
12:6
**interest**
24:10,12,19,21 34:14
68:4 98:2 101:11
124:2 126:21,24
127:1,2
**interested**
136:20
**internal**
12:20,21 41:2 122:23
**internally**
100:12
**investment**
1:7 5:6 6:3,14 36:1
51:18 89:13,20 95:4,7
96:10 124:4
**INVESTOR**
1:4
**investors**
4:17
**involved**
42:10,11 115:6 130:7
**Irving**
2:6 4:13
**issue**
5:24
**issues**
6:2
**items**
87:19 89:12,17 95:3

———————— J ————————

**J**
4:22

**Jackson**
1:17 3:4 4:6,25 5:2
44:18 69:11,19 78:8
78:14 91:12 97:25
98:9 102:24 134:2
135:2,6 136:7
**January**
65:4 70:5 72:15,21
73:11,14 83:6 84:5
**Jarid**
83:2 84:20
**JC**
92:8
**Jersey**
1:20 136:5
**Jo**
80:1,2,22,24 81:14
87:13 122:6,7,8
**Joanne**
13:19
**job**
105:18,24 117:9,10
120:13
**Jodi**
9:25 10:2,3,4 12:11
13:19 23:19 31:17
32:2,3 35:2,4,18
36:19 37:19 38:7
40:18 42:24 54:5,15
54:22 56:5,22 66:1
67:22 69:22 79:8
91:16,21 92:8 103:10
105:1 107:6 109:7
112:17 119:1 120:18
123:15,15 126:10
127:13 128:21 129:2
131:19
**Jodi's**
31:21,23,24 32:7 59:12
69:18 79:5 91:19 99:7
**Joel**
121:13
**John**

SIPC v BLMIS                                          Jackson 5/23/2016

CONFIDENTIAL

**John**
2:16 4:1
**JP**
98:23
**judge**
88:2
**July**
70:4 81:7
**June**
65:4 93:1,5,22
**JURAT**
135:1

**K**

**K**
4:22
**Kahn**
18:15 19:21 22:5 27:19
  40:15 41:9 46:15
  54:12 59:25 60:1
  103:21 104:1
**keep**
23:9 38:23 39:2 61:14
  63:3 64:3,10,13 65:8
  71:21 116:22
**keeping**
12:23 61:15
**kept**
10:10,12 29:5 36:24
  61:20 63:4,19 66:10
**kind**
15:5 19:10 40:1 63:20
  100:16 108:21 125:24
  128:13
**kinds**
35:8
**Kirby**
30:22
**knew**
98:7 132:6
**know**
12:19,23 14:4 16:18
  17:5,7,15,25 18:1
  27:12 29:16 30:21

33:2,4,9 34:16 36:8
36:10 37:20 38:12,23
39:3 43:2,17 45:5
50:9 52:24 53:25 54:1
54:12 55:24 58:18
59:3,13 60:13,15
62:23 74:1 88:23 96:2
98:7,10,22 102:9
105:18 107:6,12,22
108:25 109:8 113:23
114:13,17,23,25
115:5 116:13 118:14
119:1,3 122:12,13,14
123:14,15,20 125:4,5
125:8,23 126:1,6
127:12,16,18 130:15
130:16,20
**knowing**
114:12 123:10,12,13
**knowledge**
16:15,19 20:11,12
  58:16 65:17 103:25
  117:16 128:15
**known**
135:12

**L**

**L**
1:7,12 2:8 5:6 6:3,14
  70:17 74:13 83:3,3
  84:20
**label**
28:3,7
**labels**
27:14,21,23 48:18
**ladies**
44:9
**Lane**
91:18
**large**
4:17 130:7
**larger**
30:25
**learned**

104:25 105:14
**leave**
22:3,7
**ledgers**
116:18 117:19 132:19
**left**
60:21
**left-hand**
58:23
**legal**
4:2
**lengthy**
51:10
**let's**
29:23 57:13 92:19
  100:19 110:2
**letter**
26:15 37:12,15 42:25
  43:1,13 54:7 56:14,18
  79:25 80:8 81:6,17
  107:24 108:9 109:9
  109:13,14,17 110:20
  113:2,3 114:4 129:20
**letters**
56:20 92:13,15 107:16
  109:3,4 131:15,15,18
**level**
65:24
**Levy**
60:20 61:13,15,20
  114:16,17,20,21
**Liberty**
33:24 34:1 124:21
**light**
12:7
**liked**
115:3
**liking**
33:17
**limitations**
5:23
**limited**
6:1

**limits**
5:19
**line**
70:10 71:18 74:24
  83:12 91:17,18 98:18
  124:20,21
**Liquidation**
1:6 2:7 5:5
**list**
87:19 95:3
**listed**
29:24 44:25 90:10
  124:6
**listen**
123:15
**listening**
34:17
**listing**
87:4 89:12 96:5 104:1
**lists**
131:7
**Litigation**
5:10
**little**
12:3,5,8,8,10,16 14:14
  28:6 45:21,25 66:14
  81:1
**LLC**
1:8 5:6
**LLP**
2:3,10
**log**
10:15 23:9,11,14 28:12
  28:17,18 29:3,13,15
  29:16,17,25 45:16,20
  46:6,7,14,15 52:17,19
  53:4,9 103:22 104:5,6
**logged**
13:7 22:15
**logging**
46:5 53:20
**logs**
29:9,11 53:5 62:14

SIPC v BLMIS                          Jackson 5/23/2016

CONFIDENTIAL

63:6,7 64:8 65:5

**long**
120:21 125:24

**longer**
12:8

**look**
15:15 16:13 17:6,25
30:16 33:4 42:1 51:8
57:13 58:20 60:18
66:8 77:6,9 82:21
83:13 85:5 92:17
93:11 106:15 122:18
123:4 124:16,20
125:11 127:15 128:7

**looked**
16:9 87:23 101:9
106:16 117:6 122:3
127:13

**looking**
41:24 50:21 54:20
111:23 127:19

**looks**
31:21,23 32:3,7,16
33:3,17,18,22,23
69:17,18 72:10 79:13
82:22 83:24 91:6,16
91:18,23 99:7 101:4
101:19

**loss**
42:3,4 50:1,9

**lot**
15:5,12 49:2 101:6
109:3,4 111:13
133:14

**lows**
51:2

**M**

**M**
32:6

**machine**
49:10

**machines**
110:14

**Madoff**
1:7,12 2:8,12 5:6 6:3
6:14 19:24 20:6,9
35:5 45:3 51:17 63:1
63:18 64:17 65:18,25
70:17 74:13 83:3
104:23,25 105:12
110:19,22 111:15
112:5 113:9 115:15
115:19 121:3 123:8
123:14 125:25 127:7
128:23 130:11 132:19

