# EXHIBIT 4

SIPC v BLMIS                                    Khan 5/25/2016

**CONFIDENTIAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                          Adv.Pro.No.
                                      08-01789(SMB)

            Plaintiff,

                                      SIPA Liquidation

      v.
                                      (Substantially
BERNARD L. MADOFF INVESTMENT           Consolidated)
SECURITIES, LLC,

            Defendant.                CONFIDENTIAL

------------------------------x

In Re:

BERNARD L. MADOFF,

            Debtor.

------------------------------x

      Videotaped Deposition of DOROTHY KHAN, as
reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the office
of BAKER HOSTETLER, 45 Rockefeller Plaza, New
York, New York, on Wednesday, May 25, 2016,
commencing at 2 p.m.

SIPC v BLMIS                                      Khan 5/25/2016

## CONFIDENTIAL

---

Page 2

1
2   A P P E A R A N C E S :
3   BAKER HOSTETLER, LLP
    45 Rockefeller Plaza
4   New York, New York  10111
5   BY:  AMANDA FEIN, ESQ.
        afein@bakerlaw.com
6       AMY E. VANDERWAL, ESQ.
        avanderwal@bakerlaw.com
7       STEPHANIE A. ACKERMAN, ESQ.
        sackerman@bakerlaw.com
8   For Irving H. Picard, Trustee for
    the Substantively Consolidated SIPA
9   Liquidation of BLMIS and the Estate
    of Bernard L. Madoff
10
11  BAKER & McKENZIE
    815 Connecticut Avenue, NW
12  Washington DC  20006-4078
    BY:  RICHARD A. KIRBY  ESQ.
13      richard.kirby@bakermckenzie.com
    For Drs. Norman and Joel Blum and
14  The Estate of Doris Pearlman
15
16  ALSO PRESENT:
17      JOHN EDMUNDS, Videographer
18
19
20
21
22
23
24
25

---

Page 3

1
2            I N D E X
3   WITNESS                         PAGE
4   DOROTHY KHAN
5     Examination by Ms. Fein.................5,120
6         by Mr. Kirby...................96
7
8
9
10           E X H I B I T S
11  IDENT.     DESCRIPTION         PAGE
12
13  Trustee 53  Documents MDPTFF00000695-721
                and MDPTTT00002748..............44
14  Trustee 54  House 17 Work Logs 1993/1994,
                MADTSS00998228-270..............48
15
16  Trustee 55  Handwritten Logs - 1995,
                MADTSS00998813-8947..............48
17  Trustee 56  Handwritten Logs,
                MADTSS00997530-7643..............48
18
19  Trustee 57  Folder w/Name/Address File
                Maintenance, MADTBB03079122-156..72
20  Trustee 58  Statement, MF00110762............81
21
22          (Previously marked Trustee Exhibits
23  21, 22, 23, 24, 30, 36, 39, 40, 42, 44 and 49
    were also referred to and are attached hereto.
24
25

---

Page 4

1           THE VIDEOGRAPHER:  Good morning,
2   we are now on the record.  The date today is May
3   25th, 2016 and the time is approximately 2 p.m.
4   My name is John Edmunds, the video technician in
5   association with Bendish Reporting.
6           This deposition is being held at
7   the office of Baker & Hostetler located at 45
8   Rockefeller Plaza, New York, New York.  The
9   caption of this case is SIPC versus BLMIS.  This
10  case is filed in the New York State Bankruptcy
11  Court, Southern District of New York, Adversary
12  Proceeding No. 08-01789(SMB).  The name of the
13  witness is Dorothy Khan.
14          At this time the attorneys present
15  will identify themselves and the parties they
16  represent and then the court reporter, Nancy
17  Bendish, will swear in the witness.
18          MS. FEIN:  Amanda Fein, Baker
19  Hostetler, counsel for the Trustee.
20          MS. VANDERWAL:  Amy Vanderwal,
21  Baker Hostetler, counsel for the Trustee.
22          MS. ACKERMAN:  Stephanie Ackerman,
23  Baker Hostetler, counsel for the Trustee.
24          MR. KIRBY:  Richard Kirby of Baker
25  & McKenzie, counsel for Drs. Joel and Norman

---

Page 5

1   Blum and the estate of Doris Pearlman.
2
3   D O R O T H Y   K H A N,  sworn.
4           THE REPORTER:  Please state your
5   full name for the record.
6           THE WITNESS:  My name is Dorothy
7   Khan.
8   EXAMINATION BY MS. FEIN:
9     Q.    Good afternoon.  My name is Amanda
10  Fein and I'm here with Amy Vanderwal and
11  Stephanie Ackerman.  We represent the Trustee in
12  the matter of the Security Investors Protection
13  Corporation versus BLMIS, a bankruptcy
14  proceeding in the Southern District of New York
15  Bankruptcy Court.
16          There is a Litigation Protective
17  Order that governs this case.  The purpose of
18  the order is to protect the confidentiality of
19  certain documents and evidence in this case.  I
20  provided you with a copy of this order before we
21  began today.  Can you confirm that you signed
22  that order?
23    A.    I did.
24    Q.    Thank you.
25          There is another order in this

---

## BENDISH REPORTING
## 877.404.2193

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

3 (Pages 6 to 9)

---

Page 6

1  case pertaining to today's deposition. It is
2  previously marked Exhibit 21. I'd like to show
3  it to you.
4          Under paragraph 3 of this order,
5  which is the order setting certain limitations
6  on depositions taken on the profit withdrawal
7  issue, I'm required to tell you that your
8  testimony today must be limited to issues
9  related to profit withdrawal transactions in
10  accounts at Bernard L. Madoff Investment
11  Securities, LLC. Do you understand that?
12      A.    I do.
13          MR. KIRBY: Counsel, do you have a
14  copy of that?
15          MS. FEIN: I do.
16      Q.    Ms. Khan, have you ever been
17  deposed before?
18      A.    What is deposed?
19      Q.    Have you ever participated in a
20  deposition like this where your words were
21  transcribed and you were videotaped?
22      A.    I don't think so. I mean, I
23  talked to the FBI but I don't think I was
24  recorded in any way.
25      Q.    When did you speak to the FBI?

---

Page 7

1      A.    I really don't remember. Maybe
2  shortly after. I don't remember. I don't.
3      Q.    Was it after you stopped working
4  at BLMIS?
5      A.    Yes.
6      Q.    Was it shortly after you stopped
7  working there?
8      A.    I don't remember.
9      Q.    Okay.
10      A.    The attorney we had at the time,
11  David Wikstrom, he, I guess he would know if you
12  contact him, but I don't remember day, year,
13  month.
14      Q.    So let me begin by just going over
15  what today will be like. I will be asking
16  questions and Nancy will be recording those
17  questions and your answers to them.
18          Throughout the deposition I will
19  probably -- I'll mostly be referring to Bernard
20  L. Madoff Investment Securities as BLMIS. Do
21  you understand that?
22      A.    I do.
23      Q.    And because our words are being
24  transcribed, it's helpful if you answer with an
25  affirmative yes or no or a verbal answer, since

---

Page 8

1  the court reporter cannot take down a head shake
2  or a nod of the head. Do you understand?
3      A.    Yes.
4      Q.    In order to make sure that our
5  words are accurately transcribed, I will try to
6  wait until you answer to start asking a question
7  and if you can wait until I finish asking a
8  question until you start to answer, that will be
9  helpful.
10      A.    Okay.
11      Q.    If you need a break at any time,
12  just let me know and that can easily be
13  arranged. The only question I ask of you is if
14  you can please wait until answering a question
15  pending before a break. That would be helpful.
16      A.    Okay.
17      Q.    Is that okay?
18      A.    Okay.
19      Q.    Thank you.
20          Are you taking any medications
21  today that would affect your ability to answer
22  the questions I ask truthfully?
23      A.    No.
24      Q.    Do you understand that you are
25  under oath today the same as you would be at a

---

Page 9

1  trial?
2      A.    I do.
3      Q.    Did you attend high school?
4      A.    I was not educated here.
5      Q.    What is your educational history?
6      A.    So, my highest grade -- well, my
7  country is different, so my highest grade was
8  grade 12, which is where you cut off, and I did
9  not go to college, but I did go to business
10  school over here.
11      Q.    Where are you from?
12      A.    Trinidad.
13      Q.    Where did you attend business
14  school?
15      A.    In Queens.
16      Q.    Did you receive a degree or
17  certificate?
18      A.    I did, certificate.
19      Q.    What was your certificate for?
20      A.    Like computer science. Data entry
21  with word processing. Been a while, I forgot
22  the whole...
23      Q.    And what was the name of your
24  school?
25      A.    It was SCS Business, but they are

---

SIPC v BLMIS                                        Khan 5/25/2016

CONFIDENTIAL

## Page 10

1  out of business now. They don't exist anymore.
2      Q.    How long did you attend?
3      A.    It was a nine-month course.
4      Q.    When did you finish that program?
5      A.    1987, I believe.
6      Q.    What is your current employment?
7      A.    I do retail, I'm retail right now.
8      Q.    Where do you work?
9      A.    I work at Marshalls, Manhasset,
10  Long Island.
11      Q.    When did you begin working at
12  BLMIS?
13      A.    Might have been 1996. I was there
14  for 16 years, so whatever made until 2008. I
15  have to calculate back on my fingers or
16  whatever, but it's 16 years. 1996 I'm thinking.
17      Q.    So from 2008, 16 years might be
18  1992? Does that sound right?
19      A.    My head, I can't, you know, count
20  back right now, but I was there for 16 years.
21      Q.    Thank you. What was your title
22  there?
23      A.    Data entry operator.
24      Q.    Did you work on the 17th floor?
25      A.    I did.

## Page 11

1      Q.    Did the employees that worked on
2  the 17th floor handle BLMIS customer accounts?
3      A.    Yes.
4      Q.    What hours did you work?
5      A.    2 to -- 2 until 9, 10, depend on
6  how late the work went.
7      Q.    So 9 or 10 in the evening?
8      A.    Yes.
9      Q.    What were your job
10  responsibilities?
11      A.    Okay. So, everything I did was
12  data entry, so I, you know, I input stuff and I
13  would print. So that was mainly my function,
14  data entry.
15      Q.    Did you input information on
16  specific BLMIS customers?
17      A.    Yes.
18      Q.    Did you update customer files?
19      A.    Yes.
20      Q.    Did you assist with updating
21  transactions in customer accounts?
22      A.    Yes.
23      Q.    Did you handle customer
24  correspondence?
25      A.    No.

## Page 12

1      Q.    Was your work mainly with the
2  BLMIS computer system?
3      A.    Yes.
4      Q.    Did you enter data anywhere other
5  than the computer system?
6      A.    No.
7      Q.    In your data entry, did you enter
8  information about specific trades?
9      A.    Yes.
10      Q.    Did you enter information about
11  customer deposits?
12      A.    Could you repeat.
13      Q.    Did you enter information about
14  customer deposits?
15      A.    Deposits, yes.
16      Q.    Did you enter information about
17  customer withdrawals?
18      A.    Yes.
19      Q.    Did you enter information about
20  checks made out to customers?
21      A.    Yes.
22      Q.    Did you run reports on the
23  computer system?
24      A.    Yes.
25      Q.    What kinds of reports?

## Page 13

1      A.    So everything was based on trades,
2  and then the trades were, I guess -- and there
3  were checks also. So pretty much trades and
4  checks, and some advice comps, whatever that
5  was. I don't know. Basically was three set of
6  things I did, the comps, the checks and
7  advice -- I guess at the end of the month, the
8  statements.
9      Q.    Statements were at the end of the
10  month?
11      A.    Yes.
12      Q.    When you say you worked on comps,
13  can you describe those?
14      A.    That's a trade sheet, that's what
15  we call a comp, a trade sheet. Whatever
16  transaction went through, you know, you get in
17  the form of a trade comp.
18      Q.    What did the trade sheet look
19  like? What information was located on it?
20      A.    Whether they were buying or
21  selling and the price and the stock. Stuff like
22  that.
23      Q.    Who gave you those trade sheets?
24      A.    It could have been Annette, Frank,
25  Jodi.

SIPC v BLMIS                                          Khan 5/25/2016

CONFIDENTIAL

---

Page 14

1       Q.      You mentioned that you also worked
2  on checks?
3       A.      Yes.
4       Q.      Who gave you the information to
5  work on checks?
6       A.      Could have been Annette, could
7  have been Jodi, could have been Frank, may have
8  been Winnie, may have been Simone.
9       Q.      Anyone else?
10      A.      Could have been Eric, could have
11  been Erin.
12      Q.      You mentioned that you worked on
13  updating customer information, right?
14      A.      Yes.
15      Q.      Who gave you the data to enter for
16  customer information?
17      A.      Any one of those names I just
18  called, Frank, Jodi, Erin, Annette.
19      Q.      Would Eric give you that
20  information also?
21      A.      Yes.
22      Q.      Would Winnie give you that
23  information as well?
24      A.      I don't remember, but it could be
25  like updating a customer's change of address or

---

Page 15

1  any little detail.  So, I don't recall Winnie
2  giving me that.
3       Q.      Do you recall if someone named
4  Jo Ann Sala ever gave you information to enter
5  into the computer system?
6       A.      Yes.
7          MR. KIRBY:  Is that a yes?
8       A.      Yes.  It's been a while, because
9  she left the company a long time ago.  So it's
10  way back in my head 16 years.  16 and nine, I
11  don't know how many -- I don't know how much I
12  can think back.
13      Q.      Do you remember around when she
14  left?
15      A.      No, but it's been a long time.
16      Q.      You mentioned that you input
17  information for customer statements, right?
18      A.      Well, did I -- the statements were
19  generated monthly.  Every transaction, they
20  produced the statement, that's how it went.  So
21  I may not have entered it.  I think it got
22  generated automatically.
23      Q.      Did you supervise any employees
24  when you were at BLMIS?
25      A.      No.

---

Page 16

1       Q.      Did you train any new employees
2  that started while you were at BLMIS?
3       A.      I'm sure I did.
4       Q.      Do you remember any of their
5  names?
6       A.      What are the names that I
7  remember.  So many people came and went.  There
8  was one girl named Asha who moved away from New
9  York.  I don't know where she went to.  There
10  was a guy name Martin also, and Dorothy.  So
11  many came and went, I can't remember.
12      Q.      Do you recall working with someone
13  named Alethea?
14      A.      Yes.  We were there together until
15  the end, so her I know.
16      Q.      Do you recall the names of anyone
17  else that you worked with?
18      A.      There were a lot of people at
19  work.  There was Simone, Sharda, Sean.  Who else
20  was there?  I think that's the group that may
21  have been there, our immediate, you know, that I
22  worked with directly.  I could give you the name
23  of the whole company if you want them, the whole
24  company.
25      Q.      Was there anyone else you can

---

Page 17

1  recall that worked on the computer system like
2  you did at the time that you were there, other
3  than the names you've mentioned already?
4       A.      That did what I did?
5       Q.      On the computer system at the same
6  time that you did.
7       A.      There weren't too many people, you
8  know.  So pretty much I think I gave you pretty
9  much all the people that worked at least what I
10  did.
11      Q.      Did you see Bernie Madoff on the
12  17th floor?
13      A.      I did.
14      Q.      About how often would you see
15  Bernie Madoff?
16      A.      Not really, once in a while.
17      Q.      Did Bernie Madoff supervise your
18  work in any way?
19      A.      I don't -- I didn't really have
20  any direct contact with him.
21      Q.      When did you stop working at
22  BLMIS?
23      A.      When the company closed.  January
24  2009, I think.
25      Q.      I'm going to talk a little bit

---

SIPC v BLMIS                                                    Khan 5/25/2016

CONFIDENTIAL

Page 18

1   about the process of generating checks and
2   printing checks. Were BLMIS customers able to
3   withdraw money from their accounts?
4        A.   I'm sure.
5        Q.   Did BLMIS send checks to its
6   customers?
7        A.   Yes.
8        Q.   Did they send checks -- did BLMIS
9   send checks to its customers for amounts
10  withdrawn from BLMIS accounts?
11       A.   That's a tricky one. BLMIS
12  accounts?
13       Q.   If at any time my question doesn't
14  make sense or you need me to rephrase, just ask
15  and I'm happy to.
16            So, were checks generated for
17  customers --
18       A.   Yes.
19       Q.   -- who had BLMIS accounts?
20       A.   Yes.
21       Q.   Who was responsible for working on
22  those checks?
23       A.   Again, I'm going to go back to
24  Frank, Annette, Jodi, Winnie, Simone, Erin,
25  Eric.

Page 19

1        Q.   Did you assist with preparing
2   these checks?
3        A.   I put them in the computer, I
4   printed them.
5        Q.   How did you know when to input
6   checks into the computer?
7        A.   Everything was given to you on a
8   daily basis. It would be handwritten, and
9   picked it up from there.
10       Q.   What information were you given?
11  What did it look like?
12       A.   Just maybe where there was a, how
13  should I say. So we had checks coming in, the
14  customer would send the money, which was a CA, I
15  believe a capital addition. So they would write
16  in the amount, whatever it was, the CA, the PW,
17  profit withdrawal.
18            Excuse me, okay, if I don't -- and
19  they have the name, the amount and that's pretty
20  much it. So you just put in whichever field was
21  the capital addition or the profit withdrawal.
22  And put in the field with the name and print.
23  Generated a check.
24       Q.   When you put this information into
25  the computer system about checks, was that

Page 20

1   referred to as punching checks?
2        A.   Yes.
3        Q.   How often were you punching
4   checks?
5        A.   Every day.
6        Q.   Did anyone else work on punching
7   checks?
8        A.   Alethea did. All the other people
9   had left, which names I don't remember. It was
10  just me and her, really.
11       Q.   After a check was punched, what
12  happened next?
13       A.   Just printed and put in the daily
14  work for the next day for whoever came in to
15  mail them out or whatever they had to do.
16       Q.   What information was printed on
17  the checks?
18       A.   Pretty much the amount of money a
19  customer was getting.
20       Q.   Were the checks typically made out
21  to BLMIS customers?
22       A.   Yes.
23       Q.   Do you recall punching checks that
24  were not made out to BLMIS customers?
25       A.   No.

Page 21

1        Q.   Were some checks printed at the
2   end of a month?
3        A.   Yes.
4        Q.   Were some checks printed
5   quarterly?
6        A.   Yes.
7        Q.   And some checks were printed daily
8   as well, right?
9        A.   Yes, they were the daily checks.
10       Q.   Were the checks reviewed after you
11  printed them?
12            MR. KIRBY: Objection to form.
13       Q.   Did you work on printing the
14  checks?
15       A.   I did.
16       Q.   After you printed the checks, do
17  you know if they were reviewed by anyone else?
18       A.   I think so. Since I was pretty
19  much the night worker, I would do them in the
20  night and put them wherever the work was held
21  for the next day, so I'm sure the morning people
22  when they came they would review or whatever
23  they had to do before they got mailed. When I
24  say whatever, look them over, make sure they
25  were correct, the name, the amount. So, yes.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                        Khan 5/25/2016

CONFIDENTIAL

Page 22

1    Q.    Were checks typically printed at
2    night?
3    A.    Yes.
4    Q.    Were checks typically punched at
5    night as well?
6    A.    Yes.  Well, pretty much, you know,
7    you finish up your day -- at the end of the day
8    when everything would come in, you know, that's
9    when the day was ended, really.
10   Q.    So would you work on punching
11   checks toward the end of the day because you
12   have all the information you needed at that
13   time?
14   A.    Yes.
15   Q.    Would you get information about
16   what checks to punch throughout the day, or at
17   the end of day?
18   A.    End of day.
19   Q.    Were the checks printed along with
20   mailing labels for who would receive them?
21   A.    Yes.
22   Q.    Did you work on printing the
23   mailing labels for checks?
24   A.    Yes.
25   Q.    How did that work?

Page 23

1    A.    How did it work?  I think it got
2    generated automatically.
3    Q.    Did it generate a mailing label
4    when you requested that a check be printed?
5    A.    I don't know how that go, but I'm
6    sure however it was set up, it did get a label,
7    but I can't explain that one.
8    Q.    Do you remember if when you
9    printed the checks the labels printed out at the
10   same time?
11   A.    Yes.
12   Q.    Or at two different times?
13   A.    Same time, yes.
14   Q.    Were the mailing labels made out
15   to BLMIS customers?
16   A.    Yes.
17   Q.    Did the name on the mailing label
18   match the name on the customer check?
19   A.    Yes.
20   Q.    Do you know who was responsible
21   for mailing the checks out of BLMIS?
22   A.    Yes.  So we had Sean, had a girl
23   named Sharda, those two work in the mailroom.
24   Q.    What was the first name that you
25   said?

Page 24

1    A.    Sean.
2    MR. KIRBY: John?
3    THE WITNESS:  Sean.
4    Q.    How were the checks given to Sean
5    and Sharda?
6    A.    Winnie and Simone, I guess they
7    worked on it during the day and they would give
8    it to them and they were the mailroom people.
9    Q.    When you say Winnie and Simone
10   worked on it during the day, do you mean they
11   worked on mailing the checks?
12   A.    Maybe verifying the amount is
13   correct, going to the correct people and just
14   whatever they did on their part and then they
15   would give it to the mailroom people, who were
16   Sean and Sharda.
17   Q.    So when your role in printing the
18   checks was done, did you provide that
19   information to Simone and Winnie?
20   A.    Yes, I put it -- they had a
21   cabinet they would keep all the work for the
22   morning.  Remember, I was an evening person, so
23   whatever happened in morning till then, I wasn't
24   there to see what was going on.  But the work
25   was prepared so they could get it ready for the

Page 25

1    morning.
2    Q.    Where was the cabinet located?
3    A.    In one of the offices.
4    Q.    Was it in the same area that you
5    worked in?
6    A.    Not in my -- no.  Everybody had
7    their work area, but no.
8    Q.    Was your work area near the
9    computer system?
10   A.    At one time it used to be, then
11   they changed the whole office.
12   Q.    Who else was directly around you
13   in your work area?
14   A.    There were two other girls, Maggie
15   and Charlene, but they had like a different
16   department, so...
17   Q.    Do you know how checks were
18   tracked at BLMIS once they were sent?
19   A.    No.
20   Q.    Did you print any reports about
21   checks that were sent out of BLMIS?
22   A.    Reports, did I print any reports.
23   Ask me that again a different way, did I print
24   any reports.
25   Q.    Was there anything you entered

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                      Khan 5/25/2016

CONFIDENTIAL

Page 26

1 into the computer system or printed out of the
2 computer system related to checks?
3      A.   The checks would generate what is
4 called an advice comparison.  We had the comp
5 which was the trade sheet and then we had one
6 advice comparison that generated when the checks
7 were printed.
8      Q.   What did you do with those sheets?
9      A.   I gave everything to the morning
10 people and they took it from there.
11      Q.   Were there any other documents
12 that were prepared in connection with preparing
13 checks?
14      A.   I don't know.
15      Q.   Did you refer to the computer at
16 BLMIS by any term or name?
17      A.   No.
18      Q.   Or did you --
19           I'd like to show you a document.
20 It's been previously marked as Trustee 49.  The
21 title is "Madoff Investment Securities House 17
22 Manual."  It's rather long, so if you don't mind
23 flipping through it, I'll ask you questions
24 about specific pages and then a couple general
25 questions up front as well.

