# EXHIBIT 5

**CONFIDENTIAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                          Adv.Pro.No.
                                      08-01789(SMB)

          Plaintiff,

                                      SIPA Liquidation

     v.
                                      (Substantially
BERNARD L. MADOFF INVESTMENT          Consolidated)
SECURITIES, LLC,

          Defendant.                  CONFIDENTIAL

------------------------------x

In Re:

BERNARD L. MADOFF,

          Debtor.

------------------------------x


     Videotaped Deposition of ALETHEA LEUNG, as

reported by Nancy C. Bendish, Certified Court

Reporter, RMR, CRR and Notary Public of the

States of New York and New Jersey, at the office

of BAKER HOSTETLER, 45 Rockefeller Plaza, New

York, New York, on Thursday, June 2, 2016,

commencing at 10:12 a.m.


**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                           Leung 6/2/2016

**CONFIDENTIAL**

2 (Pages 2 to 5)

---

### Page 2

APPEARANCES:

BAKER HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York 10111
BY: STEPHANIE A. ACKERMAN, ESQ.
    SEANNA R. BROWN, ESQ.
    ERICA BARROW, ESQ.
    sackerman@bakerlaw.com
    sbrown@bakerlaw.com
    ebarrow@bakerlaw.com
For Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of BLMIS and the Estate
of Bernard L. Madoff

CHAITMAN LLP
465 Park Avenue
New York, New York 10022
BY: GREGORY M. DEXTER, ESQ.
    gdexter@chaitmanllp.com
For a number of Madoff customers

ALSO PRESENT:

ROBERT BEHRENS, Videographer

---

### Page 3

I N D E X

WITNESS                            PAGE

ALETHEA LEUNG
    Examination by Ms. Ackerman..............5,153
         by Mr. Dexter..................129

E X H I B I T S

IDENT.        DESCRIPTION              PAGE

Trustee 59   Customer Statement, Bates
             MDPTPP00129319-320..............113
Trustee 60   Customer Statement, Bates
             MDPTPP00129279-280..............116

        (Previously marked Trustee Exhibits
21, 22, 23, 24, 30, 36, 39, 40, 42, 44, 45, 49,
53, 55, 56 and 57 were also referred to and are
attached hereto.)

---

### Page 4

THE VIDEOGRAPHER:  Good morning.
We are now on the record.  The date today is
Thursday, June 2nd, 2016 and the time is 10:12
a.m.  My name is Robert Behrens, the video
technician in association with Bendish
Reporting.
        This deposition is being held at
the office of Baker Hostetler located at 45
Rockefeller Plaza, New York, New York.  The
caption of this case is SIPC versus BLMIS.
        This case is filed in the United
States Bankruptcy Court, Southern District of
New York.  Adversary proceeding number
08-01789(SMB).
        The name of the witness is Alethea
Mui.  At this time the attorneys present will
identify themselves and the parties they
represent and then the court reporter, Nancy
Bendish, will swear in the witness.
        MS. ACKERMAN:  Stephanie Ackerman,
counsel for the Trustee, Irving Picard.
        MS. BROWN:  Seanna Brown, counsel
for the Trustee, Irving Picard.
        MS. BARROW:  Erica Barrow, counsel
for the Trustee, Irving Picard.

---

### Page 5

MR. DEXTER:  Gregory Dexter, law
firm of Chaitman LLP, here on behalf of scores
of Madoff customers.

A L E T H E A   L E U N G, sworn.
        THE REPORTER:  Your full name,
please, for the record.
        THE WITNESS:  Alethea Leung.
EXAMINATION BY MS. ACKERMAN:
    Q.    Good morning.  My name is
Stephanie Ackerman and I'm here with my
colleagues Seanna Brown and Erica Barrow.  We
represent the Trustee in the matter of the
Securities Investor Protection Corporation
versus BLMIS, which is a bankruptcy proceeding
in the Southern District of New York Bankruptcy
Court.
        Prior to beginning the deposition,
I shared with you the Litigation Protective
Order that governs this case.  The purpose of
this order is to protect the confidentiality of
certain documents and evidence in this case.  I
provided you with a copy before we began.  Can
you confirm that you signed the protective
order?

---

**BENDISH REPORTING**
**877.404.2193**

Page 6

A. Yes.
Q. Thank you.
There's also a second protective order entered in this specific matter that limits this deposition in certain ways which has been previously marked as Trustee's Exhibit 21. I'll give you a copy of that now to review.
Specifically, under paragraph 3 of this order, which is entitled the Order Setting Certain Limitations on Depositions Taken on the Profit Withdrawal Issue, ECF number 13358, the judge requires me to tell you that your testimony today must be limited to issues related to profit withdrawal transactions at BLMIS and customer accounts. Your testimony is to be limited to the profit withdrawal issue and anything related to the profit withdrawals. Do you understand?
A. Yes.
Q. If you want to, you may take a look at the document. Paragraph 3 is the one that I just referenced.
Okay, great, thank you.
How do I pronounce your last name?
A. Leung.

Page 7

Q. Ms. Leung, have you ever been deposed before?
A. No.
Q. So I think it might help if I start by going over how things are gonna work today.
A. Okay.
Q. First, I'm going to be asking you questions and you're going to be answering them and Nancy, our court reporter, is going to be transcribing both.
A. Okay.
Q. So to that end I'm going to ask that all of your responses to my questions be verbal. She can't transcribe a head nod or a head shake.
A. Okay.
Q. Also, in order to help her transcribe accurately, I'm going to try not to speak over you. So if you can let me finish my questions before you answer, I'll let you finish before I ask my next question. Okay?
A. Okay.
Q. If at any time you don't understand one of my questions, please let me

Page 8

know. I'll rephrase it. Okay?
A. Okay.
Q. Throughout this deposition I'm going to be asking you question about Bernard L. Madoff Investment Securities and I'm going to refer to that as BLMIS. Okay?
A. Okay.
Q. If you need to take a break at any time, just let me know. The only time we can't take a break is if a question is pending. I'll just ask you to answer the question and then we can break.
A. Okay.
Q. Ms. Leung, are you taking any medication that may impair your ability to answer questions accurately today?
A. No.
Q. Are you taking any medications that may affect your memory?
A. No.
Q. Do you understand that in this deposition you are now under oath, the same as you would be at a trial?
A. Yes.
Q. And will you answer truthfully

Page 9

today?
A. Yes.
Q. And will you answer accurately?
A. Yes.
Q. Thank you.
What's your educational history?
A. High school grad.
Q. And do you have any additional degrees or certificates post-high school?
A. No.
Q. And are you currently employed?
A. Yes.
Q. And where do you work?
A. Mistras Group.
Q. What's that?
A. Mistras Group.
Q. What kind of work is that?
A. It's an engineering company. I work in the HR department.
Q. Okay, great.
When did you begin working at BLMIS?
A. I think 1995.
Q. Okay. Do you remember which month?

SIPC v BLMIS                                              Leung 6/2/2016

CONFIDENTIAL

Page 10

1      A.    July.
2      Q.    July of 1995?
3      A.    Um-hum, yes.
4      Q.    What was your title or position at
5  BLMIS when you first started?
6      A.    Data entry.
7      Q.    Okay.  And what was your title
8  when you left?
9      A.    Data entry.
10     Q.    And when you started at BLMIS,
11 where was the office located?
12     A.    885 Third Avenue.
13     Q.    Okay.  Here in New York City?
14     A.    Yes.
15     Q.    And did you work on the 17th
16 floor?
17     A.    Yes, I did.
18     Q.    Did the employees on the 17th
19 floor work with customer accounts?
20     A.    Yes.
21     Q.    And what hours did you work while
22 you were there?
23     A.    8 to 4.
24     Q.    And who was your direct
25 supervisor?

Page 11

1      A.    Annette Bongiorno.
2      Q.    And did Annette Bongiorno direct
3  your work?
4      A.    You mean give me the work?
5      Q.    Yes.
6      A.    Yes.
7      Q.    Did anyone else --
8      A.    Yes.
9      Q.    -- provide you with tasks to
10 perform?  Who was that?
11     A.    Frank DiPascali.
12     Q.    Anyone else?
13     A.    And sometimes Jodi Crupi.
14     Q.    And who did you work with directly
15 doing the data entry.  Sorry.  Who were your
16 co-workers?
17     A.    Oh, okay.  Dorothy Khan.
18     MR. DEXTER:  Sorry, what was that?
19     A.    Dorothy.  Dorothy Khan.
20     Q.    Khan, thank you.  Was there anyone
21 else?
22     A.    She was usually my co-worker with
23 data entry, yes.
24     Q.    So from the time you started you
25 worked with Dorothy?

Page 12

1      A.    That is correct.
2      Q.    And when you left BLMIS at the
3  end --
4      A.    Yes.
5      Q.    -- was she your co-worker?
6      A.    Yes.
7      Q.    Was there anyone else in between
8  that time?
9      A.    No, not really.  There was a girl
10 before me who I was taking her place, so she
11 kind of trained me at the beginning when I was
12 there.
13     Q.    Do you remember her name?
14     A.    No.  Oh wait.  Allison.  That's
15 all I can remember.
16     Q.    That's helpful, thank you.
17     A.    You're welcome.
18     Q.    And so Allison trained you?
19     A.    Yes.
20     Q.    When you started?
21     A.    Correct.
22     Q.    And how did she train you?
23     A.    She showed me, you know, what we
24 receive and how to input it into the system.
25     Q.    Did she give you a manual of any

Page 13

1  kind?
2      A.    No.  She just told me to make like
3  a -- we have, I guess our book that we write in
4  our steps and she just told me to take notes in
5  our notebook, yeah, our notes.
6      Q.    So you had a notebook that you
7  worked with?
8      A.    Yes.  That I would put down my
9  steps, so I know what to do.
10     Q.    And you kept that with you?
11     A.    Yes.
12     Q.    And so what were your job
13 responsibilities at BLMIS?
14     A.    Mostly data entry.  Do you need to
15 know what type of entry?
16     Q.    Sure, yeah.  Whatever you can
17 remember about the different things that you
18 did.
19     A.    We entered information into the
20 system for trading tickets or tickets to
21 produce, and checks.  We would enter checks that
22 came into the company, we would enter that into
23 the system.  And if checks had to go out, we
24 entered checks to go out.
25     Q.    And when you say entered, did you

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                        Leung 6/2/2016

CONFIDENTIAL

5 (Pages 14 to 17)

---

Page 14

1  enter those into the BLMIS computer system?
2      A.    Yeah.
3      Q.    Did you have a name for that
4  computer system?
5      A.    No, I didn't have a name.  I know
6  that when I first started they had asked if I
7  had any knowledge of the, I think it's the
8  AS/400 system.  And that I did, so I guess if
9  that's what the name of the system is, then
10  that's what it would be.
11      Q.    And then so -- where did you sit
12  on the 17th floor?
13      A.    In the center of the room, which I
14  used to call a fish bowl at the end of the year.
15      Q.    And what was in that room?
16      A.    Just myself and computers.
17      Q.    Do you remember about how many
18  computers?
19      A.    Well, myself, Dorothy and then two
20  other ladies.  So there was four computers.
21      Q.    And who were the two other ladies?
22      A.    Charlene White and Magdalena
23  Ortiz.
24      Q.    And what were their positions at
25  BLMIS?

---

Page 15

1      A.    I don't know what their positions
2  were, but they did not work in our department.
3      Q.    So they didn't do the same data
4  entry that you did?
5      A.    That's correct.
6      Q.    In the process of performing your
7  tasks, did you handle the customer account
8  files?
9      A.    What do you mean?
10      Q.    Were there folders for each
11  customer account that you remember?
12      A.    I remember folders, but we didn't
13  have folders, I don't think.
14      Q.    You didn't work with them?
15      A.    No, I don't recall.
16      Q.    Okay.  Did you handle any incoming
17  customer correspondence at all?
18      A.    Like if they, if a customer called
19  or anything like that?
20      Q.    Called or if they wrote a
21  letter --
22      A.    No.
23      Q.    -- to BLMIS.
24      A.    No.
25      Q.    So did you start working with the

---

Page 16

1  computer system when you first started?
2      A.    Yes.
3      Q.    And did you supervise any
4  employees when you were at BLMIS?
5      A.    No.
6      Q.    Did you train any new employees?
7      A.    They were looking for some people
8  sometimes to help, but nobody really came in and
9  worked, yeah.
10      Q.    Okay.  And so in your position did
11  you enter new customer information into the
12  computer system?
13      A.    Yes.  Employees -- customer name
14  and addresses, yes, I remember seeing that.
15      Q.    And how did you do that?  What was
16  the procedure for opening -- entering new
17  account information into the computer system?
18      A.    I can't recall.  Now I vaguely
19  remember that I would have -- I'd see a folder
20  in front of me and there's a sheet that says the
21  name and the address, and that's all I remember
22  seeing, or remember.  And I don't remember the
23  screen at all on the computer.
24      Q.    Do you remember what a C&S form,
25  do you remember a C&S form that you worked with?

---

Page 17

1      A.    Yes, yes.
2      Q.    And what was that?
3      A.    Well, I guess there were forms
4  that were given to us by Annette or Jodi or
5  Frank that had -- to me, with accountant
6  background, it looked like ledger forms, like
7  R's and D's and CA's and CW's and stuff like
8  that on them and I would just key them into the
9  system mainly.
10      Q.    And so did the green sheets have
11  both incoming checks and outgoing checks listed?
12      A.    The green?
13      Q.    Um-hum.
14      A.    I'm not -- I can't remember which
15  one's which.
16      Q.    So was there one form for checks
17  that were coming into BLMIS and another for
18  those that were going out?
19      A.    I believe so, yes.
20      Q.    Do you remember which the green
21  was, by any chance?
22      A.    I'm thinking the green one is a
23  debit one and I'm thinking yellow is the
24  receive.
25      Q.    And while you worked at BLMIS, did

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                        Leung 6/2/2016

CONFIDENTIAL

6 (Pages 18 to 21)

Page 18

1  you see Bernard Madoff on the 17th floor?
2      A.    Sometimes he would come down.
3      Q.    About how often?
4      A.    Oh, once a month, if that much.
5  Yeah, maybe even less sometimes, but yeah.
6      Q.    Did he supervise your work in any
7  way directly?
8      A.    No, he did not.
9      Q.    And when did you stop working at
10  BLMIS?
11      A.    When they shut down, I guess.
12      Q.    So around when were you there
13  till?
14      A.    They let me go in January of, oh
15  gosh, 2000, was it 10 -- I think 2009 was when
16  he was, and I think it was '10, 2010, January.
17      Q.    Might have been January 2009?
18      A.    Okay, yes.  2009 then, yes.
19      Q.    So let's talk to you a little bit
20  more about the check processing that you did.
21      A.    Okay.
22      Q.    So BLMIS customers were able to
23  withdraw money from their accounts, correct?
24      A.    Yes.
25      Q.    And when a check was -- when a

Page 19

1  withdrawal was made, the check was sent to the
2  customer?
3      A.    I suppose so.
4      Q.    Did you see the checks once they
5  were printed?
6      A.    I printed the checks, yes.
7      Q.    And were the checks made out to
8  the customer?
9      A.    Yes.
10      Q.    And so were the employees on the
11  17th floor responsible for sending the checks
12  out to the customers?
13      A.    I believe so, yes.
14      Q.    Let me back up a little bit.
15          So, when you printed checks --
16      A.    Right.
17      Q.    -- how often did you print checks?
18      A.    Every day.
19      Q.    Okay.  And once you printed the
20  checks, what did you do with them?
21      A.    We would print them at the end of
22  the day and then we'd put them into Winnie's
23  office for the next day.
24      Q.    And when you say "we," who do you
25  mean?

Page 20

1      A.    Dorothy and I.
2      Q.    And so you left them in Winnie's
3  office.  Do you know -- did Winnie review them
4  after you left them?
5      A.    I would assume so.  I think she
6  would check to make sure that what we entered
7  was there, I guess.
8      Q.    Okay.  Were you part of the -- do
9  you know who mailed the checks out?
10      A.    I would assume the mailroom.
11      Q.    Did you help with that at all?
12      A.    No.
13      Q.    And so who instructed you to print
14  the checks on a daily basis?
15      A.    That was part of my job, I guess,
16  when they gave us the list of checks to print
17  and to run, that was part of the steps that we
18  would do at the end of the day is to input all
19  the incoming checks and issue out the old -- the
20  checks going out and then print them and have
21  them ready for the next day.
22      Q.    And how -- how were you told to
23  print?  Sorry, let me rephrase that.
24          What information were you given in
25  order to print the checks?

Page 21

1      A.    I guess the check -- I don't
2  remember what it was.  It was either the check,
3  a check-out book or a list of checks that -- I
4  don't know if it's on the C&S.  I can't remember
5  where they generate from, but they would --
6  let's see.  I know the process but I don't
7  remember exactly what was given to me to enter
8  them into as checks.
9      Q.    Okay.  We can come back to that.
10          When you printed the checks, did
11  anything print with them?
12      A.    Memos.
13      Q.    And could you describe those?
14      A.    They're white pieces of paper that
15  would say their names and who it's going to, I
16  think.
17      Q.    So it would identify who the check
18  was made out to?
19      A.    I believe so.
20      Q.    Would it have the amount?
21      A.    I can't recall.
22      Q.    Was it an image of the check?
23      A.    An image?
24      Q.    Or was it a copy?
25      A.    No, not really.  It's a memo sheet

SIPC v BLMIS                                                    Leung 6/2/2016

CONFIDENTIAL

## Page 22

1  so I don't think it's a copy, no.
2      Q.    And did the labels print when you
3  printed the checks?
4      A.    Yes, if there were labels, yes.
5      Q.    What do you mean if there were
6  labels?
7      A.    If there were labels, mailing
8  labels, yes.
9      Q.    Were there instances where there
10  were no labels?
11      A.    There may be, I'm not sure.  I
12  know that we have labels that print, but I don't
13  know if some have -- because they're address
14  labels so I'm not sure if everybody printed had
15  one.  I can't recall.
16      Q.    But those labels printed at the
17  same time the checks did?
18      A.    Yes.
19      Q.    And they printed from the same
20  system?
21      A.    Yes.
22      Q.    And did the labels match the
23  check?
24      A.    Like the names?
25      Q.    Yes.  Did the name on the label

## Page 23

1  match the name on the check?
2      A.    That I'm not sure of.  You know,
3  again, they may have an address or something
4  like that, but basically they would probably be
5  the same, yeah.
6      Q.    So were the checks made out to the
7  customer?
8      A.    Most likely, yes.
9      Q.    And they were mailed to the
10  customer?
11      A.    I would believe so.
12      Q.    Do you know how the information
13  for the mailing labels was put into the computer
14  system?
15      A.    It was given to us, Dorothy and I.
16  Again, on that sheet would have the name and
17  their address and if there was a mailing
18  address, then they would say mailing address and
19  that we would then key that into the system.
20      Q.    And what -- do you remember what
21  table you entered that into?
22      A.    No, I don't.
23      Q.    Was the customer name and address
24  information stored in one place in the
25  computers?

## Page 24

1      A.    Yes.
2      Q.    So once the checks were printed
3  and sent out to the customers, was there a way
4  for BLMIS to track which checks were sent out?
5      A.    I don't know.
6      Q.    Did you print any reports ever
7  that identified the checks that had been mailed?
8      A.    No.
9      Q.    Did you ever see a report that
10  would have tracked --
11      A.    No.
12      Q.    -- which checks?
13      A.    No.
14      Q.    So a moment ago you testified that
15  with the checks -- when the checks printed a
16  check memo was also printed?
17      A.    Yes.
18      Q.    And what did you do with the check
19  memos?
20      A.    They went with the checks to
21  Winnie's office.
22      Q.    And to your knowledge Winnie
23  maintained those records?
24      A.    Yeah, I guess so, yes.
25      Q.    Did the check memos ever come back

## Page 25

1  to you?
2      A.    No.
3      Q.    I'm now going to show you what's
4  been marked as Trustee's Exhibit 49.  It's a
5  large document but I'm only going to be asking
6  you about a few pages.
7      A.    Okay.
8      Q.    Take a look at that.
9          MR. DEXTER:  What page are we
10  looking at here?
11          MS. ACKERMAN:  Nothing yet.  We're
12  just letting her take a look.
13      Q.    Do you recognize this document?
14      A.    I don't remember.  I mean, I read
15  that this is things that I worked on and
16  entered, but I don't recall, for some reason I
17  don't remember having this document or anything.
18  I don't remember it.
19      Q.    That's okay.  But you do recognize
20  some of the procedures that are identified in
21  it?
22      A.    Yes.
23      Q.    As -- and you recognize those as
24  tasks that you performed?
25      A.    Correct.

SIPC v BLMIS                                                    Leung 6/2/2016

CONFIDENTIAL

Page 26

1      Q.    So now I'd like to turn to the
2  page ending in 523 on the bottom right, the
3  Bates stamp.  So it's MADTSS00336523.
4      A.    Okay.
5      Q.    Ms. Leung, do you know what cash
6  security transaction codes are?
7      A.    These on the far left you're
8  referring to?
9      Q.    Yes.
10     A.    Do I know what they mean?
11     Q.    Do you know what the codes are in
12  first column there on the left?
13     A.    They look like codes that we would
14  have on our C&S sheets.
15     Q.    And what would they correspond to?
16     A.    I guess they're all types, so I'm
17  not sure.
18     Q.    Would you enter those codes into
19  the computer system?
20     A.    Yes.
21     Q.    And what would that do, once you
22  entered the code in?  What did it correspond to?
23     A.    I suppose, as you see, it says for
24  journal C -- the first one, journal credit I
25  would assume.

Page 27

1      Q.    So that's the first line JC?
2      A.    Yes.
3      Q.    Okay.  And can you just let me
4  know which you recognize and what they mean in
5  that column?
6      A.    Like I was never told exactly what
7  they were, but this is what I'm gathering,
8  since -- let's see.  JC, journal credit, journal
9  debit.  CA, capital additions, I guess.  CW,
10  withdrawals.  PW's, I guess profit withdrawals
11  or profit -- it says here profit checks, I
12  guess.  D and R, deliver and receive, those
13  would definitely -- oh, those were mostly used.
14  And then GC I would use sometimes, journal
15  credits.  VC, very few.  The others I don't
16  recall using as much.  Maybe VC, maybe once in a
17  blue moon.  I see VC, VD, but...
18     Q.    Okay.  Can you tell me which of
19  these were related to check withdrawals?
20     A.    I believe it's the CW.
21     Q.    Any others?
22     A.    And probably the PW.
23     Q.    And are any related to check
24  deposits coming into BLMIS?
25     A.    I think the CA.

Page 28

1      Q.    And so the codes listed on this
2  page were ones that you entered in on a regular
3  basis as part of your work?
4      A.    Correct.  Not all of them but
5  most, yeah.
6      Q.    So now let's turn to page ending
7  in 545, MADTSS00336545.  Do you recognize the
8  process identified on this page?
9      A.    I recall the check-in book.  This
10  was a small book.  Check-out book, I can't
11  recall a check-out book or binder.  Binder.
12     Q.    Can you take a look at this page
13  and the next page ending in 546.  Does this
14  identify the procedure that you would have
15  followed to punch checks?
16     A.    Yes.  Yes, there.
17     Q.    Okay.  So if we can go back to the
18  first page, the 545.  Could you read that first
19  paragraph into the record.  First, can you tell
20  me what the title of this page is?
21     A.    "Checks."
22     Q.    And can you read that paragraph
23  that starts with "There are three."
24     A.    "There are three books you will
25  punch checks from:  Check-in book (small book

Page 29

1  8-1/2 by 5)."  Second book is "Check-Out book
2  (8-1/2-by-11 book)," and the third book would be
3  "binder with profit checks for 10 account."
4      Q.    So, do you know what these -- do
5  you know what the check-in book is?
6      A.    Yes, I do.
7      Q.    And what information did the
8  check-in book contain?
9      A.    It would contain the customer's
10  name, the -- I believe the account number and
11  the amount that came in.
12     Q.    And how did you see that book?
13  Why did you see that book?
14     A.    It was given to us so we could
15  enter it into the system.
16     Q.    And who gave it to you?
17     A.    Normally it would be given to us
18  by Jodi.
19     Q.    Jodi Crupi?
20     A.    Yes.
21     Q.    And when did she give it to you?
22     A.    Near the end of the day.
23     Q.    Every day?
24     A.    Yes.
25     Q.    And was the information in the

SIPC v BLMIS                                                Leung 6/2/2016

CONFIDENTIAL

9 (Pages 30 to 33)

---

Page 30

1  check-in book handwritten?
2      A.    Yes.
3      Q.    And so was it the notes from Jodi
4  identifying the checks that had come in that day
5  to BLMIS?
6      A.    Notes?
7      Q.    Sorry.  Was it -- did it list all
8  the checks that had been received by BLMIS on a
9  given day?
10     A.    I -- I'm not sure.  I guess so,
11  that's what they give me.  We don't see the
12  checks that are actually coming in.  I guess
13  they put it in the book and then they give it to
14  us, so I don't know.
15     Q.    And then what did you do with the
16  book once you received it at the end of the day?
17     A.    We would enter it into the system,
18  the information.  And then once that's done, we
19  would then give it back or give it to Winnie
20  with the check-outs and the memos that come with
21  it.  That goes back, yeah.
22     Q.    So at the end of the day you gave
23  Winnie Jackson the check-in book?
24     A.    Um-hum, yes.
25     Q.    And -- okay.  And then what

---

Page 31

1  about -- then number 2 was the check-out book.
2      A.    Yes.
3      Q.    Did you work with that book?
4      A.    I can't recall what -- how the
5  book looked like, but I know we had check-outs.
6  I just don't remember how it came to us.
7      Q.    Let me just ask one more question
8  about the check-in book.
9          It's your understanding, though,
10  that the checks identified in the check-in book
11  were deposits to customer accounts, correct?
12     A.    Yes.  That would be considered
13  check-ins, yes.
14     Q.    And check-outs would be considered
15  what?
16     A.    Going out, the checks going out to
17  customers.
18     Q.    So customer withdrawals?
19     A.    Yes.
20     Q.    When you received the information
21  for check-outs, who did it come from?
22     A.    Mainly we would receive the
23  check-in and the check-outs together, so it
24  would come from Jodi, mainly.
25     Q.    Jodi Crupi?

---

Page 32

1      A.    Yes.
2      Q.    And then, do you recognize number
3  3, the binder with profit checks for the 10
4  account?
5      A.    I can't recall.
6      Q.    Do you know what the 10 account
7  refers to?
8      A.    No, I can't remember.  I don't
9  remember.  I kind of remember at first, when we
10  first -- when I first started, that there were
11  three, but I think towards the end there wasn't
12  three anymore.  I think there were just two, the
13  check-in and the check-out.  I don't recall
14  three books.  I can't remember it.
15     Q.    So when you first started, do you
16  remember there being the three books?
17     A.    I remember, because as I'm reading
18  these pages here, I remember two sets of checks.
19  And I recall last, that we did have two sets of
20  checks.  Only had one, I believe.
21     Q.    I'm sorry.  So at the end before
22  you left BLMIS there were no longer three sets,
23  there were only two?
24     A.    Yes.
25     Q.    And then if I could, could you

---

Page 33

1  take a look at just below the paragraph that you
2  just read, could you read that next paragraph
3  into the record for us, on page 545.  The
4  paragraph starting "Jodi."
5      A.    "Jodi will give you checks on a
6  daily basis.  She will give you an instruction
7  sheet which will tell you what outgoing checks
8  should be punched and the check date."
9      Q.    Do you recall -- did Jodi give you
10  instruction sheets daily?
11     A.    Not instruction sheets, just like
12  these are the check-outs and these are the
13  check-ins.  So we knew, they were pretty much...
14     Q.    Did the check-outs come as a
15  single sheet or was it part of a book?
16     A.    I think there was -- I can't
17  remember.  I remember seeing a sheet, a sheet of
18  paper, but I can't remember the rest.
19     Q.    That's okay.
20          So I'm going to come back to this
21  in a minute.
22     A.    Okay.
23     Q.    Right now I want to show you
24  what's been marked as Trustee's Exhibit 22.
25  Take a look at that.

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                          Leung 6/2/2016

CONFIDENTIAL

Page 34

1    So Exhibit 22 is an excerpt from a
2  3,000-page document.  I'm going to ask you a few
3  questions about a few of the pages.
4       A.   Okay.
5       Q.   Do you recognize these pages?
6       A.   Some of these things I don't
7  remember ever seeing.
8       Q.   What do you recognize?  Is there
9  anything in Exhibit 22 that you do recognize?
10      A.   I want to say I do, but...
11      Q.   That's okay.  Let me ask you a
12  couple of questions about the first page,
13  HWN00001479.
14      A.   Okay.
15      Q.   Can you take a look at the columns
16  on that page.  So the first column on the
17  left --
18      A.   Yes.
19      Q.   -- do you know what that is?
20      A.   That looks like probably the name
21  of the customer.
22      Q.   And the second column?
23      A.   The account number.
24      Q.   And then in that middle column,
25  what does that represent?

