# EXHIBIT 8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　Debtor. | |

# SUPPLEMENTAL
# EXPERT REPORT OF
# LISA M. COLLURA, CPA, CFE, CFF

**Proof of Transfers**
**To Certain BLMIS Customers**
**With "Profit Withdrawals"**

December 17, 2015

## TABLE OF CONTENTS

I. INTRODUCTION ............................................................................................................. 2

II. SCOPE OF ASSIGNMENT .............................................................................................. 2

III. METHODOLOGY ............................................................................................................ 3

IV. FINDINGS ........................................................................................................................ 4

V. SIGNATURE AND RIGHT TO MODIFY ....................................................................... 5

VI. LIST OF ATTACHMENTS .............................................................................................. 6

**I.   INTRODUCTION**

1.      I previously submitted an expert report dated July 14, 2015 (the "July 14th Report") in connection with the above-captioned proceeding. This supplemental expert report hereby incorporates by reference the opinions and information, including defined terms, contained in the July 14th Report.

2.      My professional credentials, experience and qualifications are further described in the July 14th Report. In addition, a current version of my curriculum vitae, including my testimony history, is attached to this supplemental expert report as **Attachment A**.

**II.   SCOPE OF ASSIGNMENT**

3.      I understand from counsel that, in response to the Trustee's Motion for Order Affirming Treatment of Profit Withdrawal Transactions and the Memorandum of Law in Support filed on July 14, 2015 (the "Profit Withdrawal Motion"), claimants representing three Direct Accounts[1] and 53 Indirect Accounts[2] have elected to participate in the Profit Withdrawal Motion (referred to herein as the "56 Participating Accounts").

4.      Exhibit 4 to the Supplemental Expert Report of Matthew B. Greenblatt dated December 17, 2015, entitled "Supplemental Analysis of the Profit Withdrawal Transactions," (the "Greenblatt Supplemental Report") lists the related Direct Accounts for each Indirect Account, including 84 Direct Accounts that are related to the 56 Participating Accounts (the "84 Related Direct Accounts").[3] **Attachment B** to this supplemental expert report lists the 56 Participating Accounts and identifies the 84 Related Direct Accounts that are related to each.

5.      For this supplemental expert report, I was specifically tasked with reviewing documents related to the 56 Participating Accounts and incorporating this review into my

---

[1] Direct Accounts are defined in the Profit Withdrawal Motion as "accounts for which customer statements reflect Profit Withdrawal Transactions."
[2] Indirect Accounts are defined in the Profit Withdrawal Motion as "accounts that received inter-account transfers from Direct Accounts."
[3] The 84 Related Direct Accounts include the three Direct Accounts that are participating in the Profit Withdrawal Motion.

2

reconciliation analysis, as further described in the July 14th Report. In addition, I was tasked with presenting the results of my reconciliation and tracing analyses, as further described in the July 14th Report, for just the 84 Related Direct Accounts.

6.   This supplemental expert report has been prepared in connection with the above-captioned proceeding and is to be used only for the specific purposes of this proceeding. It is not to be used for any other purpose without the express written consent of FTI. If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with the July 14th Report and this supplemental expert report.

### III.   METHODOLOGY

7.   For this supplemental expert report, I reviewed and analyzed documents related to the 56 Participating Accounts, including documents contained in the BLMIS customer files related to the 56 Participating Accounts, as well as documents received by the Trustee related to the 56 Participating Accounts. Based on my review and analysis of these materials, I identified the PW Transactions that reconciled to these documents.

8.   Next, to present the results of my reconciliation and tracing analysis for just the 84 Related Direct Accounts, I created 84 separate schedules showing the PW Transactions in the 84 Related Direct Accounts and the results of my reconciliation and tracing analyses of these transactions from Exhibits 7 and 10 attached to the July 14th Report. In addition, I incorporated into these 84 separate schedules the results of my reconciliation analysis based on the additional document review described above.

9.   The documents and data that I have considered in connection with this supplemental expert report are listed in **Attachment C**. I reserve the right to further modify or supplement my report based on any additional documents or information received.

3

IV.  **FINDINGS**

10.  Based on my review and analysis of documents related to the 56 Participating Accounts, I reconciled an additional 12 PW Transactions to documents contained in the BLMIS customer files related to the 56 Participating Accounts, as well as documents received by the Trustee related to the 56 Participating Accounts. There were no changes to my tracing analysis as a result of this additional document review.

11.  I have now reconciled 51,770 (more than 50%) of the 91,132 PW Transactions[4] to available BLMIS bank records, correspondence and other documentation included in BLMIS customer files, and/or documents received by the Trustee from BLMIS account holders or other parties related to BLMIS customer accounts containing PW Transactions. See the July 14th Report for further details regarding my reconciliation analysis.

12.  **Attachments D.1 - D.84** include the results of my reconciliation and tracing analysis for just the 84 Related Direct Accounts.

