# EXHIBIT 9

08-01789-cgm    Doc 14162-11    Filed 09/23/16    Entered 09/23/16 11:23:35    Exhibit 9
Pg 2 of 2

|  | a | | b | | c = b - a |
|---|---|---|---|---|---|
| | **Principal Balance Calculation** | | **PW Impact Analysis** | | |
| Account | Ending Balance | Net Position | Ending Balance | Net Position | Difference[1] |
| 1A0083 | $ (966,481) | NET WINNER | $ (867,868) | NET WINNER | $ 98,613 |
| 1B0022 | $ (61,634) | NET WINNER | $ - | BREAK EVEN | $ 61,634 |
| 1B0156 | $ - | BREAK EVEN | $ 558,868 | NET LOSER | $ 558,868 |
| 1B0157 | $ - | BREAK EVEN | $ - | BREAK EVEN | $ - |
| 1B0190 | $ (182,096) | NET WINNER | $ (115,571) | NET WINNER | $ 66,526 |
| 1B0201 | $ 27,053 | NET LOSER | $ 181,388 | NET LOSER | $ 154,335 |
| 1B0251 | $ 83,795 | NET LOSER | $ 249,038 | NET LOSER | $ 165,243 |
| 1C1229 | $ (1,199,303) | NET WINNER | $ (68,000) | NET WINNER | $ 1,131,303 |
| 1CM504 | $ 587,575 | NET LOSER | $ 587,575 | NET LOSER | $ - |
| 1CM682 | $ 322,575 | NET LOSER | $ 322,575 | NET LOSER | $ - |
| 1CM806 | $ (1,345,000) | NET WINNER | $ (1,345,000) | NET WINNER | $ - |
| 1CM837 | $ (225,000) | NET WINNER | $ (225,000) | NET WINNER | $ - |
| 1CM849 | $ 86,604 | NET LOSER | $ 86,604 | NET LOSER | $ - |
| 1E0111 | $ (389,896) | NET WINNER | $ (317,133) | NET WINNER | $ 72,763 |
| 1E0143 | $ (314,830) | NET WINNER | $ (314,830) | NET WINNER | $ - |
| 1F0092 | $ (690,292) | NET WINNER | $ (64,474) | NET WINNER | $ 625,818 |
| 1F0093 | $ (885,820) | NET WINNER | $ (357,318) | NET WINNER | $ 528,502 |
| 1F0106 | $ (718,183) | NET WINNER | $ (468,964) | NET WINNER | $ 249,219 |
| 1F0116 | $ (574,250) | NET WINNER | $ (534,250) | NET WINNER | $ 40,000 |
| 1F0123 | $ (1,040,138) | NET WINNER | $ (364,133) | NET WINNER | $ 676,005 |
| 1H0022 | $ (15,235,401) | NET WINNER | $ (15,139,396) | NET WINNER | $ 96,005 |
| 1H0099 | $ (674,955) | NET WINNER | $ (623,824) | NET WINNER | $ 51,131 |
| 1H0161 | $ (1,110,000) | NET WINNER | $ (1,088,700) | NET WINNER | $ 21,300 |
| 1H0166 | $ - | BREAK EVEN | $ - | BREAK EVEN | $ - |
| 1K0118 | $ (1,786,105) | NET WINNER | $ (656,478) | NET WINNER | $ 1,129,627 |
| 1K0206 | $ (58,416) | NET WINNER | $ (58,416) | NET WINNER | $ - |
| 1L0146 | $ (796,622) | NET WINNER | $ (329,241) | NET WINNER | $ 467,380 |
| 1L0147 | $ (713,201) | NET WINNER | $ (313,201) | NET WINNER | $ 400,000 |
| 1L0149 | $ (613,747) | NET WINNER | $ (324,156) | NET WINNER | $ 289,591 |
| 1M0101 | $ (391,627) | NET WINNER | $ (177,627) | NET WINNER | $ 214,000 |
| 1M0105 | $ (1,178,500) | NET WINNER | $ (898,825) | NET WINNER | $ 279,675 |
| 1P0099 | $ (2,462,734) | NET WINNER | $ (2,462,734) | NET WINNER | $ - |
| 1P0105 | $ 314,500 | NET LOSER | $ 314,500 | NET LOSER | $ - |
| 1R0123 | $ (2,084,499) | NET WINNER | $ (1,964,945) | NET WINNER | $ 119,554 |
| 1R0133 | $ (704,933) | NET WINNER | $ (556,032) | NET WINNER | $ 148,902 |
| 1R0134 | $ 29,896 | NET LOSER | $ 40,927 | NET LOSER | $ 11,031 |
| 1R0171 | $ (437,000) | NET WINNER | $ (437,000) | NET WINNER | $ - |
| 1S0260 | $ (77,863) | NET WINNER | $ 27,018 | NET LOSER | $ 104,880 |
| 1S0267 | $ (970,000) | NET WINNER | $ (463,278) | NET WINNER | $ 506,722 |
| 1S0268 | $ (693,675) | NET WINNER | $ (692,667) | NET WINNER | $ 1,009 |
| 1S0295 | $ (501,459) | NET WINNER | $ (125,012) | NET WINNER | $ 376,447 |
| 1S0296 | $ (359,793) | NET WINNER | $ (190,673) | NET WINNER | $ 169,120 |
| 1S0297 | $ (843,953) | NET WINNER | $ (244,741) | NET WINNER | $ 599,212 |
| 1S0298 | $ (1,453,790) | NET WINNER | $ (489,314) | NET WINNER | $ 964,475 |
| 1S0299 | $ (900,564) | NET WINNER | $ (318,788) | NET WINNER | $ 581,776 |
| 1S0301 | $ (541,537) | NET WINNER | $ (133,601) | NET WINNER | $ 407,936 |
| 1S0316 | $ (5,245,000) | NET WINNER | $ (5,245,000) | NET WINNER | $ - |
| 1S0324 | $ (409,702) | NET WINNER | $ (308,492) | NET WINNER | $ 101,210 |
| 1S0353 | $ (521,064) | NET WINNER | $ 73,731 | NET LOSER | $ 594,795 |
| 1S0370 | $ (160,500) | NET WINNER | $ (160,500) | NET WINNER | $ - |
| 1S0516 | $ (655,571) | NET WINNER | $ (655,571) | NET WINNER | $ - |
| 1S0517 | $ (499,902) | NET WINNER | $ (499,902) | NET WINNER | $ - |
| 1S0547 | $ (10,000,000) | NET WINNER | $ (10,000,000) | NET WINNER | $ - |
| 1T0004 | $ (2,337,457) | NET WINNER | $ (2,337,457) | NET WINNER | $ - |
| 1T0036 | $ (2,138,470) | NET WINNER | $ (2,138,470) | NET WINNER | $ - |
| 1U0017 | $ (565,538) | NET WINNER | $ (164,843) | NET WINNER | $ 400,695 |

[1] Differences due to rounding.