# EXHIBIT 10

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/82                                    PAGE   13

ACCOUNT # 1-00212-1-0   SARA BESSOUDO          REPORT FOR THE PERIOD FROM  2/03/82 TO 12/31/82

```
INITIAL INVESTMENT                                      161,855.88CR
ADJUSTMENTS TO INITIAL INVESTMENT                       230,000.00-
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
NET WORKING CAPITAL                                     161,855.88CR
EXPECTED RATE OF RETURN 27%
EXPECTED RETURN FOR   331 DAYS                           39,630.30CR
REALIZED P/L                                             31,016.66CR
UNREALIZED P/L
PROFITS WITHDRAWN
OVER/UNDER EXPECTED RETURN                                8,613.64-
CURRENT CASH BALANCE                                    430,644.76CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS             7,772.22CR
TOTAL EQUITY                                            422,872.54CR
```

ACCOUNT # 1-00214-1-8   ARTHUR & SOFIE BLECKER    REPORT FOR THE PERIOD FROM  2/23/82 TO 12/31/82

```
INITIAL INVESTMENT                                       42,350.33CR
ADJUSTMENTS TO INITIAL INVESTMENT
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
NET WORKING CAPITAL                                      42,350.33CR
EXPECTED RATE OF RETURN 24%
EXPECTED RETURN FOR   311 DAYS                            8,660.36CR
REALIZED P/L                                              8,098.77CR
UNREALIZED P/L                                            5,415.07CR
PROFITS WITHDRAWN                                         8,098.77
OVER/UNDER EXPECTED RETURN                                4,853.48
CURRENT CASH BALANCE                                     43,917.43CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS             3,847.97
TOTAL EQUITY                                             47,765.40CR
```

ACCOUNT # 1-00215-1-7   FRANCES & JOSEPH BLUM     REPORT FOR THE PERIOD FROM  2/24/82 TO 12/31/82

```
INITIAL INVESTMENT                                      204,173.31CR
ADJUSTMENTS TO INITIAL INVESTMENT
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                      15,500.00
NET WORKING CAPITAL                                     188,673.31CR
EXPECTED RATE OF RETURN 27%
EXPECTED RETURN FOR   310 DAYS                           45,328.37CR
REALIZED P/L                                             41,058.41CR
UNREALIZED P/L                                           29,620.00CR
PROFITS WITHDRAWN
OVER/UNDER EXPECTED RETURN                               25,350.04
CURRENT CASH BALANCE                                    238,316.73CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            21,034.99
TOTAL EQUITY                                            259,351.72CR
```

MF00092212