# EXHIBIT 11

NAME/ADDR FILE MAINTENANCE

Action        (1) _A_  (Note: A=Add, C=Change, D=Delete
Account Number   (6) ~~100254-10~~  1B0022-10
Type          (1) _1_  (Note: 1=Name/Addr, 2=Dup1, 3=Dup 2)

P_____   S_____   A_____   H_____   N_____

Line 1   (30)  AARON BLECKER
Line 2   (30)
Line 3   (30)
Line 4   (30)  50 GRIST MILL LANE
City     (20)  GREAT NECK   State  (2) NY   Zip  (5) 11023

89
AB
9-22-86

(Note: Type 1 Information Only)                              ©

Short Name    (12) BLECKER A     SS-ID#   (11) 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
Foreign Acct _____    Margin Acct _____   1087 _____
Group Name    (10) BLECKER
Comps ____  Memos ____  Statements ____   (Note: N=Do Not Print)

         Profits    Dividends    Interest   (Note: S=Send, R=Reinvest)
Type 1     -           -            -        S ✓ ℗ 9/29
     2     -           -            -
     3     -           -            -
     4     -           -            -
     5     -           -            -
     6     -           -            -
     7     -           -            -
     8     -           -            -
     9     -           -            -

                                              FOREIGN   Y
                                              MARGIN    Y
                                              1087      N
                                              ONLY