# EXHIBIT 12

8/4/92 Fix title D.K
4/18/97 new acct # 1B0157-30/40

MADTBB01988424