# EXHIBIT 13

4/17/96 new acct
1B0156-30/40



MADTBB01988420