# EXHIBIT 14

2197   (514) 466-0095

ARTHUR & SOFIE BLECKER
100271510
168023310

MADTBB01988421

130157
ARTHUR & SOFIE BLECKER
1:00021510
1B202310

MADTBB01988422

NAME/ADDR FILE MAINTENANCE

Action      (1) C        (Note: A = Add, C = Change, D = Delete)
Account Number (6) 1B0023-10
Type        (1) 1        (Note: 1 = Name/Addr, 2 = Dup1, 3 = Dup2)

---

Line 1  (30) Arthur ~~Sofie~~ Blecker
Line 2  (30) & SOFIE BLECKER JT WROS
Line 3  (30) _____
Line 4  (30) 50 Grist Mill Lane
City (20) Great Neck         State (2) ~~LI~~ NY   Zip (5) 11023

---

(Note: Type 1   Information Only)

Short Name (12) Blecker A & S   SS-ID # (11) 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
Dividend/Interest Withholding (1) _   (Note: N = Do Not Withhold)
Group Name  (10) Blecker
Comps _   Memos _   Statements _   (Note: N = Do Not Print)

|        | Profits | Dividends | Interest | (Note: S = Send, R = Reinvest) |
|--------|---------|-----------|----------|---------------------------------|
| Type 1 | S       | S         | S        |                                 |
| 2      | —       | —         | —        |                                 |
| 3      | —       | —         | —        |                                 |
| 4      | —       | —         | —        |                                 |
| 5      | —       | —         | —        |                                 |
| 6      | —       | —         | —        |                                 |

100214 18-1              100215