# EXHIBIT 15

```
INQUIRY  Account#  1B0022
                         CUSTOMER MASTER FILE MAINTENANCE

Line 1   AARON BLECKER
Line 2   REV TRUST U/A/D 3/15/07
Line 3   _____
Line 4   50 GRIST MILL LANE
City     GREAT NECK              State NY   Zip 11023 - 1813
Check Name1  AARON BLECKER
Check Name2  _____

SS-ID#  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   SS-ID# Confirmed C
Short Name BLECKER A     Group Name BLECKER
Margin Account N   Foreign Account _   F.A. W/H Rate 0000   Agency Account _
Comps _   Memos _   Statements _   1099 Forms _
                         PROFITS   DIVIDEND   INTEREST    TYPE      BATCH
1 - Arbitrage Account       S         S          S         30
2 - Long Account (Special)  S         S          S         40
3 - Long Account (Regular)  S         S          S         50
4 - Option Account          S         S          S         70
5 - Hedge Account           S         S          S

                    < ENTER > To Continue
```

Handwritten annotations: "1B0156", "4/17/97 DK", "-F"

AMF00154126