# EXHIBIT 16

```
INQUIRY   Account#  1B0023
                         CUSTOMER MASTER FILE MAINTENANCE

Line 1    ARTHUR BLECKER
Line 2    & SOFIE BLECKER J/T WROS
Line 3    Sophie
Line 4    50 GRIST MILL LANE
City      GREAT NECK            State  NY   Zip  11023 - 1813
Check Name1  ARTHUR BLECKER & SOFIE BLECKER J/T WROS
Check Name2

SS-ID#  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   SS-ID# Confirmed  C
Short Name  BLECKER A &S   Group Name  BLECKER
Margin Account  AJ   Foreign Account _   F.A. W/H Rate  0000   Agency Account _
Comps _   Memos _   Statements _   1099 Forms _
                          PROFITS   DIVIDEND   INTEREST    TYPE      BATCH
1 - Arbitrage Account        S         S          S         30         F
2 - Long Account (Special)   S         S          S         40         _
3 - Long Account (Regular)   S         S          S         50         _
4 - Option Account           S         S          S         70         _
5 - Hedge Account            S         S          S

                       < ENTER > To Continue
```

1B0157

4/17/97
JK

AMF00154159