# EXHIBIT 17

```
ACCOUNT #   1-B0156-3  AARON BLECKER                    REPORT FOR THE PERIOD FROM 4/24/97 TO 4/30/97
            INITIAL INVESTMENT                                                              206,528.75CR
            PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR
            ADJUSTMENTS
            CAPITAL ADDITIONS
            CAPITAL WITHDRAWALS
            NET WORKING CAPITAL                                                             206,528.75CR
            BENCHMARK RATE OF RETURN              18.00 %
            BENCHMARK RETURN FOR    7 DAYS                                                      712.95CR
            CAPITAL GAINS AND LOSSES
            DIVIDENDS AND INTEREST
            REALIZED P/L
            UNREALIZED P/L                                                                    2,319.00CR
            PROFITS WITHDRAWN
            OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                                      1,606.05
            CURRENT CASH BALANCE
            NET MARKET VALUE OF OPEN SECURITIES POSITIONS                                   208,847.75
            TOTAL EQUITY                                                                    208,847.75CR
            PRIOR YEAR END EQUITY
            ANNUALIZED RETURN FOR CURRENT YEAR    58.54 %
            PROJECTED ANNUALIZED RATE OF RETURN    1.62 %
            BUYING POWER         209     OVER/UNDER         2
```

MDPTQQ00030367