# EXHIBIT 18

```
ARTHUR BLECKER
& SOFIE BLECKER J/T WROS                                          4/30/97          1

50 GRIST MILL LANE
GREAT NECK              NY 11023                   1-B0157-3-0    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


                                NO BALANCE FORWARD

4/24                              TRANS FROM 1B002310      JRNL              389,846.73
4/28      205         1661   HEWLETT PACKARD CO       49 3/8     10,121.88
4/28      110         4501   INTERNATIONAL BUSINESS MACHS 142    15,620.00
4/28      165         7341   INTEL CORP               145 1/2    24,007.50
4/28      265        10181   JOHNSON & JOHNSON        58         15,370.00
4/28      495        13021   COCA COLA CO             60 1/4     29,823.75
4/28      135        15861   MCDONALDS CORP           51 1/2      6,952.50
4/28       85        18701   MINNESOTA MNG & MFG CO   85 7/8      7,299.38
4/28       75        21541   MOBIL CORP              125 3/4      9,431.25
4/28      235        24381   MERCK & CO               88         20,680.00
4/28      140        32901   ORACLE CORPORATION       37 1/2      5,250.00
4/28      305        35741   PEPSICO INC              33 1/4     10,141.25
4/28       50        38581   SCHLUMBERGER LTD        111 3/4      5,587.50
4/28      315        41421   AT & T CORP              31 5/8      9,961.88
4/28      450        44261   WAL-MART STORES INC      28         12,600.00
4/28      490        47101   EXXON CORP               55         26,950.00
4/28       95        50540   AMERICAN INTL GROUP INC 118         11,210.00
4/28      110        53380   AMERITECH CORP           57 1/4      6,297.50
4/28       95        56220   AMOCO CORP               83 5/8      7,944.38
4/28       95        59060   AMERICAN EXPRESS COMPANY 61          5,795.00
4/28       70        61900   BOEING CO               101 1/4      7,087.50
4/28       70        64740   BANKAMERICA CORP        107 3/4      7,542.50
4/28       85        67580   BELL ATLANTIC CORP       59 3/4      5,078.75
```

CONTINUED ON PAGE     2

MDPTPP00260199