# EXHIBIT 19

```
ACCOUNT #    1-B0156-3  AARON BLECKER              REPORT FOR THE PERIOD FROM 1/01/07 TO 7/31/07
                        INITIAL INVESTMENT                                    1,030,750.78CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR        317,942.39
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                     1,459,343.06CR
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                   2,490,093.84CR
                        BENCHMARK RATE OF RETURN              18.00 %
                        BENCHMARK RETURN FOR 212 DAYS                           148,784.41CR
                        CAPITAL GAINS AND LOSSES                                 44,581.60CR
                        DIVIDENDS AND INTEREST                                    6,335.51CR
                        REALIZED P/L                                             50,917.11CR
                        UNREALIZED P/L                                              270.00CR
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR             97,597.30-
                        CURRENT CASH BALANCE                                          .06CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS         2,223,338.50
                        TOTAL EQUITY                                          2,223,338.56CR
                        PRIOR YEAR END EQUITY            712,808.39CR
                        ANNUALIZED RETURN FOR CURRENT YEAR     7.97 %
                        PROJECTED ANNUALIZED RATE OF RETURN    4.62 %
                        BUYING POWER         2,223      OVER/UNDER        416-
```

MDPTQQ00030490