# EXHIBIT 20

```
ACCOUNT #   1-B0157-3 ARTHUR BLECKER             REPORT FOR THE PERIOD FROM 1/01/07 TO 6/30/07
                      INITIAL INVESTMENT                                      1,945,660.45CR
                      PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR          548,085.58
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                                     1,459,343.06
                      NET WORKING CAPITAL                                       486,317.39CR
                      BENCHMARK RATE OF RETURN                    18.00 %
                      BENCHMARK RETURN FOR 181 DAYS                             154,958.61CR
                      CAPITAL GAINS AND LOSSES                                   52,377.81CR
                      DIVIDENDS AND INTEREST                                     10,175.05CR
                      REALIZED P/L                                              62,552.86CR
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR              92,405.75-
                      CURRENT CASH BALANCE                                            .67CR
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS               784.00
                      TOTAL EQUITY                                                 784.67CR
                      PRIOR YEAR END EQUITY                      1,397,574.87CR
                      ANNUALIZED RETURN FOR CURRENT YEAR             10.61 %
                      PROJECTED ANNUALIZED RATE OF RETURN            5.25 %
                      BUYING POWER           1    OVER/UNDER          640-
```

MDPTQQ00030629