# EXHIBIT 21

|   | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK          NY  11023

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-B0156-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER: ******8745

| BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  | 153,467.64 |  |
| 1,430 |  | 2109 | WAL-MART STORES INC | 55.830 | 79,893.90 |  |
| 935 |  | 2611 | INTERNATIONAL BUSINESS MACHS | 87.270 | 81,634.45 |  |
| 3,465 |  | 6435 | EXXON MOBIL CORP | 72.880 | 252,667.20 |  |
| 3,795 |  | 6937 | INTEL CORP | 14.510 | 55,216.45 |  |
| 1,815 |  | 11263 | JOHNSON & JOHNSON | 59.580 | 108,209.70 |  |
| 2,475 |  | 15589 | J.P. MORGAN CHASE & CO | 38.530 | 95,460.75 |  |
| 1,320 |  | 19914 | COCA COLA CO | 44.660 | 59,003.20 |  |
| 770 |  | 24240 | MCDONALDS CORP | 55.370 | 42,664.90 |  |
| 1,430 |  | 28566 | MERCK & CO | 28.550 | 40,883.50 |  |
| 5,225 |  | 32892 | MICROSOFT CORP | 21.810 | 114,166.25 |  |
| 2,640 |  | 37218 | ORACLE CORPORATION | 17.300 | 45,777.00 |  |
| 1,045 |  | 50196 | PEPSICO INC | 56.410 | 58,989.45 |  |
| 605 |  | 50698 | APPLE INC | 100.780 | 60,995.90 |  |
| 4,455 |  | 54522 | PFIZER INC | 16.940 | 75,645.70 |  |
| 1,045 |  | 55024 | ABBOTT LABORATORIES | 54.610 | 57,108.45 |  |
| 1,980 |  | 58848 | PROCTER & GAMBLE CO | 64.080 | 126,957.40 |  |
| 715 |  | 59350 | AMGEN INC | 59.160 | 42,327.40 |  |
| 1,375 |  | 63174 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 60,005.00 |  |
| 3,300 |  | 63676 | BANK OF AMERICA | 21.590 | 71,379.00 |  |
| 1,100 |  | 67500 | QUALCOMM INC | 33.770 | 37,191.00 |  |
| 3,575 |  | 68002 | CITI GROUP INC | 12.510 | 44,866.25 |  |
| 825 |  | 71826 | SCHLUMBERGER LTD | 49.480 | 40,854.00 |  |
| 1,980 |  | 72328 | COMCAST CORP<br>CL A | 16.510 | 32,768.80 |  |

CONTINUED ON PAGE   2

ETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |
|---|---|---|---|---|

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK          NY   11023

PERIOD ENDING: 11/30/08    PAGE: 2
YOUR ACCOUNT NUMBER: 1-B0156-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 3,905 | | 76152 | AT&T INC | 27 | 105,591.00 | |
| 990 | | 76654 | CONOCOPHILIPS | 52.510 | 52,023.90 | |
| 660 | | 80478 | UNITED PARCEL SVC INC CLASS B | 52.040 | 34,372.40 | |
| 4,015 | | 80980 | CISCO SYSTEMS INC | 16.730 | 67,330.95 | |
| 1,155 | | 84804 | U S BANCORP | 29.530 | 34,153.15 | |
| 1,375 | | 85306 | CHEVRON CORP | 73.430 | 101,021.25 | |
| 660 | | 89130 | UNITED TECHNOLOGIES CORP | 53.160 | 35,111.60 | |
| 6,985 | | 89632 | GENERAL ELECTRIC CO | 19.630 | 137,394.55 | |
| 1,870 | | 93456 | VERIZON COMMUNICATIONS | 30.410 | 56,940.70 | |
| 165 | | 93958 | GOOGLE | 337.400 | 55,677.00 | |
| 2,310 | | 97782 | WELLS FARGO & CO NEW | 29.800 | 68,930.00 | |
| 1,650 | | 98284 | HEWLETT PACKARD CO | 34.900 | 57,651.00 | |
| | 2,475,000 | 20395 | U S TREASURY BILL<br>DUE 2/12/2009<br>2/12/2009 | 99.936 | | 2,473,416.00 |
| | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/12/08 | DIV | | 78.19 |
| | 65,835 | 15493 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 65,835.00 |
| 37,356 | | 24862 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 37,356.00 | |
| | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/19/08 | DIV | | 4.59 |

CONTINUED ON PAGE    3

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK        NY  11023

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-B0156-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 37,356 | 50102 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,356.00 |
| 200,000 | | 54749 | U S TREASURY BILL DUE 03/26/2009       3/26/2009 | 99.926 | 199,852.00 | |
| 2,288 | | 59143 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,288.00 | |
| | | | NEW BALANCE | | 307,137.01 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 3,905 | | | AT&T INC | 28.560 | | |
| 1,045 | | | ABBOTT LABORATORIES | 52.390 | | |
| 715 | | | AMGEN INC | 55.540 | | |
| 605 | | | APPLE INC | 92.670 | | |
| 3,300 | | | BANK OF AMERICA | 16.250 | | |
| 1,375 | | | CHEVRON CORP | 79.010 | | |
| 4,015 | | | CISCO SYSTEMS INC | 16.540 | | |
| 3,575 | | | CITI GROUP INC | 8.290 | | |
| 1,320 | | | COCA COLA CO | 46.870 | | |
| 1,980 | | | COMCAST CORP CL A | 17.340 | | |
| 990 | | | CONOCOPHILIPS | 52.520 | | |
| 3,465 | | | EXXON MOBIL CORP | 80.150 | | |
| 6,985 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADOFF SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK          NY  11023

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-80156-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 165 | | | GOOGLE | 292.960 | | |
| 1,650 | | | HEWLETT PACKARD CO | 35.280 | | |
| 3,795 | | | INTEL CORP | 13.800 | | |
| 935 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 2,475 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,815 | | | JOHNSON & JOHNSON | 58.580 | | |
| 770 | | | MCDONALDS CORP | 58.750 | | |
| 1,430 | | | MERCK & CO | 26.720 | | |
| 5,225 | | | MICROSOFT CORP | 20.220 | | |
| 2,640 | | | ORACLE CORPORATION | 16.090 | | |
| 1,045 | | | PEPSICO INC | 56.700 | | |
| 4,455 | | | PFIZER INC | 16.430 | | |
| 1,375 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,980 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,100 | | | QUALCOMM INC | 33.570 | | |
| 825 | | | SCHLUMBERGER LTD | 50.740 | | |
| 2,288 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 1,155 | | | U S BANCORP | 26.980 | | |
| 660 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 200,000 | | | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.971 | | |
| 660 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE  5 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK            NY  11023

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-B0156-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,870 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,430 | | | WAL-MART STORES INC | 55.880 | | |
| 2,310 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG            SHORT | | | |
| | | | 2,625,435.95 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK        NY 11023

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-80156-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 17,307.89 |
| | | | GROSS PROCEEDS FROM SALES | | | 14,496,890.87 |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES