# EXHIBIT 22

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

~~OFFICE~~ _Home_: 516- 466 0095

~~HOME~~: _____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1B0022
AARON BLECKER
50 GRIST MILL LANE
GREAT NECK, NY  11023

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

502180406                                  1

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                     $ _____

d.    If balance is zero, insert "None."          _____ *NONE*

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a. The Broker owes me securities | *Yes* | |
| b. I owe the Broker securities | | *No* |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | *See Statement attached* | _____ | _____ |
| _____ | *5/31/07 See Letter 153,107.40* | _____ | _____ |
| _____ | *I never withdrew* | _____ | _____ |
| _____ | *any Funds* | _____ | _____ |
| _____ | _____ | _____ | _____ |

*Number of Shares or Face Amount of Bonds*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | No |

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ No

Please list the full name and address of anyone assisting you in the preparation of this claim form: My Son Robert Blecker 15 Bayberry Ridge Roslyn N Y 11576

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  Feby 24, 2009    Signature  Aaron Blecker

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK        NY  11023

PERIOD ENDING: 11/30/08

PAGE: 1

YOUR ACCOUNT NUMBER: 1-80156-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 153,467.64 | |
| 1,430 | | 2109 | WAL-MART STORES INC | 55.830 | 79,893.90 | |
| 935 | | 2611 | INTERNATIONAL BUSINESS MACHS | 87.270 | 81,634.45 | |
| 3,465 | | 6435 | EXXON MOBIL CORP | 72.880 | 252,667.20 | |
| 3,795 | | 6937 | INTEL CORP | 14.510 | 55,216.45 | |
| 1,815 | | 11263 | JOHNSON & JOHNSON | 59.580 | 108,209.70 | |
| 2,475 | | 15589 | J.P. MORGAN CHASE & CO | 38.530 | 95,460.75 | |
| 1,320 | | 19914 | COCA COLA CO | 44.660 | 59,003.20 | |
| 770 | | 24240 | MCDONALDS CORP | 55.370 | 42,664.90 | |
| 1,430 | | 28566 | MERCK & CO | 28.550 | 40,883.50 | |
| 5,225 | | 32892 | MICROSOFT CORP | 21.810 | 114,166.25 | |
| 2,640 | | 37218 | ORACLE CORPORATION | 17.300 | 45,777.00 | |
| 1,045 | | 50196 | PEPSICO INC | 56.410 | 58,989.45 | |
| 605 | | 50698 | APPLE INC | 100.780 | 60,995.90 | |
| 4,455 | | 54522 | PFIZER INC | 16.940 | 75,645.70 | |
| 1,045 | | 55024 | ABBOTT LABORATORIES | 54.610 | 57,108.45 | |
| 1,980 | | 58848 | PROCTER & GAMBLE CO | 64.080 | 126,957.40 | |
| 715 | | 59350 | AMGEN INC | 59.160 | 42,327.40 | |
| 1,375 | | 63174 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 60,005.00 | |
| 3,300 | | 63676 | BANK OF AMERICA | 21.590 | 71,379.00 | |
| 1,100 | | 67500 | QUALCOMM INC | 33.770 | 37,191.00 | |
| 3,575 | | 68002 | CITI GROUP INC | 12.510 | 44,866.25 | |
| 825 | | 71826 | SCHLUMBERGER LTD | 49.480 | 40,854.00 | |
| 1,980 | | 72328 | COMCAST CORP CL A | 16.510 | 32,768.80 | |
| | | | | | | |
| | | | CONTINUED ON PAGE   2 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK        NY  11023

