# EXHIBIT 24

Nov 2 2009

Re: Bankruptcy Case # 08-1789 (BRL)

Claim # 003-947

Gentlemen! Attention Judge Burton R. Lifland

My wife and I were among the early investors in MADOFF Securities. We had confidence in him and looked forward to what we thought would be a good Return. For that reason, we left our investment with him and did not withdraw any funds. Unfortunately it turned out to be a drastic Mistake.

So you see why we were so surprised to receive your letter stating that we had made out checks withdrawing our investment. In all the 30 years we were with MADOFF, each month we received a statement showing the stocks purchased and sold. Never in all That time did any statement show any withdrawals. These checks must have been for members of the MADOFF Family or Friends.

If it would be possible to obtain these checks, and note the endorsements, and see whose account was credited.

We notice that most of the checks were made out to corporations. If these checks were for purchase of stocks; what happened to the stocks? If they are in the account, then the stocks should have been

added to My account and increased My equity - not to eliminate it.

It has been stated that many of the purchases and sales were fictitious. ~~If that were~~ ~~so, would they have credited my~~ ~~account for 4 million dollars?~~ I was not a relative of the Madoff's. Many of the credits were my investments. Based on average returns of 8 or 10%, I had to have made substantial investments in my account.

I am 98 years of age. It is tragic that at my age, I have to be concerned that I would have enough funds, for the years ~~remaining~~ to me.

Thank you

Arthur Aaron Blecker
50 Grist Mill Lane
Great Neck NY 11023

Tel - 516 466 0095
S.S - 088 01 8745

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NASSAU  )

SWORN TO BEFORE ME THIS
10 DAY OF NOVEMBER 2010

AMY M. GRANDY
Notary Public, State of New York
No. 01GR6024304
Qualified in Suffolk County
Commission Expires March 7, 20 10