# EXHIBIT 30

```
9/30/86   AARON BLECKER                                      1-00254-1-0              1
          50 GRIST MILL LANE
          GREAT NECK        NY 11023


          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


  T/DT   S/DT    LONG    SHORT                                       DEBIT           CREDIT
                                   NO BALANCE FORWARD

  9/22   9/22                   CHECK                     JRNL                       50,000.00
  9/24   9/24                   CHECK                     CA                         50,000.00
  9/22   9/29    508         37 TRW INC                 196  5/8     99,885.50
                                PREF SER 1 CONV $4.40
  9/24   9/30            100 38 TRW INC                  92                           9,200.00
  9/24   9/30           1017 39 TRW INC                  91  7/8                     93,436.88
  9/30   9/30                   TRW INC                   JRNL                           55.13
                                FRACTIONAL SHARES

                                NEW BALANCE                                         102,806.51



                                SECURITY POSITIONS               LONG         SHORT            DIFFERENCE

  TRW INC                          1117                                     102,692.01
  TRW INC
  PREF SER 1 CONV $4.40      508                                99,885.50
                                                                                                2,806.51CR
                                END OF POSITIONS                99,885.50   102,692.01           114.50CR
```

MF00064856

```
10/31/86   AARON BLECKER                              1-00254-1-0            1
           50 GRIST MILL LANE
           GREAT NECK        NY 11023


           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


T/DT   S/DT    LONG    SHORT                              DEBIT           CREDIT

                               BALANCE FORWARD                          102,806.51

                               NEW BALANCE                              102,806.51



                               SECURITY POSITIONS         LONG           SHORT        DIFFERENCE


TRW INC                         1117                                    102,692.01
TRW INC                  508                            99,885.50
PREF SER 1 CONV $4.40                                                                 2,806.51CR
                               END OF POSITIONS         99,885.50       102,692.01      114.50CR
```

MF00065607

```
11/30/86   AARON BLECKER                                          1-00254-1-0           1
           50 GRIST MILL LANE
           GREAT NECK          NY 11023


           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


  T/DT  S/DT   LONG    SHORT                              DEBIT           CREDIT
                                BALANCE FORWARD                          102,806.51

 11/07 11/07    100           TRW INC              RECD
 11/07 11/07   1017           TRW INC              RECD
 11/07 11/07           508    TRW INC              DELV
                              PREF SER 1 CONV $4.40
 11/10 11/18    930        37 HOLIDAY CORP      107 1/2    99,975.00
                              SER A CONV $1.70
 11/11 11/18           400 38 HOLIDAY CP DELA    74 5/8                   29,850.00
 11/11 11/18           995 39 HOLIDAY CP DELA    74 1/2                   74,127.50
 11/24 11/24                  CHECK TRW             PW      2,806.51

                              NEW BALANCE                                104,002.50


                              SECURITY POSITIONS          LONG            SHORT         DIFFERENCE

 HOLIDAY CP DELA                       1395                              103,977.50
 HOLIDAY CORP                   930
 SER A CONV $1.70                                        99,975.00
                                                                                         4,002.50CR

                              END OF POSITIONS           99,975.00       103,977.50        25.00CR
```

```
12/31/86   AARON BLECKER                                1-00254-1-0              1
           50 GRIST MILL LANE
           GREAT NECK        NY 11023


           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


    T/DT  S/DT    LONG    SHORT                              DEBIT            CREDIT

                                    BALANCE FORWARD                         104,002.50

                                    NEW BALANCE                             104,002.50



                                    SECURITY POSITIONS         LONG           SHORT       DIFFERENCE


 HOLIDAY CP DELA                        1395                                103,977.50
 HOLIDAY CORP                930                            99,975.00
 SER A CONV $1.70                                                                          4,002.50CR

                                    END OF POSITIONS        99,975.00       103,977.50       25.00CR
```

```
9/30/90   AARON BLECKER                                    1-00254-1-0        1
          50 GRIST MILL LANE
          GREAT NECK        NY 11023

          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

T/DT  S/DT    LONG    SHORT                               DEBIT          CREDIT

                              BALANCE FORWARD                          104,003.58

                              NEW BALANCE                              104,003.58


                              SECURITY POSITIONS          LONG           SHORT        DIFFERENCE

AMERICAN FILM TECH INC           11764                   99,994.00
1WT+4.00=1COM WTS EXP 6/30/93
AMERICAN FILM TECH INC           11764                                 103,997.50     4,003.50CR
                              END OF POSITIONS           99,994.00     103,997.50         6.08CR
```

MF00026350