# EXHIBIT 31

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/30/90 | AARON BLECKER<br>50 GRIST MILL LANE<br>GREAT NECK    NY 11023 | | | | 1-C0254-9-C | 1 |

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

| T/DT | S/DT | LONG | SHORT | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 47,056.00 |
| | | | | NEW BALANCE | | 47,056.00 |

MF00026351

```
10/31/90   AARON BLECKER                              1-00254-9-0           1
           50 GRIST MILL LANE
           GREAT NECK        NY 11023

           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

   T/DT  S/DT     LONG      SHORT                              DEBIT         CREDIT

                                  BALANCE FORWARD                            47,056.00
   10/17 10/17             AMERICAN FILM TECH INC    JRNL    47,056.00
                           1WT+4.00=1COM WTS EXP 6/30/93
                           SUB ACCOUNT

                                  NEW BALANCE
```

MF00027905



```
8/31/90   AARON BLECKER                                    1-00254-9-0              1
          50 GRIST MILL LANE
          GREAT NECK          NY 11023

          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

T/DT  S/DT     LONG      SHORT                                      DEBIT           CREDIT

                                  NO BALANCE FORWARD

8/14  8/14                      AMERICAN FILM TECH INC        JRNL               47,056.00
                                1WT+4.00=1COM WTS EXP 6/30/93
                                SUB ACCOUNT

                                  NEW BALANCE                                    47,056.00
```

MF00035711

```
12/31/91   AARON BLECKER                                    1-00254-9-0              1
           50 GRIST MILL LANE
           GREAT NECK        NY 11023

           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

  T/DT  S/DT     LONG      SHORT                                        DEBIT            CREDIT

                                     BALANCE FORWARD                                  75,448.50
  12/20 12/20                        PHL CORP                  JRNL   75,448.50
                                     1WT+13.425=1COM  EXP 11/12/91
                                     SUB ACCT

                                     NEW BALANCE
```

MF00472956

| Date | Name/Address | Account | |
|---|---|---|---|
| 11/30/91 | AARON BLECKER<br>50 GRIST MILL LANE<br>GREAT NECK    NY 11023 | 1-00254-9-C | 1 |

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

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 11/12 | 11/12 | | | PHL CORP<br>1WT+13.425=1COM  EXP 11/12/91<br>SUB FEE | JRNL | | 75,448.50 |
| | | | | NEW BALANCE | | | 75,448.50 |

MF00475098