# EXHIBIT 32

MF00095502



3/31/81 ARTHUR & SOFIE BLECKER
50 GREAT MILL LANE
GREAT NECK LI 11023

1-00214-1-3 1

| T/DT | S/DT | LONG | SHORT | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 43,924.44 |
| | | | | NEW BALANCE | | 43,924.44 |
| | | | | SECURITY POSITIONS | | |
| GEICO CORP | | | | 2834 | | 43,906.99 |
| GEICO CORP JR PFD CONV $0.736 | | | 1417 | | 42,332.88 | |
| | | | | END OF POSITIONS | 42,332.88 | 43,906.99 |

MF00095958

4/30/81 ARTHUR & SOFIE BLECKER
50 GREAT MILL LANE
GREAT NECK LI 11023

1-00214-1-8 1

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT | |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 43,924.44 | |
| 4/06 | 4/06 | | 1417 | GEICO CORP JR PFD CONV $0.736 | DELV | | | |
| 4/06 | 4/06 | 2834 | | GEICO CORP | RECD | | | |
| 3/31 | 4/07 | 1590 | | 355 GOULD INC PFD CONV $1.35 | 26 5/8 | 42,333.75 | | |
| 4/07 | 4/07 | | | 375 GOULD INC | JRNL | | 7.08 | |
| 4/02 | 4/09 | | 990 | 375 GOULD INC | 28 3/8 | | 28,071.45 | |
| 4/02 | 4/09 | | 560 | 376 GOULD INC | 28 1/2 | | 15,948.80 | |
| 4/16 | 4/16 | | | CHECK | PYMT | 1,574.11 | | |
| | | | | NEW BALANCE | | | 44,043.91 | |
| | | | | SECURITY POSITIONS | | | | |
| GOULD INC | | | | 1550 | | | 44,027.33 | |
| GOULD INC PFD CONV $1.35 | | | 1590 | | | 42,333.75 | | 1,693.58CR |
| | | | | END OF POSITIONS | | 42,333.75 | 44,027.33 | 16.58CR |

MF00097550

7/31/81 ARTHUR & SOFIE BLECKER
50 GREAT MILL LANE
GREAT NECK LI 11023

1-00214-1-8 1

| T/DT | S/DT | LONG | SHORT | | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | BALANCE FORWARD | | | 43,539.85 |
| 7/23 | 7/23 | 787 | | | TOWNER PETE CO WTS 01/23/1986 | RECD | | |
| 7/23 | 7/23 | | 1574 | | TOWNER PETE CO UT 1CM & 1/2 WT EXP 01/1986 | DELV | | |
| 7/23 | 7/23 | 1574 | | | TOWNER PETE CO | RECD | | |
| 7/22 | 7/29 | | 740 | 126 | GATX CORP | 36 1/4 | | 26,810.20 |
| 7/22 | 7/29 | | 476 | 127 | GATX CORP | 36 3/8 | | 17,304.98 |
| 7/29 | 7/29 | | | | GATX CORP FRACTIONAL SHARES | JRNL | | 9.05 |
| 7/24 | 7/31 | 973 | | 101 | GATX CORP PFD CONV $2.50 | 43 1/2 | 42,325.50 | |
| | | | | | NEW BALANCE | | | 45,338.58 |

| SECURITY POSITIONS | | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|---|
| GATX CORP | | 1216 | | 44,124.23 | |
| GATX CORP PFD CONV $2.50 | 973 | | 42,325.50 | | 1,798.73CR |
| | END OF POSITIONS | | 42,325.50 | 44,124.23 | 1,214.35CR |

√

aus 20 $\frac{1}{2}$
8/4/81
37

MF00092212

ACCOUNT # 1-00212-1-0 SARA BESSOUDO REPORT FOR THE PERIOD FROM 2/03/82 TO 12/31/82

| | |
|---|---|
| INITIAL INVESTMENT | 161,855.88CR |
| ADJUSTMENTS TO INITIAL INVESTMENT | 230,000.00- |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| NET WORKING CAPITAL | 161,855.88CR |
| EXPECTED RATE OF RETURN 27% | |
| EXPECTED RETURN FOR 331 DAYS | 39,630.30CR |
| REALIZED P/L | 31,016.66CR |
| UNREALIZED P/L | |
| PROFITS WITHDRAWN | |
| OVER/UNDER EXPECTED RETURN | 8,613.64- |
| CURRENT CASH BALANCE | 430,644.76CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 7,772.22CR |
| TOTAL EQUITY | 422,872.54CR |

ACCOUNT # 1-00214-1-8 ARTHUR & SOFIE BLECKER REPORT FOR THE PERIOD FROM 2/23/82 TO 12/31/82

| | |
|---|---|
| INITIAL INVESTMENT | 42,350.33CR |
| ADJUSTMENTS TO INITIAL INVESTMENT | |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| NET WORKING CAPITAL | 42,350.33CR |
| EXPECTED RATE OF RETURN 24% | |
| EXPECTED RETURN FOR 311 DAYS | 8,660.36CR |
| REALIZED P/L | 8,098.77CR |
| UNREALIZED P/L | 5,415.07CR |
| PROFITS WITHDRAWN | 8,098.77 |
| OVER/UNDER EXPECTED RETURN | 4,853.48 |
| CURRENT CASH BALANCE | 43,917.43CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,847.97 |
| TOTAL EQUITY | 47,765.40CR |

ACCOUNT # 1-00215-1-7 FRANCES & JOSEPH BLUM REPORT FOR THE PERIOD FROM 2/24/82 TO 12/31/82

| | |
|---|---|
| INITIAL INVESTMENT | 204,173.31CR |
| ADJUSTMENTS TO INITIAL INVESTMENT | |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 15,500.00 |
| NET WORKING CAPITAL | 188,673.31CR |
| EXPECTED RATE OF RETURN 27% | |
| EXPECTED RETURN FOR 310 DAYS | 45,328.37CR |
| REALIZED P/L | 41,058.41CR |
| UNREALIZED P/L | 29,620.00CR |
| PROFITS WITHDRAWN | |
| OVER/UNDER EXPECTED RETURN | 25,350.04 |
| CURRENT CASH BALANCE | 238,316.73CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 21,034.99 |
| TOTAL EQUITY | 259,351.72CR |