# EXHIBIT 33

```
9/30/90   ARTHUR BLECKER                              1-00215-9-0        1
          & SOFIE BLECKER
          50 GRIST MILL LANE
          GREAT NECK        NY 11023

          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

   T/DT  S/DT     LONG      SHORT                      DEBIT       CREDIT

                             BALANCE FORWARD                     130,516.00

                             NEW BALANCE                         130,516.00
```

MF00026292

```
10/31/90   ARTHUR BLECKER                                          1-00215-9-0           1
           & SOFIE BLECKER
           50 GRIST MILL LANE
           GREAT NECK          NY 11023

           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


 T/DT  S/DT    LONG    SHORT                                        DEBIT           CREDIT
                                BALANCE FORWARD                                   130,516.00

 10/17 10/17                    AMERICAN FILM TECH INC      JRNL   130,516.00
                                1WT+4.00=1COM WTS EXP 6/30/93
                                SUB ACCOUNT

                                NEW BALANCE
```

MF00027845

```
5/31/90   ARTHUR BLECKER                                    1-00215-9-0              1
          & SOFIE BLECKER
          50 GRIST MILL LANE
          GREAT NECK         NY 11023

          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

T/DT  S/DT    LONG     SHORT                                      DEBIT         CREDIT

                              NO BALANCE FORWARD

8/14  8/14           AMERICAN FILM TECH INC              JRNL                130,516.00
                     1WT*4.00=1COM WTS EXP 6/30/93
                     SUB ACCOUNT

                              NEW BALANCE                                    130,516.00
```

```
12/31/91   ARTHUR BLECKER                                    1-00215-9-0            1
           & SOFIE BLECKER
           50 GRIST MILL LANE
           GREAT NECK         NY 11023

           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

   T/DT  S/DT      LONG     SHORT                                      DEBIT          CREDIT

                                        BALANCE FORWARD                             284,690.55

  12/20 12/20                   PHL CORP                    JRNL     284,690.55
                                1WT+13.425=1COM   EXP 11/12/91
                                SUB ACCT

                                        NEW BALANCE
```

MF00472888

```
11/30/91   ARTHUR BLECKER                                    1-00215-9-C          1
           & SOFIE BLECKER
           50 GRIST MILL LANE
              GREAT NECK        NY 11023

           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

  T/DT  S/DT    LONG    SHORT                                       DEBIT        CREDIT
                                    NO BALANCE FORWARD

  11/12 11/12                   PHL CORP                    JRNL              284,690.55
                                1WT+13.425=1COM  EXP 11/12/91
                                SUB FEE

                                    NEW BALANCE                               284,690.55
```

MF00475032