# EXHIBIT 34

```
8/31/93   ARTHUR BLECKER                              1-B0023-1-0              1
          & SOFIE BLECKER J/T WROS
          50 GRIST MILL LANE
          GREAT NECK         NY 11023

          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

T/DT  S/DT    LONG      SHORT                                    DEBIT         CREDIT
                                      BALANCE FORWARD                         390,137.88
8/05  8/05              312000    ANADARKO PETROLEUM CORP         DELV
                                  SUB DEB CONV
                                      6.250    5/15/2014
8/05  8/05    1100                ANADARKO PETROLEUM CORP         RECD
8/05  8/05    8022                ANADARKO PETROLEUM CORP         RECD
8/05  8/05             716 49121  FIDELITY CASH RESERVES SBI       1                716.00
8/06  8/13    5617      17603     ENRON CORP                      67  3/8    378,445.38
8/23  8/23                        CHECK ANADARKO                  PW          12,389.99
8/09  8/24   9900 43597           ENRON CORP                      34  1/4                339,075.00
8/09  8/24   1334 43598           ENRON CORP                      34  1/8                 45,522.75
8/24  8/24    5617                ENRON CORP                      RECD
                                  2 FOR 1 STOCK SPLIT 8/24/93
8/05  8/31                        FIDELITY CASH RESERVES SBI      DIV                        2.00
                                  DIV  8/05/93
8/31  8/31   350000     50021     U S TREASURY BILL              98.850      345,975.00
                                      DUE 1/13/94
8/31  8/31    38643     52359     FIDELITY CASH RESERVES SBI       1          38,643.00

                                      NEW BALANCE                                    .26


                                  SECURITY POSITIONS           LONG          SHORT      DIFFERENCE

FIDELITY CASH RESERVES SBI   38643                         38,643.00                    38,643.00
U S TREASURY BILL           350000                        345,975.00                   345,975.00
  DUE 1/13/94
                                  END OF POSITIONS       384,618.00                         .26CR
```

MF00381083

```
7/31/93   ARTHUR BLECKER                              1-B0023-1-0            1
          & SOFIE BLECKER J/T WROS
          50 GRIST MILL LANE
            GREAT NECK        NY 11023

          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
```

| T/DT | S/DT | LONG | SHORT | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 390,137.88 |
| | | | | NEW BALANCE | | 390,137.88 |

| SECURITY POSITIONS | | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|---|
| ANADARKO PETROLEUM CORP | 312000 | | 377,747.51 | | |
| SUB DEB CONV | | | | | |
| 6.250  5/15/2014 | | | | | |
| ANADARKO PETROLEUM CORP | | 9122 | | 390,137.50 | 12,389.99CR |
| FIDELITY CASH RESERVES SBI | 716 | | 716.00 | | 716.00 |
| END OF POSITIONS | | | 378,463.51 | 390,137.50 | .38CR |

MF00396263

```
8/31/93   ARTHUR BLECKER                                    1-B0023-1-0              1
          & SOFIE BLECKER J/T WROS
          50 GRIST MILL LANE
            GREAT NECK          NY 11023

          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

 T/DT   S/DT    LONG      SHORT                                      DEBIT          CREDIT

                                      BALANCE FORWARD                             390,137.88

 8/05   8/05              312000  ANADARKO PETROLEUM CORP    DELV
                                  SUB DEB CONV
                                    6.250   5/15/2014
 8/05   8/05    1100              ANADARKO PETROLEUM CORP    RECD
 8/05   8/05    8022              ANADARKO PETROLEUM CORP    RECD
 8/05   8/05          716  49121  FIDELITY CASH RESERVES SBI   1                      716.00
 8/06   8/13    5617   17603      ENRON CORP                67  3/8   378,445.38
 8/23   8/23                      CHECK ANADARKO               PW      12,389.99
 8/09   8/24    9900   43597      ENRON CORP                34  1/4                 339,075.00
 8/09   8/24    1334   43598      ENRON CORP                34  1/8                  45,522.75
 8/24   8/24    5617              ENRON CORP                   RECD
                                  2 FOR 1 STOCK SPLIT 8/24/93
 8/05   8/31                      FIDELITY CASH RESERVES SBI   DIV                        2.00
                                  DIV  8/05/93
 8/31   8/31  350000   50021      U S TREASURY BILL          98.850   345,975.00
                                  DUE 1/13/94
 8/31   8/31   38643   52359      FIDELITY CASH RESERVES SBI   1       38,643.00

                                      NEW BALANCE                                        .26


                                  SECURITY POSITIONS            LONG         SHORT      DIFFERENCE

 FIDELITY CASH RESERVES SBI     38643                        38,643.00                  38,643.00
 U S TREASURY BILL             350000                       345,975.00                 345,975.00
 DUE 1/13/94
                                  END OF POSITIONS          384,618.00                     .26CR
```

MF00381083