# EXHIBIT 35

| Account | | Aaron Blecker Account | |
|---|---|---|---|
| | **Date** | **Deposits** | **Earnings at 18%/year** |
| | 12/31/1986 | $ 100,000.00 | |
| | 12/31/1987 | | $ 118,000.00 |
| | 12/31/1988 | | $ 139,240.00 |
| | 12/31/1989 | | $ 164,303.20 |
| | 12/31/1990 | | $ 193,877.78 |
| | 12/31/1991 | | $ 228,775.78 |
| | 12/31/1992 | $ 100,000.00 | $ 369,955.42 |
| | 12/31/1993 | | $ 436,547.39 |
| | 12/31/1994 | | $ 515,125.92 |
| | 12/31/1995 | | $ 607,848.59 |
| | 12/31/1996 | | $ 717,261.33 |
| | 4/30/1997 | * 4 months (6%) | **$ 760,297.01** |
| TOTAL VALUE OF ACCOUNT | | | |
| ASSUMING 18%/year | | | **$ 760,297.01** |
| | | | |
| TOTAL ACCOUNT APPRECIATION | | | |
| ABOVE PRINCIPAL ASSUMING | | | |
| 18%/YEAR | | | $ 560,297.01 |
| Actual Account Balance as of | | | |
| 4/30/97 | | | $ 206,528.75 |
| Total withdrawals per Picard | | | $ 468,162.00 |
| Projected account appreciation if | | | |
| Picard's calculations of withdrawals | | | |
| are correct | | | $ 674,690.75 |
| **DISCREPANCY** | | | **$ 85,606.26** |