# EXHIBIT 36

**Account**  Joint Account

| Date | Deposits | Earnings at 18%/year |
|---|---|---|
| 3/31/1981 | $ 42,350.33 | |
| 12/31/1981 | *9 months (13.5%) | $ 48,067.62 |
| 12/31/1982 | | $ 56,719.80 |
| 12/31/1983 | $ 135,000.00 | $ 201,929.36 |
| 12/31/1984 | $ 100,000.00 | $ 338,276.65 |
| 12/31/1985 | | $ 399,166.44 |
| 12/31/1986 | | $ 471,016.40 |
| 12/31/1987 | | $ 555,799.35 |
| 12/31/1988 | | $ 655,843.24 |
| 12/31/1989 | | $ 773,895.02 |
| 12/31/1990 | $ 100,000.00 | $ 1,013,196.12 |
| 12/31/1991 | | $ 1,195,571.42 |
| 12/31/1992 | | $ 1,410,774.28 |
| 12/31/1993 | | $ 1,664,713.65 |
| 12/31/1994 | | $ 1,964,362.11 |
| 12/31/1995 | | $ 2,317,947.29 |
| 12/31/1996 | | $ 2,735,177.80 |
| 4/30/1997 | * 4 months (6%) | **$ 2,899,288.47** |
| TOTAL VALUE OF ACCOUNT ASSUMING 18%/year | | **$ 2,899,288.47** |
| | | |
| TOTAL ACCOUNT APPRECIATION ABOVE PRINCIPAL ASSUMING 18%/YEAR | | **$ 2,521,938.14** |
| Actual Account Balance as of 4/30/97 | | $ 395,644.00 |
| Total withdrawals per Picard | | $ 1,233,723.00 |
| Projected account appreciation if Picard's calculations of withdrawals are correct | | $ 1,629,367.00 |
| **DISCREPANCY** | | **$ 1,269,921.47** |