# EXHIBIT 38

```
12/31/91   GUNTHER UNFLAT                              1-02103-1-0            1
           & MARGARET UNFLAT
           78-02 79TH STREET
           GLENDALE        NY 11385

           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

  T/DT  S/DT    LONG    SHORT                                      DEBIT         CREDIT

                                    BALANCE FORWARD                            154,393.12
  12/03 12/03             7      FIDELITY CASH RESERVES SBI    DIV                   .03
                                 DIV 12/03/91
  12/03 12/03  13768             SMITH INTL                    RECD
  12/03 12/03          14868     SMITH INTERNATIONAL WTS       DELV
                                 1WT+8.28=1COM   EXP 2-28-95
  12/03 12/03   1100              SMITH INTL                   RECD
  12/03 12/03         7 243     FIDELITY CASH RESERVES SBI   1                     7.00
  12/04 12/11   2881    207     STRIDE RITE CORP           52 1/8   150,172.13
  12/17 12/17                   CHECK MARK IV                  PW     4,226.20
  12/06 12/27        3900 208   STRIDE RITE CORP           26 5/8              103,837.50
  12/06 12/27        1862 209   STRIDE RITE CORP           26 1/2               49,343.00
  12/31 12/31   2881             STRIDE RITE CORP              RECD
                                 STK SPLIT 12/27/91
  12/31 12/31 153182    676     FIDELITY CASH RESERVES SBI   1     153,182.00

                                    NEW BALANCE                                     .32


                              SECURITY POSITIONS              LONG        SHORT      DIFFERENCE

  FIDELITY CASH RESERVES SBI    153182                     153,182.00              153,182.00
                                END OF POSITIONS           153,182.00                   .32CR
```