# EXHIBIT 39

Redacted

August 19, 1994

Bernard Madoff
Investment Securities
885 Third Avenue
New York, N. Y.  10022-4834

Attn: Annette

Please send to me at the above address the profits from the next transaction of my account with Madoff.

Many thanks.
                Redacted

MADTBB01989184

Redacted

Oct. 20, 1994

Bernard L. Madoff
Investment Securities
885 Third Ave.
New York, N. Y. 10022-4834

Attn: Annette

Please send to me at the above address the profits from the next transaction of my account with Madoff.  Thank you.

Very truly,
Redacted


MADTBB01989183

Redacted

March 24, 1995

Bernard L. Madoff
Investment Securities
885 Third Ave.
New York, N. Y.  10022-4834

Attn: Annette

Please discontinue withdrawing and sending to me the profits from
transactions of my account with Madoff.

Thank you.

Very truly,
Redacted