# EXHIBIT 42

Annette Borgiorno
Released Stocks - Settlement Agreement

| No. in Schedule A to Settlement Agreement | Ticker | Quantity | Price as of 09/01/2016 | Value as of 09/01/2016 | |
|---|---|---|---|---|---|
| | | | | | **Etrade** |
| 1 | QLD | 8,000 | $ 84.46 | $ 675,680.00 | |
| 2 | DRN | 18,752 | $ 25.96 | $ 486,801.92 | |
| 3 | TECL | 26,129 | $ 46.08 | $ 1,204,024.32 | |
| 4 | QQQ | 3,000 | $ 116.44 | $ 349,320.00 | |
| 5 | JNK | 666 | $ 36.43 | $ 24,262.38 | |
| 6 | IWM | 2000 | $ 123.34 | $ 246,680.00 | |
| 7 | FSLBX | 330 | $ 61.71 | $ 20,365.60 | |
| 8 | FSDCX | 262 | $ 31.08 | $ 8,135.78 | |
| 9 | FDCPX | 306 | $ 74.18 | $ 22,679.27 | |
| 10 | FSELX | 343 | $ 88.05 | $ 30,195.60 | |
| 11 | FIDSX | 136 | $ 86.33 | $ 11,721.63 | |
| 12 | FSPHX | 120 | $ 88.05 | $ 10,522.94 | |
| 13 | FDLSX | 133 | $ 133.61 | $ 17,833.19 | |
| 14 | FBMPX | 220 | $ 72.19 | $ 15,846.50 | |
| 15 | FSRPX | 321 | $ 109.51 | $ 35,206.70 | |
| 16 | FSCSX | 185 | $ 72.19 | $ 13,323.10 | |
| 17 | FSPTX | 268 | $ 130.88 | $ 35,087.88 | |
| 18 | FSTCX | 157 | $ 70.02 | $ 11,004.55 | |
| 19 | IHSAX | 513 | $ 16.52 | $ 8,473.90 | |
| 20 | IHOAX | 687 | $ 14.46 | $ 9,929.16 | |
| 21 | HFMCX | 555 | $ 24.89 | $ 13,821.32 | |
| 22 | PMF | 1,000 | $ 16.76 | $ 16,760.00 | |
| | | | **Total** | $ **3,267,675.75** | |
| | | | | | **SunTrust Account** |
| 1 | PFE | 600 | $ 34.73 | $ 20,838.00 | |
| 2 | RYPNX | 791 | $ 12.14 | $ 9,604.43 | |
| 3 | IWF | 400 | $ 104.22 | $ 41,688.00 | |
| 4 | IWD | 350 | $ 106.44 | $ 37,254.00 | |
| 5 | IWO | 225 | $ 147.32 | $ 33,147.00 | |
| 6 | MDY | 75 | $ 285.26 | $ 21,394.50 | |
| 7 | VWO | 250 | $ 37.34 | $ 9,335.00 | |
| 8 | VGK | 295 | $ 48.87 | $ 14,416.65 | |
| 9 | VPL | 265 | $ 59.28 | $ 15,709.20 | |
| 10 | ARR | 828 | $ 22.23 | $ 18,409.22 | |
| 11 | Cash | | | $38,983.91 | |
| | | | **Total** | $ 260,779.91 | |
| | | | **GRAND TOTAL** | $ **3,528,455.65** | |