# EXHIBIT 43

```
9/30/95   AARON BLECKER                              1-80022-1-0           1
          50 GRIST MILL LANE
          GREAT NECK         NY 11023
```

                                                                                    MF00113636

```
          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

                                                                    DEBIT            CREDIT
T/DT  S/DT    LONG    SHORT
                                  BALANCE FORWARD                                      .08
9/07  9/07   200000  59007  U S TREASURY BILL             99.160                   198,320.00
                            DUE 11/2/1995
9/12  9/12            6310  48339 FIDELITY CASH RESERVES SBI    1                    6,310.00
9/08  9/13     3309         76419 SAFEGUARD SCIENTIFICS INC    61 1/4   202,676.25
9/13  9/13                  CHECK TEXAS INSTRUMENT              PW        1,768.75
9/08  9/20     1700  58486  SAFEGUARD SCIENTIFICS INC          41 3/8               70,337.50
9/08  9/20     3263  58487  SAFEGUARD SCIENTIFICS INC          41 1/4              134,598.75
                            SAFEGUARD SCIENTIFICS INC           DIV                     20.63
9/20  9/20                  CASH IN LIEU
9/20  9/20     1654         SAFEGUARD SCIENTIFICS INC          RECD
                            3 FOR 2 STOCK SPLIT 9/20/95
9/12  9/29                  FIDELITY CASH RESERVES SBI          DIV                     11.76
                            DIV  9/12/95
9/29  9/29   200000         48611 U S TREASURY BILL            98.180   196,360.00
                            DUE 12/21/1995
9/29  9/29            8793  51543 FIDELITY CASH RESERVES SBI    1         8,793.00

                                  NEW BALANCE                                           .72


                                  SECURITY POSITIONS           LONG        SHORT      DIFFERENCE

FIDELITY CASH RESERVES SBI     8793                          8,793.00                 8,793.00
U S TREASURY BILL            200000                                     196,360.00  196,360.00
DUE 12/21/1995
                                  END OF POSITIONS         205,153.00                    .72CR
```