# EXHIBIT 44

```
ACCOUNT #    1-B0156-3  AARON BLECKER              REPORT FOR THE PERIOD FROM 1/01/05 TO 1/31/05
                        INITIAL INVESTMENT                                      740,269.16CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR        166,285.07
                        ADJUSTMENTS
                        CAPITAL ADDITIONS
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                     740,269.16CR
                        BENCHMARK RATE OF RETURN             18.00 %
                        BENCHMARK RETURN FOR   31 DAYS                           11,316.99CR
                        CAPITAL GAINS AND LOSSES                                    948.75CR
                        DIVIDENDS AND INTEREST                                      152.74CR
                        REALIZED P/L                                              1,101.49CR
                        UNREALIZED P/L                                              984.60CR
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR              9,230.90-
                        CURRENT CASH BALANCE                                          .68CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS           576,069.50
                        TOTAL EQUITY                                            576,070.18CR
                        PRIOR YEAR END EQUITY               573,984.09CR
                        ANNUALIZED RETURN FOR CURRENT YEAR        4.27 %
                        PROJECTED ANNUALIZED RATE OF RETURN        .36 %
                        BUYING POWER          576       OVER/UNDER     176-
```

MDPTQQ00030460