# EXHIBIT 45

```
ARTHUR BLECKER
& SOFIE BLECKER J/T WROS                                                    1/31/97        1

50 GRIST MILL LANE
GREAT NECK          NY 11023                                1-B0023-1-0   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


                              BALANCE FORWARD                                          .02

1/06                350,000 82391 U S TREASURY BILL      99.580              348,530.00
                                  DUE 2/6/1997
1/06                 39,946 82904 FIDELITY SPARTAN       1                    39,946.00
                                  U S TREASURY MONEY MARKET
1/10      5,748            74348 DEAN WITTER DISCOVER & CO  67 1/4  386,553.00
1/20              4,400 76108 DEAN WITTER DISCOVER & CO  34 3/8              151,250.00
1/20              7,096 76109 DEAN WITTER DISCOVER & CO  34 1/4              243,038.00
1/21      5,748                  DEAN WITTER DISCOVER & CO  RECD
                                  2 FOR 1 STOCK SPLIT 1/21/97
1/24                              FIDELITY SPARTAN       DIV                      31.58
                                  U S TREASURY MONEY MARKET
                                  DIV 1/06/97
1/31    350,000            88270 U S TREASURY BILL       99.050  346,675.00
                                  DUE 4/10/1997
1/31     49,567            92057 FIDELITY SPARTAN        1       49,567.00
                                  U S TREASURY MONEY MARKET

                              NEW BALANCE                                              .60

                              SECURITY POSITIONS
         49,567               FIDELITY SPARTAN
                              U S TREASURY MONEY MARKET
        350,000               U S TREASURY BILL
                              DUE 4/10/1997
```

MDPTPP00129327

```
ARTHUR BLECKER
& SOFIE BLECKER J/T WROS                                         1/31/97        2

50 GRIST MILL LANE
GREAT NECK         NY 11023                    1-B0023-1-0   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


                              YEAR-TO-DATE SUMMARY

                    DIVIDENDS                                              31.58
                    GROSS PROCEEDS FROM SALES                          742,818.00
```

MDPTPP00129328