# EXHIBIT 46

```
ACCOUNT #    1-B0157-3 ARTHUR BLECKER              REPORT FOR THE PERIOD FROM 1/01/05 TO 2/28/05
                       INITIAL INVESTMENT                          1,397,343.04CR
                       PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR        276,675.25
                       ADJUSTMENTS
                       CAPITAL ADDITIONS
                       CAPITAL WITHDRAWALS
                       NET WORKING CAPITAL                         1,397,343.04CR
                       BENCHMARK RATE OF RETURN              18.00 %
                       BENCHMARK RETURN FOR  59 DAYS                   40,656.94CR
                       CAPITAL GAINS AND LOSSES                       22,510.10
                       DIVIDENDS AND INTEREST                            875.75CR
                       REALIZED P/L                                   21,634.35
                       UNREALIZED P/L                                 26,770.80CR
                       PROFITS WITHDRAWN
                       OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR    35,520.49-
                       CURRENT CASH BALANCE                                 .24CR
                       NET MARKET VALUE OF OPEN SECURITIES POSITIONS 1,125,804.00
                       TOTAL EQUITY                                 1,125,804.24CR
                       PRIOR YEAR END EQUITY            1,120,667.79CR
                       ANNUALIZED RETURN FOR CURRENT YEAR          2.83 %
                       PROJECTED ANNUALIZED RATE OF RETURN          .46 %
                       BUYING POWER     1,126     OVER/UNDER      312-
```

MDPTQQ00030601