# EXHIBIT 47

```
8/31/83   ARTHUR & SOFIE BLECKER                         1-00215-1-0          1
          50 GREAT MILL LANE
          GREAT NECK LI 11023

          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

  T/DT  S/DT  LONG   SHORT                          DEBIT        CREDIT

                           BALANCE FORWARD                       80,638.08

                           NEW BALANCE                           80,638.08


                           SECURITY POSITIONS       LONG         SHORT        DIFFERENCE

  ROCKWELL INTL CORP             2448                            80,637.75
  ROCKWELL INTL CORP       680                     77,350.00                  3,287.75CR
  PFD SER B CONV $1.35

                           END OF POSITIONS        77,350.00     80,637.75      .33CR
```

MF00368955

```
7/29/83   ARTHUR & SOFIE BLECKER                            1-00215-1-0           1
          50 GREAT MILL LANE
          GREAT NECK LI 11023
```

```
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

T/DT   S/DT   LONG    SHORT                                    DEBIT        CREDIT
                      BALANCE FORWARD                                       79,669.58
7/11   7/11           912  UNITED TECHONLOGIES CORP    DELV
                           PFD CONV $3.875
7/11   7/11   770          UNITED TECHNOLOGIES CORP    RECD
7/11   7/11   370          UNITED TECHNOLOGIES CORP    RECD
7/11   7/18           1170 745 ROCKWELL INTL CORP      32 7/8              38,463.75
7/11   7/18           1278 845 ROCKWELL INTL CORP      33                  42,174.00
7/13   7/20   680          845 ROCKWELL INTL CORP      113 3/4   77,350.00
                           PFD SER B CONV $1.35
7/21   7/21                CHECK                       PW         2,319.25
                      NEW BALANCE                                          80,638.08


                      SECURITY POSITIONS              LONG       SHORT      DIFFERENCE

ROCKWELL INTL CORP            2448                              80,637.75
ROCKWELL INTL CORP            680                  77,350.00                3,287.75CR
PFD SER B CONV $1.35

                      END OF POSITIONS             77,350.00    80,637.75      .33CR
```