# EXHIBIT 48

ALLEN GORDON
PO BOX 100527
FORT LAUDERDALE, FLORIDA

**REDACTED**

AUGUST 5, 1997

TO: ERIN REARDON
FROM: ALLEN GORDON
RE: BERNARD L MADOFF
ACCOUNT # (TO BE ASSIGNED) 1-GO287-30

AS PER OUR CONVERSATION TODAY, PLEASE ESTABLISH MY ABOVE REF. ACCOUNT SO THAT ALL EARNINGS ARE DISTRIBUTED TO ME ON A QUARTERLY BASIS.

THANKS FOR YOUR KIND ATTENTION AND COOPERATION

*[signature]*
ALLEN GORDON

FAX TO: BERNARD L MADOFF
885 THIRD AVENUE
N.Y. N.Y. 10022-4834
(TEL) 212-230-2424
(FAX) (212) 838-4061
ATT: ERIN REARDON

October 16, 1997

Dear Sir,

This is to authorize you to send us the profit (monies above $450,000) on a quarterly basis.

Our account number is: 1-50355-3

If it's too late to start with the Oct. payment, you can ~~st~~ incorporate it with ~~the~~ Jan. '98 one.

Thank you.

Harry Smith
-G Regina Smith

OK out 10/20/17 ✓
10/17/97
MAKE
-G