# EXHIBIT 49

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number: 003906

# CUSTOMER CLAIM

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

RECEIVED FEB 2 7 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.:
Home
~~OFFICE~~
HOME: [Redacted]

Account Number: 1B0157-3
ARTHUR BLECKER
& SOFIE BLECKER J/T WROS
[Redacted]

Taxpayer I.D. Number (Social Security No.)
[Redacted]-8745

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $_____
   b. I owe the Broker a Debit (Dr.) Balance of    $_____

502180406                           1

  c. If you wish to repay the Debit Balance,

   please insert the amount you wish to repay and

   attach a check payable to "Irving H. Picard, Esq.,

   Trustee for Bernard L. Madoff Investment Securities LLC."

   If you wish to make a payment, **it must be enclosed**

   with this claim form.         $ _NONE_

  d. If balance is zero, insert "None."

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | — |
| b. | I owe the Broker securities | | NO |

  c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See Statement attached | | |
| | I never withdrew | | |
| | any funds | | |
| | Total Due Me — | 1,480,131.54 | |
| | See Letter | 5/31/07 | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                2

MWPTAP00261349

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | No |

502180406                                         3

MWPTAP00261350

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker.     *No*

Please list the full name and address of anyone assisting you in the preparation of this claim form: *My Son Robert Blauner* [Redacted]

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date *July 22, 2009*    Signature *Arthur Blauner*

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406    4

February 23, 2009

Dear Mr. Picard –

    Like so many other victims, I have lost most of my life savings by directly investing with Bernard Madoff (although I may be the oldest at nearly 98). For many years, until early 2007 I had two accounts – one, Arthur and Sophie Blecker (misspelled Sofie on the account), and another Aaron Blecker. (I go by both names. See enclosed account statements.) The accounts were under different names, opened at separate times to serve separate purposes. I personally submitted separate schedules each year for each account, detailing every stock transaction. (I have some of that paperwork still in cartons and could supply it.) Sometime early in 2007, someone from Madoff told me they would no longer handle accounts under $1million dollars. They had accommodated me for years, because Bill Alpern, the brother of Bernard Madoff's father in law, was a dear friend. In May 2007 when they forced me to merge them, as the submitted statements show, Aaron Blecker – 1-B0156-3-0 -- had $753,107.40. The other, Arthur Blecker & Sofie Blecker –1-B0157-3-0 – had $1,480,131.54 (see attached statement.) I am filing a SIPA claim for each.

    Forced to combine them, turning 95, we were setting up trusts for peace of mind and satisfaction at knowing that my decades of hard work as a solo practitioner would ensure that our children and their children struggled less than I, and the little ones' college education was assured. So, as Madoff demanded, I combined the two accounts into one, under the new name Aaron Blecker Rev Trust U/A/D 3/15/07. (See June 30, 2007 statement.) On December 11, 2008, when the fraud was announced, the account as of November 30, 2008 had approximately 2.6 million dollars. (see attached statement.)

    Thus I am filing separate claims for $500,000 protection each for Aaron Blecker, and Arthur Blecker and Sofie Blecker. If you reject these separate claims for separate accounts I had in 2007 and was compelled by Madoff to abandon, of course I am filing in the alternative for SIPA protection for Aaron Blecker Revised Trust which had $2.6 million as of Dec. 11, 2008.

    I hope you will agree that both original accounts are legally protected. But if you do reject that claim, would you please inform me quickly and act quickly on my indisputable claim re the later trust account. I never withdrew a penny. My wife Sophie died this past October – my consolation has been that she was spared this financial shock that mocks assurances I proudly gave my children, who invested their own money: "Don't worry, there's always Madoff."

    Hoping to be informed of my status and reimbursed quickly, I am

*Arthur Blecker*
Aaron Blecker

| | | | | Affiliated with |
|---|---|---|---|---|
| **BERNARD L. MADOFF** | | 885 Third Avenue | | Madoff Securities International Limited |
| INVESTMENT SECURITIES LLC | | New York, NY 10022 | | 12 Berkeley Street |
| New York ☐ London | | (212) 230-2424 | | Mayfair, London W1J 8DT |
| | | 800 334-1343 | | Tel 020 7493 6222 |
| | | Fax (212) 838-4061 | | |

