**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>v.<br><br>ALEXANDER SIROTKIN,<br><br>               Defendant. | Adv. Pro. No. 10-04344 (SMB) |

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that Defendant Alexander Sirotkin be and hereby is substituted as *pro se*.

It is further stipulated to and agreed that this document may be executed in counterparts, which when taken together, shall constitute one original.

[SIGNATURE PAGE FOLLOWS]

{00023670 1 }

| CHAITMAN LLP<br>Outgoing Counsel | *Pro se* |
|---|---|
| By: */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman<br>465 Park Avenue<br>New York, New York 10022<br>Tel: (908) 303-4568<br>Fax: (888) 759-1114<br>Email: hchaitman@chaitmanllp.com<br><br>*Attorneys for Defendant Alexander Sirotkin*<br><br>Dated: September 22, 2016 | By: [signature]<br>Alexander Sirotkin<br><br>Dated: September 22, 2016 |