UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )   ss:
COUNTY OF DALLAS        )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 23, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000527)

Executed on September 23, 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 23 day of September, 2016

THERESA K. PETRY
MY COMMISSION EXPIRES
January 13, 2018

(SEAL)                                              Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: 4000527**
**9/23/2016**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Midtown Acquisitions L.P. | c/o Davidson Kempner Capital Management | 520 Madison Avenue, 30th Floor | Attention: Jennifer Donovan | New York | NY | 10022 | |