**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Fernando A. Bohorquez, Jr.
Keith R. Murphy
David W. Rice

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> ANNETTE BONGIORNO and RUDY BONGIORNO, <br><br> Defendants. | Adv. Pro. No. 10-04215 (SMB) |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING SETTLEMENT AGREEMENTS BY AND AMONG THE TRUSTEE, ANNETTE BONGIORNO AND RUDY BONGIORNO**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, submit this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1.      On August 24, 2016, the Trustee filed the Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreements By and Among the Trustee, Annette Bongiorno and Rudy Bongiorno (the "Motion") (10-04215, ECF 42; 08-01789, ECF 13926).

2.      The deadline for filing objections to the Motion expired on September 21, 2016 at 5:00 p.m.  A hearing on the Motion has been scheduled for September 28, 2016 at 10:00 a.m.

3.      Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) all parties that have filed a notice of appearance in this case; and (ii) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4.      Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon.  Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion will be submitted to the Court, along

with this certificate.

6. Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing.

Dated: September 23, 2016  
       New York, New York

Respectfully submitted,

By: */s/ Fernando A Bohorquez, Jr.*  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Fernando A. Bohorquez, Jr.  
Email: fbohorquez@bakerlaw.com  
Keith R. Murphy  
Email: kmurphy@bakerlaw.com  
David W. Rice  
Email: drice@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

3