# Exhibit A

## 1B0201

## Dr. Norman Blum's Proof of SIPA Claim

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number: 005863

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

RECEIVED
MAR 0 3 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

Cell ~~OFFICE~~: [REDACTED]

HOME: [REDACTED]

Taxpayer I.D. Number (Social Security No.) [REDACTED]

Account Number: 1B0201
NORMAN J BLUM
LIVING TRUST
381 POINCIANA ISLAND DRIVE
N MIAMI BEACH, FL 33160

(If incorrect, please change)

**NOTE:** **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

******************************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of $ 100,000*
   b. I owe the Broker a Debit (Dr.) Balance of $ 0

* See Attached Addendum

502180406

MWPTAP00033845

c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form. $ NA

d. If balance is zero, insert "None." ______

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | YES | NO |
|---|---|---|
| a. The Broker owes me securities | X | |
| b. I owe the Broker securities | | X |

c. If yes to either, please list below:

See Attached Addendum

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds: The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | See Attached Addendum | Total $1,027,795.20 | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _______ X

Please list the full name and address of anyone assisting you in the preparation of this claim form: My Son Keith Blum 1429 Shoreline Way Hollywood Fl 33019.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date 3-1-09 Signature [signature]

Date ______________ Signature ______________

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

**ADDENDUM TO CUSTOMER CLAIM FORM**

**IN RE BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
(In Liquidation)

**CLAIMANT: NTC & Co.**
**FBO Norman J. Blum (Acct No. 111188)**
**P.O. Box 173859**
**Denver, Co 80217**
**(Norman J. Blum Telephone No.**

**MADOFF ACCOUNT NO: 1-B0190**

This addendum to claim form is intended to respond to the further information requests set forth in the instructions accompanying the customer claim form as such instructions relate to claims for securities held by the Broker as of December 11, 2008 pursuant to "Item 2".

1. The last account statement provided by the Broker to me, dated as of November 30, 2008, is attached to the claim form as Exhibit A. This statement lists the securities held in my account as of November 30, 2008 and indicates they had a net fair market value of $2,555,879.03 as of such date. I have no records of transactions between November 30, 2008 and December 11, 2008, and am making a claim for the securities listed on the November 30, 2008 statement pursuant to Items 2(a) & (c) of the claim form.

2. My account was subdivided into two subaccounts one of which included short positions. A summary of the detail from the November 30, 2008 statements of the two subaccounts follows:

| *Subaccount* | *Long* | *Short* | *Total* |
|---|---|---|---|
| 1-B0190-3-0 | $2,594,639.03 | $0.00 | $2,594,639.03 |
| 1-B0190-4-0 | $94,050.00 | ($132,810.00) | ($38,760.00) |
| | | | |
| **Total Securities** | | | **$2,555,879.03** |

3. There is no difference between securities on the last account statement provided to me by the Broker (November 30, 2008) and securities claimed (December 11, 2008).

**Addendum to SIPC Claim Form**
**Claimant: Norman J. Blum Living Trust**
**Madoff Account No. 1-B0190**
**(Norman J. Blum Telephone [redacted])**

3. My account was subdivided into two subaccounts one of which included short positions. A summary of the detail from the November 30, 2008 statements of the two subaccounts follows:

| *Subaccount* | *Long* | *Short* | *Total* |
|---|---|---|---|
| 1-B0201-3-0 | $1,044,115.20 | $0.00 | $1,044,115.20 |
| 1-B0201-4-0 | $39,600.00 | ($55,920.00) | ($16,320.00) |
| **Total Securities** | | | **$1,027,795.20** |

4. There is no difference between securities on the last account statement provided to me by the Broker (November 30, 2008) and securities claimed (December 11, 2008).

