# Exhibit B

## 1B0251

## Dr. Joel Blum's Proof of SIPA Claim

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U S Bankruptcy Court for the Southern District of New York

Claim Number:          001507

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

RECEIVED

FEB 0 2 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HOME: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Taxpayer I.D. Number (Social Security No.)
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Account Number:   1B0251
JOEL A BLUM
KERRY E BLUM JT WROS
4 TGW PATH CIRCLE
RICHMOND, VA 23221

(If incorrect, please change)

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE  July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.        Claim for money balances as of **December 11, 2008** :
          a.     The Broker owes me a Credit (Cr.) Balance of        $  95,709
          b.     I owe the Broker a Debit (Dr.) Balance of          $_____

502180406                            1

MWPTAP00024675

MWPTAP00122867

    c.    If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          with this claim form.        $_____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | | |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| 11/12/08 | Please see enclosed statement | *793,027 | |
| | dated 11/30/08 for acct.# 1-B0251-3-0 | | |
| | under "Now Balance" pps 3-5 for list | | |
| | of securities | | |
| 11/12 + 11/19/08 | Please see enclosed statement dated | *29,700 | *41,940 |
| | 11/30/08 for Acct 1-B0251-4-0 for details | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

502180406

2

\* This Total is reached by subtracting cash value of Fidelity Spartan
($20,709) + cash value of US Treasury Bill ($75,000) from the total "Market
Value Long ($888,736.47) listed on page 5 of the 11/30/08 statement

MWPTAP00024676

MWPTAP00122868

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | ✓ |

502180406

3

MWPTAP00024677

**MWPTAP00122869**

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                    _____    ✓

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  01/27/2009 _____    Signature _____

Date  01 / 27 / 2009 ___    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                          4

MWPTAP00024678

MWPTAP00122870

**Information about Owners of Account # 1B0251**

This account is owned jointly (with right of survivorship) by:

Joel A. Blum
4 Tow Path Circle
Richmond, Va. 23221

Kerry E. Blum
4 Tow Path Circle
Richmond, Va. 23221

MWPTAP00024679

**MWPTAP00122871**

**Joel A. Blum**
**4 Tow Path Circle**
**Richmond, Va. 23221**

January 31, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Tx. 75201

Dear Mr. Picard:

Enclosed is our customer claim for money and securities my wife and I
lost related to the actions of Bernard L. Madoff. I have also included the
following documents:

Copies of:
1. A letter, dated December 8, 2002, addressed to Frank DiPascali at
   Madoff Securities, which documents the funds ($395,387.87) from
   the Roslyn Blum Remainder Trust Account, to be used for the
   establishment of our account with Madoff Investment Securities.
2. One letter dated May 6, 2005, and one letter dated March 28, 2006
   documenting my requests for withdrawal of funds from our
   account. Each withdrawal was for $15,000 and these were the only
   withdrawals that I can recall making from this account.
3. A wire transfer authorization dated 5/14/2008. This documents a
   deposit of $94,980 that my wife made into our account with
   Madoff Securities.
4. The final transaction slips that document our purchase and sale of
   securities in November of 2008. Almost all of these transactions
   reflect that Madoff sold these securities to us. Three of the
   transaction slips document Madoff buying securities back from us.

MWPTAP00024680

5. The final statements we received from Madoff Securities for
   account 1-B0251-3-0 and account1-B0251-4-0. These statements
   are dated 11/30/08 and include information on all purchases and
   sales during the month of November as well as the balances in
   effect as of 11/30/08. These statements also include the market
   value of securities as of 11/30/08.

The earliest monthly statement from Madoff Securities that we still have
in our possession is dated 1/31/04, a little more than one year after our
account was established. The market value of the securities in the
account on 1/31/04 was $492,770.08. This was $97,382.21 more than
the amount we initially started the account with ($395,387.87) at the end
of 2002. Since the Madoff return was never much above 10% per year,
the increase in value cannot be explained just by investment return. I
recall investing an additional $55,000 into our Madoff account and this
must have occurred during 2003, a period for which I no longer have
records. This would explain the $97,382 increase in value of the account
during that period. **This means that the total amount of money we
invested in this Madoff Account (initial investment of $395,387.87,
investment during 2003 of $55,000, and my wife's wire transfer into
the account during 2008 of $94,980) was $545,368.**

Thank you for your attention as you consider our claim application. I
look forward to hearing back regarding whether there is anything further
we can do in support of our claim. I would like to be kept informed of
ongoing developments.

Yours truly,

Joel A. Blum

MWPTAP00024681

MWPTAP00122873

**Joel A. Blum, MD**
**9508 Arrowdel Road**
**Richmond, Va. 23229**

December 8, 2002

Frank Di Pascali
c/o Bernard L. Madoff Investments Securities LLC
885 Third Avenue
New York, NY 10022

Dear Mr. DiPascali,

I am writing to provide you with directions regarding the establishment of an account for my wife and myself out of the account you now have under the title "Roslyn Blum Remainder Trust." My brother, Norman, and I are to divide the money from the Remainder Trust account with my share being $26,158 more than his share. Norman will be sending a letter to you confirming that this is the way we both wish this to be done.

I understand that as of the November statement, the value of the Roslyn Blum Remainder Trust Account was $764,617.75. By my calculations, my share of this should be $764,617.75 divided by 2= $382,308.87 plus $13,079 for a total of $395,387.87. My brother, Norman's, share should be $764,617.75 divided by 2 = $382,308.87 minus $13,079 for a total of $369,229.87.

I would like for my account to be set up as follows:

> Joel A. Blum and Kerry E. Blum
> Joint Tenants with Rights of Survivorship

Thank you for your attention to this matter. If you wish to contact me you can do so by:
> Telephone: 804-741-9508
> Email: Jolebee@Aol.com
> Fax: 804-675-5678
> Mail: at the address listed at the top of this letter.

Yours Truly,

*[signature]*

Joel A. Blum

MWPTAP00024682

MWPTAP00122874

800-334-1343

May 6, 2005

To : Bernard L. Madoff Investment Securities

Attention of:    **Erin**

Fax # 212-838-4061

From: Joel A. Blum

Tel #: ███████████████████

# 0f Pages (including cover)= 2

Comments: Written request as you suggested  in our
telephone conversation

MWPTAP00024683

**MWPTAP00122875**

# Joel A. Blum
## 4 Tow Path Circle
## Richmond, Va. 23221

May 6, 2005

Bernard L. Madoff
Investment Securities LLC
885 Third Ave.
New York, N.Y. 10022

Dear Erin

I would like to request that you withdraw $15,000 from my account, account # 1-B0251-3-0, and send a check for this amount to me at my home address, 4 Tow Path Circle, Richmond, Va. 23221.

Thank you for your attention.

Yours truly,

Joel A. Blum

MWPTAP00024684

MWPTAP00122876

March 28, 2006

To: Bernard L. Madoff Investment Securities

Attention of: Erin

Fax # 212-838-4061

From: Joel A. Blum

Tel. #: █████████████

# of pages (including cover)= 2

Comments: I am following the same procedure as I did last May. Please let me know at my office phone - listed above - if there is anything further I need to do.

MWPTAP00024685

**Joel A. Blum**
**4 Tow Path Circle**
**Richmond, Va. 23221**

March 28, 2006

Bernard L. Madoff
Investment Securities LLC
885 Third Ave.
New York, N.Y. 10022

Dear Erin,

Please withdraw $15,000 from my account, account
#1-B0251-3-0, and send a check for this amount to me at my home
address, 4 Tow Path Circle, Richmond, Va. 23221.

Thank you for your attention.

