# Exhibit C

## 1B0190

## Dr. Norman Blum's Proof of SIPA Claim

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U S Bankruptcy Court for the Southern District of New York

Claim Number:                005866

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED

MAR 0 3 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

Cell
~~OFFICE~~: ▮▮▮▮▮▮▮▮

HOME: ▮▮▮▮▮▮▮▮

Taxpayer I.D. Number (Social Security No.)
▮▮▮▮▮▮▮▮

Account Number:    1B0190
NTC & CO.
FBO NORMAN J BLUM (111188)
P O BOX 173859
DENVER, CO  80217

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $    0
      b.    I owe the Broker a Debit (Dr.) Balance of        $    0

502180406

MWPTAP00360766

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.        $ _NA_

    d.    If balance is zero, insert "None."    _None_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

_See ATTached Addendum._

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | _See ATTached Addendum_ | _Total_ | $ 2,555,879.03 |
| | | | |
| | | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

502180406

2

MWPTAP00360767

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406                                3

MWPTAP00360768

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____    X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: _My Son: Keith Blum_____
        _1429 Shoreline Way   Hollywood Florida 33019_.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _3-1-09_____     Signature_____

Date _____     Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

        **This customer claim form must be completed and mailed promptly,
        together with supporting documentation, etc. to:**

        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
        Claims Processing Center
        2100 McKinney Ave., Suite 800
        Dallas, TX 75201

502180406

**MWPTAP00360769**

# ADDENDUM TO CUSTOMER CLAIM FORM

## IN RE BERNARD L. MADOFF INVESTMENT SECURITIES LLC
### (In Liquidation)

**CLAIMANT:**   **NTC & Co.**
**FBO Norman J. Blum (Acct No. 111188)**
**P.O. Box 173859**
**Denver, Co 80217**
**(Norman J. Blum Telephone No.** ███████**)**

**MADOFF ACCOUNT NO: 1-B0190**

This addendum claim to claim form is intended to respond to the further information requests set forth in the instructions accompanying the customer claim form as such instructions relate to claims for securities held by the Broker as of December 11, 2008 pursuant to "Item 2".

1. The last account statement provided by the Broker to me, dated as of November 30, 2008, is attached to the claim form as Exhibit A. This statement lists the securities held in my account as of November 30, 2008 and indicates they had a net fair market value of $2,555,879.03 as of such date. I have no records of transactions between November 30, 2008 and December 11, 2008, and am making a claim for the securities listed on the November 30, 2008 statement pursuant to Items 2(a) & (c) of the claim form.

2. My account was subdivided into two subaccounts one of which included short positions. A summary of the detail from the November 30, 2008 statements of the two subaccounts follows:

| Subaccount | Long | Short | Total |
|---|---|---|---|
| 1-B0190-3-0 | $2,594,639.03 | $0.00 | $2,594,639.03 |
| 1-B0190-4-0 | $94,050.00 | ($132,810.00) | ($38,760.00) |
| Total Securities | | | $2,555,879.03 |

3. There is no difference between securities on the last account statement provided to me by the Broker (November 30, 2008) and securities claimed (December 11, 2008).

MWPTAP00360770

**Addendum to SIPC Claim Form**
**Claimant:**    NTC & Co. FBO Norman J. Blum (Acct No. 111188)
            Madoff Account No: 1-B0190
            (Norman J. Blum Telephone ████████)

4.  Contributions and Withdrawals.

    (a) I have limited records regarding my contributions to the account but my
        recollection is I contributed a little less than $1,000,000 to the account as a
        result of the termination of my company's retirement plans.  I had a severe
        stroke in April 1994 and my long-term and short-term memory were
        significantly affected

    (b) I only received three distributions from the account since its inception.  I
        was legally mandatorily required to receive these distributions under the
        required minimum distribution rules of the Internal Revenue Code.  The
        three distributions were (1) $97,177.21 made on November 25, 2008, (2)
        $90,280.16 made on or about November 30, 2007 and (3) $76,773.64
        made on or about January 2, 2007.

MWPTAP00360771

Addendum to SIPC Claim Form
Claimant:    NTC & Co. FBO Norman J. Blum (Acct No. 111188)
             Madoff Account No: 1-B0190
             (Norman J. Blum Telephone ███████)

# EXHIBIT A

November 30, 2009 Madoff Account Statement
Madoff Account No. 1-B0190

- 3 -

MWPTAP00360772

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**  FOR ACCOUNT  NTC & CO.
NORMAN J BLUM

