## CERTIFICATE OF SERVICE

I certify that on September 23, 2016, I arranged for electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via the CM/ECF system.

_s/ Richard A. Kirby_____

Richard A. Kirby (*Pro Hac Vice*)