# Exhibit A

## CV of Thomas S. Respess, III

**BAKER & McKENZIE**



# THOMAS (TOM) S. RESPESS III

Principal Economist
Baker & McKenzie Consulting LLC
Washington, DC

THOMAS.RESPESS@BAKERMCKENZIE.COM
T + 1 202 835 1669
F + 1 202 416 7047

## RELATED EXPERTISE

> Antitrust & Competition

> Antitrust Litigation

> Commercial Litigation

> Dispute Resolution

> Financial Institutions

> Merger Control & Joint Ventures

> Tax

> Tax Dispute Resolution

> Transfer Pricing

## LANGUAGES

> English

## BIOGRAPHY

Dr. Thomas Respess III is Principal Economist of the Firm's Economics Group in Washington, DC. Prior to joining Baker & McKenzie, he was a senior manager at Pricewaterhouse-Coopers, where he managed the Michigan transfer pricing practice. His projects required intensive analysis of industry structures and firm value chains. He gained extensive experience with APAs, documentation studies, intangible property valuation, tax planning and controversy resolution for automotive and non-automotive clients. Dr. Respess also worked with the Bureau of Competition of the Federal Trade Commission as assistant director for accounting and financial analysis, as senior antitrust economist in the Bureau of Economics, and as economic staff advisor to an FTC Commissioner. His employment history includes working as attorney with Crowell & Moring LLP and Vinson & Elkins LLP, and as an economist with Pennzoil Company and Data Resources, Inc.

## PRACTICE FOCUS

Dr. Respess brings nearly 30 years of industry experience to and joins a team of economists and financial analysts in Baker & McKenzie's US, Netherlands, Mexico and Asia offices. Working directly with the Global Transfer Pricing Practice Subgroup of the Firm's Global Tax Practice, he provides comprehensive economic and valuation services in connection with transfer pricing projects and other tax matters. Dr. Respess also provides economic support services to the Firm's Antitrust and Corporate Investigations practice groups.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS

**BAKER & MCKENZIE**

- American Economic Association
- American Bar Association

ADMISSIONS

Virginia–United States (1991)

District of Columbia–United States (1992)

EDUCATION

George Mason University (J.D.) (1991)

Rice University (Ph.D. Economics) (1982)

Georgia Institute of Technology (B.S.) (1975)

Baker & McKenzie Consulting LLC provides tax advisory and economic services and does not provide legal advice or services. Baker & McKenzie Consulting LLC is a subsidiary of Baker & McKenzie LLP, a member firm of Baker & McKenzie International, a Swiss Verein of member law firms around the world.