# Exhibit B

## Summary of Analysis

**Exhibit B**

**Summary of Analysis**



# Exhibit B.1

## 1B0201
## Norman J. Blum
## Living Trust

Exhibit B.1

1B0201                         Account Activities
Norman J. Blum
Living Trust

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---|---|---|---|---|---|---|---|
| 1B0201 | 8/7/1997 | jc | TRANS FROM 1B003410 | (103,185.88) | 0.00 | 0.00 | |
| 1B0201 | 10/1/1997 | CW | CHECK | 3,550.00 | 3,550.00 | 3,550.00 | |
| 1B0201 | 1/13/1998 | CW | CHECK | 3,197.16 | 3,197.16 | 3,197.16 | |
| 1B0201 | 4/8/1998 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 4/8/1998 | CW | CHECK | 5,037.59 | 5,037.59 | 5,037.59 | |
| 1B0201 | 7/9/1998 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 7/9/1998 | CW | CHECK | 3,383.04 | 3,383.04 | 3,383.04 | |
| 1B0201 | 10/9/1998 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 10/9/1998 | CW | CHECK | 2,531.60 | 2,531.60 | 2,531.60 | |
| 1B0201 | 1/13/1999 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 1/13/1999 | CW | CHECK | 4,526.46 | 4,526.46 | 4,526.46 | |
| 1B0201 | 4/13/1999 | CW | CHECK | 4,185.45 | 4,185.45 | 4,185.45 | |
| 1B0201 | 4/13/1999 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 7/8/1999 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 7/8/1999 | CW | CHECK | 5,040.32 | 5,040.32 | 5,040.32 | |
| 1B0201 | 10/8/1999 | CW | CHECK | 2,628.41 | 2,628.41 | 2,628.41 | |
| 1B0201 | 10/8/1999 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 1/6/2000 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 1/6/2000 | CW | CHECK | 5,199.26 | 5,199.26 | 5,199.26 | |
| 1B0201 | 4/7/2000 | CW | CHECK | 4,535.19 | 4,535.19 | 4,535.19 | |
| 1B0201 | 7/7/2000 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 7/7/2000 | CW | CHECK | 2,873.30 | 2,873.30 | 2,873.30 | |
| 1B0201 | 10/11/2000 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 10/11/2000 | CW | CHECK | 2,113.04 | 2,113.04 | 2,113.04 | |
| 1B0201 | 1/10/2001 | CW | CHECK | 1,887.60 | 1,887.60 | 1,887.60 | |
| 1B0201 | 4/6/2001 | CA | CHECK | 3,706.65 | 3,706.65 | 3,706.65 | |
| 1B0201 | 6/26/2001 | CA | CHECK | (51,375.00) | (51,375.00) | (51,375.00) | |
| 1B0201 | 7/9/2001 | CW | CHECK | 2,400.91 | 2,400.91 | 2,400.91 | |
| 1B0201 | 10/9/2001 | CW | CHECK | 2,799.39 | 2,799.39 | 2,799.39 | |
| 1B0201 | 1/11/2002 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 1/11/2002 | CW | CHECK | 4,340.19 | 4,340.19 | 4,340.19 | |
| 1B0201 | 4/10/2002 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 4/10/2002 | CW | CHECK | 1,555.45 | 1,555.45 | 1,555.45 | |
| 1B0201 | 7/8/2002 | CW | CHECK | 5,041.15 | 5,041.15 | 5,041.15 | |
| 1B0201 | 7/8/2002 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 10/7/2002 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 10/7/2002 | CW | CHECK | 6,829.50 | 6,829.50 | 6,829.50 | |
| 1B0201 | 12/31/2002 | CA | TRANS FROM 1B019130 | (370,106.28) | (17,572.61) | (170,863.70) | See Exhibit B.4 |
| 1B0201 | 1/10/2003 | CW | CHECK | 2,739.42 | 2,739.42 | 2,739.42 | |
| 1B0201 | 4/9/2003 | CW | CHECK | 0.00 | 0.00 | 0.00 | |
| 1B0201 | 4/9/2003 | CW | CHECK | 11,793.51 | 11,793.51 | 11,793.51 | |
| 1B0201 | 8/19/2003 | CA | CHECK | (51,962.88) | 0.00 | 0.00 | |
| 1B0201 | 10/14/2003 | CA | TRANS FROM 1B018930 | (427.02) | 0.00 | 0.00 | |
| 1B0201 | 3/23/2004 | CA | CHECK | (50,000.00) | (50,000.00) | (50,000.00) | |

| | Ending Balance | (180,344.11) |
|---|---|---|

# Exhibit B.2

## 1B0190
## NTC & Co. FBO
## Norman J. Blum
## (111188)

Exhibit B.2

1B0190                          Account Activities
NTC & Co. FBO
Norman J. Blum
(111188)

