# Exhibit C

# Documents Considered

## DOCUMENTS CONSIDERED

1. SUPPLEMENTAL EXPERT REPORT OF MATTHEW B. GREENBLATT, CPA/CFF, CFE SENIOR MANAGING DIRECTOR FTI CONSULTING, INC. -- SUPPLEMENTAL ANALYSIS OF THE PROFIT WITHDRAWAL TRANSACTIONS (Dec. 17, 2015)

2. EXPERT REPORT OF MATTHEW B. GREENBLATT, CPA/CFF, CFE SENIOR MANAGING DIRECTOR FTI CONSULTING, INC. -- PRINCIPAL BALANCE CALCULATION AS APPLIED TO NORMAN J. BLUM (June 10, 2016)

3. BLUM MADOFF COMPLAINT – *Picard v Morris Blum Living Trust et al.*, Adv. Proc. No. 10-04846 (SMB) (Bankr. S.D.N.Y.)

4. NORMAN BLUM NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM 04152016

5. JOEL BLUM NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM 04152016

6. BLUM CLIENT ACCOUNT INFORMATION EXTRACTED FROM TRUSTEE EXCEL EXHIBIT 000044