UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Michael Goldstein (the "Claimant"), having filed an objection (the "Objection", Docket No. 2401) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims (#s 000790, 000791, and 000792), hereby gives notice that he withdraws such Objection.

Dated: 1/28, ___, 2016

Elise S. Frejka on behalf of Michael Goldstein
Frejka PLLC
733 Third Avenue, 15th Floor
New York, NY 10017
Tel. (212) 641-0800