UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Ludmilla Goldberg (the "Claimant"), having filed an objection (the "Objection", Docket No. 2417) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#000794), hereby gives notice that she withdraws such Objection.

Dated: 1/28, __, 2016

Elise S. Frejka on behalf of Ludmilla Goldberg
Frejka PLLC
733 Third Avenue, 15th Floor
New York, NY 10017
Tel. (212) 641-0800