BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

Presentment Date: October 4, 2016
Time: 12:00 p.m.

Objections Due: October 4, 2016
Time: 11:30 a.m.

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**NOTICE OF PRESENTMENT OF TRUSTEE'S APPLICATION FOR
AN ORDER APPROVING THE RETENTION OF THE LAW OFFICES OF
PAUL RICHARD KARAN AS SPECIAL COUNSEL *NUNC PRO TUNC*
AS OF SEPTEMBER 1, 2016**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"),

and the chapter 7 estate of Bernard L. Madoff, by the Trustee's undersigned counsel, will move

1

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States

Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York,

New York 10004, on **October 4, 2016 at 12:00 PM**, or as soon thereafter as counsel may be

heard, seeking entry of an order approving the retention of The Law Offices of Paul Richard

Karan as special counsel *nunc pro tunc* as of September 1, 2016,

     **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Order

("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy

Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting

party and state with specificity the basis of the objection(s) and the specific grounds therefore;

(iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy

Court for the Southern District of New York, with a proof of service, and a courtesy copy

delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New

York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the

Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and

(b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington,

DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **October 4, 2016 at**

**11:30 AM.**

     **PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely

served and filed, a hearing may be held before the Honorable Stuart M. Bernstein, United States

Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the

Court may direct.  The moving and objecting parties are required to attend the hearing, and

failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed

the proposed Order may be signed without a hearing.

Dated:  New York, New York
       September 26, 2016

By: */s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*