**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                    Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS       )
                     )  ss:
COUNTY OF DALLAS     )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 21, 2016, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in AHT Partners, Pergament Equities LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors LLC (Docket Number 14065)
   2. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding an Interest in AHT Partners, Pergament Equities LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors LLC (Docket Number 14066)
   3. Declaration of Stephanie Ackerman in Support of Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding an Interest in AHT Partners, Pergament Equities LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors LLC (Docket Number 14067)

Executed on September 21, 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 21 day of September, 2016

**KASANDRA COLEMAN**
Notary Public, State of Texas
My Commission Expires
March 27, 2018

(SEAL)

_____
Notary Public
March 27, 2018

2

# Exhibit A

EXHIBIT 4
SEPTEMBER 21, 2016

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Ventura, Ribeiro and Smith | Nathan C Nesser, Esq | 900 Madison Avenue | Bridgeport | CT | 06606 |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |

PAGE 1 of 1