UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>BRIAN H. GERBER,<br><br>       Defendant. | Adv. Pro. No. 10-04634 (SMB) |

## NOTICE OF WITHDRAWAL OF OBJECTION

  Brian H. Gerber ("Claimant") having filed an objection (the "Objection", Docket No. 2344) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002418), hereby gives notice that he withdraws the Objection.

Dated:  September 27, 2016         **BELLOWS & BELLOWS, P.C.**
By: /s/ *Schuyler D. Geller*
The Rookery Building
209 South LaSalle Street, Suite 800
Chicago, IL 60604
Telephone: 312.332.3340
Facsimile: 312.332.1190
Schuyler D. Geller
Email: sgeller@bellowslaw.com

*Attorneys for Defendant Brian H. Gerber*