**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Andrew W. Reich

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>THE ESTATE OF HELENE B. SACHS, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-05040 (SMB) |

**STIPULATION AND ORDER FOR**
**<u>VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE</u>**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants the Estate of Helene B. Sachs, Hope A. Geller, in her capacity as executrix of the Estate of Helene B. Sachs and in her individual capacity, and Susan A. Cohen ("Defendants"), by and through their counsel, Yeskoo Hogan & Tamlyn, LLP, (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and thereafter served the Complaint against Defendants.

2. On June 2, 2011, Defendants served an answer on the Trustee.

3. Effective September 8, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  September 27, 2016

                      BAKER & HOSTETLER LLP

                      By:  /s/ *Nicholas J. Cremona*
                      45 Rockefeller Plaza
                      New York, New York 10111
                      Telephone:  212.589.4200
                      Facsimile:  212.589.4201
                      David J. Sheehan
                      Email:  dsheehan@bakerlaw.com
                      Nicholas J. Cremona
                      Email: ncremona@bakerlaw.com
                      Andrew W. Reich
                      Email: areich@bakerlaw.com

                      *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

                      YESKOO HOGAN & TAMLYN, LLP

                      By:  /s/ *Richard C. Yeskoo*
                      139 South Street
                      New Providence, New Jersey 07974
                      Telephone: 908.464.8300
                      Facsimile: 908.464.2828
                      Richard C. Yeskoo
                      Email: yeskoo@yeskoolaw.com

                      *Attorneys for Defendants the Estate of Helene B. Sachs, Hope A. Geller, in her capacity as executrix of the Estate of Helene B. Sachs and in her individual capacity, and Susan A. Cohen*

                      SO ORDERED

                      /s/ STUART M. BERNSTEIN

Dated:  September 27th, 2016    HON. STUART M. BERNSTEIN
New York, New York               UNITED STATES BANKRUPTCY JUDGE