**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF DORIS PEARLMAN; DORIS M. PEARLMAN REVOCABLE TRUST, in its capacity as a subsequent beneficiary; HEIDI PEARLMAN, in her capacity as Personal Representative of the Estate | Adv. Pro. No. 10-04504 (SMB) |

of Doris Pearlman, in her capacity as co-trustee of the
Doris M. Pearlman Revocable trust, and in her
capacity as subsequent beneficiary; JILL BETH
PEARLMAN, in her capacity as Personal
Representative of the Estate of Doris Pearlman, in her
capacity as co-trustee of the Doris M. Pearlman
Revocable trust, and in her capacity as subsequent
beneficiary; MARVIN A. GOLDENBERG, in his
capacity as a subsequent beneficiary,

Defendants.

---

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the

Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this

Adversary Proceeding on November 30, 2010 [Dkt. No. 2], the Order and the avoidance

procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may jointly agree to

enter mediation prior to or upon completion of discovery without further court order. Avoidance

Procedures,¶ 5A. Through this Notice of Mediation Referral, the Trustee and Defendants (the

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

"Parties") hereby state that they have completed discovery in the above-referenced adversary proceeding and agree to be referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order.  If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶ 5C.


New York, New York
September  27, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile:  713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

By:  /s/  Nicholas Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By:  /s/ Richard Kirby
**BAKER & MCKENZIE LLP**
Baker & McKenzie LLP
815 Connecticut Ave, N.W.
Washington, DC 20006
Telephone: 202.452.7000
Facsimile:  202.452.7074
Richard Kirby
Email: richard.kirby@bakermckenzie.com
Laura Clinton
Email: laura.clinton@bakermckenzie.com

*Attorneys for Defendants*