UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Michael Bellini and Judith Bellini J/T WROS ("Claimants") having filed an objection (the "Objection", Docket No. 2294) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#008349), hereby gives notice that they withdraw the Objection.

Dated: September 27, 2016      **WEDEEN & KAVANAGH**

                     */s/ Timothy Wedeen*
                     Timothy Wedeen
                     19 Phelps Avenue, 3rd Floor
                     Tenefly, NJ 07670
                     Phone: 646-963-6808
                     E-mail: timothy.wedeen@gmail.com

                     *Attorney for Michael A. and Judith Bellini*