**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 28, 2016 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS;**

    A.  Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Chalek Associates LLC, Chaitman/Schwebel LLC, FGLS Equity LLC, Larsco Investments LLC and Kuntzman Family LLC filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 8/16/2016) [ECF No. 13885]

    B.  Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Chalek Associates LLC, Chaitman/Schwebel LLC, FGLS

        Equity LLC, Larsco Investments LLC and Kuntzman Family LLC filed by David J. Sheehan on behalf of Irving H. Picard  (Filed: 8/16/2016) [ECF No. 13887]

Related Documents:

C.      Response to Motion Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in Chalek Associates LLC, Chaitman/Schwebel LLC, FGLS Equity LLC, Larsco Investments LLC and Kuntzman Family LLC filed by Nathanael Kelley on behalf of Securities Investor Protection Corporation  (Filed: 8/17/2016) [ECF No. 13922]

Objections Due:      September 6, 2016 at 4:00 p.m.

Objections Filed:      NONE

Additional Documents:

D.      Certificate of No Objection Pursuant to LR 9075-2 to Trustee's Motion and Memorandum to Affirm his Determinations in Denying Claims of Claimants Holding an Interest in Chalek Associates LLC, Chaitman/Schwebel LLC, FGLS Equity LLC, Larsco Investments LLC and Kuntzman Family LLC filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 9/12/2016) [ECF NO. 14002]

2.    **10-04215; Picard v. Bongiorno, et al.**

A.      Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement by and among the Trustee, Annette Bongiorno and Rudy Bongiorno filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  8/24/2016) [ECF No. 42]

Objections Due:  September 21, 2016 at 5:00 p.m.

Objections Filed:      NONE

Related Documents:

B.      Certificate of No Objection Pursuant to LR 9075-2 /Certificate of No Objection to Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreements by and among the Trustee, Annette Bongiorno and Rudy Bongiorno filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  9/23/2016) [ECF No. 44]

**CONTESTED MATTERS**

3. **10-04538; Picard v. James B. Pinto Revocable Trust U/A dtd 12/1/03, et al.**
   **10-04588; Picard v. Amy Pinto Lome Revocable Trust U/A/D 5/22/03, et al.**

   A. Letter Regarding Discovery Issues Filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 6/6/2016) [10-04538; ECF No. 50] [10-04588; ECF No. 52]

   B. Declaration of Robert M. McClay in Reply to Trustees Letter to Judge Bernstein dated June 6, 2016 regarding discovery dispute filed by Robert M McClay (Filed: 6/9/2016) [10-04538; ECF No. 52] [10-04588; ECF No. 54]

   C. Letter to Judge Bernstein Providing Update on Discovery Issues Filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 7/15/2016) [10-04538; ECF No. 53] [10-04588; ECF No. 56]

   D. Letter to Judge Bernstein (providing update on discovery issues) Filed by Edward John Jacobs on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 9/16/2016) [10-04538; ECF No. 55] [10-04588; ECF No. 57]

4. **10-04995; Picard v. Trust U/Art Fourth O/W/O Israel Wilenitz, et al.**
   **10-04809; Picard v. Gordon**
   **10-04914; Picard v. Edyne Gordon**

   A. Motion to Compel filed by Helen Davis Chaitman (Filed: 8/29/2016) [10-04995; ECF No. 68] [10-04809; ECF No. 54] [10-04914; ECF No. 47]

   B. Memorandum of Law in Support of Motion to Compel Discovery, for an Order Finding Plenary Waiver of Privilege and for an Order Barring the Trustee from Using at Trial any Evidence Not Produced During Fact Discovery filed by Helen Davis Chaitman (Filed: 8/29/2016) [10-04995; ECF No. 69] [10-04809; ECF No. 55] [10-04914; ECF No. 48]

   C. Declaration filed by Helen Davis Chaitman (Filed: 8/29/2016) [10-04995; ECF No. 70] [10-04809; ECF No. 56] [10-04914; ECF No. 49]

   D. Letter to Hon. Stuart M. Bernstein Regarding Chaitman LLP Motion to Compel Filed by Edward John Jacobs on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 8/31/2016) [10-04995; ECF No. 71] [10-04809; ECF No. 57] [10-04914; ECF No. 50]

3

<u>Related Documents:</u>

E.  Letter to Judge Bernstein requesting pre-motion conference Filed by Helen Davis Chaitman  (Filed: 9/14/2016) [10-04914; ECF No. 51]

F.  Declaration in Support of request for pre-motion conference filed by Helen Davis Chaitman  (Filed: 9/14/2016) [10-04914; ECF No. 53]

Dated: New York, New York
September 27, 2016

Respectfully submitted,

*/s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

4

300421173.1