**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>  Debtor, | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>  Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 27, 2016, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in AHT Partners, Pergament Equities LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors LLC (Docket Number 14105)

Executed on September 27, 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 27th day of Sept, 2016



_____
(SEAL)

_____
Notary Public

2

# Exhibit A

EXHIBIT 4
SEPTEMBER 27, 2016

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Ventura, Ribeiro and Smith | Nathan C Nesser, Esq | 900 Madison Avenue | Bridgeport | CT | 06606 |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |
| Redacted for Confidentiality Reasons | | | | | |

PAGE 1 of 1