**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>               v.<br><br>BARBARA L. SAVIN,<br><br>                              Defendant. | Adv. Pro. No. 10-05037 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were due: December 21, 2015.

2.      Fact Discovery shall be completed by: May 12, 2017.

3.      The Disclosure of Case-in-Chief Experts shall be due: July 12, 2017.

4.      The Disclosure of Rebuttal Experts shall be due: September 12, 2017.

5.      The Deadline for Completion of Expert Discovery shall be: October 19, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before October 26, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before November 9, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  On or before March 9, 2018.

300420547.1

Dated: New York, New York
       September  28, 2016

BAKER & HOSTETLER LLP

By: */s/Elyssa S. Kates*
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard L.
Madoff*

300420547.1