```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :
BERNARD L. MADOFF INVESTMENT                                :    Case No. 08-99000 (SMB)
SECURITIES LLC,                                             :    Adv. Proc. No. 08-01789 (SMB)
                                                            :    SIPA LIQUIDATION
                    Debtor.                                 :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation               :
of Bernard L. Madoff Investment Securities LLC,             :
                                                            :
                    Plaintiff,                              :
                                                            :
             – against –                                    :
                                                            :    Adv. Proc. No. 10-04283 (SMB)
THE ESTATE OF STEVEN MENDELOW;                              :
NANCY MENDELOW, in her capacity as the                      :
Executrix of the Estate of Steven Mendelow;                 :
NANCY MENDELOW; CARA MENDELOW;                              :
PAMELA CHRISTIAN; C&P ASSOCIATES,                           :
LTD.; and C&P ASSOCIATES, INC.                              :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X
```

## ERRATA ORDER

### MEMORANDUM DECISION GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION FOR LEAVE TO AMEND COMPLAINT

**A P P E A R A N C E S:**

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111

    David J. Sheehan, Esq.
    Jonathan B. New, Esq.
    Robertson D. Beckerlegge, Esq.
        Of Counsel

*Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

ARKIN SOLBAKKEN LLP
750 Lexington Avenue, 25th Floor
New York, NY 10022

    Stanley S. Arkin, Esq.
    Lisa C. Solbakken, Esq.
    Alex Reisen, Esq.
        Of Counsel

*Attorneys for Defendants*

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge:**

    ORDERED, that the *Memorandum Decision Granting In Part And Denying In Part Trustee's Motion For Leave To Amend Complaint*, dated Sept. 28, 2016 (ECF Doc. # 14201), be changed as follows:

A. Page 17, line 10, which states, ". . . and the defendants foiled their answers . . ." should be changed to state, ". . . and the defendants filed their answers . . ."

B. Page 17, line 11, which states, "Complaint (the "Answers") ECF Doc. Nos. 60-65)) on that date." should be changed to state, "Complaint (the "Answers") (ECF Doc. Nos. 60-65) on that date."

C. On page 24, line 19, a period should be added to the end of the explanatory parenthetical of the Court's citation to *United States v. Hudson*, 152 F.R.D. 6, 8 (D. Conn. 1993).

D. Page 32, footnote 15, which states "Mendelow's knowledge is obviously imputed to his own account 1ZR179 was held in the name of "NTC & Co. FBO Steven Mendelow."" should be changed to "Mendelow's knowledge is obviously imputed to his own account 1ZR179 held in the name of "NTC & Co. FBO Steven Mendelow.""

E.  Page 34, line 1, which states, "For the reasons stated, the Motion is denied except that it is granted to the extent that . . ." should be changed to "For the reasons stated, the Motion is granted except that it is denied to the extent that. . ."


Dated: New York, New York
September 29, 2016


*/s/ Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge