UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>AMY PINTO LOME REVOCABLE TRUST U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,<br><br>       Defendants. | Adv. Pro. No. 10-04588 (SMB) |

## ORDER COMPELLING RESPONSES TO DISCOVERY

   This matter came before the Court on the request of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of

Bernard L. Madoff, filed on September 16, 2016 [ECF No. 57] seeking a conference concerning the failure of Defendants to fully respond to discovery served by the Trustee and produce documents requested by the Trustee. The Court held a hearing on Wednesday, September 28, 2016, at 10:00 a.m., and Orders the following:

1. Defendants' objection to the Trustee's discovery requests limiting responses to transactions within two years before the filing date is overruled. Defendants must respond to all discovery and produce documents accordingly.

2. Defendants shall fully respond to the Trustee's First Set of Requests for Admission served on February 15, 2016, First Set of Interrogatories served on February 24, 2016, and First Set of Requests for the Production of Documents served on March 3, 2016, and produce all documents responsive to the Trustee's First Set of Requests for Production that are in Defendants' possession, custody or control, including documents maintained on Defendants' behalf by third parties, by October 28, 2016.

Dated: September 30th, 2016
      New York, New York

                        /s/ STUART M. BERNSTEIN
                        HONORABLE STUART M. BERNSTEIN