SECURITIES INVESTOR PROTECTION
 CORPORATION
1667 K Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
JOSEPHINE WANG
General Counsel
Email: jwang@sipc.org
KEVIN H. BELL
Senior Associate General Counsel for Dispute Resolution
Email: kbell@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br>FRANK J. AVELLINO, et al.,<br><br>Defendants. | Adv. Pro. No. 10-05421 (SMB) |

**DECLARATION OF KEVIN H. BELL IN SUPPORT OF THE**
**REPLY MEMORANDUM OF LAW OF THE**
**SECURITIES INVESTOR PROTECTION CORPORATION**
**IN SUPPORT OF THE TRUSTEE'S MOTION TO REARGUE THE**
**COURT'S ORDER GRANTING IN PART AND**
**DENYING IN PART MOTION TO DISMISS**
**(28.U.S.C. §1746)**

Kevin H. Bell hereby declares:

1.  I am Senior Associate General Counsel for Dispute Resolution at the Securities Investor Protection Corporation ("SIPC"), located at 1667 K Street, N.W., Suite 1000, Washington, DC 20006.

2.  As an attorney of record, I am fully familiar with this case and the facts set forth herein. I submit this Declaration to place before this Court true and correct copies of documents in support of the Reply Memorandum of SIPC, filed in support of the Motion by Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, to Reargue the Court's Order Granting In Part and Denying In Part Motion to Dismiss.

3.  Attached hereto as Exhibit A is a true and correct copy of a Certification of FINRA Business Records, with attachment.

4.  Attached hereto as Exhibit B is a true and correct copy of the Declaration of Linda M. Siemers, with attachment.

Each of the attached exhibits evidences that the date of registration of Bernard L. Madoff Investment Securities LLC as a securities broker-dealer was January 19, 1960. The Declaration of Linda M. Siemers further evidences that the effective date of SIPC membership of Bernard L. Madoff Investment Securities LLC was December 30, 1970.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2016, in Washington, D. C.

/s/ Kevin H. Bell
Kevin H. Bell