# EXHIBIT A

## CERTIFICATION OF A FINRA BUSINESS RECORD

I, Marcia E. Asquith, being first duly sworn, hereby declare, depose and state as follows:

1. I am the Senior Vice President and Corporate Secretary of the Financial Industry Regulatory Authority Inc. ("FINRA") and am familiar with and am a custodian of FINRA business records, including interpretations, policies and rules adopted by the FINRA Board of Governors.

2. Attached is a true, accurate and complete copy of the document listed below that was prepared, kept and maintained in the ordinary course of FINRA's business at or near the time of the act, condition or event:

- Central Registration Depository (CRD) Organization Registration Status for the Bernard L. Madoff Investment Securities LLC, Organization CRD No. 2625

3. This record is a business record of FINRA as defined in Rule 803 of the Federal Rules of Evidence.

4. I declare, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true of my own knowledge.

Washington, DC  
August 29, 2016

Marcia E. Asquith  
Senior Vice President and Corporate Secretary

Subscribed and sworn to before me this 29th day of August, 2016.

Notary Public, District of Columbia

My commission expires: 5/31/20

# Organization Registration Status

**Organization CRD Number:** 2625   **Organization Name:** BERNARD L. MADOFF INVESTMENT SECURITIES LLC

**Organization SEC Number:** 8-8132   **Applicant Name:** BERNARD L. MADOFF INVESTMENT SECURITIES LLC

View IA Record

| SEC / Jurisdiction / FINRA | Registration Status | Status Effective Date |
|---|---|---|
| SEC | Approved - | 01/19/1960 |
| FINRA | Liquidated -TRUSTEE APPOINTED | 06/17/2009 |
| NY | Terminated -FTR | 12/31/2008 |

| SEC / SRO / Jurisdiction | Registration Status | Status Effective Date |
|---|---|---|
| SEC | Approved - | 01/19/1960 |
| BATS-ZX | Terminated - | 07/07/2009 |
| FINRA | Liquidated -TRUSTEE APPOINTED | 06/17/2009 |
| ARCA | Terminated -ARCA-ETP | 06/22/2009 |
| NQX | Cancelled -FAILURE TO PAY FEES | 07/07/2009 |
| NSX | Cancelled -CANCELLED AT THE REQUEST OF THE SIPA TRUSTEE | 01/22/2009 |
| AL | Revoked - | 10/15/2010 |
| AK | Failed to Renew - | 12/31/2008 |
| AZ | Failed to Renew - | 12/31/2008 |
| AR | Terminated -FAILED TO RENEW | 12/31/2008 |
| CA | Revoked -REVOKED BY ORDER | 11/30/2010 |
| CO | Revoked - | 06/30/2009 |
| CT | Terminated -FAILED TO RENEW | 12/31/2008 |
| DE | Terminated -FAILED TO RENEW | 12/31/2008 |
| DC | Terminated -FAILED TO RENEW | 12/31/2008 |
| FL | Terminated -FAILED TO RENEW | 12/31/2008 |
| GA | Terminated -FAILED TO RENEW | 12/31/2008 |
| HI | Withdrawn -APP WD - FIRM'S REQUEST | 11/15/2001 |
| ID | Terminated -FAILED TO RENEW | 12/31/2008 |
| IL | Terminated -FAILED TO RENEW | 12/31/2008 |
| IN | Terminated -FAILED TO RENEW | 12/31/2008 |
| IA | Terminated -FAILED TO RENEW | 12/31/2008 |
| KS | Terminated -FAILED TO RENEW | 12/31/2008 |
| KY | Terminated -FAILED TO RENEW | 12/31/2008 |
| LA | Terminated -FAILED TO RENEW | 12/31/2008 |
| ME | Terminated -FAILED TO RENEW | 12/31/2008 |
| MD | Terminated -FAILED TO RENEW | 12/31/2008 |
| MA | Terminated -FAILED TO RENEW | 12/31/2008 |
| MI | Terminated -FAILED TO RENEW | 12/31/2008 |
| MN | Terminated -FAILED TO RENEW | 12/31/2008 |
| MS | Terminated -FTR | 06/26/2009 |
| MO | Terminated -FAILED TO RENEW | 12/31/2008 |
| MT | Terminated -FAILED TO RENEW | 12/31/2008 |

| NE | Withdrawn -PER BD'S REQUEST | 10/31/2001 |
|---|---|---|
| NV | Terminated -FAILED TO RENEW | 12/31/2008 |
| NH | Terminated - | 12/31/2008 |
| NJ | Terminated -FAILED TO RENEW | 12/31/2008 |
| NM | Terminated -FAILED TO RENEW | 12/31/2008 |
| NY | Terminated -FTR | 12/31/2008 |
| NC | Terminated -FAILED TO RENEW | 12/31/2008 |
| ND | Failed to Renew - | 12/31/2008 |
| OH | Terminated -FAILED TO RENEW | 12/31/2008 |
| OK | Terminated -FAILED TO RENEW | 12/31/2008 |
| OR | Terminated -FAILED TO RENEW | 12/31/2008 |
| PA | Failed to Renew - | 12/31/2008 |
| PR | Terminated -AT BD`S REQUEST | 05/07/1999 |
| RI | Terminated -FAILED TO RENEW | 12/31/2008 |
| SC | Terminated -FAILED TO RENEW | 12/31/2008 |
| SD | Terminated -FAILED TO RENEW | 12/31/2008 |
| TN | Terminated - | 12/31/2008 |
| TX | Terminated -FAILED TO RENEW | 12/31/2008 |
| UT | Terminated -FAILED TO RENEW | 12/31/2008 |
| VT | Terminated -FAILED TO RENEW | 12/31/2008 |
| VA | Terminated -FAILED TO RENEW | 12/31/2008 |
| WA | Revoked -S-08-429-08-TO01 SUMMARY ORDER SUSPENDING SECURITIES SALESPERSON AND BROKER-DEALER REGISTRATION AND NOTICE OF INTENT TO REVOKE REGISTRATION. | 12/30/2008 |
| WV | Terminated -FAILED TO RENEW | 12/31/2008 |
| WI | Terminated -FAILED TO RENEW | 12/31/2008 |
| WY | Revoked -FAILED TO RENEW - REVOKED BY ORDER #09-03 | 01/01/2009 |

© 2016 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy | Legal | Terms & Conditions                                                                                                   Tw   Lin