# EXHIBIT B

## DECLARATION OF LINDA MCKENZIE SIEMERS
(28 U.S.C. §1746)

I, Linda McKenzie Siemers, hereby declare as follows:

1. I am Assistant Vice President-Member Assessments-Human Resources- Facilities, of the Securities Investor Protection Corporation ("SIPC"), whose offices are located at 1667 K Street, N.W., Suite 1000, Washington, D.C. 20006-1620. I have been employed by SIPC since 1986.

2. I am over twenty-one years of age, and I have personal knowledge of the matters set forth herein. I make this Declaration on behalf of SIPC.

3. SIPC is a non-profit membership corporation created under the Securities Investor Protection, 15 U.S.C. §78aaa et seq. ("SIPA"). With certain narrow exceptions, the membership of SIPC consists of all securities brokers-dealers registered with the Securities and Exchange Commission ("SEC").

4. In my official capacity, I oversee the Membership Department of SIPC, including the maintenance of the SIPC Membership Management System ("MMS") database. The MMS database is comprised of a computerized filing and data processing system that contains registration and other information of all SIPC members. Among other things, I also coordinate member information with the SEC, FINRA, and self-regulatory organizations, and oversee the collection and recording of assessments paid to SIPC by its members.

5. Attached hereto is a true and correct copy of information for Bernard L. Madoff Investment Securities LLC contained in the MMS database that shows, among other things, the SEC effective date of registration and the SIPC effective date of membership of Bernard L. Madoff Investment Securities LLC. The information contained in the attached document was

entered into the MMS database, and is maintained by SIPC, in the ordinary course of SIPC's official business.  The document is an official SIPC record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2016.

_____
Linda McKenzie Siemers

