**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>JAMES HELLER FAMILY, LLC, ESTATE OF JAMES HELLER, BARBARA H. FRIETAG, as personal representative and as an individual, STEVEN P. HELLER, as personal representative and as an individual, HARRY H. FALK, as personal representative, STEVEN P. HELLER REVOCABLE TRUST, a Florida trust, ROBERT P. SALTSMAN, as trustee, EVE FRIETAG, ELIZABETH FRIETAG DRANOFF, TRUST FBO AN.D. [a minor] UNDER ARTICLES SIXTH AND | Adv. Pro. No. 10-05419 (SMB) |

EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, BARBARA H. FRIETAG, as trustee, TRUST FBO AL.D. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, BARBARA H. FRIETAG, as trustee, TRUST FBO S.H. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, STEVEN P. HELLER, as trustee, TRUST FBO KATHERINE HELLER UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, STEVEN P. HELLER, as trustee, KATHERINE HELLER, and ELEANOR LEACOCK,

　　　　　　Defendants.

## STIPULATION AND ORDER

**WHEREAS**, on December 10, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action (the "Action") against James Heller Family LLC (the "LLC"), a Delaware limited liability company, Estate of James Heller (the "Heller Estate"), Barbara H. Freitag, Steven P. Heller and Harry H. Falk, as personal representatives of the Heller Estate (collectively, "Personal Representatives"), Barbara H. Freitag as an individual ("Freitag"), Steven P. Heller Revocable Trust ("Trust"), Robert P. Saltsman as trustee of the Trust ("Saltsman"), Steven P. Heller as an individual ("Heller"), and the following beneficiaries of the Estate: Eve Freitag, Elizabeth Freitag Dranoff, Trust FBO An.D. [a minor] Under Articles Sixth and Eighth of the Last Will and Testament of James Heller and Barbara H. Freitag, as trustee, Trust FBO Al.D. [a minor] Under Articles Sixth and Eighth of the Last Will and Testament of James Heller and Barbara H.

2

Freitag as trustee, Trust FBO S.H. [a minor] Under Articles Sixth and Eighth of the Last Will and Testament of James Heller and Steven P. Heller as trustee, Trust FBO Katherine Heller Under Articles Sixth and Eight of the Last Will and Testament of James Heller and Steven P. Heller as trustee, Katherine Heller, and Eleanor Leacock (collectively, the "Beneficiaries").

**WHEREAS**, LLC was the holder of a BLMIS account;

**WHEREAS**, until his death on January 31, 2008, James Heller was a member of LLC and the holder of 99% of the membership interests of LLC, and following his death, James Heller's interest in LLC passed to Heller Estate;

**WHEREAS**, Freitag is a member of LLC and the holder of one half of one percent (0.05%) of the membership interests of LLC;

**WHEREAS**, Trust is a member of LLC and the holder of one half of one percent (0.05%) of the membership interests of LLC; and

**WHEREAS**, on or about October 1, 2016, LLC filed a Certificate of Cancellation of Limited Liability Company with the Delaware Department of State, Division of Corporations dissolving the LLC.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, LLC, Heller Estate, the Personal Representatives, Freitag, Heller, Trust, Saltsman and the Beneficiaries as follows:

1.     Heller Estate, the Personal Representatives, Freitag, Trust, Saltsman, and Heller (collectively referred to as "Defendants") are hereby substituted in place of the LLC and for purposes of the Action, the Defendants being substituted will be deemed to be, and will be treated as, initial transferees and the Complaint shall be deemed so amended.

2.     The caption of the Action is hereby amended as set forth on Exhibit A to this Stipulation.

3

3. Undersigned counsel for Defendants: (a) expressly represents that she has the authority to accept service of the Complaint on behalf of the Defendants, (b) waives service of the summons and the Complaint on behalf of the Defendants, (c) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Complaint on behalf of the Defendants, (d) waives any argument or defense that the LLC, and not the Defendants, is the initial transferee of the allegedly avoidable transfers that are the subject of the Action, and (e) expressly agrees that the amendment noted in paragraph 1 of this Stipulation shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) and that any right of the Trustee to amend under Federal Rule of Civil Procedure 15(a)(1)(A) or (B) shall not be affected thereby.

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights, including defenses the Defendants may have to the Action and nothing herein shall be deemed or construed to have adjudicated the underlying allegations in the Action, including the avoidability of the challenged transfers as to the LLC.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: October 3, 2016
      New York, New York

| | |
|---|---|
| Of Counsel:<br><br>**BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025-7120<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Michael R. Matthias<br>Email: mmatthias@bakerlaw.com | **BAKER & HOSTETLER LLP**<br><br>By: */s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*<br><br>**FREJKA PLLC**<br><br>By: */s/Elise S. Frejka*<br>205 East 42nd Street – 20th Floor<br>New York, New York 10017<br>Telephone: 212.641.0800<br>Facsimile: 212-641-0820<br>Email: efrejka@frejka.com<br><br>*Attorneys for Defendants* |

SO ORDERED.

Dated: <u>October 4th</u>, 2016            /s/ STUART M. BERNSTEIN
New York, New York                     HONORABLE STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ESTATE OF JAMES HELLER, BARBARA H. FRIETAG, as personal representative and as an individual, STEVEN P. HELLER, as personal representative and as an individual, HARRY H. FALK, as personal representative, STEVEN P. HELLER REVOCABLE TRUST, a Florida trust, ROBERT P. SALTSMAN, as trustee, EVE FRIETAG, ELIZABETH FRIETAG DRANOFF, TRUST FBO AN.D. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, BARBARA H. FRIETAG, as trustee, TRUST FBO AL.D. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, BARBARA H. FRIETAG, as trustee, TRUST FBO S.H. [a minor] UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, STEVEN P. HELLER, as trustee, TRUST FBO KATHERINE HELLER | Adv. Pro. No. 10-05419 (SMB) |

UNDER ARTICLES SIXTH AND EIGHTH OF THE LAST WILL AND TESTAMENT OF JAMES HELLER, a New York trust, STEVEN P. HELLER, as trustee, KATHERINE HELLER, and ELEANOR LEACOCK,

        Defendants.