# EXHIBIT A

TM



| | |
|---|---|
| Posting Date | 2007 Jan 30 |
| Prime Sequence | 5194409 |
| Amount | $489,272.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000182322 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/13/2009

JPMSAF0053714