# EXHIBIT B

BLMIS ACCOUNT NO. 1T0004 - DORON TAVLIN TRUST DOROTA TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 3/14/1991 | TRANS FROM R ZAID (102601) | 400,263 [1] | - | - | 40,112 | - | 40,112 | - | - | - |
| 3/14/1991 | TRANS FROM R ZAID 2 (102615) | 70,966 | - | - | 70,966 | - | 111,078 | - | - | - |
| 3/14/1991 | TRANS FROM H ZAID (102617) | 227,051 [2] | - | - | - | - | 111,078 | - | - | - |
| 3/28/1991 | TRANS TO 10202730 (1T0003) | (25,000) | - | - | - | (25,000) | 86,078 | - | - | - |
| 4/12/1991 | CHECK | (2,251) | - | (2,251) | - | - | 83,827 | - | - | - |
| 7/20/1992 | TRANS TO 1T000330 (1T0003) | (80,598) | - | - | - | (80,598) | 3,229 | - | - | - |
| 7/29/1992 | CHECK | (10,000) | - | (10,000) | - | - | (6,771) | - | - | - |
| 10/21/1992 | CHECK | (20,000) | - | (20,000) | - | - | (26,771) | - | - | - |
| 11/17/1992 | TRANS TO 1T000330 (1T0003) | (21,003) [3] | - | - | - | - | (26,771) | - | - | - |
| 11/18/1992 | CHECK | (25,000) | - | (25,000) | - | - | (51,771) | - | - | - |
| 1/14/1993 | CHECK | (25,000) | - | (25,000) | - | - | (76,771) | - | - | - |
| 2/17/1993 | CHECK | (35,000) | - | (35,000) | - | - | (111,771) | - | - | - |
| 4/27/1993 | CHECK | (25,000) | - | (25,000) | - | - | (136,771) | - | - | - |
| 6/3/1993 | CHECK | (100,000) | - | (100,000) | - | - | (236,771) | - | - | - |
| 8/17/1993 | CHECK | (50,000) | - | (50,000) | - | - | (286,771) | - | - | - |
| 8/24/1993 | CHECK | (675) | - | (675) | - | - | (287,446) | - | - | - |
| 1/4/1994 | CHECK | (50,000) | - | (50,000) | - | - | (337,446) | - | - | - |
| 3/3/1994 | CHECK | (50,000) | - | (50,000) | - | - | (387,446) | - | - | - |
| 8/17/1994 | CHECK | (50,000) | - | (50,000) | - | - | (437,446) | - | - | - |
| 8/17/1994 | CHECK | (525) | - | (525) | - | - | (437,971) | - | - | - |
| 1/17/1995 | CHECK | (50,000) | - | (50,000) | - | - | (487,971) | - | - | - |
| 3/30/1995 | CHECK | (50,000) | - | (50,000) | - | - | (537,971) | - | - | - |
| 6/27/1995 | TRANS FROM 1T000630 (1T0006) | 559 | - | - | 559 | - | (537,412) | - | - | - |
| 6/27/1995 | TRANS FROM 1T000530 (1T0005) | 2,936 [2] | - | - | - | - | (537,412) | - | - | - |
| 7/28/1995 | CHECK | (50,000) | - | (50,000) | - | - | (587,412) | - | - | - |
| 8/15/1995 | CHECK | (575) | - | (575) | - | - | (587,987) | - | - | - |
| 11/22/1995 | CHECK | (50,000) | - | (50,000) | - | - | (637,987) | - | - | - |
| 1/23/1996 | TRANS TO 1T003130 (1T0031) | (125,000) [3] | - | - | - | - | (637,987) | - | - | - |
| 4/12/1996 | CHECK | (25,000) | - | (25,000) | - | - | (662,987) | - | - | - |
| 7/2/1996 | TRANS TO 1T003130 (1T0031) | (25,000) [3] | - | - | - | - | (662,987) | - | - | - |
| 1/6/1997 | TRANS TO D TAVLIN 1T003130 (1T0031) | (150,000) [3] | - | - | - | - | (662,987) | - | - | - |
| 8/29/1997 | TRANS TO 70 ACCT (1T0032) | (2,535,083) [3] | - | - | - | - | (662,987) | - | - | - |
| 8/29/1997 | TRANS FROM 70 ACCT (1T0032) | 9,825 [2] | - | - | - | - | (662,987) | - | - | - |
| 9/17/1997 | CHECK | (2,970) | - | (2,970) | - | - | (665,957) | - | - | - |
| 10/28/1997 | TRANS TO 1T003130 (1T0031) | (100,000) [3] | - | - | - | - | (665,957) | - | - | - |
| 2/3/1998 | TRANS TO 1T003230 (1T0032) | (178,930) [3] | - | - | - | - | (665,957) | - | - | - |
| 4/14/1998 | TRANS TO 1T003230 (1T0032) | (200,000) [3] | - | - | - | - | (665,957) | - | - | - |
| 7/1/1998 | TRANS TO 1T003230 (1T0032) | (1,179) [3] | - | - | - | - | (665,957) | - | - | - |
| 5/7/1999 | TRANS TO 1T003130 (1T0031) | (200,000) [3] | - | - | - | - | (665,957) | - | - | - |
| 3/10/2000 | CHECK | (5,691) | - | (5,691) | - | - | (671,648) | - | - | - |
| 3/28/2002 | CANCEL CHECK | 3,031 | - | 3,031 | - | - | (668,617) | - | - | - |
| 3/28/2002 | CHECK | (3,031) | - | (3,031) | - | - | (671,648) | - | - | - |
| 3/28/2002 | CHECK | (3,031) | - | (3,031) | - | - | (674,678) | - | - | - |
| 7/25/2002 | CHECK | (205,455) | - | (205,455) | - | - | (880,133) | - | - | - |
| 3/28/2003 | CHECK | (7,417) | - | (7,417) | - | - | (887,550) | - | - | (7,417) |
| 4/9/2003 | CHECK | (100,000) | - | (100,000) | - | - | (987,550) | - | - | (100,000) |
| 9/3/2003 | CHECK | (12,597) | - | (12,597) | - | - | (1,000,147) | - | - | (12,597) |
| 9/29/2003 | TRANS FROM 1T003130 (1T0031) | 975 [2] | - | - | - | - | (1,000,147) | - | - | - |
| 9/29/2003 | TRANS FROM 1T003130 (1T0031) | 766,447 [2] | - | - | - | - | (1,000,147) | - | - | - |
| 10/1/2003 | TRANS TO 1T003130 (1T0031) | (15,200) [3] | - | - | - | - | (1,000,147) | - | - | - |
| 11/28/2003 | TRANS TO 1T003130 (1T0031) | (4,806,672) [3] | - | - | - | - | (1,000,147) | - | - | - |
| 11/28/2003 | TRANS FROM 1T003170 (1T0031) | 1,268,300 [2] | - | - | - | - | (1,000,147) | - | - | - |
| 12/1/2003 | TRANS TO 1T003130 (1T0031) | (12,730) [3] | - | - | - | - | (1,000,147) | - | - | - |
| 12/31/2003 | TRANS FROM 1T003130 (1T0031) | 299 [2] | - | - | - | - | (1,000,147) | - | - | - |

