UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Case No. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DANIEL VOCK,<br><br>Defendant. | Adv. Pro. No. 10-05227 (SMB) |

## MEDIATOR'S FINAL REPORT

Keith N. Costa, the court-appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

1.      The mediation of the Adversary Proceeding took place initially in person on November 17, 2014 at the offices of Baker & Hostetler LLP in New York, New York.

2. The parties negotiated in good faith and complied with all relevant orders governing the mediation including the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order, to finally reach a mutually satisfactory resolution of the disputes involved in the Adversary Proceeding.

3. The mediator has concluded that this mediation was a success and the parties settled the Adversary Proceeding in writing with a signed Settlement Agreement during the course of the mediation.

Dated: October 4, 2016
       New York, New York

/s/ Keith N. Costa
Keith N. Costa, Mediator

4649959v4