UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>O.D.D. INVESTMENT, L.P.; D.D.O., INC.; DANIEL N. SILNA; OZZIE SILNA; DONALD SCHUPAK; THE ROBIN SILNA 1997 TRUST; ROBIN SILNA; THE JEFFREY SILNA 1997 TRUST; JEFFREY SILNA; THE SILNA FAMILY INTER VIVOS TRUST; SPENCER SILNA; SAMANTHA SILNA; and SOPHIE SILNA,<br><br>Defendant. | Adv. Pro. No. 10-05372 (SMB) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Donald Schupak (the "Claimant"), having filed an objection to the Trustee's Notice of Determination (ECF No. 3568) respecting Claimant's customer claim (#012993), hereby gives notice that he withdraws such objection.

Dated: October 6, 2016

/s/ Howard Kleinhendler
Howard Kleinhendler
Wachtel Missry LLP
One Dag Hammorskjold Plaza
New York, NY 10017