

Ascot Investor
burt ross
to:
bernstein.chambers
10/06/2016 01:48 PM
Hide Details
From: burt ross <burtrossrealty@gmail.com>
To: bernstein.chambers@nysb.uscourts.gov
History: This message has been forwarded.

Dear Judge Bernstein.

    I am writing you as an investor in the Ascot Fund.  It is my understanding that the case regarding the disposition of Ascot monies is before your court. This coming December will represent eight years since Bernard Madoff was arrested, and yet the disposition of these funds remains unresolved. Many if not most of us who invested in Ascot are senior citizens, and already over 5% of us have died while this matter continues to be litigated. "Justice delayed is justice denied" seems on point when at the current pace it is likely that a large number of the investors will not see closure in our lifetime. With all respect, I simply ask your Honor to do whatever is in your power to move this matter along. Thank you.

Burt Ross