# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
*hchaitman@chaitmanllp.com*

October 10, 2016

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    *October 26, 2016 omnibus hearing date in Madoff case*

Dear Judge Bernstein:

    I write to inform the Court that we have reached an agreement with the Trustee's counsel that all of the pending discovery matters on for October 26, 2016, as well as the *Wilenitz* motion to compel, shall be taken off your calendar and submitted to the discovery arbitrator pursuant to your October 4, 2016 order.

    My emails with the Trustee's counsel confirming this arrangement are annexed to this letter as Exhibit A.

    Yours respectfully

    */s/ Helen Davis Chaitman*

    Helen Davis Chaitman

HDC:leb
Encl.

cc:    (*via ECF and Email w/encls.*)
    Dean D. Hunt (dhunt@bakerlaw.com)
    Edward J. Jacob (ejacobs@bakerlaw.com)
    Marie L. Carlisle (mcarlisle@bakerlaw.com)
    Keith R. Murphy (kmurphy@bakerlaw.com)

{00024225 1 }