# EXHIBIT A

**From:** Tranbaugh, Molly [mailto:mtranbaugh@bakerlaw.com]
**Sent:** Wednesday, October 05, 2016 9:31 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Cc:** McDonald, Heather J. <hmcdonald@bakerlaw.com>; Jennifer Allim <jallim@chaitmanllp.com>
**Subject:** RE: Picard v. Doron Tavlin Trust U/A 2/4/91, et al., APN 10-05312

Helen:

We received them in late August, apologies for the delay.

Best,
Molly

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Wednesday, October 05, 2016 5:47 PM
**To:** Tranbaugh, Molly
**Cc:** McDonald, Heather J.; Jennifer Allim
**Subject:** RE: Picard v. Doron Tavlin Trust U/A 2/4/91, et al., APN 10-05312

Molly:  When did you receive these documents?

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

**From:** Tranbaugh, Molly [mailto:mtranbaugh@bakerlaw.com]
**Sent:** Wednesday, October 05, 2016 5:26 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Cc:** McDonald, Heather J. <hmcdonald@bakerlaw.com>; Jennifer Allim <jallim@chaitmanllp.com>
**Subject:** Picard v. Doron Tavlin Trust U/A 2/4/91, et al., APN 10-05312

Helen:

Please see the attached correspondence.  The disc referenced therein was sent to you today via Federal Express.  The password required to access the disc is: A9ng72LdA3Xb2RpK.

Thank you,
Molly

**Molly Tranbaugh**
Associate

BakerHostetler

45 Rockefeller Plaza
New York, NY 10111-0100

T 212.589.4661

mtranbaugh@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.