# EXHIBIT B





02/09/2007    2940    $489,272.00
REDACTED