**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>THE ESTATE OF MURIEL B. CANTOR and NANCY ATLAS, as Personal Representative of THE ESTATE OF MURIEL B. CANTOR,<br><br>        Defendants. | Adv. Pro. No. 10-04931 (SMB) |

**AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: December 21, 2015.

2. Fact Discovery, and responses to discovery, shall be completed by: April 14, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: July 14, 2017.

4. The Disclosure of Rebuttal Experts shall be due: September 13, 2017.

5. The Deadline for Completion of Expert Discovery shall be: October 12, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before October 19, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before November 2, 2017.

8. The Deadline for Conclusion of Mediation shall be:  On or before February 28, 2018.

Dated: New York, New York
       October 10, 2016

BAKER & HOSTETLER LLP

By:*/s/Elyssa S. Kates*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
kmurphy@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*