**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02759 (SMB) |
| Plaintiff, | |
| v. | |
| NOMURA INTERNATIONAL PLC, | |
| Defendant. | |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for October 26, 2016, has been adjourned to December 21, 2016 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the above-referenced conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Notice of this adjournment is being provided by U.S. Mail or email to all defendants in this adversary proceeding pursuant to the Order Granting Supplemental Authority to Stipulate to

Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789

(SMB), Dkt. No. 13601). The Trustee submits that no other or further notice is required.

Dated: October 11, 2016
      New York, New York

/s/ Matthew D. Feil
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Regina L. Griffin
Email: rgriffin@bakerlaw.com
Matthew D. Feil
Email:  mfeil@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

/s/ Brian H. Polovoy
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Brian H. Polovoy
Email:  bpolovoy@shearman.com
Keith Palfin
Email:  keith.palfin@shearman.com

*Attorneys for Nomura International plc*

300422210.1