**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SUMNER FELDBERG LP II, SUMNER GP LLC, THE SUMNER AND ESTHER FELDBERG 1998 CHARITABLE REMAINDER UNITRUST, THE NANCY KARP 1997 CHARITABLE REMAINDER UNITRUST, MICHAEL S. FELDBERG, SUMNER L. FELDBERG, ESTHER | Adv. Pro. No. 10-04496 (SMB) |

> FELDBERG, in her fiduciary capacity as trustee of THE SUMNER AND ESTHER FELDBERG 1998 CHARITABLE REMAINDER UNITRUST, and NANCY KARP,
>
>                                  Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Michael S. Feldberg, Sumner L. Feldberg, Esther Feldberg, Nancy Karp, Sumner Feldberg LP II, Sumner GP LLC, The Sumner and Esther Feldberg 1998 Charitable Remainder Unitrust, and The Nancy Karp 1997 Charitable Remainder Unitrust (together, the "Defendants"), by and through their counsel, Martin J. Auerbach, Esq. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed a Complaint against Defendants.

2. On January 20, 2012, Defendants filed an Answer to the Complaint.

3. On February 10, 2012, the Trustee filed an Amended Complaint against Defendants.

4. On March 19, 2012, Defendants filed an Answer to the Amended Complaint.

5. On May 13, 2016, the Parties filed a Notice of Mediation Referral.

6. On May 31, 2016, the Parties filed a Notice of Mediator Selection.

7. On August 16, 2016, the Parties entered into a Settlement Agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

8. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of default as set forth in the Settlement Agreement.

9. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

10. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: October 13, 2016

**BAKER & HOSTETLER LLP**

*s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**MARTIN J. AUERBACH, ESQ.**

*s. Martin J. Auerbach*
1330 Avenue of the Americas, 16th Floor
New York, NY 10019
Telephone: (646) 787-2370
Facsimile: (646) 304-0175
Michael J. Auerbach
Email: auerbach@mjaesq.com

*Attorney for Defendants Michael S. Feldberg,*
*Sumner L. Feldberg, Esther Feldberg, Nancy Karp,*
*Sumner Feldberg LP II, Sumner GP LLC, The*
*Sumner and Esther Feldberg 1998 Charitable*
*Remainder Unitrust, and The Nancy Karp 1997*
*Charitable Remainder Unitrust*

**SO ORDERED**

**Dated: October 13th, 2016**
**New York, New York**

/s/ STUART M. BERNSTEIN
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**