**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF LAURA K. CLINTON**

I, Laura K. Clinton, request admission ***pro hac vice*** before the Honorable Stuart M. Bernstein, to represent the parties listed below in the above-referenced matter and in any related adversary proceedings.

***I certify that I am a member in good standing*** of the bars of the State of Washington and the D.C. Court of Appeals.

I represent the defendants in the following adversary proceedings:  *Picard v. Blum* (Adv. Pro. 08-1789-SMB); *Picard v. Pearlman* (Adv. Pro. 10-04504 SMB); *Picard v. South Ferry Building Co.* (Adv. Pro. 10-4488 SMB); *Picard v. South Ferry #2* (Adv. Pro. 10-4350 SMB); *Picard v. Lowrey* (Adv. Pro. 10-04387 SMB); *Picard v. Mesora* (Adv. Pro. 10-5110 SMB); and *Picard v. Lanx* (Adv. Pro. 10-4384 SMB).  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission as well as certificates of good standing from the Washington Supreme Court and the D.C. Court of Appeals.

Dated: October 13, 2016
Washington, D.C.

Respectfully Submitted,

By: */s/Laura K. Clinton*
BAKER & McKENZIE LLP
Laura K. Clinton, WSBA #29846
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 452-7023
Fax: (202) 416-7223
laura.clinton@bakermckenzie.com

2