**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05284 (SMB) |
| Plaintiff, | |
| v. | |
| BENJAMIN W. ROTH; and MARION B. ROTH, | |
| Defendants. | |

**NOTICE OF ADJOURNMENT OF HEARING ON
DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that the hearing in the above-referenced adversary

proceeding which was previously scheduled for October 26, 2016 has been adjourned to

**December 21, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
      October 14, 2016

By:    *s/ Nicholas J. Cremona*
       BAKER & HOSTETLER LLP
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: (212) 589-4200
       Facsimile: (212) 589-4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Nicholas J. Cremona
       Email: ncremona@bakerlaw.com
       Heather J. McDonald
       Email: hmcdonald@bakerlaw.com
       Keith R. Murphy
       Email: kmurphy@bakerlaw.com

       *Attorneys for Irving H. Picard, Esq., Trustee for
       the Substantively Consolidated SIPA Liquidation
       of Bernard L. Madoff Investment Securities LLC
       and the Estate of Bernard L. Madoff*