**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
Ona T. Wang
Lauren R. Weinberg

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>        v.<br><br>JEFFREY HINTE,<br><br>                              Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: November 30, 2015.

2. Fact Discovery shall be completed by: July 27, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: November 18, 2016.

4. The Disclosure of Rebuttal Experts shall be due: December 28, 2016.

5. The Deadline for Completion of Expert Discovery shall be: March 14, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: April 14, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 28, 2017.

8. The Deadline for Conclusion of Mediation shall be: September 28, 2017.

Dated: New York, New York
October 14, 2016

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Ona T. Wang
Email: owang@bakerlaw.com
Lauren R. Weinberg
Email: lweinberg@bakerlaw.com

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*