# EXHIBIT C

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 31, 2016

George Klidonas
direct dial: 212.589.4625
gklidonas@bakerlaw.com

**VIA EMAIL AND FEDEX**

Chaitman LLP
Helen Davis Chaitman, Esq.
Gregory M. Dexter, Esq.
465 Park Avenue
New York, New York 10022

Re:   *Picard v. Trust U/ART Fourth O/W/O Israel Wilenitz, et al*, Adv. Pro. No. 10-04995 (SMB) (Bankr. S.D.N.Y.)

Dear Ms. Chaitman:

With regard to the above-reference adversary proceeding, enclosed please find the "Customer Account Documents" referenced in the Trustee's Initial Disclosures. Specifically, the eight (8) discs include Madoff Core Account Documents and Bank Transfer Documents:

1. Madoff Core Account Documents for Account Number 1CM806;

2. Madoff Core Account Documents for Account Number 1CM837;

3. Madoff Core Account Documents for Account Number 1C0000;

4. Madoff Core Account Documents for Account Number 1C0007;

5. Madoff Core Account Documents for Account Number 1CM188;

6. Madoff Core Account Documents for Account Number 1CM807;

7. Bank Transfer Documents for Account Number 1CM806; and

8. Bank Transfer Documents for Account Number 1CM837.

March 31, 2016
Page 2

      Please note that these documents may have not been redacted for personally identifiable information ("PII").  Under the Litigation Protective Order, governing documents produced in this adversary proceeding, defendants are obligated to redact PII should these documents be used or disclosed in this or any other adversary proceeding.

      Also, please note that these discs are password protected.  You will receive the passwords required to access the documents contained on the discs via e-mail.  Moreover, please be advised that along with the documents enclosed, you may access additional documents that are in the Trustee's possession through the E-Data Room 1.

      If you have any questions or concerns, please do not hesitate to contact me at the above phone number.

Sincerely,

*/s/ George Klidonas*


George Klidonas


Enclosures

300386640.1