# EXHIBIT F

# BakerHostetler MADOFF TRUSTEE DATA ROOM
### Relativity Quick Start Guide

## Relativity 9

## Table of Contents

| CONTENT | PAGE |
|---|---|
| Logging Into E-Data Room 1 | 2 |
| Relativity Workspace Overview | 3 |
| Basic Searching Options | 4 |
| Advanced Searching Options | 5 |
| Viewing/Coding Documents | 6 |
| Help | 7 |
| Relativity 9 Workstation Configuration | 8 |

Presented by:


CDS
COMPLETE DISCOVERY SOURCE

**BakerHostetler MADOFF TRUSTEE DATA ROOM**
**Relativity Quick Start Guide cont'd**



## Logging In

To log into Relativity, browse to the following site - https://relativity.cdslegal.com/Relativity/Login.aspx



At the login screen, enter your email address and password provided to you from the Madoff Data Room Portal to access the database.

## Case Selection

You will now be taken to the Workspace screen shown below. Simply **click** on the link for the 'E-Data Room 1_Proof of Fraud and Insolvency' link to access the database.



BakerHostetler **MADOFF TRUSTEE DATA ROOM**
**Relativity Quick Start Guide cont'd**





**Workspace**

Above you will find the initial workspace for this database.

- Browser – This provides you with different ways of navigating data room documents:
    - Field Tree  – Is a hierarchical list of issues relevant to the case. The field tree icon is located at the bottom right of the Browser section. Items in the Data Room are organized into the following Issues: Documents, Data and Financials. Clicking on an issue (ie Data) or a subfolder within will generate the list of the documents in the 'Item List' area.  Clicking on the plus + before each subfolder will expand that particular section.



    - Saved Searches  - This is where you can create a new search,  save new searches and browse previously saved searches . You will also find pre-saved searches for documents you have tagged as 'Not Relevant', 'To Produce', 'For Further Review' or 'Tech Issue' specific to  your Adversary Proceeding. The Saved Searches icon is located at the bottom right of the Browser section. Again, clicking on the plus + before each subfolder will expand that particular section.



- View Bar – Controls which documents and fields are displaced in the item list manager. Your choices here will be named according to your Adversary Proceeding Number_Firm-View . Two views are available for your review (ie **01-00001_Mario and Mario LLP – My Reviewed Documents** and **01-00001_Mario and Mario LLP – All Documents**)

3

**BakerHostetler** MADOFF TRUSTEE DATA ROOM
**Relativity Quick Start Guide cont'd**



## Basic Searching Options

*Keyword Searches*
Relativity uses the keyword or SQL index search as its default search engine. You can use Boolean operators (AND, OR, NOT) in keyword searches, as well as quotation marks for exact matches, asterisks (*) for wildcards, and other features. Keyword Search is available on the far right of the View Bar as a drop down choice as noted in the screenshot below. There is also an option for running a Keyword Search within the Advanced Searches section. Please refer to the Advanced Search Manual for more detailed information with building Keyword Searches.



*DT Searches*
The dtSearch engine provides advanced search functionality such as proximity, stemming, and fuzzy searches. It also supports the use of Boolean operators, custom noise word lists, and other basic searching features available in keyword searches. DT Search is available on the far right of the View Bar as a drop down choice as noted in the screenshot below. There is also an option for running a DT Search within the Advanced Searches section. Please refer to the Advanced Search Manual for more detailed information with building DT Searches.



*Filters*
In Relativity, filtering provides a simple and fast way to search for a specific group of items in a list. Filters search for values in the fields displayed on the active view, and across all records available in the searchable set. They are available for the item lists displayed on tabs and popups. When you activate filtering (toggling on Show Filter/Hide Filter), you will see options displayed at the top of each column in the item list. In the following example, the filters are displayed on the Document tab.



