# EXHIBIT I

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:            **011570**

## CUSTOMER CLAIM

Claim Number_____

**RECEIVED**

Date Received_____

JUN 2 6 2009

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Provide your office and home telephone no.

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

OFFICE:_____

HOME: Redacted _____

Taxpayer I.D. Number (Social Security No.)
__Redacted-_$8927$_____

Account Number:    1CM806

EVELYN BEREZIN WILENITZ

# Redacted

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of    $ 801,250.43
    b.    I owe the Broker a Debit (Dr.) Balance of    $_____

* This includes the value of equities, put/call options and cash.

502180406

PLEASE SEE THE ATTACHED NOTE!

**MWPTAP00515308**

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $_____

d.    If balance is zero, insert "None."                 _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | ✓ | |
| b.    I owe the Broker securities | | |

c.    If yes to either, please list below:

*SEE ATTACHED "INFORMATION TO SUPPORT CLAIM"*

Number of Shares or
Face Amount of Bonds

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | *See attached Madoff* | _____ | _____ |
| _____ | *report of Nov. 30, 2008* | _____ | _____ |
| _____ | *which includes securities,* | _____ | _____ |
| _____ | *put/call options, and cash* | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

MWPTAP00515309

MWPTAP00515308

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

502180406

3

MWPTAP00515310

MWPTAP00515308

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.              _____    ✓

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __6/24/09_____    Signature _Evelyn Serepia Wilenitz_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

**MWPTAP00515311**

MWPTAP00515308

<u>NOTE RECONCILING CREDIT BALANCE Re: Account #1-CM806</u>

June 10, 2009

To: Irving H. Picard, Trustee for the Broker

From: Evelyn Berezin Wilenitz

Your instructions, both written and verbal, ask for information on what the Broker, [Bernard F. Madoff investment Securities] owes this trust. There are two ways in which I can calculate this and I am providing both answers, which differ. This note is an explanation for each method and why they differ:

1.      On the first page of your "Claims" document, you ask for how much the broker owes on this account. The instruction indicates that you want the amount detailed on the last report from the Broker. I have attached a copy of that last report, which is dated November 30, 2008. The actual account shows ownership of stocks, puts and calls, the value of which nets out to a total of $$801,250.43.

2.      But you made it clear in your meeting with claimants last February that SIPC claims should be made, not on the (above) final value of this account as the Madoff organization reported it, but as the dollar amount put into the account less any amounts withdrawn from the account. I have attached a second document called "Information to Support Claim Re: Madoff to SIPC" which itemizes the amount put into the fund when it was started in 2003 as well as a list of withdrawals per year. The net amount, which is the actual basis for my claim, is $210,163.94.

