**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AMENDED MOTION FOR ADMISSION TO PRACTICE**
**_PRO HAC VICE_ OF LAURA K. CLINTON**

I, Laura K. Clinton, request admission *pro hac vice* before the Honorable Stuart M. Bernstein, to represent the parties listed below in the above-referenced liquidation proceeding.

*I certify that I am a member in good standing* of the bars of the State of Washington and the D.C. Court of Appeals.

I represent the defendants in the following adversary proceedings: *Picard v. Blum* (Adv. Pro. 08-1789-SMB); *Picard v. Pearlman* (Adv. Pro. 10-04504 SMB); *Picard v. South Ferry Building Co.* (Adv. Pro. 10-4488 SMB); *Picard v. South Ferry #2* (Adv. Pro. 10-4350 SMB); *Picard v. Lowrey* (Adv. Pro. 10-04387 SMB); *Picard v. Mesora* (Adv. Pro. 10-5110 SMB); and *Picard v. Lanx* (Adv. Pro. 10-4384 SMB), for which separate *pro hac vice* applications will be forthcoming.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission as well as certificates of good standing from the Washington Supreme Court and the D.C. Court of Appeals.

Dated: October 18, 2016
Washington, D.C.

Respectfully Submitted,

 */s/ Laura K. Clinton*
BAKER & McKENZIE LLP
Laura K. Clinton, WSBA #29846
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 452-7023
Fax: (202) 416-7223
laura.clinton@bakermckenzie.com