**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## (PROPOSED) ORDER GRANTING ADMISSION TO PRACTICE
## *PRO HAC VICE* TO LAURA K. CLINTON

Upon the motion of Laura K. Clinton to be admitted, ***pro hac vice,*** to represent clients in this proceeding, and upon movant's certification that she is a member in good standing of the bar in the State of Washington and the bar of the D.C. Court of Appeals, it is hereby

**ORDERED**, that Laura K. Clinton is admitted to practice, ***pro hac vice***, in the above referenced proceeding to represent her clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____                    _____

_____, New York                    UNITED STATES BANKRUPTCY JUDGE

8095641-v1\WASDMS