## EXHIBIT 1 – ACCOUNT-HOLDING LIMITED PARTNERSHIP

Limited Partnerships With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Limited Partnership BLMIS Account Name | Limited Partnership Name | Limited Partnership BLMIS Account Number | Claim Filed By Limited Partnership | Outstanding Docketed Objections From Investors In the Limited Partnership | Outstanding Claims of Investors in the Limited Partnership |
|---|---|---|---|---|---|
| M & H Investment Group LP | M & H Investment Group LP | 1CM815 | Yes (000944) | 2 | 2 |
| P J F N Investors L P | P J F N Investors L P | 1ZA081 | Yes (008177) | 4 | 3 |
| Kenn Jordan Associates | Kenn Jordan Associates | 1ZA879 | Yes (012840) | 1 | 1 |
| Harmony Partners LTD | Harmony Partners LTD | 1ZB015 | Yes (004553) | 4 | 3 |
| | | | | **11** | **9** |

1

**EXHIBIT 2 – OBJECTING CLAIMANTS**
List Of Claimants Invested In The Limited Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| Robert and Arlene Merson Family Trust dtd 8/12/03 FBO Howard Merson | 014066 | 3300 | Pro Se Filing | M & H Investment Group LP | 1CM815 |
| Robert and Arlene Merson Family Trust dtd 8/12/03 FBO Michelle Merson | 013805 | 3301 | Pro Se Filing | M & H Investment Group LP | 1CM815 |
| Michael E. Fisch & Sudeshna M. Fisch JT WROS | 008824 | 3229 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Paul J. Fisch and Deborah L. Fisch | 008333 | 3234 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Steven Fisch | 008347 | 3228 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Steven Fisch | 008347 | 3230 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Quentin Walter | 006063 | 3633 | Pro Se Filing | Kenn Jordan Associates | 1ZA879 |
| Frank C. Leonard | 002147 | 3565 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Frank C. Leonard | 002147 | 3944 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Frank C. Leonard | 002148 | 3944 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Frank C. Leonard | 002148 | 3565 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Olivia McKean | 008408 | 3415 | Becker & Poliakoff, LLP | Harmony Partners LTD | 1ZB015 |
| Olivia McKean | 008408 | 3500 | Becker & Poliakoff, LLP | Harmony Partners LTD | 1ZB015 |

## EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Limited Partnerships Identified In Exhibit 1

| Claim Number | Objection Party | Limited Partnership | Limited Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 013805 | Robert and Arlene Merson Family Trust dtd 8/12/03 FBO Michelle Merson | M & H Investment Group LP | 1CM815 | Claim for securities and/or credit balance denied (11/19/2010). | 3301 | 12/3/2010 |
| 014066 | Robert and Arlene Merson Family Trust dtd 8/12/03 FBO Howard Merson | M & H Investment Group LP | 1CM815 | Claim for securities and/or credit balance denied (11/19/2010). | 3300 | 12/3/2010 |
| 008333 | Paul J. Fisch and Deborah L. Fisch | P J F N Investors L P | 1ZA081 | Claim for securities and/or credit balance denied (10/22/2010). | 3234 | 11/19/2010 |
| 008347 | Steven Fisch | P J F N Investors L P | 1ZA081 | Claim for securities and/or credit balance denied (10/22/2010). | 3228 | 11/19/2010 |
| 008347 | Steven Fisch | P J F N Investors L P | 1ZA081 | Claim for securities and/or credit balance denied (10/22/2010). | 3230 | 11/19/2010 |
| 008824 | Michael E. Fisch & Sudeshna M. Fisch JT WROS | P J F N Investors L P | 1ZA081 | Claim for securities and/or credit balance denied (10/22/2010). | 3229 | 11/19/2010 |
| 006063 | Quentin Walter | Kenn Jordan Associates | 1ZA879 | Claim for securities and/or credit balance denied (12/03/2010). | 3633 | 1/6/2011 |
| 002147 | Frank C. Leonard | Harmony Partners LTD | 1ZB015 | Claim for securities and/or credit balance denied (11/19/2010). | 3565 | 12/21/2010 |
| 002147 | Frank C. Leonard | Harmony Partners LTD | 1ZB015 | Claim for securities and/or credit balance denied (11/19/2010). | 3944 | 3/16/2011 |
| 002148 | Frank C. Leonard | Harmony Partners LTD | 1ZB015 | Claim for securities and/or credit balance denied (11/19/2010). | 3944 | 3/16/2011 |
| 002148 | Frank C. Leonard | Harmony Partners LTD | 1ZB015 | Claim for securities and/or credit balance denied (11/19/2010). | 3565 | 12/21/2010 |
| 008408 | Olivia McKean | Harmony Partners LTD | 1ZB015 | Claim for securities and/or credit balance denied (11/19/2010). | 3415 | 12/13/2010 |
| 008408 | Olivia McKean | Harmony Partners LTD | 1ZB015 | Claim for securities and/or credit balance denied (11/19/2010). | 3500 | 12/15/2010 |