**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**SECOND AMENDED MOTION FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF LAURA K. CLINTON**

I, Laura K. Clinton, request admission *pro hac vice* before the Honorable Stuart M. Bernstein, to represent the parties listed below in the above-referenced liquidation proceeding.

*I certify that I am a member in good standing* of the bars of the State of Washington and the D.C. Court of Appeals. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission as well as certificates of good standing from the Washington Supreme Court and the D.C. Court of Appeals.

I represent the following individuals and entities:

Dr. Joel Blum and Dr. Norman Blum;

The Estate of Doris Pearlman, the Doris M. Pearlman Revocable Trust, Jill Pearlman, Heidi Pearlman, and Marvin A. Goldenberg;

South Ferry Building Company, South Ferry #2 LP, Emanuel Gettinger, Abraham Wolfson, Zev Wolfson, and Aaron Wolfson;

James Lowrey, the Estate of Marianne Lowrey, Turtle Cay Partners, Coldbrook Associates Partnership;

ZWD Investments, LLC;

United Congregations Mesora; and

Lanx BM Investments, LLC

Dated:  10/20/2016
Seattle, Washington

                                      Respectfully Submitted,

*/s/ Laura K. Clinton*
BAKER & McKENZIE LLP
Laura K. Clinton, WSBA #29846
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 452-7023
Fax: (202) 416-7223
laura.clinton@bakermckenzie.com

2