**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

### [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE <u>*PRO HAC VICE*</u> TO LAURA K. CLINTON

　　　　Upon the motion of Laura K. Clinton to be admitted, ***pro hac vice,*** to represent Dr. Joel Blum and Dr. Norman Blum; The Estate of Doris Pearlman, the Doris M. Pearlman Revocable Trust, Jill Pearlman, Heidi Pearlman, and Marvin A. Goldenberg; South Ferry Building Company, South Ferry #2 LP, Emanuel Gettinger, Abraham Wolfson, Zev Wolfson, and Aaron Wolfson; James Lowrey, the Estate of Marianne Lowrey, Turtle Cay Partners, Coldbrook Associates Partnership; ZWD Investments, LLC; United Congregations Mesora; and Lanx BM Investments, LLC in this proceeding, and upon movant's certification that she is a member in good standing of the bar in the State of Washington and the bar of the D.C. Court of Appeals, it is hereby

　　　　**ORDERED**, that Laura K. Clinton is admitted to practice, ***pro hac vice***, in the above referenced proceeding to represent her clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____        _____

_____, New York          UNITED STATES BANKRUPTCY JUDGE

8095641-v1\WASDMS