**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 10-04488 (SMB)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, and ZEV WOLFSON,<br><br>       Defendants. | Adv. Pro. 10-4488 (SMB) |

**MOTION FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF LAURA K. CLINTON**

I, Laura K. Clinton, request admission, ***pro hac vice,*** before the Honorable Stuart M. Bernstein, to represent the SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, and ZEV WOLFSON, defendants in the above-referenced adversary proceeding.

*I certify that I am a member in good standing* of the bars of the State of Washington and the D.C. Court of Appeals.  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 20, 2016
Seattle, Washington

Respectfully Submitted,

By: */s/Laura K. Clinton*
BAKER & McKENZIE LLP
Laura K. Clinton, WSBA #29846
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 452-7023
Fax: (202) 416-7223
laura.clinton@bakermckenzie.com