**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 10-04350 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH FERRY #2 LP, EMMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON, <br><br> Defendants | Adv. Pro. No. 10-04350 (SMB) |

**MOTION FOR ADMISSION TO PRACTICE OF
*PRO HAC VICE* OF LAURA K. CLINTON**

I, Laura K. Clinton, request admission, ***pro hac vice,*** before the Honorable Stuart M. Bernstein, to represent SOUTH FERRY #2 LP, EMMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON, the defendants in the above-referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bars of the State of Washington and the D.C. Court of Appeals. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 20, 2016
Seattle, Washington

        Respectfully Submitted,

        */s/ Laura K. Clinton*
        BAKER & McKENZIE LLP
        Laura K. Clinton, WSBA #29846
        815 Connecticut Avenue, NW
        Washington, DC 20006
        Telephone: (202) 452-7023
        Fax: (202) 416-7223
        laura.clinton@bakermckenzie.com