**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 10-04387 (SMB<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LOWREY, individually, in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B. Lowrey Trust, and in his capacity as successor partner of Coldbrook Associates Partnership,<br><br>THE ESTATE OF MARIANNE LOWREY,<br><br>TURTLE CAY PARTNERS,<br><br>COLDBROOK ASSOCIATES PARTNERSHIP, individually and in its capacity as general partner of Turtle Cay Partners,<br><br>Defendants. | Adv. Pro. 10-04387 (SMB) |

**MOTION FOR ADMISSION TO PRACTICE**
*PRO HAC VICE* **OF LAURA K. CLINTON**

I, Laura K. Clinton, request admission, *pro hac vice,* before the Honorable Stuart M. Bernstein, to represent James Lowrey, the Estate of Marianne Lowrey, Turtle Cay Partners, and Coldbrook Associates Partnership, defendants in the above-referenced adversary proceeding.

*I certify that I am a member in good standing* of the bars of the State of Washington and the D.C. Court of Appeals. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 20, 2016
Seattle, Washington

                                        Respectfully Submitted,

                                        */s/ Laura K. Clinton*
                                        BAKER & McKENZIE LLP
                                        Laura K. Clinton, WSBA #29846
                                        815 Connecticut Avenue, NW
                                        Washington, DC 20006
                                        Telephone: (202) 452-7023
                                        Fax: (202) 416-7223
                                        laura.clinton@bakermckenzie.com