**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 10-04387 (SMB<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES LOWREY, individually, in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B. Lowrey Trust, and in his capacity as successor partner of Coldbrook Associates Partnership,<br><br>THE ESTATE OF MARIANNE LOWREY,<br><br>TURTLE CAY PARTNERS,<br><br>COLDBROOK ASSOCIATES PARTNERSHIP, individually and in its capacity as general partner of Turtle Cay Partners,<br><br>　　　　Defendants. | Adv. Pro. 10-04387 (SMB) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE,* TO LAURA K. CLINTON

Upon the motion of Laura K. Clinton, to be admitted, ***pro hac vice,*** to represent James Lowrey, the Estate of Marianne Lowrey, Turtle Cay Partners, Coldbrook Associates Partnership (the "Clients"), defendants in the above-referenced adversary proceeding, and upon movant's certification that she is a member in good standing of the bar of the State of Washington and the D.C. Court of Appeals, it is hereby

**ORDERED**, that Laura K. Clinton is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____          _____
_____, New York            UNITED STATES BANKRUPTCY JUDGE