| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. 10-05110 SMB<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>United Congregations Mesora,<br><br>       Defendant. | Adv. Pro. 10-05110 SMB |

## MOTION FOR ADMISSION TO PRACTICE
## <u>*PRO HAC VICE*</u> OF LAURA K. CLINTON

    I, Laura K. Clinton, request admission, *pro hac vice,* before the Honorable Stuart M. Bernstein, to represent United Congregations Mesora, defendant in the above-referenced adversary proceeding.

    *I certify that I am a member in good standing* of the bars of the State of Washington and the D.C. Court of Appeals. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 20, 2016  
Seattle, Washington

        Respectfully Submitted,

        By: */s/Laura K. Clinton*  
        BAKER & McKENZIE LLP  
        Laura K. Clinton, WSBA #29846  
        815 Connecticut Avenue, NW  
        Washington, DC 20006  
        Telephone: (202) 452-7023  
        Fax: (202) 416-7223  
        laura.clinton@bakermckenzie.com