**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. 10-05110 SMB<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>United Congregations Mesora,<br><br>Defendant. | Adv. Pro. 10-05110 SMB |

**ORDER GRANTING ADMISSION TO PRACTICE,**
***PRO HAC VICE*, TO LAURA K. CLINTON**

Upon the motion of Laura K. Clinton, to be admitted, ***pro hac vice,*** to represent United Congregations Mesora, defendant in the above-referenced adversary proceeding, and upon movant's certification that she is a member in good standing of the bar of the State of Washington and the D.C. Court of Appeals,

it is hereby

**ORDERED**, that Laura K. Clinton is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent United Congregations Mesora in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____           _____
_____, New York          UNITED STATES BANKRUPTCY JUDGE