**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>ESTATE OF DORIS PEARLMAN; DORIS M. PEARLMAN REVOCABLE TRUST, et al.,<br><br>             Defendants. | Adv. Pro. No. 10-4504 (BRL) |

**ORDER GRANTING ADMISSION TO PRACTICE,
*PRO HAC VICE,* TO LAURA K. CLINTON**

Upon the motion of Laura K. Clinton, to be admitted, ***pro hac vice,*** to represent the Estate

of Doris Pearlman; Doris M. Pearlman Revocable Trust, Jill Pearlman, Heidi Pearlman, and

Marvin Goldenberg (the "Clients"), defendants in the above-referenced adversary proceeding,

and upon movant's certification that she is a member in good standing of the bars of the State of Washington and the D.C. Court of Appeals, it is hereby

**ORDERED**, that Laura K. Clinton is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:_____          _____
_____, New York           UNITED STATES BANKRUPTCY JUDGE

8096774-v1\WASDMS