**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ELINOR SOLOMON,<br><br>    Defendant. | Adv. Pro. No. 10-04304 (SMB) |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

  Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, and defendant Elinor Solomon ("Defendant," and together with the Trustee, "Parties"), by and through her counsel, Lax & Neville LLP, hereby stipulate and agree to the following:

  1.  On November 26, 2010, the Trustee filed a complaint ("Complaint") against Defendant in the above-captioned adversary proceeding to avoid and recover transfers received by Defendant in connection with her investment advisory account held at BLMIS (No. 1S0304).

2. On November 19, 2015, Defendant answered the Trustee's Complaint. ECF No. 60.

3. On August 25, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010. *See* Adv. Pro. No. 08-01789 (SMB), ECF No. 3181.

4. In accordance with Rule 7041 of the Federal Rules of Bankruptcy Procedure (making Federal Rule of Civil Procedure 41(a)(1)(A)(ii) applicable in adversary proceedings), the Parties hereby stipulate to a dismissal of the above-captioned adversary proceeding.

5. The provisions of this stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

[*Remainder of page intentionally left blank.*]

6. This stipulation may be signed by the Parties electronically or in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.

Dated: October 20, 2016
New York, New York

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the consolidated estate of Bernard L. Madoff*

LAX & NEVILLE LLP

By: */s/ Brian Neville*
1450 Broadway
35th Floor
New York, NY 10018
Telephone: 212.696.1999
Facsimile: 212.566.4531
Brian Neville
Email: bneville@laxneville.com
Barry Lax
Email: blax@laxneville.com

*Attorneys for Defendant Elinor Solomon*

SO ORDERED

Dated: October 21st, 2016         /s/ STUART M. BERNSTEIN
New York , New York                HON. STUART M. BERNSTEIN
                                   UNITED STATES BANKRUPTCY JUDGE

3