**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>                        Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                        Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS                     )
                                      )   ss:
COUNTY OF DALLAS          )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On October 20, 2016, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.    Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in M & H Investment Group L.P., PJFN Investors Limited Partnership, Kenn Jordan Associates, and Harmony Partners, Ltd. (Docket Number 14296)

    2.    Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in M & H Investment Group L.P., PJFN Investors Limited Partnership, Kenn Jordan Associates, and Harmony Partners, Ltd. (Docket Number 14297)

    3.    Declaration of Stephanie Ackerman in Support of Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in M & H Investment Group L.P., PJFN Investors L. P., Kenn Jordan Associates, and Harmony Partners, Ltd. (Docket Number 14298)

Executed on October 20, 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this *20th* day of *Oct*, 2016



_____
(SEAL)

_____
Notary Public

Exhibit A

Exhibit A
**October 20, 2016**

| Contact | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |
| Readcted for Confidentiality Reasons | | | | | |