**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 26, 2016 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS;**

   A.  Motion to Approve Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in AHT Partners, Pergament Equities LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors LLC filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/15/2016) [ECF No. 14065]

   B.  Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding an Interest in AHT Partners, Pergament Equities LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors LLC filed by David J. Sheehan on behalf of Irving H. Picard  (Filed: 9/15/2016) [ECF No. 14066]

C. Declaration of Stephanie Ackerman in Support of Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding an Interest in AHT Partners, Pergament Equities LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors LLC filed by David J. Sheehan on behalf of Irving H. Picard  (Filed: 9/15/2016) [ECF No. 14067]

Related Documents:

D. Response to Motion Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in AHT Partners, Pergament Equities, LLC, SMT Investors LLC, Greene/Lederman, L.L.C., and Turbo Investors, LLC filed by Nathanael Kelley on behalf of Securities Investor Protection Corporation  (Filed: 9/19/2016) [ECF No. 14105]

Objections Due:     October 5, 2016 at 4:00 p.m.

Objections Filed:     NONE

Additional Documents:

E. Certificate of No Objection 9/15/2016) {ECF NO. 14067}Pursuant to LR 9075-2 to Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding an Interest in AHT Partners, Pergament Equities, LLC, SMT Investors LLC, Greene/Lederman, L.L.C. and Turbo Investors, LLC filed by Jorian L. Rose on behalf of Irving H. Picard (Filed: 10/12/2016) [ECF NO. 14265]

Dated: New York, New York
October 25, 2016                    Respectfully submitted,

*/s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*