**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 10-04350 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH FERRY #2 LP, EMMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON,<br><br>Defendants | Adv. Pro. No. 10-04350 (SMB) |

**ORDER GRANTING ADMISSION TO PRACTICE,**
*PRO HAC VICE*, **TO LAURA K. CLINTON**

Upon the motion of Laura K. Clinton, to be admitted, ***pro hac vice,*** to represent South Ferry #2 LP, Emanuel Gettinger, Aaron Wolfson, and Abraham Wolfson (the "Clients"), Defendants in the above-referenced adversary proceeding, and upon movant's certification that

she is a member in good standing of the bar of the State of Washington and the bar of the D.C. Court of Appeals, it is hereby

**ORDERED**, that Laura K. Clinton is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 24th, 2016           /s/ STUART M. BERNSTEIN
**New York**, New York           UNITED STATES BANKRUPTCY JUDGE