# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: The Bankruptcy Link | Bankruptcy Case No.: 95–88888–cgm |
| Securities Investor Protection Corporation<br><br>Plaintiff(s),<br><br>–against–<br><br>Bernard L. Madoff Investment Securities, LLC.<br>Russell Oasis<br>RAR Entrepreneurial Fund, LTD.,<br>Edmond A. Gorek<br>Marguerite M. Gorek<br>Gerald J. Block<br>Pamela Goldman<br>A&G Goldman Partnership<br>Russell Oasis<br>Marsha Peshkin<br>Adele Fox<br>Susanne Stone Marshall<br>Carl Glick<br>Prospect Capital Partners<br>The Sperry Fund<br>Prospect Hill Foundation<br>Antaeus Enterprises, Inc.<br>Lexington Capital Partners, L.P.<br>L.H. Rich Companies<br>HSBC Bank Bermuda Limited<br>El Prela Trading Investments Limited<br>Ashby Holdings Services Limited<br>El Prela Group Holding Services<br>El Prela Trust<br>Port of Hercules Trustees Limited, Individually and as Trustee of El Prela Trust<br>Alpine Trustees Limited, Individually and As Trustee of El Prela Trust<br>Ashby Investment Services Limited<br>The Ashby Trust<br>First Peninsula Trustees Limited, Individually and as Trustee of The Ashby Trust<br>Citi Hedge Fund Services Limited<br>FIM Limited<br>FIM Advisers LLP<br>Kingate Euro Fund, Ltd.<br>Kingate Management Limited<br>Kingate Global Fund, Ltd.<br>Carlo Grosso<br>Federico Ceretti<br>Milberg LLP and Seeger Weiss LLP Defendants<br>Sidney Marks<br>Sidney Marks Trust 2002<br>Susan Lazarus<br>Robert A. Marks<br>Lawrence D. Marks<br>The Estate of Nancy Marks<br>Nancy J. Marks Trust 2002<br>Susan Schemen Fradin<br>Epic Ventures, LLC, and Eric P. Stein, individually, and as Managing Member of Epic Ventures, LLC<br>Helene Cummings Karp Annuity, and Helene Cummings Karp<br>Joel I. Gordon, and Joel I. Gordon Revocable Trust U/A/D 5/11/94<br>Bam L.P., Adam Mann, Meryl Mann, Michael Mann, and Betsy Mann Polatsch<br>Norma Shapiro, The Norma Shapiro Revocable Declaration of Trust Under Agreement | Adversary Proceeding No. 08–01789–smb |

Dated 9/16/08, Trust Under Will of Philip L. Shapiro, and Martin Rosen , in his capacity as Trustee of the Trust Under W
Sharon A. Raddock
Stuart Zlotolow, in his capacity as executor of the Estate of Beatrice Bader and as former trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader
James Doyle, in his capacity as trustee of the Trust Created Under the Last Will and Testament of Beatrice Bader
Trust Created Under the Last Will and Testament of Beatrice Bader
Estate of Beatrice Bader
Philip Cahners
Nancy L. Cahners, individually and in her capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1
Robert M. Cahners, individually and in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1
Rachel Cahners Caveney
ESTATE OF HELENE R. CAHNERS KAPLAN
Helene R. Cahners Grantor Retained Annuity Trust #1
Arthur B. Page, in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1
Robert Fishbein, in his capacity as Trustee of the Norma Fishbein Revocable Trust dtd 3/21/90
Estate of Norma Fishbein
Norma Fishbein Revocable Trust dtd 3/21/90
Robert Fishbein, in his capacity as the Personal Representative of the estate of Norma Fishbein
Pati H. Gerber
Kelman Partners Limited Partnership, et al.
Estate of Helen Shurman, Estate of Jack Shurman, Paul S. Shurman, individually, in his capacity as Executor of the Estate of Jack Shurman and Helen Shurman and as beneficiary under the wills of Jack S
Carla Goldworm, Luke Goldworm, Samuel Goldworm, S&L Partnership, a New York partnership, Trust for the benefit of Luke Goldworm, a New York trust, Trust for the benefit of Samuel Goldworm, a New York
James P. Marden
Merritt Kevin Auld
Patrice M. Auld
The Murray & Irene Pergament Foundation, Inc.
The Horowitz & Libshutz Family Foundation, Inc.
James P. Marden, as trustee of Bernard Marden Profit Sharing Plan
Patrice M. Auld, as trustee of Bernard Marden Profit Sharing Plan
Bernard Marden Profit Sharing Plan
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
SG Hambros Bank & Trust (Bahamas) Limited, in its capacity as trustee of the Panagiotis Sakellariou Settlement, an Irrevocable Trust u/a/d 12/17/92
Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/92
Amy A. Hobish, Mitchell K. Hobish, Richard S. Hobish, Toby T. Hobish, LI Ram L.P., a New York limited partnership, Marital Trust under Article XXII of the Herbert W. Hobish Living Trust, a New York tr
Leslie Engelson, Alicia P. Felton, Miles J. Felton, in his capacity as Grantor of the Murray Family Trust, William D. Felton, in his capacity as Trustee of the Doris Felton Family Trust, Murray B. Fel
Estate of Sheldon Shaffer
Nine Thirty Partners Holdings, LLC, a Delaware limited liability company
Nine Thirty Capital Partners LLC
Mercedes P. Rea
Queensgate Foundation
Elaine S. Stein Revocable Trust
Elaine S. Stein
Evelyn Fisherindividually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90
Trust u/t/a 8/20/90
Trust U/W/O David L. Fisher
Linda Sohn
Neal M. Goldman

