**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Bonnie Kansler (the "Claimant"), having filed an objection (the "Objection", ECF No. 788) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#012199, and #015295 and #15344, the latter two of which are duplicative of #012199), hereby gives notice that she withdraws such Objection.

Dated: October 26, 2016

**LAX & NEVILLE LLP**

By: */s/ Brian J. Neville*
1450 Broadway, 35th Floor
New York, New York 10018
Telephone:  212.696.1999
Facsimile:  212.566.4531
Barry R. Lax
Email:  blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com

*Attorneys for Claimant*

300423594.1