# EXHIBIT G

**EXHIBIT G**

**PROPOSED CP BANKRUPTCY APPROVAL ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>DOUGLAS HALL; STEVEN HEIMOFF; BOTTLEBRUSH INVESTMENTS, L.P.; LEGHORN INVESTMENTS LTD.; and KAMALA D. HARRIS, solely in her capacity as Attorney General for the State of California,<br><br>      Defendants. | Adv. Pro. No. 12-01001 (SMB) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING TRUSTEE TO SIGN ONTO, ON A LIMITED BASIS, AN AGREEMENT EXECUTED BETWEEN THE ESTATE OF STANLEY CHAIS AND OTHER DEFENDANTS IN ADVERSARY PROCEEDING NO. 09-01172 AND PLAINTIFFS IN PENDING ACTIONS IN THE SUPERIOR COURT <u>OF THE STATE OF CALIFORNIA</u>**

Upon the motion (the "<u>Motion</u>")[1] of Irving H. Picard, Esq. (the "<u>Trustee</u>") as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff, seeking entry of an order, pursuant to sections 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 <u>et</u> <u>seq.</u> and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, *inter alia*, requesting authorization for the Trustee to sign onto, on a limited basis, an agreement executed between: the Defendants identified in Exhibit A to the Motion; and plaintiffs in pending actions in the Superior Court of the State of California, in substantially the form annexed to the Motion (the "<u>CP Settlement Agreement</u>") (ECF No. __); and it appearing that due and sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the Affidavit of Irving Picard in support of the Motion; and it further appearing the relief sought in the Motion is appropriate based upon the record of the hearing held before this Court to consider the Motion; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; it is

ORDERED, that the Trustee is authorized to sign onto the CP Settlement Agreement on the limited basis set forth in the CP Settlement Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to this Order.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

- 2 -

- 3 -

Dated: New York, New York

    _____ \_\_\_\_, 2016

                                                             _____
                                                             HONORABLE STUART M. BERNSTEIN
                                                             UNITED STATES BANKRUPTCY JUDGE