**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RUBIN FAMILY INVESTMENTS PARTNERSHIP, HAROLD RUBIN LIVING TRUST U/A DATED AUGUST 24, 1990, HAROLD R. RUBIN, ELAINE RUBIN LIVING TRUST U/A DATED, AUGUST 24, 1990, ELAINE S. RUBIN, STUART A. RUBIN, BENJAMIN H. RUBIN, CAROL J. RUBIN, LISA P. RUBIN, LINDA S. BENENSON, DONA L. RODICH, PAUL A. BENENSON, and | Adv. Pro. No. 10-04521 (SMB) |

|  |
|---|
| MICHAEL E. RODICH,<br><br>                    Defendants. |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Rubin Family Investments Partnership, Harold Rubin Living Trust U/A Dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A Dated, August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, and Michael E. Rodich (collectively, the "Defendants"), by and through their counsel, Frejka PLLC (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed the Complaint against Defendants.

2. On January 17, 2014, Defendants served an answer on the Trustee.

3. On October 13, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to (a) a dismissal with prejudice of the Trustee's claims against Defendants Rubin Family Investments Partnership, Harold Rubin Living Trust U/A Dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A Dated, August 24, 1990, Elaine S. Rubin, Dona L. Rodich, and Michael E. Rodich; (b) a dismissal without prejudice of the Trustee's claims against Defendants Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, and Paul A. Benenson;

and (c) a dismissal of the above-captioned adversary proceeding without prejudice and without costs against any Party, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default in the installment payments to seek entry of judgment pursuant to the Stipulation for Entry of Judgment, as set forth in the Settlement Agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated as of: October 28, 2016

| BAKER & HOSTETLER LLP | FREJKA PLLC |
|---|---|
| By: /s/ *Keith R. Murphy* | By: /s/ *Elise S. Frejka* |
| 45 Rockefeller Plaza | 205 E. 42nd Street |
| New York, New York 10111 | New York, New York 10017 |
| Telephone: 212.589.4200 | Telephone: 212.641.0800 |
| Facsimile: 212.589.4201 | Facsimile: 212.641.0820 |
| David J. Sheehan | Elise S. Frejka |
| Email: dsheehan@bakerlaw.com | Email: efrejka@frejka.com |
| Keith R. Murphy | |
| Email: kmurphy@bakerlaw.com | |
| Peter B. Shapiro | *Attorneys for Defendants Rubin Family* |
| Email: pshapiro@bakerlaw.com | *Investments Partnership, Harold Rubin Living Trust U/A Dated August 24, 1990,* |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Harold R. Rubin, Elaine Rubin Living Trust U/A Dated, August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, and Michael E. Rodich* |

**SO ORDERED**

**Dated: October 28th, 2016**
**New York, New York**

/s/ STUART M. BERNSTEIN
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**