# EXHIBIT 2

**[*PROPOSED*] ORDER GRANTING TRUSTEE'S MOTION *IN LIMINE* NUMBER 2 TO EXCLUDE CERTAIN TESTIMONY OF JOEL AND NORMAN BLUM**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION *IN LIMINE* NUMBER 2 TO EXCLUDE CERTAIN TESTIMONY OF JOEL AND NORMAN BLUM**

Upon consideration of the Trustee's Motion *in Limine* Number 2 to Exclude Certain Testimony of Joel and Norman Blum (collectively, the "Blums") (the "Motion") dated October 28, 2016, ECF No. _____, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff"); the Declaration of David J. Sheehan in Support of Trustee Motions *in Limine* Numbers 1–4 dated October 28, 2016, ECF No. ____; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given; and a hearing having been held on the Motion on _____ (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive pleadings, the

arguments of counsel at the Hearing and the record in this case; and for the reasons set forth in the transcript of the Hearing on the Motion, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the Blums' live testimony regarding: (i) BLMIS accounts held in the names of their late parents, Dr. Morris Blum and Mrs. Roslyn Blum, (ii) their parents' financial affairs, or (iii) the Profit Withdrawal Transactions ("PW Transactions") that occurred in their parents' BLMIS accounts, shall be excluded at the evidentiary hearing on the Trustee's Motion for an Order Affirming Treatment of Profit Withdrawal Transactions (ECF No. 10660); **or, in the alternative it is**

**ORDERED,** the Blums' deposition testimony offered in lieu of live testimony shall be excluded, to the extent identified in Exhibit 3 (Chart Providing Basis for Excluding Certain Deposition Testimony by the Blums) to the Declaration of David J. Sheehan in Support of Trustee's Motions *in Limine*, at the evidentiary hearing on the Trustee's Motion for an Order Affirming Treatment of Profit Withdrawal Transactions (ECF No. 10660); and it is further

**ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this Order.

Dated: _____
      New York, New York

                                      _____
                                      **HONORABLE STUART M. BERNSTEIN**
                                      **United States Bankruptcy Judge**