2 Email from Kirby to Brown_Redacted    Pg 1 of 2

Redacted

**From:** Kirby, Richard A [mailto:Richard.Kirby@bakermckenzie.com]
**Sent:** Tuesday, October 04, 2016 10:45 AM
**To:** Brown, Seanna R.; Clinton, Laura K
**Cc:** Hoang, Lan; Vanderwal, Amy E.; Woltering, Catherine E.
**Subject:** RE: PW - Blum Disclosures

Seanna:

In as answer to your questions below:

1. Respess would testify in accordance with his declaration. He has calculated the Blum's claims without regard to the PW transactions. We should be able to stipulate to this conclusion, since Greenblatt reached the same conclusions. If we cannot reach a stipulation on this point, we will have a very long trial!!
2. Blums testimony. We should plan on designating their depositions for use at trial, but we reserve the right to call them instead. That will depend on large part on when trial is – and their current ability to travel. Those dates seem to be now in a state of flux.

Any other issues we should take up on our 11 am call

Rick

Richard A. Kirby
Principal
Baker & McKenzie LLP
815 Connecticut Ave., N.W.
Washington, DC  20006
Tel: +1 202 452 7020
Fax: +1 202 416 7220
richard.kirby@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Brown, Seanna R. [mailto:sbrown@bakerlaw.com]
**Sent:** Monday, October 03, 2016 7:10 PM
**To:** Clinton, Laura K; Kirby, Richard A
**Cc:** Hoang, Lan; Vanderwal, Amy E.; Woltering, Catherine E.
**Subject:** PW - Blum Disclosures

Rick and Laura,

We have some questions on the witness list included as part of Friday's pretrial disclosures made on behalf of the Blums.

First, you did not identify the nature of Mr. Respess's testimony.  As motions in limine, including motions to strike experts, are due Friday, please let us know as soon as possible whether you are calling Mr. Respess as an expert.

Second, the pretrial disclosures did not identify whether you intend to call the Blums as live witnesses at trial or whether you intend to rely on the deposition designations you submitted.  If your preference is to submit the Blums' testimony by designation, the Trustee is open to a stipulation that their testimony be presented by deposition, subject to our rights to object to the admissibility of the designations as part of the pretrial order process.  If you intend to submit their testimony live, please disclose that fact so that the Trustee can prepare his pretrial motions accordingly.

Regards,
Seanna

**Seanna Brown**
Partner

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T 212.589.4230

sbrown@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.