**Trustee's Motion *in Limine* #2:**
**Basis for Exclusion of Certain Deposition Testimony by Norman Blum**

| Blums' Designation Number | Blums' Designation | | | | Inadmissible Portion of Designation | | | | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Start | | Stop | | Start | | Stop | | |
| | Page | Line | Page | Line | Page | Lines | Page | Line | Testimony For Exclusion Indicated in Red<br>Relevant Questions Are Included Only for the Court's Convenience |
| 3 | 12 | 2 | 12 | 20 | 12 | 14 | 12 | 15 | Q. Okay. And then when did -- when did your parents first open their account at BLMIS?<br>14 A. I think my father was the one who invested first.<br>15 I think it was in 1981. | Lack of Personal Knowledge |
| 11 | 27 | 5 | 28 | 10 | 28 | 5 | 28 | 7 | Q. Did you make a withdrawal in this amount at that time from this account [1B0034]?<br>5 . . . I have no idea why I would do<br>6 that, as I just opened up the account, and to take out<br>7 $21,000 seems -- and $340 seems rather strange to me. | Speculation |
| 13 | 30 | 21 | 31 | 14 | 30 | 24 | 31 | 1 | Q. Did you have an account at BLMIS for the Bradley Blum Pension Plan?<br>24 . . . There's no way<br>25 I would remember that, nor do I think I did. There's no<br>p. 31<br>1 reason why I should have. | Lack of Personal Knowledge; Speculation |
| 17 | 38 | 1 | 38 | 25 | 38 | 9 | 38 | 11 | Q. How did you open your IRA account at BLMIS?<br>9 A. . . . I guess I called<br>10 him up and told him that we wanted to set -- make an<br>11 investment to the IRA. | Speculation |
| 19 | 40 | 19 | 41 | 11 | 41 | 7 | 41 | 8 | Q. Did you make a transfer from 1B0035, your IRA account, to your NTC & Co. IRA account, 1B0190?<br>7 . . . That may<br>8 have been done by Madoff. . . . | Lack of Personal Knowledge; Speculation |
| 23 | 43 | 11 | 43 | 23 | 43 | 19 | 43 | 20 | Q. Why did you write this letter [to BLMIS's Frank DiPascali requesting all profits when it was time for a distribution]?<br>19 A. Because I wanted -- I presume because I wanted to<br>20 get my distribution on a regular basis every three months. | Speculation |
| 26 | 46 | 24 | 47 | 14 | 47 | 9 | 47 | 13 | Q. Do you have any idea why you would have written this [letter to BLMIS in June 2003 asking them to invest all of your profits]?<br>9 A. No. I would have no -- other than the fact maybe<br>10 I wanted -- I have no idea why I kept taking<br>11 distributions. I'd have to go back and look at my<br>12 records. Maybe I felt I did not need the money at the<br>13 time, if I did stop it. | Lack of Personal Knowledge, Speculation |
| 27 | 47 | 24 | 48 | 16 | 48 | 7 | 48 | 8 | Q. In paragraph 6 [of the June 27, 2003 letter N. Blum wrote to BLMIS, Dr. Blum, you state that you transferred 1B0033, which was in the name of the Morris Blum . . . Living Trust, to 1B1089, thereby making a new account after your father's death, correct?<br>7 . . . It was probably when it became a living<br>8 trust that the numbers changed, would be my guess. | Speculation |
| 28 | 48 | 22 | 49 | 18 | 48 | 15 | 48 | 16 | In reviewing the records for 1B0033, Trustee's counsel asks Norman to look at a line item from July 8, 1997 showing a "Transfer to B18930."<br>Q. Okay. So you admit that it [the "Transfer to B18930. CW. $577,725."] was transferred in 1997?<br>15 A. My guess, it was because he became -- went to --<br>16 that became a living trust. | Speculation |
| 31 | 58 | 8 | 58 | 17 | 58 | 11 | 58 | 15 | Q. Dr. Blum, did the -- did your parents receive regular disbursements from the 1B0190 account, the Roslyn Trust agreement?<br>11 A. Absolutely not. They never received any<br>12 disbursements. He held it all till after -- till he<br>13 passed. That's when -- that's when he got it. He didn't<br>14 do anything to it. He kept it alone. He just let it --<br>15 allowed it to grow. To grow. He never utilized it. | Speculation |

