SIPC v BLMIS                              Norman Blum 5/13/2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR               Adv. Pro. No. 08-01789 (SMB)
PROTECTION CORPORATION,

             Plaintiff,        SIPA Liquidation

v.
                               (Substantively Consolidated)
BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC,

             Defendant.
_____

In re:

BERNARD L. MADOFF,

             Debtor.

_____


DEPOSITION OF NORMAN BLUM, M.D.
Volume 1 of 1, Pages 1 through 104
Videotaped


Friday, May 13, 2016
10:01 a.m. - 12:47 p.m.
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131


Stenographically Reported By:
STEFANIE MENSCH, FPR, RPR, CRR
Florida Professional Reporter
Registered Professional Reporter
Certified Realtime Reporter

BENDISH REPORTING
877.404.2193

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 2 of 47

SIPC v BLMIS                                    Norman Blum 5/13/2016

2 (Pages 2 to 5)

## Page 2

APPEARANCES

On Behalf of the Plaintiff:
  BakerHostetler
  45 Rockefeller Plaza
  New York, New York 10111
  212.589.4200 (Telephone)
  212.589.4201 (Fax)
  sbrown@bakerlaw.com
  sackerman@bakerlaw.com
  BY: STEPHANIE A. ACKERMAN, ESQUIRE
      SEANNA R. BROWN, ESQUIRE

On Behalf of Dr. Blum:
  Baker & McKenzie
  815 Connecticut Avenue, NW
  Washington, DC 20006
  202.452.7020 (Telephone)
  202.452.7220 (Fax)
  richard.kirby@bakermckenzie.com
  BY: RICHARD A. KIRBY, ESQUIRE

Also Present:
  Roderick Pratt, videographer

INDEX OF PROCEEDINGS

| | Page |
|---|---|
| Deposition of Norman Blum, M.D. | |
| Direct Examination by Ms. Ackerman | 5 |
| Cross-Examination by Mr. Kirby | 94 |
| Redirect Examination by Ms. Ackerman | 98 |
| Certificate of Oath | 102 |
| Certificate of Reporter | 103 |
| Errata Sheet | 104 |

## Page 3

EXHIBIT INDEX

| Number | Description | Page |
|---|---|---|
| 1 | Dr. Blum's declaration | 9 |
| 2 | 11/30/1986 customer statement for Account 1-00253 | 17 |
| 3 | Customer file for Account 1B0201 | 23 |
| 4 | Principal balance calculation for Account 1B0034 | 27 |
| 5 | 11/30/1987 account statement for Account 100249 | 30 |
| 6 | Customer file for Account 100249 | 32 |
| 7 | Principal balance calculation for Account 1B0190 | 39 |
| 8 | Principal balance calculation for Account 1B0033 | 48 |
| 9 | Customer file for Account 1B0036 | 54 |
| 10 | Customer file for Account 1B0191 | 85 |
| 11 | 4/15/2016 letter titled "Notice of Trustee's Determination of Claim," addressed to the Norman J. Blum Living Trust | 90 |

## Page 4

Deposition taken before Stefanie Mensch, Florida
Professional Reporter and Notary Public in and for the
State of Florida at Large, in the above cause.

                ------

        THE VIDEOGRAPHER:  Good morning.  My name is
Roderick Pratt, certified legal video specialist, in
association with the court reporter, Stefanie Mensch.
I'm the videographer on the 13th day of May 2016 for
the recording of the deposition of Norman Blum, being
taken at 1111 Brickell Avenue, Miami, Florida, at the
time of 10:01 a.m., in the matter of Securities
Investor Protection Corporation vs. Bernard Madoff
Investment Securities.

        Will counsel please identify themselves for the
record, beginning with the plaintiff's counsel.

        MS. ACKERMAN:  Stephanie Ackerman for the
trustee.

        MS. BROWN:  Seanna Brown for the trustee.

        MR. KIRBY:  Richard Kirby for the witness.

        THE VIDEOGRAPHER:  Okay.  Will the court reporter
please identify herself and swear in the witness.

        THE COURT REPORTER:  My name is Stefanie Mensch.
And sir, if you could please raise your right
hand for me?  Do you swear that the testimony you are
about to give will be the truth, the whole truth, and

## Page 5

nothing but the truth?

        THE WITNESS:  I do.

THEREUPON,

        NORMAN BLUM, M.D.,

having been first duly sworn, was examined and testified
as follows:

        DIRECT EXAMINATION

BY MS. ACKERMAN:

        Q.  Good morning, Dr. Blum.

        A.  Good morning.

        Q.  I'm going to start with a few preliminary
housekeeping things.  My name is Stephanie Ackerman, as I
mentioned.  I'm here with my colleague, Seanna Brown.  We
represent Irving Picard, the trustee.

        So what is going to happen today is I'm going to
be asking you questions.  The court reporter will type my
questions and your answers to them.  Do you understand?

        A.  Yes, I do.

        Q.  And your answers will be given under oath,
subject to penalties of perjury, the same as if you were
testifying in the courtroom.  Do you understand?

        A.  Yes, I do.

        Q.  Your testimony may also be later used in this
proceeding and at the trial as evidence.  Do you
understand?

SIPC v BLMIS                              Norman Blum 5/13/2016

---

**Page 6**

1      A.  I do.
2      Q.  Although your testimony is being videotaped
3  today, all of your answers must be verbal so that the
4  court reporter can take them down and make an accurate
5  record.  Do you agree to make verbal responses?
6      A.  I do.
7      Q.  Thank you.  If at any time today you don't
8  understand one of my questions, in whole or in part,
9  please tell me.  I will try to rephrase it or explain it.
10  If you answer my question without asking for
11  clarification, I will take that to mean you understood it.
12  Do you understand?
13      A.  I do.
14      Q.  If at any time today you do not hear me, one of
15  my questions, in whole or in part, or for some reason you
16  become distracted, please tell me, and I will repeat the
17  question.  If you answer without asking me to repeat it, I
18  will take that to mean that you heard it clearly.  Do you
19  understand?
20      A.  I do.
21      Q.  There will be times today in the middle of one of
22  my questions you may think that you know what I'm going to
23  ask.  I ask that you please wait, however.  Let me finish
24  my entire question before you answer, for the benefit of
25  the court reporter.  Okay?

---

**Page 7**

1      A.  Yes.
2      Q.  And likewise, if I start to ask you a question
3  and you weren't finished with your answer, please let me
4  know, and I'll allow you time to finish.  If you permit me
5  to move on to another question without telling me that you
6  had more to say, I'll take that to mean that you finished.
7  Do you understand?
8      A.  I understand.
9      Q.  Thank you.  Your testimony today is based on your
10  personal knowledge.  If you don't know the answer to one
11  of my questions, please tell me that you do not know.
12  You're not here to guess, speculate, or offer conjecture.
13  If you answer a question, I'll take that to mean that you
14  believe your answer is based on your personal knowledge.
15  Do you understand?
16      A.  Yes.
17      Q.  From time to time, your attorney may object to
18  the form of one of my questions during the deposition.
19  Please give your attorney an opportunity to make the
20  objection before you answer.  Once the objection has been
21  made, unless your attorney instructs you otherwise, you
22  can then answer my question.  Do you understand?
23      A.  I do.
24      Q.  During the course of the deposition, I'm going to
25  use a couple abbreviations.  The first is I am going to

---

**Page 8**

1  use "BLMIS" to refer to the entity Bernard L. Madoff
2  Investment Securities.  Do you understand that?
3      A.  Yes, I do.
4      Q.  I'll also use the abbreviation "PW" to refer to
5  profit withdrawal transactions, including those identified
6  in the BLMIS customer statements.  Do you understand that?
7      A.  I do.
8      Q.  And likewise, all references to the adversary
9  proceeding will refer to Docket No. 10-04846, captioned
10  Picard v. Norman J. Blum, et al.  Do you understand?
11      A.  I do.
12      Q.  If at any time you need to take a break, please
13  just let us know -- me know.
14      A.  Oh, I will.
15      Q.  The only time we ask that you not ask for a break
16  is when a question is pending.  We'll need you to answer
17  the question before we take the break.  Do you understand?
18      A.  Understood.
19      Q.  Great.  Dr. Blum, is there any mental or physical
20  reason why you would not be able to give accurate and
21  truthful answers to my questions today?
22      A.  No.
23      Q.  Are you currently taking any medications that
24  would prohibit you from giving accurate and truthful
25  answers to my questions today?

---

**Page 9**

1      A.  No, I am not.
2      Q.  Thank you.  Dr. Blum, I would just like to note
3  on the record that you have signed for us the litigation
4  procedure order which governs all proceedings in this
5  matter.  I'd just like to state that for the record.
6  That's it.  Thank you for that.
7      Dr. Blum, do you understand you're appearing here
8  today pursuant to a notice of deposition?
9      A.  I do.
10      Q.  Okay.  Dr. Blum, did you sign and submit a
11  declaration as testimony in the profit withdrawal
12  litigation and the trustee's adversary proceeding brought
13  against you on February 20, 2016?
14      A.  Could you repeat that again?
15      Q.  I'm sorry.  Did you sign and enter a declaration
16  in this matter and the adversary proceeding on
17  February 20, 2016?
18      A.  I presume so.  Can I see it?
19      Q.  Sure.
20      MS. ACKERMAN:  I'd like to mark this as Trustee's
21  Exhibit 1.
22      (Dr. Blum's declaration was marked for identification
23  as Trustee's Exhibit No. 1.)
24      A.  I did sign it.
25

---

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 4 of 47

SIPC v BLMIS                                          Norman Blum 5/13/2016

4 (Pages 10 to 13)

## Page 10

BY MS. ACKERMAN:

Q.  Okay.  Great.  So that's your signature there?

A.  That is my signature.

Q.  Thank you.  Dr. Blum, did you review any documents in preparing your declaration?

A.  I did see with my counsel.  Counsel.

Q.  So you met with Counsel --

A.  I met with Counsel.

Q.  Okay.  Did you review any specific documents?

A.  We reviewed this document.

Q.  And then did you speak with anyone, other than your attorney, in preparing your declaration?

A.  I did not.

Q.  So Dr. Blum, I'd like to ask you a few questions about your investment with BLMIS.  How did you come to invest in BLMIS?

A.  I invested with BLMIS as a result of my father, who had known Bernie Madoff and introduced -- and introduced me to him.  He invested in it.  He didn't tell me he invested, but I became aware of it.  I made the decision myself to invest in it.

Q.  So your father had a relationship with Bernie Madoff?

A.  He knew him.

Q.  How did he know him?

## Page 11

A.  He met him because my aunt married a gentleman who knew Bernie Madoff and invested in him rather heavily.  He introduced my -- he introduced Madoff to my father.

Q.  Okay.  Do you --

A.  That's how he met him.

Q.  Do you remember that gentleman's name?

A.  I'm trying to remember my aunt's last name.  I can't remember.  I cannot remember at this time; I'm sorry.

Q.  That's okay.  Thank you.

And so then was there someone in particular that you spoke with at -- first, as you've mentioned in your declaration, you had several accounts with BLMIS, correct?

A.  Yes.

Q.  Okay.  And over the course of the years, was there anyone in particular who you spoke with at BLMIS regarding the maintenance of your accounts?

A.  Clarify that a little, if you would.

Q.  So when you -- did you speak with a particular person any time you called BLMIS or wrote to BLMIS?

A.  I spoke predominantly, when I spoke to them -- I'm sure I spoke to a couple of people, but I remember Frank DiPascali is the one that most -- I spoke to the most commonly.

Q.  Okay.  Did you call Frank?

## Page 12

A.  I would call Frank.

Q.  Okay.  And when you called him, what kinds of things did you discuss with him?

A.  Predominantly, if I needed -- if I wanted to get a distribution.

Q.  Okay.  So you'd request a withdrawal over the phone?

A.  I had to -- when I requested it, I had to write a written request.

Q.  Okay.

A.  I had to send it to him every time.

Q.  Okay.  And then when did -- when did your parents first open their account at BLMIS?

A.  I think my father was the one who invested first.  I think it was in 1981.

Q.  Okay.  And when was your first account opened?

A.  I believe it was in 1986.

Q.  Okay.  Do you remember which account you opened first?

A.  My personal account.

Q.  So in the declaration, if you turn your attention to paragraph 4, your first account was the 1B0034 in your own name?

A.  I believe so.  I believe so.

Q.  And then you also had 1B0035 in the name of your

## Page 13

IRA?

A.  That was done, I believe, later.

Q.  Okay.  So once you opened your account in 1986, was there a time between 1986 and 2008, the demise of BLMIS, when you didn't have any accounts with BLMIS?

A.  Say that again.

Q.  From 1986, when you opened your first account, until 2008, when BLMIS closed, did you always have an account open with them?

A.  Yes, I did.

Q.  Okay.  And so during that period of 1986 to 2008, did you receive monthly statements from BLMIS?

A.  Yes, I did.

Q.  And you received monthly statements for each of your accounts?

A.  Yes, I did.

Q.  And Dr. Blum, did you have sole control of your BLMIS accounts?

A.  Meaning?

Q.  Meaning were you the only person who could make changes to the accounts?

A.  Correct.

Q.  And you were the -- you contacted them personally to open them?

A.  When necessary.

SIPC v BLMIS                                          Norman Blum 5/13/2016

## Page 14

1    Q.  And -- well, when to -- when you --
2    A.  To open them.
3    Q.  To open them, did you contact them directly on
4  your own behalf?
5    A.  Which account are we talking about?
6    Q.  All of them.  All of them.
7      And were there any that you didn't do that for?
8    A.  No.  I did them all myself.  It was only my
9  decision.
10    Q.  Okay.  Great.
11      Dr. Blum, did you have an account that you had
12  joint ownership with earlier on?
13    A.  Meaning?
14    Q.  Was there ever a pension plan account?
15    A.  Yes.
16    Q.  And that was with whom?
17    A.  That was -- that was with me.
18    Q.  And --
19    A.  My IRA account.
20    Q.  And then do you remember an account earlier than
21  that that you had with Dr. Bradley?
22    A.  Dr. Bradley was my associate.
23    Q.  Okay.
24    A.  Yes.  He was involved with the -- as a pension
25  program.

## Page 15

1    Q.  Okay.  But you still had sole control over that
2  account?
3    A.  Absolutely.
4    Q.  Okay.  So to go back to the customer statements
5  for a moment, during the period of '86 to 2008, did you
6  review your statements every month?
7    A.  I did.
8    Q.  And what did you look for when you reviewed your
9  statements each month?
10    A.  Just what the end result was.
11    Q.  So you checked your balance?
12    A.  Checked my balance.
13    Q.  And did you confirm deposits?
14    A.  Meaning?
15    Q.  Meaning if you had made a deposit that month,
16  when you received your statement, did you check to make
17  sure it was there?
18    A.  When I made a deposit from where?
19    Q.  From yourself, from a check or a transfer.
20    A.  I -- the only check I ever received was when I
21  requested checks.
22    Q.  Oh, no, I'm sorry, not withdrawals.  Deposits.
23  Did you confirm your deposits when they went in?
24    A.  Well, I don't do -- there were not that many
25  deposits.

## Page 16

1    Q.  Right.  But you confirmed them on the statements?
2    A.  I did confirm when I made the deposits.
3    Q.  Okay.  And did you confirm the withdrawals, when
4  you made the withdrawals, on the statements?
5    A.  "Withdrawals" meaning?
6    Q.  Any withdrawal that came out of your account.
7  So for --
8    A.  Any withdrawal that came out of my account,
9  meaning that they sent me a check for?
10    Q.  Yes.
11    A.  I deposited them, absolutely.  I mean, I kept
12  records of it.
13    Q.  Okay.  So you checked your customer statements to
14  update your records?
15    A.  I did.
16    Q.  Okay.  And so throughout the period of 1986 to
17  2008, did you make any additional -- you made additional
18  deposits into your account after you opened them?
19    A.  On my -- my account, I made one deposit, I think,
20  during that period of time, although I think there were
21  some more deposits made.  I'd have to check my records.
22    Q.  That's okay.  We can go through it.
23    A.  Two additional deposits were made later, I think,
24  between 2004 and 2003.  I'm not exactly sure when it was.
25  You have a record of that yourself.

## Page 17

1    Q.  But you did make some?
2    A.  I made a couple of deposits, yes, I did.
3    Q.  So in reviewing your customer statements, between
4  1986 and 2008, did you ever see the PW transactions on
5  your customer statements?
6    A.  I became aware of it more recently.  I never
7  noticed it before.
8    Q.  Okay.  When did you know -- when did you become
9  aware of it?
10    A.  When the situation arose over the last couple of
11  years.  I was not even aware of it.
12    Q.  Okay.
13    A.  I mean, I saw it in retrospect, but I never
14  thought about it at all.
15    Q.  So let's use an example.  My apologies.
16    A.  That's okay.  I'm not going anywhere.
17    Q.  Thank you for your patience.
18      MS. ACKERMAN:  I'd like to mark this as Trustee's
19  Exhibit 2.
20      (An 11/30/1986 customer statement for Account 1-00253
21  was marked for identification as Trustee's Exhibit No. 2.)
22  BY MS. ACKERMAN:
23    Q.  Dr. Blum, I'm placing in front of you what's been
24  marked as Trustee's Exhibit 2, which is -- purports to be
25  a copy of the November 30, 1986 customer statement for

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 6 of 47

SIPC v BLMIS                                          Norman Blum 5/13/2016

6 (Pages 18 to 21)

## Page 18

1   1-00253, later 1B0034.  Do you recognize this document?
2       MR. KIRBY:  Excuse me, Counsel.  Where does it
3   say later 1 ...
4       MS. ACKERMAN:  Sorry.  That was -- excuse me.
5   1-00253.
6       MR. KIRBY:  And what kind of account is this?
7       MS. ACKERMAN:  This is Dr. Blum's original
8   account.
9       A.  Yeah, this -- 1 -- say it again.
10  BY MS. ACKERMAN:
11      Q.  So this is the earlier account number for 1B0034.
12      A.  Okay.
13      MR. KIRBY:  You're making that representation?
14      MS. ACKERMAN:  I represent to you that that's the
15  case.
16      A.  And what do you want to know about this?
17  BY MS. ACKERMAN:
18      Q.  Okay.  So this was one of your first customer
19  statements, correct?
20      A.  I guess.  I don't recall seeing this one.
21      Q.  Do you -- do you recognize this to be what the
22  customer statements you received looked like?
23      A.  I didn't receive anything like this, that I
24  recall.  I never saw this.  To my recollection, I never
25  saw this.

## Page 19

1       Q.  What did the customer statements you received
2   look like, Dr. Blum?  Do you remember?
3       A.  It was a monthly statement.  It came out every
4   month.  That's all I would receive, a monthly statement.
5   And it would just -- it stated -- I do not have any
6   records going back to -- this was when, in 1986?  I have
7   no records going back to this.
8       Q.  Okay.
9       A.  And I never saw anything like this.  They just
10  stated the -- what I stated before, you know.  I didn't
11  understand everything that they -- that they sent me.  All
12  I cared about was my balance in, balance out.
13      Q.  Okay.
14      A.  That's all I would care about.  Whatever I got
15  in, that's all I cared about, and that's what I checked
16  for.  In terms of this, I cannot tell you.  And I never
17  saw this kind of a presentation.
18      Q.  Okay.  So let me ask you another question: How
19  many pages were the customer statements that you received,
20  generally?
21      A.  It could be two, three, or four pages sometimes.
22  They'd involve other things that -- what they called --
23  other things, as well.  It could be between three and four
24  pages, and sometimes a lot more.
25      Q.  All right.  And you would review the entire

## Page 20

1   statement?
2       A.  I looked at them, you know.  In terms of
3   understanding them, I'm not sure I understood everything.
4   It was the bottom line I always looked at.
5       Q.  All right.  And did these customer statements --
6   and you say you looked at the bottom line.  So would you
7   compare your beginning balance to your ending balance for
8   that month?
9       A.  Yes, I would.
10      Q.  And did you ever see a statement where your
11  beginning balance was higher than your ending balance?
12      A.  Never.  Almost never.  I don't recall anything
13  where the beginning balance was ever higher than the
14  ending balance.  It was always higher at the ending
15  balance.
16      Q.  So if you had seen a withdrawal that you did not
17  authorize, you would have noticed that?  Would you have
18  noticed it?
19      A.  I would look under what the -- the withdrawal
20  area.  I would know whether I took it out or not,
21  absolutely.  As a matter of fact, it was never -- never
22  lower.  It was always higher at the end.  Sometimes not
23  very much so, but it was always higher at the end.
24      Q.  All right.  Thank you.
25          So just to close the loop, in reviewing your

## Page 21

1   statements between 1986 and 2008, you never recall seeing
2   a 2000 -- did you ever see a PW transaction on your
3   statement?
4       A.  In retrospect, I don't know.  I don't recall
5   seeing it.
6       Q.  All right.
7       A.  They may have been there.  I don't recall seeing
8   it.  I did pull up a couple from 1997, and I saw a PW
9   there.  It was the first time I recognized it.  I didn't
10  look for it because it was -- all I cared about was the
11  end result, did I make money or not make money.  I did see
12  it in 1997.  That's the only time I looked for it.
13      Q.  When you saw it in 1997 --
14      A.  I had no idea what it meant.
15      Q.  -- did it impact your balance?
16      A.  No.  No effect whatsoever, as far as I could
17  tell.
18      Q.  Dr. Blum, between 1986 and 2008, did you ever
19  request that profits be distributed from any of your
20  accounts?
21      A.  Give me the dates again, please.
22      Q.  The entire life.  So 1986 through 2008.
23      A.  I believe I started asking for distributions in
24  1997.  I cannot -- I'd have to take a look at the exact --
25  1999 is when I first asked for the first distribution.

SIPC v BLMIS                                    Norman Blum 5/13/2016

---

Page 22

1  Always distributions at the end of three months.
2      Q.  So quarterly?
3      A.  Quarterly, exactly, was the only time I requested
4  that.
5      Q.  Okay.
6      A.  That I can recall.
7      Q.  Dr. Blum, at the time, if you had noticed the PW
8  transactions, would you have objected to those?
9      A.  I would not --
10         MR. KIRBY:  Objection.  Calls for speculation.
11     A.  I had not -- but I had not.
12  BY MS. ACKERMAN:
13     Q.  If you had noticed an unauthorized withdrawal on
14  one of your statements, or -- I take that back.  I retract
15  that.
16         MS. ACKERMAN:  I'd like to enter in Trustee's
17  Exhibit 3.  I'm sorry.  One second.
18  BY MS. ACKERMAN:
19     Q.  Dr. Blum, a moment ago, you said that whenever
20  you wanted to arrange your withdrawals, you would write to
21  BLMIS, correct?
22     A.  I would let them know what I wanted.  Yes, that
23  is correct.  I didn't do it every time because if I
24  asked -- if I wanted it to be done regularly, it would
25  be done regularly.  I only started doing that, I think,

---

Page 23

1  until 1997.  That's when I started getting a distribution
2  every three months.  I think that was fairly regularly.
3         But I had to sign it first.  He made me sign it
4  first, a request.  I had to type it up, the amount over
5  here, or I could do over the phone.  I just typed it out.
6  I'm not a computer-oriented person, either.  I would type
7  the whole thing out, requesting it.
8      Q.  And did you ever call BLMIS to object to
9  something you saw on your customer statement?
10     A.  Never.
11         MS. ACKERMAN:  I'd like to enter in Trustee's
12  Exhibit 3.
13         (The customer file for Account 1B0201 was marked for
14  identification as Trustee's Exhibit No. 3.)
15  BY MS. ACKERMAN:
16     Q.  Dr. Blum, I'm handing you what's been marked as
17  Trustee's Exhibit 3.
18     A.  Can I look through it?
19     Q.  I'm going to direct you in one moment.  Sorry
20  about that.
21         I represent to you that this is a copy of the
22  customer file from BLMIS for your account 1 -- for Account
23  1B0201 in the name of the Norman J. Blum -- first Norman
24  J. Blum, then Norman J. Blum Living Trust.
25     A.  What's the -- B102-- oh, -0201.

