**SIPC v BLMIS**                   **Blum 5/16/2016**

## CONFIDENTIAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789(SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Consolidated) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - -

In re:

BERNARD L. MADOFF,

       Debtor.

- - - - - - - - - - - - - - - - - -

IRVING H. PICARD, Trustee for the  Adv. Pro. No.
Substantively Consolidated SIPA   10-04846
Liquidation of Bernard L. Madoff
Investment Securities LLC and
Bernard L. Madoff,

       Plaintiff,

1     v.                 May 16, 2016

NORMAN BLUM,

       Defendant.

- - - - - - - - - - - - - - - - - - -

\*     \*     \*

CONFIDENTIAL VIDEOTAPED DEPOSITION
OF JOEL ALAN BLUM, M.D.

\*     \*     \*

SIPC v BLMIS                                                     Blum 5/16/2016

## CONFIDENTIAL

2 (Pages 2 to 5)

---

**Page 2**

TRANSCRIPT of testimony as reported by DENISE D. VICKERY, CRR/RMR, and Notary Public of the District of Columbia, at the offices of Baker & McKenzie LLP, 815 Connecticut Avenue, NW, Washington, DC, on May 16, 2016, commencing at 1:39 p.m.

A P P E A R A N C E S

---

**Page 3**

BAKER HOSTETLER, LLP
45 Rockefeller Plaza
New York, NY 10111-0100
212.589.4621
BY:  AMANDA E. FEIN, ESQ.
     afein@bakerlaw.com
     AMY E. VANDERWAL, ESQ.
     avanderwal@bakerlaw.com
For Irving H. Picard, Trustee

SECURITIES INVESTOR PROTECTION CORPORATION
1667 K Street, NW, Suite 1000
Washington, DC  20006-1620
202.371.8300
BY:  KEVIN H. BELL, ESQ.
     kbell@sipc.org
For SIPC

BAKER & McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC  20006-4078
202.452.7020
BY:  RICHARD A. KIRBY, ESQ.
     richard.kirby@bakermckenzie.com
For the Witness

ALSO PRESENT:

Benjamin Kirsch, Videographer

I N D E X

---

**Page 4**

WITNESS                              PAGE
JOEL ALAN BLUM, M.D.
  Examination by Ms. Fein.....................6
  Examination by Mr. Kirby...................70
  Further Examination by Ms. Fein.............80

E X H I B I T S

IDENT.       DESCRIPTION             PAGE

Trustee 12  Undertaking and Consent To Be
            Bound..............................10
Trustee 13  Notice of Deposition...............10
Trustee 14  Declaration of Joel A. Blum, M.D...14
Trustee 15  Folder 1B0186 - 30/40 Joel A. Blum
            & Kerry E. Blum J/TWROS
            MADTBB03076939 to 956..............31
Trustee 16  11/30/90 CAB Trust MF00032473......37
Trustee 17  MADTBB02386355 to 6398............39
Trustee 18  1B0189 - 30/40 Dr. Morris Blum,
            Living Trust  AMF00156409 to 4469..54

Trustee 19  1B0191 - 30/40 Roslyn Blum
            AMF00156538, AMF00156515 to 537,
            AMF00156513......................59

Trustee 20  Notice of Trustee's Determination
            of Claim April 15, 2016...........68

P R O C E E D I N G S

---

**Page 5**

- - -

THE VIDEOGRAPHER:  We are now on the record.

This begins videotape No. 1 in the deposition of Dr. Joel A. Blum in the matter of SIPC versus BLMIS.

Today is May 16, 2016 and the time is 1:39.

This is -- this deposition is being taken place at 815 Connecticut Avenue, Northwest, Washington, DC at the request of Baker Hostetler.

The videographer is Benjamin Kirsch of Bendish Reporting and the court reporter is Denise Vickery of Bendish Reporting.

Will the counsel and all parties present state their appearances and whom they represent.

MS. FEIN:  Amanda Fein, Baker & Hostetler, counsel for the Trustee.

MS. VANDERWAL:  Amy Vanderwal, Baker & Hostetler, counsel for the Trustee.

MR. BELL:  Kevin Bell, Securities Investor Protection Corporation.

---

SIPC v BLMIS                                    Blum 5/16/2016

## CONFIDENTIAL

3 (Pages 6 to 9)

Page 6

1      MR. KIRBY:  Richard Kirby, Baker
2  & McKenzie, on behalf of the witness.
3      THE VIDEOGRAPHER:  Will the
4  court reporter please swear in the witness.
5          - - -
6      JOEL ALAN BLUM, M.D.
7  called for examination, and, after having been
8  duly sworn, was examined and testified as
9  follows:
10          EXAMINATION
11  BY MS. FEIN:
12     Q.   Please state your name.
13     A.   Joel Alan Blum.
14     Q.   Good morning, Mr. Blum.
15     A.   Good morning.
16     Q.   My name is Amanda Fein.
17     A.   Good morning.
18     Q.   I'm here with my colleague, Amy
19  Vanderwal --
20     MS. VANDERWAL:  Hi.
21  BY MS. FEIN:
22     Q.   -- and Kevin Bell from SIPC.
23     We're -- Amy and I are attorneys
24  for Irving Picard as Trustee for the specific
25  liquidation of Bernard L. Madoff Investment

Page 7

1  Securities, and we're first going to have a
2  quick explanation of the deposition process.
3      And I will ask questions to you,
4  and the court reporter will take down my
5  questions and your answers to them.
6      Those answers will be under oath,
7  just as if you were testifying in a courtroom,
8  and your testimony may be later used in this
9  proceeding.
10      Do you understand?
11     A.   I do.
12     Q.   And a few ground rules for today.
13      Please answer the question with an
14  audible answer, as a yes or no can be picked up
15  by the court reporter, but a nod or a shake of
16  the head cannot.
17     A.   (Nods head).  Okay.
18     Q.   (Laugh).
19     A.   As I nod my head.
20     Q.   And another thing to make things
21  clear for the court reporter is, I'll do my
22  best not to speak over you, and if you can wait
23  until I finish asking a question to answer,
24  that would be helpful.
25     A.   (Nods head).

Page 8

1      Q.   If I'm talking too fast or you
2  don't understand a question, please ask me to
3  repeat it or rephrase it, and I'd be happy to
4  do so.
5     A.   (Nods head).
6     Q.   And if at any time you need to take
7  a break, please let me know.  I only ask that
8  you finish.  If I have a question pending, that
9  you answer that question, and then we can take
10  a break after that.
11     A.   (Nods head).
12     Q.   And if you do not know the answer
13  to a question, no need for speculation.  So
14  don't worry about guessing.  Just please
15  provide me with the information that you do
16  know.
17     A.   (Nods head).
18     Q.   And your attorney may have spoken
19  to you about this already, but to the extent
20  that there is an objection, Mr. Kirby objects
21  from time to time, please do answer my question
22  unless you are instructed not to answer.
23     A.   How does that work?  If he objects?
24     Q.   You can continue to answer.  If he
25  objects -- I'm sorry.  If he -- if he objects

Page 9

1  and instructs you not to answer --
2     A.   I see.
3     Q.   -- then you certainly do not have
4  to answer.
5     A.   So he might object and let me
6  answer anyway?
7     Q.   That's right.
8     A.   Okay.  I didn't realize that.
9     Q.   And if at any time you think of
10  more information that applies to a question
11  that I've asked before, something comes to you
12  or you remember something after I've asked the
13  question, feel free to provide that information
14  as it comes to you.
15     A.   Okay.
16     Q.   I may use certain abbreviations
17  today when we're speaking.  One of them is, I
18  may use BLMIS to refer to Bernard L. Madoff
19  Investment Securities.  If I use Madoff, I'll
20  be referring to Bernard Madoff, the individual.
21  And if I refer to PW, I'm referring to profit
22  withdrawals.
23     A.   Okay.
24     Q.   So this deposition today is
25  governed by the litigation protective order

## BENDISH REPORTING
## 877.404.2193

**CONFIDENTIAL**

Page 10

1  entered into this proceeding, and I received
2  from you a signed copy of the Undertaking and
3  Consent to Be Bound.  Thank you.
4          I'd like to mark that as our first
5  exhibit, which continuing after my colleague's,
6  Ms. Ackerman's, exhibits will be marked as
7  Exhibit 12.
8          (Document marked, for
9  identification purposes, as Trustee Exhibit
10 12.)
11 BY MS. FEIN:
12     Q.   Are you on any medication today
13 that would impact your memory or affect your
14 ability to answer questions?
15     A.   No, I'm not.
16     Q.   Okay.  Do you understand that you
17 are here pursuant to a deposition notice?
18     A.   Yes, I understand that.
19         MS. FEIN:  I'd like to mark that
20 deposition notice as Exhibit 13.
21         (Document marked, for
22 identification purposes, as Trustee Exhibit
23 13.)
24 BY MS. FEIN:
25     Q.   And what did you do to prepare for

Page 11

1  your deposition today?
2      A.   I've had an opportunity to consult
3  with my counsel.  I've had an opportunity to
4  review my declaration.  I've had an opportunity
5  to review the notice.  I forget exactly what
6  it's called now.  The recent notification of
7  the offer for settlement.  I forget what the
8  name of it is.
9      Q.   A determination letter?
10     A.   A determination letter.  Okay.
11         And then I've also had the
12 opportunity to review the objection to that
13 determination letter that was submitted, I
14 think, on Friday.
15     Q.   You mentioned that you met with
16 counsel; is that correct?
17     A.   Yes.
18     Q.   How long did you meet with counsel?
19         MR. KIRBY:  Objection.  That
20 calls for privileged information.  I'll
21 instruct the witness not to answer.
22 BY MS. FEIN:
23     Q.   And did you speak with anyone else
24 other than your counsel about today's
25 deposition?

Page 12

1      A.   I have spoken with people about the
2  fact that I'm coming here, yeah.
3      Q.   Have you spoken with anyone other
4  than providing them the information that you
5  were coming here?
6      A.   No, that's -- that's basically been
7  it.
8      Q.   Have you spoken to your brother
9  about your deposition today?
10     A.   I have.
11     Q.   Have you spoken with him since he
12 was deposed?
13     A.   He called me on Friday afternoon
14 when I was on the golf course.
15     Q.   What did you discuss?
16     A.   He basically said that he felt that
17 it had gone okay.  I had been advised not to
18 try to get into any details about that.  So it
19 was a very brief conversation.
20         I explained to him I just hit a
21 pretty good shot, and I wanted to continue.  It
22 was one of the few good shots of that day, by
23 the way.
24     Q.   (Laugh).
25     A.   So, yeah, I mean, it was like a

Page 13

1  one-minute conversation.
2      Q.   Did you speak about anything else
3  other than what you've just described?
4      A.   No.  No, and we didn't talk after
5  that.
6      Q.   You mentioned you reviewed a few
7  materials for today, including your
8  declaration, the determination letter you
9  mentioned, and the objection to the
10 determination letter.
11         Were there any other documents that
12 you reviewed in preparation for today?
13         MR. KIRBY:  Objection to the
14 extent it calls for discussions with
15 counsel.
16         You may answer.
17         MS. FEIN:  My question was
18 limited to documents only.
19         MR. KIRBY:  Same -- same answer.
20         THE WITNESS:  All right.  So --
21         MR. KIRBY:  What documents he
22 discussed with counsel is privileged
23 information.
24         THE WITNESS:  So --
25         MR. KIRBY:  So you don't discuss

SIPC v BLMIS                                          Blum 5/16/2016

CONFIDENTIAL

Page 14

1  what you discussed with counsel, including
2  the documents you discussed with counsel.
3          THE WITNESS:  Okay.
4  BY MS. FEIN:
5      Q.   Do you understand that you are here
6  to testify today in connection with the issue
7  of profit withdrawals in the matter of the
8  Securities Investor Protection Corporation
9  versus BLMIS?
10     A.   Yes, I do understand that.
11     Q.   Did you enter a declaration in
12 connection with the Trustee's profit withdrawal
13 motion?
14     A.   Gosh.  I think wasn't that the
15 declaration that -- that we're talking about?
16 Yeah.  (Laugh.)
17         MS. FEIN:  I'd like to enter
18 that declaration as an exhibit.  It will be
19 Exhibit 14.
20         (Document marked, for
21 identification purposes, as Trustee Exhibit
22 14.)
23 BY MS. FEIN:
24     Q.   And it is the declaration of Joel
25 Blum dated February 20, 2016.

Page 15

1          So if you can just take the chance
2  to look at it.
3          MR. KIRBY:  Do you have a copy
4  of that?
5          MS. FEIN:  I do, yes.
6          MR. KIRBY:  Thank you.
7  BY MS. FEIN:
8      Q.   Is this the declaration that you
9  recall executing?
10     A.   It looks like it, yes.  I think it
11 was.
12     Q.   Is your -- oh.
13     A.   I have to go through it.
14     Q.   Is your -- sorry.
15         MR. KIRBY:  Let him review the
16 document, please.
17 BY MS. FEIN:
18     Q.   Of course.
19     A.   (Reviewing document).  This
20 certainly seems like the one that I submitted,
21 yes.
22     Q.   Is your signature on the third page
23 of this document?
24     A.   Yes, it is.
25     Q.   Okay.  Did you speak with anyone

Page 16

1  other than counsel in order to prepare this
2  document?
3      A.   No, I did not.
4      Q.   We'll discuss this a little bit
5  more later on today, but for now you can put it
6  aside.
7      A.   Okay.
8      Q.   And you can put these aside also.
9      A.   Together with this?
10     Q.   Yes, sure.
11         So how did you first learn of
12 BLMIS?
13     A.   I learned of it from my father, who
14 was investing many years ago.  I forget
15 exactly, you know, when, but it was many years
16 ago.  I know it was at least back to the 1980s.
17 How, you know, how or -- or when I first heard
18 about it I don't remember exactly, but I know
19 we talked about it.
20     Q.   Do you know how your father found
21 out about BLMIS?
22     A.   I believe that he found out from
23 the person who was then his brother-in-law,
24 whose name was Abe Hirschhorn.
25     Q.   And is it your understanding that

Page 17

1  Abe Hirschhorn knew Bernard Madoff?
2      A.   That was my understanding, yes.
3      Q.   Did anyone in your family know
4  anyone else from BLMIS prior to that?
5      A.   I don't know.
6      Q.   And when did you first come to
7  invest with BLMIS?
8      A.   I didn't remember this at the time,
9  but on reviewing since then, my own initial
10 investment was, I believe, in 1984 and that was
11 an account called the CAB, whether it was a
12 trust or I'm not sure exactly the full title.
13     Q.   Did you have any other accounts at
14 that time with BLMIS?
15     A.   No.
16     Q.   And did you have accounts with
17 BLMIS at a later time other than this CAB
18 account?
19     A.   Well, the -- the other account is
20 the account, you know, the account that was my
21 account at the time of the -- when everything
22 collapsed.  So that was a joint account with my
23 wife.  That was established after my father's
24 death.
25     Q.   So it sounds like there was, you

SIPC v BLMIS                                             Blum 5/16/2016

## CONFIDENTIAL

6 (Pages 18 to 21)

Page 18

recall, one account, the CAB account, opened in
the 1980s?
A.   Yes.
Q.   And then another account that you
opened with your wife that was opened at a
later point?
A.   Yes.
Q.   Are you aware that other family
members of yours also had their own BLMIS
accounts?
A.   I am aware of that, yes.
Q.   What accounts were you aware of?
A.   Now, you know, the timing, you
know, I've become aware of more accounts than I
was aware of.
I did not -- I now am aware that my
father established an account for my mother
back in the 1980s, but I don't remember that at
the time. I didn't learn about that until much
later. Certainly until after she died in 1993.
So I knew about that account.
I knew that my brother had an
account. I don't know if it was one or more.
I knew that I had an uncle, who I think also
had an account. That would be Henry Blum.

Page 19

That's pretty much it.
I mean, there may have been some,
you know, because when Henry died, then I don't
know if his children also got accounts.
Q.   Is it your understanding that your
father's account -- and your father is Morris
Blum; correct?
A.   Morris Blum, yes.
Q.   Was it your understanding that your
father's account opened around the same time as
your first account?
A.   I suspect it was around that but
before. I mean, because he was the one who
advised me that this would be something that
would be a good thing for me to do. So when
exactly he started his I don't know, but it was
before I started mine.
Q.   Do you recall around when you had
that conversation with your father?
A.   No. (Laugh.) No.
Q.   Would you think it might be that
his account opened in the early 1980s then or
even prior to that?
A.   I just don't know the answer to
that.

