**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
(888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>          Debtor. | |

### PARTICIPATING CLAIMANTS' PREHEARING DISCLOSURES

I.   WITNESSES

   Aaron Blecker by deposition
   Annette Bongiorno
   Winifer Jackson
   Dorothy Khan
   Alethea Leung
   Bernard L. Madoff
   Irving H Picard
   Joann Sala

{000023871 2 }

II.   EXHIBITS

| Exh. No | Document Description | ECF No. | Date | Objection N/A/O |
|---|---|---|---|---|
| 1. | Deposition Transcript of Aaron Blecker dated July 1, 2014 | ECF 14162-3 | 07/01/2014 | |
| 2. | Deposition Transcript of Annette Bongiorno dated July 8, 2016 | ECF 14162-4 | 07/08/2016 | |
| 3. | Deposition Transcript of Winifier Jackson dated May 23, 2016 | ECF 14162-5 | 05/23/2016 | |
| 4. | Deposition Transcript of Dorothy Kahn dated May 25, 2016 | ECF 14162-6 | 05/25/2016 | |
| 5. | Deposition Transcript of Alethea Leung dated June 2, 2016 | ECF 14162-7 | 06/02/2016 | |
| 6. | Deposition Transcript of Bernard L. Madoff dated June 15 | ECF 14162-8 | 06/15/2016 | |
| 7. | Deposition Transcript of Joann Sala dated June 13, 2016 | ECF 14162-9 | 06/13/2016 | |
| 8. | Supplemental Expert Report of Lisa M. Collura dated December 17, 2015, Attachments D.17 and D.18 | ECF 14162-10 | 12/17/2015 | |
| 9. | Supplemental Expert Report of Matthew B. Greenblatt dated December 17, 2015, page 24 | ECF 14162-11 | 12/17/2015 | |
| 10. | Madoff Portfolio Management Report as of 12/31/82, MF00092212 | ECF 14162-12 | 12/31/1982 | |
| 11. | Madoff Account 1B0022-10, opening form September 22, 1986, MADTBB01988419 | ECF 14162-13 | 09/22/1986 | |
| 12. | Madoff Account 1B0157-30/40, folder 08/04/92, 04/18/97, MADTBB01988424 | ECF 14162-14 | 08/04/1982 – 04/18/1997 | |

| Exh. No | Document Description | ECF No. | Date | Objection N/A/O |
|---|---|---|---|---|
| 13. | Madoff Account 1B0156-30/40, folder 4/17/96, MADTBB01988420 | ECF 14162-15 | 04/17/1996 | |
| 14. | Madoff Account 1B002310 / 1B0157, folders and opening form, MADTBB01988421,2,3 | ECF 14162-16 | | |
| 15. | Madoff Account 1B0022 / 1B0156, Customer Master File Maintenance form, AMF00154126 | ECF 14162-17 | | |
| 16. | Madoff Account 1B0023 / 1B0157, Customer Master File Maintenance form, AMF00154159 | ECF 14162-18 | | |
| 17. | Madoff Account 1-B0156-3 Report 4/24/97 to 4/30/97, MDPTQQ00030367 | ECF 14162-19 | 04/24/1997 – 04/30/1997 | |
| 18. | Madoff Account 1-B0157-3-0 Statement 04/30/97, MDPTPP00260199 | ECF 14162-20 | 04/30/1997 | |
| 19. | Madoff Account 1-B0156-3 Report 1/01/07 to 7/31/07, MDPTQQ00030490 | ECF 14162-21 | 01/01/2007 – 07/31/2007 | |
| 20. | BLMIS Account 1-B0157-3 Report 1/01/07 to 6/30/07, MDPTQQ00030629 | ECF 14162-22 | 01/01/2007 – 06/30/2007 | |
| 21. | BLMIS Account 1-B0156-3-0 Statement 11/30/08 | ECF 14162-23 | | |
| 22. | Aaron Blecker's SIPC Claims Accounts 1B0022 and 1B0156, July 22, 2009 | ECF 14162-24 | 07/22/2009 | |
| 23. | Trustee's determination letter, October 19, 2009, Account 1B0022 | ECF 14162-25 | | |

