BECKER & POLIAKOFF LLP
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for Claimant Aaron Blecker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

### NOTICE OF DEPOSITION OF AARON BLECKER

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rule 7030 and Rule 9014 of the Federal Rules of Bankruptcy Procedure, Aaron Blecker will be available for deposition, upon oral examination, at 50 Gristmill Lane, Great Neck, New York 11023 on July 1, 2014 at 10:00 AM. The deposition is to be recorded by audiovisual and stenographic means.

{N0049684 }

2

Dated: New York, New York  
      June 20, 2014

**BECKER & POLIAKOFF LLP**

By /s/ Helen Davis Chaitman  
45 Broadway  
New York, NY 10006  
(212) 599-3322  
Hchaitman@bplegal.com

*Attorneys for Claimant, Aaron Blecker*

{N0049684 }  2