# Brown, Seanna R.

| | |
|---|---|
| **From:** | Chaitman, Helen Davis <hchaitman@bplegal.com> |
| **Sent:** | Tuesday, June 24, 2014 2:32 PM |
| **To:** | Brown, Seanna R. |
| **Cc:** | Blanco, Lourdes; Mogavero, Vincenzo; Sheehan, David J.; Cremona, Nicholas |
| **Subject:** | Re: In re Madoff, Aaron Blecker deposition - July 1, 2014 Noon |
| | |
| **Categories:** | C: Madoff |

Normally I would have no problem doing that but this is the only time Mr Blecker has available for a few weeks and I can't delay it in view if his age. I am sorry. I don't think it will take more than one hour.

Sent from my iPhone

On Jun 24, 2014, at 1:09 PM, "Brown, Seanna R.

## Helen Davis Chaitman
Shareholder

Becker & Poliakoff
45 Broadway, 8th Floor | New York, NY 10006
Tel: 212.599.3322 | Cell: 908.303.4568 | Fax: 212.557.0295
E-Mail | Website



**IRS Circular 230 disclosure:**
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
" <sbrown@bakerlaw.com> wrote:

> Thanks, Lourdes.
>
> We are in the process of preparing the documents requested for production. We anticipate that they will be produced no later than early next week. In order to allow for time for review of the documents after production and in light of the federal holiday next week, we request that the deposition be adjourned for one week, to be held on or after July 8th.
> Please let me know who I should speak to regarding the deposition schedule.
> Regards,
> Seanna Brown
>
>> **From:** Blanco, Lourdes [mailto:lblanco@bplegal.com]
>> **Sent:** Tuesday, June 24, 2014 12:54 PM
>> **To:** Brown, Seanna R.
>> **Cc:** Chaitman, Helen Davis; Mogavero, Vincenzo; Sheehan, David J.
>> **Subject:** In re Madoff, Aaron Blecker deposition - July 1, 2014 Noon
>> Hello Seanna:
>> Please see attached amended deposition notice.
>> Thank you.

Lourdes
**Lourdes Blanco**
Paralegal

Becker & Poliakoff
45 Broadway, 8th Floor | New York, NY 10006
Tel: 212.599.3322 | Fax: 212.557.0295
E-Mail | Website

**Privileged Information:** This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.