**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF DEPOSITION OF AARON BLECKER**

300327387.1

1

To:

    Helen Davis Chaitman
    Becker & Poliakoff LLP
    45 Broadway
    New York, NY 10006

    *Attorneys for Aaron Blecker*

    PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rule 7030 and Rule 9016 of the Federal Rules of Bankruptcy Procedure, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and Bernard L. Madoff, by and through his counsel Baker & Hostetler LLP, will take the deposition, upon oral examination, of Aaron Blecker, residing at 50 Gristmill Lane, Great Neck, New York 11023 before a notary public or other person authorized to administer oaths on August 7, 2014 at 10:00 a.m. at the offices of Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111 by stenographic means and subject to videotaping at the Trustee's discretion. You are invited to attend and cross-examine.

    Date: June 30, 2014

                                              /s/ David Sheehan
                                              David J. Sheehan
                                              Jorian Rose
                                              Nicholas J. Cremona
                                              Baker & Hostetler LLP
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Telephone: (212) 589-4200
                                              Facsimile: (212) 589-4201

                                              *Attorneys for Irving H. Picard, Trustee for the*
                                              *Substantively Consolidated SIPA Liquidation of*
                                              *Bernard L. Madoff Investment Securities LLC and*
                                              *the Estate of Bernard L. Madoff*

300327387.1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF DEPOSITION OF AARON BLECKER was served via Federal Express standard overnight delivery on this 30th day of June, 2014 upon the following:

Helen Davis Chaitman
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006

*Attorneys for Aaron Blecker*

                                        _/s/ Sarah B. Roberts_____
                                        Sarah B. Roberts, Paralegal
                                        Baker & Hostetler LLP

300327387.1