Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff
                Applicant
    -against-
BERNARD L. MADOFF INVESTMENT SECURITIES,
LLC,

                Defendant.

Adv. Pro. No. 08-01789(SMB)
_____

        July 1, 2014
        11:57 a.m.

        Redacted
        Redacted

        DEPOSITION
of AARON BLECKER, a Witness herein, held
at the above-noted time and place before
Josephine Winter, Certified Shorthand
Reporter and a Notary Public of the State
of New York.

Page 2

1
2        * * *
3
  APPEARANCES:
4
5  BECKER & POLIAKOFF, ESQS.
   Attorneys for Witness AARON BLECKER
6       45 Broadway
        New York, New York 10006
7  BY:  HELEN DAVIS CHAITMAN, ESQ.
        hchaitman@beckerny.com
8
9  BAKER & HOSTETLER, LLP
   Attorneys for Trustee IRVING PICARD
10      45 Rockefeller Plaza
        New York, New York 10111
11 BY:  AMY E. VANDERWAL, ESQ.
        avanderwal@bakerlaw.com
12      and
        BIK CHEEMA, ESQ.
13      bcheema@bakerlaw.com
14
   ALSO PRESENT:
15      EDWARD FORD, Videographer
        ROBERT BLECKER
16
17       * * *
18
19
20
21
22
23
24
25

Page 3

2    THE VIDEOGRAPHER: Good morning.    11:57:19
3        Please note the microphones are    11:57:20
4  sensitive and may pick up whispering    11:57:21
5  and please turn off your cell phones    11:57:23
6  or place them away from the    11:57:25
7  microphones.    11:57:27
8        This is tape one of the    11:57:27
9  videotaped deposition of Aaron Blecker    11:57:29
10 taken by defendant in the matter of    11:57:32
11 Securities Investor Protection    11:57:34
12 Corporation, Plaintiff Applicant,    11:57:38
13 versus Bernard L. Madoff Investment    11:57:40
14 Securities, LLC, Defendant, in the    11:57:44
15 United States Bankruptcy Court,    11:57:47
16 Southern District of New York, case    11:57:48
17 number 08-01789(SMB).    11:57:51
18       This deposition is being held at    11:57:56
19 the home of Aaron Blecker, Reda    11:57:57
20 Redacted    11:58:00
21 on July 1, 2014. The time is 11:58    11:58:03
22 a.m.    11:58:07
23       My name is Ed Ford. I'm the    11:58:07
24 videographer. The court reporter is    11:58:09
25 Josephine Winter. We are in    11:58:11

Page 4

1       A. Blecker
2  association with Veritext.    11:58:13
3        For the record, will counsel    11:58:15
4  please introduce themselves.    11:58:16
5        MS. CHAITMAN: Helen Davis    11:58:18
6  Chaitman on behalf of Mr. Blecker from    11:58:20
7  Becker & Poliakoff.    11:58:20
8        MS. VANDERWAL: Amy Vanderwal    11:58:25
9  from on behalf of the Trustee Irving    11:58:25
10 Picard.    11:58:28
11       THE VIDEOGRAPHER: Now will the    11:58:30
12 court reporter please swear in the    11:58:32
13 witness.    11:58:33
14       * * *    11:58:34
15 A A R O N    B L E C K E R, having been    11:58:34
16 first duly sworn by a Notary Public of the    11:58:34
17 State of New York, upon being examined,    11:58:34
18 testified as follows:    11:58:43
19 EXAMINATION BY    11:58:43
20 MS. CHAITMAN:    11:58:45
21    Q    Mr. Blecker, I'm going to be    11:58:45
22 very rude and ask you how old you are.    11:58:47
23 Can you tell us how old you are?    11:58:55
24       MR. R. BLECKER: How old are    11:58:56
25 you?    11:58:57

Page 5

1       A. Blecker
2    Q    Can you tell us how old you are?    11:58:58
3    A    I'm [Redacted] years old. I was born    11:58:59
4  Redacted .    11:59:02
5    Q    Do you recall that I prepared a    11:59:06
6  Declaration for you to review and sign    11:59:11
7  that I submitted to the Bankruptcy Court?    11:59:14
8    A    Yes. You prepared a brief for    11:59:16
9  me which I signed.    11:59:18
10   Q    And did you review -- I'm going    11:59:19
11 to hand you what I'm going to mark as    11:59:22
12 Exhibit 1 of your deposition and this is    11:59:23
13 the Declaration that I prepared for you.    11:59:27
14       Do you recall reviewing this    11:59:31
15 Declaration?    11:59:32
16   A    Yes, I remember now.    11:59:33
17   Q    Okay.    11:59:34
18       And you recall that you signed    11:59:35
19 it?    11:59:39
20   A    Absolutely.    11:59:39
21   Q    Okay.    11:59:40
22       And when you reviewed it, did    11:59:41
23 you consider whether it was accurate?    11:59:42
24   A    Absolutely.    11:59:44
25   Q    And was this --    11:59:46

