| | |
|---|---|
| From: | Blanco, Lourdes <lblanco@bplegal.com> |
| Sent: | Friday, September 19, 2014 6:51 PM |
| To: | Cheema, Bik |
| Cc: | Chaitman, Helen Davis |
| Subject: | RE: In re Madoff, Inter-Acct Transfers, Aaron Blecker - production of client documents |

Bik:
Please follow the Dropbox link below to download Mr. Becker's production of documents to the Trustee.
https://www.dropbox.com/sh/mp6me81mayuktmv/AACzmbwGVsDKuw3IyL3BF3Lua?dl=0
The link will be valid through October 10, 2014.
Thank you,
Lourdes

From: Cheema, Bik [mailto:bcheema@bakerlaw.com]
Sent: Friday, August 29, 2014 4:54 PM
To: Blanco, Lourdes
Cc: Chaitman, Helen Davis
Subject: RE: In re Madoff, Inter-Acct Transfers, Aaron Blecker - production of client documents
Lourdes,
September 19, 2014 is fine.
Regards,
Bik

From: Blanco, Lourdes [mailto:lblanco@bplegal.com]
Sent: Thursday, August 28, 2014 3:43 PM
To: Cheema, Bik
Cc: Chaitman, Helen Davis
Subject: In re Madoff, Inter-Acct Transfers, Aaron Blecker - production of client documents
Bik:
I'm writing because we will need an additional few weeks to produce our client's documents. May we have until September 19, 2014?
Thanks so much,
Lourdes
**Lourdes Blanco**
Paralegal

Becker & Poliakoff
45 Broadway, 8th Floor | New York, NY 10006
Tel: 212.599.3322 | Fax: 212.557.0295
E-Mail | Website


BECKER&
POLIAKOFF

**Privileged Information:** This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.