**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal
Nkosi Shields

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**TRUSTEE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Under the Order Establishing a Schedule for Limited Discovery and Briefing on the Profit Withdrawal Issue, entered by the United States Bankruptcy Court for the Southern District of New York on June 24, 2015 (the "Profit Withdrawal Scheduling Order"), ECF No. 10266, Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L.

Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, by and through his counsel Baker & Hostetler LLP, hereby requests that accountholders identified on Exhibit A, Column 2 and accountholders identified on Exhibit B, Column 2 produce documents responsive to these requests (the "Document Requests") to the offices of Baker & Hostetler LLP, c/o Nkosi Shields, 45 Rockefeller Plaza, New York, New York 10111, no later than November 2, 2015, as set forth in the Profit Withdrawal Scheduling Order, ECF No. 10266.

## DEFINITIONS

1.   The rules of construction and definitions in Local Rule 26.3, as adopted in Rule 7026-1 of the Local Bankruptcy Rules, are incorporated by reference. All defined terms, including those defined in Local Rule 26.3, are capitalized herein.

2.   "Account" refers to a (a) BLMIS Direct Account, identified on Exhibit B, column 1; or (b) BLMIS Indirect Account, identified on Exhibit A, column 1.

3.   "Accountholder" means accountholders identified on Exhibit A, column 2 and Exhibit B, column 2.

4.   "BLMIS" means Bernard L. Madoff Investment Securities LLC, Madoff Securities International Ltd. ("MSIL"), Bernard L. Madoff, Ruth Madoff, and all affiliated persons and entities, including, but not limited to, any officers, directors, agents, representatives, employees, partners, parent companies, subsidiaries, predecessor or successor and related entities, and affiliates of the above specifically identified Person and entities.

5.   "Concerning" means relating to, referring to, describing, evidencing, embodying, constituting, or referencing.

2

6.  "You" and "Your" means Accountholders identified on <u>Exhibit A</u>, column 2 and <u>Exhibit B</u>, column 2.

7.  "BLMIS Direct Accounts" refers to accounts for which customer statements reflect profit withdrawal transactions.

8.  "BLMIS Indirect Accounts" refers to accounts that received inter-account transfers from BLMIS Direct Accounts.

## **INSTRUCTIONS**

Federal Rules of Civil Procedure 26-37, made applicable to this proceeding pursuant to Federal Rules of Bankruptcy Procedure 7026-7037, are hereby incorporated by reference and apply to each of the following instructions:

1.  All Documents shall be identified by the Request(s) to which they are primarily responsive or be produced as they are maintained in the usual course of business.

2.  Produce all Documents and all other materials described below in Your actual or constructive possession, custody, or control, including in the possession, custody, or control that, wherever those Documents and materials are maintained, including on personal computers, PDAs, wireless devices, or web-based email systems such as Gmail, Yahoo, etc.

3.  You must produce all Documents in Your possession, custody, or control, whether maintained in electronic or paper form and whether located on hardware owned and maintained by You or hardware owned and/or maintained by a third party that stores data on Your behalf.  You must produce all such Documents even if they were deleted or in draft form. Without limitation, hardware where such data may be stored includes: servers; desktop, laptop, or tablet computers; cell and smart phones; PDA devices; scanners, fax machines, and copying machines; and mobile storage devices, such as thumb or external hard drives.  Electronically stored Documents include any computerized data or content stored on electromagnetic media.

3

Without limitation, types of electronically stored Documents include email, voicemail, instant messages, intranet and internet system data, telephone and cellular telephone calling records, data compilations, spreadsheets, word processing Documents, images, databases, digital photocopier memory, and any other information stored in memory storage devices.

4.      Produce the original or duplicate, as such terms are defined by Rule 1001 of the Federal Rules of Evidence, of each Document requested together with all non-identical copies and drafts of that Document.  If a duplicate is produced, it should be legible and bound or stapled in the same manner as the original.

5.      Documents not otherwise responsive to these Requests should be produced: (i) if such Documents mention, discuss, refer to, explain, or concern one or more Documents that are called for by these Requests; (ii) if such Documents are attached to, enclosed with, or accompany Documents called for by these Requests; or (iii) if such Documents constitute routing slips, transmittal memoranda or letters, comments, evaluations, or similar materials.

6.      Documents attached to each other should not be separated; separate Documents should not be attached to each other.

7.      Documents should include all exhibits, appendices, linked Documents, or otherwise appended Documents that are referenced in, attached to, included with, or are a part of the requested Documents.

8.      If a Request calls for information concerning a redemption, or withdrawal from a BLMIS account, You must include Documents that reflect the account name and number for the account the funds were transferred from and to, method of transfer (i.e., wire, check, etc.), date of, amount and the reason for the redemption, or withdrawal.

