# CHAITMAN LLP

### 465 PARK AVENUE
### NEW YORK, NEW YORK 10022
### (908) 303-4568

*HELEN DAVIS CHAITMAN*
*HCHAITMAN@CHAITMANLLP.COM*

November 2, 2015

**VIA E-MAIL ONLY: NSHIELDS@BAKERLAW.COM**

Nkosi D. Shields, Esq.
45 Rockefeller Plaza
New York, NY 10111

Dear Mr. Shields:

    We write on behalf of the clients we represent with respect to the profit withdrawal issue.

    Pursuant to the June 24, 2015 Profit Withdrawal Scheduling Order, such claimants are required to produce to the Trustee all documents in their possession, custody or control relating to the Profit Withdrawal Transactions in their accounts by November 2, 2015.

    Please be advised that, to date, none of our clients has been able to locate documents responsive to this request. However, we have asked them to continue looking and, if they have any documents relating to the profit withdrawals, we will produce them to you.

    Sincerely,

    */s/ Helen Davis Chaitman*

    Helen Davis Chaitman

HDC/sh