# Exhibit B2

## Relevant Deposition Excerpts for Jo Ann Sala

**SIPC v BLMIS**                                        **Sala 5/19/2016**

## CONFIDENTIAL

                   UNITED STATES BANKRUPTCY COURT
                   SOUTHERN DISTRICT OF NEW YORK


        ------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                          Adv.Pro.No.
                                      08-01789(SMB)
                Plaintiff,
                                      SIPA Liquidation

        v.
                                      (Substantially
BERNARD L. MADOFF INVESTMENT           Consolidated)
SECURITIES, LLC,

                Defendant.            CONFIDENTIAL

        ------------------------------x

In Re:

BERNARD L. MADOFF,

                Debtor.

        ------------------------------x


        Videotaped Deposition of JO ANN SALA as
reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the home
of JO ANN SALA, 23 Shady Court, Bay Shore,
New York, on Thursday, May 19, 2016, commencing
at 10:05 a.m.

SIPC v BLMIS                                      Sala 5/19/2016

## CONFIDENTIAL

13 (Pages 46 to 49)

---

Page 46

1  this document?
2      A.   Looks like Jodi's.
3      Q.   Do you see the entry that's about
4  a quarter of the way down the page that appears
5  to be in a different handwriting that says "R.
6  Jaffe"?
7      A.   Um-hum.
8      Q.   Yes?
9      A.   Yes.
10     Q.   Do you recognize that handwriting?
11     A.   It looks like Annette's.
12     Q.   I'd like to turn to the next page,
13  which is HWN00001651. Ms. Sala, do you
14  recognize this document?
15     MS. CHAITMAN:  I'm sorry, did you
16  say 1701?
17     MR. BROWN:  1651.
18     MS. CHAITMAN:  Okay, okay.
19     A.   It's the same thing, only there's
20  two capital withdrawals on the bottom.
21     Q.   And what's a capital withdrawal?
22     A.   That's -- they're people that --
23  first of all, that's an option account, the 3-0.
24  And that's when they don't receive profits, they
25  just roll the money over into new stock, but

---

Page 47

1  when they need money, they take it out. That's
2  a capital withdrawal.
3      Q.   And how does that differ from a
4  profit withdrawal?
5      A.   Well, because if you don't need
6  the money, you wouldn't take it out, you just
7  roll it over into new stock.
8      Q.   Do you recognize the handwriting
9  on this document?
10     A.   It looks like Annette's.
11     Q.   And how are you familiar with
12  Annette's handwriting?
13     A.   I've just seen it over the years.
14  I'm not positive it's hers; it looks sort of
15  like it.
16     Q.   And to your knowledge these
17  entries are similar to the entries we discussed
18  on pages ending in 1538 and 1561?
19     A.   Ah-hah.
20     Q.   Yes?
21     A.   Oh, sorry.
22     Q.   Can I help you?
23     A.   Yes. When you said about the
24  handwriting, there was one that I was sure of.
25  I don't know whose that is, I don't.

---

Page 48

1      Q.   When you say "that," I just need
2  to read the page number for the record. Can I
3  see that page back.
4          You're not sure of whose
5  handwriting is --
6      A.   Right.
7      Q.   -- marked on page ending in 1483,
8  that's HWN00001483.
9      A.   Um-hum.
10     Q.   Okay.
11     A.   There was one that looked like
12  Annette's. That's what I was looking for.
13     MS. CHAITMAN:  1622 is the one
14  that you said had handwriting that looked like
15  Annette's. Your testimony was, where it says R.
16  Jaffe.
17     A.   I don't know, this could be
18  Winnie's, it could be anyone's. I don't know.
19     Q.   Ms. Sala, I just want to be clear
20  which page we're talking about right now.
21          I would like to turn back to the
22  page ending in HWN00001651.
23     A.   1-6. I don't really know the
24  handwriting, no.
25     Q.   Okay. Do you see the notations

---

Page 49

1  approximately in the middle of the page with PW?
2      A.   Yes.
3      Q.   And to your knowledge do those
4  represent profit withdrawal transactions?
5      A.   Yes.
6      Q.   And to your knowledge are those
7  profit withdrawal transactions checks that were
8  sent to customers?
9      A.   Yes.
10     Q.   And this appears to you to be a
11  page in the check-out book?
12     A.   Yes.
13     Q.   If we could turn to page -- it's
14  two pages forward, it's page HWN00001655. Do
15  you recognize the handwriting on this page, Ms.
16  Sala?
17     A.   It might be Fran's. I'm not sure.
18     Q.   And when you say Fran --
19     A.   Barbato.
20     Q.   Barbato.
21     A.   Could be anybody's. It could be
22  Winnie's. You know, I don't know handwriting.
23  It's pretty neat.
24     Q.   Does this document appear to you
25  to be related to profit withdrawals?

