# Exhibit B4

# Relevant Deposition Excerpts for Norman Blum, M.D.

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR                 Adv. Pro. No. 08-01789 (SMB)
PROTECTION CORPORATION,

       Plaintiff,           SIPA Liquidation

v.
                       (Substantively Consolidated)
BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC,

       Defendant.
_____
In re:

BERNARD L. MADOFF,

       Debtor.
_____

COPY

DEPOSITION OF NORMAN BLUM, M.D.
Volume 1 of 1, Pages 1 through 104
Videotaped

Friday, May 13, 2016
10:01 a.m. - 12:47 p.m.
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131

Stenographically Reported By:
STEFANIE MENSCH, FPR, RPR, CRR
Florida Professional Reporter
Registered Professional Reporter
Certified Realtime Reporter

BENDISH REPORTING
877.404.2193

## Page 26

    A.  Yes, I received monthly statements.
    Q.  And did you ever object to those customer statements for 1B0034?
    A.  I do not believe I did, as far as I can recollect.
    Q.  Do you admit that you opened 1B0034 with a deposit of $100,000?
    A.  I did.
    Q.  And that was --
    A.  That's correct.
    Q.  Dr. Blum, do you admit that you made a withdrawal from 1B0034 in the amount of $21,339.68 in the form of a check on May 24, 1988?
    A.  I have no recollection of that. I saw it there. I have no recollection if I did or did not. I don't -- that was soon after I started the whole thing off. I would question why I would have done that, if I did. I do not recollect doing that at all.
    Q.  All right. Do you admit that you made a withdrawal in the form of a check of $4,240.11 from 1B0034 on 12/15/1989?
    A.  I have no idea what that represents.
        MS. ACKERMAN: I'd like to mark this as Trustee's Exhibit 4.

## Page 27

    (A principal balance calculation for Account 1B0034 was marked for identification as Trustee's Exhibit No. 4.)
    A.  Thank you.
BY MS. ACKERMAN:
    Q.  Dr. Blum, I've handed you now what's been marked as Trustee's Exhibit 4. I represent to you that this is a complete -- complete record of the deposits and withdrawals from 1B0034, based on BLMIS's books and records.
    A.  Okay.
    Q.  And I represent this is a true and correct copy of this exhibit as it was annexed to the supplemental expert report of Matthew Greenblatt, which was served and filed on the docket on December 17, 2015.
        Do you have any -- I'd like to direct your attention then to the line item at 5 -- if you flip to page -- sorry. It's the first page.
        MR. KIRBY: The first page?
    A.  Which page?
BY MS. ACKERMAN:
    Q.  Sorry about that. Yes, first page. 5/24/1988.
    A.  5/24/1988. Gotcha.
    Q.  Could you read that line item for us?
    A.  "Check. CW. $21,340." That's what it says.
    Q.  Okay. That's fine. Do you -- do you remember --

## Page 28

I'm sorry.
        Did you make a withdrawal in this amount at that time from this account?
    A.  Not to my recollection that I did. I do not recall doing that at all. I have no idea why I would do that, as I just opened up the account, and to take out $21,000 seems -- and $340 seems rather strange to me. No recollection at all about having done that.
    Q.  And then again on 12/15/1989, a few lines lower.
    A.  12/15. Is that Columbia Pictures?
    Q.  It looks like it, yes.
        Could you read that line item for us?
    A.  "Check. Columbia Pictures. PW. 28" -- "$2,814.
    (Clarification requested by the court reporter.)
        MR. KIRBY: Columbia Pictures.
        THE WITNESS: Columbia Pictures.
        THE COURT REPORTER: The amount I didn't hear.
BY MS. ACKERMAN:
    Q.  And do you -- did you make a withdrawal in this amount at that time?
    A.  That I can say categorically I did not.
    Q.  Do you admit, Dr. Blum, that you made --
Dr. Blum, I apologize -- that you made a transfer to 1B0035 from 1B0034 on 10/29/1990?
    A.  Yeah, I did not do that.

## Page 29

    Q.  You did not transfer any funds out of 1B0034?
    A.  Absolutely not. That's my IRA account.
    Q.  Sorry. If you look at that line item, 10/25/1990, could you read that?
    A.  "10/25/1990. Transferred to IRA."
    Q.  Sorry. That's -- yes.
    A.  $239- -- that's CW. $239,439 [sic]. Never did that.
    Q.  You didn't transfer to the IRA?
    A.  Well, that -- transfer, I do not know if I did that or not. I couldn't have done that. I shouldn't have done that. You can't play around with the IRA.
    Q.  You can't transfer to the IRA.
    A.  Well, I don't know if I can or cannot. You can't do anything -- you can't do anything with the IRA at all. It's very strict on that. This is through my retirement fund, my pension fund. They're very strict in doing things like that. You're not allowed to play around with things like that. I never touched that.
    Q.  Dr. Blum, do you admit that you made profit withdrawals approximately every two months from November 20, 1986 to October 12, 1990?
    A.  I do not. I never took any profit withdrawal.
    Q.  Thank you. Dr. Blum, a moment ago, we discussed how you -- strike that.

## Page 102

### CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Stefanie Mensch, Florida Professional Reporter, Notary Public, State of Florida, certify that Norman Blum personally appeared before me on the 13th day of May 2016, and was duly sworn.

Signed this 15th day of May 2016.

_____
STEFANIE MENSCH, FPR, RPR, CRR
Notary Public, State of Florida
Commission No.: FF116067
Commission Expires: July 21, 2018

## Page 103

### CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Stefanie Mensch, Florida Professional Reporter, certify that I was authorized to and did stenographically report the deposition of Norman Blum, pages 1 through 101; that a review of the transcript was not waived; and that the transcript is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 15th day of May 2016.

_____
Stefanie Mensch, FPR, RPR, CRR
Florida Professional Reporter
Registered Professional Reporter
Certified Realtime Reporter

## Page 104

ERRATA SHEET
DO NOT WRITE ON THE TRANSCRIPT--ENTER CHANGES ON THIS PAGE
IN RE: Securities Investor Protection Corporation v
Bernard L. Madoff Investment Securities, LLC
Norman Blum
May 13, 2016

| Page No | Line No | Change | Reason |
|---------|---------|--------|--------|
|         |         |        |        |

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.

_____    _____
Date                 Norman Blum