# Exhibit B5

## Relevant Deposition Excerpts for Winifier Jackson

**SIPC v BLMIS**                                    **Jackson 5/23/2016**

**CONFIDENTIAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                          Adv.Pro.No.
                                      08-01789(SMB)
          Plaintiff,

                                      SIPA Liquidation

     v.
                                      (Substantially
BERNARD L. MADOFF INVESTMENT           Consolidated)
SECURITIES, LLC,

          Defendant.                  CONFIDENTIAL

------------------------------x

In Re:

BERNARD L. MADOFF,

          Debtor.

------------------------------x



     Videotaped Deposition of WINIFIER JACKSON,
as reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the office
of BAKER HOSTETLER, 45 Rockefeller Plaza, New
York, New York, on Monday, May 23, 2016,
commencing at 10:30 a.m.

**BENDISH REPORTING**
**877.404.2193**

**SIPC v BLMIS**                                           **Jackson 5/23/2016**

**CONFIDENTIAL**

---

Page 10

1   work.
2       Q.    When you say Jodi, do you mean
3   Jodi Crupi?
4       A.    Jodi Crupi.
5       Q.    And Annette?
6       A.    Annette Bongiorno.
7       Q.    So what were your duties
8   primarily, your clerical duties that you
9   performed for Ms. Bongiorno and Ms. Crupi?
10      A.    I kept track of like paperwork
11  that was sent out to clients, as far as like
12  the trading and stuff that was done.  I kept -- I
13  was responsible for doing like -- receiving in
14  checks for clients and stuff like that, that we
15  would log into our checkbook.
16      Q.    Okay.  And what street was the
17  office on when you first started working at
18  BLMIS?
19      A.    53rd and Third.
20      Q.    And what floor did you work on
21  when you first started?
22      A.    When I first started I worked on
23  the 18th floor.
24      Q.    Did that change at some point?
25      A.    Yes.

---

Page 11

1       Q.    When was that?
2       A.    I don't remember the year that it
3   changed.
4       Q.    Would it have been in the '80s or
5   the '90s?
6       A.    The '90s, I think.  I think it was
7   in the '90s.
8       Q.    Do you think it was the early
9   '90s?
10      A.    The early '90s, yes.
11      Q.    And when you moved to a different
12  floor, what floor was that?
13      A.    The 17th floor.
14      Q.    Did the employees on the 17th
15  floor work with BLMIS customer accounts?
16      A.    Yes.
17      Q.    So you mentioned that your
18  responsibilities initially were more clerical in
19  nature?
20      A.    Yes.
21      Q.    And that you assisted Ms. Crupi
22  and Ms. Bongiorno essentially with account
23  related paperwork?
24      A.    Yes.
25      Q.    Is that accurate?

---

Page 12

1            Did your responsibilities change
2   over the time you were at BLMIS?
3       A.    Yes.  A little bit.
4       Q.    How so?
5       A.    I did a little bit more, more
6   intensive clerical work.  Like before it was
7   just like very light clerical duties, but as I
8   was there for a little bit longer I did a little
9   bit more of the clerical, which meant that I
10  dealt a little bit -- not dealt with customers,
11  but dealt with Annette and Jodi and with the
12  clerical paperwork, more of the clerical
13  paperwork than before.
14      Q.    And when you say clerical
15  paperwork, what do you mean by that?
16      A.    I dealt a little bit more with
17  setting up the accounts, like whenever accounts
18  came in there were certain paperwork that we had
19  to initially set up, you know, as far as the
20  files, internal work.  Not dealing with the
21  client, but dealing with the internal paperwork
22  of how the paperwork was set up, in the folders,
23  you know, in the accounts, and keeping account
24  of account information, incoming and outgoing
25  information to clients.

---

Page 13

1       Q.    And I think you mentioned that you
2   also assisted with something that you referred
3   to as the checkbook?
4       A.    Yes.
5       Q.    What did that entail?
6       A.    I dealt with the checks that came
7   in, I made sure that they were logged accurately
8   into the checkbook, and then I would, if checks
9   went out, I had to double-check to make sure
10  that if they were -- how they were going out as
11  far as like the mailing, as far as like if they
12  were being picked up, if they were being
13  hand-delivered, or if they were just being
14  straight mailed.
15      Q.    Okay.  We'll come back to the
16  checks and the checkbooks in a second.
17            Who were your supervisors when you
18  were at BLMIS?
19      A.    Jodi and Annette.  Joanne Crupi
20  and Annette Bongiorno.
21      Q.    Did Ms. Crupi handle any accounts
22  of her own that you assisted with?
23      A.    When I first started there, yes.
24  She dealt with certain accounts, yeah.
25      Q.    Did that stop at some point?

SIPC v BLMIS                                    Jackson 5/23/2016

CONFIDENTIAL

---

Page 14

1    A.    Yeah, that changed at one point,
2  those accounts were pretty much phased out and
3  moved over to a different account manager.
4    Q.    Do you know who that different
5  account manager was?
6    A.    Frank DiPascali.
7    Q.    And was there a particular type of
8  account that Ms. Crupi managed?
9    A.    Yes.  I just can't remember the
10  exact name of it right this second, but yes.
11    Q.    Did you recall that accounts had
12  sort of sub-accounts that had different numbers
13  associated with them?
14    A.    Be a little clearer; what do you
15  mean?
16    Q.    Was it your recollection that you
17  would have a customer account and the account
18  number would end in a dash 1, dash 2, dash 3,
19  dash 4?
20    A.    Right, yes.
21    Q.    And did those indicate different
22  type of sub-accounts?
23    A.    Yes.
24    Q.    Do you recall particularly which
25  number indicated which type of account?

