# Exhibit B6

## Relevant Deposition Excerpts for Dorothy Khan

08-01789-smb Doc 14361-8 Filed 10/28/16 Entered 10/28/16 21:17:04 Exhibit B6
PW-6 Dorothy Khan Deposition Transcript Excerpts Pg 1 of 34

08-01789-smb Doc 13679-6 Filed 08/12/16 Entered 08/12/16 18:57:45 Exhibit
to Laura Clinton Declaration Pg 2 of 3

SIPC v BLMIS                                                    Khan 5/25/2016

**CONFIDENTIAL**

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                        Adv.Pro.No.
                                    08-01789(SMB)
         Plaintiff,
                                    SIPA Liquidation
    v.
                                    (Substantially
BERNARD L. MADOFF INVESTMENT         Consolidated)
SECURITIES, LLC,

         Defendant.                  CONFIDENTIAL
-------------------------------x

In Re:

BERNARD L. MADOFF,

         Debtor.

-------------------------------x


    Videotaped Deposition of DOROTHY KHAN, as
reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the office
of BAKER HOSTETLER, 45 Rockefeller Plaza, New
York, New York, on Wednesday, May 25, 2016,
commencing at 2 p.m.

08-01789-smb Doc 14361-8 Filed 10/28/16 Entered 10/28/16 21:17:04 Exhibit B6
PW-6 Dorothy Khan Deposition Transcript Excerpts Pg 4 of 34

08-01789-smb Doc 13675-6 Filed 08/12/16 Entered 08/12/16 18:57:45 Exhibit
to Laura Clinton Declaration Pg 3 of 3

SIPC v BLMIS                                                    Khan 5/25/2016

**CONFIDENTIAL**

Page 12

```
 1        Q.    Was your work mainly with the
 2   BLMIS computer system?
 3        A.    Yes.
 4        Q.    Did you enter data anywhere other
 5   than the computer system?
 6        A.    No.
 7        Q.    In your data entry, did you enter
 8   information about specific trades?
 9        A.    Yes.
10        Q.    Did you enter information about
11   customer deposits?
12        A.    Could you repeat.
13        Q.    Did you enter information about
14   customer deposits?
15        A.    Deposits, yes.
16        Q.    Did you enter information about
17   customer withdrawals?
18        A.    Yes.
19        Q.    Did you enter information about
20   checks made out to customers?
21        A.    Yes.
22        Q.    Did you run reports on the
23   computer system?
24        A.    Yes.
25        Q.    What kinds of reports?
```