# Exhibit E

## "Analysis of the Profit Withdrawal Transactions"

**EXHIBIT 2**

**TO DECLARATION OF MATTHEW B. GREENBLATT**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

                           Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                       Defendant.

---

In re:
BERNARD L. MADOFF,

                       Debtor.

---

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

 

 

**EXPERT REPORT OF**
**MATTHEW B. GREENBLATT, CPA/CFF, CFE**
**SENIOR MANAGING DIRECTOR**
**FTI CONSULTING, INC.**

 

**ANALYSIS OF THE**
**PROFIT WITHDRAWAL TRANSACTIONS**

 

**July 14, 2015**

# Table of Contents

|  |  |  | Page |
|---|---|---|---|
| I. | PROFESSIONAL BACKGROUND | | 3 |
| II. | SCOPE OF ASSIGNMENT | | 3 |
| III. | SUMMARY OF FINDINGS | | 5 |
| | A. | The Principal Balance Calculation | 5 |
| | B. | PW Transactions | 5 |
| IV. | THE POPULATION OF PW TRANSACTIONS | | 7 |
| | A. | Description of PW Transactions | 7 |
| | B. | PW Transactions – Description Categories | 8 |
| | C. | The Documents and Data Maintained by BLMIS Relevant to PW Transactions | 9 |
| | | 1. The House 17 Manual | 9 |
| | | 2. Portfolio Management Reports | 11 |
| | | 3. Portfolio Management Transaction Reports | 11 |
| | D. | The Recording of PW Transactions on Customer Statements | 11 |
| | E. | Conclusion Drawn from the Review of the BLMIS Records | 12 |
| V. | DETAILED ANALYSIS OF CERTAIN PW TRANSACTIONS | | 12 |
| | A. | Transaction Description: Check + Stock Name and Reconciliation to a Reported Profit | 13 |
| | B. | Comparison of Customer Statements to Additional BLMIS Records | 17 |
| | C. | Detailed Review of Cancelled Checks and Wire Transfers | 20 |
| | D. | Conclusions Drawn On PW Transactions | 20 |
| VI. | SIGNATURE AND RIGHT TO MODIFY | | 21 |
| VII. | LIST OF EXHIBITS | | 22 |

08-01789-smb    Doc 10063-1    Filed 07/14/15    Entered 07/14/15 20:38:40    Exhibit 2
Part 1    Pg 4 of 39

## I.    PROFESSIONAL BACKGROUND

1.    I, Matthew B. Greenblatt, am employed in the Forensic and Litigation Consulting practice of FTI Consulting, Inc. ("FTI") as a Senior Managing Director.  I have more than 20 years of experience in accounting, auditing and litigation consulting services, including forensic accounting and fraud investigations.

2.    I am a Certified Public Accountant (CPA), Certified in Financial Forensics (CFF), and a Certified Fraud Examiner (CFE).  I am a member of the American Institute of Certified Public Accountants, the New York State Society of Certified Public Accountants and the Association of Certified Fraud Examiners.  I have spoken on multiple panels and authored articles in the area of forensic accounting and investigations, and currently serve as an adjunct professor with New York University in its forensic accounting certificate program.

3.    Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

## II.    SCOPE OF ASSIGNMENT

4.    Bernard L. Madoff Investment Securities LLC ("BLMIS") was an investment firm owned and operated by Bernard L. Madoff ("Madoff").  On December 11, 2008, Madoff was arrested for violating multiple securities laws in connection with running a Ponzi scheme.  On December 15, 2008, Irving H. Picard was appointed as the Trustee for the liquidation of the business of BLMIS, and Baker & Hostetler LLP was retained as his counsel.  Shortly thereafter and as described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI was retained by Baker & Hostetler LLP, on behalf of the Trustee, to analyze, among other things, the financial affairs of BLMIS and to assist the Trustee with the liquidation of BLMIS.  As part of our engagement, FTI was tasked with the exercise of reconstructing the books and records of BLMIS, including all records of the "cash in/cash out" transactions related to the BLMIS customer accounts as far back as the records allow.

5.    I, along with a team of FTI professionals working under my direct supervision, was specifically tasked with compiling chronological listings of all cash and principal transactions for every BLMIS customer account.  These chronological listings consist of cash and principal transactions derived from data maintained within BLMIS's computer systems.

3

Such systems generated monthly BLMIS customer statements (the "Customer Statements"),
which were used by FTI and traced to third-party documentation where available.  These
chronological listings provided the foundation to calculate every BLMIS account holder's
principal balance on a daily basis for all dates during the period from April 1, 1981 through
December 11, 2008 (the "Principal Balance Calculation").[1]

6.      To address the specific issues raised in the PW Transaction Motion,[2] FTI was
tasked with describing, in greater detail, the subset of the cash withdrawal transactions at issue,
all of which were included in the Principal Balance Calculation.  The Customer Statements
identified various transaction codes, including, but not limited to: "PW" (profit withdrawal);
"CW" (cash withdrawal); and "JRNL" (journal).  The subset of withdrawal transactions,
collectively referred to herein as "PW Transactions," is comprised of: 1) transactions referred to
as "Profit Withdrawals" for which the transaction code according to the Customer Statement is
"PW" and 2) transactions reflected on the Customer Statements with a transaction code other
than PW ("CW" or "JRNL") where the transaction description includes a reference to a third-
party, interest and/or dividends[3] described more fully in **Section IV**.  A complete listing of all
PW Transactions, sorted by BLMIS account number, and listed in date order is attached hereto
as **Exhibit 2**, each of which was identified as a cash transaction for purposes of the Principal
Balance Calculation, and was therefore already included in the chronological listings of all cash
and principal transactions for every BLMIS customer account described in ¶5 above.

