# CERTIFICATE OF SERVICE

I certify that on October 28, 2016, I arranged for electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via the CM/ECF system.

*/s/ Laura K. Clinton*
Laura K. Clinton *(Pro Hac Vice)*
