**CHAITMAN LLP**  
Helen Davis Chaitman  
Gregory M. Dexter  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  
hchaitman@chaitmanllp.com  
gdexter@chaitmanllp.com  

Objection Deadline: November 18, 2016  
Reply Deadline: December 2, 2016  

*Attorneys for Participating Claimants on Exhibit A annexed hereto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### JOINDER TO MOTION IN LIMINE TO EXCLUDE HEARSAY STATEMENTS REGARDING PROFIT WITHDRAWALS, AND TO LIMIT THE PROPOSED TESTIMONY OF LISA M. COLLURA AND MATTHEW B. GREENBLATT

Participating Claimants listed on Exhibit A annexed hereto, represented by Chaitman LLP ("Participating Claimants"), join the motion in limine of Doctors Joel and Norman Blum, filed on October 28, 2016, through their attorneys, Baker & McKenzie, LLP to exclude hearsay statements regarding profit withdrawals and to limit the proposed testimony of Lisa M. Collura and Matthew B. Greenblatt (the "Blum Motion"). [ECF No. 14361].

{00024821 1 }

**BASIS FOR JOINDER**

1. The Trustee offers hearsay statements and expert reports that do not comply with the Federal Rules of Evidence to deny Participating Claimants' SIPC claims.

2. To avoid duplicative briefing, Participating Claimants join the Blum Motion.

**CONCLUSION**

The Participating Claimants respectfully request that the Court grant the Motion of Doctors Joel and Norman Blum, filed on October 28, 2016, through their attorneys, Baker & McKenzie, LLP to exclude hearsay statements regarding profit withdrawals and to limit the proposed testimony of Lisa M. Collura and Matthew B. Greenblatt.

Dated:  New York, New York
        October 28, 2016

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
    Helen Davis Chaitman
    Gregory M. Dexter
    465 Park Avenue
    New York, New York 10022
    Phone & Fax: 888-759-1114
    hchaitman@chaitmanllp.com
    gdexter@chaitmanllp.com

*Attorneys for Participating Claimants on Exhibit A annexed hereto*

{00024821 1 }

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**CHAITMAN LLP**
By: /s/ Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Participating Claimants on Exhibit A annexed hereto*

{00024821 1 }