**CHAITMAN LLP**  
Helen Davis Chaitman  
Gregory M. Dexter  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  
hchaitman@chaitmanllp.com  
gdexter@chaitmanllp.com  

Objection Date: November 18, 2016  
Reply Deadline: December 2, 2016  

*Attorneys for Participating Claimants on Exhibit A annexed hereto*

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF MOTION FOR AN ORDER STRIKING EXPERT TESTIMONY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Joinder to the Blum Motion, Declaration of Helen Davis Chaitman, and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Participating Claimants listed on Exhibit A annexed hereto by their undersigned counsel, will move for an order striking the expert testimony of Lisa M. Collura and Matthew B. Greenblatt.

{00024815 1 }

Dated: New York, New York  
October 28, 2016

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*  
Helen Davis Chaitman  
Gregory M. Dexter  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  
hchaitman@chaitmanllp.com  
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants listed on Exhibit A annexed hereto*