**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## PROPOSED ORDER STRIKING EXPERT TESTIMONY

**THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for the Participating Claimants listed on Exhibit A to the Notice of Motion ("Participating Claimants"), with respect to the Participating Claimants' Notice of Motion, Memorandum of Law, Joinder to the Blum Motion, Declaration of Helen Davis Chaitman, and on such other and further arguments as may be presented prior to and at the hearing on the motion; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

The expert testimony of Lisa M. Collura and Matthew B. Greenblatt be excluded in their entirety.

New York, New York
Dated: _____

                        _____
                        Hon. Stuart M. Bernstein
                        United States Bankruptcy Judge