**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
(888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants listed on Exhibit A to Notice of Motion*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## DECLARATION OF HELEN DAVIS CHAITMAN

I, Helen Davis Chaitman, hereby declare as follows:

1. I am a partner with Chaitman LLP, counsel to the BLMIS participating claimants listed on Exhibit A to the notice of motion ("Participating Claimants"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in connection with the Participating Claimants' memorandum of law in support of their motion to strike the expert reports of Lisa M. Collura and Matthew B. Greenblatt regarding profit withdrawals.

{00024814 1}    1

     3.     Attached hereto as **Exhibit A** is a true and accurate copy of the Aaron Blecker's statement dated June 30, 1990 (MF00038708).

I declare that the foregoing is true and correct.

October 28, 2016

                                                         /s/ *Helen Davis Chaitman*
                                                         Helen Davis Chaitman

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**CHAITMAN LLP**
By: /s/ Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Participating Claimants listed on Exhibit A to Notice of Motion*

{00024814 1 }