# EXHIBIT A

6/30/90 AARON BLECKER
50 GRIST MILL LANE
GREAT NECK NY 11023

1-00254-1-0 1

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

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 104,228.08 |
| 6/07 | 6/07 | | 88000 | SUN MICROSYSTEMS INC SUB DEB CONV 5.250 2/15/2012 | DELV | | |
| 6/07 | 6/07 | 4444 | | SUN MICROSYSTEMS INC | RECD | | |
| 6/08 | 6/15 | 76000 | | 133 IMMUNEX CORP SUB DEB CONV 7.500 8/01/2011 | 128 | 99,401.67 | |
| 6/08 | 6/15 | | 700 | 134 IMMUNEX CORP | 25 3/4 | | 18,025.00 |
| 6/08 | 6/15 | | 3321 | 135 IMMUNEX CORP | 25 5/8 | | 85,100.63 |
| 6/15 | 6/25 | | | IMMUNEX CORP FRACTIONAL SHARES | JRNL | | 4.20 |
| 6/25 | 6/25 | | | CHECK SUN MICROSYSTEMS | PW | 4,228.00 | |
| | | | | NEW BALANCE | | | 103,728.24 |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| IMMUNEX CORP SUB DEB CONV 7.500 8/01/2011 | 76000 | 99,401.67 | | |
| IMMUNEX CORP | 4021 | | 103,129.83 | 3,728.16CR |
| END OF POSITIONS | | 99,401.67 | 103,129.83 | 598.41CR |

JB