**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION

Weithorn/Casper Associates For Selected Holdings LLC (the "Claimant"), having filed objection an (the "Objection," Dkt. No. 2098) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims (Nos. 5627 and 5626), hereby gives notice that it withdraws such Objection.

Dated: October 31, 2016

                                                                                          */s/ Chester B. Salomon*
                                                                 Chester B. Salomon
                                                                 On behalf of Weithorn/Casper Associates For
                                                                 Selected Holdings, LLC
                                                                 Becker, Glynn, Muffly & Hosinski LLP
                                                                 299 Park Avenue
                                                                 New York, New York 10171
                                                                 (212) 888-3033