**MILBERG LLP**
Matthew A. Kupillas
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for the Estate of Ira S. Rosenberg; Delia Gail Rosenberg, Individually and in her Fiduciary Capacity; Stephen Goldenberg; and Gerald Blumenthal*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that Matthew A. Kupillas, Esq., an attorney and a member of the firm of Milberg LLP, hereby appears in the above-captioned case as counsel for the Estate of Ira S. Rosenberg; Delia Gail Rosenberg, individually and in her fiduciary capacity; Stephen Goldenberg; and Gerald Blumenthal. Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9010, Matthew A. Kupillas requests that all notices given or required to be given

in this case, and all papers served or required to be served in this case, be given and served upon him at the address set forth below:

>   Matthew A. Kupillas
>   MILBERG LLP
>   One Pennsylvania Plaza
>   New York, NY  10119
>   Telephone: (212) 594-5300
>   Facsimile: (212) 868-1229
>   Email: mkupillas@milberg.com

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any substantive or procedural rights or defenses.

Dated:  New York, NY
        November 1, 2016

                                            MILBERG LLP

                                            By: s/ Matthew A. Kupillas
                                            One Pennsylvania Plaza
                                            New York, NY 10119
                                            Tel: (212) 594-5300
                                            Fax: (212) 868-1229
                                            Email: mkupillas@milberg.com

                                            *Attorney for Estate of Ira S. Rosenberg; Delia Gail Rosenberg, individually and in her fiduciary capacity; Stephen Goldenberg; and Gerald Blumenthal*

727374v1