**MILBERG LLP**
Matthew A. Kupillas
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for the Estate of Ira S. Rosenberg; Delia Gail Rosenberg, Individually and in her Fiduciary Capacity; Stephen Goldenberg; and Gerald Blumenthal*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |

**CERTIFICATE OF SERVICE**

      I, Matthew A. Kupillas, hereby certify that on the 1st day of November 2016, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

                                            s/ Matthew A. Kupillas

727393v1