Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| C & P ASSOCIATES C/O STEVE MENDELOW | 1ZA542 |
| CARA MENDELOW | 1ZB336 |
| PAMELA MENDELOW | 1ZB337 |
| NTC & CO. FBO STEVEN MENDELOW (XXXXX) | 1ZR179 |
| NTC & CO. FBO NANCY MENDELOW (XXXXX) | 1ZR180 |
| NTC & CO. FBO STEVEN MENDELOW (XXXXX) | 1ZR208 |