| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Initial Transfers | Two Year Fraudulent Transfers | Two Year Principal Transfers | Six Year Fraudulent Transfers | Six Year Principal Transfers | Full History Fraudulent Transfers | Full History Principal Transfers |
| 12/14/1992 | CHECK | 244,000 | 244,000 | - | - | - | 244,000 | - | - | - | - | - | - | - |
| 12/21/1992 | CHECK | 638,079 | 638,079 | - | - | - | 882,079 | - | - | - | - | - | - | - |
| 12/23/1992 | CHECK | 50,500 | 50,500 | - | - | - | 932,579 | - | - | - | - | - | - | - |
| 2/3/1993 | CHECK | 517,500 | 517,500 | - | - | - | 1,450,079 | - | - | - | - | - | - | - |
| 2/18/1993 | CHECK | 110,000 | 110,000 | - | - | - | 1,560,079 | - | - | - | - | - | - | - |
| 3/5/1993 | CHECK | (30,000) | - | (30,000) | - | - | 1,530,079 | - | - | - | - | - | - | (30,000) |
| 3/9/1993 | CHECK | (30,000) | - | (30,000) | - | - | 1,500,079 | - | - | - | - | - | - | (30,000) |
| 3/15/1993 | CHECK | 20,000 | 20,000 | - | - | - | 1,520,079 | - | - | - | - | - | - | - |
| 3/22/1993 | CHECK | 30,000 | 30,000 | - | - | - | 1,550,079 | - | - | - | - | - | - | - |
| 5/4/1993 | CHECK | (115,000) | - | (115,000) | - | - | 1,435,079 | - | - | - | - | - | - | (115,000) |
| 6/16/1993 | CHECK | 165,000 | 165,000 | - | - | - | 1,600,079 | - | - | - | - | - | - | - |
| 6/24/1993 | TRANS FROM 1ZA93030 (1ZA930) | 45,348 [1] | - | - | 42,500 | - | 1,642,579 | - | - | - | - | - | - | - |
| 7/21/1993 | TRANS FROM 1ZA93030 (1ZA930) | 136 [2] | - | - | - | - | 1,642,579 | - | - | - | - | - | - | - |
| 7/28/1993 | CHECK | 147,500 | 147,500 | - | - | - | 1,790,079 | - | - | - | - | - | - | - |
| 9/16/1993 | CHECK | (30,000) | - | (30,000) | - | - | 1,760,079 | - | - | - | - | - | - | (30,000) |
| 9/22/1993 | CHECK | (75,000) | - | (75,000) | - | - | 1,685,079 | - | - | - | - | - | - | (75,000) |
| 11/16/1993 | CHECK | 70,000 | 70,000 | - | - | - | 1,755,079 | - | - | - | - | - | - | - |
| 12/23/1993 | CHECK | 20,000 | 20,000 | - | - | - | 1,775,079 | - | - | - | - | - | - | - |
| 1/12/1994 | CHECK | 20,000 | 20,000 | - | - | - | 1,795,079 | - | - | - | - | - | - | - |
| 2/8/1994 | CHECK | 45,000 | 45,000 | - | - | - | 1,840,079 | - | - | - | - | - | - | - |
| 3/8/1994 | CHECK | (60,000) | - | (60,000) | - | - | 1,780,079 | - | - | - | - | - | - | (60,000) |
| 9/1/1994 | CHECK | (100,000) | - | (100,000) | - | - | 1,680,079 | - | - | - | - | - | - | (100,000) |
| 10/19/1994 | CHECK | (250,000) | - | (250,000) | - | - | 1,430,079 | - | - | - | - | - | - | (250,000) |
| 11/14/1994 | CHECK | (500,000) | - | (500,000) | - | - | 930,079 | - | - | - | - | - | - | (500,000) |
| 7/22/1996 | CHECK | (600,000) | - | (600,000) | - | - | 330,079 | - | - | - | - | - | - | (600,000) |
| 11/20/1997 | CHECK | (1,800,000) | - | (1,800,000) | - | - | (1,469,921) | - | - | - | - | - | - | (1,800,000) |
| 12/1/1998 | CHECK | (900,000) | - | (900,000) | - | - | (2,369,921) | - | - | - | - | - | - | (900,000) |
| 11/22/1999 | CHECK | (700,000) | - | (700,000) | - | - | (3,069,921) | - | - | - | - | - | - | (700,000) |
