# Exhibit C



Steven and Nancy Mendelow IRA Accounts (1ZR179 & 1ZR180) vs. C&P Associates (1ZA542), Monthly Rate of Return