**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGACY CAPITAL LTD.,<br><br>    Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**NOTICE OF AGENDA FOR MATTER SCHEDULED**
**FOR HEARING ON NOVEMBER 3, 2016 AT 10:30 A.M.**

**CONTESTED MATTER**

**Picard v. Legacy Capital Ltd., Adv. Pro. No. 10-05286 (SMB)**

1. Notice of Motion for Judgment on the Pleadings (Filed: 9/7/2016) [ECF No. 141]

    a. Memorandum of Law in Support of Trustee's Motion for Judgment on the Pleadings (Filed: 9/7/2016) [ECF No. 142]

    b. Declaration of Oren J. Warshavsky in Support of Trustee's Motion for Judgment on the Pleadings (Filed: 9/7/2016) [ECF No. 143]

**OBJECTIONS FILED:**

2. Memorandum of Law in Opposition to Trustee's Motion for Judgment on the Pleadings (Filed: 10/7/2016) [ECF No. 147]

**RESPONSE FILED:**

3. Reply Memorandum of Law in Support of Trustee's Motion for Judgment on the Pleadings (Filed: 10/25/2016) [ECF No. 149]

**RELATED FILINGS:**

4. Notice of Adjournment of Hearing (Filed: 9/16/2016) [ECF No. 145]

Status: This matter is going forward.

Dated: New York, New York
November 2, 2016

Respectfully submitted,

*/s/ Oren J. Warshavsky*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2