**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff- Applicant, | : | Adv. Pro. No. 08-01789 (SMB) |
| | : | |
| v. | : | SIPA Liquidation |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantially Consolidated) |
| | : | |
| Defendant. | : | |

---

| | | |
|---|---|---|
| In Re: | : | |
| BERNARD L. MADOFF, | : | |
| | : | |
| Debtor. | : | |

---

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No.: 10-04717 (SMB) |
| | : | |
| ESTATE OF WILLIAM DIAMOND; and LESLIE DIAMOND KAPLAN HODES, in her capacity as Personal Representative of the Estate of William Diamond | : | |
| | : | |
| Defendants. | : | |

---

**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**

PLEASE TAKE NOTICE that the law firm of MARKSDIPALERMO PLLC, 485 Madison Avenue, Suite 1300, New York, New York 10022, shall be substituted in place of the

1

law firm of Bernfeld, DeMatteo & Bernfeld, LLP, as counsel of record for the Defendants in the above-captioned matter. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>MARKSDIPALERMO PLLC
>485 Madison Avenue, Suite 1300 New York, New York 10022
>Attn:  Cabot J. Marks
>        Adam N. Love
>Telephone: (212) 370-4477
>Facsimile: (212) 588-0471
>Email: cjmarks@cjmlawnyc.com
>        alove@cjmlawnyc.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated:    November 2, 2016
           New York, New York

| **MARKSDIPALERMO PLLC** | **BERNFELD, DEMATEO & BERNFELD LLP** |
|---|---|
| ___/Adam N. Love/___ | ___/Jeffrey Bernfeld/___ |
| Cabot J. Marks, Esq. (cm-0700) | David B. Bernfeld, Esq. (dbb-0177) |
| Adam N. Love, Esq. (al-5975) | Jeffrey L. Bernfeld, Esq. (jlb-1615) |
| Incoming Counsel | Outgoing Counsel for decedent, William Diamond |
| 485 Madison Avenue, Suite 1300 | 600 Third Avenue, 15th Floor |
| New York, NY 10022 | New York, New York 10016 |
| Tel: (212) 370-4477 | Tel: (212) 661-1661 |
| Fax: (212) 588-0471 | |

Dated: New York, New York
       November 2, 2016

SO ORDERED:

/s/ STUART M. BERNSTEIN
HON. STEWART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff- Applicant, | : | Adv. Pro. No. 08-01789 (SMB) |
| | : | |
| v. | : | SIPA Liquidation |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantially Consolidated) |
| | : | |
| Defendant. | : | |

---

| | | |
|---|---|---|
| In Re: | : | |
| BERNARD L. MADOFF, | : | |
| | : | |
| Debtor. | : | |

---

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No.: 10-04717 (SMB) |
| | : | |
| ESTATE OF WILLIAM DIAMOND; and LESLIE DIAMOND KAPLAN HODES, in her capacity as Personal Representative of the Estate of William Diamond | : | |
| | : | |
| Defendants. | : | |

---

## **DECLARATION OF ADAM N. LOVE**

I, ADAM N. LOVE declare as follows:

1. I am a Senior Associate at the law firm of MarksDiPalermo PLLC and a

1

member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting MarksDiPalermo PLLC for Bernfeld, DeMatteo & Bernfeld, LLP, as counsel for the Defendants in the above-captioned action. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendants have requested and consent to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 2, 2016

By: /s/ Adam N. Love
Adam N. Love