**CHAITMAN LLP**  Objection Deadline: November 18, 2016
Helen Davis Chaitman  Reply Deadline: December 2, 2016
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants on Exhibit A annexed hereto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I caused a true and correct copy of the following documents:

- Participating Claimants' Joinder to Motion in Limine [14361] to Exclude Hearsay Statements regarding Profit Withdrawals, and to Limit the Proposed Testimony of Lisa M. Collura and Matthew B. Greenblatt along with Exh. A [ECF Nos. 14363 – 14363-1];
- Participating Claimants' Notice of Motion for an Order Striking Expert Testimony along with Exh. A [ECF Nos. 14364 – 14364-1];
- Proposed Order [ECF No. 14364-2];

{00024936 1 }

- Participating Claimants' Memorandum of Law in Support of Motion to Strike the Proposed Expert Testimony of Lisa M. Collura and Matthew B. Greenblatt [ECF No. 14365]; and
- Declaration of Helen Davis Chaitman with Exhibit A [ECF Nos. 14366– 14366-1].

to be served by electronic mail upon the party listed below:

> David Sheehan, Esq.
> dsheehan@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York 10111

Dated:   November 2, 2016                          */s/ Helen Davis Chaitman*
         New York, New York                        Helen Davis Chaitman

{00024936 1 }