**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>COHMAD SECURITIES CORPORATION, *et al.*,<br><br>        Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT
ROSALIE BUCCELLATO FROM ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), and the substantively consolidated Estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendant Rosalie Buccellato ("Buccellato"), by and through her counsel, Vinson & Elkins LLP and Richards Kibbe & Orbe LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On June 22, 2009, the Trustee commenced this adversary proceeding (the "Adversary Proceeding") against, among others, Buccellato, by filing his original complaint (ECF No. 1).

2. On October 8, 2009, the Trustee filed his First Amended Complaint (the "Complaint") in the Adversary Proceeding against, among others, Buccellato (ECF No. 82).

3. Buccellato filed an Answer to the Complaint on December 11, 2009 (ECF No. 123).

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii) and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of all of the Trustee's claims against Buccellato in the Adversary Proceeding.

5. Notwithstanding the dismissal of Buccellato from this Adversary Proceeding, Buccellato agrees to respond and produce documents responsive to all discovery requests from the Trustee in the Adversary Proceeding in accordance with the Federal Rules of Civil Procedure and all applicable rules for discovery on a party by a party, to make herself available for deposition, and to make herself available for trial; provided that if Buccellato moves outside of the New York metropolitan area, such deposition shall take place within her state of residence

and any reasonable travel expenses to attend trial shall be paid by the Trustee.

6. This Stipulation may be signed by the Parties, through their counsel, in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7. Upon the dismissal of Buccellato, the caption of the Adversary Proceeding is hereby amended to delete Buccellato. The amended caption shall appear as indicated in Exhibit A to this Stipulation.

Dated: November 4, 2016
      New York, New York

| **BAKER HOSTETLER LLP** | **RICHARDS KIBBE & ORBE LLP** |
|---|---|
| By: */s/ Esterina Giuliani* <br> Esterina Giuliani <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> Email: egiuliani@bakerlaw.com <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Kathryn M. Zunno <br> Email: kzunno@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | By: */s/ Steven Paradise* <br> Steven Paradise <br> Richards Kibbe & Orbe LLP <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: 212.530.1930 <br> Facsimile: 917.344.8930 <br> Email: sparadise@rkollp.com <br><br> *Attorney for Defendant Rosalie Buccellato* <br><br> **VINSON & ELKINS LLP** <br><br> By: */s/ Clifford Thau* <br> Clifford Thau <br> Vinson & Elkins LLP <br> 666 Fifth Avenue <br> New York, NY 10103 <br> Telephone: 212.237.0012 <br> Facsimile: 917.849.5321 <br> Email: cthau@velaw.com <br> Marisa Antos-Fallon <br> Email: mantos-fallon@velaw.com <br><br> *Attorneys for Defendant Rosalie Buccellato* |

**SO ORDERED** this 4th day of November 2016.

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4