# EXHIBIT A

# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Tatiana Markel
direct dial: 212.589.4615
tmarkel@bakerlaw.com

August 24, 2016

**VIA ECF**

Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

*Re:     Order for Relief from Stay, Adv. Pro. No. 08-01789, ECF No. 13848*

Dear Judge Bernstein:

We represent Irving Picard (the "Trustee"), as trustee for the liquidation of the business of
Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor
Protection Act ("SIPA"), 15 U.S.C. § 78aaa-*lll*, and the substantively consolidated estate of
Bernard L. Madoff.

On July 21, 2016, Mr. Lamar Ellis filed a document entitled Order for Relief from Stay, ECF No.
13848 (attached hereto as Exhibit A). Though it is unclear from the document what specific
relief Mr. Ellis seeks, or the basis for such relief, the Court need to not reach those questions in
order to deny Mr. Ellis's request.

Mr. Ellis filed two claims against the BLMIS estate—008118 and 070192 on March 24, 2009
and July 30, 2009, respectively. The Trustee denied the claims on December 8, 2009 and
November 4, 2010, respectively, on the basis that Mr. Ellis did not have an account with BLMIS
and therefore was not a "customer" of BLMIS as that term is defined at 15 U.S.C. § 78*lll*(2). Mr.
Ellis filed three objections to the Trustee's denial of his claims on December 22, 2009,
September 17, 2010 and November 29, 2010, ECF Nos. 1112, 2998 and 3249.

The Bankruptcy Court expunged both of Mr. Ellis's claims, and overruled his objections by an
order entered on April 19, 2012, ECF No. 4779 (attached hereto as Exhibit B).

August 24, 2016
Page 2

On July 9, 2014, Mr. Ellis sent a letter to the Court and to the Trustee requesting that the Trustee's denial of his claims be reversed. ECF No. 7284. He also requested that the Court and the Trustee review data he provided to the DOJ in connection with the Madoff Victim Fund to advise him of his rights. On July 14, 2014, the Trustee responded to Mr. Ellis's letter, ECF No. 7359, explaining that (i) Mr. Ellis did not have an account or any other relationship with BLMIS and therefore was not a "customer" of BLMIS under SIPA; (ii) there is no further action for the Trustee to take with respect to Mr. Ellis's claims since the Bankruptcy Court expunged Mr. Ellis's claims; and (iii) neither the Trustee nor the Bankruptcy Court is involved in the administration of the Madoff Victim Fund. Two more letters were written (ECF Nos. 7498, 7510), and on August 6, 2014, this Court held a hearing on the matter. At the hearing, Mr. Ellis, appearing by telephone, admitted that he confused the Trustee's liquidation of the BLMIS estate with Mr. Richard C. Breeden's Madoff Victim Fund. Mr. Ellis agreed to pursue whatever claims he had against the Madoff Victim Fund. Transcript of August 6, 2014 Hearing at 66-67, ECF No. 7861 (attached hereto as Exhibit C).

A review of Mr. Ellis's latest filing in the form of the Order for Relief from Stay demonstrates that Mr. Ellis may have again confused the BLMIS estate with the Madoff Victim Fund. The filing does reference the "Special Master of Madoff Victim Fund," but it is difficult to understand anything else included with Mr. Ellis's papers.

In light of the above, the Trustee requests that the Court close this matter, or, if the Court were to treat the Order for Relief from Stay as a motion, deny the motion.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Tatiana Markel

cc: Mr. Lamar Ellis

300418195.1

# EXHIBIT A

July 21, 2016

**Clerk of the United States Bankruptcy Court
For the Southern district of New York
One Bowling Green
New York, New York 10004**

LAMAR ELLIS

1372 FERN LAKE AVENUE   Conservator

BREA, CA 92821                                   **Case No. 08-1789 (BLM)**

Employer's Tax Identification (EIN) No(s): 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

## ORDER FOR RELIEF FROM STAY

The hearing on the Motion for Relief from an Automatic Stay ("Motion"; pleading ___ ) filed

by Petitioner Lamar Ellis should not be scheduled for a hearing.

The Court may consider the merits of the Motion, the allegations therein, the attachments thereto, [any

objection filed thereto, the arguments of counsel] [no objections having been filed thereto], and there

being good cause to grant the relief requested;

IT IS ORDERED that the Motion is GRANTED, and the automatic stay imposed by 11

U.S.C. § 362 is terminated to allow Mover to proceed to Liquidation Proceedings of

Carryback/Carryforward  1045  Petitioner/Conservator, Lamar Ellis seeks relief to

liquidate $969,757,940 of Debtor $1.8 Billion in order to recover losses which occurred at the

hands of Debtor or otherwise exercise its security interests against the following described

collateral ("Collateral"): Special Master of Madoff Victim fund

Regions Bank, Pioneer Investment Funds as 60 other Does under 1998 Federal
Identity Theft Act under Penal Code 530.7 to recover Lamar Ellis Trust/Energetic,

IT IS FURTHER ORDERED that Movers are to file a report of sale promptly following

liquidation of the Collateral.

