# EXHIBIT B

08-01789-cgm  Doc 14391-2  Filed 11/04/16  Entered 11/04/16 15:33:09  Exhibit B
Pg 2 of 2



(SIPC v. BLMIS) Adv. Pro. No. 08-01789, ECF Nos. 13848, 13924 - Motion for Relief from Stay (Lamar Ellis)
Markel, Tatiana
to:
bernstein.chambers@nysb.uscourts.gov
09/22/2016 05:53 PM
Cc:
"Murphy, Keith R."
Hide Details
From: "Markel, Tatiana" <tmarkel@bakerlaw.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Murphy, Keith R." <kmurphy@bakerlaw.com>

Dear Judge Bernstein:

Per the instructions of Michael Paek, I called Lamar Ellis on Tuesday, September 20, 2016, concerning his motion for relief from stay, and advised him that it will be heard on September 28th. I asked whether he would be available to appear in person or by telephone on that date. He advised that he no longer wished to pursue this action, and was moving forward with another action in California. We believe he was referring Adv. Pro. No. 16-13520 (SC) in the Central District of California. I told Lamar Ellis that I would advise the Court of his decision.

Mr. Paek requested that I copy Lamar Ellis on this communication; unfortunately, he does not appear to have an email address. As such, I will print out this email and send it to Mr. Ellis by mail, explaining that I have advised the Court of Mr. Ellis's decision not to pursue his motion for relief from stay.

We appreciate Your Honor's attention to this matter. Please advise if there's anything else you require from us.

Thank you.

**Tatiana Markel**
Associate

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T 212.589.4615

tmarkel@bakerlaw.com
bakerlaw.com

