```
                                                              Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 4   In the Matter of:

 5

 6   SECURITIES INVESTOR PROTECTION CORP, Adv. No. 08-01789 (SMB)

 7             Plaintiff,

 8        v.

 9   BERNARD L. MADOFF INVESTMENT SEC.,

10             Defendant.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

12

13                  U.S. Bankruptcy Court

14                  One Bowling Green

15                  New York, NY 10004

16

17                  October 26, 2016

18                  10:06 AM

19

20   B E F O R E :

21   HON STUART M. BERNSTEIN

22   U.S. BANKRUPTCY JUDGE

23

24

25
```

1  Hearing re:  Motion to approve trustee's motion and

2  memorandum of law to affirm his determinations denying

3  claims of claimants holding interests in AHT Partners,

4  Pergament Equities LLC, SMT Investors LLC, Greene/Lederman,

5  LLC and Turbo Investors LLC

25  Transcribed by:  Jamie Gallagher

```
 1   A P P E A R A N C E S :

 2   BAKER HOSTETLER LLP

 3        Attorney for the Trustee

 4        45 Rockefeller Plaza

 5        New York, NY 10111

 6

 7   BY:  AMY E. VANDERWAL, ESQ.

 8

 9   SECURITIES INVESTOR PROTECTION CORPORATION

10        General Counsel

11        1667 K Street, N.W.

12        Suite 1000

13        Washington, DC 20006

14

15   BY:  KEVIN BELL, ESQ.

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                    P R O C E E D I N G S

2            THE COURT:  Madoff.

3            MS. VANDERWAL:  Good morning, Your Honor.

4            THE COURT:  Good morning.

5            MS. VANDERWAL:  Amy Vanderwal for the Madoff
6    Trustee.

7            We're here today on the trustee's motion to affirm
8    the determination of 20 claims which were filed by claimants
9    to invested in five limited liability companies registered
10   in Delaware, Florida, and Virginia.  The objecting claimants
11   invested money in these LLCs.  They did not invest directly
12   with BLMIS.  They did not entrust their own assets to BLMIS
13   for the purposes of trading and securities.

14           So the denial of these claims is consistent with
15   many prior decisions of this Court, as well as Cruise and
16   Morgan Kennedy in the Second Circuit.  No objections were
17   received.  So pending any questions, we respectfully request
18   that the motion be granted.

19           THE COURT:  Okay.  Does anyone else want to be
20   heard in connection with this application?

21           MR. BELL:  SIPC supports the trustee's motion,
22   Your Honor.

23           THE COURT:  All right.  I will grant the motion
24   since these claimants didn't entrust any money to Madoff.
25   They entrusted it to funds and, I guess, pension plans also

1  that invested with Madoff, so they're not customers entitled

2  to relief under SIPA.  You can submit an order.  Off the

3  record, did you come up just for this?

4          MR. BELL:  Your Honor, we made an appearance by

5  filing a memorandum and Mr. Kelly was supposed to come, but

6  his wife is due any minute.  So --

7          THE COURT:  All right.  I mean, the reason I have

8  these, there are a lot of individuals and you never know

9  when an individual is going to show up.

10         MR. BELL:  Well, the next one I think that we just

11 filed has some pro se's so --

12         THE COURT:  Well, there are a lot of -- I looked

13 at the list.  There are always individuals involved in this.

14         MR. BELL:  There are other things I will do when

15 I'm here so, thank you, Your Honor.

16         THE COURT:  All right.  Good.

17         MS. VANDERWAL:  Thank you, Your Honor.

18         THE COURT:  All right.  So you can submit an

19 order.

20         MS. VANDERWAL:  I'll do that.  Thanks.

21         MR. BELL:  Thank you, Your Honor.

22     (Whereupon these proceedings were concluded at 10:08

23 AM)

24

25

1                              I N D E X

2

3                              RULINGS

4                                                                PAGE

5    Motion to approve trustee's motion and memorandum of    4

6    law to affirm his determinations denying claims of

7    claimants holding interests in AHT Partners,

8    Pergament Equities LLC, SMT Investors LLC,

9    Greene/Lederman, LLC and Turbo Investors LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T I O N
 2
 3     I, Jamie Gallagher, certify that the foregoing transcript is
 4     a true and accurate record of the proceedings.
 5
 6     _____
 7     Jamie Gallagher
 8
 9
10     Date:    October 28, 2016
11
12
13
14
15     Veritext Legal Solutions
16     330 Old Country Road
17     Suite 300
18     Mineola, NY 11501
19
20
21
22
23
24
25
```

Digitally signed by Jamie Gallagher
DN: cn=Jamie Gallagher, o, ou,
email=digital1@veritext.com, c=US
Date: 2016.10.28 14:36:07 -04'00'