UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Gettinger Foundation (the "Claimant"), having filed an objection (the "Objection", Docket No. 2285) to the Notice of Trustee's Determination of Claim respecting Claimant's customer claim #010660, hereby gives notice that it withdraws such Objection.

Dated: ~~October~~ November 4, 2016

Michael I. Goldberg, Esq., on behalf of
The Gettinger Foundation
Akerman, LLP
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
Tel: (954) 468.2444