**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION

Eleven Eighteen Limited Partnership (the "Claimant"), having filed an objection (the "Objection", ECF No. 932) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011560), hereby gives notice that it withdraws such Objection.

Dated:  November 8, 2016

*s/ Joshua Fowkes*
ARENT FOX LLP
1675 Broadway
New York, NY 10019
George V. Utlik, Esq.
Telephone:  (212) 492-3287

ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Joshua Fowkes, Esq.
James H. Hulme, Esq.
Telephone:  (202) 857-6217

Attorneys for Claimant

300424395.1