**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>         Plaintiff-Applicant, <br><br>         v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>         Debtor. | |

**[PROPOSED] ORDER APPROVING TRUSTEE'S MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN SIENNA PARTNERSHIP, L.P., KATZ GROUP LIMITED PARTNERSHIP, AND FAIRFIELD PAGMA ASSOCIATES, L.P.**

Upon consideration of the Trustee's Motion And Memorandum To Affirm His Determination Denying Claims Of Claimants Holding Interests In Sienna Partnership, L.P., Katz Group Limited Partnership and Fairfield Pagma Associates, L.P. (the "Motion")[1] (ECF No. _____), dated November 9, 2016, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated chapter 7 estate of Bernard L. Madoff ("Madoff"), and it appearing that due and proper notice of the Motion and the relief requested therein have been given, and no other or further notice needs to be given; and the Court having reviewed the Motion, the Declarations of

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Stephanie Ackerman and Vineet Sehgal, the objection to claims determinations, and the record in

this case; and the Court having determined that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein, and after due deliberation and sufficient cause

appearing therefor, **IT IS HEREBY**:

ORDERED, that the relief requested in the Motion is hereby granted as set forth

herein; and it is further

ORDERED, that the Trustee's denial of the customer claims listed on the Exhibit

2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached

hereto, is affirmed, and such claims are disallowed; and it is further

ORDERED, that the objections to the Trustee's determinations listed on the

Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is

attached hereto, are overruled; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
        [_____], 2016


_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE