**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>v.<br><br>ELEVEN EIGHTEEN LIMITED PARTNERSHIP, a District of Columbia limited partnership, BERNARD S. GEWIRZ, CARL S. GEWIRZ, EDWARD H. KAPLAN, JEROME A. KAPLAN, and ALBERT H. SMALL,<br><br>            Defendants. | Adv. Pro. No. 10-04976 (SMB) |

300424090.1

# STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Eleven Eighteen Limited Partnership, Bernard S. Gewirz, Carl S. Gewirz, Edward H. Kaplan, Jerome A. Kaplan and Albert H. Small ("Defendants"), by and through their counsel, Arent Fox LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed the Complaint against Defendants. Trustee filed an Amended Complaint on February 21, 2012.

2. On August 17, 2015, Defendants served an Answer to the Amended Complaint on the Trustee.

3. On October 31, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  November 8, 2016
        New York, New York

**BAKER & HOSTETLER LLP**

By:     *s/ Nicholas J. Cremona*
      45 Rockefeller Plaza

Of Counsel:
      New York, New York 10111
      Telephone: 212.589.4200

**BAKER & HOSTETLER LLP**
      Facsimile:  212.589.4201
11601 Wilshire Boulevard, 14th Floor
      David J. Sheehan
Los Angeles, California 90025-0509
      Email:  dsheehan@bakerlaw.com
Telephone:  310.820.8800
      Nicholas J. Cremona
Facsimile:   310.820.8859
      Email:  ncremona@bakerlaw.com
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**ARENT FOX LLP**

By:     *s/ Joshua Fowkes*
      1675 Broadway
      New York, NY 10019
      Telephone: (212) 484-3900
      Facsimile: (212) 484-3990
      George V. Utlik
      Email: George.utlik@arentfox.com

      1717 K Street, NW
      Washington, DC 20006
      Telephone: (202) 857-6000
      Facsimile: (202) 857-6395
      Joshua Fowkes (admitted *pro hac vice*)
      Email: Joshua.fowkes@arentfox.com

        James H. Hulme (admitted *pro hac vice*)
Email: james.hulme@arentfox.com

*Attorneys for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: November 9, 2016
New York, New York