```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,
                                                                    Adv. Pro. No. 08-01789 (SMB)
              Plaintiff-Applicant,
     v.                                                             SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT                                        (Substantively Consolidated)
SECURITIES LLC,

              Defendant.
-------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
-------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

              Plaintiff,                                            Adv. Pro. No. 10-04668 (SMB)

     v.

TIMOTHY SHAWN TEUFEL AND VALERIE
ANNE TEUFEL FAMILY TRUST U/T/D
5/24/95, et al.,
              Defendants.
-------------------------------------------------------------x
```

## ORDER GRANTING JOINT MOTION TO SUBSTITUTE
## COUNSEL AND DIRECTIONS TO CLERK TO CHANGE COUNSEL OF RECORD

This matter having come before the Court on the Joint Motion to Substitute Counsel and Consent, and the Court having reviewed the pleadings and papers submitted in connection with the motion and good and sufficient cause appearing therefore,

It is herein ORDERED that the law firm of Thompson Hine LLP is substituted as counsel of record for Chaitman LLP. All further communications and documents regarding the defendants in this adversary proceeding shall be directed to Tammy P. Bieber, Esq. and Maranda E. Fritz, Esq., Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, NY 10017,

tammy.bieber@thompsonhine.com and maranda.fritz@thompsonhine.com. Helen Davis Chaitman and Chaitman LLP shall have no further responsibility or liability with respect to this matter.

New York, New York
November 9th, 2016

/s/ STUART M. BERNSTEIN

HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendant.
-------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
-------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

           Plaintiff,

    v.

TIMOTHY SHAWN TEUFEL AND VALERIE
ANNE TEUFEL FAMILY TRUST U/T/D
5/24/95, et al.,

           Defendants.
-------------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-04668 (SMB)

## CONSENT TO SUBSTITUTE COUNSEL

Defendants Helen Davis Chaitman, as counsel of record for Defendants Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, Timothy Shawn Teufel, and Valerie Ann Teufel ( collectively, "Defendants") hereby consent to the withdrawal of the law firm of Chaitman LLP, by and through its attorney of record, Helen Davis Chaitman, as counsel of

record for Defendants in this case.  Defendants further consent to the substitution of Tammy P. Bieber, of the law firm Thompson Hine LLP, in place of Ms. Chaitman and the law firm of Chaitman LLP, as counsel of record for the Defendants in this action.

DATE:_____

_____
TIMOTHY SHAWN TEUFEL

DATE:_____

_____
VALERIE TEUFEL

DATE:_____

_____
TIMOTHY SHAWN TEUFEL AND VALERIE
  ANN TEUFEL FAMILY TRUST U/T/D 5/24/95

DATE:_____

CHAITMAN LLP

BY:_____
    HELEN DAVIS CHAITMAN

2