# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

Debtor.
------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

  v.

TIMOTHY SHAWN TEUFEL AND VALERIE
ANNE TEUFEL FAMILY TRUST U/T/D
5/24/95, et al.,

                Defendants.
------------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-04668 (SMB)

## CONSENT TO SUBSTITUTE COUNSEL

Defendants Helen Davis Chaitman, as counsel of record for Defendants Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, Timothy Shawn Teufel, and Valerie Ann Teufel ( collectively, "Defendants") hereby consent to the withdrawal of the law firm of Chaitman LLP, by and through its attorney of record, Helen Davis Chaitman, as counsel of

record for Defendants in this case. Defendants further consent to the substitution of Tammy P. Bieber, of the law firm Thompson Hine LLP, in place of Ms. Chaitman and the law firm of Chaitman LLP, as counsel of record for the Defendants in this action.

DATE: 9-30-2016

_____
TIMOTHY SHAWN TEUFEL

DATE: 9/30/2016

_____
VALERIE TEUFEL

DATE: 9/30/2016

_____
TIMOTHY SHAWN TEUFEL AND VALERIE ANN TEUFEL FAMILY TRUST U/T/D 5/24/95

DATE: 10/11/2016

CHAITMAN LLP

BY: _____
HELEN DAVIS CHAITMAN

2

record for Defendants in this case. Defendants further consent to the substitution of Tammy P. Bieber, of the law firm Thompson Hine LLP, in place of Ms. Chaitman and the law firm of Chaitman LLP, as counsel of record for the Defendants in this action.

DATE: 9-30-2016

_____
TIMOTHY SHAWN TEUFEL

DATE: 9/30/2016

_____
VALERIE TEUFEL

DATE: 9/30/2016

_____
TIMOTHY SHAWN TEUFEL AND VALERIE ANN TEUFEL FAMILY TRUST U/T/D 5/24/95

DATE: 10/11/2016

CHAITMAN LLP

BY:_____
    HELEN DAVIS CHAITMAN

2