## EXHIBIT 1 – ACCOUNT-HOLDING LIMITED PARTNERSHIP

Limited Partnerships With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Limited Partnership BLMIS Account Name | Limited Partnership Name | Limited Partnership BLMIS Account Number | Claim Filed By Limited Partnership | Outstanding Docketed Objections From Investors In the Limited Partnership | Outstanding Claims of Investors in the Limited Partnership |
|---|---|---|---|---|---|
| Sienna Partnership LP | Sienna Partnership LP | 1FR041 | Yes (011547) | 8 | 9 |
| Katz Group Limited Partnership | Katz Group Limited Partnership | 1K0143 | Yes (004963) | 1 | 8 |
| Fairfield Pagma Associates LP | Fairfield Pagma Associates LP | 1ZA994 | Yes (003516) | 1 | 1 |
|  |  |  |  | **10** | **18** |