## EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Limited Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| Sui Ping Lam | 012813 | 3201 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Sau Ling Lee | 012815 | 3200 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Sau Ling Lee F/B/O Kai Kong Shum | 012816 | 3200 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Anna Shin-Man Shum | 010921 | 3203 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| South Shore Partners, Inc. | 011585 | 3206 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Stanford International, Inc. | 012814 | 3199 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Rebecca Pui-Wa Tsang | 011084 | 3202 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Hermione Tsoi | 010920 | 3205 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Mai Ming Yuan | 010990 | 3204 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Aron B Katz 1995 Irrevocable Trust | 014909 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Aron B Katz 1995 Irrevocable Trust | 015285 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Aron B Katz 1995 Irrevocable Trust | 015332 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Margaret Katz Cann | 015280 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Aron B Katz | 015283 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Martin J Katz | 015281 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Phyllis A Katz | 015282 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Phyllis A Katz 1995 Irrevocable Trust | 015284 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| George J. Azar, Jr. | 010934 | 4074 | Pro Se Filing | Fairfield Pagma Associates LP | 1ZA994 |