# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Limited Partnerships Identified In Exhibit 1

| Claim Number | Objection Party | Limited Partnership | Limited Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 010920 | Hermione Tsoi | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3205 | 11/19/2010 |
| 010921 | Anna Shin-Man Shum | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3203 | 11/19/2010 |
| 010990 | Mai Ming Yuan | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3204 | 11/19/2010 |
| 011084 | Rebecca Pui-Wa Tsang | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3202 | 11/19/2010 |
| 011585 | South Shore Partners, Inc. | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3206 | 11/19/2010 |
| 012813 | Sui Ping Lam | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3201 | 11/19/2010 |
| 012814 | Stanford International, Inc. | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3199 | 11/19/2010 |
| 012815 | Sau Ling Lee | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3200 | 11/19/2010 |
| 012816 | Sau Ling Lee F/B/O Kai Kong Shum | Sienna Partnership LP | 1FR041 | Claim for securities and/or credit balance denied (10/22/2010). | 3200 | 11/19/2010 |
| 014909 | Aron B Katz 1995 Irrevocable Trust | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |
| 015280 | Margaret Katz Cann | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |
| 015281 | Martin J Katz | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |
| 015282 | Phyllis A Katz | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |
| 015283 | Aron B Katz | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |

| Claim Number | Objection Party | Limited Partnership | Limited Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 015284 | Phyllis A Katz 1995 Irrevocable Trust | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |
| 015285 | Aron B Katz 1995 Irrevocable Trust | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |
| 015332 | Aron B Katz 1995 Irrevocable Trust | Katz Group Limited Partnership | 1K0143 | Claim for securities and/or credit balance denied (10/22/2010). | 3570 | 12/21/2010 |
| 010934 | George J. Azar, Jr. | Fairfield Pagma Associates LP | 1ZA994 | Claim for securities and/or credit balance denied (11/05/2010). | 4074 | 5/16/2011 |