**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>D. STONE INDUSTRIES, INC. PROFIT SHARING PLAN; and DANIEL STONE, MICHAEL STONE and SUSAN STONE, individually and in their capacities as trustees of D. Stone Industries, Inc. Profit Sharing Plan,<br><br>Defendants. | Adv. Pro. No. 10-05068 (SMB) |

## SEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: March 30, 2016.

2. The Disclosure of Case-in-Chief Experts shall be due: January 27, 2017.

3. The Disclosure of Rebuttal Experts shall be due: February 27, 2017.

4. The Deadline for Completion of Expert Discovery shall be: March 29, 2017.

5. The Deadline for Service of a Notice of Mediation Referral shall be: April 5, 2017.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 19, 2017.

7. The Deadline for Conclusion of Mediation shall be: August 17, 2017.

[*The remainder of this page intentionally left blank*]

Dated: November 11, 2016

| | |
|---|---|
| BAKER & HOSTETLER LLP | FREJKA PLLC |
| By: */s/ Nicholas J. Cremona*_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email:  ncremona@bakerlaw.com<br>Christa C. Turner<br>Email: cturner@bakerlaw.com<br>Parker G. Jordan<br>Email: pjordan@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L.*<br>*Madoff* | By: /s/ *Jason S. Rapport*_____<br>205 East 42nd Street – 20th Floor<br>New York, NY 10017<br>Telephone: 212.641.0800<br>Elise S. Frejka<br>Email: efrejka@frejka.com<br>Jason S. Rapport<br>Email: jrappaport@frejka.com<br><br>*Attorneys for Defendants* |