**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>DANIEL STONE,<br><br>             Defendant. | Adv. Pro. No. 10-05084 (SMB) |

## SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      Fact Discovery shall be completed by: March 30, 2016.

2.      The Disclosure of Case-in-Chief Experts shall be due: January 27, 2017.

3.      The Disclosure of Rebuttal Experts shall be due: February 27, 2017.

4.      The Deadline for Completion of Expert Discovery shall be: March 29, 2017.

5.      The Deadline for Service of a Notice of Mediation Referral shall be:  April 5, 2017.

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 19, 2017.

7.      The Deadline for Conclusion of Mediation shall be: August 17, 2017.

Dated:  November 11, 2016

FREJKA PLLC

By: */s/ Jason S. Rappaport*_____
205 East 42nd Street – 20th Floor
New York, NY 10017
Telephone: 212.641.0800
Elise S. Frejka
Email: efrejka@frejka.com
Jason S. Rapport
Email: jrappaport@frejka.com

*Attorneys for Defendant*

BAKER & HOSTETLER LLP

By: _*/s/ Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*