**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>1776 K STREET ASSOCIATES LIMITED PARTNERSHIP, a Virginia limited partnership, BERNARD S. GEWIRZ, EDWARD H. KAPLAN, ESTATE OF ROBERT H. SMITH, ROBERT H. SMITH REVOCABLE TRUST, ELEVENTH AMENDMENT AND RESTATEMENT, AND | Adv. Pro. No. 10-05027 (SMB) |

| |
|---|
| SUCCESSOR TRUSTS, Virginia trusts, CLARICE R. SMITH, as personal representative, as trustee, and as an individual, and ROBERT P. KOGOD, as personal representative, <br><br>               Defendants. |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants 1776 K Street Associates Limited Partnership, Bernard S. Gewirz, Edward H. Kaplan, Estate Of Robert H. Smith, Robert H. Smith Revocable Trust, Eleventh Amendment And Restatement, And Successor Trusts, Clarice R. Smith, as personal representative, as trustee, and as an individual, and Robert P. Kogod, as personal representative ("Defendants"), by and through their counsel, Arent Fox LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed the Complaint against Defendants. Trustee filed an Amended Complaint on February 22, 2012.

2. On August 17, 2015, Defendants served an Answer to the Amended Complaint on the Trustee.

3. On October 31, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal of the

2

Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: November 10, 2016
       New York, New York

**BAKER & HOSTETLER LLP**

By:   *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, 14th Floor
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**ARENT FOX LLP**

By:   *s/ Joshua Fowkes*
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
George V. Utlik
Email: George.utlik@arentfox.com

1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Joshua Fowkes (admitted *pro hac vice*)
Email: Joshua.fowkes@arentfox.com
James H. Hulme (admitted *pro hac vice*)
Email: james.hulme@arentfox.com

*Attorneys for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: November 10th, 2016            HON. STUART M. BERNSTEIN
New York, New York                    UNITED STATES BANKRUPTCY JUDGE