**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants The Estate of Leonard Miller, Robert B. Miller, in his capacity as co-personal representative of the Estate of Leonard Miller, and Corinne M. Cott, in her capacity as co-personal representative of the Estate of Leonard Miller*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-02094 (SMB) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| THE ESTATE OF CAROLYN MILLER, *et al.*, | |
| Defendants. | |

{00025435 2 }

**PLEASE TAKE NOTICE** that Helen Davis Chaitman, Esq. and attorney and a partner of the firm Chaitman LLP, hereby appears in the above-captioned case as counsel for Defendants The Estate of Leonard Miller, Robert B. Miller, in his capacity as co-personal representative of the Estate of Leonard Miller, and Corinne M. Cott, in her capacity as co-personal representative of the Estate of Leonard Miller.  Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9010, Helen Davis Chaitman requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon her at the address set forth below:

> Helen Davis Chaitman
> CHAITMAN LLP
> 465 Park Avenue
> New York, NY 10022
> Phone & Fax: 888-759-1114
> Email: hchaitman@chaitmanllp.com

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any substantive or procedural rights or defenses.

Dated:   November 14, 2016
         New York, New York

**CHAITMAN LLP**

By:   */s/ Helen Davis Chaitman*
      Helen Davis Chaitman
      hchaitman@chaitmanllp.com
      465 Park Avenue
      New York, New York 10022
      Phone & Fax: 888-759-1114

      *Attorneys for Defendants The Estate of Leonard Miller, Robert B. Miller, in his capacity as co-personal representative of the Estate of Leonard Miller, and Corinne M. Cott, in her capacity as co-personal representative of the Estate of Leonard Miller*

## CERTIFICATE OF SERVICE

     I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 14, 2016
        New York, New York                    */s/ Helen Davis Chaitman*