UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Marjet LLC (the "Claimant"), having filed an objection (the "Objection", ECF No. 931) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#006249), hereby gives notice that it withdraws such Objection.

Dated: November 10, 2016

                *s/ Joshua Fowkes*
                ARENT FOX LLP
                1675 Broadway
                New York, NY 10019
                George V. Utlik, Esq.
                Telephone: (212) 492-3287

                ARENT FOX LLP
                1717 K Street, NW
                Washington, DC 20006
                Joshua Fowkes, Esq.
                James H. Hulme, Esq.
                Telephone: (202) 857-6217

                Attorneys for Claimant

300394168.4