# EXHIBIT C

(Bongiorno Profit Withdrawal Deposition Testimony Excerpts)

**SIPC v BLMIS-CONFIDENTIAL**  **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Adv. Pro. No. 08-01789(SMB)

SIPA Liquidation
(Substantially consolidated)

SECURITIES INVESTOR PROTECTION
CORPORATION,

    PLAINTIFF,

-vs-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
    DEFENDANT.
_____/

IN RE:
BERNARD L. MADOFF,

    DEBTOR.
_____/

CONFIDENTIAL

REALTIME DEPOSITION OF
ANNETTE BONGIORNO

Pages 1 through 270

Friday, July 8, 2016
8:34 a.m. to 3:15 p.m.

Federal Correctional Institution Coleman Medium
846 NE 54th Terrace
Sumterville, Florida 33521

Stenographically Reported By:
Elizabeth A. Speer, CRR, RMR, FPR,
Realtime Systems Administrator

**BENDISH REPORTING**
**877.404.2193**

**SIPC v BLMIS-CONFIDENTIAL**               **Bongiorno 7/8/2016**
                    **CONFIDENTIAL**

Page 254

1    arbitrage account, Joann Sala might have done
2    the day-to-day work on that under your
3    supervision?
4         THE WITNESS:  Right.
5         MR. RIOPELLE:  The long position account
6    you did the actual day-to-day work on.
7         THE WITNESS:  Right.
8         MR. RIOPELLE:  And the option account,
9    Frank and Jodi did the day-to-day work on?
10        THE WITNESS:  Exactly.
11        MR. RIOPELLE:  Does that help?
12        MS. CHAITMAN:  It does, yes.  Thank you.
13   BY MS. CHAITMAN:
14        Q.   You mentioned there were customers that had
15   long positions, where you actually held the stock?
16        A.   Right.
17        Q.   Was one of those customers Sage, S-A-G-E?
18        A.   Yes.
19        Q.   And you --
20        A.   He had that account for awhile and then he
21   became options also.
22        Q.   Right.  But he had a long position, where you
23   held those stocks for a long period of time?
24        MS. BROWN:  Objection.  How is this
25        related to profit withdrawal?  He's not a

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                      Bongiorno 7/8/2016
                          CONFIDENTIAL

```
                                                        Page 255
 1      profit withdrawal customer.
 2   BY MS. CHAITMAN:
 3      Q.   He is.  Isn't that -- isn't that correct that
 4   those were held --
 5           MS. BROWN:  Objection.
 6   BY MS. CHAITMAN:
 7      Q.   You can answer the question.
 8      A.   Okay.  Mr. Sage had an arbitrage account.  He
 9   had a long position account.  And he had an option
10   account, just like Stan Chais.  At one point, though,
11   his option account went to -- sorry -- his arbitrage
12   went to option and his long positions went to option.
13   Then he was just doing options there for a while.
14      Q.   When you say his long position went to
15   options --
16      A.   They sold off whatever was in his account, my
17   best recollection --
18      Q.   Right.  Right.
19      A.   -- and took that investment and put it into
20   the option account.
21      Q.   But prior to that those securities were held;
22   isn't that correct?
23           MS. BROWN:  Objection.
24      A.   Prior to that?  To the best of my knowledge,
25   yes, it was a long position account.
```