**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>Plaintiff,<br>v.<br><br>ESTATE OF ELEANOR MYERS a/k/a ELEANOR BLOCK a/k/a LEE BLOCK,<br><br>GERALD J. BLOCK, individually and as Beneficiary of the Estate of Eleanor Myers,<br><br>Defendants. | Adv. Pro. No. 10-05401 (SMB) |

### FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.   Fact Discovery shall be completed by: December 7, 2016

2.   The Disclosure of Case-in-Chief Experts shall be due:  January 6, 2017

3.   The Disclosure of Rebuttal Experts shall be due: February 5, 2017

4.   The Deadline for Completion of Expert Discovery shall be: May 8, 2017

5.   The Deadline for Service of a Notice of Mediation Referral shall be: July 7, 2017

6.   The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 21, 2017

7.   The Deadline for Conclusion of Mediation shall be: November 20, 2017

Dated: New York, New York
      November 14, 2016

BAKER & HOSTETLER LLP

By: *Keith R. Murphy*_____
David J. Sheehan
Keith R. Murphy
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*