**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>          Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

**<u>AFFIDAVIT OF MAILING</u>**

STATE OF TEXAS          )
                                 )    ss:
COUNTY OF DALLAS      )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On November 9, 2016,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.  Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P. (Docket Number 14409)
    2.  Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P. (Docket Number 14412)
    3.  Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P. (Docket Number 14414)

Executed on  November 10 , 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _10th_ day of _Nov_ , 2016

```
┌─────────────────────────────┐
│  ★   MARY S. BETIK          │
│      MY COMMISSION EXPIRES   │
│       March 12, 2018         │
└─────────────────────────────┘
```

_____
(SEAL)

_____
Notary Public

Exhibit A

November 9, 2016

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Moses & Singer LLP | Alan E. Gamza | The Chrysler Building, 405 Lexington Avenue | New York | NY | 10174 | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |