**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD L. SLEEPER,<br><br>Defendant. | Adv. Pro. No. 10-04497(SMB) |

## TRUSTEE'S REQUEST FOR JUDGMENT BY DEFAULT

To: CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, respectfully requests that the Clerk of the Court issue a Judgment by Default against Defendant Edward Sleeper, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7055-2(a) of the Federal Rules of Bankruptcy Procedure, for failure to plead or otherwise defend the above-captioned action as it fully appears from the Court file and from the attached Affidavit.

**WHEREFORE,** the Trustee respectfully requests that this Court grant the Trustee's Request for Judgment by Default in its entirety and provide for such other relief as this Court deems just and proper.

Dated: New York, New York  Respectfully submitted,
       November 15, 2016

Of Counsel:

                                                                                              */s/ Nicholas J. Cremona*

**BAKER & HOSTETLER LLP**                **BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100             45 Rockefeller Plaza
Houston, Texas 77002-0518            New York, New York 10111
Telephone: 713.751.1600               Telephone: (212) 589-4200
Facsimile: 713.751.1717                Facsimile: (212) 589-4201
Dean D. Hunt                                   David J. Sheehan
Email: dhunt@bakerlaw.com            Email: dsheehan@bakerlaw.com
Farrell A. Hochmuth                      Nicholas J. Cremona
Email: fhochmuth@bakerlaw.com      Email: ncremona@bakerlaw.com

                                             *Attorneys for Irving H. Picard, Esq., Trustee for the*
                                             *Substantively Consolidated SIPA Liquidation of*
                                             *Bernard L. Madoff Investment Securities LLC*
                                             *and the Estate of Bernard L. Madoff*