# EXHIBIT B

EXHIBIT B
SUMMARY OF TWENTY-SECOND INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM  APRIL 1, 2016 THROUGH JULY 31, 2016

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein Eugene | 1965 | 530.00 | 78.00 | 41,340.00 |
| | Picard Irving H. | 1966 | 998.00 | 303.30 | 302,693.40 |
| | Sheehan David J. | 1968 | 998.00 | 570.20 | 569,059.60 |
| | Matthias Michael R | 1973 | 688.00 | 313.20 | 215,481.60 |
| | Bash Brian A | 1975 | 741.00 | 6.60 | 4,890.60 |
| | Long Thomas L | 1976 | 915.00 | 587.20 | 537,288.00 |
| | Chockley III Frederick W | 1982 | 805.00 | 6.00 | 4,830.00 |
| | Ponto Geraldine E. | 1982 | 900.00 | 548.50 | 493,650.00 |
| | Smith Elizabeth A | 1985 | 836.00 | 9.50 | 7,942.00 |
| | McDonald Heather J | 1986 | 667.00 | 38.10 | 25,412.70 |
| | Reich Andrew W | 1987 | 618.00 | 229.80 | 142,016.40 |
| | Tobin Donna A. | 1987 | 741.00 | 2.40 | 1,778.40 |
| | Burke John J | 1988 | 725.00 | 41.40 | 30,015.00 |
| | DeLancey Leah E | 1990 | 646.00 | 21.00 | 13,566.00 |
| | Douthett Breaden M | 1991 | 418.00 | 307.20 | 128,409.60 |
| | Goldberg Steven H | 1991 | 921.00 | 57.30 | 52,773.30 |
| | Hunt Dean D | 1991 | 662.00 | 350.90 | 232,295.80 |
| | Resnick Lauren J | 1991 | 936.00 | 52.80 | 49,420.80 |
| | Hirschfield Marc E. | 1992 | 885.00 | 69.20 | 61,242.00 |
| | Selby Judy A. | 1992 | 858.00 | 8.40 | 7,207.20 |
| | Warren Thomas D | 1992 | 736.00 | 5.60 | 4,121.60 |
| | Griffin Regina L. | 1993 | 915.00 | 552.30 | 505,354.50 |
| | Kornfeld Mark A. | 1993 | 915.00 | 594.00 | 543,510.00 |
| | Renner Deborah H. | 1993 | 915.00 | 433.90 | 397,018.50 |
| | Brennan Terry M | 1995 | 504.00 | 23.00 | 11,592.00 |
| | Scaletta Anthony J | 1995 | 472.00 | 61.80 | 29,169.60 |
| | Cole Tracy L | 1996 | 777.00 | 413.70 | 321,444.90 |
| | Turner Christa C. | 1996 | 477.00 | 116.50 | 55,570.50 |
| | Hoang Lan | 1997 | 784.00 | 608.10 | 476,750.40 |
| | Murphy Keith R. | 1997 | 915.00 | 640.40 | 585,966.00 |
| | Papp Edward Daniel | 1997 | 350.00 | 2.80 | 980.00 |
| | Scully Elizabeth A | 1997 | 667.00 | 11.40 | 7,603.80 |
| | Clark Eben P | 1998 | 420.00 | 11.00 | 4,620.00 |
| | Fish Eric R. | 1998 | 694.00 | 197.90 | 137,342.60 |
| | New Jonathan B. | 1998 | 910.00 | 46.70 | 42,497.00 |
| | Rollinson James H | 1998 | 455.00 | 246.70 | 112,248.50 |
| | Rose Jorian L. | 1998 | 833.00 | 113.10 | 94,212.30 |
| | Wall Brett A | 1998 | 487.00 | 14.00 | 6,818.00 |
| | Wang Ona T | 1998 | 766.00 | 182.40 | 139,718.40 |
| | Warshavsky Oren J. | 1998 | 926.00 | 638.30 | 591,065.80 |
| | Pergament Benjamin D | 1999 | 667.00 | 525.80 | 350,708.60 |
| | Bohorquez Jr Fernando A | 2000 | 751.00 | 458.20 | 344,108.20 |
