**EXHIBIT C**

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-SECOND INTERIM
PERIOD OF APRIL 1, 2016 THROUGH JULY 31, 2016

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 16,739.70 | $ 7,306,093.20 |
| 02 | Bankruptcy Court Litigation and Related Matters | 905.70 | 515,725.20 |
| 03 | Feeder Funds | 147.00 | 87,542.50 |
| 04 | Asset Search Recovery and Sale | 3.90 | 3,892.20 |
| 05 | Internal Office Meetings with Staff | 1,084.40 | 563,685.20 |
| 07 | Billing | 864.60 | 342,358.80 |
| 08 | Case Administration | 2,203.10 | 781,924.30 |
| 11 | Press Inquires and Responses | 140.90 | 83,977.00 |
| 12 | Document Review | 6,856.80 | 1,761,708.50 |
| 13 | Discovery - Depositions and Document Productions | 5,433.90 | 1,953,386.40 |
| 14 | International | 10.10 | 8,051.00 |
| 18 | Auditors | 1.30 | 1,297.40 |
| 19 | Non-Bankruptcy Litigation | 38.00 | 13,593.20 |
| 20 | Governmental Agencies | 8.00 | 7,113.40 |
| 21 | Allocation | 58.70 | 43,330.00 |
| 000003 | Stanley Chais | 185.60 | 135,609.70 |
| 000004 | J. Ezra Merkin | 1,911.30 | 1,106,427.00 |
| 000005 | Customer Claims | 4,738.20 | 2,140,569.40 |
| 000006 | Vizcaya | 2.00 | 1,487.40 |
| 000007 | Madoff Family | 2,326.50 | 1,076,932.80 |
| 000009 | Fairfield Greenwich | 2,194.80 | 988,755.10 |
| 000011 | Cohmad Securities Corporation | 4,572.70 | 1,919,759.20 |
| 000012 | Picower | 390.60 | 259,255.10 |
| 000013 | Kingate | 4,123.70 | 2,328,922.80 |
| 000019 | Ruth Madoff | 10.70 | 6,915.10 |
| 000029 | Rye/Tremont | 1,577.40 | 799,758.40 |
| 000030 | HSBC | 2,954.20 | 1,714,120.80 |
| 000031 | Katz/Wilpon | 99.40 | 78,833.90 |
| 000032 | LuxAlpha/UBS | 2,153.60 | 1,300,017.10 |
| 000033 | Nomura Bank International PLC | 677.90 | 327,721.20 |
| 000034 | Citibank | 700.20 | 389,958.50 |
| 000035 | Natixis | 336.90 | 152,989.20 |
| 000036 | Merrill Lynch | 349.90 | 168,179.20 |
| 000037 | ABN AMRO | 586.50 | 281,402.00 |
| 000038 | Banco Bilbao | 139.60 | 50,909.20 |
| 000039 | Fortis | 2,035.40 | 1,159,306.60 |
| 000040 | Medici Enterprise | 215.00 | 87,149.10 |
| 000042 | Equity Trading | 161.50 | 82,556.10 |
| 000045 | Levey | 2.60 | 1,462.70 |
| 000046 | Glantz | 431.00 | 231,099.70 |
| 000047 | Bonventre | 29.70 | 15,309.20 |
| 000048 | Bongiorno | 216.50 | 115,652.50 |
| 000050 | Pitz | 15.40 | 6,946.10 |
| 000051 | Crupi | 306.90 | 133,671.30 |
| 000052 | Donald Friedman | 70.20 | 34,966.80 |
| 000053 | Magnify | 2,756.30 | 1,469,044.30 |
| 000054 | Mendelow | 140.20 | 73,026.90 |
| 000056 | Lipkin | 111.20 | 51,024.80 |
| 000057 | Perez/O'Hara | 15.00 | 8,932.90 |
| 000058 | PJ Administrators | 33.00 | 14,845.80 |
| 000059 | Stanley Shapiro | 1,393.00 | 637,281.60 |
| 000060 | Avellino & Bienes | 336.00 | 200,411.50 |
| 000062 | Subsequent Transfer | 4,029.40 | 1,583,263.40 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 6.60 | 4,328.80 |
| 000065 | Legacy Capital Ltd | 1,411.00 | 797,298.00 |
| 000066 | Lieberbaum | 5.90 | 2,000.10 |
| 000071 | Square One | 375.60 | 165,180.50 |
| 000073 | BNP Paribas | 1,106.20 | 647,792.70 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 2,669.50 | 1,397,549.00 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000076 | Silver Creek | 18.30 | 12,734.40 |
| | | | |
| Grand Total | | 82,419.20 | 37,635,036.20 |

|  |  |
|---|---:|
| **Less 10% Public Interest Discount** | (3,763,503.62) |
| **Grand Total** | $ 33,871,532.58 |
| **Current Application** | |
| Interim Compensation Requested | $ 33,871,532.58 |
| Interim Compensation Paid | (30,484,379.32) |
| Interim Compensation Deferred | $ 3,387,153.26 |
| **Prior Applications** | |
| Interim Compensation Requested | $ 819,844,256.06 |
| Interim Compensation Paid | $ (798,022,324.37) |
| Interim Compensation Deferred | $ 21,821,931.69 |