**EXHIBIT D**

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-SECOND
INTERIM PERIOD OF APRIL 1, 2016 THROUGH JULY 31, 2016

| E101 | Copying (E101) | 6,557.20 |
|------|----------------|----------|
| E102 | Outside Printing (E102) | 2,321.62 |
| E104 | Facsimile (E104) | 1.50 |
| E105 | Telephone (E105) | 128.85 |
| E106 | Online Research (E106) | 27,054.50 |
| E107 | Delivery Services/ Messengers (E107) | 12,698.11 |
| E108 | Postage (E108) | 3,597.37 |
| E109 | Local Travel (E109) | 108.65 |
| E110 | Out-of-Town Travel (E110) | 18,718.89 |
| E111 | Business Meals, etc. (E111) | 100.18 |
| E112 | Court Fees (E112) | 24,717.03 |
| E113 | Subpoena Fees (E113) | 3,223.97 |
| E114 | Witness Fees (E114) | 433.00 |
| E115 | Deposition Transcripts (E115) | 39,946.66 |
| E116 | Trial Transcripts (E116) | 2,323.09 |
| E119 | Experts (E119) | 104,054.14 |
| E123 | Other Professionals (E123) | 42,909.70 |
| E124 | Other (E124) | 22,005.12 |
| Grand Total | | $ 310,899.58 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded     $ 14,203,220.15