# Exhibit B

SUMMARY OF TWENTY-FIRST INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2016 THROUGH JULY 31, 2016

| Name | Year Admitted | Apr-Jul 2016 Standard Hourly Rate | Apr-Jul 2016 Total Hours Billed | Apr-Jul 2016 Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Howard L. Simon | 1977 | 590.00 | 409.40 | $ 241,546.00 |
| Kim M. Longo | 2002 | 465.00 | 644.00 | $ 299,460.00 |
| Antonio J. Casas | 1992 | 465.00 | 84.20 | $ 39,153.00 |
| **Total Partners and Special Counsel** | | | **1,137.60** | **$580,159.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 430.00 | 551.90 | $ 237,317.00 |
| Carol LaFond | 2000 | 410.00 | 558.80 | $ 229,108.00 |
| Brian W. Kreutter | 2003 | 375.00 | 554.10 | $ 207,787.50 |
| John J. Tepedino | 2005 | 375.00 | 586.70 | $ 220,012.50 |
| Kevin M. Baum | 2010 | 375.00 | 252.90 | $ 94,837.50 |
| Dean Solomon | 2002 | 375.00 | 7.80 | $ 2,925.00 |
| Alan D. Lawn | 2009 | 350.00 | 590.10 | $ 206,535.00 |
| Alex Jonatowski | 2007 | 345.00 | 624.60 | $ 215,487.00 |
| **Total Associates** | | | **3,726.90** | **$1,414,009.50** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 250.00 | 1.50 | $ 375.00 |
| Julius D. Crockwell | | 245.00 | 2.50 | $ 612.50 |
| Matthew Corwin | | 230.00 | 220.50 | $ 50,715.00 |
| Carilyn Priolo | | 150.00 | 3.30 | $ 495.00 |
| **Total Paraprofessionals** | | | **227.80** | **$ 52,197.50** |

| | Hours | Total Fees |
|---|---|---|
| **Partners and Special Counsel** | 1,137.60 | $580,159.00 |
| **Associates** | 3,726.90 | $1,414,009.50 |
| **Paraprofessionals** | 227.80 | $52,197.50 |
| **Blended Attorney Rate** | 409.94 | |
| **GRAND TOTAL** | **5,092.30** | **$ 2,046,366.00** |