## **Exhibit C**

SUMMARY OF TWENTY-FIRST INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2016 THROUGH AND INCLUDING JULY 31, 2016

| Code Description | Amount | |
|---|---|---|
| Reproduction | $ | 24.99 |
| Telephone - Reimbursements | $ | 27.95 |
| Fax - Transmittal | $ | 0.50 |
| Postage | $ | 30.61 |
| Messengers | $ | 13.60 |
| Air Courier/Messenger | $ | 1,551.76 |
| Online Research | $ | 6,219.07 |
| Filing Fees | $ | 262.80 |
| Professional Services - Translations | $ | 8,164.21 |
| Service of Process/Subpoena | $ | 879.84 |
| Search Fees | $ | 1,846.60 |
| **TOTAL** | **$** | **19,021.93** |