## Exhibit D

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-FIRST INTERIM PERIOD OF
APRIL 1, 2016 THROUGH AND INCLUDING JULY 31, 2016

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 148.70 | $ 65,185.50 |
| | | 007 | Fee Application | 45.20 | 19,015.50 |
| | | 020 | Internal Office Meetings | 26.00 | 10,407.00 |
| | | 041 | Discovery, Document Review, Document Production | 440.20 | 185,356.50 |
| | | 042 | Bankruptcy Court Litigation | 7.70 | 2,907.50 |
| | | L140 | Document/File Management | 6.30 | 1,650.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 1,004.50 | 406,288.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 84.20 | 32,029.50 |
| 12 | Credit Suisse | 010 | Litigation | 458.00 | 174,195.50 |
| 13 | Solon Capital | 010 | Litigation | 31.00 | 11,452.50 |
| 14 | Zephyros | 010 | Litigation | 70.20 | 26,160.00 |
| 15 | Mistral | 010 | Litigation | 89.30 | 33,319.50 |
| 16 | Societe Generale | 010 | Litigation | 495.50 | 178,614.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 737.50 | 295,412.50 |
| 18 | Clariden Leu | 010 | Litigation | 172.40 | 64,977.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 30.90 | 11,685.50 |
| 20 | Coordinated Cases | 010 | Litigation | 1,244.70 | 527,709.00 |
| | | | **TOTALS** | **5,092.30** | **$ 2,046,366.00** |