UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>JAMES LOWREY, et al.,<br><br>       Defendants. | |

## MEDIATOR'S FINAL REPORT

  Robert J. Rosenberg, the court appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding"), submits this final report pursuant to Local Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

  1.  The mediation of the Adversary Proceeding took place on November 3, 2016 at the offices of Baker & Hostetler LLP in New York, New York.

2. The parties negotiated in good faith and complied with all relevant orders governing the mediation including the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order, but were unable to reach a mutually satisfactory resolution of the disputes involved in the Adversary Proceeding.

3. The mediator has concluded that there would be no further point to continuing the mediation and by agreement of the parties and the mediator, the mediation is concluded.

Dated: November 16, 2016
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Robert J. Rosenberg
　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Rosenberg, Mediator