**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>DOUGLAS HALL; STEVEN HEIMOFF; BOTTLEBRUSH INVESTMENTS, L.P.; LEGHORN INVESTMENTS LTD.; and KAMALA D. HARRIS, solely in her capacity as Attorney General for the State of California,<br><br>   Defendants. | Adv. Pro. No. 12-01001 (SMB) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE**
**AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE AUTHORIZING TRUSTEE TO SIGN ONTO, ON A LIMITED BASIS,**
**AN AGREEMENT EXECUTED BETWEEN THE ESTATE OF STANLEY CHAIS AND**
**OTHER DEFENDANTS IN ADVERSARY PROCEEDING NO. 09-01172 AND**
**PLAINTIFFS IN PENDING ACTIONS IN THE SUPERIOR COURT**
**<u>OF THE STATE OF CALIFORNIA</u>**

Upon the motion (the "Motion")[1] of Irving H. Picard, Esq. (the "Trustee") as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff, seeking entry of an order, pursuant to sections 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, *inter alia*, requesting authorization for the Trustee to sign onto, on a limited basis, an agreement executed between: the Defendants identified in Exhibit A to the Motion; and plaintiffs in pending actions in the Superior Court of the State of California, in substantially the form annexed to the Motion (the "CP Settlement Agreement") (ECF No. 62); and it appearing that due and sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, and no other or further notice needs to be given; and that no objection, responsive pleading, or request for a hearing was made or filed with respect to the Motion; and the Trustee having filed a certificate of no objection representing that no objection has been received and that no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion; and the Court having reviewed the Motion, the Affidavit of Irving Picard in support of the Motion, and the record in this case; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; it is

ORDERED, that the Trustee is authorized to sign onto the CP Settlement Agreement on the limited basis set forth in the CP Settlement Agreement; and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED, that this Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to this Order.

Dated: New York, New York

<u>November 18th</u>, 2016

<div style="margin-left:40%">
<u>/s/ STUART M. BERNSTEIN</u>
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE
</div>