# EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Aaron Blecker |
| Abbey Goodman |
| Abraham Saland |
| Abrahm Newman |
| Accu-Plan Employees Profit Sharing |
| Adam Holloway |
| Adam P. Bartos |
| Adele Fox |
| Alan English |
| Alan H. Rosenthal |
| Alexander Sirotkin |
| Alice B. Iuen |
| Alice Barbanel |
| Alicia N. Holloway Revocable Trust |
| Allan Inger |
| Allen Gordon |
| Allen Meisels |
| Alvin E. Shulman |
| Alvin E. Shulman Pourover Trust |
| Amanda Lefkowitz |
| Andrea Dee King |
| Andrea J. Marks |
| Andrea Kringstein |
| Andrew M. Goodman |
| Andrew Seear |
| Andrew Ungerleider |
| Angela Tiletnick |
| Anita Kirsten |
| Ann M. Sullivan |
| Anne Del Casino |
| Annette Jungreis |
| Ari Feldman |
| Article 8.1 Trust Created Under The Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
| Atwood Management Profit Sharing Plan & Trust |
| Atwood-Regency Defined Benefit Plan & Trust |
| Audrey M. Goodman |
| B.S. A Minor |
| Barbara Aymes |
| Barbara Engel |
| Barbara June Lang |
| Barbara Keller |
| Barbara Kiner |
| Barbara Kotlikoff Harman |
| Barbara L. Savin |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Barry Inger |
| Beatrice Baer |
| Bella Schupak |
| Benjamin Ehrmann |
| Benjamin Rechler Trust C/O Mitchell Rechler |
| Benjamin T. Heller |
| Benjamin T. Heller Irrevocable Trust |
| Bernard Whitman |
| Bert Brodsky |
| Bert Brodsky Associates, Inc. Pension Plan |
| Bert Margolies Trust |
| Beth P. Feldman |
| Beth P. Feldman As Trustee Dtd 11/15/82 |
| Bette Anne (Powell) Peltzer |
| Betty Cohen |
| Beverly Yaffe |
| Bevro Realty Corp. Defined Benefit Pension Plan |
| Blake Palmer |
| Blue Bell Lumber and Moulding Company, Inc. Profit Sharing Plan |
| Boyer H. Palmer, Estate of |
| Brad Wechsler |
| Brenda J. Buckley |
| Brenda Joyce Chapman |
| Bret Palmer |
| Bruce Aymes |
| Bruce Cummings |
| Bruce Goodman |
| Bruce N. Palmer |
| Bruno L. DiGiulian |
| Burnett Radosh |
| Callie A. Ostenson-Murray |
| Carla Ginsburg |
| Carla Szymanski |
| Carol Difazio |
| Carol Fisher |
| Carol L. Kamenstein |
| Carol Nelson |
| Carolyn Frucht |
| Carolyn J. Kart |
| Carolyn Jean Benjamin |
| Caryn Zieses |
| Charles I. Bloomgarden |
| Charles J. Rowan |
| Cindy Wallick |
| Claudia Helmig |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Clothmasters, Inc. |
| Constance Friedman |
| Corinne G. Playso |
| Craig Snyder |
| Cristina P. Strobel Trust |
| Cynthia Arenson |
| Dana Lefavor |
| Dana M. Kissinger-Matray |
| Darlene A. O'Neal |
| David Abel |
| David Kiner |
| David R. Kamenstein |
| Davina Greenspan |
| Deborah L. Fisch |
| Debra S. Zieses |
| Dennis Sprung |
| Densel L. Raines |
| Denton Family Trust |
| Diane Den Bleyker |
| Dino Guiducci |
| Don G. Holloway |
| Donald A. Benjamin |
| Donald A. Dunkle |
| Donald P. Luker |
| Donald R. Shapiro |
| Donald Rechler |
| Donna Jean Rowan |
| Donna Schaffer |
| Dora F. Long |
| Doron A. Tavlin |
| Doron Tavlin Trust U/A 2/4/91 |
| Dorothea V. Marema |
| Dorothy D. Henley |
| Dorothy Miller |
| E. Anne Sanders |
| Edith Pillsbury |
| Edith Rosen |
| Edith Rosen |
| Edmund Nahas |
| Edna Kaminski |
| Edward I. Speer |
| Edward J. Strobel Trust |
| Edward M. Jacobs |
| Edwin A. Grant II |
| Elaine Dine |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Elaine Dine Living Trust Dated 5/12/06 |
| Elaine Ruth Schaffer |
| Elizabeth Cavanaugh |
| Elizabeth Ehrmann |
| Ellen Leeds |
| Ellen Mishkin |
| Ellen W. Sanders |
| Elliot J. Godstein |
| Emilie Leonardi |
