# EXHIBIT L

BECKER & POLIAKOFF LLP
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for Claimant Aaron Blecker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

### NOTICE OF DEPOSITION OF AARON BLECKER

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rule 7030 and Rule 9014 of the Federal Rules of Bankruptcy Procedure, Aaron Blecker will be available for deposition, upon oral examination, at 50 Gristmill Lane, Great Neck, New York 11023 on July 1, 2014 at 10:00 AM. The deposition is to be recorded by audiovisual and stenographic means.

{N0049684 }

2

Dated: New York, New York        **BECKER & POLIAKOFF LLP**
       June 20, 2014

                                                By /s/ Helen Davis Chaitman
                                                45 Broadway
                                                New York, NY 10006
                                                (212) 599-3322
                                                Hchaitman@bplegal.com

                                                *Attorneys for Claimant, Aaron Blecker*

BECKER & POLIAKOFF LLP
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@bplegal.com

*Attorneys for Claimant Aaron Blecker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**<u>AMENDED NOTICE OF DEPOSITION OF AARON BLECKER</u>**

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rule 7030 and Rule 9014 of the Federal Rules of Bankruptcy Procedure, Aaron Blecker will be available for deposition, upon oral examination, at 50 Gristmill Lane, Great Neck, New York 11023 on July 1, 2014 at 12:00 PM. The deposition is to be recorded by audiovisual and stenographic means.

{N0049812 }

|  |  |
|---|---|
| Dated: New York, New York<br>June 23, 2014 | **BECKER & POLIAKOFF LLP**<br><br>By /s/ Helen Davis Chaitman<br>45 Broadway<br>New York, NY 10006<br>(212) 599-3322<br>Hchaitman@bplegal.com<br><br>*Attorneys for Claimant, Aaron Blecker* |

{N0049812 } 2