# EXHIBIT M

From: Cheema, Bik [mailto:bcheema@bakerlaw.com]
Sent: Friday, August 01, 2014 12:41 PM
To: Chaitman, Helen Davis <hchaitman@bplegal.com>
Cc: Blanco, Lourdes <lblanco@bplegal.com>; Brown, Seanna R. <sbrown@bakerlaw.com>
Subject: RE: Aaron Blecker deposition date of August 7

Dear Helen,

Thanks for your email. Please be advised that we have decided not to proceed at this time with the deposition of Aaron Blecker that was scheduled for August 7, 2014 at 10:00 a.m.

Regarding the Trustee's requests for documentation from Mr. Blecker, served on June 30, 2014, responses were due from Mr. Blecker on July 30, 2014. Please let us know when we should expect to receive them.

Thanks,

Bik

From: Chaitman, Helen Davis [mailto:hchaitman@bplegal.com]
Sent: Thursday, July 31, 2014 9:43 AM
To: Cheema, Bik
Cc: Blanco, Lourdes; Brown, Seanna R.
Subject: RE: Aaron Blecker deposition date of August 7

I need to change the date of Aaron Blecker's continued deposition from August 7th.  Please let me know some other dates that would work for you and I will see what would be convenient for Mr. Blecker.  Sorry for the inconvenience.

## Helen Davis Chaitman
Shareholder

Becker & Poliakoff
45 Broadway, 8th Floor | New York, NY 10006
Tel: 212.599.3322 | Cell: 908.303.4568 | Fax: 212.557.0295
E-Mail | Website



**IRS Circular 230 disclosure:**
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Privileged Information:** This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.