# CERTIFICATE OF SERVICE

I certify that on November 18, 2016, I arranged for electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via the CM/ECF system.

>  /s/ Laura K. Clinton
>  Laura K. Clinton *(Pro Hac Vice)*