**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**

**CONFIDENTIAL**

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Adv. Pro. No. 08-01789(SMB)

SIPA Liquidation
(Substantially consolidated)

SECURITIES INVESTOR PROTECTION
CORPORATION,

        PLAINTIFF,

    -vs-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
        DEFENDANT.
_____/

IN RE:
BERNARD L. MADOFF,

        DEBTOR.
_____/

CONFIDENTIAL

REALTIME DEPOSITION OF
ANNETTE BONGIORNO

Pages 1 through 270

Friday, July 8, 2016
8:34 a.m. to 3:15 p.m.

Federal Correctional Institution Coleman Medium
846 NE 54th Terrace
Sumterville, Florida 33521

Stenographically Reported By:
Elizabeth A. Speer, CRR, RMR, FPR,
Realtime Systems Administrator

**BENDISH REPORTING**
**877.404.2193**

**SIPC v BLMIS-CONFIDENTIAL**           **Bongiorno 7/8/2016**
**CONFIDENTIAL**

1      Q.   And how would the profit that you just

2   described be sent to the customer?

3      A.   I'm sorry.

4      Q.   That's okay.  How would the profit that you

5   just described, how would that be sent to the customer?

6      A.   Oh.  Ninety-nine percent of the time by mail.

7      Q.   Okay.

8      A.   Sometimes he did wires for them.

9      Q.   When you say "by mail," what was the format

10   of the funds?

11      A.   It was a check.

12      Q.   Miss Bongiorno, I'd like to take just a step

13   back to when you were describing profit withdrawals.

14   You testified that if a client requested to receive any

15   profits in their account --

16      A.   Uh-huh.

17      Q.   -- then they would receive a profit

18   withdrawal.

19      A.   Right.

20      Q.   Is that correct?

21      A.   That's correct.

22      Q.   And how would a client request to receive

23   profit withdrawals?

24      A.   When we opened accounts for anybody, that was

25   one of the questions, that was one of the things that

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

1   was determined before even a trade was done.  When

2   they -- how were they going to fund it.  Usually with a

3   check, or a wire transfer later on.  And did they want

4   their profits on the account reinvested or did they

5   want it sent to them.

6        Q.   Okay.

7        A.   So if the client said they wanted their

8   profits, that's when we would send out a profit check.

9        Q.   And this was done when they opened their

10  account.

11       A.   It was agreed upon between the customer and

12  my boss before the account was even opened.  Not that

13  it couldn't have changed.  I'm sorry, it could have

14  changed.  They could have changed their mind two,

15  three years later, but that was how it was agreed upon

16  opening the account.

17       Q.   Okay.  When you say your boss, you mean

18  Mr. Madoff.

19       A.   Mr. Madoff.

20       Q.   Okay.  And I want to stick right now with

21  just the time period of when the initial decision is

22  made about profits.  We can get to any changes that the

23  customer may have made later.

24       A.   Okay.

25       Q.   But just sticking right now with the initial

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 32

1   election.

2         A.   Uh-huh.

3         Q.   So the customer would determine -- would the

4   customer determine whether they wanted their profits

5   sent or reinvested?

6         A.   I would say yes.  They had that choice.   In

7   some cases Mr. Madoff decided we're going to do that.

8         Q.   Okay.  And sticking with the -- sticking with

9   the customers who made that choice, how would they

10  communicate that to BLMIS, that choice?

11        A.   Well, I guess they would just discuss it with

12  him.  And then I would be given instructions.

13        Q.   When you say they would "discuss it with

14  him," you mean discuss it with Mr. Madoff?

15        A.   Yes.

16        Q.   And they would discuss it with him over the

17  phone?

18        A.   Or in person.  I think most of the customers

19  came up in the beginning to discuss their account with

20  him.

21        Q.   Uh-huh.  Did you have any discussions with

22  customers about the decision as to whether they would

23  reinvest or have their profits sent to them?

24        A.   Most of the time, no.  But sometimes I would

25  confirm with them.  I didn't always speak to a customer

**SIPC v BLMIS-CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

1   right away.  So --

2       Q.    And you would -- how would you confirm with

3   them?

4       A.    Just over the phone.

5       Q.    So let's stick with the examples where

6   Mr. Madoff and the -- the decision was made between

7   Mr. Madoff and the customer.

8       A.    Uh-huh.

9       Q.    What would happen after the customer and

10  Mr. Madoff communicated?  What would happen next?

11      A.    Well, he would give me the instructions, and

12  I would make note of it on an account page that I had.

13  Once we were automated, it would be on a page that went

14  to the keypunch operators, and it would be punched and

15  put into the computer.

16      Q.    Was there -- when an account was opened at

17  BLMIS, was there a default as to whether or not an

18  account was set up as a send account or a reinvest

19  account?

20      A.    A default?  You know, if he didn't remember,

21  he might have said to me call them up and ask them what

22  they wanted, you know.  Is that what you mean?

23      Q.    Yes.  I mean, was there -- without any

24  particular instruction, was there a way that accounts

25  were set up?  Sorry, that's not a very good -- strike

Page 34

 1   that.

 2          Did --

 3          A.   So you mean if I didn't know, what would I

 4   do?  How would I write it down?

 5          Q.   Yes.

 6          A.   I probably wouldn't.  I would have to ask

 7   somebody.

 8          Q.   And who you would ask?

 9          A.   I would ask my boss, first of all.  And he

10   would either remember or he would tell me to call them.

11   You know, a lot of this was just all done verbally.  I

12   don't think there was a form for that in the beginning.

13   I don't think there was ever a form for that.

14          Q.   And a "form for that," what are you referring

15   to?

16          A.   Meaning the customer wouldn't have a form to

17   fill out that said send it or not.  I don't remember

18   there ever being a form like that.  It was all, you

19   know, just by communication, by -- verbally.

20          Q.   And all -- the election that you described

21   was made when the account was opened.

22          A.   Yes.

23          Q.   Okay.

24          A.   Can I add something?

25          Q.   Yes.

**SIPC v BLMIS-CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

1      A.    There came a certain time where every account

2   he wanted the profits to go out on.

3      Q.    Just when you say "to go out on," you mean to

4   be sent?

5      A.    Yes, yes.

6      Q.    Okay.  And when was that time?

7      A.    We were at 885 Third Avenue already.  No --

8   yes, yes.  We were at 885 Third Avenue already at that

9   point, and every new account was going to be a send.

10      Q.    Okay.

11      A.    If that's what you meant by default.

12      Q.    Yes.

13      A.    But he would always discuss that with the

14   customer, too, first.

15      Q.    And he would have those discussions over the

16   phone?

17      A.    Yes.

18      Q.    And you testified that when Mr. Madoff gave

19   you instructions you would make a note of it on an

20   account page.

21      A.    Uh-huh.

22      Q.    What was that form called, if you recall?

23      A.    We didn't have a name for it in the early

24   days.  It was just a piece of ledger paper.  Their name

25   was on top.  Their account number was on top -- when we

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 36

1   got account numbers, because we didn't always have

2   account numbers.  And then on top we would write an R

3   or an S for, you know, reinvest or send.  It was a

4   ledger.  It looked like a ledger sheet.

5        Q.   Okay.  And did that form change over time?

6        A.   Yes.  Over time it became a typewritten form

7   that went into the computer room.

8        Q.   Uh-huh.  And how would you -- on the form

9   that was typewritten, how would you indicate whether it

10  was a send account or a reinvest account?

