**SIPC v BLMIS**                                    **Sala 5/19/2016**

**CONFIDENTIAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                        Adv.Pro.No.
                                    08-01789(SMB)
          Plaintiff,
                                    SIPA Liquidation
     v.
                                    (Substantially
BERNARD L. MADOFF INVESTMENT         Consolidated)
SECURITIES, LLC,

          Defendant.        CONFIDENTIAL

------------------------------x

In Re:

BERNARD L. MADOFF,

          Debtor.

------------------------------x


     Videotaped Deposition of JO ANN SALA as
reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the home
of JO ANN SALA, Redacted                   ,
Redacted      , on Thursday, May 19, 2016, commencing
at 10:05 a.m.

**BENDISH REPORTING**
**877.404.2193**

**SIPC v BLMIS**                                    **Sala 5/19/2016**

## CONFIDENTIAL

1      Q.      So, I understand that you worked

2    in the -- with the convertible arbitrage

3    strategy.  As part of your work, did you

4    interact with BLMIS customers?

5      A.      Yes.

6      Q.      And how did you interact with

7    them?  Did you do that over the phone?

8      A.      Yes.  Mostly over the phone.

9      Q.      And did BLMIS customers write to

10   you?

11     A.      Yes.

12     Q.      And what was the subject matter,

13   in a general sense, of what the BLMIS customers

14   contacted you about?

15     A.      Their profits, when their check

16   was coming, if they were going to send more

17   money or they needed more money than the profit.

18     Q.      And to your knowledge, when

19   profits were sent to a customer, were they sent

20   by check?

21     A.      Yes.  Some of them were wired.

22     Q.      Some of the profits were sent by

23   wire transfer?

24     A.      Yeah.  Most of them were by check.

25     Q.      Ms. Sala, can you describe the

**SIPC v BLMIS**                    **Sala 5/19/2016**

## CONFIDENTIAL

```
 1   process at BLMIS when a customer opened an
 2   account with BLMIS?
 3       A.    They would send the check.  We
 4   would open the account and invest that initial
 5   money into stock, and that's it.
 6       Q.    And when you say "we," can you
 7   tell me who you're referring to?
 8       A.    Well, I had to get the okay from
 9   Bernie or Annette to open the account for
10   someone.  It wasn't -- they didn't open it for
11   anybody.
12       Q.    Bernie, I should say, not Annette.
13   You had to talk to him to open an account.
14       Q.    And how often on a weekly basis
15   did you interact with Bernard Madoff during your
16   employment?
17       A.    In the beginning, when we were on
18   Wall Street, everybody was on one floor and I
19   spoke to him more because I used to do like
20   telexes for him, checkbook and stuff.  But then
21   once we moved we were on different floors.  I
22   didn't talk to him much at all.
23       Q.    And in the beginning when you
24   testified you were on the same floor, did you
25   speak with him about customer accounts or other
```

**SIPC v BLMIS**                                    **Sala 5/19/2016**

## CONFIDENTIAL

Page 36

1   customer account?

2          A.     I didn't, no.

3          Q.     Do you know who did fill out forms

4   when an account was opened?

5          A.     No.

6          Q.     Are you aware that forms were

7   filled out when an account was opened?

8          A.     No.

9          Q.     And how did BLMIS keep track of

10  the customer accounts when you began working

11  with customer accounts in 1984?

12         A.     Everything was handwritten in

13  binders.

14         Q.     To your knowledge were -- did

15  customers write to BLMIS with requests relating

16  to their accounts?

17         A.     Yes.

18         Q.     And where were those written --

19  where was that written correspondence

20  maintained?

21         A.     In their files.

22         Q.     And what would a customer file

23  consist of?

24         A.     Things such as a capital

25  withdrawal, or if they were going to change the

SIPC v BLMIS                                    Sala 5/19/2016

CONFIDENTIAL

1   name on an account, it all had to be in writing.

2        Q.      And all of the customer

3   correspondence that you've referenced, was that

4   maintained in a folder?

5        A.      Yes.

6        Q.      And where were the folders

7   maintained at BLMIS?

8        A.      In the file cabinet in my office.

9        Q.      And your office was located -- in

10  the time period in which BLMIS was located at

11  53rd Street, your office was located on the 17th

12  floor?

13       A.      I was just thinking about

14  something, I'm sorry.  I was trying to remember

15  what those files were in the back and what I

16  would do with a letter.  You know, I can't be

17  sure.  I can't be sure.

18       Q.      When mail was sent to BLMIS, where

19  did it go?

20       A.      If it was requesting money, it

21  came up to Annette's office, and she gave it to

22  whoever it pertained to.

23       Q.      When you received a customer

24  request related to an account that you worked

25  with, what did you do after you reviewed the

**SIPC v BLMIS**                                    **Sala 5/19/2016**

**CONFIDENTIAL**

```
 1        A.      No, that's fine.

 2                (Trustee Exhibit 23 marked for

 3    identification.)

 4        Q.      Ms. Sala, I'm showing you a

 5    document that's been marked Trustee Exhibit 3 --

 6    Exhibit 23, I'm sorry, which is bearing the

 7    Bates label beginning with AMF00162329.

 8                Ms. Sala, if you could just take a

 9    moment to review this document.  Let me know

10    when you're ready.

11        A.      I'm ready.

12        Q.      So, Ms. Sala, I'd like to just

13    start with the very first page of the document

14    ending in AMF00162329.

15                Ms. Sala, does this look like the

16    type of folder that you referred to earlier?

17        A.      Yes.

18        Q.      And does this appear to you to be

19    a customer file maintained by BLMIS?

20        A.      Yes.

21        Q.      And does this appear to be the

22    type of file where BLMIS stored correspondence

23    from customers?

24        A.      Yes.

25        Q.      The very first page of the
```

SIPC v BLMIS                                      Sala 5/19/2016

**CONFIDENTIAL**

Page 62

1    document has what appears to be a manila folder

2    bearing the numbers 1C1047 and the name of Hanoh

3    Charat.  To your knowledge is 1C1047 a BLMIS

4    account number?

