Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                         Adv.Pro.No.
                                     08-01789(SMB)
          Plaintiff,
                                     SIPA Liquidation
     v.
                                     (Substantially
BERNARD L. MADOFF INVESTMENT         Consolidated)
SECURITIES, LLC,

          Defendant.                 CONFIDENTIAL

-------------------------------x

In Re:

BERNARD L. MADOFF,

          Debtor.

-------------------------------x


     Videotaped Deposition of WINIFIER JACKSON,
as reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the office
of BAKER HOSTETLER, 45 Rockefeller Plaza, New
York, New York, on Monday, May 23, 2016,
commencing at 10:30 a.m.

**CONFIDENTIAL**

Page 22

```
 1         Q.      Who would you receive the checks
 2    from?
 3         A.      The computer staff would leave
 4    them for me the night before.
 5         Q.      So that's Ms. Mui and Ms. Kahn?
 6         A.      Right.
 7         Q.      Would leave you the checks the
 8    night before?
 9         A.      Right.
10         Q.      And would you review what was
11    printed on the check?
12         A.      Not necessarily what was printed,
13    as far as the amount, but I would review -- I
14    would write the check -- the check numbers had
15    to be logged onto the computer printout, the
16    check number itself, and once again we would
17    review who was receiving them hand-delivered,
18    mailed or if they were being picked up.
19         Q.      When you say computer printout,
20    what do you mean by that?
21         A.      The computer printout, based on
22    however -- based on the checks that are being
23    sent out, there was a printout that was
24    generated that would give you that exact same
25    information.  It would give you their account
```

Page 23

```
 1   number, the amount of the check and the name
 2   that's on the check.
 3        Q.    Okay.
 4        A.    It would be a comparison of the
 5   two.
 6        Q.    And you would go and you would
 7   write in the check number?
 8        A.    Yeah, we would physically write
 9   the check number on the log just to keep up with
10   the checks.
11        Q.    Do you remember what that log was
12   called?  Did it have a name, or how did you
13   refer to it?
14        A.    Check log.
15        Q.    Who was responsible for
16   instructing the computer staff to print the
17   check?
18        A.    That would basically come from
19   Frank or Jodi, and in some cases Annette.
20        Q.    And how was the computer staff
21   instructed to produce a check?
22        A.    I guess based on the information
23   that was generated when accounts were initially
24   set up.  If they were gonna be profit withdrawal
25   accounts or if they were gonna be reinvestment
```

1  not email.  Through a letter or through a fax,
2  you know, to state what changes that they want.
3       Q.    Once a customer requested a
4  change, either from send to reinvest or reinvest
5  to send, how would that be accomplished at
6  BLMIS?
7       A.    Once again, that information would
8  be inputted into the system to make that change.
9       Q.    Would it be indicated in the
10 physical customer files or simply in the
11 computer?
12      A.    No.  We would have to have a paper
13 trail.  So we would have, like I said, a letter
14 or fax that would tell us what they wanted us to
15 do.  I'm not 100 percent sure if they verbally
16 spoke that to Frank over the phone, but I do
17 know that when we made changes -- when changes
18 were made it usually was done through paper.
19      Q.    So if an account was marked
20 "send," did BLMIS send the customer their
21 profits in that account?
22      A.    Yes.
23      Q.    And if an account was marked
24 "send," was written authorization needed each
25 time before the profits were sent to the

```
 1   customer?
 2        A.    No.
 3        Q.    If an account was marked "send,"
 4   did that customer receive their profits by
 5   check?
 6        A.    By check or it's possible by wire.
 7   Wire transaction.
 8              THE WITNESS:  I'm sorry to stop
 9   you, but can I please go to the ladies room?
10              MS. VANDERWAL:  Oh, of course.  Go
11   off the record a minute.
12              THE VIDEOGRAPHER:  Time is 11:10
13   a.m., off the record.
14              (Recess taken.)
15              THE VIDEOGRAPHER:  Time is 11:20
16   a.m., back on the record.
17   BY MS. VANDERWAL:
18        Q.    Ms. Jackson, if an account was
19   marked "send" the customers received their
20   profits by check?
21        A.    Yes.
22        Q.    If an account was marked "send"
23   and BLMIS sent the customer a check, was the
24   check made out to the customer whose name was
25   listed on the account?
```

