```
HENRIETTA ALBERT TRUST
                                                           7/31/96        1

Redacted                                       1-A0011-1-0   Redacted.6828


                            BALANCE FORWARD                              630,501.53

7/05                        CHECK MONSANTO                PW    10,718.63
7/05           10,746 8051  FIDELITY CASH RESERVES SBI  1                 10,746.00
7/22                        FIDELITY CASH RESERVES SBI  DIV                   10.43
                            DIV 7/05/96
7/22                        CANCEL CHECK 7/5              PW              10,718.63
7/31   10,757         71791 FIDELITY CASH RESERVES SBI  1       10,757.00

                            NEW BALANCE                                  630,500.96

                            SECURITY POSITIONS
                 7,603      DELTA AIRLINES INC
        9,998               DELTA AIRLINES
                            PFD SERIES C DEPOSITORY SHARES
       10,757               FIDELITY CASH RESERVES SBI
```

MDPTPP00002775

HENRIETTA ALBERT TRUST

7/31/96        2

Redacted

1-A0011-1-0    Redacted-6828

YEAR-TO-DATE SUMMARY

DIVIDENDS                                          210.75
GROSS PROCEEDS FROM SALES                    6,695,977.46

MDPTPP00002776