**Madoff's**
105:15 108:4 111:9,13
115:6 121:17

**MADTSS-**
60:4

**MADTSS01239682**
60:4

**MADTSS01239682-...**
3:15

**MADWAA00377277**
82:17

**MADWAA00377277...**
3:16

**Maged**
83:2,3 84:20,20

**mail**
45:15 46:25 49:21,23
103:7 109:5 110:12
110:16

**mailed**
13:14 21:23,25 22:18
27:4,6,7 28:5,6 49:8
49:13,15 109:16
110:1 113:2 118:16

**mailing**
13:11 27:14 28:2,7
48:10,15,17,18

**mailroom**
110:18

**maintained**
47:7,9

**maintenance**
66:23 77:19 97:15
99:24 100:9 107:18

**making**
49:20 54:8

**managed**
14:8

**management**
9:10 49:18 88:20 94:15
122:21

**manager**
14:3,5 129:15 132:16

**managers**
25:15 80:6 81:2

**manner**
104:2

**manual**
3:14 51:18,22 60:20
61:17

**March**
20:17

**mark**
60:2 62:22,23 82:16
83:15

**marked**
3:20 30:15 43:19,23
44:3,19,22 45:2,7
60:6 66:6 68:21 72:5
72:7 74:8 75:12 77:7
79:14 82:19 83:18
85:5,22 92:18 93:12
94:2 97:4 99:16
101:10,11,13,15

**market**
15:25,25

**Master**
99:24

**match**
27:23 93:25

**matched**
64:7

**matter**
4:7 8:13

**MDPTPP05271155**
83:17

**MDPTPP05721154**
83:17

**MDPTPP05721154-55**
3:18

**mean**
10:2 12:15 14:15 16:18
17:5 22:20 24:17
25:25 34:12 35:14
36:5 39:8,9,17 40:25
42:4,7,9 53:16 59:15
59:17 62:1,21 63:23
64:24 67:21 68:9
71:17,18 79:18 80:21
81:24 88:7 94:5 96:13
100:11 104:6 118:25
120:12 127:10,15
128:3,11,16

**means**
24:18 34:16 57:19
59:17 79:19

**meant**
12:9 57:20,21 68:13
89:17,20,25

**Medical**
9:17

**medication**
7:17,21

**meet**
50:8 121:16

**meeting**
111:2,3 115:2 130:17
130:18,20

**memo**
46:24 47:1 70:10 71:14
71:15,17,18,21 83:12

**memory**
7:22

**mention**
53:11

**mentioned**
5:11 11:17 13:1 28:11

SIPC v BLMIS                                    Jackson 5/23/2016
CONFIDENTIAL

103:1
**messenger**
27:11
**met**
121:18,21 122:2
**method**
28:14,24
**middle**
69:21 79:7 92:4 93:18
99:9
**Mill**
91:18
**mine**
82:9
**minute**
44:11 127:5
**minutes**
76:14
**mistake**
128:8
**mistaken**
55:16 71:15 129:23
**mistakes**
127:8
**Monday**
1:22
**money**
20:21 25:14,17 32:25
38:10 54:8 55:12
56:15,18 57:24 58:1
69:17 89:21,23 90:5
95:8,22 118:3,5,8
123:9
**monies**
87:5 90:2 95:15 96:4,8
**month**
25:15,17 48:7,8 49:19
62:12,14,23 63:7,8,9
63:16,19 64:1,5,5
110:4 116:23,24
119:10
**month-end**
132:19

**monthly**
25:7,10,20 81:19 82:2
**months**
130:17
**morning**
5:2,3
**moved**
11:11 14:3 19:24
**Mui**
18:15 19:19 22:5 27:20
40:15 41:8 46:15
54:12 59:25 60:1
103:21 104:1

--- N ---
**N**
2:1 3:1 4:22,22
**name**
4:1,23 5:4 14:10 18:14
18:22,23 23:1,12
27:24 29:9,12 30:5
32:14 33:7,24 35:22
40:23 44:24 45:17
47:2,13 55:12 58:24
58:25 66:17 67:7 69:9
69:13 70:15 78:11,13
87:16 89:10 99:1
107:1 131:9,12 134:2
135:15
**Name/Address**
66:22 77:18 97:14
**named**
80:2
**names**
18:20 33:3,4 120:1
121:20
**Nancy**
1:18 4:3 136:3,23
**National**
33:25 34:1 124:22
**nature**
11:19
**necessarily**
22:12 91:22

**necessary**
129:20
**need**
6:20 7:13 45:3 88:2
108:25
**needed**
43:24 65:11
**negotiate**
25:15 108:17
**neither**
136:16,18
**never**
34:3 50:4 98:7 112:11
114:7,8 117:5 119:9
119:11 126:15 127:14
**New**
1:1,20,20,21,22 2:4,4
2:11,11 4:6,7 136:5,5
**night**
22:4,8
**nod**
6:20
**normally**
56:7 128:14
**Norman**
114:16,17,20,21
**Notary**
1:19 135:22 136:4
**notation**
17:25 72:20 82:3 87:20
**notations**
38:21,23 60:12
**note**
68:5
**notebook**
46:10,23
**noted**
7:8 39:22 88:5 135:5
**notify**
118:13 119:1
**November**
74:15 75:17,21 76:2,11
**number**

2:12 5:24 14:18,25
22:16 23:1,7,9 30:1,4
31:9 35:23 36:3,12
45:18 47:13 52:21
60:4 64:3 66:16 67:6
67:8 69:20 70:11,24
74:23 75:4 77:3,12
78:17 79:7,22 82:17
83:11,17 85:10 89:9
90:14,24 92:24 94:21
97:8 99:18 100:22
130:7
**numbers**
14:12 22:14 29:3 32:16
33:23 38:20 39:2
60:21 67:17 98:8,10
99:6,8 118:1