Page 27

1           So please just let me know when
2 you are ready.
3      A.   I'm ready.  I'm ready when you
4 are.
5      Q.   Thank you.  Do you recognize this
6 document?
7      A.   I recognize stuff that I did.  I
8 mean, some of the procedures, I ran out a list,
9 so...
10      Q.   Did you review a document -- this
11 document in the course of your work at BLMIS?
12      A.   Did I review?
13      Q.   Did you review this document,
14 Exhibit 49, in the course of your work at BLMIS?
15      A.   Did I review?  I'm not sure what
16 review means, so ask me that again.  Did I
17 review?
18      Q.   Did you refer to the
19 information --
20      A.   I did.
21      Q.   -- in Exhibit 49 in your work?
22      A.   I did.
23      Q.   Do you know who prepared the House
24 17 Manual?
25      A.   Could have been people who worked

Page 28

1 and left.  Could have been anybody.  Nobody
2 special.
3      Q.   Did you use the House 17 Manual on
4 a regular basis?
5      A.   Pardon me.  This was done maybe
6 for the new people, you just come and you don't
7 know, but I guess after you understood you
8 didn't need these things anymore.
9      Q.   So the information on Exhibit 49
10 is something that you're familiar with through
11 your work?
12      A.   Yes.
13      Q.   Can you turn to the page MADTSS-
14 00336523.
15           Actually, let's do another one.
16 MADTSS00336545.  So ending in 545.
17      A.   Yes.
18      Q.   Can you take a look at this page
19 and the next page and let me know when you're
20 ready to answer a few questions about it.
21      A.   Yes, ready.
22      Q.   What does this page refer to, if
23 you know?
24      A.   This pretty much just describe
25 whether a check is coming in or going out, which

Page 29

1 is all there were really.  The customers would
2 send the money in, the customers would get
3 money.  So to my knowledge that's all, you know,
4 I know.
5      Q.   Do you see where it says, "check
6 codes," colon, about eight lines down, the words
7 "check codes"?
8      A.   Ah-hah.
9      Q.   The lettered paragraphs after that
10 have letters that are bolded and then a dash and
11 then what looks like a description.
12      A.   Okay.
13      Q.   Do you see that, where it has A,
14 period, PW dash?
15      A.   Yes.
16      Q.   Was that a code that you recalled
17 using when you were punching checks?
18      A.   Yes.
19      Q.   And if you continue down the page,
20 B, period, CW, was that also a code that you
21 used in punching checks?
22      A.   I don't remember this CW.
23      Q.   What was your understanding of PW?
24      A.   Profit withdrawal, I guess a check
25 that went out to the customers.

SIPC v BLMIS                                          Khan 5/25/2016

CONFIDENTIAL

Page 30

1   Q.   Do you have an understanding of
2  what CW meant?
3   A.   No. I don't even remember CW. I
4  don't remember right now, seriously, I don't
5  know what CW is.
6   Q.   Right underneath that are the
7  letters "DT" and it says debit transfer. Do you
8  recall that as a check code as well?
9   A.   DT, no.
10   Q.   And at the bottom, D period and
11  then CA.
12   A.   Yes.
13   Q.   Do you recall that as a check
14  code?
15   A.   Yes.
16   Q.   And what did that mean?
17   A.   Okay, so this one I think is when
18  the customer is sending money in.
19   Q.   Do you see at the top of the page
20  under the heading "Checks"?
21   A.   Yes.
22   Q.   Can you just read that paragraph
23  starting with "There are three books."
24   A.   "There are three books you will
25  punch checks from: Check-in book, small book

Page 31

1  8-1/2 by 5, check-out book, 8-1/2-by-11 book,
2  binder with profit checks for 10 account."
3  Okay, oh, maybe this is where.
4   So, over the years a lot changed.
5  Some departments got closed down, some things
6  got done away with. So maybe this CW was
7  something that -- but I don't remember it, but
8  this 10 I think used to be and didn't exist.
9  But, you know, in 16 years a lot happened and
10  change. But the PW and the CA, those I'm
11  familiar with.
12   Q.   Do you recall that there were
13  books that are described in the paragraph you
14  read with 1 through 3?
15   A.   Yes.
16   Q.   Do you recall a check-in book?
17   A.   Yes.
18   Q.   What does that refer to?
19   A.   A check-in book, that's the check
20  the customer was -- that's the money they would
21  send and they would get logged in with a CA code
22  and you just punch them in.
23   Q.   Do you recall a check-out book?
24   A.   I think it was all the same. It's
25  just one book.

Page 32

1   Q.   So you recall that there was one
2  book with information about checks coming in and
3  checks going out?
4   A.   Like I said, a lot changed over
5  the years. The CA, I remember that one book I
6  worked with, a CA, you know, for the last few
7  years whatever I was there, but all these other
8  things I don't remember them anymore. Because
9  over the years they kind of made stuff automated
10  where you didn't have to actually punch.
11   Q.   Do you remember when you no longer
12  had to physically punch in a check?
13   A.   Do I remember when?
14   Q.   Do you remember when that change
15  occurred where you would not have to punch in a
16  check?
17   A.   No.
18   Q.   It was automated?
19   A.   No, I don't remember.
20   Q.   I'd like to show you what's been
21  marked as Trustee Exhibit 22, and we'll come
22  back to Exhibit 49, but you can put it aside for
23  now, while we take a quick look at this.
24   So this is an excerpt of a
25  document that was over 3,000 pages. These are a

Page 33

1  few of the pages that we wanted to show you and
2  ask you about. So please let me know when you
3  are ready and I'll go ahead.
4   A.   Okay, you can ask. I don't know
5  much about it, but you could ask.
6   Q.   Have you ever seen a document that
7  looked like Exhibit 22 before?
8   A.   I'm sure I've seen stuff looking
9  like this, but this one I don't know what this
10  is.
11   Q.   When you say you've seen stuff
12  looking like this, what do you -- what looks
13  familiar to you?
14   A.   Well, the format, we used to get
15  stuff to punch in, so I'm familiar with this
16  format, but I don't know what this is.
17   Q.   Would you punch in information for
18  checks that looked similar to what you see in
19  Exhibit 22?
20   A.   I'm sure I did over the years, I'm
21  sure I did.
22   Q.   Do you know who would have worked
23  on the information you see in Exhibit 22?
24   A.   If you ask me who worked on this
25  specifically, I tell you who worked on this

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

Page 34

1    specifically. Could have been anybody from
2    Jodi, Winnie, Simone, Jo Ann, Annette.
3        Q.    Do you recognize any of the
4    handwriting on this document?
5        A.    This is like Jodi's handwriting.
6        Q.    So, is that on the first page,
7    HWN00001479?
8        A.    Yes.
9        Q.    Thank you.
10           Can you turn to the page
11    HWN00001651.
12        A.    Yes.
13        Q.    Do you recognize the handwriting
14    on this page?
15        A.    I'm trying to compare it with the
16    first but I can't say if it's the same, so I'm
17    not sure.
18        Q.    Do you see the information that's
19    listed on the left-hand side of the page, the
20    left-most column? And then the information
21    listed beside it, so the two left-most columns
22    on the page?
23        A.    Are we still on 1651?
24        Q.    Yes.
25        A.    Yes.

Page 35

1        Q.    What would you think that
2    information refers to?
3           MR. KIRBY: Objection, calls for
4    speculation. You may answer.
5        Q.    If you know. If you don't know
6    the answer, feel free to say you don't know.
7    But if you know what you think that information
8    refers to, please let me know.
9        A.    Ask me again.
10        Q.    Do you recognize any of the
11    information on page HWN00001651?
12        A.    No, I don't.
13        Q.    Can you turn to page HWN00001655,
14    please. It should be two pages after.
15        A.    Yes.
16        Q.    Do you recognize the handwriting
17    on this document?
18        A.    No, I don't.
19        Q.    Did you use information similar to
20    what you see in Exhibit 22 to punch checks?
21        A.    Can you rephrase. I'm thinking.
22    Did I?
23        Q.    Did you use information similar to
24    what you see in Exhibit 22 to punch checks?
25        A.    I'm sure over the years.

Page 36

1        Q.    What other types of information
2    were you given to punch checks? What did it
3    look like?
4        A.    Pretty much this is the format.
5        Q.    So did it have --
6        A.    It had the customer's name, the
7    account number, whatever the code and the amount
8    of money, which is pretty much here.
9        Q.    Okay. When you say the code, what
10    are you referring to?
11        A.    The code as in the PW or the CA.
12        Q.    When you say the customer's name,
13    can you point to where you see that information
14    on Exhibit 22.
15        A.    I'm seeing names here, Lucky,
16    Rhonda, I think these are people's names,
17    company.
18        Q.    You're referring to the first
19    page --
20        A.    First page.
21        Q.    -- of Exhibit 22, okay.
22           Can you turn back to HWN00001651,
23    please.
24        A.    Okay.
25        Q.    Does the information in the

Page 37

1    left-most column appear to be BLMIS customer
2    names?
3           MR. KIRBY: Objection, calls for
4    speculation.
5        Q.    If you know the answer.
6        A.    I mean, there are names here.
7    Which one are you referring to, the bottom, the
8    left, all?
9        Q.    I'm only referring to the
10    information in the left-most column. So
11    those -- the information listed all the way on
12    the left with the stars next to it is what I'm
13    referring to.
14        A.    I'm sure somewhere along might
15    have -- they look like names, people, company.
16        Q.    If you look over to the middle of
17    the page, do you see where it says "PW" and then
18    underneath it says "CW"?
19        A.    Yes.
20        Q.    Are these the check codes that you
21    were referring to earlier?
22        A.    Okay. So we did mention the CW,
23    which I didn't recall. One of them I didn't
24    recall, I don't know if they did away with it or
25    what. Which one now? There was a CA. CA, that

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                              Khan 5/25/2016

CONFIDENTIAL

Page 38

1    was until the end. CW, one of them I don't
2    remember working with in the end kind of.
3        Like I said, a lot changed, a lot
4    of things, some departments maybe wasn't there
5    anymore. So maybe some of those things were
6    closed down. I don't -- this 10, you know, that
7    10 used to be, but then in the end it wasn't
8    there anymore. So...
9        Q.    Are you referring to the ending --
10       A.    10.
11       Q.    You're referring to the last two
12   digits of BLMIS account numbers?
13       A.    Yes.
14       Q.    So at some point it's your
15   recollection that there were no BLMIS account
16   numbers ending in 10?
17       A.    Yes.
18       Q.    Do you recall around when that
19   happened?
20       A.    I don't.
21       Q.    Do you recall who worked with
22   those accounts ending in 10?
23       A.    No, I don't.
24       Q.    If we can, let's go back to
25   Exhibit 49, which was the House 17 Manual we

Page 39

1    were looking at.
2        If you can turn back to the page
3    we were referring to, it was MADTSS-00336545.
4        A.    Okay.
5        Q.    Do you see at the bottom of the
6    page the second line up from the bottom, it
7    says, "PW - DT - CW"? Do you see that line?
8        A.    Yes.
9        Q.    Can you read what it has next to
10   the arrow pointing at "PW - DT - CW"?
11       A.    "Punch as field plus debits."
12       Q.    What do you understand that means?
13       A.    This was a check, to my knowledge
14   a check going out, customer getting a check.
15       Q.    So is it your understanding that
16   checks going out from BLMIS were considered
17   debits?
18       A.    I guess. The CA or credits coming
19   in. Debits, I guess.
20       Q.    Do you know what "(field +)"
21   means?
22       A.    That's all check going out, that's
23   it. There's two types of checks, one coming in,
24   one going out. CA coming in; PW going out. CW
25   going out. Nothing else.

Page 40

1        Q.    So how did you punch checks coming
2    in differently from checks going out?
3        A.    Checks coming in. I think the CA,
4    where the money is, the credits.
5        Q.    So checks going out were punched
6    in as credits?
7        A.    No. Checks coming in were the
8    credits, with a minus.
9        Q.    So would you use a minus symbol in
10   the computer to indicate that a check was coming
11   in?
12       A.    I don't -- I don't know if I used
13   minus right now. Maybe the CA code create
14   minus. I don't know. Too long to remember all
15   those things.
16       Q.    Is the system described in Exhibit
17   22 -- I'm sorry. Is the system described in
18   Exhibit 49 that we've been looking at the same
19   as the one you were using when you were working
20   at BLMIS in 2008?
21       A.    Pretty much.
22       Q.    Did the system change over time?
23       A.    Things changed. Okay, I'm going
24   to say this is how things changed.
25       It was a small operation, and then

Page 41

1    the company grew, so then they had to, maybe
2    didn't have to do a lot of punching stuff
3    anymore. Some stuff got, like, automated, you
4    know, be generated by the computer system. So,
5    yes, things did get changed over the years.
6        Q.    Can you just go to the second
7    paragraph on the page we've been looking at
8    titled "Checks." Underneath the paragraph that
9    you read earlier.
10       A.    Okay.
11       Q.    Starting with "Jodi." Can you
12   just read that paragraph for me.
13       A.    Starting with "Jodi"?
14       Q.    Yes.
15       A.    "Jodi will give you checks on a
16   daily basis. She will give you an instruction
17   sheet which will tell you what outgoing checks
18   should be punched and the check date."
19       Okay? Check codes.
20       Q.    Is the paragraph you just read
21   consistent with your recollection of punching
22   checks?
23       A.    Yes. Yes. This was just written
24   for like new people who came and you were
25   training them. This is nothing special,

SIPC v BLMIS                                          Khan 5/25/2016

CONFIDENTIAL

Page 42

1  nothing -- just training people how to do the
2  work already.  So there is no big, nothing in
3  this.  Seriously.  There is no secret, no
4  nothing in here.  Just training people how to do
5  the work.
6       Q.    So the information you see here
7  are things that you would know how to do every
8  day based on the work that you were doing?
9       A.    Yes.
10      Q.    And do you recall Jodi was
11  bringing you checks to punch on a daily basis?
12      A.    Yes.
13      Q.    Were you also given an instruction
14  sheet with information about outgoing checks to
15  be punched and the check date?
16      A.    Okay, I'm going to have to keep
17  repeating this.  Over the years, things changed.
18  I don't remember where the change.  Because of
19  the volume of the work we maybe didn't do as
20  much punching, stuff got automated by the
21  computer system, however they ran.
22       So, like I don't remember.  You
23  know, it's kind of hard to think back, you know,
24  but we did get checks on a daily basis.  Whether
25  they were the customer sending in the money to

Page 43

1  be invested, but checks, we did do checks every
2  day.  The ones going out, I don't remember too
3  much anymore.
4       Q.    Okay.  Can you just turn to the
5  next page.  Actually, the page two after
6  starting MADTSSS00336547.  The title of that
7  page is "Entering and Running Checks."  Do you
8  see that?
9       A.    Okay, I'm going to say it again.
10  This is just teaching people how to do stuff.
11  No magic, nothing big about it, seriously.
12  Okay.
13       Where are we now, which?
14      Q.    Are you on the page ending in 547?
15      A.    Yes.
16      Q.    Do you see the first sentence
17  under the heading; can you read that sentence,
18  please?
19      A.    "Separate each set of checks by
20  date order and do only one set at a time." That
21  one?
22      Q.    Yes.
23      A.    Okay.  "Separate each set of
24  checks by date order."  I have no idea what that
25  means.  Entering and running checks.  Checks by

Page 44

1  date order and do only one set at a time.
2       Like I said, this is just training
3  people how to, you know, do the work.  This got
4  no special for anybody, this did not come from,
5  like no high person up there.  Like I say, just
6  teaching the new people, a new hire how to, you
7  know, to get familiar with what they were doing
8  with.  Just like training anybody.
9       So this is pretty much what this
10  whole manual is, just training a person how to
11  do the work right.
12      Q.    Okay.
13      A.    If you ask me this, whatever this
14  is, this is a little more detailed.  This is
15  just a training manual.
16      Q.    Did you work on putting the
17  information together that goes into this manual?
18      A.    I did not.
19      Q.    I'd like to show you a document --
20  I'm sorry.  Please mark this as Exhibit Trustee
21  53.
22       (Trustee Exhibit 53 marked for
23  identification.)
24      Q.    I just have a few questions about
25  this document when you have reviewed it.  Please

Page 45

1  let me know.
2       A.    Okay.
3       Q.    What does Exhibit 53 look like to
4  you?
5       A.    This is another training manual,
6  pretty much.  This is all the, you know, the
7  work -- this is just a training manual,
8  seriously.
9       Over the years changes were made,
10  maybe some things were taken out, some things
11  were added.  So it's another manual like this
12  one, that says manual.
13      Q.    Does Exhibit 53 look like the
14  information you saw on the computer system at
15  BLMIS?
16      A.    Yes.
17      Q.    Does the first page ending in 695
18  look like a screen you would see on the computer
19  system?
20      A.    Yes.
21      Q.    Are you familiar with the menus
22  that are listed on this page?
23      A.    Yes.
24      Q.    Which menu items did you use in
25  your work at BLMIS?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                        Khan 5/25/2016

CONFIDENTIAL

Page 46

1    A.   Pretty much all of them.
2    Q.   Did you use what's listed as "2,
3  menu cash17"?
4    A.   Yes.
5    Q.   What did you use that menu to do?
6    A.   It was just punching in the trade
7  tickets.
8    Q.   If you were to punch checks, which
9  menu would you go to on Exhibit 53?
10   A.   I think cash17 -- I don't
11 remember.  Seriously.  Backup, 17.  I mean,
12 there's a number 4 which was like an automated
13 check.  Menu cash17.  I'm thinking maybe if I
14 did menu cash17 maybe it bring me to maybe a
15 different screen.
16   Q.   Okay.  Can you turn to page
17 MDPTFF00000697, please.
18   A.   Okay.
19   Q.   Does this look like another screen
20 you would see in the computer system?
21   A.   Yes.
22   Q.   Do you see at the top of the page
23 where it says "Menu: Cash17"?
24   A.   Cash17, cash17, I think that
25 was -- what does cash17 mean?  I think it was

Page 47

1  just that particular department.  This doesn't
2  mean money, cash17.  It was the department.
3  Okay.
4    Q.   Do you see the entry numbered 15
5  on this page?
6    A.   Yes.  Print checks and memos.
7    Q.   Does this look like the screen you
8  would have seen if you were going to punch
9  checks?
10   A.   Yes.
11   Q.   Would you use number 15 that
12 reads, "print checks and memos"?
13   A.   Yes.
14   Q.   You would use this menu to punch
15 checks?
16   A.   Yes.
17   Q.   Would you also use this menu to
18 print checks?
19   A.   Yes.
20   Q.   Were they two different systems,
21 to punch checks and print checks?  Did you have
22 a different data entry for punching a check as
23 you did for printing a check?
24   A.   It's okay, rephrase.  I'm
25 thinking.  I'm thinking what you're asking me.

Page 48

1    Q.   You mentioned that you worked on
2  punching checks into the system, right?
3    A.   Right.
4    Q.   And you mentioned that the checks
5  would also be printed out of the computer,
6  right?
7    A.   Yes.
8    Q.   Did that happen at one time or was
9  it two separate tasks, one to punch the checks
10 and one to print them?
11   A.   Yes, they're separate.  You print
12 it and generate it, you have to punch everything
13 in and it would generate the checks.
14   Q.   Let's take a look at -- sorry.
15 Before we leave this document, did the procedure
16 for punching checks change depending on what the
17 check code was?
18   A.   I don't think so.
19   Q.   I'd like to show you three
20 documents, and let's mark them together.  So
21 that will be Exhibits 54, 55 and 56.
22       (Trustee Exhibits 54, 55 and 56
23 marked for identification.)
24   Q.   If you don't mind, you can look at
25 these two as well.  I'll just ask you a couple

Page 49

1  of questions about them, when you're ready.
2    A.   Okay.
3    Q.   Do you recognize the documents
4  we've just marked as Exhibits 54, 55 and 56?
5    A.   I do, yes.
6    Q.   What are they?
7    A.   This is just a work log.  This is
8  just all the stuff was done, all the work that
9  was done in the order they were done, pretty
10 much.  It's a work log for the day.
11   Q.   Where was the work log located at
12 BLMIS?
13   A.   This was in our office.  My
14 office, wherever we did these work.  This was
15 just our recordkeeping for our -- what we did,
16 whatever we did during the day.
17   Q.   Were the documents -- once you had
18 finished a work log for a certain year, was it
19 kept with all the others, the current one, or
20 were they kept somewhere different?
21   A.   Over the years there were so many,
22 so I'm sure they had to be filed away, stored
23 away, wherever they kept them.
24   Q.   Do you know where they were kept?
25   A.   No.  We had another office

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

Page 50

1  somewhere on Queens Boulevard, so I don't know
2  if that was the storage area, but...
3       Q.   Did you enter information into
4  these procedure logs when you were at BLMIS?
5       A.   I did.  My name is here.
6       Q.   How often did you work on a
7  document like Exhibit 54?
8       A.   I guess every day while I was
9  there, every day.
10      Q.   And is that true for Exhibit 55
11 and 56 as well?
12      A.   Yes.  My name is here, yes.  I'm
13 sure some people who I didn't remember.
14      Q.   When during the day would you
15 enter information into the work logs?
16      A.   When during the day?  So everybody
17 that did stuff -- everybody that did stuff would
18 enter whatever they did, because everything went
19 in order.  So that way they could track however
20 the work went.
21      So once a procedure was done, they
22 would log it, just in case there was something
23 they had to go back and correct or fix or look
24 for, and this is just, you know, for our
25 information that you know the work was done.

Page 51

1       Q.   Did anyone review the work log
2  with the work filled out?
3       A.   No, unless they were looking for
4  something.
5       Q.   Let's look at one day, if you
6  don't mind.  Can you turn to MADTSS00998244 on
7  Exhibit 54?
8       A.   9982?
9       Q.   Actually, I'm sorry.  So it ends
10 in 244 on Exhibit 54.
11      A.   I lost you.
12      Q.   So it's MADTSS00998244 on the
13 first document there, Exhibit 54.
14      A.   Okay.
15      Q.   So the left-most column that reads
16 "Date," is the information in that column
17 referring to the date information was entered
18 into the computer system at BLMIS?
19      A.   Yes.
20      Q.   Can you make out what date is
21 listed at the top of the page in the first row
22 of the left-most column?
23      A.   August 19th.
24      Q.   And if you go down six rows, would
25 that be referring to August 20th?