Page 35

1       A.   I guess the date.  It looks like
2  the date.
3       Q.   And then the fourth column after
4  that?
5       A.   The journal entry.
6       Q.   And in this case what journal
7  entry is it?
8       A.   PW, profit withdrawal.
9       Q.   And then the next column is a
10  series of check marks.  Do you recognize that at
11  all?
12      A.   I can't recall.
13      Q.   And then the next column?
14      A.   Totals of I guess money or
15  amounts.
16      Q.   So a moment ago we talked about
17  the sheet that you would get from Jodi to punch
18  checks, outgoing checks.
19      A.   Right.
20      Q.   Would that have -- would that have
21  the same information that we see here?
22      A.   Gosh, I can't remember.  I really
23  don't remember the book.
24      Q.   It's okay.  Do you recognize the
25  handwriting on page 1479?

Page 36

1       A.   I want to say it's Jodi, but I'm
2  not sure.  It looks like it could be hers.
3       Q.   Okay.  Let's take a look at the
4  page ending in 1651, so HWN00001651.  Do you
5  recognize this page at all?
6       A.   Looks similar to the first page,
7  same information.
8       Q.   Do you recognize the handwriting
9  here at all?
10      A.   No.  Looks like a couple different
11  handwritings.
12      Q.   So if we could just go through
13  these.  Are the columns similar to what we just
14  looked at?
15      A.   Yes.
16      Q.   Could you just tell me what each
17  are, going across.
18      A.   Okay.  The first, the customer,
19  the customer ID, the date, the journal entry
20  codes, an amount.  I'm not sure what the last
21  one would be.  I think...
22      Q.   Okay.  Going back to the journal
23  entries, which journal entries are here?
24      A.   The PW's and CW's, I would assume
25  profit withdrawal and capital withdrawal.

Page 37

1       Q.   Did you -- and is it your
2  understanding that profit withdrawals are debits
3  to the customer's account?
4       A.   Debited out of the account.  I
5  would assume so, yes.
6       Q.   If you entered in the journal code
7  PW, would you be ultimately printing a check to
8  the customer or entering in a deposit?
9       A.   It would be a check going out.
10      Q.   And for CW, if you entered that
11  into the computer, would that be a debit or
12  check going out?
13      A.   Yes.
14      Q.   Just one more page for now.  If
15  you would turn to page ending in 1655.  So
16  HWN00001655.
17          Do you recognize this handwriting?
18      A.   No.
19      Q.   And can you just tell me, there
20  are fewer columns here.  Could you just walk me
21  through the columns on this page as well.
22      A.   Okay.  Looks like the customer
23  account, an amount and then the customer's name.
24      Q.   And then along the top, there's
25  some headings.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                      Leung 6/2/2016

**CONFIDENTIAL**

11 (Pages 38 to 41)

Page 38

1      A.    Okay.  It says PW, Liberty
2  National Bancorp.
3      Q.    And so PW would be the what again?
4      A.    The profit withdrawal.
5      Q.    And that would -- okay.
6          So this would be a list of checks
7  that would have been printed out and sent to the
8  customer?
9      A.    Yes.  I would assume so.  I don't
10 recall, I don't recall this, but, yeah, it would
11 look like it.
12     Q.    Let me just ask you this.  So the
13 information you would have gotten from Jodi to
14 print a check for a customer, would it have
15 included this information?
16     A.    Yes.
17     Q.    So the customer account number?
18     A.    Yes.
19     Q.    The amount of the check?
20     A.    Right.
21     Q.    The journal code?
22     A.    Yes.
23     Q.    And then the customer's name?
24     A.    Yes.
25     Q.    Would it also have included a date

Page 39

1  for the check?
2      A.    Yes.
3      Q.    And that would have been the date
4  that the check would have been printed?
5      A.    Yes.
6      Q.    If you don't mind, I'd like to go
7  back to Exhibit 49, which was the manual here.
8      A.    Okay.
9      Q.    And I'd like to go back to the
10 page ending in 545, which I believe was the one
11 we were looking at.
12         So then in the middle of the page
13 do you see the heading "Check Codes"?
14     A.    Yes.
15     Q.    So going down that lists from, I
16 think it's bullets A, B, C and D.
17     A.    Yes.
18     Q.    Could you one at a time describe
19 each of them for me.
20     A.    You want me to read what's on
21 here?  Is that what you mean?
22     Q.    Yes.  If you could.  The first one
23 next to A is what?
24     A.    A, "PW, profit withdrawal.  Check
25 that comes from setups in binder are 10 account

Page 40

1  and always PW.  On description type check and
2  stock name."
3      Q.    That's okay.  You can stop there.
4  So let me just -- so where you just read "On
5  description type check and stock name."
6      A.    Yes.
7      Q.    In the time that you worked at
8  BLMIS, when you printed checks for customers --
9      A.    Right.
10     Q.    -- did you enter in the words
11 "check" and a stock name ever?
12     A.    Not that I recall.
13     Q.    Do you know what it means when it
14 says "on description"?
15     A.    In the description section, yes.
16 Like a memo section on a personal check, would
17 be the description.
18     Q.    And did you enter information into
19 that regularly when printing checks at BLMIS?
20     A.    No.  Normally it would just say
21 check.
22     Q.    In the description?
23     A.    I believe so, yes.
24     Q.    Then if you could take a look at
25 B.

Page 41

1      A.    B, okay.  CW, capital withdrawal.
2      Q.    Okay.  And so it's your
3  understanding that CW's or capital withdrawals
4  are withdrawals from the customer's account?
5      A.    Correct.
6      Q.    And C, do you know what a debit
7  transfer is?
8      A.    No, I do not.
9      Q.    And then D is which journal entry?
10     A.    CA, capital addition.  That's for
11 checks coming in.
12     Q.    The deposits from customers?
13     A.    Deposits, yes.
14     Q.    And you entered those into the
15 computer system as well?
16     A.    That's correct.
17     Q.    And then again, so turning over to
18 546, the next page, MADTSS00336546, there's a
19 paragraph there at the end.  Could you read that
20 for us into the record, starting with
21 "Therefore."
22     A.    "Therefore, you will usually have
23 three sets of checks daily.  CA - checks coming
24 in for current day; PW - Levy checks going out
25 for the next working day; CW/PW/DT - checks for

SIPC v BLMIS                                          Leung 6/2/2016

**CONFIDENTIAL**

Page 42

1    all other accounts going out for the next
2    working day."
3        Q.    And do you recall these three sets
4    of checks from your time at BLMIS?
5        A.    Yes. Again, I remember three sets
6    when I first started and then later on I don't
7    recall having three sets.
8        Q.    Okay. So later on do you recall
9    having CA's?
10       A.    Yes. We always had CA's.
11       Q.    And were CA's processed and were
12   they entered into the computer system on the
13   same day they were received?
14       A.    I would believe so. Again, I
15   don't check the mail so I don't know when they
16   received them.
17       Q.    And then do you recall CW checks
18   later on?
19       A.    Yes.
20       Q.    And do you recall PW checks later
21   on?
22       A.    I don't recall too many PW checks
23   later on.
24       Q.    And when you say later on, do you
25   mean around 1990 -- sorry, around 2008?

Page 43

1        A.    Maybe, I don't know, maybe even
2    before that. I'm not sure.
3        Q.    But you do recall them when you
4    first started?
5        A.    Yes.
6        Q.    Just kind of an overview. So were
7    checks ever sent out to customers recorded as
8    debits in the computer system?
9        A.    Checks going out?
10       Q.    Yes.
11       A.    Yeah, I think so, yeah.
12       Q.    And so -- that's good for now,
13   thanks.
14           Okay. I want to show you what's
15   been marked as Trustee's Exhibit 53. Could you
16   just take a look at this and let me know when
17   you're ready.
18       A.    Okay.
19       Q.    Do you recognize this?
20       A.    Yes, this is a screen, the
21   computer screen I worked with, entering our
22   information. Screenshots.
23       Q.    So I'd like to direct your
24   attention to that first page there, MDPTFF-
25   00000695. Was this the --

Page 44

1        A.    The main screen.
2        Q.    Right. And so if you could, could
3    you just walk me through kind of what a typical
4    day would have been for you working with your
5    computer system. So would you turn on the
6    computer when you first got there?
7        A.    Yes.
8        Q.    Did you have to log in?
9        A.    I can't remember. Oh, gosh. I
10   can't even remember if I had to log in.
11       Q.    Was this the first screen you
12   would see once you --
13       A.    Yes.
14       Q.    -- started working?
15       A.    Yes.
16       Q.    Can you take a look at this and
17   could you identify for me the menus that you
18   used most often.
19       A.    Okay. Menu -- number 2, menu
20   cash17.
21       Q.    And what was cash17?
22       A.    That's our C&S entries for our,
23   the green and yellow sheets that we received.
24       Q.    So when you entered the
25   information from the C&S sheets...

Page 45

1        A.    We would go into this menu.
2        Q.    Okay. And what would that result
3    in?
4        A.    Reports, I guess.
5        Q.    The updates from the C&S were
6    updates to the computer -- the customer
7    statement, the customer account?
8        A.    Yes. Yes.
9        Q.    But that wasn't what you used to
10   print checks?
11       A.    No.
12       Q.    Okay. Go ahead.
13       A.    DIV17.
14           THE REPORTER: I'm sorry?
15       A.    Menu DIV17, D-I-V 17.
16       Q.    And what did you use that for?
17       A.    The dividends. That's normally
18   used I believe -- I remember at the end of the
19   month when we enter our dividends before we run
20   month end, I'm thinking.
21       Q.    Okay. Go ahead.
22       A.    Menu EAC, I don't know what that
23   is. That sounds like checks, but I can't recall
24   if that's the menu that we used to enter checks
25   or we keyed in a command. Let me see.

SIPC v BLMIS                                          Leung 6/2/2016

CONFIDENTIAL

13 (Pages 46 to 49)

Page 46

1       So that's our quarterly checks.
2   Yes, so the menu EACHK is the quarterly check
3   run.
4       Q.    So what did that mean, what's a
5   quarterly check run?
6       A.    That's when we would get like, I
7   guess it was a big, I don't know, it looked like
8   ledgers or something, computer printout sheets
9   where it would tell us to run, to correlate
10  checks for certain employees and then we would
11  enter those in.
12      Q.    So when you say enter those in,
13  you mean you'd generate the checks?
14      A.    Yes. Enter them in the system.
15      Q.    And print them?
16      A.    Yes. And print them.
17      Q.    And do you remember who gave you
18  the quarterly print check report?
19      A.    They would come from Jodi.
20      Q.    From Jodi.
21      A.    Um-hum.
22      Q.    So going back to the main menu, do
23  you remember which menu you would have started
24  with to print checks?
25      A.    Thinking that we key in the actual

Page 47

1   check memo01. I don't think it's on the menu
2   here.
3       Q.    So when you say key in, you mean
4   you went to a screen and typed in memo01?
5       A.    Yeah. Yes, that's what I'm
6   thinking. I'm thinking that's what we did was
7   type in memo01, enter the information, and then
8   once we were done do the memo02 to generate the
9   checks.
10      Q.    Okay. So there was a screen where
11  you would type in the memo01 that you don't see
12  here?
13      A.    Trying to remember. I think it
14  was on -- I think we would just put it on the
15  first page. There was a command line and you'd
16  just type it in.
17      Q.    Okay.
18      A.    Can't remember.
19      Q.    Okay. And then if I can ask you,
20  so on the main menu, if you look at command
21  number 8, could you read that into the record.
22      A.    "Menu Namenu."
23      Q.    Did you use that menu?
24      A.    Sounds familiar.
25      Q.    If you were going -- if you were

Page 48

1   going to update customer information, say name
2   or address information, do you remember which
3   menu you would have started with for that?
4       MR. DEXTER:  Objection, leading.
5       Q.    Did you update customer account
6   information?
7       A.    Yes.
8       Q.    And did you use the BLMIS
9   customer -- sorry, the BLMIS computer system to
10  do that?
11      A.    Yes.
12      Q.    Would you have started with the
13  main menu to update customer information?
14      A.    Yes.
15      Q.    Can you tell me how you did that?
16      A.    We went into the file maintenance.
17  That's what it says here. So that's on page
18  701.
19      Q.    So for the record, we're looking
20  at MDPTFF00000701 identified by the witness.
21      A.    Yes.
22      Q.    And you said this is the file
23  maintenance page?
24      A.    Yes. And we would enter, or go
25  into the first one, 1, 2, enter the customer and

Page 49

1   address information, update that.
2       So that may be the Namenu one. I
3   can't remember what menu that was.
4       Q.    Okay. We'll come back to that a
5   little bit later. I'd like to direct your
6   attention to, excuse me, the page ending in 697.
7   So MDPTFF00000697. Take a look at this.
8       I'd like to direct your attention
9   to item 14.
10      A.    Enter debit/credit memos.
11      Q.    Did you use that command?
12      A.    I can't recall.
13      Q.    And for 15?
14      A.    Print checks and memos. I mean,
15  it sounds to me it could be the memo01, memo02,
16  but for some reason I can't remember them. I
17  remember seeing or typing in memo01 and memo02.
18  So, I don't remember entering debit/credit
19  memos. I don't recall.
20      Q.    When you entered a memo01, do you
21  recall what would happen next?
22      A.    A screen would open up and I would
23  be able to key in the customer's account -- the
24  account number and then their name normally pops
25  up and then we'd key in the amount that we

SIPC v BLMIS                                          Leung 6/2/2016

**CONFIDENTIAL**

Page 50

1   either received or were issuing out.
2        Q.   Okay.  So you'd put in the
3   customer account number and their name and
4   address information automatically appeared?
5        A.   Yes.  The name, yes.
6        Q.   And then you'd enter in the check
7   amount?
8        A.   Yes.
9        Q.   Did you enter in the journal code
10  on that screen?
11       A.   I want to say yes.  I want to say
12  that it's on the first screen, on the screen on
13  top that says CA, CW, you'd put in.  I want to
14  say that.  I can't remember.
15       Q.   Do you remember if you would have
16  had to go to a separate, excuse me -- would you
17  have had to go to a separate screen to enter in
18  the journal code?
19       A.   No, I can't remember that.  I'm
20  thinking it's on the same -- on the same screen.
21       Q.   And after memo01, you said earlier
22  I think that you went to memo02?
23       A.   Once we finish entering either
24  checks in or checks out and we're done, then we
25  do the memo02 to print out -- like to generate

Page 51

1   the checks so that they're ready for printing.
2        Q.   Did memo02 -- so memo02 printed
3   the checks?
4        A.   Right.  It processed the checks,
5   right, for printing.
6        Q.   And did it also process the
7   labels?
8        A.   Yes.
9        Q.   And did it process the check
10  memos?
11       A.   Yes.
12       Q.   And then you would print?
13       A.   Correct.
14       Q.   Okay.  And was this the same for
15  all checks?
16       A.   Yes.
17       Q.   So a journal entry of CW, this is
18  the procedure you would have followed?
19       A.   Yes.
20       Q.   And for a journal entry of PW,
21  would you have followed the same procedure?
22       A.   Yes, I believe so.
23       Q.   Okay, thank you.  You can put that
24  aside for a second.
25            I want to show you now what's been

Page 52

1   marked as Trustee's Exhibit 55.  Again, this is
2   another large document but we're just going to
3   talk about a few pages.  Actually, I'm going to
4   give you 55 and also what's been marked as
5   Trustee's Exhibit 56, together.
6            Would you take a look at them.  Do
7   you recognize these documents?
8        A.   Yes.  These are logs, our work
9   logs, Dorothy and my work logs.
10       Q.   So that's the work log that you
11  and Dorothy Khan both used?
12       A.   Yes.
13       Q.   And for Exhibit 55, can -- do
14  you -- is the year identified for that document?
15       A.   Yes, it is.
16       Q.   And what is that?
17       A.   Says 1995.
18       Q.   Okay.  And for the record, the
19  witness is referring to page MADTSS00998813.
20            And then for Exhibit 56, I'd like
21  to direct your attention to the last page,
22  MADTSS00997643.  Does that identify the year for
23  that log as well?
24       A.   Yes.  1996.
25       Q.   Thank you.  So a moment ago you

Page 53

1   said these were the work logs that you and
2   Dorothy Khan used?
3        A.   Correct.
4        Q.   What did you use it for?
5        A.   Just to log our work that we did
6   on a daily basis for our procedures that we've
7   entered into the system.
8        Q.   So these logs would have
9   identified every time you printed checks?
10       A.   Yes.
11       Q.   Every time you entered in incoming
12  checks?
13       A.   Yes.
14       Q.   Or when you ran the C&S?
15       A.   Yes.
16       Q.   And how many logs did you use at
17  any given time?  Did you and Dorothy share one
18  log?
19       A.   Yes, we did.
20       Q.   And where was the log kept?
21       A.   On our desk.
22       Q.   And what did you do with the logs
23  once they were -- what did you do with older
24  logs?
25       A.   I just filed them away.

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

Page 54

1    Q.    Where did you file them?
2    A.    I just put them in an envelope and
3  I guess it went downstairs in a box or
4  something.
5    Q.    At what point during the day would
6  you enter -- actually, let me back up for a
7  second.
8         Let's take a look at page ending
9  in 814, so MADTSS00998814 and that's in
10  Trustee's Exhibit 55.
11        Starting at the top there, do you
12  recognize the handwriting on this page?
13    A.    Yes.
14    Q.    And in the first line, whose
15  handwriting is that?
16    A.    Mine.
17    Q.    And who else -- is there anyone
18  else's handwriting on this page?
19    A.    Dorothy's.
20    Q.    Can you identify about where
21  Dorothy's is.
22    A.    The third line down would be
23  Dorothy's, that says "checks CA."
24    Q.    Okay.  Great, thank you.
25         I'd like to direct your attention

Page 55

1  to page ending in 817, a couple of pages forward
2  in Trustee's Exhibit 55.
3         I'd like to direct your attention
4  to -- starting in the left-hand column, does
5  this page identify the work date?
6    A.    Yes.
7    Q.    What's the first work date
8  identified on this page?
9    A.    December 15th.
10    Q.    And so if you could, take a look
11  at the 19th, about halfway down.
12    A.    Yes.
13    Q.    Is this your handwriting?
14    A.    Yes.
15    Q.    Were these tasks that you
16  performed on December 19th?
17    A.    Correct.
18    Q.    And so the fifth line down, could
19  you read that for me for the record?
20    A.    "Checks CA 12/19"; and "PW and CW
21  12/20 and 12/12."
22    Q.    Can you tell me what that means.
23    A.    Checks coming in, I guess, at
24  12/19, that date.  PW --
25    Q.    That's the check CA?

Page 56

1    A.    Yes, CA, I'm sorry.
2    Q.    Okay.
3    A.    And PW and CW, checks going out
4  12/20 and I see 12/12.
5    Q.    And so when you say -- sorry,
6  you've already said that PW and CW were checks
7  going out, correct?
8    A.    Yes.
9    Q.    Okay.  Would you mind just telling
10  me -- so, could you walk me through how, what
11  you did before you entered this in?
12    A.    Entered it on the log?
13    Q.    Process the checks, yes.  How did
14  you process the checks that you've identified
15  here?
16    A.    I would receive, again, the
17  check-in book and the information for
18  check-outs.  And again, I'm thinking that I'd go
19  in and I'd key in the memo01 and enter in the
20  check-ins first, the CA and the account numbers
21  and the amount that we received.  And then doing
22  a memo02 and then processing the PW's and the
23  CW's.
24         In this case probably would be
25  separate because, going back to what it said

Page 57

1  here, the PW's are different and they were on
2  different checks at that time.
3    Q.    So you would have processed all of
4  the checks with a CW journal code and then
5  processed the checks that had the PW journal
6  code, for example?
7    A.    I'm thinking -- I can't recall but
8  I'm thinking yes.
9    Q.    Okay.  But it was the same
10  process, to process both, correct?
11    A.    Yes.  I'm thinking yes.
12    Q.    Okay.  So just to talk a little
13  bit about the information you put into the
14  system to print, to generate the checks.
15    A.    Okay.
16    Q.    So I believe before you said you
17  entered the customer account number in?
18    A.    Yes.
19    Q.    And that brought up the customer
20  information?
21    A.    Um-hum.
22    Q.    And then did you enter in the date
23  of the check?
24    A.    I'm thinking -- oh, gosh, I can't
25  remember.

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                Leung 6/2/2016

**CONFIDENTIAL**

---

Page 58

1    Q.   That's okay.
2    A.   I don't remember where the date
3  would go in, whether it would go in when we
4  first key in the memo01 and it asks us for a
5  date, or if it's actually on the screen where I
6  enter the information for the customer.  I'm
7  thinking it's before.  I think it's before that,
8  I'm thinking.
9    Q.   But you entered it in?
10   A.   Yes.
11   Q.   You entered the date in?
12   A.   Yes.
13   Q.   And you entered in the amount?
14   A.   Yes.
15   Q.   Of the check?
16   A.   Yes.
17   Q.   Did you enter in a description for
18  the check?
19   A.   No, I don't think so.
20   Q.   Did you enter in any other
21  information for the check?
22   A.   Just the journal entry, the CA,
23  CW, PW, the account number and the check amount.
24   Q.   Okay.  Did you generate customer
25  statements at the end of the month?

---

Page 59

1    A.   Yes.
2    Q.   And how did you generate the
3  customer statements?
4    A.   It was a procedure that we'd have
5  to follow.
6    Q.   And was it similar to the way you
7  processed the check, where you entered in an
8  account number and that brought up the
9  information?
10   A.   No.  It was one process, one
11  procedure.  We'd go through and it would
12  generate all the customers' statements.
13   Q.   Okay.
14   A.   At the end of the month.
15   Q.   So let's go back to this document
16  again, Exhibit 49.  I'd like to direct your
17  attention to page ending in 521.  So
18  MADTSS00336521.
19        Can you please read that first
20  paragraph into the record.
21   A.   "C/S or cash and security
22  settlement.  This settles all pending files
23  created from trades, check, et cetera.  Within a
24  given month C/S is run for every day of the
25  month this is a valid settlement date.  It is

---

Page 60

1  usually run at the end of the day so that the
2  customer information can be updated as of the
3  day -- of the date you are running the C/S for."
4    Q.   Above that paragraph it references
5  a menu?
6    A.   Yes.  A menu cash17.
7    Q.   So what does it mean to settle all
8  pending files?
9    A.   It sounds -- whatever we did
10  during the day, we entered trade information,
11  entered the checks that came in and the checks
12  that are going out.  So when you're doing the
13  C&S it then, I guess, settles them and puts them
14  into, I guess, into the customer's file, I
15  guess.
16   Q.   Did you run C&S every day?
17   A.   Yes.
18   Q.   And so how did -- what did that
19  mean to run C&S; how did you do it?
20   A.   Go to the menu cash17 and follow
21  the prompts.
22   Q.   So if we go back to Trustee's
23  Exhibit 53, page ending in 697, MDPTFF00000697,
24  is this the cash17 menu you were referring to?
25   A.   Yes.

---

Page 61

1    Q.   And do you remember which entry
2  here you would have used to run C&S?
3    A.   Yes.  The first one is when we
4  enter, update any C&S entries that we receive.
5  And then number 2 is to process it.
6    Q.   What would a C&S entry be?
7    A.   Normally what we have on our green
8  and yellow sheets.
9    Q.   And what was that?  What was the
10  information that was on the green or yellow
11  sheet?
12   A.   Depending on the green and yellow
13  sheet that was given to us, the CA's would show,
14  I guess, checks coming in, maybe wire checks
15  maybe.  CW's are any check going -- wire checks
16  going out.  And we got R and D's which are
17  receive and deliver.  I guess those had shares.
18  Some others, I guess, other.  Those are like the
19  main stuff that we have -- normally get.
20   Q.   So the green sheets would be wire
21  transfers going out to the customer?
22   A.   Yes.
23   Q.   And the yellow sheets would be
24  wire transfers coming into BLMIS from the
25  customers?

---

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                          Leung 6/2/2016

**CONFIDENTIAL**

---

Page 62

1   A.   Yes.
2   Q.   And were there journal codes
3   included on the green sheets?
4   A.   Yes.  CW's or R and D's or
5   whatever it is.
6   Q.   So PW's would be included on the
7   green sheets?
8   A.   Yes.
9   Q.   And the PW's would be included on
10  the green sheets as debits going out to the
11  customers?
12  A.   Yes.
13  Q.   If a check was generated for a
14  customer on a given day, would there be a
15  corresponding debit to their customer account?
16  A.   If a check was going out on a
17  given day?
18  Q.   Would a customer's account be
19  debited for that amount?
20  A.   I would assume so.  That's, I
21  believe that's what the C&S would show that, I
22  guess that's what it means.  Debit --
23  Q.   So when you ran -- sorry.
24  A.   Yes, sorry.
25  Q.   So when you ran the C&S at the end

---

Page 63

1   of the day, it would essentially calculate the
2   deposits and withdrawals for each account?
3   MR. DEXTER:  Objection, leading.
4   You can answer.
5   A.   Yeah, I guess that's what it would
6   do.  I'm not sure, yeah.
7   Q.   Did you have an understanding of
8   what the purpose of the C&S process was at the
9   end of each day?
10  A.   Just to close out what we did
11  during the day.  That's all I knew.
12  Q.   And by close out, did you
13  understand that to mean update each account?
14  A.   Yes.
15  THE VIDEOGRAPHER:  Excuse me,
16  counsel, five minutes.
17  Q.   So, if we can go back to Exhibit
18  49 again, back to page 521.  Follow-up question.
19  MADTSS00336521, Exhibit 39 (sic).
20  The second paragraph there under "C/S Sheets."
21  Could you read that paragraph in for us?
22  A.   "Green sheet: Debits codes - for
23  R codes that have two account numbers per
24  record.  If top account is a bank account then
25  the customer account will be credited.  If the

---

Page 64

1   top account is a customer or if there is only
2   one customer account per record, then the
3   customer will be debited."
4   Q.   What does the top account refer to
5   in this paragraph?
6   A.   On the sheet sometimes they'll
7   show -- on the green sheet would see a "D" and
8   then there's an account number up on top,
9   underneath the "D."
10  Q.   And was that a BLMIS account
11  number?
12  A.   Yes.
13  Q.   What did it mean for it to be --
14  what did that mean?
15  A.   I don't know.
16  Q.   And then what is an "R" code in
17  that same paragraph?
18  A.   Receive.  "R" codes, receive I
19  guess.
20  Q.   Okay.  Did you enter those in as
21  part of the C&S processing, the "R" code?
22  A.   Yes.
23  Q.   Was that a journal entry as well?
24  A.   That's -- I didn't -- yes.  That's
25  what -- I'm thinking the C&S sheets are journal

---

Page 65

1   entries.  That's what I called them.
2   MS. ACKERMAN:  Okay.  I think
3   that's a good place to take a break.
4   THE VIDEOGRAPHER:  This concludes
5   DVD number 1.  The time is 11:30 a.m.  We are
6   going off the record.
7   (Recess taken.)
8   THE VIDEOGRAPHER:  This begins DVD
9   number 2.  The time is 11:49 a.m.  We are back
10  on the record.
11  BY MS. ACKERMAN:
12  Q.   Ms. Leung, before we broke we were
13  talking about the green sheets.
14  A.   Yes.
15  Q.   So if I could direct your
16  attention back to Trustee's Exhibit 49, page
17  ending in 521.  So it's MADTSS00336521.
18  Can you tell me what the green
19  sheets looked like?
20  A.   They were green, they had --
21  thinking, trying to count the columns.
22  I would want to say they had four
23  columns.  I remember seeing the last column, I
24  think it says comments in the last column.  I
25  can't re -- no.

---

SIPC v BLMIS                                    Leung 6/2/2016

**CONFIDENTIAL**

Page 66

1  Q.   That's okay.  Let me ask you this.
2  Was it a preprinted sheet?
3  A.   No.  The green sheet was a blank
4  sheet that was green and then they would
5  handwrite what needs to be done on it.
6  Q.   When you say "they," who do you
7  mean?
8  A.   Well, whoever would give it to me,
9  Annette, Jodi, Frank.
10  Q.   Okay.  So they took a green sheet
11  of paper and drew the lines in?
12  A.   Oh, no, no.  The lines were there.
13  That was all there.  Just the information, like
14  the codes or the account numbers, things like
15  that.
16  Q.   So were there a stack of these
17  pre-printed green sheets that just had the blank
18  columns?
19  A.   Yes.
20  Q.   And then someone would fill it in?
21  A.   Correct.
22  Q.   Enter the information in by hand?
23  A.   Yes.
24  Q.   And the green sheets were for
25  debits, correct?

Page 67

1  A.   Yes.
2  Q.   And that included PW's?
3  A.   Yes.
4  Q.   Okay.  Let's see.  If we can, turn
5  to 547.  Do you recognize the procedure
6  identified on this page?
7  A.   Entering and running checks, key
8  in memo01, yes, that's what I thought.  I can't
9  remember.  Okay, thought I was losing it.
10  Q.   So what did you just recognize
11  there?
12  A.   Oh, when I first saw the key
13  memo01 to enter checks and then to enter the
14  date working with, before we entered the
15  information of the client or anything like that.
16  Q.   So what does that mean, sorry?  If
17  you could explain it a little bit.
18  A.   On the main screen, our computer
19  screen, we put in or key in the command memo01.
20  Then it would open up a screen, probably tell us
21  what date or -- to put in, or it was the next
22  line, just another command line, I forget.  And
23  then we just enter that date and then it would
24  then open up to a line where we would enter the
25  customer account number.  I believe.