---

[4] The total population of PW Transactions is now 91,132 (vs. 91,138 included in the July 14th Report). Transactions with CMIDs 157765, 432843, 475787, 475792, 522314 and 571086 were removed from the total population of PW Transactions. *See* Section IV of the Greenblatt Supplemental Report for further discussion regarding the change to the total population of PW Transactions. In addition, since the July 14th Report, there were updates to the transaction date, amount, type and/or description for 96 PW Transactions, as shown on **Attachment E**. These updates had no impact on my reconciliation or tracing analyses.

## V. SIGNATURE AND RIGHT TO MODIFY

13.     This report and the exhibits contained herein present my findings and the bases thereof.  To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

By:

*Lisa M. Collura*

Lisa M. Collura, CPA, CFE, CFF
December 17, 2015

## VI. LIST OF ATTACHMENTS

| | |
|---|---|
| Attachment A: | Curriculum Vitae |
| Attachment B: | List of 56 Participating Accounts and 84 Related Direct Accounts |
| Attachment C: | Documents Considered |
| Attachment D.1: | List of PW Transactions – 100124 |
| Attachment D.2: | List of PW Transactions – 100324 |
| Attachment D.3: | List of PW Transactions – 100813 |
| Attachment D.4: | List of PW Transactions – 101846 |
| Attachment D.5: | List of PW Transactions – 101847 |
| Attachment D.6: | List of PW Transactions – 101904 |
| Attachment D.7: | List of PW Transactions – 101908 |
| Attachment D.8: | List of PW Transactions – 101936 |
| Attachment D.9: | List of PW Transactions – 101959 |
| Attachment D.10: | List of PW Transactions – 102611 |
| Attachment D.11: | List of PW Transactions – 1A0004 |
| Attachment D.12: | List of PW Transactions – 1A0011 |
| Attachment D.13: | List of PW Transactions – 1A0016 |
| Attachment D.14: | List of PW Transactions – 1A0025 |
| Attachment D.15: | List of PW Transactions – 1A0028 |
| Attachment D.16: | List of PW Transactions – 1A0045 |
| Attachment D.17: | List of PW Transactions – 1B0022 |
| Attachment D.18: | List of PW Transactions – 1B0023 |
| Attachment D.19: | List of PW Transactions – 1B0033 |
| Attachment D.20: | List of PW Transactions – 1B0034 |
| Attachment D.21: | List of PW Transactions – 1B0036 |
| Attachment D.22: | List of PW Transactions – 1B0066 |
| Attachment D.23: | List of PW Transactions – 1B0115 |
| Attachment D.24: | List of PW Transactions – 1C0000 |
| Attachment D.25: | List of PW Transactions – 1C0007 |
| Attachment D.26: | List of PW Transactions – 1C1041 |
| Attachment D.27: | List of PW Transactions – 1C1042 |
| Attachment D.28: | List of PW Transactions – 1C1043 |
| Attachment D.29: | List of PW Transactions – 1C1044 |
| Attachment D.30: | List of PW Transactions – 1C1092 |
| Attachment D.31: | List of PW Transactions – 1E0000 |
| Attachment D.32: | List of PW Transactions – 1E0111 |
| Attachment D.33: | List of PW Transactions – 1F0017 |
| Attachment D.34: | List of PW Transactions – 1F0032 |
| Attachment D.35: | List of PW Transactions – 1F0033 |
| Attachment D.36: | List of PW Transactions – 1F0044 |
| Attachment D.37: | List of PW Transactions – 1F0058 |

Attachment D.38:   List of PW Transactions – 1F0059
Attachment D.39:   List of PW Transactions – 1F0070
Attachment D.40:   List of PW Transactions – 1G0036
Attachment D.41:   List of PW Transactions – 1H0008
Attachment D.42:   List of PW Transactions – 1H0009
Attachment D.43:   List of PW Transactions – 1H0010
Attachment D.44:   List of PW Transactions – 1H0022
Attachment D.45:   List of PW Transactions – 1H0023
Attachment D.46:   List of PW Transactions – 1H0040
Attachment D.47:   List of PW Transactions – 1J0006
Attachment D.48:   List of PW Transactions – 1K0011
Attachment D.49:   List of PW Transactions – 1L0045
Attachment D.50:   List of PW Transactions – 1L0046
Attachment D.51:   List of PW Transactions – 1L0047
Attachment D.52:   List of PW Transactions – 1L0069
Attachment D.53:   List of PW Transactions – 1M0027
Attachment D.54:   List of PW Transactions – 1M0037
Attachment D.55:   List of PW Transactions – 1R0027
Attachment D.56:   List of PW Transactions – 1R0043
Attachment D.57:   List of PW Transactions – 1R0044
Attachment D.58:   List of PW Transactions – 1R0072
Attachment D.59:   List of PW Transactions – 1R0073
Attachment D.60:   List of PW Transactions – 1R0083
Attachment D.61:   List of PW Transactions – 1S0004
Attachment D.62:   List of PW Transactions – 1S0021
Attachment D.63:   List of PW Transactions – 1S0024
Attachment D.64:   List of PW Transactions – 1S0049
Attachment D.65:   List of PW Transactions – 1S0052
Attachment D.66:   List of PW Transactions – 1S0062
Attachment D.67:   List of PW Transactions – 1S0063
Attachment D.68:   List of PW Transactions – 1S0064
Attachment D.69:   List of PW Transactions – 1S0065
Attachment D.70:   List of PW Transactions – 1S0066
Attachment D.71:   List of PW Transactions – 1S0067
Attachment D.72:   List of PW Transactions – 1S0068
Attachment D.73:   List of PW Transactions – 1S0073
Attachment D.74:   List of PW Transactions – 1S0077
Attachment D.75:   List of PW Transactions – 1S0078
Attachment D.76:   List of PW Transactions – 1S0115
Attachment D.77:   List of PW Transactions – 1S0116
Attachment D.78:   List of PW Transactions – 1S0117
Attachment D.79:   List of PW Transactions – 1S0120