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-B0156-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 3,905 | | 76152 | AT&T INC | 27 | 105,591.00 | |
| 990 | | 76654 | CONOCOPHILIPS | 52.510 | 52,023.90 | |
| 660 | | 80478 | UNITED PARCEL SVC INC CLASS B | 52.040 | 34,372.40 | |
| 4,015 | | 80980 | CISCO SYSTEMS INC | 16.730 | 67,330.95 | |
| 1,155 | | 84804 | U S BANCORP | 29.530 | 34,153.15 | |
| 1,375 | | 85306 | CHEVRON CORP | 73.430 | 101,021.25 | |
| 660 | | 89130 | UNITED TECHNOLOGIES CORP | 53.160 | 35,111.60 | |
| 6,985 | | 89632 | GENERAL ELECTRIC CO | 19.630 | 137,394.55 | |
| 1,870 | | 93456 | VERIZON COMMUNICATIONS | 30.410 | 56,940.70 | |
| 165 | | 93958 | GOOGLE | 337.400 | 55,677.00 | |
| 2,310 | | 97782 | WELLS FARGO & CO NEW | 29.800 | 68,930.00 | |
| 1,650 | | 98284 | HEWLETT PACKARD CO | 34.900 | 57,651.00 | |
| | 2,475,000 | 20395 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 2,473,416.00 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 78.19 |
| | 65,835 | 15493 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 65,835.00 |
| 37,356 | | 24862 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,356.00 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.59 |

CONTINUED ON PAGE   3

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK          NY  11023

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| 1-B0156-3-0 | *******8745 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 37,356 | 50102 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,356.00 |
| 200,000 | | 54749 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 199,852.00 | |
| 2,288 | | 59143 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,288.00 | |
| | | | NEW BALANCE | | 307,137.01 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 3,905 | | | AT&T INC | 28.560 | | |
| 1,045 | | | ABBOTT LABORATORIES | 52.390 | | |
| 715 | | | AMGEN INC | 55.540 | | |
| 605 | | | APPLE INC | 92.670 | | |
| 3,300 | | | BANK OF AMERICA | 16.250 | | |
| 1,375 | | | CHEVRON CORP | 79.010 | | |
| 4,015 | | | CISCO SYSTEMS INC | 16.540 | | |
| 3,575 | | | CITI GROUP INC | 8.290 | | |
| 1,320 | | | COCA COLA CO | 46.870 | | |
| 1,980 | | | COMCAST CORP CL A | 17.340 | | |
| 990 | | | CONOCOPHILIPS | 52.520 | | |
| 3,465 | | | EXXON MOBIL CORP | 80.150 | | |
| 6,985 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**R.. D L. MADOFF**
**EST ME T SECURITIES LLC**
**New York ❑ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK          NY  11023

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-80156-3-0 | *******8745  |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 165 | | | GOOGLE | 292.960 | | |
| 1,650 | | | HEWLETT PACKARD CO | 35.280 | | |
| 3,795 | | | INTEL CORP | 13.800 | | |
| 935 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 2,475 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,815 | | | JOHNSON & JOHNSON | 58.580 | | |
| 770 | | | MCDONALDS CORP | 58.750 | | |
| 1,430 | | | MERCK & CO | 26.720 | | |
| 5,225 | | | MICROSOFT CORP | 20.220 | | |
| 2,640 | | | ORACLE CORPORATION | 16.090 | | |
| 1,045 | | | PEPSICO INC | 56.700 | | |
| 4,455 | | | PFIZER INC | 16.430 | | |
| 1,375 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,980 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,100 | | | QUALCOMM INC | 33.570 | | |
| 825 | | | SCHLUMBERGER LTD | 50.740 | | |
| 2,288 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 1,155 | | | U S BANCORP | 26.980 | | |
| 660 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 200,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| 660 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE     5 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK          NY  11023

PERIOD ENDING: **11/30/08**   PAGE: **5**

YOUR ACCOUNT NUMBER: **1-B0156-3-0**   YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*\*8745**

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,870 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,430 | | | WAL-MART STORES INC | 55.880 | | |
| 2,310 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG                        SHORT | | | |
| | | | 2,625,435.95 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

50 GRIST MILL LANE
GREAT NECK          NY  11023

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-80156-3-0 | *******8745 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | **YEAR-TO-DATE SUMMARY** | | | |
| | | | DIVIDENDS | | | 17,307.89 |
| | | | GROSS PROCEEDS FROM SALES | | | 14,496,890.87 |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number: **003900**