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS

**Redacted**

PERIOD ENDING  5/31/07        PAGE 1

YOUR ACCOUNT NUMBER  1-B0157-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER  *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 39,185.91 |
| | | | PROCTER & GAMBLE CO DIV 4/27/07 5/15/07 | DIV | | 294.00 |
| | 1,008 | 32223 | TIME WARNER INC | 21.410 | | 21,541.28 |
| | 273 | 36492 | UNITED PARCEL SVC INC CLASS B | 70.700 | | 19,291.10 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/23/07 | DIV | | 89.35 |
| | 26,304 | 41189 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,304.00 |
| 50,000 | | 45672 | U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 98.956 | 49,478.00 | |
| 128 | | 49622 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 128.00 | |
| | | | MERRILL LYNCH & CO INC DIV 5/08/07 5/23/07 | DIV | | 80.85 |
| | | | GOLDMAN SACHS GROUP INC DIV 4/24/07 5/24/07 | DIV | | 36.75 |
| | | | CITI GROUP INC DIV 5/07/07 5/25/07 | DIV | | 703.08 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/31/07 | DIV | | .16 |
| | | | CONTINUED ON PAGE 2 | | | |

BN RD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS

**Redacted**

PERIOD ENDING: 5/31/07
PAGE: 2
YOUR ACCOUNT NUMBER: 1-B0157-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 128 | 59035 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 128.00 |
| 1,243 | | 65071 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,243.00 | |
| | | | NEW BALANCE | | 21,566.34 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 1,659 | | | AT&T INC | 41.340 | | |
| 420 | | | ABBOTT LABORATORIES | 56.350 | | |
| 546 | | | ALTRIA GROUP INC | 71.100 | | |
| 693 | | | AMERICAN INTL GROUP INC | 72.340 | | |
| 1,197 | | | BANK OF AMERICA | 50.710 | | |
| 567 | | | CHEVRON CORP | 81.490 | | |
| 1,617 | | | CISCO SYSTEMS INC | 26.920 | | |
| 1,302 | | | CITI GROUP INC | 54.490 | | |
| 525 | | | COCA COLA CO | 52.990 | | |
| 840 | | | COMCAST CORP CL A | 27.410 | | |
| 441 | | | CONOCOPHILIPS | 77.430 | | |
| 1,512 | | | EXXON MOBIL CORP | 83.170 | | |
| 2,730 | | | GENERAL ELECTRIC CO | 37.580 | | |
| 105 | | | GOLDMAN SACHS GROUP INC | 230.820 | | |
| 63 | | | GOOGLE | 497.750 | | |
| 714 | | | HEWLETT PACKARD CO | 45.710 | | |

CONTINUED ON PAGE 3

MWPTAP00261354

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS

Redacted

PERIOD ENDING: 5/31/07    PAGE: 3
YOUR ACCOUNT NUMBER: 1-B0157-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER: ********8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 546 | | | HOME DEPOT INC | 38.870 | | |
| 1,533 | | | INTEL CORP | 22.170 | | |
| 399 | | | INTERNATIONAL BUSINESS MACHS | 106.600 | | |
| 924 | | | J.P. MORGAN CHASE & CO | 51.830 | | |
| 756 | | | JOHNSON & JOHNSON | 63.270 | | |
| 567 | | | MERCK & CO | 52.450 | | |
| 231 | | | MERRILL LYNCH & CO INC | 92.730 | | |
| 2,310 | | | MICROSOFT CORP | 30.670 | | |
| 294 | | | MORGAN STANLEY | 85.040 | | |
| 441 | | | PEPSICO INC | 68.330 | | |
| 1,890 | | | PFIZER INC | 27.490 | | |
| 840 | | | PROCTER & GAMBLE CO | 63.550 | | |
| 315 | | | SCHLUMBERGER LTD | 77.870 | | |
| 1,243 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 50,000 | | | U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 99.100 | | |
| 777 | | | VERIZON COMMUNICATIONS | 43.530 | | |
| 504 | | | WACHOVIA CORP NEW | 54.190 | | |
| 651 | | | WAL-MART STORES INC | 47.600 | | |
| 903 | | | WELLS FARGO & CO NEW | 36.090 | | |
| | | | MARKET VALUE OF SECURITIES LONG                SHORT 1,480,131.54 | | | |

IN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261355

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS

Redacted

PERIOD ENDING: 5/31/07
PAGE: 4
YOUR ACCOUNT NUMBER: 1-B0157-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 6,247.52 |
| | | | GROSS PROCEEDS FROM SALES | | | 4,187,193.03 |