5. I have been unable to identify all original investment account documentation. The following table indentifies the contributions and withdrawals for which I was able to locate documentation or otherwise remember to the best of my recollection (I had a severe stroke in April 1994 and my long-term and short-term memory were significantly affected):

| *Date* | *Contribution* | *Withdrawal* | *Notes* |
|---|---|---|---|
| | | | |
| Prior to January 10, 2001 | | | I am unable to locate records prior to January 10, 2001 and I have limited recollection of events during such time period. |
| January 10, 2001 | | $1,887.60 | |
| March 6, 2001 | | $3,706.65 | |
| July, 9, 2001 | | $2,400.91 | |
| October, 9, 2001 | | $2,799.39 | |
| January 11, 2002 | | $4,340.19 | |
| April 10, 2002 | | $1,555.45 | |
| July 8, 2002 | | $5,041.15 | |
| October 7, 2002 | | $6,829.50 | |
| December 31, 2002 | $370,106.28 | | |
| January 10, 2003 | | $2,739.42 | |
| April, 9, 2003 | | $11,793.51 | |

**Addendum to SIPC Claim Form**
**Claimant:** **Norman J. Blum Living Trust**
**Madoff Account No. 1-B0190**
**(Norman J. Blum Telephone [redacted])**

| *Date* | *Contribution* | *Withdrawal* | *Notes* |
|---|---|---|---|
| August 19, 2003 | $51,962.888 | | I made a deposit of $51,375 on June 26, 2003 to my account. It appears to have been mistakenly deposited in Account 1B018930 and such was corrected on August 26, 2003 when it was then properly transferred into my account (with an additional amount which appears to have been earnings for the period held in the incorrect account). |
| March 30, 2004 | $50,000.00 | | |
| | | | |

**Addendum to SIPC Claim Form**
**Claimant: Norman J. Blum Living Trust**
**Madoff Account No. 1-B0190**
**(Norman J. Blum Telephone**