Yours truly,

Joel A. Blum

MWPTAP00024686

**MWPTAP00122878**

TRANSMISSION VERIFICATION REPORT

TIME : 03/28/2006 11:25

| | |
|---|---|
| DATE,TIME | 03/28 11:24 |
| FAX NO./NAME | 82128384061 |
| DURATION | 00:00:38 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

MWPTAP00024687

MWPTAP00122879

| | Wire Department Use |
|---|---|
| | Wire called in by _____ |
| | Wire received by _____ |
| | Wire verified by _____ |

## Wire Transfer Authorization

To:  First Market Bank (Bank)

Date: 05/14/2008

This authorizes you to wire $  94,980.00  to the  JP Morgan Chase Bank
<br>*Name of Bank, Savings & Loan or Credit Union*

40 Wall Street   New York, NY 10015
<br>*City, State*

021 000 021
<br>*Bank Identification (ABA) Number*

to the account of  Bernard L Madoff
<br>*Name*

New York NY
<br>*Address*

140 081 703
<br>*Account Number*

Special Instructions are:  For the benefit of: Joel A Blum and Kerry E Blum

Acct # 1-B0251-3-0

The undersigned, hereby agree that the Bank is under no obligation to honor, either in whole or in part, any wire transfer which exceeds available funds in your account.  In order for the Bank to effect a wire transfer on a particular business day, the request must be received by the Bank prior to the established deadlines.

*Customer's Signature*

Bank Account to Charge for Wire and Fee

Kerry Blum
<br>*Printed Name*

Social Security/Tax ID. Number

4 Tow Path Cir   Richmond VA 23221-3946
<br>*Address*

### Bank Use

Requesting Branch   Gayton Crossing
<br>Branch Phone: 804-754-1323   Fax:*************
<br>Teammate  Bonnie Caples

Request type: ☒ In Person  ☐ By Telephone  ☐ By Fax  ☐ Other _____

Fee Payment Method: ☒ Debit to account  ☐ Other _____

Customer Identification  B24-67-1326,4/5/1945,4/5/2010,08/15/2004

Branch Approval _____   *Individual with wire authority*

Wire Department use only   Reference Number

FM 107 (1/06)

MWPTAP00024688

MWPTAP00122880

Re:  Deposit Transaction History for Kerry Blum

Below is a detailed report of the transactions that have been posted to your deposit account ▮▮▮▮▮▮▮ as of January 6, 2009:

| Date | Check Number | Amount | Description | Balance | Status | Effective Date |
|---|---|---|---|---|---|---|
| **05/19/2008** | | | **Daily Balance** | **0.00** | | |
| 05/19/2008 | | 134.15 | Check | 0.00 | | |
| 05/19/2008 | | 134.15 | Interest credit | 134.15 | | |
| **05/15/2008** | | | **Daily Balance** | **0.00** | | |
| 05/15/2008 | | 0.65 | Check | 0.00 | | |
| 05/15/2008 | | 20.00 | Service charge | 0.65 | | |
| 05/15/2008 | | 94,980.00 | Wire transfer-out | 20.65 | | |

If you have any questions, please give me a call at 804-560-3700 so I may further assist you.

Sincerely,

Drew Cassidy
Financial Services Advisor

MWPTAP00024689

Copies of the
last transaction
slips

MWPTAP00024690

**MWPTAP00122882**

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 76212 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND      VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,278 | 00206R102 | AT&T INC | 34557.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 34506.00 | 51.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 55084 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND      VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 342 | 002824100 | ABBOTT LABORATORIES | 18689.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 18676.62 | 13.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024691

MWPTAP00122883

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-B0251-3 | D | 50758 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 198 | 037833100 | APPLE INC | 19961.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 19954.44 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-B0251-3 | D | 59410 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 234 | 031162100 | AMGEN INC | 13852.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 13843.44 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024692

MWPTAP00122884

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 63736 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,080 | 060505104 | BANK OF AMERICA | 23360.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 23317.20 | 43.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 85366 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 450 | 166764100 | CHEVRON CORP | 33061.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 73.430 | 33043.50 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024693

MWPTAP00122885



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 81040 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,314 | 17275R102 | CISCO SYSTEMS INC | 22035.22 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 21983.22 | 52.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 68062 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,170 | 172967101 | CITI GROUP INC | 14682.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 14636.70 | 46.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024694

MWPTAP00122886



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 19974 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 432 | 191216100 | COCA COLA CO | 19310.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 19293.12 | 17.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 72388 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 648 | 20030N101 | COMCAST CORP CL A | 10723.48 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 10698.48 | 25.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024695

MWPTAP00122887



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 76714 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 324 | 20825C104 | CONOCOPHILIPS | 17025.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 17013.24 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 06495 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,134 | 30231G102 | EXXON MOBIL CORP | 82690.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 82645.92 | 45.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024696

MWPTAP00122888

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 89692 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,286 | 369604103 | GENERAL ELECTRIC CO | 44965.18 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 44874.18 | 91.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 94018 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 54 | 38259P508 | GOOGLE | 18221.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 18219.60 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

MWPTAP00024697

MWPTAP00122889



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-B0251-3 | D | 98344 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND      VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 540 | 428236103 | HEWLETT PACKARD CO | 18867.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 34.900 | 18846.00 | 21.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-B0251-3 | D | 06997 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND      VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 1,242 | 458140100 | INTEL CORP | 18070.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 14.510 | 18021.42 | 49.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

MWPTAP00024698

MWPTAP00122890



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-B0251-3 | D | 02671 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 306 | 459200101 | INTERNATIONAL BUSINESS MACHS | 26716.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 87.270 | 26704.62 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-B0251-3 | D | 15649 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 810 | 46625H100 | J.P. MORGAN CHASE & CO | 31241.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 38.530 | 31209.30 | 32.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details.)

MWPTAP00024699

MWPTAP00122891

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 11323 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 594 | 478160104 | JOHNSON & JOHNSON | 35413.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 35390.52 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 24300 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 252 | 580135101 | MCDONALDS CORP | 13963.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 13953.24 | 10.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

MWPTAP00024700

MWPTAP00122892

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-B0251-3 | D | 28626 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 468 | 589331107 | MERCK & CO | 13379.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 13361.40 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-B0251-3 | D | 32952 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,710 | 594918104 | MICROSOFT CORP | 37363.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 37295.10 | 68.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

MWPTAP00024701

MWPTAP00122893

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MADF

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 37278 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 864 | 68389X105 | ORACLE CORPORATION | 14981.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 14947.20 | 34.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

Confirmation (Please see reverse for further details.)

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MADF

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 50256 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 342 | 713448108 | PEPSICO INC | 19305.22 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 19292.22 | 13.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

Confirmation (Please see reverse for further details.)