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH      FL 33160

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | ******6253 | 1 |

YOUR ACCOUNT NUMBER
1-B0190-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 157,211.87 | |
| 11/12 | 1,482 | | 2132 | WAL-MART STORES INC | 55.830 | 82,799.06 | |
| 11/12 | 969 | | 2634 | INTERNATIONAL BUSINESS MACHS | 87.270 | 84,602.63 | |
| 11/12 | 3,591 | | 6458 | EXXON MOBIL CORP | 72.880 | 261,885.08 | |
| 11/12 | 3,933 | | 5960 | INTEL CORP | 14.510 | 57,224.83 | |
| 11/12 | 1,881 | | 11286 | JOHNSON & JOHNSON | 59.580 | 112,144.98 | |
| 11/12 | 2,565 | | 15612 | J.P. MORGAN CHASE & CO | 38.530 | 98,931.45 | |
| 11/12 | 1,368 | | 19937 | COCA COLA CO | 44.650 | 61,148.88 | |
| 11/12 | 798 | | 24263 | MCDONALDS CORP | 55.370 | 44,216.26 | |
| 11/12 | 1,482 | | 28589 | MERCK & CO | 28.550 | 42,370.10 | |
| 11/12 | 5,415 | | 32915 | MICROSOFT CORP | 21.810 | 118,317.15 | |
| 11/12 | 2,736 | | 37241 | ORACLE CORPORATION | 17.300 | 47,441.80 | |
| 11/12 | 1,083 | | 50219 | PEPSICO INC | 56.410 | 61,135.03 | |
| 11/12 | 627 | | 50721 | APPLE INC | 100.780 | 63,214.06 | |
| 11/12 | 4,617 | | 54545 | PFIZER INC | 16.940 | 78,395.98 | |
| 11/12 | 1,083 | | 55047 | ABBOTT LABORATORIES | 54.610 | 59,185.63 | |
| 11/12 | 2,052 | | 58871 | PROCTER & GAMBLE CO | 64.080 | 131,574.16 | |
| 11/12 | 741 | | 59373 | AMGEN INC | 59.160 | 43,866.56 | |
| 11/12 | 1,425 | | 63197 | PHILIP MORRIS INTERNATIONAL | 43.650 | 62,187.00 | |
| 11/12 | 3,420 | | 63699 | BANK OF AMERICA | 21.590 | 73,973.80 | |
| 11/12 | 1,140 | | 67523 | QUALCOMM INC | 33.770 | 38,542.80 | |
| 11/12 | 3,705 | | 68025 | CITI GROUP INC | 12.510 | 46,497.55 | |
| 11/12 | 855 | | 71849 | SCHLUMBERGER LTD | 49.490 | 42,339.40 | |
| 11/12 | 2,052 | | 72351 | COMCAST CORP | 16.510 | 33,960.52 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 2

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** *****6253

**YOUR ACCOUNT NUMBER** 1-B0190-3-0

**DUPLICATE** FOR ACCOUNT NTC & CO.
NORMAN J BLUM

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH   FL   33160

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/12 | 4,047 | | 76175 | AT&T INC | 27 | 109,430.00 | |
| 11/12 | 1,026 | | 76677 | CONOCOPHILIPS | 52.510 | 53,916.26 | |
| 11/12 | 684 | | 90501 | UNITED PARCEL SVC INC CLASS B | 52.040 | 35,622.36 | |
| 11/12 | 4,161 | | 81003 | CISCO SYSTEMS INC | 16.730 | 59,779.53 | |
| 11/12 | 1,197 | | 94827 | U S BANCORP | 29.530 | 35,394.41 | |
| 11/12 | 1,425 | | 85329 | CHEVRON CORP | 73.430 | 104,694.75 | |
| 11/12 | 684 | | 89153 | UNITED TECHNOLOGIES CORP | 53.160 | 36,388.44 | |
| 11/12 | 7,239 | | 99655 | GENERAL ELECTRIC CO | 19.630 | 142,390.57 | |
| 11/12 | 1,938 | | 93479 | VERIZON COMMUNICATIONS | 30.410 | 59,011.58 | |
| 11/12 | 171 | | 93981 | GOOGLE | 337.400 | 57,701.40 | |
| 11/12 | 2,394 | | 97805 | WELLS FARGO & CO NEW | 29.800 | 71,436.20 | |
| 11/12 | 1,710 | | 98307 | HEWLETT PACKARD CO | 34.900 | 59,747.00 | |
| 11/12 | | 2,525,000 | 20418 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 2,523,384.00 |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 93.05 |
| 11/12 | | 79,155 | 15516 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 79,155.00 |
| 11/12 | 9,680 | | 24885 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,680.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.19 |
| | | | | CONTINUED ON PAGE 3 | | | |

MWPTAP00360774

**DUPLICATE**

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

FOR ACCOUNT NTC & CO.
NORMAN J BLUM

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH        FL  33160

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR TAX PAYER IDENTIFICATION NUMBER
*****6253