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---------|------|------------------|-------------------------|--------|------------------------------------------------|------------------------|-------|
| 1B0190 | 7/25/1997 | c | TRANS FROM 1B003510 | (674,462.06) | (112,134.79) | (178,660.32) | See Exhibit B.8 |
| 1B0190 | 9/23/2002 | CW | CHECK | 30,000.00 | 30,000.00 | 30,000.00 | |
| 1B0190 | 1/2/2007 | DT | CHECK | 76,773.64 | 76,773.64 | 76,773.64 | |
| 1B0190 | 1/2/2007 | DT | CHECK 2007 DISTRIBUTION | 76,773.64 | 76,773.64 | 76,773.64 | |
| 1B0190 | 1/2/2007 | DT | STOP PAYMENT | (76,773.64) | (76,773.64) | (76,773.64) | |
| 1B0190 | 11/30/2007 | CW | CHECK | 90,280.16 | 90,280.16 | 90,280.16 | |
| 1B0190 | 11/25/2008 | CW | CHECK | 97,177.21 | 97,177.21 | 97,177.21 | |

| | Ending Balance | 115,570.69 |
|---|---|---|

# Exhibit B.3

## 1B0251

## Joel A. Blum

## Kerry E. Blum JT

## Wros

Exhibit B.3

**1B0251**               Account Activities
Joel A. Blum
Kerry E. Blum JT
Wros

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---|---|---|---|---|---|---|---|
| 1B0251 | 12/31/2002 | JC | TRANS FROM 1B019130 | (396,264.29) | (18,814.59) | (185,102.34) | See Exhibit B.4 |
| 1B0251 | 8/19/2003 | CA | TRANS FROM 1B018930 | (51,962.89) | 0.00 | 0.00 | |
| 1B0251 | 10/14/2003 | CA | TRANS FROM 1B018930 | (427.02) | 0.00 | 0.00 | |
| 1B0251 | 5/9/2005 | CW | CHECK | 15,000.00 | 15,000.00 | 15,000.00 | |
| 1B0251 | 3/29/2006 | CW | CHECK | 15,000.00 | 15,000.00 | 15,000.00 | |
| 1B0251 | 5/15/2008 | CA | CHECK WIRE | (94,980.00) | (94,980.00) | (94,980.00) | |

| | |
|---|---|
| **Ending Balance** | (250,082.34) |

# Exhibit B.4

## 1B0191

## Roslyn Blum

## Remainder Trust

## U/A/D 12/29/92

## Norman Blum,

## Joel Blum

**Exhibit B.4**

**1B0191**                          Account Activities
**Roslyn Blum**
**Remainder Trust**
**U/A/D 12/29/92**
**Norman Blum,**
**Joel Blum**

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---|---|---|---|---|---|---|---|
| 1B0191 | 7/8/1997 | jc | TRANS FROM 1B011510 | (328,116.25) | 0.00 | (319,578.84) | See Exhibit B.5 |
| 1B0191 | 10/20/1997 | CW | CHECK | 13,612.80 | 13,612.80 | 13,612.80 | |
| 1B0191 | 6/26/2001 | CA | CHECK | (50,000.00) | (50,000.00) | (50,000.00) | |
| 1B0191 | 12/31/2002 | CW | TRANS TO 1B025130 | 396,264.29 | 18,814.59 | 185,102.34 | 52% of balance before transfer |
| 1B0191 | 12/31/2002 | CW | TRANS TO 1B020130 | 370,106.28 | 17,572.61 | 170,863.70 | 48% of balance before transfer |

| Ending Balance | 0.00 |
|---|---|

# Exhibit B.5

## 1B0115

## Roslyn Blum

## Remainder Trust

## U/A/D 12/29/92

## Apt 207 West

Exhibit B.5

1B0115                    Account Activities
Roslyn Blum
Remainder Trust
U/A/D 12/29/92
Apt 207 West