08-01789-cgm   Doc 14232-2   Filed 10/05/16   Entered 10/05/16 16:15:26   Exhibit B
10-05312-brl   Doc 1-3   Filed 12/07/10   Entered 12/07/10 22:46:38   Exhibit B   Pg 2 of 2
Pg 3 of 3

Exhibit B

BLMIS ACCOUNT NO. 1T0004 - DORON TAVLIN TRUST DONORA TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/12/2004 | CHECK | (200,000) | - | (200,000) | - | - | (1,200,147) | - | - | (200,000) |
| 7/20/2004 | CHECK | (3,405) | - | (3,405) | - | - | (1,203,553) | - | - | (3,405) |
| 9/2/2004 | CHECK | (300,000) | - | (300,000) | - | - | (1,503,553) | - | - | (300,000) |
| 12/22/2004 | CHECK | (51,400) | - | (51,400) | - | - | (1,554,953) | - | - | (51,400) |
| 8/24/2005 | CHECK | (19,703) | - | (19,703) | - | - | (1,574,656) | - | - | (19,703) |
| 12/30/2005 | CHECK | (66,000) | - | (66,000) | - | - | (1,640,656) | - | - | (66,000) |
| 10/23/2006 | TRANS FROM 1T005730 (1T0057) | 735,730 [2] | - | - | - | - | (1,640,656) | - | - | - |
| 11/3/2006 | CHECK | (300,000) | - | (300,000) | - | - | (1,940,656) | - | - | (300,000) |
| 1/26/2007 | CHECK | (489,272) | - | (489,272) | - | - | (2,429,928) | - | (489,272) | (489,272) |
| 12/10/2007 | TRANS FROM 1T005730 (1T0057) | 155,200 [2] | - | - | - | - | (2,429,928) | - | - | - |
| 5/1/2008 | TRANS FROM 1T005730 (1T0057) | 252 [2] | - | - | - | - | (2,429,928) | - | - | - |
| | Total: | $ - | $ (2,435,967) | $ 111,637 | $ (105,598) | $ (2,429,928) | $ - | $ (489,272) | $ (1,549,794) | |

[1] Although BLMIS statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

MADC1049_00000003