4

# BakerHostetler **MADOFF TRUSTEE DATA ROOM**
**Relativity Quick Start Guide cont'd**



**Advanced Searching and Saved Searches\*\***

In order to perform an advanced search within the Relativity Data Room, please follow the steps below:

- Click on the magnify glass 🔍 located in the in the lower right section of the browser area
- Click on the Adversary Proceeding Number_Firm  Name Folder (ie 01-00001_Mario and Mario LLP) on the top left
- Then, click on the  **New Search**  button on top middle to start off your advanced search
    - Name your search in the Information section , as shown below, and select any other criteria specific to your search
    - Enter your search term in the Search Text area within the Search Conditions section (optional)
        - You have an option to utilize the Keyword Search  or DT Search Index ,as described on the previous page, to build your search
    - Select any field conditions with operators/values, as described on the previous page, to build out your search (optional)
    - Select additional fields from the field list on the left to show additional fields for the search results
    - Select the sort order field and either Ascending or Descending from the Sort section (optional)
    - Select  **Search**  at the top of your screen



*\*\*Please reference the Relativity User Manual located on the Reference Guide Tab for more information on building Advanced Searches.*

5

# BakerHostetler **MADOFF TRUSTEE DATA ROOM**
## Relativity Quick Start Guide cont'd



### Viewing Documents

Once you have a list of documents that you have narrowed down by either filtering or searching (keyword/dt search/advanced search), click on the Docid in the 'Item List' area to open and view a document. This will proceed to open up the image in the 'Document Image' window illustrated below.



### Coding Documents

To code a specific document, simply click on the **Edit** button at the top left of the coding layout section, named as the Adversary Proceeding Number_Firm (ie 01-00001_Mario and Mario LLP). From there, you may select any of the following field choices (To Produce, Not Relevant, For Further Review or Tech Issue) and click Save, Save & Next or Cancel to continue.







**BakerHostetler MADOFF TRUSTEE DATA ROOM**

**Relativity Quick Start Guide cont'd**



**Help**

Relativity Online Help is available on the Reference Guide tab in Relativity.

Also, please use the Data Room Portal for all Data Room support inquiries including login errors, password reset, technical and search issues, etc.  https://www.bhdrreequestinfo.com/

7



# Workstation Configuration

May 19, 2015 - Version 9 & 9.1

For the most recent version of this document, visit our **documentation website**.

8

# Table of Contents

**1 Workstation configuration** ...................................................................................... **3**

1.1 Google Chrome (Mac and PC) considerations ......................................................... 4

    1.1.1 Disable Pop-up blocker ................................................................. 4

    1.1.2 Additional settings ...................................................................... 4

1.2 Safari (Mac only) considerations .......................................................................... 4

    1.2.1 Disable Pop-up blocker ................................................................. 4

    1.2.2 Additional settings ...................................................................... 4

1.3 Internet Explorer 10 and 11 considerations ........................................................... 4

    1.3.1 Legacy viewer .......................................................................... 4

    1.3.2 Custom level security ................................................................... 5

    1.3.3 Disable Pop-up blocker ................................................................. 6

    1.3.4 Network considerations ................................................................. 6

    1.3.5 Foreign language documents ........................................................... 7

**2 User hardware and software requirements** .................................................................. **7**

2.1 Supported operating systems .............................................................................. 7

    2.1.1 Supported browsers ..................................................................... 8

    2.1.2 Windows 8 .............................................................................. 8

    2.1.3 JavaScript errors with IE10 and Windows 7 ......................................... 8

2.2 Hardware .................................................................................................... 9

    2.2.1 Minimum workstation configuration ................................................. 9

    2.2.2 Recommended workstation configuration ........................................... 9

**3 Browser specific considerations** ............................................................................... **9**

3.1 Changing the language settings in Chrome ............................................................. 9

3.2 Using Single Sign On (SSO) on a Mac in Chrome and Safari ....................................... 10

3.3 Pop-up blockers in Firefox ...............................................................................10

3.4 Pop-up blockers in Safari ................................................................................................10

3.5 Enable tabbing on a Mac in Safari or Firefox .........................................................11

    3.5.1 Safari ........................................................................................................................11

    3.5.2 Firefox .......................................................................................................................11

**4 Legacy viewer installation** ..............................................................................................**11**

4.1 Adding Relativity as a trusted site .......................................................................11

4.2 Configuring Internet Explorer in environments with distributed web components ...........12

4.3 Custom level ActiveX settings ..............................................................................13

4.4 Configuring download settings .............................................................................15

4.5 Configuring temporary Internet file settings .........................................................16

4.6 Network considerations ........................................................................................17

4.7 Foreign language documents ................................................................................17

4.8 Enterprise viewer deployment ..............................................................................18

4.9 Single workstation viewer installation ..................................................................18

    4.9.1 Issues with multiple file-viewing applications ....................................................19

4.10 Uninstalling old versions of the viewer ...............................................................19

**5 Installing foreign language settings** .............................................................................**20**

**6 Configuring Quick View Plus** ........................................................................................**20**

# 1 Workstation configuration

Before using Relativity for document review, it's important to consider workstation configuration properties potentially required in your environment. This document outlines those workstation components that ensure Relativity's accessibility and functionality.