*Evelyn Berezin Wilenitz*
Evelyn Berezin Wilenitz



**BERNARD L. MADOFF**
MADF ☐ INVESTMENT SECURITIES LLC
New York ☐ London

285 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

EVELYN BEREZIN WILENITZ
Redacted

PERIOD ENDING: 11/30/08  PAGE 1

YOUR TAX PAYER IDENTIFICATION NUMBER: ********3927

YOUR ACCOUNT NUMBER: 1-CH006-3-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 47,726.24 | |
| 11/12 | 442 | | 2715 | WAL-MART STORES INC | 55.830 | 24,693.86 | |
| 11/12 | 209 | | 3217 | INTERNATIONAL BUSINESS MACHS | 97.270 | 25,232.03 | |
| 11/12 | 1,071 | | 7041 | EXXON MOBIL CORP | 72.680 | 78,096.48 | |
| 11/12 | 1,173 | | 7543 | INTEL CORP | 14.510 | 17,066.23 | |
| 11/12 | 561 | | 11869 | JOHNSON & JOHNSON | 59.580 | 33,446.38 | |
| 11/12 | 755 | | 16195 | J.P. MORGAN CHASE & CO | 38.530 | 29,105.45 | |
| 11/12 | 408 | | 20520 | COCA COLA CO | 44.600 | 18,231.28 | |
| 11/12 | 238 | | 24046 | MCDONALDS CORP | 55.370 | 13,187.06 | |
| 11/12 | 642 | | 29172 | MERCK & CO INC | 26.550 | 12,636.10 | |
| 11/12 | 1,615 | | 33498 | MICROSOFT CORP | 21.810 | 35,287.15 | |
| 11/12 | 818 | | 37824 | ORACLE CORPORATION | 17.300 | 14,148.80 | |
| 11/12 | 323 | | 50802 | PEPSICO INC | 56.410 | 18,232.43 | |
| 11/12 | 187 | | 51304 | APPLE INC | 100.780 | 18,852.86 | |
| 11/12 | 1,377 | | 55123 | PFIZER INC | 16.940 | 23,381.38 | |
| 11/12 | 323 | | 55630 | ABBOTT LABORATORIES | 54.610 | 17,251.03 | |
| 11/12 | 612 | | 59454 | PROCTER & GAMBLE CO | 64.580 | 39,522.96 | |
| 11/12 | 221 | | 59956 | AMGEN INC | 59.190 | 13,092.36 | |
| 11/12 | 1,020 | | 63780 | PHILLIP MORRIS INTERNATIONAL | 43.680 | 43,547.00 | |
| 11/12 | 340 | | 64280 | BANK OF AMERICA | 21.590 | 22,051.80 | |
| 11/12 | 1,020 | | 68106 | QUALCOMM INC | 33.770 | 11,494.80 | |
| 11/12 | 1,105 | | 68608 | CITI GROUP INC | 12.510 | 13,867.55 | |
| 11/12 | 255 | | 72432 | SCHLUMBERGER LTD | 49.480 | 12,627.40 | |
| 11/12 | 612 | | 72934 | COMCAST CORP | 16.510 | 10,128.12 | |
| | | | | CL A 2 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515313

MWPTAP00515308



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

EVELYN BEREZIN WILENITZ

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-CN806-3-0 | ******3527 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,207 | | 76758 | AT&T INC | 27 | 32,637.00 | |
| 11/12 | 506 | | 77260 | CONOCOPHILLIPS | 52.510 | 16,080.06 | |
| 11/12 | 204 | | 81084 | UNITED PARCEL SVC INC CLASS B | 52.040 | 10,624.16 | |
| 11/12 | 1,241 | | 81586 | CISCO SYSTEMS INC | 16.730 | 20,810.93 | |
| 11/12 | 357 | | 85610 | U S BANCORP | 29.530 | 10,556.21 | |
| 11/12 | 425 | | 85912 | CHEVRON CORP | 73.630 | 31,324.75 | |
| 11/12 | 204 | | 89736 | UNITED TECHNOLOGIES CORP | 53.160 | 10,833.64 | |
| 11/12 | 2,139 | | 90234 | GENERAL ELECTRIC CO | 19.630 | 42,467.17 | |
| 11/12 | 578 | | 94062 | VERIZON COMMUNICATIONS | 30.430 | 17,599.98 | |
| 11/12 | 51 | | 94564 | GOOGLE | 337.4400 | 17,209.40 | |
| 11/12 | 714 | | 98388 | WELLS FARGO & CO NEW | 29.800 | 21,305.20 | |
| 11/12 | 510 | | 98890 | HEWLETT PACKARD CO | 34.900 | 17,819.00 | |
| 11/12 | | 750,000 | 21001 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 749,520.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 23.31 |
| 11/12 | | 36,644 | 16099 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,644.00 |
| 11/12 | 12,663 | | 25466 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,663.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.58 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515314

MWPTAP00515308



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

EVELYN BEREZIN WILENITZ

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/09 | 3 |

YOUR ACCOUNT NUMBER: 1-CM806-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******8927