KENNETH CITRON, individually and as trustee for Trust f/b/o [A.J.C.], [K.F.C.] AND [L.C.C.], as amended
TRUST F/B/O [A.J.C.], [K.F.C.] AND [L.C.C.], as amended
Leslie Shapiro 1985 Trust, as amended
LESLIE SHAPIRO CITRON
TRUST F/B/O [W.P.S.] & [J.G.S.]
David Shapiro 1989 Trust, as amended
RACHEL SHAPIRO
DAVID SHAPIRO, individually and as trustee for Trust f/b/o [W.P.S.] & [J.G.S.]
LAD Trust
S&R Investment Co.
RENEE SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as a
STANLEY SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as
Peter G. Chernis Revocable Trust dtd 1/16/87, as amended
Evelyn Chernis Revocable Trust Agreement for Samantha Eyges dtd October 6th 1986, et al.
Banque J. Safra (Suisse) S.A.
Ariel Fund Limited And Gabriel Capital, L.P.
Patrice M. Auld & Certain Other Avoidance Defendants Represented by Pryor Cashman LLP
J. Ezra Merkin
Gabriel Capital Corporation
Certain Transferee Defendants
Fairfield Greenwich Limited
Gerald Goldman
Alan Goldman
Sharon Popkin
Lawrence Elins
Elins Daughters Trust for the Benefit of Julie Lynn Eilns Dated December 12, 1989, a California Trust
Elins Daughters Trust For The Benefit of Jamie Ann Elins Dated December 12, 1989, A California Trust
Elins Family Trust, a California Trust
Julie Elins Banks
Jamie Elins Sabet
Linda Elins
Marion B. Roth
Benjamin W. Roth
Ascot Fund Ltd.
Ascot Partners, L.P.
Richard M. GlantzRICHARD M. GLANTZ, individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz–Ostrin Trust I, and the Glantz–Ostrin Trust II, and as personal representative of the Est
C&P Associates, Ltd.C&P Associates, Ltd.
C&P Associates, Inc.C&P Associates, Inc.
Pamela ChristianPamela Christian
Steven B. MendelowSteven B. Mendelow
Cara MendelowCara Mendelow
FGLS Equity LLCFGLS Equity LLC
Robert Fried & Certain Other Avoidance Defendants Represented by Pryor Cashman LLP
The Wiener Family Limited Partnership, Wiener Family Holding Corp., Marvin M. Wiener and Sondra M. Wiener,Charles E. Wiener and Carolyn B. Wiener
Stuart Perlen and Myra Perlen, in their capacities as trustees for the Trust F/B/O Melissa Perlen U/A Dated 9/12/1979
Trust F/B/O Melissa Perlen U/A Dated 9/12/1979
Myra Perlen in her capacity as Trustee for the Stuart Perlen Revocable Trust and individually
Stuart Perlen in his capacity as Grantor and Trustee for the Stuart Perlen Revocable Trust and individually
Stuart Perlen Revocable Trust dtd 1/4/08
Stuart Perlen, in his capacity as Trustee of the Myra Perlen Revocable Trust

Myra Perlen, individually and in her capacity as Trustee of the Myra Perlen Revocable Trust
Myra Perlen Revocable Trust
Legacy Capital, Ltd.
Estate of Muriel B. Cantor
Atlas, in her capacity as Personal Representative of the Estate of Muriel B. Cantor, Nancy
Public Institution for Social Security
Grosvenor Aggressive Growth Fund Limited
Grosvenor Balanced Growth Fund Limited
Grosvenor Private Private Reserve Fund Limited
Grosvenor Investment Management Ltd.
Banque Syz SA
Trincastar Corporation
Bank Austria Worldwide Fund Management Ltd.
M&B Capital Advisers Sociedad De Valores, S.A.
Banca Carige S.p.A.
ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.)
Northern Trust Corporation
Barfield Nominees Limited
Fullerton Capital Pte. Ltd.
KBC Investments Limited
UBS Deutschland AG
Schroder & Co Bank AG
ZCM Asset Holding Company (Bermuda) LLC
Lloyds TSB Bank plcLloyds TSB Bank plc (now known as Lloyds Bank plc)
Unifortune Conservative Fund
Unifortune Asset Management SGR SPA
Six Sis AG
Patrick Littaye
Access Partners SA
Access Management Luxembourg SA
Access International Advisors Ltd.
Zeus Partners Limited
RBC Foreign Defendants
Platinum All Weather Fund Limited
LGT Bank (Switzerland) Ltd.
LGT Bank Ltd.
Atlantic Security Bank
Odyssey Alternative Strategy Fund, Ltd.
Andrew H. Cohen
Donald J. Weiss
Stanley Plesent
Patricia DeLuca
Toby T. Hobish and LI Ram L.P.

                                                      Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Edward Sleeper |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 10/26/16

Vito Genna

*Clerk of the Court*

By: /s/ Dawn McCaffrey

*Deputy Clerk*