**Trustee's Motion *in Limine* #2:**
**Basis for Exclusion of Certain Deposition Testimony by Norman Blum**

| Blums' Designation Number | Blums' Designation | | | | Inadmissible Portion of Designation | | | | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Start | | Stop | | Start | | Stop | | |
| | Page | Line | Page | Line | Page | Lines | Page | Line | Testimony For Exclusion Indicated in Red<br>Relevant Questions Are Included Only for the Court's Convenience |
| 32 | 59 | 25 | 60 | 6 | 60 | 2 | 60 | 6 | Q. Did your parents receive -- your parents did not -- did your parents receive regular income from the trust? . . . That would be the 1B0190, the account your father set up for your mother.<br>2 A. I believe -- I believe, as I said before, they<br>3 didn't touch it. They never took any money out ever.<br>4 That was not his aim. He had no need for it. The idea<br>5 was I was going to get the money when he passed. He never<br>6 touched it at all the entire time, as far as I know. | Lack of Personal Knowledge; Speculation |
| 33 | 60 | 25 | 61 | 19 | 61 | 3 | 61 | 19 | Q. Why do you believe your father never requested any disbursements from the account entitled the Roslyn Blum Living Trust?<br>3 A. Because he didn't -- why do I believe he didn't?<br>4 Because he didn't need it. The idea of the money was to<br>5 be left -- initially, it was put in for my mother, for her<br>6 to use it when she passed -- when he passed, so that he --<br>7 she would pass after he did, because he was much, much<br>8 older than she was. He never would use it.<br>9 After he did pass -- she did pass, he left it<br>10 there. I know he left it there, not to use it at all, so<br>11 I could get it, my brother and I could get it. He had no<br>12 need for it. There would be no reason to pull it out.<br>13 Matter of fact, I don't think he was allowed to<br>14 pull it out. He was not supposed to pull it out, other<br>15 than the income, but he never took it out. That there, he<br>16 was wrong. Legally, he should have taken out the income,<br>17 which he never did do. That was part of the issue we had.<br>18 We talked about that, as a matter of fact, because of the<br>19 fact that he was not taking the money out at all. | Lack of Personal Knowledge; Speculation: Hearsay |
| 34 | 68 | 6 | 68 | 21 | 68<br>68 | 8<br>18 | 68<br>68 | 14<br>21 | Q. When you were assisting your father with his accounts, did you ever do his banking?<br>8 A. In the later years, I might have helped him. I'm<br>9 not saying I did his banking. He did most of it himself,<br>10 but I did help him out. I always -- I always looked at<br>11 the check, the checkbook of deposits. Always looked at<br>12 the deposits. I knew what the deposits were. Always,<br>13 exclusively, pretty much, the money he took in was the<br>14 money from the distributions from Madoff.<br><br>Q. -- from BLMIS?<br>18 A. Quarterly. Every quarter. That was his biggest<br>19 deposit. Every quarter, he got distributions from Madoff.<br>20 He didn't have much -- he didn't spend a lot of money.<br>21 That's probably all he needed. | Lack of Personal Knowledge; Speculation |
| 35 | 69 | 5 | 69 | 17 | 69<br>69 | 7<br>16 | 69<br>69 | 8<br>17 | Q. So your father -- did your father take disbursements from the 1B0189 account?<br>7 A. I'd have to look and see. I think he did, but<br>8 I'd have to look and see.<br><br>Q. And when that account later became 1B0115, the Roslyn Blum Remainder Trust account, did your father take disbursements from that account?<br>16 A. That was never touched, because that I know.<br>17 That was never touched. | Speculation |