---

Page 24

1      Q.  Yes.  I'd like to direct your attention to the
2  document marked -- it's marked page 89 at the bottom
3  right, Bates number.
4      A.  89 at the bottom.
5      A.  All the way in the back.
6      A.  Backwards?
7      A.  It's about the fifth page from the back.
8      A.  Where are the numbers?
9      Q.  Down here.  Three more pages.  One more.  Sorry
10  about that.
11     A.  That's okay.
12     Q.  There we go.
13     A.  I'm sorry.
14     Q.  That's okay.  Dr. Blum, do you recognize this
15  document?
16     A.  Let me look at it first, please.
17     Q.  Sure.
18     A.  I do recognize it.  Do not recall it.  That's all
19  I can say.  My -- I presume I did get it, but I do not
20  recall it.
21     Q.  Do you recall corresponding with Mr. Madoff at
22  all during your time --
23     A.  I never spoke to Mr. Madoff at all.  Never spoke
24  to him directly.
25     Q.  Do you recall -- did you ever speak with

---

Page 25

1  Mr. DiPascali about questions related to the management of
2  your account?
3      A.  The only time I spoke to Mr. DiPascali was when I
4  needed to have money sent to me.
5      Q.  Okay.  So you have --
6      A.  I have no recollection.  That's all I can tell
7  you.
8      Q.  That's fine.  Thank you.
9         Okay.  Dr. Blum, just to go back, I'd like to now
10  talk about some of the accounts that are in your
11  declaration.
12     A.  Close this?
13     Q.  That's fine.  Thank you.
14         So BLMIS Account 1B0034 -- again, paragraph 4 --
15  was opened in your name?
16     A.  Yes.
17     Q.  And it was opened in September of 1986?
18     A.  If that's what the record says.  I don't have the
19  record in front of me, but it would have been 1986
20  sometime.
21     Q.  And did you receive customer statements for
22  1B0034?
23     A.  "Customer statements" meaning what?
24     Q.  Meaning the monthly statement showing the
25  balances.

---

BENDISH REPORTING
877.404.2193

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 8 of 47

SIPC v BLMIS

Norman Blum 5/13/2016

8 (Pages 26 to 29)

## Page 26

1   A.  Yes, I received monthly statements.
2   Q.  And did you ever object to those customer
3 statements for 1B0034?
4   A.  I do not believe I did, as far as I can
5 recollect.
6   Q.  Do you admit that you opened 1B0034 with a
7 deposit of $100,000?
8   A.  I did.
9   Q.  And that was --
10   A.  That's correct.
11   Q.  Dr. Blum, do you admit that you made a withdrawal
12 from 1B0034 in the amount of $21,339.68 in the form of a
13 check on May 24, 1988?
14   A.  I have no recollection of that.  I saw it there.
15 I have no recollection if I did or did not.  I don't --
16 that was soon after I started the whole thing off.  I
17 would question why I would have done that, if I did.  I do
18 not recollect doing that at all.
19   Q.  All right.  Do you admit that you made a
20 withdrawal in the form of a check of $4,240.11 from 1B0034
21 on 12/15/1989?
22   A.  I have no idea what that represents.
23   MS. ACKERMAN:  I'd like to mark this as Trustee's
24 Exhibit 4.
25

## Page 27

1   (A principal balance calculation for Account 1B0034
2 was marked for identification as Trustee's Exhibit No. 4.)
3   A.  Thank you.
4 BY MS. ACKERMAN:
5   Q.  Dr. Blum, I've handed you now what's been marked
6 as Trustee's Exhibit 4.  I represent to you that this is a
7 complete -- complete record of the deposits and
8 withdrawals from 1B0034, based on BLMIS's books and
9 records.
10   A.  Okay.
11   Q.  And I represent this is a true and correct copy
12 of this exhibit as it was annexed to the supplemental
13 expert report of Matthew Greenblatt, which was served and
14 filed on the docket on December 17, 2015.
15   Do you have any -- I'd like to direct your
16 attention then to the line item at 5 -- if you flip to
17 page -- sorry.  It's the first page.
18   MR. KIRBY:  The first page?
19   A.  Which page?
20 BY MS. ACKERMAN:
21   Q.  Sorry about that.  Yes, first page.  5/24/1988.
22   A.  5/24/1988.  Gotcha.
23   Q.  Could you read that line item for us?
24   A.  "Check.  CW.  $21,340."  That's what it says.
25   Q.  Okay.  That's fine.  Do you -- do you remember --

## Page 28

1 I'm sorry.
2   Did you make a withdrawal in this amount at that
3 time from this account?
4   A.  Not to my recollection that I did.  I do not
5 recall doing that at all.  I have no idea why I would do
6 that, as I just opened up the account, and to take out
7 $21,000 seems -- and $340 seems rather strange to me.  No
8 recollection at all about having done that.
9   Q.  And then again on 12/15/1989, a few lines lower.
10   A.  12/15.  Is that Columbia Pictures?
11   Q.  It looks like it, yes.
12   Could you read that line item for us?
13   A.  "Check.  Columbia Pictures.  PW.  28" -- "$2,814.
14 (Clarification requested by the court reporter.)
15   MR. KIRBY:  Columbia Pictures.
16   THE WITNESS:  Columbia Pictures.
17   THE COURT REPORTER:  The amount I didn't hear.
18 BY MS. ACKERMAN:
19   Q.  And do you -- did you make a withdrawal in this
20 amount at that time?
21   A.  That I can say categorically I did not.
22   Q.  Do you admit, Dr. Blum, that you made --
23 Dr. Blum, I apologize -- that you made a transfer to
24 1B0035 from 1B0034 on 10/29/1990?
25   A.  Yeah, I did not do that.

## Page 29

1   Q.  You did not transfer any funds out of 1B0034?
2   A.  Absolutely not.  That's my IRA account.
3   Q.  Sorry.  If you look at that line item,
4 10/25/1990, could you read that?
5   A.  "10/25/1990.  Transferred to IRA."
6   Q.  Sorry.  That's -- yes.
7   A.  $239- -- that's CW.  $239,439 [sic].  Never did
8 that.
9   Q.  You didn't transfer to the IRA?
10   A.  Well, that -- transfer, I do not know if I did
11 that or not.  I couldn't have done that.  I shouldn't have
12 done that.  You can't play around with the IRA.
13   Q.  You can't transfer to the IRA.
14   A.  Well, I don't know if I can or cannot.  You can't
15 do anything -- you can't do anything with the IRA at all.
16 It's very strict on that.  This is through my retirement
17 fund, my pension fund.  They're very strict in doing
18 things like that.  You're not allowed to play around with
19 things like that.  I never touched that.
20   Q.  Dr. Blum, do you admit that you made profit
21 withdrawals approximately every two months from
22 November 20, 1986 to October 12, 1990?
23   A.  I do not.  I never took any profit withdrawal.
24   Q.  Thank you.  Dr. Blum, a moment ago, we discussed
25 how you -- strike that.

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 9 of 47

SIPC v BLMIS
Norman Blum 5/13/2016

9 (Pages 30 to 33)

## Page 30

1    Dr. Blum, do you admit that you were one of the
2 account holders for 100249?
3    A.  Who account -- what account is that?
4    MS. ACKERMAN:  I'd like to mark this as Trustee's
5 Exhibit 5.
6    (An 11/30/1987 account statement for Account 100249
7 was marked for identification as Trustee's Exhibit No. 5.)
8 BY MS. ACKERMAN:
9    Q.  Dr. Blum, I've placed before you what's been
10 marked as Trustee's Exhibit 5, which purports to be a
11 statement of the account 100249, dated November 30, 1987.
12 Do you recognize this document?
13    A.  Absolutely not.  Never saw it in my entire life.
14 I never heard of -00249.
15    Q.  Do you -- Dr. Blum, I'd like to direct your
16 attention to the top left corner.
17    A.  Top left corner.
18    Q.  The statement of the -- the name of the account,
19 could you read that for us?
20    A.  Bradley Blum Pension Plan.
21    Q.  Did you have an account at BLMIS for the Bradley
22 Blum Pension Plan?
23    A.  Did I have an account?  I do not recall.  I don't
24 recall if I did or did not.  This is 1987.  There's no way
25 I would remember that, nor do I think I did.  There's no

## Page 31

1 reason why I should have.
2    Q.  Was there an entity called the Bradley Blum
3 Pension Plan?
4    A.  Yes, there was.
5    Q.  And did you have funds invested for that pension
6 plan?
7    A.  I have no idea.  I don't believe so.  What do you
8 mean a fund?  Clarify, if you would.
9    Q.  I will.  Thank you.  For the Bradley Blum Pension
10 Plan, was -- was what?  What was the Bradley Blum Pension
11 Plan?
12    A.  Well, we had established the pension -- that was
13 part of my medical practice, and we established the
14 pension fund, and it was -- and deposits were made in it.
15    Q.  And then --
16    A.  But I don't recall the details.  In terms of this
17 number, I have no recollection of that at all.
18    Q.  Did you invest the Bradley Blum Pension Plan
19 funds in BLMIS?
20    A.  The pension fund?  In the IRA account.  Only the
21 IRA account.
22    Q.  The pension plan.
23    A.  The pension plan was invested in the IRA account.
24    Q.  With BLMIS?  So the pension plan was a collection
25 of funds, correct?

## Page 32

1    A.  The pension fund -- the pension fund was a
2 collection of different -- of different investments.  A
3 small percentage was invested in the IRA fund of BLMIS.
4 It was one small investment, is all it was.
5    Q.  Okay.
6    MS. ACKERMAN:  I'd like to mark this as Trustee's
7 Exhibit 6.
8    (The customer file for Account 100249 was marked for
9 identification as Trustee's Exhibit No. 6.)
10 BY MS. ACKERMAN:
11    Q.  Dr. Blum, I'm placing before you what's been
12 marked as Trustee's Exhibit 6.  I represent to you that
13 this is the customer file found at BLMIS for Account
14 100249, and it's identified in the names of Drs. Bradley
15 and Blum, M.D., P.A.
16    Turn to page MADTBB01953410.
17    MR. KIRBY:  534 --
18    MS. ACKERMAN:  -10.  I apologize.
19    A.  What is your -- the first page?
20 BY MS. ACKERMAN:
21    Q.  Yes.  The page I have there for you.
22    Dr. Blum, do you recognize that signature there
23 at the bottom?
24    A.  Yes, I do.
25    Q.  And can you describe this document for me?

## Page 33

1    A.  Well, it happened in 1990, and apparently that's
2 the pension plan account number.  And I -- do you want me
3 to say -- what do you want me to say about this?  A
4 splitting of the Bradley Blum Pension Fund.
5    Q.  Do you recognize this letter?
6    A.  I don't recognize it.  I'm sure I sent it.
7 That's about -- a number of years ago.  Dr. Bradley had
8 just died.  That's the reason for the splitting.  He died,
9 and it had to be split off.
10    Q.  So Dr. Blum, do you admit that you had an account
11 with BLMIS in the name of the Bradley Blum Pension Plan?
12    A.  I'm not sure what you're saying there.  You're
13 talking about this number here?
14    Q.  Yes.  The 100249.
15    A.  I have no idea if that's related to BLMIS.
16    Q.  Do you have any reason --
17    A.  I have no idea what that -- what I meant by that
18 number.  Put it that way.  It's a long time ago.  I cannot
19 recollect it.
20    Q.  But you do remember that -- but you did have the
21 pension plan fund at BLMIS?
22    A.  I -- that's in my account, but that's where you
23 see what I had.  That's all I had involved with BLMIS.  I
24 can't tell you about this thing, the Bradley Blum part.  I
25 don't know what I had -- why I spoke to JoAnn at all.  I'm

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 10 of 47

SIPC v BLMIS

Norman Blum 5/13/2016

10 (Pages 34 to 37)

## Page 34

1 not sure what this is for. I see it here, but I can't
2 explain it other than the fact that it's associated with
3 the fact that he died.
4    Q. All right. If you could turn two pages forward,
5 Dr. Blum, in that same document, to page 12, bottom
6 right-hand corner. Again, do you recognize your signature
7 there?
8    A. Uh-huh.
9    Q. Could you read this letter for us?
10   A. "To whom it may concern. I am the trustee for
11 the Bradley Blum pension account, number 100249-1-0. This
12 plan has been terminated. The proceeds in this account
13 need to be split up equally and transferred to the
14 individual IRA accounts in my name."
15        This probably had nothing to do with the -- with
16 Madoff. I don't know. That's all I can think of. I have
17 no idea what it means.
18   Q. Can you tell me who it's addressed to there at
19 the top?
20   A. To Bernard Madoff Investment Securities. Again,
21 I cannot tell you any further what I did and why I said
22 it. I do not remember.
23   Q. Okay. Were you the trustee for the Bradley Blum
24 Pension Plan?
25   A. I was one of the trustees.

## Page 35

1    Q. Who was the other trustee?
2    A. Dr. Bradley.
3    Q. And did you and Dr. Bradley discuss your plan for
4 investing the pension fund at any time?
5    A. I'm not sure what you mean.
6    Q. Did you and Dr. Bradley decide to invest the
7 pension plan?
8    A. We invested a long time before Madoff.
9    Q. When did you --
10   A. As I said before, we had multiple other
11 investments than the pension plan.
12   Q. When did you begin the pension plan?
13   A. Cannot recall.
14   Q. Dr. Blum, just one more question on this. If you
15 could turn to the back.
16   A. Back?
17   Q. Yeah. It reads "page 24" on the bottom
18 right-hand corner. The last two digits would be 24.
19 There you go.
20   A. Okay.
21   Q. Do you recognize this document?
22   A. No. Let me look at it first.
23   Q. I don't need you to read the whole thing,
24 Dr. Blum.
25   A. I just -- I don't recall it. Let's put it that

## Page 36

1 way. Yeah, this is long.
2    Q. If you could flip to the third page of that
3 document.
4    A. This one?
5    Q. Yeah. Do you recognize that signature?
6    A. Yes, I do.
7    Q. And whose signature is it?
8    A. Norman J. Blum. That is my signature.
9    Q. And your title?
10   A. Trustee.
11   Q. And the name of the corporation there?
12   A. Bradley Blum Pension Fund.
13   Q. Do you recall opening -- you don't -- do you
14 recall opening an account with BLMIS in this name?
15   A. Absolutely not.
16   Q. Do you have any reason to doubt that that's your
17 signature?
18   A. That is my signature.
19   Q. Okay.
20        MS. ACKERMAN: I'd like to state for the record
21 that the page referred to is MADTBB01953424 through
22 -3426.
23 BY MS. ACKERMAN:
24   Q. Thank you, Dr. Blum. We'll make a nice little
25 pile here.

## Page 37

1        Dr. Blum, once the pension plan -- when did the
2 pension plan end?
3    A. It ended when Madoff went under.
4        MR. KIRBY: Maybe you ought to clarify that.
5 Which pension plan are you talking about?
6        MS. ACKERMAN: Sure. Absolutely.
7 BY MS. ACKERMAN:
8    Q. So Dr. Blum, the Bradley Blum Pension Plan, did
9 that come to an end at some time?
10   A. The Bradley Blum Pension Plan -- I'm trying to
11 remember. I do not recall when it came to an end. I had
12 a stroke, and that's what ended my practice, and that's
13 when everything came to an end.
14   Q. All right. Dr. Blum, I'd like to turn your
15 attention now to the account 1B0035, which, according to
16 your declaration, was the account held in the name of your
17 IRA.
18   A. Correct.
19   Q. Did you receive monthly statements for 1B0035?
20   A. I did.
21   Q. And did you review those statements?
22   A. I did.
23   Q. Did you ever dispute the accuracy of those
24 statements?
25   A. I did not.

SIPC v BLMIS                                      Norman Blum 5/13/2016

Page 38

1    Q.  Do you admit that there was a transfer from
2  1B0034 on 10/25/90, and that that was the only deposit
3  into your IRA account of 1B0035?
4    A.  Clarify the transfer again.
5    Q.  It would have -- October 25, 1990, from your
6  personal account, 1B0034, into your IRA account of 1B0035.
7    A.  Never happened.
8    Q.  How did you open your IRA account at BLMIS?
9    A.  I don't recall how we did it.  I guess I called
10  him up and told him that we wanted to set -- make an
11  investment in the IRA.
12    Q.  Okay.
13    A.  That's my recollection.
14    Q.  How did you fund that account?
15    A.  Do not recall how we funded.  We had to take the
16  money -- send the money to the Madoff people.  I don't
17  recall how it was done.
18    Q.  Do you recall where that money came from?
19    A.  From the pension fund.  It all came in the
20  pension fund.
21    Q.  From the Bradley Blum Pension Plan?
22    A.  That's exactly right.  That's where it came from.
23  It came from the funds that were already in there.
24    (Clarification requested by the court reporter.)
25    THE WITNESS:  It came from the Bradley Blum

Page 39

1  pension fund.  I'm sorry.
2  BY MS. ACKERMAN:
3    Q.  Dr. Blum, I'd like to direct your attention to
4  account 1B0190, which was first held in your name,
5  correct?
6    A.  I believe so.
7    Q.  And you changed it to the Norman J. Blum Living
8  Trust?
9    A.  Correct.
10    Q.  Did you receive monthly statements for 1B0190?
11    A.  I believe I did.
12    Q.  Did you review those statements?
13    A.  Yes, I did.
14    Q.  Did you ever dispute the accuracy of those
15  statements?
16    A.  I do not believe I did.
17    Q.  Do you admit that a transfer from 1B0035, the IRA
18  account, on July 25, 1997, was the only deposit into
19  1B0190?
20    A.  I'd have to look and see.  I'm not 100 percent
21  sure.
22    MS. ACKERMAN:  I'd like to mark this as Trustee's
23  Exhibit 7.
24    (A principal balance calculation for Account 1B0190
25  was marked for identification as Trustee's Exhibit No. 7.)

Page 40

1  BY MS. ACKERMAN:
2    Q.  Dr. Blum, I placed before you what's been marked
3  Trustee's Exhibit 7, and I represent to you that this is a
4  detailed schedule for the principal balance calculation
5  for the BLMIS account 1B0190 in the name of NTC & Co. for
6  the benefit of Norman J. Blum.  And I represent to you
7  that this is an accurate representation of the deposits
8  and withdrawals as identified in BLMIS's books and
9  records.
10    Dr. Blum --
11    A.  Again, I'd like you to clarify that because I'm
12  not clear what you're saying.  You're saying that the
13  transfer was made to the IRA account from B1090 [sic]?
14    Q.  No.  If you could read that first line there.
15    A.  My problem sometimes is understanding these
16  things, so --
17    Q.  Sure.  I'll read it for you.
18    A.  -- if you could read it, if you don't mind.
19    Q.  So 7/25/1997, we have a transfer from 1B003510
20  (1B0035).
21    Was 1B0035 your IRA account?
22    A.  Apparently, yes.  I think that was my IRA
23  account.
24    Q.  And then we have a journal entry.  Then we have
25  an amount represented in the records of $674,462.

Page 41

1    So my question is, Dr. Blum:  Did you transfer
2  $674,462 -- strike that.
3    Did you make a transfer from 1B0035, your IRA
4  account, to your NTC & Co. IRA account, 1B0190?
5    A.  I transferred these B7 -- my original IRA account
6  to B190, which is also an IRA account, a different number,
7  where -- I have no -- I didn't do any of that.  That may
8  have been done by Madoff.  I did not request anything
9  myself to have it done.
10    Q.  So you don't --
11    A.  It was not at my request.
12    Q.  Mr. Blum -- Dr. Blum, did you -- you reviewed
13  your statements for 1B0190?
14    A.  I did every month.
15    Q.  And for 1B0035, your IRA account, correct?
16    A.  I did every month, also, when I got it.
17    Q.  Do you recall ever seeing a transfer out of
18  1B0035 that you did not authorize?
19    A.  I did after I looked at the records that were
20  sent to me.  I never thought about it.
21    Q.  Okay.
22    A.  I saw it but never thought about it.
23    Q.  All right.  Dr. Blum, I'd like to talk --
24    A.  Are you through with this one?
25    Q.  Yes.  Thank you.

SIPC v BLMIS

Norman Blum 5/13/2016

## Page 42

1    Dr. Blum, 1B0201 was an account in the name of
2  the Norman J. Blum Living Trust, correct?
3    A. Correct.
4    Q. And did you receive customer statements for that
5  account?
6    A. I did.
7    Q. Dr. Blum, did you ever take profit withdrawals
8  from your account?
9    A. I never took profit withdrawal from an account.
10    Q. And between 1986 and 2008, did anyone at BLMIS
11  ever ask you if you wanted to receive profits from any of
12  your accounts?
13    A. Not to my knowledge.
14    Q. Did you ever ask anyone -- did anyone at BLMIS
15  ever ask you if you wanted to reinvest the profits from
16  your BLMIS accounts?
17    A. Not to my recollection.
18    Q. Did you ever have any conversation with BLMIS
19  regarding sending or reinvesting your profits?
20    A. Not to my recollection at all.
21    Q. Dr. Blum, I'd like to refer back -- I'd like to
22  refer back to what's been marked as Trustee's Exhibit 3, a
23  customer file for 1B0201. I'd like to refer to page Bates
24  stamped AMF00157068.
25    A. -15768?

## Page 43

1    Q. Yes. -157068.
2    A. -068, you said. Got it.
3    Q. Dr. Blum, do you recognize that signature there?
4    A. Yes, I do.
5    Q. And whose signature is that?
6    A. Mine.
7    Q. Do you recognize this document?
8    A. I do not recognize it specifically, but it is my
9  signature and my writing. It's handwritten. So I didn't
10  type it. I handwrote it.
11    Q. Yes. And could you read for us what this letter
12  requests.
13    A. "Dear Mr. DiPascali," dated 12/24/97, "Account
14  No. 1B0201-3. With reference to my above account, please
15  send me all of the profits when it is time for a
16  distribution. Thank you. Norman J. Blum." Signed.
17    Q. Dr. Blum, do you remember why you wrote this
18  letter? Why did you write this letter?
19    A. Because I wanted -- I presume because I wanted to
20  get my distribution on a regular basis every three months.
21    Q. And had you already set that up at this time?
22    A. I do not recall. It had to be set up, maybe, at
23  this time. I do not recall it specifically.
24    Q. And when you requested distributions at other
25  times, did you reference profits?