Page 20

Q.   Okay.
A.   And I suspect my conversation with
him would have been fairly close to when I
opened the account. So within a year of the
time that I opened the account.
Q.   What do you recall of that
conversation?
A.   Oh, I don't. I don't remember a
specific conversation. I'm just assuming that
once it came up, it is something that I would
not have really delayed for any length of time.
Q.   Did your father recommend it as an
investment for you?
A.   This was a very specific investment
to try to save for the education for my first
two children. So in 1984, they would have
been, you know, already 13 and 11. So it was
for their college.
Q.   Did your father recommend BLMIS as
an investment to you for that purpose?
A.   That was specifically, you know,
what that -- what that account was. That was,
you know, as much as I remember. I'm assuming
that that's what, but I don't remember that
conversation.

Page 21

Q.   Was it your understanding that your
father, Morris, thought it was a good
investment?
A.   Yes.
Q.   And was it your understanding that
he thought it would be a good investment for
you in terms of saving for your children's
college?
A.   Yes.
Q.   So you've identified two, let's
say, personal investments that you had with
BLMIS, which would be the CAB account and an
account for you and your wife; is that correct?
A.   That's correct.
Q.   For the CAB account, did you fill
out the account opening documents for BLMIS?
A.   I must have, but I have no memory
of that.
Q.   Is it your understanding that you
provided that information to BLMIS necessary to
open your accounts?
A.   Again, I must have. Nobody else
would have done it for me, and the account got
opened. So I have to assume that I did it.
Q.   And is your answer the same for

SIPC v BLMIS                                                      Blum 5/16/2016

## CONFIDENTIAL

Page 22

1  your account for yourself and your wife?  Would
2  you have been the person to open that account?
3       A.   Yes.
4       Q.   Do you recall opening that account?
5       A.   I don't recall.  I mean, I recall
6  when it happened, but I don't recall the steps
7  or the forms.  And I think I have those forms
8  somewhere but I have, you know, I have never
9  reviewed that.
10      Q.   To the extent there are forms that
11  you have in your possession, we would like to
12  request that those documents are produced.  So
13  we'd like to make a formal request on the
14  record for those documents.
15          MR. KIRBY:  I'll take it under
16  advisement.  Thank you.
17  BY MS. FEIN:
18      Q.   Do you recall who you spoke with at
19  BLMIS to undergo the account opening process?
20      A.   I do not.
21      Q.   Was there an employee of BLMIS that
22  you spoke with that you recall speaking to
23  about deposits and withdrawals?
24      A.   The only people that I remember
25  speaking to, and it wasn't frequently, was --

Page 23

1  is it Annette Bongiorno?
2       Q.   Yes.
3       A.   And Frank Pascali?  Or DiPascali or
4  something like that.
5          So I think I spoke to both of those
6  people on occasion.  I want to say that I spoke
7  to her more, but I didn't speak to any of them
8  frequently.
9       Q.   What would be an occasion to speak
10  to either of them that you recall?
11      A.   To request.  If I was going to be
12  requesting some funds to be taken out.
13      Q.   Do you recall speaking to an
14  individual named Jo Ann Sala?
15      A.   I do not.  That's not to say it
16  never happened, but I don't recall.
17      Q.   For your -- the two accounts we've
18  been discussing, CAB and your account in the
19  name of you and your wife, did you receive
20  customer statements from BLMIS for those
21  accounts?
22      A.   Yes.
23      Q.   How often do you recall that you
24  received them?
25      A.   I would believe they came in

Page 24

1  monthly.
2       Q.   Do you recall if you received any
3  other account documentation?
4       A.   There would be batches of
5  transaction slips that would come in from time
6  to time.
7       Q.   Anything else?
8       A.   Aside from the account statements
9  and those batches?  There may have been one or
10  two letters notifying me of some guidelines,
11  some legal thing or something having to do with
12  investing.
13      Q.   For the time that you had accounts
14  open at BLMIS, did you receive customer
15  statements the entire time, or were there a
16  period of time that you recall not receiving
17  them?
18      A.   I do not recall a time when I did
19  not receive them.
20      Q.   And when you received the monthly
21  statements, did you review them?
22      A.   A little bit.
23      Q.   What would you review?
24      A.   You know, mainly what I was
25  interested in was what was the value when I

Page 25

1  started the month and what was the value at the
2  end.
3          Now, a number of these statements,
4  since the transactions didn't happen every
5  month, there wouldn't be much difference, but
6  certainly during the time where there were
7  active transactions I would want to see.
8  That's what I would be looking for.  A lot of
9  it I didn't understand.  Very complicated
10  stuff.
11      Q.   When you say "transaction," what --
12  what do you use that term to mean?
13      A.   Well, these slips would be, you
14  know, there would be like 30 or 40 slips that
15  would say we bought this, we sold this, I mean,
16  it would be purchase and sale kinds of things.
17      Q.   So purchase and sales transactions
18  are the types of transactions you're referring
19  to?
20      A.   Yeah.
21      Q.   Other than the CAB account and your
22  I'll call it -- can I call it your personal
23  account?  The account that you held with your
24  wife?
25      A.   Yeah, or J&K.

## CONFIDENTIAL

Page 26

1    Q.  Did you review customer statements
2  for any other BLMIS accounts?
3    A.  No.
4    Q.  Did you understand that your family
5  members received customer statements for their
6  BLMIS accounts?
7    A.  I guess I assumed.  I mean, now I
8  know for sure.  I assumed that they were having
9  the same experience that I was.
10    Q.  Did you ever receive account
11  statements for any accounts other than the two
12  that we've discussed?
13    A.  No, not that I recall.
14    Q.  Did you ever have a reason to
15  question the information that was presented on
16  a customer statement to you?
17    A.  You know, in retrospect, this is --
18  this is a hard one.  (Laugh).  You know,
19  because you sort of wonder about how stupid you
20  were.
21    Q.  At the time?
22    A.  On the other hand, at the time I
23  don't remember.  At the time it seemed, you
24  know, everything seemed to check out.
25    Q.  Did you ever object to any

Page 27

1  information provided on the customer
2  statements?
3    A.  I did not.
4    Q.  Did you ever alert anyone at BLMIS
5  to an error or an issue on any of the
6  statements?
7    A.  Not that I can recall.
8    Q.  Did you receive checks from BLMIS?
9    A.  I did.
10    Q.  When did you receive those checks?
11    A.  The ones that I know for sure are
12  the ones in the most recent account because I
13  have the documentation of that.  So I believe I
14  received one check either, I think, in 2005 or
15  2006 and one check in 2007.  So those I know.
16    My kids, my older two children,
17  were in college from 1989 or 1990 on up to the
18  late '90s.  So I don't remember exactly when I
19  received those checks, but I'm assuming that I
20  requested and received checks during that
21  period of time because that's what I was using
22  to pay for at least a fair amount of their
23  college.
24    Q.  So it's your understanding that
25  during the time that your children were in

Page 28

1  college, you received checks from BLMIS?
2    A.  Yes.
3    Q.  And that would be in connection
4  with the CAB account?
5    A.  The CAB account.
6    Q.  You mentioned that you had some
7  documentation for the checks in your personal
8  account; is that correct?
9    A.  I do.
10    Q.  We'd like to request the production
11  of that documentation, to the extent there is
12  documentation about receiving those checks, and
13  I'd like to make that a formal request on the
14  record.
15    MR. KIRBY:  Take it under
16  advisement.
17  BY MS. FEIN:
18    Q.  Do you recall ever requesting to
19  withdraw funds from your BLMIS accounts?
20    A.  Yes.
21    Q.  Who would you speak to about those
22  requests?
23    A.  Oh, goodness.  I'm not sure.  I'm
24  -- I think it was Annette Bongiorno, but I'm
25  not sure.  But what invariably would happen is

Page 29

1  that I would have to -- I would have to send in
2  a letter formally requesting funds.  So that
3  was the process.
4    And I think more recently I may
5  have just sent in the letter because I, you
6  know, in 2005 and 2006, at that point I think I
7  knew what the process was.  But I -- I don't
8  know if I spoke to anybody then.
9    Q.  So is it your understanding that
10  you may have called the BLMIS office to request
11  funds at some point?
12    A.  I think initially I must have
13  because I didn't know what the process was.
14  How many times I did I don't know, but by the
15  time I got to 2005, I knew what the process
16  was.
17    Q.  Do you have an understanding of
18  what profit withdrawal is in connection with
19  BLMIS?
20    A.  I don't.
21    Q.  Have you heard the term "profit
22  withdrawal" as it applies to BLMIS?
23    A.  I'm now aware of it, yeah.
24    Q.  When did you become aware of it?
25    A.  Oh, goodness.  I can't remember

**SIPC v BLMIS**                                                    **Blum 5/16/2016**

## CONFIDENTIAL

---

### Page 30

1  exactly when it was, but at some point it came
2  to my attention that -- that there were these
3  PWs appearing somewhere.  I never saw them on
4  my statements.  So I didn't know what it was.
5        And at that point there were all of
6  these abbreviations, PWs, you know, there were
7  other letters.  So, you know, at some point in
8  discussion with my brother, you know, because
9  we both didn't understand what this was all
10 about.  So it's been within the last -- I don't
11 know remember exactly when it was that I first
12 learned about this.
13     Q.   Do you --
14     A.   But I was shocked, you know,
15 because it was really confusing.
16     Q.   Do you remember if it was before or
17 after December 11, 2008?
18     A.   Oh, yeah.  It was after.  It was
19 way after. (Laugh.)
20     Q.   Do you think it was within the last
21 few years?
22     A.   Yeah, it's within the last few
23 years.
24     Q.   What did you --
25        So I have something I'd like to

### Page 31

1  show you, and I'll mark it as Exhibit 15.
2        (Document marked, for
3  identification purposes, as Trustee Exhibit
4  15.)
5  BY MS. FEIN:
6     Q.   It's the customer file from an
7  account held in the name of Joel A. Blum and
8  Kerry E. Blum JTWROS.
9     A.   Yes.
10    Q.   Number 1B0186 and the Bates number
11 is MADTBB03076939 and the ending Bates number
12 is MADTBB00 -- I'm sorry -- 03076956.
13       Give this to you.
14       So please review and the question
15 -- I have a few questions for you on page 10 of
16 this document.
17    A.   (Reviewing document).
18       Wow.  I have no recollection of
19 that.
20    Q.   I'm sorry.  When you say you have
21 no recollection, can you just let me know what
22 document you're talking about?
23    A.   Well, it looks like there's two
24 accounts, and I have no recollection of the
25 Joel A. Blum and Kerry E. Blum account.

### Page 32

1     Q.   You don't have a recollection of an
2  account at this -- at this time?
3     A.   I have a recollection of the CAB
4  Trust.  I have no recollection of that other
5  one.  Wow.
6        (Reviewing document).  Wow.  Okay.
7  I'm surprised.
8     Q.   So my question for you is about the
9  10th page of this document, which ends in 948.
10 So MADTBB03076948.
11    A.   Yes.
12    Q.   Does this look like your signature?
13    A.   Yeah.
14    Q.   Is this your address as of the date
15 listed, which is July 10, 1990?
16    A.   Yes.
17    Q.   So this appears to be a letter from
18 you to someone named Joanne addressed to
19 Bernard L. Madoff Investment Securities; is
20 that right?
21    A.   That's what it looks like.
22    Q.   If you will, can you just read the
23 text of the letter into the record, please?
24    A.   "Dear Joanne, as I mentioned to you
25 on the telephone several weeks ago, I would

### Page 33

1  like to make some changes in the two accounts I
2  have with you.
3        Regarding account number 1-00269-1,
4  which is currently listed in only my name,
5  could you please change the title of that
6  account to:
7        Joel A. Blum and Kerry E. Blum -
8  with Rights of Survivorship.
9        Regarding account number 1-00218-1,
10 the CAB Trust account: until now the profits
11 have all been reinvested.  Starting with the
12 next transaction, could you please send a check
13 covering the profits from each transaction to:
14       The CAB Trust.
15       Care of Joel A. Blum.
16       3023 Floyd Avenue.
17       Richmond, Virginia 23221.
18       Thank you for your attention to
19 these matters.
20       Yours truly, Joel A. Blum, M.D."
21    Q.   When we were discussing the CAB
22 account, is it your understanding that this
23 would be referring -- the language in this
24 letter would be referring to that same CAB
25 account we discussed?

---

## BENDISH REPORTING
## 877.404.2193

SIPC v BLMIS                                                    Blum 5/16/2016

**CONFIDENTIAL**

Page 34

1    A.   Yes.
2    Q.   Regarding account 100269 that
3  appears to be in the name of yourself and your
4  wife, do you recall having an account open in
5  your name at that time?
6    A.   I have no recollection of that
7  account.
8    Q.   So you recall --
9    A.   It's weird.
10   Q.   -- having a CAB -- the CAB account
11 open --
12   A.   I do.
13   Q.   -- at that time?
14        You do not recall having an account
15 open in your name and your wife's name at that
16 time; right?
17   A.   (Laugh).  No.  Nope.
18   Q.   Do you have any reason to doubt
19 that you wrote this letter?
20   A.   Aside from the fact that it
21 includes information that I don't remember, it
22 looks like my signature.
23   Q.   In the third full paragraph of this
24 letter, it looks like there's a statement
25 regarding the fact that profits in the account

Page 35

1  have been reinvested.
2        Do you recall requesting that
3  profits in your BLMIS account, the CAB account,
4  be reinvested?
5    A.   I don't specifically recall that,
6  but that makes sense to me since that was the
7  purpose of this account was to save money up
8  until around this time when I would be needing
9  it for educational expenses.
10   Q.   You mentioned that your kids
11 started attending college, I believe you said,
12 in 1989 or 1990; is that right?
13   A.   I think it was the fall of '89.
14   Q.   So this letter appears to be around
15 a similar time frame as we were discussing
16 earlier?
17   A.   Well, it would be the following
18 summer, I guess.
19   Q.   Do you recall requesting around
20 that time that checks be sent to you from the
21 CAB account?
22   A.   I don't recall it, but that would
23 be consistent with what my intention was.
24   Q.   When you refer to "a check covering
25 the profits from each transaction," did you

Page 36

1  have an understanding of what checks you were
2  being sent from the account?
3    A.   My -- well, you know, this is hard
4  because this is in retrospect.  I don't
5  remember exactly what was in my mind at that
6  point, but in retrospect, it would be that I
7  would get a check from time to time.
8    Q.   The CAB Trust account appears to be
9  the name of this account at the time; right?
10   A.   Yes.
11   Q.   Do you recall that trust, what that
12 trust was?
13   A.   Could you maybe explain that a
14 little more what -- what my options are in
15 terms of what -- what the trust was?
16   Q.   Do you recall that you set up a
17 trust named the CAB Trust at that time?
18   A.   Yes.
19   Q.   Do you recall who served as the
20 trustee?
21   A.   No.
22   Q.   Do you recall who the beneficiaries
23 were?
24   A.   Courtney and Aaron.  That's what
25 the C and A are, Courtney and Aaron Blum.