{000023871 2 }    3

| Exh. No | Document Description | ECF No. | Date | Objection N/A/O |
|---|---|---|---|---|
| 24. | Aaron Blecker's letter to Judge Burton R. Lifland, November 2, 2009 | ECF 14162-26 | 11/2/2009 | |
| 25. | Affidavit of Aaron Blecker November 18, 2009 [ECF 961, Bankr Case 08-01789] | ECF 14162-27 | | |
| 26. | Trustee's determination letter, May 10, 2010, Account 1B0156 | ECF 14162-28 | 05/10/2010 | |
| 27. | Trustee's determination letter, September 29, 2010, Account 1B0157 | ECF 14162-29 | 09/29/2010 | |
| 28. | Aaron Blecker's letter to Judge Lifland and Irving Picard, October 19, 2010 | ECF 14162-30 | 10/19/2010 | |
| 29. | Baker & Hostetler letter to Aaron Blecker, November 11, 2010 | ECF 14162-31 | 11/11/2010 | |
| 30. | Madoff Account 1-00254-1-0 Statements 9/30/86, 10/31/86, 11/30/86, 12/31/86, 9/30/90, MF00064856, MF00065607, MF00066319, MF00067077, MF00026350 | ECF 14162-32 | 09/30/1986 10/31/1986 11/30/1986 12/31/1986 09/30/1990 | |
| 31. | Madoff Account 1-00254-9-C Statement 9/30/90, MF00026351 | ECF 14162-33 | 09/30/1990 | |
| 32. | Madoff Account 1-00214-1-8 Statements 3/31/81, 4/30/81, 7/31/81, Portfolio Management Report 12/31/82, MF00095502, MF00095958, MF00097550, MF00092212 | ECF 14162-34 | 03/31/1981 04/30/1981 07/31/1981 | |
| 33. | Madoff Account 1-00215-9-C Statement 9/30/90, MF00026292 | ECF 14162-35 | 09/30/1990 | |
| 34. | Madoff Account 1-B0023-1-0 Statement 8/31/93, MF00381083 | ECF 14162-36 | 08/31/1993 | |

| Exh. No | Document Description | ECF No. | Date | Objection N/A/O |
|---|---|---|---|---|
| 35. | Chart of Appreciation Differential Aaron Blecker Account | ECF 14162-37 | | |
| 36. | Chart of Appreciation Differential Joint Account | ECF 14162-38 | | |
| 37. | Madoff Check No. 5671 12/17/91 to Gunther Unflat & Margaret Unflat | ECF 14162-39 | 12/17/1991 | |
| 38. | Madoff Account 1-02103-1-0 Statement 12/31/91, MF00474561 | ECF 14162-40 | 12/31/1991 | |
| 39. | BLMIS investors' letters requesting profit withdrawals, MADTBB01989181,3,4 | ECF 14162-41 | | |
| 40. | Email from Bik Cheema, July 17, 2014 re: no cancelled checks to Aaron Blecker in Trustee's possession | ECF 14162-42 | 07/17/2014 | |
| 41. | Email from Bik Cheema, August 1, 2014 re: Trustee not deposing Aaron Blecker | ECF 14162-43 | 08/01/2014 | |
| 42. | Chart showing value of stocks retained by Annette Borgiorno pursuant to Settlement Agreement | ECF 14162-44 | | |
| 43. | Madoff Account 1-B0022-1-0 Statement 9/30/95, MF00113636 | ECF 14162-45 | 09/30/1995 | |
| 44. | BLMIS Account 1-B0156-3 Report 1/01/05 to 1/31/05, MDPTQQ00030460 | ECF 14162-46 | 01/01/2005 – 01/31/2005 | |
| 45. | Madoff Account 1-B0023-1-0 Statement 1/31/97, MDPTPPQQ129327 | ECF 14162-47 | 01/31/1997 | |

{000023871 2}    5

| Exh. No | Document Description | ECF No. | Date | Objection N/A/O |
|---|---|---|---|---|
| 46. | BLMIS Account 1-B0157-3 Report 1/01/05 to 2/28/05, MDPTQQ00030601 | ECF 14162-48 | 01/01/2005 – 02/28/2005 | |
| 47. | Madoff Account 1-00215-1-0 Statements 8/31/83, 7/29/83, MF00368955, MF00368415 | ECF 14162-49 | 08/31/1983 07/29/1983 | |
| 48. | Madoff customers' letters requesting profit withdrawals at inception of accounts, AMF00216912 | ECF 14162-51 | | |
| 49. | Arthur Blecker & Sofie Blecker J/T WROS's SIPC Claim Account 1B0157-3 | ECF 14162-51 | | |

N – No objection

A – Authenticity

O – Other objection

III.    DEPOSITION EXCERPTS

| Witness | Deposition Date | Transcript Page:Line |
|---|---|---|
| Aaron Blecker | July 1, 2014 | 4:19 – 13:3 |
| Annette Bongiorno | July 8, 2016 | 40:1-4<br>42:4-20<br>76:24-79:3<br>126:2-6<br>145:9-262:21 |
| Winifer Jackson | Mary 23, 2016 | 104:19-133 |
| Dorothy Kahn | May 25, 2016 | 96:6-121 |
| Alethea Leung | June 2, 1016 | 129:20-158 |
| Bernard L. Madoff | June 15, 2016 | 6-68:1<br>105:20-109 |

| Witness | Deposition Date | Transcript Page:Line |
|---|---|---|
| Joann Sala | June 13, 2016 | 227:6-270:4 |
| | | 279:9-283 |

September 30, 2016                          **CHAITMAN LLP**

By:    */s/ Helen Davis Chaitman*
       Helen Davis Chaitman
       Gregory M. Dexter
       hchaitman@chaitmanllp.com
       gdexter@chaitmanllp.com
       465 Park Avenue
       New York, New York 10022
       Phone & Fax: 888-759-1114

*Attorneys for Participating Claimants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2016, I caused a true and correct copy of the foregoing document to be served by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

        **CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     hchaitman@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

     *Attorneys for Participating Claimants*