2 (Pages 2 - 5)

Page 6

1         A. Blecker
2    A    In every respect.                           11:59:48
3    Q    It was accurate?                            11:59:52
4    A    Absolutely it was.                          11:59:53
5    Q    Now, do you recall that after               11:59:55
6    Madoff confessed, you submitted a claim to       12:00:00
7    the Trustee Mr. Picard?                          12:00:03
8    A    Correct.                                    12:00:06
9    Q    And do you recall that you told             12:00:07
10   the Trustee that you had never withdrawn         12:00:10
11   any funds from your account?                     12:00:13
12         MS. VANDERWAL: Objection.                  12:00:15
13   A    I didn't. I said I never                    12:00:16
14   withdrew any. I didn't want to withdraw          12:00:18
15   any money. I felt it was such a good             12:00:20
16   investment and I felt this would be my           12:00:22
17   retirement and I'd have the funds                12:00:24
18   available for my grandchildren's college         12:00:27
19   tuition in the future.                           12:00:29
20   Q    Do you recall that the Trustee              12:00:32
21   claimed that you withdrew money from the         12:00:35
22   account in the 1980's and the 1990's?            12:00:38
23   That he claimed that?                            12:00:42
24   A    That's what he claimed and I                12:00:43
25   asked him to prove it to me, that I wanted       12:00:45

Page 7

1         A. Blecker
2    to see some checks with my signature on          12:00:48
3    it. He had nothing to prove. They said           12:00:51
4    the burden of proof was on me. I never           12:00:54
5    received any check, never asked for any          12:00:56
6    check because I always felt it was a good        12:00:59
7    investment and I thought it would be there       12:01:01
8    for the rest of my time until my                 12:01:04
9    retirement and I never withdrew any, never       12:01:06
10   requested any money for retirement, never        12:01:10
11   drew a penny.                                    12:01:12
12         And, as a matter of fact, if I             12:01:13
13   had withdrawn money, why would Madoff keep       12:01:16
14   crediting my account and adding to my            12:01:18
15   investment? If I had no money there, he          12:01:20
16   wouldn't have bothered with me. He would         12:01:23
17   have discarded me. In the meantime after         12:01:25
18   all the years he kept increasing my              12:01:27
19   investment, showed a profit return on my         12:01:30
20   investment and that's why it kept                12:01:34
21   accumulating.                                    12:01:36
22   Q    Now, you had to pay taxes each              12:01:37
23   year on the appreciation in your account?        12:01:39
24   A    Oh, absolutely.                             12:01:41
25         MS. VANDERWAL: Objection.                  12:01:42

Page 8

1         A. Blecker
2    A    All the profits that Madoff                 12:01:43
3    earned for me I reported it in my tax            12:01:45
4    return showing I -- I made up a schedule         12:01:50
5    of transactions, stocks bought and sold          12:01:52
6    and showing profit from the stocks plus          12:01:57
7    the reporting dividend income that I             12:01:59
8    received on those securities and that was        12:02:02
9    reported each year.                              12:02:04
10   Q    Where did you get the money to              12:02:05
11   pay the taxes? Did you take it out of            12:02:08
12   your Madoff account? The money --                12:02:11
13   A    No. I had my own funds that I               12:02:14
14   accumulated. I had -- fortunately, I had         12:02:16
15   some money that I accumulated. I put all         12:02:19
16   my money into Madoff, so I had my checking       12:02:23
17   account, whenever taxes were due, I sent a       12:02:27
18   check to the government with estimated           12:02:29
19   payments four times a year and that's how        12:02:32
20   I paid my taxes. I had nothing from              12:02:35
21   Madoff. I had no correspondence, no              12:02:38
22   requests from them and no requests to            12:02:41
23   them.                                            12:02:43
24   Q    Okay.                                       12:02:44
25         Are you absolutely certain that            12:02:45

Page 9

1         A. Blecker
2    you never withdrew any money from your           12:02:47
3    Madoff account?                                  12:02:49
4    A    Unequivocally. Never received a             12:02:50
5    dime. I never intended to withdraw. I            12:02:53
6    always felt it was going to be my future         12:02:56
7    investment forever, and it didn't turn out       12:02:58
8    that way, unfortunately.                         12:03:00
9    Q    Now, there was a point in time              12:03:02
10   when your wife had an account with Madoff        12:03:04
11   with you; is that right?                         12:03:06
12   A    That's right. Yes.                          12:03:07
13   Q    And --                                      12:03:09
14   A    She had an account. I had an                12:03:09
15   account, and then Madoff suggested we            12:03:11
16   consolidate into one account, so that's          12:03:15
17   what we did.                                     12:03:17
18   Q    Now, did your wife ever withdraw            12:03:18
19   any money from Madoff?                           12:03:21
20   A    Of course -- she never handled              12:03:23
21   any of the financials. My wife was rather        12:03:26
22   shy. I handled all the financial                 12:03:29
23   arrangements, all the financials of the          12:03:30
24   family. She was a good mother, as he can         12:03:32
25   attest to, and a hard-working mother and         12:03:35