4

9. If any Document, or any part thereof, is not produced based on a claim of attorney-client privilege, work-product protection, or any other privilege, then in answer to such Request or part thereof, for each such Document, You must:

    a. Identify the type, title and subject matter of the Document;

    b. state the place, date, and manner of preparation of the Document;

    c. Identify all authors, addressees, and recipients of the Document, including information about such Persons to assess the privilege asserted; and

    d. Identify the legal privilege(s) and the factual basis for the claim.

10. Documents should not contain redactions unless such redactions are made to protect information subject to the attorney-client privilege and/or work product doctrine. In the event any Documents are produced with redactions, a log setting forth the information requested in Instruction 9 above must be provided.

11. To the extent a Document sought herein was at one time, but is no longer, in Your actual or constructive possession, custody, or control, state whether it: (i) is missing or lost; (ii) has been destroyed; (iii) has been transferred to others; and/or (iv) has been otherwise disposed of. In each instance, identify the Document, state the time period during which it was maintained, state the circumstance and date surrounding authorization for such disposition, identify each Person having knowledge of the circumstances of the disposition, and identify each Person who had possession, custody, or control of the Document. Documents prepared prior to, but which relate or refer to, the time period covered by these Requests are to be identified and produced.

## DOCUMENTS REQUESTED

1. All Documents concerning Your BLMIS Direct and BLMIS Indirect Accounts.

2. All Documents evidencing Your withdrawal of funds from BLMIS.

5

3. All Documents concerning any BLMIS accounts in which You invested, including the Accounts.

4. All Documents evidencing Your request for funds from BLMIS.

5. All Documents concerning profit withdrawal transactions in Your Accounts.

6. All Documents relating to transfers between BLMIS Accounts.

## MANNER OF PRODUCTION

1. All Documents produced to the Trustee shall be provided in either native file ("native") or single-page 300 dpi-resolution group IV TIF format ("tiff") format as specified below, along with appropriately formatted industry-standard database load files, and accompanied by true and correct copies or representations of unaltered attendant metadata. Where Documents are produced in tiff format, each Document shall be produced along with a multi-page, Document-level searchable text file ("searchable text") as rendered by an industry-standard text extraction program in the case of electronic originals, or by an industry-standard Optical Character Recognition ("ocr") program in the case of scanned paper Documents. Searchable text of Documents shall not be produced as fielded data within the ".dat file" as described below.

2. <u>Database load files and production media structure</u>: Database load files shall consist of: (i) a comma-delimited values (".dat") file containing: production Document identifier information, data designed to preserve "parent and child" relationships within document "families," reasonably accessible and properly preserved metadata (or bibliographic coding in the case of paper Documents), custodian or Document source information; and (ii) an Opticon (".opt") file to facilitate the loading of tiff images. Load files should be provided in a root-level folder named "Data," images shall be provided within a root level "Images" folder containing reasonably structured subfolders, and searchable text files shall be provided in a single root-level

6

"Text" folder. If any of the Documents produced in response to these requests are designated as confidential pursuant to the Protective Order, entered on June 6, 2011 in the matter of *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, et al.*, Adv. Pro. No. 08-01789 (SMB) (the "Protective Order"), in addition to marking the Documents with the brand "CONFIDENTIAL" or branding the media with the word "CONFIDENTIAL," also include a Confidential field within the load file, with a "yes" or "no" indicating whether the Document has been designated as confidential, as well as native file loading/linking information (where applicable).

3.      <u>Electronic Documents and data, generally</u>:   Documents and other responsive data or materials created, stored, or displayed on electronic or electro-magnetic media shall be produced in the order in which the Documents are or were stored in the ordinary course of business, including all reasonably accessible metadata, custodian or Document source information, and searchable text as to allow the Trustee, through a reasonable and modest effort, to fairly, accurately, and completely access, search, display, comprehend, and assess the Documents' true and original content.

4.      <u>Emails and attachments, and other email account-related Documents</u>:   All Documents and accompanying metadata created and/or stored in the ordinary course of business within commercial, off-the-shelf email systems including but not limited to Microsoft Exchange™, Lotus Notes™, or Novell Groupwise™ shall be produced in tiff format, accompanying metadata, and searchable text files or, alternately, in a format that fairly, accurately, and completely represents each Document in such a manner as to make the Document(s) reasonably useable, manageable, and comprehendible by the Trustee.