---

## BENDISH REPORTING
## 877.404.2193

**SIPC v BLMIS**                                      **Sala 5/19/2016**

## CONFIDENTIAL



**Page 54**

1  send account, did that customer have to request
2  his profits each time the profits are due?
3       A.    No.
4       Q.    In the event -- strike that.
5            If an account is marked as a send
6  account, does that customer receive his profits
7  when they're due automatically?
8       A.    Yes.
9       Q.    If a customer account was marked
10 as a reinvest account, what did that mean?
11      A.    That means if they -- they just
12 kept rolling their money over.  If they wanted
13 money, they had to send us a letter.  But even
14 if a send wanted extra money, they had to send
15 in a letter.
16      Q.    So let's break that down a little
17 bit.  Let's talk about a send account right now.
18           With a send account, that account
19 can receive their profits without writing to
20 BLMIS each time they want their profits?
21      A.    Yes.
22      Q.    They receive them automatically?
23      A.    Yes.
24      Q.    If a send account wants an
25 additional amount to their profits, however,

**Page 55**

1  they would need to send that request in writing
2  to BLMIS?
3       A.    Yes.
4       Q.    So there's two different types of
5  transactions that we're talking about?
6       A.    Um-hum.
7       Q.    Yes?
8       A.    Yes.
9       Q.    And the profit in a send account
10 are sent without any written request from the
11 customer?
12      A.    Yes.
13      Q.    And the one-off amounts -- sorry.
14 The additional amounts that you referred to
15 would have to be requested in writing?
16      A.    Yes.
17      Q.    In a send account?
18      A.    Yes.  Which would be a capital
19 withdrawal.
20      Q.    When you say which would be a
21 capital withdrawal, are you referring to the
22 amounts in addition to the profits?
23      A.    Yes.
24      Q.    That were requested in writing?
25      A.    Yes.

**Page 56**

1       Q.    And that would be a capital
2  withdrawal?
3       A.    Right, yes.
4       Q.    And the capital withdrawal, does
5  that have an abbreviation within the records of
6  BLMIS?
7       A.    On the check, yeah.  In the
8  checkbook, the check-out book, if they wanted
9  extra money, it was a CW.
10      Q.    And if they wanted just their
11 profits sent, what type of notation did you use
12 for those transactions?
13      A.    We didn't; it was a PW.
14      Q.    So, I want to turn to when an
15 account was set up.  How was it determined
16 whether an account was a send account or a
17 reinvest account?
18      A.    Whatever they wanted to do.
19      Q.    When you say "they," you mean the
20 customer?
21      A.    The customer, yeah.
22      Q.    And did the customer communicate
23 that to BLMIS over the phone?
24      A.    I don't know.  I don't know.  They
25 would just tell me how to set it up, and I would

**Page 57**

1  set it up that way.
2       Q.    And when you say they would tell
3  you how to set it up --
4       A.    Bernie or Annette.
5       Q.    And they would tell you whether to
6  have it be a send account or a reinvest account?
7       A.    Yes.
8       Q.    And were customers able to change
9  their account from a send to a reinvest account?
10      A.    Yes.
11      Q.    And were they able to change their
12 account from a reinvest to a send account?
13      A.    Yes.
14      Q.    And do you know how those changes
15 were communicated to BLMIS?
16      A.    In writing.
17      Q.    When a customer requested a change
18 such as from send to reinvest, what then
19 happened within BLMIS?
20      A.    When the deal that they were in
21 came due, it would be changed.
22      Q.    When you say it would be changed,
23 what do you mean?
24      A.    From a reinvest to a send or a
25 send to a reinvest.

**SIPC v BLMIS**                                              **Sala 5/19/2016**

**CONFIDENTIAL**

---

Page 58

1   Q.   And was that change marked in
2  BLMIS's records anywhere, to your knowledge?
3       A.   I don't know.
4       Q.   I just want to go back over a
5  couple of things.  If the account was marked as
6  a send account, the customer received their
7  profits by check generally?
8       A.   Yes.
9       Q.   And if the account was a send
10 account and the BLMIS -- excuse me -- BLMIS sent
11 the customer a check, was the check generally
12 made out to the customer whose name was listed
13 on the statement, the customer statement?
14      A.   Yes.
15      Q.   We've touched on both PWs and CWs,
16 and I think you hit upon a couple of different
17 things, but I want to talk about the different
18 ways that customers could withdraw money from
19 BLMIS.
20           Was it possible for customers to
21 set up standing monthly withdrawals?
22      A.   Yes.
23      Q.   And did they do -- were customers
24 making standing monthly withdrawal requests in
25 writing?