---

Page 15

1    A.    Yes.  Frank's accounts were the 3
2  or 4 accounts, Annette's accounts were 3 and 7-0
3  accounts.  And I think the -- some that ended in
4  5-0 were, I want to think those were Annette's.
5  I kind of forgot a lot of it, but...
6    Q.    Thank you.
7        So Annette Bongiorno was your
8  other supervisor?
9    A.    Yes.
10    Q.    And what did your work with
11  Annette Bongiorno entail?
12    A.    With Annette -- did a lot of stuff
13  with her.  With Annette I dealt with her
14  particular type of accounts.  She may ask us to
15  look up certain information from the Bloomberg
16  to provide her information on the trading data
17  that went on for particular days for her
18  accounts and we would give her that information.
19        She may ask us to -- she would
20  give us certain types of accounts and she would
21  say that we had to -- I can't quite remember
22  how -- the wording that she would use, but we
23  would have to break it down like how much could
24  be bought on certain days based on the trading
25  market, based on what the trading, the market

---

Page 16

1  did that day.
2        So we would give her certain
3  information like that.
4    Q.    Okay.  So were you researching
5  sort of the volume that was traded on certain
6  days?
7    A.    Yes.
8    Q.    And the information that you
9  looked up on Bloomberg was the pricing for
10  particular stocks?
11    A.    Yes.
12    Q.    And Annette would direct you which
13  stocks to look up the pricing for?
14    A.    Yes.
15    Q.    And to your knowledge were the
16  stocks that you researched actually purchased by
17  BLMIS?
18    A.    I don't know.  I mean, to my
19  knowledge they were.
20    Q.    That was an assumption that you
21  had at the time?
22    A.    That was the assumption that we
23  had at the time, yes.
24    Q.    Did you which actually purchase
25  any stocks for customers?

---

Page 17

1    A.    No.
2    Q.    Were you aware of anyone working
3  for Annette actually purchasing stocks for
4  customers?
5    A.    I mean, only thing I know is that
6  we would just look up the information, give it
7  to them.  I didn't know what went on after that.
8    Q.    I understand.
9        Did you ever sell any stocks for
10  customers?
11    A.    No.
12    Q.    Were you aware of anyone who
13  worked with Annette actually selling any stocks?
14    A.    Like I said, once we did the
15  paperwork, we don't know what was bought or
16  sold.
17    Q.    Okay.  So you researched the
18  stocks and you provided that information to Ms.
19  Bongiorno?
20    A.    Right.
21    Q.    And were there any other tasks
22  that you performed for Ms. Bongiorno?
23    A.    Just like I said, clerical task,
24  receiving phone calls.  She would ask us to, you
25  know, write up a notation or something or look

---

SIPC v BLMIS                                          Jackson 5/23/2016

## CONFIDENTIAL

Page 134

1
2                    ERRATA SHEET
3     WITNESS NAME: WINIFIER JACKSON
4     PAGE/LINE        CHANGE        REASON
5     _____
6     _____
7     _____
8     _____
9     _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____

Page 135

1
2            JURAT
3         I, WINIFIER JACKSON, have read the
4    foregoing deposition and hereby affix my
5    signature that same is true and correct, except
     as noted above.
6        _____
7            WINIFIER JACKSON
8    THE STATE OF _____
9    COUNTY OF _____
10       Before me, _____, on this
11   day personally appeared _____,
12   known to me (or proved to me on the oath of or
13   through _____ (description of identity
14   card or other document) to be the person whose
15   name is subscribed to the foregoing instrument
16   and acknowledged to me that he/she executed the
17   same for the purpose and consideration therein
18   expressed.
19       Given under my hand and seal of office on
20   this _____ day of _____, _____.
21
22   _____
23       NOTARY PUBLIC IN AND FOR
         THE STATE OF_____
24
25   My Commission Expires: _____.

Page 136

1
2                 REPORTER'S CERTIFICATION
3        I, NANCY C. BENDISH, Certified
4    Court Reporter and Notary Public of the States
5    of New York and New Jersey, do hereby certify
6    that, prior to the commencement of the
7    aforementioned examination, WINIFIER JACKSON was
8    sworn by me to testify the truth, the whole
9    truth and nothing but the truth.
10       I DO FURTHER CERTIFY that the
11   foregoing is a true and accurate transcript of
12   the testimony as taken stenographically by and
13   before me at the time, place, and on the date
14   hereinbefore set forth.
15       I DO FURTHER CERTIFY that I am
16   neither a relative nor employee nor attorney nor
17   counsel of any party in this action and that I
18   am neither a relative nor employee of such
19   attorney or counsel, and that I am not
20   financially interested in the event nor outcome
21   of this action.
22
     _____
23   NANCY C. BENDISH, CCR, RMR, CRR, CLR
     Realtime Systems Administrator
24   Certificate No. XI00836
25   Dated: May 24, 2016

## BENDISH REPORTING
## 877.404.2193