7.      The Principal Balance Calculation Report explains the methodology of the
Principal Balance Calculation and describes the relevant documents and data maintained by
BLMIS.  Accordingly, this report should be read in conjunction with the Principal Balance
Calculation Report.[4]  This report has been prepared in connection with the analysis of the Profit

---

[1]    The first monthly Customer Statement which reported dollar amounts for any securities allegedly held at month
       end was March of 1981.  Therefore, the full period in which the Principal Balance Calculation could be
       performed covered the time period from April 1, 1981 through December 11, 2008.
[2]    *See* Amended Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal
       Issue, dated May 19, 2015 ("PW Transaction Motion").
[3]    This subset of transactions excludes transactions that were subsequently cancelled but would have otherwise
       been considered a PW transaction based on the criteria described above.
[4]    The opinions that I rendered in the Principal Balance Calculation Report, the documents that I considered in
       connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference.
       All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance
       Calculation Report.

Withdrawal Transactions and is to be used in the above-captioned proceeding only.  It is not to be used for any other purpose without the express written consent of FTI.

8.      As a CPA, a forensic accountant and a CFE, I have the training, experience and expertise required to work with and supervise members of the FTI team of professionals to accomplish the reconstruction of the books and records of BLMIS.  I have prepared this report with the assistance of other FTI professionals working under my direct supervision.

9.      If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report.  FTI is being compensated at a rate of $554 per hour for my professional time incurred in performing the work necessary to prepare this report.  FTI's fees are not contingent on the conclusions reached in this report or the outcome of any proceeding.

10.      The documents and data that I considered in connection with this report are listed in **Exhibit 3**.  I reserve the right to supplement my report based on any additional documents or information received.

## III.    SUMMARY OF FINDINGS

### A.  The Principal Balance Calculation

11.      The Principal Balance Calculation Report identifies the (a) methodology that I employed and/or supervised in connection with the analyses performed, and (b) sources of information and data that form the basis of my findings, conclusions, and opinions.

12.      My findings, conclusions, and opinions remain unchanged since the issuance of the Principal Balance Calculation Report.  *See* Principal Balance Calculation Report, ¶¶10-36 for a full description of the summary of findings and methodology for the Principal Balance Calculation.

### B.  PW Transactions

13.      As described in ¶6 above, the PW Transactions are a subset of the cash withdrawal transactions that appear on the Customer Statements.  In the aggregate, there were a total of 91,138 PW Transactions within the population of all withdrawal transactions that make up the Principal Balance Calculation for all accounts.

14.     BLMIS falsely reported to its customers that it was trading on their behalf.  The Customer Statements showed fictitious trading over a period of time in a given security.  This fictitious trading typically generated falsely reported distributions and/or gains, herein referred to as "fictitious profits."  In certain accounts, the Customer Statements showed a debit transaction in an amount equal to the reported profits.  These debit entries were reflected on the Customer Statements with a line item consisting of a certain transaction description, for example "Check" or "Check" followed by a company name "Check + Stock Name," together with a particular transaction code of PW, CW or JRNL, as more fully described below in ¶23.

15.     BLMIS records demonstrate that these amounts were treated on the Customer Statements as reductions to equity, and therefore, have been treated as reductions in principal for purposes of the Principal Balance Calculation.

16.     Additionally, our forensic analysis demonstrates that in virtually every instance where a PW Transaction was labeled with the transaction description of Check + Stock Name for the time period for which Customer Statements were available in electronic format (for the period from December 1995 through November 2008), the amount of the PW Transaction represents the fictitious profits from specifically reported fictitious trading.  For virtually all of the 6,148 such transactions, my team and I were able to identify the falsely reported trading in the stock listed in the transaction description.[5]  From that data, we confirmed (a) the amount of fictitious profit generated from the fictitious trading of the particular security or securities; (b) that the PW Transaction equaled the amount of the reported gains from the fictitious trading of that security; and (c) that the amount was subsequently accounted for on the Customer Statement as a reduction in principal (or purported equity) and withdrawn from the BLMIS customer account.

17.     The BLMIS books and records show that 91,138 PW Transactions represent deductions to the purported equity balance of each account.  Based on my review of the BLMIS books and records, it is my opinion that these 91,138 PW Transactions reflect payments made by BLMIS to the account holder equal to the reported profits generated from the fictitious trades.  This conclusion is supported by (a) BLMIS records that were contemporaneously prepared and

---

[5]     Of the 6,148 PW Transactions during the time frame from December 1995 through November 2008 labeled with the transaction description of Check + Stock Name, with only three exceptions for cancelled/reversed transactions, we were able to identify the corresponding fictitiously reported trading of the securities in the stock name identified in the transaction description for 6,145 (or 99.95%) of these PW Transactions.

6

maintained by BLMIS; and (b) various detailed forensic analyses performed by FTI Consulting, described herein.

18.    The treatment of the PW Transactions as reductions in principal for purposes of the Principal Balance Calculation is further supported by available third-party bank records.  As described more fully in the Collura Report, the work performed by Ms. Collura and the FTI professionals working under her supervision demonstrated that the PW Transactions represent payments directly to the relevant BLMIS account holders, and as evidenced by the copies of cancelled checks, which were received by and deposited by the individual BLMIS account holders. (*See* the Expert Report of Lisa M. Collura, dated July 14, 2015 (the "Collura Report".)

19.    Based upon all these factors, PW Transactions are treated as cash withdrawals for purposes of the Principal Balance Calculation.  Accordingly, PW Transactions, like all cash withdrawals from BLMIS, reduce the principal balance for each BLMIS customer account for purposes of the Principal Balance Calculation, as described in greater detail below.

## IV.    THE POPULATION OF PW TRANSACTIONS

### A.  Description of PW Transactions

20.    During the reconstruction of the books and records outlined in my Principal Balance Calculation Report, FTI identified all cash and principal transactions, including the PW Transactions.

21.    FTI identified the 91,138 PW Transactions reflected on the monthly Customer Statements as follows:

- 90,541 transactions[6] with a transaction code of  PW on the Customer Statements, and

- 597 transactions with a transaction code other than PW (*i.e.*, CW and JRNL) on the Customer Statements.