| 5/1/2001 | CHECK | 50,000 | 50,000 | - | - | - | (3,019,921) | - | - | - | - | - | - | - |
| 5/7/2001 | CHECK | 45,000 | 45,000 | - | - | - | (2,974,921) | - | - | - | - | - | - | - |
| 7/30/2001 | CHECK | 100,000 | 100,000 | - | - | - | (2,874,921) | - | - | - | - | - | - | - |
| 11/2/2001 | CHECK | 165,000 | 165,000 | - | - | - | (2,709,921) | - | - | - | - | - | - | - |
| 5/6/2002 | CHECK | 75,000 | 75,000 | - | - | - | (2,634,921) | - | - | - | - | - | - | - |
| 7/16/2002 | CHECK | (1,725,000) | - | (1,725,000) | - | - | (4,359,921) | - | - | - | - | - | (942,421) | (782,579) |
| 7/24/2002 | CHECK | 1,725,000 | 1,725,000 | - | - | - | (2,634,921) | - | - | - | - | - | - | - |
| 8/8/2002 | CHECK | 50,000 | 50,000 | - | - | - | (2,584,921) | - | - | - | - | - | - | - |
| 11/1/2002 | TRANS TO 1F017830 (1F0178) | (3,149,075) [3] | - | - | - | - | (2,584,921) | - | - | - | - | - | - | - |
| 11/6/2002 | CHECK | 87,500 | 87,500 | - | - | - | (2,497,421) | - | - | - | - | - | - | - |
| 1/16/2003 | CHECK | 300,000 | 300,000 | - | - | - | (2,197,421) | - | - | - | - | - | - | - |
| 2/11/2003 | CHECK | 50,000 | 50,000 | - | - | - | (2,147,421) | - | - | - | - | - | - | - |
| 5/2/2003 | CHECK | 65,000 | 65,000 | - | - | - | (2,082,421) | - | - | - | - | - | - | - |
| 7/30/2003 | CHECK | 65,000 | 65,000 | - | - | - | (2,017,421) | - | - | - | - | - | - | - |
| 7/31/2003 | CHECK | 70,000 | 70,000 | - | - | - | (1,947,421) | - | - | - | - | - | - | - |
| 11/7/2003 | CHECK | 60,000 | 60,000 | - | - | - | (1,887,421) | - | - | - | - | - | - | - |
| 11/25/2003 | CHECK | 650,000 | 650,000 | - | - | - | (1,237,421) | - | - | - | - | - | - | - |
| 12/18/2003 | CHECK | 190,000 | 190,000 | - | - | - | (1,047,421) | - | - | - | - | - | - | - |
| 1/14/2004 | CHECK | 25,000 | 25,000 | - | - | - | (1,022,421) | - | - | - | - | - | - | - |
| 2/6/2004 | CHECK | 45,000 | 45,000 | - | - | - | (977,421) | - | - | - | - | - | - | - |
| 5/11/2004 | CHECK | 35,000 | 35,000 | - | - | - | (942,421) | - | - | - | - | - | - | - |
| 5/18/2004 | CHECK | (1,350,000) | - | (1,350,000) | - | - | (2,292,421) | - | - | - | (1,350,000) | - | (1,350,000) | - |
| 6/17/2004 | CHECK | (400,000) | - | (400,000) | - | - | (2,692,421) | - | - | - | (400,000) | - | (400,000) | - |
| 9/28/2004 | CHECK | (350,000) | - | (350,000) | - | - | (3,042,421) | - | - | - | (350,000) | - | (350,000) | - |
| 6/17/2005 | CHECK | (800,000) | - | (800,000) | - | - | (3,842,421) | - | - | - | (800,000) | - | (800,000) | - |
| 3/3/2006 | CHECK | (650,000) | - | (650,000) | - | - | (4,492,421) | - | - | - | (650,000) | - | (650,000) | - |
| 7/25/2007 | CHECK | (700,000) | - | (700,000) | - | - | (5,192,421) | - | (700,000) | - | (700,000) | - | (700,000) | - |
| | Total: | $ 5,930,079 | $ (11,165,000) | $ 42,500 | $ - | $ (5,192,421) | $ - | $ (700,000) | $ - | $ (4,250,000) | $ - | $ (5,192,421) | $ (5,972,579) | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Initial Transfers | Two Year Fraudulent Transfers | Two Year Principal Transfers | Six Year Fraudulent Transfers | Six Year Principal Transfers | Full History Fraudulent Transfers | Full History Principal Transfers |