Lamar Ellis



JUL 21 2016

U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

--Registered Letter—

June 30, 2016

**Case No. 08-1789 (BLM)**

To: Special Master

Madoff Victim Fund

Claim No. 7070192.CRC

United States

Department of Justice

P.O. Box 6310

Syracuse, NY 13217-6310

Re:1.) Change of address for Lamar Ellis (TR), Lamar Ellis, TTEE Conservator of 1516 Shirley Avenue, Jackson, MS 39204 to that of Lamar Ellis (TR), Lamar Ellis (TTEE) and Conservator for Energetic Psychoanalytic Institute and Training School, Inc. as is shown upon the enclosed July 10, 1995 notarized assignment of Deed of Trust (Charitable Securities) document.

--June 30, 2016 Declaration by Lamar Ellis--

2.) Lamar Ellis Trust has at all times since the tax year 1995 performed as transfer agent of securities for Energetic, Inc., via the renowned Signature Guaranteed/Medallion/Guaranteed programs.

3.) Lastly, Lamar Ellis Trust (Trustee) believes that its lost/stolen securities of Claim No.7070192.CRC should be conducted with the same privileges under the Securities Investor Protectant Act, 15 U.S.C. (SIPA) as Trustee Irving H. Picard described on 12/08/2009.

4.) Please advise me if any claimant is forever precluded to receive permission from the DOJ to bring suit to recover in Federal Court the assets believed to be held by MVF, under certain established (IRC)(SEC)

Thank you,

Lamar Ellis, TTEE-Conserv

1372 Fern Lake Avenue

Brea, CA 92821



LAMAR ELLIS, Individual (Pro Per)
218 Lincoln Avenue
Pomona, California 91767     **Case No. 08-1789 (BLM)**
(909) 623-2247

ORIGINAL FILED

FEB 0 9 2004

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE

COUNTY OF LOS ANGELES, EAST DISTRICT, EAST-POMONA COURTHOUSE

| | |
|---|---|
| LAMAR ELLIS, an Individual; | Case No.: KC 043397 H |
| | Assigned For All Purposes to: |
| Plaintiff, | Judge Bruce Minto, Dept. H |
| | 1st AMENDED COMPLAINT; PLAINTIFF(s) SEEKS |
| vs. | $1,347 BILLION DAMAGES; CAUSE OF ACTION |
| | WITH SEVERAL SUBCAUSES (982.1 CAUSE OF |
| UNIVERSITY OF CALIFORNIA IRVINE, et | ACTION/COMMON COUNTS) |
| al., with defendants separate and apart; DOES | I – 1998 FEDERAL IDENTITY THEFT |
| 1 through 60 Inclusive. | DETERRANCE ACT, AND CALIFORNIA |
| | IDENTITY THEFT ACT UNDER PENAL CODE |
| Defendant | §530.7 |
| | SUB CASES: |

SUB CASES:
A) DEFAMATION OF CHARACTER
B) THREAT OF BODILY HARM
C) EXTORTION
D) BREACH OF CONTRACT
E) EMBEZZLEMENT
F) HYPOTHECATION
G) CONSPIRACY TO FRAUD
H) MENTAL DISTRESS RECKLESS
OR INTENTIONAL
I) ATTORNEY WRONGFULLY
DISMISSING HIMSELF WITHOUT
NOTICE
J) ELDER ABUSE

COMES NOW Plaintiffs: Lamar Ellis, Individual; Lamar Ellis, Trust and Energetic Institute and

alleges as follows: Defendants extorted $1,347 billion of plaintiffs $6,133 billion. Plaintiff's plan to seek

recovery through legal means with the assistance of the U.S. Treasury Department, (IRS). All

defendants involved were also reported to the (IRS) as a matter of compliance on September 30, 2003.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTIONS

1.    At all times mentioned herein, plaintiffs are and now is a competent adult residing in the

City of Pomona. California.

2.    Plaintiffs are informed and believe and thereupon allege that defendant U. C. Irvine

(hereinafter) referred to as UCI et al.) is an at all times herein mentioned as a campus of the University

Amendment to Complaint - 1

**MADOFF VICTIM FUND**
**P.O. BOX 6310**
**SYRACUSE, NY 13217-5310**

**Case No. 08-1789 (BLM)**

7070192 - CRC
**LAMAR ELLIS TR**
**LAMAR ELLIS TTEE CONSERVATOR**
**1516 SHIRLEY AVE**
**JACKSON, MS 39204**

We are writing to confirm that we have received the claim you submitted to the Madoff Victim Fund (MVF) and have assigned it claim number 7070192. Please retain this number and include it in any correspondence or emails you send to the MVF and have it accessible if you call MVF customer service. No further action is required from you at this time. If your address or contact information changes, please inform us immediately so that we have your current information.