| | Cremona Nicholas J. | 2000 | 818.00 | 675.60 | 552,640.80 |
| | Gruppuso Anthony M. | 2000 | 643.00 | 232.40 | 149,433.20 |
| | Alaverdi Loura L | 2001 | 592.00 | 351.00 | 207,792.00 |
| | Beckerlegge Robertson D | 2001 | 628.00 | 396.60 | 249,064.80 |
| | Bell Stacey A. | 2001 | 678.00 | 684.20 | 463,887.60 |
| | Fokas Jimmy | 2001 | 772.00 | 199.40 | 153,936.80 |
| | Skapof Marc | 2001 | 746.00 | 31.40 | 23,424.40 |
| | Zeballos Gonzalo S. | 2001 | 831.00 | 549.80 | 456,883.80 |
| | North Geoffrey A. | 2002 | 662.00 | 688.10 | 455,522.20 |
| | Song Brian W. | 2002 | 639.00 | 564.70 | 360,843.30 |
| | Hochmuth Farrell A | 2003 | 482.00 | 523.90 | 252,519.80 |
| | Jacobs Edward J. | 2003 | 662.00 | 734.80 | 486,437.60 |
| | Jenson Karin Scholz | 2003 | 670.00 | 434.70 | 291,249.00 |
| | Malchow Jessica P. | 2003 | 371.00 | 11.70 | 4,340.70 |
| | Oliver Jason S. | 2003 | 636.00 | 603.50 | 383,826.00 |
| | Sherer James A. | 2003 | 592.00 | 369.60 | 218,803.20 |
| | Shields Nkosi D. | 2003 | 492.00 | 760.50 | 374,166.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Cohen Dennis O | 2004 | 582.00 | 3.10 | 1,804.20 |
| | Gabriel Jessie M | 2004 | 639.00 | 245.20 | 156,682.80 |
| | Kitchen David E | 2004 | 396.00 | 3.50 | 1,386.00 |
| | Smith Rachel M | 2004 | 447.00 | 339.40 | 151,711.80 |
| | Carvalho Melissa M. | 2005 | 583.00 | 149.30 | 87,041.90 |
| | Hartman Ruth E | 2005 | 355.00 | 305.60 | 108,488.00 |
| | Proano David F | 2005 | 355.00 | 114.50 | 40,647.50 |
| | Carlisle Marie L. | 2006 | 417.00 | 593.00 | 247,281.00 |
| | Conley Sylvia J | 2006 | 612.00 | 24.60 | 15,055.20 |
| | Kosack Melissa L. | 2006 | 639.00 | 748.50 | 478,291.50 |
| | Vanderwal Amy E. | 2006 | 639.00 | 621.70 | 397,266.30 |
| | Brown Seanna R. | 2007 | 662.00 | 767.70 | 508,217.40 |
| | Calvani Torello H. | 2007 | 640.00 | 482.70 | 308,928.00 |
| | Giuliani Esterina | 2007 | 695.00 | 704.70 | 489,766.50 |
| | Kleber Kody | 2007 | 460.00 | 127.30 | 58,558.00 |
| | French-Brown Wanda D. | 2008 | 710.00 | 5.50 | 3,905.00 |
| | Stanley Trevor M. | 2008 | 515.00 | 144.40 | 74,366.00 |
| | Thomas Joshua C. | 2008 | 445.00 | 2.50 | 1,112.50 |
| | Woltering Catherine E. | 2008 | 475.00 | 699.40 | 332,215.00 |
| | Zunno Kathryn M. | 2008 | 639.00 | 165.40 | 105,690.60 |
| | Campbell Patrick T | 2009 | 530.00 | 124.90 | 66,197.00 |
| Partners and of Counsel Total | | | 692.60 | 23,683.40 | 16,403,117.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler Philip | 1994 | 450.00 | 166.50 | 74,925.00 |
| | Kates Elyssa S. | 2000 | 609.00 | 300.30 | 182,882.70 |
| | Hooper Rachel P. | 2003 | 371.00 | 246.40 | 91,414.40 |