| Emily L. Shapiro |
| Eric N. Shapiro |
| Estate of Audrey Weintraub |
| Estate of Bernice Plafsky |
| Estate of Denis M. Castelli C/O Athena Arvan representative |
| Estate of Eugenie Kissinger C/O Walter Kissinger |
| Estate of Florence W. Shulman |
| Estate of Gabriel Friedman C/O Richard Friedman Executor |
| Estate of Irene Schwartz |
| Estate of Irene Whitman |
| Estate of Irving Jungreis |
| Estate of James M. Goodman |
| Estate of Nathan Plafsky |
| Estate of Seymour Epstein |
| Estate of Steven I. Harnick |
| Estate of William R. Cohen |
| Estelle Harwood |
| Estelle Harwood Revocable Trust |
| Evelyn Berezin Wilenitz |
| Evelyn Rechler |
| FAS Partners L.P. |
| Feiner Living Trust |
| Felice J. Perlman |
| Felice T. Londa |
| Fern C. Palmer |
| Fern C. Palmer Revocable Trust DTD 12/31/91 |
| Fernando C. Colon-Osorio |
| Fernando Esteban |
| Florence Shulman Pourover Trust |
| Fran Levy |
| Frank Difazio |
| Frieda Freshman |
| Frieda Freshman Revocable Trust DTD 12/31/92 |
| Frieda Low |
| Gail Podwill |
| Gary M. Low |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| George Wirick |
| Gerald E. Keller |
| Gerald Login |
| Gernal M. Oguss |
| Glenhaven Limited |
| Glenn Rechler |
| Gloria Albert Sandler |
| Gloria Braun |
| Goodman Capital Partners L.P. |
| Goodman Charitable Foundation |
| Goodman Holdings, Inc. |
| Grace Mishkin |
| Great Western Bank – Trust Department, In Its Capacity As Trustee Of The Palmer Family Trust |
| Gregg Rechler |
| Guiducci Family Limited Partnership |
| Gunther K. Unflat |
| Gustine Ganes |
| Harry Smith Revocable Living Trust |
| Harvey L. Powell |
| Harwood Holding Company II, Inc. |
| Heidi Holmers |
| Henry C. Koehler |
| Herb Silvera |
| Herbert Barbanel |
| Herbert C. Kantor |
| Holy Ghost Fathers Ireland |
| Holy Ghost Fathers South West Brazil |
| Howard Frucht |
| Howard Israel |
| Howard M. Schupak |
| Ian Lefkowitz |
| Ilene May |
| Irene Whitman 1990 Trust U/A DTD 4/13/90 |
| Iris Goodstein |
| Irmgard Koehler |
| Irving Simes |
| Irwin B. Reed |
| J.S. A Minor |
| J.Z. Personal Trust |
| JABA Associates LP |
| Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
| James Kirsten |
| James M. Garten |
| James M. New |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| James M. New Trust Dtd 3/19/01 |
| Jane Epstein |
| Jane Gray Solomon Trust (GA) |
| Jane L. Oguss |
| Jeane Ungerleider Springer |
| Jeffrey A. Turk |
| Jeffrey Posser |
| Jeffrey Schaffer |
| Jerome Goodman |
| Jerome Lichtstein |
| Jerome M. Zimmerman |
| Jess L. Taylor |
| Jesse Cohen |
| Jessica Londa |
| Jill Miller |
| Joan Roman |
| Joel Busel |
| John Frans Kissinger |
| Jon Warner |
| Jonathan J. Kart |
| Jonathan Schwartz |
| Jonathan Schwartz As Trustee FBO Nancy M Riehm |
| Joyce Forte |
| Judd Robbins |
| Judith Gattegno |
| Judith Patience Heyl for the Estate of Scott Patience |
| Judith Rechler |
| Judith Whitman |
| Judith Whitman Revocable Living Trust U/A/D 8/5/86 |
| Julia Mishkin |
| Julie B. Shapiro |
| Karen Newman |
| Katherine Radosh |
| Kathleen Forrest |
| Kathrynn L. Babcock |
| Keith Schaffer |
| Kelly Burich |
| Kenneth M. Kohl |
| Kenneth S. Luker |
| Kevin Goodman |
| Kimberly Labriola |
| Kuntzman Family LLC. |
| Kurt B. Palmer |
| Kurt C. Palmer |
| Laura Ann Smith |

# EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Laura Ann Smith Revocable Living Trust |
| Laura Hallick |
| Laura W. New |
| Laurie Ann Margolies |
| Laurie Ann Margolies Children's Trust DTD 11/108 |