11       A.   We would either circle the S or we would make

12  an S if it was a send.  And same thing with the R if it

13  was a reinvest.

14       Q.   Okay.  And once you wrote down on that sheet

15  that it was a send or a reinvest, what would happen?

16       A.   Well, once it was programmed, it would

17  automatically track every trade and give us lists of

18  these checks that were going to be going out and

19  approximately when they were going to be going out.

20       Q.   If an account was marked as a send account,

21  would it receive its profits automatically?

22       A.   Yes.

23       Q.   Would the customer need to write a letter to

24  BLMIS in order to receive its profits?

25       A.   No.

Page 37

1       Q.   If an account was marked as a reinvest

2   account, would those profits be reinvested

3   automatically?

4       A.   Yes.

5       Q.   And would the customer need to write to BLMIS

6   in order to have its profits reinvested?

7       A.   No.  Typically, no.  If it was set up as a

8   reinvest, it would automatically be done.  There were

9   times customers wanted their profit checks but then

10  wanted to maybe reinvest it.  In those cases, we would

11  send the check out.  They'd have to cash it and send us

12  a check back.

13      Q.   Okay.

14      A.   We didn't automatically change what was

15  written from the beginning.

16      Q.   All right.  So this may be a good time to

17  discuss the process for changes.

18      A.   Okay.

19      Q.   So up until now we've been discussing the

20  initial election to have the account be a send or a

21  reinvest account.

22      A.   Uh-huh.

23      Q.   So let's say an account is set up as a send

24  account and the customer wants to change that.  They

25  would like to have their profits reinvested.  What

SIPC v BLMIS-CONFIDENTIAL                 Bongiorno 7/8/2016
CONFIDENTIAL

Page 38

1    would a customer need to do?

2          A.    Well, usually they'd call me.

3          Q.    Uh-huh.

4          A.    I mean, it didn't happen all the time.  But

5    when it did happen, they'd call me.  I would make sure

6    they spoke to Mr. Madoff about it.  And they would make

7    the decision between the two of them.

8                And then if they decided verbally to change

9    it, once we were on computer they had to send me a

10   letter.  And when I got the letter in, I would have the

11   girls go into the computer and change it from an S to

12   an R.

13         Q.    Okay.  And if a -- the opposite scenario

14   happens, so a customer had an account that was set up

15   as a reinvest and they wanted to change it to a send,

16   what would a customer need to do in that instance?

17         A.    Same exact thing.  First get the okay from

18   Bernie and then send me a letter.

19         Q.    But at the time an account was set up, did a

20   customer have to write a letter to have its account be

21   marked as a send or reinvest?

22         A.    No.

23         Q.    Are you familiar with the code CW?

24         A.    Yes.

25         Q.    And what is a CW?

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 41

1  relating to customer accounts were automated.

2        A.    Towards the end of our stay there, yes.

3        Q.    And then at 885 Third Avenue --

4        A.    Right.

5        Q.    -- did BLMIS use an AS/400?

6        A.    Yes.

7        Q.    What was the AS/400 used for with regard to

8  investment advisory accounts?

9        A.    Oh, everything, every ticket, every

10  statement, every check, every blotter, everything.

11        Q.    What's a blotter?

12        A.    It's just a page that shows everything

13  bought, sold, all the trades.  Every bit of information

14  that is involved in every single trade.

15        Q.    And were the blotters used internally?

16        A.    I don't even know if they -- sorry.  I don't

17  even know if they use that term anymore.  But that's

18  the term I learned from the beginning, so I still use

19  it.

20        Q.    Okay.  Were the blotters used internally at

21  BLMIS?

22        A.    Yes.

23        Q.    And did the blotters go to customers?

24        A.    No.

25        Q.    What were the documents that were created by

Page 42

1    the AS/400 that went to customers?

2        A.    Confirmations, statements, checks, memos.   I

3    think that's it.

4        Q.    And just focusing on the checks for a moment.

5    How were the checks at BLMIS generated during the time

6    period that you were at 885 Third Avenue?

7        A.    Third Avenue, okay.   That was when we were

8    completely on computer, because we started slowly.   But

9    checks started, I believe, when we were on Third

10   Avenue.

11           So we would give them a list and they

12   would -- with the name of the account, the number, the

13   amount of the check, and the code, whether it was a PW

14   or a CW.   And we would hand that to the girls in the

15   computer room.   Dorothy Kahn, Alethea Mui, they would

16   punch it in.

17           When the checks came out they would go into

18   the mailroom.   They would be sorted and bursted,

19   folded, and put in envelopes and sent out from the

20   mailroom.

21       Q.    Who created the list that you just described

22   that you gave to the keypunch operators?

23       A.    We all did.   The -- when we were automated

24   and the profit withdrawn for the arbitrage accounts

25   were automated, the computer would already have that

SIPC v BLMIS-CONFIDENTIAL            Bongiorno 7/8/2016
CONFIDENTIAL

Page 43

1    list.

2           But if a customer called and said, you know,

3    I need a check for whatever, and followed up with the

4    letter, I would put it in a book.  And Jodi would do

5    that and Frank would do that.  Whoever got the phone

6    call and whoever was taking care of that transaction

7    would list it.  And then that would go into the

8    computer room and the girls would punch that up.

9           Q.   I'm going to show you what's been previously

10   marked as Trustee Exhibit 61.  Take the clip off if

11   it's easier for you.  Not sure if that's easier.

12          A.   Let's leave it on for the time being.

13          Q.   Ms. Bongiorno, do you recognize this

14   document?

15          A.   You want me to look through the whole thing

16   and tell you if I recognize it?

17          Q.   Uh-huh.

18          A.   Oh, yep.  This was what we called our check

19   out book.

20          Q.   Okay.  And what is a check out book?

21          A.   This is where we would list the checks that

22   had to go out to the customers, all checks.

23          Q.   And when you say "we," can you be specific as

24   to who would make entries into this book?

25          A.   Sure.  I would.  Joann DiPascali would.  When

Page 47

1       A.   Okay.

2       Q.   If I could turn your attention to the page

3   ending with -- sorry, the page with the Bates number

4   HWN00001528.

5       A.   28.  Okay.

6            MR. DEXTER:  Do you have another copy of

7       that exhibit?

8            MS. BROWN:  I don't.  It's so large I

9       just only brought three.

10  BY MS. BROWN:

11      Q.   Do you see a date on the top of the page

12  ending in 28?

13      A.   I do.  It says 3/28/91.

14      Q.   And is March 28, 1991, consistent with your

15  understanding of when BLMIS used the check out book?

16      A.   Yeah.

17      Q.   And did you use what's been marked as Trustee

18  Exhibit 61 while you were employed at BLMIS?

19      A.   The check out book?  Yes.

20      Q.   And did BLMIS use -- other than the one I've

21  put before you that's been marked as Trustee

22  Exhibit 61 -- did BLMIS use similar notebooks to track

23  checks out?

24      A.   Checks out?  Well, we would get something

25  from the computer once the checks were done.  Is that

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 48

1    what you mean?

2         Q.   No.  Let me rephrase my question.

3              In addition to this particular notebook

4    that's been marked as Trustee Exhibit 61 --

5         A.   Right.

6         Q.   -- did BLMIS have additional notebooks, other

7    than this one particular notebook?

8         A.   No.  The only other thing that I would say we

9    did have is, when the arbitrage accounts were open, is

10   the list that would come off the computer.