5         A.    Yes.

6         Q.    And is Hanoh Charat a BLMIS

7    customer?

8         A.    Yes.

9         Q.    Do you know Hanoh Charat?

10        A.    No.

11        Q.    Do you recall ever dealing with

12   Hanoh Charat by phone or by correspondence?

13        A.    No.

14        Q.    I'd like to turn to the second

15   page of the document that's marked AMF00162330.

16              Ms. Sala, what does the top of the

17   document say?

18        A.    Name/address file maintenance.

19        Q.    And do you know what that refers

20   to?

21        A.    Just all their information.

22        Q.    And is this a form of BLMIS's that

23   you've seen before?

24        A.    Yes.

25        Q.    What was that -- this form used

SIPC v BLMIS                              Sala 5/19/2016

**CONFIDENTIAL**

Page 63

1   for at BLMIS?

2          A.      When they opened an account, to

3   see if it was, you know, for their name and

4   address, their account number and if they were

5   going to receive profits.

6          Q.      Okay, so let's just take that one

7   by one.

8                  At the top of the document it says

9   account number 1C1047-10, correct?

10         A.      Right.

11         Q.      And the dash 10 are the

12  sub-accounts that you testified about earlier?

13         A.      Yes.

14         Q.      And these are the types of

15  accounts that you worked with?

16         A.      Yes.

17         Q.      Turning to line 1 it says "Hanoh

18  Charat," which is the customer name that

19  appeared on the front page of the folder,

20  correct?

21         A.      Right, yes.

22         Q.      And it has an address listed below

23  that, correct?

24         A.      Yes.

25         Q.      And then turning to the bottom of

**CONFIDENTIAL**

1          A.      Okay.

2          Q.      Trustee Exhibit 33 is a document

3     bearing the Bates number MF00456555 and is dated

4     September 1990 -- September 30th, 1992, Doris

5     Zimmeth, account 1-Z0009-1-0.

6                  Ms. Sala, do you recognize this

7     document?

8          A.      Yes.

9          Q.      And what is this document?

10         A.      A statement.

11         Q.      A statement for Doris Zimmeth?

12         A.      Yes.

13         Q.      I'd like to direct your attention

14    to a transaction on September 22nd.   The

15    transaction description reads "check Staples,

16    PW, $173.92."  Do you see that?

17         A.      Yes.

18         Q.      What does that transaction

19    represent to you?

20         A.      Profit that she made on Staples.

21         Q.      And to your knowledge a check

22    would have been sent to Doris Zimmeth in the

23    amount of $173.92, correct?

24         A.      Yes.  Yes.

25         Q.      Turning to Trustee Exhibit 34,

SIPC v BLMIS                                    Sala 5/19/2016

**CONFIDENTIAL**

Page 98

1   which is the next page I've placed before you,

2   that is a document bearing the Bates number

3   MF00545146, has the title "Arbitrage Portfolio

4   Transactions."

5            Ms. Sala, are you familiar with

6   this document?

7       A.    No.

8       Q.    Have you ever seen this type of

9   document?

10      A.    No.

11           You know what, I think at the end

12  of the year we used to run this program.  I

13  really -- I'm not sure, so I don't want to say

14  anything about it.  I can't remember.

15      Q.    Okay.  Do you know if this

16  document was generated by a computer at BLMIS?

17      A.    Yes.

18      Q.    And if I can direct your attention

19  to the third account listed on the page,

20  1-Z00091, Doris Zimmeth?

21      A.    Right.

22      Q.    Is that a BLMIS account customer

23  to your knowledge?

24      A.    Yes.

25      Q.    Looking at the transactions listed

SIPC v BLMIS                                     Sala 5/19/2016

## CONFIDENTIAL

Page 117

1        Q.      That's okay.  So that amount that

2    you just read, that does not relate to "check

3    Pep Boys"?

4        A.      No, no.  The Pep Boys check is

5    the...

6        Q.      If I could direct your attention

7    to the bottom part of Trustee Exhibit 37, when

8    we were discussing the Pep Boys trade, in the

9    column that is entitled "Difference," what do

10   you see there relating to Pep Boys?

11       A.      $2,627.74.

12       Q.      And does that amount correspond to

13   the profit withdrawal transaction --

14       A.      Yes, it does.

15       Q.      -- on Trustee's Exhibit 38?

16       A.      Yes.

17       Q.      And to your knowledge the profit

18   withdrawal transaction on Trustee Exhibit 38

19   corresponds to a check to the customer in the

20   same amount?

21       A.      Yes.

22       Q.      You can put that down.

23               I want to show you what's been

24   marked as Trustee Exhibit 39 which, for the

25   record, bears the Bates number MF00545005.  I'm

**SIPC v BLMIS**                                          **Sala 5/19/2016**

**CONFIDENTIAL**

Page 118

1  sorry.  I read the wrong number.  Let me correct

2  that.