 1        A.      Prior to me doing it, Jodi used to
 2   do it.  If I was not in the office, Simone would
 3   do it, but most of the time I was the one who
 4   would do the bank.
 5        Q.      Okay.  I'd like to show you an
 6   exhibit that's been previously marked as Trustee
 7   Exhibit 23.
 8                Does Exhibit 23 look like the type
 9   of customer documents that you testified earlier
10   were kept in folders?
11        A.      Yes, but this is like going back
12   from the very beginning of time, from when I
13   first started there, because this document
14   changed a little bit.  But yes.
15        Q.      Does this appear to be the
16   customer file for account number 1C1047 in the
17   name of Hanoh Charat?
18        A.      Yes.
19        Q.      I direct you your attention to the
20   page that ends in 2330.
21        A.      Yes.
22        Q.      It's entitled "Name/Address File
23   Maintenance."
24        A.      Yes.
25        Q.      Are you familiar with this type of

```
 1   form?
 2         A.      Yes.
 3         Q.      And what is this type of form?
 4         A.      This will go into the customer's
 5   account whenever they initially opened the
 6   account and a number would be assigned to it.
 7   And basically you just take the customer's name,
 8   address, phone number and information, personal
 9   information, once again.
10         Q.      And who would be responsible for
11   filling in this type of form?
12         A.      This would be technically filled
13   in by the customer and, in some cases, depending
14   on how the account was opened, if it was given
15   by the account representatives, the customer
16   would write this information in.  Certain
17   information like the account numbers and stuff
18   like that would be written in by the account
19   representative.
20         Q.      So by account representative, who
21   do you mean?
22         A.      Frank, Jodi, Annette or even
23   Bernie.
24         Q.      Would you ever be responsible for
25   filling in one of these?
```

Page 68

```
 1        A.    No.
 2        Q.    I direct your attention to sort of
 3   the bottom half of the form.  There's three
 4   headings:  Profits, dividends, interest, and
 5   there's a note that "S" equals send and "R"
 6   equals reinvest.
 7        A.    Yes.
 8        Q.    What do you understand that to
 9   mean?
10        A.    Once again, that whatever the
11   profits are on the account, the "S" would
12   indicate to send the profits to the customer.
13   Reinvest, the "R" for reinvestment meant to
14   reinvest whatever the profits was back into the
15   customer's account.
16        Q.    And can you tell from this account
17   for 1C1047 if it was a send account or a
18   reinvest account?
19        A.    Yes, it's a send account.
20        Q.    And how can you determine that?
21        A.    Because it was marked "S" as a
22   send.
23        Q.    So, for the record, you're
24   referring to the handwritten "S" --
25        A.    Yes.
```

Page 86

 1        Q.    Dated September 30th, 1992?
 2        A.    Yes.
 3        Q.    And do you see a transaction on
 4   this customer statement on September 22nd, a
 5   profit withdrawal in the amount of $173.92?
 6        A.    Yes.
 7        Q.    And it's identified as "check
 8   Staples"?
 9        A.    Yes.
10        Q.    Based on your experience at BLMIS,
11   would the "check Harley" identified on Trustee
12   Exhibit 32 and the "check Staples" identified on
13   Exhibit 33 have been checks sent to Doris
14   Zimmeth?
15        A.    Yes.
16        Q.    And would they have been paid to
17   Doris Zimmeth?
18        A.    Yes.
19        Q.    I direct your attention please to
20   Trustee Exhibit 34.  It is entitled "Arbitrage
21   Portfolio Transactions."  Are you familiar with
22   this type of report?
23        A.    I've seen it before, yes.
24        Q.    And in what capacity did you see
25   it?

Page 87

1        A.     Well, I didn't deal with the
2   arbitrage accounts.  This was very early on when
3   I was there, but this is a transaction report
4   that basically gives a listing of all of the
5   monies that came in and went out for a customer.
6        Q.     Do you understand how the
7   arbitrage transactions worked?
8        A.     Not really.  I didn't really deal
9   with them too much.
10       Q.     Who dealt with the arbitrage
11  transaction?
12       A.     The arbitrage was dealt with by
13  Jo Ann Sala.
14       Q.     I direct your attention to the
15  part of Exhibit 34 where it says 1Z0091 and the
16  name "Doris Zimmeth."
17       A.     Yes.
18       Q.     Do you see close to the bottom of
19  the list of items under "Doris Zimmeth" a
20  notation for "8/14, PW, $90.50"?
21       A.     Yes.
22       Q.     And does that correspond to the
23  statement that we looked at in Exhibit 32?
24       A.     Yes.
25              MS. CHAITMAN:  She's testified she

1          You mentioned that you had seen
2   trade confirmations?
3       A.   Yes.
4       Q.   What did you do with those trade
5   confirmations?
6       A.   Once they were generated, we would
7   mail them out to the customers.
8       Q.   And who generated them?
9       A.   The computer room.  They were
10  written up by Annette, Frank or Jodi and
11  generated through the computer room.  And
12  then --
13      Q.   Can you -- and you would receive a
14  printout?
15      A.   Yes.
16      Q.   And you would send that printout
17  to the appropriate customer?
18      A.   It would go to the customer.
19      Q.   Okay.  And I believe you testified
20  that at the end of each day you would give your
21  checkbook to Ms. Mui and Ms. Kahn to enter the
22  checks that came in, to log the checks that came
23  in into the computer system.  Is that correct?
24      A.   Yes.
25      Q.   To your knowledge, did Ms. Crupi