--- O ---
**O**
4:22
**o'clock**
104:16 127:6
**o0o-**
133:23
**oath**
7:25 107:13 135:12
**object**
7:7 88:5
**objection**
7:8 88:7 115:10 123:18
123:22
**observe**
117:17
**obtain**
50:20 56:12
**obtained**
50:12,12
**occasions**
130:10
**occurred**
6:2
**offhand**
62:5 120:2

SIPC v BLMIS                          Jackson 5/23/2016

CONFIDENTIAL

**office**
1:20 10:17 20:2 34:18
37:3 47:20 59:12 61:6
61:12,15,21 62:7 63:4
63:19 64:4,11 66:2
110:8,25 111:16
112:8 115:1 117:15
118:14,23 120:3,8
121:25 122:2 130:19
135:19
**officially**
20:17
**Oh**
44:10
**okay**
6:11,16,17,21,22 7:4,5
7:11,16 10:16 13:15
16:4 17:17 18:4 23:3
25:22 29:17 30:10
31:2,25 33:11,14 34:6
36:13 38:14,21 42:7
42:19 47:23 53:24
54:19 57:8 59:9,19
60:16 61:25 62:3,20
65:15 66:5 69:23
71:24 72:12 76:22
78:19 82:15 85:2
90:20 92:20 94:13
99:3 100:15,19
101:25 102:13 103:19
104:11,14 105:19
106:13 107:21 109:24
111:5 112:5 118:7,22
119:8 122:11 124:18
125:3,6,10,23 126:2,7
126:17 127:5,23
129:7 131:23 133:16
**once**
17:14 20:4,5 22:16
25:11 26:15 28:20
29:3 33:22 34:10
35:17 37:18 39:23
40:9 42:25 43:3,7

48:20 49:16 53:1,7
54:6,14 57:5 62:11
67:9 68:10 83:1 88:22
103:6 125:18
**one-time**
56:25 57:6
**ones**
33:5 121:7,19
**open**
35:24
**opened**
34:20 35:20 67:5,14
**opening**
35:12,16
**operated**
126:8
**operators**
131:8
**opportunity**
47:24
**opposed**
127:20
**order**
5:10,14,15,18,22 31:5
38:24 56:22 63:21,24
115:11
**OS**
98:23
**outcome**
136:20
**outgoing**
12:24 54:24 55:17
**outside**
37:5 38:18 115:11

──────────────
**P**
──────────────
**P**
2:1,1 4:22,25 83:2
84:20
**p.m**
77:3 102:19,22 133:21
**page**
3:2,13 31:9,11,14 32:5
32:10 33:12,16,21

52:5,21 57:14 58:21
58:22 59:6,10 60:9,19
60:19,22 61:4 66:20
69:12,14,20 70:24
77:16 78:25 79:7,21
81:5 82:5 89:8 91:3
91:13,15 92:4 93:18
94:20 97:12 99:4,10
99:21 101:1,22
106:15,16 111:24
112:3
**PAGE/LINE**
134:3
**pages**
31:3 51:11,15
**paid**
86:16 96:16 126:25
**paper**
43:12,18 49:11 107:2
116:21
**paperwork**
10:10 11:23 12:12,13
12:15,18,21,22 17:15
35:19 59:11,13 61:5
61:11,20,21 62:6
63:21,23 91:24
**paragraph**
5:22 81:17
**Park**
2:10
**part**
49:11,12,13 71:14,15
71:20,22,25 87:15
98:21 109:22
**particular**
14:7 15:14,17 16:10
42:10,11 89:22
118:14
**particularly**
14:24
**parts**
63:10 71:20
**party**

136:17
**pass**
128:19,20,24
**payable**
45:19 74:13 83:2
**people**
18:2 26:1 105:8 106:19
110:17 116:13 121:2
**people's**
18:20
**Pep**
93:8 94:9
**percent**
33:18 34:2 40:17 42:17
43:15 59:16 102:11
**percentage**
24:8
**perform**
64:18
**performed**
10:9 17:22 50:4 65:18
65:23
**period**
64:14 65:1,4 96:20,24
**periodically**
20:2 38:3 116:7 121:5
121:13,15 122:2
130:16 131:19
**person**
65:22 92:9 107:3
135:14
**personal**
35:23 67:8
**personally**
108:24 114:23 119:6
121:16 135:11
**phased**
14:2
**phone**
17:24 35:22 38:2 43:16
67:8 110:3 113:24
128:19
**physical**

43:10
**physically**
23:8 49:3,15,21,23
  117:17,22,25
**Picard**
2:6 4:13
**pick**
110:3,25
**picked**
13:12 22:18 27:5,10,11
  27:12,13 64:11
**pile**
48:23,25
**PL**
50:1
**place**
49:3 53:3 136:13
**placed**
29:9,12 38:15
**Plaintiff**
1:5
**plaintiff's**
4:11
**plan**
81:19
**Plaza**
1:21 2:3 28:4 120:6
**please**
4:9,19,24 7:1 33:12
  44:9 80:9 81:15,16,18
  82:21 85:21 86:19
  94:13 97:3,11 99:20
  102:17 107:25
**point**
7:6 10:24 13:25 14:1
  30:13 37:24 51:6 88:9
  131:25
**Portfolio**
86:21 88:20 93:13
  94:15 122:21
**portion**
71:10,12
**position**

9:13 19:11
**possible**
33:25 44:6 62:1 123:13
  127:17
**possibly**
129:14
**Prasaud**
18:21
**prefer**
24:21
**prepare**
54:13
**prepared**
106:18 131:6
**preparing**
56:6
**present**
2:15 133:7
**pretty**
14:2 19:10,17 53:22
**previously**
3:20 5:18 30:15 51:8
  66:6 72:5,7 74:8
  75:12 77:7 85:5 92:18
  93:12 97:3 99:16
**prices**
50:24 126:11
**pricing**
16:9,13
**primarily**
10:8
**print**
23:16
**printed**
22:11,12 26:19 27:17
  28:13 30:9 130:25
**printing**
27:20
**printout**
22:15,19,21,23 46:22
  103:14,16
**prior**
66:1 136:6