Page 52

1       A.   Yes.
2       Q.   If you go -- do you see your name
3  listed on August 20th for any of the entries
4  here?
5       A.   Yes.
6       Q.   Do you see the entry three up from
7  the bottom, with your name listed?
8       A.   Yes.
9       Q.   Can you read that entry for me.
10      A.   Checks CA code.  I guess it's
11 8/20.  PW and CW code, 8/23, E3 Dorothy.
12      Q.   Is that your handwriting?
13      A.   Yes.
14      Q.   Did you enter the information that
15 you just read?
16      A.   Yes.
17      Q.   What does this mean?
18      A.   Okay.  Again, the CA checks were
19 checks coming in, customer send, the PW and CW
20 checks that were going out, money going out to
21 people.
22      Q.   Okay.
23      A.   Let me see, what year was this,
24 '93, '94.
25      Q.   To complete an entry like the one

Page 53

1  you just read, what information would you have
2  with you at the time you were entering the
3  information in the computer system?
4       A.   I know you have this paper here,
5  you have a paper with checks.  Pretty much it
6  would be this, something like this (indicating.)
7       Q.   So, for the record, you're
8  referring to Exhibit 22, when you say "something
9  like this"?  You're referring to Exhibit 22 for
10 the information you would look to to punch
11 checks?
12      A.   Yes.
13      Q.   And that's the information you
14 would use for the entry you just described
15 starting with check CA on the procedure log; is
16 that right?
17      A.   The CA checks, checks coming in
18 was in a little book, but they were separate,
19 little binder book.  They were by themselves, I
20 think, the CA.
21      You know, I guess over the years
22 stuff changed.  This is '93-'94.  Somewhere
23 along stuff changed.  I don't remember, but I
24 know the CA used to be in a little book, I
25 think.  I don't know, by themselves or whether

SIPC v BLMIS                                          Khan 5/25/2016

CONFIDENTIAL

---

Page 54

1  they're so -- but this is the check format for
2  the PW and CW, if that's your question.
3      Q.    So when you say "this," you're
4  referring to Trustee Exhibit 22, correct?  The
5  one in your hand?  When you say the information
6  for checks, for PW and CW you're referring to
7  what you're holding in your hand that's marked
8  as Exhibit 22?
9      A.    Yes.
10     Q.    Thank you.
11          When you entered checks into the
12  system, did you include the date of the check?
13     A.    I'm sure I did.
14     Q.    What else would you include?
15  Would that be in the information that you see
16  listed in Exhibit 22 that you would enter into
17  the computer system for punching a check?
18     A.    Okay, I think once I punched a
19  code, a customer's name, everything was already
20  set up there.  The customer's name would
21  automatically come up, once you put the account
22  number.
23          So maybe I just had to put the
24  amount that was either coming in or going out.
25  I don't remember that much now.  Once you

---

Page 55

1  brought up the account number, everything is
2  already, the field's already there, so you just
3  have to put the amount of money, I guess, coming
4  in or going out.
5      Q.    How would you bring up the account
6  number in the computer system?
7      A.    So, with one of these menus, I
8  don't know which one you have, this, out of --
9      Q.    So, for the record, the witness is
10  referring to Trustee's Exhibit 53.
11     A.    Yes.
12     Q.    So on Exhibit 53, what was
13  reminding you of the check punching process?
14     A.    So this is the menu we worked out
15  of the computer.  Cash17, so I guess the cash17
16  may have been a check.  So I guess you'd bring
17  up cash17, maybe it would say particular check
18  menu, you read it before somewhere along.
19     Q.    Are you referring to the page
20  ending in 697?
21     A.    I don't know, but you were
22  discussing it before.
23     Q.    If you can just take a look at
24  that page MDPTFF00000697 and let me know if
25  that's the page you're referring to.  I think

---

Page 56

1  it's the fourth page in on the document.
2      A.    I don't know if I have a 97.  I
3  see a 98.  I see a 96.  Oh, here.
4      Q.    It's on the wrong side of the
5  page.  Sorry about that.
6      A.    What was the question?  I forgot
7  what we were talking about.
8      Q.    If you can look at that page that
9  we were just talking about ending in 697 on
10  Exhibit 53, you had mentioned that you could
11  enter an account number and certain fields would
12  pop up.
13     A.    Yes.
14     Q.    In the system, to punch a check.
15          So, what information did you enter
16  into the system to start the check punching
17  process?  Would you enter an account number?
18     A.    I guess, yes.
19     Q.    What information was automatically
20  populated when you entered an account number?
21  What popped up on the computer screen?
22     A.    Maybe just the code, I guess.  I
23  don't remember too much, you know.
24     Q.    I think you'd mentioned that you
25  would put in the amount of the check?

---

Page 57

1      A.    Yes.  But whatever popped up, I
2  don't remember.  You have to put whatever the
3  amount is either coming in or going out, that I
4  did see.  You have a code and you put in coming
5  in or going out again.
6      Q.    Okay.  So would you enter in the
7  amount of the check and the transaction code?
8  Is that right?
9      A.    Yes.
10     Q.    And the transaction codes we
11  discussed were CA, PW and CW; is that right?
12     A.    Yes.
13          Okay, this I'm going to say on my
14  own.  The CA we did every day.  That was
15  people's money coming in every day.  The CW
16  and the PW, I don't remember too much of that
17  anymore.  Things changed over the years.  But
18  the CA I remember, because there were checks the
19  customers would send every day to invest.
20          So, you know, that's kind of clear
21  in my head.  Those other ones, you can ask me
22  how many times, I may not remember.  I keep
23  telling you they changed over the years.
24          So it's a lot, you know, I've been
25  out of there almost ten years, nine years.  You

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                        Khan 5/25/2016

CONFIDENTIAL

## Page 58

1  know, you can wrack your brain to think back.
2  Some things I have shut off. I don't think, you
3  know, think about that too much anymore.
4      Q.   Okay. So you remember that there
5  were CWs and PWs, but at some point one of them
6  was no longer used; is that right?
7      A.   If there were, I don't remember
8  what format, how we did them.
9          THE VIDEOGRAPHER: Five minutes
10  remaining on tape, counsel.
11         MS. FEIN: We can take a break for
12  five. Thank you.
13         THE VIDEOGRAPHER: The time is
14  3:19 p.m. Off the record.
15         (Recess taken.)
16         THE VIDEOGRAPHER: The time is
17  3:34 p.m. This begins DVD number 2, back on the
18  record.
19  BY MS. FEIN:
20      Q.   Ms. Khan, can you please go back
21  to Exhibit 49 that we looked at a minute ago. I
22  have a question about the page ending in 547 for
23  Exhibit 49.
24      A.   Okay.
25      Q.   Do you see the handwritten note on

## Page 59

1  the left-hand side of the page about halfway
2  down?
3      A.   Yes.
4      Q.   Can you read that, please.
5          MR. KIRBY: Counsel, what page,
6  please?
7          MS. FEIN: The page is
8  MADTSS00336547 of Exhibit 49.
9      A.   Oh, "check name is a function of
10  name/address" and the date 7/24/96, yes.
11     Q.   Do you know what that means?
12     A.   Just pretty much saying, you know,
13  once you punch the account number, it should --
14  I mean, once you punch the -- it should just
15  match whatever, you know, when you punch the
16  customer's account number, everything should
17  match, the name, the address, everything should
18  be correct. That's all it's saying.
19     Q.   Do you recognize the handwriting
20  for the handwritten note?
21     A.   No, I don't.
22     Q.   Do you understand what "name ADDR"
23  is referring to?
24     A.   I'm going to say, just all the
25  customer's information, the name and the

## Page 60

1  address, that's it. If I punch a customer's
2  account number, the name, the address, where
3  they live, and that's it.
4      Q.   If you punch in a customer's
5  account number, are you saying that the name and
6  address of the customer would pop up in the
7  computer?
8      A.   Pop up. It may not pop up, but
9  this is just saying you should make sure it
10  matches or the name and address is correct.
11     Q.   Is it referring to the name and
12  address of BLMIS account holders here?
13     A.   Yes.
14     Q.   Do you know what check name is
15  referring to here?
16     A.   Check name, it could be anybody's
17  check name. It's nothing special, and
18  customer's name.
19     Q.   So it's referring to -- do you
20  understand it's referring to the name of the
21  person the check is made out to?
22     A.   Yes.
23     Q.   And do you recall that the BLMIS
24  checks you printed were made out to BLMIS
25  account holders?

## Page 61

1      A.   Yes.
2      Q.   Do you recall if you printed any
3  checks to anyone other than BLMIS account
4  holders?
5      A.   Okay, you asked me this question
6  already and I may have said no. I'm sure people
7  in the company had accounts there, also, where
8  checks may have gone to them also.
9      Q.   So, is it your understanding that
10  people -- employees of BLMIS also had customer
11  accounts?
12     A.   Yes.
13     Q.   Is that what you're referring to?
14     A.   Yes.
15     Q.   I'd like to show you two exhibits.
16  They've already been marked as Trustee Exhibit
17  23 and Trustee Exhibit 24.
18     A.   Thank you.
19     Q.   Please take a look and let me know
20  when you're ready and I'll ask you a question
21  about those.
22         MR. KIRBY: This is 23. Where is
23  24?
24         MS. FEIN: This is 24.
25     A.   Okay.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

Page 62

1    Q.    Have you seen a document that
2  looked like Exhibit 23 before?
3    A.    Yes.
4    Q.    Have you seen Exhibit 23 before?
5  This document specifically?
6    A.    Yes.
7    Q.    What does it look like to you?
8    A.    This is just opening up an account
9  for a customer.
10    Q.    So are you referring to the second
11  page of Exhibit 23 then?
12    A.    Yes.
13    Q.    What does that page -- what is the
14  title that you see listed there?  At the top of
15  that page can you just read the title that's
16  listed there?
17    A.    "Name/Address File Maintenance."
18  On top of the first line?
19    Q.    Yeah.
20    A.    "Name/Address File Maintenance,"
21  yes.
22    Q.    Was this a document you saw in
23  your work at BLMIS?
24    A.    Yes.
25    Q.    When did you review this document?

Page 63

1    A.    When did I review?  What does
2  review mean?
3    Q.    When did you see this type of
4  document that's entitled "Name/ADDR File
5  Maintenance" in your work in BLMIS?
6    A.    Pretty much my whole experience
7  being there.
8    Q.    What would you use --
9    A.    Okay, this is setting up a
10  customer's account.  Somebody is opening an
11  account, this is the form that they used to set
12  them up.  Enter the name, the address, whatever.
13  This is the form.
14    Q.    Would you look at a page like this
15  in Exhibit 23, the name/address file maintenance
16  form, to enter similar information into the
17  computer system?
18    A.    Yes.
19    Q.    Who would give you a form like
20  this, name/address file maintenance form?
21    A.    Annette, Frank, Jodi, Winnie,
22  Simone.  Over the years it changed, people came
23  and went.  Anybody that was there, I guess, in
24  that area.
25    Q.    Was it part of your

Page 64

1  responsibilities at BLMIS to enter account name
2  and address information into the computer
3  system?
4    A.    Yes.
5    Q.    Can you turn to Exhibit 24,
6  please, which is the second one that I handed
7  you.
8    A.    Okay.
9    Q.    Do you recognize Exhibit 24?
10    A.    I may not recognize this
11  specifically but, you know, it's the form of a
12  check.
13    Q.    When you worked on printing checks
14  at BLMIS, was this what they looked like to you?
15    A.    Yes.
16    Q.    Do you see that the name listed on
17  Trustee Exhibit 24 is the same as the name
18  listed on Exhibit 23 that we looked at?
19    A.    Yes.
20    Q.    What is that name?
21    A.    I don't know if I could say it
22  correctly, but Hanoh Charat.
23    Q.    And can you look at -- on Exhibit
24  24, do you see the "for" line at the bottom that
25  has a number printed after "for" up on the

Page 65

1  left-hand side?  Do you see that?
2    MR. KIRBY:  What page?
3    MS. FEIN:  Trustee's Exhibit 24 on
4  the first page of that document.
5    Q.    At the bottom of the page on the
6  left there is a "for" line.  Do you see that?
7    A.    A "for" line?
8    Q.    With the number 1-C1047-1.
9    A.    Yes.
10    Q.    What does that appear to be to
11  you?
12    A.    It was the customer account
13  number.
14    Q.    Okay.  On the checks that you
15  printed for BLMIS, was the customer account
16  number typically listed?
17    A.    Yes.
18    Q.    And how -- would you manually
19  punch in the customer account number onto a
20  check form like this?
21    A.    Rephrase, ask me again.
22    Q.    When a check was printed by you
23  that looked like Trustee Exhibit 24, would you
24  enter all of the information into the check on
25  the fields we see here, or would you enter some

SIPC v BLMIS                                                    Khan 5/25/2016

CONFIDENTIAL

Page 66

1  of the information and some of the information
2  was already in the system?
3      A.   Right, some was already there.  I
4  punch the customer's account number, the name is
5  already there, I put the amount of money that's
6  coming in, going out, whatever the case, and
7  that's it.  So pretty much when you bring the
8  account number the field is there with their
9  name.
10     Q.   Okay.  And when a check was
11 printed such as Exhibit 24, was anything else
12 printed out alongside it?
13     A.   Yes.  This is where they had the
14 one called the comparison.  There was a trade
15 sheet and then a memo, comparison memo.  Not
16 everybody got it, I have no idea why.  Maybe not
17 everybody requested it.  I don't know why.
18     Q.   What information was included on
19 the sheet you're describing, the comparison
20 memo?
21     A.   It was pretty much this, just like
22 a duplicate of this.  (Indicating.)
23     Q.   Was anything else printed aside
24 from the check and the comparison memo?
25     A.   And the labels.  The label.

Page 67

1      Q.   And did the check, the comparison
2  memo and the label all have the same --
3      A.   Yes.
4      Q.   -- customer information?
5      A.   The label only had the name and
6  address.  The check and the memo, comparison
7  memo had the check information.
8      Q.   Were the name and address
9  information the same for the check, the
10 comparison --
11     A.   Yes.
12     Q.   -- on the mailing label?
13     A.   Yes.
14     Q.   If we can turn back to Exhibit 49,
15 which is the House 17 Manual, I'd like to look
16 at one other page with you.
17         So, on Exhibit 49, it's the page
18 ending in 520, so the full Bates is MADTSS00 --
19 I'm sorry.  That's not it.  521.  MADTSS-
20 00336521.
21     A.   Okay.
22     Q.   Can you just read that first line
23 for me.
24     A.   "Enter/Update C/S," that one?
25     Q.   What does that mean to you?

Page 68

1      A.   I don't remember this one.  I
2  mean, I'm sure I did it, but I don't remember.
3      Q.   If you can just review the first
4  half of this page and just let me know if
5  anything strikes you as familiar.
6      A.   Can you repeat the question.
7      Q.   Sure.
8          Is anything listed on the page
9  ending in 521 something that you worked on --
10     A.   Yes.
11     Q.   Do you recall working on a cash
12 and security --
13     A.   Yes.
14     Q.   -- settlement?
15     A.   Yes.
16     Q.   What do you remember about working
17 on that?
18     A.   That's what I'm trying to
19 remember, seriously.
20         Okay, so they did a trade,
21 whatever trade he did, this procedure I think
22 pretty much settled the trade.
23     Q.   Do you recall if the cash and
24 security procedure was related to checks at all?
25     A.   I'm sure the checks came somewhere

Page 69

1  along after this.
2      Q.   Do you recall when you would run a
3  cash and security settlement?
4      A.   I think it was after trades were
5  done.
6      Q.   So would it be at the end of the
7  day that you would run the cash and security
8  settlement?
9      A.   It could be any time during the
10 day, when trades were done.
11     Q.   Was it your understanding that you
12 would run a cash and security settlement once
13 per day or many times during the day?
14     A.   Many times.  Guess depending on
15 how many, the times trades were done.
16     Q.   Do you see the second paragraph
17 underneath where it says, "C/S sheets," colon,
18 the word "green sheet"?
19     A.   Yes.
20     Q.   Do you recall receiving green
21 sheets?
22     A.   Yes.
23     Q.   What do you remember about that?
24     A.   What do I remember about that?
25 What do I remember?  Customer information, I

SIPC v BLMIS                                              Khan 5/25/2016

CONFIDENTIAL

19 (Pages 70 to 73)

---

Page 70

1   can't -- this one is not in my head.
2        Q.    Okay.  We can move on to a
3   different page.  We're done with this one.
4            If you can look at the page ending
5   in 550.  So MADTSS --
6            MR. KIRBY:  Also Exhibit 49?
7            MS. FEIN:  Yes, we're still in
8   Exhibit 49.
9        Q.    MADTSS00336500 -- 550.  I'm sorry.
10  MADTSS00336550.
11       A.    Okay.
12       Q.    Do you see the title there,
13  "Name/Address File Maintenance"?
14       A.    Yes.
15       Q.    Do you recall working on
16  name/address file maintenance?
17       A.    Yes.
18       Q.    Do you see the first line under
19  "Menu Namenu" n-a-m-e-n-u?
20       A.    Yes.
21       Q.    Can you read that first line,
22  starting with "to enter/update."
23       A.    "To enter/update customer name/
24  address files, go to number 1 on menu namenu."
25       Q.    Does that phrase refer to a menu

---

Page 71

1   in the computer system?
2        A.    Yes.
3        Q.    Does "namenu" refer to the menu
4   for updating customer name/address files?
5        A.    Yes.
6        Q.    Can you go to the next page, so
7   MADTSS00336551.  Do you see at the top of the
8   page, can you just read that first -- those
9   first three lines.
10       A.    "For profit/dividend/interest."
11       Q.    And just read right below that.
12       A.    "S - send; R - reinvest."
13       Q.    Do you know what that paragraph is
14  referring to?
15       A.    Maybe some customers wanted a
16  check sent to them, some wanted it reinvested.
17  That's it.
18       Q.    Do you recall updating into the
19  computer system if a customer account was send
20  or reinvest?
21       A.    Will you repeat.
22       Q.    Do you recall making an entry into
23  the computer system to update a customer account
24  as send or reinvest?
25       A.    Yes.

---

Page 72

1        Q.    How would you know when to enter a
2   customer update for send/reinvest into the
3   computer system?
4        A.    How would I know when to?  When
5   one of the bosses asked me to.
6        Q.    I'd like to show you a document
7   that will be marked as Trustee's Exhibit 57.
8   MADTBB03079122 is the Bates number.
9            (Trustee Exhibit 57 marked for
10  identification.)
11       A.    Okay.
12       Q.    What do you understand this
13  document to be?  Not a single page but just the
14  document as a whole.
15       A.    So this is just a customer account
16  number, the name, the address, asking to send a
17  check, reinvest.  Over the time they change it,
18  send, reinvest, send, reinvest.  Pretty much
19  what it says.
20       Q.    Are you referring to the page
21  MADTBB03079123 with "name/address file
22  maintenance" at the top?
23       A.    Yes.
24       Q.    So, when you said send/reinvest,
25  are you talking about the letters that are

---

Page 73

1   handwritten on the bottom half of the page?
2        A.    Yes, all the changes that were
3   made, yes.
4        Q.    Can you turn to the last page in
5   the file.  The Bates stamp is MADTBB03079156.
6        A.    Yes.
7        Q.    What do you understand these
8   notations to be?
9        A.    This is the same thing, reinvest
10  one time, send, reinvest, send.  Different
11  people change them.  That's all this is, really.
12       Q.    So, do you recognize any of the
13  handwriting on this page?
14       A.    I do.
15       Q.    Whose handwriting --
16       A.    The handwriting, oh, I don't
17  remember the handwriting.  I recognize the
18  initials.
19       Q.    What initials do you recognize?
20       A.    Well, mine is there for sure.  A
21  couple other girls that I guess worked with me.
22       Q.    Are your initials --
23       A.    2/19/93.
24       Q.    Okay.  Your initials --
25       A.    And 11/8, at the bottom.

---

SIPC v BLMIS                                                  Khan 5/25/2016

CONFIDENTIAL

Page 74

1    So I guess I did start earlier
2  than I did say.
3       Q.    Is your handwriting next to the
4  dated initials there, or is that someone else's
5  handwriting?
6       A.    2/19/93 is mine and 11/8 is mine.
7       Q.    Is your handwriting also listed --
8  so, next to where it has 11/8 and your initials
9  is written "change to S." Is that your
10 handwriting?
11      A.    Just the initial is just mine.
12 The date and the initial, that's all that's
13 mine.  The date and the initials.
14      Q.    What would cause you to date and
15 initial this folder?
16      A.    So a customer would request they
17 either want their money sent or reinvested.
18 Whoever they gave it to, whichever manager would
19 bring it to us and say do it, and we would do
20 it.  That's pretty much all to this.
21      Q.    Would the manager -- when you say
22 the manager, do you mean the account manager for
23 the BLMIS customer account?
24      A.    It could be any manager, Annette,
25 Jodi, Frank, whoever was, you know, handling the

Page 75

1  account.
2       Q.    Would the BLMIS account manager
3  write the date and note here?  Do you know who
4  would write the date and note here before you
5  initialed it?
6       A.    No.  No, I don't.
7       Q.    If you dated and initialed a file
8  folder like the one we've been looking at, for
9  Trustee's Exhibit 57, would you also make a
10 corresponding change in the computer system?
11      A.    I'd say you had to change it.
12      Q.    So would you initial and date the
13 file folder to show that you had changed the
14 information --
15      A.    Yes.
16      Q.    -- in the computer system?
17      A.    Yes.
18      Q.    If you can turn back to Exhibit
19 54, please, I will have one quick question for
20 you on that exhibit.
21      So Exhibit 54, the first page has
22 "House 17 Work Logs 1993 and '94."  And the page
23 is MADTSS00998268.
24      A.    Okay.
25      Q.    Do you see your handwriting on

Page 76

1  this page?
2       A.    Yes.
3       Q.    Do you see your handwriting on the
4  seventh line and eighth line of this page?
5       A.    Yes.
6       Q.    On the eighth line where it says
7  "updating name/address," is that your
8  handwriting?
9       A.    Yes.  My handwriting -- I don't
10 think it's my -- I'm not sure that's my
11 handwriting.  But the -- is that my handwriting?
12 I don't know.  My name is there.
13      Q.    When you say your name is there,
14 do you mean that your name is -- it's indicated
15 that you did the entry that's listed updating
16 name/address?
17      A.    Maybe I did it and one of the
18 other girls filled it in, but the Menu DIV17
19 number 9 and number 10, that's my handwriting.
20      Q.    Then underneath your name, do you
21 see what looks like two sets of quotation marks?
22      A.    Yes.
23      Q.    What do you understand that to
24 mean?
25      A.    It could be anything, updating

Page 77

1  name and address.  It could be a customer wanted
2  their address changed, they moved, they want
3  their address changed, or they're married or
4  they're divorced, something.  Nothing big.
5       Q.    If you were to make a change in
6  the computer system for send/reinvest, would you
7  use -- would you indicate that on the log as
8  updating name/address?
9       A.    Maybe one minor -- maybe not.
10 Maybe one minor something, unless I were doing a
11 whole bunch of this.
12      Q.    Would you log the activity if you
13 were to make a change to the send/reinvest
14 designation on a customer account?
15      A.    I don't remember.  Like I said,
16 something that minor, maybe not, but I don't
17 remember.
18      Q.    So if you look at the date on that
19 page ending in 268, what date does that appear
20 to be for the entry "updating name/address"?
21      A.    November 8th.
22      Q.    If you look back at Exhibit 57,
23 the customer file, the last page of that exhibit
24 MADTBB03079156, the last page that we were
25 looking at with the file folder ending in 156,

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                          Khan 5/25/2016

CONFIDENTIAL

Page 78

1  is that date with your initials also 11/8,
2  November 8?
3      A.    This could be any -- this doesn't
4  have a year, so it's hard to compare these.
5      Q.    So on the file folder, if you look
6  over from where you have 11/8 all the way on the
7  left-hand side, do you see the year listed
8  there?
9      A.    Looking for the years here.
10     Q.    Okay. And then on Exhibit 57
11  ending in 156 on the file folder cover, do you
12  see the date listed on the left-hand side of the
13  page?
14     A.    Now, can we tell what this is on
15  the left? I see 8/30, I see -- it doesn't show
16  11 -- it doesn't show -- like I don't know if
17  you could recognize 11/8/93 on yours, but I
18  don't recognize.
19     Q.    Do you see just the year listed,
20  if you can't make out what the month is? Can
21  you see what the year is listed?
22     A.    Yes, yes.
23     Q.    And is that 1993?
24     A.    Yes.
25     Q.    Okay.