Page 68

1  Q.   So just to clarify, so you'd key
2  in the memo01 and that would bring up a screen?
3  A.   Um-hum.
4  Q.   And then you would enter in the
5  date that you wanted --
6  A.   Yes.
7  Q.   -- to print the checks for?
8  A.   Yes, yes.  If they're coming in
9  checks, it would be the day that we're entering
10  it, the same day that we received on that day.
11  Going out would be the next day, because we'd
12  print them at the end of the day so this should
13  be the next day.
14  Q.   So you would print the checks at
15  the end of the day, correct?
16  A.   Um-hum, yes.
17  Q.   And the date on that check would
18  be for the following day?
19  A.   Correct.
20  Q.   And that would be the day it was
21  mailed?
22  A.   Right.
23  Q.   Just below the key memo01 that you
24  just read, do you see on the left there there's
25  some handwriting?

Page 69

1  A.   Yes.
2  Q.   Do you recognize that handwriting?
3  A.   No.
4  Q.   Can you read for the record what
5  it says there?
6  A.   Check name is a function of
7  name/address.  And it has a date, 7/24/96.
8  Q.   Do you know what that means?
9  A.   When we enter in the account
10  number, the check name automatically populates
11  and it comes -- it's drawn from the name and
12  address, customer account, the name and address
13  screen, I guess, where we start.
14  Q.   And what does check mean?
15  A.   The name of the -- what's gonna be
16  on the check.
17  Q.   When you say what's going to be on
18  the check, do you mean the payee?
19  A.   Payee, that's right.
20  Q.   So check name is who the check is
21  made out to?
22  A.   Correct.  And usually comes from
23  the name and address, I guess, file.
24  Q.   And what's the name and address
25  file?

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                           Leung 6/2/2016

CONFIDENTIAL

Page 70

1      A.    That's the customer maintenance
2  file.
3      Q.    And when you say customer
4  maintenance file, you mean in the computer
5  system?
6      A.    Yes.
7      Q.    And what is the customer
8  maintenance file in the computer system?  What
9  does it consist of?
10     A.    The customer's name, their
11 address.  That's basically what we would enter.
12 And the account number.
13     Q.    So when you entered up -- when you
14 pulled up the screen to generate a check --
15     A.    Um-hum.
16     Q.    -- the name that the check would
17 be made out to automatically populated?
18     A.    That's correct.
19     Q.    And it automatically populated
20 from the name and address table?
21     A.    Correct.
22     Q.    And the name and address table
23 contained the name and address for the account
24 holder?
25         MR. DEXTER:  Objection, leading.

Page 71

1      Q.    You can answer.
2      A.    Correct, yes.
3      Q.    And this handwritten note, does
4  this indicate a change to the process?
5      A.    It seems that way because it
6  crossed out the information here.
7         (Indecipherable.)
8      Q.    Could you actually read that into
9  the record.
10     A.    I'm sorry.  Reading to myself.
11     Q.    That's okay.  I'd appreciate it if
12 you'd read that in.
13     A.    I'm sorry.
14         "For checks going out after
15 punching account number, you must check 'check
16 name' to see if it needs editing.  Check name
17 should not have address information and should
18 make sense to you.  Note, all 1st Trust IRA
19 accounts should be made payable to name on
20 account only and not to 1st Trust."
21     Q.    Could you read that one last line.
22     A.    "For checks coming in, you do not
23 need to edit the check name."
24     Q.    Did you -- do you remember a time
25 when the process for checking the check name, as

Page 72

1  this describes, changed?
2      A.    Yes, I do.  I kind of remember,
3  maybe that is the reason why that's there.  I
4  remember going into checks and if we have to --
5  as the 1st Trustee, would populate because
6  that's the first thing in the account, name and
7  address.  So you couldn't make out -- we
8  couldn't make the check payable to the 1st Trust
9  IRA and then the customer's name, so we'd have
10 to remove that and just leave the customer's
11 name on there.
12         Sometimes the name and address, I
13 believe, may have been so long that a lot of
14 stuff got put on two lines or like the first
15 line and the second line and the second line
16 would also print on the checks, which would
17 include the address, so we had to remove the
18 address from the check payable part.
19     Q.    And when you removed the address,
20 it just left the account holder's name?
21     A.    Account holder's name, yeah.
22     Q.    And do you remember generating
23 checks like that when you first started?
24     A.    Yes.
25     Q.    And then later on that information

Page 73

1  was automatically populated?
2      A.    Right.
3      Q.    Into the check?
4      A.    Right.  So I'm thinking -- I'm now
5  remembering that perhaps when we were doing the
6  maintenance file folder it would say, like check
7  name or something, and we'd just put in the
8  check, the name of the customer or something
9  like that, so that's what it picked up,
10 something like that.  So we'd pick up everything
11 else.
12         Unless the programmers, I can't
13 remember now.  I really can't -- I'm sorry, I'm
14 thinking, I'm speaking out of line here.  I'm
15 not sure now if the programmers may have already
16 just set up the system where when it sees 1st
17 Trust, it will take that out, just to keep the
18 name on there.
19     Q.    You're thinking that that was a
20 change in the program?
21     A.    Yes.  Yes.
22     Q.    Okay.  So let's break that down
23 just a little bit.
24         So when you first started, you
25 followed this procedure here that you read into

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

## Page 74

the record for us where you had to check the
check name?
   A.   Yes.  That I remember.
   Q.   And you checked the check name to
ensure that only the account holder's name was
in the payee line?
   A.   That is correct.
   Q.   And then at some point the
computer system was changed or updated?
   A.   Right.
   Q.   So that you no longer had to check
the check name?
   A.   Correct.
   Q.   Because that information was
automatically pulled from the name and
address --
        MR. DEXTER:  Objection, leading.
   Q.   -- because that information was
automatically pulled from the name and address
table?
   A.   Yes.
   Q.   So then that information had --
okay.
        So then -- and the name and
address information was the information that was

## Page 75

entered in for the customer's account?
   A.   Correct, yes.
   Q.   Meaning the account holder's name?
   A.   Correct.
        MR. DEXTER:  Objection, leading.
   Q.   Great.  And then down below
there's a reference to the key memo02 on that
same page, 547 of Trustee's Exhibit 49?
   A.   Yes.
   Q.   Can you read from "key" into the
end of the next paragraph there for us into the
record?
   A.   "Key memo02 and enter the date
worked with.  Memo02 gives check journals with
entries, check forms, going out checks only, and
memos."
   Q.   So if I could -- so when you
printed the checks, did you print all -- did you
print the journals, the check forms and the
memos?
   A.   Yes.
   Q.   And what were the check journals?
   A.   They were computer, computer
paper, print-outs of what we had entered.  So it
would show the customer's name and the amount on

## Page 76

it.
   Q.   Did it include the journal entry
information?
   A.   I believe it did.
   Q.   And was it one journal per
check -- sorry.  Strike that.
        Was there a separate journal for
each check that was generated?
   A.   No.
   Q.   So --
   A.   It would list everything that we
keyed in in memo01.  So if we had ten checks
coming in or going out, it would list all ten on
that same sheet.  If it only had one, it only
lists one, so forth.
   Q.   So did you print the check journal
multiple times throughout the process?
   A.   No.  Normally when we do the
process, we do -- we get all the check-ins, and
we would then do it all in one time.
   Q.   So did you enter all the
information under memo01 --
   A.   Um-hum.
   Q.   -- and then only run memo02 once
to actually print the items?

## Page 77

   A.   Yes.
   Q.   And that's what this is referring
to here, where it says that memo02 gives you the
check journals with entries?
   A.   Correct.
   Q.   So you'd have gotten one check
journal with entries?
   A.   Correct.
   Q.   And then what are the check forms?
   A.   Outgoing checks only.  The checks.
Seems like those are the checks.
   Q.   The checks themselves?
   A.   Yes.
   Q.   And then the memos, what are
those?
   A.   They're separate memos as well,
that show what transaction had happened.
   Q.   I just want to back up just a
second.
        So when you printed the checks,
where did the check paper come from?
   A.   The actual paper check?
   Q.   Um-hum.
   A.   We had a stock of checks that we
used.

SIPC v BLMIS                                    Leung 6/2/2016

**CONFIDENTIAL**

21 (Pages 78 to 81)

---

Page 78

1    Q.    And what was preprinted on that
2    stock?
3    A.    The name of the company.  Of
4    course the account number in the end, and just
5    like a regular normal check, a blank check would
6    look like.
7    Q.    And did you have multiple stocks?
8    A.    Again, at the beginning we had two
9    different checks.  We had the yellow checks and
10   we had green checks, yes.
11   Q.    And what was the yellow check?
12   A.    I believe it's for the CW's for
13   the customers that went out.
14   Q.    And what were the green checks?
15   A.    They're separate as noted in here,
16   the PW's.  But again, that was only at the
17   beginning when I first started.  I don't recall
18   it doing that at the end.
19   Q.    So when you first started there
20   were yellow checks that you printed CW's on?
21   A.    Um-hum.  Yes.
22   Q.    And there were green checks that
23   you printed PW's on?
24   A.    Yes.
25   MR. DEXTER:  Objection, leading.

---

Page 79

1    Q.    Your testimony a moment ago was
2    that there were green checks that you printed
3    the PW checks on, correct?
4    A.    Yes.  Well, as I recall, when --
5    also in here it says to use the different
6    checks, so it would be the green checks.
7    Q.    So at the beginning you remember
8    using two different checks?
9    A.    That's correct.
10   Q.    But at the end you only used one?
11   A.    That I recall, yes.
12   Q.    And at the end do you remember --
13   what color were the checks that you used at the
14   end?
15   A.    Yellow.
16   Q.    Then if you could, I'd like to
17   direct your attention to the next page, which
18   ends with 548.
19   Again there, about halfway down
20   the page, do you see a handwritten note?
21   A.    Yes.
22   Q.    Could you read that into the
23   record for us.
24   A.    "Check name now a function of
25   name/address."

---

Page 80

1    Q.    And could you read for the record
2    that line that is partially crossed out that
3    that note relates to.
4    A.    Yes.  "Check edit report to see if
5    'check name' needs editing."  That's crossed
6    out, "if check name needs editing."
7    Q.    Again, do you recognize the
8    handwriting?
9    A.    No.
10   Q.    What is the check edit report?
11   A.    These are the monthly quarterly
12   reports that it's referring to.
13   Q.    Okay.  So were the check edit
14   reports reports identifying the monthly and
15   quarterly withdrawal checks?
16   A.    Yes.  According to this, yes.
17   Q.    Did you work with those reports at
18   all?
19   A.    Yes.  Well, they would give us the
20   report to run the monthly quarterly.  I
21   remember, it was like a big report and it had
22   names that we would -- I don't remember how
23   they -- list of reports, a list of names, that
24   were already on this monthly quarterly report,
25   and then I remember on the side there would be

---

Page 81

1    some handwritten information of new -- of
2    checks -- of account numbers and amounts that we
3    would have to enter in.  I guess to update the
4    monthly quarterly report, to add them to it.
5    So then once we do that, we run
6    the report and we verify what we keyed in is
7    there and accurate.
8    Q.    And when you say they gave you the
9    printed report, who was that?
10   A.    Well, mainly Jodi would give that
11   to us.
12   Q.    So Jodi would have already had it
13   printed?
14   A.    Yes.
15   Q.    You didn't print the check, the
16   print that were check edited, for her?
17   A.    No.  Well, that report, actually
18   once we finished, like last month say, we have
19   the new report after all we key in, then that, I
20   think that is the same report that they give us
21   back.
22   Q.    So at end of the month you printed
23   a report of all the checks for the prior month?
24   A.    For the month that we're doing.
25   Q.    The month that just ended?

---

SIPC v BLMIS                                    Leung 6/2/2016

**CONFIDENTIAL**

---

Page 82

1      A.    Right.  So we'd enter everything.
2  Once that's done, then we give that to Winnie,
3  she does her thing with the checks and then I
4  guess they get -- then she gives it to Jodi or
5  to whomever, the monthly checks.
6           I guess as they get requests or so
7  they enter the customer's name or something on
8  the side, if they are not on the report, to add
9  them to the report for the next month.
10     Q.    So you received back the printed
11 report with handwritten notations?
12     A.    Correct.
13     Q.    And what did you do with those
14 handwritten notations?
15     A.    We then add them into the
16 monthly -- into the monthly check file.
17     Q.    And what did those notations
18 consist of?
19     A.    Again, the account number, the
20 customer's name and the amount.
21     Q.    So these were -- these were
22 requests for monthly or quarterly checks?
23     A.    Correct.
24     Q.    So once that information was
25 entered into the computer system by you, the

---

Page 83

1  next month that customer would receive a monthly
2  or quarterly check?
3      A.    No.  That month, because once we
4  get the report and we key in all that
5  information, then we run the checks.
6      Q.    At sometime during that -- when
7  did you run the monthly checks?
8      A.    I believe towards, at the end of
9  the month, I believe.
10     Q.    And quarterly checks?
11     A.    Every quarter.
12     Q.    At the end of the quarter?
13     A.    Yes.
14     Q.    So when you received the report
15 back with a notation to add a customer for a
16 monthly check --
17     A.    Correct.
18     Q.    -- at the end of that same month
19 that customer would receive a monthly check?
20     A.    Yes.
21     Q.    And for those monthly and
22 quarterly checks, based on this note and your
23 earlier testimony, the payee line would be auto
24 populated from the name and address table?
25     A.    Correct.

---

Page 84

1      Q.    So the monthly and quarterly
2  checks would have been made out to the account
3  holder?
4      A.    Correct.
5      Q.    So I want to go back to page
6  ending in 545, so MADTSS00336545.
7           I'd like to direct your attention
8  to the bottom, the last two lines on the page.
9      A.    Okay.
10     Q.    And we talked about it a bit
11 before, but what does it mean to punch?
12     A.    To enter, or to key in.
13     Q.    So punching a check means what?
14     A.    We're entering the information
15 into the system to create a check.
16     Q.    And punching trades?
17     A.    Entering the information into the
18 system.
19     Q.    So can you read for me those last
20 two lines?
21     A.    Okay.  "PW - DT - CW equals," I
22 guess, "punch as field plus debits," and the
23 "CA, punch as field minus credits."
24     Q.    So what does PW stand for?
25     A.    Profit withdrawal.

---

Page 85

1      Q.    And DT, if you know?
2      A.    I would assume it would be debit
3  transfer.
4      Q.    Do you remember working with debit
5  transfer journal entries?
6      A.    No.
7      Q.    Then CW, what does that stand for?
8      A.    Capital withdrawals.
9      Q.    And you worked with capital
10 withdrawals?
11     A.    Yes.
12     Q.    And you worked with profit
13 withdrawals?
14     A.    Yes.
15     Q.    And so what does it mean that this
16 says PW, DT and CW are punched as field plus and
17 then debits?
18     A.    Well, field plus meaning that if
19 after entering the amount we hit the field plus
20 button.  So I guess that means to debit the
21 account.
22     Q.    Okay.
23     A.    And then any CA amounts would go
24 in, enter the amounts and then hit the field
25 minus key.

---

SIPC v BLMIS                                          Leung 6/2/2016

**CONFIDENTIAL**

| Page 86 |
| --- |

1      Q.    Did you perform this function as
2  part of your --
3      A.    Yes.
4      Q.    -- generating checks?
5      A.    Entering checks, yes.
6      Q.    Did you follow this procedure
7  here, to generate those checks?
8      A.    Yes.
9      Q.    So, what does it mean to punch as
10  a debit?
11      A.    I don't know.  All I know, that
12  when I see PW's or CW's, they go as a positive,
13  so I just hit the field plus.  You know, we
14  don't -- normally we don't all work with credits
15  or debits, it's not something that we're told to
16  debit this account, credit this account.
17      Q.    But your understanding is PW and
18  CW were checks going out to the customer?
19      A.    Correct.
20      Q.    So they were withdrawals from
21  their account?
22      A.    The PW.
23      Q.    PW's and CW's were withdrawals
24  from the customers' accounts?
25      A.    Yes.

| Page 87 |
| --- |

1      Q.    And CA's were deposits to the
2  customers' accounts?
3      A.    That's correct.
4      Q.    Okay.  I'd like to show you what's
5  been marked as Trustee's Exhibits 23 and 24.
6          If we could start with Trustee's
7  Exhibit 23.  Do you recognize this document?
8      A.    The name and address file
9  maintenance on page 2330.
10      Q.    For the record, the witness is
11  referring to AMF00162330 which is Trustee's
12  Exhibit 23.
13          So you recognize this document?
14      A.    Yes.
15      Q.    And what is this document?
16      A.    The name and address file
17  maintenance form that is given to us to enter
18  the customer's information into the system.
19      Q.    Who would give this to you?
20      A.    Who would actually hand these to
21  me?  I'm thinking Darlene, Annette's secretary.
22      Q.    Do you remember Darlene's last
23  name?
24      A.    Conception.
25      Q.    So how did the process work?

| Page 88 |
| --- |

1  Would she give you -- would Darlene give you one
2  at a time throughout the day?
3      A.    She would give us, yeah, she gave
4  us one at a time or if she had a stack, she'd
5  give us a stack, yes.
6      Q.    And so in this case, the name/
7  address file maintenance form is part of a
8  larger document.  If you flip back to the first
9  page ending in 329, would Darlene give you just
10  the name/address maintenance form?
11      A.    No.  Actually she'd give us the
12  file, the employee's file like this, and inside
13  the file this would be stapled to the cover of
14  the file.
15      Q.    What do you mean by employee's
16  file?
17      A.    The employ -- this is -- I'm
18  sorry, customer's file.  I'm HR now.  We called
19  it the customer's file, sorry.
20      Q.    So Darlene would give you the
21  entire customer file?
22      A.    Yes.
23      Q.    And you just testified that the
24  name and address file maintenance form would be
25  stapled to the inside cover?

| Page 89 |
| --- |

1      A.    Yes.
2      Q.    And then what would you do with
3  the name and address file maintenance form?
4      A.    We'd make any updates or add-ons.
5  If they're new, we'd add them in.  If there are
6  changes, sometimes they'd come with a change in
7  address, I would go in and update their change
8  address.
9      Q.    And then what would you do?
10      A.    Give it back after that.  Then
11  we'd give it back to Darlene to file.
12      Q.    Would you enter the updates or
13  additions that you made in your work log,
14  Trustee's Exhibits 55 and 56?
15      A.    Not really.
16      Q.    Why not?
17      A.    I don't know.  It wasn't really
18  like a procedure, I suppose, like where
19  everything was in a menu.  I, you know, so we
20  don't get these often.  It's just there was
21  sometimes they'll come in and have an address
22  change, just update the address.  I don't recall
23  entering them sometimes in the log.
24      Q.    Do you remember a time when you
25  had to make a lot of updates to the name and

SIPC v BLMIS                                          Leung 6/2/2016

**CONFIDENTIAL**

Page 90

1    address file maintenance?
2        A.    No, I can't recall.
3        Q.    Looking now at AMF00162330, do you
4    recognize the handwriting on this page?
5        A.    No.  Only the group name looks
6    like it's Annette's, but I don't recognize the
7    others.
8        Q.    So for the record, that's in the
9    third portion of the page, group name, open
10   parens, 10, close paren, Hanoh Charat, that
11   handwriting you believe is Annette Bongiorno's?
12       A.    Yes.
13       Q.    Below that area there, do you see
14   a line, a column on the left that says Type 1
15   through 6?
16       A.    Yes.
17       Q.    And then across the top --
18       A.    Yes.
19       Q.    Go ahead.
20       A.    It gives you columns of profits,
21   dividends and interests and there's a note that
22   says "S" for send and "R" to reinvest.
23       Q.    And what -- then below that do you
24   see any entries there?
25       A.    Yes.

Page 91

1        Q.    What do you see?
2        A.    It looks like the profits are to
3    be sent, or to send profits.
4        Q.    Does that mean that the customer
5    received the profits?
6        A.    I would assume so.  I don't know.
7        Q.    Does this mean to you that profit
8    withdrawal checks were sent for this account?
9        A.    Looking at this, yes.
10       Q.    Now, if we could take a look at
11   Exhibit 24.  Do you recognize this document?
12       A.    Yes.  This is a check.
13       Q.    Does it look like the checks that
14   you would print from the BLMIS computer system?
15       A.    Yes.
16       Q.    And could you describe the Exhibit
17   24 for me, please.  What account was it drawn
18   on?  What's the name of the account holder?
19   Excuse me.
20       A.    Oh, okay.  Bernard L. Madoff.
21       Q.    And the date of the check?
22       A.    January 5th, 1999.
23       Q.    And who is the check made out to?
24       A.    I can't pronounce.  Hanoh Charat.
25       Q.    And what's the amount of the

Page 92

1    check?
2        A.    2,688.50.
3        Q.    And then do you recognize the
4    signature on the check?
5        A.    Looks like Walter.
6        Q.    Walter, what was Walter's last
7    name?
8        A.    I don't remember.
9        Q.    If I said it was Tiletnick, does
10   that --
11           MR. DEXTER:  Objection, leading.
12       Q.    Does that refresh your memory?
13       A.    Yes, I remember Tiletnick.
14       Q.    Once you printed the checks, did
15   you give them -- were they signed?
16       A.    When we print them out, no,
17   they're not signed.
18       Q.    So the checks that you left for
19   Winnie, Winnie Jackson at night, were unsigned?
20       A.    That's correct.
21       Q.    Then also on this check there's a
22   "for" line?
23       A.    Yes.
24       Q.    And what information, can you read
25   that for us?

Page 93

1        A.    That is the account number.
2        Q.    And what's the account number that
3    the check --
4        A.    1-C1047-1.
5        Q.    So when you generated a check for
6    a customer, did you have to enter in the account
7    number for the "for" line?
8        A.    We enter in the account number
9    when we enter in -- when you go into the memo
10   line you have to enter an account number to tell
11   what account number it's for.
12       Q.    Did that auto populate on the
13   check?
14       A.    Yes, it did.
15       Q.    So this is the type of check that
16   you punched and printed daily at BLMIS?
17       A.    Correct.
18       Q.    Would this check have been listed
19   on the customer statement at the end of the
20   month?
21       A.    Yes.
22       Q.    And would it have been listed as a
23   debit?
24       A.    Yes.
25       Q.    Would it have been listed as a

SIPC v BLMIS                                                  Leung 6/2/2016

**CONFIDENTIAL**

---

Page 94

1  withdrawal from the account?
2      A.    Yes.
3      Q.    So just one more -- on the check,
4  can you tell me which of these fields were
5  automatically populated by the name and address
6  table?
7      A.    The pay to the order of.
8      Q.    Did any of the other information
9  automatically fill in?
10     A.    Well, the account number.  And,
11 well, we entered the date when we first start
12 the memo, once we enter that, and then that
13 would populate in there.
14     Q.    But you typed in the date?
15     A.    Right.
16     Q.    And you typed in the amount?
17     A.    That's correct.
18     Q.    If we can, just go back to
19 Trustee's Exhibit 49 for one more moment.  I
20 direct your attention to the page ending in 550.
21 So MADTSS00336550.
22          Could you read the title of this
23 page for us.
24     A.    "Name and Address File
25 Maintenance."

---

Page 95

1      Q.    And then the memo referenced below
2  that?
3      A.    Menu Namenu.
4      Q.    And so could you take a look at
5  this page.
6      A.    (Witness complies.)
7          MR. DEXTER:  Which page are we on?
8          MS. ACKERMAN:  550.
9      Q.    Does this page represent the
10 procedure you would have followed to update a
11 customer maintenance file?
12     A.    Yes.
13     Q.    Would you have used the Namenu
14 menu?
15     A.    Yes.
16     Q.    And this procedure also refers to
17 the BLMIS computer system, correct?
18     A.    Yes.
19     Q.    And so the information you would
20 enter in to use this -- so following this
21 procedure, where would the information have come
22 from that you would have updated in the computer
23 system?
24     A.    From the file that was handed to
25 me with the file maintenance information.

---

Page 96

1      Q.    So the witness is referring to
2  Trustee's Exhibit 23.  Okay.
3          And which document is that?
4  What's the title of that document that you're
5  referring to?  The name/address?
6      A.    The name/address file maintenance.
7      Q.    Form.
8      A.    Yes.
9      Q.    And that's AMF00162330.
10         So, you would update the
11 information from the name and address file
12 maintenance form in the computer system using
13 the procedure set forth on Exhibit 49 at 550?
14     A.    Correct.
15     Q.    And was the procedure the same for
16 opening new accounts as it was for making
17 changes?
18     A.    Well, we have different action
19 codes, yes, but it's the same screen.
20     Q.    By procedure I mean you received
21 the form?
22     A.    Yes.
23     Q.    You entered it into the computer?
24     A.    Yes.
25     Q.    So a moment ago, looking again at

---

Page 97

1  the page ending in 330, a moment ago we were
2  talking about the notation of "S" equals send
3  and "R" equals reinvest?
4      A.    Yes.
5      Q.    And you -- what do you -- one more
6  time, what do you understand the "S" to mean?
7      A.    As the note says, send.
8      Q.    And the "R"?
9      A.    To reinvest.
10     Q.    Did you update the name and
11 address file maintenance in the BLMIS computer
12 system to reflect whether there was a send or a
13 reinvest for an account?
14     A.    Yes.
15     Q.    So you would have entered in an
16 "S" for profits in the computer system?
17     A.    Yes.
18     Q.    Again looking at Trustee's Exhibit
19 49, and turning to page ending in 551, so
20 MADTSS00336551.
21     A.    Yes.
22     Q.    So at the top there could you read
23 that first portion in for the record.
24     A.    "For profit/dividend/interest, S -
25 send, R - reinvest."  You want me to go on?

---

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                     Leung 6/2/2016

**CONFIDENTIAL**

Page 98

1      Q.    No, that's okay, thank you.
2            So this, would you have entered an
3   "S" or an "R" into the computer system?
4      A.    Yes.
5      Q.    Based on the name and address
6   form?
7      A.    Correct.
8      Q.    And this would have been stored in
9   the name and address table as well?
10     A.    Yes, because this is -- I'm
11  entering it in the name and address.
12     Q.    And so did you -- sorry.
13           When you changed an account from
14  an "S" to an "R," did the customer no longer
15  receive a check?
16     A.    I don't know.
17     Q.    So a moment ago you testified that
18  you entered the "S" or the "R" into the name and
19  address table, correct?
20     A.    Correct.
21     Q.    And that the "S" means that
22  profits were sent?
23     A.    That's what it -- that's what it
24  says, that's what I'm gathering.
25           MR. DEXTER:  Could I just say, if

Page 99

1   you don't know the answer, you don't have to
2   extrapolate from what the papers say.
3           THE WITNESS:  Okay.
4      Q.    You can answer however you'd like.
5           MR. DEXTER:  That's also true.
6      Q.    All right.
7           So I'd like to go back to
8   Trustee's Exhibit 55 for a moment.  I'd like to
9   turn to page ending in 8821.
10          So if you could, could you tell us
11  what page this -- what date this page refers to?
12     A.    It has both December 6th and
13  December 7th.
14     Q.    So looking at the portions related
15  to December 6th.
16     A.    Okay.
17     Q.    About six lines up from the bottom
18  of the December 6, do you see your handwriting?
19     A.    Yes, I do.
20     Q.    And do you see --
21     A.    Namenu changes.
22     Q.    Okay.  And what does that refer
23  to, that procedure?
24     A.    I must have did some changes into
25  employees' folders that day.

Page 100

1      Q.    Whose folders?
2      A.    Customers.  Sorry.
3      Q.    No problem.  Thank you.
4           And then four lines down from that
5   there's another entry.
6      A.    Four lines, yeah, four, update
7   name and address.
8      Q.    Um-hum.
9      A.    Yes.
10     Q.    And whose handwriting is that?
11     A.    Dorothy.
12     Q.    Is there a difference between menu
13  Namenu changes and update name and address
14  changes?
15     A.    No.
16     Q.    It's the same?
17     A.    The same.
18     Q.    And they both refer to what?
19     A.    Customer account changes.  It
20  sounds like address changes.
21     Q.    But these update --
22     A.    The maintenance folder, the
23  customer maintenance folder.
24     Q.    And so these changes would have
25  been driven by you or Dorothy receiving the name

Page 101

1   and address form?
2      A.    On the -- yeah, their files, the
3   customers' files, yes.
4      Q.    Thank you.  Okay, you can set that
5   aside for now.
6           I'd like to direct your
7   attention -- I'm going to hand you now what's
8   been marked as Trustee's Exhibit 57.  Take a
9   look at that and let me know when you're ready
10  to answer some questions.
11     A.    (Witness complies.)  Okay.
12     Q.    Do you recognize this document?
13     A.    Yes, it looks like a customer
14  folder.
15     Q.    Can you tell me which account
16  number it relates to?
17     A.    Looks like it had two account
18  numbers but I believe it's the A -- 1A002810.
19     Q.    Thank you.
20     A.    You're welcome.
21     Q.    Where would you find this folder
22  at BLMIS?
23     A.    They had file cabinets that was
24  lined up in front of Annette's office, in that
25  area.