Attachment D.80:   List of PW Transactions – 1S0170
Attachment D.81:   List of PW Transactions – 1T0005
Attachment D.82:   List of PW Transactions – 1U0004
Attachment D.83:   List of PW Transactions – 1W0064
Attachment D.84:   List of PW Transactions – H01909
Attachment E:      List of PW Transactions With Changes Since July 14, 2015

ATTACHMENT D.17

List of PW Transactions - 1B0022

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[3] | | | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | | |
| 448555 | 1B0022 | AARON BLECKER | 11/24/1986 | (2,807) | PW | CHECK TRW | n/a | n/a | n/a | n/a | n/a |
| 468411 | 1B0022 | AARON BLECKER | 2/5/1987 | (4,003) | PW | CHECK HOLIDAY CORP | n/a | n/a | n/a | n/a | n/a |
| 466640 | 1B0022 | AARON BLECKER | 4/7/1987 | (4,248) | PW | CHECK ANHEUSER BUSCH | n/a | n/a | n/a | n/a | n/a |
| 467859 | 1B0022 | AARON BLECKER | 6/10/1987 | (3,745) | PW | CHECK TRANSCO CO | n/a | n/a | n/a | n/a | n/a |
| 433618 | 1B0022 | AARON BLECKER | 8/21/1987 | (3,977) | PW | CHECK AGS COMPUTERS | n/a | n/a | n/a | n/a | n/a |
| 450254 | 1B0022 | AARON BLECKER | 10/26/1987 | (4,198) | PW | CHECK GROLIER | n/a | n/a | n/a | n/a | n/a |
| 528075 | 1B0022 | AARON BLECKER | 1/26/1988 | (3,738) | PW | CHECK BRISTOL MYERS | n/a | n/a | n/a | n/a | n/a |
| 494866 | 1B0022 | AARON BLECKER | 3/30/1988 | (3,999) | PW | CHECK ADVANCED SYSTEMS | n/a | n/a | n/a | n/a | n/a |
| 496685 | 1B0022 | AARON BLECKER | 5/25/1988 | (4,245) | PW | CHECK INTERCO | n/a | n/a | n/a | n/a | n/a |
| 529657 | 1B0022 | AARON BLECKER | 8/8/1988 | (3,752) | PW | CHECK AMFAC | n/a | n/a | n/a | n/a | n/a |
| 474209 | 1B0022 | AARON BLECKER | 10/12/1988 | (3,968) | PW | CHECK COMPAQ COMPUTERS | n/a | n/a | n/a | n/a | n/a |
| 517987 | 1B0022 | AARON BLECKER | 12/5/1988 | (3,167) | PW | CHECK PNC FINL | n/a | n/a | n/a | n/a | n/a |
| 425302 | 1B0022 | AARON BLECKER | 2/3/1989 | (3,687) | PW | CHECK GENERAL CINEMA | n/a | n/a | n/a | n/a | n/a |
| 421198 | 1B0022 | AARON BLECKER | 4/11/1989 | (3,993) | PW | CHECK PHELPS | n/a | n/a | n/a | n/a | n/a |
| 453982 | 1B0022 | AARON BLECKER | 6/20/1989 | (4,205) | PW | CHECK DURR FILLAUER MED | n/a | n/a | n/a | n/a | n/a |
| 451993 | 1B0022 | AARON BLECKER | 8/18/1989 | (3,753) | PW | CHECK INLAND | n/a | n/a | n/a | n/a | n/a |
| 448332 | 1B0022 | AARON BLECKER | 10/20/1989 | (3,990) | PW | CHECK AMERICAN MAIZE | n/a | n/a | n/a | n/a | n/a |
| 446505 | 1B0022 | AARON BLECKER | 2/16/1990 | (3,682) | PW | CHECK WESTINGHOUSE | n/a | n/a | n/a | n/a | n/a |
| 434660 | 1B0022 | AARON BLECKER | 4/20/1990 | (4,001) | PW | CHECK SEAGULL | n/a | n/a | n/a | n/a | n/a |
| 463759 | 1B0022 | AARON BLECKER | 6/25/1990 | (4,228) | PW | CHECK SUN MICROSYSTEMS | n/a | n/a | n/a | n/a | n/a |
| 443260 | 1B0022 | AARON BLECKER | 8/28/1990 | (3,728) | PW | CHECK IMMUNEX | n/a | n/a | n/a | n/a | n/a |
| 454351 | 1B0022 | AARON BLECKER | 11/5/1990 | (4,004) | PW | CHECK AMERICAN FILM | n/a | n/a | n/a | n/a | n/a |