Date Rec~~~~

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

## DECEMBER 11, 2008

RECEIVED
FEB 17 2009
By_____

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:___ **Redacted**

Account Number:   1B0156
AARON BLECKER
REV TRUST U/A/D 3/15/07

**Redacted**

Taxpayer I.D. Number (Social Security No.)
_____

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
      a.    The Broker owes me a Credit (Cr.) Balance of         $_____
      b.    I owe the Broker a Debit (Dr.) Balance of            $_____

502180406                                    1

MWPTAP00261293

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                    $ _____

d.   If balance is zero, insert "None."                  ____ *None* ____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *YES* | |
| b. | I owe the Broker securities | | *No* |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *See Statement* | | — |
| | *attached* | *2,625,435.95* | — |
| | *I never withdrew* | | — |
| | *any funds.* | | — |
| | | | — |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

MWPTAP00261294

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | No |

MWPTAP00261295

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.                    _____    *No*

Please list the full name and address of anyone assisting you in the *Blecker*
preparation of this claim form:  *My Son Robert Blecker*

**Redacted**

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  *Feby 22, 2009*  Signature  *Aaron Blecker Rev Trust*

Date  _____  Signature  _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00261296

February 23, 2009

Dear Mr. Picard –

    Like so many other victims, I have lost most of my life savings by directly investing with Bernard Madoff (although I may be the oldest at nearly 98). For many years, until early 2007 I had two accounts – one, Arthur and Sophie Blecker (misspelled Sofie on the account), and another Aaron Blecker. (I go by both names. See enclosed account statements.) The accounts were under different names, opened at separate times to serve separate purposes. I personally submitted separate schedules each year for each account, detailing every stock transaction. (I have some of that paperwork still in cartons and could supply it.) Sometime early in 2007, someone from Madoff told me they would no longer handle accounts under $1 million dollars. They had accommodated me for years, because Bill Alpern, the brother of Bernard Madoff's father in law, was a dear friend. In May 2007 when they forced me to merge them, as the submitted statements show, Aaron Blecker – 1-B0156-3-0 -- had $753,107.40. The other, Arthur Blecker –1-B0157-3-0 – had $1,480,131.54 (see attached statement.) I am filing a SIPA claim for each.

    Forced to combine them, turning 95, we were setting up trusts for peace of mind and satisfaction at knowing that my decades of hard work as a solo practitioner would ensure that our children and their children struggled less than I, and the little ones' college education was assured. So, as Madoff demanded, I combined the two accounts into one, under the new name Aaron Blecker Rev Trust U/A/D 3/15/07. (See June 30, 2007 statement.) On December 11, 2008, when the fraud was announced, the account as of November 30, 2008 had approximately 2.6 million dollars. (see attached statement.)

    Thus I am filing separate claims for $500,000 protection each for Aaron Blecker, and Arthur Blecker and Sofie Blecker. If you reject these separate claims for separate accounts I had in 2007 and was compelled by Madoff to abandon, of course I am filing in the alternative for SIPA protection for Aaron Blecker Revised Trust which had $2.6 million as of Dec. 11, 2008.

    I hope you will agree that both original accounts are legally protected. But if you do reject that claim, would you please inform me quickly and act quickly on my indisputable claim re the later trust account. I never withdrew a penny. My wife Sophie died this past October – my consolation has been that she was spared this financial shock that mocks assurances I proudly gave my children, who invested their own money: "Don't worry, there's always Madoff."