MWPTAP00261356

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS

Redacted

PERIOD ENDING: 6/30/07
PAGE: 1

YOUR ACCOUNT NUMBER: 1-B0157-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  | 21,565.34 |  |
|  |  |  | CONOCOPHILIPS DIV 5/21/07 6/01/07 | DIV |  | 180.81 |
|  |  |  | INTEL CORP DIV 5/07/07 6/01/07 | DIV |  | 172.46 |
|  |  |  | WELLS FARGO & CO NEW DIV 5/04/07 6/01/07 | DIV |  | 252.84 |
|  |  |  | WAL-MART STORES INC DIV 5/18/07 6/04/07 | DIV |  | 143.22 |
|  | 420 | 69690 | ABBOTT LABORATORIES | 56.350 |  | 23,651.00 |
|  | 693 | 69698 | AMERICAN INTL GROUP INC | 72.340 |  | 50,104.62 |
|  | 1,197 | 69706 | BANK OF AMERICA | 50.710 |  | 60,652.87 |
|  | 1,302 | 69714 | CITI GROUP INC | 54.490 |  | 70,893.98 |
|  | 840 | 69722 | COMCAST CORP CL A | 27.410 |  | 22,991.40 |
|  | 441 | 69730 | CONOCOPHILIPS | 77.430 |  | 34,129.63 |
|  | 1,617 | 69738 | CISCO SYSTEMS INC | 26.920 |  | 43,465.61 |
|  | 567 | 69746 | CHEVRON CORP | 81.490 |  | 46,182.77 |
|  | 2,730 | 69754 | GENERAL ELECTRIC CO | 37.580 |  | 102,484.40 |
|  | 63 | 69762 | GOOGLE | 497.750 |  | 31,356.25 |
|  | 105 | 69770 | GOLDMAN SACHS GROUP INC | 230.820 |  | 24,232.10 |
|  | 546 | 69778 | HOME DEPOT INC | 38.870 |  | 21,202.02 |
|  | 714 | 69786 | HEWLETT PACKARD CO | 45.710 |  | 32,608.94 |
|  | 399 | 69794 | INTERNATIONAL BUSINESS MACHS | 106.600 |  | 42,518.40 |
|  |  |  | CONTINUED ON PAGE 2 |  |  |  |

AIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261357



**ARD L. MADOFF**
**MENT SECURITIES LLC**
ork ☐ London

A THUR BLECKER
& SOFIE BLECKER J/T WROS

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 6/30/07  PAGE: 2

YOUR ACCOUNT NUMBER: 1-B0157-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 1,533 | 69802 | INTEL CORP | 22.170 | | 33,925.61 |
| | 756 | 69810 | JOHNSON & JOHNSON | 63.270 | | 47,802.12 |
| | 924 | 69818 | J.P. MORGAN CHASE & CO | 51.830 | | 47,854.92 |
| | 525 | 69826 | COCA COLA CO | 52.990 | | 27,798.75 |
| | 231 | 69834 | MERRILL LYNCH & CO INC | 92.730 | | 21,411.63 |
| | 546 | 69842 | ALTRIA GROUP INC | 71.100 | | 38,799.60 |
| | 567 | 69850 | MERCK & CO | 52.500 | | 29,717.15 |
| | 294 | 69858 | MORGAN STANLEY | 85.040 | | 24,990.76 |
| | 2,310 | 69866 | MICROSOFT CORP | 30.670 | | 70,755.70 |
| | 441 | 69890 | PEPSICO INC | 68.330 | | 30,116.53 |
| | 1,890 | 69898 | PFIZER INC | 27.450 | | 51,881.10 |
| | 840 | 69906 | PROCTER & GAMBLE CO | 63.550 | | 53,349.00 |
| | 315 | 69914 | SCHLUMBERGER LTD | 77.870 | | 24,517.05 |
| | 1,659 | 69922 | AT&T INC | 41.340 | | 68,517.06 |
| | 777 | 69930 | VERIZON COMMUNICATIONS | 43.530 | | 33,791.81 |
| | 504 | 69938 | WACHOVIA CORP NEW | 54.190 | | 27,291.76 |
| | 903 | 69946 | WELLS FARGO & CO NEW | 36.090 | | 32,553.27 |
| | 651 | 69954 | WAL-MART STORES INC | 47.600 | | 30,981.60 |
| | 1,512 | 69962 | EXXON MOBIL CORP | 83.170 | | 125,693.04 |
| | 50,000 | 69681 | U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 99.162 | | 49,581.00 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 06/05/07 | DIV | | |