---

# EXHIBIT A

November 30, 2009 Madoff Account Statement
Madoff Account No. 1-B0190

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

~~1,084,711~~ 1,028,755

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

| PERIOD ENDING | PAGE | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 11/30/08 | 1 | 1-B0201-3-0 | *******8417 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 65,501.55 | |
| 11/12 | 624 | | 2138 | WAL-MART STORES INC | 55.830 | 34,861.92 | |
| 11/12 | 408 | | 2640 | INTERNATIONAL BUSINESS MACHS | 87.270 | 35,622.16 | |
| 11/12 | 1,512 | | 6464 | EXXON MOBIL CORP | 72.880 | 110,254.56 | |
| 11/12 | 1,656 | | 6966 | INTEL CORP | 14.510 | 24,094.56 | |
| 11/12 | 792 | | 11292 | JOHNSON & JOHNSON | 59.580 | 47,218.36 | |
| 11/12 | 1,080 | | 15618 | J.P. MORGAN CHASE & CO | 38.530 | 41,655.40 | |
| 11/12 | 576 | | 19943 | COCA COLA CO | 44.660 | 25,747.16 | |
| 11/12 | 336 | | 24269 | MCDONALDS CORP | 55.370 | 18,617.32 | |
| 11/12 | 624 | | 28595 | MERCK & CO | 28.550 | 17,839.20 | |
| 11/12 | 2,280 | | 32921 | MICROSOFT CORP | 21.810 | 49,817.80 | |
| 11/12 | 1,152 | | 37247 | ORACLE CORPORATION | 17.300 | 19,975.60 | |
| 11/12 | 456 | | 50225 | PEPSICO INC | 56.410 | 25,740.96 | |
| 11/12 | 264 | | 50727 | APPLE INC | 100.780 | 26,615.92 | |
| 11/12 | 1,944 | | 54551 | PFIZER INC | 16.940 | 33,008.36 | |
| 11/12 | 456 | | 55053 | ABBOTT LABORATORIES | 54.610 | 24,920.16 | |
| 11/12 | 864 | | 58877 | PROCTER & GAMBLE CO | 64.080 | 55,399.12 | |
| 11/12 | 312 | | 59379 | AMGEN INC | 59.160 | 18,469.92 | |
| 11/12 | 600 | | 63203 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 26,184.00 | |
| 11/12 | 1,440 | | 63705 | BANK OF AMERICA | 21.590 | 31,146.60 | |
| 11/12 | 480 | | 67529 | QUALCOMM INC | 33.770 | 16,228.60 | |
| 11/12 | 1,560 | | 68031 | CITI GROUP INC | 12.510 | 19,577.60 | |
| 11/12 | 360 | | 71855 | SCHLUMBERGER LTD | 49.480 | 17,826.80 | |
| 11/12 | 864 | | 72357 | COMCAST CORP CL A | 16.510 | 14,298.64 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-B0201-3-0 | *******8417 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,704 | | 76181 | AT&T INC | 27 | 46,076.00 | |
| 11/12 | 432 | | 76683 | CONOCOPHILIPS | 52.510 | 22,701.32 | |
| 11/12 | 288 | | 80507 | UNITED PARCEL SVC INC CLASS B | 52.040 | 14,998.52 | |
| 11/12 | 1,752 | | 81009 | CISCO SYSTEMS INC | 16.730 | 29,380.96 | |
| 11/12 | 504 | | 84833 | U S BANCORP | 29.530 | 14,903.12 | |
| 11/12 | 600 | | 85335 | CHEVRON CORP | 73.430 | 44,082.00 | |
| 11/12 | 288 | | 89159 | UNITED TECHNOLOGIES CORP | 53.160 | 15,321.08 | |
| 11/12 | 3,048 | | 89661 | GENERAL ELECTRIC CO | 19.630 | 59,953.24 | |
| 11/12 | 816 | | 93485 | VERIZON COMMUNICATIONS | 30.410 | 24,846.56 | |
| 11/12 | 72 | | 93987 | GOOGLE | 337.400 | 24,294.80 | |
| 11/12 | 1,008 | | 97811 | WELLS FARGO & CO NEW | 29.800 | 30,078.40 | |
| 11/12 | 720 | | 98313 | HEWLETT PACKARD CO | 34.900 | 25,156.00 | |
| 11/12 | | 1,050,000 | 20424 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 1,049,328.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 70.93 |
| 11/12 | | 58,970 | 15522 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 58,970.00 |
| 11/12 | 16,608 | | 24891 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,608.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.04 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-B0201-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8417

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 16,608 | 50135 | FIDELITY SPARTAN | 1 | | 16,608.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | 75,000 | | 54779 | U S TREASURY BILL | 99.926 | 74,944.50 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/19 | 13,570 | | 59176 | FIDELITY SPARTAN | 1 | 13,570.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/25 | | | | CHECK | CW | 100,000.00 | |
| 11/25 | | | | FIDELITY SPARTAN | DIV | | 1.36 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/25/08 | | | |
| 11/25 | | 13,570 | 77133 | FIDELITY SPARTAN | 1 | | 13,570.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/25 | | 75,000 | 77639 | U S TREASURY BILL | 99.946 | | 74,959.50 |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/28 | | 864 | 78444 | COMCAST CORP | 15.280 | | 13,167.92 |
| | | | | CL A | | | |
| 11/28 | 1,698 | | 79125 | FIDELITY SPARTAN | 1 | 1,698.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 132,557.02 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,704 | | | AT&T INC | 28.560 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-B0201-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8417