MWPTAP00024702

MWPTAP00122894

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York ☐ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 54582 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,458 | 717081103 | PFIZER INC | 24756.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 24698.52 | 58.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York ☐ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 63234 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 450 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 19638.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 19620.00 | 18.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

MWPTAP00024703

MWPTAP00122895

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 58908 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 648 | 742718109 | PROCTER & GAMBLE CO | 41548.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 41523.84 | 25.00 | | | | |

*CONFIRMATION (Please see reverse for further details.)*

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 67560 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 360 | 747525103 | QUALCOMM INC | 12171.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 12157.20 | 14.00 | | | | |

*CONFIRMATION (Please see reverse for further details.)*

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024704

MWPTAP00122896

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 71886 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 270 | 806857108 | SCHLUMBERGER LTD | 13369.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 13359.60 | 10.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 84864 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 378 | 902973304 | U S BANCORP | 11177.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 11162.34 | 15.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024705

MWPTAP00122897

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 80538 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 216 | 911312106 | UNITED PARCEL SVC INC CLASS B | 11248.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 11240.64 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 89190 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 216 | 913017109 | UNITED TECHNOLOGIES CORP | 11490.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 11482.56 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

MWPTAP00024706

MWPTAP00122898

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 93516 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | C H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND           VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 612 | 92343V104 | VERIZON COMMUNICATIONS | 18634.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 18610.92 | 24.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 02169 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND           VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 468 | 931142103 | WAL-MART STORES INC | 26146.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 26128.44 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024707

MWPTAP00122899

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 97842 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 756 | 949746101 | WELLS FARGO & CO NEW | 22558.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 22528.80 | 30.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-3 | D | 54814 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21% 3/26/2009 | 74944.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 74944.50 | | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024708

MWPTAP00122900



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-4 | D | 36360 | 8 | 1 | | 11/14/08 | 11/19/08 | |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 54018.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 54000.00 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-4 | R | 32035 | 8 | 1 | | 11/14/08 | 11/19/08 | |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 18 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 46782.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 46800.00 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024709

MWPTAP00122901



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-4 | D | 40685 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 5418.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 5400.00 | 18.00 | | | | |

CONFIRMATION (Please see reverse for further details)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-4 | R | 45010 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 18 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 66582.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 66600.00 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024710

MWPTAP00122902

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-4 | D | 45930 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 32058.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 32040.00 | 18.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-B0251-4 | R | 41604 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA 23221

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 18 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 28422.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 28440.00 | 18.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MWPTAP00024711

MWPTAP00122903



MWPTAP00024712

Copy of the last

Monthly statement

(highlighted on page 4
are those items I
interpret as being
cash/money equivalents)

MWPTAP00024713

**MWPTAP00122905**



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA    23221

| PERIOD ENDING | 11/30/08 |
| PAGE | 1 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******7716 |
| YOUR ACCOUNT NUMBER | 1-B0251-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 49,580.41 |
| 11/12 | 468 | | 2169 | WAL-MART STORES INC | 55.830 | 26,146.44 | |
| 11/12 | 306 | | 2671 | INTERNATIONAL BUSINESS MACHS | 87.270 | 26,716.62 | |
| 11/12 | 1,134 | | 6495 | EXXON MOBIL CORP | 72.080 | 82,690.92 | |
| 11/12 | 1,242 | | 6997 | INTEL CORP | 14.510 | 18,070.42 | |
| 11/12 | 594 | | 11323 | JOHNSON & JOHNSON | 59.580 | 35,413.52 | |
| 11/12 | 810 | | 15649 | J.P. MORGAN CHASE & CO | 38.530 | 31,241.30 | |
| 11/12 | 432 | | 19974 | COCA COLA CO | 44.660 | 19,293.12 | |
| 11/12 | 252 | | 24300 | MCDONALDS CORP | 55.370 | 13,963.24 | |
| 11/12 | 468 | | 28626 | MERCK & CO | 28.550 | 13,379.40 | |
| 11/12 | 1,710 | | 32952 | MICROSOFT CORP | 21.810 | 37,363.10 | |
| 11/12 | 864 | | 37278 | ORACLE CORPORATION | 17.300 | 14,981.20 | |
| 11/12 | 342 | | 50256 | PEPSICO INC | 56.410 | 19,305.22 | |
| 11/12 | 198 | | 50758 | APPLE INC | 100.780 | 19,961.44 | |
| 11/12 | 1,458 | | 54582 | PFIZER INC | 16.960 | 24,756.52 | |
| 11/12 | 342 | | 55084 | ABBOTT LABORATORIES | 54.610 | 18,689.62 | |
| 11/12 | 648 | | 58908 | PROCTER & GAMBLE CO | 64.080 | 41,548.84 | |
| 11/12 | 234 | | 59610 | AMGEN INC | 59.160 | 13,852.44 | |
| 11/12 | 450 | | 63234 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 19,638.00 | |
| 11/12 | 1,080 | | 63736 | BANK OF AMERICA | 21.590 | 23,321.20 | |
| 11/12 | 360 | | 67560 | QUALCOMM INC | 33.770 | 12,157.20 | |
| 11/12 | 1,170 | | 68062 | CITI GROUP INC | 12.510 | 14,682.70 | |
| 11/12 | 270 | | 71886 | SCHLUMBERGER LTD | 49.480 | 13,369.60 | |
| 11/12 | 648 | | 72388 | COMCAST CORP CL A | 16.510 | 10,723.48 | |
| | | | | CONTINUED ON PAGE | 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00224714

MWPTAP00122906



MWPTAP00024715

MWPTAP00122907

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND          VA    23221

| PAGE | 2 |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *******7716 |
| YOUR ACCOUNT NUMBER | 1-B0251-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,278 | | 76212 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 76714 | CONOCOPHILLIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 80538 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,248.64 | |
| 11/12 | 1,314 | | 81040 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 84864 | U S BANCORP | 29.530 | 11,217.34 | |
| 11/12 | 450 | | 85366 | CHEVRON CORP | 73.430 | 33,061.50 | |
| 11/12 | 216 | | 89190 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.56 | |
| 11/12 | 2,286 | | 89692 | GENERAL ELECTRIC CO | 19.630 | 44,965.18 | |
| 11/12 | 612 | | 93516 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 94018 | GOOGLE | 337.400 | 18,221.60 | |
| 11/12 | 756 | | 97842 | WELLS FARGO & CO NEW | 29.800 | 22,558.80 | |
| 11/12 | 540 | | 98344 | HEWLETT PACKARD CO | 34.900 | 18,867.00 | |
| 11/12 | | 825,000 | 20455 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 824,472.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 DIV 11/12/08 | DIV | | 44.51 |
| 11/12 | 36,018 | | 15553 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,018.00 |
| 11/12 | | 41,720 | 24922 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,720.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.12 |
| | | | | CONTINUED ON PAGE          3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024716

MWPTAP00122908

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND            VA    23221

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | 1-B0251-3-0 | *******7716 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,278 | | 76212 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 76714 | CONOCOPHILIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 80538 | UNITED PARCEL SVC INC | 52.040 | 11,248.64 | |
| | | | | CLASS B | | | |
| 11/12 | 1,314 | | 81040 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 84864 | U S BANCORP | 29.530 | 11,177.34 | |
| 11/12 | 450 | | 85366 | CHEVRON CORP | 73.430 | 33,061.50 | |
| 11/12 | 216 | | 89190 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.56 | |
| 11/12 | 2,286 | | 89692 | GENERAL ELECTRIC CO | 19.630 | 44,965.18 | |
| 11/12 | 612 | | 93516 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 94018 | GOOGLE | 337.400 | 18,221.60 | |
| 11/12 | 756 | | 97842 | WELLS FARGO & CO NEW | 29.800 | 22,558.80 | |
| 11/12 | 540 | | 98344 | HEWLETT PACKARD CO | 34.900 | 18,867.00 | |
| 11/12 | | 825,000 | 20455 | U S TREASURY BILL | 99.936 | | 824,472.00 |
| | | | | DUE 2/12/2009            2/12/2009 | | | |
| 11/12 | | | 15553 | FIDELITY SPARTAN | DIV | | 44.51 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 36,018 | | FIDELITY SPARTAN | 1 | | 36,018.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 41,720 | | 24922 | FIDELITY SPARTAN | 1 | 41,720.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 5.12 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE       3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024717



MWPTAP00024718

BERNARD L. MADOFF
[MADF] INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA   23221

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7116
PAGE: 1
YOUR ACCOUNT NUMBER: 1-B0251-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 49,581.00 |
| 11/12 | | 18 | 41604 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 28,422.00 |
| 11/12 | 18 | | 45930 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 32,058.00 | |
| 11/19 | | 18 | 32035 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 46,782.00 |
| 11/19 | 18 | | 36360 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 54,018.00 | |
| 11/19 | 18 | | 40685 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 5,418.00 | |
| 11/19 | | 18 | 45010 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 66,582.00 |
| | | | | NEW BALANCE | | | 99,873.00 |

SECURITY POSITIONS

| | | | MKT PRICE |
|---|---|---|---|
| S & P 100 INDEX DECEMBER 430 CALL | | 18 | 23.300 |
| S & P 100 INDEX DECEMBER 420 PUT | 18 | | 16.500 |

MARKET VALUE OF SECURITIES
LONG   29,700.00
SHORT  41,940.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00122910

MWPTAP00024719

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA  23221

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******TT16
YOUR ACCOUNT NUMBER 1-B0251-3-0



| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 49,580.41 |
| 11/12 | 468 | | 2169 | WAL-MART STORES INC | 55.830 | 26,146.44 | |
| 11/12 | 306 | | 2671 | INTERNATIONAL BUSINESS MACHS | 87.270 | 26,716.62 | |
| 11/12 | 1,134 | | 6495 | EXXON MOBIL CORP | 72.800 | 82,690.92 | |
| 11/12 | 1,242 | | 6997 | INTEL CORP | 14.510 | 18,070.42 | |
| 11/12 | 594 | | 11323 | JOHNSON & JOHNSON | 59.580 | 35,413.52 | |
| 11/12 | 510 | | 15649 | J.P. MORGAN CHASE & CO | 30.530 | 34,241.30 | |
| 11/12 | 432 | | 19974 | COCA COLA CO | 44.660 | 19,310.12 | |
| 11/12 | 252 | | 24300 | MCDONALDS CORP | 55.370 | 13,963.24 | |
| 11/12 | 468 | | 28626 | MERCK & CO | 28.550 | 13,379.40 | |
| 11/12 | 1,710 | | 32952 | MICROSOFT CORP | 21.810 | 37,363.10 | |
| 11/12 | 864 | | 37278 | ORACLE CORPORATION | 17.300 | 14,981.20 | |
| 11/12 | 342 | | 50256 | PEPSICO INC | 56.410 | 19,305.22 | |
| 11/12 | 198 | | 50758 | APPLE INC | 100.780 | 19,961.44 | |
| 11/12 | 1,458 | | 54582 | PFIZER INC | 16.960 | 24,756.52 | |
| 11/12 | 342 | | 55084 | ABBOTT LABORATORIES | 54.610 | 18,689.62 | |
| 11/12 | 648 | | 58908 | PROCTER & GAMBLE CO | 64.080 | 41,548.84 | |
| 11/12 | 234 | | 59410 | AMGEN INC | 59.160 | 13,852.44 | |
| 11/12 | 450 | | 63234 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 19,638.00 | |
| 11/12 | 1,000 | | 63736 | BANK OF AMERICA | 23.590 | 23,360.20 | |
| 11/12 | 360 | | 67560 | QUALCOMM INC | 33.770 | 12,141.20 | |
| 11/12 | 1,170 | | 68062 | CITI GROUP INC | 12.510 | 14,682.70 | |
| 11/12 | 270 | | 71886 | SCHLUMBERGER LTD | 49.480 | 13,369.60 | |
| 11/12 | 648 | | 72388 | COMCAST CORP CL A | 16.510 | 10,723.46 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND                    VA   23221

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0251-4-0 | 11/30/08 | ******7716 | 1 |

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 49,581.00 |
| 11/12 | | 18 | 41604 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 28,422.00 |
| 11/12 | 18 | | 45930 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 32,058.00 | |
| 11/19 | | 18 | 32035 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 46,782.00 |
| 11/15 | 18 | | 36360 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 54,018.00 | |
| 11/19 | 18 | | 40685 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 5,418.00 | |
| 11/19 | | 18 | 45010 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 66,582.00 |
| | | | | NEW BALANCE | | | 99,873.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 18 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 18 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG    29,700.00 | | | |
| | | | | SHORT   41,940.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024720

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8UT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND           VA   23221

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | 1-B0251-3-0 | *******7716 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,278 | | 76212 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 76714 | CONOCOPHILLIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 80538 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,248.64 | |
| 11/12 | 1,314 | | 81040 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 84864 | U S BANCORP | 29.530 | 11,177.34 | |
| 11/12 | 450 | | 85366 | CHEVRON CORP | 73.430 | 33,061.50 | |
| 11/12 | 216 | | 89190 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.56 | |
| 11/12 | 2,286 | | 89692 | GENERAL ELECTRIC CO | 19.630 | 44,965.18 | |
| 11/12 | 612 | | 93516 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 94018 | GOOGLE | 337.400 | 18,221.60 | |
| 11/12 | 756 | | 97842 | WELLS FARGO & CO NEW | 29.800 | 22,558.80 | |
| 11/12 | 540 | | 98344 | HEWLETT PACKARD CO | 34.900 | 18,867.00 | |
| 11/12 | | 825,000 | 20455 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 824,472.00 |
| | | | | FIDELITY SPARTAN    2/12/2009 | | | |
| 11/12 | | | 15553 | U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 44.51 |
| 11/12 | 36,018 | 36,018 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,018.00 |
| 11/12 | 41,720 | | 24922 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,720.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.12 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024721

MWPTAP00122913



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA   23221

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-B0251-3-0 | 11/30/08 | 3 |

YOUR TAX PAYER IDENTIFICATION NUMBER
********7716

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 41,720 | 50171 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 41,720.00 |
| 11/19 | 75,000 | | 54814 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 20,709 | | 59212 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,709.00 | |
| | | | | NEW BALANCE | | 99,872.82 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,278 | | | AT&T INC | 28.560 | | |
| | 342 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 234 | | | AMGEN INC | 55.540 | | |
| | 198 | | | APPLE INC | 92.670 | | |
| | 1,080 | | | BANK OF AMERICA | 16.250 | | |
| | 450 | | | CHEVRON CORP | 79.010 | | |
| | 1,314 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,170 | | | CITI GROUP INC | 8.290 | | |
| | 432 | | | COCA COLA CO | 46.870 | | |
| | 648 | | | COMCAST CORP CL A | 17.340 | | |
| | 324 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,134 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024722



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******7716

YOUR ACCOUNT NUMBER 1-B0251-3-0

JOEL A BLUM
KERRY E BLUM JT WROS

4 TOW PATH CIRCLE
RICHMOND          VA   23221

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 54 | | | GOOGLE | 292.960 | | |
| | 540 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,242 | | | INTEL CORP | 13.800 | | |
| | 306 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 810 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 594 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 252 | | | MCDONALDS CORP | 58.750 | | |
| | 468 | | | MERCK & CO | 26.720 | | |
| | 1,710 | | | MICROSOFT CORP | 20.220 | | |
| | 164 | | | ORACLE CORPORATION | 16.090 | | |
| | 342 | | | PEPSICO INC | 56.090 | | |
| | 1,458 | | | PFIZER INC | 16.430 | | |
| | 450 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 643 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 360 | | | QUALCOMM INC | 33.570 | | |
| | 210 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 20,709 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 378 | | | U S BANCORP | 26.980 | | |
| | 216 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | 75,000 | | | U S TREASURY BILL CLASS B DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 216 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024723

MWPTAP00122915



MWPTAP00122916

Affiliated with

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOEL A BLUM
KERRY E BLUM JT WROS

4 TOW PATH CIRCLE
RICHMOND          VA   23221

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *******7716

YOUR ACCOUNT NUMBER: 1-B0251-3-0

PAGE: 3

MWPTAP00024724

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | 41,720 | | 50171 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 41,720.00 |
| 11/19 | 75,000 | | 54814 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 20,709 | | 59212 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,709.00 | |
| | | | | NEW BALANCE | | 99,872.82 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,278 | | | AT&T INC | 28.560 | | |
| | 342 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 234 | | | AMGEN INC | 55.540 | | |
| | 198 | | | APPLE INC | 92.670 | | |
| | 1,080 | | | BANK OF AMERICA | 16.250 | | |
| | 450 | | | CHEVRON CORP | 79.010 | | |
| | 1,314 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,170 | | | CITI GROUP INC | 8.290 | | |
| | 432 | | | COCA COLA CO | 46.870 | | |
| | 648 | | | COMCAST CORP CL A | 17.340 | | |
| | 324 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,134 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA   23221

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-B0251-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********7716
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | 54 | | GOOGLE | 292.960 | | |
| | | 540 | | HEWLETT PACKARD CO | 35.280 | | |
| | | 1,242 | | INTEL CORP | 13.800 | | |
| | | 306 | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | | 810 | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | | 594 | | JOHNSON & JOHNSON | 58.580 | | |
| | | 252 | | MCDONALDS CORP | 58.750 | | |
| | | 468 | | MERCK & CO | 26.720 | | |
| | | 1,710 | | MICROSOFT CORP | 20.220 | | |
| | | 864 | | ORACLE CORPORATION | 16.090 | | |
| | | 342 | | PEPSICO INC | 56.700 | | |
| | | 1,458 | | PFIZER INC | 16.430 | | |
| | | 450 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | | 648 | | PROCTER & GAMBLE CO | 64.350 | | |
| | | 360 | | QUALCOMM INC | 33.570 | | |
| | | 270 | | SCHLUMBERGER LTD | 50.740 | | |
| | 20,709 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | 378 | | U S BANCORP | 26.980 | | |
| | | 216 | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 75,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 216 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024725

MWPTAP00122917



MWPTAP00024726



MWPTAP0024727

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********7116

YOUR ACCOUNT NUMBER 1-B0251-4-0

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND        VA   23221

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 49,581.00 |
| 11/12 | | 18 | 41604 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 28,422.00 |
| 11/12 | 18 | | 45930 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 32,058.00 | |
| 11/19 | | 18 | 32035 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 46,782.00 |
| 11/19 | 18 | | 36360 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 54,018.00 | |
| 11/19 | 10 | | 40685 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 5,418.00 | |
| 11/19 | | 18 | 45010 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 66,582.00 |
| | | | | NEW BALANCE | | | 99,873.00 |

SECURITY POSITIONS
S & P 100 INDEX       MKT PRICE
DECEMBER 430 CALL       23.300
S & P 100 INDEX
DECEMBER 420 PUT       16.500

MARKET VALUE OF SECURITIES
LONG        SHORT
29,700.00        41,940.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE    VA  23221
RICHMOND

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-B0251-4-0
YOUR TAX PAYER CERTIFICATION NUMBER: *******771-6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 49,581.00 |
| 11/12 | 18 | | 41604 | S & P 100 INDEX | 15.800 | | 28,422.00 |
| 11/12 | | 18 | 45930 | NOVEMBER 460 CALL | 17.800 | 32,058.00 | |
| 11/19 | 18 | | 32035 | S & P 100 INDEX | 26 | | 46,782.00 |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | S & P 100 INDEX | | | |
| 11/15 | | 18 | 36360 | DECEMBER 430 CALL | 30 | 54,018.00 | |
| 11/19 | | 18 | 40685 | DECEMBER 420 PUT | 3 | 5,418.00 | |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 460 CALL | | | |
| 11/19 | 18 | | 45010 | S & P 100 INDEX | 37 | | 66,582.00 |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | 99,873.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 18 | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | 18 | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG           SHORT | | | |
| | | | | 29,700.00    41,940.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024728

MWPTAP00122920



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND        VA    23221

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-B0251-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7716

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 49,580.41 |
| 11/12 | 468 | | 2169 | WAL-MART STORES INC | 55.830 | 26,146.44 | |
| 11/12 | 306 | | 2671 | INTERNATIONAL BUSINESS MACHS | 87.270 | 26,716.62 | |
| 11/12 | 1,134 | | 6495 | EXXON MOBIL CORP | 72.080 | 82,690.92 | |
| 11/12 | 1,242 | | 6997 | INTEL CORP | 14.510 | 18,070.42 | |
| 11/12 | 594 | | 11323 | JOHNSON & JOHNSON | 59.580 | 35,413.52 | |
| 11/12 | 810 | | 15649 | J.P. MORGAN CHASE & CO | 38.530 | 31,241.30 | |
| 11/12 | 432 | | 19974 | COCA COLA CO | 44.660 | 19,310.12 | |
| 11/12 | 252 | | 24300 | MCDONALDS CORP | 55.370 | 13,963.24 | |
| 11/12 | 468 | | 28625 | MERCK & CO | 28.550 | 13,379.40 | |
| 11/12 | 1,710 | | 32952 | MICROSOFT CORP | 21.810 | 37,363.10 | |
| 11/12 | 864 | | 37278 | ORACLE CORPORATION | 17.300 | 14,981.20 | |
| 11/12 | 342 | | 50256 | PEPSICO INC | 56.410 | 19,305.22 | |
| 11/12 | 198 | | 50758 | APPLE INC | 100.780 | 19,961.44 | |
| 11/12 | 1,458 | | 54582 | PFIZER INC | 16.940 | 24,756.52 | |
| 11/12 | 342 | | 55084 | ABBOTT LABORATORIES | 54.610 | 18,689.62 | |
| 11/12 | 648 | | 58908 | PROCTER & GAMBLE CO | 64.080 | 41,548.84 | |
| 11/12 | 234 | | 59410 | AMGEN INC | 59.160 | 13,852.44 | |
| 11/12 | 1,080 | | 63234 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 19,638.00 | |
| 11/12 | 400 | | 63736 | BANK OF AMERICA | 21.590 | 23,360.20 | |
| 11/12 | 360 | | 67560 | QUALCOMM INC | 33.770 | 12,177.20 | |
| 11/12 | 1,170 | | 68062 | CITI GROUP INC | 12.510 | 14,682.70 | |
| 11/12 | 270 | | 71886 | SCHLUMBERGER LTD | 49.480 | 13,369.60 | |
| 11/12 | 648 | | 72388 | COMCAST CORP | 16.510 | 10,723.40 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024729

MWPTAP00122921



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND        VA   23221

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0251-4-0 | 11/30/08 | *******7716 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 18 | 41604 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 49,581.00 |
| 11/12 | 18 | | 45930 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 32,058.00 | 28,422.00 |
| 11/19 | | 18 | 32035 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 46,782.00 |
| 11/19 | 18 | | 36360 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 54,018.00 | |
| 11/19 | 18 | | 40685 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 5,418.00 | |
| 11/19 | | 18 | 45010 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 66,582.00 |
| | | | | NEW BALANCE | | | 99,873.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 18 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 18 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG         SHORT | | | |
| | | | | 29,700.00    41,940.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024730

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******7716

YOUR ACCOUNT NUMBER 1-B0251-3-0

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA    23221

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,278 | | 76212 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 76714 | CONOCOPHILLIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 80538 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,248.64 | |
| 11/12 | 1,314 | | 81040 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 84864 | U S BANCORP | 29.550 | 11,117.34 | |
| 11/12 | 450 | | 85366 | CHEVRON CORP | 73.430 | 33,061.50 | |
| 11/12 | 216 | | 89190 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.56 | |
| 11/12 | 2,286 | | 89692 | GENERAL ELECTRIC CO | 19.630 | 44,965.18 | |
| 11/12 | 612 | | 93516 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 94018 | GOOGLE | 337.400 | 18,221.60 | |
| 11/12 | 756 | | 97842 | WELLS FARGO & CO NEW | 29.800 | 22,558.80 | |
| 11/12 | 540 | | 98344 | HEWLETT PACKARD CO | 34.900 | 18,867.00 | |
| 11/12 | | 825,000 | 20455 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 824,472.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 44.51 |
| 11/12 | | 36,018 | 15553 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,018.00 |
| 11/12 | 41,720 | | 24922 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,720.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.12 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024731

MWPTAP00122923

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA    23221

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
| --- | --- | --- |
| 1-B0251-3-0 | 11/30/08 | 2 |

FOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*\*7716

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/12 | 1,278 | | 76212 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 76714 | CONOCOPHILLIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 80538 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,248.64 | |
| 11/12 | 1,314 | | 81040 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 84864 | U S BANCORP | 29.530 | 11,177.34 | |
| 11/12 | 450 | | 85366 | CHEVRON CORP | 73.430 | 33,061.50 | |
| 11/12 | 216 | | 89190 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.56 | |
| 11/12 | 2,286 | | 89692 | GENERAL ELECTRIC CO | 19.630 | 44,965.18 | |
| 11/12 | 612 | | 93516 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 94018 | GOOGLE | 337.400 | 18,221.60 | |
| 11/12 | 756 | | 97842 | WELLS FARGO & CO NEW | 29.800 | 22,558.80 | |
| 11/12 | 540 | | 98344 | HEWLETT PACKARD CO | 34.900 | 18,867.00 | |
| 11/12 | | 825,000 | 20455 | U S TREASURY BILL DUE 2/12/2009    2/12/2009 | 99.936 | | 824,472.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 44.51 |
| 11/12 | | 36,018 | 15553 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,018.00 |
| 11/12 | 41,720 | | 24922 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,720.00 | |
| 11/19 | | | | U S TREASURY MONEY MARKET FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.12 |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024732

MWPTAP00122924



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA  23221

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0251-4-0 | 11/30/08 | *******7716 | 1 |

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | PRICE OR SYMBOL | DESCRIPTION | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | BALANCE FORWARD | | |
| 11/12 | 18 | | 41604 | 15.800 | S & P 100 INDEX NOVEMBER 460 CALL | | 49,581.00 |
| 11/12 | | 18 | 45930 | 17.800 | S & P 100 INDEX NOVEMBER 450 PUT | | 28,422.00 |
| 11/19 | 18 | | 32035 | 26 | S & P 100 INDEX DECEMBER 430 CALL | 32,058.00 | |
| 11/19 | | 18 | 36360 | 30 | S & P 100 INDEX DECEMBER 420 PUT | 54,018.00 | 46,782.00 |
| 11/19 | | 18 | 40685 | 3 | S & P 100 INDEX NOVEMBER 460 CALL | 5,418.00 | |
| 11/19 | 18 | | 45010 | 37 | S & P 100 INDEX NOVEMBER 450 PUT | | 66,582.00 |
| | | | | | NEW BALANCE | | 99,873.00 |
| | | | | MKT PRICE | SECURITY POSITIONS | | |
| | | 18 | | 23.300 | S & P 100 INDEX DECEMBER 430 CALL | | |
| | 18 | | | 16.500 | S & P 100 INDEX DECEMBER 420 PUT | | |
| | | | | | MARKET VALUE OF SECURITIES | | |
| | | | | | LONG        29,700.00 | | |
| | | | | | SHORT     41,940.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024733



MWPTAP00024734

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******7716

YOUR ACCOUNT NUMBER 1-B0251-3-0

JOEL A BLUM
KERRY E BLUM JT WROS

4 TOM PATH CIRCLE
RICHMOND                VA    23221

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 49,580.41 |
| 11/12 | 468 | | 2169 | WAL-MART STORES INC | 55.830 | 26,146.44 | |
| 11/12 | 306 | | 2671 | INTERNATIONAL BUSINESS MACHS | 87.270 | 26,716.62 | |
| 11/12 | 1,134 | | 6495 | EXXON MOBIL CORP | 72.080 | 82,690.92 | |
| 11/12 | 696 | | 6997 | INTEL CORP | 14.510 | 10,070.42 | |
| 11/12 | 1,242 | | 11323 | JOHNSON & JOHNSON | 59.580 | 35,413.52 | |
| 11/12 | 810 | | 15649 | J.P. MORGAN CHASE & CO | 38.630 | 31,291.30 | |
| 11/12 | 432 | | 19974 | COCA COLA CO | 44.660 | 19,310.12 | |
| 11/12 | 252 | | 24300 | MCDONALDS CORP | 55.370 | 13,963.24 | |
| 11/12 | 468 | | 28626 | MERCK & CO INC | 28.550 | 13,379.40 | |
| 11/12 | 1,710 | | 32952 | MICROSOFT CORP | 21.850 | 37,363.10 | |
| 11/12 | 864 | | 37278 | ORACLE CORPORATION | 17.300 | 14,981.20 | |
| 11/12 | 342 | | 50256 | PEPSICO INC | 56.410 | 19,305.22 | |
| 11/12 | 198 | | 50758 | APPLE INC | 100.780 | 19,961.44 | |
| 11/12 | 1,458 | | 54582 | PFIZER INC | 16.940 | 24,756.52 | |
| 11/12 | 342 | | 55084 | ABBOTT LABORATORIES | 54.610 | 18,689.62 | |
| 11/12 | 648 | | 58908 | PROCTER & GAMBLE CO | 64.080 | 41,540.84 | |
| 11/12 | 234 | | 59410 | AMGEN INC | 59.160 | 13,852.44 | |
| 11/12 | 450 | | 63234 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 19,638.00 | |
| 11/12 | 1,080 | | 63736 | BANK OF AMERICA | 21.590 | 23,316.20 | |
| 11/12 | 360 | | 67560 | QUALCOMM INC | 33.770 | 12,171.20 | |
| 11/12 | 1,170 | | 68062 | CITI GROUP INC | 12.510 | 14,682.70 | |
| 11/12 | 270 | | 71886 | SCHLUMBERGER LTD | 49.480 | 13,369.60 | |
| 11/12 | 648 | | 72388 | COMCAST CORP CL A | 16.510 | 10,723.46 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MWPTAP00024735

MWPTAP00122927

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND    VA    23221

YOUR ACCOUNT NUMBER: 1-B0251-4-0
PERIOD ENDING: 11/30/08
PAGE: 1
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7116

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 18 | 41604 | S & P 100 INDEX | 15.800 | | 49,581.00 |
| 11/12 | 18 | | 45930 | NOVEMBER 460 CALL | 17.800 | | 28,422.00 |
| 11/19 | | 18 | 32035 | S & P 100 INDEX NOVEMBER 450 PUT | 26 | 32,058.00 | |
| 11/19 | 18 | | 36360 | S & P 100 INDEX DECEMBER 430 CALL | 30 | 54,018.00 | 46,782.00 |
| 11/19 | 18 | | 40685 | S & P 100 INDEX DECEMBER 420 PUT | 3 | 5,418.00 | |
| 11/19 | | 18 | 45010 | S & P 100 INDEX NOVEMBER 460 CALL | 37 | | 66,582.00 |
| | | | | S & P 100 INDEX NOVEMBER 450 PUT | | | 99,873.00 |
| | | | | NEW BALANCE | | | |

SECURITY POSITIONS
S & P 100 INDEX    MKT PRICE  23.300
DECEMBER 430 CALL
S & P 100 INDEX    16.500
DECEMBER 420 PUT

MARKET VALUE OF SECURITIES
LONG   29,700.00
SHORT  41,940.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**ᴮERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **2**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER ******7716

YOUR ACCOUNT NUMBER 1-B0251-3-0

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA   23221

MWPTAP00024736

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,278 | | 76212 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 76714 | CONOCOPHILLIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 80538 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,248.64 | |
| 11/12 | 1,314 | | 81040 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 84864 | U S BANCORP | 29.530 | 11,117.34 | |
| 11/12 | 450 | | 85366 | CHEVRON CORP | 73.470 | 33,061.50 | |
| 11/12 | 216 | | 89190 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.56 | |
| 11/12 | 2,286 | | 89692 | GENERAL ELECTRIC CO | 19.630 | 44,965.18 | |
| 11/12 | 612 | | 93516 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 94018 | GOOGLE | 337.400 | 18,221.60 | |
| 11/12 | 756 | | 97842 | WELLS FARGO & CO NEW | 29.800 | 22,558.80 | |
| 11/12 | 540 | | 98344 | HEWLETT PACKARD CO | 34.900 | 18,867.00 | |
| 11/12 | | 825,000 | 20455 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 824,472.00 |
| 11/12 | | | | 2/12/2009 | | | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 44.51 |
| 11/12 | | | | DIV 11/12/08 | | | |
| 11/12 | | 36,018 | 15553 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,018.00 |
| | | | | FIDELITY SPARTAN | 1 | | |
| 11/12 | 41,720 | | 24922 | U S TREASURY MONEY MARKET | | 41,720.00 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 5.12 |
| 11/19 | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE      3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MWPTAP00122929

Affiliated with

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

JOEL A BLUM
KERRY E BLUM JT WROS

4 TOM PATH CIRCLE
RICHMOND        VA   23221

YOUR ACCOUNT NUMBER: 1-B0251-3-0
PERIOD ENDING: 11/30/08
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7716

MAWPTAP0024737

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | | 41,720 | 50171 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 41,720.00 |
| 11/19 | 75,000 | | 54814 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 20,709 | | 59212 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,709.00 | |
| | | | | NEW BALANCE | | 99,872.82 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,278 | | | AT&T INC | 28.560 | | |
| | 342 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 234 | | | AMGEN INC | 55.540 | | |
| | 198 | | | APPLE INC | 92.670 | | |
| | 1,080 | | | BANK OF AMERICA | 16.250 | | |
| | 450 | | | CHEVRON CORP | 79.010 | | |
| | 1,314 | | | CISCO SYSTEMS INC | 16.560 | | |
| | 1,170 | | | CITI GROUP INC | 8.290 | | |
| | 432 | | | COCA COLA CO | 46.870 | | |
| | 648 | | | COMCAST CORP CL A | 17.340 | | |
| | 324 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,134 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PERIOD ENDING | PAGE |
| --- | --- |
| 11/30/08 | 4 |

YOUR ACCOUNT NUMBER: 1-B0251-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********7716

JOEL A BLUM
KERRY E BLUM  JT WROS

4 TOW PATH CIRCLE
RICHMOND        VA    23221

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 54 | | | GOOGLE | 292.960 | | |
| | 540 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,242 | | | INTEL CORP | 13.600 | | |
| | 306 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 810 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 594 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 252 | | | MCDONALDS CORP | 58.750 | | |
| | 468 | | | MERCK & CO | 26.720 | | |
| | 1,710 | | | MICROSOFT CORP | 20.220 | | |
| | 864 | | | ORACLE CORPORATION | 16.090 | | |
| | 342 | | | PEPSICO INC | 56.700 | | |
| | 1,458 | | | PFIZER INC | 16.430 | | |
| | 450 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 648 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 360 | | | QUALCOMM INC | 33.570 | | |
| | 270 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 20,709 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 378 | | | U S BANCORP | 26.980 | | |
| | 216 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U S TREASURY BILL | 99.971 | | ※ |
| | | | | DUE 03/26/2009 | | | |
| | 216 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024738



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS

4 TOW PATH CIRCLE
RICHMOND        VA    23221

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR ACCOUNT NUMBER: 1-B0251-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ●●●●●●●7716

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 41,720 | 50171 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 41,720.00 |
| 11/19 | 75,000 | | 54814 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 20,709 | | 59212 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,709.00 | |
| | | | | NEW BALANCE | | 99,872.82 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,278 | | | AT&T INC | 28.560 | | |
| | 342 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 234 | | | AMGEN INC | 55.540 | | |
| | 198 | | | APPLE INC | 92.670 | | |
| | 1,080 | | | BANK OF AMERICA | 16.250 | | |
| | 450 | | | CHEVRON CORP | 79.010 | | |
| | 1,314 | | | CISCO SYSTEMS INC | 16.560 | | |
| | 1,170 | | | CITI GROUP INC | 8.290 | | |
| | 432 | | | COCA COLA CO | 46.870 | | |
| | 648 | | | COMCAST CORP CL A | 17.340 | | |
| | 324 | | | CONOCOPHILLPS | 52.520 | | |
| | 1,134 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024739



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING  11/30/08

PAGE  4

YOUR TAX PAYER IDENTIFICATION NUMBER  ********7716

YOUR ACCOUNT NUMBER  1-B0251-3-0

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA   23221

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 54 | | | GOOGLE | 292.960 | | |
| | 540 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,242 | | | INTEL CORP | 13.800 | | |
| | 306 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 810 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 594 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 252 | | | MCDONALDS CORP | 58.750 | | |
| | 468 | | | MERCK & CO | 26.720 | | |
| | 1,710 | | | MICROSOFT CORP | 20.220 | | |
| | 064 | | | ORACLE CORPORATION | 16.090 | | |
| | 342 | | | PEPSICO INC | 56.700 | | |
| | 1,458 | | | PFIZER INC | 16.430 | | |
| | 450 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 643 | | | PROCTER & GAMBLE CO | 66.350 | | |
| | 360 | | | QUALCOMM INC | 33.570 | | |
| | 270 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 26,709 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | * | |
| | 378 | | | U S BANCORP | 26.980 | | |
| | 216 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | 75,000 | | | CLASS B U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | * | |
| | 216 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024740

MWPTAP00122932



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA    23221

PAGE 1
PERIOD ENDING 11/30/00
YOUR ACCOUNT NUMBER 1-B0251-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER ******7716

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 49,580.41 | |
| 11/12 | 468 | | 2169 | WAL-MART STORES INC | 55.830 | 26,146.44 | |
| 11/12 | 306 | | 2671 | INTERNATIONAL BUSINESS MACHS | 87.270 | 26,716.62 | |
| 11/12 | 1,134 | | 6495 | EXXON MOBIL CORP | 72.080 | 82,690.92 | |
| 11/12 | 698 | | 6997 | INTEL CORP | 14.510 | 10,070.42 | |
| 11/12 | 1,242 | | 11323 | JOHNSON & JOHNSON | 59.580 | 35,413.52 | |
| 11/12 | 594 | | 15649 | J.P. MORGAN CHASE & CO | 38.530 | 31,241.30 | |
| 11/12 | 810 | | 19974 | COCA COLA CO | 44.660 | 19,910.12 | |
| 11/12 | 432 | | 24300 | MCDONALDS CORP | 25.370 | 13,963.24 | |
| 11/12 | 252 | | 28626 | MERCK & CO | 28.550 | 13,379.40 | |
| 11/12 | 468 | | 32952 | MICROSOFT CORP | 23.810 | 37,363.10 | |
| 11/12 | 1,710 | | 37278 | ORACLE CORPORATION | 17.300 | 14,981.20 | |
| 11/12 | 864 | | 50256 | PEPSICO INC | 56.410 | 19,305.22 | |
| 11/12 | 342 | | 50750 | APPLE INC | 100.780 | 19,961.24 | |
| 11/12 | 198 | | 54582 | PFIZER INC | 16.940 | 24,256.52 | |
| 11/12 | 1,458 | | 55084 | ABBOTT LABORATORIES | 54.610 | 18,689.62 | |
| 11/12 | 342 | | 58908 | PROCTER & GAMBLE CO | 64.080 | 41,548.84 | |
| 11/12 | 648 | | 59410 | AMGEN INC | 59.160 | 13,852.44 | |
| 11/12 | 234 | | 63234 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 19,638.00 | |
| 11/12 | 450 | | 63736 | BANK OF AMERICA | 21.590 | 23,360.20 | |
| 11/12 | 1,890 | | 67560 | QUALCOMM INC | 33.770 | 12,171.20 | |
| 11/12 | 360 | | 68062 | CITI GROUP INC | 42.510 | 14,682.70 | |
| 11/12 | 1,170 | | 71886 | SCHLUMBERGER LTD | 49.480 | 13,369.60 | |
| 11/12 | 270 | | 72388 | COMCAST CORP | 16.510 | 10,723.40 | |
| 11/12 | 648 | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00224741



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA   23221

PERIOD ENDING: 11/30/00   PAGE: 1
YOUR ACCOUNT NUMBER: 1-B0251-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7716

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 49,580.41 |
| 11/12 | 468 | | 2169 | WAL-MART STORES INC | 55.830 | 26,146.44 | |
| 11/12 | 306 | | 2671 | INTERNATIONAL BUSINESS MACHS | 87.270 | 26,716.62 | |
| 11/12 | 1,134 | | 6495 | EXXON MOBIL CORP | 72.080 | 82,690.92 | |
| 11/12 | 1,242 | | 6997 | INTEL CORP | 14.510 | 18,070.42 | |
| 11/12 | 594 | | 11323 | JOHNSON & JOHNSON | 59.580 | 35,413.52 | |
| 11/12 | 810 | | 15649 | J.P. MORGAN CHASE & CO | 38.530 | 31,241.30 | |
| 11/12 | 432 | | 19974 | COCA COLA CO | 44.660 | 19,310.12 | |
| 11/12 | 252 | | 24300 | MCDONALDS CORP | 55.370 | 13,963.24 | |
| 11/12 | 468 | | 28626 | MERCK & CO | 28.550 | 13,379.40 | |
| 11/12 | 1,710 | | 32952 | MICROSOFT CORP | 21.810 | 37,363.10 | |
| 11/12 | 864 | | 37278 | ORACLE CORPORATION | 17.300 | 14,981.20 | |
| 11/12 | 342 | | 50256 | PEPSICO INC | 56.410 | 19,305.22 | |
| 11/12 | 198 | | 50758 | APPLE INC | 100.780 | 19,954.44 | |
| 11/12 | 1,458 | | 54582 | PFIZER INC | 16.940 | 24,698.52 | |
| 11/12 | 342 | | 55084 | ABBOTT LABORATORIES | 54.610 | 18,680.62 | |
| 11/12 | 648 | | 58908 | PROCTER & GAMBLE CO | 64.080 | 41,540.84 | |
| 11/12 | 234 | | 59410 | AMGEN INC | 59.160 | 13,852.44 | |
| 11/12 | 450 | | 63234 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 19,638.00 | |
| 11/12 | 1,080 | | 63736 | BANK OF AMERICA | 21.590 | 23,360.20 | |
| 11/12 | 360 | | 67560 | QUALCOMM INC | 33.770 | 12,157.20 | |
| 11/12 | 1,170 | | 68062 | CITI GROUP INC | 12.510 | 14,682.70 | |
| 11/12 | 270 | | 71886 | SCHLUMBERGER LTD | 49.480 | 13,369.60 | |
| 11/12 | 648 | | 72388 | COMCAST CORP CL A | 16.510 | 10,723.46 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP0024742

MWPTAP00122934

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOW PATH CIRCLE
RICHMOND        VA    23221

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0251-3-0 | 11/30/08 | *******7716 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,278 | | 76212 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 76714 | CONOCOPHILLIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 80538 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,248.64 | |
| 11/12 | 1,314 | | 81040 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 84864 | U S BANCORP | 29.530 | 11,177.34 | |
| 11/12 | 450 | | 85366 | CHEVRON CORP | 73.430 | 33,061.50 | |
| 11/12 | 216 | | 89190 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.56 | |
| 11/12 | 2,286 | | 89692 | GENERAL ELECTRIC CO | 19.630 | 44,965.18 | |
| 11/12 | 612 | | 93516 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 94018 | GOOGLE | 337.400 | 18,221.60 | |
| 11/12 | 756 | | 97842 | WELLS FARGO & CO NEW | 29.800 | 22,558.80 | |
| 11/12 | 540 | | 98344 | HEWLETT PACKARD CO | 34.900 | 18,867.00 | |
| 11/12 | | 825,000 | 20455 | U S TREASURY BILL DUE 2/12/2009    2/12/2009 | 99.936 | | 824,472.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 44.51 |
| 11/12 | | 36,018 | 15553 | DIV 11/22/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,018.00 |
| 11/12 | 41,720 | | 24922 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,720.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.12 |
| | | | | CONTINUED ON PAGE    3 | | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024743

MWPTAP00122935



Affiliated with

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

JOEL A BLUM
KERRY E BLUM JT WROS
4 TOM PATH CIRCLE
RICHMOND          VA  23221

**PERIOD ENDING** 11/30/08
**PAGE** 3
**FROM TAX PAYER IDENTIFICATION NUMBER** *******7716
**YOUR ACCOUNT NUMBER** 1-B0251-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | 41,720 | | 50171 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 41,720.00 |
| 11/19 | 75,000 | | 54814 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 20,709 | | 59212 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,709.00 | |
| | | | | NEW BALANCE | | 99,872.82 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,278 | | | AT&T INC | 28.560 | | |
| | 342 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 234 | | | AMGEN INC | 55.540 | | |
| | 198 | | | APPLE INC | 92.670 | | |
| | 1,080 | | | BANK OF AMERICA | 16.250 | | |
| | 450 | | | CHEVRON CORP | 79.010 | | |
| | 1,314 | | | CISCO SYSTEMS INC | 16.560 | | |
| | 1,170 | | | CITI GROUP INC | 8.290 | | |
| | 432 | | | COCA COLA CO | 46.870 | | |
| | 648 | | | COMCAST CORP CL A | 17.340 | | |
| | 324 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,134 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024744

MWPTAP00122936



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOEL A BLUM
KERRY E BLUM JT WROS

4 TOM PATH CIRCLE
RICHMOND        VA    23221

TIN    23221

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 5,554.56 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,617,421.89 |

YOUR ACCOUNT NUMBER  1-B0251-3-0

PERIOD ENDING  11/30/00

YOUR TAX PAYER IDENTIFICATION NUMBER  *******T716

PAGE  6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024745

MWPTAP00122937



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JOEL A BLUM
KERRY E BLUM JT WROS

4 TOW PATH CIRCLE
RICHMOND        VA   23221

PAGE: 6

PERIOD ENDING: 11/30/00

YOUR TAX PAYER IDENTIFICATION NUMBER: ******TT16

YOUR ACCOUNT NUMBER: 1-B0251-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 5,554.56 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,617,421.89 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00024746

MWPTAP00122938



MWPTAP00024747