YOUR ACCOUNT NUMBER
1-B0190-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 9,680 | 50128 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,680.00 |
| 11/19 | 175,000 | | 54772 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 174,870.50 | |
| 11/19 | 5,583 | | 59169 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,583.00 | |
| 11/25 | | | | FIDELITY SPARTAN | CM | 97,177.21 | |
| 11/25 | | | 77131 | U S TREASURY MONEY MARKET CHECK DIV 11/25/08 | DIV | | .56 |
| 11/25 | | 5,583 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,583.00 |
| 11/25 | | 175,000 | 77638 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.946 | | 174,905.50 |
| 11/25 | 50,000 | | 77662 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.963 | 49,981.50 | |
| 11/25 | 33,331 | | 77690 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 33,331.00 | |
| | | | | NEW BALANCE | | 316,469.99 | |
| 11/25 | 4,047 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |

CONTINUED ON PAGE     4

MWPTAP00360775



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT   NTC & CO.
NORMAN J BLUM

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH      FL  33160

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | *****6253 | 4. |

| YOUR ACCOUNT NUMBER |
|---|
| 1-B0190-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,083 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 741 | | | AMGEN INC | 55.540 | | |
| | 627 | | | APPLE INC | 92.670 | | |
| | 3,420 | | | BANK OF AMERICA | 16.250 | | |
| | 1,425 | | | CHEVRON CORP | 79.010 | | |
| | 4,161 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 3,705 | | | CITI GROUP INC | 8.290 | | |
| | 1,368 | | | COCA COLA CO | 46.870 | | |
| | 2,052 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,026 | | | CONOCOPHILIPS | 52.520 | | |
| | 3,591 | | | EXXON MOBIL CORP | 80.150 | | |
| | 7,239 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 171 | | | GOOGLE | 292.960 | | |
| | 1,710 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,933 | | | INTEL CORP | 13.800 | | |
| | 969 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,565 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,881 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 798 | | | MCDONALDS CORP | 58.750 | | |
| | 1,482 | | | MERCK & CO | 26.720 | | |
| | 5,415 | | | MICROSOFT CORP | 20.220 | | |
| | 2,736 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,083 | | | PEPSICO INC | 56.700 | | |
| | 4,517 | | | PFIZER INC | 15.430 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

MWPTAP00360776



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT NTC & CO.
NORMAN J BLUM

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH      FL  33160

PAGE 5

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******6253

YOUR ACCOUNT NUMBER 1-B0190-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,425 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,052 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,140 | | | QUALCOMM INC | 33.570 | | |
| | 855 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 33,331 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,197 | | | U S BANCORP | 26.980 | | |
| | 684 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 684 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 1,938 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,482 | | | WAL-MART STORES INC | 55.880 | | |
| | 2,394 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      SHORT | | | |
| | | | | 2,53,639.03 | | | |

MWPTAP00360777

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
NORMAN J BLUM

361 POINCIANA ISLAND DRIVE
N MIAMI BEACH      FL  33160

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

YOUR ACCOUNT NUMBER: 1-B0190-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 17,840.01 |
| | | | | GROSS PROCEEDS FROM SALES | | | 15,017,141.46 |

MWPTAP00360778

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| MADF | BERNARD L. MADOFF |
| INVESTMENT SECURITIES LLC |
| New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**    FOR ACCOUNT    NTC & CO.
NORMAN J BLUM

381 POINCIANA ISLAND DRIVE
N MIAMI BEACH          FL 33160

| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-B0190-4-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******6253 |
| PAGE | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 157,212.00 |
| 11/12 | | 57 | 41567 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 90,003.00 |
| 11/12 | 57 | | 45893 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 101,517.00 | |
| 11/19 | | 57 | 31998 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 148,143.00 |
| 11/19 | 57 | | 36323 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 171,057.00 | |
| 11/19 | 57 | | 40648 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 17,157.00 | |
| 11/19 | | 57 | 44973 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 210,843.00 |
| | | | | NEW BALANCE | | | 316,470.00 |
| | | 57 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 57 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG      SHORT 94,050.00    132,810.00- | | | |

Page 1 of 2

From:   Origin ID: TMBA  (305) 944-2711
Norman J Blum

381 Poinciana Island Blvd

N. Miami Beach, FL 33160

**FedEx**
Express

E

J9601899013D923

Ship Date: 02MAR09
ActWgt. 0 5 LB
CAD. 308600009/INET9011
Account#. S ********

Delivery Address Bar Code

SHIP TO:   (888) 727-8695          BILL CREDIT CARD
**Irving H. Picard, Esq, Claims Pr Cn
Trustee for BL Madoff Inv Sec LLC
2100 MCKINNEY AVE STE 800**

**DALLAS, TX 75201**

Ref #     NJB 2
Invoice #
PO #
Dept #

TRK#
0201   7963 8837 0393

TUE - 03MAR          A1
**PRIORITY OVERNIGHT**

**75201**
TX-US
DFW

**XH RBDA**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer
2. Fold the printed page along the horizontal line
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned

**Warning**  Use only the printed original label for shipping  Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex com FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value Recovery cannot exceed actual documented loss Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide

https://www.fedex.com/shipping/html/en//PrintIFrame.html          3/1/2009

MWPTAP00360780