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---|---|---|---|---|---|---|---|
| 1B0115 | 9/14/1994 | JC | TRANS FROM 1B003610 | (279,578.84) | 0.00 | (279,578.84) | See Exhibit B.6 |
| 1B0115 | 10/27/1994 | PW | CHECK K MART | 3,847.12 | 3,847.12 | 0.00 | |
| 1B0115 | 11/25/1994 | PW | CHECK CBS INC | 5,231.50 | 5,231.50 | 0.00 | |
| 1B0115 | 1/4/1995 | PW | CHECK ARCHER DANIELS | 4,191.25 | 4,191.25 | 0.00 | |
| 1B0115 | 1/24/1995 | PW | CHECK MCDONNELL | 4,549.00 | 4,549.00 | 0.00 | |
| 1B0115 | 2/15/1995 | PW | CHECK HERCULES | 3,145.50 | 3,145.50 | 0.00 | |
| 1B0115 | 4/18/1995 | PW | CHECK EMC CORP | 6,994.41 | 6,994.41 | 0.00 | |
| 1B0115 | 5/30/1995 | PW | CHECK HEWLETT | 5,599.25 | 5,599.25 | 0.00 | |
| 1B0115 | 7/5/1995 | PW | CHECK BANKAMERICA | 2,100.54 | 2,100.54 | 0.00 | |
| 1B0115 | 8/2/1995 | PW | CHECK KOREA | 4,909.53 | 4,909.53 | 0.00 | |
| 1B0115 | 8/28/1995 | PW | CHECK STAPLES | 2,102.50 | 2,102.50 | 0.00 | |
| 1B0115 | 10/6/1995 | PW | CHECK CHARLES SCHWAB | 3,858.50 | 3,858.50 | 0.00 | |
| 1B0115 | 11/7/1995 | PW | CHECK MEDTRONIC | 3,516.75 | 3,516.75 | 0.00 | |
| 1B0115 | 12/8/1995 | PW | CHECK BELLSOUTH | 7,014.50 | 7,014.50 | 0.00 | |
| 1B0115 | 1/12/1996 | CA | CHECK | (40,000.00) | (40,000.00) | (40,000.00) | |
| 1B0115 | 2/12/1996 | PW | CHECK FED NAT'L MORTGAGE | 4,410.87 | 4,410.87 | 0.00 | |
| 1B0115 | 4/8/1996 | PW | CHECK GEN MOTORS CORP | 7,260.96 | 7,260.96 | 0.00 | |
| 1B0115 | 5/23/1996 | PW | CHECK CENTOCOR | 6,040.43 | 6,040.43 | 0.00 | |
| 1B0115 | 6/26/1996 | PW | CHECK COCA COLA | 6,052.00 | 6,052.00 | 0.00 | |
| 1B0115 | 7/30/1996 | PW | CHECK CHRYSLER CORP | 2,824.50 | 2,824.50 | 0.00 | |
| 1B0115 | 9/5/1996 | PW | CHECK SAFEGUARD | 6,064.75 | 6,064.75 | 0.00 | |
| 1B0115 | 10/7/1996 | PW | CHECK HERSHEY FOODS | 405.12 | 405.12 | 0.00 | |
| 1B0115 | 10/16/1996 | PW | CHECK JONES APPAREL | 3,640.00 | 3,640.00 | 0.00 | |
| 1B0115 | 11/12/1996 | PW | CHECK NEWBRIDGE NETWORKS | 4,452.37 | 4,452.37 | 0.00 | |
| 1B0115 | 12/17/1996 | PW | CHECK TRAVELERS | 1,623.12 | 1,623.12 | 0.00 | |
| 1B0115 | 2/19/1997 | PW | CHECK DEAN WITTER | 6,485.00 | 6,485.00 | 0.00 | |
| 1B0115 | 3/26/1997 | PW | CHECK NATIONS BANK | 3,661.25 | 3,661.25 | 0.00 | |
| 1B0115 | 5/2/1997 | PW | CHECK PHILIP MORRIS | 3,665.25 | 3,665.25 | 0.00 | |
| 1B0115 | 6/6/1997 | PW | CHECK COLGATE | 4,905.50 | 4,905.50 | 0.00 | |
| 1B0115 | 7/8/1997 | | TRANS TO 1B019130 | 328,116.25 | 0.00 | 319,578.84 | |
| 1B0115 | 7/8/1997 | PW | CHECK MOBIL CORP | 3,690.00 | 3,690.00 | 0.00 | |
| 1B0115 | 1/30/2006 | CW | CHECK | 50,000.00 | 50,000.00 | 0.00 | |
| 1B0115 | 1/30/2006 | CW | CXL CHECK | (50,000.00) | (50,000.00) | 0.00 | |

| Ending Balance | 0.00 |
|---|---|

# Exhibit B.6

## 1B0036

## The Estate of

## Roslyn Blum

## Apt 207 West

Exhibit B.6

1B0036                        Account Activities
The Estate of
Roslyn Blum
Apt 207 West

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---|---|---|---|---|---|---|---|
| 1B0036 | 7/25/1984 | CA | TRANS FROM M BLUM | (98,236.25) | (81,618.15) | (98,236.25) | See Exhibit B.7 |
| 1B0036 | 10/10/1984 | PW | CHECK TIME INC | 4,909.37 | 4,909.37 | 0.00 | |
| 1B0036 | 11/28/1984 | PW | CHECK GENERAL GROWTH | 3,678.00 | 3,678.00 | 0.00 | |
| 1B0036 | 1/24/1985 | PW | CHECK WASHINGTON NATIONAL | 4,303.12 | 4,303.12 | 0.00 | |
| 1B0036 | 4/9/1985 | PW | CHECK MACMILLAN | 4,891.28 | 4,891.28 | 0.00 | |
| 1B0036 | 5/29/1985 | PW | CHECK ASSOCIATED DRY GOODS | 4,298.75 | 4,298.75 | 0.00 | |
| 1B0036 | 7/31/1985 | PW | CHECK INTL HARVESTER | 4,912.68 | 4,912.68 | 0.00 | |
| 1B0036 | 10/9/1985 | PW | CHECK SUN CO | 4,911.57 | 4,911.57 | 0.00 | |
| 1B0036 | 12/9/1985 | PW | CHECK ROCKWELL | 4,294.37 | 4,294.37 | 0.00 | |
| 1B0036 | 2/10/1986 | PW | CHECK ENERGY FACTORS INC | 4,906.67 | 4,906.67 | 0.00 | |
| 1B0036 | 4/10/1986 | PW | CHECK WOOLWORTH | 4,288.45 | 4,288.45 | 0.00 | |
| 1B0036 | 6/4/1986 | PW | CHECK NEWORLD | 4,303.25 | 4,303.25 | 0.00 | |
| 1B0036 | 7/30/1986 | PW | CHECK BRISTOL MEYERS | 4,288.99 | 4,288.99 | 0.00 | |
| 1B0036 | 9/2/1986 | CA | CHECK | (100,000.00) | (100,000.00) | (100,000.00) | |
| 1B0036 | 10/3/1986 | PW | CHECK BELL & HOWELL | 4,910.88 | 4,910.88 | 0.00 | |
| 1B0036 | 10/22/1986 | PW | CHECK PENNWALT CORP | 3,749.50 | 3,749.50 | 0.00 | |
| 1B0036 | 11/12/1986 | CA | CHECK | (100,000.00) | (100,000.00) | (100,000.00) | |
| 1B0036 | 12/3/1986 | PW | CHECK TRIANGLE | 4,909.24 | 4,909.24 | 0.00 | |
| 1B0036 | 12/22/1986 | PW | CHECK TRANSWORLD CORP | 3,744.85 | 3,744.85 | 0.00 | |
| 1B0036 | 1/23/1987 | PW | CHECK WOOLWORTH | 6,937.82 | 6,937.82 | 0.00 | |
| 1B0036 | 3/3/1987 | PW | CHECK BELL & HOWELL | 3,720.00 | 3,720.00 | 0.00 | |
| 1B0036 | 4/7/1987 | PW | CHECK ANHEUSER BUSCH | 7,923.44 | 7,923.44 | 0.00 | |
| 1B0036 | 4/27/1987 | PW | CHECK IMAGINE FILMS | 3,748.38 | 3,748.38 | 0.00 | |
| 1B0036 | 6/10/1987 | PW | CHECK TRANSCO CO | 8,420.82 | 8,420.82 | 0.00 | |
| 1B0036 | 7/14/1987 | PW | CHECK MONARCH CORP | 4,008.70 | 4,008.70 | 0.00 | |
| 1B0036 | 8/21/1987 | PW | CHECK AGS COMPUTERS | 7,398.93 | 7,398.93 | 0.00 | |
| 1B0036 | 9/11/1987 | PW | CHECK HOME DEPOT | 4,287.00 | 4,287.00 | 0.00 | |
| 1B0036 | 10/28/1987 | PW | CHECK KIDDE INC | 7,899.15 | 7,899.15 | 0.00 | |
| 1B0036 | 11/23/1987 | PW | CHECK ALCC | 3,772.54 | 3,772.54 | 0.00 | |
| 1B0036 | 1/26/1988 | PW | CHECK BRISTOL MYERS | 8,392.67 | 8,392.67 | 0.00 | |
| 1B0036 | 2/10/1988 | PW | CHECK TRW | 4,019.70 | 4,019.70 | 0.00 | |
| 1B0036 | 3/30/1988 | PW | CHECK ADVANCED SYSTEMS | 7,408.78 | 7,408.78 | 0.00 | |
| 1B0036 | 4/19/1988 | PW | CHECK AMERICAN BRANDS | 4,275.68 | 4,275.68 | 0.00 | |
| 1B0036 | 5/25/1988 | PW | CHECK INTERCO | 7,899.02 | 7,899.02 | 0.00 | |
| 1B0036 | 6/28/1988 | PW | CHECK FACET ENT | 3,770.00 | 3,770.00 | 0.00 | |
| 1B0036 | 8/8/1988 | PW | CHECK AMFAC | 8,398.77 | 8,398.77 | 0.00 | |
| 1B0036 | 9/6/1988 | PW | CHECK DEERE & CO | 3,737.13 | 3,737.13 | 0.00 | |
| 1B0036 | 10/13/1988 | PW | CHECK COMPAQ COMPUTERS | 7,935.66 | 7,935.66 | 0.00 | |
| 1B0036 | 11/4/1988 | PW | CHECK CASTLE & COOKE | 3,489.00 | 3,489.00 | 0.00 | |
| 1B0036 | 12/5/1988 | PW | CHECK PNC FINL | 6,321.34 | 6,321.34 | 0.00 | |
| 1B0036 | 1/10/1989 | PW | CHECK COASTAL CORP | 3,736.25 | 3,736.25 | 0.00 | |
| 1B0036 | 2/3/1989 | PW | CHECK GENERAL CINEMA | 7,852.11 | 7,852.11 | 0.00 | |
| 1B0036 | 2/21/1989 | PW | CHECK HEINZ | 3,226.01 | 3,226.01 | 0.00 | |
| 1B0036 | 4/11/1989 | PW | CHECK PHELPS | 7,387.74 | 7,387.74 | 0.00 | |
| 1B0036 | 5/2/1989 | PW | CHECK PFIZER | 3,981.78 | 3,981.78 | 0.00 | |
| 1B0036 | 6/20/1989 | PW | CHECK DURR FILLAUER MED | 7,435.81 | 7,435.81 | 0.00 | |
| 1B0036 | 6/29/1989 | PW | CHECK PNC | 4,240.63 | 4,240.63 | 0.00 | |
| 1B0036 | 8/18/1989 | PW | CHECK INLAND | 7,927.60 | 7,927.60 | 0.00 | |
| 1B0036 | 9/1/1989 | PW | CHECK TENAX | 3,745.46 | 3,745.46 | 0.00 | |
| 1B0036 | 10/18/1989 | PW | CHECK GATX | 2,991.24 | 2,991.24 | 0.00 | |
| 1B0036 | 10/18/1989 | PW | CHECK AMERICAN MAIZE | 8,413.29 | 8,413.29 | 0.00 | |
| 1B0036 | 12/15/1989 | PW | CHECK COLUMBIA PICTURES | 8,388.13 | 8,388.13 | 0.00 | |
| 1B0036 | 2/16/1990 | PW | CHECK WESTINGHOUSE | 11,132.65 | 11,132.65 | 0.00 | |
| 1B0036 | 4/19/1990 | PW | CHECK SEAGULL | 11,925.90 | 11,925.90 | 0.00 | |
| 1B0036 | 6/25/1990 | PW | CHECK SUN MICROSYSTEMS | 12,671.51 | 12,671.51 | 0.00 | |
| 1B0036 | 8/28/1990 | PW | CHECK IMMUNEX | 11,184.48 | 11,184.48 | 0.00 | |
| 1B0036 | 10/29/1990 | PW | CHECK CBI INDUSTRIES | 11,906.05 | 11,906.05 | 0.00 | |
| 1B0036 | 1/9/1991 | PW | CHECK NBD BANCORP | 12,647.10 | 12,647.10 | 0.00 | |
| 1B0036 | 3/12/1991 | PW | CHECK ATLANTIC RICHFIELD | 8,378.91 | 8,378.91 | 0.00 | |
| 1B0036 | 5/13/1991 | PW | CHECK XOMA | 10,419.14 | 10,419.14 | 0.00 | |
| 1B0036 | 7/11/1991 | PW | CHECK HEALTH SOUTH | 9,746.30 | 9,746.30 | 0.00 | |
| 1B0036 | 7/22/1991 | PW | CHECK LIBERTY NATL | 1,087.67 | 1,087.67 | 0.00 | |
| 1B0036 | 9/5/1991 | PW | CHECK THERMO | 8,930.07 | 8,930.07 | 0.00 | |
| 1B0036 | 11/13/1991 | PW | CHECK CHAMBERS | 10,422.42 | 10,422.42 | 0.00 | |
| 1B0036 | 12/27/1991 | PW | CHECK SULCUS | 7,305.17 | 7,305.17 | 0.00 | |
| 1B0036 | 3/5/1992 | PW | CHECK LIEBERT | 11,919.56 | 11,919.56 | 0.00 | |
| 1B0036 | 4/28/1992 | PW | CHECK FLEET NORSTAR | 7,830.60 | 7,830.60 | 0.00 | |
| 1B0036 | 6/16/1992 | PW | CHECK PEP BOYS | 7,895.72 | 7,895.72 | 0.00 | |
| 1B0036 | 8/21/1992 | PW | CHECK HOME DEPOT | 11,884.02 | 11,884.02 | 0.00 | |
| 1B0036 | 10/6/1992 | PW | CHECK TIME WARNER | 7,843.75 | 7,843.75 | 0.00 | |
| 1B0036 | 11/12/1992 | PW | CHECK AL LABS | 3,265.14 | 3,265.14 | 0.00 | |
| 1B0036 | 1/6/1993 | PW | CHECK STATE STREET | 8,397.94 | 8,397.94 | 0.00 | |
| 1B0036 | 2/18/1993 | PW | CHECK AMERICAN BRANDS | 6,535.68 | 6,535.68 | 0.00 | |
| 1B0036 | 3/17/1993 | PW | CHECK MBNA | 5,980.00 | 5,980.00 | 0.00 | |
| 1B0036 | 5/20/1993 | PW | CHECK DSC COMM | 10,424.43 | 10,424.43 | 0.00 | |
| 1B0036 | 6/28/1993 | PW | CHECK SOUTHWESTERN BELL | 5,599.62 | 5,599.62 | 0.00 | |
| 1B0036 | 8/23/1993 | PW | CHECK ANADARKO | 10,423.12 | 10,423.12 | 0.00 | |
| 1B0036 | 9/28/1993 | PW | CHECK ENRON | 5,229.12 | 5,229.12 | 0.00 | |

**Exhibit B.6**

1B0036                  **Account Activities**
**The Estate of**
**Roslyn Blum**
**Apt 207 West**

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---------|------|------------------|--------------------------|--------|--------------------------------|------------------------|-------|
| 1B0036 | 11/4/1993 | PW | CHECK SNAPPLE | 4,853.75 | 4,853.75 | 0.00 | |
| 1B0036 | 12/14/1993 | PW | CHECK HUFFY | 8,411.57 | 8,411.57 | 0.00 | |
| 1B0036 | 2/8/1994 | PW | CHECK AMERITECH | 3,734.75 | 3,734.75 | 0.00 | |
| 1B0036 | 4/15/1994 | PW | CHECK COMCAST | 10,482.62 | 10,482.62 | 0.00 | |
| 1B0036 | 5/19/1994 | PW | CHECK AUTOZONE | 1,871.37 | 1,871.37 | 0.00 | |
| 1B0036 | 6/22/1994 | PW | CHECK GEN ELECTRIC | 3,376.00 | 3,376.00 | 0.00 | |
| 1B0036 | 8/11/1994 | PW | CHECK GEN MOTORS | 7,310.27 | 7,310.27 | 0.00 | |
| 1B0036 | 9/14/1994 | CW | TRANS TO 1B011510 | 279,578.84 | 0.00 | 279,578.84 | |

| Ending Balance | (18,657.41) |
|----------------|-------------|

# Exhibit B.7

## 1B0033

## Morris Blum

Exhibit B.7

1B0033
Morris Blum                    Account Activities

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---|---|---|---|---|---|---|---|
| 1B0033 | 3/31/1981 | CA | ALIX· 3/31/1981 Equity | (250,000.00) | (250,000.00) | (250,000.00) | |
| 1B0033 | 4/15/1981 | PY | CHECK | 5,618.31 | 5,618.31 | 5,618.31 | |
| 1B0033 | 5/7/1981 | PY | CHECK | 3,756.83 | 3,756.83 | 3,756.83 | |
| 1B0033 | 6/15/1981 | PY | CHECK | 7,450.39 | 7,450.39 | 7,450.39 | |
| 1B0033 | 7/16/1981 | PY | CHECK | 5,047.45 | 5,047.45 | 5,047.45 | |
| 1B0033 | 8/14/1981 | PY | CHECK | 7,451.52 | 7,451.52 | 7,451.52 | |
| 1B0033 | 9/9/1981 | PY | CHECK | 4,416.47 | 4,416.47 | 4,416.47 | |
| 1B0033 | 10/5/1981 | PY | CHECK | 5,588.91 | 5,588.91 | 5,588.91 | |
| 1B0033 | 11/9/1981 | PY | CHECK | 5,047.28 | 5,047.28 | 5,047.28 | |
| 1B0033 | 12/1/1981 | PY | CHECK | 7,445.72 | 7,445.72 | 7,445.72 | |
| 1B0033 | 12/18/1981 | PY | CHECK | 3,790.00 | 3,790.00 | 3,790.00 | |
| 1B0033 | 2/3/1982 | PY | CHECK | 7,445.78 | 7,445.78 | 7,445.78 | |
| 1B0033 | 2/24/1982 | PY | CHECK | 5,053.99 | 5,053.99 | 5,053.99 | |
| 1B0033 | 4/8/1982 | PY | CHECK | 7,243.15 | 7,243.15 | 7,243.15 | |
| 1B0033 | 4/26/1982 | PY | CHECK | 5,256.73 | 5,256.73 | 5,256.73 | |
| 1B0033 | 5/27/1982 | PY | CHECK | 6,512.25 | 6,512.25 | 6,512.25 | |
| 1B0033 | 6/10/1982 | PY | CHECK | 3,792.88 | 3,792.88 | 3,792.88 | |
| 1B0033 | 7/27/1982 | PW | CHECK | 7,440.39 | 7,440.39 | 0.00 | |
| 1B0033 | 8/12/1982 | PW | CHECK | 5,056.26 | 5,056.26 | 0.00 | |
| 1B0033 | 9/15/1982 | PW | CHECK | 5,581.94 | 5,581.94 | 0.00 | |
| 1B0033 | 9/28/1982 | PW | CHECK | 4,423.22 | 4,423.22 | 0.00 | |
| 1B0033 | 11/12/1982 | PW | CHECK | 7,445.03 | 7,445.03 | 0.00 | |
| 1B0033 | 11/29/1982 | PW | CHECK | 5,048.06 | 5,048.06 | 0.00 | |
| 1B0033 | 1/17/1983 | PW | CHECK | 7,453.52 | 7,453.52 | 0.00 | |
| 1B0033 | 2/3/1983 | PW | CHECK | 5,047.61 | 5,047.61 | 0.00 | |
| 1B0033 | 3/16/1983 | PW | CHECK | 7,451.31 | 7,451.31 | 0.00 | |
| 1B0033 | 4/6/1983 | PW | CHECK | 5,044.60 | 5,044.60 | 0.00 | |
| 1B0033 | 4/14/1983 | CA | CHECK | (100,000.00) | (100,000.00) | (100,000.00) | |
| 1B0033 | 5/10/1983 | PW | CHECK | 6,521.45 | 6,521.45 | 0.00 | |
| 1B0033 | 6/7/1983 | PW | CHECK | 5,044.73 | 5,044.73 | 0.00 | |
| 1B0033 | 6/14/1983 | PW | CHECK | 3,748.50 | 3,748.50 | 0.00 | |
| 1B0033 | 7/13/1983 | PW | CHECK | 7,456.06 | 7,456.06 | 0.00 | |
| 1B0033 | 8/8/1983 | PW | CHECK | 5,036.16 | 5,036.16 | 0.00 | |
| 1B0033 | 8/12/1983 | PW | CHECK | 4,954.23 | 4,954.23 | 0.00 | |
| 1B0033 | 8/29/1983 | PW | CHECK | 5,631.16 | 5,631.16 | 0.00 | |
| 1B0033 | 9/13/1983 | CW | TRAN TO E CHAIS 1983 TRUST | 550,000.00 | 0.00 | 0.00 | |
| 1B0033 | 9/13/1983 | CW | TRAN TO WM F CHAIS 1983 TRUST | 50,000.00 | 0.00 | 0.00 | |
| 1B0033 | 9/13/1983 | CW | TRAN TO M H CHAIS 1983 TRUST | 50,000.00 | 0.00 | 0.00 | |
| 1B0033 | 9/15/1983 | CA | CANCEL TRANSFER OF 09/13 UT 2 COM & 2 WT EXP 1986 | (50,000.00) | 0.00 | 0.00 | |
| 1B0033 | 9/15/1983 | CA | CANCEL TRANSFER OF 09/13 UT 2 COM & 2 WT EXP 1986 | (550,000.00) | 0.00 | 0.00 | |
| 1B0033 | 9/15/1983 | CA | CANCEL TRANSFER OF 09/13 UT 2 COM & 2 WT EXP 1986 | (50,000.00) | 0.00 | 0.00 | |
| 1B0033 | 9/22/1983 | PW | CHECK UT 2 COM & 2 WT EXP 1986 | 3,777.75 | 3,777.75 | 0.00 | |
| 1B0033 | 10/18/1983 | PW | CHECK | 4,952.50 | 4,952.50 | 0.00 | |
| 1B0033 | 11/7/1983 | PW | CHECK | 7,510.51 | 7,510.51 | 0.00 | |
| 1B0033 | 11/29/1983 | PW | CHECK | 5,034.89 | 5,034.89 | 0.00 | |
| 1B0033 | 12/7/1983 | PW | CHECK | 3,715.00 | 3,715.00 | 0.00 | |
| 1B0033 | 12/27/1983 | PW | CHECK | 5,631.81 | 5,631.81 | 0.00 | |
| 1B0033 | 2/6/1984 | PW | CHECK | 4,958.61 | 4,958.61 | 0.00 | |
| 1B0033 | 2/14/1984 | PW | CHECK | 5,031.70 | 5,031.70 | 0.00 | |
| 1B0033 | 2/28/1984 | PW | CHECK | 7,512.45 | 7,512.45 | 0.00 | |
| 1B0033 | 3/22/1984 | PW | GULF UTD | 5,075.13 | 5,075.13 | 0.00 | |
| 1B0033 | 4/24/1984 | PW | CHECK HOME CENTERS | 5,632.50 | 5,632.50 | 0.00 | |
| 1B0033 | 4/25/1984 | PW | CHECK ROCKWELL INTL | 4,908.20 | 4,908.20 | 0.00 | |
| 1B0033 | 5/23/1984 | PW | CHECK WASH NATL | 6,576.91 | 6,576.91 | 0.00 | |
| 1B0033 | 6/15/1984 | PW | CHECK CARTER HAWLEY | 5,074.50 | 5,074.50 | 0.00 | |
| 1B0033 | 6/20/1984 | CW | TRANS TO ROSLYN BLUM | 98,236.25 | 81,618.15 | 98,236.25 | |
| 1B0033 | 7/25/1984 | | | | | | |

| Ending Balance | (160,846.09) |
|---|---|

# Exhibit B.8

## 1B0035
## NTC & Co. FBO
## Norman J. Blum
## FTC Acct.
## #954744 IRA

Exhibit B.8

1B0035                    Account Activities
NTC & Co. FBO
Norman J. Blum
FTC Acct.
#954744 IRA

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---------|------|------------------|-------------------------|--------|--------------------------------------------------|------------------------|-------|
| 1B0035 | 10/25/1990 | CA | TRANS FROM N BLUM | (239,439.13) | (112,134.79) | (178,660.32) | See Exhibit B.9 |
| 1B0035 | 7/25/1997 | CW | TRANS TO 1B019030 | 674,462.06 | 112,134.79 | 178,660.32 | |

|  |  |
|--|--|
| Ending Balance | 0.00 |

# Exhibit B.9

## 1B0034

## Norman J. Blum

**Exhibit B.9**

1B0034                        Account Activities
Norman J. Blum

| Account | Date | Transaction Type | Transaction Description | Amount | Transfer Amount Adjusted for Cash In / Cash Out | Amount Adjusted for PW | Notes |
|---|---|---|---|---|---|---|---|
| 1B0034 | 9/18/1986 | JC | CHECK | (100,000.00) | (100,000.00) | (100,000.00) | |
| 1B0034 | 11/20/1986 | PW | CHECK GIANT GROUP | 5,000.00 | 5,000.00 | 0.00 | |
| 1B0034 | 2/5/1987 | PW | CHECK HOLIDAY CORP | 3,753.75 | 3,753.75 | 0.00 | |
| 1B0034 | 4/7/1987 | PW | CHECK ANHEUSER BUSCH | 3,992.92 | 3,992.92 | 0.00 | |
| 1B0034 | 6/10/1987 | PW | CHECK TRANSCO CO | 4,253.45 | 4,253.45 | 0.00 | |
| 1B0034 | 5/24/1988 | CW | CHECK | 21,339.68 | 21,339.68 | 21,339.68 | |
| 1B0034 | 8/8/1988 | PW | CHECK AMFAC | 4,255.26 | 4,255.26 | 0.00 | |
| 1B0034 | 10/12/1988 | PW | CHECK COMPAQ COMPUTERS | 3,867.83 | 3,867.83 | 0.00 | |
| 1B0034 | 12/7/1988 | PW | CHECK PENNWALT | 2,813.73 | 2,813.73 | 0.00 | |
| 1B0034 | 2/3/1989 | PW | CHECK GENERAL CINEMA | 3,926.06 | 3,926.06 | 0.00 | |
| 1B0034 | 4/11/1989 | PW | CHECK PHELPS | 4,247.67 | 4,247.67 | 0.00 | |
| 1B0034 | 6/20/1989 | PW | CHECK DURR FILLAUER MED | 3,717.91 | 3,717.91 | 0.00 | |
| 1B0034 | 8/18/1989 | PW | CHECK INLAND | 4,003.04 | 4,003.04 | 0.00 | |
| 1B0034 | 10/18/1989 | PW | CHECK AMERICAN MAIZE | 4,240.11 | 4,240.11 | 0.00 | |
| 1B0034 | 12/15/1989 | PW | CHECK | 2,814.38 | 2,814.38 | 0.00 | |
| 1B0034 | 2/16/1990 | PW | CHECK WESTINGHOUSE | 3,682.26 | 3,682.26 | 0.00 | |
| 1B0034 | 4/19/1990 | PW | CHECK SEAGULL | 4,001.00 | 4,001.00 | 0.00 | |
| 1B0034 | 6/25/1990 | PW | CHECK SUN MICROSYSTEMS | 4,228.00 | 4,228.00 | 0.00 | |
| 1B0034 | 8/28/1990 | PW | CHECK IMMUNEX | 3,728.16 | 3,728.16 | 0.00 | |
| 1B0034 | 10/24/1990 | CA | TRANS FROM 10024910 | (239,439.13) | (100,000.00) | (100,000.00) | |
| 1B0034 | 10/25/1990 | CW | TRANS TO IRA | 239,439.13 | 112,134.79 | 178,660.32 | |

| Ending Balance | 0.00 |
|---|---|