For ActiveX viewer workstation configuration details, see Legacy viewer installation.

# 1.1 Google Chrome (Mac and PC) considerations

## 1.1.1 Disable Pop-up blocker

Relativity opens new windows to allow you to perform specific actions. Your web browser's pop-up blocker may block new windows from opening by default. Refer to Manage pop-ups for instructions to disable the pop-up blocker in Google Chrome.

## 1.1.2 Additional settings

Refer to Browser specific considerations for information on additional settings for Chrome.

# 1.2 Safari (Mac only) considerations

## 1.2.1 Disable Pop-up blocker

Relativity opens new windows to allow you to perform specific actions. Your web browser's pop-up blocker may block new windows from opening by default. Make sure to disable the pop-up blocker when you're working in Safari.

## 1.2.2 Additional settings

Refer to Browser specific considerations for information on additional settings for Safari.

# 1.3 Internet Explorer 10 and 11 considerations

**Note:** Microsoft Internet Explorer 10.x (32-bit) is supported only on Windows 8 for Relativity 7.5.630.50 and later. In addition, Relativity doesn't support Internet Explorer 10 and 11 with Compatibility View. For information about disabling Compatibility View in Internet Explorer, see Internet Explorer Compatibility View settings in the Relativity 9 Documentation site.

## 1.3.1 Legacy viewer

Relativity 9 uses the HTML viewer by default. You can configure your Relativity environment to use the legacy ActiveX viewer or to switch from the HTML to the ActiveX viewer on an individual basis. For details, see Legacy viewer installation.

**Note:** Make sure that you have the latest version of the legacy viewer from Oracle before you attempt to use the legacy ActiveX option in Relativity 9.

## 1.3.2 Custom level security

Internet Explorer may require you to enable the **Font download** option in the custom security settings to properly load the viewer toolbar icons.

To enable Font download in the Internet Explorer custom security settings, perform the following steps:

1. Open **Internet options** in Internet Explorer and click the **Security** tab.
2. Click **Custom level**.



3. Select **Enable** for the **Font download** setting.



4. Click **OK**.
5. Click **Apply** followed by **OK**.
6. Exit and restart Internet Explorer.

## 1.3.3 Disable Pop-up blocker

Relativity opens new windows to allow you to perform specific actions. Your web browser's pop-up blocker may block new windows from opening by default . Refer to Change security and privacy settings for Internet Explorer > Pop-up Blocker for instructions to disable the pop-up blocker in Internet Explorer.

## 1.3.4 Network considerations

- The viewer uses the RelativityWebAPI as well as the Relativity.Distributed components.
  - Inside the viewer, the Distributed piece is called from within the application, as indicated by the URL referenced in the bottom left corner of the viewer pane once the viewer radio button is clicked.
- The files retrieved in the viewer are HTTPS.

> **Note:** While certificate validation is often based on the standard HTTPS security feature based on the URL, as found within Internet Options, it is not always. If a user does not have the latest Microsoft updates to add 3rd Party Certificate authorities as trusted certificates, an error message could occur, even if the correct website is used.

### 1.3.5 Foreign language documents

Relativity allows you to review foreign language documents.

If you are reviewing documents on Windows Vista or 7 PC, no steps are required. You should be able to view foreign language documents immediately.

However, installation steps are required if you are:

- Managing a background worker managerserver
- Managing a web server

The following installation steps are provided by Microsoft. To learn more, visit their website at http://support.microsoft.com/, and see Installing foreign language settings on page 20 for step-by-step instructions.

For information regarding importing files, including files that contain languages other than English, see Importing documents in the Relativity Desktop Client Guide.

# 2 User hardware and software requirements

This section outlines requirements and recommendations for a workstation used to access Relativity.

> **Note:** Relativity viewer versions 6 and 7 are side-by-side compatible. To ensure proper viewer functionality, users must close their browsers before they switch from one version to the next.

## 2.1 Supported operating systems

The following operating systems support the Relativity Desktop Client:

- Windows 8 Desktop Mode (PC)
- Windows 8 Pro Desktop Mode (Surface Pro)
- Windows 7
- Windows Vista
- Windows Server 2012 R2

> **Note:** Windows 8 User Interface mode is not supported whether you're using a PC or a tablet computer. The version of IE 10 for Windows 8 User Interface mode doesn't support installation of the Relativity viewer.

## 2.1.1 Supported browsers

The following browsers support Relativity:

- Microsoft Internet Explorer 11.x (32-bit)
- Microsoft Internet Explorer 10.x (32-bit)
- Google Chrome 35+ (on both PC and Mac)
- Apple Safari 6+ (Mac only)
- Firefox 32+ (on both PC and Mac) - Only supported by Relativity 9.0.237.3, released on December 24, 2014, and above.

**Note:** Microsoft Internet Explorer 10.x (32-bit) is supported only on Windows 8 for Relativity 7.5.630.50 and later. In addition, Relativity doesn't support Internet Explorer 10 and 11 with Compatibility View.

## 2.1.2 Windows 8

There are two versions of Windows 8:

- **Windows RT** - This version of Windows is optimized for ARM processor-based tablets and PCs. Relativity does not support this version.
- **Windows 8 Pro** - This version runs the full Windows 8 software, so it can integrate with your existing infrastructure. This version is supported with Relativity 7.5.630.50 and later. Make sure you're running in Desktop mode with Compatibility View disabled in Internet Explorer 10.

## 2.1.3 JavaScript errors with IE10 and Windows 7

If you're using Internet Explorer 10 with Windows 7, you may encounter certain JavaScript errors like the following while running Relativity:



These errors can occur on the document review page when HTML-enabled fields are present on the layout. They can also occur when the stand-alone viewer is launched. These errors don't affect functionality. If you click **Close** on the error dialog, the error disappears and you can use Relativity as normal.

To resolve this issue, perform the following steps:

1. Open the Internet Options window and select the **Advanced** tab.
2. In the Browsing section, clear the option **Display a notification about every script error**.
3. Select the option **Disable script debugging (Internet Explorer)**.
4. Click **OK**.

## 2.2 Hardware

A user's workstation and network connection have a significant influence on his/her Relativity experience.

### 2.2.1 Minimum workstation configuration

- 512MB SDR memory
- Intel Pentium 3 or equivalent

### 2.2.2 Recommended workstation configuration

- 1GB DDR memory
- Intel Pentium 4/AMD Athlon XP

# 3 Browser specific considerations

Refer to the following browser specific considerations when using Relativity 9 cross browser.

## 3.1 Changing the language settings in Chrome

Internet Explorer syncs the region and language settings with the operating system. Chrome does not have the same behavior.

You must manually change the language settings in Chrome in order to keep them in sync with the operating system.

To change the language settings in Chrome, refer to the Chrome documentation.

> **Note:** Make sure to place the selected language at the top of the Languages list, as Chrome uses the first language by default.

## 3.2 Using Single Sign On (SSO) on a Mac in Chrome and Safari

In order for Single Sign On (SSO) authentication to work on a Mac in Chrome and Safari, you must use SSO in conjunction with the Mac Keychain application.

- Safari
  - Safari prompts for credentials the first time. If you select **Remember this password in my Keychain,** you won't be prompted for credentials again.
  - If you change your Active Directory password, you are prompted to update your Keychain at log in. This updates the Safari saved password and you are not prompted when accessing Relativity.
  - If you manually delete the entry in the Keychain, you are prompted for credentials when accessing Relativity.
- Chrome
  - Chrome is similar to Safari, and you are prompted for credentials. Once authenticated, when asked to remember password, say yes.This saves the password in the Keychain.
  - Chrome pre-populates the prompt with credentials, and it does not pass straight through like Safari.

## 3.3 Pop-up blockers in Firefox

By default, Firefox blocks some pop-ups in Relativity. Normally, Firefox will display a message near the URL bar telling you that a pop-up has been blocked and asking whether to allow pop-ups for the website. For certain pop-ups, this message is displayed but then disappears immediately, before giving you a chance to allow pop-ups.

This error occurs in the Delete button in the action bar of any object's View page. To work around this issue, perform the following steps:

1. Navigate to the Firefox browser options menu.
2. Click the **Content** tab, then under the Block pop-up windows section, click **Exceptions**.
3. Add the URL of Relativity. (For example, http://localhost/Relativity).

After performing these steps, Firefox does not block any Relativity pop-ups in the environment.

Alternatively, you can disable pop-up blocking for all websites by clearing the **Block pop-up windows** checkbox on the Content tab.

## 3.4 Pop-up blockers in Safari

Similar to Firefox, Safari also blocks the "Delete" pop-up on any object's View page, but Safari never alerts the user. To work around this issue, open the Preferences menu, navigate to the **Security** tab, and make sure that **Block pop-up windows** is cleared. Be aware that this will stop Safari from blocking pop-ups for all websites.

## 3.5 Enable tabbing on a Mac in Safari or Firefox

When working in Relativity using Safari or Firefox on a Mac OS, you must configure the following settings to enable tabbing:

### 3.5.1 Safari

1. From Safari Preferences, navigate to the Advanced tab.
2. In the Accessibility section, select the setting **Press Tab to highlight each item on a webpage**.

### 3.5.2 Firefox

1. From System Preferences, click **Keyboard** and navigate to the Shortcuts tab.
2. Near the bottom of the window in the Full Keyboard access section, select **All Controls**.

Enabling the All Controls setting can cause a cursor to appear to the right of any items you've highlighted using the Tab key. To stop this cursor from appearing, perform the following steps:

1. From Firefox Preferences, navigate to the Advanced tab.
2. Click the **General** subtab if necessary, then clear the **Always use the cursor keys to navigate within pages** check box.

# 4 Legacy viewer installation

This section outlines the installation of the legacy ActiveX viewer. This information is only relevant to administrators who want to set up their Relativity 9 environment to use the ActiveX viewer instead of the HTML viewer and/or who want to allow users to be able to switch from the HTML to the ActiveX viewer on an individual basis. If you plan on using only the HTML viewer that is the default in Relativity 9, you don't need to follow the steps on this page. For details, see the Viewer section of the Relativity Admin Guide.

Make sure that you have the latest version of the legacy viewer from Oracle before you attempt to use the legacy ActiveX option in Relativity 9.

**Note:** If you are running an OS that is x64 and not x86, you need to use IE x86 (32-bit) when accessing Relativity because the Relativity Viewer is a 32-bit application.

## 4.1 Adding Relativity as a trusted site

By default, IE will prompt a user to verify viewer downloads. Adding Relativity as a trusted site allows the installation to proceed without warnings. It is also required for proper operation of the viewer. The use of custom level settings within the Internet Options tab, also allow the Relativity viewer to be installed.

To add Relativity as a trusted site, perform the following steps:

1. In Internet Explorer, browse to **Tools**, then **Internet Options**. From the Internet Option window, select the **Security** tab.



2. On the Security tab, select **Trusted sites** (usually a green check mark) and then click on the **Sites** button indicated above by the red box. The Trusted Site window appears. Your Relativity URL should display in the **Add this website to the zone** text box.
3. Click **Add**. This adds Relativity to the list of trusted sites.

In addition to adding Relativity as a trusted site within your Internet Options, you may have to modify your custom level settings for the viewer to be installed.

# 4.2 Configuring Internet Explorer in environments with distributed web components

If your environment is configured with Relativity web components installed on separate web servers, perform the following configuration steps:

> **Note:** If you are not working in an environment with distributed web components, you can skip this configuration step. Contact your system admin for additional information about your environment configuration.

1. After you add Relativity as a Trusted Site, click **Custom level** on the Security tab.



2. On the Trusted Sites Zone window, scroll down to the option called **Access data sources across domain**. Select **Enable**, and click **OK**.

# 4.3 Custom level ActiveX settings

In addition to adding Relativity as a trusted site within your Internet Options, you may have to address your custom level settings to allow for the viewer to be installed.

To set your custom levels, perform the following steps:

1. Click the **Security** tab on the Internet Options window.
2. Click **Custom level**.
3. Confirm that **Download signed ActiveX controls** is set to **Prompt**.



4. Confirm that **Run ActiveX controls and plug-ins** is set to **Enable**.



**Note:** Failing to set the above Internet custom levels could prevent viewer installation from being completed.

# 4.4 Configuring download settings

To configure download settings, perform the following steps:

1. In Internet Explorer, browse to **Tools**, then **Internet Options**. From the Internet Option window, select the **Security** tab.
2. On the Security tab, select **Trusted sites** (usually a green check mark) and then click **Custom Level** on the lower half of the screen.
3. On the Security Settings – Trusted Sites Zone popup, scroll down to the Downloads section.
4. Configure the settings in this section to match the following:

   - Automatic prompting for file downloads - Enable (IE10 and below)
   - File download - Enable
   - Font download - Enable



5. Click **OK**.

# 4.5 Configuring temporary Internet file settings

You can configure Internet Explorer to check for newer versions of pages and media instead of loading the previously stored versions.

To configure this temporary Internet file setting, perform the following steps:

1. In Internet Explorer, browse to **Tools**, then **Internet Options**. From the Internet Options window, select the **General** tab.
2. On the General tab, under **Browsing History**, click **Settings**.
3. On the Temporary Internet Files and History Settings popup, check the radio button **Every time I visit the webpage.**



4. Click **OK**.

# 4.6 Network considerations

- The viewer uses the RelativityWebAPI as well as the Relativity.Distributed components.
  - Inside the viewer, the Distributed piece is called from within the application, as indicated by the URL referenced in the bottom left corner of the viewer pane once the viewer radio button is clicked.
- The files retrieved in the viewer are HTTPS.

**Note:** While certificate validation is often based on the standard HTTPS security feature based on the URL, as found within Internet Options, it is not always. If a user does not have the latest Microsoft updates to add 3rd Party Certificate authorities as trusted certificates, an error message could occur, even if the correct website is used.

# 4.7 Foreign language documents

Relativity allows you to review foreign language documents.

If you are reviewing documents on Windows Vista or 7 PC, no steps are required. You should be able to view foreign language documents immediately.

However, installation steps are required if you are:

- Managing a background processing server
- Managing a web server

The following installation steps are provided by Microsoft. To learn more, visit their website at http://support.microsoft.com/, and see Installing foreign language settings on page 20 for step-by-step instructions.

## 4.8 Enterprise viewer deployment

This section includes instructions for use by administrators who want to deploy the viewer across their organization. You can download a standalone utility for installing the viewer, and then run it according to the procedures established by your organization for installing applications.

> **Note:** To obtain the Viewer Installation Kit, you must be able to access a workspace in Relativity. You must also have the security permission **View Workspace Details** under Admin Operations on the Security page.

1. Log in to Relativity.
2. Click on a workspace where you have the security permission **View Workspace Details**.
3. Select the **Administration** tab, and click **Workspace Details**.
4. Click **Download Viewer Installation Kit** to download the utility containing executable files for the viewer installation.
5. Run the executable and follow the instructions on the dialogs. Depending on the current workstation configuration, some or all of the files list in the following dialog will be installed.
6. Restart the browser after the installation is completed.

## 4.9 Single workstation viewer installation

To install the Relativity viewer, you must complete a one-time process, which is initiated when you open a document in the Relativity viewer for the first time. Before you begin, make sure that you have completed the steps in Adding Relativity as a trusted site on page 11.

The settings on your workstation determine the steps that you will complete to install the viewer. This section describes the messages that most users will encounter and be required to install.

1. Log in to Relativity, and navigate to a workspace. Click a document to open it.
2. If a warning message appears at the top or bottom of your browser, use the following instructions to install the add-on. Otherwise, continue to step 3.

    a. Right-click the warning and select **Install This Add-on for All Users on This Computer**.

    b. Click **Install** on the pop-up.

    c. If the viewer has successfully installed, you can begin working with your document. Complete step 3 if an error message displays.

3. If Relativity displays a message indicating that the viewer could not load, use the following instructions to run the Viewer Installation Kit.



a. Click the link to launch the Viewer Installation Kit.
b. Click **Run** on the File Download warning message.
c. Click **Run** to begin the installation process.
d. Click **Install** to download the installation files. Depending on your workstation configuration, you may see all or some of the files listed in wizard for Relativity Viewer Installation Kit.
e. The required files for the viewer may take several minutes to download. The installation wizard will display a progress bar for monitoring the download of these files.
f. After the installation completes, click **Finish** on the confirmation message.
g. Close and then reopen your browser. You can now use the viewer to display documents in your review.

## 4.9.1 Issues with multiple file-viewing applications

If your workstation does not support multiple file-viewing applications, you may encounter Viewer issues.

An error can occur while attempting to load Oracle Outside In dlls when another version of Relativity is run in the same IE session or when other file-viewing tools such as Quick View Plus or iPro are installed on the machine.

To resolve this issue, close all IE windows and reopen Relativity. If this does not resolve the issue and you are using Quick View Plus, please refer to the Quick View Plus section of this document.

# 4.10 Uninstalling old versions of the viewer

Perform the following steps to uninstall the Relativity viewer:

1. Click **Start** > **Control Panel** > **Add/Remove Programs**.
2. In the program list double-click the **Relativity Web Client**.
3. Click **Yes** on the confirmation window.
4. In the program list double-click the **Relativity Web Client Manager**.
5. Click **Yes** on the confirmation window.

# 5 Installing foreign language settings

To view foreign language documents, you must have the applicable languages installed in your Microsoft Operating System. For more information about Relativity and foreign language documents, see Foreign language documents on page 7.

1. Select **Start | Control Panel**, and click the **Regional and Language Options** icon.
2. Select the **Languages** tab.
3. Under Supplemental language support, select the checkbox that applies to your language needs. The complex script and right-to-left languages include Arabic, Armenian, Georgian, Hebrew, the Indic languages, Thai, and Vietnamese; the East Asian languages include Chinese, Japanese, and Korean. The files for most other languages are installed on your computer automatically by Windows.
4. Click **OK** and **Apply**.
5. You will be prompted to insert the Windows CD-ROM or point to a network location where the files are located. After the files are installed, you must restart your computer.
6. To remove the language files, deselect the checkbox beside the applicable collection and click **OK** and **Apply**.

See the Supported languages matrix  for a complete list of languages that the language identification operation can detect.

# 6 Configuring Quick View Plus

The Relativity Viewer is driven by the same technology that drives Quick View Plus. As a result, you may see conflicts while trying to use the Relativity viewer on a machine with Quick View Plus installed.

To configure Quick View Plus correctly, follow these steps:

1. Open Quick View Plus and select **View | Configure Quick View Plus**.
2. A menu displays a list of the application with which Quick View Plus integrates.
3. Click any of the following applications that appear on the list. The Action section will read **Disable Integration**.
   - Microsoft Internet Explorer
   - Microsoft Outlook
   - Microsoft Express
   - Microsoft Word
   - Microsoft Excel
   - Microsoft PowerPoint
4. Click **Apply**, and then close out of Quick View Plus.

5.  Locate the small magnifying glass icon in your Windows task bar. This is the icon for Quick View Plus.
6.  Right-click on the icon and select **Exit Quick View Plus**.
7.  Close all open Internet Explorer Windows and begin a new session.
8.  Log in to Relativity and verify that you can now correctly display documents in the Relativity Viewer.

## Proprietary Rights

This documentation ("**Documentation**") and the software to which it relates ("**Software**") belongs to kCura LLC and/or kCura's third party software vendors. kCura grants written license agreements which contain restrictions. All parties accessing the Documentation or Software must: respect proprietary rights of kCura and third parties; comply with your organization's license agreement, including but not limited to license restrictions on use, copying, modifications, reverse engineering, and derivative products; and refrain from any misuse or misappropriation of this Documentation or Software in whole or in part. The Software and Documentation is protected by the **Copyright Act of 1976**, as amended, and the Software code is protected by the **Illinois Trade Secrets Act**. Violations can involve substantial civil liabilities, exemplary damages, and criminal penalties, including fines and possible imprisonment.

©2015. kCura LLC. All rights reserved. Relativity® and kCura® are registered trademarks of kCura LLC.