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 12,863 | 50740 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,863.0 |
| 11/19 | 50,000 | | 55372 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 13,834 | | 59779 | FIDELITY SPARTAN 3/26/2009 U S TREASURY MONEY MARKET | 1 | 13,834.00 | |
| | | | | NEW BALANCE | | | 95,224.69 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,207 | | | AT&T INC | 28.560 | | |
| | 323 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 221 | | | AMGEN INC | 55.540 | | |
| | 187 | | | APPLE INC | 92.670 | | |
| | 1,020 | | | BANK OF AMERICA | 16.250 | | |
| | 425 | | | CHEVRON CORP | 79.010 | | |
| | 1,121 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,105 | | | CITIGROUP INC | 8.290 | | |
| | 408 | | | COCA COLA CO | 46.870 | | |
| | 612 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 306 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,071 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,159 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515315

MWPTAP00515308

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

EVELYN BEREZIN WILENITZ

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Madoff Securities Internat...
121
Mayfair, Lon...
Tel

Redacted

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|
| 11/30/06 | 1-CM606-3-0 | ******8927 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 51 | | | GOOGLE | 292.360 | |
| | 510 | | | HEWLETT PACKARD CO | 35.280 | |
| | 1,173 | | | INTEL CORP | 13.800 | |
| | 289 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| | 765 | | | J.P. MORGAN CHASE & CO | 31.950 | |
| | 561 | | | JOHNSON & JOHNSON | 55.580 | |
| | 238 | | | MCDONALDS CORP | 58.750 | |
| | 442 | | | MERCK & CO | 26.720 | |
| | 1,615 | | | MICROSOFT CORP | 20.220 | |
| | 616 | | | ORACLE CORPORATION | 16.090 | |
| | 223 | | | PEPSICO INC | 56.700 | |
| | 1,377 | | | PFIZER INC | 16.430 | |
| | 425 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 612 | | | PROCTER & GAMBLE CO | 64.350 | |
| | 340 | | | QUALCOMM INC | 33.570 | |
| | 255 | | | SCHLUMBERGER LTD | 30.740 | |
| | 13,834 | | | FIDELITY SPARTAN | 1 | |
| | | | | U.S. TREASURY MONEY MARKET | | |
| | 357 | | | U S BANCORP | 26.980 | |
| | 204 | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | | CLASS B | | |
| | 50,000 | | | U S TREASURY BILL | 99.971 | |
| | | | | DUE 03/26/2009 | | |
| | | | | 3/26/2009 | | |
| | 204 | | | UNITED TECHNOLOGIES CORP | 48.530 | |
| | | | | CONTINUED ON PAGE 5 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515316

MWPTAP00515308



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International
Mayfair, London

EVELYN BEREZIN WILENITZ

Redacted

YOUR ACCOUNT NUMBER: 1-CM806-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NO: *******9927

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED ON SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 578 | | | VERIZON COMMUNICATIONS | 32.550 | |
| | 442 | | | WAL-MART STORES INC | 55.880 | |
| | 714 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG    812,810.43 | | |
| | | | | SHORT   -11,560.00 | | |
| | | | | 801,250.43 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515317

MWPTAP00515308



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0)20 7493 6222

M

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

EVELYN BEREZIN WILENITZ

Redacted

PAGE
6

PERIOD ENDING
11/30/08

YOUR ACCOUNT NUMBER
1-CM806-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******8927

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 5,580.6 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,344,632.6 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515318

MWPTAP00515308



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

EVELYN BEREZIN WILENITZ

Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 47,727. |
| 11/12 | | 17 | 42150 | S & P 100 INDEX NOVEMBER 450 CALL | 15.800 | | 26,843. |
| 11/12 | 17 | | 46476 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 30,277.00 | |
| 11/19 | | 17 | 32581 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 44,183. |
| 11/19 | 17 | | 36906 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 51,017.00 | |
| 11/19 | 17 | | 41231 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 5,117.00 | |
| 11/19 | | 17 | 45556 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 62,683. |
| | | | | NEW BALANCE | | | 95,225. |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23,300 | | |
| | 17 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT 28,050.00     39,610.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

YOUR ACCOUNT NUMBER
1-CW306-4-0

PERIOD ENDING
11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
******68927

PAGE
1

MWPTAP00515319

MWPTAP00515308

Information to Support Claim Re: Madoff to SIPC
Evelyn Berezin Wilenitz, Madoff Acct. #1-CM806
June 24, 2009

1.      This claim is for account # CM806 in my name, Evelyn Berezin Wilenitz. I am a widow, 84 years old, and the account had in it a large percent of all the money I had to live on.

2.      This account was set up in June 2003. Records of the investments into and distributions out of this account since June 2003 are available through Madoff account records, which I understand are available to the trustee. If you need additional records regarding my withdrawals, I could provide my personal bank records, which agree with the Madoff accounts.

A schedule of deposits into and withdrawals from this account since it was opened in June 2003 are shown on the attached summary.

3.      **I am making a claim for to SIPC for $210,163.94, lost in Madoff account # 1-CM806.**

MWPTAP00515320

MWPTAP00515308

Madoff Summary
4-2-2009
Acct. # CM-806-3 Evelyn Berezin Wilenitz

| Date | Action | Deposit | Withdrawal |
|------|--------|---------|------------|
| 6-30-03 | To Account # CM 806-3 | $1,292,649.80 | |
| 12-31-03 | To Account #CM 806-3 | $ 357,514.14 | |
| Total 2003 | | $1,650,163.94 | |
| Withdrawals 2003 | | | $ 60,000.00 |
| Withdrawals 2004 | | | $ 120,000.00 |
| Withdrawals 2005 | | | $1,040,000.00 |
| Withdrawals 2006 | | | $ 40,000.00 |
| Withdrawals 2007 | | | $ 40,000.00 |
| Withdrawals 2008 | | | $ 80,000.00 |
| Total 2003 to 2008........................................................ | | | $1,440,000.00 |
| Net Difference | | $210,163.94 | |

3

MWPTAP00515321

MWPTAP00515308

**EXTREMELY URGENT**    Please Rush To Addressee



MWPTAP00515322

MWPTAP00515308

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:        011587

Date Received
JUN 2 6 2009

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Evelyn Berezin Wilenitz, Trustee

# Redacted

1CM837
FOR ACCOUNT OF TRUST U/ART FOURTH O/W/O
C/O EVELYN BEREZIN

# Redacted

CHANGE TO ⟶

(If incorrect, please change)

Taxpayer I.D. Number (~~Social Security No.~~)
___Redacted 6 517_____

Trust U/W/O Israel Wilenitz
Evelyn Berezin Wilenitz, Trustee

# Redacted

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :        $1,268,641.08 ✳
      a.    The Broker owes me a Credit (Cr.) Balance of
      b.    I owe the Broker a Debit (Dr.) Balance of        $

✳ This includes the value of the equities, puts/call options
502180406        and cash.   PLEASE SEE ATTACHED NOTES !

**MWPTAP00515516**

MWPTAP00515516

c.  If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.                                    $ _____

d.  If balance is zero, insert "None."                       _____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | |

c.  If yes to either, please list below:

*SEE ATTACHED "INFORMATION TO SUPPORT CLAIM"*

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) — Number of Shares or Face Amount of Bonds | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | *see attached Madoff* | _____ | _____ |
| _____ | *Report of Nov 30 2008,* | _____ | _____ |
| _____ | *which includes securities,* | _____ | _____ |
| _____ | *puts/call options, + cash.* | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                  2

**MWPTAP00515517**

MWPTAP00515516

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406

3

MWPTAP00515518

MWPTAP00515516

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                    _____    ✓

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:_____

      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _6/24/09_____        Signature _Evelyn Berger Wilenitz_

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                    4

**MWPTAP00515519**

MWPTAP00515516

NOTE RECONCILING CREDIT BALANCE Re: Account #1-CM837

June 9, 2009

To: Irving H. Picard, Trustee for the Broker

From: Evelyn Berezin Wilenitz, Trustee for Trust U/ART FOURTH 0/W/0
ISRAEL WILENITZ

Your instructions, both written and verbal, ask for information on what the Broker,
[Bernard F. Madoff investment Securities] owes this trust. There are two ways in which I
can calculate this and I am providing both answers, which differ. This note is an
explanation for each method and why they differ:

1.      On the first page of your "Claims" document, you ask for how much the broker
owes on this account. The instruction indicates that you want the amount detailed on the
last report from the Broker. I have attached a copy of that last report, which is dated
November 30, 2008. The actual account shows ownership of stocks, puts and calls, the
value of which nets out to a total of $1,268,641.08.

2.      But you made it clear in your meeting with claimants last February that SIPC
claims should be made, not on the (above) final value of this account as the Madoff
organization reported it, but as the dollar amount put into the account less any amounts
withdrawn from the account. I have attached a second document called "Information to
Support Claim Re: Madoff to SIPC" which itemizes the amount put into the fund when it
was started in 2003 as well as a list of withdrawals per year. The net amount, which is the
actual basis for my claim, is $668,664. I am aware that the maximum amount permitted
under SIPC is $500,000.

*Evelyn Berezin Wilenitz*
Evelyn Berezin Wilenitz

MWPTAP00515520

MWPTAP00515516

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7908 6222

PAGE 1

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TRUST U/ART FOURTH O/W/O
ISRAEL WILENITZ
EVELYN BEREZIN
SARA SEIMS TSTEE

PERIOD ENDING: 11/30/06

YOUR ACCOUNT NUMBER: 1-CM337-3-0   ******6511



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 73,933.13 |
| 11/12 | 702 | | 2739 | WAL-MART STORES INC | 55.830 | 39,220.36 | |
| 11/12 | 459 | | 7241 | INTERNATIONAL BUSINESS MACHS | 87.270 | 40,074.93 | |
| 11/12 | 1,701 | | 7065 | EXXON MOBIL CORP | 72.880 | 124,036.88 | |
| 11/12 | | | 7997 | INTEL CORP | 14.510 | 27,106.13 | |
| 11/12 | 1,863 | | 13093 | JOHNSON & JOHNSON | 68.580 | 53,220.70 | |
| 11/12 | 1,225 | | 13514 | J.P. MORGAN CHASE & CO | 38.930 | 46,861.55 | |
| 11/12 | | | 20519 | COCA COLA CO | 44.650 | 28,964.68 | |
| 11/12 | 648 | | 24370 | MCDONALDS CORP | 55.370 | 20,944.06 | |
| 11/12 | 702 | | 29158 | MERCK & CO | 28.550 | 20,070.10 | |
| 11/12 | 2,565 | | 33522 | MICROSOFT CORP | 21.810 | 56,044.65 | |
| 11/12 | 1,296 | | 37043 | ORACLE CORPORATION | 17.300 | 22,471.80 | |
| 11/12 | 513 | | 50826 | PEPSICO INC | 56.410 | 28,958.33 | |
| 11/12 | 297 | | 51328 | APPLE INC | 100.780 | 29,942.66 | |
| 11/12 | 2,187 | | 55192 | PFIZER INC | 16.940 | 37,134.78 | |
| 11/12 | 513 | | 55654 | ABBOTT LABORATORIES | 54.610 | 28,034.93 | |
| 11/12 | 972 | | 59478 | PROCTER & GAMBLE CO | 64.080 | 62,323.76 | |
| 11/12 | 351 | | 59980 | AMGEN INC | 59.160 | 20,775.16 | |
| 11/12 | 675 | | 63804 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 294,457.00 | |
| 11/12 | 1,020 | | 64306 | BANK OF AMERICA | 21.590 | 35,039.80 | |
| 11/12 | 540 | | 68130 | QUALCOMM INC | 33.170 | 18,256.80 | |
| 11/12 | 1,756 | | 68632 | CITI GROUP INC | 12.510 | 22,025.05 | |
| 11/12 | 405 | | 72456 | SCHLUMBERGER LTD | 49.460 | 20,055.40 | |
| 11/12 | 972 | | 72958 | COMCAST CORP | 16.510 | 16,085.72 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515521

MWPTAP00515516

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TRUST U/ART FOURTH D/W/D
ISRAEL HILSENITZ
EVELYN BEREZIN
SARA SEIMS TSTEE

YOUR ACCOUNT NUMBER  1-CH83T-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 1,917 | | 76782 | AT&T INC | 27 | 51,835.00 |
| 11/12 | 486 | | 77284 | CONOCOPHILLIPS | 52,519 | 25,538.86 |
| 11/12 | 324 | | 81108 | UNITED PARCEL SVC INC | 52,040 | 16,872.96 |
| | | | | CLASS B | | |
| 11/12 | 1,971 | | 81610 | CISCO SYSTEMS INC | 16,730 | 33,052.83 |
| 11/12 | 567 | | 85434 | U S BANCORP | 29,530 | 16,765.51 |
| 11/12 | 675 | | 85936 | CHEVRON CORP | 73,630 | 49,592.25 |
| 11/12 | 324 | | 89760 | UNITED TECHNOLOGIES CORP | 53,160 | 17,235.84 |
| 11/12 | 3,429 | | 90262 | GENERAL ELECTRIC CO | 19,630 | 67,448.27 |
| 11/12 | 928 | | 94086 | VERIZON COMMUNICATIONS | 30,410 | 27,952.23 |
| 11/12 | 81 | | 94508 | GOOGLE | 337,900 | 27,332.40 |
| 11/12 | 1,134 | | 98414 | WELLS FARGO & CO NEW | 29,800 | 33,838.20 |
| 11/12 | 810 | | 98914 | HEWLETT PACKARD CO | 34,900 | 28,301.00 |
| 11/12 | | 2,175,000 | 21025 | U S TREASURY BILL | 99.9936 | |
| | | | | DUE 12/12/2009 | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | |
| | | | | U S TREASURY MONEY MARKET | | |
| | | | | DIV 11/12/08 | | |
| 11/12 | | 70,394 | 16123 | FIDELITY SPARTAN | 1 | |
| | | | | U S TREASURY MONEY MARKET | | |
| 11/12 | 16,500 | | 25492 | FIDELITY SPARTAN | 1 | 16,500.00 |
| | | | | U S TREASURY MONEY MARKET | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | |
| | | | | U S TREASURY MONEY MARKET | | |
| | | | | DIV 11/19/08 | | |
| | | | | CONTINUED ON PAGE 3 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515522

MWPTAP00515516



MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRUST U/ART FOURTH D/W/O
ISRAEL WILENITZ
EVELYN BEREZIN
SARA SEIMS TSTEE

PERIOD ENDING: **11/30/08**   PAGE: **3**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*\*65\*\*1**

YOUR ACCOUNT NUMBER: **1-CM837-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | | 16,500 | 50764 | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | | 16,500.00 |
| 11/19 | 75,000 | | 55396 | U.S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 22,449 | | 59803 | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | 22,449.00 | |
| | | | | NEW BALANCE | | 149,372.46 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,917 | | | AT&T INC | 28.560 | | |
| | 513 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 257 | | | AMGEN INC | 55.540 | | |
| | 247 | | | APPLE INC | 92.670 | | |
| | 1,520 | | | BANK OF AMERICA | 16.250 | | |
| | 575 | | | CHEVRON CORP | 79.010 | | |
| | 975 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,755 | | | COCA COLA INC | 46.290 | | |
| | 648 | | | COCA COLA CO | 46.870 | | |
| | 972 | | | COMCAST CORP CL A | 17.340 | | |
| | 488 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,701 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,429 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515523

MWPTAP00515516

Madoff Securities Internat[...]
12 Be[...]
Mayfair, Lond[...]
Tel 0[...]

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING: **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*6517**

YOUR ACCOUNT NUMBER: **1-CM837-3-0**

TRUST U/ART FOURTH C/W/O
ISRAEL WILENITZ
EVELYN BEREZIN
SARA SEINS TSTEE

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED ON SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 81 | | | GOOGLE | 292.960 | |
| | 810 | | | HEWLETT PACKARD CO | 35.280 | |
| | 1,663 | | | INTEL CORP | 15.800 | |
| | 459 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| | 1,215 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 891 | | | JOHNSON & JOHNSON | 58.580 | |
| | 378 | | | MCDONALDS CORP | 59.750 | |
| | 702 | | | MERCK & CO | 26.720 | |
| | 2,565 | | | MICROSOFT CORP | 20.220 | |
| | 1,296 | | | ORACLE CORPORATION | 16.090 | |
| | 513 | | | PEPSICO INC | 55.700 | |
| | 2,187 | | | PFIZER INC | 16.430 | |
| | 675 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 972 | | | PROCTER & GAMBLE CO | 64.350 | |
| | 540 | | | QUALCONN INC | 33.570 | |
| | 405 | | | SCHLUMBERGER LTD | 50.740 | |
| | 22,449 | | | FIDELITY SPARTAN | 1 | |
| | | | | U.S TREASURY MONEY MARKET | | |
| | 567 | | | U.S BANCORP | 26.780 | |
| | 324 | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | | CLASS B | | |
| | 75,000 | | | U.S TREASURY BILL | 99.971 | |
| | | | | DUE 03/26/2009 | | |
| | | | | 3/26/2009 | | |
| | 324 | | | UNITED TECHNOLOGIES CORP | 48.530 | |
| | | | | CONTINUED ON PAGE   5 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515524

MWPTAP00515516



Madoff Securities Internati
12 Ben
Mayfair, Londo
Tel 00

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******6517

YOUR ACCOUNT NUMBER 1-CM037-3-0

TRUST U/ART FOURTH U/W/O
ISRAEL MILENITZ
EVELYN BEREZIN
SARA SEIMS TSTEE

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| | 918 | | | VERIZON COMMUNICATIONS | 32.650 | |
| | 702 | | | WAL-MART STORES INC | 55.880 | |
| | 1,134 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG            SHORT | | |
| | | | | 1,287,001.08 | | |
| | | | | 18,340.00 | | |
| | | | | 1,313,641.08 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515525

MWPTAP00515516



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

BJS Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRUST U/ART FOURTH O/W/O
ISRAEL WILENITZ
EVELYN BEREZIN
SARA SEIMS TSTEE

PERIOD ENDING: 11/30/08    PAGE: 6
YOUR ACCOUNT NUMBER: 1-CM837-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6517

YEAR-TO-DATE SUMMARY

DIVIDENDS                   AMOUNT CREDITED TO YOUR ACCOUNT  $ 8,625.89
GROSS PROCEEDS FROM SALES                                  7,216,461.51

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515526

MWPTAP00515516



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Affiliated with

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800/334-1343
Fax (212) 838-4061

TRUST U/ART FOURTH U/W/O
ISRAEL WILENITZ
EVELYN BEREZIN
SARA SEIMS TSTEE

**PERIOD ENDING** 11/30/08

**PAGE** 1

**YOUR ACCOUNT NUMBER** 1-CM831-4-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******6517

| DATE | BOUGHT RECEIVED OR LOAN | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 73,935.00 |
| 11/12 | | 27 | 42174 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 42,633.00 |
| 11/12 | 27 | | 46500 | S & P 100 INDEX NOVEMBER 420 PUT | 17.500 | 40,087.00 | |
| 11/15 | | 27 | 32605 | S & P 100 INDEX DECEMBER 530 CALL | 26 | | 70,173.00 |
| 11/19 | 27 | | 36930 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 81,027.00 | |
| 11/19 | | 27 | 41255 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 8,127.00 | |
| 11/19 | 27 | | 45580 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 99,873.00 |
| | | | | NEW BALANCE | | | 149,373.00 |
| | | | | SECURITY POSITIONS | | | |
| | | 27 | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 27 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | 44,550.00 | | |
| | | | | SHORT | 62,920.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00515527

MWPTAP00515516

Information to Support Claim Re: Madoff to SIPC

Trust of Israel Wilenitz Acct. #1-CM837
June 24, 2009

1.      This claim is for the account of #1-CM837, in the name of Trust U/ART
Fourth O/W/O Will Israel Wilenitz. I, Evelyn Berezin Wilenitz, am the trustee for
that Trust. I am a widow, 84 years old, and this trust constituted the entire
amount ($20,000 was left in the Trust's bank account) that my husband left me
when he died in 2003. It is a very large proportion of all the money I had to live
on.

2.      The account was set up in June 2003. Records of the investments into
and the distributions out of this account since June 2003 are available through
Madoff account records which I understand are available to the trustee. As
trustee of my husband's Trust Fund, I withdrew money as required into his Trust
bank account and could provide those records, which agree with the Madoff
accounts.

3.      The attached summary is an itemization of the amounts invested as well
as withdrawn from Trust account numbered 1-CM837  from inception to the
bankruptcy in 2008.

4.      **I am making a claim to SIPC for $668,664, lost in the Madoff account
#1-CM837.**

*Evelyn Berezin Wilenitz*
*Trustee*

MWPTAP00515528

MWPTAP00515516

## Madoff Summary
4-2-2009
### Acct. # CM-837-3-0 Trust U/ART 4th Will, I. Wilenitz

| Date | Action | Deposit | Withdrawal |
|------|--------|---------|------------|
| 6-30-03 | Deposit funds to CM-837 | $998,664.50 | |
| 7-30-2005 | Withdrawals | | $100,000.00 |
| 4-14-2006 | Withdrawals | | $ 80,000.00 |
| 3-29-2007 | Withdrawals | | $ 70,000.00 |
| Withdrawals 2008 | | | $ 80,000.00 |

Total 2003 to 2008................................$998,664.50............$330,000.00

Net Difference                    $668,664.50

2

MWPTAP00515529

MWPTAP00515516

REMELY URGENT        Please Rush To Addressee

*When used internationally, affix customs declaration (PS Form 2976, or 9765)*

*Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.*

cradletocradle
CERTIFIED
SILVER

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☒ PM | Employee Signature M. Madian |
| 6 2b | 12:04 | | |

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.

☐ NO DELIVERY  ☐ Weekend  ☐ Holiday     Mailer Signature

CUSTOMER USE ONLY

TO: (PLEASE PRINT)   PHONE ( )

IRVING. H. PICARD, ESQ.
TRUSTEE FOR BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC
C/O MS. PROCESSING, SUITE: 300
DALLAS, TEXAS 75201

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)

7 5 2 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Day | Postage $ 20.10 |
| 11733 | Scheduled Date of Delivery | Return Receipt Fee $ |
| Date Accepted 6/25/07 | Month 6 Day 26 | COD Fee $ | Insurance Fee $ |
| Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery ☐ 12pm ☐ 3pm | Total Postage & Fees $ 20.10 |
| 4:50 PM | Military ☐ 2nd Day ☐ 3rd Day | |
| Flat Rate ☐ or Weight | Int'l Alpha Country Code | Acceptance Emp. Initials |

EH 851071436US

FROM: (PLEASE PRINT)   PHONE ( )

EVELYN BERMAN WILENITZ

Redacted

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

PRESS HARD. YOU ARE MAKING 3 COPIES

Place Mail
HOW TO USE:

*Visit us at usps.com*