## Trustee's Motion *in Limine* #2:
### Basis for Exclusion of Certain Deposition Testimony by Norman Blum

| Blums' Designation Number | Blums' Designation | | | | Inadmissible Portion of Designation | | | | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Start | | Stop | | Start | | Stop | | |
| | Page | Line | Page | Line | Page | Lines | Page | Line | Testimony For Exclusion Indicated in Red — Relevant Questions Are Included Only for the Court's Convenience |
| 38 | 80 | 3 | 80 | 20 | 80 | 5 | 80 | 20 | *Q. Did you know how much money your father received every month in terms of his income?*<br>5 A. I probably had a good idea, but I don't recall<br>6 exactly, you know, what I knew. But I think I had a<br>7 pretty good idea at the time. I saw -- when I looked at<br>8 his check, I saw the dividends -- when the dividends came<br>9 in. He would write it down as the dividends from -- for<br>10 what it's from, and deposit. He deposited everything that<br>11 he got. And I saw the dividends, and I saw him deposit --<br>12 the deposits. And I saw the Madoff stuff, and I saw the<br>13 deposits.<br>14 So I could see. I can't tell you how much was<br>15 each, but he would list -- he was meticulous about it.<br>16 When he put the deposits in there, he said exactly what<br>17 the deposits were for, and the amount. And if it was<br>18 multiple -- if it was multiple dividends, he put that in<br>19 also in one deposit. But he did that regularly. I can't<br>20 tell you which was which. | Lack of Personal Knowledge; Speculation |
| 39 | 81 | 4 | 81 | 25 | 81<br>81<br>81 | 9<br>14<br>21 | 81<br>81<br>81 | 12<br>19<br>22 | *Q. In the later years, when you were assisting your father with his finances, according to your declaration, if he wanted to make a change to his BLMIS accounts or how they were handled, would he have discussed that with you first?*<br>9 A. He talked to me. He talked to -- anything he<br>10 does, he would always talk to me about it, but he didn't<br>11 tell me anything about changes in Madoff. He talked to me<br>12 about everything. He was very open about everything.<br>*Q. What --*<br>14 A. I knew where his money was. I knew what his<br>15 investments were. I knew what the stocks were. I knew<br>16 all of these things, you know, because he was very open<br>17 about these things, you know. But I'm pretty gosh-darned<br>18 sure he never did anything to change anything with Madoff<br>19 at all. If he had, he would have told me, I think.<br>*Q. Why do you think he would have told you?*<br>21 A. He tells me everything, as he does Joel, as well.<br>22 He's very open about everything. Always was, though. | Lack of Personal Knowledge; Speculation; Character; Hearsay |

# Trustee's Motion *in Limine* #2:
## Basis for Exclusion of Certain Deposition Testimony by Norman Blum

| Blums' Designation Number | Blums' Designation | | | | Inadmissible Portion of Designation | | | | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Start | | Stop | | Start | | Stop | | |
| | Page | Line | Page | Line | Page | Lines | Page | Line | |
| | | | | | | | | | Testimony For Exclusion Indicated in Red. Relevant Questions Are Included Only for the Court's Convenience |
| 40 | 82 | 5 | 83 | 5 | 82<br>82 | 16<br>23 | 82<br>83 | 20<br>5 | Q. Sorry. Did your father ever tell you [about profit withdrawals]?<br>16 A. He didn't know about profit withdrawals. He<br>17 wasn't aware of it. He didn't talk about it at all. He<br>18 wasn't aware of profit withdrawals. I can tell you<br>19 categorically my father never took any money out of profit<br>20 withdrawals.<br>Q. How do you know your father didn't know what profit withdrawals were?<br>23 A. He never talked to me about withdrawals, nor did<br>24 my brother. None of us were aware of the significance of<br>25 profit withdrawals. And if he had taken profit<br>p. 83<br>1 withdrawals, there would have been innumerable checks<br>2 month after month to the tune of about a million and a<br>3 half. My father didn't have that kind of money available<br>4 to him at that point. He just didn't do it. He just<br>5 didn't do it. | Lack of Personal Knowledge; Speculation; Character |
| 41 | 84 | 1 | 84 | 24 | 84 | 3 | 84 | 24 | Q. It wouldn't have been done because they didn't need the money?<br>3 A. And they don't do it that way. They don't do it<br>4 that way. They're not like that. My mom's -- the whole<br>5 purpose of my mom's was for retirement, not to take money<br>6 out. That was the whole purpose. No other reason that it<br>7 was done. Otherwise, he would have kept it all in his own<br>8 Madoff account. He wouldn't have done anything besides<br>9 that. Because the whole purpose -- because my mom was<br>10 much younger than he was, he made a presumption he'd be<br>11 around before he -- he would die before she did, and<br>12 therefore he would have a retirement for her. But,<br>13 unfortunately, she died before he did.<br>14 It was never his intention to take a penny out.<br>15 He never did, as a matter of fact. He never did take a<br>16 penny out. There may be something you can find there, but<br>17 for all intents and purposes, as far as I'm concerned, he<br>18 never -- she never -- he never took anything out for her<br>19 at all.<br>20 The profit withdrawal was no -- was not an issue<br>21 at all because he didn't even know what it was. He didn't<br>22 even think about it, as a matter of fact. Maybe that's<br>23 our fault, but we never did. Looked at it, but didn't see<br>24 it. Let's put it that way. | Lack of Personal Knowledge; Speculation; Character |

**Trustee's Motion *in Limine* #2:**
**Basis for Exclusion of Certain Deposition Testimony by Joel Blum**

| Blums' Designation Number | Blums' Designation | | | | Inadmissible Portion of Designation | | | | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Start | | Stop | | Start | | Stop | | |
| | Page | Line | Page | Line | Page | Lines | Page | Line | Testimony For Exclusion Indicated in Red<br>Relevant Questions Are Included Only for the Court's Convenience |
| 4 | 19 | 5 | 19 | 17 | 19 | 12 | 19 | 17 | *Q. Was it your understanding that your father's account opened around the same time as your first account?*<br>12 A. I suspect it was around that but<br>13 before. I mean, because he was the one who<br>14 advised me that this would be something that<br>15 would be a good thing for me to do. So when<br>16 exactly he started his I don't know, but it was<br>17 before I started mine. | Speculation; Hearsay |
| 5 | 20 | 12 | 21 | 9 | 20 | 21 | 20 | 25 | *Q. Did your father recommend BLMIS as an investment to you for that purpose [to save for Joel's children's college]?*<br>21 A. That was specifically, you know,<br>22 what that -- what that account was. That was,<br>23 you know, as much as I remember. I'm assuming<br>24 that that's what, but I don't remember that<br>25 conversation. | Speculation; Hearsay |
| 6 | 21 | 15 | 21 | 18 | 21 | 17 | 21 | 18 | *Q. For the CAB account, did you fill out the account opening documents for BLMIS?*<br>17 A. I must have, but I have no memory<br>18 of that. | Lack of Personal Knowledge |
| 9 | 26 | 4 | 26 | 9 | 26 | 7 | 26 | 9 | *Q. Did you understand that your family members received customer statements for their BLMIS accounts?*<br>7 A. I guess I assumed. I mean, now I<br>8 know for sure. I assumed that they were having<br>9 the same experience that I was. | Speculation |
| 11 | 27 | 8 | 28 | 5 | 27<br>28 | 16<br>2 | 27<br>28 | 23<br>2 | *Q. When did you receive checks from BLMIS?*<br>16 My kids, my older two children,<br>17 were in college from 1989 or 1990 on up to the<br>18 late '90s. So I don't remember exactly when I<br>19 received those checks, but I'm assuming that I<br>20 requested and received checks during that<br>21 period of time because that's what I was using<br>22 to pay for at least a fair amount of their<br>23 college.<br><br>*Q. So it's your understanding that during the time that your children were in college, you received checks from BLMIS?*<br>2 A. Yes. | Speculation |
| 14 | 35 | 2 | 35 | 13 | 38 | 6 | 38 | 9 | *Q. Do you recall requesting that profits in your BLMIS account, the CAB account, be reinvested?*<br>6 . . . but that makes sense to me since that was the<br>7 purpose of this account was to save money up<br>8 until around this time when I would be needing<br>9 it for educational expenses. | Speculation |
| 16 | 44 | 22 | 46 | 5 | 44<br>45 | 25<br>5 | 45<br>45 | 1<br>5 | *Q. For the CAB Trust account, you recall receiving checks during the life of the account; is that correct?*<br>25 A. I don't specifically recall that,<br>p. 45<br>1 but I know that that must have happened.<br><br>*Q. Would the accounts that you received throughout the life of the account be comprised of principal or of profit?*<br>5 A. I think it would be both. I think. | Lack of Personal Knowledge; Speculation |

**Trustee's Motion *in Limine* #2:**
**Basis for Exclusion of Certain Deposition Testimony by Joel Blum**

| Blums' Designation Number | Blums' Designation | | | | Inadmissible Portion of Designation | | | | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Start | | Stop | | Start | | Stop | | |
| | Page | Line | Page | Line | Page | Lines | Page | Line | Testimony For Exclusion Indicated in Red<br>Relevant Questions Are Included Only for the Court's Convenience |
| 17 | 46 | 16 | 48 | 5 | 47 | 21 | 48 | 5 | Q. In terms of this paragraph [asking for BLMIS to send a check covering the profits from each transaction to The CAB Trust], though, the checks you're referring to would be checks of profit, not of principal; is that right?<br>21 A. I mean, that's what it says, right?<br>22 But I'm thinking that I would answer that<br>23 differently now.<br>24 I think at that point, I would be<br>25 looking for profits, but I'm basically looking<br>p. 48<br>1 for a certain amount of money to -- to pay for<br>2 the school.<br>3 I mean, this -- this was my opening<br>4 -- I think this was my initial request to get<br>5 funds. | Lack of Personal Knowledge; Speculation |
| 20 | 50 | 16 | 51 | 2 | 50 | 24 | 51 | 2 | Q. Do you know for what purpose the account [Morris Blum's account] was opened?<br>24 . . . So I'm<br>25 assuming he was trying to figure out how to<br>p. 51<br>1 invest so that it could appreciate and he could<br>2 have a good estate. | Lack of Personal Knowledge; Speculation |
| 23 | 53 | 3 | 54 | 14 | 53 | 25 | 54 | 7 | Q. Was there a time when you were listed as a co-trustee on some of the investments that your father held at BLMIS?<br>25 A. I -- I think towards the end. I<br>p. 54<br>1 don't remember exactly when that happened. I'd<br>2 have to -- I just don't remember exactly. I<br>3 think that I did become listed as a co-trustee.<br>4 I think my brother, who was living down in<br>5 Florida with him, who had much more contact<br>6 with him, would have been much more actively<br>7 involved in that. | Speculation |
| 29 | 64 | 5 | 66 | 1 | 65 | 14 | 65 | 19 | Q. What did you understand to be the way your family managed their accounts?<br>14 A. That these were primarily<br>15 retirement-type accounts. That my mother would<br>16 not be involved in the management. I knew<br>17 that. That my father was trying to grow his<br>18 estate, and that he would do it in a way that<br>19 was orderly and within his capacities really. | Speculation |
| 34 | 74 | 18 | 75 | 11 | 75 | 1 | 75 | 11 | Q. Okay, And then the second sentence says: "Further, this makes no sense given the way our family managed their accounts." Can you explain in your own words what that means?<br>1 . . . It's<br>2 just -- I can't imagine that my father would<br>3 ever have chosen that as a course of action to<br>4 just have checks coming in all the time.<br>5 So it didn't make any sense to me.<br>6 You know, when I first became aware of this, I<br>7 certainly -- and he never mentioned anything<br>8 like that, you know, when he was talking to me<br>9 about establishing an account. And I think he<br>10 would because that's a piece of work to manage<br>11 that many checks. | Speculation; Character; Hearsay |

**Trustee's Motion *in Limine* #2:**
**Basis for Exclusion of Certain Deposition Testimony by Joel Blum**

| Blums' Designation Number | Blums' Designation | | | | Inadmissible Portion of Designation | | | | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Start | | Stop | | Start | | Stop | | |
| | Page | Line | Page | Line | Page | Lines | Page | Line | Testimony For Exclusion Indicated in Red / Relevant Questions Are Included Only for the Court's Convenience |
| 37 | 77 | 8 | 78 | 10 | 77 | 20 | 78 | 10 | Q. I'm going to refer you to the first two sentences of paragraph 9, which mean let me read them and say, it says: "With respect my father's account 1B0033, I understand that the Trustee identifies approximately 140 such PW transactions representing a total of about $1,377,000. In no instance am I aware that my father would have cashed checks in such small denominations." What's the basis for that statement?<br>20 A. It's I just can't imagine that he<br>21 would have done it that way, and had he done it<br>22 that way -- I mean, I just can't imagine that<br>23 he would have done it that way. I mean, he<br>24 would have wanted to have an orderly -- you<br>25 know, if he was going to receive money, he<br>p. 78<br>1 would have wanted to know that it was coming in<br>2 an orderly fashion.<br>3 To do small checks like this, to<br>4 keep track of it, I just can't imagine that<br>5 knowing him that he would have done this. I'm<br>6 certainly not aware of him ever having done<br>7 this.<br>8 My brother, who spent a lot of time<br>9 with him is, you know, said it never happened.<br>10 So I can't believe it. | Speculation; Character/Habit; Hearsay |
| 38 | 78 | 11 | 79 | 7 | 79<br>79 | 1<br>7 | 79<br>79 | 5<br>7 | Q. And with respect to the following sentence: "He used the Madoff Securities account as a retirement planning account, and when he sought to withdraw funds, as he did in 1984 to fund my mother's account (1B0336), he withdrew much larger denominations." Next sentence says: "I am aware of no situation where he would have cashed some 140 checks over time almost on a monthly basis. Such a scenario is entirely implausible given how he managed his financial affairs." And what's the basis for that statement?<br>1 A. Well, just knowing him that that's<br>2 not the way he would have done things. I mean,<br>3 he was an orderly person and he liked to be in<br>4 control of things and, you know, this is -- it<br>5 just didn't seem like him --<br><br>Q. Right.<br>7 A. -- to do this. | Speculation; Character/Habit |
| 40 | 80 | 13 | 80 | 21 | 80 | 16 | 80 | 21 | Q. What did you discuss with your father regarding BLMIS in connection with his estate plan?<br>16 A. Just that it was a part of his<br>17 estate. It was, you know, it wasn't the major<br>18 part, but it was a significant part of his<br>19 estate. And together -- actually, you know,<br>20 together, the two accounts together made it an<br>21 even more substantial part of the estate. | Hearsay |