## Page 44

1    A. No. I was -- I was referring to the
2  distributions. Whatever word you want to use for it,
3  that's what I was referring to: every three months, the
4  profit, so-called profit.
5    Q. And how did -- in this letter where you reference
6  "Send me all of the profits when it's time for
7  distribution," what was your meaning of "profits" in this
8  context?
9    A. Every three months, they would give me a
10  three-month statement about what the profits were at the
11  time. And at that time, I had the -- I made the option,
12  when I got that information after every three months, and
13  I decided I needed the money. So I got it -- I got it
14  done on an every-three-month basis. It would let me know
15  what the profit was, and that would be -- on that basis, I
16  would make a decision to get a distribution, what I call a
17  distribution.
18    Q. So part of your distributions were the withdrawal
19  of profits?
20    A. Whatever you want to call it. As I said before,
21  that's the only way I could get money. It had to be
22  written.
23    Q. How were the -- in terms of your quarterly
24  distributions, Dr. Blum, how were the profits that were
25  included in that distribution calculated?

## Page 45

1    A. No idea.
2    Q. Were you able to confirm what they sent to --
3  what BLMIS sent to you as your profits distribution, based
4  on your statements?
5    A. What do you mean by "confirm"?
6    Q. Were you able to verify the accuracy of the
7  amount that they were distributing to you?
8    A. I made no attempt to verify the accuracy. What
9  they said is what I accepted. If that was the
10  distribution time, that was the distribution time, and I
11  accepted it. I never looked into it.
12    Q. I just want to -- so based on this letter, did
13  you discuss profits with Mr. DiPascali at BLMIS?
14    A. I just told him what I wanted. I'd been getting
15  these things for a number of years, but I needed the money
16  at this point, so I requested that I get the distribution
17  every three months.
18    Q. Thank you. In the same document, I'd like to
19  turn your attention to Bates No. AMF00157037, the last two
20  digits 37, Dr. Blum. It will be back toward the
21  beginning.
22    A. Sorry. Repeat it again. I was thinking of
23  something -- my mind was someplace else.
24    Q. Exhibit 37. It will be backwards.
25    A. Oh, backwards. All right. I'll let you know.

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 13 of 47

SIPC v BLMIS                                           Norman Blum 5/13/2016

13 (Pages 46 to 49)

## Page 46

1  Getting close.  Okay.
2  Q.  Dr. Blum, do you recognize that signature?
3  A.  I do.
4  Q.  And whose signature is it?
5  A.  It's my signature.
6  Q.  And the date of this letter is?
7  A.  January -- June 27, 2003.
8  Q.  And could you read the contents of this letter to
9  us.
10  A.  It just says "To Bernard Madoff Investment
11  Securities, LLC, attention Frank, for Norman J. Blum, and
12  201-3 account number.  Investments of profits.  Please
13  invest all the profits in the above account."
14      That's what I said -- that's exactly what I said
15  before.  It was a distribution.  It was a quarterly
16  distribution.  That's what it was, and that's what I got.
17  Q.  But in this letter, you're asking that they
18  invest all of your profits.  Do you recall this letter?
19  A.  Oh, I'm sorry.  Let me do that again.  "Invest
20  all my profits" -- I do not recall having said that at
21  all, but I signed it.  So like I said, I don't recall it
22  myself.  I misunderstood.  I apologize.
23  Q.  It's no problem.
24      Do you recall ever making -- did you make a
25  decision at a certain point to stop receiving

## Page 47

1  distributions?
2  A.  I do not recall at that point whether I stopped
3  it or not.  I don't recall when I did stop it.
4  Apparently, I did state that, but I don't know what -- I
5  don't recall having said -- when I stopped.  I don't
6  recall that.
7  Q.  Do you have any idea why you would have written
8  this?
9  A.  No.  I would have no -- other than the fact maybe
10  I wanted -- I have no idea why I kept taking
11  distributions.  I'd have to go back and look at my
12  records.  Maybe I felt I did not need the money at the
13  time, if I did stop it.  I don't recall if I did stop it
14  or not.
15  Q.  Dr. Blum, I'd like to now talk --
16  A.  Put this down?
17  Q.  Yes, you may.  Thank you.
18      I'd like to now turn to your involvement in your
19  parents' accounts.
20  A.  Okay.
21  Q.  I'd first like to clarify a statement in your
22  declaration.
23  A.  Let me have that back again.  Okay.
24  Q.  In paragraph 6 there, Dr. Blum, you state that
25  you transferred 1B0033, which was in the name of the

## Page 48

1  Morris Blum --
2  A.  Correct.
3  Q.  -- Living Trust, to 1B0189, thereby making a new
4  account after your father's death, correct?
5  A.  That was under -- I'm not sure if that was -- was
6  that when he passed, when it was switched over, or was it
7  before that?  It was probably when it became a living
8  trust that the numbers changed, would be my guess.
9  Q.  So are you saying that the transfer was made
10  before your father passed?
11  A.  That's what I'm saying.  I think so, but I'd have
12  to take a look and see.
13  Q.  Would you agree that it was possibly around July
14  1997?
15  A.  I'd have to look.  It's possible.  I don't know
16  that for sure.  I'd have to take a look and see.
17      MS. ACKERMAN:  I'd like to mark this as Trustee's
18  Exhibit 8.
19  (A principal balance calculation for Account 1B0033
20  was marked for identification as Trustee's Exhibit No. 8.)
21  BY MS. ACKERMAN:
22  Q.  Dr. Blum, I've placed before you what's been
23  marked as Trustee's Exhibit 8, which I represent to you is
24  an accurate representation of the transactions recorded on
25  BLMIS's books and records of the deposits and withdrawals

## Page 49

1  in Account 1B0033.
2      If I may turn your attention to the line item
3  corresponding to July 8, 1997.
4  A.  July 8, 1997.  Got it.  Okay.
5  Q.  Could you read that description there for me?
6  A.  It says "Transfer to B189 [sic].  CW.  $577,725."
7  Q.  Could you read that account number again where it
8  says "Transfer To"?  You're on the right line.  If you
9  could just repeat it for the record?  I'm not sure if it
10  was clear.
11  A.  "Transfer to B18930."  So it was transferred on
12  July 8, 1997.
13  Q.  Okay.  So you admit that it was transferred in
14  1997?
15  A.  My guess, it was because he became -- went to --
16  that became a living trust.
17  Q.  And that was before your father passed?
18  A.  That was before.  He passed in 2002.
19  Q.  Okay.  And Dr. Blum, did you --
20  A.  Does that answer your question on this one?
21  Q.  Sure.  So then paragraph 6 to your declaration is
22  inaccurate in that regard?
23  A.  It's inaccurate?  Why?
24      MR. KIRBY:  In regard to what?
25

## Page 50

BY MS. ACKERMAN:

Q.  In regard to the timing of the transfer from 1B0033 to 1B0189.  Would you like me to clarify?

A.  Yes.

Q.  Where paragraph 6 --

A.  Where -- you're talking about "denominated"?

Q.  That's okay.  Well, let me try to rephrase it for you.

     Where you state in paragraph 6 that the account was transferred, that 1B0033 became 1B0189 after your father's death in 2002, that's incorrect.  Is that incorrect?

A.  What I said here -- let me see what I said.  I caused the balance to be transferred to a separate account in the name of Joel Blum as a co-trustee.  The answer is: Perhaps it's not exactly correct.  Perhaps I did -- he did it in 1997, because that's when it became a living trust.

Q.  Thank you.

A.  That's my fault, I guess, because I --

Q.  That's okay.

A.  -- wrote the letter.

Q.  So paragraph 5 of your declaration, you talk about -- you state that after your mother passed away, you assisted your father with his finances, correct?

A.  My father with what?

## Page 51

Q.  You assisted your father with his finances?

A.  Uh-huh.

Q.  And your mother passed away in 1993?

A.  In 1993, she passed away, that's correct.

Q.  And so did you begin assisting your father with his finances immediately thereafter?

A.  No.  Initially, he kept taking care -- in the later years of his life, I helped him.  He always had responsibility for himself.  His problem was his vision.  He couldn't see so well, so I helped him with that.  But I helped him in 1997.

Q.  When did that start?  Around when?

A.  I had a stroke in '94, so I was not capable of doing very much in helping him in 1997.  Probably around -- closer to 2000.

Q.  Okay.  And how did you assist your father with his finances other than his vision?  Let me rephrase.

A.  He made his own decisions.  He got his regular distribution from Madoff and his regular investments, as well.  He did that himself.  I would help him -- help him see.  Sometimes I'd help him write out the check.

Q.  Were you involved in the decision making for the account at all?

A.  There were no decisions to make.  He didn't make any decisions one way or the other.

## Page 52

Q.  What do you mean by that?

A.  Whatever he wanted to do, he did it.

Q.  Okay.

A.  My father was -- had his mind together till the day he died.

Q.  So did you ever meet with -- did your family have a financial advisor?

A.  No.

Q.  Did you assist your father with his tax preparations for those accounts?

A.  It was done by his accountant.

Q.  Did you ever meet with his accountant?

A.  Spoke to her.  Never met with her.

Q.  And did you review the taxes before they were filed?

A.  In retrospect, yes, I did.

Q.  And Dr. Blum, in your declaration, you talk about your family's investment strategy.  What was your father's investment strategy at that time when you --

A.  What time was that?

Q.  When you began working -- when you began assisting him.

A.  I don't know what to say because the strategy -- nothing really changed.  The strategy was the same all along.

## Page 53

Q.  Okay.  What was the strategy before you began assisting him?

A.  Well, he -- once he had retired, his strategy was to maintain his money and use whatever money he had appropriately.  He was very, very careful what he did.  And he had money -- multiple investments outside of the Madoff account, and his investments got progressively more conservative as he got older.

Q.  And what did he rely on for income?

A.  He had multiple income outside of Madoff.  He needed Madoff to assist his income.  As I said, he had multiple other investments.

Q.  And did he take withdrawals from those other investments?

A.  I would say the predominant amount of his investments that he needed in his later years was from Madoff.  His requirements were much less, and he made every attempt not to break up his accounts.

Q.  And when you were assisting your father with his Madoff accounts, did you review the customer statements that he received for his accounts?

A.  I do not recall.

Q.  Do you -- did your father make regular withdrawals from BLMIS?

A.  He would make quarterly withdrawals.

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 15 of 47

SIPC v BLMIS                                          Norman Blum 5/13/2016

15 (Pages 54 to 57)

## Page 54

1    MS. ACKERMAN: I'd like to mark this as Trustee's
2  Exhibit 9.
3    (The customer file for Account 1B0036 was marked for
4  identification as Trustee's Exhibit No. 9.)
5    A.  Thank you.
6  BY MS. ACKERMAN:
7    Q.  Dr. Blum, I'm placing before you what's been
8  marked as Trustee's Exhibit 9.  I represent to you that
9  this is the customer file located at BLMIS related to
10  Account 1B0036.
11    MR. KIRBY: 3-6?
12    MS. ACKERMAN: 3-6.  Let me clarify.  1B0036, in
13  the name of the Estate of Roslyn Blum, formerly the
14  Roslyn Blum Living Trust.
15  BY MS. ACKERMAN:
16    Q.  Dr. Blum, do you recognize the signature on this
17  page?
18    A.  Yes, I do.
19    Q.  And whose signature is that?
20    A.  That is my father's signature.
21    MR. KIRBY: -29?
22    MS. ACKERMAN: I apologize.  We're at
23  MADTBB03076729.
24  BY MS. ACKERMAN:
25    Q.  Dr. Blum, could you -- what does that letter say?

## Page 55

1    A.  It's a letter to Bernard Madoff, stating he
2  wanted to -- he's changed his address.  That's when I had
3  my stroke.  My father moved into my house for about five
4  months during my stroke, and then he left.  It's the old
5  address.  He changed his address.
6    Q.  So this is actually your address here?
7    A.  That's my address here.
8    Q.  And what's the date of this letter?
9    A.  5/1/94.  My stroke was in April of '94.
10    Q.  And when did your father move out of your house?
11    A.  Approximately September of '94.  Approximately.
12    Q.  So he stayed with you for about four months?
13    A.  Four to five.
14    Q.  Five months?
15    A.  Yeah, about five months.
16    Q.  And then when he moved out, did you continue
17  receiving the statements for his account?
18    A.  No.  It went back to his.
19    Q.  So did you ever review your father's BLMIS
20  statements?
21    A.  He would show me the monthly statements.  He
22  would just show it to me, and I'd look like -- look at it.
23  That's all.  He showed it to me.  That's all.
24    Q.  And did your father ever tell you that he was
25  withdrawing profit withdrawals from his BLMIS account?

## Page 56

1    A.  I'd known that for a long time.  He was taking it
2  out regularly.
3    Q.  He was taking out profit withdrawals?
4    A.  No.  A profit withdrawal is a quarterly
5  distribution.  Whatever word you want to use for it,
6  that's a quarterly distribution.  That's what that is.
7  That's what it is.  It's only done every three months.
8  That's what the distributions are.  Whatever word you want
9  to use for it is fine with me.
10    Q.  Okay.  But did your father ever mention to you
11  specifically that he was taking out more regular profit
12  withdrawals?
13    A.  Every three months.  He never took out anything
14  but that.
15    Q.  Okay.
16    A.  That's all he took out.
17    Q.  Dr. Blum, I'd like to draw your attention to the
18  same document here, Exhibit -- Exhibit 9.  Could you turn
19  to MADTBB03076732, are the last two digits.
20    MR. KIRBY: 3-2?
21    MS. ACKERMAN: 3-2, yes.
22    A.  I'm getting there.  Got it.
23  BY MS. ACKERMAN:
24    Q.  Okay.  Dr. Blum, do you recognize this document?
25    A.  You're talking about the Roslyn Blum Living

## Page 57

1  Trust?
2    Q.  Uh-huh.
3    A.  I don't recognize it, but I see it.
4    Q.  Are you aware that the Roslyn Blum Living Trust
5  existed?
6    A.  I am, or was.  What do you want me to do with
7  that?
8    Q.  If you could turn to page ending -733.
9    A.  Okay.
10    A.  Article Second.
11    A.  Article Second.
12    Q.  Subsection A, "Income."  Could you read that for
13  us?
14    A.  "The provisions of this article shall govern the
15  disposition of income and principal of the trust during my
16  lifetime."
17    (Clarification requested by the court reporter.)
18    A.  "This article shall govern the disposition of
19  income and principal of this trust during my lifetime.
20  A.  Income."
21    MR. KIRBY: Do you want him to read the entire
22  thing?
23    MS. ACKERMAN: No, no.  Just Subsection A.  Just
24  that.
25    A.  "The trustee shall pay the entire net income of

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 16 of 47
SIPC v BLMIS                                          Norman Blum 5/13/2016

16 (Pages 58 to 61)

## Page 58

1  the trust to me or to my written order, for the remainder
2  of my lifetime, subject to the provisions set forth below
3  in the event of my incapacity."  "In the event of my
4  incapacity."
5  BY MS. ACKERMAN:
6      Q.  So Dr. Blum, what do you understand that --
7  strike that.
8      Dr. Blum, did the -- did your parents receive
9  regular disbursements from the 1B0190 account, the Roslyn
10  Trust agreement?
11      A.  Absolutely not.  They never received any
12  disbursements.  He held it all till after -- till he
13  passed.  That's when -- that's when he got it.  He didn't
14  do anything to it.  He kept it alone.  He just let it --
15  allowed it to grow.  To grow.  He never utilized it.  Is
16  that what you were referring to?
17      Q.  Yeah.  That's fine.  Thank you.
18      Were you involved in the setup of the living
19  trust for your parents?
20      A.  Not at all.
21      Q.  Could you turn to page -750, MADTBB03076750.
22      A.  Gotcha.  Okay.
23      Q.  Do you recognize that signature there, Doctor?
24      A.  Yes, I do.
25      Q.  Whose signature is that?

## Page 59

1      A.  Mine.
2      Q.  And you're identified as?
3      A.  The trustee.
4      Q.  Do you recall signing this --
5      A.  Let me look at this.
6      Q.  -- trust agreement?  It's still the trust
7  agreement.
8      A.  Okay.  I do not -- I signed it, I'm sure, but I
9  don't recall what I did.  I'm sure I signed it.  Probably
10  didn't even read it.  I have no idea what it said.
11      Q.  So to your knowledge, your parents did not abide
12  by this trust agreement and receive regular income?
13      Did your parents receive -- your parents did
14  not -- did your parents receive regular income from the
15  trust?
16      A.  Which trust are you talking about?
17      Q.  The Roslyn trust.  The Roslyn Blum Living Trust.
18      A.  I have no idea.  I presume not.  I'm not sure
19  what income you're talking about.  That's what I'm saying.
20      Q.  Well, it would be -- so the --
21      A.  This was the time my father was doing his own
22  thing.  Whatever he did, he did.  In terms of the living
23  trust, I'm not sure what you're referring to.  Which --
24  which particular investments are you referring to?
25      Q.  That would be the 1B0190, the account your father

## Page 60

1  set up for your mother.
2      A.  I believe -- I believe, as I said before, they
3  didn't touch it.  They never took any money out ever.
4  That was not his aim.  He had no need for it.  The idea
5  was I was going to get the money when he passed.  He never
6  touched it at all the entire time, as far as I know.
7      Q.  Dr. Blum, what is the basis --
8      A.  Are we done with this part of it?
9      Q.  Yes.
10      What is the basis of your belief for why your
11  father -- why do you believe your father never took any
12  money out of Madoff?
13      A.  I didn't say that.
14      MR. KIRBY:  Objection.  "Never took any money out
15  of Madoff" is a very broad question because there
16  were multiple accounts.  So what are you talking
17  about?
18  BY MS. ACKERMAN:
19      Q.  Dr. Blum, why do you believe that your father
20  never made any disbursements -- requested any
21  disbursements from Account 1B0190 --
22      A.  Which disbursement are you talking about?
23      Q.  Let me just finish my question.
24      A.  Okay.
25      Q.  Why do you believe your father never requested

## Page 61

1  any disbursements from the account entitled the Roslyn
2  Blum Living Trust?
3      A.  Because he didn't -- why do I believe he didn't?
4  Because he didn't need it.  The idea of the money was to
5  be left -- initially, it was put in for my mother, for her
6  to use it when she passed -- when he passed, so that he --
7  she would pass after he did, because he was much, much
8  older than she was.  He never would use it.
9      After he did pass -- she did pass, he left it
10  there.  I know he left it there, not to use it at all, so
11  I could get it, my brother and I could get it.  He had no
12  need for it.  There would be no reason to pull it out.
13      Matter of fact, I don't think he was allowed to
14  pull it out.  He was not supposed to pull it out, other
15  than the income, but he never took it out.  That there, he
16  was wrong.  Legally, he should have taken out the income,
17  which he never did do.  That was part of the issue we had.
18  We talked about that, as a matter of fact, because of the
19  fact that he was not taking the money out at all.
20      Q.  So you discussed with your father the fact that
21  he wasn't abiding by the terms of the trust?
22      A.  Yeah.  He just said he didn't want to do anything
23  about that.
24      MR. KIRBY:  You know, this might be a good time
25  for a break.

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 17 of 47
SIPC v BLMIS                                      Norman Blum 5/13/2016

17 (Pages 62 to 65)

## Page 62

1          MS. ACKERMAN:  I think so.
2          THE VIDEOGRAPHER:  Off the video record at
3    11:19 a.m.
4          (A break was taken from 11:19 a.m. to 11:39 a.m.)
5          THE VIDEOGRAPHER:  Back on the video record at
6    11:39 a.m.
7    BY MS. ACKERMAN:
8          Q.  Dr. Blum, I'd just like to remind you, if you
9    could, to speak up a little bit so it's easier for the
10    court reporter to hear you.
11          A.  I'll talk louder.
12          Q.  Thank you.
13          Dr. Blum, I'd like to go back to Trustee's
14    Exhibit 3, and if we could, go back to the document marked
15    AMF00157068.
16          A.  Okay.
17          Q.  So Dr. Blum, your testimony earlier was that you
18    received quarterly distributions, correct?
19          A.  Correct.
20          Q.  And this letter states that you're requesting all
21    of your profits when it's time for a distribution --
22          A.  Correct.
23          Q.  -- correct?
24          How do you distinguish between profits and
25    distributions in this letter?

## Page 63

1          A.  It's -- I don't know how -- it's just done --
2    that's the way it's always been.  Every three months, they
3    give you a special -- a paper of what you've done over the
4    three-month period of time.  They write it out like that.
5    So they make it very clear what the profits are.  I even
6    have copies that's still left in my -- in my office.
7          Q.  And when they make --
8          A.  Every three months -- it just happens every three
9    months.  January is the first month, then March, and then
10    it goes on to that every three months.  And that's when I
11    would take it out, every three months.
12          Q.  And what would you take out?
13          A.  Whatever -- whatever the profits were.
14          Q.  And how do you define "profits"?
15          A.  Whatever they say.  What it was worth in one
16    month, and three months later, what it's worth, that's the
17    difference.  That's considered the profit, and that's what
18    they give you.  You don't give a number.  You just say,
19    "Please send me my distribution."
20          Q.  So what --
21          A.  It's automatic once I request it.  I don't tell
22    them how much money I want.  They count the distribution
23    on the basis of the profit, what they called -- what they
24    called the profit.
25          Q.  And you --

## Page 64

1          A.  They determined that, and I accept that.
2          Q.  Okay.
3          A.  And I never checked it to see if they were right
4    or wrong.
5          Q.  And you started doing that when?
6          A.  I think in '97.  I'd have to go back and look.
7          Q.  And so did something change in 1997 that
8    triggered you to send this letter to Mr. DiPascali?
9          A.  I started needing some of the money.
10          Q.  So was this --
11          A.  The distribution.
12          Q.  -- your request to begin the distribution
13    process?
14          A.  Yeah, that was -- whatever date I stated.  I
15    forgot what I said.  When was it?
16          Q.  It's December 24, 1997.
17          A.  About that time.  I don't remember the exact
18    circumstance of why I picked that time.  I'm not sure why.
19          Q.  So your testimony is that around December 1997
20    was when you started receiving distributions?
21          A.  That's my recollection.
22          Q.  And that was the purpose of this letter?
23          A.  That was the one you -- the letter you gave me?
24    That's what it states.  It states exactly that.  And it
25    does say distribution.  We used the words "profit

## Page 65

1    distribution."  That's my perception.  That's what they
2    meant.
3          Q.  Okay.
4          A.  It's every three months.
5          Q.  And earlier, we talked about the statements that
6    you received, and now you just mentioned the documents you
7    received every three months.  What were those documents,
8    generally?
9          A.  No.  That's -- it comes -- it comes every
10    three -- every month, you get the statement.  Every three
11    months, they have a separate thing there which lets you
12    know how much -- how much change in the three-month period
13    of time.  And that becomes the distribution, if you want
14    it.  If you choose not to take it, it's just a statement,
15    and then it's left alone.  You decide to take it, then
16    they send you a check, if you're requesting it.
17          Q.  And were there any other documents included with
18    that every three months?
19          A.  That's what -- you got it at the end of the
20    month.  At the end of three months, you got the same thing
21    except that little thing that states that's what happened
22    in the last three months.  And then you could choose to
23    take the distribution or not.
24          Q.  And how --
25          A.  I chose to take it at that time.

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 18 of 47

SIPC v BLMIS                                          Norman Blum 5/13/2016

18 (Pages 66 to 69)

## Page 66

1    Q.  Sorry.  And how did you choose to take the
2  distribution?
3    A.  They'd send me a check, the letter you have right
4  there.  That's how -- I chose that, and then they'd send
5  me a check unless I said I'm not going to take it.  They
6  would send a check.  And they did send me a check every
7  three months until they went under.
8    Q.  All right.  And then turning back to AMF00157037.
9    A.  Got it.
10   Q.  And so in this letter, you're requesting that
11  your profits be invested.  What did that mean in terms of
12  your disbursements?
13   A.  Well, again, I don't recall doing it
14  specifically, you know, but at some point -- but the
15  presumption was I shouldn't do.  I guess what I -- I guess
16  I said I did not need distributions anymore.  I presume
17  that's what I said.  I don't recall for sure.
18       I don't remember anymore, you know, which must
19  have meant that I wanted to leave the money in and not get
20  a distribution.  My income was pretty good when I was
21  working, so I really did not need distributions at that
22  time.  Matter of fact, if you noticed, I also put more
23  money in.  If you look at that also, I gave -- I put money
24  in, as well, around the same time, I think.
25   Q.  Into the --

## Page 67

1    A.  Into the -- into the -- into the living trust.
2  If you'll notice, there's a deposit.  I think the deposit
3  is $50,000, and then another time $51,000, because I was
4  making decent money, and I felt, I guess -- I presume
5  that's why I did it.  I did not need a further
6  distribution.
7    Q.  So then this letter would have been your notice
8  to BLMIS that you did not want to receive your quarterly
9  distributions?
10   A.  I presume.  That's a presumption.  I mean, I'm
11  not sure I'm correct or not, but I think that was my
12  thinking.  I didn't recall seeing this, you know, having
13  done that.  My memory is not what it used to be.
14   Q.  So Dr. Blum, is there a -- Dr. Blum, I apologize.
15  Is there a distinction for you between profits and
16  disbursements?
17   A.  No.  They're the same thing to me.  That's --
18  that's what I think it is.
19   Q.  Okay.  I wanted to go back to your father's
20  account.
21   A.  Okay.  Put this over here for the moment?
22   Q.  That would be fine.  Thank you.
23       So your testimony earlier was that your father
24  absolutely never received profit withdrawals or
25  disbursements?

## Page 68

1    A.  That's what -- that's what I said.  I would
2  strongly doubt that.
3    Q.  Do you know for a fact that he never received
4  disbursements?
5    A.  I can -- no, I do not know it for a fact.
6    Q.  When you were assisting your father with his
7  accounts, did you ever do his banking?
8    A.  In the later years, I might have helped him.  I'm
9  not saying I did his banking.  He did most of it himself,
10  but I did help him out.  I always -- I always looked at
11  the check, the checkbook of deposits.  Always looked at
12  the deposits.  I knew what the deposits were.  Always,
13  exclusively, pretty much, the money he took in was the
14  money from the distributions from Madoff.
15   Q.  So he did receive distributions from Madoff --
16   A.  I told you that.
17   Q.  -- from BLMIS?
18   A.  Quarterly.  Every quarter.  That was his biggest
19  deposit.  Every quarter, he got distributions from Madoff.
20  He didn't have much -- he didn't spend a lot of money.
21  That's probably all he needed.
22   Q.  So when you say he took quarterly distributions
23  from BLMIS, you are referring to his account?
24   A.  Only his account.
25   Q.  Which was -- which would have been the 1B0033

## Page 69

1  account?
2    A.  Until '97, when it became --
3    Q.  The 1B0 --
4    A.  -89.  -89, as I recall.
5    Q.  So your father -- did your father take
6  disbursements from the 1B0189 account?
7    A.  I'd have to look and see.  I think he did, but
8  I'd have to look and see.
9    Q.  Did your father take disbursements from the
10  1B0036, which was the Estate of Roslyn Blum account?
11   A.  To my knowledge, I never saw anything out of the
12  account.
13   Q.  And when that account later became 1B0115, the
14  Roslyn Blum Remainder Trust account, did your father take
15  disbursements from that account?
16   A.  That was never touched, because that I know.
17  That was never touched.
18   Q.  And the 1B0115 account -- excuse me.  Strike
19  that.
20       You were the co-trustee of the 1B0115 account --
21   A.  I believe I was.
22   Q.  -- afterwards.
23   A.  After that.
24   Q.  Did you take any disbursements from that account?
25   A.  I didn't touch it ever.

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex. 4 Norman Blum Deposition Minuscript    Pg 19 of 47

SIPC v BLMIS                                                Norman Blum 5/13/2016

19 (Pages 70 to 73)

## Page 70

1    Q.  And the --

2    A.  Nor did my brother.

3    Q.  So your testimony is that neither you nor your

4 brother, Joel Blum, withdrew funds from 1B0115, the

5 remainder trust account?

6    A.  That's correct.

7    Q.  Dr. Blum, did you receive the customer statements

8 for the remainder trust account?

9    A.  The customer statements?

10    Q.  Yes.

11    A.  Can you show me what you're talking about?

12    Q.  Did you receive the monthly statements -- excuse

13 me -- the monthly statements for 1B0115?

14    A.  My father received it.  I did not.

15    Q.  And once that account became 1B0191, did you

16 receive the customer statements for that account?

17    A.  -191 being --

18    Q.  The remainder trust, yes.

19    A.  The remainder trust, no.  My father received that

20 also.  Everything went to my father.

21    Q.  And after your father passed, did you receive the

22 customer statements for those accounts?

23    A.  Yes.  Yeah.  We closed out the -- we closed out

24 my mother's account right away.  It took a while to close

25 out my father's account.  Then I -- then we -- then my

## Page 71

1 brother and I both got his statements until we finally

2 paid off the Madoff -- the final Madoff account when we

3 paid off his estate taxes at that time.

4    Q.  And then what --

5    A.  That's the only thing that we took out for at

6 that time, and a couple of others, as well.  We kept

7 getting quarterly statements.  I think he was still

8 getting quarterly distributions, as well, for a short

9 period of time.  That's my recollection.  I can look into

10 it and see if that's for real.  I think I still got some

11 quarterly distributions, also, or kept the same, and also

12 the estate tax.

13    Q.  And that's for --

14    A.  To pay for that.

15    Q.  Sorry.  Done?

16    And that's for the 1B0189 account?

17    A.  I'd have to look.  I think -- you know, the

18 numbers always confuse me.  I'll have to give you those

19 numbers.

20    Q.  If you were to confirm that for us, Dr. Blum,

21 what would you look at to confirm that information?

22    A.  On what?

23    Q.  Whether or not you were receiving quarterly

24 withdrawals on the 1B0189 account?

25    A.  Well, let me see.  Right now, I would look at the

## Page 72

1 record -- the records there are to see if I was.

2    Q.  Do you have records related to that account?

3    A.  I believe I still -- well, I think I do.  I'm

4 pretty sure I do from my father.  I still kept -- I kept

5 everything up until 1997.  That's when I -- that's when --

6 for some reason, I didn't think it was a problem, so I

7 finally dumped it.  Then the mess came up.  And so,

8 therefore, that's why I didn't have anything after that.

9 But up until that point, I have my father's records, as

10 well.

11    Q.  So you would have all of his --

12    A.  Yes, I do.

13    Q.  -- bank records?

14    A.  Yes.  The Madoff records.

15    Q.  The Madoff records.

16    A.  Yes, I would have them.  Yes, I would.  I think

17 you have some of those records, as well, so you know

18 exactly what was taken out.  What was taken out.

19    MS. ACKERMAN:  So to the extent Dr. Blum has

20 records related to 1B0189, the trustee would request

21 production of those documents, and any of the other

22 Madoff accounts discussed in his declaration, or

23 related to profit withdrawals or the adversary

24 proceeding.

25

## Page 73

1 BY MS. ACKERMAN:

2    Q.  Dr. Blum, do you remember approximately -- sorry.

3 Approximately when did you start receiving the customer

4 statements for the Roslyn Blum account?

5    A.  I would have to look and see.  I don't know.  I

6 don't know.

7    Q.  Would it have been after your father passed?

8    A.  Yeah, probably, but I'd have to look myself to

9 see.

10    Q.  And once your brother -- once you and your

11 brother became the trustees for that account, did you

12 receive the statements, the monthly statements?

13    A.  I'd have -- in terms of the remainder as well as

14 my father's?  Both of them?

15    Q.  Yes.  Correct.

16    A.  I just do not recall who got it.  I think I did,

17 but I'm not 100 percent sure.  I can find out from my

18 brother whether he had it also.  I'll have to see what I

19 have from my mom, also, whether I have the remainder on

20 her also.  I don't know.  If you're going to get the whole

21 thing, you'll find out what I got.

22    Q.  Okay.

23    MS. ACKERMAN:  Could we take a quick break?

24    MR. KIRBY:  Sure.

25    MS. ACKERMAN:  Go off the record, please.

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 20 of 47
SIPC v BLMIS                                    Norman Blum 5/13/2016

20 (Pages 74 to 77)

## Page 74

1    THE VIDEOGRAPHER: Off the video record at
2  11:55 a.m.
3    (A break was taken from 11:55 a.m. to 11:59 a.m.)
4    THE VIDEOGRAPHER: Back on the video record at
5  11:59 a.m.
6  BY MS. ACKERMAN:
7    Q.  Dr. Blum, you mentioned helping your father with
8  his banking, specifically the deposits.
9    A.  No.  He did his own deposits, I think, as I
10 recall.
11   Q.  You mentioned that later in -- earlier, you
12 testified that later in his life, you would always take a
13 look at the deposits.
14   A.  I would look at them, yes.
15   Q.  Did you ever make the deposits to the bank?
16   A.  Not to my recollection.  He did it all himself.
17 There were not very many deposits to make.  He maybe did
18 it once, maybe three times a year.  He didn't make many
19 deposits.
20   Q.  Did your father receive quarterly
21 distributions -- excuse me.
22      You testified earlier that you believe your
23 father received quarterly distributions from his account
24 at BLMIS, correct?
25   A.  Yes, that's my recollection.

## Page 75

1    Q.  And how do you know that?
2    A.  Because I looked at the checks and saw the -- and
3  saw the statement that he -- what he deposited for, and
4  they were all invariably Madoff.  They'd come maybe three
5  times -- three, four times a year, that I remember, every
6  three months.
7    Q.  And so what would you see exactly?
8    A.  A deposit -- you'd see a deposit from Madoff.
9    Q.  And you would see --
10   A.  The amount.
11   Q.  Sorry.  And you would see that on his bank
12 statements?
13   A.  Yes.
14   Q.  What would you do with his bank statements?
15   A.  Nothing.
16   Q.  Did you balance his checking account for him --
17   A.  No.
18   Q.  -- at any point?
19   A.  He did it all himself.  When his vision got poor,
20 I had to help out a little bit, but he still saw.  You
21 know, I just helped.  I didn't take over anything because
22 he could still function fully well.  Just his vision was
23 not as good as he'd like it to be.  But he was still able
24 to see.  He did most of that himself.  I helped him, but I
25 didn't do it, if you understand what I'm saying.

## Page 76

1    Q.  I think I do.  Did you -- would you -- when his
2  eyesight became poor, would you double check his balancing
3  for him --
4    A.  No.
5    Q.  -- of the account?
6    A.  No.  He was meticulous so I trusted him.
7    Q.  Would he -- was he able to drive himself around
8  so that he was making his own deposits at the bank at that
9  time?
10   A.  Not for the last year.  He couldn't -- that's --
11 the last year, he could not -- that's probably -- I'm
12 trying -- I don't remember myself how he deposited, but
13 for the last year, he was not as mobile, and he tended not
14 to want to go out as often.  So I don't think -- he did
15 not -- he was in a retirement facility, and he did not
16 make it himself in the last year or so.
17   Q.  So would you take the deposits to the bank for
18 him?
19   A.  I don't know whether or not he mailed it in or
20 what.  I'm not 100 percent sure, to be honest with you.
21   Q.  Okay.
22   A.  I'll have to ask my brother.  He's much better
23 about remembering exactly how my dad deposited the money.
24 He's a better choice than me.  I forgot.
25   Q.  That's your brother, Joel Blum?

## Page 77

1    A.  That's my brother, Joel Blum.
2    Q.  And so did your brother, Joel, assist your father
3  with the finances, as well?
4    A.  Not as much because Joel lived in Richmond.  My
5  father was in Miami.  So he didn't see him half as often
6  as I did, and so he did not do as much.  He would probably
7  have a good idea exactly how my father did make the
8  deposits.
9    Q.  Why would he have a good idea?
10   A.  Because -- because of the fact he's -- he's
11 better than me at remembering things.
12   Q.  Is it because Joel was in regular contact with
13 your father?
14   A.  Always.  Always.
15   Q.  How so?
16   A.  He called him, spoke to him.
17   Q.  Daily?
18   A.  I cannot tell you how often he called, but he
19 spoke -- he spoke to him regularly.
20   Q.  So despite being in Richmond, your brother Joel
21 was involved regularly in your father's life and his
22 finances?
23   A.  I would -- I -- well, you could -- you could ask
24 him about the finances side.
25   Q.  But he was active?

## Page 78

1    A.  He was actively involved with my father,
2 absolutely.
3        I'll speak loudly again.  If I get quiet, I
4 apologize.  I want to make sure I'm talking loud enough.
5    Q.  I think you're fine.  Thank you.
6        So I just wanted to clarify a couple of things.
7 So you never saw the customer statements for your father's
8 account at Madoff?
9    A.  Again, customer statements?  You're talking about
10 monthly statements?
11    Q.  The monthly -- I apologize.  The monthly
12 statements.
13    A.  Oh, yeah, I did see monthly statements.
14    Q.  You did see the monthly statements?
15    A.  I did see them, sure.  I didn't look closely at
16 them.  I looked at them, you know.  But I saw monthly
17 statements.  He showed me everything he wanted me to see,
18 which is pretty much everything.  And I did see monthly
19 statements.  I didn't look closely at them, but I saw
20 them, yes.
21    Q.  What would you look at them for?
22    A.  Just to get an overview what's going on.  But
23 that's all, you know.  That's -- I saw them.
24    Q.  Did you --
25    A.  Didn't do anything about it, but I saw them.

## Page 79

1    Q.  Did your father review his statements every
2 month?
3    A.  To the same extent, I guess, he always did.  I
4 cannot tell you how carefully he evaluated the statements
5 in terms of what he understood and did not understand.  I
6 think he was like me.  The bottom line is what he
7 concerned himself with.
8    Q.  Did your father speak with anyone at BLMIS on a
9 regular basis?
10    A.  I cannot tell you that for sure.  I don't know.
11 I think probably not too often, you know.  He probably had
12 some contact.  I don't know when, though.
13    Q.  And did you discuss with your father what
14 withdrawals he was taking from BLMIS?
15    A.  I cannot tell you specifically what we talked
16 about or did not.  I don't know for sure other than the
17 fact I knew he was taking distributions.  That's how --
18 that's how he paid his bills.  He had -- the other
19 investments he had was dividends, but beyond that, it was
20 Madoff.
21    Q.  So is it -- so was the bulk of his income from
22 his Madoff investments as opposed to other investments?
23    A.  I cannot tell you how much was -- how you compare
24 what was what.  But, you know, he had a fair amount of
25 investments outside of Madoff, you know.

## Page 80

1    Q.  So you didn't have an understanding of how
2 much -- sorry.  Let me strike that.
3        Did you know how much money your father received
4 every month in terms of his income?
5    A.  I probably had a good idea, but I don't recall
6 exactly, you know, what I knew.  But I think I had a
7 pretty good idea at the time.  I saw -- when I looked at
8 his check, I saw the dividends -- when the dividends came
9 in.  He would write it down as the dividends from -- for
10 what it's from, and deposit.  He deposited everything that
11 he got.  And I saw the dividends, and I saw him deposit --
12 the deposits.  And I saw the Madoff stuff, and I saw the
13 deposits.
14        So I could see.  I can't tell you how much was
15 each, but he would list -- he was meticulous about it.
16 When he put the deposits in there, he said exactly what
17 the deposits were for, and the amount.  And if it was
18 multiple -- if it was multiple dividends, he put that in
19 also in one deposit.  But he did that regularly.  I can't
20 tell you which was which.
21    Q.  What's that?
22    A.  I can't tell you how much of what, but ...
23    Q.  Okay.  If your father was going to make a change
24 to his accounts at Madoff, at BLMIS, would he have
25 discussed that with you first?

## Page 81

1        MR. KIRBY:  Could you clarify the time frame for
2 that?
3 BY MS. ACKERMAN:
4    Q.  In the later years, when you were assisting your
5 father with his finances, according to your declaration,
6 if he wanted to make a change to his BLMIS accounts or how
7 they were handled, would he have discussed that with you
8 first?
9    A.  He talked to me.  He talked to -- anything he
10 does, he would always talk to me about it, but he didn't
11 tell me anything about changes in Madoff.  He talked to me
12 about everything.  He was very open about everything.
13    Q.  What --
14    A.  I knew where his money was.  I knew what his
15 investments were.  I knew what the stocks were.  I knew
16 all of these things, you know, because he was very open
17 about these things, you know.  But I'm pretty gosh-darned
18 sure he never did anything to change anything with Madoff
19 at all.  If he had, he would have told me, I think.
20    Q.  Why do you think he would have told you?
21    A.  He tells me everything, as he does Joel, as well.
22 He's very open about everything.  Always was, though.
23    Q.  When you say he was always open, was he -- would
24 he have -- so before you started assisting him, say from
25 1997 --

## Page 82

1 (Clarification requested by the court reporter.)
2 A. I didn't assist him -- I didn't assist him in
3 1997. As I said before, he was totally independent.
4 After 2000.
5 Q. So after 2000, he would have told you everything?
6 A. Absolutely.
7 Q. But prior to 2000, would he have told you?
8 A. Absolutely.
9 Q. So prior to 2000, if he were to make a change
10 with his BLMIS account, he would have told you?
11 A. Absolutely.
12 Q. Okay. And your father never told you that he was
13 taking profit withdrawals?
14 A. No.
15 Q. Sorry. Did your father ever tell you --
16 A. He didn't know about profit withdrawals. He
17 wasn't aware of it. He didn't talk about it at all. He
18 wasn't aware of profit withdrawals. I can tell you
19 categorically my father never took any money out of profit
20 withdrawals.
21 Q. How do you know your father didn't know what
22 profit withdrawals were?
23 A. He never talked to me about withdrawals, nor did
24 my brother. None of us were aware of the significance of
25 profit withdrawals. And if he had taken profit

## Page 83

1 withdrawals, there would have been innumerable checks
2 month after month to the tune of about a million and a
3 half. My father didn't have that kind of money available
4 to him at that point. He just didn't do it. He just
5 didn't do it.
6 Q. But if he did do it prior to 2000, you wouldn't
7 have seen the deposits, correct?
8 MR. KIRBY: Objection. Calls for speculation.
9 You can answer it if you know.
10 A. Well, I -- look at the -- find it from the --
11 look at the checkbook, see if there's any money in there.
12 He just didn't take that kind of withdrawal, as far as I'm
13 concerned. Can I prove it? No. But I strongly -- I know
14 my father. He would never take -- have done things like
15 that. I just know him. Those little checks, things like
16 that, he doesn't do things like that from Madoff at all.
17 He would have never accepted it. On a monthly basis, he
18 just wouldn't have done it, for him and my mom.
19 BY MS. ACKERMAN:
20 Q. Why wouldn't he have done it?
21 A. Because he doesn't do things like that. The only
22 distributions he would take is even -- smooth, even money,
23 and that he needed. $2,953; $11,290, not done. Just
24 doesn't do it, nor my mother, either. Just would not have
25 been done.

## Page 84

1 Q. It wouldn't have been done because they didn't
2 need the money?
3 A. And they don't do it that way. They don't do it
4 that way. They're not like that. My mom's -- the whole
5 purpose of my mom's was for retirement, not to take money
6 out. That was the whole purpose. No other reason that it
7 was done. Otherwise, he would have kept it all in his own
8 Madoff account. He wouldn't have done anything besides
9 that. Because the whole purpose -- because my mom was
10 much younger than he was, he made a presumption he'd be
11 around before he -- he would die before she did, and
12 therefore he would have a retirement for her. But,
13 unfortunately, she died before he did.
14 It was never his intention to take a penny out.
15 He never did, as a matter of fact. He never did take a
16 penny out. There may be something you can find there, but
17 for all intents and purposes, as far as I'm concerned, he
18 never -- she never -- he never took anything out for her
19 at all.
20 The profit withdrawal was no -- was not an issue
21 at all because he didn't even know what it was. He didn't
22 even think about it, as a matter of fact. Maybe that's
23 our fault, but we never did. Looked at it, but didn't see
24 it. Let's put it that way.
25 (Clarification requested by the court reporter.)

## Page 85

1 THE WITNESS: Looked at the profit withdrawal but
2 didn't know it was there.
3 BY MS. ACKERMAN:
4 Q. Excuse me one moment.
5 MS. ACKERMAN: I'd like to mark this as Trustee's
6 Exhibit 10.
7 (The customer file for Account 1B0191 was marked for
8 identification as Trustee's Exhibit No. 10.)
9 BY MS. ACKERMAN:
10 Q. Dr. Blum, I've placed before you what's been
11 marked as Trustee's Exhibit 10, which I represent to you
12 is the customer file held at BLMIS for the account 1B0191,
13 the Roslyn Blum Remainder Trust, UAD 12/29/92.
14 I direct your attention to page AMF00156524.
15 A. -24? I got it.
16 Q. Dr. Blum, do you recognize the signature there?
17 A. Yes, I do. It's my father's signature.
18 Q. And what's the date of this letter?
19 A. 12/8/97.
20 Q. And can you tell us what the -- can you describe
21 this letter?
22 A. "Bernard Madoff. Dear sir, Account No.
23 B0191-3-0, Roslyn Blum Remainder Trust. Please do not
24 send any further income due above account until further
25 notice." Signed, my father.

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 23 of 47
SIPC v BLMIS                                    Norman Blum 5/13/2016

23 (Pages 86 to 89)

Page 86

1    Q.   So Dr. Blum, this is your mother's account,
2    correct?
3        A.   Correct.
4        Q.   The remainder trust account, correct?
5        A.   Correct.
6        Q.   And in this letter, your father is directing --
7    in this letter, is your father directing Madoff to stop
8    sending income to him from this account?
9        A.   Correct.
10       Q.   Did your father ever tell you that he had asked
11   Madoff to stop sending income from this account?
12       A.   He did not tell me that, no.  I have never seen
13   this letter before.  I have no idea -- never seen this
14   before.  Don't know what it means.
15       Q.   Was this a change that your father then made to
16   the account that he didn't tell you about?
17       A.   It's very possibly true.  While he's very open, I
18   can't swear that he tells me everything.  I'm not sure
19   what this means, either.
20       Q.   Dr. Blum, did your father use the same
21   terminology as you in terms of disbursements?
22       A.   I've never seen him write a letter like that, so
23   I'm not sure what he said.
24       Q.   What is your understanding of this letter?
25       A.   That -- it's pointless.  I don't know what my

Page 87

1    understanding is, and I can't comment on it.  I just don't
2    know.  You'll have to decide yourself what the
3    interpretation is.
4        (Clarification requested by the court reporter.)
5        THE WITNESS:  I said she'll have to decide
6    herself what the interpretation is.  I can't tell.
7    BY MS. ACKERMAN:
8        Q.   So did you ever discuss how your father
9    corresponded with BLMIS with him?
10       A.   Did I discuss with my father ...
11       Q.   Did you ever ask your father -- sorry.
12       Did your father call BLMIS?
13       A.   No idea.
14       Q.   Do you know if your father sent letters regularly
15   to BLMIS?
16       A.   I have no idea either.  We communicated a lot,
17   but whether I got all the information, I don't know.
18       Q.   I'd like you to turn the page to AMF00156525.
19       A.   Okay.
20       Q.   And whose signature is that?
21       A.   My father as well.
22       Q.   And can you describe this letter for us?
23       A.   That's for B109 -- 189-3-4 or B191-3-4.  "Dear
24   Frank DiPascali, please remit distribution for the
25   following accounts: -189 -- -189-3, 189-4, 191-3, 191-4.

Page 88

1    Please do this as soon as possible."  Dated -- is there a
2    date on this?
3        Q.   No, I don't believe there is.
4        So in this letter, what is your father doing?
5        A.   He's stating for distributions for -189, -191-3
6    and -4.
7        Q.   He's requesting distributions?
8        A.   I don't know.  It says "remit."  I don't know
9    what that means.  I don't know what that means at all.  It
10   says "Remit distributions for the following accounts."  I
11   don't know what that means.
12       Q.   Have you seen the term "remittance" before?
13       A.   I don't know what it means, though.
14       Q.   So did your father mention to you that he had
15   requested this distribution from BLMIS?
16       A.   No.  He didn't tell me one way or the other.
17       Q.   So it would seem that your father -- did your
18   father -- you've testified that your father maintained
19   control of his accounts --
20       A.   I did.  I did.
21       Q.   -- until the end.
22       A.   I did.
23       Q.   And these are letters that he did not inform you
24   of, correct?
25       A.   That is correct.  One way or the other.  This

Page 89

1    could have been -- I don't know what year this was.
2    There's no date on this.
3        Q.   All right.  So Dr. Blum, is it possible that your
4    father received more checks from Madoff than you
5    originally stated?
6        A.   Only if it's in the checking account.
7        Q.   Dr. Blum, do you have your father's checking
8    account records?
9        A.   Not complete by a long shot.  I don't know what I
10   have.
11       MS. ACKERMAN:  To the extent Dr. Blum has records
12   for the Morris Blum banking account, the trustee
13   would request production.
14       A.   Are we done with this one or not?
15   BY MS. ACKERMAN:
16       Q.   Dr. Blum, in your declaration, you reference the
17   trustee -- you indicate that you filed a claim for Account
18   1B0201 in your declaration.
19       A.   Yes.
20       Q.   I believe it's paragraph 2.  No, I apologize.
21   It's paragraph 3.
22       A.   Let me -- what did I say?  Let me read it again.
23   It's 3?  Yeah, that I -- I sent a proof of claim?  Yeah,
24   go ahead.
25       Q.   Have you received the trustee's determination

## Page 90

1  letter?
2      A.  Officially?
3      Q.  Dated April 14.
4      A.  From the trustees?  I think I may have.  I'm not
5  100 percent sure now.  I may have.  I think I -- I think I
6  did.  I have to review that again myself.  When would that
7  have been when you sent that?
8      Q.  April 15, I believe, is the date.
9      A.  This year?
10     Q.  Yeah.
11        MS. ACKERMAN:  I'd like to mark this as Trustee's
12     Exhibit 11.
13     A.  April 15th, less than a month ago?  I didn't
14  receive anything on April 15th.  I'll have to look and
15  see.
16        (A 4/15/2016 letter titled "Notice of Trustee's
17     Determination of Claim," addressed to the Norman J. Blum
18     Living Trust, was marked for identification as Trustee's
19     Exhibit No. 11.)
20  BY MS. ACKERMAN:
21     Q.  Dr. Blum, I've placed before you what's been
22  marked as Trustee's Exhibit 11, which is a letter dated
23  April 15, 2016, titled "Notice of Trustee's Determination
24  of Claim," addressed to the Norman J. Blum Living Trust.
25  Is that correct?

## Page 91

1      A.  That's what it says.  Let me read it first.
2      Q.  Sure.
3      A.  I do remember getting this, and I sent this over
4  to my counsel.
5      Q.  Do you acknowledge, Dr. Blum, that this is, in
6  fact, a notice from the trustee as to the determination of
7  your claim?
8      A.  I did get it.  I did receive it.
9      Q.  Do you recognize that this is a final
10  determination from the trustee?
11     A.  It's your final determination.
12     Q.  Correct.  From the trustee.
13     A.  I recognize that that's what you're allowing,
14  yes.
15     Q.  All right.  Thank you.
16     A.  You're quite welcome.
17        (Clarification requested by the court reporter.)
18        THE WITNESS:  She said thank you.  I said,
19     "You're quite welcome."
20  BY MS. ACKERMAN:
21     Q.  Dr. Blum, just to close the loop on your father's
22  accounts, your father did receive regular checks from
23  BLMIS, correct?
24        MR. KIRBY:  What time?
25     A.  Distributions.

## Page 92

1        MR. KIRBY:  Just a minute.  Just clarify the time
2     period.
3  BY MS. ACKERMAN:
4      Q.  Throughout the life of your father's account.
5      A.  I'd have -- I don't know when he got them, when
6  he decided to take them.
7      Q.  Let me break it up.  For your father's account,
8  he received regular distributions for the entire time he
9  had the account open?
10     A.  I don't know if he -- when he first started
11  receiving really, for real, when the distributions
12  started.
13     Q.  To your knowledge, when did he start receiving
14  regular distributions --
15     A.  You have it in front of you.  I don't know.  I
16  don't know when it is.  You can tell me when he started
17  getting distributions.  Every three months.  It's pretty
18  clear when distributions are.  I don't have it in front of
19  me, how he started it.
20        There were distributions done regularly,
21  absolutely, but when he started it, I cannot tell you.
22  They had to be regular distributions.  That I would
23  accept.  The rest I don't accept.
24     Q.  And when you say you can't tell me when they
25  start, what would the time -- what time frame do you know

## Page 93

1  the distributions to have taken place?
2      A.  Again, I'd have to look at the record to see --
3  to see when he first received something that's a
4  distribution.
5      Q.  What records would you look at?
6      A.  I would look back in the records to see when he
7  first started taking money out that were distributions
8  versus things that were PW.
9      Q.  We're talking just about the distributions.
10     A.  I understand that.  But I can't tell you when it
11  happened.  I have to find out when it happened.  I have
12  some records, but I don't know where they are right now.
13  And, once again, my brother can probably tell you that
14  also.
15     Q.  Your brother would have an understanding as to
16  the time periods for which your father took distributions?
17     A.  Possibly.  You'll be asking him sometime down the
18  road.  You can find out from him what he says.
19        MS. ACKERMAN:  Do you mind if we go off the
20     record for a moment?
21        MR. KIRBY:  Sure.
22        THE VIDEOGRAPHER:  Off the video record at
23     12:27 a.m. [sic].
24        (A break was taken from 12:27 p.m. to 12:37 p.m.)
25        THE VIDEOGRAPHER:  Back on the video record at

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 25 of 47
SIPC v BLMIS                                              Norman Blum 5/13/2016

25 (Pages 94 to 97)

Page 94

1       12:37 p.m.
2              CROSS-EXAMINATION
3    BY MR. KIRBY:
4       Q.  Dr. Blum, I'll ask you to go back to your
5    declaration, particularly with respect to the paragraph --
6    refer you to paragraph 10 of the declaration.  You might
7    want to look at that first.
8       A.  I'm looking at it right now.  Okay.
9       Q.  The trustee has described, and you have seen some
10   of the trustee information with respect to what they call
11   these PW transactions.
12           So my question to you is:  You say that these
13   checks made out to Carter Hawley or some other company
14   like that -- did you -- to your knowledge, would those
15   checks have been cashed by your mother or your father on
16   her behalf?
17      A.  To my knowledge, they were never cashed.
18      Q.  Okay.  Were there ever checks written to them
19   like that?
20      A.  Not to my knowledge.
21      Q.  And for your own account, which goes back to the
22   -34 account where there are a number of profit withdrawal
23   transactions, did you ever receive monthly checks?
24      A.  I definitely did not.
25      Q.  Okay.  And also in your -35 account, which was

Page 95

1    your retirement account, did you have cashed checks from
2    that account?
3       A.  No, I couldn't.  I'm not allowed to.  All I took
4    out was the minimum requirement that I had to take out.
5    You know, except for that, that's all ever I took out.
6       Q.  Okay.
7       A.  I never took out any checks.
8       Q.  Based upon your -- the testimony today, is there
9    anything in your declaration -- other than as you
10   corrected the issue on paragraph 6, is there anything in
11   your declaration that you would want to change?
12      A.  With the -- with the statement in 6, they're
13   totally correct.  I stand by that completely.
14      Q.  Okay.  Now, I'd like to refer you to paragraph --
15   to Deposition Exhibit 10.  Counsel referred you to two
16   exhibits ending in -24 and -25.
17      A.  All right.
18      Q.  And if you notice, on the one that's
19   Exhibit 25 -- this is an undated document, from what we
20   can see -- there is a reference here, $23,480.44.  And as
21   you can see, it's "Check out 10/20."
22           I know that you've had a chance to look at some
23   documents that we've shared with you that came from
24   various Madoff accounts, records.  Are you satisfied that
25   this $23,480 was a check distribution made to your father

Page 96

1    in the -189 account?
2       A.  I did review the account, the statement.  I
3    looked at it, and it clearly is a distribution.
4       Q.  Okay.
5       A.  There's no question about that.  That's what it
6    was.
7       Q.  And then you've looked -- you also looked at
8    certain records with respect to the -191 account, which
9    was your remainder -- your mother's remainder trust, and
10   it lists a check on that same date, 10/20, $13,612.80.
11           Based upon your review of those records, do you
12   understand that there was a check issued in connection
13   with that account?
14      A.  When I looked at this -- when I looked at the
15   record, it looks, indeed, like there was one distribution
16   made at that time, as well.
17      Q.  Okay.
18      A.  And it's the only one I could see.
19      Q.  Okay.
20      A.  But it was there.  I cannot explain why it was
21   done.
22      Q.  Okay.
23      A.  But it was -- but it apparently was done.
24      Q.  All right.  And then from the records that you
25   looked at, this 10/20 distribution, was that done in 1997?

Page 97

1       A.  That was done in 1997.
2       Q.  Okay.  So turning now to a document, Exhibit 10,
3    with the AMF number that ends in number 24, dated 12/8/97,
4    also a document that Counsel brought to your attention.
5       A.  Yes.
6       Q.  And this is the letter where he says, "Don't send
7    any future income until further notice."
8       A.  Correct.
9       Q.  Are you aware of any additional income that came
10   in from this -91 account after this check that's referred
11   to in the previous exhibit?
12      A.  Not at all.
13      Q.  And looking at the account records with respect
14   to your father's living trust account beginning in
15   December '97, did you become familiar with the fact that
16   he took quarterly profits out of his account during that
17   period of time?
18      A.  I -- yes, I have.
19      Q.  And it seems from your review of the records that
20   he took quarterly distributions until his death.
21      A.  Yes, he -- yes.  And even after his death, for a
22   while.
23      Q.  Okay.
24      A.  They were definitely, distinctly quarterly
25   distributions.

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 26 of 47
SIPC v BLMIS                                                    Norman Blum 5/13/2016

26 (Pages 98 to 101)

## Page 98

1   Q.  Okay.  Are you aware of any other distributions
2   other than those quarterly distributions that were paid to
3   your father?
4   A.  No, I'm not.
5   MR. KIRBY:  I have no further questions.
6   MS. ACKERMAN:  I have one follow-up.
7   REDIRECT EXAMINATION
8   BY MS. ACKERMAN:
9   Q.  Dr. Blum, regarding these BLMIS records that
10  Counsel has stated you reviewed specifically related to
11  the quarterly withdrawals from December 1997 from your
12  father's account, when did you review those documents?
13  A.  A few minutes ago.
14  Q.  During the break?
15  A.  Uh-huh.
16  Q.  And what documents specifically did you review?
17  A.  Just the period going back to 1997.
18  Q.  The -- what is back -- excuse me.
19  What exactly did you review, which documents?
20  A.  I don't know what the documents were.  It was
21  just documents.  I don't know what they were.  Just looked
22  at it.
23  Q.  Were they customer statements from BLMIS?
24  A.  No, they were not, because I'd recall.
25  MS. ACKERMAN:  To the extent these are documents

## Page 99

1   that are different than what we've produced, the
2   trustee would request --
3   MR. KIRBY:  You produced them to me in 2013,
4   together with a spreadsheet of every customer
5   statement and every distribution that was ever made.
6   BY MS. ACKERMAN:
7   Q.  Dr. Blum, I'd like to refer you back to Trustee's
8   Exhibit 2.  The documents that you reviewed that we just
9   discussed, did they look like that?
10  A.  No, they did not.
11  MR. KIRBY:  Counsel, your counsel prepared --
12  produced to me, David Sheehan, a massive spreadsheet
13  that contained the account statements of every
14  customer of Madoff in connection with the constant
15  dollar distribution.
16  MS. BROWN:  So it's not an exhibit that's been
17  marked here today.
18  MR. KIRBY:  No.
19  MS. BROWN:  It's a different document.
20  MR. KIRBY:  It's a huge document.  We have pulled
21  excerpts that relate to the Blum statements.  I can
22  give you a copy of that.
23  MS. BROWN:  I think I know which document you're
24  referring to, but if we could speak offline about --
25  just confirming that document, that would be helpful.

## Page 100

1   MR. KIRBY:  Yeah.
2   BY MS. ACKERMAN:
3   Q.  Dr. Blum, I was merely trying to confirm what
4   documents you -- what type of documents you were looking
5   at.
6   A.  Okay.
7   Q.  So it's not this?
8   A.  No.  That's what I said.
9   Q.  Thank you.  So other than a review of the
10  documents that we just discussed, you had no prior
11  knowledge -- did you have any prior knowledge of those
12  quarterly disbursements?
13  A.  Again?
14  Q.  Yes.  Sorry.  The statement -- your testimony a
15  moment ago, that your father received quarterly
16  disbursements from December 1997 forward, was based on
17  your review of documents, correct?
18  A.  Correct.
19  Q.  It was not based on your own personal knowledge
20  prior to the deposition, correct?
21  A.  Prior to the deposition, my own personal
22  knowledge of what?
23  Q.  At the time those disbursements were being made
24  in December 1997, you weren't aware of them, were you?
25  A.  I was aware of the same thing that -- that he'd

## Page 101

1   received back a way, my father took out.
2   Q.  But based on your earlier testimony today, your
3   father didn't discuss with you, at the time he was
4   receiving those disbursements, that he was, in fact,
5   receiving them?
6   A.  I don't recall whether he told me or not, to be
7   honest with you.
8   Q.  But now that you've reviewed the documents, your
9   testimony is that he did receive quarterly disbursements
10  from '97 on?
11  A.  It's very clear that he did.
12  MS. ACKERMAN:  Okay.  No further questions.
13  MR. KIRBY:  I will send to you -- I can come show
14  you on my computer --
15  MS. BROWN:  I think I was involved.
16  MS. ACKERMAN:  Off the record, please.
17  MR. KIRBY:  Off the record, please.
18  THE VIDEOGRAPHER:  Off the video record at
19  12:47 p.m.
20  ------
21  (The deposition was concluded at 12:47 p.m.)
22  (Reading and signing of the deposition was not waived
23  by the witness and all parties.)
24
25

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 27 of 47

SIPC v BLMIS                                    Norman Blum 5/13/2016

27 (Pages 102 to 104)

## Page 102

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Stefanie Mensch, Florida Professional Reporter,
Notary Public, State of Florida, certify that Norman Blum
personally appeared before me on the 13th day of May 2016,
and was duly sworn.
        Signed this 15th day of May 2016.

_____
STEFANIE MENSCH, FPR, RPR, CRR
Notary Public, State of Florida
Commission No.: FF116067
Commission Expires: July 21, 2018

## Page 104

ERRATA SHEET
DO NOT WRITE ON THE TRANSCRIPT-ENTER CHANGES ON THIS PAGE
IN RE: Securities Investor Protection Corporation v.
      Bernard L. Madoff Investment Securities, LLC
      Norman Blum
      May 13, 2016

Page No. Line No. Change        Reason

Under penalties of perjury, I declare that I have read the
foregoing document and that the facts stated in it are
true and correct.
_____        _____
Date                   Norman Blum

## Page 103

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Stefanie Mensch, Florida Professional Reporter,
certify that I was authorized to and did stenographically
report the deposition of Norman Blum, pages 1 through 101;
that a review of the transcript was not waived; and that
the transcript is a true record of my stenographic notes.
        I further certify that I am not a relative,
employee, attorney, or counsel of any of the parties, nor
am I a relative or employee of any of the parties'
attorneys or counsel connected with the action, nor am I
financially interested in the action.

        Dated this 15th day of May 2016.

_____
Stefanie Mensch, FPR, RPR, CRR
Florida Professional Reporter
Registered Professional Reporter
Certified Realtime Reporter

SIPC v BLMIS

Norman Blum 5/13/2016

**A**

**a.m**
1:16 4:11 62:3,4,4,6
74:2,3,3,5 93:23
**abbreviation**
8:4
**abbreviations**
7:25
**abide**
59:11
**abiding**
61:21
**able**
8:20 45:2,6 75:23 76:7
**absolutely**
15:3 16:11 20:21 29:2
30:13 36:15 37:6
58:11 67:24 78:2 82:6
82:8,11 92:21
**accept**
64:1 92:23,23
**accepted**
45:9,11 83:17
**account**
3:4,5,7,8,8,9,11,12,13
3:14 12:13,16,18,20
12:22 13:3,7,9 14:5
14:11,14,19,20 15:2
16:6,8,18,19 17:20
18:6,8,11 23:13,22,22
25:2,14 27:1 28:3,6
29:2 30:2,3,3,6,6,11
30:18,21,23 31:20,21
31:23 32:8,13 33:2,10
33:22 34:11,12 36:14
37:15,16 38:3,6,6,8
38:14 39:4,18,24 40:5
40:13,21,23 41:4,4,5
41:6,15 42:1,5,8,9
43:13,14 46:12,13
48:4,19 49:1,7 50:9
50:14 51:23 53:7 54:3
54:10 55:17,25 58:9
59:25 60:21 61:1

67:20 68:23,24 69:1,6
69:10,12,13,14,15,18
69:20,24 70:5,8,15,16
70:24,25 71:2,16,24
72:2 73:4,11 74:23
75:16 76:5 78:8 82:10
84:8 85:7,12,22,24
86:1,4,8,11,16 89:6,8
89:12,17 92:4,7,9
94:21,22,25 95:1,2
96:1,2,8,13 97:10,13
97:14,16 98:12 99:13
**accountant**
52:11,12
**accounts**
11:13,17 13:5,15,18,21
21:20 25:10 34:14
42:12,16 47:19 52:10
53:18,20,21 60:16
68:7 70:22 72:22
80:24 81:6 87:25
88:10,19 91:22 95:24
**accuracy**
37:23 39:14 45:6,8
**accurate**
6:4 8:20,24 40:7 48:24
**Ackerman**
2:6,18,19 4:16,16 5:8
5:12 9:20 10:1 17:18
17:22 18:4,7,10,14,17
22:12,16,18 23:11,15
26:23 27:4,20 28:18
30:4,8 32:6,10,18,20
36:20,23 37:6,7 39:2
39:22 40:1 48:17,21
50:1 54:1,6,12,15,22
54:24 56:21,23 57:23
58:5 60:18 62:1,7
72:19 73:1,23,25 74:6
81:3 83:19 85:3,5,9
87:7 89:11,15 90:11
90:20 91:20 92:3
93:19 98:6,8,25 99:6
100:2 101:12,16
**acknowledge**

91:5
**action**
103:14,15
**active**
77:25
**actively**
78:1
**additional**
16:17,17,23 97:9
**address**
55:2,5,5,6,7
**addressed**
3:16 34:18 90:17,24
**admit**
26:6,11,19 28:22 29:20
30:1 33:10 38:1 39:17
49:13
**Adv**
1:3
**adversary**
8:8 9:12,16 72:23
**advisor**
52:7
**ago**
22:19 29:24 33:7,18
90:13 98:13 100:15
**agree**
6:5 48:13
**agreement**
58:10 59:6,7,12
**ahead**
89:24
**aim**
60:4
**al**
8:10
**allow**
7:4
**allowed**
29:18 58:15 61:13 95:3
**allowing**
91:13
**AMF**
97:3
**AMF00156524**

85:14
**AMF00156525**
87:18
**AMF00157037**
45:19 66:8
**AMF00157068**
42:24 62:15
**amount**
23:4 26:12 28:2,17,20
40:25 45:7 53:15
75:10 79:24 80:17
**annexed**
27:12
**answer**
6:10,17,24 7:3,10,13
7:14,20,22 8:16 49:20
50:15 83:9
**answers**
5:17,19 6:3 8:21,25
**anymore**
66:16,18
**apologies**
17:15
**apologize**
28:23 32:18 46:22
54:22 67:14 78:4,11
89:20
**apparently**
33:1 40:22 47:4 96:23
**APPEARANCES**
2:1
**appeared**
102:8
**appearing**
9:7
**appropriately**
53:5
**approximately**
29:21 55:11,11 73:2,3
**April**
55:9 90:3,8,13,14,23
**area**
20:20
**arose**
17:10

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 29 of 47
SIPC v BLMIS
Norman Blum 5/13/2016

Page 106

**arrange**
22:20
**article**
57:10,11,14,18
**asked**
21:25 22:24 86:10
**asking**
5:16 6:10,17 21:23
46:17 93:17
**assist**
51:16 52:9 53:11 77:2
82:2,2
**assisted**
50:24 51:1
**assisting**
51:5 52:22 53:2,19
68:6 81:4,24
**associate**
14:22
**associated**
34:2
**association**
4:7
**attempt**
45:8 53:18
**attention**
12:21 24:1 27:16 30:16
37:15 39:3 45:19
46:11 49:2 56:17
85:14 97:4
**attorney**
7:17,19,21 10:12
103:12
**attorneys**
103:14
**aunt**
11:1
**aunt's**
11:7
**authorize**
20:17 41:18
**authorized**
103:7
**automatic**
63:21

**available**
83:3
**Avenue**
1:17 2:9 4:10
**aware**
10:20 17:6,9,11 57:4
82:17,18,24 97:9 98:1
100:24,25

---

### B

**B0191-3-0**
85:23
**B102--**
23:25
**B109**
87:23
**B1090**
40:13
**B189**
49:6
**B18930**
49:11
**B190**
41:6
**B191-3-4**
87:23
**B7**
41:5
**back**
15:4 19:6,7 22:14 24:5
24:7 25:9 35:15,16
42:21,22 45:20 47:11
47:23 55:18 62:5,13
62:14 64:6 66:8 67:19
74:4 93:6,25 94:4,21
98:17,18 99:7 101:1
**backwards**
24:6 45:24,25
**Baker**
2:8
**BakerHostetler**
2:2
**balance**
3:6,10,12 15:11,12
19:12,12 20:7,7,11,11

20:13,14,15 21:15
27:1 39:24 40:4 48:19
50:14 75:16
**balances**
25:25
**balancing**
76:2
**bank**
72:13 74:15 75:11,14
76:8,17
**banking**
68:7,9 74:8 89:12
**BANKRUPTCY**
1:1
**based**
7:9,14 27:8 45:3,12
95:8 96:11 100:16,19
101:2
**basis**
43:20 44:14,15 60:7,10
63:23 79:9 83:17
**Bates**
24:3 42:23 45:19
**began**
52:21,21 53:1
**beginning**
4:15 20:7,11,13 45:21
97:14
**behalf**
2:2,8 14:4 94:16
**belief**
60:10
**believe**
7:14 12:17,24,24 13:2
21:23 26:4 31:7 39:6
39:11,16 60:2,2,11,19
60:25 61:3 69:21 72:3
74:22 88:3 89:20 90:8
**benefit**
6:24 40:6
**Bernard**
1:6,10 4:12 8:1 34:20
46:10 55:1 85:22
104:3
**Bernie**

10:18,22 11:2
**better**
76:22,24 77:11
**beyond**
79:19
**biggest**
68:18
**bills**
79:18
**bit**
62:9 75:20
**BLMIS**
8:1,6 10:15,16,17
11:13,16,20,20 12:13
13:5,5,8,12,18 22:21
23:8,22 25:14 30:21
31:19,24 32:3,13
33:11,15,21,23 36:14
38:8 40:5 42:10,14,16
42:18 45:3,13 53:24
54:9 55:19,25 67:8
68:17,23 74:24 79:8
79:14 80:24 81:6
82:10 85:12 87:9,12
87:15 88:15 91:23
98:9,23
**BLMIS's**
27:8 40:8 48:25
**Blum**
1:13 2:8,17 3:16 4:9
5:4,9 8:10,19 9:2,7,10
10:4,14 13:17 14:11
17:23 19:2 21:18 22:7
22:19 23:16,23,24,24
24:14 25:9 26:11 27:5
28:22,23 29:20,24
30:1,9,15,20,22 31:2
31:9,10,18 32:11,15
32:22 33:4,10,11,24
34:5,11,23 35:14,24
36:8,12,24 37:1,8,8
37:10,14 38:21,25
39:3,7 40:2,6,10 41:1
41:12,12,23 42:1,2,7
42:21 43:3,16,17

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 30 of 47
SIPC v BLMIS                                    Norman Blum 5/13/2016

Page 107

44:24 45:20 46:2,11
47:15,24 48:1,22
49:19 50:15 52:17
54:7,13,14,16,25
56:17,24,25 57:4 58:6
58:8 59:17 60:7,19
61:2 62:8,13,17 67:14
67:14 69:10,14 70:4,7
71:20 72:19 73:2,4
74:7 76:25 77:1 85:10
85:13,16,23 86:1,20
89:3,7,11,12,16 90:17
90:21,24 91:5,21 94:4
98:9 99:7,21 100:3
102:7 103:8 104:4,24
**Blum's**
3:3 9:22 18:7
**books**
27:8 40:8 48:25
**bottom**
20:4,6 24:2,4 32:23
34:5 35:17 79:6
**Bradley**
14:21,22 30:20,21 31:2
31:9,10,18 32:14 33:4
33:7,11,24 34:11,23
35:2,3,6 36:12 37:8
37:10 38:21,25
**break**
8:12,15,17 53:18 61:25
62:4 73:23 74:3 92:7
93:24 98:14
**Brickell**
1:17 4:10
**broad**
60:15
**brother**
61:11 70:2,4 71:1
73:10,11,18 76:22,25
77:1,2,20 82:24 93:13
93:15
**brought**
9:12 97:4
**Brown**
2:6 4:18,18 5:13 99:16

99:19,23 101:15
**bulk**
79:21

-----------------------
**C**
**calculated**
44:25
**calculation**
3:6,10,12 27:1 39:24
40:4 48:19
**call**
11:25 12:1 23:8 44:16
44:20 87:12 94:10
**called**
11:20 12:2 19:22 31:2
38:9 63:23,24 77:16
77:18
**Calls**
22:10 83:8
**capable**
51:13
**captioned**
8:9
**care**
19:14 51:7
**cared**
19:12,15 21:10
**careful**
53:5
**carefully**
79:4
**Carter**
94:13
**case**
18:15
**cashed**
94:15,17 95:1
**categorically**
28:21 82:19
**cause**
4:3
**caused**
50:14
**certain**
46:25 96:8

**Certificate**
2:19,20 102:1 103:1
**certified**
1:25 4:6 103:22
**certify**
102:7 103:7,11
**chance**
95:22
**change**
64:7 65:12 80:23 81:6
81:18 82:9 86:15
95:11 104:6
**changed**
39:7 48:8 52:24 55:2,5
**changes**
13:21 81:11 104:2
**check**
15:16,19,20 16:9,21
26:13,20 27:24 28:13
51:21 65:16 66:3,5,6
66:6 68:11 76:2 80:8
95:21,25 96:10,12
97:10
**checkbook**
68:11 83:11
**checked**
15:11,12 16:13 19:15
64:3
**checking**
75:16 89:6,7
**checks**
15:21 75:2 83:1,15
89:4 91:22 94:13,15
94:18,23 95:1,7
**choice**
76:24
**choose**
65:14,22 66:1
**chose**
65:25 66:4
**circumstance**
64:18
**claim**
3:16 89:17,23 90:17,24
91:7

**clarification**
6:11 28:14 38:24 57:17
82:1 84:25 87:4 91:17
**clarify**
11:18 31:8 37:4 38:4
40:11 47:21 50:3
54:12 78:6 81:1 92:1
**clear**
40:12 49:10 63:5 92:18
101:11
**clearly**
6:18 96:3
**close**
20:25 25:12 46:1 70:24
91:21
**closed**
13:8 70:23,23
**closely**
78:15,19
**closer**
51:15
**co-trustee**
50:15 69:20
**colleague**
5:13
**collection**
31:24 32:2
**Columbia**
28:10,13,15,16
**come**
10:15 37:9 75:4 101:13
**comes**
65:9,9
**comment**
87:1
**Commission**
102:14,15
**commonly**
11:24
**communicated**
87:16
**company**
94:13
**compare**
20:7 79:23

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 31 of 47
SIPC v BLMIS

Norman Blum 5/13/2016

Page 108

complete
27:7,7 89:9
completely
95:13
computer
101:14
computer-oriented
23:6
concern
34:10
concerned
79:7 83:13 84:17
concluded
101:21
confirm
15:13,23 16:2,3 45:2,5
71:20,21 100:3
confirmed
16:1
confirming
99:25
confuse
71:18
conjecture
7:12
connected
103:14
Connecticut
2:9
connection
96:12 99:14
conservative
53:8
considered
63:17
Consolidated
1:6
constant
99:14
contact
14:3 77:12 79:12
contacted
13:23
contained
99:13

contents
46:8
context
44:8
continue
55:16
control
13:17 15:1 88:19
conversation
42:18
copies
63:6
copy
17:25 23:21 27:11
99:22
corner
30:16,17 34:6 35:18
corporation
1:3 4:12 36:11 104:3
correct
11:13 13:22 18:19
22:21,23 26:10 27:11
31:25 37:18 39:5,9
41:15 42:2,3 48:2,4
50:16,24 51:4 62:18
62:19,22,23 67:11
70:6 73:15 74:24 83:7
86:2,3,4,5,9 88:24,25
90:25 91:12,23 95:13
97:8 100:17,18,20
104:23
corrected
95:10
corresponded
87:9
corresponding
24:21 49:3
counsel
4:14,15 10:6,6,7,8 18:2
91:4 95:15 97:4 98:10
99:11,11 103:12,14
count
63:22
COUNTY
102:4 103:4

couple
7:25 11:22 17:2,10
21:8 71:6 78:6
course
7:24 11:15
court
1:1 4:7,20,22 5:16 6:4
6:25 28:14,17 38:24
57:17 62:10 82:1
84:25 87:4 91:17
courtroom
5:21
Cross-Examination
2:18 94:2
CRR
1:23 102:13 103:20
currently
8:23
customer
3:4,5,9,13,14 8:6 15:4
16:13 17:3,5,20,25
18:18,22 19:1,19 20:5
23:9,13,22 25:21,23
26:2 32:8,13 42:4,23
53:20 54:3,9 70:7,9
70:16,22 73:3 78:7,9
85:7,12 98:23 99:4,14
CW
27:24 29:7 49:6

---
## D
dad
76:23
Daily
77:17
date
46:6 55:8 64:14 85:18
88:2 89:2 90:8 96:10
104:24
dated
30:11 43:13 88:1 90:3
90:22 97:3 103:17
dates
21:21
David

99:12
day
4:8 52:5 102:8,10
103:17
DC
2:9
Dear
43:13 85:22 87:23
death
48:4 50:11 97:20,21
Debtor
1:11
December
27:14 64:16,19 97:15
98:11 100:16,24
decent
67:4
decide
35:6 65:15 87:2,5
decided
44:13 92:6
decision
10:21 14:9 44:16 46:25
51:22
decisions
51:18,24,25
declaration
3:3 9:11,15,22 10:5,12
11:13 12:21 25:11
37:16 47:22 49:21
50:22 52:17 72:22
81:5 89:16,18 94:5,6
95:9,11
declare
104:22
Defendant
1:8
define
63:14
definitely
94:24 97:24
demise
13:4
denominated
50:6

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 32 of 47

SIPC v BLMIS

Norman Blum 5/13/2016

Page 109

**deposit**
15:15,18 16:19 26:7
38:2 39:18 67:2,2
68:19 75:8,8 80:10,11
80:19
**deposited**
16:11 75:3 76:12,23
80:10
**deposition**
1:13 2:17 4:1,9 7:18,24
9:8 95:15 100:20,21
101:21,22 103:8
**deposits**
15:13,22,23,25 16:2,18
16:21,23 17:2 27:7
31:14 40:7 48:25
68:11,12,12 74:8,9,13
74:15,17,19 76:8,17
77:8 80:12,13,16,17
83:7
**describe**
32:25 85:20 87:22
**described**
94:9
**description**
3:2 49:5
**despite**
77:20
**detailed**
40:4
**details**
31:16
**determination**
3:16 89:25 90:17,23
91:6,10,11
**determined**
64:1
**die**
84:11
**died**
33:8,8 34:3 52:5 84:13
**difference**
63:17
**different**
32:2,2 41:6 99:1,19

**digits**
35:18 45:20 56:19
**DiPascali**
11:23 25:1,3 43:13
45:13 64:8 87:24
**direct**
2:18 5:7 23:19 24:1
27:15 30:15 39:3
85:14
**directing**
86:6,7
**directly**
14:3 24:24
**disbursement**
60:22
**disbursements**
58:9,12 60:20,21 61:1
66:12 67:16,25 68:4
69:6,9,15,24 86:21
100:12,16,23 101:4,9
**discuss**
12:3 35:3 45:13 79:13
87:8,10 101:3
**discussed**
29:24 61:20 72:22
80:25 81:7 99:9
100:10
**disposition**
57:15,18
**dispute**
37:23 39:14
**distinction**
67:15
**distinctly**
97:24
**distinguish**
62:24
**distracted**
6:16
**distributed**
21:19
**distributing**
45:7
**distribution**
12:5 21:25 23:1 43:16

43:20 44:7,16,17,25
45:3,10,10,16 46:15
46:16 51:19 56:5,6
62:21 63:19,22 64:11
64:12,25 65:1,13,23
66:2,20 67:6 87:24
88:15 93:4 95:25 96:3
96:15,25 99:5,15
**distributions**
21:23 22:1 43:24 44:2
44:18,24 47:1,11 56:8
62:18,25 64:20 66:16
66:21 67:9 68:14,15
68:19,22 71:8,11
74:21,23 79:17 83:22
88:5,7,10 91:25 92:8
92:11,14,17,18,20,22
93:1,7,9,16 97:20,25
98:1,2
**DISTRICT**
1:1
**dividends**
79:19 80:8,8,9,11,18
**docket**
8:9 27:14
**Doctor**
58:23
**document**
10:10 18:1 24:2,15
30:12 32:25 34:5
35:21 36:3 43:7 45:18
56:18,24 62:14 95:19
97:2,4 99:19,20,23,25
104:22
**documents**
10:5,9 65:6,7,17 72:21
95:23 98:12,16,19,20
98:21,25 99:8 100:4,4
100:10,17 101:8
**doing**
22:25 26:18 28:5 29:17
51:14 59:21 64:5
66:13 88:4
**dollar**
99:15

**double**
76:2
**doubt**
36:16 68:2
**Dr**
2:8 3:3 5:9 8:19 9:2,7
9:10,22 10:4,14 13:17
14:11,21,22 17:23
18:7 19:2 21:18 22:7
22:19 23:16 24:14
25:9 26:11 27:5 28:22
28:23 29:20,24 30:1,9
30:15 32:11,22 33:7
33:10 34:5 35:2,3,6
35:14,24 36:24 37:1,8
37:14 39:3 40:2,10
41:1,12,23 42:1,7,21
43:3,17 44:24 45:20
46:2 47:15,24 48:22
49:19 52:17 54:7,16
54:25 56:17,24 58:6,8
60:7,19 62:8,13,17
67:14,14 70:7 71:20
72:19 73:2 74:7 85:10
85:16 86:1,20 89:3,7
89:11,16 90:21 91:5
91:21 94:4 98:9 99:7
100:3
**draw**
56:17
**drive**
76:7
**Drs**
32:14
**due**
85:24
**duly**
5:5 102:9
**dumped**
72:7

---
**E**
---
**earlier**
14:12,20 18:11 62:17
65:5 67:23 74:11,22

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 33 of 47
SIPC v BLMIS
Norman Blum 5/13/2016

Page 110

101:2
**easier**
62:9
**effect**
21:16
**either**
23:6 83:24 86:19 87:16
**employee**
103:12,13
**ended**
37:3,12
**ends**
97:3
**enter**
9:15 22:16 23:11
**entire**
6:24 19:25 21:22 30:13
57:21,25 60:6 92:8
**entitled**
61:1
**entity**
8:1 31:2
**entry**
40:24
**equally**
34:13
**Errata**
2:20 104:1
**ESQUIRE**
2:6,6,11
**established**
31:12,13
**estate**
54:13 69:10 71:3,12
**et**
8:10
**evaluated**
79:4
**event**
58:3,3
**every-three-month**
44:14
**evidence**
5:24
**exact**

21:24 64:17
**exactly**
16:24 22:3 38:22 46:14
50:16 64:24 72:18
75:7 76:23 77:7 80:6
80:16 98:19
**Examination**
2:18,19 5:7 98:7
**examined**
5:5
**example**
17:15
**excerpts**
99:21
**exclusively**
68:13
**excuse**
18:2,4 69:18 70:12
74:21 85:4 98:18
**exhibit**
3:1 9:21,23 17:19,21
17:24 22:17 23:12,14
23:17 26:24 27:2,6,12
30:5,7,10 32:7,9,12
39:23,25 40:3 42:22
45:24 48:18,20,23
54:2,4,8 56:18,18
62:14 85:6,8,11 90:12
90:19,22 95:15,19
97:2,11 99:8,16
**exhibits**
95:16
**existed**
57:5
**expert**
27:13
**Expires**
102:15
**explain**
6:9 34:2 96:20
**extent**
72:19 79:3 89:11 98:25
**eyesight**
76:2

**F**

**facility**
76:15
**fact**
20:21 34:2,3 47:9
61:13,18,19,20 66:22
68:3,5 77:10 79:17
84:15,22 91:6 97:15
101:4
**facts**
104:22
**fair**
79:24
**fairly**
23:2
**familiar**
97:15
**family**
52:6
**family's**
52:18
**far**
21:16 26:4 60:6 83:12
84:17
**father**
10:17,22 11:3 12:14
48:10 49:17 50:24,25
51:1,5,16 52:4,9
53:19,23 55:3,10,24
56:10 59:21,25 60:11
60:11,19,25 61:20
67:23 68:6 69:5,5,9
69:14 70:14,19,20,21
72:4 73:7 74:7,20,23
77:2,5,7,13 78:1 79:1
79:8,13 80:3,23 81:5
82:12,15,19,21 83:3
83:14 85:25 86:6,7,10
86:15,20 87:8,10,11
87:12,14,21 88:4,14
88:17,18,18 89:4
91:22 93:16 94:15
95:25 98:3 100:15
101:1,3

**father's**
48:4 50:11 52:18 54:20
55:19 67:19 70:25
72:9 73:14 77:21 78:7
85:17 89:7 91:21 92:4
92:7 97:14 98:12
**fault**
50:19 84:23
**Fax**
2:4,10
**February**
9:13,17
**felt**
47:12 67:4
**FF116067**
102:14
**fifth**
24:7
**file**
3:5,9,13,14 23:13,22
32:8,13 42:23 54:3,9
85:7,12
**filed**
27:14 52:15 89:17
**final**
71:2 91:9,11
**finally**
71:1 72:7
**finances**
50:24 51:1,6,17 77:3
77:22,24 81:5
**financial**
52:7
**financially**
103:15
**find**
73:17,21 83:10 84:16
93:11,18
**fine**
25:8,13 27:25 56:9
58:17 67:22 78:5
**finish**
6:23 7:4 60:23
**finished**
7:3,6

**first**
5:5 7:25 11:12 12:13
12:14,16,19,22 13:7
18:18 21:9,25,25 23:3
23:4,23 24:16 27:17
27:18,21 32:19 35:22
39:4 40:14 47:21 63:9
80:25 81:8 91:1 92:10
93:3,7 94:7
**five**
55:3,13,14,15
**flip**
27:16 36:2
**Florida**
1:18,24 4:1,3,10 102:3
102:6,7,14 103:3,6,21
**follow-up**
98:6
**following**
87:25 88:10
**follows**
5:6
**foregoing**
104:22
**forgot**
64:15 76:24
**form**
7:18 26:12,20
**formerly**
54:13
**forth**
58:2
**forward**
34:4 100:16
**found**
32:13
**four**
19:21,23 55:12,13 75:5
**FPR**
1:23 102:13 103:20
**frame**
81:1 92:25
**Frank**
11:23,25 12:1 46:11
87:24

**Friday**
1:16
**front**
17:23 25:19 92:15,18
**fully**
75:22
**function**
75:22
**fund**
29:17,17 31:8,14,20
32:1,1,3 33:4,21 35:4
36:12 38:14,19,20
39:1
**funded**
38:15
**funds**
29:1 31:5,19,25 38:23
70:4
**further**
34:21 67:5 85:24,24
97:7 98:5 101:12
103:11
**future**
97:7

——————————
G
——————————
**generally**
19:20 65:8
**gentleman**
11:1
**gentleman's**
11:6
**getting**
23:1 45:14 46:1 56:22
71:7,8 91:3 92:17
**give**
4:25 7:19 8:20 21:21
44:9 63:3,18,18 71:18
99:22
**given**
5:19
**giving**
8:24
**go**
15:4 16:22 24:12 25:9

35:19 47:11 62:13,14
64:6 67:19 73:25
76:14 89:24 93:19
94:4
**goes**
63:10 94:21
**going**
5:11,15,15 6:22 7:24
7:25 17:16 19:6,7
23:19 60:5 66:5 73:20
78:22 80:23 98:17
**good**
4:5 5:9,10 61:24 66:20
75:23 77:7,9 80:5,7
**gosh-darned**
81:17
**Gotcha**
27:22 58:22
**govern**
57:14,18
**governs**
9:4
**Great**
8:19 10:2 14:10
**Greenblatt**
27:13
**grow**
58:15,15
**guess**
7:12 18:20 38:9 48:8
49:15 50:19 66:15,15
67:4 79:3

——————————
H
——————————
**half**
77:5 83:3
**hand**
4:24
**handed**
27:5
**handing**
23:16
**handled**
81:7
**handwritten**

43:9
**handwrote**
43:10
**happen**
5:15
**happened**
33:1 38:7 65:21 93:11
93:11
**happens**
63:8
**Hawley**
94:13
**hear**
6:14 28:17 62:10
**heard**
6:18 30:14
**heavily**
11:2
**held**
37:16 39:4 58:12 85:12
**help**
51:20,20,21 68:10
75:20
**helped**
51:8,10,11 68:8 75:21
75:24
**helpful**
99:25
**helping**
51:14 74:7
**higher**
20:11,13,14,22,23
**holders**
30:2
**honest**
76:20 101:7
**house**
55:3,10
**housekeeping**
5:12
**huge**
99:20

——————————
I
——————————
**idea**

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 35 of 47

SIPC v BLMIS

Norman Blum 5/13/2016

Page 112

21:14 26:22 28:5 31:7
33:15,17 34:17 45:1
47:7,10 59:10,18 60:4
61:4 77:7,9 80:5,7
86:13 87:13,16
**identification**
9:22 17:21 23:14 27:2
30:7 32:9 39:25 48:20
54:4 85:8 90:18
**identified**
8:5 32:14 40:8 59:2
**identify**
4:14,21
**immediately**
51:6
**impact**
21:15
**inaccurate**
49:22,23
**incapacity**
58:3,4
**included**
44:25 65:17
**including**
8:5
**income**
53:9,10,11 57:12,15,19
57:20,25 59:12,14,19
61:15,16 66:20 79:21
80:4 85:24 86:8,11
97:7,9
**incorrect**
50:11,12
**independent**
82:3
**INDEX**
2:16 3:1
**indicate**
89:17
**individual**
34:14
**inform**
88:23
**information**
44:12 71:21 87:17

94:10
**initially**
51:7 61:5
**innumerable**
83:1
**instructs**
7:21
**intention**
84:14
**intents**
84:17
**interested**
103:15
**interpretation**
87:3,6
**introduced**
10:18,19 11:3,3
**invariably**
75:4
**invest**
10:16,21 31:18 35:6
46:13,18,19
**invested**
10:17,19,20 11:2 12:14
31:5,23 32:3 35:8
66:11
**investing**
35:4
**investment**
1:7 4:13 8:2 10:15 32:4
34:20 38:11 46:10
52:18,19 104:3
**investments**
32:2 35:11 46:12 51:19
53:6,7,12,14,16 59:24
79:19,22,22,25 81:15
**Investor**
1:3 4:12 104:3
**involve**
19:22
**involved**
14:24 33:23 51:22
58:18 77:21 78:1
101:15
**involvement**

47:18
**IRA**
13:1 14:19 29:2,5,9,12
29:13,15 31:20,21,23
32:3 34:14 37:17 38:3
38:6,8,11 39:17 40:13
40:21,22 41:3,4,5,6
41:15
**Irving**
5:14
**issue**
61:17 84:20 95:10
**issued**
96:12
**item**
27:16,23 28:12 29:3
49:2

---
**J**
---
**J**
3:16 8:10 23:23,24,24
36:8 39:7 40:6 42:2
43:16 46:11 90:17,24
**January**
46:7 63:9
**JoAnn**
33:25
**Joel**
50:15 70:4 76:25 77:1
77:2,4,12,20 81:21
**joint**
14:12
**journal**
40:24
**July**
39:18 48:13 49:3,4,12
102:15
**June**
46:7

---
**K**
---
**kept**
16:11 47:10 51:7 58:14
71:6,11 72:4,4 84:7
**kind**

18:6 19:17 83:3,12
**kinds**
12:2
**Kirby**
2:11,18 4:19,19 18:2,6
18:13 22:10 27:18
28:15 32:17 37:4
49:24 54:11,21 56:20
57:21 60:14 61:24
73:24 81:1 83:8 91:24
92:1 93:21 94:3 98:5
99:3,11,18,20 100:1
101:13,17
**knew**
10:24 11:2 68:12 79:17
80:6 81:14,14,15,15
**know**
6:22 7:4,10,11 8:13,13
10:25 17:8 18:16
19:10 20:2,20 21:4
22:22 29:10,14 33:25
34:16 44:14 45:25
47:4 48:15 52:23 60:6
61:10,24 63:1 65:12
66:14,18 67:12 68:3,5
69:16 71:17 72:17
73:5,6,20 75:1,21
76:19 78:16,23 79:10
79:11,12,16,24,25
80:3,6 81:16,17 82:16
82:21,21 83:9,13,15
84:21 85:2 86:14,25
87:2,14,17 88:8,8,9
88:11,13 89:1,9 92:5
92:10,15,16,25 93:12
95:5,22 98:20,21
99:23
**knowledge**
7:10,14 42:13 59:11
69:11 92:13 94:14,17
94:20 100:11,11,19
100:22
**known**
10:18 56:1

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 36 of 47
SIPC v BLMIS
Norman Blum 5/13/2016

Page 113

### L

**L**
1:6,10 8:1 104:3
**Large**
4:3
**leave**
66:19
**left**
30:16,17 55:4 61:5,9
61:10 63:6 65:15
**legal**
4:6
**Legally**
61:16
**let's**
17:15 35:25 84:24
**letter**
3:15 33:5 34:9 43:11
43:18,18 44:5 45:12
46:6,8,17,18 50:21
54:25 55:1,8 62:20,25
64:8,22,23 66:3,10
67:7 85:18,21 86:6,7
86:13,22,24 87:22
88:4 90:1,16,22 97:6
**letters**
87:14 88:23
**life**
21:22 30:13 51:8 74:12
77:21 92:4
**lifetime**
57:16,19 58:2
**likewise**
7:2 8:8
**line**
20:4,6 27:16,23 28:12
29:3 40:14 49:2,8
79:6 104:6
**lines**
28:9
**Liquidation**
1:4
**list**
80:15

**lists**
96:10
**litigation**
9:3,12
**little**
11:18 36:24 62:9 65:21
75:20 83:15
**lived**
77:4
**living**
3:17 23:24 39:7 42:2
48:3,7 49:16 50:17
54:14 56:25 57:4
58:18 59:17,22 61:2
67:1 90:18,24 97:14
**LLC**
1:7 46:11 104:3
**located**
54:9
**long**
33:18 35:8 36:1 56:1
89:9
**look**
15:8 19:2 20:19 21:10
21:24 23:18 24:16
29:3 35:22 39:20
47:11 48:12,15,16
55:22,22 59:5 64:6
66:23 69:7,8 71:9,17
71:21,25 73:5,8 74:13
74:14 78:15,19,21
83:10,11 90:14 93:2,5
93:6 94:7 95:22 99:9
**looked**
18:22 20:2,4,6 21:12
41:19 45:11 68:10,11
75:2 78:16 80:7 84:23
85:1 96:3,7,7,14,14
96:25 98:21
**looking**
94:8 97:13 100:4
**looks**
28:11 96:15
**loop**
20:25 91:21

**lot**
19:24 68:20 87:16
**loud**
78:4
**louder**
62:11
**loudly**
78:3
**lower**
20:22 28:9

### M

**M.D**
1:13 2:17 5:4 32:15
**Madoff**
1:6,10 4:12 8:1 10:18
10:23 11:2,3 24:21,23
34:16,20 35:8 37:3
38:16 41:8 46:10
51:19 53:7,10,11,17
53:20 55:1 60:12,15
68:14,15,19 71:2,2
72:14,15,22 75:4,8
78:8 79:20,22,25
80:12,24 81:11,18
83:16 84:8 85:22 86:7
86:11 89:4 95:24
99:14 104:3
**MADTBB01953410**
32:16
**MADTBB01953424**
36:21
**MADTBB03076729**
54:23
**MADTBB03076732**
56:19
**MADTBB03076750**
58:21
**mailed**
76:19
**maintain**
53:4
**maintained**
88:18
**maintenance**

**11:17**
**making**
18:13 46:24 48:3 51:22
67:4 76:8
**management**
25:1
**March**
63:9
**mark**
9:20 17:18 26:23 30:4
32:6 39:22 48:17 54:1
85:5 90:11
**marked**
9:22 17:21,24 23:13,16
24:2,2 27:2,5 30:7,10
32:8,12 39:25 40:2
42:22 48:20,23 54:3,8
62:14 85:7,11 90:18
90:22 99:17
**married**
11:1
**massive**
99:12
**matter**
4:11 9:5,16 20:21
61:13,18 66:22 84:15
84:22
**Matthew**
27:13
**McKenzie**
2:8
**mean**
6:11,18 7:6,13 16:11
17:13 31:8 35:5 45:5
52:1 66:11 67:10
**meaning**
13:19,20 14:13 15:14
15:15 16:5,9 25:23,24
44:7
**means**
34:17 86:14,19 88:9,9
88:11,13
**meant**
21:14 33:17 65:2 66:19
**medical**

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 37 of 47
SIPC v BLMIS
Norman Blum 5/13/2016

Page 114

31:13
**medications**
8:23
**meet**
52:6,12
**memory**
67:13
**Mensch**
1:23 4:1,7,22 102:6,13
103:6,20
**mental**
8:19
**mention**
56:10 88:14
**mentioned**
5:13 11:12 65:6 74:7
74:11
**merely**
100:3
**mess**
72:7
**met**
10:7,8 11:1,5 52:13
**meticulous**
76:6 80:15
**Miami**
1:18 4:10 77:5
**MIAMI-DADE**
102:4 103:4
**middle**
6:21
**million**
83:2
**mind**
40:18 45:23 52:4 93:19
**Mine**
43:6 59:1
**minimum**
95:4
**minute**
92:1
**minutes**
98:13
**misunderstood**
46:22

**mobile**
76:13
**mom**
73:19 83:18 84:9
**mom's**
84:4,5
**moment**
15:5 22:19 23:19 29:24
67:21 85:4 93:20
100:15
**money**
21:11,11 25:4 38:16,16
38:18 44:13,21 45:15
47:12 53:4,4,6 60:3,5
60:12,14 61:4,19
63:22 64:9 66:19,23
66:23 67:4 68:13,14
68:20 76:23 80:3
81:14 82:19 83:3,11
83:22 84:2,5 93:7
**month**
15:6,9,15 19:4 20:8
41:14,16 63:9,16
65:10,20 79:2 80:4
83:2,2 90:13
**monthly**
13:12,14 19:3,4 25:24
26:1 37:19 39:10
55:21 70:12,13 73:12
78:10,11,11,13,14,16
78:18 83:17 94:23
**months**
22:1 23:2 29:21 43:20
44:3,9,12 45:17 55:4
55:12,14,15 56:7,13
63:2,8,9,10,11,16
65:4,7,11,18,20,22
66:7 75:6 92:17
**morning**
4:5 5:9,10
**Morris**
48:1 89:12
**mother**
50:23 51:3 60:1 61:5
83:24 94:15

**mother's**
70:24 86:1 96:9
**move**
7:5 55:10
**moved**
55:3,16
**multiple**
35:10 53:6,10,12 60:16
80:18,18

___

### N

**name**
4:5,22 5:12 11:6,7
12:23,25 23:23 25:15
30:18 33:11 34:14
36:11,14 37:16 39:4
40:5 42:1 47:25 50:15
54:13
**names**
32:14
**necessary**
13:25
**need**
8:12,16 34:13 35:23
47:12 60:4 61:4,12
66:16,21 67:5 84:2
**needed**
12:4 25:4 44:13 45:15
53:11,16 68:21 83:23
**needing**
64:9
**neither**
70:3
**net**
57:25
**never**
17:6,13 18:24,24 19:9
19:16 20:12,12,21,21
21:1 23:10 24:23,23
29:7,19,23 30:13,14
38:7 41:20,22 42:9
45:11 52:13 56:13
58:11,15 60:3,5,11,14
60:20,25 61:8,15,17
64:3 67:24 68:3 69:11

**mother's**

**mother**

69:16,17 78:7 81:18
82:12,19,23 83:14,17
84:14,15,15,18,18,18
84:23 86:12,13,22
94:17 95:7
**new**
1:1 2:3,3 48:3
**nice**
36:24
**Norman**
1:13 2:17 3:16 4:9 5:4
8:10 23:23,23,24 36:8
39:7 40:6 42:2 43:16
46:11 90:17,24 102:7
103:8 104:4,24
**Notary**
4:2 102:7,14
**note**
9:2
**notes**
103:10
**notice**
3:15 9:8 67:2,7 85:25
90:16,23 91:6 95:18
97:7
**noticed**
17:7 20:17,18 22:7,13
66:22
**November**
17:25 29:22 30:11
**NTC**
40:5 41:4
**number**
3:2 18:11 24:3 31:17
33:2,7,13,18 34:11
41:6 45:15 46:12 49:7
63:18 94:22 97:3,3
**numbers**
24:8 48:8 71:18,19
**NW**
2:9

___

### O

**oath**
2:19 5:19 102:1

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 38 of 47
SIPC v BLMIS                                    Norman Blum 5/13/2016

Page 115

**object**
7:17 23:8 26:2
**objected**
22:8
**objection**
7:20,20 22:10 60:14
  83:8
**October**
29:22 38:5
**offer**
7:12
**office**
63:6
**Officially**
90:2
**offline**
99:24
**oh**
8:14 15:22 23:25 45:25
  46:19 78:13
**okay**
4:20 6:25 9:10 10:2,9
  11:4,10,15,25 12:2,6
  12:10,12,16,18 13:3
  13:11 14:10,23 15:1,4
  16:3,13,16,22 17:8,12
  17:16 18:12,18 19:8
  19:13,18 22:5 24:11
  24:14 25:5,9 27:10,25
  32:5 34:23 35:20
  36:19 38:12 41:21
  46:1 47:20,23 49:4,13
  49:19 50:7,20 51:16
  52:3 53:1 56:10,15,24
  57:9 58:22 59:8 60:24
  62:16 64:2 65:3 67:19
  67:21 73:22 76:21
  80:23 82:12 87:19
  94:8,18,25 95:6,14
  96:4,17,19,22 97:2,23
  98:1 100:6 101:12
**old**
55:4
**older**
53:8 61:8

**once**
7:20 13:3 37:1 53:3
  63:21 70:15 73:10,10
  74:18 93:13
**open**
12:13 13:9,24 14:2,3
  38:8 81:12,16,22,23
  86:17 92:9
**opened**
12:16,18 13:3,7 16:18
  25:15,17 26:6 28:6
**opening**
36:13,14
**opportunity**
7:19
**opposed**
79:22
**option**
44:11
**order**
9:4 58:1
**original**
18:7 41:5
**originally**
89:5
**ought**
37:4
**outside**
53:6,10 79:25
**overview**
78:22
**ownership**
14:12

————————————————
**P**
**P.A**
32:15
**p.m**
1:16 93:24,24 94:1
  101:19,21
**page**
2:17 3:2 24:2,7 27:17
  27:17,18,19,21 32:16
  32:19,21 34:5 35:17
  36:2,21 42:23 54:17

  57:8 58:21 85:14
  87:18 104:2,6
**pages**
1:13 19:19,21,24 24:9
  34:4 103:8
**paid**
71:2,3 79:18 98:2
**paper**
63:3
**paragraph**
12:22 25:14 47:24
  49:21 50:5,9,22 89:20
  89:21 94:5,6 95:10,14
**parents**
12:12 58:8,19 59:11,13
  59:13,14
**parents'**
47:19
**part**
6:8,15 31:13 33:24
  44:18 60:8 61:17
**particular**
11:11,16,19 59:24
**particularly**
94:5
**parties**
101:23 103:12
**parties'**
103:13
**pass**
61:7,9,9
**passed**
48:6,10 49:17,18 50:23
  51:3,4 58:13 60:5
  61:6,6 70:21 73:7
**patience**
17:17
**pay**
57:25 71:14
**penalties**
5:20 104:22
**pending**
8:16
**penny**
84:14,16

**pension**
14:14,24 29:17 30:20
  30:22 31:3,5,9,10,12
  31:14,18,20,22,23,24
  32:1,1 33:2,4,11,21
  34:11,24 35:4,7,11,12
  36:12 37:1,2,5,8,10
  38:19,20,21 39:1
**people**
11:22 38:16
**percent**
39:20 73:17 76:20 90:5
**percentage**
32:3
**perception**
65:1
**period**
13:11 15:5 16:16,20
  63:4 65:12 71:9 92:2
  97:17 98:17
**periods**
93:16
**perjury**
5:20 104:22
**permit**
7:4
**person**
11:20 13:20 23:6
**personal**
7:10,14 12:20 38:6
  100:19,21
**personally**
13:23 102:8
**phone**
12:7 23:5
**physical**
8:19
**Picard**
5:14 8:10
**picked**
64:18
**Pictures**
28:10,13,15,16
**pile**
36:25

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 39 of 47
SIPC v BLMIS
Norman Blum 5/13/2016

Page 116

place
93:1
placed
30:9 40:2 48:22 85:10
  90:21
placing
17:23 32:11 54:7
Plaintiff
1:4 2:2
plaintiff's
4:15
plan
14:14 30:20,22 31:3,6
  31:10,11,18,22,23,24
  33:2,11,21 34:12,24
  35:3,7,11,12 37:1,2,5
  37:8,10 38:21
play
29:12,18
Plaza
2:3
please
4:14,21,23 6:9,16,23
  7:3,11,19 8:12 21:21
  24:16 43:14 46:12
  63:19 73:25 85:23
  87:24 88:1 101:16,17
point
45:16 46:25 47:2 66:14
  72:9 75:18 83:4
pointless
86:25
poor
75:19 76:2
possible
48:15 88:1 89:3
possibly
48:13 86:17 93:17
practice
31:13 37:12
Pratt
2:14 4:6
predominant
53:15
predominantly

11:21 12:4
preliminary
5:11
preparations
52:10
prepared
99:11
preparing
10:5,12
Present
2:13
presentation
19:17
presume
9:18 24:19 43:19 59:18
  66:16 67:4,10
presumption
66:15 67:10 84:10
pretty
66:20 68:13 72:4 78:18
  80:7 81:17 92:17
previous
97:11
principal
3:6,10,12 27:1 39:24
  40:4 48:19 57:15,19
prior
82:7,9 83:6 100:10,11
  100:20,21
Pro
1:3
probably
34:15 48:7 51:14 59:9
  68:21 73:8 76:11 77:6
  79:11,11 80:5 93:13
problem
40:15 46:23 51:9 72:6
procedure
9:4
proceeding
5:24 8:9 9:12,16 72:24
proceedings
2:16 9:4
proceeds
34:12

process
64:13
produced
99:1,3,12
production
72:21 89:13
Professional
1:24,24 4:2 102:6
  103:6,21,21
profit
8:5 9:11 29:20,23 42:7
  42:9 44:4,4,15 55:25
  56:3,4,11 63:17,23,24
  64:25 67:24 72:23
  82:13,16,18,19,22,25
  82:25 84:20 85:1
  94:22
profits
21:19 42:11,15,19
  43:15,25 44:6,7,10,19
  44:24 45:3,13 46:12
  46:13,18,20 62:21,24
  63:5,13,14 66:11
  67:15 97:16
program
14:25
progressively
53:7
prohibit
8:24
proof
89:23
Protection
1:3 4:12 104:3
prove
83:13
provisions
57:14 58:2
Public
4:2 102:7,14
pull
21:8 61:12,14,14
pulled
99:20
purports

17:24 30:10
purpose
64:22 84:5,6,9
purposes
84:17
pursuant
9:8
put
33:18 35:25 47:16 61:5
  66:22,23 67:21 80:16
  80:18 84:24
PW
8:4 17:4 21:2,8 22:7
  28:13 93:8 94:11

─────────────
Q
─────────────

quarter
68:18,19
quarterly
22:2,3 44:23 46:15
  53:25 56:4,6 62:18
  67:8 68:18,22 71:7,8
  71:11,23 74:20,23
  97:16,20,24 98:2,11
  100:12,15 101:9
question
6:10,17,24 7:2,5,13,22
  8:16,17 19:18 26:17
  35:14 41:1 49:20
  60:15,23 94:12 96:5
questions
5:16,17 6:8,15,22 7:11
  7:18 8:21,25 10:14
  25:1 98:5 101:12
quick
73:23
quiet
78:3
quite
91:16,19

─────────────
R
─────────────

R
2:6
raise

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 40 of 47
SIPC v BLMIS

Norman Blum 5/13/2016

Page 117

4:23
**read**
27:23 28:12 29:4 30:19
34:9 35:23 40:14,17
40:18 43:11 46:8 49:5
49:7 57:12,21 59:10
89:22 91:1 104:22
**Reading**
101:22
**reads**
35:17
**real**
71:10 92:11
**really**
52:24 66:21 92:11
**Realtime**
1:25 103:22
**reason**
6:15 8:20 31:1 33:8,16
36:16 61:12 72:6 84:6
104:6
**recall**
18:20,24 20:12 21:1,4
21:7 22:6 24:18,20,21
24:25 28:5 30:23,24
31:16 35:13,25 36:13
36:14 37:11 38:9,15
38:17,18 41:17 43:22
43:23 46:18,20,21,24
47:2,3,5,6,13 53:22
59:4,9 66:13,17 67:12
69:4 73:16 74:10 80:5
98:24 101:6
**receive**
13:12 18:23 19:4 25:21
37:19 39:10 42:4,11
58:8 59:12,13,14 67:8
68:15 70:7,12,16,21
73:12 74:20 90:14
91:8,22 94:23 101:9
**received**
13:14 15:16,20 18:22
19:1,19 26:1 53:21
58:11 62:18 65:6,7
67:24 68:3 70:14,19

74:23 80:3 89:4,25
92:8 93:3 100:15
101:1
**receiving**
46:25 55:17 64:20
71:23 73:3 92:11,13
101:4,5
**recognize**
18:1,21 24:14,18 30:12
32:22 33:5,6 34:6
35:21 36:5 43:3,7,8
46:2 54:16 56:24 57:3
58:23 85:16 91:9,13
**recognized**
21:9
**recollect**
26:5,18 33:19
**recollection**
18:24 25:6 26:14,15
28:4,8 31:17 38:13
42:17,20 64:21 71:9
74:16,25
**record**
4:15 6:5 9:3,5 16:25
25:18,19 27:7 36:20
49:9 62:2,5 72:1
73:25 74:1,4 93:2,20
93:22,25 96:15
101:16,17,18 103:10
**recorded**
48:24
**recording**
4:9
**records**
16:12,14,21 19:6,7
27:9 40:9,25 41:19
47:12 48:25 72:1,2,9
72:13,14,15,17,20
89:8,11 93:5,6,12
95:24 96:8,11,24
97:13,19 98:9
**Redirect**
2:19 98:7
**refer**
8:1,4,9 42:21,22,23

94:6 95:14 99:7
**reference**
43:14,25 44:5 89:16
95:20
**references**
8:8
**referred**
36:21 95:15 97:10
**referring**
44:1,3 58:16 59:23,24
68:23 99:24
**regard**
49:22,24 50:2
**regarding**
11:17 42:19 98:9
**Registered**
1:24 103:21
**regular**
43:20 51:18,19 53:23
56:11 58:9 59:12,14
77:12 79:9 91:22 92:8
92:14,22
**regularly**
22:24,25 23:2 56:2
77:19,21 80:19 87:14
92:20
**reinvest**
42:15
**reinvesting**
42:19
**relate**
99:21
**related**
25:1 33:15 54:9 72:2
72:20,23 98:10
**relationship**
10:22
**relative**
103:11,13
**rely**
53:9
**remainder**
58:1 69:14 70:5,8,18
70:19 73:13,19 85:13
85:23 86:4 96:9,9

**remember**
11:6,7,8,8,22 12:18
14:20 19:2 27:25
30:25 33:20 34:22
37:11 43:17 64:17
66:18 73:2 75:5 76:12
91:3
**remembering**
76:23 77:11
**remind**
62:8
**remit**
87:24 88:8,10
**remittance**
88:12
**repeat**
6:16,17 9:14 45:22
49:9
**rephrase**
6:9 50:7 51:17
**report**
27:13 103:8
**Reported**
1:23
**reporter**
1:24,24,25 2:20 4:2,7
4:20,22 5:16 6:4,25
28:14,17 38:24 57:17
62:10 82:1 84:25 87:4
91:17 102:6 103:1,6
103:21,21,22
**represent**
5:14 18:14 23:21 27:6
27:11 32:12 40:3,6
48:23 54:8 85:11
**representation**
18:13 40:7 48:24
**represented**
40:25
**represents**
26:22
**request**
12:6,9 21:19 23:4 41:8
41:11 63:21 64:12
72:20 89:13 99:2

08-01789-cgm    Doc 14359-4    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
4 Norman Blum Deposition Minuscript    Pg 41 of 47
SIPC v BLMIS
Norman Blum 5/13/2016

Page 118

72:20 89:13 99:2
**requested**
12:8 15:21 22:3 28:14
38:24 43:24 45:16
57:17 60:20,25 82:1
84:25 87:4 88:15
91:17
**requesting**
23:7 62:20 65:16 66:10
88:7
**requests**
43:12
**requirement**
95:4
**requirements**
53:17
**respect**
94:5,10 96:8 97:13
**responses**
6:5
**responsibility**
51:9
**rest**
92:23
**result**
10:17 15:10 21:11
**retired**
53:3
**retirement**
29:16 76:15 84:5,12
95:1
**retract**
22:14
**retrospect**
17:13 21:4 52:16
**review**
10:4,9 15:6 19:25
37:21 39:12 52:14
53:20 55:19 79:1 90:6
96:2,11 97:19 98:12
98:16,19 100:9,17
103:9
**reviewed**
10:10 15:8 41:12 98:10
99:8 101:8

**reviewing**
17:3 20:25
**Richard**
2:11 4:19
**richard.kirby@bake...**
2:11
**Richmond**
77:4,20
**right**
4:23 16:1 19:25 20:5
20:24 21:6 24:3 26:19
34:4 37:14 38:22
41:23 45:25 49:8 64:3
66:3,8 70:24 71:25
89:3 91:15 93:12 94:8
95:17 96:24
**right-hand**
34:6 35:18
**road**
93:18
**Rockefeller**
2:3
**Roderick**
2:14 4:6
**Roslyn**
54:13,14 56:25 57:4
58:9 59:17,17 61:1
69:10,14 73:4 85:13
85:23
**RPR**
1:23 102:13 103:20

----

**S**

**sackerman@bakerla...**
2:5
**satisfied**
95:24
**saw**
17:13 18:24,25 19:9,17
21:8,13 23:9 26:14
30:13 41:22 69:11
75:2,3,20 78:7,16,19
78:23,25 80:7,8,11,11
80:12,12
**saying**

33:12 40:12,12 48:9,11
59:19 68:9 75:25
**says**
25:18 27:24 46:10 49:6
49:8 88:8,10 91:1
93:18 97:6
**sbrown@bakerlaw.c...**
2:5
**schedule**
40:4
**Seanna**
2:6 4:18 5:13
**second**
22:17 57:10,11
**Securities**
1:3,7 4:11,13 8:2 34:20
46:11 104:3,3
**see**
9:18 10:6 17:4 20:10
21:2,11 33:23 34:1
39:20 48:12,16 50:13
51:10,21 57:3 64:3
69:7,8 71:10,25 72:1
73:5,9,18 75:7,8,9,11
75:24 77:5 78:13,14
78:15,17,18 80:14
83:11 84:23 90:15
93:2,3,6 95:20,21
96:18
**seeing**
18:20 21:1,5,7 41:17
67:12
**seen**
20:16 83:7 86:12,13,22
88:12 94:9
**send**
12:11 38:16 43:15 44:6
63:19 64:8 65:16 66:3
66:4,6,8 85:24 97:6
101:13
**sending**
42:19 86:8,11
**sent**
16:9 19:11 25:4 33:6
41:20 45:2,3 87:14

89:23 90:7 91:3
**separate**
50:14 65:11
**September**
25:17 55:11
**served**
27:13
**set**
38:10 43:21,22 58:2
60:1
**setup**
58:18
**shared**
95:23
**she'll**
87:5
**Sheehan**
99:12
**Sheet**
2:20 104:1
**short**
71:8
**shot**
89:9
**show**
55:21,22 70:11 101:13
**showed**
55:23 78:17
**showing**
25:24
**sic**
29:7 40:13 49:6 93:23
**side**
77:24
**sign**
9:10,15,24 23:3,3
**signature**
10:2,3 32:22 34:6 36:5
36:7,8,17,18 43:3,5,9
46:2,4,5 54:16,19,20
58:23,25 85:16,17
87:20
**signed**
9:3 43:16 46:21 59:8,9
85:25 102:10

**significance**
82:24
**signing**
59:4 101:22
**SIPA**
1:4
**sir**
4:23 85:22
**situation**
17:10
**small**
32:3,4
**SMB**
1:3
**smooth**
83:22
**so-called**
44:4
**sole**
13:17 15:1
**someplace**
45:23
**soon**
26:16 88:1
**sorry**
9:15 11:9 15:22 18:4
  22:17 23:19 24:9,13
  27:17,21 28:1 29:3,6
  39:1 45:22 46:19 66:1
  71:15 73:2 75:11 80:2
  82:15 87:11 100:14
**SOUTHERN**
1:1
**speak**
10:11 11:19 24:25 62:9
  78:3 79:8 99:24
**special**
63:3
**specialist**
4:6
**specific**
10:9
**specifically**
43:8,23 56:11 66:14
  74:8 79:15 98:10,16

**speculate**
7:12
**speculation**
22:10 83:8
**spend**
68:20
**split**
33:9 34:13
**splitting**
33:4,8
**spoke**
11:12,16,21,21,22,23
  24:23,23 25:3 33:25
  52:13 77:16,19,19
**spreadsheet**
99:4,12
**stamped**
42:24
**stand**
95:13
**start**
5:11 7:2 51:12 73:3
  92:13,25
**started**
21:23 22:25 23:1 26:16
  64:5,9,20 81:24 92:10
  92:12,16,19,21 93:7
**state**
4:3 9:5 36:20 47:4,24
  50:9,23 102:3,7,14
  103:3
**stated**
19:5,10,10 64:14 89:5
  98:10 104:22
**statement**
3:4,8 15:16 17:20,25
  19:3,4 20:1,10 21:3
  23:9 25:24 30:6,11,18
  44:10 47:21 65:10,14
  75:3 95:12 96:2 99:5
  100:14
**statements**
8:6 13:12,14 15:4,6,9
  16:1,4,13 17:3,5
  18:19,22 19:1,19 20:5

21:1 22:14 25:21,23
  26:1,3 37:19,21,24
  39:10,12,15 41:13
  42:4 45:4 53:20 55:17
  55:20,21 65:5 70:7,9
  70:12,13,16,22 71:1,7
  73:4,12,12 75:12,14
  78:7,9,10,12,13,14,17
  78:19 79:1,4 98:23
  99:13,21
**states**
1:1 62:20 64:24,24
  65:21
**stating**
55:1 88:5
**stayed**
55:12
**Stefanie**
1:23 4:1,7,22 102:6,13
  103:6,20
**stenographic**
103:10
**stenographically**
1:23 103:7
**Stephanie**
2:6 4:16 5:12
**stocks**
81:15
**stop**
46:25 47:3,13,13 86:7
  86:11
**stopped**
47:2,5
**strange**
28:7
**strategy**
52:18,19,23,24 53:1,3
**strict**
29:16,17
**strike**
29:25 41:2 58:7 69:18
  80:2
**stroke**
37:12 51:13 55:3,4,9
**strongly**

68:2 83:13
**stuff**
80:12
**subject**
5:20 58:2
**submit**
9:10
**Subsection**
57:12,23
**Substantively**
1:6
**Suite**
1:17
**supplemental**
27:12
**supposed**
61:14
**sure**
9:19 11:22 15:17 16:24
  20:3 24:17 33:6,12
  34:1 35:5 37:6 39:21
  40:17 48:5,16 49:9,21
  59:8,9,18,23 64:18
  66:17 67:11 72:4
  73:17,24 76:20 78:4
  78:15 79:10,16 81:18
  86:18,23 90:5 91:2
  93:21
**swear**
4:21,24 86:18
**switched**
48:6
**sworn**
5:5 102:9

---

**T**
**take**
6:4,11,18 7:6,13 8:12
  8:17 21:24 22:14 28:6
  38:15 42:7 48:12,16
  53:13 63:11,12 65:14
  65:15,23,25 66:1,5
  69:5,9,14,24 73:23
  74:12 75:21 76:17
  83:12,14,22 84:5,14

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 43 of 47

SIPC v BLMIS
Norman Blum 5/13/2016

Page 120

84:15 92:6 95:4
**taken**
4:1,10 61:16 62:4
72:18,18 74:3 82:25
93:1,24
**talk**
25:10 41:23 47:15
50:22 52:17 62:11
81:10 82:17
**talked**
61:18 65:5 79:15 81:9
81:9,11 82:23
**talking**
14:5 33:13 37:5 50:6
56:25 59:16,19 60:16
60:22 70:11 78:4,9
93:9
**tax**
52:9 71:12
**taxes**
52:14 71:3
**Telephone**
2:4,10
**tell**
6:9,16 7:11 10:19
19:16 21:17 25:6
33:24 34:18,21 55:24
63:21 77:18 79:4,10
79:15,23 80:14,20,22
81:11 82:15,18 85:20
86:10,12,16 87:6
88:16 92:16,21,24
93:10,13
**telling**
7:5
**tells**
81:21 86:18
**tended**
76:13
**term**
88:12
**terminated**
34:12
**terminology**
86:21

**terms**
19:16 20:2 31:16 44:23
59:22 61:21 66:11
73:13 79:5 80:4 86:21
**testified**
5:5 74:12,22 88:18
**testifying**
5:21
**testimony**
4:24 5:23 6:2 7:9 9:11
62:17 64:19 67:23
70:3 95:8 100:14
101:2,9
**thank**
6:7 7:9 9:2,6 10:4
11:10 17:17 20:24
25:8,13 27:3 29:24
31:9 36:24 41:25
43:16 45:18 47:17
50:18 54:5 58:17
62:12 67:22 78:5
91:15,18 100:9
**they'd**
19:22 66:3,4 75:4
**thing**
23:7 26:16 33:24 35:23
57:22 59:22 65:11,20
65:21 67:17 71:5
73:21 100:25
**things**
5:12 12:3 19:22,23
29:18,19 40:16 45:15
77:11 78:6 81:16,17
83:14,15,16,21 93:8
**think**
6:22 12:14,15 16:19,20
16:23 22:25 23:2
30:25 34:16 40:22
48:11 61:13 62:1 64:6
66:24 67:2,11,18 69:7
71:7,10,17 72:3,6,16
73:16 74:9 76:1,14
78:5 79:6,11 80:6
81:19,20 84:22 90:4,5
90:5 99:23 101:15

**thinking**
45:22 67:12
**third**
36:2
**thought**
17:14 41:20,22
**three**
19:21,23 22:1 23:2
24:9 43:20 44:3,9,12
45:17 56:7,13 63:2,8
63:8,10,11,16 65:4,7
65:10,10,18,20,22
66:7 74:18 75:4,5,6
92:17
**three-month**
44:10 63:4 65:12
**till**
52:4 58:12,12
**time**
4:11 6:7,14 7:4,17,17
8:12,15 11:8,20 12:11
13:4 16:20 21:9,12
22:3,7,23 24:22 25:3
28:3,20 33:18 35:4,8
37:9 43:15,21,23 44:6
44:11,11 45:10,10
47:13 52:19,20 56:1
59:21 60:6 61:24
62:21 63:4 64:17,18
65:13,25 66:22,24
67:3 71:3,6,9 76:9
80:7 81:1 91:24 92:1
92:8,25,25 93:16
96:16 97:17 100:23
101:3
**times**
6:21 43:25 74:18 75:5
75:5
**timing**
50:2
**title**
36:9
**titled**
3:15 90:16,23
**today**

5:15 6:3,7,14,21 7:9
8:21,25 9:8 95:8
99:17 101:2
**told**
38:10 45:14 68:16
81:19,20 82:5,7,10,12
101:6
**top**
30:16,17 34:19
**totally**
82:3 95:13
**touch**
60:3 69:25
**touched**
29:19 60:6 69:16,17
**transaction**
21:2
**transactions**
8:5 17:4 22:8 48:24
94:11,23
**transcript**
103:9,10
**TRANSCRIPT~EN...**
104:2
**transfer**
15:19 28:23 29:1,9,10
29:13 38:1,4 39:17
40:13,19 41:1,3,17
48:9 49:6,8,11 50:2
**transferred**
29:5 34:13 41:5 47:25
49:11,13 50:10,14
**trial**
5:24
**triggered**
64:8
**true**
27:11 86:17 103:10
104:23
**trust**
3:17 23:24 39:8 42:2
48:3,8 49:16 50:17
54:14 57:1,4,15,19
58:1,10,19 59:6,6,12
59:15,16,17,17,23

SIPC v BLMIS

Norman Blum 5/13/2016

Page 121

61:2,21 67:1 69:14
70:5,8,18,19 85:13,23
86:4 90:18,24 96:9
97:14
**trusted**
76:6
**trustee**
4:17,18 5:14 34:10,23
35:1 36:10 57:25 59:3
72:20 89:12,17 91:6
91:10,12 94:9,10 99:2
**trustee's**
3:16 9:12,20,23 17:18
17:21,24 22:16 23:11
23:14,17 26:23 27:2,6
30:4,7,10 32:6,9,12
39:22,25 40:3 42:22
48:17,20,23 54:1,4,8
62:13 85:5,8,11 89:25
90:11,16,18,22,23
99:7
**trustees**
34:25 73:11 90:4
**truth**
4:25,25 5:1
**truthful**
8:21,24
**try**
6:9 50:7
**trying**
11:7 37:10 76:12 100:3
**tune**
83:2
**turn**
12:21 32:16 34:4 35:15
37:14 45:19 47:18
49:2 56:18 57:8 58:21
87:18
**turning**
66:8 97:2
**two**
16:23 19:21 29:21 34:4
35:18 45:19 56:19
95:15
**type**

5:16 23:4,6 43:10
100:4
**typed**
23:5

---
**U**

**UAD**
85:13
**Uh-huh**
34:8 51:2 57:2 98:15
**unauthorized**
22:13
**undated**
95:19
**understand**
5:17,21,25 6:8,12,19
7:7,8,15,22 8:2,6,10
8:17 9:7 19:11 58:6
75:25 79:5 93:10
96:12
**understanding**
20:3 40:15 80:1 86:24
87:1 93:15
**understood**
6:11 8:18 20:3 79:5
**unfortunately**
84:13
**UNITED**
1:1
**update**
16:14
**use**
7:25 8:1,4 17:15 44:2
53:4 56:5,9 61:6,8,10
86:20
**utilized**
58:15

---
**V**

**v**
1:5 8:10 104:3
**various**
95:24
**verbal**
6:3,5

**verify**
45:6,8
**versus**
93:8
**video**
4:6 62:2,5 74:1,4 93:22
93:25 101:18
**videographer**
2:14 4:5,8,20 62:2,5
74:1,4 93:22,25
101:18
**videotaped**
1:14 6:2
**vision**
51:9,17 75:19,22
**Volume**
1:13
**vs**
4:12

---
**W**

**wait**
6:23
**waived**
101:22 103:9
**want**
18:16 33:2,3 44:2,20
45:12 56:5,8 57:6,21
61:22 63:22 65:13
67:8 76:14 78:4 94:7
95:11
**wanted**
12:4 22:20,22,24 38:10
42:11,15 43:19,19
45:14 47:10 52:2 55:2
66:19 67:19 78:6,17
81:6
**Washington**
2:9
**wasn't**
61:21 82:17,18
**way**
24:5 30:24 33:18 36:1
44:21 51:25 63:2 84:3
84:4,24 88:16,25

101:1
**We'll**
8:16 36:24
**We're**
54:22 93:9
**we've**
95:23 99:1
**welcome**
91:16,19
**went**
15:23 37:3 49:15 55:18
66:7 70:20
**weren't**
7:3 100:24
**whatsoever**
21:16
**withdrawal**
8:5 9:11 12:6 16:6,8
20:16,19 22:13 26:11
26:20 28:2,19 29:23
42:9 44:18 56:4 83:12
84:20 85:1 94:22
**withdrawals**
15:22 16:3,4,5 22:20
27:8 29:21 40:8 42:7
48:25 53:13,24,25
55:25 56:3,12 67:24
71:24 72:23 79:14
82:13,16,18,20,22,23
82:25 83:1 98:11
**withdrawing**
55:25
**withdrew**
70:4
**witness**
4:19,21 5:2 28:16
38:25 85:1 87:5 91:18
101:23
**word**
44:2 56:5,8
**words**
64:25
**working**
52:21 66:21
**worth**

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 45 of 47
SIPC v BLMIS
Norman Blum 5/13/2016

Page 122

63:15,16
**wouldn't**
83:6,18,20 84:1,8
**write**
12:8 22:20 43:18 51:21
  63:4 80:9 86:22 104:2
**writing**
43:9
**written**
12:9 44:22 47:7 58:1
  94:18
**wrong**
61:16 64:4
**wrote**
11:20 43:17 50:21

___

**X**

___

**Y**

**yeah**
18:9 28:25 35:17 36:1
  36:5 55:15 58:17
  61:22 64:14 70:23
  73:8 78:13 89:23,23
  90:10 100:1
**year**
74:18 75:5 76:10,11,13
  76:16 89:1 90:9
**years**
11:15 17:11 33:7 45:15
  51:8 53:16 68:8 81:4
**York**
1:1 2:3,3
**younger**
84:10

___

**Z**

___

**0**

**00249**
30:14
**0201**
23:25
**068**
43:2

**08-01789**
1:3

___

**1**

**1**
1:13,13,13 3:3 9:21,23
  18:3,9 23:22 103:8
**1-00253**
3:4 17:20 18:1,5
**10**
3:14 32:18 85:6,8,11
  94:6 95:15 97:2
**10-04846**
8:9
**10/20**
95:21 96:10,25
**10/25/1990**
29:4,5
**10/25/90**
38:2
**10/29/1990**
28:24
**10:01**
1:16 4:11
**100**
39:20 73:17 76:20 90:5
**100,000**
26:7
**100249**
3:8,9 30:2,6,11 32:8,14
  33:14
**100249-1-0**
34:11
**101**
103:8
**10111**
2:3
**102**
2:19
**103**
2:20
**104**
1:13 2:20
**11**
3:15 90:12,19,22

**11,290**
83:23
**11/30/1986**
3:4 17:20
**11/30/1987**
3:8 30:6
**11:19**
62:3,4
**11:39**
62:4,6
**11:55**
74:2,3
**11:59**
74:3,5
**1111**
1:17 4:10
**12**
29:22 34:5
**12/15**
28:10
**12/15/1989**
26:21 28:9
**12/24/97**
43:13
**12/29/92**
85:13
**12/8/97**
85:19 97:3
**12:27**
93:23,24
**12:37**
93:24 94:1
**12:47**
1:16 101:19,21
**13**
1:16 104:4
**13,612.80**
96:10
**13th**
4:8 102:8
**14**
90:3
**15**
90:8,23
**157068**

**43:1**
**15768**
42:25
**15th**
90:13,14 102:10
  103:17
**17**
3:4 27:14
**1700**
1:17
**189**
87:25 88:5 96:1
**189-3**
87:25
**189-3-4**
87:23
**189-4**
87:25
**191**
70:17 96:8
**191-3**
87:25 88:5
**191-4**
87:25
**1981**
12:15
**1986**
12:17 13:3,4,7,11
  16:16 17:4,25 19:6
  21:1,18,22 25:17,19
  29:22 42:10
**1987**
30:11,24
**1988**
26:13
**1990**
29:22 33:1 38:5
**1993**
51:3,4
**1997**
21:8,12,13,24 23:1
  39:18 48:14 49:3,4,12
  49:14 50:17 51:11,14
  64:7,16,19 72:5 81:25
  82:3 96:25 97:1 98:11

SIPC v BLMIS

Norman Blum 5/13/2016

98:17 100:16,24
**1999**
21:25
**1B0**
69:3
**1B0033**
3:12 47:25 48:19 49:1
50:3,10 68:25
**1B0034**
3:7 12:22 18:1,11
25:14,22 26:3,6,12,20
27:1,8 28:24 29:1
38:2,6
**1B0035**
12:25 28:24 37:15,19
38:3,6 39:17 40:20,21
41:3,15,18
**1B003510**
40:19
**1B0036**
3:13 54:3,10,12 69:10
**1B0115**
69:13,18,20 70:4,13
**1B0189**
48:3 50:3,10 69:6
71:16,24 72:20
**1B0190**
3:11 39:4,10,19,24
40:5 41:4,13 58:9
59:25 60:21
**1B0191**
3:14 70:15 85:7,12
**1B0201**
3:5 23:13,23 42:1,23
89:18
**1B0201-3**
43:14

**2**

**2**
3:4 17:19,21,24 89:20
99:8
**2,814**
28:13
**2,953**

83:23
**20**
9:13,17 29:22
**2000**
21:2 51:15 82:4,5,7,9
83:6
**20006**
2:9
**2002**
49:18 50:11
**2003**
16:24 46:7
**2004**
16:24
**2008**
13:4,8,11 15:5 16:17
17:4 21:1,18,22 42:10
**201-3**
46:12
**2013**
99:3
**2015**
27:14
**2016**
1:16 4:8 9:13,17 90:23
102:8,10 103:17
104:4
**2018**
102:15
**202.452.7020**
2:10
**202.452.7220**
2:10
**21**
102:15
**21,000**
28:7
**21,339.68**
26:12
**21,340**
27:24
**212.589.4200**
2:4
**212.589.4201**
2:4

**23**
3:5
**23,480**
95:25
**23,480.44**
95:20
**239-**
29:7
**239,439**
29:7
**24**
26:13 35:17,18 64:16
85:15 95:16 97:3
**25**
38:5 39:18 95:16,19
**27**
3:6 46:7
**28**
28:13
**29**
54:21

**3**

**3**
3:5 22:17 23:12,14,17
42:22 62:14 89:21,23
**3-2**
56:20,21
**3-6**
54:11,12
**30**
3:8 17:25 30:11
**32**
3:9
**33131**
1:18
**34**
94:22
**340**
28:7
**3426**
36:22
**35**
94:25
**37**

45:20,24
**39**
3:10

**4**

**4**
3:6 12:22 25:14 26:24
27:2,6 88:6
**4,240.11**
26:20
**4/15/2016**
3:15 90:16
**45**
2:3
**48**
3:12

**5**

**5**
2:18 3:8 27:16 30:5,7
30:10 50:22
**5/1/94**
55:9
**5/24/1988**
27:21,22
**50,000**
67:3
**51,000**
67:3
**534**
32:17
**54**
3:13
**577,725**
49:6

**6**

**6**
3:9 32:7,9,12 47:24
49:21 50:5,9 95:10,12
**674,462**
40:25 41:2

**7**

**7**

08-01789-cgm   Doc 14359-4   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
4 Norman Blum Deposition Minuscript   Pg 47 of 47
SIPC v BLMIS                          Norman Blum 5/13/2016

Page 124

   3:10 39:23,25 40:3
**7/25/1997**
 40:19
**733**
 57:8
**750**
 58:21

---

                **8**
**8**
 3:12 48:18,20,23 49:3
   49:4,12
**815**
 2:9
**85**
 3:14
**86**
 15:5
**89**
 24:2,4 69:4,4

---

                **9**
**9**
 3:3,13 54:2,4,8 56:18
**90**
 3:15
**91**
 97:10
**94**
 2:18 51:13 55:9,11
**97**
 64:6 69:2 97:15 101:10
**98**
 2:19