Page 37

1    Q.   Do you understand that you opened
2  this account in the name of the CAB Trust?
3    A.   I believe that's -- that's what I
4  did.
5    MS. FEIN:  I have another
6  document I'd like to show you that I'll mark
7  as Exhibit 16.
8        (Document marked, for
9  identification purposes, as Trustee Exhibit
10 16.)
11 BY MS. FEIN:
12   Q.   It is a copy of a statement dated
13 November 30, 1990 addressed to CAB Trust, Care
14 of Joel A. Blum, 3023 Floyd Avenue, Richmond,
15 Virginia, and the Bates number is MF00032473.
16        Here you go.
17        Please just let me know when you're
18 ready.
19   A.   (Reviewing document).
20        All right.  I'm ready.
21   Q.   Is this -- the address listed at
22 the top of this page, was this your address at
23 this time in November of 1990?
24   A.   Yes.
25   Q.   When you look at the information

**SIPC v BLMIS**                                    **Blum 5/16/2016**

## CONFIDENTIAL

Page 38

1    provided here, does this look like the kind of
2    information provided on customer statements to
3    you that you received from BLMIS?
4        A.   I mean, this is like a small
5    fraction of a statement, if I were to get
6    something.  Some of it I'm -- you know, the end
7    of positions, I don't remember anything like
8    that.
9        The lines look like it.
10       Q.   Do you remember a column listed for
11   debit and a column listed for credit?
12       A.   On the statements that I got, there
13   were columns for debits and credits, yes.
14       Q.   What did you understand those
15   columns to mean on your statements?
16       A.   The debits I understood -- oh, wait
17   a second.  There's something here that I don't
18   think that ever happened.  I don't remember
19   ever seeing -- there's a "PW" here, which I
20   don't remember ever seeing.
21       So the debits would be withdrawals
22   and the credits would be putting in.
23       Q.   Do you recall -- if you look at the
24   left-hand side of the page, do you see the
25   numbers 1105 1105?  Do you recall that your

Page 39

1    statements generally had this set of columns?
2        A.   I don't remember that.
3        Q.   Do you recall that your statements
4    would indicate whether a check was issued?
5        A.   I had statements where there were
6    checks issued, yes.
7        Q.   So you recall seeing that
8    information on a customer statement?
9        A.   That a check was issued?  Yes.
10       Q.   Yes.
11       A.   Well, I mean, I have that quite
12   recently in terms of 2005.
13       MS. FEIN:  Okay.  You can put
14   this aside.  Thank you.
15       This is a customer file for the
16   -- it reads CAB Trust with the number
17   100218-10 and another number listed 1C0 --
18   I'm sorry -- 1C1001-10.
19       I'm going to mark it as Exhibit
20   17.
21       (Document marked, for
22   identification purposes, as Trustee Exhibit
23   17.)
24   BY MS. FEIN:
25       Q.   The Bates stamp here is

Page 40

1    MADTBB02386355 and the ending Bates is
2    MADTBB02386398.  So give this to you.
3        If you can take a look.
4        A.   Am I done with this one?
5        Q.   Yes, you can put that aside.  Thank
6    you.
7        My question for you is on the
8    fourth page of the document, but feel free to
9    review.
10       A.   (Reviewing document).
11       Okay.  So this is -- you're talking
12   about this letter?
13       Q.   I am, yes.  That's right.
14       MR. KIRBY:  Which page is the
15   letter?
16       THE WITNESS:  The fourth page.
17   BY MS. FEIN:
18       Q.   The fourth page, yes, ending in
19   358.
20       A.   It appears that Joanna -- Joanne is
21   somebody that I corresponded with.
22       Q.   As you review these letters, does
23   it remind you of anyone else that you may have
24   spoken with at BLMIS?
25       A.   No.  (Reviewing document).

Page 41

1        It says of the trust.  (Reviewing
2    document).
3        There's that account in 1988.  I
4    think I would remember that.  Okay.
5        So you want?
6        Q.   Yes.
7        A.   Page 4.
8        Q.   Actually, I've changed my mind.
9    I'm sorry.  Can we actually look at the page
10   ending in -365 first, which is the 11th page.
11   Starting with "Declaration of Trust
12   Establishing the CAB Trust" is what the heading
13   is.
14       A.   Okay.
15       Q.   Can you read just the first
16   sentence there?
17       A.   "I, Joel A. Blum, of Sherborn,
18   Middlesex County, Massachusetts, and hereby
19   declare that I and my successors in trust
20   hereunder will hold any and all property (both
21   real and personal) that may be conveyed to me
22   as Trustee of this Trust, hereunder for the
23   sole benefit of the persons who, according to
24   the books of this Trust, are the holders of the
25   beneficial interests herein in the proportion

SIPC v BLMIS                                                Blum 5/16/2016

## CONFIDENTIAL

Page 42

1  of such beneficial interests, upon the terms
2  herein set forth."
3      Q.   Does seeing this document refresh
4  your recollection as to whether you served as
5  the trustee of the trust, the CAB Trust?
6      A.   It does not.  You know, I mean, it
7  seems to say that but, you know, I don't
8  recall.
9      Q.   Do you have any reason to doubt
10 that you acted as trustee for the CAB Trust?
11     A.   I don't have reason to doubt that,
12 no.
13     Q.   On page 7 of this document --
14         MR. KIRBY:  This document
15 meaning the trust?
16         MS. FEIN:  Yes.  Thank you.
17 BY MS. FEIN:
18     Q.   On page 7 of the declaration of
19 trust document with the page number 7 at the
20 bottom and the Bates stamp ending in 371.
21     A.   Yeah.
22     Q.   Do you see your name listed there?
23     A.   I do.
24     Q.   And it's a little hard to read --
25     A.   Right.

Page 43

1      Q.   -- the signature line, but does
2  that appear like it could have been your
3  signature?
4      A.   It does.
5      Q.   So we can turn back now to the
6  letter that I had mentioned earlier.  Thank
7  you.
8      A.   Yes.
9      Q.   Ending in -358.
10         You see this letter is dated
11 April 18, 1996.
12         Is the address listed here 9508
13 Arrowdel Road, Richmond, Virginia --
14     A.   Yes.
15     Q.   -- your address at the time?
16     A.   I believe so, yes.
17     Q.   Can you read the text of the letter
18 into the record, please?
19     A.   "Dear Joanne, I would like at this
20 time to close out the CAB Trust Account
21 (account number 1-C1001-1-0).  This account has
22 financed college education for my two older
23 children and the time has now come to
24 distribute the remaining funds to them.  Thank
25 you for all the excellent service you have

Page 44

1  provided during the life of the account.
2  Please send a check for the remaining balance
3  along with the check for the current
4  transaction, as you have been doing over the
5  past several years."
6      Q.   Is this your handwriting?
7      A.   Yes.
8      Q.   And your signature at the bottom of
9  the page, is that your signature?
10     A.   Yes.
11     Q.   The letter refers to -- it appears
12 to me that the letter refers to two checks.
13         Is that consistent with your
14 understanding?
15     A.   Yes.  Sent "for the remaining
16 balance along with the check for the current
17 transaction."
18     Q.   What do you understand the term
19 "remaining balance" to mean in this context?
20     A.   Well, whatever the balance still is
21 after the current transaction.
22     Q.   For the CAB Trust account, you
23 recall receiving checks during the life of the
24 account; is that correct?
25     A.   I don't specifically recall that,

Page 45

1  but I know that that must have happened.
2      Q.   Would the accounts that you
3  received throughout the life of the account be
4  comprised of principal or of profit?
5      A.   I think it would be both.  I think.
6      Q.   Can you explain your thinking?
7      A.   Well, I don't remember how much I
8  contributed to that account, but I was
9  contributing to it and then there were -- there
10 were, you know, capital gains.  There were
11 profits in the account.  So when I was taking
12 money out, it was probably some of both.
13     Q.   When you see in the letter the last
14 line of the letter "along with the check for
15 the current transaction," what did you
16 understand that transaction -- what do you
17 understand that transaction to be referring to?
18     A.   I don't know exactly what that
19 means.  I mean, my recollection -- you know,
20 there are a number of letters in here that
21 address specific withdrawals, and that's my
22 recollection of what I did was I requested
23 certain amounts of money at certain times.  So
24 whether I was referring to that as the current
25 transaction I'm not sure.  I just don't

## BENDISH REPORTING
## 877.404.2193

SIPC v BLMIS                                          Blum 5/16/2016

## CONFIDENTIAL

Page 46

1  remember.
2          But what I -- my recollection is
3  the process was I would ask for funds, and so
4  the only thing different about this would be
5  that I was asking for it to be closed out.
6      Q.   Can we actually just turn back to
7  the customer file we were reviewing a moment
8  ago marked as Exhibit 15.
9          I just have one more question for
10 you on that, a letter we looked at in that
11 file, which was the page ending in -9 -- I'm
12 sorry -948.
13     A.   940?
14     Q.   948. I'm sorry.
15     A.   Oh, 948. Okay.
16     Q.   You read the paragraph starting
17 with "Regarding account 1-0028-1" the
18 statement, "Starting with the next transaction,
19 "could you please send a check covering the
20 profits from each transaction to The CAB Trust"
21 and then your information, your address and
22 name.
23     A.   Right.
24     Q.   Is that your consistent with your
25 understanding of your receipt of checks in

Page 47

1  connection with the CAB Trust account?
2      A.   I think, as best as I can recall,
3  what I meant -- you know, because there wasn't
4  single transactions. There were multiple
5  transactions that took place at once.
6          So if I'm referring to a
7  transaction out of multiple, you know, there
8  was -- let's say there were 10 different
9  transactions, it doesn't make sense that I
10 would ask for each. You know, it would be all
11 10. Whatever the result was out of all 10 of
12 them was what I believe that this was referring
13 to. Why I put in "transaction," I think I
14 considered the whole thing a transaction.
15         And my recollection is that those
16 -- that would happen about once every three or
17 four months.
18     Q.   In terms of this paragraph, though,
19 the checks you're referring to would be checks
20 of profit, not of principal; is that right?
21     A.   I mean, that's what it says, right?
22 But I'm thinking that I would answer that
23 differently now.
24         I think at that point, I would be
25 looking for profits, but I'm basically looking

Page 48

1  for a certain amount of money to -- to pay for
2  the school.
3          I mean, this -- this was my opening
4  -- I think this was my initial request to get
5  funds.
6      Q.   And --
7      A.   Sounds like.
8      Q.   You mentioned you would receive --
9  your recollection is you might receive a check
10 every three or four months; is that correct?
11     A.   You know, clearly I'm not
12 remembering this. Because in the other one, it
13 looks like I specifically at certain times
14 asked for checks. So that would seem like it
15 wasn't every three or four months.
16         I don't know if there were some
17 other communication that I had with them once I
18 got more into the process.
19         It looked like I was moving
20 towards: I need some money now. Could you
21 please send it? I need some money now. Could
22 you please send it?
23         That seems to be what happened as
24 we went along. That's more what I would
25 recall, just like my more recent requests.

Page 49

1      Q.   So is it your understanding that
2  perhaps your requests may have changed over
3  time?
4      A.   The wording. I just -- I don't
5  remember this, why I worded it this way. What
6  I -- what I thought about a trans -- you know,
7  what I understood a transaction to be. What
8  they thought it was. I just don't know.
9          MS. FEIN:  I'd like to take a
10 quick break, if that's okay.
11         MR. KIRBY:  Today is a good
12 time. Thank you.
13         MS. FEIN:  Thank you very much.
14         THE VIDEOGRAPHER:  The time is
15 2:42. We are going off the record.
16         (Recess - 2:42 p.m. - 2:58 p.m.)
17         THE VIDEOGRAPHER:  We are now on
18 the record. This begins videotape No. 2 in
19 the deposition of Dr. Joel A. Blum. The
20 time is 2:58.
21 BY MS. FEIN:
22     Q.   Good afternoon, Dr. Blum, again.
23     A.   Good afternoon.
24     Q.   We're going to turn to speak about
25 your family's BLMIS accounts for just a minute.

SIPC v BLMIS                                                    Blum 5/16/2016

## CONFIDENTIAL

Page 50

1    Are you familiar with the initial
2 account that your father maintained in his own
3 name?
4    A.   I'm familiar that he had an
5 account, yes.
6    Q.   Is it your recollection that that
7 account was opened some time prior to your own
8 account?
9    A.   I believe it was.
10    Q.   When -- did you speak with your
11 father around the time that his account was
12 opened about his BLMIS investment?
13    A.   I don't know if I -- you know, when
14 I spoke to him.  I don't remember the first
15 time I spoke to him about it.
16    Q.   Do you know for what purpose the
17 account was opened?
18    A.   My father's account?
19    Q.   Yes.  I'm sorry.  Your father's
20 personal account.
21    A.   Not really.  I don't know what
22 exactly he had in mind.  I mean, he had a
23 number of different investments, and at this
24 point he was close to 80 or in his 80s.  So I'm
25 assuming he was trying to figure out how to

Page 51

1 invest so that it could appreciate and he could
2 have a good estate.
3    Q.   When you reference he had other
4 investments, do you mean non-BLMIS investments?
5    A.   Yes.
6    Q.   Other investment accounts?
7    A.   Yes.  Yes.
8    Q.   What was your father's profession
9 when he worked?
10    A.   My father was a physician.
11    Q.   And when did he stop practicing?
12    A.   It was, I think, in 1986.
13    Q.   Do you know if your father received
14 checks from BLMIS in connection with his
15 investments?
16    A.   I don't know.
17    Q.   Do you know if he did receive
18 checks in connection with those investments?
19    Scratch that.
20    Do you have an understanding of who
21 he communicated with at BLMIS with respect to
22 the investments?
23    A.   No.
24    Q.   Do you have an understanding of
25 when his account changed from an account held

Page 52

1 in his own name to an account for the Morris
2 Blum Living Trust?
3    A.   I would have to review.  I mean,
4 that is some of what I reviewed, and I think
5 that those were things that happened in the
6 1990s.
7    Q.   Did there come a time when you
8 played a role in the management of your
9 father's investments?
10    A.   Not really.  I would advise him on
11 stocks, but I can't say that that played a
12 role.
13    Q.   Did he have some investments
14 directly in the stock market then?
15    A.   Yes.
16    Q.   And are you aware that there was an
17 account held in the name of your mother, Roslyn
18 Blum?
19    A.   I am now aware of that, yes,
20 clearly.
21    Q.   When did you become aware of that?
22    A.   I'm guessing some time in -- you
23 know, I did not become fully aware of that
24 until he died really.
25    Q.   And that was in 2002?

Page 53

1    A.   2002.  But I may have had some
2 awareness about that before then.
3    Q.   For the awareness that you did
4 have, did you understand when he was alive that
5 he -- that your father personally maintained
6 the account on your mother's behalf?
7    A.   Well, I don't remember exactly when
8 I became aware of that.  I'm assuming it was at
9 some point in the 1990s that I became aware of
10 that.
11    Q.   Did you understand that your mother
12 and father received customer statements from
13 BLMIS in regards to their BLMIS investments?
14    A.   I know that they did now, but I
15 don't think I knew about that much at that
16 point, and I didn't know about my mother
17 receiving statements.
18    Q.   Do you know if your father received
19 checks in connection with his BLMIS
20 investments?
21    A.   I don't know.
22    Q.   Was there a time when you were
23 listed as a co-trustee on some of the
24 investments that your father held with BLMIS?
25    A.   I -- I think towards the end.  I

SIPC v BLMIS                                                    Blum 5/16/2016

## CONFIDENTIAL

Page 54

1   don't remember exactly when that happened.  I'd
2   have to -- I just don't remember exactly.  I
3   think that I did become listed as a co-trustee.
4   I think my brother, who was living down in
5   Florida with him, who had much more contact
6   with him, would have been much more actively
7   involved in that.
8       Q.   I'd like to show you a document
9   customer file for Dr. Morris Blum Living Trust,
10  number 1B0189.
11      A.   Actually, my statement does say
12  that I was somewhat -- I was aware, but the
13  timing of it I think was, you know, was the
14  late '90s, I think.
15          MS. FEIN:  So I'd like to enter
16  as Exhibit 18 the customer file for
17  Dr. Morris Blum Living Trust 1B0189.  The
18  Bates number on this file is AMF00156409.
19          (Document marked, for
20  identification purposes, as Trustee Exhibit
21  18.)
22  BY MS. FEIN:
23      Q.   And I'm going to ask you a question
24  about the fifth page of this document ending in
25  -413.

Page 55

1       A.   413?
2       Q.   Yes.
3       A.   (Reviewing document).
4       Q.   And, actually, I do have one other
5   page I have a question about.  If you want to
6   review the rest of the file.  It's the page
7   ending in 427.
8       A.   (Reviewing document).
9       Q.   Sorry.  We will only talk about the
10  two letters.  So -413 and -427.
11      A.   Okay.
12      Q.   So don't worry if you don't think
13  you're an expert on this.
14      A.   All right.
15      Q.   So for the letter ending in 413
16  dated November 14, 2002, can you read the text
17  of the letter into the record, please?
18      A.   "Dear Mr. DiPascali:  Pursuant to
19  your request, please find attached the relevant
20  portions of the Second Amendment and
21  Restatement of the Morris Blum Living Trust and
22  the First Amendment of the Roslyn Blum Living
23  Trust (which created the Roslyn Blum Remainder
24  Trust).  Article Twelfth of the Morris Blum
25  Trust provides for Norman Blum and Joel Blum to

Page 56

1   be the successor trustees.  Article Eleventh of
2   the Roslyn Blum Trust provides for the same
3   successor trustees.  Please proceed to have the
4   accounts changed to reflect the new trustees.
5           Norman Blum's address is 381
6   Poinciana Island Drive, North Miami Beach,
7   Florida 33160, and Joel Blum's address is 9508
8   Arrowdel Road, Richmond, Virginia 23229."
9       Q.   That's fine.  Thank you.
10          Is this letter consistent with your
11  understanding of how you became a co-trustee on
12  your mother's BLMIS account and your father's
13  BLMIS account?
14      A.   I don't recall, but it seems
15  reasonable.
16      Q.   The time here, the date listed is
17  November 14, 2002.
18          Does that seem to be around the
19  time that you would have become a successor
20  trustee, in your recollection?
21      A.   Well, my father died shortly before
22  that.
23      Q.   So it would make sense to you then
24  consistent with that date that you became a
25  trustee at that time?

Page 57

1       A.   I would think so, yes.
2       Q.   What was your role as successor
3   trustee on these two accounts?
4       A.   I guess to oversee the settlement
5   of these accounts.
6       Q.   And when you say the "settlement"
7   of the accounts, what are you referring to?
8       A.   Well, my father had passed, my
9   mother had passed, and so the estate was now
10  being managed.
11      Q.   Once you became the trustee, did
12  you receive customer statements from these
13  BLMIS accounts?
14      A.   I don't recall any.
15      Q.   Do you recall when these accounts
16  were closed?
17      A.   Not precisely.  I believe that my
18  mother's account was closed before.  I think it
19  was closed maybe in December.  I'm not sure of
20  the timing.
21      Q.   Did you correspond with BLMIS on
22  behalf of the accounts?
23      A.   I don't --
24      Q.   Either of the accounts?
25      A.   I don't recall any correspondence

**SIPC v BLMIS**                                                    **Blum 5/16/2016**

## CONFIDENTIAL

Page 58

1   with them.
2      Q.   If you -- if you turn to the page
3   ending in 427, please, I'd like to ask you a
4   quick question about it.  So please just let me
5   know when you're ready.
6      A.   I'm on that page.
7      Q.   Okay.  Can you just read the letter
8   -- just what appears to be the text of the
9   letter only, starting with "Dear, sir."
10     A.   "Dear, sir."  All right.  So
11  "please" is my father's writing.
12          "Please remit distribution for the
13  following accounts.
14          1-BO189-3.
15          1-B0189-4.
16          1-B0191-3.
17          1-B0191-4.
18          Please do this as soon as
19  possible."
20     Q.   And is your father's signature
21  there below?
22     A.   That looks like my father's
23  signature.
24     Q.   Do you have any recollection of
25  seeing this letter before?

Page 59

1      A.   No.
2      Q.   Do you have any recollection that
3   your father had requested distribution from
4   certain of his BLMIS accounts?
5      A.   I do not.
6          MS. FEIN:  I believe we're done
7   with -- with this document.  Thank you.  You
8   can put it aside.
9          I'm now going to mark as Exhibit
10  19 a customer file for 1B0191-30/40 Roslyn
11  Blum.  The AMF for this file begins with
12  AMF00156538 and then the Bates change.  So
13  the next Bates is AMF00156515 through
14  AMF00156537.  And then the last page here
15  appears to also be a folder cover with the
16  Bates AMF00156513.
17          (Document marked, for
18  identification purposes, as Trustee Exhibit
19  19.)
20  BY MS. FEIN:
21     Q.   If you can take a quick look.  I'm
22  actually asking you about a letter that's just
23  the first letter in the file.  The second page
24  of that file.
25          MR. KIRBY:  Counsel, do you have

Page 60

1   a copy?
2          MS. FEIN:  Yes.  So sorry about
3   that.
4          MR. KIRBY:  Thank you.
5   BY MS. FEIN:
6      Q.   With the Bates ending in 515.
7   Please let me know when you're ready to
8   proceed.
9      A.   (Reviewing document).  Okay.
10     Q.   This letter is dated December 8,
11  2002; correct?
12     A.   Yes.
13     Q.   And is this your signature at the
14  bottom?
15     A.   Yes.
16     Q.   And is your address at the top the
17  address that is consistent with yours at that
18  time?
19     A.   Yes.
20     Q.   Is it your understanding that the
21  BLMIS account in your mother's name was closed
22  around this time, December of 2002?
23     A.   I believe so.
24     Q.   So the period of time that you were
25  a trustee on this account would be from

Page 61

1   November 2002 until December 2002; is that
2   right?
3      A.   Based on, yeah, the timing of that
4   last letter, that's what it would seem like.
5      Q.   Okay.  And is your recollection
6   that the timing of your role as trustee on your
7   father's BLMIS account was approximately the
8   same?
9      A.   I don't think that his account was
10  liquidated until some time in the '03.  So I
11  think I would have been active as a trustee
12  longer.
13     Q.   Okay.  Do you recall when in 2003?
14     A.   Not exactly, but I believe it was
15  some time in the summer.
16     Q.   Okay.
17     A.   But I don't -- I don't remember
18  exactly.
19     Q.   Okay.  Actually, if you can turn
20  back to Exhibit 18, just to close the loop on
21  this.  I'm sorry.  Exhibit -- the last one we
22  looked at.
23     A.   Yeah.  Okay.  I put it here.
24     Q.   Starting with Bates 409.  Yes.  So
25  page 411 of that document -- of that document,

**SIPC v BLMIS**                                                          **Blum 5/16/2016**

## CONFIDENTIAL

---

Page 62

1  the third page.
2      A.  Yes.
3      Q.  That appears to be a letter dated
4  July 31, 2003.
5      And is the signature your brother's
6  signature?
7      A.  Probably.  (Laugh).  It looks like
8  it to me.
9      Q.  Is this letter then consistent with
10  your recollection that the account for your
11  father was closed some time in the summer of
12  2003?
13      A.  Yes.
14      Q.  Okay.  So for this account, you
15  served as a co-trustee from November 2002 until
16  July 2003; is that right?
17      A.  Approximately that, yes.
18      Q.  Okay.  During that time you were a
19  co-trustee on these two accounts, were you ever
20  personally responsible for the account
21  maintenance?
22      A.  I suppose that I had some
23  responsibility, but I don't think I -- I don't
24  recall being actively involved in that.  I
25  believe my brother took care of that.

---

Page 63

1      Except for the letter that I
2  submitted asking for the distribution of my
3  mother's remainder trust.
4      Q.  Do you recall receiving checks from
5  BLMIS during the time that you were a successor
6  trustee from these two accounts, your mother's
7  trust account and your father's trust account?
8      A.  I believe that those checks went to
9  my brother.
10      Q.  Okay.  Do you have any records in
11  connection with your service as a co-trustee on
12  either of these two accounts, your mother's
13  trust account or your father's trust account?
14      A.  I don't know.  What kind of
15  records?
16      Q.  I suppose I'm curious as to whether
17  you had any documents from BLMIS with regard to
18  these two accounts once you became a trustee.
19      A.  I don't think I do.  I can't recall
20  anything like that.
21      Q.  So if we can go back to your
22  declaration, which I believe it's marked as
23  Exhibit 14.
24      MS. VANDERWAL:  It is.
25  BY MS. FEIN:

---

Page 64

1      Q.  Just a few questions for you on the
2  declaration.  So please just let me know when
3  you are ready to discuss.
4      A.  (Reviewing document).  Okay.
5      Q.  Okay.  In the third paragraph, can
6  you read the last sentence of the third
7  paragraph into the record, please?
8      A.  "Nonetheless others in our family
9  maintained accounts at Madoff Securities which
10  -- with which I am personally familiar."
11      Q.  What accounts are you referring to
12  in this paragraph?
13      A.  I would say the ones that I would
14  be personally familiar at this point would be
15  my mother's and my father's and, to some
16  extent, my brother's.
17      Q.  What was your familiarity with your
18  brother's BLMIS account?
19      A.  Well, he had -- he and I, you know,
20  split the account from my mother's remainder
21  trust.  So there was that.  And then I had
22  heard -- I don't know the details of this --
23  that my brother had a retirement account, I
24  believe, with -- with BLM.
25      Q.  So you understood that your brother

---

Page 65

1  had BLMIS investment accounts, at least two
2  BLMIS investment accounts; right?
3      A.  Yes.
4      Q.  If we look at paragraph 8.
5      A.  Yes.
6      Q.  Can you read the first two
7  sentences, please?
8      A.  "I am aware of no records of these
9  checks being cashed or received by my family.
10  Further, this makes no sense given the way our
11  family managed their accounts."
12      Q.  What did you understand to be the
13  way your family managed their accounts?
14      A.  That these were primarily
15  retirement-type accounts.  That my mother would
16  not be involved in the management.  I knew
17  that.  That my father was trying to grow his
18  estate, and that he would do it in a way that
19  was orderly and within his capacities really.
20      Q.  Did you have an understanding of
21  what your father's bank accounts were?
22      A.  He had -- I mean, my brother, I
23  think, was the co-trustee or the co-name, the
24  other name on the checking account.  So I know
25  he had a checking account.  Aside from that, I

---

**SIPC v BLMIS**                                                    **Blum 5/16/2016**

## CONFIDENTIAL

Page 66

1  don't know about any other bank accounts.
2      Q.   Did you ever receive any bank
3  statements on behalf of your father?
4      A.   I did not.
5      Q.   Did you ever review any bank
6  statements that your father had?
7      A.   Not that I recall.
8      Q.   Do you currently have any copies of
9  your father's bank statements?
10     A.   No. I wish I did.
11     Q.   Do you have an understanding of
12 what your father relied on as income when he
13 was in his 80s and 90s?
14     A.   Somewhat.
15     Q.   Was BLMIS a source of that income?
16     A.   Well, that I don't know.
17     Q.   Do you know if your father had
18 other investment accounts other than BLMIS?
19     A.   Oh, yeah.
20     Q.   What investment accounts were those
21 or where were those investments held?
22     A.   He had two -- and I know this
23 because this was also divided between my
24 brother and myself with his estate. So he had
25 two major investment accounts, and one was

Page 67

1  with, I think, Merrill Lynch and one was -- I
2  forget the name of the other investment
3  company.
4      Q.   Do you know approximately how much
5  was invested in those accounts?
6      A.   I think that -- you know, I'm
7  guessing. I mean, the estate, it must have
8  been between -- you know, I can't remember. I
9  better not. (Laugh). I'd be guessing.
10     Q.   Please don't.
11          Did you ever deposit checks on your
12 father's behalf?
13     A.   I did not.
14     Q.   Did you ever write checks on your
15 father's behalf?
16     A.   No.
17     Q.   Did you ever have a power of
18 attorney for your father?
19     A.   I don't believe so, no. No.
20     Q.   I just want to turn to your
21 customer claim briefly.
22          Did you file a customer claim in
23 connection with any BLMIS customer account?
24     A.   I did.
25     Q.   Did you receive a determination

Page 68

1  letter in connection with your customer claim?
2      A.   I did.
3          MS. FEIN:  Okay. I'd like to
4  mark the determination letter dated
5  April 15, 2016 addressed to Joel A. Blum,
6  Kerry E. Blum JTWROS as Exhibit 20.
7          (Document marked, for
8  identification purposes, as Trustee Exhibit
9  20.)
10         MR. KIRBY:  Counsel, what was
11 Exhibit 19?
12         Okay. I got it. Okay.
13         MS. FEIN:  Thanks.
14         MR. BELL:  19.
15         MS. VANDERWAL:  Roslyn Blum.
16         MR. KIRBY:  Yeah.
17         MS. FEIN:  Yeah. Sorry.
18         THE WITNESS:  (Reviewing
19 document). Okay.
20 BY MS. FEIN:
21     Q.   Does this, what we just marked as
22 Exhibit 20, appear to be the letter you
23 received in connection with your account?
24     A.   Yes, it does.
25     Q.   Did you review this letter?

Page 69

1      A.   When I received it? Yes.
2      Q.   Okay. Do you understand that the
3  Trustee determined your SIPC claim in this
4  letter?
5      A.   Yes, I do.
6      Q.   Do you know how your claim was
7  determined?
8      A.   I'm not sure what you mean by that,
9  how it was determined.
10     Q.   Do you have an understanding of the
11 amount that your claim was determined to be?
12     A.   Yes.
13     Q.   What is that amount?
14     A.   $83,794.59.
15     Q.   Are you currently engaged in any
16 adversary proceeding regarding your BLMIS
17 accounts with the Trustee?
18     A.   Well, I've objected to this
19 determination. Is that considered an adversary
20 proceeding?
21     Q.   No.
22     A.   What -- what are you referring to
23 as an adversary proceeding? (Laugh).
24     Q.   Are you engaged in any litigation
25 with respect to your BLMIS account independent

SIPC v BLMIS                                      Blum 5/16/2016

## CONFIDENTIAL

Page 70

1  of your customer claim?
2      In other words, has the Trustee --
3  is the Trustee seeking the recovery of any
4  funds --
5      A.  Oh, no.
6      Q.  -- from you --
7      A.  No.
8      Q.  -- in connection with your BLMIS
9  accounts?
10     A.  Not at this time.
11     Q.  Okay.  I think we're all set.
12  Thank you very much for your time.
13     MR. KIRBY:  We'll take a break
14  and I'll follow.  See if we're going to have
15  some follow-up questions.  Thank you.
16     THE VIDEOGRAPHER:  The time is
17  3:31.  We are off the record.
18     (Recess - 3:31 p.m. - 3:46 p.m.)
19     THE VIDEOGRAPHER:  The time is
20  3:46.  We are back on the record.
21     EXAMINATION
22  BY MR. KIRBY:
23     Q.  Dr. Blum, I have some questions for
24  you, and I'd ask you to first refer to what has
25  been marked as Trustee Exhibit 14, which is

Page 71

1  your declaration, and ask you to pull that.
2      A.  Okay.
3      Q.  And I'm going to ask you to turn to
4  paragraph 4 of the declaration.
5      First of all, I'd ask you to read
6  that paragraph, and then I'm going to have some
7  questions for you about it.
8      A.  "Both my parents --
9      Q.  You don't need to read it out loud.
10     A.  Oh, okay.
11     Q.  Just read it to yourself --
12     A.  Okay.
13     Q.  -- and familiarize yourself.  I
14  have some questions about it.
15     A.  (Reviewing document).  Okay.
16     Q.  Okay.  The first question I have
17  is:  In the sentence that says "In addition,
18  during my father's later years, beginning after
19  my mother's death in 1993, I regularly
20  collaborated with Norman in assisting our
21  father in connection with the management of his
22  whole financial affairs," can you describe for
23  me what you mean by "regularly collaborated"?
24     A.  Well, first off, it sounds like
25  starting in 1993 we regularly collaborated, and

Page 72

1  that's not the case.  Because in the spring of
2  '94 my brother had a stroke, and my father was
3  his caretaker.  My father was very much, you
4  know, independent and managing his own affairs.
5      So I think this, I might want to
6  change this to say that we started in 1993 to
7  regularly collaborate.
8      It was a gradual increase that
9  probably didn't start for a number of years
10  after that.  I mean, there, you know, there are
11  letters we have here in '97 that he was
12  operating and managing the account and giving
13  directions about doing things.
14     But I think in the later years, in
15  the late 1990s and early 2000s, my brother and
16  I would be in regular contact about how my dad
17  was doing.  My brother would be, you know,
18  assisting him, getting, you know, just doing
19  things, up to including in the last year really
20  stepping up the assistance a lot.
21     But he would -- he and I would be
22  talking together about how he was doing,
23  assisting him in getting checks cashed and
24  increasingly just in managing -- in managing
25  things.  So it was -- it was a gradual

Page 73

1  escalation that probably was in the last four
2  or five years of his life.
3      Q.  Okay.  In the next sentence, you
4  say:
5      "I became familiar with my father's
6  estate plan and how he administered his Madoff
7  Securities accounts."
8      Can you explain to me how you
9  became familiar with your father's estate plan?
10     A.  Well, every time -- I mean, I was
11  living in Richmond.  He was living in
12  Hollywood.  So I would go down three or four
13  times a year, and it was a regular thing for
14  him to just say, "This is where all the
15  material is.  This is what the accounts are and
16  this is what you will do."
17     I mean, this, and so he was really
18  giving directions about what to do.  And it was
19  probably during this period that he would also
20  talk to me about the Madoff accounts and what
21  would be happening with the Madoff accounts.
22     So during those communications we
23  had that he would just explain things to me.
24  It was very important to him that there not be
25  a mess after he died.

SIPC v BLMIS                                    Blum 5/16/2016

**CONFIDENTIAL**

Page 74

1    Q.   Okay.
2    A.   That things be done in an orderly
3  fashion.
4    Q.   Now I'm going to ask you to refer
5  to paragraph 8, and just if you would review
6  paragraph 8 again and then I have some
7  questions for you about paragraph 8.
8    A.   (Reviewing document).  Okay.
9    Q.   Okay.  The first sentence of
10 paragraph 8, it says:
11       "I am aware of no records of these
12 checks being cashed/received by my family."
13       These checks meaning the checks --
14 are you mean -- do you mean by that those are
15 the so-called profit withdrawal checks?
16    A.   That's what I was referring to,
17 yes.
18    Q.   Okay.  And then the second sentence
19 says:
20       "Further, this makes no sense given
21 the way our family managed their accounts."
22       Can you explain in your own words
23 what that means?
24    A.   To me, having these huge amount of
25 profit withdrawal checks, it was just not -- it

Page 75

1  was chaotic to do something like that.  It's
2  just -- I can't imagine that my father would
3  ever have chosen that as a course of action to
4  just have checks coming in all the time.
5       So it didn't make any sense to me.
6  You know, when I first became aware of this, I
7  certainly -- and he never mentioned anything
8  like that, you know, when he was talking to me
9  about establishing an account.  And I think he
10 would because that's a piece of work to manage
11 that many checks.
12    Q.   Okay.  Let me --
13    A.   So...
14    Q.   I'm sorry.  Joel, are you finished?
15    A.   I think so, yeah.
16    Q.   Okay.  In your discussions with
17 counsel for the Trustee today, they referred to
18 this account which has been identified as the
19 CAB Trust account?
20    A.   Yes.
21    Q.   Are you familiar with Trustee's
22 assertion that there were certain PW
23 transactions in that account?
24    A.   Yes.
25    Q.   Do you recall in the management of

Page 76

1  that account that you received checks regularly
2  on a monthly basis --
3    A.   No.
4    Q.   -- that were profit withdrawal?
5    A.   No, I don't recall that, and that
6  would not have fit in with the way I was trying
7  to manage that account.  I was trying to do
8  orderly withdrawals of the amounts of money
9  that I needed to take care of the tuition
10 expenses.  So it didn't make sense to me and I
11 have no recollection of receiving, you know,
12 checks every month or, you know, checks that I
13 didn't request.
14    Q.   Okay.
15    A.   Things coming to me that -- out of
16 the blue.  I mean, it always seemed to me that
17 there was an orderly transaction.
18    Q.   By "orderly transaction" you mean
19 what?
20    A.   I would request and I would
21 receive.
22    Q.   So you would request of Madoff
23 Securities?
24    A.   Yeah.
25    Q.   And did they did -- they ever send

Page 77

1  you something without your specific?
2    A.   Not to my recollection, no.
3    Q.   Okay.  Now, if you would please
4  look at paragraph 9 of your declaration and
5  just review it, and then I'll ask you some
6  questions about it.
7    A.   (Reviewing document).  Okay.
8    Q.   I'm going to refer you to the first
9  two sentences of paragraph 9, which mean let me
10 read them and say, it says:
11       "With respect my father's account
12 1B0033, I understand that the Trustee
13 identifies approximately 140 such PW
14 transactions representing a total of about
15 $1,377,000.  In no instance am I aware that my
16 father would have cashed checks in such small
17 denominations."
18       What's the basis for that
19 statement?
20    A.   It's I just can't imagine that he
21 would have done it that way, and had he done it
22 that way -- I mean, I just can't imagine that
23 he would have done it that way.  I mean, he
24 would have wanted to have an orderly -- you
25 know, if he was going to receive money, he

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                                    Blum 5/16/2016

## CONFIDENTIAL

Page 78

1  would have wanted to know that it was coming in
2  an orderly fashion.
3          To do small checks like this, to
4  keep track of it, I just can't imagine that
5  knowing him that he would have done this.  I'm
6  certainly not aware of him ever having done
7  this.
8          My brother, who spent a lot of time
9  with him is, you know, said it never happened.
10 So I can't believe it.
11     Q.    And with respect to the following
12 sentence:
13         "He used the Madoff Securities
14 account as a retirement planning account, and
15 when he sought to withdraw funds, as he did in
16 1984 to fund my mother's account (1B0336), he
17 withdrew much larger denominations."
18         Next sentence says:
19         "I am aware of no situation where
20 he would have cashed some 140 checks over time
21 almost on a monthly basis.  Such a scenario is
22 entirely implausible given how he managed his
23 financial affairs."
24         And what's the basis for that
25 statement?

Page 79

1      A.    Well, just knowing him that that's
2  not the way he would have done things.  I mean,
3  he was an orderly person and he liked to be in
4  control of things and, you know, this is -- it
5  just didn't seem like him --
6      Q.    Right.
7      A.    -- to do this.
8      Q.    Is there -- in reviewing Exhibit
9  14, is there anything that you would change in
10 Exhibit 14 based upon your discussion?
11     A.    Well, what I said about, you know,
12 the -- the regular collaboration.  I mean,
13 there was increasing collaboration, but it
14 really was not until later.
15         There is something about the timing
16 of all of these changeovers in the accounts and
17 things like that.  I hope I got that right.  I
18 don't know if that's entirely right, but that
19 was just sort of the following.  I mean, it's
20 very confusing.  I mean, there are a lot of
21 accounts and -- and, you know, changes of
22 accounts.
23         So that part was confusing, to me.
24 I mean, they were at his request.
25     Q.    So other than as you've explained,

Page 80

1  is there anything else that you would change in
2  your declaration?
3      A.    No.  No.
4          MR. KIRBY:  I have no further
5  questions.
6          FURTHER EXAMINATION
7  BY MS. FEIN:
8      Q.    Okay.  Just a couple of quick
9  things.
10         Did you assist your father with
11 getting checks cashed at any point?
12     A.    No.
13     Q.    What did you discuss with your
14 father regarding BLMIS in connection with his
15 estate plan?
16     A.    Just that it was a part of his
17 estate.  It was, you know, it wasn't the major
18 part, but it was a significant part of his
19 estate.  And together -- actually, you know,
20 together, the two accounts together made it an
21 even more substantial part of the estate.
22     Q.    Did you discuss with your father
23 whether he received checks from BLMIS?
24     A.    I don't recall discussing that.
25         MS. FEIN:  Okay.  Thank you.

Page 81

1          MR. KIRBY:  I have no further
2  questions.
3          THE WITNESS:  Okay.
4          THE VIDEOGRAPHER:  The time is
5  -- the time is 3:59.  We are going off the
6  record.
7          (Signature having not been
8  waived, the taking of the deposition
9  concluded at 3:59 p.m.)
10
11              *    *    *
12
13
14
15
16
17
18
19
20
21
22
23
24
25             ERRATA SHEET

SIPC v BLMIS                                          Blum 5/16/2016

## CONFIDENTIAL

Page 82

1
2     Page No._____Line No._____Change to:_____
3     _____
4     Page No._____Line No._____Change to:_____
5     _____
6     Page No._____Line No._____Change to:_____
7     _____
8     Page No._____Line No._____Change to:_____
9     _____
10    Page No._____Line No._____Change to:_____
11    _____
12    Page No._____Line No._____Change to:_____
13    _____
14    Page No._____Line No._____Change to:_____
15    _____
16    Page No._____Line No._____Change to:_____
17    _____
18    Page No._____Line No._____Change to:_____
19    _____
20    Page No._____Line No._____Change to:_____
21    _____
22    Page No._____Line No._____Change to:_____
23    _____
24
25          DECLARATION UNDER PENALTY OF PERJURY

Page 83

1
2          I declare under penalty of
3     perjury that I have read the entire transcript of
4     my Deposition taken in the captioned matter
5     or the same has been read to me, and
6     the same is true and accurate, save and
7     except for changes and/or corrections, if
8     any, as indicated by me on the DEPOSITION
9     ERRATA SHEET hereof, with the understanding
10    that I offer these changes as if still under
11    oath.
12
13          Signed on the _____ day of
14    _____, 2016.
15
16    _____
17          JOEL ALAN BLUM, M.D.
18
19
20
21
22
23
24
25          CERTIFICATE OF COURT REPORTER

Page 84

1     UNITED STATES OF AMERICA )
2     DISTRICT OF COLUMBIA    )
3          I, DENISE D. VICKERY, the reporter
4     before whom the foregoing deposition was taken,
5     do
6     hereby certify that the witness whose testimony
7     appears in the foregoing deposition was sworn by
8     me; that the testimony of said witness was taken
9     by me in machine shorthand and thereafter
10    transcribed by computer-aided transcription; that
11    said deposition is a true record of the testimony
12    given by said witness; that I am neither counsel
13    for, related to, nor employed by any of the
14    parties to the action in which this deposition
15    was taken; and, further, that I am not a relative
16    or employee of any attorney or counsel employed
17    by the parties hereto, or financially or
18    otherwise interested in the outcome of this
19    action.
20
21
22          Notary Public in and for the
23                 District of Columbia
24    My Commission expires February 14, 2018
25

SIPC v BLMIS                                              Blum 5/16/2016

CONFIDENTIAL

**A**

**Aaron**
36:24,25
**abbreviations**
9:16 30:6
**Abe**
16:24 17:1
**ability**
10:14
**account**
17:11,18,19,20,20,21
  17:22 18:1,1,4,17,21
  18:23,25 19:6,10,11
  19:22 20:4,5,22 21:12
  21:13,15,16,23 22:1,2
  22:4,19 23:18 24:3,8
  25:21,23,23 26:10
  27:12 28:4,5,8 31:7
  31:25 32:2 33:3,6,9
  33:10,22,25 34:2,4,7
  34:10,14,25 35:3,3,7
  35:21 36:2,8,9 37:2
  41:3 43:20,21,21 44:1
  44:22,24 45:3,8,11
  46:17 47:1 50:2,5,7,8
  50:11,17,18,20 51:25
  51:25 52:1,1,17 53:6
  56:12,13 57:18 60:21
  60:25 61:7,9 62:10,14
  62:20 63:7,7,13,13
  64:18,20,23 65:24,25
  67:23 68:23 69:25
  72:12 75:9,18,19,23
  76:1,7 77:11 78:14,14
  78:16
**accounts**
17:13,16 18:10,12,14
  19:4 21:21 23:17,21
  24:13 26:2,6,11 28:19
  31:24 33:1 45:2 49:25
  51:6 56:4 57:3,5,7,13
  57:15,22,24 58:13
  59:4 62:19 63:6,12,18

64:9,11 65:1,2,11,13
  65:15,21 66:1,18,20
  66:25 67:5 69:17 70:9
  73:7,15,20,21 74:21
  79:16,21,22 80:20
**accurate**
83:6
**Ackerman's**
10:6
**acted**
42:10
**action**
75:3 84:14,19
**active**
25:7 61:11
**actively**
54:6 62:24
**addition**
71:17
**address**
32:14 37:21,22 43:12
  43:15 45:21 46:21
  56:5,7 60:16,17
**addressed**
32:18 37:13 68:5
**administered**
73:6
**Adv**
1:13
**adversary**
69:16,19,23
**advise**
52:10
**advised**
12:17 19:14
**advisement**
22:16 28:16
**afein@bakerlaw.com**
3:4
**affairs**
71:22 72:4 78:23
**affect**
10:13

**afternoon**
12:13 49:22,23
**ago**
16:14,16 32:25 46:8
**Alan**
1:23 4:2 6:6,13 83:17
**alert**
27:4
**alive**
53:4
**Amanda**
3:4 5:20 6:16
**Amendment**
55:20,22
**AMERICA**
84:1
**AMF**
59:11
**AMF00156409**
4:20 54:18
**AMF00156513**
4:22 59:16
**AMF00156515**
4:22 59:13
**AMF00156537**
59:14
**AMF00156538**
4:22 59:12
**amount**
27:22 48:1 69:11,13
  74:24
**amounts**
45:23 76:8
**Amy**
3:5 5:22 6:18,23
**and/or**
83:7
**Ann**
23:14
**Annette**
23:1 28:24
**answer**
7:13,14,23 8:9,12,21

8:22,24 9:1,4,6 10:14
  11:21 13:16,19 19:24
  21:25 47:22
**answers**
7:5,6
**anybody**
29:8
**anyway**
9:6
**appear**
43:2 68:22
**appearances**
5:18
**appearing**
30:3
**appears**
32:17 34:3 35:14 36:8
  40:20 44:11 58:8
  59:15 62:3 84:7
**applies**
9:10 29:22
**appreciate**
51:1
**approximately**
61:7 62:17 67:4 77:13
**April**
4:24 43:11 68:5
**Arrowdel**
43:13 56:8
**Article**
55:24 56:1
**aside**
16:6,8 24:8 34:20
  39:14 40:5 59:8 65:25
**asked**
9:11,12 48:14
**asking**
7:23 46:5 59:22 63:2
**assertion**
75:22
**assist**
80:10
**assistance**

08-01789-cgm   Doc 14359-5   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
5 Joel Blum Deposition Minuscript   Pg 24 of 39

SIPC v BLMIS                                    Blum 5/16/2016

CONFIDENTIAL

Page 86

72:20
**assisting**
71:20 72:18,23
**assume**
21:24
**assumed**
26:7,8
**assuming**
20:9,23 27:19 50:25
53:8
**attached**
55:19
**attending**
35:11
**attention**
30:2 33:18
**attorney**
8:18 67:18 84:16
**attorneys**
6:23
**audible**
7:14
**avanderwal@bakerl...**
3:5
**Avenue**
2:8 3:13 5:10 33:16
37:14
**aware**
18:8,11,12,14,15,16
29:23,24 52:16,19,21
52:23 53:8,9 54:12
65:8 74:11 75:6 77:15
78:6,19
**awareness**
53:2,3

---

**B**

**B**
4:9
**back**
16:16 18:18 43:5 46:6
61:20 63:21 70:20
**Baker**
2:7 3:2,12 5:12,20,23

6:1
**balance**
44:2,16,19,20
**bank**
65:21 66:1,2,5,9
**BANKRUPTCY**
1:1
**based**
61:3 79:10
**basically**
12:6,16 47:25
**basis**
76:2 77:18 78:21,24
**batches**
24:4,9
**Bates**
31:10,11 37:15 39:25
40:1 42:20 54:18
59:12,13,16 60:6
61:24
**Beach**
56:6
**beginning**
71:18
**begins**
5:4 49:18 59:11
**behalf**
6:2 53:6 57:22 66:3
67:12,15
**believe**
16:22 17:10 23:25
27:13 35:11 37:3
43:16 47:12 50:9
57:17 59:6 60:23
61:14 62:25 63:8,22
64:24 67:19 78:10
**Bell**
3:10 5:24,24 6:22
68:14
**Bendish**
5:14,15
**beneficial**
41:25 42:1

**beneficiaries**
36:22
**benefit**
41:23
**Benjamin**
3:18 5:13
**Bernard**
1:7,11,14,15 6:25 9:18
9:20 17:1 32:19
**best**
7:22 47:2
**better**
67:9
**bit**
16:4 24:22
**BLM**
64:24
**BLMIS**
5:6 9:18 14:9 16:12,21
17:4,7,14,17 18:9
20:19 21:12,16,20
22:19,21 23:20 24:14
26:2,6 27:4,8 28:1,19
29:10,19,22 35:3 38:3
40:24 49:25 50:12
51:14,21 53:13,13,19
53:24 56:12,13 57:13
57:21 59:4 60:21 61:7
63:5,17 64:18 65:1,2
66:15,18 67:23 69:16
69:25 70:8 80:14,23
**blue**
76:16
**Blum**
1:18,23 4:2,15,16,16
4:20,21 5:5 6:6,13,14
14:25 18:25 19:7,8
31:7,8,25,25 33:7,7
33:15,20 36:25 37:14
41:17 49:19,22 52:2
52:18 54:9,17 55:21
55:22,23,24,25,25
56:2 59:11 68:5,6,15

70:23 83:17
**Blum's**
56:5,7
**Bongiorno**
23:1 28:24
**books**
41:24
**bottom**
42:20 44:8 60:14
**bought**
25:15
**Bound**
4:13 10:3
**break**
8:7,10 49:10 70:13
**brief**
12:19
**briefly**
67:21
**brother**
12:8 18:22 30:8 54:4
62:25 63:9 64:23,25
65:22 66:24 72:2,15
72:17 78:8
**brother's**
62:5 64:16,18
**brother-in-law**
16:23

---

**C**

**C**
2:25 4:25 36:25
**CAB**
4:18 17:11,17 18:1
21:12,15 23:18 25:21
28:4,5 32:3 33:10,14
33:21,24 34:10,10
35:3,21 36:8,17 37:2
37:13 39:16 41:12
42:5,10 43:20 44:22
46:20 47:1 75:19
**call**
25:22,22
**called**

08-01789-cgm   Doc 14359-5   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
5 Joel Blum Deposition Minuscript   Pg 25 of 39

SIPC v BLMIS                                            Blum 5/16/2016

CONFIDENTIAL

Page 87

6:7 11:6 12:13 17:11
   29:10
**calls**
   11:20 13:14
**capacities**
   65:19
**capital**
   45:10
**captioned**
   83:4
**care**
   33:15 37:13 62:25 76:9
**caretaker**
   72:3
**case**
   72:1
**cashed**
   65:9 72:23 77:16 78:20
   80:11
**cashed/received**
   74:12
**certain**
   9:16 45:23,23 48:1,13
   59:4 75:22
**certainly**
   9:3 15:20 18:20 25:6
   75:7 78:6
**CERTIFICATE**
   83:25
**certify**
   84:6
**chance**
   15:1
**change**
   33:5 59:12 72:6 79:9
   80:1 82:2,4,6,8,10,12
   82:14,16,18,20,22
**changed**
   41:8 49:2 51:25 56:4
**changeovers**
   79:16
**changes**
   33:1 79:21 83:7,10

**chaotic**
   75:1
**check**
   26:24 27:14,15 33:12
   35:24 36:7 39:4,9
   44:2,3,16 45:14 46:19
   48:9
**checking**
   65:24,25
**checks**
   27:8,10,19,20 28:1,7
   28:12 35:20 36:1 39:6
   44:12,23 46:25 47:19
   47:19 48:14 51:14,18
   53:19 63:4,8 65:9
   67:11,14 72:23 74:12
   74:13,13,15,25 75:4
   75:11 76:1,12,12
   77:16 78:3,20 80:11
   80:23
**children**
   19:4 20:16 27:16,25
   43:23
**children's**
   21:7
**chosen**
   75:3
**claim**
   4:24 67:21,22 68:1
   69:3,6,11 70:1
**clear**
   7:21
**clearly**
   48:11 52:20
**close**
   20:3 43:20 50:24 61:20
**closed**
   46:5 57:16,18,19 60:21
   62:11
**co-name**
   65:23
**co-trustee**
   53:23 54:3 56:11 62:15

   62:19 63:11 65:23
**collaborate**
   72:7
**collaborated**
   71:20,23,25
**collaboration**
   79:12,13
**collapsed**
   17:22
**colleague**
   6:18
**colleague's**
   10:5
**college**
   20:18 21:8 27:17,23
   28:1 35:11 43:22
**Columbia**
   2:7 84:2,23
**column**
   38:10,11
**columns**
   38:13,15 39:1
**come**
   17:6 24:5 43:23 52:7
**comes**
   9:11,14
**coming**
   12:2,5 75:4 76:15 78:1
**commencing**
   2:9
**Commission**
   84:24
**communicated**
   51:21
**communication**
   48:17
**communications**
   73:22
**company**
   67:3
**complicated**
   25:9
**comprised**

45:4
**computer-aided**
   84:10
**concluded**
   81:9
**CONFIDENTIAL**
   1:22
**confusing**
   30:15 79:20,23
**Connecticut**
   2:8 3:13 5:10
**connection**
   14:6,12 28:3 29:18
   47:1 51:14,18 53:19
   63:11 67:23 68:1,23
   70:8 71:21 80:14
**Consent**
   4:12 10:3
**considered**
   47:14 69:19
**consistent**
   35:23 44:13 46:24
   56:10,24 60:17 62:9
**Consolidated**
   1:7,13
**consult**
   11:2
**contact**
   54:5 72:16
**context**
   44:19
**continue**
   8:24 12:21
**continuing**
   10:5
**contributed**
   45:8
**contributing**
   45:9
**control**
   79:4
**conversation**
   12:19 13:1 19:19 20:2

SIPC v BLMIS                                        Blum 5/16/2016

CONFIDENTIAL

20:7,9,25
**conveyed**
41:21
**copies**
66:8
**copy**
10:2 15:3 37:12 60:1
**Corporation**
1:4 3:8 5:25 14:8
**correct**
11:16 19:7 21:13,14
28:8 44:24 48:10
60:11
**corrections**
83:7
**correspond**
57:21
**corresponded**
40:21
**correspondence**
57:25
**counsel**
5:17,21,23 11:3,16,18
11:24 13:15,22 14:1,2
16:1 59:25 68:10
75:17 84:12,16
**County**
41:18
**couple**
80:8
**course**
12:14 15:18 75:3
**court**
1:1 5:14 6:4 7:4,15,21
83:25
**Courtney**
36:24,25
**courtroom**
7:7
**cover**
59:15
**covering**
33:13 35:24 46:19

**created**
55:23
**credit**
38:11
**credits**
38:13,22
**CRR/RMR**
2:6
**curious**
63:16
**current**
44:3,16,21 45:15,24
**currently**
33:4 66:8 69:15
**customer**
23:20 24:14 26:1,5,16
27:1 31:6 38:2 39:8
39:15 46:7 53:12 54:9
54:16 57:12 59:10
67:21,22,23 68:1 70:1

---

**D**

**D**
2:5 3:25 4:25 84:3
**dad**
72:16
**date**
32:14 56:16,24
**dated**
14:25 37:12 43:10
55:16 60:10 62:3 68:4
**day**
12:22 83:13
**DC**
2:9 3:9,13 5:11
**Dear**
32:24 43:19 55:18 58:9
58:10
**death**
17:24 71:19
**debit**
38:11
**debits**
38:13,16,21

**Debtor**
1:12
**December**
30:17 57:19 60:10,22
61:1
**declaration**
4:15 11:4 13:8 14:11
14:15,18,24 15:8
41:11 42:18 63:22
64:2 71:1,4 77:4 80:2
82:25
**declare**
41:19 83:2
**Defendant**
1:9,19
**delayed**
20:11
**Denise**
2:5 5:15 84:3
**denominations**
77:17 78:17
**deposed**
12:12
**deposit**
67:11
**deposition**
1:22 4:14 5:5,9 7:2
9:24 10:17,20 11:1,25
12:9 49:19 81:8 83:4
83:8 84:4,7,11,14
**deposits**
22:23
**describe**
71:22
**described**
13:3
**DESCRIPTION**
4:11
**details**
12:18 64:22
**determination**
4:23 11:9,10,13 13:8
13:10 67:25 68:4

69:19
**determined**
69:3,7,9,11
**died**
18:20 19:3 52:24 56:21
73:25
**difference**
25:5
**different**
46:4 47:8 50:23
**differently**
47:23
**DiPascali**
23:3 55:18
**directions**
72:13 73:18
**directly**
52:14
**discuss**
12:15 13:25 16:4 64:3
80:13,22
**discussed**
13:22 14:1,2 26:12
33:25
**discussing**
23:18 33:21 35:15
80:24
**discussion**
30:8 79:10
**discussions**
13:14 75:16
**distribute**
43:24
**distribution**
58:12 59:3 63:2
**District**
1:1 2:7 84:2,23
**divided**
66:23
**document**
10:8,21 14:20 15:16,19
15:23 16:2 31:2,16,17
31:22 32:6,9 37:6,8

SIPC v BLMIS                                           Blum 5/16/2016

CONFIDENTIAL

37:19 39:21 40:8,10
40:25 41:2 42:3,13,14
42:19 54:8,19,24 55:3
55:8 59:7,17 60:9
61:25,25 64:4 68:7,19
71:15 74:8 77:7
**documentation**
24:3 27:13 28:7,11,12
**documents**
13:11,18,21 14:2 21:16
22:12,14 63:17
**doing**
44:4 72:13,17,18,22
**doubt**
34:18 42:9,11
**Dr**
4:20 5:5 49:19,22 54:9
54:17 70:23
**Drive**
56:6
**duly**
6:8

───────── E ─────────

**E**
2:25,25 3:4,5,25 4:9,16
4:25,25 31:8,25 33:7
68:6
**earlier**
35:16 43:6
**early**
19:22 72:15
**education**
20:15 43:22
**educational**
35:9
**either**
23:10 27:14 57:24
63:12
**Eleventh**
56:1
**employed**
84:13,16
**employee**

22:21 84:16
**ends**
32:9
**engaged**
69:15,24
**enter**
14:11,17 54:15
**entered**
10:1
**entire**
24:15 83:3
**entirely**
78:22 79:18
**ERRATA**
81:25 83:9
**error**
27:5
**escalation**
73:1
**ESQ**
3:4,5,10,14
**established**
17:23 18:17
**establishing**
41:12 75:9
**estate**
51:2 57:9 65:18 66:24
67:7 73:6,9 80:15,17
80:19,21
**exactly**
11:5 16:15,18 17:12
19:16 27:18 30:1,11
36:5 45:18 50:22 53:7
54:1,2 61:14,18
**examination**
4:3,4,5 6:7,10 70:21
80:6
**examined**
6:8
**excellent**
43:25
**executing**
15:9

**exhibit**
10:5,7,9,20,22 14:18
14:19,21 31:1,3 37:7
37:9 39:19,22 46:8
54:16,20 59:15,24
61:20,21 63:23 68:6,8
68:11,22 70:25 79:8
79:10
**exhibits**
10:6
**expenses**
35:9 76:10
**experience**
26:9
**expert**
55:13
**expires**
84:24
**explain**
36:13 45:6 73:8,23
74:22
**explained**
12:20 79:25
**explanation**
7:2
**extent**
8:19 13:14 22:10 28:11
64:16

───────── F ─────────

**fact**
12:2 34:20,25
**fair**
27:22
**fairly**
20:3
**fall**
35:13
**familiar**
50:1,4 64:10,14 73:5,9
75:21
**familiarity**
64:17
**familiarize**

71:13
**family**
17:3 18:8 26:4 64:8
65:9,11,13 74:12,21
**family's**
49:25
**fashion**
74:3 78:2
**fast**
8:1
**father**
16:13,20 18:17 19:6,19
20:12,19 21:2 50:2,11
51:10,13 53:5,12,18
53:24 56:21 57:8 59:3
62:11 65:17 66:3,6,12
66:17 67:18 71:21
72:2,3 75:2 77:16
80:10,14,22
**father's**
17:23 19:6,10 50:18,19
51:8 52:9 56:12 58:11
58:20,22 61:7 63:7,13
64:15 65:21 66:9
67:12,15 71:18 73:5,9
77:11
**February**
14:25 84:24
**feel**
9:13 40:8
**Fein**
3:4 4:3,5 5:20,20 6:11
6:16,21 10:11,19,24
11:22 13:17 14:4,17
14:23 15:5,7,17 22:17
28:17 31:5 37:5,11
39:13,24 40:17 42:16
42:17 49:9,13,21
54:15,22 59:6,20 60:2
60:5 63:25 68:3,13,17
68:20 80:7,25
**felt**
12:16

SIPC v BLMIS                                           Blum 5/16/2016

CONFIDENTIAL

**fifth**
54:24

**figure**
50:25

**file**
31:6 39:15 46:7,11
54:9,16,18 55:6 59:10
59:11,23,24 67:22

**fill**
21:15

**financed**
43:22

**financial**
71:22 78:23

**financially**
84:17

**find**
55:19

**fine**
56:9

**finish**
7:23 8:8

**finished**
75:14

**first**
7:1 10:4 16:11,17 17:6
19:11 20:15 30:11
41:10,15 50:14 55:22
59:23 65:6 70:24 71:5
71:16,24 74:9 75:6
77:8

**fit**
76:6

**five**
73:2

**Florida**
54:5 56:7

**Floyd**
33:16 37:14

**folder**
4:16 59:15

**follow**
70:14

**follow-up**
70:15

**following**
35:17 58:13 78:11
79:19

**follows**
6:9

**foregoing**
84:4,7

**forget**
11:5,7 16:14 67:2

**formal**
22:13 28:13

**formally**
29:2

**forms**
22:7,7,10

**forth**
42:2

**found**
16:20,22

**four**
47:17 48:10,15 73:1,12

**fourth**
40:8,16,18

**fraction**
38:5

**frame**
35:15

**Frank**
23:3

**free**
9:13 40:8

**frequently**
22:25 23:8

**Friday**
11:14 12:13

**full**
17:12 34:23

**fully**
52:23

**fund**
78:16

**funds**
23:12 28:19 29:2,11
43:24 46:3 48:5 70:4
78:15

**further**
4:5 65:10 74:20 80:4,6
81:1 84:15

———————————
**G**

**G**
4:25

**gains**
45:10

**generally**
39:1

**getting**
72:18,23 80:11

**give**
31:13 40:2

**given**
65:10 74:20 78:22
84:12

**giving**
72:12 73:18

**go**
15:13 37:16 63:21
73:12

**going**
7:1 23:11 39:19 49:15
49:24 54:23 59:9
70:14 71:3,6 74:4
77:8,25 81:5

**golf**
12:14

**good**
6:14,15,17 12:21,22
19:15 21:2,6 49:11,22
49:23 51:2

**goodness**
28:23 29:25

**Gosh**
14:14

**governed**
9:25

**gradual**
72:8,25

**ground**
7:12

**grow**
65:17

**guess**
26:7 35:18 57:4

**guessing**
8:14 52:22 67:7,9

**guidelines**
24:10

———————————
**H**

**H**
1:13 3:6,10 4:9

**hand**
26:22

**handwriting**
44:6

**happen**
25:4 28:25 47:16

**happened**
22:6 23:16 38:18 45:1
48:23 52:5 54:1 78:9

**happening**
73:21

**happy**
8:3

**hard**
26:18 36:3 42:24

**head**
7:16,17,19,25 8:5,11
8:17

**heading**
41:12

**heard**
16:17 29:21 64:22

**held**
25:23 31:7 51:25 52:17
53:24 66:21

**helpful**
7:24

**Henry**

08-01789-cgm   Doc 14359-5   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit Ex.
5 Joel Blum Deposition Minuscript   Pg 29 of 39

SIPC v BLMIS                                    Blum 5/16/2016

CONFIDENTIAL

18:25 19:3
**hereof**
83:9
**hereto**
84:17
**hereunder**
41:20,22
**Hi**
6:20
**Hirschhorn**
16:24 17:1
**hit**
12:20
**hold**
41:20
**holders**
41:24
**Hollywood**
73:12
**hope**
79:17
**Hostetler**
3:2 5:12,21,23
**huge**
74:24

**I**

**IDENT**
4:11
**identification**
10:9,22 14:21 31:3
   37:9 39:22 54:20
   59:18 68:8
**identified**
21:10 75:18
**identifies**
77:13
**imagine**
75:2 77:20,22 78:4
**impact**
10:13
**implausible**
78:22
**important**

73:24
**includes**
34:21
**including**
13:7 14:1 72:19
**income**
66:12,15
**increase**
72:8
**increasing**
79:13
**increasingly**
72:24
**independent**
69:25 72:4
**indicate**
39:4
**indicated**
83:8
**individual**
9:20 23:14
**information**
8:15 9:10,13 11:20
   12:4 13:23 21:20
   26:15 27:1 34:21
   37:25 38:2 39:8 46:21
**initial**
17:9 48:4 50:1
**initially**
29:12
**instance**
77:15
**instruct**
11:21
**instructed**
8:22
**instructs**
9:1
**intention**
35:23
**interested**
24:25 84:18
**interests**

41:25 42:1
**invariably**
28:25
**invest**
17:7 51:1
**invested**
67:5
**investing**
16:14 24:12
**investment**
1:7,14 6:25 9:19 17:10
   20:13,14,20 21:3,6
   32:19 50:12 51:6 65:1
   65:2 66:18,20,25 67:2
**investments**
21:11 50:23 51:4,4,15
   51:18,22 52:9,13
   53:13,20,24 66:21
**Investor**
1:4 3:7 5:25 14:8
**involved**
54:7 62:24 65:16
**Irving**
1:13 3:6 6:24
**Island**
56:6
**issue**
14:6 27:5
**issued**
39:4,6,9

**J**

**J&K**
25:25
**J/TWROS**
4:16
**Jo**
23:14
**Joanna**
40:20
**Joanne**
32:18,24 40:20 43:19
**Joel**
1:23 4:2,15,16 5:5 6:6

6:13 14:24 31:7,25
   33:7,15,20 37:14
   41:17 49:19 55:25
   56:7 68:5 75:14 83:17
**joint**
17:22
**JTWROS**
31:8 68:6
**July**
32:15 62:4,16

**K**

**K**
3:8
**kbell@sipc.org**
3:10
**keep**
78:4
**Kerry**
4:16 31:8,25 33:7 68:6
**Kevin**
3:10 5:24 6:22
**kids**
27:16 35:10
**kind**
38:1 63:14
**kinds**
25:16
**Kirby**
3:14 4:4 6:1,1 8:20
   11:19 13:13,19,21,25
   15:3,6,15 22:15 28:15
   40:14 42:14 49:11
   59:25 60:4 68:10,16
   70:13,22 80:4 81:1
**Kirsch**
3:18 5:14
**knew**
17:1 18:21,22,24 29:7
   29:15 53:15 65:16
**know**
8:7,12,16 16:15,16,17
   16:18,20 17:3,5,20
   18:13,14,23 19:3,4,16

08-01789-cgm    Doc 14359-5    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
5 Joel Blum Deposition Minuscript    Pg 30 of 39

SIPC v BLMIS                                          Blum 5/16/2016

CONFIDENTIAL

Page 92

19:24 20:17,21,23
22:8 24:24 25:14 26:8
26:17,18,24 27:11,15
29:6,8,13,14 30:4,6,7
30:8,11,14 31:21 36:3
37:17 38:6 42:6,7
45:1,10,18,19 47:3,7
47:10 48:11,16 49:6,8
50:13,13,16,21 51:13
51:16,17 52:23 53:14
53:16,18,21 54:13
58:5 60:7 63:14 64:2
64:19,22 65:24 66:1
66:16,17,22 67:4,6,8
69:6 72:4,10,17,18
75:6,8 76:11,12 77:25
78:1,9 79:4,11,18,21
80:17,19
**knowing**
78:5 79:1

**L**

**L**
1:7,11,14,15 6:25 9:18
32:19
**language**
33:23
**larger**
78:17
**late**
27:18 54:14 72:15
**Laugh**
7:18 12:24 14:16 19:20
26:18 30:19 34:17
62:7 67:9 69:23
**learn**
16:11 18:19
**learned**
16:13 30:12
**left-hand**
38:24
**legal**
24:11
**length**

20:11
**let's**
21:10 47:8
**letter**
11:9,10,13 13:8,10
29:2,5 32:17,23 33:24
34:19,24 35:14 40:12
40:15 43:6,10,17
44:11,12 45:13,14
46:10 55:15,17 56:10
58:7,9,25 59:22,23
60:10 61:4 62:3,9
63:1 68:1,4,22,25
69:4
**letters**
24:10 30:7 40:22 45:20
55:10 72:11
**life**
44:1,23 45:3 73:2
**liked**
79:3
**limited**
13:18
**line**
43:1 45:14 82:2,4,6,8
82:10,12,14,16,18,20
82:22
**lines**
38:9
**liquidated**
61:10
**liquidation**
1:5,14 6:25
**listed**
32:15 33:4 37:21 38:10
38:11 39:17 42:22
43:12 53:23 54:3
56:16
**litigation**
9:25 69:24
**little**
16:4 24:22 36:14 42:24
**living**

4:20 52:2 54:4,9,17
55:21,22 73:11,11
**LLC**
1:8,14
**LLP**
2:8 3:2,12
**long**
11:18
**longer**
61:12
**look**
15:2 32:12 37:25 38:1
38:9,23 40:3 41:9
59:21 65:4 77:4
**looked**
46:10 48:19 61:22
**looking**
25:8 47:25,25
**looks**
15:10 31:23 32:21
34:22,24 48:13 58:22
62:7
**loop**
61:20
**lot**
25:8 72:20 78:8 79:20
**loud**
71:9
**Lynch**
67:1

**M**

**M.D**
1:23 4:2,15 6:6 33:20
83:17
**machine**
84:9
**Madoff**
1:7,11,14,15 6:25 9:18
9:19,20 17:1 32:19
64:9 73:6,20,21 76:22
78:13
**MADTBB00**
31:12

**MADTBB02386355**
4:19 40:1
**MADTBB02386398**
40:2
**MADTBB03076939**
4:17 31:11
**MADTBB03076948**
32:10
**maintained**
50:2 53:5 64:9
**maintenance**
62:21
**major**
66:25 80:17
**manage**
75:10 76:7
**managed**
57:10 65:11,13 74:21
78:22
**management**
52:8 65:16 71:21 75:25
**managing**
72:4,12,24,24
**mark**
10:4,19 31:1 37:6
39:19 59:9 68:4
**marked**
10:6,8,21 14:20 31:2
37:8 39:21 46:8 54:19
59:17 63:22 68:7,21
70:25
**market**
52:14
**Massachusetts**
41:18
**material**
73:15
**materials**
13:7
**matter**
5:6 14:7 83:4
**matters**
33:19

SIPC v BLMIS                                    Blum 5/16/2016

CONFIDENTIAL

**McKenzie**
2:8 3:12 6:2
**mean**
12:25 19:2,13 22:5
25:12,15 26:7 38:4,15
39:11 42:6 44:19
45:19 47:21 48:3
50:22 51:4 52:3 65:22
67:7 69:8 71:23 72:10
73:10,17 74:14,14
76:16,18 77:9,22,23
79:2,12,19,20,24
**meaning**
42:15 74:13
**means**
45:19 74:23
**meant**
47:3
**medication**
10:12
**meet**
11:18
**members**
18:9 26:5
**memory**
10:13 21:17
**mentioned**
11:15 13:6,9 28:6
32:24 35:10 43:6 48:8
75:7
**Merrill**
67:1
**mess**
73:25
**met**
11:15
**MF00032473**
4:18 37:15
**Miami**
56:6
**Middlesex**
41:18
**mind**

36:5 41:8 50:22
**mine**
19:17
**minute**
49:25
**moment**
46:7
**money**
35:7 45:12,23 48:1,20
48:21 76:8 77:25
**month**
25:1,5 76:12
**monthly**
24:1,20 76:2 78:21
**months**
47:17 48:10,15
**morning**
6:14,15,17
**Morris**
4:20 19:6,8 21:2 52:1
54:9,17 55:21,24
**mother**
18:17 52:17 53:11,16
57:9 65:15
**mother's**
53:6 56:12 57:18 60:21
63:3,6,12 64:15,20
71:19 78:16
**motion**
14:13
**moving**
48:19
**multiple**
47:4,7

———————— **N** ————————
**N**
2:25 3:25 4:25
**name**
6:12,16 11:8 16:24
23:19 31:7 33:4 34:3
34:5,15,15 36:9 37:2
42:22 46:22 50:3 52:1
52:17 60:21 65:24

67:2
**named**
23:14 32:18 36:17
**necessary**
21:20
**need**
8:6,13 48:20,21 71:9
**needed**
76:9
**needing**
35:8
**neither**
84:12
**never**
22:8 23:16 30:3 75:7
78:9
**new**
1:1 3:3 56:4
**nod**
7:15,19
**Nods**
7:17,25 8:5,11,17
**non-BLMIS**
51:4
**Nope**
34:17
**Norman**
1:18 55:25 56:5 71:20
**North**
56:6
**Northwest**
5:11
**Notary**
2:6 84:22
**notice**
4:14,23 10:17,20 11:5
**notification**
11:6
**notifying**
24:10
**November**
37:13,23 55:16 56:17
61:1 62:15

**number**
25:3 31:10,10,11 33:3
33:9 37:15 39:16,17
42:19 43:21 45:20
50:23 54:10,18 72:9
**numbers**
38:25
**NW**
2:8 3:8,13
**NY**
3:3

———————— **O** ————————
**O**
4:25
**oath**
7:6 83:11
**object**
9:5 26:25
**objected**
69:18
**objection**
8:20 11:12,19 13:9,13
**objects**
8:20,23,25,25
**occasion**
23:6,9
**offer**
11:7 83:10
**office**
29:10
**offices**
2:7
**oh**
15:12 20:8 28:23 29:25
30:18 38:16 46:15
66:19 70:5 71:10
**okay**
7:17 9:8,15,23 10:16
11:10 12:17 14:3
15:25 16:7 20:1 32:6
39:13 40:11 41:4,14
46:15 49:10 55:11
58:7 60:9 61:5,13,16

08-01789-cgm    Doc 14359-5    Filed 10/28/16    Entered 10/28/16 17:24:56    Exhibit Ex.
5 Joel Blum Deposition Minuscript    Pg 32 of 39

SIPC v BLMIS                                                      Blum 5/16/2016

Page 94

CONFIDENTIAL

61:19,23 62:14,18
63:10 64:4,5 68:3,12
68:12,19 69:2 70:11
71:2,10,12,15,16 73:3
74:1,8,9,18 75:12,16
76:14 77:3,7 80:8,25
81:3
**older**
27:16 43:22
**once**
20:10 47:5,16 48:17
57:11 63:18
**one-minute**
13:1
**ones**
27:11,12 64:13
**open**
21:21 22:2 24:14 34:4
34:11,15
**opened**
18:1,5,5 19:10,22 20:4
20:5 21:24 37:1 50:7
50:12,17
**opening**
21:16 22:4,19 48:3
**operating**
72:12
**opportunity**
11:2,3,4,12
**options**
36:14
**order**
9:25 16:1
**orderly**
65:19 74:2 76:8,17,18
77:24 78:2 79:3
**outcome**
84:18
**oversee**
57:4

——————————
**P**
——————————
**P**
2:25,25 4:25

**p.m**
2:10 49:16,16 70:18,18
81:9
**page**
4:1,11 15:22 31:15
32:9 37:22 38:24 40:8
40:14,16,18 41:7,9,10
42:13,18,19 44:9
46:11 54:24 55:5,6
58:2,6 59:14,23 61:25
62:1 82:2,4,6,8,10,12
82:14,16,18,20,22
**paragraph**
34:23 46:16 47:18 64:5
64:7,12 65:4 71:4,6
74:5,6,7,10 77:4,9
**parents**
71:8
**part**
79:23 80:16,18,18,21
**parties**
5:17 84:14,17
**Pascali**
23:3
**passed**
57:8,9
**pay**
27:22 48:1
**penalty**
82:25 83:2
**pending**
8:8
**people**
12:1 22:24 23:6
**period**
24:16 27:21 60:24
73:19
**perjury**
82:25 83:3
**person**
16:23 22:2 79:3
**personal**
21:11 25:22 28:7 41:21

50:20
**personally**
53:5 62:20 64:10,14
**persons**
41:23
**physician**
51:10
**Picard**
1:13 3:6 6:24
**picked**
7:14
**piece**
75:10
**place**
5:10 47:5
**Plaintiff**
1:5,16
**plan**
73:6,9 80:15
**planning**
78:14
**played**
52:8,11
**Plaza**
3:2
**please**
6:4,12 7:13 8:2,7,14,21
15:16 31:14 32:23
33:5,12 37:17 43:18
44:2 46:19 48:21,22
55:17,19 56:3 58:3,4
58:11,12,18 60:7 64:2
64:7 65:7 67:10 77:3
**Poinciana**
56:6
**point**
18:6 29:6,11 30:1,5,7
36:6 47:24 50:24 53:9
53:16 64:14 80:11
**portions**
55:20
**positions**
38:7

**possession**
22:11
**possible**
58:19
**power**
67:17
**practicing**
51:11
**precisely**
57:17
**preparation**
13:12
**prepare**
10:25 16:1
**present**
3:17 5:18
**presented**
26:15
**pretty**
12:21 19:1
**primarily**
65:14
**principal**
45:4 47:20
**prior**
17:4 19:23 50:7
**privileged**
11:20 13:22
**Pro**
1:13
**probably**
45:12 62:7 72:9 73:1
73:19
**proceed**
56:3 60:8
**proceeding**
7:9 10:1 69:16,20,23
**process**
7:2 22:19 29:3,7,13,15
46:3 48:18
**produced**
22:12
**production**

SIPC v BLMIS                                          Blum 5/16/2016

CONFIDENTIAL

28:10
**profession**
51:8
**profit**
9:21 14:7,12 29:18,21
45:4 47:20 74:15,25
76:4
**profits**
33:10,13 34:25 35:3,25
45:11 46:20 47:25
**property**
41:20
**proportion**
41:25
**Protection**
1:4 3:7 5:25 14:8
**protective**
9:25
**provide**
8:15 9:13
**provided**
21:20 27:1 38:1,2 44:1
**provides**
55:25 56:2
**providing**
12:4
**Public**
2:6 84:22
**pull**
71:1
**purchase**
25:16,17
**purpose**
20:20 35:7 50:16
**purposes**
10:9,22 14:21 31:3
37:9 39:22 54:20
59:18 68:8
**pursuant**
10:17 55:18
**put**
16:5,8 39:13 40:5
47:13 59:8 61:23

**putting**
38:22
**PW**
9:21 38:19 75:22 77:13
**PWs**
30:3,6

--- **Q** ---

**question**
7:13,23 8:2,8,9,13,21
9:10,13 13:17 26:15
31:14 32:8 40:7 46:9
54:23 55:5 58:4 71:16
**questions**
7:3,5 10:14 31:15 64:1
70:15,23 71:7,14 74:7
77:6 80:5 81:2
**quick**
7:2 49:10 58:4 59:21
80:8
**quite**
39:11

--- **R** ---

**R**
2:25 4:25
**read**
32:22 41:15 42:24
43:17 46:16 55:16
58:7 64:6 65:6 71:5,9
71:11 77:10 83:3,5
**reads**
39:16
**ready**
37:18,20 58:5 60:7
64:3
**real**
41:21
**realize**
9:8
**really**
20:11 30:15 50:21
52:10,24 65:19 72:19
73:17 79:14

**reason**
26:14 34:18 42:9,11
**reasonable**
56:15
**recall**
15:9 18:1 19:18 20:6
22:4,5,5,6,18,22
23:10,13,16,23 24:2
24:16,18 26:13 27:7
28:18 34:4,8,14 35:2
35:5,19,22 36:11,16
36:19,22 38:23,25
39:3,7 42:8 44:23,25
47:2 48:25 56:14
57:14,15,25 61:13
62:24 63:4,19 66:7
75:25 76:5 80:24
**receipt**
46:25
**receive**
23:19 24:14,19 26:10
27:8,10 48:8,9 51:17
57:12 66:2 67:25
76:21 77:25
**received**
10:1 23:24 24:2,20
26:5 27:14,19,20 28:1
38:3 45:3 51:13 53:12
53:18 65:9 68:23 69:1
76:1 80:23
**receiving**
24:16 28:12 44:23
53:17 63:4 76:11
**Recess**
49:16 70:18
**recollection**
31:18,21,24 32:1,3,4
34:6 42:4 45:19,22
46:2 47:15 48:9 50:6
56:20 58:24 59:2 61:5
62:10 76:11 77:2
**recommend**
20:12,19

**record**
5:3 22:14 28:14 32:23
43:18 49:15,18 55:17
64:7 70:17,20 81:6
84:11
**records**
63:10,15 65:8 74:11
**recovery**
70:3
**refer**
9:18,21 35:24 70:24
74:4 77:8
**reference**
51:3
**referred**
75:17
**referring**
9:20,21 25:18 33:23,24
45:17,24 47:6,12,19
57:7 64:11 69:22
74:16
**refers**
44:11,12
**reflect**
56:4
**refresh**
42:3
**regard**
63:17
**regarding**
33:3,9 34:2,25 46:17
69:16 80:14
**regards**
53:13
**regular**
72:16 73:13 79:12
**regularly**
71:19,23,25 72:7 76:1
**reinvested**
33:11 35:1,4
**related**
84:13
**relative**

SIPC v BLMIS                                        Blum 5/16/2016
CONFIDENTIAL

84:15
**relevant**
55:19
**relied**
66:12
**remainder**
55:23 63:3 64:20
**remaining**
43:24 44:2,15,19
**remember**
9:12 16:18 17:8 18:18
20:8,23,24 22:24
26:23 27:18 29:25
30:11,16 34:21 36:5
38:7,10,18,20 39:2
41:4 45:7 46:1 49:5
50:14 53:7 54:1,2
61:17 67:8
**remembering**
48:12
**remind**
40:23
**remit**
58:12
**repeat**
8:3
**rephrase**
8:3
**reported**
2:5
**reporter**
5:15 6:4 7:4,15,21
83:25 84:3
**Reporting**
5:14,16
**represent**
5:19
**representing**
77:14
**request**
5:11 22:12,13 23:11
28:10,13 29:10 48:4
55:19 76:13,20,22

79:24
**requested**
27:20 45:22 59:3
**requesting**
23:12 28:18 29:2 35:2
35:19
**requests**
28:22 48:25 49:2
**respect**
51:21 69:25 77:11
78:11
**responsibility**
62:23
**responsible**
62:20
**rest**
55:6
**Restatement**
55:21
**result**
47:11
**retirement**
64:23 78:14
**retirement-type**
65:15
**retrospect**
26:17 36:4,6
**review**
11:4,5,12 15:15 24:21
24:23 26:1 31:14 40:9
40:22 52:3 55:6 66:5
68:25 74:5 77:5
**reviewed**
13:6,12 22:9 52:4
**reviewing**
15:19 17:9 31:17 32:6
37:19 40:10,25 41:1
46:7 55:3,8 60:9 64:4
68:18 71:15 74:8 77:7
79:8
**Richard**
3:14 6:1
**richard.kirby@bake...**

3:15
**Richmond**
33:17 37:14 43:13 56:8
73:11
**right**
9:7 13:20 32:20 34:16
35:12 36:9 37:20
40:13 42:25 46:23
47:20,21 55:14 58:10
61:2 62:16 65:2 79:6
79:17,18
**Rights**
33:8
**Road**
43:13 56:8
**Rockefeller**
3:2
**role**
52:8,12 57:2 61:6
**Roslyn**
4:21 52:17 55:22,23
56:2 59:10 68:15
**rules**
7:12

――――――――――――
S
――――――――――――

**S**
2:25 4:9,25
**Sala**
23:14
**sale**
25:16
**sales**
25:17
**save**
20:15 35:7 83:6
**saving**
21:7
**saw**
30:3
**says**
41:1 47:21 71:17 74:10
74:19 77:10 78:18
**scenario**

78:21
**school**
48:2
**Scratch**
51:19
**second**
38:17 55:20 59:23
74:18
**Securities**
1:4,8,14 3:7 5:25 7:1
9:19 14:8 32:19 64:9
73:7 76:23 78:13
**see**
9:2 25:7 38:24 42:22
43:10 45:13 70:14
**seeing**
38:19,20 39:7 42:3
58:25
**seeking**
70:3
**send**
29:1 33:12 44:2 46:19
48:21,22 76:25
**sense**
35:6 47:9 56:23 65:10
74:20 75:5 76:10
**sent**
29:5 35:20 36:2 44:15
**sentence**
41:16 64:6 71:17 73:3
74:9,18 78:12,18
**sentences**
65:7 77:9
**served**
36:19 42:4 62:15
**service**
43:25 63:11
**set**
36:16 39:1 42:2 70:11
**settlement**
11:7 57:4,6
**shake**
7:15

SIPC v BLMIS                                              Blum 5/16/2016

CONFIDENTIAL

**SHEET**
81:25 83:9
**Sherborn**
41:17
**shocked**
30:14
**shorthand**
84:9
**shortly**
56:21
**shot**
12:21
**shots**
12:22
**show**
31:1 37:6 54:8
**side**
38:24
**signature**
15:22 32:12 34:22 43:1
43:3 44:8,9 58:20,23
60:13 62:5,6 81:7
**signed**
10:2 83:13
**significant**
80:18
**similar**
35:15
**single**
47:4
**SIPA**
1:5,13
**SIPC**
3:11 5:6 6:22 69:3
**sir**
58:9,10
**situation**
78:19
**slips**
24:5 25:13,14
**small**
38:4 77:16 78:3
**so-called**

74:15
**sold**
25:15
**sole**
41:23
**somebody**
40:21
**somewhat**
54:12 66:14
**soon**
58:18
**sorry**
8:25 15:14 31:12,20
39:18 41:9 46:12,14
50:19 55:9 60:2 61:21
68:17 75:14
**sort**
26:19 79:19
**sought**
78:15
**sounds**
17:25 48:7 71:24
**source**
66:15
**SOUTHERN**
1:1
**speak**
7:22 11:23 13:2 15:25
23:7,9 28:21 49:24
50:10
**speaking**
9:17 22:22,25 23:13
**specific**
6:24 20:9,14 45:21
77:1
**specifically**
20:21 35:5 44:25 48:13
**speculation**
8:13
**spent**
78:8
**split**
64:20

**spoke**
22:18,22 23:5,6 29:8
50:14,15
**spoken**
8:18 12:1,3,8,11 40:24
**spring**
72:1
**stamp**
39:25 42:20
**start**
72:9
**started**
19:16,17 25:1 35:11
72:6
**starting**
33:11 41:11 46:16,18
58:9 61:24 71:25
**state**
5:18 6:12
**statement**
26:16 34:24 37:12 38:5
39:8 46:18 54:11
77:19 78:25
**statements**
23:20 24:8,15,21 25:3
26:1,5,11 27:2,6 30:4
38:2,12,15 39:1,3,5
53:12,17 57:12 66:3,6
66:9
**STATES**
1:1 84:1
**stepping**
72:20
**steps**
22:6
**stock**
52:14
**stocks**
52:11
**stop**
51:11
**Street**
3:8

**stroke**
72:2
**stuff**
25:10
**stupid**
26:19
**submitted**
11:13 15:20 63:2
**substantial**
80:21
**Substantively**
1:6,13
**successor**
56:1,3,19 57:2 63:5
**successors**
41:19
**Suite**
3:8
**summer**
35:18 61:15 62:11
**suppose**
62:22 63:16
**sure**
16:10 17:12 26:8 27:11
28:23,25 45:25 57:19
69:8
**surprised**
32:7
**Survivorship**
33:8
**suspect**
19:12 20:2
**swear**
6:4
**sworn**
6:8 84:7

| T |
|---|

**T**
4:9
**take**
7:4 8:6,9 15:1 22:15
28:15 40:3 49:9 59:21
70:13 76:9

SIPC v BLMIS                                    Blum 5/16/2016

CONFIDENTIAL

**taken**
5:10 23:12 83:4 84:4,8
  84:15
**talk**
13:4 55:9 73:20
**talked**
16:19
**talking**
8:1 14:15 31:22 40:11
  72:22 75:8
**telephone**
32:25
**term**
25:12 29:21 44:18
**terms**
21:7 36:15 39:12 42:1
  47:18
**testified**
6:8
**testify**
14:6
**testifying**
7:7
**testimony**
2:5 7:8 84:6,8,11
**text**
32:23 43:17 55:16 58:8
**Thank**
10:3 15:6 22:16 33:18
  39:14 40:5 42:16 43:6
  43:24 49:12,13 56:9
  59:7 60:4 70:12,15
  80:25
**Thanks**
68:13
**thing**
7:20 19:15 24:11 46:4
  47:14 73:13
**things**
7:20 25:16 52:5 72:13
  72:19,25 73:23 74:2
  76:15 79:2,4,17 80:9
**think**

9:9 11:14 14:14 15:10
  18:24 19:21 22:7 23:5
  27:14 28:24 29:4,6,12
  30:20 35:13 38:18
  41:4 45:5,5 47:2,13
  47:24 48:4 51:12 52:4
  53:15,25 54:3,4,13,14
  55:12 57:1,18 61:9,11
  62:23 63:19 65:23
  67:1,6 70:11 72:5,14
  75:9,15
**thinking**
45:6 47:22
**third**
15:22 34:23 62:1 64:5
  64:6
**thought**
21:2,6 49:6,8
**three**
47:16 48:10,15 73:12
**time**
5:8 8:6,21,21 9:9 17:8
  17:14,17,21 18:19
  19:10 20:5,11 24:5,6
  24:13,15,16,18 25:6
  26:21,22,23 27:21,25
  29:15 32:2 34:5,13,16
  35:8,15,20 36:7,7,9
  36:17 37:23 43:15,20
  43:23 49:3,12,14,20
  50:7,11,15 52:7,22
  53:22 56:16,19,25
  60:18,22,24 61:10,15
  62:11,18 63:5 70:10
  70:12,16,19 73:10
  75:4 78:8,20 81:4,5
**times**
29:14 45:23 48:13
  73:13
**timing**
18:13 54:13 57:20 61:3
  61:6 79:15
**title**

17:12 33:5
**today**
5:7 7:12 9:17,24 10:12
  11:1 12:5,9 13:7,12
  14:6 16:5 49:11 75:17
**today's**
11:24
**top**
37:22 60:16
**total**
77:14
**track**
78:4
**trans**
49:6
**transaction**
24:5 25:11 33:12,13
  35:25 44:4,17,21
  45:15,16,17,25 46:18
  46:20 47:7,13,14 49:7
  76:17,18
**transactions**
25:4,7,17,18 47:4,5,9
  75:23 77:14
**transcribed**
84:10
**transcript**
2:5 83:3
**transcription**
84:10
**true**
83:6 84:11
**truly**
33:20
**trust**
4:18,20 17:12 32:4
  33:10,14 36:8,11,12
  36:15,17,17 37:2,13
  39:16 41:1,11,12,19
  41:22,24 42:5,5,10,15
  42:19 43:20 44:22
  46:20 47:1 52:2 54:9
  54:17 55:21,23,24,25

56:2 63:3,7,7,13,13
  64:21 75:19
**trustee**
1:13 3:6 4:12,14,15,16
  4:18,19,20,21,23 5:21
  5:23 6:24 10:9,22
  14:21 31:3 36:20 37:9
  39:22 41:22 42:5,10
  54:20 56:20,25 57:3
  57:11 59:18 60:25
  61:6,11 63:6,18 68:8
  69:3,17 70:2,3,25
  75:17 77:12
**Trustee's**
4:23 14:12 75:21
**trustees**
56:1,3,4
**try**
12:18 20:15
**trying**
50:25 65:17 76:6,7
**tuition**
76:9
**turn**
43:5 46:6 49:24 58:2
  61:19 67:20 71:3
**Twelfth**
55:24
**two**
20:16 21:10 23:17
  24:10 26:11 27:16
  31:23 33:1 43:22
  44:12 55:10 57:3
  62:19 63:6,12,18 65:1
  65:6 66:22,25 77:9
  80:20
**types**
25:18

───────────────
**U**
───────────────
**uncle**
18:24
**undergo**
22:19

SIPC v BLMIS                                    Blum 5/16/2016

CONFIDENTIAL

**understand**
7:10 8:2 10:16,18 14:5
  14:10 25:9 26:4 30:9
  37:1 38:14 44:18
  45:16,17 53:4,11
  65:12 69:2 77:12
**understanding**
16:25 17:2 19:5,9 21:1
  21:5,19 27:24 29:9,17
  33:22 36:1 44:14
  46:25 49:1 51:20,24
  56:11 60:20 65:20
  66:11 69:10 83:9
**understood**
38:16 49:7 64:25
**Undertaking**
4:12 10:2
**UNITED**
1:1 84:1
**use**
9:16,18,19 25:12

**V**

**v**
1:6,17
**value**
24:25 25:1
**Vanderwal**
3:5 5:22,22 6:19,20
  63:24 68:15
**versus**
5:6 14:9
**Vickery**
2:6 5:15 84:3
**videographer**
3:18 5:2,13 6:3 49:14
  49:17 70:16,19 81:4
**videotape**
5:4 49:18
**VIDEOTAPED**
1:22
**Virginia**
33:17 37:15 43:13 56:8

**W**

**wait**
7:22 38:16
**waived**
81:8
**want**
23:6 25:7 41:5 55:5
  67:20 72:5
**wanted**
12:21 77:24 78:1
**Washington**
2:9 3:9,13 5:11
**wasn't**
14:14 22:25 47:3 48:15
  80:17
**way**
12:23 30:19 49:5 65:10
  65:13,18 74:21 76:6
  77:21,22,23 79:2
**We'll**
16:4 70:13
**we're**
6:23 7:1 9:17 14:15
  49:24 59:6 70:11,14
**we've**
23:17 26:12
**weeks**
32:25
**weird**
34:9
**went**
48:24 63:8
**wife**
17:23 18:5 21:13 22:1
  23:19 25:24 34:4
**wife's**
34:15
**wish**
66:10
**withdraw**
28:19 78:15
**withdrawal**
14:12 29:18,22 74:15

**withdrawals**
9:22 14:7 22:23 38:21
  45:21 76:8
**withdrew**
78:17
**witness**
3:15 4:1 6:2,4 11:21
  13:20,24 14:3 40:16
  68:18 81:3 84:6,8,12
**wonder**
26:19
**worded**
49:5
**wording**
49:4
**words**
70:2 74:22
**work**
8:23 75:10
**worked**
51:9
**worry**
8:14 55:12
**wouldn't**
25:5
**Wow**
31:18 32:5,6
**write**
67:14
**writing**
58:11
**wrote**
34:19

**X**

**X**
3:25 4:9

**Y**

**yeah**
12:2,25 14:16 25:20,25
  29:23 30:18,22 32:13
  42:21 61:3,23 66:19

68:16,17 75:15 76:24
**year**
20:4 72:19 73:13
**years**
16:14,15 30:21,23 44:5
  71:18 72:9,14 73:2
**York**
1:1 3:3

**Z**

**0**

**03**
61:10
**03076956**
31:12
**08-01789(SMB)**
1:4

**1**

**1**
1:17 5:4
**1-00218-1**
33:9
**1-00269-1**
33:3
**1-0028-1**
46:17
**1-B0189-4**
58:15
**1-B0191-3**
58:16
**1-B0191-4**
58:17
**1-BO189-3**
58:14
**1-C1001-1-0**
43:21
**1,377,000**
77:15
**1:39**
2:10 5:8
**10**
4:13,14 31:15 32:15

SIPC v BLMIS                                                Blum 5/16/2016

CONFIDENTIAL

47:8,11,11
**10-04846**
1:13
**1000**
3:8
**100218-10**
39:17
**100269**
34:2
**10111-0100**
3:3
**10th**
32:9
**11**
20:17 30:17
**11/30/90**
4:18
**1105**
38:25,25
**11th**
41:10
**12**
4:12 10:7,10
**13**
4:14 10:20,23 20:17
**14**
4:15,15 14:19,22 55:16
  56:17 63:23 70:25
  79:9,10 84:24
**140**
77:13 78:20
**15**
4:16,24 31:1,4 46:8
  68:5
**16**
1:17 2:9 4:18 5:7 37:7
  37:10
**1667**
3:8
**17**
4:19 39:20,23
**18**
4:20 43:11 54:16,21

61:20
**19**
4:21 59:10,19 68:11,14
**1980s**
16:16 18:2,18 19:22
**1984**
17:10 20:16 78:16
**1986**
51:12
**1988**
41:3
**1989**
27:17 35:12
**1990**
27:17 32:15 35:12
  37:13,23
**1990s**
52:6 53:9 72:15
**1993**
18:20 71:19,25 72:6
**1996**
43:11
**1B0033**
77:12
**1B0186**
4:16 31:10
**1B0189**
4:20 54:10,17
**1B0191**
4:21
**1B0191-30/40**
59:10
**1B0336**
78:16
**1C0**
39:17
**1C1001-10**
39:18

———————————————
**2**
———————————————
**2**
49:18
**2:42**
49:15,16

**2:58**
49:16,20
**20**
4:23 14:25 68:6,9,22
**20006-1620**
3:9
**20006-4078**
3:13
**2000s**
72:15
**2002**
52:25 53:1 55:16 56:17
  60:11,22 61:1,1 62:15
**2003**
61:13 62:4,12,16
**2005**
27:14 29:6,15 39:12
**2006**
27:15 29:6
**2007**
27:15
**2008**
30:17
**2016**
1:17 2:9 4:24 5:7 14:25
  68:5 83:14
**2018**
84:24
**202.371.8300**
3:9
**202.452.7020**
3:14
**212.589.4621**
3:3
**23221**
33:17
**23229**
56:8

———————————————
**3**
———————————————
**3:31**
70:17,18
**3:46**
70:18,20

**3:59**
81:5,9
**30**
25:14 37:13
**30/40**
4:16,20,21
**3023**
33:16 37:14
**31**
4:17 62:4
**33160**
56:7
**358**
40:19 43:9
**365**
41:10
**37**
4:18
**371**
42:20
**381**
56:5
**39**
4:19

———————————————
**4**
———————————————
**4**
41:7 71:4
**40**
25:14
**409**
61:24
**411**
61:25
**413**
54:25 55:1,10,15
**427**
55:7,10 58:3
**4469**
4:20
**45**
3:2

———————————————
**5**
———————————————

**515**
60:6
**537**
4:22
**54**
4:20
**59**
4:22

───────── **6** ─────────
**6**
4:3
**6398**
4:19
**68**
4:24

───────── **7** ─────────
**7**
42:13,18,19
**70**
4:4

───────── **8** ─────────
**8**
60:10 65:4 74:5,6,7,10
**80**
4:5 50:24
**80s**
50:24 66:13
**815**
2:8 3:13 5:10
**83,794.59**
69:14
**89**
35:13

───────── **9** ─────────
**9**
46:11 77:4,9
**90s**
27:18 54:14 66:13
**94**
72:2

**940**
46:13
**948**
32:9 46:12,14,15
**9508**
43:12 56:7
**956**
4:17
**97**
72:11