Page 10

1    A. Blecker
2    watched out for the children. My job was    12:03:39
3    to provide the financial security for the    12:03:43
4    family.    12:03:45
5    Q    Are you certain she never    12:03:45
6    withdrew any funds from the Madoff    12:03:47
7    account?    12:03:49
8    A    Absolutely. She had nothing to    12:03:49
9    do with it. She wouldn't know who to    12:03:51
10   call.    12:03:53
11   Q    Okay.    12:03:53
12       Now, did you keep your bank    12:03:54
13   records from the 1980's?    12:03:59
14   A    I tried to reconstruct them, but    12:04:02
15   Chase told me they don't go back more than    12:04:06
16   five years and they have no record so far    12:04:08
17   back, so they have no record they can    12:04:11
18   accommodate me.    12:04:13
19   Q    So you went ahead and asked them    12:04:14
20   you wanted to try to get the records?    12:04:16
21   A    The records to show that I never    12:04:17
22   received any Madoff -- any funds from    12:04:23
23   Madoff, no check, that the only checks    12:04:27
24   made out -- and that was Madoff's bank    12:04:28
25   account and I never saw it. They made out    12:04:32

Page 11

1    A. Blecker
2    the checks for the stocks they bought on    12:04:34
3    the account. I never saw any checks, any    12:04:36
4    deposits.    12:04:39
5        All they did on my statement I    12:04:40
6    received a list of the stocks they bought    12:04:42
7    that month, what was sold and the money    12:04:43
8    was automatically deposited in the    12:04:46
9    account. I received no money. If I    12:04:49
10   received any money, there wouldn't have    12:04:52
11   been any money for deposits. All the    12:04:54
12   money was in securities sold and remained    12:04:56
13   in the bank account and Madoff handled it    12:04:58
14   all. I never saw any of the funds. I    12:05:00
15   just got a statement showing what    12:05:02
16   transactions had occurred.    12:05:05
17   Q    Now, Mr. Picard claims that    12:05:06
18   checks were made out to you in uneven    12:05:10
19   amounts like $3,230.02.    12:05:15
20   A    Madoff would never have done my    12:05:22
21   bookkeeping. If I wanted to get money    12:05:24
22   from Madoff, if I needed money to pay    12:05:26
23   bills, I wouldn't have asked Madoff to do    12:05:29
24   it. If I wanted money, I would withdraw a    12:05:31
25   couple of hundred thousand dollars since I    12:05:34

Page 12

1    A. Blecker
2    had a substantial amount. I wouldn't have    12:05:37
3    withdrawn a few dollars. I would have    12:05:38
4    withdrawn substantial. All of those    12:05:41
5    checks were not to me. They were for    12:05:42
6    payments of securities that they purchased    12:05:45
7    for my account.    12:05:47
8    Q    Okay.    12:05:48
9        Now, based on your experience if    12:05:48
10   a check had been made out to you and sent    12:05:51
11   to you from Madoff and it was for    12:05:53
12   $2,330.04 and it was made out to Health    12:06:03
13   South or General Motors or AT&T, what    12:06:06
14   could you have done with that check?    12:06:09
15       MS. VANDERWAL: Objection.    12:06:11
16   A    I couldn't have done anything.    12:06:11
17   Bank would never have accepted an    12:06:13
18   endorsement of mine when it's made out to    12:06:14
19   another payee, so I never would have    12:06:17
20   received any checks and I would never    12:06:19
21   deposit such a check. I never got. I    12:06:21
22   never saw such a check. Those were all    12:06:23
23   Madoff's records. All I got was a    12:06:27
24   statement from him. No financial    12:06:29
25   instruments.    12:06:30

Page 13

1    A. Blecker
2    Q    Okay. I have no further    12:06:36
3    questions.    12:06:39
4        MS. CHAITMAN: Do you have any    12:06:39
5    questions?    12:06:39
6        MS. VANDERWAL: I do.    12:06:39
7    EXAMINATION BY    12:06:39
8    MS. VANDERWAL:    12:06:40
9    Q    As you know, we are reserving    12:06:40
10   our right to ask additional questions once    12:06:41
11   we had a time to complete our review and    12:06:44
12   look over documents. Today I really just    12:06:46
13   want to clarify something I believe you    12:06:49
14   already stated.    12:06:51
15       You received statements from    12:06:51
16   BLMIS?    12:06:55
17   A    Yes.    12:06:56
18       MS. CHAITMAN: Just spell it    12:06:58
19   out.    12:06:59
20   A    Well, I received statements from    12:07:00
21   Bernard Madoff at the time. I didn't hear    12:07:02
22   BLMIS. I don't remember receiving it. It    12:07:06
23   was all Bernard Madoff and they were    12:07:08
24   verified by their accountants, confirmed    12:07:10
25   by Avellino & Bienes and that was it and    12:07:12

4 (Pages 10 - 13)

Page 14

1      A. Blecker
2 that's the only correspondence I received    12:07:18
3 from Madoff.    12:07:19
4    Q   And you reviewed those    12:07:20
5 statements?    12:07:21
6    A   What's that?    12:07:21
7    Q   Did you review those statements?    12:07:22
8    A   I checked the statements to make    12:07:24
9 sure that whatever securities they charged    12:07:25
10 with, that was on their statement and the    12:07:29
11 profits I couldn't correct. They gave me    12:07:31
12 the prices and then that was it.    12:07:33
13    Q   That's all I have.    12:07:37
14    A   That's why as far as I could    12:07:38
15 check whatever they -- I could only check    12:07:40
16 from their statements, so I was really    12:07:42
17 going over their work, which I had no way    12:07:44
18 to prove whether it was correct or not,    12:07:45
19 but I assumed what they put on my    12:07:48
20 statement must have been in my account.    12:07:51
21 And that's how I confirmed it.    12:07:52
22         And Avellino & Bienes confirmed    12:07:55
23 it, so I felt that it was probably taken    12:07:57
24 care of and there wouldn't be any worry    12:08:01
25 about it and at that time there was no    12:08:03

Page 15

1      A. Blecker
2 concern about Madoff, so you didn't have    12:08:05
3 to worry about checking the statement    12:08:08
4 carefully. It was a definite thing we all    12:08:11
5 thought.    12:08:17
6         MS. CHAITMAN: Do you have    12:08:20
7 anything else?    12:08:21
8         MS. VANDERWAL: Thank you.    12:08:22
9 That's all I have.    12:08:23
10 EXAMINATION BY    12:08:24
11 MS. CHAITMAN:    12:08:24
12    Q   Mr. Blecker, were you introduced    12:08:24
13 to Madoff through Avellino & Bienes?    12:08:27
14    A   No. I was introduced to Madoff    12:08:30
15 through his father-in-law Sol Levine and    12:08:32
16 his mother-in-law Pia (phonetic) Levine.    12:08:37
17         MR. R. BLECKER: No. Alpern,    12:08:41
18 dad.    12:08:43
19    Q   Alpern --    12:08:43
20    A   Now I knew -- Alpern was the    12:08:43
21 brother-in-law of Sol Levine. All very    12:08:46
22 good things. We all played golf together.    12:08:49
23 And that's what my wife said, as long as    12:08:51
24 we're with Madoff and we're with the    12:08:53
25 family, he's not gonna defraud the family.    12:08:56

Page 16

1      A. Blecker
2 Why don't we go in too? So we went in.    12:08:59
3         And there was all good    12:09:01
4 intentions on everybody's part. We    12:09:02
5 thought it was a wonderful thing. We had    12:09:04
6 wonderful times together socialing with    12:09:06
7 each other. Even Madoff had a party at    12:09:08
8 Rockefeller Center and invited the family,    12:09:11
9 invited us. We were friends.    12:09:15
10        So we knew the young Madoff sons    12:09:17
11 when they went to visit them. We saw them    12:09:23
12 when they were youngsters. Not that they    12:09:26
13 remembered me later, but that was it.    12:09:29
14    Q   Wasn't the man's name Sol    12:09:33
15 Alpern?    12:09:39
16    A   Sol Alpern?    12:09:39
17    Q   Yes.    12:09:41
18    A   No, it was not Sol Alpern. Sol    12:09:43
19 Alpern. Sol Levine. Sol Levine was the    12:09:47
20 father-in-law. Sol Alpern was his    12:09:51
21 brother-in-law.    12:09:53
22        We were friends with all of    12:09:54
23 them, both of them. We played golf    12:09:58
24 together. Families knew each other. The    12:09:59
25 children knew each other. We socialized,    12:10:02

Page 17

1      A. Blecker
2 went to hotels together and very close.    12:10:05
3    Q   Okay.    12:10:10
4         MS. CHAITMAN: I have no further    12:10:11
5 questions.    12:10:12
6         Do you have anything else.    12:10:13
7         MS. VANDERWAL: No. Thank you.    12:10:14
8         THE VIDEOGRAPHER: Okay. The    12:10:16
9 time is 12:10 p m., July 1, 2014.    12:10:17
10        This is the end of tape one.    12:10:20
11        We're off the record.    12:10:21
12        (TIME NOTED: 12:10 p.m.)
13 _____
14 (Signature of witness)
15 Subscribed and sworn to
16 before me this_____
17 day of_____.
18 20 .
19 _____
20
21       *   *   *
22
23
24
25

5 (Pages 14 - 17)

Page 18

1
2
3        I N D E X
4
  WITNESS       EXAMINED BY      PAGE
5 A. Blecker   H.D. Chaitman    4, 15
           A.E. Vanderwal    13
6
7        *   *   *
8
         E X H I B I T
9        (retained by counsel)
10 EXHIBIT FOR
   IDENTIFICATION              PAGE
11 Exhibit 1 Blecker Declaration   5
12
         *   *   *
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 19

1
2        CERTIFICATION BY REPORTER
3
4     I, Josephine Winter, a Notary Public
5  of the State of New York, do hereby
6  certify:
7     That the testimony in the within
8  proceeding was held before me at the
9  aforesaid time and place;
10    That said witness was duly sworn
11 before the commencement of the testimony,
12 and that the testimony was taken
13 stenographically by me, then transcribed
14 under my supervision, and that the within
15 transcript is a true record of the
16 testimony of said witness.
17    I further certify that I am not
18 related to any of the parties to this
19 action by blood or marriage, that I am not
20 interested directly or indirectly in the
21 matter in controversy, nor am I in the
22 employ of any of the counsel.
23    IN WITNESS WHEREOF, I have hereunto
24 set my hand this  day of      , 20 .
25

Page 20

1
2        ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS
3
   330 Old Country Road   1250 Broadway
4  Mineola, NY  11501   New York, New York
                        10001
5
   NAME OF CASE:  SIPC vs Madoff
6  DATE OF DEPOSITION:  July 1, 2014
   NAME OF DEPONENT:  Aaron Blecker
7
   PAGE  LINE    CHANGE      REASON
8  ____/____/_____/_____
9  ____/____/_____/_____
10 ____/____/_____/_____
11 ____/____/_____/_____
12 ____/____/_____/_____
13 ____/____/_____/_____
14 ____/____/_____/_____
15 ____/____/_____/_____
16 ____/____/_____/_____
17 ____/____/_____/_____
18 ____/____/_____/_____
19
20 _____
21 AARON BLECKER
22 SUBSCRIBED AND SWORN TO BEFORE ME
   THIS____DAY OF_____, 20 .
23
   _____    _____
24 NOTARY PUBLIC     MY COMMISSION EXPIRES
25

[& - correspondence]                                                                                         Page 1

| & | a.m. 1:12 3:22 | b | carefully 15:4 |
|---|---|---|---|
| & 2:5,9 4:7 13:25 14:22 15:13 | aaron 1:17 2:5 3:9 3:19 20:6,21 | b 4:15 18:8 | case 3:16 20:5 |
| | absolutely 5:20,24 6:4 7:24 8:25 10:8 | back 10:15,17 | cell 3:5 |
| **0** | | baker 2:9 | center 16:8 |
| 08-01789 1:10 3:17 | accepted 12:17 | bakerlaw.com 2:11 2:13 | certain 8:25 10:5 |
| | accommodate 10:18 | | certification 19:2 |
| **1** | account 6:11,22 7:14,23 8:12,17 9:3 9:10,14,15,16 10:7 10:25 11:3,9,13 12:7 14:20 | bank 10:12,24 11:13 12:17 | certified 1:19 |
| 1 1:12 3:21 5:12 17:9 18:11 20:6 | | bankruptcy 1:2 3:15 5:7 | certify 19:6,17 |
| 10001 20:4 | | based 12:9 | chaitman 2:7 4:5,6 4:20 13:4,18 15:6 15:11 17:4 18:5 |
| 10006 2:6 | | bcheema 2:13 | |
| 10111 2:10 | accountants 13:24 | becker 2:5 4:7 | change 20:7 |
| 103 5:3 | accumulated 8:14 8:15 | beckerny.com 2:7 | charged 14:9 |
| 11501 20:4 | | behalf 4:6,9 | chase 10:15 |
| 11:57 1:12 | accumulating 7:21 | believe 13:13 | check 7:5,6 8:18 10:23 12:10,14,21 12:22 14:15,15 |
| 11:58 3:21 | accurate 5:23 6:3 | bernard 1:8 3:13 13:21,23 | |
| 1250 20:3 | action 19:19 | | |
| 12:10 17:9,12 | adding 7:14 | bienes 13:25 14:22 15:13 | checked 14:8 |
| 13 18:5 | additional 13:10 | | checking 8:16 15:3 |
| 15 18:5 | adv 1:10 | bik 2:12 | checks 7:2 10:23 11:2,3,18 12:5,20 |
| 1911 5:4 | aforesaid 19:9 | bills 11:23 | |
| 1980's 6:22 10:13 | ahead 10:19 | blecker 1:17 2:5,15 3:9,19 4:1,6,21,24 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1,12,17 16:1 17:1 18:5,11 20:6,21 | cheema 2:12 |
| 1990's 6:22 | alpern 15:17,19,20 16:15,16,18,19,20 | | children 10:2 16:25 |
| **2** | amount 12:2 | | claim 6:6 |
| 2,330.04 12:12 | amounts 11:19 | | claimed 6:21,23,24 |
| 20 17:18 19:24 20:22 | amy 2:11 4:8 | | claims 11:17 |
| 2014 1:12 3:21 17:9 20:6 | applicant 1:6 3:12 | | clarify 13:13 |
| | appreciation 7:23 | | close 17:2 |
| 27 5:4 | arrangements 9:23 | blmis 13:16,22 | college 6:18 |
| **3** | asked 6:25 7:5 10:19 11:23 | blood 19:19 | commencement 19:11 |
| 3,230.02. 11:19 | | bookkeeping 11:21 | commission 20:24 |
| 330 20:3 | association 4:2 | born 5:3 | complete 13:11 |
| **4** | assumed 14:19 | bothered 7:16 | concern 15:2 |
| 4 18:5 | at&t 12:13 | bought 8:5 11:2,6 | confessed 6:6 |
| 45 2:6,10 | attest 9:25 | brief 5:8 | confirmed 13:24 14:21,22 |
| **5** | attorneys 2:5,9 | broadway 2:6 20:3 | consider 5:23 |
| | automatically 11:8 | brother 15:21 16:21 | consolidate 9:16 |
| 5 18:11 | available 6:18 | burden 7:4 | controversy 19:21 |
| 50 1:13 3:19 | avanderwal 2:11 | **c** | corporation 1:4 3:12 |
| **a** | avellino 13:25 14:22 15:13 | c 2:3 4:15 | correct 6:8 14:11,18 |
| a.e. 18:5 | | call 10:10 | correspondence 8:21 14:2 |
| | | care 14:24 | |

[counsel - matter]    Page 2

| | | | |
|---|---|---|---|
| counsel 4:3 18:9 19:22<br>country 20:3<br>couple 11:25<br>course 9:20<br>court 1:2 3:15,24 4:12 5:7<br>crediting 7:14<br>**d**<br>d 18:3<br>dad 15:18<br>date 20:6<br>davis 2:7 4:5<br>day 17:17 19:24 20:22<br>declaration 5:6,13 5:15 18:11<br>defendant 1:9 3:10 3:14<br>definite 15:4<br>defraud 15:25<br>deponent 20:6<br>deposit 12:21<br>deposited 11:8<br>deposition 1:16 3:9 3:18 5:12 20:6<br>deposits 11:4,11<br>dime 9:5<br>directly 19:20<br>discarded 7:17<br>district 1:2 3:16<br>dividend 8:7<br>documents 13:12<br>dollars 11:25 12:3<br>drew 7:11<br>due 8:17<br>duly 4:16 19:10<br>**e**<br>e 2:3,3,11 4:15,15 18:3,8<br>earned 8:3<br>ed 3:23<br>edward 2:15 | employ 19:22<br>endorsement 12:18<br>errata 20:2<br>esq 2:7,11,12<br>esqs 2:5<br>estimated 8:18<br>everybody's 16:4<br>examination 4:19 13:7 15:10<br>examined 4:17 18:4<br>exhibit 5:12 18:10 18:11<br>experience 12:9<br>expires 20:24<br>**f**<br>fact 7:12<br>families 16:24<br>family 9:24 10:4 15:25,25 16:8<br>far 10:16 14:14<br>father 15:15 16:20<br>felt 6:15,16 7:6 9:6 14:23<br>financial 9:22 10:3 12:24<br>financials 9:21,23<br>first 4:16<br>five 10:16<br>follows 4:18<br>ford 2:15 3:23<br>forever 9:7<br>fortunately 8:14<br>four 8:19<br>friends 16:9,22<br>funds 6:11,17 8:13 10:6,22 11:14<br>further 13:2 17:4 19:17<br>future 6:19 9:6<br>**g**<br>general 12:13<br>go 10:15 16:2<br>going 4:21 5:10,11 9:6 14:17 | golf 15:22 16:23<br>gonna 15:25<br>good 3:2 6:15 7:6 9:24 15:22 16:3<br>government 8:18<br>grandchildren's 6:18<br>great 1:14 3:20<br>Redacted 1:13 3:20<br>**h**<br>h 18:8<br>h.d. 18:5<br>hand 5:11 19:24<br>handled 9:20,22 11:13<br>hard 9:25<br>hchaitman 2:7<br>health 12:12<br>hear 13:21<br>held 1:17 3:18 19:8<br>helen 2:7 4:5<br>hereunto 19:23<br>home 3:19<br>hostetler 2:9<br>hotels 17:2<br>hundred 11:25<br>**i**<br>identification 18:10<br>income 8:7<br>increasing 7:18<br>indirectly 19:20<br>instruments 12:25<br>intended 9:5<br>intentions 16:4<br>interested 19:20<br>introduce 4:4<br>introduced 15:12,14<br>investment 1:8 3:13 6:16 7:7,15,19,20 9:7<br>investor 1:4 3:11<br>invited 16:8,9<br>irving 2:9 4:9 | **j**<br>job 10:2<br>josephine 1:19 3:25 19:4<br>july 1:12 3:21 5:4 17:9 20:6<br>**k**<br>k 4:15<br>keep 7:13 10:12<br>kept 7:18,20<br>knew 15:20 16:10 16:24,25<br>know 10:9 13:9<br>**l**<br>l 1:8 3:13 4:15<br>Redacted 1:13 3:20<br>law 15:15,16,21 16:20,21<br>legal 20:2<br>levine 15:15,16,21 16:19,19<br>line 20:7<br>list 11:6<br>llc 1:8 3:14<br>llp 2:9<br>long 15:23<br>look 13:12<br>**m**<br>madoff 1:8 3:13 6:6 7:13 8:2,12,16,21 9:3,10,15,19 10:6 10:22,23 11:13,20 11:22,23 12:11 13:21,23 14:3 15:2 15:13,14,24 16:7,10 20:5<br>madoff's 10:24 12:23<br>man's 16:14<br>mark 5:11<br>marriage 19:19<br>matter 3:10 7:12 19:21 |

08-01789-cgm   Doc 14359-11   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit
Ex. 11 Aaron Blecker Deposition Transcript_Redacted   Pg 9 of 10

microphones 3:3,7
mine 12:18
Redacted 20:4
money 6:15,21 7:10
  7:13,15 8:10,12,15
  8:16 9:2,19 11:7,9
  11:10,11,12,21,22
  11:24
month 11:7
morning 3:2
mother 9:24,25
  15:16
motors 12:13

**n**
n 2:3 4:15 18:3
name 3:23 16:14
  20:5,6
neck 1:14 3:20
needed 11:22
never 6:10,13 7:4,5
  7:9,9,10 9:2,4,5,20
  10:5,21,25 11:3,14
  11:20 12:17,19,20
  12:21,22
new 1:2,14,21 2:6,6
  2:10,10 3:16,20
  4:17 19:5 20:4,4
notary 1:20 4:16
  19:4 20:24
note 3:3
noted 1:18 17:12
number 3:17
ny 20:4

**o**
o 4:15
objection 6:12 7:25
  12:15
occurred 11:16
oh 7:24
okay 5:17,21 8:24
  10:11 12:8 13:2
  17:3,8
old 4:22,23,24 5:2,3
  20:3

once 13:10

**p**
p 2:3,3
p.m. 17:9,12
page 18:4,10 20:7
paid 8:20
part 16:4
parties 19:18
party 16:7
pay 7:22 8:11 11:22
payee 12:19
payments 8:19 12:6
penny 7:11
phones 3:5
phonetic 15:16
pia 15:16
picard 2:9 4:10 6:7
  11:17
pick 3:4
place 1:18 3:6 19:9
plaintiff 1:5 3:12
played 15:22 16:23
plaza 2:10
please 3:3,5 4:4,12
plus 8:6
point 9:9
poliakoff 2:5 4:7
prepared 5:5,8,13
present 2:14
prices 14:12
pro 1:10
probably 14:23
proceeding 19:8
profit 7:19 8:6
profits 8:2 14:11
proof 7:4
protection 1:4 3:11
prove 6:25 7:3 14:18
provide 10:3
public 1:20 4:16
  19:4 20:24
purchased 12:6
put 8:15 14:19

**q**
questions 13:3,5,10
  17:5

**r**
r 2:3 4:15,15,24
  15:17
really 13:12 14:16
reason 20:7
recall 5:5,14,18 6:5
  6:9,20
received 7:5 8:8 9:4
  10:22 11:6,9,10
  12:20 13:15,20 14:2
receiving 13:22
reconstruct 10:14
record 4:3 10:16,17
  17:11 19:15
records 10:13,20,21
  12:23
related 19:18
remained 11:12
remember 5:16
  13:22
remembered 16:13
reported 8:3,9
reporter 1:20 3:24
  4:12 19:2
reporting 8:7
requested 7:10
requests 8:22,22
reserving 13:9
respect 6:2
rest 7:8
retained 18:9
retirement 6:17 7:9
  7:10
return 7:19 8:4
review 5:6,10 13:11
  14:7
reviewed 5:22 14:4
reviewing 5:14
right 9:11,12 13:10
road 20:3

robert 2:15
rockefeller 2:10
  16:8
rude 4:22

**s**
s 2:3
saw 10:25 11:3,14
  12:22 16:11
schedule 8:4
securities 1:4,8 3:11
  3:14 8:8 11:12 12:6
  14:9
security 10:3
see 7:2
sensitive 3:4
sent 8:17 12:10
set 19:24
sheet 20:2
shorthand 1:19
show 10:21
showed 7:19
showing 8:4,6 11:15
shy 9:22
sign 5:6
signature 7:2 17:14
signed 5:9,18
sipc 20:5
smb 1:10 3:17
socialing 16:6
socialized 16:25
sol 15:15,21 16:14
  16:16,18,18,19,19
  16:20
sold 8:5 11:7,12
solutions 20:2
sons 16:10
south 12:13
southern 1:2 3:16
spell 13:18
state 1:20 4:17 19:5
stated 13:14
statement 11:5,15
  12:24 14:10,20 15:3

VERITEXT REPORTING COMPANY
212-267-6868              www.veritext.com              516-608-2400

08-01789-cgm   Doc 14359-11   Filed 10/28/16   Entered 10/28/16 17:24:56   Exhibit
  Ex. 11 Aaron Blecker Deposition Transcript_Redacted   Pg 10 of 10

| | | |
|---|---|---|
| statements 13:15,20 14:5,7,8,16 | transcribed 19:13 | withdrawn 6:10 7:13 12:3,4 |
| states 1:2 3:15 | transcript 19:15 | withdrew 6:14,21 7:9 9:2 10:6 |
| stenographically 19:13 | tried 10:14 | witness 1:17 2:5 4:13 17:14 18:4 19:10,16,23 |
| stocks 8:5,6 11:2,6 | true 19:15 | |
| submitted 5:7 6:6 | trustee 2:9 4:9 6:7 6:10,20 | |
| subscribed 17:15 20:22 | try 10:20 | wonderful 16:5,6 |
| substantial 12:2,4 | tuition 6:19 | work 14:17 |
| suggested 9:15 | turn 3:5 9:7 | working 9:25 |
| supervision 19:14 | **u** | worry 14:24 15:3 |
| sure 14:9 | unequivocally 9:4 | **x** |
| swear 4:12 | uneven 11:18 | x 18:3,8 |
| sworn 4:16 17:15 19:10 20:22 | unfortunately 9:8 | **y** |
| | united 1:2 3:15 | year 7:23 8:9,19 |
| **t** | **v** | years 5:3 7:18 10:16 |
| t 18:8 | vanderwal 2:11 4:8 4:8 6:12 7:25 12:15 13:6,8 15:8 17:7 18:5 | york 1:2,14,21 2:6,6 2:10,10 3:16,20 4:17 19:5 20:4,4 |
| take 8:11 | | young 16:10 |
| taken 3:10 14:23 19:12 | verified 13:24 | youngsters 16:12 |
| tape 3:8 17:10 | veritext 4:2 20:2 | |
| tax 8:3 | versus 3:13 | |
| taxes 7:22 8:11,17 8:20 | videographer 2:15 3:2,24 4:11 17:8 | |
| tell 4:23 5:2 | videotaped 3:9 | |
| testified 4:18 | visit 16:11 | |
| testimony 19:7,11 19:12,16 | vs 20:5 | |
| thank 15:8 17:7 | **w** | |
| thing 15:4 16:5 | want 6:14 13:13 | |
| things 15:22 | wanted 6:25 10:20 11:21,24 | |
| thought 7:7 15:5 16:5 | watched 10:2 | |
| thousand 11:25 | way 9:8 14:17 | |
| time 1:18 3:21 7:8 9:9 13:11,21 14:25 17:9,12 19:9 | went 10:19 16:2,11 17:2 | |
| | whereof 19:23 | |
| times 8:19 16:6 | whispering 3:4 | |
| today 13:12 | wife 9:10,18,21 15:23 | |
| told 6:9 10:15 | winter 1:19 3:25 19:4 | |
| transactions 8:5 11:16 | withdraw 6:14 9:5 9:18 11:24 | |