7

5. <u>Documents and data created or stored in or by structured electronic databases</u>: With the exclusion of email and email account-related Documents and data, all Documents and accompanying metadata created and/or stored in structured electronic databases or files shall be produced in a format that enables the Trustee to reasonably manage and import those Documents into a useable, coherent database. Documents must be accompanied by reasonably detailed documentation explaining the Documents' content and format including but not limited to data dictionaries and diagrams. Some acceptable formats, if and only if provided with definitive file(s), table(s), and field level schemas include:

    a. XML format file(s);

    b. Microsoft SQL database(s);

    c. Access database(s); and/or

    d. Fixed or variable length ASCII delimited files.

6. <u>Spreadsheets, multimedia, and non-standard file types</u>: All Documents generated or stored in software such as Microsoft Excel or other commercially available spreadsheet programs, as well as any multimedia files such as audio or video, shall be produced in their native format, along with an accompanying placeholder image in tiff format indicating a native file has been produced. A "Nativelink" entry shall be included in the .dat load file indicating the relative file path to each native file on the production media. To the extent the party has other file types that do not readily or easily and accurately convert to tiff and searchable text, the party may elect to produce those files in native format subject to the other requirements listed herein. Native files may be produced within a separate root-level folder structure on deliverable media entitled "Natives."

7. <u>"Other" electronic Documents</u>: All other Documents and accompanying metadata and embedded data created or stored in unstructured files generated by commercially available

8

software systems (excluding emails, structured electronic databases, spreadsheets, or multimedia) such as, but not limited to, word processing files (such as Microsoft Word), image files (such as Adobe .pdf files and other formats), and text files shall be produced in tiff and searchable text format in the order the files are or were stored in the ordinary course of business.

8.    <u>Paper Documents</u>:  Documents originally created or stored on paper shall be produced in tiff format.  Relationships between Documents shall be identified within the Relativity .dat file utilizing document identifier numbers to express parent document/child attachment boundaries, folder boundaries, and other groupings.  In addition, the searchable text of each Document shall be provided as a multi-page text file as provided for by these requests.

Dated:   New York, New York                         <u>*/s/Nkosi Shields*</u>
         October 7, 2015

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Nkosi Shields
Email: nshields@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

9

## Exhibit A

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Indirect BLMIS Account No.** | **Indirect BLMIS Account Name** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Account Name** |
| 1A0083 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST | 1A0004 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST C/O NEIL FRIEDMAN |
| 1B0156 | AARON BLECKER REV TRUST U/A/D 3/15/07 | 100124 | AVELLINO & ALPERN |
|  |  | 1B0022 | AARON BLECKER |
|  |  | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
| 1B0157 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 100124 | AVELLINO & ALPERN |
|  |  | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
| 1C1229 | CHALEK ASSOCIATES LLC C/O MORTON CHALEK | 100324 | SOL CHALEK |
|  |  | 1C1041 | CHALEK EQUITIES INC |
|  |  | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
|  |  | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |
|  |  | 1C1044 | MORTON CHALEK |
|  |  | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1CM682 | BETH FELDMAN | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM806 | EVELYN BEREZIN WILENITZ | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
|  |  | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM837 | TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ EVELYN BEREZIN | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
|  |  | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1E0143 | BARBARA ENGEL | 100124 | AVELLINO & ALPERN |
|  |  | 1A0028 | WILLIAM ALPERN TRUST |
|  |  | 1E0111 | BARBARA ENGEL |
| 1F0092 | FRIEDA FRESHMAN TRUSTEE WALTER FRESHMAN TRUST "A" 12/31/92 | 1F0044 | WALTER FRESHMAN |

Ex. A-1

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Indirect BLMIS Account No.** | **Indirect BLMIS Account Name** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Account Name** |
| 1F0093 | FRIEDA FRESHMAN TRUSTEE FRIEDA FRESHMAN REV TRUST 12/31/92 | 1F0044 | WALTER FRESHMAN |
| | | 1F0070 | FRIEDA FRESHMAN |
| 1F0106 | HOWARD L FRUCHT AND CAROLYN FRUCHT REV TRUST | 1F0058 | CAROLYN FRUCHT |
| | | 1F0059 | HOWARD L FRUCHT M D |
| 1F0116 | CAROL FISHER | 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS 260 TUSCANY E |
| | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| 1F0123 | ADELE FOX TRUSTEE UDT 3/5/90 F/B/O ADELE FOX | 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS |
| | | 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B O ADELE FOX |
| 1H0099 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT 4B | 1H0008 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT4B |
| | | 1H0009 | MR HARRY J HARMAN |
| | | 1H0010 | TOBY HARMAN |
| 1H0161 | THE HARNICK BROTHERS PARTNERSHIP C/O GARY HARNICK | 1B0066 | SYLVIA H BRODSKY |
| 1H0166 | BENJAMIN T HELLER IRREVOCABLE TRUST | 1H0022 | BEN HELLER |
| 1K0118 | DAVID SHAPIRO NOMINEE 4 | 1K0011 | DAVID SHAPIRO NOMINEE 4 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| 1K0206 | SAULIUS KAJOTA | 1R0027 | NICOLE RICHARDSON |
| 1L0146 | CAREN LOW | 1L0045 | CAREN LOW |
| | | 1L0046 | GARY LOW |
| 1L0147 | FRIEDA LOW | 1L0047 | ROBERT K LOW |
| | | 1L0069 | FRIEDA LOW |
| 1L0149 | ROBERT K LOW | 1L0047 | ROBERT K LOW |
| 1M0101 | RONA MAST | 100124 | AVELLINO & ALPERN |
| | | 1C1092 | CLAIRE COVNER REVOCABLE LIVING TRUST |
| | | 1M0027 | RONA MAST & JEFF MAST J/T WROS |

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Indirect BLMIS Account No.** | **Indirect BLMIS Account Name** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Account Name** |
| 1M0105 | EDWIN MICHALOVE | 100813 | IRWIN K HOROWITZ |
| | | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 |
| | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| | | 1M0037 | EDWIN MICHALOVE |
| 1P0105 | LAUREL PAYMER | 1J0006 | JG KNITS INC C/O M WEINGARTEN |
| | | 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID WEINGARTEN |
| 1R0123 | BARBARA ROTH & MARK ROTH J/T WROS | 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS |
| | | 1R0044 | BARBARA ROTH & MARK ROTH J/T WROS |
| 1R0133 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0134 | DANIEL RYAN | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Indirect BLMIS Account No.** | **Indirect BLMIS Account Name** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Account Name** |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0171 | LAWRENCE J.RYAN BY-PASS TRUST UNDER DECLARATION OF TST DTD NOV 20,1991 THERESA R. RYAN | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1S0260 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | 100324 | SOL CHALEK |
| | | 1C1041 | CHALEK EQUITIES INC |
| | | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
| | | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Indirect BLMIS Account No.** | **Indirect BLMIS Account Name** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Account Name** |
| | | 1C1044 | MORTON CHALEK |
| | | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1S0267 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST | 1A0011 | HENRIETTA ALBERT TRUST C/O GLORIA SANDLER |
| | | 1S0021 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST |
| 1S0268 | SANDY SANDLER | 1S0024 | S ALAN SANDLER SANDY M SANDLER AND LORI B SANDLER |
| 1S0295 | ADELE SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0296 | DAVID SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1K0011 | DAVID SHAPIRO NOMINEE 4 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0297 | DAVID SHAPIRO NOMINEE | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Indirect BLMIS Account No.** | **Indirect BLMIS Account Name** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Account Name** |
| 1S0298 | DAVID SHAPIRO NOMINEE #2 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0299 | DAVID SHAPIRO NOMINEE NOMINEE #3 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0301 | DEBORAH SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0062 | DEBORAH SHAPIRO #2 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0068 | DEBORAH SHAPIRO |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0316 | SAGE REALTY C/O LILLIAN SAGE | 101904 | MAURICE SAGE TRUST |
| | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1S0324 | ROBERTA SCHWARTZ TRUST U/A/D 2/11/08 | 1A0016 | GERTRUDE E ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | 1S0049 | DOROTHY S SCHWARTZ |
| | | 1S0052 | ROBERTA SCHWARTZ |
| 1S0353 | LAURA ANN SMITH REVOCABLE TRUST | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Indirect BLMIS Account No.** | **Indirect BLMIS Account Name** | **BLMIS Related Direct Eligible Account No.** | **BLMIS Related Direct Account Name** |
| | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | 1S0117 | LAURA ANN SMITH |
| | | 1S0120 | ROBERT W SMITH |
| 1S0370 | ROBERT B SEDGWICK AND NICHOLAS J SEDGWICK TIC | 1H0022 | BEN HELLER |
| 1S0516 | ALVIN E SHULMAN POUROVER TRUST ALVIN E SHULMAN AS TRUSTEE APT #722 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0517 | FLORENCE SHULMAN POUROVER TST FLORENCE W SHULMAN TRUSTEE APT #722 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0547 | SAGE ASSOCIATES C/O LILLIAN SAGE | 101904 | MAURICE SAGE TRUST |
| | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 102611 | REBECCA ZAID C/O TAVLIN |
| | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0036 | RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 102611 | REBECCA ZAID C/O TAVLIN |
| | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1U0017 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS |

## **Exhibit B**

| Column 1 | Column 2 |
|---|---|
| **Direct BLMIS Account No.** | **BLMIS Account Name** |
| 1B0022 | AARON BLECKER |
| 1E0111 | BARBARA ENGEL |
| 1H0022 | BEN HELLER |

Ex. B-1