---

Page 59

1       A.   I think it was like a one-time
2  thing, that if they wanted a monthly amount,
3  that they would have to send a letter.  Not
4  every month, if that's how it was going to be
5  set up.
6       Q.   So, would the customer be able to
7  direct BLMIS in its communication of how
8  frequently --
9       A.   Excuse me, but I don't think
10 that -- I don't think that that could be,
11 because if it was in the middle of a deal they
12 wouldn't send a check.
13      Q.   Sorry, you don't think what could
14 be?
15      A.   I mean, if you wanted a check
16 every month, that's impossible if you were in a
17 deal, which we thought they were in deals.
18      Q.   I see.  So for the accounts that
19 were in the arbitrage strategy, they would be
20 able to get their profits out?
21      A.   Yes.
22      Q.   Yes?
23      A.   Yes.
24      Q.   And would they be able to take any
25 additional amounts out?

---

Page 60

1       A.   Yes.
2       Q.   And they would have to request
3  those additional amounts in writing?
4       A.   Yes.
5       Q.   But the profits they would not
6  have to make individual requests each time they
7  wanted their profits?
8       A.   No.
9       Q.   You testified about, or referred
10 to the deals and the length of the deals.
11      A.   Um-hum.
12      Q.   How was it determined how long a
13 deal would be offered for?
14      A.   David, when he gave me the ticket,
15 it would say it's a six-week deal, a four-week
16 deal, whatever he had on there.
17      Q.   So David determined that for you?
18      A.   Yes.
19      Q.   And that's David Kugel?
20      A.   Yes.
21      Q.   Ms. Sala, I do want to turn to
22 looking at some documents, so if you need to
23 take a break, now might be a good time.  If
24 you'd like to keep going, I'm happy to keep
25 going.

---

Page 61

1       A.   No, that's fine.
2            (Trustee Exhibit 23 marked for
3  identification.)
4       Q.   Ms. Sala, I'm showing you a
5  document that's been marked Trustee Exhibit 3 --
6  Exhibit 23, I'm sorry, which is bearing the
7  Bates label beginning with AMF00162329.
8            Ms. Sala, if you could just take a
9  moment to review this document.  Let me know
10 when you're ready.
11      A.   I'm ready.
12      Q.   So, Ms. Sala, I'd like to just
13 start with the very first page of the document
14 ending in AMF00162329.
15           Ms. Sala, does this look like the
16 type of folder that you referred to earlier?
17      A.   Yes.
18      Q.   And does this appear to you to be
19 a customer file maintained by BLMIS?
20      A.   Yes.
21      Q.   And does this appear to be the
22 type of file where BLMIS stored correspondence
23 from customers?
24      A.   Yes.
25      Q.   The very first page of the

---

**BENDISH REPORTING**
**877.404.2193**

**SIPC v BLMIS**                                    **Sala 6/13/2016**

**CONFIDENTIAL**

Page 174

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

              Plaintiff,

                       Adv. Pro. No.
     -against-       08-01789(SMB)

BERNARD L. MADOFF INVESTMENT   SIPA Liquidation
SECURITIES, LLC,           (Substantially
                        Consolidated)

              Defendant.
-----------------------------------x
In Re:

BERNARD L. MADOFF,

              Defendant.
-----------------------------------x
              June 13, 2016
              9:58 a.m.


       - CONFIDENTIAL -


    Videotaped Continued Deposition of JOANN

SALA, taken by attorneys for the Trustee, at the

home of JoAnn Sala, 23 Shady Court, Bay Shore,

New York, before SUZANNE PASTOR, a Shorthand

Reporter and Notary Public within and for the

State of New York.

**SIPC v BLMIS**                                          **Sala 6/13/2016**

**CONFIDENTIAL**

1   the check-out book?

2          A.       Check-out book, mm-hmm.

3          Q.       So you would make entries in the

4   check-out book after reviewing the due date

5   report.

6          A.       Yes.

7          Q.       And then once you made your entries

8   in the check-out book, what did you do with the

9   check-out book next?

10          A.       We just always left it in the same

11   place.  And anybody could go -- everybody knew

12   where it was to go and put a check in there.

13          Q.       What place was the check-out book

14   maintained?

15          A.       I believe it was in Jodi's office.

16   Jodi Crupi.

17          Q.       After the information was entered

18   into the check-out book, what happened after

19   that?

20          A.       I guess they were punched in on the

21   date that -- whatever date was on the page,

22   that's when they would go out.

23          Q.       And there were employees at BLMIS

24   that were responsible for punching information

25   into the computer system?

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                                  Sala 5/19/2016

## CONFIDENTIAL

44 (Pages 170 to 173)

---

Page 170

1       THE WITNESS:  You're welcome.
2       MS. CHAITMAN:  As we discussed
3  earlier, I'd like to reschedule at a time that
4  is mutually convenient for everyone.  I'm going
5  to do my absolute best to get done in about
6  2-1/2 hours, but I need the time to put it all
7  together and I just don't have the time today
8  because I have a commitment in New York at 5:30.
9       THE WITNESS:  Okay.
10       MS. CHAITMAN:  Okay?  Thank you so
11  much.
12       MS. BROWN:  We can go off the
13  record.
14       THE VIDEOGRAPHER:  The time is
15  2:04 p.m.  This concludes the deposition.  Off
16  the record.
17       (Deposition concluded.)
18            -o0o-
19
20
21
22
23
24
25

---

Page 171

1
2            ERRATA SHEET
3  WITNESS NAME: JO ANN SALA
4  PAGE/LINE        CHANGE        REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

---

Page 172

1            JURAT
2       I, JO ANN SALA, have read the
3  foregoing deposition and hereby affix my
4  signature that same is true and correct, except
5  as noted above.
6            _____
7            JO ANN SALA
8  THE STATE OF _____
9  COUNTY OF _____
10       Before me, _____, on this
11  day personally appeared _____,
12  known to me (or proved to me on the oath of or
13  through _____ (description of identity
14  card or other document) to be the person whose
15  name is subscribed to the foregoing instrument
16  and acknowledged to me that he/she executed the
17  same for the purpose and consideration therein
18  expressed.
19       Given under my hand and seal of office on
20  this _____ day of _____, _____.
21
22            _____
23            NOTARY PUBLIC IN AND FOR
24            THE STATE OF_____
25  My Commission Expires: _____.

---

Page 173

1            REPORTER'S CERTIFICATION
2
3       I, NANCY C. BENDISH, Certified
4  Court Reporter and Notary Public of the States
5  of New York and New Jersey, do hereby certify
6  that, prior to the commencement of the
7  aforementioned examination, JO ANN SALA was
8  sworn by me to testify the truth, the whole
9  truth and nothing but the truth.
10       I DO FURTHER CERTIFY that the
11  foregoing is a true and accurate transcript of
12  the testimony as taken stenographically by and
13  before me at the time, place, and on the date
14  hereinbefore set forth.
15       I DO FURTHER CERTIFY that I am
16  neither a relative nor employee nor attorney nor
17  counsel of any party in this action and that I
18  am neither a relative nor employee of such
19  attorney or counsel, and that I am not
20  financially interested in the event nor outcome
21  of this action.
22
23            _____
            NANCY C. BENDISH, CCR, RMR, CRR, CLR
            Realtime Systems Administrator
24            Certificate No. XI00836
25  Dated: May 20, 2016

---

## BENDISH REPORTING
## 877.404.2193

**SIPC v BLMIS**                                    **Sala 6/13/2016**

## CONFIDENTIAL

Page 284

1   p.m.  Off the record.

2             (TIME NOTED:   1:36 p.m.)

3

4           JOANN SALA

5

6   Subscribed and sworn to before me

7   this        day of          , 2016.

8

9   _____

10  Notary Public

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SIPC v BLMIS**                                     **Sala 6/13/2016**

## CONFIDENTIAL

Page 285

```
 1   WITNESS: _____
     DATE(S): _____
 2   CASE:    _____
 3   I wish to make the following changes, for the
     following reasons:
 4
     PAGE LINE _____ _____
 5   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
 6
     REASON:_____
 7   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
 8
     REASON:_____
 9   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
10
     REASON:_____
11   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
12
     REASON:_____
13   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
14
     REASON:_____
15   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
16
     REASON:_____
17   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
18
     REASON:_____
19   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
20
     REASON:_____
21   _____ _____ CHANGE FROM:_____
     _____ _____ CHANGE TO: _____
22
                 _____
23   Subscribed and sworn to before me this _____ day
     of _____, 2016.
24
     _____
25
```

**SIPC v BLMIS**                                      **Sala 6/13/2016**

## CONFIDENTIAL

Page 286

1                C E R T I F I C A T E

2

3    STATE OF NEW YORK  )

4                           : SS.

5    COUNTY OF NEW YORK )

6

7            I, SUZANNE PASTOR, a Shorthand

8    Reporter and Notary Public within and for the

9    State of New York, do hereby certify:

10           That the witness whose deposition is

11   hereinbefore set forth, was duly sworn by me and

12   that such deposition is a true record of the

13   testimony given by the witness.

14           I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage, and that I am in no way

17   interested in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this_____, 2016.

20

21                   _____

22                   SUZANNE PASTOR

23

24

25