22.    These 91,138 PW Transactions occurred in 763 accounts (the "Direct Accounts"). Additionally, there are 1,094 BLMIS accounts (the "Indirect Accounts") that received an inter-account transfer from the Direct Accounts.[7]  **Exhibit 4** lists all Direct and Indirect Accounts.

---

[6]    These transactions exclude approximately 800 line items corresponding to certain initially reported transactions that were coded as PW transactions that were subsequently cancelled on the Customer Statements.

**B.  PW Transactions – Description Categories**

23.    The PW Transactions followed a general pattern in the description field on the
Customer Statements.  These transaction descriptions are categorized as follows:

- Check Only: PW Transactions that are coded as PW where the transaction
  description includes the words "check" or "check wire" or a variation thereof
  (e.g., CHK), as reflected on the Customer Statements.  *See* **Exhibit 5** for an
  Example of PW Transaction with Check Only Transaction Description.

- Check + Stock Name: PW Transactions that are coded as PW, CW or JRNL
  where the transaction description includes a reference to a stock name, as
  reflected on the Customer Statements.  *See* **Exhibit 6** for an Example of PW
  Transaction with Check + Stock Name Transaction Description.

- Check + Interest/Dividend: PW Transactions that are coded as PW, CW or
  JRNL where the transaction description includes a reference to interest or
  dividends, as reflected on the Customer Statements.  *See* **Exhibit 7** for an
  Example of PW Transaction with Check + Interest/Dividend Transaction
  Description.

- Other Distributions: PW Transactions that are coded as PW where the
  transaction descriptions were blank, unavailable, or indecipherable.  *See*
  **Exhibit 8** for an Example of PW Transaction with Other Distributions
  Transaction Description.

---

[7]    An inter-account transfer is a non-cash transaction between BLMIS customer accounts in which no new funds
entered or left BLMIS, but rather a book entry occurred at BLMIS to internally adjust the balances of those
accounts.  These book entries did not reflect any transfers of cash because there was no actual movement of cash.
Rather, these inter-account transfers merely changed reported value in the purported equity maintained in the
BLMIS customers' accounts.  *See* Principal Balance Calculation Report, ¶¶17, 27-28, 32-34.

24.     While the transaction descriptions for PW Transactions varied to some extent, the descriptions generally fell into broad categories as outlined in **Table 1** below.

*Table 1: PW Transactions by Transaction Code & Description Category*

| Transaction Code | Transaction Description Category | # of Transactions | % of Total |
|---|---|---|---|
| PW | Check Only | 52,041 | 57.1% |
| PW | Check + Stock Name | 34,574 | 37.9% |
| PW | Check + Interest/Dividend | 3,867 | 4.2% |
| PW | Other Distributions | 59 | 0.1% |
| CW/JRNL | Check + Stock Name | 489 | 0.5% |
| CW/JRNL | Check + Interest/Dividend | 108 | 0.1% |
| | **Total:** | **91,138** | **100.0%** |

## C.  The Documents and Data Maintained by BLMIS Relevant to PW Transactions

25.     The information sources and data reviewed by myself and those at FTI working under my direct supervision include voluminous BLMIS books and records.  In addition to the Customer Statements discussed below, I reviewed the following BLMIS documents and data:

### 1.  The House 17 Manual

26.     The House 17 Manual was a BLMIS document that described general day-to-day operations of the BLMIS Investment Advisory business.  It contained detailed protocols, instructions, processes and procedures related to the House 17 AS/400 computer system, including PW Transactions.  The House 17 Manual contained the Cash/Securities transaction codes that identified the category assigned to the transactions that were entered into the House 17 AS/400 system, including those known as Check Codes, which included the PW and CW codes. Multiple versions of the House 17 Manual, and other related documentation, have been located in BLMIS's books and records, including but not limited to those listed at **Exhibit 9**.[8]

---

[8]   *See* **Exhibit 9** – **MADTSS00336514-578** at **MADSS00336523.**  *See also* **MADTSS01239682-797**; **MADTSS00378395-445**; **MADTSS00421841-904**; **MADTSS00975544**; **MADTSS01019220-221**; **MESTAAQ00000074-078**; and **MESTAAQ00000117-125**.

27.    Below is an excerpt from the section in the House 17 Manual that referenced the

Check Codes, as described in the House 17 Manual (*see* **MADTSS00336545**):

## CHECKS

There are 3 books you will punch checks from:
1. CHECK IN BOOK (small book 8 1/2 X 5)
2. CHECK OUT BOOK (8 1/2 X 11 book)
3. BINDER WITH PROFIT CHECKS FOR 10 ACCT

Jodi will give you checks on a daily basis. She will give you an instruction sheet which will tell you what out going checks should be punched and the check date.

**CHECK CODES:**

A. **PW** –  (**Profit Withdrawal**) Check that come from SETUPS in Binder are 10 account and always PW. On description type "check & stock name." Interest checks are also PW, on description type "check interest 'date'"

**Pinks** – Div and Interest are always **PW**. Must have description. Separate by customer then add total for each customer. For DIV Pinks - if description is exactly same - one check if not then separate checks

B. **CW** –  (**Capital Withdrawal**) are customer request that must go out. On description type "check"

C. **DT** –  (**Debit Transfer**) are IRA distribution request. On description type "check year (eg 1994) distribution" **DT** monies must be added to **CW** totals

D. **CA** –  (**Capital Addition**) – checks received from customer. These are always (field –) On description type "check" (or check wire if indicated)

**PW - DT - CW -->** punch as (field +) debits

**CA -->**   punch as (field –) credits

28.    As described in the excerpt above, the PW, CW and DT codes were recorded as

debits and the CA code was recorded as a credit.

10

29.     Accordingly, the House 17 Manual and related documentation supports the
treatment of the PW Transactions as cash withdrawals, as detailed in the Principal Balance
Calculation Report.

2.  Portfolio Management Reports

30.     Portfolio Management Reports ("PMRs") were a type of internal report
maintained by BLMIS, generated on a monthly basis which provided calendar year-to-date
information on a summary level about principal additions to and withdrawals from BLMIS
customer accounts.[9]  In many instances, PW Transactions were aggregated and reflected as
"Profits Withdrawn" on the PMR.  PW Transactions were shown as a reduction to the customer's
account balance on the PMR, where available.  (*See* **Exhibit 10** for an Example of a PMR.)

3.  Portfolio Management Transaction Reports

31.     Portfolio Management Transaction Reports ("PMTs") were a type of internal
report maintained by BLMIS that provided transaction-level detail related to each BLMIS
customer account on a monthly basis.[10]  In many instances, PW Transactions were aggregated
and reflected with a transaction code of "PW" on the PMT.  PW Transactions were shown as a
reduction to the customer's account balance on the PMT, where available.  (*See* **Exhibit 11** for
an Example of a PMT.)

**D.  The Recording of PW Transactions on Customer Statements**

32.     The Customer Statements were generated by BLMIS's computer systems
(including the AS/400 system and its predecessor systems) on a monthly basis.  (*See* **Exhibit 12**
for an Example of a Customer Statement.)  PW Transactions are reflected on the Customer
Statements as an amount ***debited*** to a BLMIS customer account with a transaction code of PW
reported on the Customer Statements.

33.     Generally, the Customer Statements reflected transaction codes for Inflows
(Credits) of CA, JC, JRNL, and PAID and transaction codes for Outflows (Debits) of CW,
JRNL, PW and PYMT.

---

[9]   *See* the Principal Balance Calculation Report ¶¶44-47.
[10]  *See* the Principal Balance Calculation Report ¶¶48-49.

34.    The result of any debit entry is a reduction of the purported equity in the customer's account.  In the case of cash and principal withdrawals, a debit also reduces the principal in the Principal Balance Calculation.  Based on FTI's analysis, there was no indication or corresponding entry that any value (either monetary or new securities) was added to the customer account subsequent to the PW Transaction.  Thus, the PW Transaction recorded on the Customer Statement did not represent a payment by BLMIS on behalf of the accountholder to purchase securities.

**E.  Conclusion Drawn from the Review of the BLMIS Records**

35.    Based on FTI's analysis of the BLMIS records, including the review of the House 17 Manual and related documentation, Customer Statements, PMRs, and PMTs, it is my opinion that the BLMIS records demonstrate that the PW Transactions result in a reduction to the BLMIS account holders' purported equity and therefore support the finding from the Principal Balance Calculation Report that all 91,138 PW Transactions (as listed in **Exhibit 2**) reflect cash withdrawals in the Principal Balance Calculation.

**V.    DETAILED ANALYSIS OF CERTAIN PW TRANSACTIONS**

36.    The PW Transactions reflect amounts equal to a reported profit or reported gain (in some cases in the form of fictitious profits from alleged trading of securities, and in other cases in the form of interest or dividends on allegedly held securities) as reflected on the Customer Statements.

37.    Certain PW Transactions contained sufficient detail and/or supporting documentation to perform a detailed analysis and are discussed in sections A and B below; specifically, PW Transactions with the transaction description Check + Stock Name as well as those that were supported by additional documentation such as PMRs, PMTs and third-party bank records.

38.    While the House 17 Manual and the BLMIS documentation and recordkeeping support the conclusion that all 91,138 PW Transactions represent withdrawals, for certain PW Transactions, there was insufficient detailed information contained within the BLMIS records to perform the analysis described in **Sections A** and **B** below.  For purposes of my analysis, the limitations relate to:

12

- PW Transactions with no transaction description or with a generic transaction
  description of "Interest" or "Dividend"; and

- PW Transactions prior to December 1995 for which the falsely-reported trading
  data was not available for electronic review.

## A.  Transaction Description: Check + Stock Name and Reconciliation to a Reported Profit

39.    The PW Transactions with a transaction description Check + Stock Name were
reported on the Customer Statements from September 1983 through July 2000.  After July 2000,
there were no references to PW Transactions with the transaction description Check + Stock
Name on Customer Statements.

40.    As outlined in the Principal Balance Calculation Report[11], the Customer
Statements were available within the BLMIS books and records in two distinct sources during
two specific timeframes:

- Electronically stored Customer Statements maintained at BLMIS on
  StorQM from December 1995 through November 2008; and

- Images of Customer Statements stored on Microfilm from November 1978
  through November 1995.

41.    The Customer Statements maintained electronically contained the full cash and
principal data, as well as the reported trading data (the fictitiously reported purchase and sale
transactions).  With this available data, FTI was able to review the instances of reported trading
related to the PW Transactions with the Check + Stock Name description to determine whether
the amount of the PW Transaction at issue correlates to the purported trading of securities and
the related reported profits.

42.    For the period of December 1995 through November 2008, the electronically
available data contained 6,148 PW Transactions with the descriptions Check + Stock Name on
the Customer Statements.  These PW Transactions were analyzed and compared to the purported
trading in that company's security, as electronically available via the StorQM.  Of the PW
Transactions during that time frame, with only three exceptions for cancelled/reversed
transactions, we were able to identify the corresponding fictitiously reported trading of the
securities in the stock name identified in the transaction description for all of these PW

---

[11]   *See* Principal Balance Calculation Report, ¶42.

Transactions.  This fictitious trading generated a profit in an amount equal to the withdrawal from the BLMIS customer account.  **Exhibit 13** contains the details of the PW Transaction reconciliation.

43.    To illustrate, the following three examples demonstrate the reported trading activity as reflected on the Customer Statements for three individual BLMIS Accounts: 1Z0009, 1C1046, and 1B0022, results in a reported profit that equals the amount of the PW Transaction.

44.    *See* **Table 2** below for an example of the reported trading summary and PW Transactions for BLMIS Account 1Z0009, as reported on the Customer Statements.  Where the PW Transaction description referenced a Stock Name, the PW Transaction reconciled to the reported profit generated from the fictitious trading of securities in that stock name.[12]

*Table 2 – BLMIS Account 1Z0009 Post November 30, 1995 Reported Trading Summary for PW Transactions with Check + Stock Name*

| Account | "Trading" Activity by Security | | | | "Profit Withdrawal" Transactional Detail | | | | | Diff | Bates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description | Long Value | Short Value | Reported "Profit" | Date | Description | Tran Code | Amount | | | |
| 1Z0009 | THE WALT DISNEY CO | (9,122) | 9,224 | 103 | 7/31/1998 | CHECK WALT DISNEY CORP | PW | (103) | | 0 | MDPTPP05721142-43 |
| 1Z0009 | PIER ONE IMPORTS INC | (9,118) | 9,277 | 159 | 9/15/1998 | CHECK PIER ONE IMPORTS | PW | (159) | | 0 | MDPTPP05721146-47 |
| 1Z0009 | AVON PRODUCTS INC | (11,074) | 11,283 | 209 | 10/21/1998 | CHECK AVON PRODUCTS | PW | (209) | | 0 | MDPTPP05721148-49 |
| 1Z0009 | CARDINAL HEALTH INC | (11,025) | 11,104 | 79 | 11/25/1998 | CHECK CARDINAL HEALTH | PW | (79) | | 0 | MDPTPP05721150-51 |
| 1Z0009 | BOSTON SCIENTIFIC | (11,126) | 11,267 | 142 | 1/5/1999 | CHECK BOSTON SCIENTIFIC | PW | (142) | | 0 | MDPTPP05721154-55 |

45.    Using BLMIS Account 1Z0009 for illustrative purposes, attached as **Exhibit 14** to this report is an example of the reported trading activity within the Customer Statements for BLMIS Account 1Z0009 and a cancelled check that reflects payment made directly to the account holder of BLMIS Account 1Z0009.  The documentation shows the reported purchase of 233 shares of the security for BOSTON SCIENTIFIC on November 20, 1998 for a reported cost of $11,125.75 (*see* November 1998 Customer Statement at **MDPTPP05721150**.)

46.    These 233 shares of BOSTON SCIENTIFIC were reported as "held" at the end of the month of November 1998 in the customer's BLMIS account as under "SECURITY POSITIONS."

47.    During the subsequent month, these reported holdings of BOSTON SCIENTIFIC shares were reported as sold (after a 2-for-1 stock split) in two transactions for reported proceeds totaling $11,267.25.  (*See* December 1998 Customer Statement at **MDPTPP05721152**.)

---

[12]    Reported profit is the purported gain from the fictitious trading (calculated as [Short Value] – [Long Value]).

48.     Following this reported sale transaction, there was a line item on the Customer
Statement dated January 5, 1999, reflecting a PW Transaction with the description "CHECK
BOSTON SCIENTIFIC", and there were no remaining shares of BOSTON SCIENTIFIC
reported as "held" in the customer's BLMIS account under securities positions held at the end of
the January or February 1999 Customer Statements.  Therefore, there is no indication of the
repurchase of any shares as a result of this PW Transaction.  (*See* January and February 1999
Customer Statements at **MDPTPP05721154** and **MDPTPP05721156**.)

49.     These fictitiously reported purchase and sale transactions generated a reported
profit of $141.50, which was the exact amount that was reflected as the PW Transaction and
considered as a withdrawal in the Principal Balance Calculation.  Further, on January 5, 1999,
BLMIS issued a check payable to "DORIS ZIMMETH JARID P MAGED & GINA L MAGED
W/R/O/S/" for BLMIS Account 1Z0009 in the amount of  $141.50, which was the exact amount
that was reflected as the PW Transaction and on the same date as the PW Transaction, as
reflected on the Customer Statement.  The check was subsequently deposited by the account
holder (Doris Zimmeth).  (*See* **Exhibit 14** for a copy of the cancelled check.)

50.     *See* **Table 3** below for an example of the summary of the reported trading and PW
Transactions for BLMIS Account 1C1046 for all relevant time periods, as reported on the
Customer Statements.  Similar to BLMIS Account 1Z0009, where the PW Transaction
description referenced a Stock Name, the PW Transactions reconciled to the reported profit
generated from the fictitious trading of securities in that stock name.

15

*Table 3 –  BLMIS Account 1C1046 Post November 30, 1995 Reported Trading Summary for PW Transactions with Check + Stock Name*

| Account | Transaction Description | Long Value | Short Value | Reported "Profit" | Date | Description | Tran Code | Amount | Diff | Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 1C1046 | BELLSOUTH CORP | (101,025) | 103,807 | 2,782 | 12/8/1995 | CHECK BELLSOUTH | PW | (2,782) | 0 | MDPTPP00417110-11 |
| 1C1046 | FEDERAL NATIONAL MTG ASSN | (101,044) | 102,438 | 1,394 | 2/14/1996 | CHECK FED NAT'L MORTGAGE | PW | (1,394) | 0 | MDPTPP00417114-15 |
| 1C1046 | GENERAL MOTORS CORP | (101,322) | 103,602 | 2,280 | 4/4/1996 | CHECK GEN MOTORS CORP | PW | (2,280) | 0 | MDPTPP00417119-20 |
| 1C1046 | CENTOCOR INC | (101,436) | 103,334 | 1,898 | 5/22/1996 | CHECK CENTOCOR | PW | (1,898) | 0 | MDPTPP00417121-22 |
| 1C1046 | COCA COLA CO | (101,442) | 103,344 | 1,902 | 6/26/1996 | CHECK COCA COLA | PW | (1,902) | 0 | MDPTPP00417123-24 |
| 1C1046 | CHRYSLER CORP | (101,388) | 102,271 | 883 | 7/30/1996 | CHECK CHRYSLER CORP | PW | (883) | 0 | MDPTPP00417125-26 |
| 1C1046 | SAFEGUARD SCIENTIFICS INC | (101,602) | 103,511 | 1,909 | 9/6/1996 | CHECK SAFEGUARD | PW | (1,909) | 0 | MDPTPP00417129-30 |
| 1C1046 | HERSHEY FOODS CORP | (50,792) | 50,914 | 122 | 10/7/1996 | CHECK HERSHEY FOODS | PW | (122) | 0 | MDPTPP00417131-32 |
| 1C1046 | JONES APPAREL GROUP INC | (50,813) | 51,954 | 1,141 | 10/16/1996 | CHECK JONES APPAREL | PW | (1,141) | 0 | MDPTPP00417131-32 |
| 1C1046 | NEWBRIDGE NETWORKS CORP | (101,711) | 103,112 | 1,401 | 11/12/1996 | CHECK NEWBRIDGE NETWORKS | PW | (1,401) | 0 | MDPTPP00417133-34 |
| 1C1046 | FIRST USA INC | (101,695) | 102,845 | 1,150 | 12/17/1996 | CHECK FIRST USA | PW | (1,150) | 0 | MDPTPP00417135-36 |
| 1C1046 | DEAN WITTER DISCOVER & CO | (101,951) | 103,996 | 2,045 | 2/19/1997 | CHECK DEAN WITTER | PW | (2,045) | 0 | MDPTPP00417139-40 |
| 1C1046 | NATIONS BANK CORP | (102,086) | 103,240 | 1,154 | 3/26/1997 | CHECK NATIONS BANK | PW | (1,154) | 0 | MDPTPP00417141-42 |
| 1C1046 | PHILIP MORRIS COMPANIES INC | (102,181) | 103,326 | 1,146 | 5/2/1997 | CHECK PHILIP MORRIS | PW | (1,146) | 0 | MDPTPP00417145-46 |
| 1C1046 | COLGATE PALMOLIVE CO | (102,316) | 103,855 | 1,540 | 6/6/1997 | CHECK COLGATE | PW | (1,540) | 0 | MDPTPP00417147-48 |
| 1C1046 | MOBIL CORP | (102,614) | 103,769 | 1,155 | 7/8/1997 | CHECK MOBIL CORP | PW | (1,155) | 0 | MDPTPP00417149-51 |
| 1C1046 | CATERPILLAR INC | (102,616) | 103,898 | 1,281 | 8/12/1997 | CHECK CATERPILLAR | PW | (1,281) | 0 | MDPTPP00417152-54 |
| 1C1046 | WALGREEN CO | (102,825) | 104,234 | 1,409 | 9/22/1997 | CHECK WALGREEN | PW | (1,409) | 0 | MDPTPP00417155-57 |
| 1C1046 | MEDTRONIC INC | (102,950) | 104,241 | 1,291 | 10/9/1997 | CHECK MEDTRONIC INC | PW | (1,291) | 0 | MDPTPP00417158-60 |
| 1C1046 | LILLY ELI & CO | (103,271) | 104,694 | 1,423 | 11/14/1997 | CHECK LILLY ELI & CO | PW | (1,423) | 0 | MDPTPP00417161-63 |
| 1C1046 | EMC CORP | (103,619) | 105,044 | 1,425 | 12/17/1997 | CHECK EMC CORP | PW | (1,425) | 0 | MDPTPP00417164-66 |
| 1C1046 | AMERITECH CORP | (104,244) | 105,677 | 1,433 | 2/12/1998 | CHECK AMERITECH CORP | PW | (1,433) | 0 | MDPTPP00417170-72 |
| 1C1046 | MICROSOFT CORP | (104,488) | 105,798 | 1,309 | 3/24/1998 | CHECK MICROSOFT | PW | (1,309) | 0 | MDPTPP00417173-75 |
| 1C1046 | SBC COMMUNICATIONS INC | (104,631) | 105,936 | 1,306 | 4/24/1998 | CHECK SBC COMMUNICATIONS | PW | (1,306) | 0 | MDPTPP00417176-78 |
| 1C1046 | BESTFOODS | (104,764) | 105,939 | 1,175 | 5/28/1998 | CHECK BESTFOODS | PW | (1,175) | 0 | MDPTPP00417179-80 |
| 1C1046 | GILLETTE CO | (105,066) | 106,513 | 1,447 | 7/8/1998 | CHECK GILLETTE CO | PW | (1,447) | 0 | MDPTPP00417183-84 |
| 1C1046 | THE WALT DISNEY CO | (105,274) | 106,591 | 1,317 | 7/31/1998 | CHECK WALT DISNEY CORP | PW | (1,317) | 0 | MDPTPP00417183-84 |
| 1C1046 | PIER ONE IMPORTS INC | (105,280) | 107,118 | 1,838 | 9/15/1998 | CHECK PIER ONE IMPORTS | PW | (1,838) | 0 | MDPTPP00417187-89 |
| 1C1046 | AVON PRODUCTS INC | (105,316) | 107,293 | 1,977 | 10/21/1998 | CHECK AVON PRODUCTS | PW | (1,977) | 0 | MDPTPP00417190-91 |
| 1C1046 | CARDINAL HEALTH INC | (105,700) | 106,366 | 666 | 11/25/1998 | CHECK CARDINAL HEALTH | PW | (666) | 0 | MDPTPP00417192-93 |
| 1C1046 | BOSTON SCIENTIFIC | (106,292) | 107,617 | 1,326 | 1/5/1999 | CHECK BOSTON SCIENTIFIC | PW | (1,326) | 0 | MDPTPP00417196-97 |

$ (3,091,750) $ 3,136,272 $44,521 ($44,521) $0

16

51.    *See* **Table 4** below for an example of the summary of the reported trading and PW Transactions for BLMIS Account 1B0022 for all relevant time periods, as reported on the Customer Statements.  Where the PW Transaction description referenced a Stock Name, the PW Transactions reconciled to the reported profit generated from the fictitious trading of securities in that stock name.

*Table 4 –  BLMIS Account 1B0022 Post November 30, 1995 Reported Trading Summary for PW Transactions with Check + Stock Name*

| Account | Transaction Description | "Trading" Activity by Security | | | "Profit Withdrawal" Transactional Detail | | | | Diff | Bates |
| | | Long Value | Short Value | Reported "Profit" | Date | Description | Tran Code | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1B0022 | DEERE & CO | (202,902) | 203,920 | 1,019 | 1/4/1996 | CHECK DEERE & CO | PW | (1,019) | 0 | MDPTPP00129261-62 |
| 1B0022 | FEDERAL NATIONAL MTG ASSN | (203,514) | 206,309 | 2,795 | 2/14/1996 | CHECK FED NAT'L MORTGAGE | PW | (2,795) | 0 | MDPTPP00129263-65 |
| 1B0022 | GENERAL MOTORS CORP | (203,814) | 208,400 | 4,586 | 4/4/1996 | CHECK GEN MOTORS CORP | PW | (4,586) | 0 | MDPTPP00129269-70 |
| 1B0022 | CENTOCOR INC | (202,872) | 206,680 | 3,808 | 5/23/1996 | CHECK CENTOCOR | PW | (3,808) | 0 | MDPTPP00129271-72 |
| 1B0022 | COCA COLA CO | (203,999) | 207,822 | 3,823 | 6/26/1996 | CHECK COCA COLA | PW | (3,823) | 0 | MDPTPP00129273-74 |
| 1B0022 | CHRYSLER CORP | (204,068) | 205,856 | 1,788 | 7/30/1996 | CHECK CHRYSLER CORP | PW | (1,788) | 0 | MDPTPP00129275-76 |
| 1B0022 | SAFEGUARD SCIENTIFICS INC | (204,416) | 208,254 | 3,838 | 9/5/1996 | CHECK SAFEGUARD | PW | (3,838) | 0 | MDPTPP00129279-80 |
| 1B0022 | HERSHEY FOODS CORP | (102,199) | 102,457 | 258 | 10/7/1996 | CHECK HERSHEY FOODS | PW | (258) | 0 | MDPTPP00129281-82 |
| 1B0022 | JONES APPAREL GROUP INC | (102,175) | 104,469 | 2,294 | 10/16/1996 | CHECK JONES APPAREL | PW | (2,294) | 0 | MDPTPP00129281-82 |
| 1B0022 | NEWBRIDGE NETWORKS CORP | (204,674) | 207,492 | 2,819 | 11/12/1996 | CHECK NEWBRIDGE NETWORKS | PW | (2,819) | 0 | MDPTPP00129283-84 |
| 1B0022 | FIRST USA INC | (204,691) | 206,992 | 2,301 | 12/17/1996 | CHECK FIRST USA | PW | (2,301) | 0 | MDPTPP00129285-86 |
| 1B0022 | DEAN WITTER DISCOVER & CO | (204,709) | 208,802 | 4,093 | 2/19/1997 | CHECK DEAN WITTER | PW | (4,093) | 0 | MDPTPP00129289-90 |
| 1B0022 | NATIONS BANK CORP | (205,794) | 208,105 | 2,311 | 3/26/1997 | CHECK NATIONS BANK | PW | (2,311) | 0 | MDPTPP00129291-92 |
| 1B0022 | PHILIP MORRIS COMPANIES INC | (206,117) | 208,440 | 2,323 | 4/29/1997 | CHECK PHILIP MORRIS | PW | (2,323) | 0 | MDPTPP00129293-94 |
| | | $(2,655,942) | $2,693,995 | $38,053 | | | | ($38,053) | $0 | |

52.    In all 6,148 instances, the PW Transactions were debited from customers' accounts, therefore reducing the reported amount of equity purportedly held at BLMIS as shown on the Customer Statements.

## B.  Comparison of Customer Statements to Additional BLMIS Records

53.    The analysis summarized in **Tables 2, 3** and **4** above was limited to the time period for which electronic records are available – December 1995 through November 2008.  In addition to this time period, a manual review of BLMIS records for time periods prior to December 1995 was performed for each of the three BLMIS Accounts outlined in **Tables 2, 3** and **4** above: 1Z0009, 1C1046 and 1B0022, respectively.

54.    The manual review consisted of an analysis of the following BLMIS documents related to BLMIS Accounts 1Z0009, 1C1046 and 1B0022 for the period prior to December 1995: (a) the Customer Statements; (b) PMRs; and (c) PMTs.

17

55.     In each instance, the BLMIS records (the Customer Statements, the PMRs and the PMTs) show that the PW Transactions[13] are ***debited*** from the customer's account, reducing the purported equity of the account by the reported amount of the entry.

*Example – BLMIS Account 1Z0009*:

56.     Within the account activity in BLMIS Account 1Z0009 prior to December 1995, the BLMIS records demonstrate that the amount of the PW Transaction agrees with the amount of the reported profit generated from the fictitiously reported trading reflected on the Customer Statement.  (*See* **Exhibit 15** for the relevant monthly Customer Statements.)

57.     For example, a PW Transaction occurred on September 22, 1992 with a PW transaction code, and its transaction description was reported as "CHECK STAPLES," as reflected on the September 1992 Customer Statement.

58.     In August 1992, BLMIS Account 1Z0009 reflected purported trading in "STAPLES INC" securities, resulting in a purported profit of $173.92.

59.     In September 1992, the Customer Statement showed a transaction code "PW" and a debit to the purported equity of that account in the amount of $173.92.

60.     None of the Customer Statements for the three months following this transaction show any holdings of STAPLES INC.[14]

61.     The transaction description from the Customer Statement lists "CHECK STAPLES," which is consistent with the instructions of the House 17 Manual.[15]

62.     This PW Transaction is also supported by a PMT and PMR as follows:

- The PMT contains an individual line item for the reported profit withdrawn in the amount of $173.92, also reflecting a reduction to the purported equity in the account; and

- The PMR reflects the aggregate amount of reported "Profits Withdrawn," including the amount of $173.92, as a reduction to the purported equity in the account.  (*See* **Exhibit 15** for the relevant monthly Customer Statements, PMT, and PMR.)

---

[13]   *See* **Exhibits 15**, **16**, and, **17** for the relevant monthly Customer Statements, PMTs, and PMRs.
[14]   S*ee* MF00454579, **MF00452145** and **MF00447097** for the October, November and December 1992 Customer Statements, respectively.
[15]   *See* **MADTSS00336545**.

18

08-01789-cgm    Doc 10863-1    Filed 07/14/15    Entered 07/14/15 20:13:04    Exhibit 2
Part 1 Declaration    Pg 20 of 35    Pg 21 of 24

*Example – BLMIS Account 1C1046*:

63.    Attached as **Exhibit 16** to this report is another example of a PW Transaction prior to December 1995 where the amount has been tied to the reported profit on a Customer Statement and ***debited*** from the customer's account thereby reducing the purported equity of the account by the reported amount of the entry.

64.    In June 1992, BLMIS Account 1C1046 reflected purported trading in "HOME DEPOT" securities, resulting in a purported profit of $3,929.33.

65.    In August 1992, the Customer Statement showed a transaction code "PW" and a debit to the purported equity of that account in the amount of $3,929.33.

66.    This PW Transaction is also supported by a PMT and PMR as follows:

- The PMT contains an individual line item for the reported profit withdrawn in the amount of $3,929.33, also reflecting a reduction to the purported equity in the account; and

- The PMR reflects the aggregate amount of reported "Profits Withdrawn," including the amount of $3,929.33, as a reduction to the purported equity in the account.  (*See* **Exhibit 16** for the relevant monthly Customer Statements, PMT, and PMR.)

*Example – BLMIS Account 1B0022*:

67.    Attached as **Exhibit 17** to this report is a third example where a PW Transaction has been tied to an amount of a reported profit on a Customer Statement prior to December 1995. Similar to the example above, the PW Transaction represents a ***debit*** from the customer's account thereby reducing the purported equity of the account by the reported amount of the entry.

68.    In April 1992, BLMIS Account 1B0022[16] reflected purported trading in "PEP BOYS" securities, resulting in a purported profit of $2,627.74.

69.    In June 1992, the Customer Statement showed a transaction code "PW" and a debit to the purported equity of that account in the amount of $2,627.74.

70.    This PW Transaction is also supported by a PMT and PMR as follows:

---

[16]  BLMIS Account 1B0022 was formerly known as BLMIS Account 1-00254.

- The PMT contains an individual line item for the reported profit withdrawn in the amount of $2,627.74, also reflecting a reduction to the purported equity in the account; and

- The PMR reflects the aggregate amount of reported "Profits Withdrawn," including the amount of $2,627.74, as a reduction to the purported equity in the account.  (*See* **Exhibit 17** for the relevant monthly Customer Statements, PMT, and PMR.)

## C.  Detailed Review of Cancelled Checks and Wire Transfers

71.    As described above, FTI Consulting, under the supervision of Lisa Collura, conducted an extensive review of the third-party bank records (e.g., cancelled checks and wire transfers) available to assess whether or not the PW Transactions represented payments directly to or for the benefit of the relevant BLMIS account holders.

72.    The results of this work demonstrated that the PW Transactions reflected payments made to the BLMIS account holders, as the cancelled checks and wire transfer information identified by Ms. Collura and her team showed the payments were received by and deposited by the relevant BLMIS account holders. (*See* the Collura Report.)

73.    This analysis provides further evidence that the PW Transactions represented actual cash withdrawals, supporting my conclusion that the PW Transactions are treated as reductions in principal for purposes of the Principal Balance Calculation.

## D.  Conclusions Drawn On PW Transactions

74.    Although the detailed review described in **Section V.A.** could only be performed on the subset of PW Transactions that contained sufficient data, it is my opinion that it is reasonable to infer that the same results would occur over the full population, yielding the same conclusion, had complete documentation been available for review for all relevant time periods.

75.    My opinion that these results apply to the full population of PW Transactions is based on (a) the general pattern identified related to the PW Transactions, including the fact that, across all transaction codes, every PW Transaction reflects a reduction to the BLMIS account holders' purported equity in the account holders' BLMIS account; (b) the review performed related to the 6,148 PW Transactions with a transaction description Check + Stock Name for all

those instances where Customer Statements were available in electronic form; and (c) the review and comparison of the PW Transactions to the additional documentation such as PMTs, PMRs and third-party bank records.

76.    As a result of the work performed, it is my opinion that all 91,138 PW Transactions represent cash withdrawals, reducing an account's principal balance for purposes of the Principal Balance Calculation.

## VI.    SIGNATURE AND RIGHT TO MODIFY

77.    This report and the exhibits contained herein present my findings and the bases thereof. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

Respectfully submitted,

Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: July 14, 2015

08-01789-smb    Doc 10063-1    Filed 07/28/15    Entered 07/28/15 20:13:04    Exhibit 2
Part 1    Pg 24 of 24

## VII.  LIST OF EXHIBITS

**Exhibit 1**  -  Curriculum Vitae and Testimony of Matthew B. Greenblatt

**Exhibit 2**  -  Listing of all PW Transactions

**Exhibit 3**  -  Documents Considered

**Exhibit 4**  -  Listing of Direct and Indirect Accounts

**Exhibit 5**  -  Example of PW Transaction with Check Only Transaction Description

**Exhibit 6**  -  Example of PW Transaction with Check + Stock Name Transaction Description

**Exhibit 7**  -  Example of PW Transaction with Check + Interest/Dividend Transaction Description

**Exhibit 8**  -  Example of PW Transaction with Other Distributions Transaction Description

**Exhibit 9**  -  House 17 Manual Documentation

**Exhibit 10**  -  Example of a PMR

**Exhibit 11**  -  Example of a PMT

**Exhibit 12**  -  Example of a Customer Statement

**Exhibit 13**  -  Post November 30, 1995 Reported Trading Summary for PW Transactions with Check + Stock Name

**Exhibit 14**  -  Example of the reported trading activity within the Customer Statements for BLMIS Account 1Z0009

**Exhibit 15**  -  Example of a PW Transaction for BLMIS Account 1Z0009

**Exhibit 16**  -  Example of a PW Transaction for BLMIS Account 1C1046

**Exhibit 17**  -  Example of a PW Transaction for BLMIS Account 1B0022