| 11/24/1997 | CHECK | 300,000 | 300,000 | - | - | - | 300,000 | - | - | - | - | - | - | - |
| 11/24/1997 | CANCEL CHECK 11/24/97 | 300,000 | - | 300,000 | - | - | 600,000 | - | - | - | - | - | - | - |
| 11/24/1997 | CHECK | (300,000) | - | (300,000) | - | - | 300,000 | - | - | - | - | - | - | - |
| 1/6/2000 | CHECK | (15,000) | - | (15,000) | - | - | 285,000 | - | - | - | - | - | - | (15,000) |
| 4/18/2000 | CHECK | 50,000 | 50,000 | - | - | - | 335,000 | - | - | - | - | - | - | - |
| 6/21/2000 | CHECK | (15,000) | - | (15,000) | - | - | 320,000 | - | - | - | - | - | - | (15,000) |
| 10/3/2000 | CHECK | (15,000) | - | (15,000) | - | - | 305,000 | - | - | - | - | - | - | (15,000) |
| 12/8/2000 | CHECK | (15,000) | - | (15,000) | - | - | 290,000 | - | - | - | - | - | - | (15,000) |
| 2/7/2001 | CHECK | 50,000 | 50,000 | - | - | - | 340,000 | - | - | - | - | - | - | - |
| 5/15/2001 | CHECK | (20,000) | - | (20,000) | - | - | 320,000 | - | - | - | - | - | - | (20,000) |
| 8/7/2001 | CHECK | (10,000) | - | (10,000) | - | - | 310,000 | - | - | - | - | - | - | (10,000) |
| 10/10/2001 | CHECK | (20,000) | - | (20,000) | - | - | 290,000 | - | - | - | - | - | - | (20,000) |
| 3/14/2002 | CHECK | (20,000) | - | (20,000) | - | - | 270,000 | - | - | - | - | - | - | (20,000) |
| 4/12/2002 | CHECK | 50,000 | 50,000 | - | - | - | 320,000 | - | - | - | - | - | - | - |
| 6/10/2002 | CHECK | (25,000) | - | (25,000) | - | - | 295,000 | - | - | - | - | - | - | (25,000) |
| 9/3/2002 | CHECK | (35,000) | - | (35,000) | - | - | 260,000 | - | - | - | - | - | - | (35,000) |
| 10/25/2002 | CHECK | 85,000 | 85,000 | - | - | - | 345,000 | - | - | - | - | - | - | - |
| 2/25/2003 | CHECK | (35,000) | - | (35,000) | - | - | 310,000 | - | - | - | - | (35,000) | - | (35,000) |
| 6/16/2003 | CHECK | (30,000) | - | (30,000) | - | - | 280,000 | - | - | - | - | (30,000) | - | (30,000) |
| 12/17/2003 | CHECK | (35,000) | - | (35,000) | - | - | 245,000 | - | - | - | - | (35,000) | - | (35,000) |
| 1/13/2004 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 345,000 | - | - | - | - | - | - | - |
| 5/26/2004 | CHECK | (35,000) | - | (35,000) | - | - | 310,000 | - | - | - | - | (35,000) | - | (35,000) |
| 11/2/2004 | CHECK | (35,000) | - | (35,000) | - | - | 275,000 | - | - | - | - | (35,000) | - | (35,000) |
| 1/5/2005 | CHECK | 75,000 | 75,000 | - | - | - | 350,000 | - | - | - | - | - | - | - |
| 4/1/2005 | CHECK | (35,000) | - | (35,000) | - | - | 315,000 | - | - | - | - | - | - | - |
| 4/12/2005 | STOP PAYMENT | 35,000 | - | 35,000 | - | - | 350,000 | - | - | - | - | - | - | - |
| 4/12/2005 | CHECK | (35,000) | - | (35,000) | - | - | 315,000 | - | - | - | - | (35,000) | - | (35,000) |
| 8/11/2005 | CHECK | (35,000) | - | (35,000) | - | - | 280,000 | - | - | - | - | (35,000) | - | (35,000) |
| 1/20/2006 | CHECK | (35,000) | - | (35,000) | - | - | 245,000 | - | - | - | - | (35,000) | - | (35,000) |
| 4/20/2006 | CHECK | (500,000) | - | (500,000) | - | - | (255,000) | - | - | - | - | (500,000) | - | (500,000) |
| 5/4/2006 | CHECK | 100,000 | 100,000 | - | - | - | (155,000) | - | - | - | - | - | - | - |
| 8/31/2006 | CHECK | (35,000) | - | (35,000) | - | - | (190,000) | - | - | - | (10,000) | (25,000) | (10,000) | (25,000) |
| 12/12/2006 | CHECK | (35,000) | - | (35,000) | - | - | (225,000) | - | (35,000) | - | (35,000) | - | (35,000) | - |
| 1/31/2007 | CHECK | 100,000 | 100,000 | - | - | - | (125,000) | - | - | - | - | - | - | - |
| 8/8/2007 | CHECK | (35,000) | - | (35,000) | - | - | (160,000) | - | (35,000) | - | (35,000) | - | (35,000) | - |
| 11/27/2007 | CHECK | 80,000 | 80,000 | - | - | - | (80,000) | - | - | - | - | - | - | - |
| 1/9/2008 | CHECK | (35,000) | - | (35,000) | - | - | (115,000) | - | (35,000) | - | (35,000) | - | (35,000) | - |
| 7/16/2008 | CHECK | (10,000) | - | (10,000) | - | - | (125,000) | - | (10,000) | - | (10,000) | - | (10,000) | - |
| 12/2/2008 | CHECK | (10,000) | - | (10,000) | - | - | (135,000) | - | (10,000) | - | (10,000) | - | (10,000) | - |
| | Total: | $ 990,000 | $ (1,125,000) | $ - | $ - | $ (135,000) | $ - | $ (125,000) | $ - | $ (135,000) | $ (800,000) | $ (135,000) | $ (990,000) | |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Initial Transfers | Two Year Fraudulent Transfers | Two Year Principal Transfers | Six Year Fraudulent Transfers | Six Year Principal Transfers | Full History Fraudulent Transfers | Full History Principal Transfers |
| 11/24/1997 | CHECK | 320,000 | 320,000 | - | - | - | 320,000 | - | - | - | - | - | - | - |
| 11/24/1997 | CANCEL CHECK 11/24/97 | 320,000 | - | 320,000 | - | - | 640,000 | - | - | - | - | - | - | - |
| 11/24/1997 | CHECK | (320,000) | - | (320,000) | - | - | 320,000 | - | - | - | - | - | - | - |
| 12/1/2000 | CHECK | (50,000) | - | (50,000) | - | - | 270,000 | - | - | - | - | - | - | (50,000) |
| 6/27/2001 | CHECK | 60,000 | 60,000 | - | - | - | 330,000 | - | - | - | - | - | - | - |
| 4/20/2006 | CHECK | (500,000) | - | (500,000) | - | - | (170,000) | - | - | - | (170,000) | (330,000) | (170,000) | (330,000) |
| | Total: | | $ 380,000 | $ (550,000) | $ - | $ - | $ (170,000) | $ - | $ - | $ - | $ (170,000) | $ (330,000) | $ (170,000) | $ (380,000) |

08-01789-cgm    Doc 14379-2    Filed 11/01/16    Entered 11/01/16 17:48:30    Exhibit B
Pg 4 of 6


BLMIS ACCOUNT NO. 1ZR179 - NTC & CO. FBO STEVEN MENDELOW (XXXXX)

| Column 1 Date | Column 2 Transaction Description as Reported in Customer Statement | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Initial Transfers | Column 10 Two Year Fraudulent Transfers | Column 11 Two Year Principal Transfers | Column 12 Six Year Fraudulent Transfers | Column 13 Six Year Principal Transfers | Column 14 Full History Fraudulent Transfers | Column 15 Full History Principal Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/1993 | CHECK | 1,197,967 | 1,197,967 | - | - | - | 1,197,967 | - | - | - | - | - | - | - |
| 11/29/1994 | CHECK | (18,726) | - | (18,726) | - | - | 1,179,241 | - | - | - | - | - | - | (18,726) |
| 12/1/1995 | CHECK | (130,044) | - | (130,044) | - | - | 1,049,197 | - | - | - | - | - | - | (130,044) |
| 7/23/1996 | CHECK | (130,044) | - | (130,044) | - | - | 919,153 | - | - | - | - | - | - | (130,044) |
| 9/22/1997 | CHECK | (130,044) | - | (130,044) | - | - | 789,109 | - | - | - | - | - | - | (130,044) |
| 11/19/1998 | CHECK | (130,044) | - | (130,044) | - | - | 659,065 | - | - | - | - | - | - | (130,044) |
| 6/8/1999 | CHECK | 5,765 | 5,765 | - | - | - | 664,830 | - | - | - | - | - | - | - |
| 8/4/1999 | CHECK | (130,044) | - | (130,044) | - | - | 534,786 | - | - | - | - | - | - | (130,044) |
| 10/16/2000 | CHECK | (130,044) | - | (130,044) | - | - | 404,742 | - | - | - | - | - | - | (130,044) |
| 1/12/2001 | CHECK | (1,500,000) | - | (1,500,000) | - | - | (1,095,258) | - | - | - | - | - | (1,095,258) | (404,742) |
| 10/5/2001 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | (2,595,258) | - | - | - | - | - | (1,500,000) | - |
| 1/29/2003 | CHECK | (500,000) | - | (500,000) | - | - | (3,095,258) | - | - | - | (500,000) | - | (500,000) | - |
| 2/24/2005 | CHECK | (500,000) | - | (500,000) | - | - | (3,595,258) | - | - | - | (500,000) | - | (500,000) | - |
| 4/18/2006 | CHECK | (750,000) | - | (750,000) | - | - | (4,345,258) | - | - | - | (750,000) | - | (750,000) | - |
| | Total: | | $ 1,203,732 | $ (5,548,990) | $ - | $ - | $ (4,345,258) | $ - | $ - | $ - | $ (1,750,000) | $ - | $ (4,345,258) | $ (1,203,732) |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Initial Transfers | Two Year Fraudulent Transfers | Two Year Principal Transfers | Six Year Fraudulent Transfers | Six Year Principal Transfers | Full History Fraudulent Transfers | Full History Principal Transfers |
| 2/4/1993 | CHECK | 173,457 | 173,457 | - | - | - | 173,457 | - | - | - | - | - | - | - |
| 5/26/1993 | CHECK | 4,477 | 4,477 | - | - | - | 177,934 | - | - | - | - | - | - | - |
| 1/29/2003 | CHECK | (500,000) | - | (500,000) | - | - | (322,066) | - | - | - | (322,066) | (177,934) | (322,066) | (177,934) |
| 3/2/2005 | CHECK | (500,000) | - | (500,000) | - | - | (822,066) | - | - | - | (500,000) | - | (500,000) | - |
| 4/18/2006 | CHECK | (750,000) | - | (750,000) | - | - | (1,572,066) | - | - | - | (750,000) | - | (750,000) | - |
| | Total: | | $ 177,934 | $ (1,750,000) | $ - | $ - | $ (1,572,066) | $ - | $ - | $ - | $ (1,572,066) | $ (177,934) | $ (1,572,066) | $ (177,934) |

BLMIS ACCOUNT NO. 1ZR208 - NTC & CO. FBO STEVEN MENDELOW (XXXXX)

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 | Column 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Initial Transfers | Two Year Fraudulent Transfers | Two Year Principal Transfers | Six Year Fraudulent Transfers | Six Year Principal Transfers | Full History Fraudulent Transfers | Full History Principal Transfers |
| 5/24/1993 | CHECK WIRE | 90,666 | 90,666 | - | - | - | 90,666 | - | - | - | - | - | - | - |
| 11/29/1994 | CHECK | (111,318) | - | (111,318) | - | - | (20,652) | - | - | - | - | - | (20,652) | (90,666) |
| 1/12/1995 | CHECK | (411) | - | (411) | - | - | (21,064) | - | - | - | - | - | (411) | - |
| | Total: | | $ 90,666 | $ (111,730) | $ - | $ - | $ (21,064) | $ - | $ - | $ - | $ - | $ - | $ (21,064) | $ (90,666) |

Exhibit B