MISSISSIPPI SECURITIES ACT RULES          Case No. 08-1789 (BLM)

Promulgated
Pursuant to the
Mississippi Securities Act

Effective
February 1, 1993

Secretary of State

State of Mississippi

*Confidential Report*

## GUARANTEED TAX SHELTER BEARER CERTIFICATE

### Lamar Ellis Trust

Page 2 shows a certificate, dated 09/27/2003, with a face value of $1,278,000,000, drawn *to the order of* the Lamar Ellis Trust.

The Cusip indicator AOPXX is provided on the certificate; the indicator is in fact the symbol for AmSouth Prime Money Market Class A shares, for which the Cusip is 032168700

. AmSouth Prime Money Market Class A shares became Pioneer Cash Reserves Fund shares in September 2005. Trading medium: NASDAQ.

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                             Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |

## NOTICE OF CANCELLATION OF HEARING

**PLEASE TAKE NOTICE** that on behalf of Irving H. Picard (the "Trustee"), as trustee

for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, and the substantively consolidated estate

of Bernard L. Madoff, through his counsel Baker & Hostetler LLP, the hearing scheduled to be

held on **August 31, 2016 at 10:00 a.m.** is cancelled. All matters previously scheduled on that

1

date will be adjourned and no matters will be scheduled to be heard on that date.

Dated: New York, New York
     July 19, 2016

By: /s/Keith R. Murphy
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

08-01789-smb Doc 13848 Filed 07/21/16 Entered 08/08/16 10:47:00 Main Document

**≡ECF**    **Bankruptcy**    **Adversary**    **Query**    **Reports**    **Utilities**

**File a Notice:**

08-01789-smb Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Keith R. Murphy entered on 7/19/2016 at 3:10 PM and filed on 7/19/2016
**Case Name:**    Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a
**Case Number:**    08-01789-smb
**Document Number:** 13720

**Docket Text:**
Notice of Adjournment of Hearing /Notice of Cancellation of August 31, 2016 Hearing filed by Keith R. Murphy on
behalf of Irving H. Picard. (Murphy, Keith)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\BK Filings ASuffern\2016-07\08-01789 Notice of Cancellation of Hearing.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/19/2016] [FileNumber=15412510-0]
[284db279cdc2529c2592a96638403fd3d1616c0e0a44e1581b0598bd90083b2f6b0e
5cec63283b832fa46aef1b62a78c4c42fef96f862650c0abe2f3ddf59440]]

## 08-01789-smb Notice will be electronically mailed to:

Johan Robert Abraham on behalf of Defendant Notz, Stucki Management (Bermuda) Limited
rabraha@debevoise.com, mao-bk-ecf@debevoise.com

Robert Alan Abrams on behalf of Defendant Jeanne T. Spring Trust
abrams@katskykorins.com

Nathan D. Adler on behalf of Interested Party 20:20 Medici AG
ada@nqgrg.com

Sameer Nitanand Advani on behalf of Unknown Equus Asset Management LTD.

08-01789-smb    Doc 13848    Filed 07/21/16    Entered 08/08/16 10:47:00    Main Document
Pg 9 of 10

From: Suffern, Anne <asuffern@bakerlaw.com>

To: adberlin <adberlin@aitkenberlin.com>; aehrlich <aehrlich@paulweiss.com>; ahadjikow <ahadjikow@brunellelaw.com>; brunellelaw <brunellelaw@gmail.com>; Alexander.Feldman <Alexander.Feldman@CliffordChance.com>; amarder <amarder@msek.com>; amy.swedberg <amy.swedberg@maslon.com>; andrea.robinson <andrea.robinson@wilmerhale.com>; angelinal <angelinal@jpfirm.com>; anisselson <anisselson@windelsmarx.com>; asteinberg <asteinberg@kslaw.com>; awagner <awagner@stonemagnalaw.com>; bankruptcy <bankruptcy@morrisoncohen.com>; bdk <bdk@schlamstone.com>; bfriedman <bfriedman@milberg.com>; bhanyc <bhanyc@gmail.com>; blax <blax@laxneville.com>; bneville <bneville@laxneville.com>; bscott <bscott@klestadt.com>; bsharton <bsharton@goodwinprocter.com>; bsmoore <bsmoore@pbnlaw.com>; btannenbaum <btannenbaum@paulweiss.com>; bvkleinman <bvkleinman@aitkenberlin.com>; carole.neville <carole.neville@dentons.com>; cboccuzzi <cboccuzzi@cgsh.com>; cglick <cglick@certilmanbalin.com>; cgrusauskas <cgrusauskas@paulweiss.com>; charles.platt <charles.platt@wilmerhale.com>; CRendell <CRendell@stonemagnalaw.com>; csalomon <csalomon@beckerglynn.com>; dana.seshens <dana.seshens@davispolk.com>; danielholzman <danielholzman@quinnemanuel.com>; dapfel <dapfel@goodwinprocter.com>; david.kotler <david.kotler@dechert.com>; david.livshiz <david.livshiz@freshfields.com>; david <david@dboltonpc.com>; davidbernfeld <davidbernfeld@bernfeld-dematteo.com>; dglosband <dglosband@goodwinprocter.com>; dgolub <dgolub@sgtlaw.com>; dhirsch <dhirsch@sglawyers.com>; dhykal <dhykal@willkie.com>; dmolton <dmolton@brownrudnick.com>; dquinn <dquinn@bargerwolen.com>; dstone <dstone@stonemagnalaw.com>; ebadway <ebadway@foxrothschild.com>; EFrejka <EFrejka@FREJKA.com>; eletey <eletey@riddellwilliams.com>; emolino <emolino@brownrudnick.com>; eric.lewis <eric.lewis@baachrobinson.com>; ffm <ffm@bostonbusinesslaw.com>; fhperkins <fhperkins@morrisoncohen.com>; fowkes.joshua <fowkes.joshua@arentfox.com>; freinke <freinke@mayerbrown.com>; fstrong <fstrong@wmd-law.com>; gbrunelle <gbrunelle@brunellelaw.com>; brunellelaw <brunellelaw@gmail.com>; gdexter <gdexter@chaitmanllp.com>; george.shuster <george.shuster@wilmerhale.com>; ghirsch <ghirsch@sillscummis.com>; glee <glee@mofo.com>; gpw <gpw@stim-warmuth.com>; gwoodfield <gwoodfield@halleshaw.com>; hchaitman <hchaitman@chaitmanllp.com>; hjones <hjones@jonesschwartz.com>; hkleinhendler <hkleinhendler@wmllp.com>; hsimon <hsimon@windelsmarx.com>; hulme.james <hulme.james@arentfox.com>; hunter.carter <hunter.carter@arentfox.com>; jeanites <jeanites@whiteandwilliams.com>; Jeff.Butler <Jeff.Butler@CliffordChance.com>; jeffreybernfeld <jeffreybernfeld@bernfeld-dematteo.com>; Jeremy.Mellitz <Jeremy.Mellitz@withers.us.com>; jlavin <jlavin@blountlavin.com>; jlevine <jlevine@stblaw.com>; jmr <jmr@msf-law.com>; joel <joel@joelherz.com>; jshickich <jshickich@riddellwilliams.com>; jspanier <jspanier@abbeyspanier.com>; jyoung <jyoung@milberg.com>; karen.wagner <karen.wagner@davispolk.com>; kjacques <kjacques@kslaw.com>; klibrera <klibrera@winston.com>; lawkap <lawkap@aol.com>; levine <levine@whafh.com>; lindsayweber <lindsayweber@quinnemanuel.com>; marcy.harris <marcy.harris@srz.com>; max <max@fmlaw.net>; mcalabrese <mcalabrese@earthlink.net>; mcohen <mcohen@cohengresser.com>; mgluck <mgluck@milberg.com>; mhbodian <mhbodian@gmail.com>; Michael.Blumenthal <Michael.Blumenthal@tklaw.com>; michael.goldberg <michael.goldberg@akerman.com>; mking <mking@gibsondunn.com>; mmulholland <mmulholland@mrfpc.com>; morwetzler <morwetzler@paulhastings.com>; mpollok <mpollok@marvinandmarvin.com>; mudem <mudem@asklip.com>; MVC <MVC@CiresiConlin.com>; neal.mann <neal.mann@oag.state.ny.us>; nfineman <nfineman@cpmlegal.com>; lconcepcion <lconcepcion@cpmlegal.com>; paminoiroaya <paminoiroaya@seegerweiss.com>; PDMoore <PDMoore@duanemorris.com>; phheer <phheer@duanemorris.com>; pjw <pjw@stim-warmuth.com>; pwang <pwang@foley.com>; rabrams <rabrams@katskykorins.com>; rcirilo <rcirilo@kslaw.com>; rdakis <rdakis@morrisoncohen.com>; rexlee <rexlee@quinnemanuel.com>; Rhaddad <Rhaddad@OSHR.com>; rhorwitz <rhorwitz@conroysimberg.com>; eservicewpb <eservicewpb@conroysimberg.com>; Richard.Kirby <Richard.Kirby@bakermckenzie.com>; richard <richard@kgalaw.com>; rmccord <rmccord@certilmanbalin.com>; robert.yalen <robert.yalen@usdoj.gov>; robertloigman <robertloigman@quinnemanuel.com>; rosenberg <rosenberg@clayro.com>; rschwed <rschwed@shearman.com>; rsignorelli <rsignorelli@nycLITIGATOR.com>; richardsignorelli <richardsignorelli@gmail.com>; rspinogatti <rspinogatti@proskauer.com>; russell <russell@yankwitt.com>; schristianson <schristianson@buchalter.com>; scott.reynolds <scott.reynolds@chaffetzlindsey.com>; sdumain <sdumain@milberg.com>; sfarber <sfarber@winston.com>; sfishbein <sfishbein@shearman.com>; sgeller <sgeller@bellowslaw.com>; sir <sir@msf-law.com>; smhonig <smhonig@duanemorris.com>; snewman <snewman@katskykorins.com>; sparadise <sparadise@rkollp.com>; srosen <srosen@rosenpc.com>; sschlesinger <sschlesinger@jaspanllp.com>; sscott <sscott@jaspanllp.com>; sstorch <sstorch@samlegal.com>; susheelkirpalani <susheelkirpalani@quinnemanuel.com>; sweiss <sweiss@seegerweiss.com>; tmlodonka <tmlodonka@fdh.com>; ttelesca <ttelesca@rmfpc.com>; tvalliere <tvalliere@svlaw.com>; vdrohan <vdrohan@dlkny.com>; wahabib <wahabib@verizon.net>; wdahill <wdahill@wmd-law.com>; wrtansey <wrtansey@ravichmeyer.com>; Yeskoo <Yeskoo@yeskoolaw.com>; 335pat <335pat@roadrunner.com>; admin <admin@waterland-investment.nl>; alan <alan@cosnerlaw.com>; alicerawlins <alicerawlins@me.com>; andy.huang <andy.huang@sofos.com.sg>; arlenerc54 <arlenerc54@hotmail.com>; arroyo <arroyo@rya.es>; arroyoignacio <arroyoignacio@hotmail.com>; berniebraverman <berniebraverman@gmail.com>; berthold.troiss <berthold.troiss@capitalbank.at>; bionicdoll <bionicdoll@aol.com>; birgit.peters2010 <birgit.peters2010@yahoo.com>; bobjen8 <bobjen8@bigpond.com>; carolina.fornos <carolina.fornos@usdoj.gov>; charles.robins <charles.robins@weil.com>; chore55 <chore55@yahoo.com>; clssie2010 <clssie2010@gmail.com>; daved628 <daved628@aol.com>; david1943 <david1943@comcast.net>; dewlane <dewlane@gmail.com>; dfisch1 <dfisch1@twcny.rr.com>; dgottesman <dgottesman@firstmanhattan.com>; doctor1000 <doctor1000@earthlink.net>; dschupak <dschupak@schupakgroup.com>; eau203 <eau203@gmail.com>; Eric.Lewis <Eric.Lewis@baachrobinson.com>; ew <ew@khiholdings.com>; fcohen <fcohen@duanemorris.com>; fischwave <fischwave@comcast.net>; freedomlo <freedomlo@yahoo.com.hk>; galejs <galejs@gmail.com>; gary.libra <gary.libra@gmail.com>; gdnite <gdnite@earthlink.net>; grandpastuffit <grandpastuffit@bellsouth.net>; hbarr <hbarr@bplegalteam.com>; hstern <hstern@wzssa.com>; hyassky <hyassky@aol.com>; icbcmylee <icbcmylee@yahoo.com.tw>; info <info@pfcintl.com>; j.delaire <j.delaire@yahoo.com>; jacques123 <jacques123@wanadoo.es>; jakefigi2 <jakefigi2@aol.com>; jaqueslamac <jaqueslamac@gmail.com>; jn-pro-se <jn-pro-se@pobox.com>; joannerosen <joannerosen@gmail.com>; johnph1494 <johnph1494@gmail.com>; johnsamore <johnsamore@hotmail.com>; jpitkin <jpitkin@umich.edu>; jsousa <jsousa@bfm.bm>; jwang <jwang@slpc.org>; jwnijkamp

08-01789-smb pnrhanals_13594P <kbit@slpc.org> knannamurthyp <knamnamurthyp@sec.gov>; krizla_ligale Main Document
<krizia_ligale@yahoo.com.hk>; lamelli <lamelli@verizon.net; leyla.hill <leyla.hill@hos.com>; linchasd
<linchasd@netvigator.com>; lindencoppell <lindencoppell@gmail.com>; lovormon <lovormon@aol.com>; maddockspaul
<maddockspaul@gmail.com>; marciroses <marciroses@aol.com>; marny <marny@corsair2.com>; mattfcarroll
<mattfcarroll@msn.com>; mauricesandler <mauricesandler@sbcglobal.net>; mdweb27 <mdweb27@me.com>; mrkruze
<mrkruze@comcast.net>; msoslow <msoslow@untracht.com>; muchhal <muchhal@netvigator.com>; mwinick
<mwinick@hotmail.com>; ndver <ndver@comcast.net>; nkelley <nkelley@sipc.org>; optics58 <optics58@gmail.com>; oreng
<oreng@bellsouth.net>; pabst <pabst@mantomgmt.com>; peplady5 <peplady5@gmail.com>; pfisch <pfisch@twcny.rr.com>;
prosenblum <prosenblum@mindspring.com>; richard.hoefer <richard.hoefer@utanet.at>; rjch <rjch@netvigator.com>;
rmacdon482 <rmacdon482@aol.com>; mg67 <mg67@comcast.net>; rreardon <rreardon@stblaw.com>; rudolf.rausch
<rudolf.rausch@gmail.com>; simcha.gutgold <simcha.gutgold@gmail.com>; sltiner <sltiner@yahoo.com>; srohdie
<srohdie@bellsouth.net>; stanleymkatz <stanleymkatz@mac.com>; stuart <stuart@silverboxsw.com>; swansont
<swansont@sec.gov>; tim.balbirnie <tim.balbirnie@gmail.com>; trugglero <trugglero@resnicknyc.com>; ts.yang
<ts.yang@msa.hinet.net>; vasilescua <vasilescua@sec.gov>; wc.helsdingen <wc.helsdingen@casema.nl>; wolfie2400
<wolfie2400@yahoo.com>; yiuleung <yiuleung@yahoo.com.hk>; yiuleunghk <yiuleunghk@gmail.com>

**Subject:** SIPC v BLMIS (Case No. 08-01789)

**Date:** Tue, Jul 19, 2016 12:17 pm

**Attachments:** 08-01789 Notice of Cancellation of Hearing.pdf (32K), 08-01789 Receipt.PDF (30K)

We are counsel to Irving H. Picard, Esq., as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of Bernard L. Madoff, plaintiff, in the above-referenced adversary proceeding.

Attached please find Notice of Cancellation of Hearing which has been electronically filed in the above noted adversary
proceeding.

If you should have any questions, please do not hesitate to contact Keith R. Murphy, Esq. at (212) 589-4682 or
kmurphy@bakerlaw.com.

**Anne Suffern**
Paralegal

45 Rockefeller Plaza
New York, NY 10111-0100
T 212.847.2843

asuffern@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

---

In re:

BERNARD L. MADOFF,

Debtor.

---

## ORDER GRANTING TRUSTEE'S THIRD OMNIBUS MOTION SEEKING TO EXPUNGE CLAIMS AND OBJECTIONS OF CLAIMANTS THAT DID NOT INVEST WITH BLMIS OR IN ENTITIES THAT INVESTED IN BLMIS

Upon the motion (the "Third Omnibus Motion") [Docket No.4732], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding, dated March 16, 2012, seeking to have the Court expunge any and all claims and objections filed by or on behalf of claimants ("Claimants") that did not invest with BLMIS, or in entities that invested with BLMIS, pursuant to section 78fff–2(b)(2) of the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"),[1] Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this

---

[1]   Subsequent references to SIPA shall omit "15 U.S.C."

Court's order approving procedures for the filing, determination, and adjudication of customer claims in this proceeding (the "Claims Procedures Order", Docket No. 12), seeking to have the Court expunge claims and objections filed to the extent they were filed by or behalf of those Claimants that did not invest with BLMIS, or in entities that invested with BLMIS, as identified in Exhibit A under the heading "*Claims and Objections to be Expunged*" (collectively, the "Objections"), to the extent that they were filed by Claimants, all as more fully described in the Third Omnibus Motion and supported by the Cohen Affidavit, Exhibit B; and due and proper notice of the Third Omnibus Motion having been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the Claimants listed on Exhibit A attached to the Third Omnibus Motion (and their counsel), and (vi) all other parties entitled to notice; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Third Omnibus Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest and that the legal and factual bases set forth in the Third Omnibus Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Third Omnibus Motion is granted to the extent provided herein; and it is further

ORDERED that, pursuant section 78fff–2(b)(2) of SIPA and the Claims Procedures Order, the "*Claims and Objections to be Expunged*" listed on Exhibit A annexed hereto under the heading "Claims and Objections", are expunged with prejudice to the extent they relate to the Claimants identified on Exhibit A; and it is further

- 2 -

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: April 19, 2012
New York, New York

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## IN RE: BLMIS. CASE NO: 08-01789 (BRL)

## THIRD OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

CLAIMS AND OBJECTIONS TO BE EXPUNGED

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| Ellis, Lamar[1] | 008118 | 1112, 2998 | Pro Se, 1372 Fern Lake Ave, Brea, CA 92821 |
| Ellis, Lamar | 070192 | 3249 | Pro Se, 1372 Fern Lake Ave, Brea, CA 92821 |
| Meyer, Diane[2] | 014606 | 1619 | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL 32812 |
| Meyer, Diane Estate Beneficiary of Edward J. Meyer | 014764 | 1619 | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL 32812 |
| Sanon, Nerlande | 014608 | 1836 | Pro Se, 2-D Bridle Path Cr., Randolph, MA 02368 |
| Sanon, Nerlande | 070175 | 3252 | Pro Se, 2-D Bridle Path Cr., Randolph, MA 02368 |
| Surabian, Steven | 001896 | 1209 | Pro Se, 1230 RT. 28, S. Yarmouth, MA 02664 |
| Surabian, Martin M., Alice V. Surabian, Richard Surabian, Steven Surabian | 001895 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA 02672 |
| Surabian, Martin M., Alice V. Surabian, Richard Surabian, Steven Surabian | 001897 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA 02672 |
| Surabian, Richard | 001949 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA 02672 |
| Surabian, Kirsten E., Richard Surabian | 002186 | 1209 | Pro Se, 526 White Plains Rd., Webster, NH 03303 |
| Surabian, Erik M., Richard Surabian | 002185 | 1209 | Pro Se, 526 White Plains Rd., Webster, NH 03303 |
| Surabian, Steven | 001802 | 1209 | Pro Se, 1230 RT. 28, S. Yarmouth, MA 02664 |
| Surabian, Martin M., Alice V. Surabian in Trust For Karen T. Surabian, Gregory Surabian, Eric M. Surabian, Kristen E. Surabian | 003367 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA 02672 |

[1] Claimant filed an unsuccessful suit against several parties including BLMIS in Southern District of California (San Diego), (Case # 3:10-cv-01295-H-JMA) on June 17, 2010, alleging *inter alia*, that assets were traded without permission. Case was terminated by Judge Marilyn L. Huff on July 15, 2010 for failure to state claim and order denying Motion for Reconsideration was issued on August 2, 2010.

[2] Both the BLMIS account of Edward J. Meyer IRA and the BLMIS account of Marcia A. Meyer IRA were closed prior to the filing of the substantively consolidated liquidation of BLMIS.

# EXHIBIT C

```
1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 08-01789-SMB

4    - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    SECURITIES INVESTOR PROTECTION

8    CORPORATION,

9                    Plaintiff,

10       vs.

11   BERNARD L. MADOFF INVESTMENT

12   SECURITIES, LLC, ET AL.,

13                    Defendants.

14   - - - - - - - - - - - - - - - - - - - - - - - - - x

15

16                    U.S. Bankruptcy Court

17                    One Bowling Green

18                    New York, New York

19

20                    August 6, 2014

21                    10:07 AM

22

23   B E F O R E :

24   HON STUART M. BERNSTEIN

25   U.S. BANKRUPTCY JUDGE
```

1    Hearing re:   Letter filed by Mr. Lamar Ellis on Notice Of

2    Trustee's December 11, 2008 Determination Of Claim

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:   William J. Garling

```
 1                    A P P E A R A N C E S :

 2    BAKER & HOSTETLER, LLP

 3          Attorneys for SIPA Trustee

 4          45 Rockefeller Plaza

 5          New York, NY  10111-0100

 6

 7    BY:  NICHOLAS J. CREMONA, ESQ.

 8

 9    ALSO APPEARING TELEPHONICALLY:

10          LAMAR ELLIS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2           THE CLERK:  All rise.

3           THE COURT:  Mr. Ellis, are you on the line?

4           THE OPERATOR:  Mr. Ellis is not connected yet.

5           THE COURT:  He is not connected yet, all right.

6       (Recess at 10:07 a.m.)

7           THE COURT:  Hello?

8           MR. ELLIS:  Hello?

9           THE COURT:  Is this Mr. Ellis?

10          MR. ELLIS:  Yes, it is.

11          THE COURT:  Okay.  I'm sorry.  You got behind a

12      long matter.  I called your matter first.

13              This is Judge Bernstein and I have a

14      representative of the Trustee here, Mr. Cremona.

15              I scheduled this hearing because I received your

16      letter and your letter raised an issue about the Trustee's

17      disallowance of the claim and you seem to be confused

18      between the fund that the trustee is beginning to administer

19      and the fund that the Department of Justice or Richard

20      Breeden, which is a victim's fund, is going to be

21      administered.

22              So tell me about -- tell me about your claim.

23          MR. ELLIS:  Well, I don't know much about it.  I

24      had -- earlier this year I was receiving some kind of

25      threats, what I took to be threats and I hired an attorney

1    and I went through what was going on with him and he

2    suggested that I contact your court or at least the trustee

3    and try to explain to the Court what was going on. In other

4    words, after I had also received that Bernard Madoff Victim

5    Fund notice and so forth. And so it left me totally

6    confused as to if they were connected because I had sent the

7    same information in originally on the original claim back in

8    2008 or '09 as sent to the Madoff Victim Fund claim and it

9    left me totally confused and, of course, at my age, it

10    doesn't take much for that anymore.

11            But anyway, the confusion was on my end. I'm sure

12    I just didn't understand how the connections, if there were

13    any connections at all, how that worked.

14            THE COURT: Okay. Do you understand that there's

15    a separate victim's fund that has nothing to do with this

16    case, except that it obviously is designed to compensate

17    victims of Madoff's fraud?

18            MR. ELLIS: I understand it now, I believe. Yes,

19    sir.

20            THE COURT: And the trustee, as I understand it,

21    disallowed your claim because there was no evidence that

22    the, I think it's the Lawrence Ellis Trust ever had an

23    account with Madoff.

24            Do you recall ever having an account with Madoff?

25            MR. ELLIS: I don't claim to have an account with

1    Madoff, no, sir.  That's not what I was claiming.

2           THE COURT:  Okay.  But you claim that you were a

3    victim of Madoff's fraud?

4           MR. ELLIS:  Yes, I am a victim of Madoff's fraud.

5           THE COURT:  And how so?

6           MR. ELLIS:  Well, it seems that my bank at the

7    time that held my assets in trust used those assets to

8    eventually get them into the hands of Madoff.

9           THE COURT:  Okay.  So you invested in a trust or

10   had an interest in the trust and the trust invested?

11          MR. ELLIS:  Well, no.  It was me as an individual.

12   The trust was actually performing along with another

13   organization as the transfer agents of those assets from one

14   position with Bank of America in California to a bank, a

15   National Bank in Mississippi.

16          THE COURT:  Did you -- Mr. Ellis, did you ever

17   receive a monthly statement from Bernard Madoff?

18          MR. ELLIS:  Not to my recollection.  I don't

19   recall that.

20          THE COURT:  Okay.  It sounds to me like the

21   Trustee properly denied your claim as to the fund that he's

22   administering because you didn't have an account with

23   Bernard L. Madoff Investment Securities, but you may have

24   claims to the victim fund that's being administered by

25   Mr. Breeden, and I think his address was in the letter that

1    the Trustee sent to you.

2              MR. ELLIS:  Yes, we have been in touch with them,

3    but like I said, I was so confused.

4              THE COURT:  Yeah.  Well, it's confusing.

5              MR. ELLIS:  But I was confused about how it would

6    work.

7              THE COURT:  Okay.  Do you understand it now, that

8    you should be communicating with Mr. Breeden about your

9    victim fund claim?

10             MR. ELLIS:  Yes, sir.  I think the Trustee sent me

11   a letter and explained the difference between the two parts

12   and that was sufficient and I took that at word, as was

13   written.

14             THE COURT:  Okay.  I just wanted to make sure that

15   you understood.  I'm not going to do anything further in

16   this matter and I suspect that the Trustee isn't and you

17   should pursue whatever claims you have with the victim's

18   fund.

19             MR. ELLIS:  Okay.  Well, I'm very grateful to you.

20   I didn't mean to do anything other than just find out how I

21   was involved.

22             THE COURT:  Okay.  All right.  Thank you very

23   much.

24             MR. ELLIS:  Okay.  Thank you.

25             Bye, bye.

```
 1              THE COURT:  Okay.  I'm just going to mark that

 2    off.  He seems to understand now.

 3              MR. CREMONA:  Understood.

 4              Thank you, Your Honor.

 5              THE COURT:  All right.  Sorry you had to sit here

 6    all morning.  Thank you very much.

 7              MR. CREMONA:  It was quite interesting.

 8              THE COURT:  I wonder if I could just

 9    (indiscernible - 11:25:33).  There's that.

10         (Whereupon these proceedings were concluded at

11    11:25 AM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                 C E R T I F I C A T I O N

2

3              I, William J. Garling certify that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    William J. Garling, CET
     Certified Electronic Transcriber
8    CET**D-543

9

10   Veritext

11   330 Old Country Road

12   Suite 300

13   Mineola, NY 11501

14

15   Date:  8/07/2014

16

17

18

19

20

21

22

23

24

25