| | Wlodek Heather | 2003 | 498.00 | 536.50 | 267,177.00 |
| | Allen Brian F. | 2005 | 477.00 | 396.30 | 189,035.10 |
| | Hiatt Eric B. | 2005 | 499.00 | 375.90 | 187,574.10 |
| | Stanganelli Maryanne | 2005 | 583.00 | 467.70 | 272,669.10 |
| | Feil Matthew D. | 2006 | 530.00 | 680.60 | 360,718.00 |
| | Longstaff Carrie | 2006 | 535.00 | 573.60 | 306,876.00 |
| | Munoz Andres A | 2006 | 510.00 | 591.30 | 301,563.00 |
| | Shoshany Lindsey A. | 2006 | 472.00 | 354.60 | 167,371.20 |
| | Forman Jonathan A. | 2007 | 583.00 | 624.90 | 364,316.70 |
| | Goldmark Jena B. | 2007 | 438.00 | 530.30 | 232,271.40 |
| | Klidonas George | 2007 | 477.00 | 7.60 | 3,625.20 |
| | Perlman Julian D. | 2007 | 609.00 | 205.20 | 124,966.80 |
| | Truong Sarah Jane T.C. | 2007 | 583.00 | 422.30 | 246,200.90 |
| | Berutich Justin Pierce | 2008 | 395.00 | 44.10 | 17,419.50 |
| | Carpenter Susrut A. | 2008 | 487.00 | 126.90 | 61,800.30 |
| | Esmont Joseph M. | 2008 | 315.00 | 10.80 | 3,402.00 |
| | Harrigan Sean M. | 2008 | 525.00 | 34.90 | 18,322.50 |
| | McCurrach Elizabeth G. | 2008 | 477.00 | 524.30 | 250,091.10 |
| | Monaghan Rachel C. | 2008 | 240.00 | 599.80 | 143,952.00 |
| | Rovine Jacqlyn | 2008 | 455.00 | 171.60 | 78,078.00 |
| | Schutte Elizabeth M. | 2008 | 424.00 | 430.70 | 182,616.80 |
| | Sea Nexus U. | 2008 | 487.00 | 449.20 | 218,760.40 |
| | Usitalo Michelle R. | 2008 | 492.00 | 468.20 | 230,354.40 |
| | Blattmachr Jonathan D. | 2009 | 466.00 | 248.70 | 115,894.20 |
| | Gentile Dominic A. | 2009 | 450.00 | 630.20 | 283,590.00 |
| | Hilsheimer Lauren M. | 2009 | 466.00 | 369.60 | 172,233.60 |
| | Hirce Margaret E. | 2009 | 477.00 | 64.90 | 30,957.30 |
| | Howe Mary E. | 2009 | 466.00 | 57.20 | 26,655.20 |
| | Kessler Dena S. | 2009 | 355.00 | 133.30 | 47,321.50 |
| | Markel Tatiana | 2009 | 477.00 | 531.30 | 253,430.10 |
| | Mattera Marshall J. | 2009 | 499.00 | 666.80 | 332,733.20 |
| | Maynard Kim M. | 2009 | 424.00 | 150.30 | 63,727.20 |
| | Molina Marco | 2009 | 466.00 | 458.70 | 213,754.20 |
| | Nickodem Robert G. | 2009 | 240.00 | 428.40 | 102,816.00 |
| | Ozturk Ferve E. | 2009 | 487.00 | 364.50 | 177,511.50 |
| | Shapiro Peter B. | 2009 | 487.00 | 653.40 | 318,205.80 |
| | Barnes S. Ben | 2010 | 240.00 | 519.00 | 124,560.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Biondo Lindsay J. | 2010 | 240.00 | 719.90 | 172,776.00 |
| | Burch Alexander D. | 2010 | 334.00 | 46.40 | 15,497.60 |
| | Bushnell Christina M. | 2010 | 240.00 | 437.80 | 105,072.00 |
| | Carney Brian W. | 2010 | 240.00 | 269.10 | 64,584.00 |
| | Castillon Jesus J. | 2010 | 344.00 | 372.10 | 128,002.40 |
| | Chandler Tara R. | 2010 | 240.00 | 492.50 | 118,200.00 |
| | Choi David | 2010 | 424.00 | 632.70 | 268,264.80 |
| | Cohen Ian R. | 2010 | 450.00 | 59.00 | 26,550.00 |
| | Fein Amanda E. | 2010 | 466.00 | 629.60 | 293,393.60 |
| | Hansford Melissa L. | 2010 | 240.00 | 173.90 | 41,736.00 |
| | Hoff Michelle M. | 2010 | 240.00 | 748.10 | 179,544.00 |
| | Iannuzzi Michael M. | 2010 | 412.00 | 24.30 | 10,011.60 |
| | Kincart Michael J. | 2010 | 310.00 | 9.80 | 3,038.00 |
| | Maytal Anat | 2010 | 440.00 | 750.90 | 330,396.00 |
| | McCabe Bridget S. | 2010 | 435.00 | 51.60 | 22,446.00 |
| | McGourty Cara | 2010 | 455.00 | 665.30 | 302,711.50 |
| | McMillan David M. | 2010 | 440.00 | 433.30 | 190,652.00 |
| | Noethlich Brian R. | 2010 | 250.00 | 470.00 | 117,500.00 |
| | Parente Michael | 2010 | 240.00 | 359.90 | 86,376.00 |
| | Rog Joshua B. | 2010 | 424.00 | 458.20 | 194,276.80 |
| | Rollins Jennifer B. | 2010 | 240.00 | 767.20 | 184,128.00 |
| | Rouach Sophie | 2010 | 438.00 | 572.40 | 250,711.20 |
| | Ubaid Maryland H. | 2010 | 240.00 | 560.60 | 134,544.00 |
| | White A. Mackenna | 2010 | 435.00 | 603.00 | 262,305.00 |
| | Allen Zachary S. | 2011 | 240.00 | 10.10 | 2,424.00 |
| | Barhorst Damon C. | 2011 | 240.00 | 521.40 | 125,136.00 |
| | Bennett Melonia A. | 2011 | 250.00 | 337.40 | 84,350.00 |
| | Crook Darren A. | 2011 | 263.00 | 95.70 | 25,169.10 |
| | deVries Alan C. | 2011 | 250.00 | 656.10 | 164,025.00 |
| | Durbin Damon M. | 2011 | 250.00 | 336.70 | 84,175.00 |
| | Fedeles Emily R. | 2011 | 475.00 | 243.90 | 115,852.50 |
| | Feldstein Robyn M | 2011 | 417.00 | 667.90 | 278,514.30 |
| | Gottesman Joel D. | 2011 | 240.00 | 463.40 | 111,216.00 |
| | Krishna Ganesh | 2011 | 440.00 | 555.10 | 244,244.00 |
| | Oliva Frank M. | 2011 | 418.00 | 354.90 | 148,348.20 |
| | Patrick Stacey M. | 2011 | 240.00 | 802.80 | 192,672.00 |
| | Rose Nicholas M. | 2011 | 398.00 | 424.50 | 168,951.00 |
| | Schechter Jody E. | 2011 | 345.00 | 532.40 | 183,678.00 |
| | Shifrin Maximillian S. | 2011 | 474.00 | 600.50 | 284,637.00 |
| | Sinclair Jordan A. | 2011 | 335.00 | 376.50 | 126,127.50 |
| | Spears Ericka H. | 2011 | 240.00 | 702.20 | 168,528.00 |
| | Vonderhaar Douglas A. | 2011 | 250.00 | 399.40 | 99,850.00 |
| | Wangsgard Kendall E. | 2011 | 398.00 | 230.90 | 91,898.20 |
| | White Jason T. | 2011 | 240.00 | 608.40 | 146,016.00 |
| | Zuberi Madiha M. | 2011 | 440.00 | 320.60 | 141,064.00 |
| | Ackerman Stephanie | 2012 | 408.00 | 799.30 | 326,114.40 |
| | Gallagher Christopher B. | 2012 | 417.00 | 283.20 | 118,094.40 |
| | Hough Shawn P. | 2012 | 413.00 | 558.30 | 230,577.90 |
| | Muranovic Sanja | 2012 | 312.00 | 373.30 | 116,469.60 |
| | Rice David W. | 2012 | 417.00 | 768.30 | 320,381.10 |
| | Barrow Clark Erica | 2013 | 400.00 | 226.60 | 90,640.00 |
| | Choate Hannah C. | 2013 | 371.00 | 158.50 | 58,803.50 |
| | Durkheimer Michael J. | 2013 | 320.00 | 14.40 | 4,608.00 |
| | Felz Jenna N. | 2013 | 371.00 | 118.90 | 44,111.90 |
| | Fillingame Michael J | 2013 | 335.00 | 2.60 | 871.00 |
| | Holder Casey E | 2013 | 314.00 | 198.10 | 62,203.40 |
| | Jordan Parker G. | 2013 | 265.00 | 5.90 | 1,563.50 |
| | Tanney Michelle N. | 2013 | 415.00 | 471.20 | 195,548.00 |
| | Abrams Jeremy R. | 2014 | 240.00 | 589.70 | 141,528.00 |
| | Borja Jaysen A. | 2014 | 310.00 | 39.00 | 12,090.00 |
| | Norris Mark K. | 2014 | 235.00 | 195.90 | 46,036.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Pierson Amanda R. | 2014 | 335.00 | 95.40 | 31,959.00 |
| | Trahanas Elias D. | 2014 | 375.00 | 318.80 | 119,550.00 |
| | Tranbaugh Mary H. | 2014 | 371.00 | 282.40 | 104,770.40 |
| | Berglin Lauren P. | 2015 | 360.00 | 131.60 | 47,376.00 |
| | Bloink Hannah | 2015 | 310.00 | 33.40 | 10,354.00 |
| | Cabrera Jennifer B. | 2015 | 325.00 | 151.90 | 49,367.50 |
| | Light Samuel M. | 2015 | 360.00 | 531.00 | 191,160.00 |
| | Porembski Daniel P. | 2015 | 240.00 | 624.00 | 149,760.00 |
| | Serrao Andrew M. | 2015 | 400.00 | 636.50 | 254,600.00 |
| | Turner Tara E. | 2015 | 240.00 | 611.60 | 146,784.00 |
| | Wallace Kevin M. | 2015 | 360.00 | 469.30 | 168,948.00 |
| | Weinberg Lauren R. | 2015 | 360.00 | 370.50 | 133,380.00 |
| | Nadworny Bari R. | 2016 | 360.00 | 312.00 | 112,320.00 |
| | Cardenas Samantha A. | #N/A | 240.00 | 383.00 | 91,920.00 |
| Associates Total | | | 380.54 | 43,919.80 | 16,713,255.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekier James M. | #N/A | 432.00 | 454.70 | 196,430.40 |
| | Belanger Christina I. | #N/A | 315.00 | 2.60 | 819.00 |
| | Bitman Oleg | #N/A | 301.00 | 314.50 | 94,664.50 |
| | Blaber Theresa A | #N/A | 330.00 | 21.30 | 7,029.00 |
| | Bluett Marie V. | #N/A | 200.00 | 312.60 | 62,520.00 |
| | Bruening Mark P | #N/A | 180.00 | 33.50 | 6,030.00 |
| | Cabrera Ramon C | #N/A | 265.00 | 126.50 | 33,522.50 |
| | Chan Angeline | #N/A | 252.00 | 185.10 | 46,645.20 |
| | Charlotten Magdalena | #N/A | 301.00 | 200.60 | 60,380.60 |
| | Clark Nancy L | #N/A | 237.00 | 4.00 | 948.00 |
| | Cloonan Maureen E | #N/A | 290.00 | 3.40 | 986.00 |
| | Curbelo Gracemary | #N/A | 324.00 | 224.00 | 72,576.00 |
| | Fischetti Chloe S. | #N/A | 300.00 | 17.50 | 5,250.00 |
| | Fishelman Benjamin D. | #N/A | 413.00 | 357.10 | 147,482.30 |
| | Fredle Vicki M | #N/A | 210.00 | 383.20 | 80,472.00 |
| | Gibbons Michael E. | #N/A | 371.00 | 312.00 | 115,752.00 |
| | Glanzman Adam J | #N/A | 340.00 | 138.00 | 46,920.00 |
| | Graham Sonya M. | #N/A | 260.00 | 16.60 | 4,316.00 |
| | Grigsby Camilla B. | #N/A | 129.00 | 66.00 | 8,514.00 |
| | Iskhakova Yuliya | #N/A | 350.00 | 493.70 | 172,795.00 |
| | Kinne Tanya M | #N/A | 323.00 | 288.00 | 93,024.00 |
| | Landrio Nikki M. | #N/A | 366.00 | 824.20 | 301,657.20 |
| | Lasko Seth D. | #N/A | 355.00 | 125.80 | 44,659.00 |
| | McIntosh Casey | #N/A | 196.00 | 583.20 | 114,307.20 |
| | Monge Tirsa | #N/A | 339.00 | 565.80 | 191,806.20 |
| | Montani Christine A. | #N/A | 339.00 | 574.40 | 194,721.60 |
| | Nunes Silas T | #N/A | 300.00 | 701.30 | 210,390.00 |
| | Nunez Willie | #N/A | 237.00 | 430.50 | 102,028.50 |
| | Oliver-Weeks Marcella J. | #N/A | 360.00 | 638.50 | 229,860.00 |
| | Paremoud Jana | #N/A | 259.00 | 36.10 | 9,349.90 |
| | Pollawit Panida A. | #N/A | 300.00 | 3.40 | 1,020.00 |
| | Pulsipher Eric K. | #N/A | 312.00 | 465.00 | 145,080.00 |
| | Remus Amanda | #N/A | 360.00 | 376.90 | 135,684.00 |
| | Reyes Lucinda A. | #N/A | 191.00 | 551.90 | 105,412.90 |
| | Roberts Sarah B. | #N/A | 324.00 | 142.20 | 46,072.80 |
| | Schnarre Nicole L. | #N/A | 424.00 | 498.50 | 211,364.00 |
| | Shin Jean H. | #N/A | 300.00 | 43.50 | 13,050.00 |
| | Simpson Brian K. | #N/A | 260.00 | 1.50 | 390.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Singleton Kelly A. | #N/A | 300.00 | 10.40 | 3,120.00 |
| | Stephens Shawna M. | #N/A | 129.00 | 626.70 | 80,844.30 |
| | Stone Adrian | #N/A | 297.00 | 524.60 | 155,806.20 |
| | Suffern Anne C. | #N/A | 334.00 | 483.80 | 161,589.20 |
| | Sweet Karen R | #N/A | 237.00 | 76.70 | 18,177.90 |
| | Szalay Sarah M | #N/A | 190.00 | 346.40 | 65,816.00 |
| | Thomas Theresa K | #N/A | 237.00 | 9.50 | 2,251.50 |
| | Tushaj Diana M. | #N/A | 268.00 | 162.80 | 43,630.40 |
| | Villamayor Fidentino L. | #N/A | 355.00 | 502.30 | 178,316.50 |
| | von Collande Constance M. | #N/A | 335.00 | 564.30 | 189,040.50 |
| | Wallace Dawn L. | #N/A | 323.00 | 385.70 | 124,581.10 |
| | Weaver Scott | #N/A | 300.00 | 605.20 | 181,560.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 304.99 | 14,816.00 | 4,518,663.40 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 692.60 | 23,683.40 | 16,403,117.00 |
| Associates Total | 380.54 | 43,919.80 | 16,713,255.80 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 304.99 | 14,816.00 | 4,518,663.40 |
| Blended Attorney Rate | 489.86 | | |
| | | | |
| Total Fees Incurred | | 82,419.20 | 37,635,036.20 |

| | | |
|---|---|---|
| **Less 10% Public Interest Discount** | | (3,763,503.62) |
| **Grand Total** | $ | 33,871,532.58 |