| Laurie Ekstrom |
| Lawrence J. Ryan |
| Lee Hirsch |
| Lenore Schupak |
| Leona Gale |
| Leonard Forrest |
| Leonard J. Oguss Trust |
| Leslie Ehrlich |
| Leslie Goldsmith |
| Lillian Denton |
| Linda S. Rosenthal |
| Lindsay A. Shapiro |
| Lois Zenkel |
| Lori A. Friedman |
| Lori Sirotkin |
| Louis S. O'Neal, Jr. |
| Lynn Cummings |
| M. Carolyn Dunkle |
| M.S. A Minor |
| Marcia Cohen |
| Margaret Esteban |
| Margaret Unflat |
| Margot Breier |
| Marie S. Rautenberg |
| Marilyn Lobel Davimos |
| Marilyn Turk Revocable Trust |
| Marion Speer |
| Marjorie Forrest |
| Mark Feldman |
| Mark Horowitz |
| Mark Rechler |
| Marlene Krauss |
| Marsh Peshkin |
| Marshall Zieses |
| Martha Sanders Gennett |
| Martin Harhick |
| Martin L. Braun |
| Martin Lifton |
| Martin R. Harnick |
| Martin R. Harnick & Steven P. Norton Partners |

# EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Marvin Englebardt |
| Marvin F. Iuen |
| Marvin J. Plateis |
| Mary Guiducci |
| Mary N. Reed |
| Matthew Jacob |
| Matthew L. Gladstein |
| Maureen A. Ebel |
| Maurice Sandler |
| Megan Burich |
| Melvin H. and Leona Gale Joint Revocable Living Trust u/a/d 1/4/94 |
| Melvin H. Gale |
| Michael Epstein |
| Michael F. Jacob |
| Michael J. Podwill |
| Michelle Glater |
| Miriam Siegman |
| Mishkin Family Trust |
| Mitchell Rechler |
| Morrey Berkwitz |
| Morris Talansky |
| Morselife Foundation |
| Muriel Brodsly |
| Muriel Epstein |
| Myra Friedman Revocable Trust |
| Myrna L. Kohl |
| Nancy Dver Cohen |
| Nancy Miller |
| Natale Barbara Trust F/B/O Mary Barbara |
| Natalie Erger |
| Neil Friedman |
| Neil R. Zieses |
| Neva Rosamilia |
| N-Highmark LLC, A Delaware Limited Liability Company |
| Nicholas Rosamilia |
| Nicholas Sedgwick |
| Noah U. Springer |
| Norma Hill |
| Nur Gangji |
| Olga Krakauer |
| Olivia McKean |
| Omega Asset Management, LLC |
| Oscan Palmer |
| Palmer Family Trust |
| Pamela Harnick |

# EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Pamela K. Marxen |
| Pamela Preffer |
| Paroquia de Santa Luzia |
| Patricia Ehrmann |
| Paul Allen |
| Paul Cholodenko |
| Paul J. Fisch |
| Paul Schupak |
| Peerstate Equity Fund LP |
| Penny Pesaturo |
| Peter Benzaia |
| Peter D. Kamenstein |
| Peter Goodman |
| Peter Londa |
| Philip E. Miller |
| Philip F. Palmedo |
| Philip Goodman |
| Philip Miller |
| Phillip A. Hocott Living Trust |
| Phyllis A. Katz Trust |
| Phyllis Feiner |
| Placon2 |
| Plafsky Family LLC Retirement Plan |
| R.D.A., A Minor |
| Ralph Silvera |
| RAR Entrepreneurial Fund, LTD. |
| Realty Negotiators Defined Benefit Pension Plan |
| Reckson Generation |
| Richard G. Eaton |
| Richard M Friedman |
| Richard P. Long |
| Richard S. Poland |
| Richard Schwartz |
| Richard Shapiro |
| Rio Jocelyn Breen |
| Rita English |
| Rita Newman |
| Robert C. Luker |
| Robert C. Luker Family Partnership |
| Robert Epstein |
| Robert F. Ferber |
| Robert H. Henley |
| Robert Halio |
| Robert Hirsch |
| Robert Low |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Robert N. Getz LLC |
| Robert P. Weintraub |
| Robert Plafsky |
| Robert Plati |
| Robert R. Podwill |
| Robert Roman |
| Robert S. Savin |
| Robert S. Whitman |
| Robert Sedgwick |
| Robert Weintraub |
| Robert Yaffe |
| Roberta Plateis |
| Roberta Schwartz |
| Roberta Schwartz Trust |
| Robin Durr |
| Robin L. Shapiro |
| Robin L. Warner |
| Robin Swernoff |
| Robin Warner |
| Roger Rechler Revocable Trust |
| Rona Mast |
| Ronald A. Oguss |
| Ronald Cohen |
| Russell L. Dusek |
| Russell Oasis |
| Ruth L. Luker |
| Ryan P. Murray |
| Ryan Tavlin |
| S.P. A Minor |
| Sabra Englebardt |
| Sam Rosen |
| Samuel Preffer |
| Sandra Guiducci |
| Sandy Busel |
| Sandy Sandler |
| Sanford S. Perlman |
| Sara Seims |
| Scott Rechler |
| Scott W. Holloway Revocable Trust |
| Shari Block Jason |
| Sharon Anderson |
| Sharon Lissauer |
| Sharon R. Luker |
| Sheila Ennis |
| Shelburne Shirt Company, Inc. |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
|---|
| Shirley Preffer |
| Shulman Family Corporation |
| Sloan G. Kamenstein |
| Sol Ganes |
| Solomon Ganes |
| Sophia Palmer |
| Stanley Baer |
| Stanley Nelson |
| Stephanie Halio |
| Stephen Ehrlich |
| Steve Jacob Cust FBO J.J. UGMA |
| Steven C. Schupak |
| Steven Miller |
| Steven P. Norton |
| Steven Ungerleider |
| Stony Brook Foundation, Inc. |
| Stuart Gruber |
| Susan B. Alswanger |
| Susan Epstein Gross |
| Susan Jerome |
| Susan Labriola |
| Susan Michaelson |
| Susanne Stone Marshall |
| Suzanne Breen |
| Suzanne King Plati Revocable Trust |
| Suzanne Plati |
| Sybil Wirick |
| Sylvan Associates LLC |
| Ted Arenson |
| The Breier Grop |
| The Celeste & Adam Bartos Charitable Trust |
| The Emily Lauren Shapiro 1989 Trust |
| The Eric Nathan Shapiro 1989 Trust |
| The Estate of Jordan H. Kart |
| The Estate of Marvin Kirsten |
| The Estate of Nathan Schupak |
| The Estate of Steven Harnick |
| The Estelle Harwood Family Limited Partnership |
| The Gaba Partnership |
| The Gerald and Barbara Keller Family Trust |
| The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| The Harnick Brothers Partnership |
| The Jerome Goodman Children's GRAT #1 |
| The Jordan H. Kart Revocable Trust |
| The Julie Beth Shapiro 1989 Trust |

EXHIBIT A

| Bernard L. Madoff Investment Securities LLC Customers represented by Chaitman, LLP |
| --- |
| The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust |
| The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated 11/20/1991 |
| The Lindsay Ariel Shapiro 1989 Trust |
| The Steven I. Harnick Revocable Living Trust dated April 2, 2002 |
| The Steven I. Harnick Revocable Living Trust Dated April 2, 2002, A Florida Trust, |
| The Whitman Partnership |
| Theresa R. Ryan |
| Thomas Van Drooge Kissinger |
| Timothy Helmig |
| Timothy Landres |
| Timothy Shawn Teufel |
| Timothy Shawn Teufel And Valerie Ann Teufel Family Trust U/T/D 5/24/95 |
| Toby Harwood |
| Toby Lees |
| Todd Rechler |
| Tracy D. Kamenstein |
| Train Klan, a Partnership |
| Triangle Properties #39 |
| Trisha Nichols |
| Trust Created By Joy Ungerleider-Mayerson U/A/D 1/31/88 F/B/O Noah U. Springer |
| Trust Created By Joy Ungerleider-Mayerson U/A/D 12/18/89 F/B/O Noah U. Springer |
| Trust FBO Glenn Rechler U/W/O William Rechler |
| Trust FBO Mark Rechler |
| Trust FBO Mitchell Rechler |
| Trust FBO Todd Rechler |
| Trust for the Benefit of Ryan Tavlin |
| Trust U/ART fourth O/W/O Israel Wilenitz |
| Trust U/W/O Morris Weintraub FBO Audrey Weintraub |
| Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger |
| Valerie Anne Teufel |
| W. Waite & Susan M. Willis Jr. |
| Walter B. Kissinger |
| Walter B. Kissinger Revocable Trust |
| Walter Freshman Revocable Trust A |
| Walter Freshman Revocable Trust DTD 12/31/92 |
| Walter M. Buckley |
| Wendy Landres |
| Willi Rechler Trust C/O Mitchell Rechler |
| William D. Kissinger |
| William Mishkin |
| William Rechler |
| Yesod Fund, A Trust |
| Zieses Investment Partnership |