11        Q.   Okay.

12        A.   So that would be also a check out form, I

13   guess you would call it.

14             MR. RIOPELLE:  I think what Miss Brown

15        is asking is, did you ever fill up one of

16        these books?

17             THE WITNESS:  Oh, yeah.

18             MR. RIOPELLE:  Did you buy a new one and

19        start over when you did that?

20             THE WITNESS:  Yes.

21             MR. RIOPELLE:  Okay.  That's all.

22             THE WITNESS:  I lost you there.  I'm

23        sorry.

24             MR. RIOPELLE:  That happens.

25             And just in terms of your using this

**SIPC v BLMIS-CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

1   been a 30 and a 40.  The options would go in the 40.

2   The 30 would hold the long positions.

3        Q.   Do you think that the phasing out the dash

4   one accounts occurred before 2000?

5        A.   I don't know if we could find out when Joann

6   Sala left.  They were phased out not too much after she

7   left.

8        Q.   Okay.  Within a year or two of when she left?

9        A.   I would say probably within a year of her

10  leaving.

11       Q.   Okay.

12       A.   Just guessing.

13       Q.   Miss Bongiorno, you just testified about the

14  accounts transitioning to the options trading at some

15  point.

16       A.   Uh-huh.

17       Q.   And how did the -- or did the payment of

18  profits change after the accounts switched to options

19  trading?

20       A.   I don't know.

21       Q.   Did you work with the accounts after they

22  switched to options trading?

23       A.   No.

24       Q.   No?

25       A.   No, I did not.

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 62

1          Q.    Okay.  So just going back a little bit to

2     when a customer opened their account.  Did BLMIS create

3     any type of folder for the customer when they opened an

4     account?

5          A.    Yes.

6          Q.    And that was an internal folder maintained by

7     BLMIS?

8          A.    Yes.  Uh-huh.

9          Q.    And who would create the folder?

10         A.    I would.  Or Frank would, or Jodi.  Whoever

11    was opening the account for them.

12         Q.    And where were the customer folders kept?

13         A.    In a file cabinet outside of my office.  They

14    were kind of, like, all over the place.

15         Q.    Were they all on one floor?

16         A.    In the last part of the time at Madoff, yes.

17         Q.    When you went to 885 Third Avenue were the

18    folders kept on the 17th floor?

19         A.    Yes.  When we went to the 17th floor we

20    brought them with us.

21         Q.    And what were the folders used for?

22         A.    They held the new account form, which is the

23    form we filled out.  They held trading authorization

24    form, customer agreement form, tax ID form.

25         Q.    If you received letters from customers, where

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 63

1   would the letters go?

2        A.   The letters would go in there as well.

3        Q.   Let me show you what's been marked as Trustee

4   Exhibit 23.

5             Miss Bongiorno, do you recognize the document

6   marked as Trustee Exhibit 23?

7        A.   Yes.

8        Q.   And what is that document?

9        A.   This is the name and address form.

10       Q.   So you're --

11       A.   You know, this is the form we used to open

12   accounts.

13       Q.   And are you referring to the page ending in

14   2330?

15       A.   Yes.  Oh, no, 330.

16       Q.   Right.

17       A.   Yeah.

18       Q.   The page with AMF00162330?

19       A.   Yes.

20       Q.   Okay.  And just looking at the document in

21   its entirety, so the entire document marked as Trustee

22   Exhibit 23, rather than just focusing on that one page,

23   what is that document generally?

24            MR. RIOPELLE:  Look at it first.

25       A.   That's the folder it's kept in.

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

Page 64

1        Q.    Okay.

2        A.    That's --

3        Q.    Okay.  Is this the customer folders that you

4   were --

5        A.    Yes.

6        Q.    Is this an example of the customer folders

7   you were describing?

8        A.    Yes, it is.

9        Q.    And does this look like the type of customer

10  folders that you worked with when you were employed at

11  BLMIS?

12       A.    Yes.

13       Q.    And are these the type of customer folders

14  that were maintained near your office?

15       A.    Yes.

16       Q.    Okay.  So turning to the page that you were

17  looking at, which is the page ending in 162330 --

18       A.    Right.

19       Q.    -- what is this document?

20       A.    This is a new account form.

21       Q.    And what was this form used for by BLMIS?

22       A.    To open an account and to put the information

23  down that was important to the account.

24       Q.    Would a BLMIS employee fill this form out?

25       A.    Yes.

**SIPC v BLMIS-CONFIDENTIAL**            **Bongiorno 7/8/2016**
**CONFIDENTIAL**

---

Page 65

1        Q.    And would the customer see this form?

2        A.    No.

3        Q.    And when would this form be filled out?

4        A.    Before the account is opened.

5        Q.    And where would you get the information to

6    fill this form out?

7        A.    From the customer.

8        Q.    And would they give it to you over the phone?

9        A.    Most of the customers would come up and

10    they'd give it to Mr. Madoff and he'd give it to me.

11    The last few years a lot of this was done over the

12    phone.  But not in the early days.  Certainly not back

13    then when this was a 10.

14        Q.    So was this information provided to you --

15        A.    By the customer.

16        Q.    And that was done --

17        A.    Or provided to Mr. Madoff by the customer.

18        Q.    I see.  Did you ever receive a letter with

19    this information for a customer in order to fill this

20    form out?

21        A.    Sometimes.

22        Q.    In most cases, this information either came

23    from the customer or Mr. Madoff.  And would you say in

24    most cases that was verbally, that information was

25    provided verbally?

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

1        A.    Well, I'm sure somebody wrote it down, wrote

2    the address down and the correct spelling of the name

3    and whatnot, but yeah.  And we sent out a form for them

4    also to fill out.  This was a new account card.  The

5    customer had to fill this out.

6        Q.    Okay.  Let the record reflect the witness is

7    referring to the page AMF00162335.  So the page ending

8    in 335 is a what?

9        A.    It's a form that the customer filled out.  It

10   was actually a card, I believe --

11       Q.    Uh-huh.

12       A.    -- in the early days.  I don't know what it

13   changed to.  I don't remember.  But it's also this one,

14   2334, the back of the card.

15       Q.    Okay.  And that's a document that the

16   customer would fill out.

17       A.    Yes.

18       Q.    So turning back to the page ending in 330.

19       A.    Oh.  Okay.

20       Q.    So lines 1 through 4 that are the second box

21   down, what is that information?

22       A.    That's the customer's name and address.

23       Q.    Okay.  And do you recognize the handwriting

24   on this page, just on lines 1 through 4?

25       A.    I think it's -- I'm not really sure.

**SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016**
**CONFIDENTIAL**

1          Q.   Okay.

2          A.   I think it might be Jodi's, but I don't know

3     for sure.

4          Q.   Okay.  And then looking at the next set of

5     boxes, underneath --

6          A.   Uh-huh.

7          Q.   -- starting with a short name, what is a

8     short name.

9          A.   Just -- it was just used in the office so

10    that we didn't have to remember everything when we

11    wanted to pull up an account real quick.  So we just

12    abbreviated a name.  In his case it was his whole name

13    because his name was short.  Or her name.

14         Q.   And what is a group name?

15         A.   That's the connection that Bernie had to

16    them.

17         Q.   Okay.

18         A.   So in other words, he came in on his own.

19    Just -- I don't know if he was a -- she was a friend of

20    Bernie's or whatever.  But some of them you'll see

21    another name, you'll see Avellino or you'll see Alpern

22    or you'll see Chais.  In cases like that, that's who

23    brought the customer in.

24              In this case he came in -- she came in on her

25    own.  Hanoh, I assume, is a woman; right?  Okay,

**SIPC v BLMIS-CONFIDENTIAL**                 **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 68

1   whatever.

2        Q.   I think so.  And then looking under -- do you

3   see the page where it says, "profits, dividends,

4   interest"?

5        A.   Yes.

6        Q.   And so what is -- and then it says "Note,

7   call in, send, S equals send, R equals reinvest."  What

8   does that form mean?

9        A.   This means, as far as profits go, they -- he

10  wanted his profits or she wanted her profits.

11       Q.   Okay.

12       A.   Typically if there was just one S, it went

13  through the whole thing.

14       Q.   So when you say "through the whole thing,"

15  you mean all of the little blanks under profits,

16  dividends and interest would be filled out?

17       A.   Yes.  We just put S.  But very, very rarely

18  did it change.  So if they saw just the S, they'd fill

19  in -- they meaning the girls who punched this into the

20  computer -- would just put S's all through all the way

21  down.

22       Q.   Okay.  So what is the S here?  What does that

23  tell you about this account?

24       A.   That we're going to be sending out the

25  profits.

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 69

1      Q.    And based on your review of this document,

2   was the account set up that way?

3      A.    Yes.

4      Q.    So this form, the account is, you know -- I

5   think what you've described so far is that the customer

6   would in some ways speak with Bernie or somehow open

7   the account and then this form would be filled out.

8      A.    That's right.

9      Q.    And then what would happen next?  During the

10  time period where it was automated, what would happen

11  after this form was filled out?

12     A.    Well, Bernie would tell us when we could

13  start trading.  We'd also send out these papers, the

14  other papers that are in here.  We'd send out trading

15  authorizations and trading agreements, option

16  agreements, whatever pertains to the account.

17          Once we got all the paperwork back, we

18  would -- he would tell us that, you know, we could

19  start trading for them.  But I'm noticing here there's

20  a note.

21     Q.    Okay.

22     A.    That's my note.  This person did not send

23  back a tax ID form.

24     Q.    Okay.

25     A.    And when I spoke to Bernie, Bernie said that

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

1   this person -- I don't know if -- I don't know why he

2   okayed it.  But, look, Bernie said it's okay that he

3   never returned his tax ID form.

4        Q.   Let me -- the witness is referring to

5   AMF00162333.

6             So Miss Bongiorno, where on this page is your

7   handwriting?

8        A.   So -- in the box.

9        Q.   In the box in the upper right corner?

10       A.   Yes.  And see this little A at the bottom?

11   That's my initial.

12       Q.   Okay.  So turning back to the page ending

13   2330, the name and address form.

14       A.   Okay.  Uh-huh.

15       Q.   So there's an S on the bottom part of the

16   page under profits.  And tell me again what that means

17   to you.

18       A.   The S means that we are sending his profits

19   out to him, or her.

20       Q.   And would this customer need to have a letter

21   in the file in order to receive profits?

22       A.   No.  Huh-uh.

23       Q.   Other than this form that we're looking at on

24   the page ending in 330, where else was the information

25   about to send or reinvest recorded at BLMIS?

**SIPC v BLMIS—CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

---

Page 71

1       A.    Where else was it recorded?

2       Q.    Was it stored in the computer system?

3       A.    Oh, yes.  This page was written up to go into

4    the computer system.

5       Q.    So the send or reinvest notation would also

6    be maintained in the computer system.

7       A.    Yes.  And that's -- remember we talked about

8    it being automated, the arbitrage being automated.

9    When it was automated, the computer would look at the

10   account number, see the S and know to print the check

11   out.

12      Q.    Okay.  We're done with that exhibit for now.

13            So Ms. Bongiorno, I place before you Trustee

14   Exhibits 27, 28 and 29 for your review.  And I want you

15   to take a look at the statements while I pass out the

16   copies.  And the transactions I'd like to ask you about

17   relate to Cardinal Health.

18      A.    Okay.

19      Q.    Just give me one second.

20            Ms. Bongiorno, are you ready?

21      A.    Yeah.

22      Q.    Starting with Trustee Exhibit 29.

23      A.    Okay.

24      Q.    Do you recognize this document?

25      A.    Yes.

---

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 72

1       Q.   And what is it?

2       A.   It's a statement.

3       Q.   And what -- what customer name and account

4   number is this statement for?

5       A.   Hanoh Charat.

6       Q.   Hanoh Charat, C-H-A-R-A-T.  And the first

7   name is Hanoh, H-A-N-O-H.

8            And what was Charat's account number?

9       A.   1C104710.

10      Q.   And this is an example of the dash one

11  accounts we were discussing before?

12      A.   Yes.

13      Q.   And Miss Bongiorno, do you see any

14  transactions in this month relating to Cardinal Health?

15      A.   Yes, I do.

16      Q.   And what transactions do you see?

17      A.   I see 2,444 shares of Cardinal Health, Inc --

18      Q.   Okay.

19      A.   -- at 87 and a half.

20      Q.   And what kind of transaction is that?

21      A.   It's a buy.

22      Q.   And what date did that transaction occur?

23      A.   October 20th.  That's usually a settlement

24  date.

25      Q.   Okay.  And -- okay.  Is the information that

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 73

1    we see in Trustee Exhibit 29, is this information that

2    would have been printed and stored in the AS/400?

3          A.   Yes.

4          Q.   And turning to Trustee Exhibit 27.

5          A.   Okay.

6          Q.   And do you recognize this document?

7          A.   Yes, I do.

8          Q.   And what is it?

9          A.   It's an account statement.

10         Q.   For the -- which account?

11         A.   Hanoh Charat.  For November, 1C1047-10.

12         Q.   Okay.  That's November 1998?

13         A.   Yes.

14         Q.   And then sticking with the earlier part of

15    the month, what transactions do you see in Cardinal

16    Health?

17         A.   I see sales for 2,100 shares and 1,566

18    shares.  I see a stock split in it.

19         Q.   And what date did those transactions you just

20    described occur?

21         A.   November 5th.

22         Q.   And do you see any other transactions in

23    November of '98 in Cardinal Health for the month of --

24    or, sorry -- for the account of Hanoh Charat?

25         A.   I see on November 25th a profit check went

SIPC v BLMIS-CONFIDENTIAL            Bongiorno 7/8/2016
CONFIDENTIAL

Page 90

1        Q.    Uh-huh.

2        A.    When the arbitrage accounts closed and the

3    option accounts opened, they opened new account

4    numbers.  So this 48 -- this account went into options

5    in April of '96.

6        Q.    Okay.  Sticking with the account number that

7    used to be 100254 and then became 1B022, based on your

8    review of this form, did the send or reinvest

9    designation change for this account?

10       A.    No.

11       Q.    Miss Bongiorno, do you know Aaron Blecker,

12   the customer whose account we're looking at?

13       A.    Do I know him personally?

14       Q.    Are you familiar with him?

15       A.    I know the name.  I've seen the name and

16   heard the him.  But I don't know him personally.  I

17   don't remember speaking to him all that often either.

18       Q.    Do you remember speaking to him at all?

19       A.    No.

20       Q.    Do you remember ever meeting him?

21       A.    No.

22       Q.    I'm going to show you what's been marked as

23   Trustee Exhibit 41.

24             Miss Bongiorno, do you see any profit

25   withdrawal transactions on July 11th?

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 91

1        A.    Yes.

2        Q.    And what is that transaction?

3        A.    It says "check HealthSouth,"and it's a

4    profit withdrawn for 3,230.02.

5        Q.    Okay.  And I'd like you to turn back to

6    Trustee Exhibit 61, which is this exhibit here.

7        A.    Uh-huh.

8        Q.    Looking at page that ends in 1655.

9        A.    Oh.  I just noticed something else on here.

10   Should I pass it up for now?  1655.

11       Q.    I'm sorry.  1651.

12       A.    1651.  Okay.

13             MR. RIOPELLE:  Be easier to take that

14       off.

15             THE WITNESS:  Okay.  All right.

16   BY MS. BROWN:

17       Q.    What did you notice, before we go any

18   further?

19       A.    On this page?

20       Q.    Yes.

21             MR. RIOPELLE:  What exhibit are you

22       referring to there?

23             THE WITNESS:  Exhibit 41.

24   BY MS. BROWN:

25       Q.    Thank you.

BENDISH REPORTING
877.404.2193

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 92

1       A.    I noticed further down there's another check.

2       Q.    Uh-huh.

3       A.    Okay.  This is telling me that someone called

4    and said they didn't get this check.

5       Q.    Okay.

6       A.    So a stop payment was placed on it.  Because

7    you see cancelled check 711 on the 17th?

8       Q.    Yes.

9       A.    And we issued another check to send out.  See

10   it on the 17th?

11      Q.    Yes.

12      A.    Okay.

13      Q.    So let's just walk through that.

14      A.    Sure.

15      Q.    So the first transaction we see on the 11th

16   is what?

17      A.    A profit withdrawn for 3,230.02 for the

18   profit on HealthSouth.

19      Q.    Okay.  And then the next transaction we see

20   relating to HealthSouth is what?

21      A.    The 17th, July 17th.

22      Q.    And what happens on the 17th?

23      A.    It shows another check going out to

24   HealthSouth, profit withdraw for the same exact amount

25   of money, and on the same date a cancel for the check

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 93

1   of 711.

2           That was typical if somebody ever called and

3   said, you know, we didn't get that check.  It's on my

4   statement.  I didn't get it.  We would call the bank

5   and see if it was cashed.  If it wasn't cashed, we'd

6   stop payment and issue a new check.  That was the

7   system.

8       Q.   And did customers often call if they didn't

9   receive their checks?

10      A.   Well, if they didn't receive -- it didn't

11  happen often.  But when it did happen, they would call

12  up and say they didn't receive it.  Sure.  If you see a

13  check on your statement or if you know a check is

14  coming because you've requested profit checks and you

15  don't get it, you call up and say, "What's going on?"

16          Sometimes the customer would make a mistake,

17  too.  But in this case, if we cancelled the check,

18  that's because the bank said it was never cashed.

19      Q.   Okay.

20      A.   So we'd put the stop payment and issue a new

21  one.

22      Q.   Thank you.

23          So turning to the page ending in 1651.

24      A.   Uh-huh.

25      Q.   And just focusing on the account 25410.

Page 94

1        A.    Right.

2        Q.    Do you see that?

3        A.    Yes.

4        Q.    And what's the -- what's the date and the

5   amount of the transaction that's listed in Trustee

6   Exhibit 61 on page ending in 1651?

7        A.    I'm sorry.  Say that again.  On this page,

8   you want to know the check here?  Where it is here?

9        Q.    Uh-huh.

10       A.    It's one, two, three -- the fourth one down.

11   Account number 10025410, profit withdrawn for

12   $3,230.02.

13       Q.    Okay.  And the information you just read is

14   from Trustee Exhibit 61 on the page ending in 1651.

15       A.    Correct.

16       Q.    And that's the check out book?

17       A.    Yes.

18       Q.    And what's the date in the check out book of

19   the transaction that you just read?

20       A.    July 17th.

21       Q.    Okay.  And turning to Trustee Exhibit 41, do

22   you see a corresponding transaction on the customer

23   statement?

24       A.    Yes.

25       Q.    And does the date and amount match on the

Page 95

1  customer statement to the information in the check out

2  book?

3       A.   Yes.

4       Q.   And what does that tell you about the checks

5  for Aaron Blecker?

6       A.   It tells me that the check went out for that

7  amount.

8            MS. CHAITMAN:  What page is the check

9       that they're focused on?

10           MR. RIOPELLE:  It ends in 511651.

11  BY MS. BROWN:

12      Q.   And if you can turn to 1655.

13      A.   Uh-huh.

14      Q.   And turn to Exhibit 61.  And what's the

15  information that's on the page ending in 1655?  What

16  does that relate to?

17      A.   For this account?

18      Q.   Or just generally.  What's on the page ending

19  in 1655?

20      A.   This says profit withdrawn for Liberty

21  National Bancorp.

22      Q.   And on the page ending in 1655, do you see

23  any transactions that relate to the account that's

24  listed in Trustee Exhibit 41?

25      A.   That would be Aaron Blecker.  Yes, I do.

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

1       Q.    Okay.  What's the amount of the transaction

2    shown in the check out box?

3       A.    $360.92.

4       Q.    And what's the -- do you see a corresponding

5    transaction on Trustee Exhibit 41?

6       A.    Where is it?  What did I do with the -- yes,

7    I do.

8       Q.    And do the dates and the amounts match

9    between the statement and the check out book?

10      A.    I don't see a date here.  Hang on one second.

11   No.

12      Q.    Is the check out book missing a date for the

13   page 1655?

14      A.    Yeah.  There's no date on it.

15      Q.    Okay.  Other than the date, does the amount

16   of the transaction and the customer name match?

17      A.    Yes.

18      Q.    And based on your understanding of the check

19   out book, if a customer is listed in Trustee

20   Exhibit 61, does that book reflect payments that were

21   made to customers by check?

22      A.    Yes.

23      Q.    And does the statement for Mr. Blecker in

24   Trustee Exhibit 41 also reflect that he received a

25   check relating to profits in Liberty National?

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

1        A.   Yes.

2        Q.   We're going to put the large exhibit, Trustee

3   Exhibit 61, away for now.

4        A.   That's this one.

5             MS. BROWN:  I'd like to mark this as

6        Trustee Exhibit 69.  It bears the Bates

7        number MF00057516.

8                  (Marked for identification

9                  as Trustee Exhibit No. 69.)

10            MR. RIOPELLE:  That's 61 you say?

11            MS. BROWN:  It is 69.

12   BY MS. BROWN:

13       Q.   Miss Bongiorno, what is the document that's

14   been marked as Trustee Exhibit 69?

15       A.   This looks like a ledger sheet.

16       Q.   Okay.

17       A.   Or a statement.  I mean, it's so similar.

18   This is definitely a ledger sheet though.  I can see

19   from the bottom.

20       Q.   And what's on the bottom that tells you it's

21   a ledger sheet?

22       A.   The long and short position moneys.  I don't

23   believe that's on a statement.

24       Q.   Okay.  And what is a ledger sheet?

25       A.   It's an exact copy of the statement, but it

BENDISH REPORTING
877.404.2193

**SIPC v BLMIS-CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 98

1    has a little extra information on it.

2         Q.   And the extra information that's displayed on

3    the bottom, those are the -- what are you referring to

4    exactly?

5         A.   Right here where it says "long" and "short,"

6    it has "Anheuser-Busch" and it's got amounts of money

7    under the long and the short.  That on the statement

8    you'll see security positions Anheuser-Busch, but you

9    won't see these moneys.

10        Q.   So you won't see the amounts under long or

11   short?

12        A.   That's right.

13        Q.   So the amounts under long and short would

14   only be seen on ledger sheets which were used

15   internally?

16        A.   Correct.

17        Q.   But other than the amounts for long and

18   short, does this page look like what a statement would

19   have looked like?

20        A.   With one other difference.  Also where it

21   says "difference," these numbers would not be on a

22   statement.

23        Q.   Okay.

24        A.   So other than that, it's the, you know, the

25   mirror image of a statement.

Page 99

1       Q.   Okay.  Looking at the top of the document, do

2    you see the columns for debit and credit?

3       A.   Yes.

4       Q.   And what do those columns mean?

5       A.   Well, the debit is what was sent out to him,

6    and the credit is his balance in this case.

7       Q.   Okay.  And where it says "balance forward,"

8    what does that mean?

9       A.   That's the balance from the month before.

10      Q.   Uh-huh.  And two lines under that, "new

11   balance," what does that mean?

12      A.   That's the balance after any transaction for

13   the month.  There was one transaction in this account.

14      Q.   Okay.  And based on your review of this

15   statement, does it appear that the account's balance

16   went down by the amount of the profit withdrawal

17   transaction?

18      A.   Yes.

19      Q.   So the profit withdrawal transaction reduced

20   to the balance of the account?

21      A.   Correct.

22      Q.   And based on your understanding of profit

23   withdrawals, what does this transaction represent on

24   February 5th?

25      A.   It says it's a check for Holiday Corp and

SIPC v BLMIS-CONFIDENTIAL              Bongiorno 7/8/2016
CONFIDENTIAL

Page 100

1    it's a profit withdrawn for $4,002.50.

2         Q.    And where did that $4,002.50 go?

3         A.    To the customer.

4         Q.    What's the account number for the statement

5    that we're looking at?

6         A.    100254-10.

7         Q.    And that's the same account whose customer

8    folder we looked at in Trustee Exhibit 36?

9         A.    Yes.

10        Q.    And how was the account, 100254, how was it

11   set up?  Was it set up to send or reinvest its profits?

12        A.    Send the profits.

13        Q.    Okay.  And is this statement that we've

14   looked at in Trustee Exhibit 69 consistent with the

15   account being set up as a send account?

16        A.    Yes.

17        Q.    Would Mr. Blecker have to write to BLMIS in

18   order to receive a check for Holiday Corp profits --

19        A.    No.

20        Q.    -- in February of 1987?

21        A.    No.

22        Q.    He would be sent those profits automatically?

23        A.    Yes.

24             MS. BROWN:  I'd like to mark this as

25        Trustee Exhibit 70.  For the record, Trustee

**SIPC v BLMIS-CONFIDENTIAL**                **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 105

1   Arthur and Sofie Blecker on the first line and line 4

2   the 50 Gristmill Lane in Great Neck, that's all me.

3   The line 2, Sofie Blecker, joint tenants, that is not

4   me.  I have no idea who that was.  Could be Joann.

5        Q.   Okay.  And turning to the bottom part of the

6   page where -- starting with short name?

7        A.   Uh-huh.

8        Q.   Whose handwriting is on the bottom?

9        A.   Mine.

10        Q.   And so that's your handwriting for short

11   name?

12        A.   Yes.

13        Q.   And Social Security number?

14        A.   Yes.

15        Q.   Group name?

16        A.   That's me.

17        Q.   And for the line that says "type 1" under

18   "profits, dividend, interest," is that your

19   handwriting?

20        A.   Yep.  That's me.

21        Q.   And do you recall setting up this account?

22        A.   No.

23        Q.   Can you tell me how this account would have

24   been set up?

25        A.   The same way they all get set up.

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 106

 1     Q.   Okay.

 2     A.   Somebody asks -- they ask Bernie to open an

 3  account and told us to set it up.

 4     Q.   Okay.  How would the profits and -- I'm

 5  sorry.  Strike that.

 6          How would this account be set up as a send

 7  account?

 8     A.   With the "S."  I guess she -- they wanted

 9  their check or Bernie wanted to send them a check.  I

10  don't know.  Whatever.

11     Q.   Would that -- the designation as a send be

12  done verbally --

13     A.   Yes.

14     Q.   -- between the customer and Bernie?

15     A.   Yes.

16     Q.   Would a letter be required in order to set up

17  the account as a send account?

18     A.   No.

19     Q.   Once the account is set up as a send account,

20  would the customer receive their profits?

21     A.   Yes.

22     Q.   And they would receive their profits

23  automatically?

24     A.   Yes.

25     Q.   And they would receive their profits without

Page 110

1       A.     Only if he didn't get the check and he called

2    in to say he didn't get it.

3       Q.     Looking at Trustee Exhibit 61, if you could

4    turn to the page ending in 1651.  Miss Bongiorno, on

5    the page ending 1651, do you see any transactions for

6    the account 100215?

7       A.     Yes.

8       Q.     And what is that transaction?

9       A.     The profit withdrawn for 12,364.06.

10      Q.     And looking at the document with the page

11   ending in 1651, what does that page represent?

12      A.     Checks that went out.

13      Q.     And who would the checks be sent to?

14      A.     Well, the person whose name is on it, Arthur

15   Blecker.  Let me just say something.  These are both

16   Blecker checks.  The same thing happened to both

17   checks.  So maybe they went out in the same envelope.

18   They might have had the same address.  Because that's

19   what it looks like.  It looks like the envelope went

20   missing and we had to issue new checks.

21      Q.     Okay.  The checks were issued for two

22   separate accounts though?

23      A.     Yes, they were.

24      Q.     All right.  We're done with that exhibit.

25             I'm going to show you what's been marked

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 111

```
 1   Trustee Exhibit 39.  Miss Bongiorno, do you know what

 2   the document is that's been marked as Trustee

 3   Exhibit 39?

 4        A.   It's an arbitrage portfolio management

 5   report.

 6        Q.   And what is that?

 7        A.   Well, it was a way for Bernie to make sure

 8   that the accounts were running around the range that he

 9   assumed they would be running.  I'm not very familiar

10   with this one, because I wasn't doing these arbitrages

11   at this point.  But I'll help wherever I can.

12        Q.   Have you seen an arbitrage portfolio

13   management report before today?

14        A.   I probably did back in '92, whenever these

15   started.  But I -- not for many years.

16        Q.   Let's look at the account at the top, 1B0022.

17        A.   Uh-huh.

18        Q.   Are you familiar with what initial investment

19   means?

20        A.   Yes.

21        Q.   And what is that?

22        A.   That's the initial amount that they started

23   the account with in January of this year.  Excuse me.

24        Q.   And the year of the document we're looking at

25   is what?
```

**SIPC v BLMIS-CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

---

Page 112

```
 1        A.    '92.

 2        Q.    Do you want to take a break?

 3        A.    Okay.

 4        Q.    And just -- if we can go down the line.  What

 5  does capital additions refer to?

 6        A.    Checks that he sent in.

 7        Q.    And capital withdrawals?

 8        A.    Checks that we sent him.

 9        Q.    And profits?

10        A.    He didn't have any here though.

11        Q.    Okay.  And how do you know that?

12        A.    Because it's zero, and it's blank.  So we

13  didn't send out any capital to him.

14        Q.    And profits withdrawn?

15        A.    Those would be the profits that were made in

16  the account for that period.

17        Q.    What would happen when those profits were

18  made?

19        A.    The profits withdrawn?  We would have sent

20  them to him.

21        Q.    What is expected rate of return?

22        A.    That's the rate of return that Mr. Madoff

23  told him that he can expect for that year.

24        Q.    And the line under it, expected return for

25  366 days?
```

---

**BENDISH REPORTING**
**877.404.2193**

**SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 113

1       A.   That would be his investment times the

2   22 percent.  What it would be approximately for the

3   year.

4       Q.   And over/under expected return for current

5   year?

6       A.   So he didn't make the 22 percent, he was

7   under the 22 percent.

8       Q.   And current equity, what does that refer to?

9       A.   That would be what the account value was on

10  December 31st, 1992.

11      Q.   And underneath that where it says "beginning

12  credit balance," what does that refer to?

13      A.   I guess the same thing as the top, the

14  initial investment.  Then annualized rate of return.

15  Oh, it's telling us what -- what he actually made.

16      Q.   And what did he actually make this year?

17      A.   Well, it says 20.20 percent.

18      Q.   And what does projected annualized rate of

19  return mean?

20      A.   I think that's what they expected it to be.

21  I'm not really sure.

22      Q.   Okay.

23          MS. CHAITMAN:  I'm sorry.  Where do you

24      see 20.20 percent?

25          MS. BROWN:  It's under the annualized

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**

**CONFIDENTIAL**

Page 115

1   determine that?

2        A.    Well, because Bernie is saying this is going

3   to average about 22 percent.

4        Q.    Uh-huh.

5        A.    And down here it says 20 percent, which is

6   fine.  But let's say it's at 50 percent or it's at 2

7   percent, then there might be a problem with something

8   going on either in the program or in the account

9   itself.

10        Q.    I'm going to show you what's been marked as

11   Trustee Exhibit 40.  Are you familiar with the document

12   that's been marked as Trustee Exhibit 40?

13        A.    Yes.

14        Q.    And what is that?

15        A.    This is also part of the portfolio report.

16   But in this report it just lists the capital coming in

17   and any checks in and out of the account for a given

18   period.  This is January 1st to December -- I mean, I

19   don't have a date on this, but I'm going to assume it's

20   the 31st of December because the last check I'm seeing

21   is in December.

22        Q.    Was this document generated by the AS/400?

23        A.    Yes.

24        Q.    And was the document that we looked at in

25   Trustee Exhibit 39 also generated by the AS/400?

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL          Bongiorno 7/8/2016
CONFIDENTIAL

Page 116

1          A.    Yes.

2          Q.    Who would generate these documents?

3          A.    The keypunch operator would just punch in a

4    code and they would print.

5          Q.    And was there a time of year that these --

6    the documents that we're looking at in Trustee

7    Exhibit 39 and 40 were printed?

8          A.    Well, as I said, I didn't do this particular

9    portfolio.  But I would assume monthly, because mine

10   were done monthly.  I think they were all done monthly.

11         Q.    But staying with Trustee Exhibit 40, this

12   type of a report reflects the cash movements in the

13   account?

14         A.    Yes.

15               MS. CHAITMAN:  Can you put a year on

16         this document?

17               MS. BROWN:  I don't.  But I will

18         shortly.

19   BY MS. BROWN:

20         Q.    I want to show you what's been marked as

21   Trustee Exhibit 37.  What is Trustee Exhibit 37?

22         A.    This is also a ledger sheet.

23         Q.    And a ledger sheet is a mirror image of what

24   the customer statement is except for the long and short

25   values?

**SIPC v BLMIS-CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

---

Page 117

1          A.    Exactly.

2          Q.    And what year is Trustee Exhibit 37 for?

3          A.    This is for 1992.

4          Q.    And what month?

5          A.    This is April 30, 1992.

6          Q.    Okay.  And if we compare Trustee Exhibit 37

7    with Trustee Exhibit 40 for the month of April, what --

8    do you see corresponding transactions between those

9    documents?

10          A.    On April 28th, the profit withdrawn of

11    2,606.03 on both documents.

12          Q.    I'm going to show you what's been marked as

13    Trustee Exhibit 38.  And what is Trustee Exhibit 38?

14          A.    This is also a ledger sheet.

15          Q.    What date and what account?

16          A.    For June 30, 1992, for Aaron Blecker.

17    B0022-10.

18          Q.    And do you see any corresponding transactions

19    between Trustee Exhibit 38 and Trustee Exhibit 40?

20          A.    Yes, I do.

21          Q.    And what is that?

22          A.    On June 16th, a profit withdrawn for

23    2,627.74.

24          Q.    And that transaction appears on both the

25    statement in Exhibit 38 and the report in Exhibit 40?

---

**BENDISH REPORTING**
**877.404.2193**

Page 118

1        A.    Portfolio report, yes.

2        Q.    And Exhibit 40 shows the cash movements in

3   the account for that year period?

4        A.    Yes.

5        Q.    I'm going to show you what's -- we can put

6   these exhibits back -- what's been marked as Trustee

7   Exhibit 44.

8        A.    They're sticking together.  Okay.

9        Q.    Miss Bongiorno, what is Trustee Exhibit 44?

10        A.    It's the folder for the -- account folder for

11   Aaron Blecker, revocable trust.

12        Q.    And what account number is it?

13        A.    1B0156-30-40.

14        Q.    What does the 30-40 represent?

15        A.    The 30 is a long position account; the 40 is

16   an option account.

17        Q.    If we can turn to the page ending page in

18   126.  Can you tell me what this page reflects?

19        A.    Yeah.  This is a new -- an updated

20   maintenance sheet, like the ones we saw before.

21        Q.    And how was this page generated?

22        A.    Well, it's a form.  We fill it in.  And then

23   the girls in the computer room put it into the

24   computer.

25        Q.    Uh-huh.  Does this page reflect the same type

**SIPC v BLMIS-CONFIDENTIAL**               **Bongiorno 7/8/2016**
**CONFIDENTIAL**

---

Page 130

1        Q.    Okay.  I have some specific questions.

2        A.    Okay.

3        Q.    Just staying with the manual itself, though,

4    do you know where this would have been kept at BLMIS?

5        A.    In my cabinet.  And in Frank's or Jodi's,

6    when they started really taking over what I was doing.

7        Q.    Do you know when that happened?

8        A.    I would say -- September 11th was in 2001?

9             MR. RIOPELLE:  Uh-huh.

10       A.    So I would say in about 2 -- oh, wait a

11   minute.  No, it was when I bought the house in Florida.

12   I'm very bad with dates.  I really don't remember.  It

13   was right about the time I bought the house in Florida,

14   because I was traveling a lot at that point.  And they

15   took a lot of my work off my shoulders.  So --

16       Q.    That was before 2000?

17       A.    Yes.  It was definitely before 2000.

18       Q.    Before 1990?

19       A.    I don't think it was before 1990.

20       Q.    Okay.  So this document would have been -- or

21   a similar document would have been kept in the cabinets

22   for you, Jodi and Frank.

23       A.    Uh-huh.

24       Q.    If we can turn to the page ending in 545.

25       A.    Okay.

---

Page 131

1        Q.    And at the top it describes three different

2   books.  What are those three books?

3        A.    Okay.  The check in book was a little -- like

4   a steno notebook.  And when the checks came in, they

5   posted them in this notebook and then gave them to the

6   girls to punch up from the notebook.

7              The check out book is the one we've been

8   looking at.  That was a regular-size, like letter-size

9   spiral notebook.  And the binder with the profit

10  checks, those were the ones that automatically came out

11  of the arbitrage accounts, the ones ending in 10.  That

12  was automated, so we didn't have a notebook for that.

13  That went in a binder when it came off the computer.

14       Q.    Okay.  Can you describe that binder for me,

15  what it looks like?

16       A.    It was about, I don't know, maybe -- maybe

17  18 inches long by around 12 inches -- I mean 18 inches

18  wide by about 12 inches long.  It had, like, colored

19  plastic on top and it was black, like a very flimsy

20  plastic cover on the front and the back.  It was what

21  they put all the green bars, when you file the green

22  bar computer sheets in.

23       Q.    Where was the binder with profit checks kept?

24       A.    There was a little file room.  Well, they

25  were kept there after the checks were done.  Before the

**SIPC v BLMIS-CONFIDENTIAL**              **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 132

1   checks were done, probably in Joann's office, in Jodi's

2   office, Frank's office, one of the offices.

3        Q.   But was there one binder that we're looking

4   at with the profit checks?

5        A.   At one point there was one binder.  But later

6   on there were three.  There might have been one for

7   arbitrage, one for hedges, one for option accounts.

8   Because at -- you know, the way the accounts were

9   divided, when the option accounts started, the

10  arbitrage slacked off until they were done.  So, you

11  know, at one point it might have been in Joann's

12  office; another point it might have been in Frank's

13  office.

14       Q.   Okay.  And in this binder with the green

15  bars; right?

16       A.   Uh-huh.

17       Q.   The binder had green bar sheets in it?

18       A.   Uh-huh.

19       Q.   What information was on the green bar sheets?

20       A.   The account -- well, the date, the account

21  number, the account name, the profit check for -- which

22  stock the profit check was for, the amount of the

23  check, and that's it.

24            And then on the day the girls might have made

25  some extra notes on the sheet by hand.  But that was

Page 133

1  all generated by the computer.  It was on a sheet

2  similar to that one.  You know, those are green bar

3  sheets.

4       Q.   Are you referring to this?

5       A.   Yes.

6       Q.   So the witness is referring to Trustee

7  Exhibit 38, which is the June 1992 sheet for account

8  1B0022.

9            So can you tell me again when you say that

10 it's like this, what do you mean?

11      A.   Well, this is what I call the green bar

12 sheet.  It was white -- a white line, a green line.

13 They call them green bars, and they come off the

14 computer.

15      Q.   It was printed from the AS/400?

16      A.   Yes.  On that type of sheet.

17      Q.   And it was printed on colored paper?

18      A.   No.  It was white -- a white line, a green

19 line.  Yeah.

20      Q.   How often were the green bars printed?

21      A.   Whenever a trade -- green bars are printed

22 all the time, all day long.  So what -- which green

23 bars are you talking about?

24      Q.   For the documents that go in the binder with

25 the profit checks, how often would those sheets be

**SIPC v BLMIS—CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 134

1   printed?

2        A.   Whenever the trade was done that created a

3   profit.

4        Q.   Okay.  And who would print those sheets?

5        A.   One of the girls in the computer room,

6   Alethea Mui, Dorothy Kahn.

7        Q.   And who would request the girls in the

8   computer room print those sheets?

9        A.   They came out automatically.  They didn't

10   need to be requested.  They came out with the work.

11        Q.   And they were printed when the deal was done?

12        A.   Yeah.  Because first we would give them the

13   tickets and the tickets would all go in.  The trades

14   would be put into the computer.  And then the trades

15   would come out.  The confirms, the memos, anything that

16   was associated with the trade.

17             And then after those were printed, then it

18   would all print out on green bars.  At month end they'd

19   do the statements.  And then the green bars for the

20   statements -- or we call them ledger sheets -- so they

21   came out almost after you printed everything.  We got

22   sheets on -- to review everything.

23        Q.   Okay.  So going down the page on 545, what

24   is -- do you see the notation for check codes?

25        A.   Yes.

**SIPC v BLMIS-CONFIDENTIAL**                    **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 135

1        Q.    What does check codes refer to?

2        A.    The PW, the CW.

3        Q.    And if you can just review the description

4    that it has for PW.

5        A.    Okay.

6        Q.    When it says, "Check that comes from setups

7    and binder are 10 account and always PW," what does

8    that mean?

9        A.    Well, the 10 accounts are the arbitrage

10   accounts, and those are always profits withdrawn.  If

11   they say PW, they're always profit withdrawn.

12       Q.    If they say PW where?

13       A.    On that sheet.  Or -- yeah, the sheet that

14   comes out that lists the profits that are going to be

15   due on a specific date for the clients, it says PW on

16   those sheets, like the one you showed me that we write

17   up.  Some of them we write up.  We write them up, and

18   we have to do it manually because there was a problem

19   with the check.

20              It's hard to explain.  But it originally,

21   after the trades are done, we would get a ledger sheet

22   out that showed all the profits and the day that they

23   were due.

24       Q.    Okay.  And that was a document that was

25   generated by the AS/400.

SIPC v BLMIS-CONFIDENTIAL                 Bongiorno 7/8/2016
                      CONFIDENTIAL

Page 136

1        A.    That's right.

2        Q.    And when you got that document that showed

3   you all the profits that were due, what would you do

4   with that document?

5        A.    Put it in date order and then wait until the

6   trade was completely done and then give it to the girls

7   to do the checks on it.

8        Q.    Okay.  And what role -- or when did the

9   spiral notebook come into that process?  Or where does

10  it fit into it?

11       A.    Well, the spiral notebook was used before we

12  were automated for a profit withdrawn.  But it was used

13  up until the end for any -- any capital withdrawals and

14  any profit withdrawals that didn't go through the

15  regular process.  Or like in one of the cases we looked

16  at, where they issued a cancel and then a rebill on the

17  check, that we have to do manually.  So that's when we

18  would use that spiral notebook.

19       Q.    So the entries that we see in the spiral

20  notebook would generally -- would be manual.

21       A.    Right.  And before we were automated

22  everything was manual, so we always used that notebook.

23       Q.    Okay.  So going back to this on page 545,

24  where it says, "on description type check stock name,"

25  where would -- what does that mean?

**SIPC v BLMIS-CONFIDENTIAL**          **Bongiorno 7/8/2016**
**CONFIDENTIAL**

---

Page 193

1        A.    That is correct.

2        Q.    Okay.  And you testified that, to your

3   knowledge, Mr. Madoff did not require a writing from

4   the customer requesting the profit withdrawals at the

5   opening of the account?

6        A.    To my knowledge, no one put that in writing.

7   It was a verbal agreement.

8        Q.    Okay.  Now, if Mr. Madoff testified to the

9   contrary, that is that in fact he required a writing at

10  the inception of the account from the customer --

11       A.    What's --

12       Q.    -- would you -- is it your -- would you say

13  that he was lying or that you just didn't understand?

14       A.    Mr. Madoff lie?

15            MS. BROWN:  Objection.

16            THE REPORTER:  I'm sorry --

17            MS. BROWN:  I said objection.  She

18       said --

19            THE WITNESS:  Never mind.

20       A.    If he said -- you're asking -- the question

21  is that if he said they had to put it in writing, would

22  I call him a liar?

23       Q.    Yes.

24       A.    I don't think I'd call him a liar.  But

25  that's not the way I understand it, and that's not the

---