3           Trustee Exhibit's 39 bears the

4  Bates number MF00544732.

5           Ms. Sala, can you identify this

6  document?

7      A.    It's a statement.  No, this is --

8  no, this is not a statement.  This is a

9  portfolio management that we do at the end of

10 the year.

11     Q.    And what's the title of this

12 document?

13     A.    "Arbitrage Portfolio Management

14 Report as of 12/31/92."

15     Q.    And are you familiar with this

16 document through your work at the end of the

17 year?

18     A.    Yes.

19     Q.    And do you see at the top left

20 corner of this document, what account number do

21 you see?

22     A.    1-B0022-1.

23     Q.    Whose account is that?

24     A.    Aaron Blecker.

25     Q.    And is that the account we were

SIPC v BLMIS                                    Sala 5/19/2016

**CONFIDENTIAL**

Page 119

1    just discussing in Trustee's Exhibit 38, 37 and

2    36?

3           A.     Yes.

4           Q.     And in Trustee Exhibit 38 we

5    identified a profit withdrawal transaction to

6    Mr. Blecker, correct?

7           A.     Yes.

8           Q.     And turning back to Trustee

9    Exhibit 39, can you tell me what initial

10   investment means for Aaron Blecker, account

11   number 1-B0022-1.

12          A.     That's the money he started out

13   with.

14          Q.     And how much did he start out

15   with?

16          A.     $104,014.84.

17          Q.     And under the -- the next line

18   down, can you read that for me?

19          A.     Capital additions, he added

20   $100,000 to his account.

21          Q.     And the next line, what does that

22   read?

23          A.     Capital withdrawals, nothing.

24          Q.     And the reason why you know he had

25   a nothing is because that amount is blank on the

**CONFIDENTIAL**

1    right side of the page?

2          A.       Exactly, yes.

3          Q.       Can you read for me the next line

4    underneath that.

5          A.       The profits withdrawn was

6    16,858.40.

7          Q.       Okay.  And to your knowledge that

8    amount represents the amount withdrawn by Aaron

9    Blecker in the year of 1992?

10         A.       Yes.

11         Q.       And that amount relates to profits

12   relating to the convertible arbitrage strategy?

13         A.       Yes, yes.  Only profits.

14         Q.       And that amount comprises the

15   total amount of checks sent to Aaron Blecker

16   relating to profits in his account 1-B0022 for

17   the year 1992?

18         A.       Yes.

19                  MS. CHAITMAN:  Objection to form.

20         Q.       You can answer.

21         A.       Yes.

22         Q.       I'm going to show you what's been

23   marked as Trustee Exhibit 40, which bears the

24   Bates number MF00545005.

25                  Ms. Sala, do you recognize this

**SIPC v BLMIS**                                    **Sala 5/19/2016**

## CONFIDENTIAL

Page 122

1   identification.)

2       Q.      I'm placing before you what's been

3   marked Trustee Exhibit 41, which bears the Bates

4   number MF00483468.

5           Ms. Sala, can you identify this

6   document?

7       A.      It's a statement for Aaron

8   Blecker.

9       Q.      And what is the account number

10  associated with it?

11      A.      1-00254-1-0.

12      Q.      And that appears to be an older

13  account number?

14      A.      Yes, it is.

15      Q.      Before they switched to an

16  alphanumeric system?

17      A.      Yes.

18      Q.      The account number that's on the

19  top of the page, 1-00254-1-0, is that an

20  arbitrage account?

21      A.      Yes, it is.

22      Q.      I'd like to direct your attention

23  to two transactions.  The first one is on June

24  17th to check Health South, PW, in the amount of

25  $3,230.02.  Do you see that transaction?

**SIPC v BLMIS**                                    **Sala 5/19/2016**

## CONFIDENTIAL

Page 123

1        A.      June?

2        Q.      I'm sorry, July.

3                MS. CHAITMAN:  I believe that's

4    July.

5        Q.      I'm sorry, I misspoke.  July.

6                I have a ruler, if it's easier for

7    you to see.

8        A.      No, that's okay.  I didn't see

9    June on here.

10       Q.      I misspoke.  It's July.  I

11   apologize.

12       A.      Okay.

13       Q.      So I was asking about the

14   transaction on July 17th with a description of

15   "check Health South"--

16       A.      Yes.

17       Q.      -- for an amount of $3,230.02.

18       A.      Yes.

19       Q.      Do you see that transaction?

20       A.      Yes, I do.

21       Q.      And what does that transaction

22   reflect to you?

23       A.      The profit that Aaron Blecker made

24   on Health South.

25       Q.      Okay.  I'd like to go back to

SIPC v BLMIS                                      Sala 5/19/2016

CONFIDENTIAL

Page 124

1    Trustee Exhibit 22, I'm going to place before

2    you now.  And if you could turn to the page that

3    ends in the Bates number 1651.  If you can place

4    Trustee's Exhibit 41 and Trustee's Exhibit 22

5    side by side.

6            A.    Um-hum.

7            Q.    Do you have Trustee's Exhibit 22,

8    the page that ends in 1651?

9            A.    Yes.

10           Q.    Do you see any entries on

11   Trustee's Exhibit 22 in the page ending in 1651

12   relating to Aaron Blecker?

13           A.    Yes.

14           Q.    Can you identify what that

15   transaction is?

16           A.    A profit withdrawal of $12,364.06

17   and a profit of $3,230.02.

18           Q.    Okay.  Sticking with the --

19           A.    Oh, I'm sorry.  That's Arthur.

20           Q.    Okay.

21           A.    Arthur, the first one.  It's just

22   $3,230.02, profit withdrawal.

23           Q.    And that relates to Aaron Blecker,

24   correct?

25           A.    Yes, um-hum.

SIPC v BLMIS                                     Sala 5/19/2016

**CONFIDENTIAL**

Page 125

1          Q.      And the account number that's

2     listed on the spiral notebook ending in page

3     1651 of Trustee Exhibit 22, which account number

4     is associated with Aaron Blecker?

5          A.      The 100254-1-0, the older number.

6          Q.      And that's the same account number

7     that's reflected in Trustee Exhibit 41?

8          A.      Yes.

9          Q.      And based on your comparison of

10    Trustee Exhibit 22 and Trustee Exhibit 41, do

11    these transactions for Mr. Aaron Blecker match?

12         A.      Yes, they do.

13         Q.      In keeping with Trustee's Exhibit

14    22, with page number ending in 1651, what is

15    this document?

16         A.      It's the check-out book.

17         Q.      And the check-out book reflects

18    checks, check payments that were made to

19    customers, correct?

20         A.      Yes.

21         Q.      And the customer that received the

22    check in the check-out book is listed by name,

23    correct?

24         A.      Yes.

25         Q.      And in this instance Aaron

**CONFIDENTIAL**

1   Blecker's name is listed in the check-out book,

2   correct?

3          A.     Yes.

4          Q.     And that indicates that he

5   received a check of $3,230.02 relating to

6   profits in Health South, correct?

7          A.     Yes.

8          Q.     And that transaction is also

9   reflected on his customer statement of July

10  31st, 1992?

11         A.     Yes, it is.

12         Q.     Ms. Sala, we are done with Exhibit

13  41.  I'm going to ask you to keep Trustee's

14  Exhibit 22, because I'm going to refer to it a

15  couple more times.

16         A.     Okay.

17                (Trustee Exhibit 42 marked for

18  identification.)

19         Q.     I'm placing before you what's been

20  marked as Trustee Exhibit 42.  Can you take a

21  minute to review the document.

22         A.     (Witness complies.)

23         Q.     What does this document appear to

24  be?

25         A.     It's a folder for Arthur and Sofie

**SIPC v BLMIS**                                          **Sala 5/19/2016**

**CONFIDENTIAL**

---

Page 131

1           Q.      And how many S's do you see listed

2      on the bottom half of the page ending in 423?

3           A.      Three.

4           Q.      Is there an "S" under profits?

5           A.      Yes.

6           Q.      Is there an "S" under dividends?

7           A.      Yes.

8           Q.      And is there an "S" under

9      interest?

10          A.      Yes.

11          Q.      And based on your work at BLMIS,

12     does this indicate to you that this was an

13     account that received its profits?

14          A.      Yes.

15          Q.      And this account, would it receive

16     its profits automatically without written

17     instruction from the customer?

18          A.      Yes.

19          Q.      I'd like to mark -- you can put

20     that exhibit away Ms. Sala, thank you.

21                  I'd like to mark...

22                  (Trustee Exhibit 43 marked for

23     identification.)

24          Q.      I've placed before you what's been

25     marked as Trustee Exhibit 42, which -- 43, thank

---

SIPC v BLMIS                                    Sala 5/19/2016

CONFIDENTIAL

Page 132

1    you, sorry.  Trustee Exhibit 43, which bears the

2    Bates number MF00483413.

3             Ms. Sala, do you recognize this

4    document?

5        A.    Yes.  It's a statement for Arthur

6    and Sofie Blecker, account number 100215-1-0 for

7    July 1991.

8        Q.    And the account number of

9    100215-1-0 is a convertible arbitrage account?

10       A.    Yes.

11       Q.    And that's an older account

12   number?

13       A.    Yes, it is.

14       Q.    And if I could direct your

15   attention about halfway down the page to a

16   transaction on July 11th, do you see a

17   transaction with a description of "check Health

18   South"?

19       A.    Yes.

20       Q.    PW.  And what is the amount of

21   that transaction?

22       A.    $12,364.06.

23       Q.    Okay.  Ms. Sala, if I could turn

24   your attention to Trustee's Exhibit 22, which is

25   the exhibit that is to your left.  And if I

SIPC v BLMIS                              Sala 5/19/2016

CONFIDENTIAL

Page 133

1    could direct your attention to the page ending

2    in 1651, looking at the page Trustee Exhibit 22,

3    ending in 1651, do you see any transactions that

4    relate to Arthur Blecker?

5            A.    Yes.

6            Q.    And what is the transaction on

7    Trustee Exhibit 22 that relates to Arthur

8    Blecker?

9            A.    A capital withdrawal for

10   $12,364.06.

11           Q.    And you're looking at Trustee

12   Exhibit 22 right now, correct?

13           A.    Yes.

14           Q.    And Trustee exhibit -- next to the

15   amount of $12,364.06, right to the left of that,

16   what are the two letters that are listed there?

17           A.    PW.  That's a profit withdrawal.

18           Q.    Not a capital withdrawal, correct?

19           A.    Right.

20           Q.    Okay.  And to the left of that,

21   what is the account number that we see listed

22   next to Arthur Blecker's name?

23           A.    100215-10.

24           Q.    And if I could direct your

25   attention back to Trustee Exhibit 43, do you see

SIPC v BLMIS                                    Sala 5/19/2016

**CONFIDENTIAL**

Page 134

1    a corresponding transaction for Mr. Arthur

2    Blecker in the amount of $12,364.06?

3         A.    Yes.

4         Q.    And keeping with Exhibit 43, to

5    your knowledge does that amount represent a

6    payment of profits to Arthur Blecker relating to

7    securities in Health South?

8         A.    Yes.

9         Q.    And turning back to Trustee's

10   Exhibit 22, the entry relating to Arthur

11   Blecker, if you could once again state for the

12   record what this page of the document -- what

13   book this document is contained in?

14        A.    The check-out book.

15        Q.    And the check-out book refers

16   to -- contains listings of check payments that

17   were made to customers?

18        A.    Yes.

19        Q.    And in this case the check payment

20   was made to Arthur Blecker, whose name is listed

21   on the page ending in 1651?

22        A.    Yes.

23        Q.    And that transaction is a PW

24   transaction?

25        A.    Yes, it is.

**SIPC v BLMIS**                                        **Sala 5/19/2016**

## CONFIDENTIAL

Page 135

1          Q.      I'd like to continue with Trustee

2    Exhibit 43, and direct your attention to a

3    transaction on July 22nd, 1991 in the account of

4    Arthur Blecker, account number 100215-1-0.

5                  Do you see a profit withdrawal

6    transaction relating to "check Liberty

7    National"?

8          A.      Yes.

9          Q.      And what amount is that profit

10   withdrawal transaction?

11         A.      $1,375.28.

12         Q.      And to your knowledge does the

13   transaction on July 22nd relating to check

14   Liberty National reflect a payment of profits to

15   the account holder?

16         A.      Yes.

17         Q.      Is that payment in the amount of

18   $1,375.20 -- 28 cents?

19         A.      Yes.

20         Q.      To your knowledge was any check

21   ever sent in that amount to Liberty National

22   directly?

23                 MS. CHAITMAN:  Objection as to

24   form.

25         A.      No.

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                    Sala 5/19/2016

CONFIDENTIAL

Page 136

1          Q.     Turning to Trustee Exhibit 22

2     again.  If I may direct your attention to the

3     page ending in 1655.

4                 Sticking with Trustee Exhibit 22

5     and the page ending in 1655, what is this -- can

6     you tell us again what this document reflects?

7          A.     This is profits going out for

8     Liberty National Bancorp.

9          Q.     Okay.  And the amounts listed on

10    this page in the second column, the page ending

11    in 1655, those amounts reflect payments to the

12    customers that are listed in the third column?

13         A.     Yes.  That's the profit that they

14    made on Liberty National.

15         Q.     And to your knowledge those

16    profits were sent to the customers?

17         A.     Yes.

18         Q.     Can I please direct your

19    attention, if you look on the left-hand column,

20    quarter of the way down the page there is a

21    notation on the far left of 215?

22         A.     Yes.

23         Q.     Do you see that?  What is the

24    amount in the second column?

25         A.     $1,375.28.

SIPC v BLMIS                                    Sala 5/19/2016

**CONFIDENTIAL**

Page 137

 1        Q.      And who is the customer in the

 2   third column associated with that transaction?

 3        A.      Arthur Blecker.

 4        Q.      If we can turn back to Trustee's

 5   exhibit -- sorry.  Let's stay with Trustee

 6   Exhibit 22, with the page ending in 1655.

 7               To your knowledge this is a page

 8   that was contained in the check-out book?

 9        A.      Yes.

10        Q.      And the check-out book contains

11   notations reflecting check payments made to

12   customers?

13        A.      Yes.

14        Q.      Turning to Trustee Exhibit 43, do

15   you see a corresponding transaction in Arthur

16   Blecker's customer statement dated July 1991 in

17   the amount that you saw in the check-out book on

18   the page ending in 1655?

19        A.      Yes, I do.

20        Q.      And on Trustee's Exhibit 43 what

21   is the profit withdrawal transaction amount that

22   corresponds to the check-out book?

23        A.      $1,375 -- yes, I'm sorry,

24   $1,375.28.

25        Q.      And does the customer statement in

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS                                    Sala 5/19/2016

CONFIDENTIAL

1    Trustee Exhibit 43 and the check-out book of

2    Trustee Exhibit 22 reflect that a payment was

3    made relating to profits in Liberty National to

4    Arthur Blecker?

5         A.    Yes.

6         Q.    Turning back to Trustee's Exhibit

7    22, the page ending in 1655, there's a list of

8    account names and amounts, and based on -- to

9    your knowledge are these the customers that

10   received the amounts in the second column for

11   securities -- purported securities trading in

12   Liberty National Bancorp?

13        A.    Yes.

14        Q.    And the amounts reflect the

15   profits generated by the purported trading in

16   Liberty National Bancorp?

17        A.    Yes.

18        Q.    And the amounts in the second

19   column were sent to the customers listed in the

20   third column?

21             MS. CHAITMAN:  Objection to form.

22        Q.    You can answer.

23        A.    Yes.

24        Q.    I'm going to ask you to keep

25   Trustee's Exhibit 22.  We are done with

SIPC v BLMIS                                    Sala 5/19/2016
CONFIDENTIAL

Page 139

1    Trustee's Exhibit 43.

2                (Trustee Exhibit 44 marked for

3    identification)

4         Q.    Ms. Sala, I'm placing before you

5    what's been marked as Trustee Exhibit 44, which

6    bears the Bates number AMF00154125 through

7    AMF00154157.

8                Ms. Sala, this document is quite

9    long, but my questions are going to be focused

10   on the first and second pages of this document.

11               So, starting with the first page

12   of the exhibit, Trustee Exhibit 44 ending in the

13   page number 125, do you recognize this document?

14        A.    Yes.  It's a maintenance folder

15   for Aaron Blecker.

16        Q.    And what account number is

17   associated with this maintenance folder?

18        A.    1B0156-30/40.

19        Q.    And the dash 30/40, those are not

20   convertible arbitrage accounts?

21        A.    No.

22        Q.    Turning to the second page of

23   Trustee Exhibit 44, ending in 126 -- you can

24   bend it if that's easier, or take the clip off.

25               So Trustee Exhibit 44, page ending

**SIPC v BLMIS**                                                    **Sala 5/19/2016**
**CONFIDENTIAL**

---

Page 151

1          Q.      What do you mean?

2          A.      I mean the profit went out after

3    the account was closed.  That's what it looks

4    like.

5          Q.      What are you basing that on?

6          A.      The dates.

7          Q.      Okay.  Can you explain that.

8          A.      Well, on the 21st -- well, not

9    really.  On the 21st they sent out the remaining

10   balance of his account.  And then the profit,

11   because it wasn't ready at that time, two days

12   later the profit went out on the Centocor.

13         Q.      Okay.  And are those two

14   transactions, taken together, consistent with

15   what the customer requested in his letter of

16   April 1996?

17         A.      Yes, it is.

18         Q.      We're done with that exhibit, Ms.

19   Sala.

20         A.      Okay.

21                 (Trustee Exhibit 48 marked for

22   identification.)

23         Q.      I've placed before you what's been

24   marked as Trustee Exhibit 48, which has the

25   Bates number of MF00483416.

---

**CONFIDENTIAL**

Page 152

1               Ms. Sala, can you identify this

2    document?

3          A.    It's a statement for CAB Trust for

4    July 31st, '91, account number 1-00218-10.

5          Q.    And the account number of

6    1-00218-10, that's an arbitrage account,

7    correct?

8          A.    Yes.

9          Q.    That's an account that you dealt

10   with during your employment at BLMIS?

11         A.    Yes, it is.

12         Q.    I'd like to direct your attention

13   to the bottom of Trustee Exhibit 48, with a

14   transaction on July 22nd.  Do you see a profit

15   withdrawal transaction on that date?

16         A.    Yes.

17         Q.    And what is that transaction?

18         A.    $355.59.

19         Q.    And what security does that

20   transaction relate to?

21         A.    Liberty National.

22         Q.    And to your knowledge does this

23   transaction on July 22nd reflect a payment of

24   profits from purported trading in Liberty

25   National?

**SIPC v BLMIS**                                    **Sala 5/19/2016**

**CONFIDENTIAL**

---

Page 153

1        A.      Yes.

2        Q.      And was that payment of -- excuse

3   me.  Was the transaction of July 22nd a payment

4   to the customer in the amount of $355.59?

5        A.      Yes.

6        Q.      I'd like to turn back to Trustee

7   Exhibit 22, to the page ending in 1655,

8   HWN00001655.

9               Ms. Sala, I know you testified

10  previously, but could you tell us again what

11  this page reflects.

12       A.      The check-out book, the checks for

13  profits or capital withdrawals, whatever, that

14  go out on a certain date.

15       Q.      And the page that you're looking

16  at which ends in 1655, do you see any entries

17  relating to CAB Trust or Joel A. Blum?

18       A.      Yes.

19       Q.      And what is that entry?

20       A.      Account number 1-00218-10 in the

21  amount of $355.59 to CAB.

22       Q.      And that amount that you just read

23  for us reflects a profit in Liberty National

24  Bancorp?

25       A.      Yes.

---

SIPC v BLMIS                                    Sala 5/19/2016

CONFIDENTIAL

Page 154

1        Q.      And the amount listed on Trustee

2   Exhibit 22 on page number 1655 reflects a

3   payment to CAB 1st in the amount of $355.29,

4   correct?

5        A.      Right.  59 cents, right.

6        Q.      So turning to Trustee Exhibit 48,

7   do you see a corresponding transaction to that

8   customer account holder in that amount relating

9   to Liberty National Bancorp on the customer

10  statement dated July 31st, 1991?

11       A.      Yes, I do.

12       Q.      And do those transactions match

13  exactly?

14       A.      Yes, they do.

15       Q.      Based on your review of these two

16  documents, do you believe that the transaction

17  of $355.59 was a payment made to CAB 1st of his

18  profits relating to Liberty National Bancorp?

19       A.      Yes.

20       Q.      Sticking with the Trustee Exhibit

21  22, looking at the page that you have open,

22  1655, you testified that this page is part of a

23  document reflecting checks out, correct?

24       A.      Yes.

25       Q.      And the transactions that are

**SIPC v BLMIS**                                  **Sala 5/19/2016**

## CONFIDENTIAL

Page 155

1    reflected on this page do not represent checks

2    to companies to purchase securities; is that

3    correct?

4          A.     Yes.

5          Q.     Those transactions that are listed

6    on page 1655 reflect payments to customers; is

7    that correct?

8          A.     Yes.

9          Q.     We're done with both Exhibit 48,

10   and if you could keep Exhibit 22 for now,

11   though, that would be great.

12         A.     Okay.

13                (Trustee Exhibit 49 marked for

14   identification.)

15         Q.     Ms. Sala, I've placed before you

16   what's been marked as Trustee Exhibit 49, which

17   bears the Bates number MADTSS00336514, and ends

18   in Bates number MADTSS00336578.

19                Ms. Sala, this document's quite

20   long, but let me ask you at the outset, based on

21   the cover page, is this a document you're

22   familiar with?

23         A.     No.

24         Q.     Have you ever seen this document?

25         A.     No.

**SIPC v BLMIS**                                    **Sala 5/19/2016**

## CONFIDENTIAL

1        Q.      The document is entitled "Madoff

2    Investment Securities House 17 Manual."   Were

3    you aware that -- sorry, let me back up.

4                What does House 17 refer to?

5        A.      I don't know.

6        Q.      During your employment at BLMIS,

7    were you aware of any manuals relating to BLMIS?

8        A.      No.

9        Q.      No?

10       A.      Ut-uh.

11       Q.      Did you ever hear anyone -- during

12   your employment did you ever hear anyone discuss

13   a manual?

14       A.      No.

15       Q.      Ms. Sala, I'd like to direct your

16   attention to the page ending in 528.   The top of

17   the page ending in 528 refers to conversions.

18   Do you know what conversions are?

19       A.      No.

20       Q.      Would you look about halfway down

21   the page, there's a paragraph that starts with,

22   "When customers are to be converted, Joanne will

23   give you copies of due date report."

24                Do you know if that sentence is

25   referring to you?

**SIPC v BLMIS**                                    **Sala 5/19/2016**

## CONFIDENTIAL

Page 163

1   worked with on a daily basis?

2          A.      You know, I really don't know what

3   that means because when we were sending profit

4   checks out, either they were put in this book or

5   I think later on they came out on computer

6   sheets, that she just, you know, went according

7   to that.

8          Q.      When you say "she," who are you

9   referring to?

10         A.      Jodi.  And the only other thing

11   that I would write in the check-out book is

12   capital withdrawals.

13         Q.      Okay.  And when you say the only

14   other thing that you would write in the

15   check-out book, you would write capital

16   withdrawals, as well as profit withdrawals?

17         A.      No.  Those were computerized,

18   later on.  Not now, not in this year, whenever

19   this was.  This was early on.

20         Q.      When you say this was early on,

21   are you referring to the spiral notebook in

22   Trustee Exhibit 22?

23         A.      Yeah.  The profits, yeah.

24         Q.      And subsequent -- let me back up.

25                 During the time period that you

**SIPC v BLMIS**                                    **Sala 5/19/2016**
## CONFIDENTIAL

Page 164

1    left BLMIS in 1998, the profit withdrawals were

2    reflected in a computerized format?

3          A.      Um-hum.

4          Q.      Yes?

5          A.      Yes.

6          Q.      And they were not reflected in a

7    handwritten notebook like the spiral notebook in

8    Trustee Exhibit 22?

9          A.      No.  Not the profits.

10         Q.      I would like to turn your

11   attention back to Trustee Exhibit 49, the page

12   ending in 545.  Do you see there is a reference

13   to check codes?

14         A.      Yes.

15         Q.      What does -- there's A, B, C and D

16   under the check codes.  What does A refer to?

17         A.      That's a profit withdrawal, check

18   that comes from setups in binder are 10 accounts

19   and always profit withdrawal.  On description

20   type check and stock name.  Interest checks are

21   also PW, on description type check interest

22   date.

23         Q.      And on the portion of that, the

24   document that you just read where it says

25   description type check plus -- check and stock

**SIPC v BLMIS**                                      **Sala 6/13/2016**

**CONFIDENTIAL**

Page 174

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                    Plaintiff,
                                    Adv. Pro. No.
          -against-                 08-01789(SMB)

BERNARD L. MADOFF INVESTMENT        SIPA Liquidation
SECURITIES, LLC,                    (Substantially
                                     Consolidated)
                    Defendant.
----------------------------------x
In Re:

BERNARD L. MADOFF,

                    Defendant.
----------------------------------x
                    June 13, 2016
                    9:58 a.m.


          - CONFIDENTIAL -


    Videotaped Continued Deposition of JOANN
SALA, taken by attorneys for the Trustee, at the
home of JoAnn Sala, Redacted                    ,
Redacted    , before SUZANNE PASTOR, a Shorthand
Reporter and Notary Public within and for the
State of New York.

**SIPC v BLMIS**                                          **Sala 6/13/2016**

## CONFIDENTIAL

1    let me back up for a second.

2              Ms. Sala, do you recognize Trustee

3    Exhibit 64?

4         A.    Yes.

5         Q.    And what is it?

6         A.    It's the account of Teresa and

7    Lawrence Ryan.  And this tells you the type of

8    account -- the name, the address, the group name

9    and whether they're going to take profits or

10   not, and the type of account that it is.

11             MS. BROWN:  Let the record reflect

12   the witness is reviewing the page with the Bates

13   number AMF 00142427.

14        Q.    Ms. Sala, what does this document

15   appear to be, the entirety of the document?

16        A.    That they opened an account and all

17   the information that they gave us is in here.

18   That's it.  And their account number, the group

19   that they were in.  That's all.

20        Q.    If I could have you turn to the

21   page ending in 441 of Trustee Exhibit 64,

22   Ms. Sala, do you recognize this document?

23        A.    Yes.

24        Q.    What is that document?

25        A.    It's a letter from a customer

**SIPC v BLMIS**                                    **Sala 6/13/2016**

**CONFIDENTIAL**

Page 216

1    making a change to his account.

2         Q.      And what type of change did the

3    customer make?

4         A.      He wanted to change it to a

5    reinvest account.

6         Q.      And how do you know that?

7         A.      Because he said "please hold the

8    distribution for account number 1R00731," which

9    is Lawrence and Teresa Ryan.

10        Q.      Ms. Sala, directly under the date

11   there's some initials.  Do you recognize those

12   initials?

13        A.      Yes.  Mine.

14        Q.      Those are your initials?

15        A.      Yes.

16        Q.      To your knowledge, is this letter

17   addressed to you?

18        A.      No -- well, it's addressed to

19   Madoff.  They might have had on the envelope

20   attention JoAnn.  I don't know.

21        Q.      The top line of the letter, what

22   does the type line of the letter read?

23        A.      "Dear JoAnn."

24        Q.      Do you believe that's you?

25        A.      Yes.

SIPC v BLMIS                                    Sala 6/13/2016
**CONFIDENTIAL**

Page 217

1      Q.     After receiving the type of letter
2  that we see in the page ending 441, what would
3  you do?
4      A.     I would change it in the ledger
5  book and change it from a profit withdrawal to a
6  reinvest, initial it and put it in their file.
7      Q.     And we do see your initials on this
8  document, correct?
9      A.     Yes.
10     Q.     And do your initials there reflect
11  that you made a change to the account?
12     A.     Yes.
13     Q.     Turning back to Trustee Exhibit 63,
14  do you see a notation on the folder cover of
15  Trustee Exhibit 63 that corresponds to the
16  letter we just reviewed in Trustee Exhibit 64?
17     A.     October 10th, yes.
18     Q.     And what happened on October 10th,
19  1995?
20     A.     It was changed.  The letter
21  obviously was written and then sent, and it
22  probably took a week before we actually made the
23  change.
24     Q.     What change did you make?
25     A.     We changed it to a reinvest from a

SIPC v BLMIS                                    Sala 6/13/2016
CONFIDENTIAL

Page 218

1    send.

2        Q.    And that's what was reflected in

3    the letter that we looked at in Trustee Exhibit

4    64?

5        A.    Yes.

6        Q.    Ms. Sala, you testified that you

7    made changes to this account, correct?

8        A.    Yes.

9        Q.    And did you make them

10   contemporaneously with receiving the letter from

11   the customer?

12       A.    Yes.

13       Q.    We're done with those exhibits for

14   now.

15            I'd like to mark the document

16   bearing the Bates number MF 00177098 as Trustee

17   Exhibit 65.

18            (Trustee Exhibit 65 for

19   identification, MF 177098)

20       Q.    Ms. Sala, do you recognize this

21   document?

22       A.    Yes.  It's a statement for Teresa

23   Ryan and Lawrence Ryan, July 31st, 1995.

24       Q.    And what account number is

25   associated with the document in Trustee Exhibit

SIPC v BLMIS                                    Sala 6/13/2016
CONFIDENTIAL

```
                                                      Page 272
 1         Q.     But you personally did receive
 2   phone calls from customers when they did not
 3   receive checks.
 4         A.     Yes.
 5         Q.     And what would you do when you
 6   received that phone call?
 7         A.     See if the checks went out.
 8         Q.     And who would you check with?
 9         A.     The -- well, in their ledger it
10   would show.  And the check-out, the spiral
11   check-out book.
12         Q.     Thank you.
13                I'd like to turn to Trustee Exhibit
14   46.  If you could turn to the page ending in
15   356, which is the second page of that document.
16   Ms. Sala, you testified that you're familiar
17   with this type of form, correct?
18         A.     Yes.
19         Q.     And this was a form used by BLMIS
20   employees?
21         A.     Yes.
22         Q.     And was this form filled out by
23   BLMIS employees?
24         A.     Yes.
25         Q.     Does this form reflect the
```

**SIPC v BLMIS**                                      **Sala 6/13/2016**
## CONFIDENTIAL

---

Page 273

1    customer's account number?

2           A.      Yes.

3           Q.      And does this form reflect the

4    customer's name?

5           A.      Yes.

6           Q.      Does this form reflect the

7    customer's address?

8           A.      Yes.

9           Q.      Does this form reflect the

10   customer's Social Security number?

11          A.      Yes.

12          Q.      When you worked at BLMIS, did you

13   fill out this form for any customer accounts?

14          A.      I must have.  I imagine I have.

15          Q.      And when you worked at BLMIS, did

16   you complete this form accurately?

17          A.      Yes.

18          Q.      Was this form filled out as part of

19   your duties at BLMIS?

20          A.      If I was opening the account, yes.

21          Q.      So if you were opening the account,

22   you would fill out the name and address file

23   maintenance form that's reflected in the page

24   ending 356?

25          A.      Yes.

---