**privilege**
115:2
**procedure**
128:6
**process**
26:4 35:11,13 125:22
**produce**
23:21
**profit**
5:23 6:1 23:24 24:6,13
  24:14,16,25 26:9,10
  26:14,21 29:15,21
  30:7 32:18,21 33:23
  34:11,13,21 39:14
  40:2,2 42:3,4 45:3
  52:10 53:6 55:14 57:3
  57:5,10 58:3,7 71:9
  73:3,25 74:4 75:21
  76:17 79:18 84:22
  86:5 90:7,8,9 93:25
  96:14 101:10 109:12
  110:5 113:6 123:16
  126:18,23
**profit/**
49:25
**profit/loss**
50:5
**profit/losses**
50:3
**profits**
21:11 39:10,18 43:21
  43:25 44:4,20 45:8
  54:11,18 68:4,11,12
  68:14 69:1 79:19 82:2
  89:14 90:11 94:4,6
  96:6,16,20,24 98:1
  107:23,25 123:5,25
  126:19,20
**promise**
127:6
**properly**
64:15 82:13
**protect**

5:11
**PROTECTION**
1:4
**protective**
5:10,15 115:11
**proved**
135:12
**provide**
15:16
**provided**
5:13 17:18
**providing**
106:4 126:9
**Public**
1:19 135:22 136:4
**pull**
122:18
**punch**
57:17 60:20 61:17
**punched**
54:25
**purchase**
16:24 58:17
**purchased**
16:16
**purchasing**
17:3
**purported**
35:8
**purportedly**
21:11 73:25
**purpose**
5:11 41:22 50:18
  135:17
**put**
47:10 56:13 62:12,14
  62:15,18,21 63:24
  64:8,23,24 65:6 95:9
  101:12 109:19 110:11
  110:11,15
**PW**
32:20 57:16 60:23
  71:16 72:22 84:7

SIPC v BLMIS                    Jackson 5/23/2016
CONFIDENTIAL

85:12 87:20 88:12
93:5,22
**PWs**
72:2

**Q**

**quarterly**
26:4,21 29:14,14
**question**
7:1,3,9,14,14 112:25
115:13 118:15 119:2
**questioned**
112:12 126:15
**questions**
6:6,13,19 7:7,18 30:17
51:14 102:17,25
104:13 114:15 120:10
120:14 129:8,10
132:24 133:2
**quite**
15:21

**R**

**R**
2:1 4:22 68:5,13 78:21
78:24,25
**raised**
115:12
**random**
38:7
**rarely**
128:24
**Raton**
78:4,8
**read**
28:4 54:21 80:7 81:15
135:2
**reads**
59:11
**realize**
115:8
**realized**
104:21
**really**

18:9 61:23 69:7 87:8,8
88:3 111:12 116:6
120:12 122:9,12
125:19 126:15
**Realtime**
136:23
**Reardon**
33:17,19
**reason**
106:22 134:3
**recall**
14:11,24 18:20 27:2,2
29:23 38:17,22 39:2,4
39:20 40:23 51:6,23
51:25 57:2 61:13,15
61:19,21,24 62:4,6
80:1 100:5,8,11
119:24 120:7,9,14
133:8,8,10,13,15
**recap**
48:7
**receipt**
46:25 47:4,6
**receive**
21:10 22:1 24:10,23
25:6,21 34:21 44:4
46:21 54:11,17 80:16
103:13 109:5
**received**
26:9,11 30:12 44:19
47:4 80:22 94:10
107:15,17 109:3
118:18 132:10,13
**receiving**
10:13 17:24 22:17
74:25 132:1
**receptionist**
19:5
**Recess**
44:14 77:1 102:20
**recognize**
31:6,8,13,15,18 32:9
33:9,15 59:1 69:5,8

69:15,25 70:18 72:6
74:9,18 77:21,23 78:2
78:20 82:6 83:20
91:14,25 92:7,12
98:12,16,17 99:3,6
101:16,22,23
**recollection**
14:16 26:23 115:23
116:9 131:4
**reconcile**
63:20 64:7 116:15
118:4,19
**reconciled**
62:25 63:16 64:12
**reconciliation**
64:17,18 65:18,23,24
115:16
**reconciling**
63:23 65:19 132:23
**reconstruct**
29:24
**record**
4:10 7:8 31:25 39:21
44:11,13,16 68:23
69:10 76:25 77:4 78:6
88:5 102:17,19,22
109:22 133:21
**recording**
4:5
**records**
118:20,20 127:8,9
**reduce**
58:8
**refer**
6:15 23:13 89:5
**reference**
6:15 29:18 52:8 59:3
61:9,16 72:1,2 93:18
94:22
**referred**
3:21 13:2 46:1 55:2
56:2 59:14 133:4
**referring**

35:1 39:12 68:24
122:17 128:12
**regarding**
109:1
**regular**
18:10 29:16 41:3
115:25 121:14 131:22
**reinvest**
39:6,17,22 42:15,20
43:4,4 45:8 68:6,13
68:14,18 79:11 91:4
97:19 101:3,5 129:17
129:21 130:4 131:17
131:24
**reinvested**
24:20 39:19
**reinvestment**
23:25 68:13 79:15
80:10,20 81:18 82:1
101:12
**relate**
51:15 83:12 84:1
**related**
6:2 8:16 11:23 26:25
62:7
**relates**
74:4 94:25
**relating**
75:1
**relative**
136:16,18
**reliable**
108:4 112:25
**remaining**
76:15
**remember**
11:2 14:9 15:21 18:23
23:11 30:8,8,13 51:21
62:20 100:17 104:9
104:10 116:12 120:1
120:12,22,23 121:19
124:13,14
**Repeat**

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

29:10
**report**
30:11 86:22 87:3 88:19
88:20,21,23,25 89:3,6
93:13,14 94:15,16,18
96:25 122:21,23
**reported**
1:18
**reporter**
1:19 4:3,19,23 6:18,23
136:4
**REPORTER'S**
136:1
**reports**
89:1 122:14,16
**represent**
30:24 32:13 73:2
**representative**
34:24 35:1 56:21 67:19
67:20 128:21 133:12
**representatives**
40:10 67:15 129:1
133:11
**represented**
33:6 98:11
**represents**
71:8
**request**
25:9 26:10 28:8 38:10
56:1 57:1,6 59:15,18
81:23 111:1 113:10
113:20 130:14
**requested**
43:3 54:6 90:5 95:23
107:23 126:15
**requesting**
54:17 55:13 56:14,17
109:11 114:5
**requests**
25:22 107:5
**requires**
5:25
**research**

50:15
**researched**
16:16 17:17
**researching**
16:4
**respect**
45:14 53:15 79:18
107:13
**responsibilities**
11:18 12:1 53:14
**responsibility**
36:23 53:23
**responsible**
10:13 21:15,18,20
23:15 27:20 35:15
40:7 45:10 46:4 48:10
48:14,16 53:19 54:8
56:5,8 67:10,24
**rest**
49:14
**return**
46:18 64:20 132:20
**returning**
89:7
**review**
20:9 22:10,13,17 41:19
51:11 90:22 97:3
**reviewed**
76:4 100:2 127:14
**reviewing**
48:15 51:13 70:12 75:1
79:10
**Rick**
30:22
**right**
14:10,20 17:20 22:6,9
28:20 33:6 36:15
39:13,16 40:6 41:7
50:17,19,22,25 53:10
54:19 61:23 62:4 92:2
101:23 105:1,12
106:2,6,11,20 108:1,8
109:17 111:10 112:9

112:12,15,22 113:4,7
113:25 119:17 120:1
120:19 121:20 122:21
122:24 123:6 124:13
**right-hand**
92:5
**RMR**
1:19 136:23
**Rockefeller**
1:21 2:3 28:4
**role**
45:13 63:22 80:4 81:11
**room**
18:18,19,25 29:7,8
44:9 45:23 46:10
48:13 49:1 59:24
103:9,11 131:1,5
**row**
37:3,4
**rows**
32:5
**rule**
113:15
**run**
21:22 24:8 49:5 64:2
110:13
**Running**
58:22
**Ruth**
63:1,17,18 64:12,17
65:18,25 115:15,19
115:24 116:4 117:11
117:18 132:19,22
**Ruth's**
117:9

_____
S
_____
**S**
2:1 3:12 4:22 68:5,11
68:21,24 78:22,24
79:1 91:10,13 99:1
**S's**
97:24 98:1
**sackerman@bakerla...**

2:6
**Sala**
80:1,2,22 87:13 122:6
**Sala's**
122:7,8
**sale**
126:24 127:1,2
**saw**
26:2,18 34:3 42:17
105:17
**saying**
107:21,25 108:20
113:6
**says**
52:22 57:16 60:22 61:5
70:10 73:19 77:18
78:7,11 80:8,9 82:5
87:15 88:15 94:9,21
98:25 123:4,5 124:22
125:12,13
**Scientific**
72:23 73:11,20 84:7,15
**scope**
115:11
**seal**
135:19
**Sean**
18:22
**second**
5:18 13:16 14:10 32:15
49:13 81:17 98:21
124:20
**securities**
1:4,8 5:6 6:4,14 51:18
55:9 56:3 106:1,5
112:22 113:15 124:6
124:7,12 126:24
127:1
**Security**
78:16 99:1
**see**
19:23 26:24 30:11 41:4
41:6,25 42:1,3,6,15

SIPC v BLMIS                                          Jackson 5/23/2016
CONFIDENTIAL

41:6,25 42:1,3,6,15
47:24 48:1,4 60:23
72:24 75:20 85:12
86:3,24 87:18 88:11
89:8,12 90:10 93:4,21
95:3 108:21 116:25
117:7,25 118:2,5
119:12 121:24 122:1
124:19,19 125:11
131:14,21
**seeing**
27:3 71:5
**seeking**
113:11
**seen**
51:19 86:23 88:25 89:1
89:3,6 93:14 94:18
99:25 100:17 103:1
122:14
**selected**
31:3
**sell**
17:9
**selling**
17:13
**send**
26:15 39:6,8,9,15,21
42:15,20 43:4,5,20,20
43:24 44:3,19,22 45:2
45:8 47:3 54:7 63:12
64:15 68:5,12,17,19
68:22 79:11,14,16,17
80:18 81:19 91:4,6,11
96:10 97:19,20,24
101:2,4,7,10,14
103:16 107:7,25
110:20 114:4,5
129:16,21 130:3,14
131:16,24
**sending**
21:15 109:1 126:18
130:7
**sense**

33:8
**sent**
10:11 20:10,24 22:23
28:13 37:12,13,15
38:9 39:10 41:25 42:1
43:25 44:23 45:4 47:3
47:18 54:9 55:20
57:12 58:12,16 64:21
65:13 79:20 82:1
86:13 89:23 90:1,17
95:15 107:8,10,14,23
108:6,10,12,19
116:20 123:1 127:16
130:8
**sentence**
59:11 61:5 81:16
**sentences**
54:21
**separated**
49:12
**September**
86:1,4 88:11
**series**
60:21
**set**
12:19,22 23:24 24:4,15
25:11,12,13,18 26:12
26:13,17 34:8 36:10
36:20 39:24 54:16
57:11 92:3 96:10
107:8 122:15 125:20
126:6 129:14,20
130:1,3 136:14
**setting**
5:22 12:17 106:25
125:7
**setup**
105:24 125:5
**shake**
6:21
**Sharda**
18:21 121:10
**share**

126:11
**shares**
124:8 125:13,17
**sheet**
54:24 55:2,5,6,8,10,11
55:15,16,18,22,22,23
55:25 56:3,6,13,16
57:4,7 134:1
**sheets**
59:22
**shocked**
104:20
**short**
69:9,12 78:11,13 98:25
**show**
30:14 60:8 66:5 69:24
72:4 74:7 75:11
**showed**
122:4
**showing**
74:6
**sic**
69:6
**side**
58:23 60:22 92:5
**signatory**
70:19,21
**signature**
74:18,20 135:4
**signed**
5:15
**similar**
26:4 39:11 55:18 104:2
**Simone**
18:13 19:9,10,13 46:7
66:2
**simply**
43:10
**SIPA**
1:6 2:7
**SIPC**
4:8
**sit**

105:19 108:16
**skip**
100:19
**small**
52:14
**Social**
78:16 99:1
**Sofie**
97:6 98:21
**sold**
17:16
**solely**
53:17
**somebody**
130:18
**someone's**
60:11
**sorry**
18:17 29:10 44:8 51:24
55:7,24 57:24 61:1,3
70:5 79:23 89:4 96:22
100:7,25 105:5
**sort**
14:12 16:5 29:24 48:23
51:1 68:2
**South**
33:7
**SOUTHERN**
1:1
**speak**
38:1 109:1 121:4,8
128:17
**speaking**
113:24 132:5
**specialist**
4:2
**specific**
50:18 130:13 132:24
**specifically**
21:18 63:22
**split-strike**
126:3
**spoke**

SIPC v BLMIS                                    Jackson 5/23/2016
CONFIDENTIAL

43:16
**spoken**
26:1 108:24,24 121:7
121:10
**spot**
76:23
**staff**
18:16,18,19,25 19:20
19:22 22:3 23:16,20
26:19 100:13 110:17
**stamp**
110:11,14
**stand**
120:22
**standing**
25:7,10
**stands**
32:20 92:8
**stapled**
49:7
**Staples**
86:8,12 88:16
**started**
10:17,21,22 13:23
53:17 66:13 80:25
**state**
43:2 124:9 135:7,23
**stated**
98:9
**statement**
3:17 48:21 72:11,13
73:11,14,19 75:16
76:3,7 83:25 84:10
85:8,19,23 86:4 87:23
92:22 94:1,9 106:23
106:24 117:24 118:5
118:21 127:25 128:8
128:11
**statements**
27:24 38:12 47:24 48:5
49:2,4,5,16,20 63:17
65:21 72:18 76:18
84:23 115:17 118:5

119:10 127:10,11
**states**
1:1,20 72:23 76:7
136:4
**status**
80:19
**stay**
65:10,12
**steno**
46:2,19,23 52:14
**stenographically**
136:12
**stenography**
45:21
**Stephanie**
2:5 4:14 5:7
**stock**
16:10 33:7 42:9,10,11
50:12,23 58:17 124:8
125:2 127:2
**stocks**
16:13,16,25 17:3,9,13
17:18 50:11
**stole**
123:9
**stop**
13:25 20:14 44:8 116:2
**stopped**
116:6
**stor**
65:9
**storage**
65:10,14
**stored**
61:12 62:7 64:15 65:7
**straight**
13:14
**strategies**
35:9
**strategy**
126:3,11,16
**street**
10:16 127:20

**stuff**
10:12,14 15:12 67:17
126:11
**sub**
124:22
**sub-**
28:1
**sub-accounts**
14:12,22
**subject**
8:13
**subordinated**
125:1,16
**subscribed**
135:15
**subset**
30:25
**Substantially**
1:7
**Substantively**
2:7
**suggest**
91:20
**supervise**
18:8 20:6,13
**supervisor**
15:8
**supervisors**
13:17 18:6
**supposed**
107:4 112:7
**sure**
13:7,9 21:22 33:18
34:1,2 40:17 42:17
43:15 49:20 54:8
59:16 63:21 64:7
102:11,16 128:5,5
**surprise**
113:14
**swear**
4:19
**switch**
131:16,25

**switching**
131:24
**sworn**
4:22 136:8
**system**
24:3 25:19 26:14,17
27:8 28:21 40:21,24
41:1,2,14 42:14 43:8
46:16 57:11 102:1
103:23 104:4,5 107:8
**Systems**
136:23

---

**T**

**T**
3:12
**take**
7:12,15 25:14 30:16
51:8 57:13 58:20
60:18 67:7 76:23 77:6
82:21 88:3 92:17
93:11 102:15 110:2
110:18 111:9 123:16
124:16,21
**taken**
4:6 5:23 8:8,25 44:14
46:10 57:21 77:1
95:22 102:20 105:9
119:21 128:19 136:12
**talk**
6:25 31:4 50:3
**tape**
76:15
**task**
17:23
**tasks**
17:21
**technically**
49:17 67:12 106:24
**tell**
5:21 34:10 43:14 50:7
50:10 51:14 54:24
68:16 71:15 79:10
82:22 91:3 97:18

SIPC v BLMIS                              Jackson 5/23/2016
CONFIDENTIAL

101:8 113:10 114:2
118:8
**term**
34:11 39:6 126:2
**terminated**
20:18
**terminology**
34:17 124:15
**testified**
9:2 66:9 87:25 103:19
119:15,16,16 120:15
129:13
**testify**
136:8
**testimony**
5:25 8:16,24 136:12
**text**
80:7
**thank**
5:17 9:8 15:6 20:19
34:8 59:20 65:15
69:23 80:11 81:19
90:21 92:16 93:10
99:13 104:17 129:8
133:18
**theory**
123:8
**thereto**
6:2
**Thermo**
125:12
**thing**
17:5 19:17 112:14
126:13
**things**
116:8
**think**
8:22 9:20,20 11:6,6,8
13:1 15:3,4 18:21
63:2 72:2 76:22 88:7
108:15 111:12 119:22
120:13 122:7 126:12
128:7 133:6

**Third**
10:19
**thought**
105:25 106:4
**thousand**
108:18
**three**
20:5 49:11 52:8 54:20
63:10 68:3 98:1
**three-part**
116:21
**Tiletnick**
70:22 74:22
**time**
4:7 12:2 16:21,23
26:11 28:23 34:5
37:24 43:25 44:12,15
57:10 64:14 65:1,4
66:3,12 76:24 77:2
88:3 89:22 92:10
94:17 96:22 102:18
102:21 104:22 105:11
108:16,22 115:20,23
124:9 131:14 132:11
133:20 136:13
**times**
50:7 56:10 108:22
110:23 111:1 118:7
118:10
**title**
9:23 36:11 97:14 98:19
**titled**
93:13 99:24
**today**
5:7 6:1,10 7:19 8:3,6
80:11 111:4,13,14
112:8 114:13
**told**
53:1
**top**
33:24 49:12 52:5 63:11
70:15 71:20,24 77:19
94:20

**town**
132:7
**track**
10:10
**tracked**
28:15
**tracking**
28:25
**trade**
42:1 48:1 103:2,4
**traded**
16:5
**trades**
42:5,8 125:8
**trading**
10:12 15:16,24,25 35:8
73:25 125:21,22,24
126:6,11,16
**trail**
43:13
**transaction**
44:7 47:19 56:25 58:7
60:23 75:22 76:11
85:12 86:3 87:3,11
93:4,13,21
**transactions**
58:4 76:17 84:22 86:21
87:7 106:10
**transcribe**
6:24
**transcript**
136:11
**trial**
8:1,20 120:16
**tried**
127:17
**triggered**
54:11
**true**
105:14 106:12 108:5
108:12 109:12,20
111:18 112:14,25
113:12,16 114:1

123:10 135:4 136:11
**truly**
80:11 81:21
**trust**
100:22 106:23 107:2
**trusted**
111:18
**Trustee**
2:6 3:14,16,17,20 4:13
4:15 5:5 30:15 51:9
58:21 60:2,6,8 66:6
69:24 70:12 72:5,7
73:6 74:8 75:12,14
76:4,8 77:7 82:18,19
83:16,18,21 84:3
85:22 86:11,20 88:10
88:15,19 89:5,7 90:11
90:22 92:18,21 94:2
96:21,25 97:4 100:2
100:19 106:15 119:21
123:4 124:16 133:5
133:11
**Trustee's**
119:22
**truth**
136:8,9,9
**truthfully**
8:3
**try**
29:23 50:14 104:15
**trying**
63:1
**turn**
31:8 33:12 57:14 70:23
75:3 85:21 91:2
**Turning**
88:10
**twice**
119:16
**two**
20:5 23:5 32:5 33:3,4
65:12 71:19
**two-minute**

SIPC v BLMIS                                      Jackson 5/23/2016
CONFIDENTIAL

102:15
**type**
14:7,22,25 15:14 29:18
51:4 66:8,25 67:3,11
69:3 71:5 80:14,17
82:12 85:18 86:22
94:16 97:15 98:2,11
100:6,9
**types**
15:20 42:5,8 52:9 98:4
**typing**
57:16

**U**

**ultimately**
101:6 105:19,20
**Um-hum**
19:8 30:2 31:10,12
38:16 60:25 61:18
92:6 97:13 124:24
**underneath**
54:19 63:13,13 125:13
**understand**
6:4 7:10,24 17:8 24:5
34:11 35:7 50:14 68:8
73:1 81:23 87:6 94:4
95:20 96:6 108:20
109:11 120:25 124:5
124:11,25
**understanding**
34:19 52:12,23 55:1
57:7,18,23 58:3 89:16
89:19,24 90:3,6 94:8
94:24 95:6,13 96:15
96:19,23 98:3 102:3
123:24 124:4 126:18
126:22
**understood**
24:7
**UNITED**
1:1
**unpack**
45:25
**upstairs**

111:4
**use**
15:22 35:8 106:10
**usually**
26:1 37:6 43:18 128:25

**V**

**v**
1:6
**Vanderwal**
2:4 3:5 4:12,12 5:1,4
30:18,23 44:10,17
59:8 60:14,17 76:22
77:5 79:24 82:16
83:15 88:4 102:14,23
104:12 115:10 122:4
123:18,22 129:9,12
133:16
**verbally**
25:23 26:1 43:15
**verify**
111:6 114:3
**versus**
4:8
**victims**
2:12
**video**
4:2
**videographer**
2:16 4:1,4,18 44:12,15
76:14,24 77:2 102:18
102:21 133:7,9,20
**Videotaped**
1:17
**volume**
16:5

**W**

**W**
4:22
**wait**
55:21
**walkway**
37:5

**Walter**
70:22 74:22
**want**
15:4 26:14,16 38:8
43:2 81:25 102:16
110:4 113:6,7
**wanted**
25:16 26:3 27:13 28:5
39:9,19 43:14 50:8
82:1 113:1 129:25
130:2
**wasn't**
118:11,15 126:23
128:18
**way**
105:17 107:22 123:9
123:11,25
**ways**
5:20
**We'll**
13:15
**we're**
57:14 59:19 85:2 90:20
99:13 102:15 115:10
133:21
**we've**
84:2,13 94:25 106:13
**week**
9:6 20:4 56:19
**weekly**
130:15
**weeks**
20:5
**welcome**
59:21 133:19
**went**
13:9 15:17 17:7 42:2
49:20 55:23 63:11
64:2 65:24 87:5 109:7
111:21
**weren't**
38:7 105:23
**Wharton**

18:22
**White**
121:8
**Winifier**
1:17 3:4 4:5,25 134:2
135:2,6 136:7
**Winnie**
56:16
**Winnie's**
61:6
**wire**
44:6,7 47:19,19 55:21
**wires**
47:17,18 53:21
**withdraw**
20:21 94:1
**withdrawal**
5:24 23:24 24:6,16
25:7,10 26:9,21,22
29:19,21 30:7,7 32:21
32:23 34:11 39:14
40:2 55:14 56:16 58:4
58:7 71:9,9 73:4
75:21 76:17 84:22
86:5 90:7 109:12
110:5
**withdrawals**
6:1 26:4 32:19,19
34:21 57:3,5,10 74:4
89:14 90:4,8 95:21
96:13,14 113:7
123:16 126:19
**withdrawn**
21:3,7 25:17 58:1
89:14 90:11 94:5 96:6
96:9 123:5
**witness**
3:2 4:20,25 32:4 44:8
51:13,25 104:14,17
120:22 133:19 134:2
**word**
69:1,11 78:7 111:10,13
**wording**

SIPC v BLMIS                                    Jackson 5/23/2016
CONFIDENTIAL

Page 158

**15:22**
**words**
63:25 64:25 69:3 98:2
98:11 123:3
**work**
6:10 10:1,20 11:15
12:6,20 15:10 18:10
20:7 31:19 39:5 41:3
49:19 71:4 72:18 80:3
80:14,24 81:1,3 102:6
102:9 122:9 128:4
**worked**
10:22 17:13 18:7,12,13
18:16 81:13 87:7 92:9
102:12 105:11 115:20
115:23 121:2 122:12
122:13
**working**
9:18 10:17 17:2 20:14
50:6 81:1,22 104:22
127:7
**worth**
111:13
**wouldn't**
20:12 65:9,13 108:21
114:12 117:3 118:25
119:6,14 123:11
125:8 130:14
**WR**
98:23
**write**
17:25 22:14 23:7,8
52:16 55:11 56:7,10
56:16,22 57:9 64:3,9
65:3 67:16
**writing**
25:23,25 26:2,7 28:10
32:1 38:17 98:18
107:24 109:14,15
113:11,21 129:24,25
**written**
29:3 43:24 67:18 69:8
78:4,17 79:1 80:1

98:24 103:10
**wrote**
91:23 107:7 112:2,4
**Wyckoff**
9:17

---
**X**

**x**
1:3,10,14 3:1,12
**XI00836**
136:24

---
**Y**

**yeah**
13:24 14:1 19:2,2 23:8
24:14 28:21 32:7
40:16 42:12 46:6 53:5
54:3 55:4,20 57:20
63:3 69:22 122:1,8
129:3
**year**
11:2 65:12
**years**
65:13 121:2,10
**yellow**
55:21,23 62:15 64:9,9
**York**
1:1,20,22,22 2:4,4,11
2:11 4:6,7 136:5

---
**Z**

**Zero**
96:1
**Zimmeth**
77:12 78:11,13 80:12
81:21 83:2 84:19,25
85:8,23 86:14,17
87:16,19 88:12 89:10
90:18

---
**0**

**01239797**
60:5
**08-01789(SMB)**

1:5
**09**
40:25

---
**1**

**1**
14:18 69:3 91:17 98:2
98:4,10,18
**1-0009-1**
85:24
**1-B0022**
92:24
**1-B0022-1**
93:19
**1-Z0009**
84:2 85:10
**1-Z0009-1**
83:11
**1,331.75**
74:16 75:22
**1:22**
133:21
**10:30**
1:23 4:7
**100**
33:18 34:2 40:17 42:17
43:15 59:16 102:11
**100,000**
95:19
**100215**
99:6,8
**10022**
2:11
**100325**
69:18,21
**10111**
2:4
**102608**
79:4,7
**104**
3:6
**104,014.84**
95:11
**11:10**

44:12
**11:20**
44:15
**11:59**
76:25
**12**
69:13 78:13
**12/31/92**
88:21 94:15
**12:14**
77:2
**12:43**
102:19
**12:48**
102:22
**13358**
5:24
**141.50**
83:9 84:7,9
**14th**
85:16
**15**
8:24
**16,858.40**
96:14
**1651**
31:9 32:5,10
**1655**
33:13
**16th**
93:5,22
**17**
3:14 40:25 51:18,22
**173.92**
86:5 88:12
**17th**
11:13,14 19:24,25
21:14
**18th**
10:23
**1986**
9:20,21
**1992**

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                              Jackson 5/23/2016

CONFIDENTIAL

85:16 86:1 93:2
**1995**
51:19
**1998**
74:15 75:18,21 76:3,12
81:7
**1999**
70:5 72:15 73:11,14
83:6 84:6
**1B0022**
94:22 95:1 96:17
**1B0023**
97:8
**1B0156**
90:25 99:18
**1C1001**
100:22
**1C1047**
66:16 68:17 75:1
**1Z0009**
77:13
**1Z0009-1**
89:9
**1Z0091**
87:15

**2**

**2**
14:18 52:21 77:3 98:4
98:10 104:16 127:6
**2,627.74**
93:5
**2,688.50**
70:6 72:22 73:5
**2000**
8:21 115:24 116:3,6
**2008**
20:17 115:24
**2009**
8:12,24 20:16,17,17
119:19 133:5,6
**2014**
8:21,24
**2015**

8:22
**2016**
1:22 4:4 65:4 136:25
**21**
5:19 6:7
**22**
3:20 30:16
**22nd**
86:4 88:11
**23**
1:22 3:20 66:7,8 70:13
**2300**
69:6
**2330**
66:20
**23rd**
4:4
**24**
3:20 69:25 73:7,16
136:25
**25**
3:20 72:5,7
**25th**
74:15 75:21
**2627.74**
93:23
**27**
3:20 75:12,14
**28**
3:20 74:8,9 76:4,8

**3**

**3**
5:22 14:18 15:1,2 98:4
98:10
**3,000-page**
31:1
**30th**
75:18 76:3,11 86:1
93:2
**31**
3:20 77:8
**31st**
72:15 73:11,14

**32**
3:20 85:5,7 86:12
87:23
**33**
3:20 85:5,22 86:13
88:15
**34**
3:20 85:5 86:20 87:15
88:10 89:5
**35**
3:20 79:23 85:5 88:19
89:8 90:12
**3550**
77:16
**3562**
81:5
**3566**
79:22,24,25
**36**
3:20 90:23
**38**
3:20 92:19,19,21 94:2
**39**
3:21 94:14 96:21 97:1
122:18 123:4
**3rd**
81:7

**4**

**4**
14:19 15:2 91:18 98:4
98:11
**40**
3:21 92:19 93:12
**400**
102:1,7,10
**41**
3:21 92:19 124:16
**4126**
99:21
**42**
3:21 97:4 100:3 111:23
**44**
3:21 99:16

**45**
1:21 2:3 28:4
**46**
3:21 100:20 106:15
**465**
2:10
**49**
3:21 51:9 57:15 58:21

**5**

**5**
98:4,11
**5-0**
15:4
**5,129**
3:5
**50**
3:14 60:3,6,8 91:18
127:20
**505**
127:20
**51**
3:16 82:18,19,22 84:3
84:14,18
**52**
3:17 83:16,18,21
**53rd**
10:19
**5th**
70:5 72:21 83:6 84:6

**6**

**6**
98:4,11
**60**
3:15
**6357**
101:2
**64,023**
123:5
**6545**
51:15 52:3,21
**6547**
51:16 58:21 59:8

SIPC v BLMIS                           Jackson 5/23/2016

CONFIDENTIAL

| **7** |
| --- |
| **7** |
| 32:6 |
| **7-0** |
| 15:2 |
| **7/6/98** |
| 82:5 |
| **7120** |
| 70:24 |

| **8** |
| --- |
| **8/14** |
| 87:20 |
| **80s** |
| 11:4 |
| **82** |
| 3:16 |
| **83** |
| 3:18 |
| **8419** |
| 91:3 |
| **8423** |
| 97:12 111:24 |
| **86357** |
| 106:16 |

| **9** |
| --- |
| **9/5/84** |
| 101:13 |
| **90.50** |
| 85:13 87:20 |
| **90s** |
| 11:5,6,7,9,10 |
| **9120** |
| 75:5 |
| **922** |
| 90:15 |
| **922.08** |
| 90:15 |
| **9732** |
| 60:10,19 |