Page 79

1      A.    Okay, so if (indiscernible)
2  sometimes you had stacks of stuff that you had
3  to correct. Thereby you would log it. If you
4  did one little something you may not log it, one
5  little minor something. But if you're working
6  on stacks and stacks of, you know, we'd log it.
7      Q.    If customer information on a
8  customer file had to be updated, would that
9  information be compiled and then you would make
10  the updates all at once or would you be handed
11  one folder at any time during the day?
12     A.    Yes, one any time, I guess, yes.
13     Q.    And so sometimes you would log
14  that activity; is that right?
15     A.    Thinking. I'm thinking maybe one
16  may not, but I don't know at this time. It's
17  hard to say what went on here, you know. Maybe
18  it got logged, maybe it didn't, but for the most
19  part maybe it did get logged.
20     Q.    If you were going to make a change
21  to the send/reinvest information, how would you
22  indicate that in the work log? Would you say
23  updating name/address, or would you say
24  something else? In the work log.
25     A.    At the back of the folder,

Page 80

1  everything was in the folder. So at the back of
2  it, it would be in the back of the folder that
3  it was done.
4      Q.    And on Exhibit 54 that we looked
5  at, the House 17 work log, my question is if
6  you'd made a change to the send/reinvest on a
7  customer file, how would you indicate that in
8  the work log?
9      A.    Just update, just update customer,
10  what did it say?
11     Q.    So the file for Exhibit 54, the
12  language was updating name/address?
13     A.    Yes, yes, that's it.
14     Q.    So if you were to make a change to
15  send/reinvest in the work log, you would write
16  updating name/address?
17     A.    Yes. Yes.
18          Sorry, I drifted away. Sorry.
19     Q.    Who else at BLMIS would work on
20  updating customer files in the computer system?
21     A.    Over the years a lot of people
22  came and went. The last two people were there
23  was myself and Alethea.
24     Q.    I'd like to show you what's been
25  marked as Trustee Exhibit 30. Do you recognize

Page 81

1  Trustee Exhibit 30?
2      A.    I do, yes.
3      Q.    What is it?
4      A.    Looks like copy of a statement
5  that was generated at the end of the month. The
6  account numbers. Is there a specific page
7  you're talking about?
8      Q.    Nope. I was just asking about
9  this file.
10          So, let me show you one more
11  document. This will be Trustee's Exhibit 58.
12          (Trustee Exhibit 58 marked for
13  identification.)
14     Q.    What does Exhibit 58 look like to
15  you?
16     A.    This is a copy of the statement at
17  the end of the month. The statement was
18  generated. This is a copy of a statement.
19     Q.    Can you look down the page to the
20  entry dated 11/08. Can you read what that entry
21  says?
22     A.    "Check applied materials."
23     Q.    And can you follow over to the
24  right?
25     A.    The PW code. Okay.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                           Khan 5/25/2016

CONFIDENTIAL

Page 82

1    Q.    What is your understanding that
2    this is showing on the customer statement?
3    A.    Check applied materials, check
4    applied materials.  This is a stock, I don't
5    know, name of a stock.
6    Q.    Do you see the transaction code
7    there?
8    A.    Yeah.  The PW?
9    Q.    Yes.  So, does that refresh your
10   recollection about what this might be on the
11   statement?
12   A.    Nope.  Don't know.  Check applied
13   materials.
14   Q.    If you can look at what's been
15   marked as Exhibit 55.  Can you turn to that
16   document quickly, or take as much time as you
17   need because I've given you a lot of documents
18   over there, I understand.
19   A.    Okay.
20   Q.    Do you see your name in the middle
21   of the page?
22   MR. KIRBY:  What page are you
23   referring to?
24   MS. FEIN:  I'm sorry.  The page
25   MADTSS00998829.  So ending in 829.

Page 83

1    A.    Okay.  I see my name.  8 you're
2    talking about?
3    Q.    Yes.
4    A.    Okay.
5    Q.    Do you see under November 8, four
6    lines down, "checks CA 11/8, PW," plus symbol,
7    "CW 11/9"?  Is that your handwriting?
8    A.    I'm not sure where you're reading.
9    Q.    So under -- do you see the "8" in
10   the left-hand column?
11   A.    Yes.
12   Q.    Four lines down do you see the
13   entry starting with "checks"?
14   A.    Yes.
15   Q.    Can you just read that entry?
16   A.    "Checks CA 11/8, PW and CW 11/9,"
17   with my name.
18   Q.    Does this indicate that you
19   punched checks on November 8th?
20   MR. KIRBY:  Objection to form.
21   A.    Yes, I did.
22   Q.    Is it your understanding that when
23   customers received checks they would appear on
24   your customer statements?
25   A.    Should.

Page 84

1    Q.    Is that a yes?
2    A.    I guess.  I just know about
3    punching and stuff.  How this go, I have no
4    idea.  So ask me technical questions, I don't
5    know.  I'm thinking they should, that's why I
6    tell you they should.
7    Q.    So, was it a part of your job to
8    review the customer statements?
9    A.    No.  Never, no.  Never at any
10   time.
11   Q.    Okay.  I'm going to show you
12   what's been marked as Trustee's Exhibit 36.  Do
13   you recognize this document?
14   A.    I do.
15   Q.    What is it?
16   A.    A customer file maintenance.
17   Q.    And on the page name/address file
18   maintenance ending in dash 419, is that the page
19   you're referring to?
20   A.    Yes.
21   Q.    Do you see the handwritten note on
22   the bottom half of the page, the letter "S"?
23   A.    Yes.
24   Q.    Do you know whose initials those
25   are to the right of the letter "S"?

Page 85

1    A.    No, don't.
2    Q.    Do you know what that "S" means on
3    a file maintenance form like this?
4    A.    Should be send.
5    Q.    What do you mean by send?
6    A.    Send, I guess send the check.
7    Q.    I'm showing you what's been marked
8    as Trustee's Exhibit 42.
9    A.    All these technical things have
10   nothing to do with me specifically.  My duty was
11   punch, print.  So everything you're showing me,
12   I will look at them, I will tell you what, but
13   deep down I don't -- I just answer your
14   questions as I have to, but I may not know what
15   went on, okay?  So I'll look and I'll answer
16   you.
17   Q.    Thank you.
18   A.    What are we looking at now?
19   Q.    So if you can just look at this
20   file and let me know if you recognize what this
21   is.
22   A.    Okay, another customer maintenance
23   file.
24   Q.    And do you see the handwritten "S"
25   at the bottom of the page of this one as well?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                              Khan 5/25/2016

CONFIDENTIAL

Page 86

1   A.   Yes.
2   Q.   What does that mean?
3   A.   I guess send the people's check.
4   Q.   And you would not -- who were the
5   other person that you understood would fill out
6   a form like this?
7   A.   Could be anybody, Annette, Jodi,
8   Simone, Winnie.  Any other checks filling out --
9   okay, filling out the form, the whole form, or
10  the "S"?  What's the question?  Let's back up,
11  I'm lost.
12  Q.   Sure, sure.  Who would typically
13  fill out the information on this form starting
14  at the top, which has, if you see listed
15  "action, (1) C, account number," and then an
16  account number is listed.  Who would enter that
17  information?
18  A.   So I'm going to have to keep
19  repeating myself.  Over the years things
20  changed, over the years people came and went.
21  It could have been anybody working there at the
22  time.  Not anybody special.  Anybody working in
23  the department that could give you this
24  information.  So it's not one special person.
25  Q.   Did you work on information like

Page 87

1   you see listed here?
2   A.   No, I did not write anything.  My
3   duty was punching stuff in the computer,
4   printing stuff.  Punching, printing.  I have
5   no -- my signature be on the log.  Where else is
6   my signature?  Initialing that I did something,
7   that's it.
8   Q.   I'd like to show you what's been
9   marked as Trustee's Exhibit 40.  You can put
10  those aside.  Thank you.
11       Do you recognize that document?
12  A.   I don't.  I don't know if this is
13  another statement.  Could be a statement.  I
14  have no idea, arbitrage portfolio transaction.
15  Q.   Does it look like --
16  A.   I don't know --
17       MR. KIRBY:  Just let the witness
18  finish.
19  A.   I don't know how old this is, what
20  year it's printed, it doesn't say, so it's
21  something, I don't know if it's a statement
22  again that was generated.  I don't know.
23  Q.   Does it appear to be printed out
24  from the computer system?
25  A.   Yes.

Page 88

1        MR. KIRBY:  Objection to form.
2   Q.   Do you know who may have worked on
3   documents that look like Trustee's Exhibit 40?
4   A.   No, I don't.
5   Q.   I'd like to show you Trustee
6   Exhibit 39.  You can put 40 aside.
7   A.   Okay.  What's the question on this
8   one?  Who worked on this?
9   Q.   Do you recognize that document,
10  Trustee Exhibit 39?
11  A.   No, I don't recognize because I
12  didn't work on any of these, so I would not
13  recognize these.  Maybe if I printed them, I
14  don't know, but I'm not familiar with like
15  working with these, doing anything off them
16  specifically.  I print the statements and if a
17  statement look like this, any statement can look
18  like this.  I'm just saying general.  But to
19  recognize anything off these, I don't, because I
20  didn't do anything, you know, like specifically
21  with any of the numbers, so I don't know.
22  Q.   So you're referring to Trustee
23  Exhibit 39 and Trustee Exhibit 40 for that
24  statement?
25  A.   Yes.

Page 89

1   Q.   I'd like to show you what's been
2   marked as Exhibit 44.  You can put the others
3   aside for now.
4        Can you turn to the second page in
5   the document ending in 126.
6   A.   Okay.
7   Q.   Do you see that page?  What does
8   that look like to you?
9   A.   What field are we talking about?
10  Q.   Do you recognize the document?
11  A.   Yes, I do.
12  Q.   What is it?
13  A.   It's a customer file information.
14  What field are you talking about?
15  Q.   Do you see --
16  A.   The name, the --
17  Q.   I'm sorry.
18       Do you see on the right-hand side
19  of the middle of the page a date listed with DK?
20  A.   Yes.
21  Q.   Are those your initials?
22  A.   Yes, that's mine.
23  Q.   Why would -- would a page like
24  this entitled "Customer Master File Maintenance"
25  be printed out from the computer system?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

Page 90

1    A.    Maybe they opened the account and
2  it's open, the account.  This is how you open,
3  this is how you set up a customer's account,
4  with all the information.
5    Q.    Do you see at the top where it's
6  listed inquiry account number and an account
7  number?
8    A.    Um-hum.
9    Q.    Was there a way in the computer
10 system to print out an inquiry?
11   A.    Print out an inquiry.  It's the
12 same if you make a change, fix something, add,
13 take away.
14   Q.    So a printout like this would
15 indicate that there could be a change to the
16 account?
17   A.    Yes.
18   Q.    Do you see in the middle of the
19 page the handwritten X'd out portion?
20   A.    Yes.
21   Q.    Over the columns profits,
22 dividend, interest.  What do you understand that
23 to mean?
24   A.    I have no idea.  I don't know.
25 Maybe was a send and they could change their

Page 91

1  mind.  I have no idea.
2    Q.    Do you see where under type, the
3  next column over to the right where it's 30 and
4  40, there appear to be handwritten circles?
5    A.    Yes.
6    Q.    And then all the way on the right
7  do you see the handwritten "F"?
8    A.    Yes.
9    Q.    What does that mean to you?
10   A.    Two different people's account.
11   Q.    Under where it says "type" and
12 then the numbers 30, 40, 50, 70 appear.
13   A.    Yes.
14   Q.    What do those numbers mean?
15   A.    What do those numbers mean?
16 They're just different type of, whoever the
17 manager that managed the trades, that's all it
18 meant, whoever managed the trade, whether it was
19 Annette, Frank, Jodi, everybody.
20   Q.    Do you know who managed the
21 customer accounts with the 30 or 40?
22   A.    I think at one time Frank had both
23 of them.  I think these were -- oh, no, I don't
24 remember who.  At one time Frank and Annette had
25 both of them, but I don't know in the end what

Page 92

1  happened.  But after I think Frank's, maybe his
2  customer.  I don't have knowledge.
3    Q.    Do you recall a time where a lot
4  of customer accounts became Frank accounts?
5        MR. KIRBY:  Objection to form.
6    A.    I don't remember any special time
7  but, I mean, over the years stuff got changed,
8  but I don't know.  I don't know of any specific
9  time.
10   Q.    Did any account managers ever
11 leave BLMIS while you were working there?
12   A.    Yes.
13   Q.    Who?
14   A.    Jo Ann.  I mean, was it Jo Ann?
15 There was another Jo Ann.  Not Jodi, there was
16 another Jo Ann.
17   Q.    Are you referring to Jo Ann Sala?
18   A.    Yes.
19   Q.    Do you know what types of accounts
20 Jo Ann worked on?
21   A.    I don't remember.  I didn't really
22 work with her too much, so I don't.
23   Q.    On the page we were looking at
24 ending in 126, your initials and the date of the
25 document were identified on there, right?

Page 93

1    A.    Yes.
2    Q.    Second page ending in 126.
3    A.    Yes.
4    Q.    Why would you have initialed a
5  document like this?
6    A.    Why would I initial?  Why would I
7  Anything we did we had to initial.  Any work we
8  did we had to initial, so who did it.  If I put
9  something on the maintenance log I have to
10 initial who did it, who made the error, who did
11 whatever.
12        If I open and set up the account,
13 I have to initial I open it on this particular
14 date.  This look like I open the account this
15 particular date and year, so that's why my
16 initial is there.
17   Q.    So would you initial an account
18 opening or an account update file?
19   A.    Yes.  Yes.
20   Q.    And you understand this to be --
21 you understand the document ending in 126 to be
22 an update to a customer's file?
23   A.    I don't know if it was an update
24 as in changing or it was setting up the account.
25 So that's a technical one.  I don't know.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                Khan 5/25/2016

CONFIDENTIAL

25 (Pages 94 to 97)

---

Page 94

1      Q.    But whether it was -- but whether
2  an account was updated or changed --
3      A.    Or opened.
4      Q.    Whether an account was opened or
5  updated or changed, if you worked on that --
6      A.    I would initial it, yes.
7      Q.    -- account, you would initial it
8  and provide it to whom?
9      MR. KIRBY:  Objection to form.
10 What do you mean by "it"?
11     Q.    The document ending in Bates 126
12 appears to you to be either an account opening
13 or update to a customer file.  Is that right?
14     A.    Yes.  It would go where all the
15 work was kept, so whoever was doing the work
16 would check to make sure it was done.  Could be
17 anybody, Winnie, Simone, whoever came, went,
18 could be anybody.
19     Q.    Was there an out-box where you
20 would put information that you were done with or
21 did you deliver it to someone's desk?
22     A.    Depending what time of day.  If it
23 was during the day and people are there, give it
24 to them.  If it's the nighttime, I put it in the
25 work box.  So it could be anything.

---

Page 95

1      Q.    So there was a work box that you
2  would put --
3      A.    Okay.  I said I work in the
4  nighttime, so I would put all the work in this
5  particular -- it wasn't hidden, it wasn't locked
6  up.  This particular where I put all the work,
7  since I was the night worker.  If I was there
8  early in the evening and people were there, I
9  would give it to them.  If they were going home,
10 I put it in the box.
11     MS. FEIN:  I think we can take a
12 quick break.  We might have a few more
13 questions.
14     THE VIDEOGRAPHER:  The time is
15 4:34 p.m.  Off the record.
16     (Recess taken.)
17     THE VIDEOGRAPHER:  The time is
18 4:45 p.m.  This begins DVD number 3.  Back on
19 the record.
20     MS. FEIN:  Ms. Khan, I have no
21 further questions.  Thank you for your time
22 today.
23     THE WITNESS:  We're done?
24     MR. KIRBY:  Well, I have some
25 questions.

---

Page 96

1      THE WITNESS:  Are you serious?
2      MR. KIRBY:  I will have a few
3  questions.
4      THE WITNESS:  Oh.
5
6  EXAMINATION BY MR. KIRBY:
7      Q.    When did you first learn that
8  Bernard Madoff was a criminal?
9      A.    When everybody else found out.
10     Q.    Did you have any suspicions before
11 that?
12     A.    No, never.
13     Q.    Did you understand that one of the
14 things he pled guilty to, and was convicted of,
15 was fraudulently reporting securities trades?
16     A.    Yes.
17     Q.    Did you know Annette Bongiorno was
18 a criminal?
19     A.    No.
20     Q.    Did you know that she's been
21 convicted of a crime?
22     A.    No.
23     Q.    Did you know Joanne, Jodi Crupi
24 was convicted of a crime?
25     A.    Well, okay, let's put it this way.

---

Page 97

1  I know the names were called but I don't pay
2  attention to what's going on, so I don't know
3  what's their status, if that's what you're
4  asking me.
5      Q.    You don't know their current
6  status?
7      A.    No.
8      Q.    Did you know during the time that
9  you worked at Madoff that they were criminals?
10     A.    Did I suspect them of anything, if
11 that's the question, no.
12     Q.    Did you know that they were making
13 fraudulent entries into the books?
14     A.    No.
15     Q.    Did you know Frank DiPascali was a
16 criminal?
17     A.    No.
18     Q.    Did you know he pled guilty to
19 criminal securities fraud?
20     A.    No.
21     Q.    Did you know that each of them
22 made up account statements?
23     A.    No.
24     Q.    When you got a work order that was
25 given to you, you said they would be given to

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                              Khan 5/25/2016

CONFIDENTIAL

Page 98

1   you by either Frank or Annette or Jodi or some
2   other person, did you have any reason to believe
3   that those were accurate records?
4       A.   Did I have any reason to believe
5   they were accurate?  Did I have any reason to
6   believe they were accurate or not accurate?
7       Q.   Right.
8       A.   Inaccurate, no.  Inaccurate if
9   that's the question, no.
10      Q.   Let me refer you to Exhibit 22,
11  which was one of the first documents.  Looks
12  like this.
13      A.   Okay.
14      Q.   Do you remember this?
15      A.   Yes.
16      Q.   Do you know who prepared a
17  document like this?
18      A.   Could have been anybody, Annette,
19  Frank, Jodi, Winnie, Simone.
20      Q.   So as far as you know, any of
21  these documents -- any of these entries could be
22  false, correct?
23          MS. FEIN:  Objection.
24      A.   Could be false, I don't know if
25  they're false.  There's no way for me to know

Page 99

1   anything.  Nobody ever explained to me what we
2   do.  All we know, we got work and we did the
3   work.  I don't know the detail of the work, so I
4   can't, I wouldn't know that.
5       Q.   Did you ever speak to customers
6   when you were there?
7       A.   Oh, no, we had no customer
8   contact.
9       Q.   So if a customer --
10      A.   Okay, let's put it this way.
11  There were customers, I guess, but not me.  That
12  wasn't my area.  There's other people who dealt
13  with the customers, but not me.
14      Q.   So if Annette gave you
15  instructions to fill out something about a
16  customer account, that -- you wouldn't have
17  spoken to the customers?
18      A.   No, not me.  I'm sure there were
19  other areas but not me.
20      Q.   So you have no reason to know what
21  Annette said was what put in here about an
22  account was false or true, right?
23          MS. FEIN:  Objection to the form.
24      Q.   You can answer.
25      A.   I wouldn't.

Page 100

1       Q.   Did you know that there were no
2   such things as profits generated at Madoff?
3       A.   I didn't understand anything.  All
4   I know, I just entered and printed.  I don't
5   know the details of anything.  So, some
6   questions you ask me I wouldn't know.  Data
7   entry, I entered stuff and I printed.  That was
8   my duty.
9       Q.   When you printed the checks --
10      A.   Yes.
11      Q.   -- what did you do with them after
12  you printed them?
13      A.   There was a work area where I put
14  the work.  If it was during the day -- I was
15  evening shift pretty much, so by the end of --
16  most of them they were leaving, they were going
17  home, so when I did the work at the end of the
18  day, there was a cabinet all the work was kept,
19  I would put it in the cabinet.
20      Q.   So you have no idea whether a
21  check went to a customer or not?
22      A.   That was not my area.  I didn't
23  work the mail, so I wouldn't know.
24      Q.   For all you know those checks
25  never went out, correct?

Page 101

1       A.   To my knowledge they went out.
2   There was a mailroom and they did mail, so to my
3   knowledge they went out.
4       Q.   Who was responsible for sending
5   the checks out, to your knowledge?
6       A.   Sending the checks out?  There was
7   the mailroom and there was, like I said Sean,
8   Sharda, different people came and went that
9   worked in the mail.
10      Q.   When you put the checks into the,
11  what did you call it, work box?
12      A.   Work box, that's good.
13      Q.   That was what you called it?
14      A.   Um-hum.
15      Q.   To your knowledge after you put
16  them in, who was the next person who touched
17  those?
18      A.   Would be Winnie or Simone.
19      Q.   And those were people that worked
20  during the day shift?
21      A.   Yes.
22      Q.   Winnie was Winifier?
23      A.   Yes.
24      Q.   The term "profit withdrawal," what
25  was your understanding of the term?

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                    Khan 5/25/2016

CONFIDENTIAL

Page 102

1    A.    The only thing in my head, I know
2  checks were coming in and checks were going out.
3  Customers were sending in the money to be
4  invested.  Customers got a profit and checks
5  went out.  That's all I know in my head.  I
6  don't know what else.
7         Like I said, they didn't explain,
8  they didn't tell us.  Everybody had a certain
9  function.  My function was input/output, that's
10  it.
11    Q.    I refer you to Trustee Exhibit 44,
12  which was one of the last ones that they showed
13  you, Aaron Blecker revocable trust file.
14    A.    Okay.
15    Q.    And we looked at the first page
16  under the account folder, which was -- ends in
17  4126.  Do you recall looking at that?
18    A.    Yes.
19    Q.    If you got an instruction to
20  change a file, did you have any idea whether
21  this was accurate about a customer request or
22  not?
23    A.    I don't know that one.  I did not
24  handle the phones.  I don't know.
25    Q.    I want to refer you to what was

Page 103

1  marked as Exhibit 55, 1995.  It looks like this.
2    A.    Okay.
3    Q.    I want to understand what is --
4  whose handwriting is this?  When a day came --
5  let's just look at the first page, which is at
6  8813.  Was this a blank page and -- explain to
7  me how your name got on this and what you
8  actually filled in on a typical form like this.
9    A.    Okay.  Blank page.  This is
10  something we just drew, this is just a record of
11  the work that we did during the day or the
12  night, whenever.  So if they had to track
13  something, they could go back by, you know,
14  sequence and see what we did.  There was an
15  error, I don't know, just saying, there's just a
16  lot of -- there were (indiscernible), it's a
17  log.
18    Q.    Okay.  So looking at that first
19  page on Exhibit 55, the third line down has your
20  name on it, Dorothy.
21    A.    Yes.
22    Q.    What does the term "W2" mean?
23    A.    This is the workstation.
24    Q.    That's your workstation.
25    A.    Yes.

Page 104

1    Q.    And is this your handwriting, name
2  and address, new account?
3    A.    Yes.  That's opening new accounts.
4    Q.    And whose handwriting is it on the
5  first two lines?  Is that also your handwriting?
6    A.    First two lines, the different
7  name, that's Alethea, another girl.
8    Q.    So if your name --
9    A.    Oh, okay.  Yes.  I was just
10  looking at the name.  The handwriting is mine,
11  maybe work was done and she doesn't log it so I
12  logged it.  That's all to it.
13    Q.    So is it part of your
14  responsibility to fill out what you did that
15  day?
16    A.    It could be -- it wasn't -- okay,
17  let me put it this way.  Maybe the sheet got
18  messed up, they just redid a sheet.  It wasn't
19  anything big, but it's just a log of the day's
20  procedure.
21         So this wasn't any big thing, a
22  check was lost because of this or something got
23  messed up.  This was just for our records.  Like
24  I said, whatever we did, we put it there and if
25  they had to come back to check something that

Page 105

1  was done, what order.  That's pretty much what
2  this was for.
3    Q.    So in looking at that first page
4  8813, does this all look like your handwriting
5  on the first part of the page?
6    A.    Is that my handwriting, yes.
7  Maybe the sheet got messed up, because if you
8  look at the bottom, the sheet got crossed out,
9  so maybe I rewrote it because of some, whatever
10  order, I don't know.
11    Q.    Let's look at the second page.
12  8814.
13    A.    Okay, let's back up.  Maybe she
14  was out that day, maybe she was on vacation,
15  something, I don't know.  That's why my
16  handwriting is on.  Or she had the day off.
17  There was two of us working.  If she was out for
18  a day or on vacation, you see my handwriting.
19         But this one, both of our names
20  are here, so I'm thinking this one, it got
21  messed up, she didn't log it or sometimes we
22  were doing work and one would do the work and
23  one would log so there was no particular reason
24  why.  This is just nothing important, seriously.
25  Okay, but you can ask me anything.  This is just

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                Khan 5/25/2016

CONFIDENTIAL

Page 106

1  minor things, this log.
2       Q.    Prior to today, were you
3  previously interviewed by anyone from the
4  Trustee's office?
5       A.    I don't know.  All I know, I spoke
6  to people already.  Must be the FBI.  I don't
7  know who I spoke to.  But I did talk to people.
8       Q.    And when did you talk to them?
9       A.    I did mention before, I don't
10 remember.  A while ago.  Must have been a year,
11 two, three.  I don't remember.  I really don't
12 remember.
13      Q.    When you spoke to the FBI, was
14 your counsel present?
15      A.    Yes.
16      Q.    Other than speaking to the FBI,
17 did you speak to anyone else about what we
18 discussed today?
19      A.    I don't think so.
20      Q.    Have you testified in any other
21 proceedings relating to Madoff?
22      A.    No.
23            Do I have to do this again?  I
24 think I'll hang myself.  Oh, was I recorded?
25 Sorry.  You could take that one out.

Page 107

1       Q.    I want to refer you to this House
2  Manual that was discussed, which was Exhibit 49,
3  this House Manual.
4       A.    49, where is 49.  Is that a big
5  one?
6       Q.    Do you know who prepared this
7  House Manual?
8       A.    Okay, I'm sure the big people have
9  to pass it on to the little people to prepare
10 somewhere along, I don't know who wrote it, but,
11 no, I don't know who prepared it.  As in setting
12 it up, no.
13      Q.    But you know you did not prepare
14 it?
15      A.    Oh, no, no.  Absolutely not me.  I
16 wouldn't know where to start.
17      Q.    And when you started -- this is
18 dated, Exhibit 49 has a date on it August 1995.
19      A.    Yes.
20      Q.    You started there before that.
21      A.    1993.
22      Q.    Is there an earlier version of
23 this or is this the only version you've seen?
24      A.    An earlier version?  No, I think
25 this is it.

Page 108

1       Q.    So when you started there, there
2  was not a House Manual?
3       A.    Maybe there was little bits and
4  pieces, maybe little books and stuff, so...
5       Q.    Is this a document that you ever
6  consulted when you worked there?
7       A.    Consulted?  Well, in the beginning
8  if I didn't know I have to look at something,
9  maybe not this, but I have to look at notes to
10 know what I was doing or what I'm supposed to
11 do.
12      Q.    Do you ever remember looking at a
13 document like this?
14      A.    I'm sure I did.  Whether it was a
15 document like this, I'm sure I had to look at
16 notes to know what I was doing, whether it was a
17 piece of paper or a book.  I have to look at
18 something to know what I'm doing.  When I say
19 what I'm doing, what I'm putting in the
20 computer, what I'm printing.
21      Q.    When you started there, who gave
22 you instructions as to what to do?
23      A.    Who gave me instructions?  There
24 were two other women that worked but they left a
25 long time ago.

Page 109

1       Q.    So those were people that you were
2  replacing?
3       A.    Pretty much -- well, not
4  replacing, but I guess as time went on people
5  made changes.  But I'm sure they got this from,
6  you know, somebody else that they had to
7  compile.
8       Q.    Do you know who at BLMIS was
9  responsible for preparing this?
10      A.    No.  No.
11      Q.    I'd like to refer you to Exhibit
12 30, which was a customer file.  Looks like this.
13 Yes, you found it.
14            Was it part of your
15 responsibilities to maintain customer files?
16      A.    This was part of my duties, yes.
17      Q.    So what did it take to maintain
18 customer file?
19      A.    Maintain a customer file, how do
20 you maintain a customer file?  Okay, so you set
21 up a customer, like you go to the bank, you want
22 to put some money, open an account.  I change my
23 address, so I call, I say change my address, a
24 customer would say change my address, I'm
25 married, I divorced, changed something.  That's

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                    Khan 5/25/2016

CONFIDENTIAL

Page 110

1    pretty much it.
2         They would call in the company,
3    whoever they spoke with, they just get the file
4    and decide change my name, change my address,
5    something like that.
6         Q.    Well, when you worked at Madoff,
7    was there a folder for each customer?
8         A.    Yes.
9         Q.    And was it your responsibility to
10   put in the folder --
11        A.    No, that was not my, part of my
12   responsibility. The file people did that.
13        Q.    So if a document is in a file,
14   that was nothing that you did, correct?
15        A.    No.
16        Q.    And you said earlier that you
17   never spoke to any customers?
18        A.    No. No phone operation. That
19   wasn't part of my job, no.
20        Q.    You testified earlier that there
21   were -- part of your job was to print trade
22   confirmations?
23        A.    Yes.
24        Q.    Where did you get the information
25   about the trades?

Page 111

1         A.    Trades could come from Annette,
2    Frank, Jodi, Erin, Eric.
3         Q.    And what happened to the trade
4    confirmations after you printed them?
5         A.    Okay, they would go to the file
6    people, mail them out.
7         Q.    At the time you worked there, you
8    thought that the trade information that you were
9    being given was accurate, correct?
10        A.    I guess. That's all I can say, I
11   guess.
12        Q.    Are you familiar with a check
13   ledger at Madoff?
14        A.    No.
15        Q.    Did you ever see a check ledger?
16        A.    No.
17        Q.    Do you know of anybody at Madoff
18   who reviewed checks before they went out?
19        A.    Okay, so back to putting the work
20   in the work box. That was Winnie and Simone,
21   they would check, you know, review the stuff and
22   then give it to the file people who would
23   file -- I mean, who would mail the stuff, the
24   mailroom.
25        Q.    Your workstation was on the 17th

Page 112

1    floor?
2         A.    Yes.
3         Q.    Who else had access to the 17th
4    floor?
5         A.    Meaning?
6         Q.    Who else worked on the 17th floor?
7         A.    A bunch of people. You want
8    names?
9         Q.    Yes.
10        A.    Should I start calling people,
11   right?
12        Q.    I'm sorry?
13        A.    Should I start calling people,
14   because there were quite a few people that
15   worked there on the 17th.
16        Q.    Okay. Why don't you just go
17   through them and tell us who worked there.
18        A.    Shall we go with the managers
19   first?
20        Q.    Who are they?
21        A.    The managers we had Frank,
22   Annette, Jodi, Eric, Erin, Winnie, Simone,
23   Alethea, Dorothy, Sean, Sharda. There were two
24   programmers also, Jerome, Jerry and George.
25        Q.    You said they were programmers?

Page 113

1         A.    Yeah.
2         Q.    Did Bernie Madoff work on the 17th
3    floor?
4         A.    No.
5         Q.    How often did you see him?
6         A.    Once in a while, not often.
7         Q.    Once a month, once every six
8    months?
9         A.    Hardly, once in a while. Once in
10   a while, once in a while. I didn't really see
11   him.
12        Q.    What about Ruth Madoff; did you
13   know who she was?
14        A.    Yes.
15        Q.    Did you see her on the 17th floor?
16        A.    Once in a while also.
17        Q.    Did she, to your knowledge did she
18   have a responsibility on the 17th floor?
19        A.    I don't know what responsibility.
20   I've seen her come and go. You know, not for
21   long, just maybe in and out and that's it.
22        Q.    As far as you were aware, she did
23   not have a job at -- on the 17th floor?
24        A.    No.
25        Q.    You said you left in January of

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                             Khan 5/25/2016

CONFIDENTIAL

Page 114

1  '09.
2      A.    Yes, January of '09.
3      Q.    Do you remember the date?
4      A.    No, I don't.
5      Q.    What did you do between the time
6  when Madoff was arrested and January '09?
7      A.    I don't know. Just waiting around
8  to know what was going on. We were just left in
9  the dark. I don't even know how long we stayed,
10 a day, two, I really don't remember.
11     Q.    Did you have -- did you continue
12 to do data entry during that period of time?
13     A.    No. No, I don't think there was
14 anything to do.
15     Q.    But you came to work and they paid
16 you?
17     A.    I don't know if I got paid. I
18 don't really remember if I
19 got paid.
20     Q.    Did somebody give you formal
21 notice to terminate your employment?
22     A.    I don't remember. I don't
23 remember right now.
24     Q.    So one day you just stopped coming
25 to work?

Page 115

1      A.    I guess, but I don't remember how,
2  seriously. I went to look for some direction as
3  to work, what was going on, but I don't remember
4  what happened.
5      Q.    You mentioned several times that
6  over the time you were there, you were there 16
7  years, a lot changed.
8      A.    Yes, a lot changed.
9      Q.    Can you describe to me, you know,
10 what changed?
11     A.    Okay, started out with maybe a
12 handful of customers and then it grew and then
13 the workload grew. So that's how it changed.
14     Q.    Just more customers?
15     A.    Yes. More customers, more work.
16     Q.    Did the nature of your work
17 change?
18     A.    Did the nature of my work change?
19 Yes.
20     Q.    Describe to me how that changed.
21     A.    Okay, so where we were doing a lot
22 of punching information, we didn't have to punch
23 maybe, kind of just put it in the computer, like
24 automated stuff, whatever that was called.
25     Q.    So describe to me what became

Page 116

1  automated and what was -- you still had to do by
2  hand, data entry.
3      A.    Okay. So because the customer
4  workload grew to be so much of maybe punching in
5  the trades, you know, it was something manual we
6  would do and then it became so much, so then
7  they would make it like, however they did it,
8  like automatic. That's how I can explain it. I
9  don't know too much about it. That's how my
10 workload changed.
11         So from a lot of data entry it
12 became more just go to the computer and maybe
13 hit some buttons and you, know, generate the
14 work.
15     Q.    So did the issue of checks,
16 issuing of checks change over time?
17     A.    That did also.
18     Q.    Explain to me how that changed.
19     A.    That's one of the same format I'm
20 using. So instead of the PW/CW you were asking
21 I didn't remember, maybe I think that kind of,
22 there was like an automated way.
23     Q.    So was it still your
24 responsibility to print checks?
25     A.    Yes, I still had to print.

Page 117

1      Q.    Each check had to be printed?
2      A.    Yes.
3      Q.    But the data entry changed?
4      A.    One part, yes. Well, some of it,
5  yes.
6      Q.    I'd like you to turn to Exhibit 55
7  and the page ending 829. Exhibit 55 is House 17
8  log.
9      A.    Okay. Which number?
10     Q.    829 it ends in.
11     A.    Okay.
12     Q.    Do you recognize the handwriting
13 on that page?
14     A.    Some are mine, but Alethea's.
15 Some are mine, yes.
16     Q.    Which is your handwriting on this
17 page?
18     A.    So my name is there, so wherever
19 my name, let me see, wherever my name and
20 workstation. Oh, different days. Okay, so
21 wherever my name is, that's what I did. On the
22 right-hand column, workstation person.
23     Q.    So when it says, I'm looking at
24 the middle of the page, under November 8th, is
25 that your -- did you write that "Dorothy" there?

SIPC v BLMIS                                        Khan 5/25/2016

CONFIDENTIAL

Page 118

1    A.    That's my name.
2    Q.    But you wrote that, that's your
3  handwriting?
4    A.    That's mine, yes.
5    Q.    And do you recognize Alethea's
6  handwriting?
7    A.    Yes.
8    Q.    So was it your general practice,
9  do I understand, that if you did the project you
10  would write the entry down?
11    A.    Okay, I said it before,
12  sometimes -- most times, yes, we should.  We
13  supposed to.  But sometimes I could be doing
14  something else where she may have recorded or I
15  have done for her.
16       So, in other words, whoever did
17  the work, the name should be next to it, but
18  somebody else could write that this person did
19  it.  There was no rule or law that because I did
20  the work somebody else couldn't put it in for
21  me.  I repeat it again.
22    Q.    And at the bottom of the page
23  that's, what appear to be on November 10th,
24  different handwriting?
25    A.    Yes.  That's Alethea.

Page 119

1    Q.    So the bottom of the page is
2  Alethea's handwriting and the middle of the page
3  where Alethea's name appears, that's your
4  handwriting with Alethea's name?
5    A.    No, that's not my writing.
6    Q.    That's her handwriting also?
7    A.    Yes.  Which one?  Yes.  Most of
8  them, yes.  On this one.
9    Q.    And let's just turn to page 851,
10  which is maybe 30 pages farther up.
11    A.    Okay.
12    Q.    At the bottom of the page, is that
13  your handwriting where it's written as Dorothy?
14    A.    No, that's her handwriting.
15    Q.    That's, pardon?
16    A.    That's Alethea's handwriting.
17    Q.    Okay.
18    A.    Which is what I said.  Sometimes I
19  could do something and she'll fill it for me or
20  she'll do something and I'll fill it for her.
21  There was no rule of law, so to speak.  Pretty
22  much whoever did the work, their name had to be
23  who did the work.
24    Q.    Okay.  I've got so many exhibits
25  here.  I'm looking for Exhibit 44.

Page 120

1       No further questions.
2       MS. FEIN:  Take a quick break.
3       THE VIDEOGRAPHER:  The time is
4  5:26 p.m.  Off the record.
5       (Recess taken.)
6       THE VIDEOGRAPHER:  The time is
7  5:28 p.m.  Back on the record.
8
9  CONTINUED EXAMINATION BY MS. FEIN:
10    Q.    Ms. Khan, we reviewed a couple of
11  documents that had your initials and the date
12  next to them.  Do you remember that?
13    A.    I do.
14    Q.    Typically, if you initialed and
15  dated a document, does that mean that you made a
16  change in the computer system on that day?
17    A.    Yes.
18    Q.    And if you can turn back to the
19  exhibit that we marked as 55, the '95 procedure
20  log.  I think it's the one right in front of
21  you, the page ending in 829.
22       Do you see at the top of the page
23  it's dated November 7th, there's a set of
24  entries there and on the right-hand side it has
25  W2 Dorothy, down for about eight or nine

Page 121

1  different entries?
2    A.    Okay.
3    Q.    Do you recognize the handwriting
4  in that first set of entries?
5    A.    It's all mine.  It's all mine.
6       MS. FEIN:  No further questions.
7  Thank you.
8       MR. KIRBY:  No further questions.
9       THE VIDEOGRAPHER:  The time is
10  5:30 p.m.  This concludes the deposition.  Off
11  the record.
12       (Deposition concluded.)
13            -oOo-
14
15
16
17
18
19
20
21
22
23
24
25

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                        Khan 5/25/2016

CONFIDENTIAL

32 (Pages 122 to 124)

---

Page 122

```
 1          ERRATA SHEET
 2
        WITNESS NAME: DOROTHY KHAN
 3
        PAGE/LINE      CHANGE      REASON
 4
 5      _____
 6      _____
 7      _____
 8      _____
 9      _____
10      _____
11      _____
12      _____
13      _____
14      _____
15      _____
16      _____
17      _____
18      _____
19      _____
20      _____
21      _____
22      _____
23      _____
24      _____
25      _____
```

---

Page 124

```
 1          REPORTER'S CERTIFICATION
 2
 3          I, NANCY C. BENDISH, Certified
 4  Court Reporter and Notary Public of the States
 5  of New York and New Jersey, do hereby certify
 6  that, prior to the commencement of the
 7  aforementioned examination, DOROTHY KHAN was
 8  sworn by me to testify the truth, the whole
 9  truth and nothing but the truth.
10          I DO FURTHER CERTIFY that the
11  foregoing is a true and accurate transcript of
12  the testimony as taken stenographically by and
13  before me at the time, place, and on the date
14  hereinbefore set forth.
15          I DO FURTHER CERTIFY that I am
16  neither a relative nor employee nor attorney nor
17  counsel of any party in this action and that I
18  am neither a relative nor employee of such
19  attorney or counsel, and that I am not
20  financially interested in the event nor outcome
21  of this action.
22      _____
        NANCY C. BENDISH, CCR, RMR, CRR, CLR
23      Realtime Systems Administrator
        Certificate No. XI00836
24
25  Dated: May 26, 2016
```

---

Page 123

```
 1          JURAT
 2          I, DOROTHY KHAN, have read the
 3  foregoing deposition and hereby affix my
 4  signature that same is true and correct, except
 5  as noted above.
 6      _____
 7          DOROTHY KHAN
 8  THE STATE OF _____
 9  COUNTY OF _____
10      Before me, _____, on this
11  day personally appeared _____,
12  known to me (or proved to me on the oath of or
13  through _____ (description of identity
14  card or other document) to be the person whose
15  name is subscribed to the foregoing instrument
16  and acknowledged to me that he/she executed the
17  same for the purpose and consideration therein
18  expressed.
19      Given under my hand and seal of office on
20  this _____ day of _____, _____.
21
22      _____
23          NOTARY PUBLIC IN AND FOR
            THE STATE OF_____
24
25  My Commission Expires: _____.
```

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                              Khan 5/25/2016

CONFIDENTIAL

| A |
| --- |

**Aaron**
 102:13
**ability**
 8:21
**able**
 18:2
**Absolutely**
 107:15
**access**
 112:3
**account**
 31:2 36:7 38:12,15
 54:21 55:1,5 56:11,17
 56:20 59:13,16 60:2,5
 60:12,25 61:3 62:8
 63:10,11 64:1 65:12
 65:15,19 66:4,8 71:19
 71:23 72:15 74:22,23
 75:1,2 77:14 81:6
 86:15,16 90:1,2,3,6,6
 90:16 91:10 92:10
 93:12,14,17,18,24
 94:2,4,7,12 97:22
 99:16,22 102:16
 104:2 109:22
**accounts**
 6:10 11:2,21 18:3,10
 18:12,19 38:22 61:7
 61:11 91:21 92:4,4,19
 104:3
**accurate**
 98:3,5,6,6 102:21
 111:9 124:11
**accurately**
 8:5
**Ackerman**
 2:6 4:22,22 5:11
**acknowledged**
 123:16
**action**
 86:15 124:17,21
**activity**

77:12 79:14
**add**
 90:12
**added**
 45:11
**addition**
 19:15,21
**ADDR**
 59:22
**address**
 14:25 59:17 60:1,2,6
 60:10,12 63:12 64:2
 67:6,8 70:24 72:16
 77:1,2,3 104:2 109:23
 109:23,24 110:4
**Administrator**
 124:23
**Adv.Pro.No**
 1:4
**Adversary**
 4:11
**advice**
 13:4,7 26:4,6
**afein@bakerlaw.com**
 2:5
**affect**
 8:21
**affirmative**
 7:25
**affix**
 123:3
**aforementioned**
 124:7
**afternoon**
 5:9
**ago**
 15:9 58:21 106:10
 108:25
**Ah-hah**
 29:8
**ahead**
 33:3
**Alethea**

16:13 20:8 80:23 104:7
 112:23 118:25
**Alethea's**
 117:14 118:5 119:2,3,4
 119:16
**alongside**
 66:12
**Amanda**
 2:4 4:18 5:9
**amount**
 19:16,19 20:18 21:25
 24:12 36:7 54:24 55:3
 56:25 57:3,7 66:5
**amounts**
 18:9
**Amy**
 2:5 4:20 5:10
**Ann**
 15:4 34:2 92:14,14,15
 92:16,17,20
**Annette**
 13:24 14:6,18 18:24
 34:2 63:21 74:24 86:7
 91:19,24 96:17 98:1
 98:18 99:14,21 111:1
 112:22
**answer**
 7:24,25 8:6,8,21 28:20
 35:4,6 37:5 85:13,15
 99:24
**answering**
 8:14
**answers**
 7:17
**anybody**
 28:1 34:1 44:4,8 63:23
 86:7,21,22,22 94:17
 94:18 98:18 111:17
**anybody's**
 60:16
**anymore**
 10:1 28:8 32:8 38:5,8
 41:3 43:3 57:17 58:3

**appear**
 37:1 65:10 77:19 83:23
 87:23 91:4,12 118:23
**appeared**
 123:11
**appears**
 94:12 119:3
**applied**
 81:22 82:3,4,12
**approximately**
 4:3
**arbitrage**
 87:14
**area**
 25:4,7,8,13 50:2 63:24
 99:12 100:13,22
**areas**
 99:19
**arranged**
 8:13
**arrested**
 114:6
**arrow**
 39:10
**Asha**
 16:8
**aside**
 32:22 66:23 87:10 88:6
 89:3
**asked**
 61:5 72:5
**asking**
 7:15 8:6,7 47:25 72:16
 81:8 97:4 116:20
**assist**
 11:20 19:1
**association**
 4:5
**attached**
 3:23
**attend**
 9:3,13 10:2
**attention**

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

97:2
**attorney**
7:10 124:16,19
**attorneys**
4:14
**August**
51:23,25 52:3 107:18
**automated**
32:9,18 41:3 42:20
  46:12 115:24 116:1
  116:22
**automatic**
116:8
**automatically**
15:22 23:2 54:21 56:19
**avanderwal@bakerl...**
2:6
**Avenue**
2:11
**aware**
113:22

**B**

**B**
3:10 29:20
**back**
10:15,20 15:10,12
  18:23 32:22 36:22
  38:24 39:2 42:23
  50:23 58:1,17,20
  67:14 75:18 77:22
  79:25 80:1,2 86:10
  95:18 103:13 104:25
  105:13 111:19 120:7
  120:18
**Backup**
46:11
**Baker**
1:21 2:3,11 4:7,18,21
  4:23,24
**bank**
109:21
**bankruptcy**
1:1 4:10 5:13,15

**based**
13:1 42:8
**Basically**
13:5
**basis**
19:8 28:4 41:16 42:11
  42:24
**Bates**
67:18 72:8 73:5 94:11
**began**
5:21
**beginning**
108:7
**begins**
58:17 95:18
**believe**
10:5 19:15 98:2,4,6
**Bendish**
1:18 4:5,17 124:3,22
**Bernard**
1:7,12 2:9 6:10 7:19
  96:8
**Bernie**
17:11,15,17 113:2
**big**
42:2 43:11 77:4 104:19
  104:21 107:4,8
**binder**
31:2 53:19
**bit**
17:25
**bits**
108:3
**blank**
103:6,9
**Blecker**
102:13
**BLMIS**
2:8 4:9 5:13 7:4,20
  10:12 11:2,16 12:2
  15:24 16:2 17:22 18:2
  18:5,8,10,11,19 20:21
  20:24 23:15,21 25:18

25:21 26:16 27:11,14
37:1 38:12,15 39:16
40:20 45:15,25 49:12
50:4 51:18 60:12,23
60:24 61:3,10 62:23
63:5 64:1,14 65:15
74:23 75:2 80:19
92:11 109:8
**Blum**
2:13 5:1
**bolded**
29:10
**Bongiorno**
96:17
**book**
30:25,25 31:1,1,16,19
  31:23,25 32:2,5 53:18
  53:19,24 108:17
**books**
30:23,24 31:13 97:13
  108:4
**bosses**
72:5
**bottom**
30:10 37:7 39:5,6 52:7
  64:24 65:5 73:1,25
  84:22 85:25 105:8
  118:22 119:1,12
**Boulevard**
50:1
**box**
94:25 95:1,10 101:11
  101:12 111:20
**brain**
58:1
**break**
8:11,15 58:11 95:12
  120:2
**bring**
46:14 55:5,16 66:7
  74:19
**bringing**
42:11

**brought**
55:1
**bunch**
77:11 112:7
**business**
9:9,13,25 10:1
**buttons**
116:13
**buying**
13:20

**C**

**C**
1:18 2:1 86:15 124:3
  124:22
**C/S**
67:24 69:17
**CA**
19:14,16 30:11 31:10
  31:21 32:5,6 36:11
  37:25,25 39:18,24
  40:3,13 52:10,18
  53:15,17,20,24 57:11
  57:14,18 83:6,16
**cabinet**
24:21 25:2 100:18,19
**calculate**
10:15
**call**
13:15 101:11 109:23
  110:2
**called**
14:18 26:4 66:14 97:1
  101:13 115:24
**calling**
112:10,13
**calls**
35:3 37:3
**capital**
19:15,21
**caption**
4:9
**card**
123:14

SIPC v BLMIS                                      Khan 5/25/2016

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **case** | **changes** | 42:14,24 43:1,1,7,19 | 19:13 28:25 32:2 39:18 |
| 4:9,10 5:17,19 6:1 | 45:9 73:2 109:5 | 43:24,25,25 46:8 47:6 | 39:23,24 40:1,3,7,10 |
| 50:22 66:6 | **changing** | 47:9,12,15,18,21,21 | 52:19 53:17 54:24 |
| **cash** | 93:24 | 48:2,4,9,13,16 52:10 | 55:3 57:3,4,15 66:6 |
| 68:11,23 69:3,7,12 | **Charat** | 52:18,19,20 53:5,11 | 102:2 114:24 |
| **cash17** | 64:22 | 53:17,17 54:6,11 | **commencement** |
| 46:3,10,13,14,23,24,24 | **Charlene** | 57:18 60:24 61:3,8 | 124:6 |
| 46:25 47:2 55:15,15 | 25:15 | 64:13 65:14 68:24,25 | **commencing** |
| 55:17 | **check** | 83:6,13,16,19,23 86:8 | 1:23 |
| **cause** | 19:23 20:11 23:4,18 | 100:9,24 101:5,6,10 | **Commission** |
| 74:14 | 28:25 29:5,7,24 30:8 | 102:2,2,4 111:18 | 123:25 |
| **CCR** | 30:13 31:19 32:12,16 | 116:15,16,24 | **comp** |
| 124:22 | 37:20 39:13,14,14,22 | **circles** | 13:15,17 26:4 |
| **certain** | 40:10 41:18,19 42:15 | 91:4 | **company** |
| 5:19 6:5 49:18 56:11 | 46:13 47:22,23 48:17 | **clear** | 15:9 16:23,24 17:23 |
| 102:8 | 53:15 54:1,12,17 | 57:20 | 36:17 37:15 41:1 61:7 |
| **certificate** | 55:13,16,17 56:14,16 | **closed** | 110:2 |
| 9:17,18,19 124:23 | 56:25 57:7 59:9 60:14 | 17:23 31:5 38:6 | **compare** |
| **CERTIFICATION** | 60:16,17,21 64:12 | **CLR** | 34:15 78:4 |
| 124:1 | 65:20,22,24 66:10,24 | 124:22 | **comparison** |
| **Certified** | 67:1,6,7,9 71:16 | **code** | 26:4,6 66:14,15,19,24 |
| 1:18 124:3 | 72:17 81:22 82:3,3,12 | 29:16,20 30:8,14 31:21 | 67:1,6,10 |
| **certify** | 85:6 86:3 94:16 | 36:7,9,11 40:13 48:17 | **compile** |
| 124:5,10,15 | 100:21 104:22,25 | 52:10,11 54:19 56:22 | 109:7 |
| **change** | 111:12,15,21 117:1 | 57:4,7 81:25 82:6 | **compiled** |
| 14:25 31:10 32:14 | **check-in** | **codes** | 79:9 |
| 40:22 42:18 48:16 | 30:25 31:16,19 | 29:6,7 37:20 41:19 | **complete** |
| 72:17 73:11 74:9 | **check-out** | 57:10 | 52:25 |
| 75:10,11 77:5,13 | 31:1,23 | **college** | **comps** |
| 79:20 80:6,14 90:12 | **checks** | 9:9 | 13:4,6,12 |
| 90:15,25 102:20 | 12:20 13:3,4,6 14:2,5 | **colon** | **computer** |
| 109:22,23,24 110:4,4 | 18:1,2,5,8,9,16,22 | 29:6 69:17 | 9:20 12:2,5,23 15:5 |
| 115:17,18 116:16 | 19:2,6,13,25 20:1,4,7 | **column** | 17:1,5 19:3,6,25 25:9 |
| 120:16 122:3 | 20:17,20,23 21:1,4,7 | 34:20 37:1,10 51:15,16 | 26:1,2,15 40:10 41:4 |
| **changed** | 21:9,10,14,16 22:1,4 | 51:22 83:10 91:3 | 42:21 45:14,18 46:20 |
| 25:11 31:4 32:4 38:3 | 22:11,16,19,23 23:9 | 117:22 | 48:5 51:18 53:3 54:17 |
| 40:23,24 41:5 42:17 | 23:21 24:4,11,18 | **columns** | 55:6,15 56:21 60:7 |
| 53:22,23 57:17,23 | 25:17,21 26:2,3,6,13 | 34:21 90:21 | 63:17 64:2 71:1,19,23 |
| 63:22 75:13 77:2,3 | 29:17,21 30:20,25 | **come** | 72:3 75:10,16 77:6 |
| 86:20 92:7 94:2,5 | 31:2 32:2,3 33:18 | 22:8 28:6 32:21 44:4 | 80:20 87:3,24 89:25 |
| 109:25 115:7,8,10,13 | 35:20,24 36:2 39:16 | 54:21 104:25 111:1 | 90:9 108:20 115:23 |
| 115:20 116:10,18 | 39:23 40:1,2,3,5,7 | 113:20 | 116:12 120:16 |
| 117:3 | 41:8,15,17,22 42:11 | **coming** | **concluded** |

SIPC v BLMIS                                          Khan 5/25/2016

CONFIDENTIAL

121:12
concludes
121:10
CONFIDENTIAL
1:9
confidentiality
5:18
confirm
5:21
confirmations
110:22 111:4
Connecticut
2:11
connection
26:12
consideration
123:17
considered
39:16
consistent
41:21
Consolidated
1:7 2:8
consulted
108:6,7
contact
7:12 17:20 99:8
continue
29:19 114:11
CONTINUED
120:9
convicted
96:14,21,24
copy
5:20 6:14 81:4,16,18
Corporation
1:4 5:13
correct
21:25 24:13,13 50:23
    54:4 59:18 60:10 79:3
    98:22 100:25 110:14
    111:9 123:4
correctly

64:22
correspondence
11:24
corresponding
75:10
counsel
4:19,21,23,25 6:13
    58:10 59:5 106:14
    124:17,19
count
10:19
country
9:7
COUNTY
123:8
couple
26:24 48:25 73:21
    120:10
course
10:3 27:11,14
court
1:1,18 4:11,16 5:15 8:1
    124:4
cover
78:11
create
40:13
credits
39:18 40:4,6,8
crime
96:21,24
criminal
96:8,18 97:16,19
criminals
97:9
crossed
105:8
CRR
1:19 124:22
Crupi
96:23
current
10:6 49:19 97:5

customer
11:2,18,21,23 12:11,14
    12:17 14:13,16 15:17
    19:14 20:19 23:18
    30:18 31:20 37:1
    39:14 42:25 52:19
    60:6 61:10 62:9 65:12
    65:15,19 67:4 69:25
    70:23 71:4,19,23 72:2
    72:15 74:16,23 77:1
    77:14,23 79:7,8 80:7
    80:9,20 82:2 83:24
    84:8,16 85:22 89:13
    89:24 91:21 92:2,4
    94:13 99:7,9,16
    100:21 102:21 109:12
    109:15,18,19,20,21
    109:24 110:7 116:3
customer's
14:25 36:6,12 54:19,20
    59:16,25 60:1,4,18
    63:10 66:4 90:3 93:22
customers
11:16 12:20 18:2,6,9
    18:17 20:21,24 23:15
    29:1,2,25 57:19 71:15
    83:23 99:5,11,13,17
    102:3,4 110:17
    115:12,14,15
cut
9:8
CW
29:20,22 30:2,3,5 31:6
    37:18,22 38:1 39:7,10
    39:24 52:11,19 54:2,6
    57:11,15 83:7,16
CWs
58:5

------

D

D
3:1 5:3 30:10
daily
19:8 20:13 21:7,9

41:16 42:11,24
dark
114:9
dash
29:10,14 84:18
data
9:20 10:23 11:12,14
    12:4,7 14:15 47:22
    100:6 114:12 116:2
    116:11 117:3
date
4:2 41:18 42:15 43:20
    43:24 44:1 51:16,17
    51:20 54:12 59:10
    74:12,13,14 75:3,4,12
    77:18,19 78:1,12
    89:19 92:24 93:14,15
    107:18 114:3 120:11
    124:13
dated
74:4 75:7 81:20 107:18
    120:15,23 124:25
David
7:11
day
7:12 20:5,14 21:21
    22:7,7,9,11,16,17,18
    24:7,10 42:8 43:2
    49:10,16 50:8,9,14,16
    51:5 57:14,15,19 69:7
    69:10,13,13 79:11
    94:22,23 100:14,18
    101:20 103:4,11
    104:15 105:14,16,18
    114:10,24 120:16
    123:11,20
day's
104:19
days
117:20
DC
2:12
dealt

SIPC v BLMIS                                          Khan 5/25/2016
CONFIDENTIAL

| | | | |
|---|---|---|---|
| 99:12 | **designation** | 26:19 27:6,10,11,13 | **E** |
| **debit** | 77:14 | 32:25 33:6 34:4 35:17 | **E** |
| 30:7 | **desk** | 44:19,25 48:15 50:7 | 2:1,1,5 3:1,10 |
| **debits** | 94:21 | 51:13 56:1 62:1,5,22 | **E3** |
| 39:11,17,19 | **detail** | 62:25 63:4 65:4 72:6 | 52:11 |
| **Debtor** | 15:1 99:3 | 72:13,14 81:11 82:16 | **earlier** |
| 1:13 | **detailed** | 84:13 87:11 88:9 89:5 | 37:21 41:9 74:1 107:22 |
| **decide** | 44:14 | 89:10 92:25 93:5,21 | 107:24 110:16,20 |
| 110:4 | **details** | 94:11 98:17 108:5,13 | **early** |
| **deep** | 100:5 | 108:15 110:13 120:15 | 95:8 |
| 85:13 | **different** | 123:14 | **easily** |
| **Defendant** | 9:7 23:12 25:15,23 | **documents** | 8:12 |
| 1:9 | 46:15 47:20,22 49:20 | 3:12 5:19 26:11 48:20 | **Edmunds** |
| **degree** | 70:3 73:10 91:10,16 | 49:3,17 82:17 88:3 | 2:17 4:4 |
| 9:16 | 101:8 104:6 117:20 | 98:11,21 120:11 | **educated** |
| **deliver** | 118:24 121:1 | **doing** | 9:4 |
| 94:21 | **differently** | 42:8 44:7 77:10 88:15 | **educational** |
| **department** | 40:2 | 94:15 105:22 108:10 | 9:5 |
| 25:16 47:1,2 86:23 | **digits** | 108:16,18,19 115:21 | **eight** |
| **departments** | 38:12 | 118:13 | 29:6 120:25 |
| 31:5 38:4 | **DiPascali** | **Doris** | **eighth** |
| **depend** | 97:15 | 2:14 5:1 | 76:4,6 |
| 11:5 | **direct** | **Dorothy** | **either** |
| **depending** | 17:20 | 1:17 3:4 4:13 5:6 16:10 | 54:24 57:3 74:17 94:12 |
| 48:16 69:14 94:22 | **direction** | 52:11 103:20 112:23 | 98:1 |
| **deposed** | 115:2 | 117:25 119:13 120:25 | **else's** |
| 6:17,18 | **directly** | 122:2 123:2,6 124:7 | 74:4 |
| **deposition** | 16:22 25:12 | **drew** | **employee** |
| 1:17 4:6 6:1,20 7:18 | **discussed** | 103:10 | 124:16,18 |
| 121:10,12 123:3 | 57:11 106:18 107:2 | **drifted** | **employees** |
| **depositions** | **discussing** | 80:18 | 11:1 15:23 16:1 61:10 |
| 6:6 | 55:22 | **Drs** | **employment** |
| **deposits** | **District** | 2:13 4:25 | 10:6 114:21 |
| 12:11,14,15 | 1:1 4:11 5:14 | **DT** | **ended** |
| **describe** | **DIV17** | 30:7,9 39:7,10 | 22:9 |
| 13:13 28:24 115:9,20 | 76:18 | **duplicate** | **ends** |
| 115:25 | **dividend** | 66:22 | 51:9 102:16 117:10 |
| **described** | 90:22 | **duties** | **enter** |
| 31:13 40:16,17 53:14 | **divorced** | 109:16 | 12:4,7,10,13,16,19 |
| **describing** | 77:4 109:25 | **duty** | 14:15 15:4 50:3,15,18 |
| 66:19 | **DK** | 85:10 87:3 100:8 | 52:14 54:16 56:11,15 |
| **description** | 89:19 | **DVD** | 56:17 57:6 63:12,16 |
| 3:11 29:11 123:13 | **document** | 58:17 95:18 | 64:1 65:24,25 72:1 |

SIPC v BLMIS                                          Khan 5/25/2016

CONFIDENTIAL

86:16
**enter/update**
67:24 70:22,23
**entered**
15:21 25:25 51:17
54:11 56:20 100:4,7
**entering**
43:7,25 53:2
**entitled**
63:4 89:24
**entries**
52:3 97:13 98:21
120:24 121:1,4
**entry**
9:20 10:23 11:12,14
12:7 47:4,22 52:6,9
52:25 53:14 71:22
76:15 77:20 81:20,20
83:13,15 100:7
114:12 116:2,11
117:3 118:10
**Eric**
14:10,19 18:25 111:2
112:22
**Erin**
14:11,18 18:24 111:2
112:22
**ERRATA**
122:1
**error**
93:10 103:15
**ESQ**
2:4,5,6,12
**estate**
2:8,14 5:1
**evening**
11:7 24:22 95:8 100:15
**event**
124:20
**everybody**
25:6 50:16,17 66:16,17
91:19 96:9 102:8
**evidence**

5:19
**examination**
3:5 5:8 96:6 120:9
124:7
**excerpt**
32:24
**Excuse**
19:18
**executed**
123:16
**exhibit**
6:2 27:14,21 28:9
32:21,22 33:7,19,23
35:20,24 36:14,21
38:25 40:16,18 44:20
44:22 45:3,13 46:9
50:7,10 51:7,10,13
53:8,9 54:4,8,16
55:10,12 56:10 58:21
58:23 59:8 61:16,17
62:2,4,11 63:15 64:5
64:9,17,18,23 65:3,23
66:11 67:14,17 70:6,8
72:7,9 75:9,18,20,21
77:22,23 78:10 80:4
80:11,25 81:1,11,12
81:14 82:15 84:12
85:8 87:9 88:3,6,10
88:23,23 89:2 98:10
102:11 103:1,19
107:2,18 109:11
117:6,7 119:25
120:19
**exhibits**
3:22 48:21,22 49:4
61:15 119:24
**exist**
10:1 31:8
**experience**
63:6
**Expires**
123:25
**explain**

23:7 102:7 103:6 116:8
116:18
**explained**
99:1
**expressed**
123:18

———————————
**F**
**F**
91:7
**false**
98:22,24,25 99:22
**familiar**
28:10 31:11 33:13,15
44:7 45:21 68:5 88:14
111:12
**far**
98:20 113:22
**farther**
119:10
**FBI**
6:23,25 106:6,13,16
**feel**
35:6
**Fein**
2:4 3:5 4:18,18 5:8,10
6:15 58:11,19 59:7
61:24 65:3 70:7 82:24
95:11,20 98:23 99:23
120:2,9 121:6
**field**
19:20,22 39:11,20 66:8
89:9,14
**field's**
55:2
**fields**
56:11 65:25
**file**
3:18 62:17,20 63:4,15
63:20 70:13,16 72:21
73:5 75:7,13 77:23,25
78:5,11 79:8 80:7,11
81:9 84:16,17 85:3,20
85:23 89:13,24 93:18

93:22 94:13 102:13
102:20 109:12,18,19
109:20 110:3,12,13
111:5,22,23
**filed**
4:10 49:22
**files**
11:18 70:24 71:4 80:20
109:15
**fill**
86:5,13 99:15 104:14
119:19,20
**filled**
51:2 76:18 103:8
**filling**
86:8,9
**financially**
124:20
**fingers**
10:15
**finish**
8:7 10:4 22:7 87:18
**finished**
49:18
**first**
23:24 34:6,16 36:18,20
43:16 45:17 51:13,21
62:18 65:4 67:22 68:3
70:18,21 71:8,9 75:21
96:7 98:11 102:15
103:5,18 104:5,6
105:3,5 112:19 121:4
**five**
58:9,12
**fix**
50:23 90:12
**flipping**
26:23
**floor**
10:24 11:2 17:12 112:1
112:4,6 113:3,15,18
113:23
**folder**

SIPC v BLMIS                                Khan 5/25/2016

CONFIDENTIAL

3:18 74:15 75:8,13
77:25 78:5,11 79:11
79:25 80:1,2 102:16
110:7,10
**follow**
81:23
**foregoing**
123:3,15 124:11
**forgot**
9:21 56:6
**form**
13:17 21:12 63:11,13
63:16,19,20 64:11
65:20 83:20 85:3 86:6
86:9,9,13 88:1 92:5
94:9 99:23 103:8
**formal**
114:20
**format**
33:14,16 36:4 54:1
58:8 116:19
**forth**
124:14
**found**
96:9 109:13
**four**
83:5,12
**fourth**
56:1
**Frank**
13:24 14:7,18 18:24
63:21 74:25 91:19,22
91:24 92:4 97:15 98:1
98:19 111:2 112:21
**Frank's**
92:1
**fraud**
97:19
**fraudulent**
97:13
**fraudulently**
96:15
**free**

35:6
**front**
26:25 120:20
**full**
5:5 67:18
**function**
11:13 59:9 102:9,9
**further**
95:21 120:1 121:6,8
124:10,15

---
**G**

**general**
26:24 88:18 118:8
**generate**
23:3 26:3 48:12,13
116:13
**generated**
15:19,22 18:16 19:23
23:2 26:6 41:4 81:5
81:18 87:22 100:2
**generating**
18:1
**George**
112:24
**getting**
20:19 39:14
**girl**
16:8 23:22 104:7
**girls**
25:14 73:21 76:18
**give**
14:19,22 16:22 24:7,15
41:15,16 63:19 86:23
94:23 95:9 111:22
114:20
**given**
19:7,10 24:4 36:2
42:13 82:17 97:25,25
111:9 123:19
**giving**
15:2
**go**
9:9,9 18:23 23:5 33:3

38:24 41:6 46:9 50:23
51:24 52:2 58:20
70:24 71:6 84:3 94:14
103:13 109:21 111:5
112:16,18 113:20
116:12
**goes**
44:17
**going**
7:14 17:25 18:23 24:13
24:24 28:25 32:3
39:14,16,22,24,24,25
40:2,5,23 42:16 43:2
43:9 47:8 52:20,20
54:24 55:4 57:3,5,13
59:24 66:6 79:20
84:11 86:18 95:9 97:2
100:16 102:2 114:8
115:3
**good**
4:1 5:9 101:12
**governs**
5:17
**grade**
9:6,7,8
**green**
69:18,20
**grew**
41:1 115:12,13 116:4
**group**
16:20
**guess**
7:11 13:2,7 24:6 28:7
29:24 39:18,19 50:8
52:10 53:21 55:3,15
55:16 56:18,22 63:23
69:14 73:21 74:1
79:12 84:2 85:6 86:3
99:11 109:4 111:10
111:11 115:1
**guilty**
96:14 97:18
**guy**

16:10

---
**H**

**H**
2:7 3:10 5:3,3
**half**
68:4 73:1 84:22
**halfway**
59:1
**hand**
54:5,7 116:2 123:19
**handed**
64:6 79:10
**handful**
115:12
**handle**
11:2,23 102:24
**handling**
74:25
**handwriting**
34:4,5,13 35:16 52:12
59:19 73:13,15,16,17
74:3,5,7,10 75:25
76:3,8,9,11,11,19
83:7 103:4 104:1,4,5
104:10 105:4,6,16,18
117:12,16 118:3,6,24
119:2,4,6,13,14,16
121:3
**handwritten**
3:15,17 19:8 58:25
59:20 73:1 84:21
85:24 90:19 91:4,7
**hang**
106:24
**Hanoh**
64:22
**happen**
48:8
**happened**
20:12 24:23 31:9 38:19
92:1 111:3 115:4
**happy**
18:15

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

hard
42:23 78:4 79:17
he/she
123:16
head
8:1,2 10:19 15:10
   57:21 70:1 102:1,5
heading
30:20 43:17
held
4:6 21:20
helpful
7:24 8:9,15
hereinbefore
124:14
hereto
3:23
hidden
95:5
high
9:3 44:5
highest
9:6,7
hire
44:6
history
9:5
hit
116:13
holders
60:12,25 61:4
holding
54:7
home
95:9 100:17
Hostetler
1:21 2:3 4:7,19,21,23
hours
11:4
House
3:14 26:21 27:23 28:3
   38:25 67:15 75:22
   80:5 107:1,3,7 108:2

117:7
HWN00001479
34:7
HWN00001651
34:11 35:11 36:22
HWN00001655
35:13

I

idea
43:24 66:16 84:4 87:14
   90:24 91:1 100:20
   102:20
IDENT
3:11
identification
44:23 48:23 72:10
   81:13
identified
92:25
identify
4:15
identity
123:13
immediate
16:21
important
105:24
Inaccurate
98:8,8
include
54:12,14
included
66:18
indicate
40:10 77:7 79:22 80:7
   83:18 90:15
indicated
76:14
indicating
53:6 66:22
indiscernible
79:1 103:16
information

11:15 12:8,10,13,16,19
13:19 14:4,13,16,20
14:23 15:4,17 19:10
19:24 20:16 22:12,15
24:19 27:19 28:9 32:2
33:17,23 34:18,20
35:2,7,11,19,23 36:1
36:13,25 37:10,11
42:6,14 44:17 45:14
50:3,15,25 51:16,17
52:14 53:1,3,10,13
54:5,15 56:15,19
59:25 63:16 64:2
65:24 66:1,1,18 67:4
67:7,9 69:25 75:14
79:7,9,21 86:13,17,24
86:25 89:13 90:4
94:20 110:24 111:8
115:22
initial
74:11,12,15 75:12 93:6
93:7,8,10,13,16,17
94:6,7
initialed
75:5,7 93:4 120:14
Initialing
87:6
initials
73:18,19,22,24 74:4,8
   74:13 78:1 84:24
   89:21 92:24 120:11
input
11:12,15 15:16 19:5
input/output
102:9
inquiry
90:6,10,11
instruction
41:16 42:13 102:19
instructions
99:15 108:22,23
instrument
123:15

interest
90:22
interested
124:20
interviewed
106:3
invest
57:19
invested
43:1 102:4
Investment
1:7 6:10 7:20 26:21
INVESTOR
1:4
Investors
5:12
Irving
2:7
Island
10:10
issue
6:7 116:15
issues
6:8
issuing
116:16
items
45:24

J

January
17:23 113:25 114:2,6
Jerome
112:24
Jerry
112:24
Jersey
1:20 124:5
Jo
15:4 34:2 92:14,14,15
   92:16,17,20
Joanne
96:23
job

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

11:9 84:7 110:19,21
113:23
**Jodi**
13:25 14:7,18 18:24
34:2 41:11,13,15
42:10 63:21 74:25
86:7 91:19 92:15
96:23 98:1,19 111:2
112:22
**Jodi's**
34:5
**Joel**
2:13 4:25
**John**
2:17 4:4 24:2
**JURAT**
123:1

**K**

**K**
5:3
**keep**
24:21 42:16 57:22
86:18
**kept**
49:19,20,23,24 94:15
100:18
**Khan**
1:17 3:4 4:13 5:7 6:16
58:20 95:20 120:10
122:2 123:2,6 124:7
**kind**
32:9 38:2 42:23 57:20
115:23 116:21
**kinds**
12:25
**Kirby**
2:12 3:6 4:24,24 6:13
15:7 21:12 24:2 35:3
37:3 59:5 61:22 65:2
70:6 82:22 83:20
87:17 88:1 92:5 94:9
95:24 96:2,6 121:8
**know**

7:11 8:12 10:19 11:12
13:5,16 15:11,11 16:9
16:15,21 17:8 19:5
21:17 22:6,8 23:5,20
25:17 26:14 27:1,23
28:7,19,23 29:3,4
30:5 31:9 32:6 33:2,4
33:9,16,22 35:5,5,6,7
35:8 37:5,24 38:6
39:20 40:12,14 41:4
42:7,23,23 44:3,7
45:1,6 49:24 50:1,24
50:25 53:4,21,24,25
55:8,21,24 56:2,23
57:20,24 58:1,3 59:11
59:12,15 60:14 61:19
64:11,21 66:17 68:4
71:13 72:1,4 74:25
75:3 76:12 78:16 79:6
79:16,17 82:5,12 84:2
84:5,24 85:2,14,20
87:12,16,19,21,22
88:2,14,20,21 90:24
91:20,25 92:8,8,19
93:23,25 96:17,20,23
97:1,2,5,8,12,15,18
97:21 98:16,20,24,25
99:2,3,4,20 100:1,4,5
100:6,23,24 102:1,5,6
102:23,24 103:13,15
105:10,15 106:5,5,7
107:6,10,11,13,16
108:8,10,16,18 109:6
109:8 111:17,21
113:13,19,20 114:7,8
114:9,17 115:9 116:5
116:9,13
**knowledge**
29:3 39:13 92:2 101:1
101:3,5,15 113:17
**known**
123:12

**L**

**L**
1:7,12 2:9 6:10 7:20
**label**
23:3,6,17 66:25 67:2,5
67:12
**labels**
22:20,23 23:9,14 66:25
**language**
80:12
**late**
11:6
**law**
118:19 119:21
**learn**
96:7
**leave**
48:15 92:11
**leaving**
100:16
**ledger**
111:13,15
**left**
15:9,14 20:9 28:1 37:8
37:12 65:6 78:15
108:24 113:25 114:8
**left-hand**
34:19 59:1 65:1 78:7
78:12 83:10
**left-most**
34:20,21 37:1,10 51:15
51:22
**let's**
28:15 38:24 48:14,20
51:5 86:10 96:25
99:10 103:5 105:11
105:13 119:9
**letter**
84:22,25
**lettered**
29:9
**letters**
29:10 30:7 72:25
**limitations**

6:5
**limited**
6:8
**line**
39:6,7 62:18 64:24
65:6,7 67:22 70:18,21
76:4,4,6 103:19
**lines**
29:6 71:9 83:6,12
104:5,6
**Liquidation**
1:6 2:8
**list**
27:8
**listed**
34:19,21 37:11 45:22
46:2 51:21 52:3,7
54:16 62:14,16 64:16
64:18 65:16 68:8 74:7
76:15 78:7,12,19,21
86:14,16 87:1 89:19
90:6
**Litigation**
5:16
**little**
15:1 17:25 44:14 53:18
53:19,24 79:4,5 107:9
108:3,4
**live**
60:3
**LLC**
1:8 6:11
**LLP**
2:3
**located**
4:7 13:19 25:2 49:11
**locked**
95:5
**log**
49:7,10,11,18 50:22
51:1 53:15 77:7,12
79:3,4,6,13,22,24
80:8,15 87:5 93:9

SIPC v BLMIS

Khan 5/25/2016

CONFIDENTIAL

103:17 104:11,19
105:21,23 106:1
117:8 120:20
**logged**
31:21 79:18,19 104:12
**logs**
3:14,15,17 50:4,15
75:22 80:5
**long**
10:2,10 15:9,15 26:22
40:14 108:25 113:21
114:9
**longer**
32:11 58:6
**look**
13:18 19:11 21:24
28:18 32:23 36:3
37:15,16 45:3,13,18
46:19 47:7 48:14,24
50:23 51:5 53:10
55:23 56:8 61:19 62:7
63:14 64:23 67:15
70:4 77:18,22 78:5
81:14,19 82:14 85:12
85:15,19 87:15 88:3
88:17,17 89:8 93:14
103:5 105:4,8,11
108:8,9,15,17 115:2
**looked**
33:7,18 58:21 62:2
64:14,18 65:23 80:4
102:15
**looking**
33:8,12 39:1 40:18
41:7 51:3 75:8 77:25
78:9 85:18 92:23
102:17 103:18 104:10
105:3 108:12 117:23
119:25
**looks**
29:11 33:12 76:21 81:4
98:11 103:1 109:12
**lost**

51:11 86:11 104:22
**lot**
16:18 31:4,9 32:4 38:3
38:3 41:2 57:24 80:21
82:17 92:3 103:16
115:7,8,21 116:11
**Lucky**
36:15

---

**M**

**Madoff**
1:7,12 2:9 6:10 7:20
17:11,15,17 26:21
96:8 97:9 100:2
106:21 110:6 111:13
111:17 113:2,12
114:6
**MADTBB03079122**
72:8
**MADTBB03079122-...**
3:19
**MADTBB03079123**
72:21
**MADTBB03079156**
73:5 77:24
**MADTSS**
70:5
**MADTSS-**
28:13 67:19
**MADTSS-00336545**
39:3
**MADTSS00**
67:18
**MADTSS00336500**
70:9
**MADTSS00336545**
28:16
**MADTSS00336547**
59:8
**MADTSS00336550**
70:10
**MADTSS00336551**
71:7
**MADTSS00997530-...**

3:17
**MADTSS00998228-...**
3:14
**MADTSS00998244**
51:6,12
**MADTSS00998268**
75:23
**MADTSS00998813-...**
3:16
**MADTSS00998829**
82:25
**MADTSSS00336547**
43:6
**Maggie**
25:14
**magic**
43:11
**mail**
20:15 100:23 101:2,9
111:6,23
**mailed**
21:23
**mailing**
22:20,23 23:3,14,17,21
24:11 67:12
**mailroom**
23:23 24:8,15 101:2,7
111:24
**maintain**
109:15,17,19,20
**maintenance**
3:19 62:17,20 63:5,15
63:20 70:13,16 72:22
84:16,18 85:3,22
89:24 93:9
**making**
71:22 97:12
**managed**
91:17,18,20
**manager**
74:18,21,22,22,24 75:2
91:17
**managers**

92:10 112:18,21
**Manhasset**
10:9
**manual**
26:22 27:24 28:3 38:25
44:10,15,17 45:5,7,11
45:12 67:15 107:2,3,7
108:2 116:5
**manually**
65:18
**mark**
44:20 48:20
**marked**
3:22 6:2 26:20 32:21
44:22 48:23 49:4 54:7
61:16 72:7,9 80:25
81:12 82:15 84:12
85:7 87:9 89:2 103:1
120:19
**marks**
76:21
**married**
77:3 109:25
**Marshalls**
10:9
**Martin**
16:10
**Master**
89:24
**match**
23:18 59:15,17
**matches**
60:10
**materials**
81:22 82:3,4,13
**matter**
5:12
**McKENZIE**
2:11 4:25
**MDPTFF00000695-...**
3:12
**MDPTFF00000697**
46:17 55:24

SIPC v BLMIS                                              Khan 5/25/2016

CONFIDENTIAL

**MDPTTT00002748**
3:13
**mean**
6:22 24:10 27:8 30:16
37:6 46:11,25 47:2
52:17 59:14 63:2
67:25 68:2 74:22
76:14,24 85:5 86:2
90:23 91:9,14,15 92:7
92:14 94:10 103:22
111:23 120:15
**Meaning**
112:5
**means**
27:16 39:12,21 43:25
59:11 85:2
**meant**
30:2 91:18
**medications**
8:20
**memo**
66:15,15,20,24 67:2,6
67:7
**memos**
47:6,12
**mention**
37:22 106:9
**mentioned**
14:1,12 15:16 17:3
48:1,4 56:10,24 115:5
**menu**
45:24 46:3,5,9,13,14
46:23 47:14,17 55:14
55:18 70:19,24,25
71:3 76:18
**menus**
45:21 55:7
**messed**
104:18,23 105:7,21
**MF00110762**
3:20
**middle**
37:16 82:20 89:19

90:18 117:24 119:2
**mind**
26:22 48:24 51:6 91:1
**mine**
73:20 74:6,6,11,13
89:22 104:10 117:14
117:15 118:4 121:5,5
**minor**
77:9,10,16 79:5 106:1
**minus**
40:8,9,13,14
**minute**
58:21
**minutes**
58:9
**money**
18:3 19:14 20:18 29:2
29:3 30:18 31:20 36:8
40:4 42:25 47:2 52:20
55:3 57:15 66:5 74:17
102:3 109:22
**month**
7:13 13:7,10 21:2
78:20 81:5,17 113:7
**monthly**
15:19
**months**
113:8
**morning**
4:1 21:21 24:22,23
25:1 26:9
**move**
70:2
**moved**
16:8 77:2

_____

                    **N**

**N**
2:1 3:1 5:3
**n-a-m-e-n-u**
70:19
**name**
4:4,12 5:5,6,9 9:23
16:10,22 19:19,22

21:25 23:17,18,24
26:16 36:6,12 50:5,12
52:2,7 54:19,20 59:9
59:17,22,25 60:2,5,10
60:11,14,16,17,18,20
63:12 64:1,16,17,20
66:4,9 67:5,8 72:16
76:12,13,14,20 77:1
82:5,20 83:1,17 89:16
103:7,20 104:1,7,8,10
110:4 117:18,19,19
117:21 118:1,17
119:3,4,22 122:2
123:15
**name/**
70:23
**Name/ADDR**
63:4
**name/address**
59:10 62:17,20 63:15
63:20 70:13,16 71:4
72:21 76:7,16 77:8,20
79:23 80:12,16 84:17
**named**
15:3 16:8,13 23:23
**namenu**
70:19,24 71:3
**names**
14:17 16:5,6,16 17:3
20:9 36:15,16 37:2,6
37:15 97:1 105:19
112:8
**Nancy**
1:18 4:16 7:16 124:3
124:22
**nature**
115:16,18
**near**
25:8
**need**
8:11 18:14 28:8 82:17
**needed**
22:12

**neither**
124:16,18
**never**
84:9,9 96:12 100:25
110:17
**new**
1:1,20,20,21,22 2:4,4
4:8,8,10,11 5:14 16:1
16:8 28:6 41:24 44:6
44:6 104:2,3 124:5,5
**night**
21:19,20 22:2,5 95:7
103:12
**nighttime**
94:24 95:4
**nine**
15:10 57:25 120:25
**nine-month**
10:3
**nod**
8:2
**Nope**
81:8 82:12
**Norman**
2:13 4:25
**Notary**
1:19 123:22 124:4
**notations**
73:8
**note**
58:25 59:20 75:3,4
84:21
**noted**
123:5
**notes**
108:9,16
**notice**
114:21
**November**
77:21 78:2 83:5,19
117:24 118:23 120:23
**number**
36:7 46:12 47:11 54:22

SIPC v BLMIS                                                    Khan 5/25/2016

CONFIDENTIAL

Page 136

55:1,6 56:11,17,20
58:17 59:13,16 60:2,5
64:25 65:8,13,16,19
66:4,8 70:24 72:8,16
76:19,19 86:15,16
90:6,7 95:18 117:9
**numbered**
47:4
**numbers**
38:12,16 81:6 88:21
91:12,14,15
**NW**
2:11

## O

**O**
5:3,3
**o0o-**
121:13
**oath**
8:25 123:12
**Objection**
21:12 35:3 37:3 83:20
88:1 92:5 94:9 98:23
99:23
**occurred**
32:15
**office**
1:20 4:7 25:11 49:13
49:14,25 106:4
123:19
**offices**
25:3
**oh**
31:3 56:3 59:9 73:16
91:23 96:4 99:7 104:9
106:24 107:15 117:20
**okay**
7:9 8:10,16,17,18
11:11 19:18 29:12
30:17 31:3 33:4 36:9
36:21,24 37:22 39:4
40:23 41:10,19 42:16
43:4,9,12,23 44:12

45:2 46:16,18 47:3,24
49:2 51:14 52:18,22
54:18 57:6,13 58:4,24
61:5,25 63:9 64:8
65:14 66:10 67:21
68:20 70:2,11 72:11
73:24 75:24 78:10,25
79:1 81:25 82:19 83:1
83:4 84:11 85:15,22
86:9 88:7 89:6 95:3
96:25 98:13 99:10
102:14 103:2,9,18
104:9,16 105:13,25
107:8 109:20 111:5
111:19 112:16 115:11
115:21 116:3 117:9
117:11,20 118:11
119:11,17,24 121:2
**old**
87:19
**once**
17:16 25:18 49:17
50:21 54:18,21,25
59:13,14 69:12 79:10
113:6,7,7,9,9,10,16
**ones**
43:2 57:21 102:12
**open**
90:2,2 93:12,13,14
109:22
**opened**
90:1 94:3,4
**opening**
62:8 63:10 93:18 94:12
104:3
**operation**
40:25 110:18
**operator**
10:23
**order**
5:17,18,20,22,25 6:4,5
8:4 43:20,24 44:1
49:9 50:19 97:24

105:1,10
**out-box**
94:19
**outcome**
124:20
**outgoing**
41:17 42:14

## P

**P**
2:1,1
**p.m**
1:23 4:3 58:14,17
95:15,18 120:4,7
121:10
**page**
3:2,11 28:13,18,19,22
29:19 30:19 34:6,10
34:14,19,22 35:11,13
36:19,20 37:17 39:2,6
41:7 43:5,5,7,14
45:17,22 46:16,22
47:5 51:21 55:19,24
55:25 56:1,5,8 58:22
59:1,5,7 62:11,13,15
63:14 65:2,4,5 67:16
67:17 68:4,8 70:3,4
71:6,8 72:13,20 73:1
73:4,13 75:21,22 76:1
76:4 77:19,23,24
78:13 81:6,19 82:21
82:22,24 84:17,18,22
85:25 89:4,7,19,23
90:19 92:23 93:2
102:15 103:5,6,9,19
105:3,5,11 117:7,13
117:17,24 118:22
119:1,2,9,12 120:21
120:22
**PAGE/LINE**
122:3
**pages**
26:24 32:25 33:1 35:14
119:10

**paid**
114:15,17,19
**paper**
53:4,5 108:17
**paragraph**
6:4 30:22 31:13 41:7,8
41:12,20 69:16 71:13
**paragraphs**
29:9
**pardon**
28:5 119:15
**part**
24:14 63:25 79:19 84:7
104:13 105:5 109:14
109:16 110:11,19,21
117:4
**participated**
6:19
**particular**
47:1 55:17 93:13,15
95:5,6 105:23
**parties**
4:15
**party**
124:17
**pass**
107:9
**pay**
97:1
**Pearlman**
2:14 5:1
**pending**
8:15
**people**
16:7,18 17:7,9 20:8
21:21 24:8,13,15
26:10 27:25 28:6
37:15 41:24 42:1,4
43:10 44:3,6 50:13
52:21 61:6,10 63:22
73:11 80:21,22 86:20
94:23 95:8 99:12
101:8,19 106:6,7

SIPC v BLMIS                                      Khan 5/25/2016

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 107:8,9 109:1,4 110:12 111:6,22 112:7,10,13,14 | **pled** 96:14 97:18 | 11:13 19:22 25:20,22 25:23 47:6,12,18,21 48:10,11 85:11 88:16 90:10,11 110:21 116:24,25 | **profit/dividend/inter...** 71:10 |
| **people's** 36:16 57:15 86:3 91:10 | **plus** 39:11 83:6 | | **profits** 90:21 100:2 |
| **period** 29:14,20 30:10 114:12 | **point** 36:13 38:14 58:5 | **printed** 19:4 20:13,16 21:1,4,7 21:11,16 22:1,19 23:4 23:9,9 26:1,7 48:5 60:24 61:2 64:25 65:15,22 66:11,12,23 87:20,23 88:13 89:25 100:4,7,9,12 111:4 117:1 | **program** 10:4 |
| **person** 24:22 44:5,10 60:21 86:5,24 98:2 101:16 117:22 118:18 123:14 | **pointing** 39:10 | | **programmers** 112:24,25 |
| | **pop** 56:12 60:6,8,8 | | **project** 118:9 |
| | **popped** 56:21 57:1 | | **protect** 5:18 |
| **personally** 123:11 | **populated** 56:20 | | **Protection** 1:4 5:12 |
| **pertaining** 6:1 | **portfolio** 87:14 | **printing** 18:2 21:13 22:22 24:17 47:23 64:13 87:4,4 108:20 | **Protective** 5:16 |
| **phone** 110:18 | **portion** 90:19 | | **proved** 123:12 |
| **phones** 102:24 | **practice** 118:8 | **printout** 90:14 | **provide** 24:18 94:8 |
| **phrase** 70:25 | **prepare** 107:9,13 | **prior** 106:2 124:6 | **provided** 5:20 |
| **physically** 32:12 | **prepared** 24:25 26:12 27:23 98:16 107:6,11 | **probably** 7:19 | **Public** 1:19 123:22 124:4 |
| **Picard** 2:7 | **preparing** 19:1 26:12 109:9 | **procedure** 48:15 50:4,21 53:15 68:21,24 104:20 120:19 | **punch** 22:16 30:25 31:22 32:10,12,15 33:15,17 35:20,24 36:2 39:11 40:1 42:11 46:8 47:8 47:14,21 48:9,12 53:10 56:14 59:13,14 59:15 60:1,4 65:19 66:4 85:11 115:22 |
| **picked** 19:9 | **present** 2:16 4:14 106:14 | | |
| **piece** 108:17 | **pretty** 13:3 17:8,8 19:19 20:18 21:18 22:6 28:24 36:4,8 40:21 44:9 45:6 46:1 49:9 53:5 59:12 63:6 66:7 66:21 68:22 72:18 74:20 100:15 105:1 109:3 110:1 119:21 | **procedures** 27:8 | |
| **pieces** 108:4 | | **proceeding** 4:12 5:14 | |
| **place** 124:13 | | **proceedings** 106:21 | |
| **Plaintiff** 1:5 | | **process** 18:1 55:13 56:17 | **punched** 20:11 22:4 40:5 41:18 42:15 54:18 83:19 |
| **Plaza** 1:21 2:3 4:8 | | **processing** 9:21 | **punching** 20:1,3,6,23 22:10 29:17,21 41:2,21 42:20 46:6 47:22 48:2 48:16 54:17 55:13 56:16 84:3 87:3,4 115:22 116:4 |
| **please** 5:4 8:14 27:1 33:2 35:8 35:14 36:23 43:18 44:20,25 46:17 58:20 59:4,6 61:19 64:6 75:19 | **previously** 3:22 6:2 26:20 106:3 | **produced** 15:20 | |
| | **price** 13:21 | **profit** 6:6,9 19:17,21 29:24 31:2 101:24 102:4 | |
| | **print** | | |

SIPC v BLMIS                                        Khan 5/25/2016

CONFIDENTIAL

**purpose**
5:17 123:17
**put**
19:3,20,22,24 20:13
21:20 24:20 32:22
54:21,23 55:3 56:25
57:2,4 66:5 87:9 88:6
89:2 93:8 94:20,24
95:2,4,6,10 96:25
99:10,21 100:13,19
101:10,15 104:17,24
109:22 110:10 115:23
118:20
**putting**
44:16 108:19 111:19
**PW**
19:16 29:14,23 31:10
36:11 37:17 39:7,10
39:24 52:11,19 54:2,6
57:11,16 81:25 82:8
83:6,16
**PW/CW**
116:20
**PWs**
58:5

**Q**

**quarterly**
21:5
**Queens**
9:15 50:1
**question**
8:6,8,13,14 18:13 54:2
56:6 58:22 61:5,20
68:6 75:19 80:5 86:10
88:7 97:11 98:9
**questions**
7:16,17 8:22 26:23,25
28:20 44:24 49:1 84:4
85:14 95:13,21,25
96:3 100:6 120:1
121:6,8
**quick**
32:23 75:19 95:12

120:2
**quickly**
82:16
**quite**
112:14
**quotation**
76:21

**R**

**R**
2:1 5:3 71:12
**ran**
27:8 42:21
**read**
30:22 31:14 39:9 41:9
41:12,20 43:17 52:9
52:15 53:1 55:18 59:4
62:15 67:22 70:21
71:8,11 81:20 83:15
123:2
**reading**
83:8
**reads**
47:12 51:15
**ready**
24:25 27:2,3,3 28:20
28:21 33:3 49:1 61:20
**really**
7:1 17:16,19 20:10
22:9 29:1 73:11 92:21
106:11 113:10 114:10
114:18
**Realtime**
124:23
**reason**
98:2,4,5 99:20 105:23
122:3
**recall**
15:1,3 16:12,16 17:1
20:23 30:8,13 31:12
31:16,23 32:1 37:23
37:24 38:18,21 42:10
60:23 61:2 68:11,23
69:2,20 70:15 71:18

71:22 92:3 102:17
**recalled**
29:16
**receive**
9:16 22:20
**received**
83:23
**receiving**
69:20
**Recess**
58:15 95:16 120:5
**recognize**
27:5,7 34:3,13 35:10
35:16 49:3 59:19 64:9
64:10 73:12,17,19
78:17,18 80:25 84:13
85:20 87:11 88:9,11
88:13,19 89:10
117:12 118:5 121:3
**recollection**
38:15 41:21 82:10
**record**
4:2 5:5 53:7 55:9 58:14
58:18 95:15,19
103:10 120:4,7
121:11
**recorded**
6:24 106:24 118:14
**recording**
7:16
**recordkeeping**
49:15
**records**
98:3 104:23
**redid**
104:18
**refer**
26:15 27:18 28:22
31:18 70:25 71:3
98:10 102:11,25
107:1 109:11
**referred**
3:23 20:1

**referring**
7:19 36:10,18 37:7,9
37:13,21 38:9,11 39:3
51:17,25 53:8,9 54:4
54:6 55:10,19,25
59:23 60:11,15,19,20
61:13 62:10 71:14
72:20 82:23 84:19
88:22 92:17
**refers**
35:2,8
**refresh**
82:9
**regular**
28:4
**reinvest**
71:12,20,24 72:17,18
72:18 73:9,10
**reinvested**
71:16 74:17
**related**
6:9 26:2 68:24
**relating**
106:21
**relative**
124:16,18
**remaining**
58:10
**remember**
7:1,2,8,12 14:24 15:13
16:4,7,11 20:9 23:8
24:22 29:22 30:3,4
31:7 32:5,8,11,13,14
32:19 38:2 40:14
42:18,22 43:2 46:11
50:13 53:23 54:25
56:23 57:2,16,18,22
58:4,7 68:1,2,16,19
69:23,24,25 73:17
77:15,17 91:24 92:6
92:21 98:14 106:10
106:11,12 108:12
114:3,10,18,18,22,23

SIPC v BLMIS                                            Khan 5/25/2016

CONFIDENTIAL

Page 139

| | | | |
|---|---|---|---|
| 115:1,3 116:21 120:12 | review 21:22 27:10,12,13,15 27:16,17 51:1 62:25 63:1,2 68:3 84:8 111:21 | running 43:7,25 | securities 1:4,8 6:11 7:20 26:21 96:15 97:19 |
| reminding 55:13 | | Ruth 113:12 | security 5:12 68:12,24 69:3,7 69:12 |
| repeat 12:12 68:6 71:21 118:21 | reviewed 21:10,17 44:25 111:18 120:10 | **S** | see 17:11,14 24:24 29:5,13 30:19 33:18,23 34:18 |
| repeating 42:17 86:19 | revocable 102:13 | S 2:1 3:10 71:12 74:9 84:22,25 85:2,24 86:10 | 35:20,24 36:13 37:17 39:5,7 42:6 43:8,16 45:18 46:20,22 47:4 |
| rephrase 18:14 35:21 47:24 65:21 | rewrote 105:9 | sackerman@bakerla... 2:7 | 52:2,6,23 54:15 56:3 56:3 57:4 58:25 62:14 63:3 64:16,24 65:1,6 |
| replacing 109:2,4 | Rhonda 36:16 | Sala 15:4 92:17 | 65:25 69:16 70:12,18 71:7 75:25 76:3,21 78:7,12,15,15,19,21 |
| reported 1:18 | Richard 2:12 4:24 | saw 45:14 62:22 | 82:6,20 83:1,5,9,12 84:21 85:24 86:14 |
| reporter 1:19 4:16 5:4 8:1 124:4 | richard.kirby@bake... 2:13 | saying 59:12,18 60:5,9 88:18 103:15 | 87:1 89:7,15,18 90:5 90:18 91:2,7 103:14 105:18 111:15 113:5 |
| REPORTER'S 124:1 | right 10:7,18,20 14:13 15:17 21:8 30:4,6 40:13 | says 29:5 30:7 37:17,18 39:7 45:12 46:23 69:17 72:19 76:6 | 113:10,15 117:19 120:22 |
| reporting 4:5 96:15 | 44:11 48:2,3,6 53:16 57:8,11 58:6 66:3 71:11 79:14 81:24 | 81:21 91:11 117:23 | seeing 36:15 |
| reports 12:22,25 25:20,22,22 25:24 | 84:25 91:3,6 92:25 94:13 98:7 99:22 | school 9:3,10,14,24 | seen 33:6,8,11 47:8 62:1,4 107:23 113:20 |
| represent 4:16 5:11 | 112:11 114:23 120:20 | science 9:20 | selling 13:21 |
| request 74:16 102:21 | right-hand 89:18 117:22 120:24 | screen 45:18 46:15,19 47:7 56:21 | send 18:5,8,9 19:14 29:2 |
| requested 23:4 66:17 | RMR 1:19 124:22 | SCS 9:25 | 31:21 52:19 57:19 71:12,19,24 72:16,18 |
| required 6:7 | Rockefeller 1:21 2:3 4:8 | seal 123:19 | 72:18 73:10,10 85:4,5 85:6,6 86:3 90:25 |
| responsibilities 11:10 64:1 109:15 | role 24:17 | Sean 16:19 23:22 24:1,3,4 24:16 101:7 112:23 | send/reinvest 72:2,24 77:6,13 79:21 80:6,15 |
| responsibility 104:14 110:9,12 113:18,19 116:24 | row 51:21 | second 39:6 41:6 62:10 64:6 69:16 89:4 93:2 105:11 | sending 30:18 42:25 101:4,6 |
| responsible 18:21 23:20 101:4 109:9 | rows 51:24 | secret 42:3 | |
| retail 10:7,7 | rule 118:19 119:21 | | |
| | run 12:22 69:2,7,12 | | |

SIPC v BLMIS

Khan 5/25/2016

CONFIDENTIAL

102:3

**sense**
18:14
**sent**
25:18,21 71:16 74:17
**sentence**
43:16,17
**separate**
43:19,23 48:9,11 53:18
**sequence**
103:14
**serious**
96:1
**seriously**
30:4 42:3 43:11 45:8
46:11 68:19 105:24
115:2
**set**
13:5 23:6 43:19,20,23
44:1 54:20 63:11 90:3
93:12 109:20 120:23
121:4 124:14
**sets**
76:21
**setting**
6:5 63:9 93:24 107:11
**settled**
68:22
**settlement**
68:14 69:3,8,12
**seventh**
76:4
**shake**
8:1
**Sharda**
16:19 23:23 24:5,16
101:8 112:23
**she'll**
119:19,20
**sheet**
13:14,15,18 26:5 41:17
42:14 66:15,19 69:18
104:17,18 105:7,8

**122:1**
**sheets**
13:23 26:8 69:17,21
**shift**
100:15 101:20
**shortly**
7:2,6
**show**
6:2 26:19 32:20 33:1
44:19 48:19 61:15
72:6 75:13 78:15,16
80:24 81:10 84:11
87:8 88:5 89:1
**showed**
102:12
**showing**
82:2 85:7,11
**shut**
58:2
**side**
34:19 56:4 59:1 65:1
78:7,12 89:18 120:24
**signature**
87:5,6 123:4
**signed**
5:21
**similar**
33:18 35:19,23 63:16
**Simone**
14:8 16:19 18:24 24:6
24:9,19 34:2 63:22
86:8 94:17 98:19
101:18 111:20 112:22
**single**
72:13
**SIPA**
1:6 2:8
**SIPC**
4:9
**six**
51:24 113:7
**small**
30:25 40:25

**somebody**
63:10 109:6 114:20
118:18,20
**someone's**
94:21
**sorry**
40:17 44:20 48:14 51:9
56:5 67:19 70:9 80:18
80:18 82:24 89:17
106:25 112:12
**sound**
10:18
**Southern**
1:1 4:11 5:14
**speak**
6:25 99:5 106:17
119:21
**speaking**
106:16
**special**
28:2 41:25 44:4 60:17
86:22,24 92:6
**specific**
11:16 12:8 26:24 81:6
92:8
**specifically**
33:25 34:1 62:5 64:11
85:10 88:16,20
**speculation**
35:4 37:4
**spoke**
106:5,7,13 110:3,17
**spoken**
99:17
**stacks**
79:2,6,6
**stamp**
73:5
**stars**
37:12
**start**
8:6,8 56:16 74:1
107:16 112:10,13

**started**
16:2 107:17,20 108:1
108:21 115:11
**starting**
30:23 41:11,13 43:6
53:15 70:22 83:13
86:13
**state**
4:10 5:4 123:7,23
**statement**
3:20 15:20 81:4,16,17
81:18 82:2,11 87:13
87:13,21 88:17,17,24
**statements**
13:8,9 15:17,18 83:24
84:8 88:16 97:22
**States**
1:1,20 124:4
**status**
97:3,6
**stayed**
114:9
**stenographically**
124:12
**Stephanie**
2:6 4:22 5:11
**stock**
13:21 82:4,5
**stop**
17:21
**stopped**
7:3,6 114:24
**storage**
50:2
**stored**
49:22
**strikes**
68:5
**stuff**
11:12 13:21 27:7 32:9
33:8,11,15 41:2,3
42:20 43:10 49:8
50:17,17 53:22,23

SIPC v BLMIS                                        Khan 5/25/2016
CONFIDENTIAL

79:2 84:3 87:3,4 92:7
100:7 108:4 111:21
111:23 115:24
**subscribed**
123:15
**Substantially**
1:7
**Substantively**
2:8
**supervise**
15:23 17:17
**supposed**
108:10 118:13
**sure**
8:4 16:3 18:4 21:21,24
23:6 27:15 33:8,20,21
34:17 35:25 37:14
49:22 50:13 54:13
60:9 61:6 68:2,7,25
73:20 76:10 83:8
86:12,12 94:16 99:18
107:8 108:14,15
109:5
**suspect**
97:10
**suspicions**
96:10
**swear**
4:17
**sworn**
5:3 124:8
**symbol**
40:9 83:6
**system**
12:2,5,23 15:5 17:1,5
19:25 25:9 26:1,2
40:16,17,22 41:4
42:21 45:14,19 46:20
48:2 51:18 53:3 54:12
54:17 55:6 56:14,16
63:17 64:3 66:2 71:1
71:19,23 72:3 75:10
75:16 77:6 80:20

87:24 89:25 90:10
120:16
**systems**
47:20 124:23

---

**T**

**T**
3:10 5:3
**take**
8:1 28:18 32:23 48:14
55:23 58:11 61:19
82:16 90:13 95:11
106:25 109:17 120:2
**taken**
6:6 45:10 58:15 95:16
120:5 124:12
**talk**
17:25 106:7,8
**talked**
6:23
**talking**
56:7,9 72:25 81:7 83:2
89:9,14
**tape**
58:10
**tasks**
48:9
**teaching**
43:10 44:6
**technical**
84:4 85:9 93:25
**technician**
4:4
**tell**
6:7 33:25 41:17 78:14
84:6 85:12 102:8
112:17
**telling**
57:23
**ten**
57:25
**term**
26:16 101:24,25
103:22

**terminate**
114:21
**testified**
106:20 110:20
**testify**
124:8
**testimony**
6:8 124:12
**Thank**
5:24 8:19 10:21 27:5
34:9 54:10 58:12
61:18 85:17 87:10
95:21 121:7
**thing**
73:9 102:1 104:21
**things**
13:6 28:8 31:5 32:8
38:4,5 40:15,23,24
41:5 42:7,17 45:10,10
57:17 58:2 85:9 86:19
96:14 100:2 106:1
**think**
6:22,23 15:12,21 16:20
17:8,24 21:18 23:1
30:17 31:8,24 35:1,7
36:16 40:3 42:23
46:10,24,25 48:18
53:20,25 54:18 55:25
56:24 58:1,2,3 68:21
69:4 76:10 91:22,23
92:1 95:11 106:19,24
107:24 114:13 116:21
120:20
**thinking**
10:16 35:21 46:13
47:25,25 79:15,15
84:5 105:20
**third**
103:19
**thought**
111:8
**three**
13:5 30:23,24 48:19

52:6 71:9 106:11
**tickets**
46:7
**till**
24:23
**time**
4:3,14 7:10 8:11 15:9
15:15 17:2,6 18:13
22:13 23:10,13 25:10
40:22 43:20 44:1 48:8
53:2 58:13,16 69:9
72:17 73:10 79:11,12
79:16 82:16 84:10
86:22 91:22,24 92:3,6
92:9 94:22 95:14,17
95:21 97:8 108:25
109:4 111:7 114:5,12
115:6 116:16 120:3,6
121:9 124:13
**times**
23:12 57:22 69:13,14
69:15 115:5 118:12
**title**
10:21 26:21 43:6 62:14
62:15 70:12
**titled**
41:8
**today**
4:2 5:21 6:8 7:15 8:21
8:25 95:22 106:2,18
**today's**
6:1
**top**
30:19 46:22 51:21
62:14,18 71:7 72:22
86:14 90:5 120:22
**touched**
101:16
**track**
50:19 103:12
**tracked**
25:18
**trade**

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

13:14,15,17,18,23
26:5 46:6 66:14 68:20
68:21,22 91:18
110:21 111:3,8
**trades**
12:8 13:1,2,3 69:4,10
69:15 91:17 96:15
110:25 111:1 116:5
**train**
16:1
**training**
41:25 42:1,4 44:2,8,10
44:15 45:5,7
**transaction**
13:16 15:19 57:7,10
82:6 87:14
**transactions**
6:9 11:21
**transcribed**
6:21 7:24 8:5
**transcript**
124:11
**transfer**
30:7
**trial**
9:1
**tricky**
18:11
**Trinidad**
9:12
**true**
50:10 99:22 123:4
124:11
**trust**
102:13
**Trustee**
2:7 3:12,14,15,17,18
3:20,22 4:19,21,23
5:11 26:20 32:21
44:20,22 48:22 54:4
61:16,17 64:17 65:23
72:9 80:25 81:1,12
88:5,10,22,23 102:11

**Trustee's**
55:10 65:3 72:7 75:9
81:11 84:12 85:8 87:9
88:3 106:4
**truth**
124:8,9,9
**truthfully**
8:22
**try**
8:5
**trying**
34:15 68:18
**turn**
28:13 34:10 35:13
36:22 39:2 43:4 46:16
51:6 64:5 67:14 73:4
75:18 82:15 89:4
117:6 119:9 120:18
**two**
23:12,23 25:14 34:21
35:14 38:11 39:23
43:5 47:20 48:9,25
61:15 76:21 80:22
91:10 104:5,6 105:17
106:11 108:24 112:23
114:10
**type**
63:3 91:2,11,16
**types**
36:1 39:23 92:19
**typical**
103:8
**typically**
20:20 22:1,4 65:16
86:12 120:14

---
**U**

**Um-hum**
90:8 101:14
**underneath**
30:6 37:18 41:8 69:17
76:20
**understand**
6:11 7:21 8:2,24 39:12

59:22 60:20 72:12
73:7 76:23 82:18
90:22 93:20,21 96:13
100:3 103:3 118:9
**understanding**
29:23 30:1 39:15 61:9
69:11 82:1 83:22
101:25
**understood**
28:7 86:5
**UNITED**
1:1
**update**
11:18 71:23 72:2 80:9
80:9 93:18,22,23
94:13
**updated**
79:8 94:2,5
**updates**
79:10
**updating**
11:20 14:13,25 71:4,18
76:7,15,25 77:8,20
79:23 80:12,16,20
**use**
28:3 35:19,23 40:9
45:24 46:2,5 47:11,14
47:17 53:14 63:8 77:7

---
**V**

**v**
1:6
**vacation**
105:14,18
**Vanderwal**
2:5 4:20,20 5:10
**verbal**
7:25
**verifying**
24:12
**version**
107:22,23,24
**versus**
4:9 5:13

**video**
4:4
**Videographer**
2:17 4:1 58:9,13,16
95:14,17 120:3,6
121:9
**videotaped**
1:17 6:21
**volume**
42:19

---
**W**

**w/Name/Address**
3:18
**W2**
103:22 120:25
**wait**
8:6,7,14
**waiting**
114:7
**want**
16:23 74:17 77:2
102:25 103:3 107:1
109:21 112:7
**wanted**
33:1 71:15,16 77:1
**Washington**
2:12
**wasn't**
24:23 38:4,7 95:5,5
99:12 104:16,18,21
110:19
**way**
6:24 15:10 17:18 25:23
37:11 50:19 78:6 90:9
91:6 96:25 98:25
99:10 104:17 116:22
**we'll**
32:21
**we're**
70:3,7 95:23
**we've**
40:18 41:7 49:4 75:8
**Wednesday**

SIPC v BLMIS                              Khan 5/25/2016

CONFIDENTIAL

Page 143

1:22

**went**
11:6 13:16 15:20 16:7
16:9,11 29:25 50:18
50:20 63:23 79:17
80:22 85:15 86:20
94:17 100:21,25
101:1,3,8 102:5 109:4
111:18 115:2

**weren't**
17:7

**whichever**
19:20 74:18

**Wikstrom**
7:11

**Winifier**
101:22

**Winnie**
14:8,22 15:1 18:24
24:6,9,19 34:2 63:21
86:8 94:17 98:19
101:18,22 111:20
112:22

**withdraw**
18:3

**withdrawal**
6:6,9 19:17,21 29:24
101:24

**withdrawals**
12:17

**withdrawn**
18:10

**witness**
3:2 4:13,17 5:6 24:3
55:9 87:17 95:23 96:1
96:4 122:2

**women**
108:24

**word**
9:21 69:18

**words**
6:20 7:23 8:5 29:6
118:16

**work**
3:14 10:8,9,24 11:4,6
12:1 14:5 16:19 17:18
20:6,14 21:13,20
22:10,22,25 23:1,23
24:21,24 25:7,8,13
27:11,14,21 28:11
42:2,5,8,19 44:3,11
44:16 45:7,25 49:7,8
49:10,11,14,18 50:6
50:15,20,25 51:1,2
62:23 63:5 75:22
79:22,24 80:5,8,15,19
86:25 88:12 92:22
93:7 94:15,15,25 95:1
95:3,4,6 97:24 99:2,3
99:3 100:13,14,17,18
100:23 101:11,12
103:11 104:11 105:22
105:22 111:19,20
113:2 114:15,25
115:3,15,16,18
116:14 118:17,20
119:22,23

**worked**
11:1 13:12 14:1,12
16:17,22 17:1,9 24:7
24:10,11 25:5 27:25
32:6 33:22,24,25
38:21 48:1 55:14
64:13 68:9 73:21 88:2
88:8 92:20 94:5 97:9
101:9,19 108:6,24
110:6 111:7 112:6,15
112:17

**worker**
21:19 95:7

**working**
7:3,7 10:11 16:12
17:21 18:21 38:2
40:19 68:11,16 70:15
79:5 86:21,22 88:15
92:11 105:17

**workload**
115:13 116:4,10

**workstation**
103:23,24 111:25
117:20,22

**wouldn't**
99:4,16,25 100:6,23
107:16

**wrack**
58:1

**write**
19:15 75:3,4 80:15
87:2 117:25 118:10
118:18

**writing**
119:5

**written**
41:23 74:9 119:13

**wrong**
56:4

**wrote**
107:10 118:2

---

**X**

**x**
1:3,10,14 3:1,10

**X'd**
90:19

**XI00836**
124:23

---

**Y**

**Y**
5:3

**Yeah**
62:19 82:8 113:1

**year**
7:12 49:18 52:23 78:4
78:7,19,21 87:20
93:15 106:10

**years**
10:14,16,17,20 15:10
31:4,9 32:5,7,9 33:20
35:25 41:5 42:17 45:9

49:21 53:21 57:17,23
57:25,25 63:22 78:9
80:21 86:19,20 92:7
115:7

**York**
1:1,20,22,22 2:4,4 4:8
4:8,10,11 5:14 16:9
124:5

---

**Z**

---

**0**

**00336521**
67:20

**00336523**
28:14

**08-01789(SMB)**
1:5 4:12

**09**
114:1,2,6

---

**1**

**1**
31:14 70:24 86:15

**1-C1047-1**
65:8

**10**
11:5,7 31:2,8 38:6,7,10
38:16,22 76:19

**10111**
2:4

**10th**
118:23

**11**
78:16

**11/08**
81:20

**11/8**
73:25 74:6,8 78:1,6
83:6,16

**11/8/93**
78:17

**11/9**
83:7,16

SIPC v BLMIS

Khan 5/25/2016

CONFIDENTIAL

Page 144

**12**
9:8
**126**
89:5 92:24 93:2,21
  94:11
**15**
47:4,11
**156**
77:25 78:11
**16**
10:14,16,17,20 15:10
  15:10 31:9 115:6
**1651**
34:23
**17**
3:14 26:21 27:24 28:3
  38:25 46:11 67:15
  75:22 80:5 117:7
**17th**
10:24 11:2 17:12
  111:25 112:3,6,15
  113:2,15,18,23
**1987**
10:5
**1992**
10:18
**1993**
75:22 78:23 107:21
**1993/1994**
3:14
**1995**
3:15 103:1 107:18
**1996**
10:13,16
**19th**
51:23

_____
**2**
**2**
1:23 4:3 11:5,5 46:2
  58:17
**2/19/93**
73:23 74:6
**20006-4078**

2:12
**2008**
10:14,17 40:20
**2009**
17:24
**2016**
1:22 4:3 124:25
**20th**
51:25 52:3
**21**
3:22 6:2
**22**
3:22 32:21 33:7,19,23
  35:20,24 36:14,21
  40:17 53:8,9 54:4,8
  54:16 98:10
**23**
3:22 61:17,22 62:2,4
  62:11 63:15 64:18
**24**
3:22 61:17,23,24 64:5
  64:9,17,24 65:3,23
  66:11
**244**
51:10
**25**
1:22
**25th**
4:3
**26**
124:25
**268**
77:19

_____
**3**
**3**
6:4 31:14 95:18
**3,000**
32:25
**3:19**
58:14
**3:34**
58:17
**30**

3:22 80:25 81:1 91:3
  91:12,21 109:12
  119:10
**36**
3:22 84:12
**39**
3:22 88:6,10,23

_____
**4**
**4**
46:12
**4:34**
95:15
**4:45**
95:18
**40**
3:22 87:9 88:3,6,23
  91:4,12,21
**4126**
102:17
**419**
84:18
**42**
3:22 85:8
**44**
3:13,22 89:2 102:11
  119:25
**45**
1:21 2:3 4:7
**48**
3:14,16,17
**49**
3:22 26:20 27:14,21
  28:9 32:22 38:25
  40:18 58:21,23 59:8
  67:14,17 70:6,8 107:2
  107:4,4,18

_____
**5**
**5**
31:1
**5,120**
3:5
**5:26**

120:4
**5:28**
120:7
**5:30**
121:10
**50**
91:12
**520**
67:18
**521**
67:19 68:9
**53**
3:12 44:21,22 45:3,13
  46:9 55:10,12 56:10
**54**
3:14 48:21,22 49:4
  50:7 51:7,10,13 75:19
  75:21 80:4,11
**545**
28:16
**547**
43:14 58:22
**55**
3:15 48:21,22 49:4
  50:10 82:15 103:1,19
  117:6,7 120:19
**550**
70:5,9
**56**
3:17 48:21,22 49:4
  50:11
**57**
3:18 72:7,9 75:9 77:22
  78:10
**58**
3:20 81:11,12,14

_____
**6**
**695**
45:17
**697**
55:20 56:9

_____
**7**

SIPC v BLMIS                                    Khan 5/25/2016

CONFIDENTIAL

**7/24/96**
59:10
**70**
91:12
**72**
3:19
**7th**
120:23

---
**8**

**8**
78:2 83:1,5,9
**8-1/2**
31:1
**8-1/2-by-11**
31:1
**8/20**
52:11
**8/23**
52:11
**8/30**
78:15
**81**
3:20
**815**
2:11
**829**
82:25 117:7,10 120:21
**851**
119:9
**8813**
103:6 105:4
**8814**
105:12
**8th**
77:21 83:19 117:24

---
**9**

**9**
11:5,7 76:19
**93**
52:24
**93-'94**
53:22

**94**
52:24 75:22
**95**
120:19
**96**
3:6 56:3
**97**
56:2
**98**
56:3
**9982**
51:8