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                                    Leung 6/2/2016

CONFIDENTIAL

Page 102

1    Q.    And did you pull files from those
2    file cabinets?
3    A.    Generally, no, Dorothy and I did
4    not, no.
5    Q.    And did you put them back ever?
6    A.    No.  I mean, I've probably been in
7    one before to pull a file if they needed to have
8    pulled, and then put it back, but we normally
9    don't go in there.
10   Q.    So as a part of your normal
11   responsibilities at BLMIS, did you file?
12   A.    No.
13   Q.    Thank you.  Turning to page
14   MADTBB03079123, do you recognize this document?
15   A.    Yes.
16   Q.    And what do you recognize this
17   document to be?
18   A.    The name and address file
19   maintenance.
20   Q.    For which account?
21   A.    For account number A0028.
22   Q.    And where do you see that number?
23   A.    Up in the account number line,
24   second line.
25   Q.    Could you read that whole line for

Page 103

1    me?
2    A.    Account number (6) 1A0028-10.
3    Q.    And then down below do you see --
4    first, do you recognize any of the handwriting
5    on this page?
6    A.    Yes.
7    Q.    What do you recognize?
8    A.    Annette's Bongiorno's handwriting.
9    Q.    What are you referring to for
10   that?
11   A.    The name of the customer and the
12   address is written by her.
13   Q.    Would that be line 1?
14   A.    Line 1, for the city, the state,
15   the zip.  And then down below, the short name,
16   starts with social security ID and the group
17   name.
18   Q.    Anything else?
19   A.    Yeah, below where S's and R's and
20   the account number.
21   Q.    Whose handwriting do you recognize
22   that to be?
23   A.    It looks like Annette's,
24   Bongiorno's.
25   Q.    And what do the S's and R's mean?

Page 104

1    A.    Send, and R for receive --
2    reinvest.
3    Q.    Do you have an understanding as to
4    why there would be multiple S's and R's on this
5    page?
6    A.    No.
7    Q.    If you would see -- when you
8    received a name and address file maintenance
9    form that had multiple -- had an "S" and/or an
10   "R," what would you typically have done with it?
11   A.    Normally what happens is normally
12   on the back of the employee's folder it would
13   tell us what needs to be done.
14   Q.    Okay.
15   A.    So if she's changing it from --
16   Q.    Just to clarify, you said
17   employee's folder, but --
18   A.    Customer's folder.
19   Q.    You mean the customer's folder?
20   A.    Yes, customer's folder.  I'm so
21   sorry.
22   Q.    That's all right.  Thank you.
23   I'd like to direct your attention
24   to the last page of Trustee's Exhibit 57.  Do
25   you want to flip all the way to the end.

Page 105

1    MADTBB03079156.
2    A.    Yes.
3    Q.    So a moment ago you referenced
4    notations on the folder cover?
5    A.    Yes.  So this is on the back
6    cover.  They would give us instructions on what
7    needs to be changed on the customer's file.  And
8    so in this case there were changes to change to
9    "R," to change to "S" and so forth.
10   Q.    So when you say they would give
11   you instructions, who are you referring to?
12   A.    Depending on who it's coming from,
13   in this case it came from Annette.
14   Q.    Who else might it have come from?
15   A.    Jodi.
16   Q.    Anyone else?
17   A.    Sometimes Frank.
18   Q.    Frank DiPascali?
19   A.    Yes.
20   Q.    So based on your testimony a
21   moment ago -- actually, could you just read that
22   last line, the last handwritten line there for
23   me.
24   A.    I can't make out the month, but it
25   says 20/1995, change to R, and my initials.

SIPC v BLMIS                                           Leung 6/2/2016

**CONFIDENTIAL**

Page 106

1  Q.   And is the date and the "change to
2  R" your handwriting?
3  A.   "Change to R," no.  My initials is
4  my handwriting.
5  Q.   So based on your testimony a
6  moment ago, you would have received the folder?
7  A.   Yes.
8  Q.   In this instance you received the
9  folder?
10  A.   Um-hum.
11  Q.   On the back cover it would have
12  this date?
13  A.   Yes.
14  Q.   And "change to R"?
15  A.   Yes.
16  Q.   You would take the folder?
17  A.   Yes.
18  Q.   What would you do?
19  A.   I would then go into the
20  customer's file maintenance and enter or make
21  the change to the bottom where it says "R" -- I
22  mean "S," to all say "R."  In the system.
23  Q.   When you went into the computer
24  system for the account maintenance file, did
25  that screen look like the document at 123?

Page 107

1  A.   Pretty much, yes.
2  Q.   So on the bottom portion of the
3  screen there would be a line that said profits,
4  dividends, interest?
5  A.   Correct.
6  Q.   And then along the left the Type 1
7  through 6?
8  A.   I believe so, yes.  I know that
9  there were multiple rows.  I don't know if they
10  were like 1 through 6, but I know there were
11  multiple rows.
12  Q.   And to effect the changes
13  reflected here on the back of the cover...
14  A.   Yes.
15  Q.   ...you would enter in an "R" where
16  there was an "S"?
17  A.   Yes.
18  Q.   Would it be filled with S's?
19  A.   Yes.  Like the whole thing -- we
20  would fill everything with S's.  And then R,
21  change it to everything with R's.
22  Q.   And then you would initial the
23  folder?
24  A.   Yes.
25  Q.   And what would you do with it

Page 108

1  after that?
2  A.   Then give it back -- give it to
3  Darlene to file.
4  Q.   Okay, I'd like to go back to
5  Trustee's Exhibit 55 for a moment, your work
6  logs, and I'd like to go to page ending in 8867.
7  Can you tell me what date this page refers to?
8  What work date this page references?
9  A.   July 19th and the 20th and the
10  21st.
11  Q.   Is there an entry here in your
12  handwriting that would correspond to your making
13  a change to the send or reinvest status in an
14  account?
15  A.   No, it doesn't look like it.
16  Q.   Let me ask you a different
17  question.
18         On July 20th, the third line from
19  the end of those entries, cash1702, 7/20 and
20  save, W2 Alethea.
21  A.   Okay.
22  Q.   What function would that have
23  been, what procedure would that have been to
24  perform?
25  A.   Cash1702, that's the cash and

Page 109

1  security settlement.
2  Q.   At the time you worked at BLMIS,
3  was it your understanding that if an account was
4  marked send, the customer received a check?
5  A.   I don't know.
6  Q.   At the time you worked at BLMIS,
7  did you have an understanding of what reinvest
8  meant?
9  A.   Only like what I would think, but
10  nobody told me.
11  Q.   Okay.  I'd like to show you what's
12  previously been marked as Trustee's Exhibit 30.
13         Do you recognize Exhibit 30?  This
14  one is a little out of order.  If I could direct
15  your attention to the last three pages of the
16  exhibit, starting MADTBB01989845.
17         Do you recognize this?
18  A.   It looks like a customer's folder.
19  Q.   If I could direct your attention
20  to 847, two pages later.
21  A.   Okay.  The name and address file
22  maintenance.
23  Q.   And for which account?
24  A.   For account number 1H0009-10.
25  Q.   And down below in the profits/

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

---

Page 110

1  dividend/interest area, can you tell me what the
2  send or reinvest status is?
3      A.    It looks like it currently says
4  "S."
5      Q.    Then down below, do you recognize
6  the handwriting there?
7      A.    No.  No, I do not.
8      Q.    Okay.  If you could, could you
9  turn the page to 848, please.  Could you read
10 the third line for the record for us, please.
11     A.    "Change to send."  Date, I'm
12 sorry, September 26, 1995, change to send.
13     Q.    And are there initials there?
14     A.    Yes.  Mine.
15     Q.    Is that your handwriting, the
16 "change to send"?
17     A.    No.
18     Q.    I'd like to go back to 55 for one
19 moment to page 843.  Can you tell me what date
20 this work log is for?
21     A.    September 25th, 26th and the 27th.
22     Q.    And on the 26th, five lines down,
23 is that your handwriting?
24     A.    Yes, that is.
25     Q.    Can you read it, for the record.

---

Page 111

1      A.    "Menu Namenu and changes."
2      Q.    And what does that procedure
3  reference?
4      A.    Any changes to the customer's --
5  to a customer's account.
6      Q.    Okay.  And so referring back to
7  Trustee's Exhibit 30, the last page there with
8  the notation with your initials.
9      A.    Yes.
10     Q.    Does the procedure log entry
11 correspond to that update to that customer file?
12     A.    Yes.  There probably would be,
13 yes.
14     Q.    Once you made that change to
15 Exhibit 30, would you have noted in the
16 procedure log that you made an update to the
17 customer's file?
18     A.    I did here.  Yeah, so...
19     Q.    Okay.  Looking at Exhibit 30, I'd
20 like to direct your attention to the page ending
21 in 952, towards the back.
22         Do you recognize this document?
23     A.    Just looks like a letter note.  I
24 wouldn't -- when I receive the customer's
25 folder, I don't go through them to look at the

---

Page 112

1  documents inside.
2      Q.    So when you received the folder
3  you only focused on the name and address folder?
4      A.    The name and address.  The name
5  and address sheet on the cover of the folder.
6      Q.    Did you ever receive
7  correspondence from customers?
8      A.    No.
9      Q.    Did you ever speak with customers
10 on the telephone?
11     A.    No.
12         MS. ACKERMAN:  Can we go off the
13 record.
14         THE VIDEOGRAPHER:  The time is
15 12:28 p.m.  We are going off the record.
16         (Recess taken.)
17         THE VIDEOGRAPHER:  The time is 1
18 p.m.  We are back on the record.
19 BY MS. ACKERMAN:
20     Q.    I'd like to now show you what's
21 been previously marked as Trustee's Exhibit 36.
22 Do you recognize this Exhibit 36?
23     A.    Yes.
24     Q.    What is it?
25     A.    Customer folder.

---

Page 113

1      Q.    And if I could direct your
2  attention to the page ending in 419.  What is
3  MADTBB01988419?
4      A.    It's the name and address file
5  maintenance sheet.
6      Q.    And down below in the profits/
7  dividends/interest section.
8      A.    Shows an "S."
9      Q.    And do you recognize the
10 handwriting next to the "S"?
11     A.    No.
12     Q.    What does the "S" indicate here?
13     A.    Send.
14     Q.    Okay.
15         MS. ACKERMAN:  I'd like to mark
16 this as Trustee's Exhibit 59.
17         (Trustee's Exhibit 59 marked for
18 identification.)
19     Q.    Do you recognize Trustee's Exhibit
20 59?
21     A.    Looks like a copy of a statement.
22     Q.    A customer statement?
23     A.    Yes, a customer statement.
24     Q.    For which account?
25     A.    For account number B0022, Aaron

---

SIPC v BLMIS                                    Leung 6/2/2016

## CONFIDENTIAL

Page 114

1    Beckler (phonetic).
2        Q.    I'd like to direct your attention
3    to the first transaction.  First, let me ask
4    this.  Sorry, what was the customer name on the
5    account again?
6        A.    Aaron Beckler.
7        Q.    And what month is this customer
8    statement for?
9        A.    September 30th, 1996.
10       Q.    And the first transaction that's
11   listed here on the customer statement, do you
12   see that?  Could you read that across, the first
13   line.
14       A.    The report or the date -- oh.
15   September 5th.  Check safeguard PW.  3838 --
16   3,838.25.
17       Q.    And do you understand what that
18   transaction is?
19       A.    To me it's a check.
20       Q.    So does this mean a check was sent
21   to the customer for his account?
22       A.    It looks like it was a withdrawal
23   from the account, yes.
24       Q.    Thank you.
25             I'd like to direct your attention

Page 115

1    back to Trustee's Exhibit 56, your work log for
2    1996.  I'd like to draw your attention to the
3    page ending in 7565.  Can you tell me what date,
4    what work date this --
5        A.    September 3rd and September 4th.
6        Q.    And for September 4th, nine lines
7    from the bottom, is that your handwriting?
8        A.    Checks, yes.
9        Q.    And could you read that entry for
10   us, for the record.
11       A.    "Checks CA 9/4, CW and PW 9/5."
12       Q.    Does this entry mean that checks
13   were printed for -- excuse me.  Does this mean
14   that PW and CW checks were printed --
15       A.    Printed, yes.
16       Q.    9/5?
17       A.    Yes.
18       Q.    9/5/1996?
19       A.    Yes.
20       Q.    Does that correspond to the
21   customer statement we were just reviewing for
22   1B0022?
23       A.    It does, yes.
24       Q.    Thank you.
25             I'd like to now show you what's

Page 116

1    been marked as Trustee's Exhibit 42.
2             MS. ACKERMAN:  And I'd like to
3    mark this as Trustee's Exhibit  60.
4             (Trustee's Exhibit 60 marked for
5    identification.)
6        Q.    Turning to Trustee's Exhibit 42,
7    do you recognize this?
8        A.    Yes, it's the customer's folder
9    again.
10       Q.    And for which account?
11       A.    B0025, Arthur and Sofie Beckler.
12       Q.    I'd like to direct your attention
13   to MADPBB01988423.
14       A.    Yes.
15       Q.    And then could you -- and what is
16   this document?
17       A.    It's the name and address file
18   sheet.
19       Q.    And do you see the account number
20   listed there?
21       A.    Yes.
22       Q.    And what is that, for the record?
23       A.    B0023.
24       Q.    So Trustee's Exhibit 42 refers to
25   1B0023?

Page 117

1        A.    Yes.  Looks like 23.
2        Q.    Thank you.
3             And drawing your attention down to
4    the bottom to the profits/ dividends/interest
5    area, is this account an "S" or an "R"?
6        A.    It shows an "S."
7        Q.    And that means?  An "S" refers to?
8        A.    Send.
9        Q.    I'd like to refer your attention
10   to Trustee's Exhibit 60.  Do you recognize this
11   document?
12       A.    Yup.  It's a copy of their
13   statement for Arthur and Sofie Beckler, account
14   number B0023, September 30th, 1996 statement.
15       Q.    Thank you.  And then the first
16   transaction there, could you read that into the
17   record for us.
18       A.    September 5th, check safeguard PW,
19   7,231.50.
20             MR. DEXTER:  I don't know if I
21   have Exhibit 60.  Did you give me that?  This
22   one is 59, correct?
23             MS. ACKERMAN:  Right.
24             MR. DEXTER:  I thought this was
25   marked 59?

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

Page 118

1          MS. BROWN:  They're two separate
2 accounts.
3          MR. DEXTER:  Okay.  This is 60.
4     Q.     So there's a September 5th
5 transaction there on that customer statement as
6 you just testified to?
7     A.     That's correct.
8     Q.     And referring back to Trustee's
9 Exhibit 55, page ending in 7565.
10    A.     Um-Hum.
11    Q.     The transaction for -- is there an
12 entry there by you referencing profit withdrawal
13 checks for September 5th?
14    A.     Yes.  Checks CA 9/4, CW and PW for
15 9/5.
16    Q.     And that would correlate back to
17 the customer statement, correct?
18    A.     Those are the checks that were
19 issued that day.
20    Q.     That day, okay.
21           I'd like to now show you what's
22 been previously marked as Trustee's Exhibit 39
23 and 40.  Do you recognize these documents?
24    A.     These are reports that we
25 processed or run.

Page 119

1     Q.     When you say "we," who do you
2 mean?
3     A.     Dorothy and I would run.
4     Q.     And when you say run, do you mean
5 print?
6     A.     Yes.
7     Q.     So, starting with Exhibit 40, can
8 you tell me what the title of this report is?
9     A.     "Arbitrage Portfolio Transaction."
10    Q.     And what is your understanding of
11 the information that's included on this report?
12    A.     I don't know what it -- I mean, I
13 just run the report and give it to Annette
14 Bongiorno, but that's all -- when looking at the
15 report, which I see it says PW's and CA's, which
16 are debits and the credits of the employ -- of
17 the customer's account.
18    Q.     How often did you run these
19 reports -- how often did you run Trustee Exhibit
20 40?
21    A.     Arbitrage portfolio transaction
22 report.  I'm thinking once a month.  Yeah, a
23 monthly thing.
24    Q.     Okay, great.  Then if we could
25 turn to Exhibit 30 -- 39, excuse me.

Page 120

1          Do you recognize this document as
2 well?
3     A.     This is the management report, the
4 arbitrage portfolio management report, yes.
5     Q.     And you printed this report as
6 part of your work at BLMIS?
7     A.     Yes.
8     Q.     How often did you print it?
9     A.     Again, I think it's once a month
10 with the arbitrage portfolio transaction report.
11    Q.     And who did you give this report
12 to once you printed it?
13    A.     Annette Bongiorno.
14    Q.     And did you print it automatically
15 or did Annette request it?
16    A.     I'm trying to remember whether or
17 not it was a request when she gave, that she
18 wants the portfolio management report to run,
19 that she'd ask for me to do it, run.  I can't
20 recall.
21    Q.     That's fine.  Thank you.
22           I'm now going to show you what's
23 been previously marked as Trustee's Exhibits 44
24 and 45.  I just have a couple more questions.
25           This is 44; this is 45.  Do you

Page 121

1 recognize these documents?
2     A.     They look like the customer's
3 folders.  Except for that, I don't remember that
4 being there.
5     Q.     And that's Trustee's Exhibit 45.
6 Let the record show the witness referenced
7 AMF00154158 and indicated that she did not
8 recognize the markings at the bottom.
9           Correct?
10    A.     Correct.
11    Q.     Okay, that's fine.
12           If we could start with Trustee's
13 Exhibit 44.  Would you turn to the page ending
14 in 126.  Do you recognize this document?
15    A.     Yes.  This is a screenshot of the
16 customer maintenance folder for the file that we
17 do in the system.
18    Q.     And under the profits/dividend/
19 interest section, what is the status of this
20 account?  Is it an "S" or an "R"?
21    A.     "S."
22    Q.     Do you know what the X through the
23 columns there represents?
24    A.     No.
25    Q.     Your earlier testimony was that

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Leung 6/2/2016

**CONFIDENTIAL**

Page 122

1  when you updated the customer file maintenance
2  screen in the BLMIS computer system, that all of
3  the fields were filled in with either an "S" or
4  an "R." Is that correct?
5      A.    Correct.
6      Q.    And is this how it would appear on
7  the AS/400?
8      A.    On the computer screen, yes.
9      Q.    Referring to page ending in 126.
10     A.    Yes. Except for the handwritten
11 stuff, of course.
12     Q.    Yes. Do you recognize the
13 handwriting on this document?
14     A.    I recognize Dorothy's initials at
15 the bottom there. I'm not sure of the Rev Trust
16 part, I'm not sure whose handwriting is that.
17     Q.    Do you have an understanding of
18 why Dorothy would have initialed this sheet?
19     A.    No.
20     Q.    I'd like to draw your attention to
21 Trustee's Exhibit 45, the page ending in 159,
22 AMF00154159. So this one. And the page ending
23 in 159.
24     A.    Okay.
25     Q.    Do you recognize this document?

Page 123

1      A.    Yes. This is also a screenshot of
2  the customer's maintenance file.
3      Q.    And is this an "S" or an "R"
4  account?
5      A.    An "S."
6      Q.    And is this as this screen would
7  have appeared on the computer system?
8      A.    Correct, yes.
9      Q.    And if this account were changed
10 from an "S" to an "R"?
11     A.    You would see the "R," the "R"
12 would show.
13     Q.    So in the columns entitled
14 profits, dividends and interest, where each line
15 is an "S," each line would be changed to an "R"?
16     A.    Correct.
17     Q.    If you could hold that for one
18 moment, I'd like to ask you to look back at
19 Trustee's Exhibit 36.
20           THE VIDEOGRAPHER: Excuse me,
21 counsel. Five minutes.
22     Q.    I'd like to direct your attention
23 to the page ending in 419.
24     A.    Yes.
25     Q.    What is this page?

Page 124

1      A.    This is also the name and address
2  customer maintenance.
3      Q.    Is the information on Trustee's
4  Exhibit 36, page ending in 419, the same as the
5  information included on Trustee Exhibit 45, page
6  ending 159?
7      A.    The only difference is that on
8  Exhibit 36 it only shows Aaron Beckler, and on
9  45 it has Arthur and Sofie Beckler.
10     Q.    Okay, thanks. Is the information
11 that would generally be contained --
12     A.    Oh.
13     Q.    -- on 418, the same as the
14 information that would be represented on 159?
15     A.    Yes.
16     Q.    Was one document older than the
17 other?
18     A.    Yes.
19     Q.    Which is the older of the two
20 documents?
21     A.    The -- well, not the computer
22 printout; the handwritten.
23     Q.    Why did both -- sorry.
24           Did there come a time when the
25 document at 419 was stopped -- that BLMIS

Page 125

1  stopped using that document?
2      A.    No.
3      Q.    Why would both documents exist in
4  the customer files? If you know.
5      A.    I'm thinking that this is a
6  printout of the old account number, B0023, and
7  we had opened up a new account, B0157, for this.
8  She just printed out the screen of the old just
9  to open up a new account with the same
10 information.
11     Q.    So the printout from the old
12 account became the name and address maintenance
13 file form for the new account?
14     A.    Correct.
15     Q.    When you say she just printed out
16 the old form, who are you referring to?
17     A.    Well, I'm not referring to
18 anybody, actually. I'm just thinking that it
19 must have been printed out. I'm not sure who
20 may have printed this print screen.
21     Q.    Who was able to print print
22 screens from the computer system?
23     A.    I don't know. I guess everybody,
24 everybody who has access to it can print a
25 screen.

SIPC v BLMIS                                                    Leung 6/2/2016

CONFIDENTIAL

33 (Pages 126 to 129)

---

Page 126

1    Q.   Do you know who -- did everyone on
2  the 17th floor have access to the BLMIS computer
3  system?
4    A.   No.
5    Q.   I'd like to direct your attention,
6  there's some handwriting on the right-hand side
7  of this document.  Do you recognize that?
8    A.   Right-hand side?
9    Q.   Um-hum.
10    A.   Dorothy's signature, or her
11  initials, I meant.
12    Q.   Dorothy had the capability to
13  print the print screens?
14    A.   Yes.
15        Now, I'm sorry, going back, I
16  remember that the initials here, meaning that
17  she entered it into the system, probably a new
18  account and that's what this initial is here
19  for.  I know you had asked before and now I
20  remember that's probably what it is.
21    Q.   So just to clarify, the witness is
22  referring to AMF00154159.
23        And so the date in the right --
24  could you just read that into the record?
25    A.   4/17/97.

---

Page 127

1    Q.   And the initials?
2    A.   DK.
3    Q.   And it's your testimony that those
4  are Dorothy Khan's initials?
5    A.   That's correct.
6    Q.   And so do Dorothy's initials there
7  indicate that she printed the document?
8    A.   No.
9    Q.   What do her initials there
10  indicate to you?
11    A.   That the account was entered or
12  new account information was entered into the
13  system.
14    Q.   Okay, great.  I just want to
15  clarify a question from a moment ago.
16    A.   Okay.
17    Q.   Did everyone on the 17th floor
18  have access to the BLMIS computer system?
19    A.   No.
20    Q.   Who did not have access to the
21  computer system?
22    A.   The mailroom.  Let's see.  They
23  may have access to the system, but I don't think
24  they had access to enter anything in the system.
25  They can view.

---

Page 128

1        So the only people that I can
2  remember not having a computer is the mailroom.
3  Everybody else had a computer.
4    Q.   And did everyone who had a
5  computer have the capability to print from the
6  computer system?
7    A.   I'm not sure.
8    Q.   Did you receive requests for
9  printing from the computer system often?
10    A.   Like making screenshots like this?
11    Q.   For example, yes.
12    A.   I mean, I recall making print-outs
13  of screenshots, but I don't recall how often it
14  was.
15        THE VIDEOGRAPHER:  Excuse me,
16  counsel, one minute.
17        MS. ACKERMAN:  Off the record,
18  please.
19        THE VIDEOGRAPHER:  The time is
20  1:23 p.m.  We are going off the record.
21        (Luncheon recess taken.)
22        THE VIDEOGRAPHER:  This begins DVD
23  number 3.  The time is 2:06 p.m. and we are back
24  on the record.
25             *  *  *

---

Page 129

1  BY MS. ACKERMAN:
2    Q.   Ms. Leung, I just have one
3  question for you.  If you could refer to Trustee
4  Exhibit 45.  Could you please spell for the
5  record the last name of the customer on that
6  account?
7    A.   B-l-e-c-k-e-r.
8    Q.   Okay.  And that refers to Aaron
9  and Sofie?
10    A.   This one says Arthur.
11    Q.   Sorry.
12    A.   Arthur and Sofie Beckler.
13    Q.   But it's spelled B-l-e-c-k-e-r?
14    A.   B-l-e-c-k-e-r.  Am I not
15  pronouncing it correct?
16        MS. ACKERMAN:  That's fine, thank
17  you.  I just wanted to clarify that.
18        No further questions.
19
20  EXAMINATION BY MR. DEXTER:
21    Q.   Do you prefer Ms. Mui or is it
22  Leung?
23    A.   Leung.
24    Q.   It's safe to assume that you don't
25  know Mr. Blecker?

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                            Leung 6/2/2016

CONFIDENTIAL

Page 130

1      A.    No, I do not.
2      Q.    Considering you didn't know how to
3  pronounce his name.
4      A.    Yes.
5      Q.    And you have no idea if a check
6  was ever sent to him under the basis of being a
7  profit withdrawal?
8      A.    No. I guess with the -- if there
9  was an exhibit here.
10     Q.    If you can answer yes or no --
11     A.    Oh, I'm sorry.
12     Q.    -- then answer that way. But if
13  it needs an explanation, then explain it.
14     A.    Okay. Could you repeat the
15  question.
16     Q.    So to repeat the question, do you
17  know if Mr. Blecker ever received a profit
18  withdrawal check?
19     A.    No, I'm not sure. Well, only if
20  I -- I guess yes if we have a check issued, but,
21  no I don't know if he did or not unless I see
22  the check or if I entered the check. I can't
23  remember, did we look at a check issued to him?
24         But on here, according to this, I
25  had in my logs logged in a check; it shows here

Page 131

1  on the statement, that shows check.
2      Q.    Aside from what these records may
3  or may not show, there's no other way for you to
4  certify today under oath that Mr. Blecker ever
5  received a check from Bernard Madoff?
6      A.    That's correct. No, I wouldn't
7  know.
8      Q.    Okay. We'll come back to that a
9  little bit later.
10         When did you first learn that
11  Madoff Investments was a Ponzi scheme, or was a
12  fraud?
13     A.    The day that he was arrested. The
14  day that -- in December.
15     Q.    And is it the same for Jodi Crupi,
16  Frank DiPascali, and Annette Bongiorno; you
17  never knew prior to that date that they were
18  involved in fraud at Madoff Securities, correct?
19     A.    That's correct.
20     Q.    And the people that I just listed
21  aside from Madoff, those are the people who you
22  took direction from at Madoff Investments,
23  correct?
24     A.    That's correct.
25     Q.    And they made it seem to you that

Page 132

1  Madoff Investments was actually engaged in
2  legitimate activity, correct?
3      A.    Correct.
4      Q.    So they were dishonest with you?
5      A.    Yes.
6      Q.    And you thought that Madoff
7  Investments was actually buying securities for
8  its customers, correct?
9      A.    Yeah, I thought it was a trading
10  company, yes.
11     Q.    But -- and you thought you were
12  providing information to Mr. DiPascali, Ms.
13  Bongiorno and Ms. Crupi to facilitate legitimate
14  securities transactions, correct?
15     A.    To my knowledge, yes.
16     Q.    But in fact what you were doing
17  was entering data so that they could help
18  fabricate false statements, correct?
19     A.    I guess -- I mean, like I'm not --
20  I guess so. They gave me information I guess
21  that's false; I don't know, you know, what they
22  did with it. But I guess now that I know that
23  it was a whole Ponzi scheme, everything was
24  false, yeah. So my work that I did seemed all
25  for nothing. It was fake, like work that I

Page 133

1  worked with. All my...
2      Q.    So all of these documents that
3  we've gone through, if everything was false,
4  then they're false, too, correct?
5          MS. ACKERMAN: Objection.
6      Q.    You can answer.
7      A.    I mean, I keyed everything in.
8  They were real to me, entering that stuff.
9  Checks were generated, all that looked real to
10  me. So I don't know how, or, you know, what --
11  if it was false or not. I mean, like if it went
12  out to the -- I mean, to the customers, the
13  checks must be mailed, I would assume.
14  Everything was all real. Statements were mailed
15  and delivered, you know, all the work we'd done.
16  Everything seemed real to me. So I wouldn't
17  want to say if it's false or not. I don't know
18  if that's...
19     Q.    Right. So, in other words,
20  there's no basis for you to differentiate
21  between what's false and what's accurate on
22  these statements?
23         MS. ACKERMAN: Objection.
24     Q.    For the record, your answer is
25  right?

SIPC v BLMIS                                                  Leung 6/2/2016

CONFIDENTIAL

Page 134

1    A.    Right, yeah.  I don't know, I
2  mean, like to me they all feel real, everything
3  was real to me.
4    Q.    You testified earlier that you
5  never had contact with a Madoff Investments
6  customer.  That's correct, right?
7    A.    No.  They don't call me or
8  anything, I don't speak to them.
9    Q.    So you've never had a Madoff
10  Investment customer ask you for a profit
11  withdrawal check?
12    A.    No.
13    Q.    And you never had a Madoff
14  Investment customer confirm that they had
15  received a profit withdrawal check?
16    A.    No.
17    Q.    Have you ever seen a writing
18  asking for a profit withdrawal check from a
19  Madoff customer?
20    A.    In the exhibits or these things
21  that they showed me I saw there was one there.
22  It doesn't come by my desk.  It may come in the
23  folder, but I don't look at a customer's folder
24  at what came through or what was received or
25  anything about the request.  That's not part of

Page 135

1  my job to look at, so I don't look at it.
2    Q.    When you were at Madoff
3  Investments, what was your understanding of the
4  meaning of profit withdrawal?
5    A.    I don't know.
6    Q.    You didn't know the meaning back
7  then or you don't remember now?
8    A.    I don't know what the meaning was.
9    Q.    You didn't know what the meaning
10  was?
11    A.    No.
12    Q.    Did you know when you were at
13  Madoff Investments that PW meant or stood for
14  profit withdrawal?
15    A.    It may have been mentioned that it
16  was, but all I did, PW, just keyed it in.  I
17  didn't think of like a CA as capital additions
18  or anything, I just think CA, CW, so I don't
19  relate them to what they actually mean.  They're
20  just codes to me.
21    Q.    Right.  So you were just sort of
22  fed information and PW was one of those codes
23  that you were fed?
24    A.    Right.
25    Q.    And you didn't really question it

Page 136

1  or think about what it meant?
2    A.    Right.
3    Q.    And today you even testified that
4  you thought PW meant something other than profit
5  withdrawal; you thought it meant profit cash, I
6  believe, or something to that effect?
7    MS. ACKERMAN:  Objection.
8    Q.    That's okay, you don't have to
9  answer that.
10    So after you would print the
11  checks, you'd give them to Ms. Jackson, correct?
12    A.    Correct.  Well, we'd put it in her
13  office, yes.  Usually because we do the checks,
14  we normally do them later in the day so people
15  are getting ready or have left already, so we
16  just put them into her drawer for her to go
17  through them the next morning.
18    Q.    Right.  And after that you have no
19  idea what happens with them?
20    A.    Correct.
21    Q.    Just sort of assumed that they got
22  to wherever --
23    A.    Right.
24    Q.    -- address it listed them to get
25  to?

Page 137

1    A.    Correct.
2    Q.    Right.
3    Do you have any knowledge with
4  regard to the system for requesting profit
5  withdrawals; that is from the customers
6  requesting profit withdrawals to Madoff
7  Securities?
8    A.    I don't know.
9    Q.    You don't know if it could be by
10  writing, if it could be orally?
11    A.    I don't know.  Yeah, I don't know.
12    Q.    So your -- so, in other words,
13  basically everything you know about profit
14  withdrawals or PW entries comes from the
15  superiors at Madoff Investments who you worked
16  for, correct?
17    A.    Yes.
18    MS. ACKERMAN:  Objection.
19    Q.    And they're all now convicted
20  securities fraud felons, correct?
21    A.    Yeah, I guess.
22    Q.    So how confident are you today in
23  the reliability of the documents that we've just
24  discussed?
25    MS. ACKERMAN:  Objection.

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

Page 138

1    A.    I don't know.  I don't know.
2    Q.    As in you're not very confident or
3   you just don't know how to answer that?
4    A.    I don't know how to answer -- I
5   don't know.  I don't know what type of question
6   you're asking me, in a way.  I'm not sure.
7    Q.    Well, if these documents were all
8   created by convicted securities felons --
9        MS. ACKERMAN:  Objection.
10   Q.    -- then how confident are you
11   today in the reliability of these documents?
12       MS. ACKERMAN:  Objection.
13   A.    I guess I'm not confident?
14   Q.    Let's go through some of these
15  documents.  Today is the first day that I've
16  seen some of these documents, so bear with me.
17       Let's go to Exhibit 49, Trustee's
18  Exhibit 49.  Until today, have you ever seen
19  this document before?
20   A.    I'm not sure.  It would look like
21  something we would have.  I may have seen it at
22  the beginning, since this looks like dated in
23  '95, but I don't recall, I don't really recall a
24  lot of it in here.
25   Q.    Okay.  And if we turn to the page

Page 139

1   with Bates numbers ending in 523, which we
2   reflected on earlier.  If we go down to where in
3   the code column it says PW.
4    A.    Yes.
5    Q.    Where it says entry type, what
6   does that say?
7    A.    DR.
8    Q.    No.  If you look at --
9    A.    Oh, entry type, I'm sorry.  Profit
10  checks.
11   Q.    Profit checks.  Is it possible
12  that when you were looking at this document,
13  that's why you thought PW meant profit checks,
14  because that corresponds --
15       MS. ACKERMAN:  Objection.
16   Q.    -- with PW there?
17   A.    Yes, I would think so.
18   Q.    That would be a natural
19  assumption, especially if you haven't seen this
20  document?
21       MS. ACKERMAN:  Objection.
22   Q.    Let's go to the same document, the
23  same exhibit, Bates number ending in 545.
24       I think this exhibit makes
25  reference to there being three books originally

Page 140

1   and then at some point there were only two
2   books?
3    A.    Yes.
4    Q.    Can you just for our edification
5   explain that, sort of what you know about that,
6   because that just wasn't clear to me.
7        MS. ACKERMAN:  Objection.
8    Q.    When did it go from three books to
9   two books?
10   A.    I don't recall when it did.
11   Q.    Do you know why it went from three
12  to two?
13   A.    No, I do not.
14   Q.    Okay.
15       Let's look at another exhibit.
16  Let's look at Trustee's 22.  Before today, had
17  you ever seen this before?
18   A.    Probably early on in the -- early
19  on during my employment there, but there are
20  some pages here that I don't recall seeing.
21  Like, I mean, it kind of -- I remember like the
22  first page, something like that I would come
23  across, but I don't recall some of the pages.
24   Q.    Okay.  So in that same exhibit,
25  let's go to the page with Bates number ending in

Page 141

1   1651.
2    A.    Okay.
3    Q.    Earlier there was some discussion
4   as to the column to the most right on the page
5   with the title "Health South."
6    A.    Um-hum.
7    Q.    Just to confirm, you had no idea
8   what was occurring in the stock of Health South
9   at the time these entries are dated, correct?
10   A.    Correct.
11   Q.    So you would have no idea if
12  Health South was announcing a dividend or had
13  split or there was another reason for it to
14  withdraw a profit to an investor?
15   A.    Correct.
16   Q.    Let's go to Exhibit 23.  And let's
17  go to page with Bates number ending in 330.
18   A.    Okay.
19   Q.    Do you remember seeing this
20  document until today?
21       MS. ACKERMAN:  Objection.
22  Clarify?
23   Q.    Do you remember seeing this page
24  of this document until today?
25   A.    I remember the name and file page

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                          Leung 6/2/2016

**CONFIDENTIAL**

Page 142

1  that it looks like this, yes.  This particular
2  customer is what you're asking, if I remember?
3  Q.    Well, I guess I'm asking both and
4  I think you answered both.
5  A.    Okay.
6  Q.    So, in other words, you're used to
7  this format?
8  A.    Right.
9  Q.    But you don't remember this
10 particular customer?
11 A.    Yes.  No.
12 Q.    And for "S" being send, what did
13 that mean to you, send what?
14 A.    What I see here, just I guess it
15 looks like send and I would put "S" here for all
16 the profits, dividends and interest.  That's
17 what it looks like to me, that it's to send all.
18 Q.    But at the time, when you worked
19 at Madoff Investments, did you think about that,
20 what that "S" meant?  Or just sort of today that
21 you thought about that?
22        MS. ACKERMAN:  Objection.
23 A.    All I know is that when I see an
24 "S" just to put the "S," that means send, but I
25 don't know what it meant, like what it really

Page 143

1  meant.  What it stood for.
2  Q.    You didn't know what it really
3  meant or what it stood for?
4  A.    Right.
5  Q.    Let's go to Exhibit 24.
6        I believe you testified earlier
7  that after you printed a check such as this, you
8  wouldn't see it in the signed form; it would be
9  signed after it had left your possession?
10 A.    That's correct.
11 Q.    So you actually never saw a signed
12 profit withdrawal check?
13 A.    Correct.
14 Q.    Only unsigned checks?
15 A.    Correct.
16 Q.    And do you -- I mean, this
17 investor, does this name ring a bell to you?
18 Hanoh Charat?
19 A.    I know we had a lot of investors.
20 I mean, it sounds familiar.
21 Q.    Okay.
22        Let's go to Exhibits 39 and 40.
23        So just to confirm, you have no
24 idea what these reports were?
25 A.    No.

Page 144

1        MS. ACKERMAN:  Objection.
2  Q.    No as in you had no idea, right?
3  A.    Yes.  Only random.
4  Q.    Right.  So you would have no idea
5  whether it was true where there's an indication
6  that there was a certain amount representing
7  profits withdrawn?
8        MS. ACKERMAN:  Objection.
9  Q.    Where it says profits withdrawn on
10 this sheet, you have no idea if that amount was
11 true or not, considering you only ran these
12 documents and you didn't know what they really
13 meant, correct?
14 A.    Correct.
15 Q.    And do you know how these
16 documents were created?
17 A.    Well, I would think when we do the
18 cash and security, to sell everything, it goes
19 into, I guess the system or whatever, in the
20 employee's folder.  And when you run a report it
21 pulls, I guess if the portfolio report were
22 pulled, what it's meant to pull, whether all
23 CW's or CA's, it looks like from the employee's
24 accounts or file.  That's what I'm thinking
25 that's what it does.

Page 145

1  Q.    Right.  But you don't know, right?
2  It's okay if you don't know.
3        MS. ACKERMAN:  Objection.
4  Q.    Do you know, or not?
5  A.    That's what it looks like to me,
6  that it pulls from the information that was
7  keyed in.
8  Q.    Okay, but just to confirm, you
9  only ran these reports?
10 A.    That's correct.
11 Q.    So you don't really know what
12 their contents are?
13        MS. ACKERMAN:  Objection, asked
14 and answered.
15 Q.    You can answer.
16 A.    Yeah, I just ran the reports.  I
17 don't know...
18 Q.    You don't know what their contents
19 meant?
20 A.    Right.
21 Q.    Let's go to Exhibit 40.  Again,
22 you just ran this report?
23 A.    Correct.
24 Q.    And you don't know what their
25 contents mean, correct?

SIPC v BLMIS                                          Leung 6/2/2016

CONFIDENTIAL

---

**Page 146**

1     A.   Correct.
2     Q.   Let's go to Exhibits 55 and 56.
3 How confident are you that these records are
4 accurate?
5     A.   My logs?
6     Q.   Yeah.
7     A.   Pretty confident.  I mean, I
8 pretty much tried to log in as much as I can.
9 Again, if it's something that's, you know, like
10 a little thing that I did, I may not log it in
11 or if it's not really a big procedure, then I
12 may not have logged it in, but it's mostly
13 accurate.
14     Q.   So, was there a criteria for
15 determining if there was a big procedure it
16 should be logged, or a small procedure that
17 didn't need to be logged?
18     A.   No.  No.  I mean, generally when I
19 first started, we were supposed to log in
20 everything.  I guess maybe if I had one file to
21 update, I mean, I put in that one file that I
22 changed it, updated an address or anything like
23 that.  But mostly the big procedures, when you
24 have to go in and process something, a report or
25 run a trade or run the C&S or do a check, those

---

**Page 147**

1 are stuff that we log in.
2     Q.   Was there any -- anyone checking
3 these documents to make sure that all entries
4 that should have been made were made?
5     MS. ACKERMAN: Objection.
6     A.   Not that I know of.
7     Q.   And with respect to entries from
8 persons other than yourself such as Dorothy,
9 would you see her make these entries?
10     MS. ACKERMAN: Objection.
11     A.   Well, Dorothy and I, we worked
12 different shifts sometimes, so she works a later
13 shift so if there are some things that I may not
14 see her process, a trading or checks or C&S.
15 So, then I guess at that time I wouldn't know
16 that she processed it, but I would just know
17 that she did because she would log it.
18     Q.   So there would be a lot of entries
19 in here from Dorothy that you would have no way
20 to verify whether --
21     MS. ACKERMAN: Objection.
22     Q.   -- whether they actually reflected
23 what had occurred or not, because simply you
24 weren't there at the time to see her --
25     MS. ACKERMAN: Objection.

---

**Page 148**

1     Q.   -- filling out this log?
2     A.   Well, I guess the reports that
3 come out, the C&S reports you'd see.  I'd know
4 that she ran them.
5     Q.   But no one would ever, after the
6 fact, after things are recorded in this log,
7 match them up with the C&S reports to make sure
8 that the two sets of documents had reconciled,
9 correct?
10     MS. ACKERMAN: Objection.
11     A.   Well, Dorothy and I would make
12 sure that our reports have the same procedure
13 information on there, like say, take for
14 instance if we had a cash1702, the C&S for, say,
15 looking at December 29th and it says number 2,
16 we make sure the report says December 29th,
17 number 2, to match up to what we did here.
18     Q.   I'm just trying to understand.
19 You would make entries in this log after you
20 did -- after you would cut a PW check, for
21 example?  Correct?
22     A.   After it's processed, yes.
23     Q.   So then after entries were made
24 into this log, there were no further steps at
25 Madoff Investments to verify that these logs

---

**Page 149**

1 reconciled with other aspects of records at
2 Madoff Investments, correct?
3     MS. ACKERMAN: Objection.
4     A.   I don't know.  Nobody really
5 looked at our logs, just Dorothy and I would
6 keep the logs.
7     Q.   Right.
8     Are you aware of other employees
9 keeping these sorts of logs?
10     MS. ACKERMAN: Objection.
11     A.   I don't know.
12     Q.   You don't know, okay.
13     MR. DEXTER: Just a moment.  I
14 don't think I have that many more questions.
15     Q.   All right.  I just have a few more
16 questions.
17     In any of the documents that we've
18 seen today, was any of that writing by a
19 customer of Madoff Securities?
20     MS. ACKERMAN: Objection.
21     A.   I don't know.
22     Q.   Or was it all by employees, Madoff
23 employees?
24     A.   The information that was given to
25 me to enter, no, I would assume they were all

---

SIPC v BLMIS                                              Leung 6/2/2016

CONFIDENTIAL

---

Page 150

from my managers.
 Q.    Right.  So you never had a
direction from a Madoff investor to send a
profit withdrawal check?
 A.    That's correct.
 Q.    And all of these documents we've
looked at today --
        MS. ACKERMAN:  Objection.
 Q.    -- and just the ones that we've
discussed in my examination, which are not as
voluminous, so you could manage them, did any of
these have any writing from a customer, or are
they all from Madoff employees?
        MS. ACKERMAN:  Objection.
        MR. DEXTER:  What's the objection?
        MS. ACKERMAN:  She has no way of
identifying the information that you're asking
for.  Do you have a specific reference?
 Q.    Let's look at, for example,
Exhibit 22.
        MS. ACKERMAN:  What page?
 Q.    The first page of this, 1479,
where it says PW, PW, PW.  That's by Madoff
employees, correct?
        MS. ACKERMAN:  Objection.

---

Page 151

 Q.    If you don't know, you don't know.
 A.    Looks like -- it looks like the
handwriting of Jodi.
 Q.    So a document like this, would a
customer ever receive a document like this?
 A.    I don't know.
 Q.    The same document.
 A.    I don't know.
 Q.    And just to confirm, do you have
any understanding of the way in which the
alleged profit withdrawals were generated?
 A.    No, I don't.  No, I don't know.
 Q.    When you were working at Madoff
Investments, did you have any knowledge as to
what trading strategy was allegedly being
employed by Madoff Investments?
 A.    No.
 Q.    And are you aware of, just to
confirm, you're not aware of a single instance
that Mr. Blecker received a profit withdrawal
check?
        MS. ACKERMAN:  Objection.
 Q.    Correct?
 A.    I don't know.  I don't know if he
received it or not, no.

---

Page 152

 Q.    After profit withdrawal checks
were sent out, you never saw the records from
the bank account to which the profit withdrawal
checks were deposited, correct?
 A.    That's correct.
        MS. ACKERMAN:  Objection.
 Q.    So you have no way of knowing if
they were ever deposited?
 A.    That's correct.
 Q.    And are you aware of a single
instance where any Madoff Investment customer
requested a profit withdrawal check?
        MS. ACKERMAN:  Objection.
 A.    They don't come to me, I don't
know when they requested, if they requested or
not.  That request doesn't come to me, so I
don't know.
        MR. DEXTER:  Okay.  Thank you.  I
don't have anything further.
        MS. ACKERMAN:  Off the record.
        THE VIDEOGRAPHER:  The time is
2:45 p.m.  We are going off the record.
        (Recess taken.)
        THE VIDEOGRAPHER:  The time is
2:57 p.m. and we are back on the record.

---

Page 153

CONTINUED EXAMINATION BY MS. ACKERMAN:
 Q.    Ms. Leung, as an employee of BLMIS
you performed data entry, correct?
 A.    Correct.
 Q.    And when you began at BLMIS in
1995, you used the code "PW" as part of your
work as a data entry person, personnel, correct?
 A.    Right.
 Q.    And did you also use the code "CW"
at that time?
 A.    Yes.
 Q.    And the PW and CW codes
represented withdrawals, correct?
 A.    I think so, yes.
 Q.    PW and CW codes were part of the
check-out data entry process?
 A.    Yes.
 Q.    And the check-out process was for
checks going to customers?
 A.    Yes.
 Q.    Referring back to Trustee's
Exhibits 55 and 56, your daily work at BLMIS was
to perform data entry, correct?
 A.    Correct.
 Q.    And every day you entered data?

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                      Leung 6/2/2016

CONFIDENTIAL

---

Page 154

1    A.    Right.
2    Q.    And each day you entered into the
3 log the work that you performed, correct?
4    A.    Correct.
5    Q.    And you entered in the day's work
6 as you went throughout the day?
7    A.    Correct.
8    Q.    And at the end of the day?
9    A.    Yes.
10    Q.    And you accurately represented
11 what you worked on each day in this log,
12 correct?
13    A.    Yes.
14    Q.    For example, when you generated
15 and printed PW and CW checks, did you enter it
16 into Trustee's Exhibit 55 and 56?
17    A.    Yes.
18    Q.    And you did that at the time that
19 you generated the checks, correct?
20    A.    That's correct.
21    Q.    I'd like to refer your attention
22 back to Trustee's 39 and -- Exhibits 39 and 40.
23         During the course of your work at
24 BLMIS, did you generate reports such as these?
25    A.    Yes.

---

Page 155

1    Q.    And did you generate those reports
2 from the BLMIS computer system?
3    A.    Yes.
4    Q.    Thank you.
5         I'd like to direct your attention
6 to Trustee's Exhibit 49. I'd like you to look
7 at page ending in 545, please.
8         Are you familiar with the
9 processes that are described on this page?
10    A.    Yes.
11    Q.    And do these processes identified
12 on page MADTSS00336545 accurately reflect the
13 work that you performed at BLMIS?
14    A.    Yes.
15    Q.    If you could direct your attention
16 to 546, page ending in 546, the next page. Are
17 you familiar with the processes identified on
18 this page?
19    A.    Yes.
20    Q.    And do they accurately reflect the
21 work that you performed at BLMIS?
22    A.    Yes.
23    Q.    Next page, please, ending in 547.
24 Are you familiar with the processes identified
25 on this page?

---

Page 156

1    A.    Yes, I am.
2    Q.    And do they accurately reflect the
3 work that you performed at BLMIS as a keypunch
4 operator?
5    A.    Yes.
6    Q.    And the next page, please, ending
7 in 548. Are you familiar with the processes
8 identified on this page?
9    A.    Yes.
10    Q.    Do they accurately reflect the
11 work that you performed as a keypunch operator
12 at BLMIS?
13    A.    Yes.
14    Q.    If you could direct your attention
15 to page ending in 550. Are you familiar with
16 the processes identified on this page?
17    A.    Yes, I am.
18    Q.    And do they accurately reflect the
19 work that you performed as a keypunch operator
20 at BLMIS?
21    A.    Yes.
22    Q.    And turn the page, please, to page
23 ending in 551. Are you familiar with the
24 processes identified on this page?
25    A.    Yes.

---

Page 157

1    Q.    And do they accurately represent
2 the procedures that you performed as a keypunch
3 operator at BLMIS?
4    A.    Yes.
5    Q.    Ms. Leung, do you know Mr. Aaron
6 Blecker?
7    A.    No, I do not.
8    Q.    If I could direct your attention
9 to Trustee's Exhibit 36. Beginning with the
10 first page of Trustee's Exhibit 36, does this
11 document appear to be a reproduction of a
12 customer file maintained at BLMIS?
13    A.    Yes.
14    Q.    And does it appear to be the
15 customer file that was maintained at BLMIS for
16 account 1B0022?
17    A.    Yes.
18    Q.    And is this folder -- does
19 Trustee's Exhibit 36 appear to be a folder that
20 you would have worked with on a daily basis at
21 BLMIS?
22    A.    A customer folder?
23    Q.    Um-hum.
24    A.    Yes.
25    Q.    And if you could direct your

---

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                                    Leung 6/2/2016

## CONFIDENTIAL

41 (Pages 158 to 161)

---

Page 158

1  attention to page ending in 419.  Is this form
2  one that you would have used on a regular basis
3  in your work as a keypunch operator at BLMIS?
4        A.    Yes.
5        MS. ACKERMAN:  No further
6  questions.  Off the record.
7        THE VIDEOGRAPHER:  The time is
8  3:04 p.m.  We are going off the record.
9        (Deposition concluded.)
10        -o0o-
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 159

1
2                ERRATA SHEET
3  WITNESS NAME: ALETHEA LEUNG
4  PAGE/LINE      CHANGE      REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

---

Page 160

1                JURAT
2        I, ALETHEA LEUNG, have read the
3  foregoing deposition and hereby affix my
4  signature that same is true and correct, except
5  as noted above.
6        _____
7              ALETHEA LEUNG
8  THE STATE OF _____
9  COUNTY OF _____
10        Before me, _____, on this
11  day personally appeared _____,
12  known to me (or proved to me on the oath of or
13  through _____ (description of identity
14  card or other document) to be the person whose
15  name is subscribed to the foregoing instrument
16  and acknowledged to me that he/she executed the
17  same for the purpose and consideration therein
18  expressed.
19        Given under my hand and seal of office on
20  this _____ day of _____, _____.
21
22        _____
23              NOTARY PUBLIC IN AND FOR
              THE STATE OF_____
24
25  My Commission Expires: _____.

---

Page 161

1              REPORTER'S CERTIFICATION
2
3        I, NANCY C. BENDISH, Certified
4  Court Reporter and Notary Public of the States
5  of New York and New Jersey, do hereby certify
6  that, prior to the commencement of the
7  aforementioned examination, ALETHEA LEUNG was
8  sworn by me to testify the truth, the whole
9  truth and nothing but the truth.
10        I DO FURTHER CERTIFY that the
11  foregoing is a true and accurate transcript of
12  the testimony as taken stenographically by and
13  before me at the time, place, and on the date
14  hereinbefore set forth.
15        I DO FURTHER CERTIFY that I am
16  neither a relative nor employee nor attorney nor
17  counsel of any party in this action and that I
18  am neither a relative nor employee of such
19  attorney or counsel, and that I am not
20  financially interested in the event nor outcome
21  of this action.
22
23        _____
      NANCY C. BENDISH, CCR, RMR, CRR, CLR
      Realtime Systems Administrator
24        Certificate No. XI00836
25  Dated: June 3, 2016

---

## BENDISH REPORTING
## 877.404.2193

SIPC v BLMIS                                        Leung 6/2/2016

CONFIDENTIAL

Page 162

**A**

**a.m**
1:23 4:4 65:5,9
**A0028**
102:21
**Aaron**
113:25 114:6 124:8
129:8 157:5
**ability**
8:15
**able**
18:22 49:23 125:21
**access**
125:24 126:2 127:18
127:20,23,24
**account**
15:7,11 16:17 29:3,10
32:4,6 34:23 37:3,4
37:23 38:17 39:25
41:4 45:7 48:5 49:23
49:24 50:3 56:20
57:17 58:23 59:8
62:15,18 63:2,13,23
63:24,24,25 64:1,2,4
64:8,10 66:14 67:25
69:9,12 70:12,23
71:15,20 72:6,20,21
74:5 75:1,3 78:4 81:2
82:19 84:2 85:21
86:16,16,21 91:8,17
91:18 93:1,2,6,8,10
93:11 94:1,10 97:13
98:13 100:19 101:15
101:17 102:20,21,23
103:2,20 106:24
108:14 109:3,23,24
111:5 113:24,25
114:5,21,23 116:10
116:19 117:5,13
119:17 121:20 123:4
123:9 125:6,7,9,12,13
126:18 127:11,12
129:6 152:3 157:16

**accountant**
17:5
**accounts**
6:15 10:19 18:23 31:11
42:1 71:19 86:24 87:2
96:16 118:2 144:24
**accurate**
81:7 133:21 146:4,13
161:11
**accurately**
7:19 8:16 9:3 154:10
155:12,20 156:2,10
156:18 157:1
**Ackerman**
2:4 3:5 4:20,20 5:9,11
25:11 65:2,11 95:8
112:12,19 113:15
116:2 117:23 128:17
129:1,16 133:5,23
136:7 137:18,25
138:9,12 139:15,21
140:7 141:21 142:22
144:1,8 145:3,13
147:5,10,21,25
148:10 149:3,10,20
150:8,14,16,21,25
151:22 152:6,13,20
153:1 158:5
**acknowledged**
160:16
**action**
96:18 161:17,21
**activity**
132:2
**actual**
46:25 77:22
**add**
81:4 82:8,15 83:15
89:5
**add-ons**
89:4
**addition**
41:10

**additional**
9:8
**additions**
27:9 89:13 135:17
**address**
16:21 22:13 23:3,17,18
23:18,23 48:2 49:1
50:4 69:12,12,23,24
70:11,20,22,23 71:17
72:7,12,17,18,19
74:16,19,25 83:24
87:8,16 88:7,24 89:3
89:7,8,21,22 90:1
94:5,24 96:11 97:11
98:5,9,11,19 100:7,13
100:20 101:1 102:18
103:12 104:8 109:21
112:3,4,5 113:4
116:17 124:1 125:12
136:24 146:22
**addresses**
16:14
**Administrator**
161:23
**Adv.Pro.No**
1:4
**Adversary**
4:13
**affect**
8:19
**affix**
160:3
**aforementioned**
161:7
**ago**
24:14 35:16 52:25 79:1
96:25 97:1 98:17
105:3,21 106:6
127:15
**ahead**
45:12,21 90:19
**Alethea**
1:17 3:4 4:15 5:8

108:20 159:2 160:2,6
161:7
**alleged**
151:11
**allegedly**
151:15
**Allison**
12:14,18
**AMF00154158**
121:7
**AMF00154159**
122:22 126:22
**AMF00162330**
87:11 90:3 96:9
**amount**
21:20 29:11 36:20
37:23 38:19 49:25
50:7 56:21 58:13,23
62:19 75:25 82:20
85:19 91:25 94:16
144:6,10
**amounts**
35:15 81:2 85:23,24
**and/or**
104:9
**Annette**
11:1,2 17:4 66:9 90:11
105:13 119:13 120:13
120:15 131:16
**Annette's**
87:21 90:6 101:24
103:8,23
**announcing**
141:12
**answer**
7:21 8:11,16,25 9:3
63:4 71:1 99:1,4
101:10 130:10,12
133:6,24 136:9 138:3
138:4 145:15
**answered**
142:4 145:14
**answering**

SIPC v BLMIS                                        Leung 6/2/2016

CONFIDENTIAL

7:9
**anybody**
125:18
**anymore**
32:12
**appear**
122:6 157:11,14,19
**appeared**
50:4 123:7 160:11
**appreciate**
71:11
**arbitrage**
119:9,21 120:4,10
**area**
90:13 101:25 110:1
   117:5
**arrested**
131:13
**Arthur**
116:11 117:13 124:9
   129:10,12
**AS/400**
14:8 122:7
**aside**
51:24 101:5 131:2,21
**asked**
14:6 126:19 145:13
**asking**
7:8 8:4 25:5 134:18
   138:6 142:2,3 150:17
**asks**
58:4
**aspects**
149:1
**association**
4:5
**assume**
20:5,10 26:25 36:24
   37:5 38:9 62:20 85:2
   91:6 129:24 133:13
   149:25
**assumed**
136:21

**assumption**
139:19
**attached**
3:20
**attention**
43:24 49:6,8 52:21
   54:25 55:3 59:17
   65:16 79:17 84:7
   94:20 101:7 104:23
   109:15,19 111:20
   113:2 114:2,25 115:2
   116:12 117:3,9
   122:20 123:22 126:5
   154:21 155:5,15
   156:14 157:8 158:1
**attorney**
161:16,19
**attorneys**
4:16
**auto**
83:23 93:12
**automatically**
50:4 69:10 70:17,19
   73:1 74:15,19 94:5,9
   120:14
**Avenue**
2:11 10:12
**aware**
149:8 151:18,19
   152:10

---
                **B**
---

**B**
3:12 39:16 40:25 41:1
**B-l-e-c-k-e-r**
129:7,13,14
**B0022**
113:25
**B0023**
116:23 117:14 125:6
**B0025**
116:11
**B0157**
125:7

**back**
19:14 21:9 24:25 28:17
   30:19,21 33:20 36:22
   39:7,9 46:22 49:4
   54:6 56:25 59:15
   60:22 63:17,18 65:9
   65:16 77:18 81:21
   82:10 83:15 84:5 88:8
   89:10,11 94:18 99:7
   102:5,8 104:12 105:5
   106:11 107:13 108:2
   108:4 110:18 111:6
   111:21 112:18 115:1
   118:8,16 123:18
   126:15 128:23 131:8
   135:6 152:25 153:21
   154:22
**background**
17:6
**Baker**
1:21 2:3 4:8
**Bancorp**
38:2
**bank**
63:24 152:3
**bankruptcy**
1:1 4:12 5:15,16
**Barrow**
2:5 4:24,24 5:12
**based**
83:22 98:5 105:20
   106:5
**basically**
23:4 70:11 137:13
**basis**
20:14 28:3 33:6 53:6
   130:6 133:20 157:20
   158:2
**Bates**
3:14,16 26:3 139:1,23
   140:25 141:17
**bear**
138:16

**Beckler**
114:1,6 116:11 117:13
   124:8,9 129:12
**began**
5:23 153:5
**beginning**
5:18 12:11 78:8,17
   79:7 138:22 157:9
**begins**
65:8 128:22
**behalf**
5:2
**Behrens**
2:16 4:4
**believe**
17:19 19:13 21:19
   23:11 27:20 29:10
   32:20 39:10 40:23
   42:14 45:18 51:22
   57:16 62:21 67:25
   72:13 76:4 78:12 83:8
   83:9 90:11 101:18
   107:8 136:6 143:6
**bell**
143:17
**Bendish**
1:18 4:5,19 161:3,23
**Bernard**
1:7,12 2:9 8:4 18:1
   91:20 131:5
**big**
46:7 80:21 146:11,15
   146:23
**binder**
28:11,11 29:3 32:3
   39:25
**bit**
18:19 19:14 49:5 57:13
   67:17 73:23 84:10
   131:9
**blank**
66:3,17 78:5
**Blecker**

SIPC v BLMIS                                      Leung 6/2/2016

CONFIDENTIAL

Page 164

129:25 130:17 131:4
151:20 157:6
**BLMIS**
2:8 4:10 5:15 6:15 8:6
9:22 10:5,10 12:2
13:13 14:1,25 15:23
16:4 17:17,25 18:10
18:22 24:4 27:24 30:5
30:8 32:22 40:8,19
42:4 48:8,9 61:24
64:10 91:14 93:16
95:17 97:11 101:22
102:11 109:2,6 120:6
122:2 124:25 126:2
127:18 153:2,5,22
154:24 155:2,13,21
156:3,12,20 157:3,12
157:15,21 158:3
**blue**
27:17
**Bongiorno**
11:1,2 119:14 120:13
131:16 132:13
**Bongiorno's**
90:11 103:8,24
**book**
13:3 21:3 28:9,10,10
28:11,25,25 29:1,1,2
29:2,5,8,12,13 30:1
30:13,16,23 31:1,3,5
31:8,10 33:15 35:23
56:17
**books**
28:24 32:14,16 139:25
140:2,8,9
**bottom**
26:2 84:8 99:17 106:21
107:2 115:7 117:4
121:8 122:15
**bowl**
14:14
**box**
54:3

**break**
8:8,10,12 65:3 73:22
**bring**
68:2
**broke**
65:12
**brought**
57:19 59:8
**Brown**
2:5 4:22,22 5:12 118:1
**bullets**
39:16
**button**
85:20
**buying**
132:7

---

**C**

**C**
1:18 2:1 26:24 39:16
41:6 161:3,23
**C&S**
16:24,25 21:4 26:14
44:22,25 45:5 53:14
60:13,16,19 61:2,4,6
62:21,25 63:8 64:21
64:25 146:25 147:14
148:3,7,14
**C/S**
59:21,24 60:3 63:20
**CA**
27:9,25 41:10,23 50:13
54:23 55:20,25 56:1
56:20 58:22 84:23
85:23 115:11 118:14
135:17,18
**CA's**
17:7 42:9,10,11 61:13
87:1 119:15 144:23
**cabinets**
101:23 102:2
**calculate**
63:1
**call**

14:14 134:7
**called**
15:18,20 65:1 88:18
**capability**
126:12 128:5
**capital**
27:9 36:25 41:1,3,10
85:8,9 135:17
**caption**
4:10
**card**
160:14
**case**
4:10,11 5:20,22 35:6
56:24 88:6 105:8,13
**cash**
26:5 59:21 108:25
136:5 144:18
**cash17**
44:20,21 60:6,20,24
**cash1702**
108:19,25 148:14
**CCR**
161:23
**center**
14:13
**certain**
5:22 6:5,10 46:10
144:6
**Certificate**
161:24
**certificates**
9:9
**CERTIFICATION**
161:1
**Certified**
1:18 161:3
**certify**
131:4 161:5,10,15
**cetera**
59:23
**Chaitman**
2:11 5:2

**chance**
17:21
**change**
71:4 73:20 89:6,7,22
105:8,9,25 106:1,3,14
106:21 107:21 108:13
110:11,12,16 111:14
159:3
**changed**
72:1 74:9 98:13 105:7
123:9,15 146:22
**changes**
89:6 96:17 99:21,24
100:13,14,19,20,24
105:8 107:12 111:1,4
**changing**
104:15
**Charat**
90:10 91:24 143:18
**Charlene**
14:22
**check**
18:20,25 19:1 20:6
21:1,2,17,22 22:23
23:1 24:16,18,25
27:19,23 33:8 35:10
37:7,9,12 38:14,19
39:1,4,13,24 40:1,5
40:11,16,21 42:15
46:2,5,18 47:1 50:6
51:9 55:25 57:23
58:15,18,21,23 59:7
59:23 61:15 62:13,16
68:17 69:6,10,14,16
69:18,20,20 70:14,16
71:15,15,16,23,25
72:8,18 73:3,6,8 74:1
74:2,4,11,12 75:14,15
75:19,22 76:6,8,16
77:4,6,9,21,22 78:5,5
78:11 79:24 80:4,5,6
80:10,13 81:15,16
82:16 83:2,16,19

SIPC v BLMIS                                      Leung 6/2/2016

CONFIDENTIAL

Page 165

| | | | |
|---|---|---|---|
| 84:13,15 91:12,21,23 | 51:1,3,4,15 53:9,12 | 63:22,23 64:18 66:14 | 9:18 13:22 78:3 132:10 |
| 92:1,4,21 93:3,5,13 | 54:23 55:20,23 56:3,6 | 96:19 135:20,22 | **complies** |
| 93:15,18 94:3 98:15 | 56:13,14 57:2,4,5,14 | 153:12,15 | 95:6 101:11 |
| 109:4 114:15,19,20 | 60:11,11 61:14,14,15 | **colleagues** | **computer** |
| 117:18 130:5,18,20 | 67:7,13 68:7,9,14 | 5:12 | 14:1,4 16:1,12,17,23 |
| 130:22,22,23,25 | 71:14,22 72:4,16,23 | **color** | 23:13 26:19 37:11 |
| 131:1,5 134:11,15,18 | 75:15,18 76:12 77:10 | 79:13 | 41:15 42:12 43:8,21 |
| 143:7,12 146:25 | 77:10,11,12,20,24 | **column** | 44:5,6 45:6 46:8 48:9 |
| 148:20 150:4 151:21 | 78:9,9,10,14,20,22 | 26:12 27:5 34:16,22,24 | 67:18 70:4,8 74:9 |
| 152:12 | 79:2,3,6,6,8,13 80:15 | 35:3,9,13 55:4 65:23 | 75:23,23 82:25 91:14 |
| **check-in** | 81:2,23 82:3,5,22 | 65:24 90:14 139:3 | 95:17,22 96:12,23 |
| 28:9,25 29:5,8 30:1,23 | 83:5,7,10,22 84:2 | 141:4 | 97:11,16 98:3 106:23 |
| 31:8,10,23 32:13 | 86:4,5,7,18 91:8,13 | **columns** | 122:2,8 123:7 124:21 |
| 56:17 | 92:14,18 115:8,11,12 | 34:15 36:13 37:20,21 | 125:22 126:2 127:18 |
| **check-ins** | 115:14 118:13,14,18 | 65:21,23 66:18 90:20 | 127:21 128:2,3,5,6,9 |
| 31:13 33:13 56:20 | 133:9,13 136:11,13 | 121:23 123:13 | 155:2 |
| 76:19 | 139:10,11,13 143:14 | **come** | **computers** |
| **check-out** | 147:14 152:1,4 | 18:2 21:9 24:25 30:4 | 14:16,18,20 23:25 |
| 21:3 28:10,11 29:1 | 153:19 154:15,19 | 30:20 31:21,24 33:14 | **Conception** |
| 31:1 32:13 153:16,18 | **city** | 33:20 46:19 49:4 | 87:24 |
| **check-outs** | 10:13 103:14 | 77:21 89:6,21 95:21 | **concluded** |
| 30:20 31:5,14,21,23 | **clarify** | 105:14 124:24 131:8 | 158:9 |
| 33:12,14 56:18 | 68:1 104:16 126:21 | 134:22,22 140:22 | **concludes** |
| **checked** | 127:15 129:17 141:22 | 148:3 152:14,16 | 65:4 |
| 74:4 | **clear** | **comes** | **confident** |
| **checking** | 140:6 | 39:25 69:11,22 137:14 | 137:22 138:2,10,13 |
| 71:25 147:2 | **client** | **coming** | 146:3,7 |
| **checks** | 67:15 | 17:17 27:24 30:12 | **CONFIDENTIAL** |
| 13:21,21,23,24 17:11 | **close** | 41:11,23 55:23 61:14 | 1:9 |
| 17:11,16 19:4,6,7,11 | 63:10,12 90:10 | 61:24 68:8 71:22 | **confidentiality** |
| 19:15,17,20 20:9,14 | **CLR** | 76:13 105:12 | 5:21 |
| 20:16,19,20,25 21:3,8 | 161:23 | **command** | **confirm** |
| 21:10 22:3,17 23:6 | **co-worker** | 45:25 47:15,20 49:11 | 5:24 134:14 141:7 |
| 24:2,4,7,12,15,15,20 | 11:22 12:5 | 67:19,22 | 143:23 145:8 151:9 |
| 27:11 28:15,21,25 | **co-workers** | **commencement** | 151:19 |
| 29:3 30:4,8,12 31:10 | 11:16 | 161:6 | **consideration** |
| 31:16 32:3,18,20 33:5 | **code** | **commencing** | 160:17 |
| 33:7 35:18,18 38:6 | 26:22 37:6 38:21 50:9 | 1:23 | **considered** |
| 40:8,19 41:11,23,23 | 50:18 57:4,6 64:16,21 | **comments** | 31:12,14 |
| 41:24,25 42:4,17,20 | 139:3 153:6,9 | 65:24 | **considering** |
| 42:22 43:7,9 45:10,23 | **codes** | **Commission** | 130:2 144:11 |
| 45:24 46:1,10,13,24 | 26:6,11,13,18 28:1 | 160:25 | **consist** |
| 47:9 49:14 50:24,24 | 36:20 39:13 62:2 | **company** | 70:9 82:18 |

SIPC v BLMIS                              Leung 6/2/2016

CONFIDENTIAL

**Consolidated**
1:7 2:8
**contact**
134:5
**contain**
29:8,9
**contained**
70:23 124:11
**contents**
145:12,18,25
**CONTINUED**
153:1
**convicted**
137:19 138:8
**copy**
5:23 6:7 21:24 22:1
113:21 117:12
**Corporation**
1:4 5:14
**correct**
12:1,21 15:5 18:23
25:25 28:4 31:11 41:5
41:16 51:13 53:3
55:17 56:7 57:10
66:21,25 68:15,19
69:22 70:18,21 71:2
74:7,13 75:2,4 77:5,8
79:3,9 82:12,23 83:17
83:25 84:4 86:19 87:3
92:20 93:17 94:17
95:17 96:14 98:7,19
98:20 107:5 117:22
118:7,17 121:9,10
122:4,5 123:8,16
125:14 127:5 129:15
131:6,18,19,23,24
132:2,3,8,14,18 133:4
134:6 136:11,12,20
137:1,16,20 141:9,10
141:15 143:10,13,15
144:13,14 145:10,23
145:25 146:1 148:9
148:21 149:2 150:5

150:24 151:23 152:4
152:5,9 153:3,4,7,13
153:23,24 154:3,4,7
154:12,19,20 160:4
**correlate**
46:9 118:16
**correspond**
26:15,22 108:12
111:11 115:20
**correspondence**
15:17 112:7
**corresponding**
62:15
**corresponds**
139:14
**counsel**
4:21,22,24 63:16
123:21 128:16 161:17
161:19
**count**
65:21
**COUNTY**
160:8
**couple**
34:12 36:10 55:1
120:24
**course**
78:4 122:11 154:23
**court**
1:1,18 4:12,18 5:17
7:10 161:4
**cover**
88:13,25 105:4,6
106:11 107:13 112:5
**create**
84:15
**created**
59:23 138:8 144:16
**credit**
26:24 27:8 86:16
**credited**
63:25
**credits**

27:15 84:23 86:14
119:16
**criteria**
146:14
**crossed**
71:6 80:2,5
**CRR**
1:19 161:23
**Crupi**
11:13 29:19 31:25
131:15 132:13
**current**
41:24
**currently**
9:11 110:3
**customer**
3:14,16 6:15 10:19
15:7,11,17,18 16:11
16:13 19:2,8 23:7,10
23:23 31:11,18 34:21
36:18,19 37:8,22 38:8
38:14,17 45:6,7 48:1
48:5,9,13,25 50:3
57:17,19 58:6,24 59:3
60:2 61:21 62:14,15
63:25 64:1,2,3 67:25
69:12 70:1,3,7 73:8
83:1,15,19 86:18
88:21 91:4 93:6,19
95:11 98:14 100:19
100:23 101:13 103:11
109:4 111:11 112:25
113:22,23 114:4,7,11
114:21 115:21 118:5
118:17 121:16 122:1
124:2 125:4 129:5
134:6,10,14,19 142:2
142:10 149:19 150:12
151:5 152:11 157:12
157:15,22
**customer's**
29:9 37:3,23 38:23
41:4 49:23 60:14

62:18 70:10 72:9,10
75:1,25 82:7,20 87:18
88:18,19 104:18,19
104:20 105:7 106:20
109:18 111:4,5,17,24
116:8 119:17 121:2
123:2 134:23
**customers**
2:13 5:3 18:22 19:12
24:3 31:17 40:8 41:12
43:7 61:25 62:11
78:13 100:2 112:7,9
132:8 133:12 137:5
153:19
**customers'**
59:12 86:24 87:2 101:3
**cut**
148:20
**CW**
27:9,20 37:10 41:1
42:17 50:13 51:17
55:20 56:3,6 57:4
58:23 84:21 85:7,16
86:18 115:11,14
118:14 135:18 153:9
153:12,15 154:15
**CW's**
17:7 36:24 41:3 56:23
61:15 62:4 78:12,20
86:12,23 144:23
**CW/PW/DT**
41:25

---

**D**

**D**
3:1 27:12 39:16 41:9
64:7,9
**D's**
17:7 61:16 62:4
**D-I-V**
45:15
**daily**
20:14 33:6,10 41:23
53:6 93:16 153:22

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

Page 167

157:20
**Darlene**
87:21 88:1,9,20 89:11
   108:3
**Darlene's**
87:22
**data**
   10:6,9 11:15,23 13:14
   15:3 132:17 153:3,7
   153:16,23,25
**date**
   4:2 33:8 35:1,2 36:19
   38:25 39:3 55:5,7,24
   57:22 58:2,5,11 59:25
   60:3 67:14,21,23 68:5
   68:17 69:7 75:13
   91:21 94:11,14 99:11
   106:1,12 108:7,8
   110:11,19 114:14
   115:3,4 126:23
   131:17 161:13
**dated**
   138:22 141:9 161:25
**day**
   19:18,22,23 20:18,21
   29:22,23 30:4,9,16,22
   41:24,25 42:2,13 44:4
   54:5 59:24 60:1,3,10
   60:16 62:14,17 63:1,9
   63:11 68:9,10,10,11
   68:12,13,15,18,20
   88:2 99:25 118:19,20
   131:13,14 136:14
   138:15 153:25 154:2
   154:6,8,11 160:11,20
**day's**
   154:5
**debit**
   17:23 27:9 37:11 41:6
   62:15,22 85:2,4,20
   86:10,16 93:23
**debit/credit**
   49:10,18

**debited**
   37:4 62:19 64:3
**debits**
   37:2 43:8 62:10 63:22
   66:25 84:22 85:17
   86:15 119:16
**Debtor**
   1:13
**December**
   55:9,16 99:12,13,15,18
   131:14 148:15,16
**Defendant**
   1:9
**definitely**
   27:13
**degrees**
   9:9
**deliver**
   27:12 61:17
**delivered**
   133:15
**department**
   9:19 15:2
**Depending**
   61:12 105:12
**deposed**
   7:2
**deposit**
   37:8
**deposited**
   152:4,8
**deposition**
   1:17 4:7 5:18 6:5 8:3
   8:22 158:9 160:3
**Depositions**
   6:10
**deposits**
   27:24 31:11 41:12,13
   63:2 87:1
**describe**
   21:13 39:18 91:16
**described**
   155:9

**describes**
   72:1
**description**
   3:13 40:1,5,14,15,17
   40:22 58:17 160:13
**desk**
   53:21 134:22
**determining**
   146:15
**Dexter**
   2:12 3:6 5:1,1 11:18
   25:9 48:4 63:3 70:25
   74:17 75:5 78:25
   92:11 95:7 98:25 99:5
   117:20,24 118:3
   129:20 149:13 150:15
   152:18
**difference**
   100:12 124:7
**different**
   13:17 36:10 57:1,2
   78:9 79:5,8 96:18
   108:16 147:12
**differentiate**
   133:20
**DiPascali**
   11:11 105:18 131:16
   132:12
**direct**
   10:24 11:2 43:23 49:5
   49:8 52:21 54:25 55:3
   59:16 65:15 79:17
   84:7 94:20 101:6
   104:23 109:14,19
   111:20 113:1 114:2
   114:25 116:12 123:22
   126:5 155:5,15
   156:14 157:8,25
**direction**
   131:22 150:3
**directly**
   11:14 18:7
**discussed**

137:24 150:10
**discussion**
   141:3
**dishonest**
   132:4
**District**
   1:1 4:12 5:16
**DIV17**
   45:13,15
**dividend**
   141:12
**dividend/interest**
   110:1
**dividends**
   45:17,19 90:21 107:4
   123:14 142:16
**dividends/interest**
   113:7 117:4
**DK**
   127:2
**document**
   6:21 25:5,13,17 34:2
   52:2,14 59:15 87:7,13
   87:15 88:8 91:11 96:3
   96:4 101:12 102:14
   102:17 106:25 111:22
   116:16 117:11 120:1
   121:14 122:13,25
   124:16,25 125:1
   126:7 127:7 138:19
   139:12,20,22 141:20
   141:24 151:4,5,7
   157:11 160:14
**documents**
   5:22 52:7 112:1 118:23
   121:1 124:20 125:3
   133:2 137:23 138:7
   138:11,15,16 144:12
   144:16 147:3 148:8
   149:17 150:6
**doing**
   11:15 56:21 60:12 73:5
   78:18 81:24 132:16

SIPC v BLMIS                                    Leung 6/2/2016
CONFIDENTIAL

**Dorothy**
11:17,19,19,25 14:19
20:1 23:15 52:9,11
53:2,17 100:11,25
102:3 119:3 122:18
126:12 127:4 147:8
147:11,19 148:11
149:5
**Dorothy's**
54:19,21,23 122:14
126:10 127:6
**downstairs**
54:3
**DR**
139:7
**draw**
115:2 122:20
**drawer**
136:16
**drawing**
117:3
**drawn**
69:11 91:17
**drew**
66:11
**driven**
100:25
**DT**
84:21 85:1,16
**DVD**
65:5,8 128:22

---

**E**
E
2:1,1 3:1,12 5:5,5,5
**EAC**
45:22
**EACHK**
46:2
**earlier**
50:21 83:23 121:25
134:4 139:2 141:3
143:6
**early**

140:18,18
ebarrow@bakerlaw....
2:7
**ECF**
6:11
**edification**
140:4
**edit**
71:23 80:4,10,13
**edited**
81:16
**editing**
71:16 80:5,6
**educational**
9:6
**effect**
107:12 136:6
**either**
21:2 50:1,23 122:3
**else's**
54:18
**employ**
88:17 119:16
**employed**
9:11 151:16
**employee**
153:2 161:16,18
**employee's**
88:12,15 104:12,17
144:20,23
**employees**
10:18 16:4,6,13 19:10
46:10 149:8,22,23
150:13,24
**employees'**
99:25
**employment**
140:19
**ended**
81:25
**ends**
79:18
**engaged**

132:1
**engineering**
9:18
**ensure**
74:5
**enter**
13:21,22 14:1 16:11
21:7 26:18 29:15
30:17 40:10,18 45:19
45:24 46:11,12,14
47:7 48:24,25 49:10
50:6,9,17 54:6 56:19
57:22 58:6,17,20 61:4
64:20 66:22 67:13,13
67:23,24 68:4 69:9
70:11 75:13 76:21
81:3 82:1,7 84:12
85:24 87:17 89:12
93:6,8,9,10 94:12
95:20 106:20 107:15
127:24 149:25 154:15
**entered**
6:4 13:19,24,25 20:6
23:21 25:16 26:22
28:2 37:6,10 41:14
42:12 44:24 49:20
53:7,11 56:11,12
57:17 58:9,11,13 59:7
60:10,11 67:14 70:13
75:1,24 82:25 94:11
96:23 97:15 98:2,18
126:17 127:11,12
130:22 153:25 154:2
154:5
**entering**
16:16 37:8 43:21 49:18
50:23 67:7 68:9 84:14
84:17 85:19 86:5
89:23 98:11 132:17
133:8
**entire**
88:21
**entitled**

6:9 123:13
**entries**
36:23,23 44:22 61:4
65:1 75:15 77:4,7
85:5 90:24 108:19
137:14 141:9 147:3,7
147:9,18 148:19,23
**entry**
10:6,9 11:15,23 13:14
13:15 15:4 35:5,7
36:19 41:9 51:17,20
58:22 61:1,6 64:23
76:2 100:5 108:11
111:10 115:9,12
118:12 139:5,9 153:3
153:7,16,23
**envelope**
54:2
**equals**
84:21 97:2,3
**Erica**
2:5 4:24 5:12
**ERRATA**
159:1
**especially**
139:19
**ESQ**
2:4,5,5,12
**essentially**
63:1
**Estate**
2:8
**et**
59:23
**event**
161:20
**everybody**
22:14 125:23,24 128:3
**evidence**
5:22
**exactly**
21:7 27:6
**examination**

SIPC v BLMIS                                      Leung 6/2/2016

CONFIDENTIAL

Page 169

3:5 5:9 129:20 150:10
153:1 161:7
**example**
57:6 128:11 148:21
150:19 154:14
**excerpt**
34:1
**excuse**
49:6 50:16 63:15 91:19
115:13 119:25 123:20
128:15
**executed**
160:16
**exhibit**
6:6 25:4 33:24 34:1,9
39:7 43:15 52:1,5,13
52:20 54:10 55:2
59:16 60:23 63:17,19
65:16 75:8 87:7,12
91:11,16 94:19 96:2
96:13 97:18 99:8
101:8 104:24 108:5
109:12,13,16 111:7
111:15,19 112:21,22
113:16,17,19 115:1
116:1,3,4,6,24 117:10
117:21 118:9,22
119:7,19,25 121:5,13
122:21 123:19 124:4
124:5,8 129:4 130:9
138:17,18 139:23,24
140:15,24 141:16
143:5 145:21 150:20
154:16 155:6 157:9
157:10,19
**exhibits**
3:18 87:5 89:14 120:23
134:20 143:22 146:2
153:22 154:22
**exist**
125:3
**Expires**
160:25

**explain**
67:17 130:13 140:5
**explanation**
130:13
**expressed**
160:18
**extrapolate**
99:2

**F**

**fabricate**
132:18
**facilitate**
132:13
**fact**
132:16 148:6
**fake**
132:25
**false**
132:18,21,24 133:3,4
133:11,17,21
**familiar**
47:24 143:20 155:8,17
155:24 156:7,15,23
**far**
26:7
**fed**
135:22,23
**feel**
134:2
**felons**
137:20 138:8
**fewer**
37:20
**field**
84:22,23 85:16,18,19
85:24 86:13
**fields**
94:4 122:3
**fifth**
55:18
**file**
48:16,22 54:1 60:14
69:23,25 70:2,4,8

73:6 82:16 87:8,16
88:7,12,12,13,14,16
88:18,19,21,24 89:3
89:11 90:1 94:24
95:11,24,25 96:6,11
97:11 101:23 102:2,7
102:11,18 104:8
105:7 106:20,24
108:3 109:21 111:11
111:17 113:4 116:17
121:16 122:1 123:2
125:13 141:25 144:24
146:20,21 157:12,15
**filed**
4:11 53:25
**files**
15:8 59:22 60:8 101:2
101:3 102:1 125:4
**fill**
66:20 94:9 107:20
**filled**
107:18 122:3
**filling**
148:1
**financially**
161:20
**find**
101:21
**fine**
120:21 121:11 129:16
**finish**
7:20,21 50:23
**finished**
81:18
**firm**
5:2
**first**
7:8 10:5 14:6 16:1
26:12,24 27:1 28:18
28:18,19 32:9,10,10
32:15 34:12,16 36:6
36:18 39:22 42:6 43:4
43:24 44:6,11 47:15

48:25 50:12 54:14
55:7 56:20 58:4 59:19
61:3 67:12 72:6,14,23
73:24 78:17,19 88:8
94:11 97:23 103:4
114:3,3,10,12 117:15
131:10 138:15 140:22
146:19 150:22 157:10
**fish**
14:14
**five**
63:16 110:22 123:21
**flip**
88:8 104:25
**floor**
10:16,19 14:12 18:1
19:11 126:2 127:17
**focused**
112:3
**folder**
16:19 73:6 100:22,23
101:14,21 104:12,17
104:18,19,20 105:4
106:6,9,16 107:23
109:18 111:25 112:2
112:3,5,25 116:8
121:16 134:23,23
144:20 157:18,19,22
**folders**
15:10,12,13 99:25
100:1 121:3
**follow**
59:5 60:20 86:6
**Follow-up**
63:18
**followed**
28:15 51:18,21 73:25
95:10
**following**
68:18 95:20
**foregoing**
160:3,15 161:11
**forget**

SIPC v BLMIS                                    Leung 6/2/2016
CONFIDENTIAL

67:22
**form**
16:24,25 17:16 87:17
88:7,10,24 89:3 96:7
96:12,21 98:6 101:1
104:9 125:13,16
143:8 158:1
**format**
142:7
**forms**
17:3,6 75:15,19 77:9
**forth**
76:15 96:13 105:9
161:14
**forward**
55:1
**four**
14:20 65:22 100:4,6,6
**fourth**
35:3
**Frank**
11:11 17:5 66:9 105:17
105:18 131:16
**fraud**
131:12,18 137:20
**front**
16:20 101:24
**full**
5:6
**function**
69:6 79:24 86:1 108:22
**further**
129:18 148:24 152:19
158:5 161:10,15

_____ G _____

**G**
5:5
**gathering**
27:7 98:24
**GC**
27:14
**gdexter@chaitmanll...**
2:13

**generally**
102:3 124:11 146:18
**generate**
21:5 46:13 47:8 50:25
57:14 58:24 59:2,12
70:14 86:7 154:24
155:1
**generated**
62:13 76:8 93:5 133:9
151:11 154:14,19
**generating**
72:22 86:4
**getting**
136:15
**girl**
12:9
**give**
6:7 11:4 12:25 29:21
30:11,13,19,19 33:5,6
33:9 52:4 66:8 80:19
81:10,20 82:2 87:19
88:1,1,3,5,9,11,20
89:10,11 92:15 105:6
105:10 108:2,2
117:21 119:13 120:11
136:11
**given**
17:4 20:24 21:7 23:15
29:14,17 30:9 53:17
59:24 61:13 62:14,17
87:17 149:24 160:19
**gives**
75:14 77:3 82:4 90:20
**go**
13:23,24 18:14 28:17
36:12 39:6,9 45:1,12
45:21 48:24 50:16,17
56:18 58:3,3 59:11,15
60:20,22 63:17 84:5
85:23 86:12 89:7
90:19 93:9 94:18
97:25 99:7 102:9
106:19 108:4,6

110:18 111:25 112:12
136:16 138:14,17
139:2,22 140:8,25
141:16,17 143:5,22
145:21 146:2,24
**goes**
30:21 144:18
**going**
7:5,8,9,10,13,19 8:4,5
17:18 20:20 21:15
25:3,5 31:16,16 33:20
34:2 36:17,22 37:9,12
39:15 41:24 42:1 43:9
46:22 47:25 48:1 52:2
52:3 56:3,7,25 60:12
61:15,16,21 62:10,16
65:6 68:11 69:17
71:14 72:4 75:15
76:13 86:18 101:7
112:15 120:22 126:15
128:20 152:22 153:19
158:8
**gonna**
7:5 69:15
**good**
4:1 5:10 43:12 65:3
**gosh**
18:15 35:22 44:9 57:24
**gotten**
38:13 77:6
**governs**
5:20
**grad**
9:7
**great**
6:23 9:20 54:24 75:6
119:24 127:14
**green**
17:10,12,20,22 44:23
61:7,10,12,20 62:3,7
62:10 63:22 64:7
65:13,18,20 66:3,4,10
66:17,24 78:10,14,22

79:2,6
**Gregory**
2:12 5:1
**group**
9:14,16 90:5,9 103:16
**guess**
13:3 14:8 17:3 18:11
20:7,15 21:1 24:24
26:16 27:9,10,12
30:10,12 35:1,14 45:4
46:7 54:3 55:23 60:13
60:14,15 61:14,17,18
62:22 63:5 64:19
69:13,23 81:3 82:4,6
84:22 85:20 125:23
130:8,20 132:19,20
132:20,22 137:21
138:13 142:3,14
144:19,21 146:20
147:15 148:2

_____ H _____

**H**
2:7 3:12 5:5
**halfway**
55:11 79:19
**hand**
66:22 87:20 101:7
160:19
**handed**
95:24
**handle**
15:7,16
**handwrite**
66:5
**handwriting**
35:25 36:8 37:17 54:12
54:15,18 55:13 68:25
69:2 80:8 90:4,11
99:18 100:10 103:4,8
103:21 106:2,4
108:12 110:6,15,23
113:10 115:7 122:13
122:16 126:6 151:3

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

**handwritings**
36:11
**handwritten**
30:1 71:3 79:20 81:1
    82:11,14 105:22
    122:10 124:22
**Hanoh**
90:10 91:24 143:18
**happen**
49:21
**happened**
77:17
**happens**
104:11 136:19
**he/she**
160:16
**head**
7:15,16
**heading**
39:13
**headings**
37:25
**Health**
141:5,8,12
**held**
4:7
**help**
7:4,18 16:8 20:11
    132:17
**helpful**
12:16
**hereinbefore**
161:14
**hereto**
3:20
**High**
9:7
**history**
9:6
**hit**
85:19,24 86:13
**hold**
123:17

**holder**
70:24 84:3 91:18
**holder's**
72:20,21 74:5 75:3
**Hostetler**
1:21 2:3 4:8
**hours**
10:21
**HR**
9:19 88:18
**HWN00001479**
34:13
**HWN00001651**
36:4
**HWN00001655**
37:16

--- I ---

**ID**
36:19 103:16
**idea**
130:5 136:19 141:7,11
    143:24 144:2,4,10
**IDENT**
3:13
**identification**
113:18 116:5
**identified**
24:7 25:20 28:8 31:10
    48:20 52:14 53:9 55:8
    56:14 67:6 155:11,17
    155:24 156:8,16,24
**identify**
4:17 21:17 28:14 44:17
    52:22 54:20 55:5
**identifying**
30:4 80:14 150:17
**identity**
160:13
**image**
21:22,23
**impair**
8:15
**include**

72:17 76:2
**included**
38:15,25 62:3,6,9 67:2
    119:11 124:5
**incoming**
15:16 17:11 20:19
    53:11
**Indecipherable**
71:7
**indicate**
71:4 113:12 127:7,10
**indicated**
121:7
**indication**
144:5
**information**
13:19 16:11,17 20:24
    23:12,24 29:7,25
    30:18 31:20 35:21
    36:7 38:13,15 40:18
    43:22 44:25 47:7 48:1
    48:2,6,13 49:1 50:4
    56:17 57:13,20 58:6
    58:21 59:9 60:2,10
    61:10 66:13,22 67:15
    71:6,17 72:25 74:14
    74:18,22,25,25 76:3
    76:22 81:1 82:24 83:5
    84:14,17 87:18 92:24
    94:8 95:19,21,25
    96:11 119:11 124:3,5
    124:10,14 125:10
    127:12 132:12,20
    135:22 145:6 148:13
    149:24 150:17
**initial**
107:22 126:18
**initialed**
122:18
**initials**
105:25 106:3 110:13
    111:8 122:14 126:11
    126:16 127:1,4,6,9

**input**
12:24 20:18
**inside**
88:12,25 112:1
**instance**
106:8 148:14 151:19
    152:11
**instances**
22:9
**instructed**
20:13
**instruction**
33:6,10,11
**instructions**
105:6,11
**instrument**
160:15
**interest**
107:4 121:19 123:14
    142:16
**interested**
161:20
**interests**
90:21
**Investment**
1:7 8:5 134:10,14
    152:11
**Investments**
131:11,22 132:1,7
    134:5 135:3,13
    137:15 142:19 148:25
    149:2 151:14,16
**investor**
1:4 5:14 141:14 143:17
    150:3
**investors**
143:19
**involved**
131:18
**IRA**
71:18 72:9
**Irving**
2:7 4:21,23,25

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

**issue**
6:11,16 20:19
**issued**
118:19 130:20,23
**issues**
6:13
**issuing**
50:1
**item**
49:9
**items**
76:25

**J**

**Jackson**
30:23 92:19 136:11
**January**
18:14,16,17 91:22
**JC**
27:1,8
**Jersey**
1:20 161:5
**job**
13:12 20:15 135:1
**Jodi**
11:13 17:4 29:18,19
30:3 31:24,25 33:4,5
33:9 35:17 36:1 38:13
46:19,20 66:9 81:10
81:12 82:4 105:15
131:15 151:3
**journal**
26:24,24 27:8,8,14
35:5,6 36:19,22,23
37:6 38:21 41:9 50:9
50:18 51:17,20 57:4,5
58:22 62:2 64:23,25
76:2,5,7,16 77:7 85:5
**journals**
75:14,19,22 77:4
**judge**
6:12
**July**
10:1,2 108:9,18

**June**
1:22 4:3 161:25
**JURAT**
160:1

**K**

**keep**
73:17 149:6
**keeping**
149:9
**kept**
13:10 53:20
**key**
17:8 23:19 46:25 47:3
49:23,25 56:19 58:4
67:7,12,19 68:1,23
75:7,10,13 81:19 83:4
84:12 85:25
**keyed**
45:25 76:12 81:6 133:7
135:16 145:7
**keypunch**
156:3,11,19 157:2
158:3
**Khan**
11:17,19,20 52:11 53:2
**Khan's**
127:4
**kind**
9:17 12:11 13:1 32:9
43:6 44:3 72:2 140:21
**knew**
33:13 63:11 131:17
**know**
8:1,9 12:23 13:9,15
14:5 15:1 20:3,9 21:4
21:6 22:12,13 23:2,12
24:5 26:5,10,11 27:4
29:4,5 30:14 31:5
32:6 34:19 40:13 41:6
42:15 43:1,16 45:22
46:7 64:15 69:8 85:1
86:11,11,13 89:17,19
91:6 98:16 99:1 101:9

107:8,9,10 109:5
117:20 119:12 121:22
125:4,23 126:1,19
129:25 130:2,17,21
131:7 132:21,21,22
133:10,10,15,17
134:1 135:5,6,8,9,12
137:8,9,11,11,13
138:1,1,3,4,5,5 140:5
140:11 142:23,25
143:2,19 144:12,15
145:1,2,4,11,17,18,24
146:9 147:6,15,16
148:3 149:4,11,12,21
151:1,1,6,8,12,24,24
152:15,17 157:5
**knowing**
152:7
**knowledge**
14:7 24:22 132:15
137:3 151:14
**known**
160:12

**L**

**L**
1:7,12 2:9 5:5,5 8:4
91:20
**label**
22:25
**labels**
22:2,4,6,7,8,10,12,14
22:16,22 23:13 51:7
**ladies**
14:20,21
**large**
25:5 52:2
**larger**
88:8
**law**
5:1
**leading**
48:4 63:3 70:25 74:17
75:5 78:25 92:11

**learn**
131:10
**leave**
72:10
**ledger**
17:6
**ledgers**
46:8
**left**
10:8 12:2 20:2,4 26:7
26:12 32:22 34:17
68:24 72:20 90:14
92:18 107:6 136:15
143:9
**left-hand**
55:4
**legitimate**
132:2,13
**let's**
18:19 21:6 27:8 28:6
36:3 54:8 59:15 67:4
73:22 127:22 138:14
138:17 139:22 140:15
140:16,25 141:16,16
143:5,22 145:21
146:2 150:19
**letter**
15:21 111:23
**letting**
25:12
**Leung**
1:17 3:4 5:8 6:25 7:1
8:14 26:5 65:12 129:2
129:22,23 153:2
157:5 159:2 160:2,6
161:7
**Levy**
41:24
**Liberty**
38:1
**Limitations**
6:10
**limited**

SIPC v BLMIS                                          Leung 6/2/2016

CONFIDENTIAL

6:13,16
**limits**
6:5
**line**
27:1 47:15 54:14,22
55:18 67:22,22,24
71:21 72:15,15,15
73:14 74:6 80:2 83:23
90:14 92:22 93:7,10
102:23,24,25 103:13
103:14 105:22,22
107:3 108:18 110:10
114:13 123:14,15
**lined**
101:24
**lines**
66:11,12 72:14 84:8,20
99:17 100:4,6 110:22
115:6
**Liquidation**
1:6 2:8
**list**
20:16 21:3 30:7 38:6
76:11,13 80:23,23
**listed**
17:11 28:1 93:18,22,25
114:11 116:20 131:20
136:24
**lists**
39:15 76:15
**Litigation**
5:19
**little**
18:19 19:14 49:5 57:12
67:17 73:23 109:14
131:9 146:10
**LLC**
1:8
**LLP**
2:3,11 5:2
**located**
4:8 10:11
**log**

44:8,10 52:10,23 53:5
53:18,20 56:12 89:13
89:23 110:20 111:10
111:16 115:1 146:8
146:10,19 147:1,17
148:1,6,19,24 154:3
154:11
**logged**
130:25 146:12,16,17
**logs**
52:8,9,9 53:1,8,16,22
53:24 108:6 130:25
146:5 148:25 149:5,6
149:9
**long**
72:13
**longer**
32:22 74:11 98:14
**look**
6:21 25:8,12 26:13
28:12 33:1,25 34:15
36:3 38:11 40:24
43:16 44:16 47:20
49:7 52:6 54:8 55:10
78:6 91:10,13 95:4
101:9 106:25 108:15
111:25 121:2 123:18
130:23 134:23 135:1
135:1 138:20 139:8
140:15,16 150:19
155:6
**looked**
17:6 31:5 36:14 46:7
65:19 133:9 149:5
150:7
**looking**
16:7 25:10 39:11 48:19
90:3 91:9 96:25 97:18
99:14 111:19 119:14
139:12 148:15
**looks**
34:20 35:1 36:2,6,10
37:22 90:5 91:2 92:5

101:13,17 103:23
109:18 110:3 111:23
113:21 114:22 117:1
138:22 142:1,15,17
144:23 145:5 151:2,2
**losing**
67:9
**lot**
72:13 89:25 138:24
143:19 147:18
**Luncheon**
128:21

---

**M**

**M**
2:12
**Madoff**
1:7,12 2:9,13 5:3 8:5
18:1 91:20 131:5,11
131:18,21,22 132:1,6
134:5,9,13,19 135:2
135:13 137:6,15
142:19 148:25 149:2
149:19,22 150:3,13
150:23 151:13,16
152:11
**MADPBB01988423**
116:13
**MADTBB01988419**
113:3
**MADTBB01989845**
109:16
**MADTBB03079123**
102:14
**MADTBB03079156**
105:1
**MADTSS00336521**
59:18 63:19 65:17
**MADTSS00336523**
26:3
**MADTSS00336545**
28:7 84:6 155:12
**MADTSS00336546**
41:18

**MADTSS00336550**
94:21
**MADTSS00336551**
97:20
**MADTSS00997643**
52:22
**MADTSS00998813**
52:19
**MADTSS00998814**
54:9
**Magdalena**
14:22
**mail**
42:15
**mailed**
20:9 23:9 24:7 68:21
133:13,14
**mailing**
22:7 23:13,17,18
**mailroom**
20:10 127:22 128:2
**main**
44:1 46:22 47:20 48:13
61:19 67:18
**maintained**
24:23 157:12,15
**maintenance**
48:16,23 70:1,4,8 73:6
87:9,17 88:7,10,24
89:3 90:1 94:25 95:11
95:25 96:6,12 97:11
100:22,23 102:19
104:8 106:20,24
109:22 113:5 121:16
122:1 123:2 124:2
125:12
**making**
96:16 108:12 128:10
128:12
**manage**
150:11
**management**
120:3,4,18

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

**managers**
150:1
**manual**
12:25 39:7
**mark**
113:15 116:3
**marked**
3:18 6:6 25:4 33:24
  43:15 52:1,4 87:5
  101:8 109:4,12
  112:21 113:17 116:1
  116:4 117:25 118:22
  120:23
**markings**
121:8
**marks**
35:10
**match**
22:22 23:1 148:7,17
**matter**
5:13 6:4
**MDPTFF-**
43:24
**MDPTFF00000697**
49:7 60:23
**MDPTFF00000701**
48:20
**MDPTPP00129279-...**
3:16
**MDPTPP00129319-...**
3:15
**mean**
11:4 15:9 19:25 22:5
  25:14 26:10 27:4
  39:21 42:25 46:4,13
  47:3 49:14 60:7,19
  63:13 64:13,14 66:7
  67:16 69:14,18 70:4
  84:11 85:15 86:9
  88:15 91:4,7 96:20
  97:6 102:6 103:25
  104:19 106:22 114:20
  115:12,13 119:2,4,12

128:12 132:19 133:7
  133:11,12 134:2
  135:19 140:21 142:13
  143:16,20 145:25
  146:7,18,21
**meaning**
75:3 85:18 126:16
  135:4,6,8,9
**means**
40:13 55:22 62:22 69:8
  84:13 85:20 98:21
  117:7 142:24
**meant**
109:8 126:11 135:13
  136:1,4,5 139:13
  142:20,25 143:1,3
  144:13,22 145:19
**medication**
8:15
**medications**
8:18
**memo**
21:25 24:16 40:16 93:9
  94:12 95:1
**memo01**
47:1,4,7,11 49:15,17
  49:20 50:21 56:19
  58:4 67:8,13,19 68:2
  68:23 76:12,22
**memo02**
47:8 49:15,17 50:22,25
  51:2,2 56:22 75:7,13
  75:14 76:24 77:3
**memory**
8:19 92:12
**memos**
21:12 24:19,25 30:20
  49:10,14,19 51:10
  75:16,20 77:14,16
**mentioned**
135:15
**menu**
44:19,19 45:1,15,22,24

46:2,22,23 47:1,20,22
  47:23 48:3,13 49:3
  60:5,6,20,24 89:19
  95:3,14 100:12 111:1
**menus**
44:17
**middle**
34:24 39:12
**mind**
39:6 56:9
**Mine**
54:16 110:14
**minus**
84:23 85:25
**minute**
33:21 128:16
**minutes**
63:16 123:21
**Mistras**
9:14,16
**moment**
24:14 35:16 52:25 79:1
  94:19 96:25 97:1
  98:17 99:8 105:3,21
  106:6 108:5 110:19
  123:18 127:15 149:13
**money**
18:23 35:14
**month**
9:25 18:4 45:19,20
  58:25 59:14,24,25
  81:18,22,23,24,25
  82:9 83:1,3,9,18
  93:20 105:24 114:7
  119:22 120:9
**monthly**
80:11,14,20,24 81:4
  82:5,16,16,22 83:1,7
  83:16,19,21 84:1
  119:23
**moon**
27:17
**morning**

4:1 5:10 136:17
**Mui**
4:16 129:21
**multiple**
76:17 78:7 104:4,9
  107:9,11

---

**N**

**N**
2:1 3:1 5:5
**name**
4:4,15 5:6,10 6:24
  12:13 14:3,5,9 16:13
  16:21 22:25 23:1,16
  23:23 29:10 34:20
  37:23 38:23 40:2,5,11
  48:1 49:24 50:3,5
  69:6,10,11,12,15,20
  69:23,24 70:10,16,20
  70:22,23 71:16,19,23
  71:25 72:6,9,11,12,20
  72:21 73:7,8,18 74:2
  74:4,5,12,15,19,24
  75:3,25 78:3 79:24
  80:6 82:7,20 83:24
  87:8,16,23 88:24 89:3
  89:25 90:5,9 91:18
  92:7 94:5,24 96:11
  97:10 98:5,9,11,18
  100:7,13,25 102:18
  103:11,15,17 104:8
  109:21 112:3,4,4
  113:4 114:4 116:17
  124:1 125:12 129:5
  130:3 141:25 143:17
  159:2 160:15
**name'**
71:16 80:5
**name/**
88:6
**name/address**
69:7 79:25 88:10 96:5
  96:6
**Namenu**

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

47:22 49:2 95:3,13
99:21 100:13 111:1
**names**
21:15 22:24 80:22,23
**Nancy**
1:18 4:18 7:10 161:3
161:23
**National**
38:2
**natural**
139:18
**Near**
29:22
**need**
8:8 13:14 71:23 146:17
**needed**
102:7
**needs**
66:5 71:16 80:5,6
104:13 105:7 130:13
**neither**
161:16,18
**never**
27:6 131:17 134:5,9,13
143:11 150:2 152:2
**new**
1:1,20,20,21,22 2:4,4
2:12,12 4:9,9,13 5:16
10:13 16:6,11,16 81:1
81:19 89:5 96:16
125:7,9,13 126:17
127:12 161:5,5
**night**
92:19
**nine**
115:6
**nod**
7:15
**normal**
78:5 102:10
**normally**
29:17 40:20 45:17
49:24 61:7,19 76:18

86:14 102:8 104:11
104:11 136:14
**Notary**
1:19 160:22 161:4
**notation**
83:15 97:2 111:8
**notations**
82:11,14,17 105:4
**note**
71:3,18 79:20 80:3
83:22 90:21 97:7
111:23
**notebook**
13:5,6
**noted**
78:15 111:15 160:5
**notes**
13:4,5 30:3,6
**number**
2:13 4:13 6:11 29:10
31:1 32:2 34:23 38:17
44:19 47:21 49:24
50:3 57:17 58:23 59:8
61:5 64:8,11 65:5,9
67:25 69:10 70:12
71:15 78:4 82:19 93:1
93:2,7,8,10,11 94:10
101:16 102:21,22,23
103:2,20 109:24
113:25 116:19 117:14
125:6 128:23 139:23
140:25 141:17 148:15
148:17
**numbers**
56:20 63:23 66:14 81:2
101:18 139:1

---
**O**
---

**o0o-**
158:10
**oath**
8:22 131:4 160:12
**objection**
48:4 63:3 70:25 74:17

75:5 78:25 92:11
133:5,23 136:7
137:18,25 138:9,12
139:15,21 140:7
141:21 142:22 144:1
144:8 145:3,13 147:5
147:10,21,25 148:10
149:3,10,20 150:8,14
150:15,25 151:22
152:6,13
**occurred**
147:23
**occurring**
141:8
**office**
1:20 4:8 10:11 19:23
20:3 24:21 101:24
136:13 160:19
**oh**
11:17 12:14 18:4,14
27:13 44:9 57:24
66:12 67:12 91:20
114:14 124:12 130:11
139:9
**okay**
6:23 7:7,12,17,22,23
8:1,2,6,7,13 9:20,24
10:7,13 11:17 15:16
16:10 18:18,21 19:19
20:8 21:9 25:7,19
26:4 27:3,18 28:17
30:25 33:19,22 34:4
34:11,14 35:24 36:3
36:18,22 37:22 38:1,5
39:8 40:3 41:1,2 42:8
43:14,18 44:19 45:2
45:12,21 47:10,17,19
49:4 50:2 51:14,23
52:18 54:24 56:2,9
57:9,12,15 58:1,24
59:13 64:20 65:2 66:1
66:10 67:4,9 71:11
73:22 74:23 80:13

84:9,21 85:22 87:4
91:20 96:2 98:1 99:3
99:16,22 101:4,11
104:14 108:4,21
109:11,21 110:8
111:6,19 113:14
118:3,20 119:24
121:11 122:24 124:10
127:14,16 129:8
130:14 131:8 136:8
138:25 140:14,24
141:2,18 142:5
143:21 145:2,8
149:12 152:18
**old**
20:19 125:6,8,11,16
**older**
53:23 124:16,19
**once**
18:4 19:4,19 24:2
26:21 27:16 30:16,18
44:12 47:8 50:23
53:23 76:24 81:5,18
82:2,24 83:3 92:14
94:12 111:14 119:22
120:9,12
**one's**
17:15
**ones**
28:2 150:9
**open**
49:22 67:20,24 90:9
125:9
**opened**
125:7
**opening**
16:16 96:16
**operator**
156:4,11,19 157:3
158:3
**orally**
137:10
**order**

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

5:20,21,25 6:4,9,9
7:18 20:25 94:7
109:14
**originally**
139:25
**Ortiz**
14:23
**outcome**
161:20
**outgoing**
17:11 33:7 35:18 77:10
**overview**
43:6

**P**

**P**
2:1,1
**p.m**
112:15,18 128:20,23
152:22,25 158:8
**page**
3:2,13 25:9 26:2 28:2,6
28:8,12,13,18,20 33:3
34:12,16 35:25 36:4,5
36:6 37:14,15,21
39:10,12 41:18 43:24
47:15 48:17,23 49:6
52:19,21 54:8,12,18
55:1,5,8 59:17 60:23
63:18 65:16 67:6 75:8
79:17,20 84:5,8 87:9
88:9 90:4,9 94:20,23
95:5,7,9 97:1,19 99:9
99:11,11 102:13
103:5 104:5,24 108:6
108:7,8 110:9,19
111:7,20 113:2 115:3
118:9 121:13 122:9
122:21,22 123:23,25
124:4,5 138:25
140:22,25 141:4,17
141:23,25 150:21,22
155:7,9,12,16,16,18
155:23,25 156:6,8,15

156:16,22,22,24
157:10 158:1
**PAGE/LINE**
159:3
**pages**
25:6 32:18 34:3,5 52:3
55:1 109:15,20
140:20,23
**paper**
21:14 33:18 66:11
75:24 77:21,22
**papers**
99:2
**paragraph**
6:8,21 28:19,22 33:1,2
33:4 41:19 59:20 60:4
63:20,21 64:5,17
75:11
**paren**
90:10
**parens**
90:10
**Park**
2:11
**part**
20:8,15,17 28:3 33:15
64:21 72:18 86:2 88:7
102:10 120:6 122:16
134:25 153:6,15
**partially**
80:2
**particular**
142:1,10
**parties**
4:17
**party**
161:17
**pay**
94:7
**payable**
71:19 72:8,18
**payee**
69:18,19 74:6 83:23

**pending**
8:10 59:22 60:8
**people**
16:7 128:1 131:20,21
136:14
**perform**
11:10 86:1 108:24
153:23
**performed**
25:24 55:16 153:3
154:3 155:13,21
156:3,11,19 157:2
**performing**
15:6
**person**
153:7 160:14
**personal**
40:16
**personally**
160:11
**personnel**
153:7
**persons**
147:8
**phonetic**
114:1
**Picard**
2:7 4:21,23,25
**pick**
73:10
**picked**
73:9
**pieces**
21:14
**place**
12:10 23:24 65:3
161:13
**Plaintiff**
1:5
**Plaza**
1:21 2:3 4:9
**please**
5:7 7:25 59:19 91:17

110:9,10 128:18
129:4 155:7,23 156:6
156:22
**plus**
84:22 85:16,18,19
86:13
**point**
54:5 74:8 140:1
**Ponzi**
131:11 132:23
**pops**
49:24
**populate**
72:5 93:12 94:13
**populated**
70:17,19 73:1 83:24
94:5
**populates**
69:10
**portfolio**
119:9,21 120:4,10,18
144:21
**portion**
90:9 97:23 107:2
**portions**
99:14
**position**
10:4 16:10
**positions**
14:24 15:1
**positive**
86:12
**possession**
143:9
**possible**
139:11
**post-high**
9:9
**pre-printed**
66:17
**prefer**
129:21
**preprinted**

SIPC v BLMIS                                     Leung 6/2/2016

CONFIDENTIAL

Page 177

present
2:15 4:16
pretty
33:13 107:1 146:7,8
previously
3:18 6:6 109:12 112:21
118:22 120:23
print
19:17,21 20:13,16,20
20:23,25 21:11 22:2
22:12 24:6 38:14
45:10 46:15,16,18,24
49:14 50:25 51:12
57:14 68:7,12,14
72:16 75:18,19 76:16
76:25 81:15,16 91:14
92:16 119:5 120:8,14
125:20,21,21,24
126:13,13 128:5
136:10
print-outs
75:24 128:12
printed
19:5,6,15,19 21:10
22:3,14,16,19 24:2,15
24:16 38:7 39:4 40:8
51:2 53:9 75:18 77:20
78:20,23 79:2 81:9,13
81:22 82:10 92:14
93:16 115:13,14,15
120:5,12 125:8,15,19
125:20 127:7 143:7
154:15
printing
37:7 40:19 51:1,5
128:9
printout
46:8 124:22 125:6,11
prior
5:18 81:23 131:17
161:6
probably
23:4 27:22 34:20 56:24

67:20 102:6 111:12
126:17,20 140:18
problem
100:3
procedure
16:16 28:14 51:18,21
59:4,11 67:5 73:25
86:6 89:18 95:10,16
95:21 96:13,15,20
99:23 108:23 111:2
111:10,16 146:11,15
146:16 148:12
procedures
25:20 53:6 146:23
157:2
proceeding
4:13 5:15
process
15:6 21:6 28:8 51:6,9
56:13,14 57:10,10
59:10 61:5 63:8 71:4
71:25 76:17,19 87:25
146:24 147:14 153:16
153:18
processed
42:11 51:4 57:3,5 59:7
118:25 147:16 148:22
processes
155:9,11,17,24 156:7
156:16,24
processing
18:20 56:22 64:21
produce
13:21
profit
6:11,14,16,17 27:10,11
27:11 29:3 32:3 35:8
36:25 37:2 38:4 39:24
84:25 85:12 91:7
118:12 130:7,17
134:10,15,18 135:4
135:14 136:4,5 137:4
137:6,13 139:9,11,13

141:14 143:12 150:4
151:11,20 152:1,3,12
profit/dividend/inter...
97:24
profits
90:20 91:2,3,5 97:16
98:22 107:3 123:14
142:16 144:7,9
profits/
109:25 113:6 117:4
profits/dividend/
121:18
program
73:20
programmers
73:12,15
prompts
60:21
pronounce
6:24 91:24 130:3
pronouncing
129:15
protect
5:21
Protection
1:4 5:14
protective
5:19,24 6:3
proved
160:12
provide
11:9
provided
5:23
providing
132:12
Public
1:19 160:22 161:4
pull
102:1,7 144:22
pulled
70:14 74:15,19 102:8
144:22

pulls
144:21 145:6
punch
28:15,25 35:17 84:11
84:22,23 86:9
punched
33:8 85:16 93:16
punching
71:15 84:13,16
purpose
5:20 63:8 160:17
put
13:8 19:22 23:13 30:13
47:14 50:2,13 51:23
54:2 57:13 67:19,21
72:14 73:7 102:5,8
136:12,16 142:15,24
146:21
puts
60:13
PW
27:22 35:8 37:7 38:1,3
39:24 40:1 41:24
42:20,22 51:20 55:20
55:24 56:3,6 57:5
58:23 79:3 84:21,24
85:16 86:17,22
114:15 115:11,14
117:18 118:14 135:13
135:16,22 136:4
137:14 139:3,13,16
148:20 150:23,23,23
150:23 153:6,12,15
154:15
PW's
27:10 36:24 56:22 57:1
62:6,9 67:2 78:16,23
86:12,23 119:15

Q

quarter
83:11,12
quarterly
46:1,2,5,18 80:11,15

SIPC v BLMIS                                        Leung 6/2/2016

CONFIDENTIAL

80:20,24 81:4 82:22
83:2,10,22 84:1
**question**
7:22 8:4,10,11 31:7
63:18 108:17 127:15
129:3 130:15,16
135:25 138:5
**questions**
7:9,14,21,25 8:16 34:3
34:12 101:10 120:24
129:18 149:14,16
158:6

**R**

**R**
2:1,5 27:12 61:16 62:4
63:23 64:16,18,21
90:22 97:3,8,25 98:3
98:14,18 104:1,10
105:9,25 106:2,3,14
106:21,22 107:15,20
117:5 121:20 122:4
123:3,10,11,11,15
**R's**
17:7 103:19,25 104:4
107:21
**ran**
53:14 62:23,25 144:11
145:9,16,22 148:4
**random**
144:3
**read**
25:14 28:18,22 33:2,2
39:20 40:4 41:19
47:21 55:19 59:19
63:21 68:24 69:4 71:8
71:12,21 73:25 75:10
79:22 80:1 84:19
92:24 94:22 97:22
102:25 105:21 110:9
110:25 114:12 115:9
117:16 126:24 160:2
**reading**
32:17 71:10

**ready**
20:21 43:17 51:1 101:9
136:15
**real**
133:8,9,14,16 134:2,3
**really**
12:9 16:8 21:25 35:22
73:13 89:15,17
135:25 138:23 142:25
143:2 144:12 145:11
146:11 149:4
**Realtime**
161:23
**reason**
25:16 49:16 72:3
141:13 159:3
**recall**
15:15 16:18 21:21
22:15 25:16 27:16
28:9,11 31:4 32:5,13
32:19 33:9 35:12
38:10,10 40:12 42:3,7
42:8,17,20,22 43:3
45:23 49:12,19,21
57:7 78:17 79:4,11
89:22 90:2 120:20
128:12,13 138:23,23
140:10,20,23
**receive**
12:24 17:24 27:12
31:22 56:16 61:4,17
64:18,18 83:1,19
98:15 104:1 111:24
112:6 128:8 151:5
**received**
30:8,16 31:20 42:13,16
44:23 50:1 56:21
68:10 82:10 83:14
91:5 96:20 104:8
106:6,8 109:4 112:2
130:17 131:5 134:15
134:24 151:20,25
**receiving**

100:25
**recess**
65:7 112:16 128:21
152:23
**recognize**
25:13,19,23 27:4 28:7
32:2 34:5,8,9 35:10
35:24 36:5,8 37:17
43:19 52:7 54:12 67:5
67:10 69:2 80:7 87:7
87:13 90:4,6 91:11
92:3 101:12 102:14
102:16 103:4,7,21
109:13,17 110:5
111:22 112:22 113:9
113:19 116:7 117:10
118:23 120:1 121:1,8
121:14 122:12,14,25
126:7
**reconciled**
148:8 149:1
**record**
4:2 5:7 28:19 33:3
41:20 47:21 48:19
52:18 55:19 59:20
63:24 64:2 65:6,10
69:4 71:9 74:1 75:12
79:23 80:1 87:10 90:8
97:23 110:10,25
112:13,15,18 115:10
116:22 117:17 121:6
126:24 128:17,20,24
129:5 133:24 152:20
152:22,25 158:6,8
**recorded**
43:7 148:6
**records**
24:23 131:2 146:3
149:1 152:2
**refer**
8:6 64:4 99:22 100:18
117:9 129:3 154:21
**reference**

75:7 111:3 139:25
150:18
**referenced**
6:22 95:1 105:3 121:6
**references**
60:4 108:8
**referencing**
118:12
**referred**
3:19
**referring**
26:8 52:19 60:24 77:2
80:12 87:11 96:1,5
103:9 105:11 111:6
118:8 122:9 125:16
125:17 126:22 153:21
**refers**
32:7 95:16 99:11 108:7
116:24 117:7 129:8
**reflect**
97:12 155:12,20 156:2
156:10,18
**reflected**
107:13 139:2 147:22
**refresh**
92:12
**regard**
137:4
**regular**
28:2 78:5 158:2
**regularly**
40:19
**reinvest**
90:22 97:3,9,13,25
104:2 108:13 109:7
110:2
**relate**
135:19
**related**
6:14,17 27:19,23 99:14
**relates**
80:3 101:16
**relative**

SIPC v BLMIS                                      Leung 6/2/2016

CONFIDENTIAL

161:16,18
**reliability**
137:23 138:11
**remember**
9:24 12:13,15 13:17
14:17 15:11,12 16:14
16:19,21,22,22,24,25
17:14,20 21:2,4,7
23:20 25:14,17,18
31:6 32:8,9,9,14,16
32:17,18 33:17,17,18
34:7 35:22,23 42:5
44:9,10 45:18 46:17
46:23 47:13,18 48:2
49:3,16,17,18 50:14
50:15,19 57:25 58:2
61:1 65:23 67:9 71:24
72:2,4,22 73:13 74:3
79:7,12 80:21,22,25
85:4 87:22 89:24 92:8
92:13 120:16 121:3
126:16,20 128:2
130:23 135:7 140:21
141:19,23,25 142:2,9
**remembering**
73:5
**remove**
72:10,17
**removed**
72:19
**repeat**
130:14,16
**rephrase**
8:1 20:23
**report**
24:9 46:18 80:4,10,20
80:21,24 81:4,6,9,17
81:19,20,23 82:8,9,11
83:4,14 114:14 119:8
119:11,13,15,22
120:3,4,5,10,11,18
144:20,21 145:22
146:24 148:16

**reported**
1:18
**reporter**
1:19 4:18 5:6 7:10
45:14 161:4
**REPORTER'S**
161:1
**Reporting**
4:6
**reports**
24:6 45:4 80:12,14,14
80:17,23 118:24
119:19 143:24 145:9
145:16 148:2,3,7,12
154:24 155:1
**represent**
4:18 5:13 34:25 95:9
157:1
**represented**
124:14 153:13 154:10
**representing**
144:6
**represents**
121:23
**reproduction**
157:11
**request**
120:15,17 134:25
152:16
**requested**
152:12,15,15
**requesting**
137:4,6
**requests**
82:6,22 128:8
**requires**
6:12
**respect**
147:7
**responses**
7:14
**responsibilities**
13:13 102:11

**responsible**
19:11
**rest**
33:18
**result**
45:2
**Rev**
122:15
**review**
6:7 20:3
**reviewing**
115:21
**right**
19:16 26:2 33:23 35:19
38:20 40:9 44:2 51:4
51:5 68:22 69:19 73:2
73:4 74:10 82:1 94:15
99:6 104:22 117:23
126:23 133:19,25
134:1,6 135:21,24
136:2,18,23 137:2
141:4 142:8 143:4
144:2,4 145:1,1,20
149:7,15 150:2 153:8
154:1
**right-hand**
126:6,8
**ring**
143:17
**RMR**
1:19 161:23
**Robert**
2:16 4:4
**Rockefeller**
1:21 2:3 4:9
**room**
14:13,15
**rows**
107:9,11
**run**
20:17 45:19 46:3,5,9
59:24 60:1,16,19 61:2
76:24 80:20 81:5 83:5

83:7 118:25 119:3,4
119:13,18,19 120:18
120:19 144:20 146:25
146:25
**running**
60:3 67:7

---

### S

**S**
2:1 3:12 90:22 97:2,6
97:16,24 98:3,14,18
98:21 104:9 105:9
106:22 107:16 110:4
113:8,10,12 117:5,6,7
121:20,21 122:3
123:3,5,10,15 142:12
142:15,20,24,24
**S's**
103:19,25 104:4
107:18,20
**sackerman@bakerla...**
2:6
**safe**
129:24
**safeguard**
114:15 117:18
**save**
108:20
**saw**
67:12 134:21 143:11
152:2
**says**
16:20 26:23 27:11 38:1
40:14 48:17 50:13
52:17 54:23 65:24
69:5 77:3 79:5 85:16
90:14,22 97:7 98:24
105:25 106:21 110:3
119:15 129:10 139:3
139:5 144:9 148:15
148:16 150:23
**sbrown@bakerlaw.c...**
2:6
**scheme**

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

131:11 132:23

**school**
9:7,9

**scores**
5:2

**screen**
16:23 43:20,21 44:1,11
47:4,10 49:22 50:10
50:12,17,20 58:5
67:18,19,20 68:2
69:13 70:14 96:19
106:25 107:3 122:2,8
123:6 125:8,20,25

**screens**
125:22 126:13

**screenshot**
121:15 123:1

**screenshots**
43:22 128:10,13

**seal**
160:19

**Seanna**
2:5 4:22 5:12

**second**
6:3 29:1 34:22 51:24
54:7 63:20 72:15,15
77:19 102:24

**secretary**
87:21

**section**
40:15,16 113:7 121:19

**securities**
1:4,8 5:14 8:5 131:18
132:7,14 137:7,20
138:8 149:19

**security**
26:6 59:21 103:16
109:1 144:18

**see**
16:19 18:1 19:4 21:6
24:9 26:23 27:8,17
29:12,13 30:11 35:21
39:13 44:12 45:25

47:11 56:4 64:7 67:4
68:24 71:16 79:20
80:4 86:12 90:13,24
91:1 99:18,20 102:22
103:3 104:7 114:12
116:19 119:15 123:11
127:22 130:21 142:14
142:23 143:8 147:9
147:14,24 148:3

**seeing**
16:14,22 33:17 34:7
49:17 65:23 140:20
141:19,23

**seen**
134:17 138:16,18,21
139:19 140:17 149:18

**sees**
73:16

**sell**
144:18

**send**
90:22 91:3 97:2,7,12
97:25 104:1 108:13
109:4 110:2,11,12,16
113:13 117:8 142:12
142:13,15,17,24
150:3

**sending**
19:11

**sense**
71:18

**sent**
19:1 24:3,4 38:7 43:7
91:3,8 98:22 114:20
130:6 152:2

**separate**
50:16,17 56:25 76:7
77:16 78:15 118:1

**September**
110:12,21 114:9,15
115:5,5,6 117:14,18
118:4,13

**series**

35:10

**set**
73:16 96:13 101:4
161:14

**sets**
32:18,19,22 41:23 42:3
42:5,7 148:8

**Setting**
6:9

**settle**
60:7

**settlement**
59:22,25 109:1

**settles**
59:22 60:13

**setups**
39:25

**shake**
7:16

**share**
53:17

**shared**
5:19

**shares**
61:17

**she'd**
88:4,11 120:19

**sheet**
16:20 21:25 23:16 33:7
33:15,17,17 35:17
61:11,13 63:22 64:6,7
66:2,3,4,10 76:14
112:5 113:5 116:18
122:18 144:10 159:1

**sheets**
17:10 26:14 33:10,11
44:23,25 46:8 61:8,20
61:23 62:3,7,10 63:20
64:25 65:13,19 66:17
66:24

**shift**
147:13

**shifts**

147:12

**short**
103:15

**show**
25:3 33:23 43:14 51:25
61:13 62:21 64:7
75:25 77:17 87:4
109:11 112:20 115:25
118:21 120:22 121:6
123:12 131:3

**showed**
12:23 134:21

**shows**
113:8 117:6 124:8
130:25 131:1

**shut**
18:11

**sic**
63:19

**side**
80:25 82:8 126:6,8

**signature**
92:4 126:10 160:4

**signed**
5:24 92:15,17 143:8,9
143:11

**similar**
36:6,13 59:6

**simply**
147:23

**single**
33:15 151:19 152:10

**SIPA**
1:6 2:8

**SIPC**
4:10

**sit**
14:11

**six**
99:17

**small**
28:10,25 146:16

**social**

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

103:16
**Sofie**
116:11 117:13 124:9
    129:9,12
**sorry**
11:15,18 20:23 30:7
    32:21 42:25 45:14
    48:9 56:1,5 62:23,24
    67:16 71:10,13 73:13
    76:6 88:18,19 98:12
    100:2 104:21 110:12
    114:4 124:23 126:15
    129:11 130:11 139:9
**sort**
135:21 136:21 140:5
    142:20
**sorts**
149:9
**sounds**
45:23 47:24 49:15 60:9
    100:20 143:20
**South**
141:5,8,12
**Southern**
1:1 4:12 5:16
**speak**
7:20 112:9 134:8
**speaking**
73:14
**specific**
6:4 150:18
**Specifically**
6:8
**spell**
129:4
**spelled**
129:13
**split**
141:13
**stack**
66:16 88:4,5
**stamp**
26:3

**stand**
84:24 85:7
**stapled**
88:13,25
**start**
7:5 15:25 69:13 87:6
    94:11 121:12
**started**
10:5,10 11:24 12:20
    14:6 16:1 32:10,15
    42:6 43:4 44:14 46:23
    48:3,12 72:23 73:24
    78:17,19 146:19
**starting**
33:4 41:20 54:11 55:4
    109:16 119:7
**starts**
28:23 103:16
**state**
103:14 160:7,23
**statement**
3:14,16 45:7 93:19
    113:21,22,23 114:8
    114:11 115:21 117:13
    117:14 118:5,17
    131:1
**statements**
58:25 59:3,12 132:18
    133:14,22
**States**
1:1,20 4:12 161:4
**status**
108:13 110:2 121:19
**stenographically**
161:12
**Stephanie**
2:4 4:20 5:11
**steps**
13:4,9 20:17 148:24
**stock**
40:2,5,11 77:24 78:2
    141:8
**stocks**

78:7
**stood**
135:13 143:1,3
**stop**
18:9 40:3
**stopped**
124:25 125:1
**stored**
23:24 98:8
**strategy**
151:15
**Strike**
76:6
**stuff**
17:7 61:19 72:14
    122:11 133:8 147:1
**subscribed**
160:15
**Substantially**
1:7
**Substantively**
2:8
**superiors**
137:15
**supervise**
16:3 18:6
**supervisor**
10:25
**suppose**
19:3 26:23 89:18
**supposed**
146:19
**sure**
13:16 20:6 22:11,14
    23:2 26:17 30:10 36:2
    36:20 43:2 63:6 73:15
    122:15,16 125:19
    128:7 130:19 138:6
    138:20 147:3 148:7
    148:12,16
**swear**
4:19
**sworn**

5:5 161:8
**system**
12:24 13:20,23 14:1,4
    14:8,9 16:1,12,17
    17:9 22:20 23:14,19
    26:19 29:15 30:17
    41:15 42:12 43:8 44:5
    46:14 48:9 53:7 57:14
    70:5,8 73:16 74:9
    82:25 84:15,18 87:18
    91:14 95:17,23 96:12
    97:12,16 98:3 106:22
    106:24 121:17 122:2
    123:7 125:22 126:3
    126:17 127:13,18,21
    127:23,24 128:6,9
    137:4 144:19 155:2
**Systems**
161:23

_____
                T
**T**
3:12 5:5
**table**
23:21 70:20,22 74:20
    83:24 94:6 98:9,19
**take**
6:20 8:8,10 13:4 25:8
    25:12 28:12 33:1,25
    34:15 36:3 40:24
    43:16 44:16 49:7 52:6
    54:8 55:10 65:3 73:17
    91:10 95:4 101:8
    106:16 148:13
**taken**
6:10 65:7 112:16
    128:21 152:23 161:12
**talk**
18:19 52:3 57:12
**talked**
35:16 84:10
**talking**
65:13 97:2
**tasks**

SIPC v BLMIS

CONFIDENTIAL

11:9 15:7 25:24 55:15
**technician**
4:5
**telephone**
112:10
**tell**
6:12 27:18 28:19 33:7
36:16 37:19 46:9
48:15 55:22 65:18
67:20 93:10 94:4
99:10 101:15 104:13
108:7 110:1,19 115:3
119:8
**telling**
56:9
**ten**
76:12,13
**testified**
24:14 88:23 98:17
118:6 134:4 136:3
143:6
**testify**
161:8
**testimony**
6:13,15 79:1 83:23
105:20 106:5 121:25
127:3 161:12
**thank**
6:2,23 9:5 11:20 12:16
51:23 52:25 54:24
98:1 100:3 101:4,19
102:13 104:22 114:24
115:24 117:2,15
120:21 129:16 152:18
155:4
**thanks**
43:13 124:10
**they'd**
89:6
**thing**
72:6 82:3 107:19
119:23 146:10
**things**

7:5 13:17 25:15 34:6
66:14 134:20 147:13
148:6
**think**
7:4 9:23 14:7 15:13
18:15,16 20:5 21:16
22:1 27:25 32:11,12
33:16 36:21 39:16
43:11 47:1,13,14
50:22 58:7,19 65:2,24
81:20 109:9 120:9
127:23 135:17,18
136:1 139:17,24
142:4,19 144:17
149:14 153:14
**thinking**
17:22,23 45:20 46:25
47:6,6 50:20 56:18
57:7,8,11,24 58:7,8
64:25 65:21 73:4,14
73:19 87:21 119:22
125:5,18 144:24
**third**
10:12 29:2 54:22 90:9
108:18 110:10
**thought**
67:8,9 117:24 132:6,9
132:11 136:4,5
139:13 142:21
**three**
28:23,24 32:11,12,14
32:16,22 41:23 42:3,5
42:7 109:15 139:25
140:8,11
**Thursday**
1:22 4:3
**tickets**
13:20,20
**Tiletnick**
92:9,13
**till**
18:13
**time**

4:3,16 7:24 8:9,9 11:24
12:8 22:17 39:18 40:7
42:4 53:9,11,17 57:2
65:5,9 71:24 76:20
88:2,4 89:24 97:6
109:2,6 112:14,17
124:24 128:19,23
141:9 142:18 147:15
147:24 152:21,24
153:10 154:18 158:7
161:13
**times**
76:17
**title**
10:4,7 28:20 94:22
96:4 119:8 141:5
**today**
4:2 6:13 7:6 8:16 9:1
131:4 136:3 137:22
138:11,15,18 140:16
141:20,24 142:20
149:18 150:7
**told**
13:2,4 20:22 27:6
86:15 109:10
**top**
37:24 50:13 54:11
63:24 64:1,4,8 90:17
97:22
**Totals**
35:14
**track**
24:4
**tracked**
24:10
**trade**
60:10 146:25
**trades**
59:23 84:16
**trading**
13:20 132:9 147:14
151:15
**train**

12:22 16:6
**trained**
12:11,18
**transaction**
26:6 77:17 114:3,10,18
117:16 118:5,11
119:9,21 120:10
**transactions**
6:14 132:14
**transcribe**
7:15,19
**transcribing**
7:11
**transcript**
161:11
**transfer**
41:7 85:3,5
**transfers**
61:21,24
**trial**
8:23
**tried**
146:8
**true**
99:5 144:5,11 160:4
161:11
**Trust**
71:18,20 72:8 73:17
122:15
**Trustee**
2:7 3:14,16,18 4:21,23
4:25 5:13 72:5 119:19
124:5 129:3
**Trustee's**
6:6 25:4 33:24 43:15
52:1,5 54:10 55:2
60:22 65:16 75:8 87:5
87:6,11 89:14 94:19
96:2 97:18 99:8 101:8
104:24 108:5 109:12
111:7 112:21 113:16
113:17,19 115:1
116:1,3,4,6,24 117:10

SIPC v BLMIS                                           Leung 6/2/2016

CONFIDENTIAL

118:8,22 120:23
121:5,12 122:21
123:19 124:3 138:17
140:16 153:21 154:16
154:22 155:6 157:9
157:10,19
**truth**
161:8,9,9
**truthfully**
8:25
**try**
7:19
**trying**
47:13 65:21 120:16
148:18
**turn**
26:1 28:6 37:15 44:5
67:4 99:9 110:9
119:25 121:13 138:25
156:22
**turning**
41:17 97:19 102:13
116:6
**two**
14:19,21 32:12,18,19
32:23 63:23 72:14
78:8 79:8 84:8,20
101:17 109:20 118:1
124:19 140:1,9,12
148:8
**type**
13:15 40:1,5 47:7,11
47:16 90:14 93:15
107:6 138:5 139:5,9
**typed**
47:4 94:14,16
**types**
26:16
**typical**
44:3
**typically**
104:10
**typing**

49:17

_____

**U**

**U**
5:5
**ultimately**
37:7
**Um-hum**
10:3 17:13 30:24 46:21
57:21 68:3,16 70:15
76:23 77:23 78:21
100:8 106:10 118:10
126:9 141:6 157:23
**underneath**
64:9
**understand**
6:18 7:25 8:21 63:13
97:6 114:17 148:18
**understanding**
31:9 37:2 41:3 63:7
86:17 104:3 109:3,7
119:10 122:17 135:3
151:10
**United**
1:1 4:11
**unsigned**
92:19 143:14
**update**
48:1,5,13 49:1 61:4
63:13 81:3 89:7,22
95:10 96:10 97:10
100:6,13,21 111:11
111:16 146:21
**updated**
60:2 74:9 95:22 122:1
146:22
**updates**
45:5,6 89:4,12,25
**use**
27:14 45:16 47:23 48:8
49:11 53:4,16 79:5
95:20 153:9
**usually**
11:22 41:22 60:1 69:22

136:13

_____

**V**

**v**
1:6
**vaguely**
16:18
**valid**
59:25
**VC**
27:15,16,17
**VD**
27:17
**verbal**
7:15
**verify**
81:6 147:20 148:25
**versus**
4:10 5:15
**video**
4:4
**Videographer**
2:16 4:1 63:15 65:4,8
112:14,17 123:20
128:15,19,22 152:21
152:24 158:7
**Videotaped**
1:17
**view**
127:25
**voluminous**
150:11

_____

**W**

**W2**
108:20
**wait**
12:14
**walk**
37:20 44:3 56:10
**Walter**
92:5,6
**Walter's**
92:6

**want**
6:20 33:23 34:10 36:1
39:20 43:14 50:11,11
50:13 51:25 65:22
77:18 84:5 97:25
104:25 127:14 133:17
**wanted**
68:5 129:17
**wants**
120:18
**wasn't**
32:11 45:9 89:17 140:6
**way**
18:7 24:3 59:6 71:5
104:25 130:12 131:3
138:6 147:19 150:16
151:10 152:7
**ways**
6:5
**We'll**
49:4 131:8
**we're**
25:11 48:19 50:24 52:2
68:9 81:24 84:14
86:15
**we've**
53:6 133:3 137:23
149:17 150:6,9
**welcome**
12:17 101:20
**went**
24:20 47:4 48:16 50:22
54:3 78:13 106:23
133:11 140:11 154:6
**weren't**
147:24
**white**
14:22 21:14
**Winnie**
20:3 24:22 30:19,23
82:2 92:19,19
**Winnie's**
19:22 20:2 24:21

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

Page 184

wire
61:14,15,20,24
withdraw
18:23 141:14
withdrawal
6:11,14,16 19:1 35:8
  36:25,25 38:4 39:24
  41:1 80:15 84:25 91:8
  94:1 114:22 118:12
  130:7,18 134:11,15
  134:18 135:4,14
  136:5 143:12 150:4
  151:20 152:1,3,12
withdrawals
6:17 27:10,10,19 31:18
  37:2 41:3,4 63:2 85:8
  85:10,13 86:20,23
  137:5,6,14 151:11
  153:13
withdrawn
144:7,9
witness
3:2 4:15,19 5:8 48:20
  52:19 87:10 95:6 96:1
  99:3 101:11 121:6
  126:21 159:2
words
40:10 133:19 137:12
  142:6
work
7:5 9:13,17,19 10:15
  10:19,21 11:3,4,14
  15:2,14 18:6 28:3
  31:3 52:8,9,10 53:1,5
  55:5,7 80:17 86:14
  87:25 89:13 108:5,8
  110:20 115:1,4 120:6
  132:24,25 133:15
  153:7,22 154:3,5,23
  155:13,21 156:3,11
  156:19 158:3
worked
11:25 13:7 16:9,25

17:25 25:15 40:7
  43:21 75:14 85:9,12
  109:2,6 133:1 137:15
  142:18 147:11 154:11
  157:20
working
9:21 15:25 18:9 41:25
  42:2 44:4,14 67:14
  85:4 151:13
works
147:12
wouldn't
111:24 131:6 133:16
  143:8 147:15
write
13:3
writing
134:17 137:10 149:18
  150:12
written
103:12
wrote
15:20

_____

                X
_____
x
1:3,10,14 3:1,12
  121:22
XI00836
161:24

_____

                Y
_____
yeah
13:5,16 14:2 16:9 18:5
  18:5 23:5 24:24 28:5
  30:21 38:10 43:11,11
  47:5 63:5,6 72:21
  88:3 100:6 101:2
  103:19 111:18 119:22
  132:9,24 134:1
  137:11,21 145:16
  146:6
year
14:14 52:14,22

yellow
17:23 44:23 61:8,10,12
  61:23 78:9,11,20
  79:15
York
1:1,20,22,22 2:4,4,12
  2:12 4:9,9,13 5:16
  10:13 161:5
Yup
117:12

_____

                Z
_____
zip
103:15

_____

                0
_____
00000695
43:25
08-01789(SMB)
1:5 4:14

_____

                1
_____
1
48:25 65:5 90:14
  103:13,14 107:6,10
  112:17
1-C1047-1
93:4
1:23
128:20
10
18:15,16 29:3 32:3,6
  39:25 90:10
10:12
1:23 4:3
10022
2:12
10111
2:4
11:30
65:5
11:49
65:9
113

3:15
116
3:16
12/12
55:21 56:4
12/19
55:20,24
12/20
55:21 56:4
12:28
112:15
123
106:25
126
121:14 122:9
129
3:6
13358
6:11
14
49:9
1479
35:25 150:22
15
49:13
159
122:21,23 124:6,14
15th
55:9
1651
36:4 141:1
1655
37:15
17
45:15
17th
10:15,18 14:12 18:1
  19:11 126:2 127:17
1990
42:25
1995
9:23 10:2 52:17 110:12
  153:6

SIPC v BLMIS                                      Leung 6/2/2016
CONFIDENTIAL

Page 185

| | | | |
|---|---|---|---|
| **1996** | **20th** | 114:9 117:14 | 138:17,18 155:6 |
| 52:24 114:9 115:2 | 108:9,18 | **329** | **4th** |
| 117:14 | **21** | 88:9 | 115:5,6 |
| **1999** | 3:19 6:6 | **330** | |
| 91:22 | **21st** | 97:1 141:17 | **5** |
| **19th** | 108:10 | **36** | **5** |
| 55:11,16 108:9 | **22** | 3:19 112:21,22 123:19 | 29:1 |
| **1A0028-10** | 3:19 33:24 34:1,9 | 124:4,8 157:9,10,19 | **5,153** |
| 103:2 | 140:16 150:20 | **3838** | 3:5 |
| **1A002810** | **23** | 114:15 | **521** |
| 101:18 | 3:19 87:5,7,12 96:2 | **39** | 59:17 63:18 65:17 |
| **1B0022** | 117:1 141:16 | 3:19 63:19 118:22 | **523** |
| 115:22 157:16 | **2330** | 119:25 143:22 154:22 | 26:2 139:1 |
| **1B0023** | 87:9 | 154:22 | **53** |
| 116:25 | **24** | **3rd** | 3:19 43:15 60:23 |
| **1H0009-10** | 3:19 87:5 91:11,17 | 115:5 | **545** |
| 109:24 | 143:5 | | 28:7,18 33:3 39:10 |
| **1st** | **25th** | **4** | 84:6 139:23 155:7 |
| 71:18,20 72:5,8 73:16 | 110:21 | **4** | **546** |
| | **26** | 10:23 | 28:13 41:18 155:16,16 |
| **2** | 110:12 | **4/17/97** | **547** |
| **2** | **26th** | 126:25 | 67:5 75:8 155:23 |
| 1:22 31:1 44:19 48:25 | 110:21,22 | **40** | **548** |
| 61:5 65:9 148:15,17 | **27th** | 3:19 118:23 119:7,20 | 79:18 156:7 |
| **2,688.50** | 110:21 | 143:22 145:21 154:22 | **55** |
| 92:2 | **29th** | **418** | 3:19 52:1,4,13 54:10 |
| **2:06** | 148:15,16 | 124:13 | 55:2 89:14 99:8 108:5 |
| 128:23 | **2nd** | **419** | 110:18 118:9 146:2 |
| **2:45** | 4:3 | 113:2 123:23 124:4,25 | 153:22 154:16 |
| 152:22 | | 158:1 | **550** |
| **2:57** | **3** | **42** | 94:20 95:8 96:13 |
| 152:25 | **3** | 3:19 116:1,6,24 | 156:15 |
| **20/1995** | 6:8,21 32:3 128:23 | **44** | **551** |
| 105:25 | 161:25 | 3:19 120:23,25 121:13 | 97:19 156:23 |
| **2000** | **3,000-page** | **45** | **56** |
| 18:15 | 34:2 | 1:21 2:3 3:19 4:8 | 3:19 52:5,20 89:14 |
| **2008** | **3,838.25** | 120:24,25 121:5 | 115:1 146:2 153:22 |
| 42:25 | 114:16 | 122:21 124:5,9 129:4 | 154:16 |
| **2009** | **3:04** | **465** | **57** |
| 18:15,17,18 | 158:8 | 2:11 | 3:19 101:8 104:24 |
| **2010** | **30** | **49** | **59** |
| 18:16 | 3:19 109:12,13 111:7 | 3:19 25:4 39:7 59:16 | 3:14 113:16,17,20 |
| **2016** | 111:15,19 119:25 | 63:18 65:16 75:8 | 117:22,25 |
| 1:22 4:3 161:25 | **30th** | 94:19 96:13 97:19 | **5th** |

BENDISH REPORTING
877.404.2193

SIPC v BLMIS                                    Leung 6/2/2016

CONFIDENTIAL

Page 186

91:22 114:15 117:18
118:4,13

---

**6**

**6**
90:15 99:18 103:2
107:7,10
**60**
3:16 116:3,4 117:10,21
118:3
**697**
49:6 60:23
**6th**
99:12,15

---

**7**

**7,231.50**
117:19
**7/20**
108:19
**7/24/96**
69:7
**701**
48:18
**7565**
115:3 118:9
**7th**
99:13

---

**8**

**8**
10:23 47:21
**8-1/2**
29:1
**8-1/2-by-11**
29:2
**814**
54:9
**817**
55:1
**843**
110:19
**847**
109:20

**848**
110:9
**8821**
99:9
**885**
10:12
**8867**
108:6

---

**9**

**9/4**
115:11 118:14
**9/5**
115:11,16 118:15
**9/5/1996**
115:18
**95**
138:23
**952**
111:21