ATTACHMENT D.17

List of PW Transactions - 1B0022

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[3] | | | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | | |
| 439215 | 1B0022 | AARON BLECKER | 12/27/1990 | (3,168) | PW | CHECK PFIZER | n/a | n/a | n/a | n/a | n/a |
| 517495 | 1B0022 | AARON BLECKER | 3/7/1991 | (3,743) | PW | CHECK MEDCO | n/a | n/a | n/a | n/a | n/a |
| 478299 | 1B0022 | AARON BLECKER | 5/13/1991 | (3,496) | PW | CHECK XOMA | n/a | n/a | n/a | n/a | n/a |
| 526375 | 1B0022 | AARON BLECKER | 7/17/1991 | (3,230) | PW | CHECK HEALTH SOUTH | n/a | n/a | n/a | n/a | n/a |
| 526384 | 1B0022 | AARON BLECKER | 7/22/1991 | (361) | PW | CHECK LIBERTY NATL | n/a | n/a | n/a | n/a | n/a |
| 501309 | 1B0022 | AARON BLECKER | 9/5/1991 | (2,993) | PW | CHECK THERMO | n/a | n/a | n/a | n/a | n/a |
| 531332 | 1B0022 | AARON BLECKER | 11/13/1991 | (3,474) | PW | CHECK CHAMBERS | n/a | n/a | n/a | n/a | n/a |
| 518217 | 1B0022 | AARON BLECKER | 12/27/1991 | (2,452) | PW | CHECK PHL CORP | n/a | n/a | n/a | n/a | n/a |
| 471161 | 1B0022 | AARON BLECKER | 3/5/1992 | (3,969) | PW | CHECK LIEBERT | n/a | n/a | n/a | n/a | n/a |
| 528799 | 1B0022 | AARON BLECKER | 4/28/1992 | (2,606) | PW | CHECK FLEET NORSTAR | n/a | n/a | n/a | n/a | n/a |
| 515629 | 1B0022 | AARON BLECKER | 6/16/1992 | (2,628) | PW | CHECK PEP BOYS | n/a | n/a | n/a | n/a | n/a |
| 483975 | 1B0022 | AARON BLECKER | 8/21/1992 | (3,929) | PW | CHECK HOME DEPOT | n/a | n/a | n/a | n/a | n/a |
| 484067 | 1B0022 | AARON BLECKER | 10/6/1992 | (2,629) | PW | CHECK TIME WARNER | n/a | n/a | n/a | n/a | n/a |
| 509862 | 1B0022 | AARON BLECKER | 11/12/1992 | (1,097) | PW | CHECK AL LABS | n/a | n/a | n/a | n/a | n/a |
| 511457 | 1B0022 | AARON BLECKER | 1/6/1993 | (2,678) | PW | CHECK STATE STREET | n/a | n/a | n/a | n/a | n/a |
| 510655 | 1B0022 | AARON BLECKER | 2/18/1993 | (4,379) | PW | CHECK AMERICAN BRANDS | n/a | n/a | n/a | n/a | n/a |
| 486697 | 1B0022 | AARON BLECKER | 3/17/1993 | (3,753) | PW | CHECK MBNA | n/a | n/a | n/a | n/a | n/a |
| 435503 | 1B0022 | AARON BLECKER | 5/20/1993 | (7,999) | PW | CHECK DSC COMM | n/a | n/a | n/a | n/a | n/a |
| 500120 | 1B0022 | AARON BLECKER | 6/28/1993 | (3,511) | PW | CHECK SOUTHWESTERN BELL | n/a | n/a | n/a | n/a | n/a |
| 448947 | 1B0022 | AARON BLECKER | 8/23/1993 | (6,555) | PW | CHECK ANADARKO | n/a | n/a | n/a | n/a | n/a |
| 421738 | 1B0022 | AARON BLECKER | 9/28/1993 | (3,251) | PW | CHECK ENRON | n/a | n/a | n/a | n/a | n/a |
| 471678 | 1B0022 | AARON BLECKER | 11/4/1993 | (3,505) | PW | CHECK SNAPPLE | n/a | n/a | n/a | n/a | n/a |

**ATTACHMENT D.17**

List of PW Transactions - 1B0022

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 476877 | 1B0022 | AARON BLECKER | 12/14/1993 | (5,634) | PW | CHECK HUFFY | n/a | n/a | n/a | n/a | n/a |
| 416886 | 1B0022 | AARON BLECKER | 2/8/1994 | (2,505) | PW | CHECK AMERITECH | n/a | n/a | n/a | n/a | n/a |
| 499900 | 1B0022 | AARON BLECKER | 4/15/1994 | (7,020) | PW | CHECK COMCAST | n/a | n/a | n/a | n/a | n/a |
| 478022 | 1B0022 | AARON BLECKER | 5/19/1994 | (1,250) | PW | CHECK AUTOZONE | n/a | n/a | n/a | n/a | n/a |
| 415904 | 1B0022 | AARON BLECKER | 6/22/1994 | (2,256) | PW | CHECK GEN ELECTRIC | n/a | n/a | n/a | n/a | n/a |
| 489518 | 1B0022 | AARON BLECKER | 8/11/1994 | (4,904) | PW | CHECK GEN MOTORS | n/a | n/a | n/a | n/a | n/a |
| 460583 | 1B0022 | AARON BLECKER | 9/19/1994 | (2,013) | PW | CHECK CATERPILLAR | n/a | n/a | n/a | n/a | n/a |
| 500891 | 1B0022 | AARON BLECKER | 11/14/1994 | (4,135) | PW | CHECK HUDSON FOODS | n/a | n/a | n/a | n/a | n/a |
| 469249 | 1B0022 | AARON BLECKER | 12/14/1994 | (2,264) | PW | CHECK AUTO DESK | n/a | n/a | n/a | n/a | n/a |
| 447060 | 1B0022 | AARON BLECKER | 2/7/1995 | (2,518) | PW | CHECK PACIFIC | n/a | n/a | n/a | n/a | n/a |
| 436980 | 1B0022 | AARON BLECKER | 3/14/1995 | (2,784) | PW | CHECK ALUMINUM | n/a | n/a | n/a | n/a | n/a |
| 442695 | 1B0022 | AARON BLECKER | 5/15/1995 | (7,063) | PW | CHECK HOME DEPOT | n/a | n/a | n/a | n/a | n/a |
| 455243 | 1B0022 | AARON BLECKER | 6/16/1995 | (1,265) | PW | CHECK MICRON | n/a | n/a | n/a | n/a | n/a |
| 422347 | 1B0022 | AARON BLECKER | 7/27/1995 | (5,679) | PW | CHECK KULICKE & SOFFA | n/a | n/a | n/a | n/a | n/a |
| 433336 | 1B0022 | AARON BLECKER | 9/13/1995 | (1,769) | PW | CHECK TEXAS INSTRUMENT | n/a | n/a | n/a | n/a | n/a |
| 433792 | 1B0022 | AARON BLECKER | 10/18/1995 | (2,281) | PW | CHECK SAFEGUARD | n/a | n/a | n/a | n/a | n/a |
| 421995 | 1B0022 | AARON BLECKER | 11/15/1995 | (2,535) | PW | CHECK APPLIED MATERIALS | n/a | n/a | n/a | n/a | n/a |
| 308824 | 1B0022 | AARON BLECKER | 1/4/1996 | (1,019) | PW | CHECK DEERE & CO | n/a | n/a | n/a | n/a | n/a |
| 263970 | 1B0022 | AARON BLECKER | 2/14/1996 | (2,795) | PW | CHECK FED NAT'L MORTGAGE | n/a | n/a | n/a | n/a | n/a |
| 183378 | 1B0022 | AARON BLECKER | 4/4/1996 | (4,586) | PW | CHECK GEN MOTORS CORP | n/a | n/a | n/a | n/a | n/a |
| 19043 | 1B0022 | AARON BLECKER | 5/23/1996 | (3,808) | PW | CHECK CENTOCOR | n/a | n/a | n/a | n/a | n/a |
| 264528 | 1B0022 | AARON BLECKER | 6/26/1996 | (3,823) | PW | CHECK COCA COLA | n/a | n/a | n/a | n/a | n/a |

**ATTACHMENT D.17**

List of PW Transactions - 1B0022

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 185239 | 1B0022 | AARON BLECKER | 7/30/1996 | (1,788) | PW | CHECK CHRYSLER CORP | n/a | n/a | n/a | n/a | n/a |
| 247019 | 1B0022 | AARON BLECKER | 9/5/1996 | (3,838) | PW | CHECK SAFEGUARD | n/a | n/a | n/a | n/a | n/a |
| 279000 | 1B0022 | AARON BLECKER | 10/7/1996 | (258) | PW | CHECK HERSHEY FOODS | n/a | n/a | n/a | n/a | n/a |
| 290024 | 1B0022 | AARON BLECKER | 10/16/1996 | (2,294) | PW | CHECK JONES APPAREL | n/a | n/a | n/a | n/a | n/a |
| 259834 | 1B0022 | AARON BLECKER | 11/12/1996 | (2,819) | PW | CHECK NEWBRIDGE NETWORKS | n/a | n/a | n/a | n/a | n/a |
| 267996 | 1B0022 | AARON BLECKER | 12/17/1996 | (2,301) | PW | CHECK FIRST USA | n/a | n/a | n/a | n/a | n/a |
| 13487 | 1B0022 | AARON BLECKER | 2/19/1997 | (4,093) | PW | CHECK DEAN WITTER | n/a | n/a | n/a | n/a | n/a |
| 277015 | 1B0022 | AARON BLECKER | 3/26/1997 | (2,311) | PW | CHECK NATIONS BANK | n/a | n/a | n/a | n/a | n/a |
| 163619 | 1B0022 | AARON BLECKER | 4/29/1997 | (2,323) | PW | CHECK PHILIP MORRIS | n/a | n/a | n/a | n/a | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] The "n/a" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

**ATTACHMENT D.18**

List of PW Transactions - 1B0023

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[3] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
| 550892 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/24/1982 | (1,585) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 550893 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/19/1982 | (1,692) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 550894 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/16/1982 | (1,797) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 550895 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/15/1983 | (1,567) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 550897 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/14/1983 | (1,486) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 550898 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/22/1983 | (1,693) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 550899 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/7/1983 | (2,171) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 576347 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 7/21/1983 | (2,319) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 577571 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/23/1983 | (3,288) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 568356 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/16/1983 | (4,985) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 574014 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 1/5/1984 | (5,320) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 576579 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/8/1984 | (7,531) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 575813 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/9/1984 | (6,651) | PW | CHECK BRISTOL MYERS | n/a | n/a | n/a | n/a | n/a |
| 573709 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 7/17/1984 | (7,089) | PW | CHECK CSX CORP | n/a | n/a | n/a | n/a | n/a |
| 569169 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/13/1984 | (5,655) | PW | CHECK HOUSEHOLD INTL | n/a | n/a | n/a | n/a | n/a |
| 572858 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/31/1984 | (5,819) | PW | CHECK KATY INDUSTRIES | n/a | n/a | n/a | n/a | n/a |
| 573609 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 1/8/1985 | (11,085) | PW | CHECK ETHYL | n/a | n/a | n/a | n/a | n/a |
| 574909 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/22/1985 | (8,840) | PW | CHECK ATLANTIC RICHFIELD | n/a | n/a | n/a | n/a | n/a |
| 576294 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/25/1985 | (10,403) | PW | CHECK AMR CORP | n/a | n/a | n/a | n/a | n/a |
| 557847 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/11/1985 | (7,372) | PW | CHECK INTERCO | n/a | n/a | n/a | n/a | n/a |
| 575512 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/8/1985 | (11,095) | PW | CHECK ASSOC DRY GOODS | n/a | n/a | n/a | n/a | n/a |
| 573728 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/26/1985 | (6,484) | PW | CHECK TEXTRON | n/a | n/a | n/a | n/a | n/a |

List of PW Transactions - 1B0023

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[3] | | | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | | |
| 566431 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/12/1985 | (8,829) | PW | CHECK VIACOM | n/a | n/a | n/a | n/a | n/a |
| 562755 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 1/15/1986 | (11,096) | PW | CHECK WOOLWORTH | n/a | n/a | n/a | n/a | n/a |
| 562159 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/17/1986 | (10,392) | PW | CHECK WETTERAU | n/a | n/a | n/a | n/a | n/a |
| 562864 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/27/1986 | (10,314) | PW | CHECK FMC | n/a | n/a | n/a | n/a | n/a |
| 568651 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 7/14/1986 | (7,774) | PW | CHECK GTE CORP | n/a | n/a | n/a | n/a | n/a |
| 561052 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/21/1986 | (6,929) | PW | CHECK INTERCO | n/a | n/a | n/a | n/a | n/a |
| 569194 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/15/1986 | (8,843) | PW | CHECK SUN | n/a | n/a | n/a | n/a | n/a |
| 559382 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/24/1986 | (7,805) | PW | CHECK TRW | n/a | n/a | n/a | n/a | n/a |
| 559403 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/5/1987 | (11,090) | PW | CHECK HOLIDAY CORP | n/a | n/a | n/a | n/a | n/a |
| 558558 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/7/1987 | (11,787) | PW | CHECK ANHEUSER BUSCH | n/a | n/a | n/a | n/a | n/a |
| 561495 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/10/1987 | (10,394) | PW | CHECK TRANSCO CO | n/a | n/a | n/a | n/a | n/a |
| 557265 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/21/1987 | (11,038) | PW | CHECK AGS COMPUTERS | n/a | n/a | n/a | n/a | n/a |
| 561863 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/26/1987 | (11,717) | PW | CHECK GROLIER | n/a | n/a | n/a | n/a | n/a |
| 577145 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 1/26/1988 | (10,397) | PW | CHECK BRISTOL MYERS | n/a | n/a | n/a | n/a | n/a |
| 571187 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/24/1988 | (11,087) | PW | CHECK ADVANCED SYSTEMS | n/a | n/a | n/a | n/a | n/a |
| 572032 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/25/1988 | (11,779) | PW | CHECK INTERCO | n/a | n/a | n/a | n/a | n/a |
| 576599 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/8/1988 | (10,400) | PW | CHECK AMFAC | n/a | n/a | n/a | n/a | n/a |
| 576257 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/12/1988 | (11,048) | PW | CHECK COMPAQ COMPUTERS | n/a | n/a | n/a | n/a | n/a |
| 575863 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/5/1988 | (8,833) | PW | CHECK PNC FINL | n/a | n/a | n/a | n/a | n/a |
| 558988 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/3/1989 | (10,400) | PW | CHECK GENERAL CINEMA | n/a | n/a | n/a | n/a | n/a |
| 558277 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/11/1989 | (11,091) | PW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 564059 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/20/1989 | (11,739) | PW | CHECK DURR FILLAUER MED | n/a | n/a | n/a | n/a | n/a |

**ATTACHMENT D.18**

List of PW Transactions - 1B0023

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 564317 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/15/1989 | (10,399) | PW | CHECK INLAND | n/a | n/a | n/a | n/a | n/a |
| 558767 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/20/1989 | (11,063) | PW | CHECK AMERICAN MAIZE | n/a | n/a | n/a | n/a | n/a |
| 562033 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/11/1989 | (8,840) | PW | CHECK COLUMBIA PICTURES | n/a | n/a | n/a | n/a | n/a |
| 563052 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/16/1990 | (10,347) | PW | CHECK WESTINGHOUSE | n/a | n/a | n/a | n/a | n/a |
| 561071 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/20/1990 | (11,090) | PW | CHECK SEAGULL | n/a | n/a | n/a | n/a | n/a |
| 561463 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/25/1990 | (11,760) | PW | CHECK SUN MICROSYSTEMS | n/a | n/a | n/a | n/a | n/a |
| 560664 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/28/1990 | (10,393) | PW | CHECK IMMUNEX | n/a | n/a | n/a | n/a | n/a |
| 561980 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/5/1990 | (11,095) | PW | CHECK AMERICAN FILM | n/a | n/a | n/a | n/a | n/a |
| 564626 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/27/1990 | (11,960) | PW | CHECK PFIZER | n/a | n/a | n/a | n/a | n/a |
| 573764 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/7/1991 | (14,130) | PW | CHECK MEDCO | n/a | n/a | n/a | n/a | n/a |
| 575519 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/13/1991 | (13,173) | PW | CHECK XOMA | n/a | n/a | n/a | n/a | n/a |
| 571344 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 7/17/1991 | (12,364) | PW | CHECK HEALTH SOUTH | n/a | n/a | n/a | n/a | n/a |
| 577439 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 7/22/1991 | (1,375) | PW | CHECK LIBERTY NATL | n/a | n/a | n/a | n/a | n/a |
| 573903 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/5/1991 | (11,312) | PW | CHECK THERMO | n/a | n/a | n/a | n/a | n/a |
| 574037 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/13/1991 | (13,180) | PW | CHECK CHAMBERS | n/a | n/a | n/a | n/a | n/a |
| 571922 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/27/1991 | (9,242) | PW | CHECK PHL CORP | n/a | n/a | n/a | n/a | n/a |
| 574451 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/5/1992 | (15,053) | PW | CHECK LIEBERT | n/a | n/a | n/a | n/a | n/a |
| 573026 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/28/1992 | (9,877) | PW | CHECK FLEET NORSTAR | n/a | n/a | n/a | n/a | n/a |
| 569996 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/16/1992 | (10,000) | PW | CHECK PEP BOYS | n/a | n/a | n/a | n/a | n/a |
| 575694 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/21/1992 | (15,049) | PW | CHECK HOME DEPOT | n/a | n/a | n/a | n/a | n/a |
| 574449 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/6/1992 | (9,919) | PW | CHECK TIME WARNER | n/a | n/a | n/a | n/a | n/a |
| 573815 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/12/1992 | (4,125) | PW | CHECK AL LABS | n/a | n/a | n/a | n/a | n/a |

**ATTACHMENT D.18**

List of PW Transactions - 1B0023

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reconciliation Results[3] | | |
| 566855 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 1/6/1993 | (10,543) | PW | CHECK STATE STREET | n/a | n/a | n/a | n/a | n/a |
| 569353 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/18/1993 | (8,276) | PW | CHECK AMERICAN BRANDS | n/a | n/a | n/a | n/a | n/a |
| 567502 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/17/1993 | (7,090) | PW | CHECK MBNA | n/a | n/a | n/a | n/a | n/a |
| 565543 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/20/1993 | (15,116) | PW | CHECK DSC COMM | n/a | n/a | n/a | n/a | n/a |
| 574761 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/28/1993 | (6,617) | PW | CHECK SOUTHWESTERN BELL | n/a | n/a | n/a | n/a | n/a |
| 570947 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/23/1993 | (12,390) | PW | CHECK ANADARKO | n/a | n/a | n/a | n/a | n/a |
| 568443 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/28/1993 | (6,152) | PW | CHECK ENRON | n/a | n/a | n/a | n/a | n/a |
| 569394 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/4/1993 | (6,624) | PW | CHECK SNAPPLE | n/a | n/a | n/a | n/a | n/a |
| 566881 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/14/1993 | (10,628) | PW | CHECK HUFFY | n/a | n/a | n/a | n/a | n/a |
| 567875 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/8/1994 | (4,738) | PW | CHECK AMERITECH | n/a | n/a | n/a | n/a | n/a |
| 566259 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/15/1994 | (13,285) | PW | CHECK COMCAST | n/a | n/a | n/a | n/a | n/a |
| 573747 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/19/1994 | (2,373) | PW | CHECK AUTOZONE | n/a | n/a | n/a | n/a | n/a |
| 559605 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/22/1994 | (4,270) | PW | CHECK GEN ELECTRIC | n/a | n/a | n/a | n/a | n/a |
| 570142 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 8/11/1994 | (9,265) | PW | CHECK GEN MOTORS | n/a | n/a | n/a | n/a | n/a |
| 566295 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/19/1994 | (3,808) | PW | CHECK CATERPILLAR | n/a | n/a | n/a | n/a | n/a |
| 565831 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/14/1994 | (7,841) | PW | CHECK HUDSON FOODS | n/a | n/a | n/a | n/a | n/a |
| 567748 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/14/1994 | (4,285) | PW | CHECK AUTO DESK | n/a | n/a | n/a | n/a | n/a |
| 557414 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/7/1995 | (4,760) | PW | CHECK PACIFIC | n/a | n/a | n/a | n/a | n/a |
| 568080 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/14/1995 | (5,253) | PW | CHECK ALUMINUM | n/a | n/a | n/a | n/a | n/a |
| 559885 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/15/1995 | (13,359) | PW | CHECK HOME DEPOT | n/a | n/a | n/a | n/a | n/a |
| 559881 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/16/1995 | (2,393) | PW | CHECK MICRON | n/a | n/a | n/a | n/a | n/a |
| 560310 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 7/27/1995 | (10,757) | PW | CHECK KULICKE & SOFFA | n/a | n/a | n/a | n/a | n/a |

ATTACHMENT D.18

List of PW Transactions - 1B0023

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer Files[3] | Bates Reference to Documents Received by Trustee[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 561181 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/13/1995 | (3,344) | PW | CHECK TEXAS INSTRUMENT | n/a | n/a | n/a | n/a | n/a |
| 562445 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/18/1995 | (4,305) | PW | CHECK SAFEGUARD | n/a | n/a | n/a | n/a | n/a |
| 561189 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/15/1995 | (4,786) | PW | CHECK APPLIED MATERIALS | n/a | n/a | n/a | n/a | n/a |
| 222991 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 1/4/1996 | (1,917) | PW | CHECK DEERE & CO | n/a | n/a | n/a | n/a | n/a |
| 285808 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/14/1996 | (5,279) | PW | CHECK FED NAT'L MORTGAGE | n/a | n/a | n/a | n/a | n/a |
| 230052 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/4/1996 | (8,656) | PW | CHECK GEN MOTORS CORP | n/a | n/a | n/a | n/a | n/a |
| 302723 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 5/23/1996 | (7,225) | PW | CHECK CENTOCOR | n/a | n/a | n/a | n/a | n/a |
| 190665 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 6/26/1996 | (7,227) | PW | CHECK COCA COLA | n/a | n/a | n/a | n/a | n/a |
| 267924 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 7/30/1996 | (3,370) | PW | CHECK CHRYSLER CORP | n/a | n/a | n/a | n/a | n/a |
| 304338 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 9/5/1996 | (7,232) | PW | CHECK SAFEGUARD | n/a | n/a | n/a | n/a | n/a |
| 264563 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/7/1996 | (487) | PW | CHECK HERSHEY FOODS | n/a | n/a | n/a | n/a | n/a |
| 276265 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 10/16/1996 | (4,341) | PW | CHECK JONES APPAREL | n/a | n/a | n/a | n/a | n/a |
| 116397 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 11/12/1996 | (5,307) | PW | CHECK NEWBRIDGE NETWORKS | n/a | n/a | n/a | n/a | n/a |
| 125936 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 12/17/1996 | (4,347) | PW | CHECK FIRST USA | n/a | n/a | n/a | n/a | n/a |
| 181063 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 2/19/1997 | (7,735) | PW | CHECK DEAN WITTER | n/a | n/a | n/a | n/a | n/a |
| 239234 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 3/26/1997 | (4,371) | PW | CHECK NATIONS BANK | n/a | n/a | n/a | n/a | n/a |
| 176774 | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 4/29/1997 | (4,381) | PW | CHECK PHILIP MORRIS | n/a | n/a | n/a | n/a | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] The "n/a" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.