    Hoping to be informed of my status and reimbursed quickly, I am

*Aaron Blecker*
Aaron Blecker

MWPTAP00261297

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

**Redacted**

PERIOD ENDING
11/30/08

PAGE
1

YOUR ACCOUNT NUMBER
1-80156-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER
*******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 153,467.64 | |
| 1,430 | | 2109 | WAL-MART STORES INC | 55.830 | 79,893.90 | |
| 935 | | 2611 | INTERNATIONAL BUSINESS MACHS | 87.270 | 81,634.45 | |
| 3,465 | | 6435 | EXXON MOBIL CORP | 72.880 | 252,667.20 | |
| 3,795 | | 6937 | INTEL CORP | 14.510 | 55,216.45 | |
| 1,815 | | 11263 | JOHNSON & JOHNSON | 59.580 | 108,209.70 | |
| 2,475 | | 15589 | J.P. MORGAN CHASE & CO | 38.530 | 95,460.75 | |
| 1,320 | | 19914 | COCA COLA CO | 44.660 | 59,003.20 | |
| 770 | | 24240 | MCDONALDS CORP | 55.370 | 42,664.90 | |
| 1,430 | | 28566 | MERCK & CO | 28.550 | 40,883.50 | |
| 5,225 | | 32892 | MICROSOFT CORP | 21.810 | 114,166.25 | |
| 2,640 | | 37218 | ORACLE CORPORATION | 17.300 | 45,777.00 | |
| 1,045 | | 50196 | PEPSICO INC | 56.410 | 58,989.45 | |
| 605 | | 50698 | APPLE INC | 100.780 | 60,995.90 | |
| 4,455 | | 54522 | PFIZER INC | 16.940 | 75,645.70 | |
| 1,045 | | 55024 | ABBOTT LABORATORIES | 54.610 | 57,108.45 | |
| 1,980 | | 58848 | PROCTER & GAMBLE CO | 64.080 | 126,957.40 | |
| 715 | | 59350 | AMGEN INC | 59.160 | 42,327.40 | |
| 1,375 | | 63174 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 60,005.00 | |
| 3,300 | | 63676 | BANK OF AMERICA | 21.590 | 71,379.00 | |
| 1,100 | | 67500 | QUALCOMM INC | 33.770 | 37,191.00 | |
| 3,575 | | 68002 | CITI GROUP INC | 12.510 | 44,866.25 | |
| 825 | | 71826 | SCHLUMBERGER LTD | 49.480 | 40,854.00 | |
| 1,980 | | 72328 | COMCAST CORP CL A | 16.510 | 32,768.80 | |
| | | | CONTINUED ON PAGE    2 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261298

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

## Redacted

PERIOD ENDING **11/30/08**  PAGE **2**

YOUR ACCOUNT NUMBER **1-B0156-3-0**   YOUR TAX PAYER IDENTIFICATION NUMBER *********8745**

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 3,905 | | 76152 | AT&T INC | 27 | 105,591.00 | |
| 990 | | 76654 | CONOCOPHILIPS | 52.510 | 52,023.90 | |
| 660 | | 80478 | UNITED PARCEL SVC INC | 52.040 | 34,372.40 | |
| | | | CLASS B | | | |
| 4,015 | | 80980 | CISCO SYSTEMS INC | 16.730 | 67,330.95 | |
| 1,155 | | 84804 | U S BANCORP | 29.530 | 34,153.15 | |
| 1,375 | | 85306 | CHEVRON CORP | 73.430 | 101,021.25 | |
| 660 | | 89130 | UNITED TECHNOLOGIES CORP | 53.160 | 35,111.60 | |
| 6,985 | | 89632 | GENERAL ELECTRIC CO | 19.630 | 137,394.55 | |
| 1,870 | | 93456 | VERIZON COMMUNICATIONS | 30.410 | 56,940.70 | |
| 165 | | 93958 | GOOGLE | 337.400 | 55,677.00 | |
| 2,310 | | 97782 | WELLS FARGO & CO NEW | 29.800 | 68,930.00 | |
| 1,650 | | 98284 | HEWLETT PACKARD CO | 34.900 | 57,651.00 | |
| | 2,475,000 | 20395 | U S TREASURY BILL | 99.936 | | 2,473,416.00 |
| | | | DUE 2/12/2009 | | | |
| | | | 2/12/2009 | | | |
| | | | FIDELITY SPARTAN | DIV | | 78.19 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 11/12/08 | | | |
| | 65,835 | 15493 | FIDELITY SPARTAN | 1 | | 65,835.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 37,356 | | 24862 | FIDELITY SPARTAN | 1 | 37,356.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | FIDELITY SPARTAN | DIV | | 4.59 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 11/19/08 | | | |
| | | | CONTINUED ON PAGE 3 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261299

**D L. MADOFF**
T SECURITIES LLC
□ London

ARON BLECKER
EV TRUST U/A/D 3/15/07

**Redacted**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08    PAGE: 3

YOUR ACCOUNT NUMBER: 1-80156-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 37,356 | 50102 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,356.00 |
| 200,000 | | 54749 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 199,852.00 | |
| 2,288 | | 59143 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,288.00 | |
| | | | NEW BALANCE | | 307,137.01 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 3,905 | | | AT&T INC | 28.560 | | |
| 1,045 | | | ABBOTT LABORATORIES | 52.390 | | |
| 715 | | | AMGEN INC | 55.540 | | |
| 605 | | | APPLE INC | 92.670 | | |
| 3,300 | | | BANK OF AMERICA | 16.250 | | |
| 1,375 | | | CHEVRON CORP | 79.010 | | |
| 4,015 | | | CISCO SYSTEMS INC | 16.540 | | |
| 3,575 | | | CITI GROUP INC | 8.290 | | |
| 1,320 | | | COCA COLA CO | 46.070 | | |
| 1,980 | | | COMCAST CORP CL A | 17.340 | | |
| 990 | | | CONOCOPHILIPS | 52.520 | | |
| 3,465 | | | EXXON MOBIL CORP | 80.150 | | |
| 6,985 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | CONTINUED ON PAGE    4 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261300

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV. TRUST U/A/D 3/15/07

**Redacted**

PERIOD ENDING **11/30/08**    PAGE **4**

YOUR ACCOUNT NUMBER **1-80156-3-0**
YOUR TAX PAYER IDENTIFICATION NUMBER *********8745**

| BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 165 | | | GOOGLE | 292.960 | | |
| 1,650 | | | HEWLETT PACKARD CO | 35.280 | | |
| 3,795 | | | INTEL CORP | 13.800 | | |
| 935 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 2,475 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,815 | | | JOHNSON & JOHNSON | 58.580 | | |
| 770 | | | MCDONALDS CORP | 58.750 | | |
| 1,430 | | | MERCK & CO | 26.720 | | |
| 5,225 | | | MICROSOFT CORP | 20.220 | | |
| 2,640 | | | ORACLE CORPORATION | 16.090 | | |
| 1,045 | | | PEPSICO INC | 56.700 | | |
| 4,455 | | | PFIZER INC | 16.430 | | |
| 1,375 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,980 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,100 | | | QUALCOMM INC | 33.570 | | |
| 825 | | | SCHLUMBERGER LTD | 50.740 | | |
| 2,288 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 1,155 | | | U S BANCORP | 26.980 | | |
| 660 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 200,000 | | | U S TREASURY BILL DUE 03/26/2009 | 99.971 | | |
| | | | 3/26/2009 | | | |
| 660 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE 5 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261301

BERNARD L. MADOFF
MADOFF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

**Redacted**

PERIOD ENDING **11/30/08**   PAGE **5**

YOUR ACCOUNT NUMBER **1-B0156-3-0**   YOUR TAX PAYER IDENTIFICATION NUMBER *********8745**

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,870 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,430 | | | WAL-MART STORES INC | 55.880 | | |
| 2,310 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG          SHORT | | | |
| | | | 2,625,435.95 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261302

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

**Redacted**

PERIOD ENDING **11/30/08**    PAGE **6**

YOUR ACCOUNT NUMBER **1-B0156-3-0**    YOUR TAX PAYER IDENTIFICATION NUMBER *********8745**

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 17,307.89 |
| | | | GROSS PROCEEDS FROM SALES | | | 14,496,890.87 |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261303

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AARON BLECKER
REV TRUST U/A/D 3/15/07

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-B0156-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 153,468.00 |
| 11/12 | | 55 | 41544 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 86,845.00 |
| 11/12 | 55 | | 45870 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 97,955.00 | |
| 11/19 | | 55 | 31975 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 142,945.00 |
| 11/19 | 55 | | 36300 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 165,055.00 | |
| 11/19 | 55 | | 40625 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 16,555.00 | |
| 11/19 | | 55 | 44950 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 203,445.00 |
| | | | | NEW BALANCE | | | 307,138.00 |
| | | 55 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 55 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG       SHORT 90,750.00     128,150.00- | | | |

MWPTAP00261304