CONTINUED ON PAGE 3

TAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261358

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS


Redacted

PERIOD ENDING: 6/30/07
PAGE: 3
YOUR ACCOUNT NUMBER: 1-B0157-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | TRANS TO 1B015630 | CW | 1,459,343.06 | |
| | | | PFIZER INC DIV 5/11/07 6/05/07 | DIV | | 548.10 |
| | 1,243 | 69689 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,243.00 |
| | | | CHEVRON CORP DIV 5/18/07 6/11/07 | DIV | | 328.86 |
| | | | EXXON MOBIL CORP DIV 5/14/07 6/11/07 | DIV | | 529.20 |
| | | | INTERNATIONAL BUSINESS MACHS DIV 5/10/07 6/09/07 | DIV | | 159.60 |
| | | | JOHNSON & JOHNSON DIV 5/29/07 6/12/07 | DIV | | 313.74 |
| | | | MICROSOFT CORP DIV 5/17/07 6/14/07 | DIV | | 231.00 |
| | | | AMERICAN INTL GROUP INC DIV 6/01/07 6/15/07 | DIV | | 114.35 |
| | | | WACHOVIA CORP NEW DIV 5/31/07 6/15/07 | DIV | | 282.24 |
| | | | BANK OF AMERICA DIV 6/01/07 6/22/07 | DIV | | 670.32 |
| | 784 | 4225 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 784.00 |
| 784 | | 9522 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 784.00 | |
| | | | CONTINUED ON PAGE 4 | | | |

CONTINUED ON PAGE 4

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261359

| | | | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 | |

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS

Redacted

PERIOD ENDING 6/30/07    PAGE 4
YOUR ACCOUNT NUMBER 1-B0157-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER *******8745

| BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 784 | | 99487 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 784.00 | |
| | | | NEW BALANCE | | | 1,260.67 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 784 | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | |
| | | | MARKET VALUE OF SECURITIES<br>LONG            SHORT<br>784.00 | | | |

N THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00261360

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARTHUR BLECKER
& SOFIE BLECKER J/T WROS



PERIOD ENDING: 6/30/07    PAGE: 5

YOUR ACCOUNT NUMBER: 1-B0157-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER: *******8745

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 10,175.05 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,664,976.57 |

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY  10022<br><br>DIRECT INQUIRIES TO:212 230-2470 | 1a Total ordinary dividends<br>$  24370.78 | OMB No. 1545-0110<br><br>2006<br><br>Form 1099-DIV | Dividends and Distributions |
|---|---|---|---|
| | 1b Qualified dividends<br>$ | | |
| | 2a Total capital gain distr.<br>$ | 2b Unrecap. Sec. 1250 gain<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>13-1997126 | RECIPIENT'S identification number<br>Redacted-8745 | | |
| RECIPIENT'S name, address, and ZIP code<br><br>ARTHUR BLECKER<br>& SOFIE BLECKER J/T WROS<br><br>Redacted | 2c Section 1202 gain<br>$ | 2d Collectibles (28%) gain<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 3 Nondividend distributions<br>$ | 4 Federal income tax withheld<br>$ | |
| | | 5 Investment expenses<br>$ | |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| Account number (see instructions)<br>1B0157 | 8 Cash liquidation distributions<br>$ | 9 Noncash liquidation distributions<br>$ | |

1099-DIV    (keep for your records)    Department of the Treasury - Internal Revenue Service

MWPTAP00261362

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Date of sale or exchange | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY 10022<br><br>DIRECT INQUIRIES TO:212 230-2470 | 1b CUSIP no. | 2006<br>Form **1099-B** | |
| | 2 Stocks, bonds, etc.<br>$ 11857786.86 | Reported to IRS ☒ Gross proceeds<br>☐ Gross proceeds less commissions and option premiums | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Bartering | 4 Federal income tax withheld | |
|---|---|---|---|---|
| 13-1997126 | Redacted-8745 | $ | $ | **Copy B**<br>**For Recipient** |

| RECIPIENT'S name, address, and ZIP code | 5 No. of shares exchanged | 6 Classes of stock exchanged | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| ARTHUR BLECKER<br>& SOFIE BLECKER J/T WROS<br><br>Redacted | 7 Description | | |
| | 8 Profit or (loss) realized in 2006<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2005<br>$ | |
| CORPORATION'S name | 10 Unrealized profit or (loss) on open contracts–12/31/2006<br>$ | 11 Aggregate profit or (loss)<br>$ | |
| Account number (see instructions)<br>1B0157 | 12 If the box is checked, the recipient cannot take a loss on their tax return based on the amount in box 2 ☐ | | |

Form **1099-B**    (keep for your records)    Department of the Treasury - Internal Revenue Service

MWPTAP00261363



MWPTAP00261364