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 456 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 312 | | | AMGEN INC | 55.540 | | |
| | 264 | | | APPLE INC | 92.670 | | |
| | 1,440 | | | BANK OF AMERICA | 16.250 | | |
| | 600 | | | CHEVRON CORP | 79.010 | | |
| | 1,752 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,560 | | | CITI GROUP INC | 8.290 | | |
| | 576 | | | COCA COLA CO | 46.870 | | |
| | 432 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,512 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,048 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 72 | | | GOOGLE | 292.960 | | |
| | 720 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,656 | | | INTEL CORP | 13.800 | | |
| | 408 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,080 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 792 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 336 | | | MCDONALDS CORP | 58.750 | | |
| | 624 | | | MERCK & CO | 26.720 | | |
| | 2,280 | | | MICROSOFT CORP | 20.220 | | |
| | 1,152 | | | ORACLE CORPORATION | 16.090 | | |
| | 456 | | | PEPSICO INC | 56.700 | | |
| | 1,944 | | | PFIZER INC | 16.430 | | |
| | 600 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 864 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-B0201-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8417

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 480 | | | QUALCOMM INC | 33.570 | | |
| | 360 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 1,698 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 504 | | | U S BANCORP | 26.980 | | |
| | 288 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 288 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 816 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 624 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,008 | | | WELLS FARGO & CO NEW | 28.890 | | |

MARKET VALUE OF SECURITIES
LONG SHORT
1,044,115.20

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00033857

MWPTAP00360740



MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-B0201-3-0 | *******8417 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,466.87 |
| | | | | GROSS PROCEEDS FROM SALES | | | 6,350,383.71 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00033858

MWPTAP00360741

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-B0201-4-0 | *******8417 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 65,502.00 |
| 11/12 | | 24 | 41573 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 37,896.00 |
| 11/12 | 24 | | 45899 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 42,744.00 | |
| 11/19 | | 24 | 32004 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 62,376.00 |
| 11/19 | 24 | | 36329 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 72,024.00 | |
| 11/19 | 24 | | 40654 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 7,224.00 | |
| 11/19 | | 24 | 44979 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 88,776.00 |
| | | | | NEW BALANCE | | | 132,558.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 24 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 24 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 39,600.00 SHORT 55,920.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00033859

MWPTAP00360742

**Addendum to SIPC Claim Form**
**Claimant:** **Norman J. Blum Living Trust**
**Madoff Account No. 1-B0190**
**(Norman J. Blum Telephone** [redacted]

---

# EXHIBIT B

November 30, 2009 Madoff Check Stub and Deposit Receipt
Madoff Account No. 1-B0190

SUNTRUST

*Thank you for banking with SunTrust*
For Account Information call 800.SunTrust (800.786.8787)

120 CHECK DEPOSIT
0599000688663 Bus. Date 9Dec.2008 AM
258
34059907 133187 7 100,000.00 TOTAL
Transaction Date: 9Dec.2008 15:55:55

This is your receipt showing bank, date, time, type of account and amount.
All deposits are credited to your account subject to verification and final payment.

101829 (5/07)



MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR ACCOUNT WITH THE FOLLOWING:

11/25/08

CW CHECK 100,000.00

CLIENT'S ACCOUNT NUMBER
1-B0201-3

NORMAN J BLUM
LIVING TRUST

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH FL 33160

MEMO

MWPTAP00033862

From: Origin ID: TMBA (305) 944-2711
Norman J. Blum

381 Poinciana Island Blvd

N. Miami Beach, FL 33160



Ship Date. 02MAR09
ActWgt. 0 5 LB
CAD: 308600009/INET9011
Account#: S *********

Delivery Address Bar Code

SHIP TO: (888) 727-8695 BILL CREDIT CARD
Irving H. Picard, Esq, Claims Pr Cn
Trustee for BL Madoff Inv Sec LLC
2100 MCKINNEY AVE STE 800

DALLAS, TX 75201

Ref # NJB
Invoice #
PO #
Dept #



TRK# 0201 7963 8836 9297

TUE - 03MAR A1
PRIORITY OVERNIGHT

75201
TX-US
DFW

XH RBDA



**After printing this label:**
1 Use the 'Print' button on this page to print your label to your laser or inkjet printer
2 Fold the printed page along the horizontal line
3 Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned

**Warning** Use only the printed original label for shipping Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value Recovery cannot exceed actual documented loss Maximum for items of extraordinary value is $500, e.g jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide