Bernard Madoff
885 3rd Ave
18th Floor
New York N.Y 10022-4834

ATTN: ANNETTE

Dear Annette:

Please find copy of Death Certificate Henrietta Cibert —

Gloria & Michael — Exec & Trustee's

will send you specific instructions in the near future

Thank you so much for your help & tolerance.

[signature]

**Redacted**

MADTBB01988109

MADTBB01988110

Henrietta Albert Trust
# Redacted

Bernard L. Madoff  
885 Third Ave.  
New York, NY 10022

RE: Account #1-A0011-1-0

ATTN: Annette Bongiorno

Dear Annette:

Enclosed you will find check #57909, payable to Henrietta Albert Trust, in the amount of $10,718.63. I would like this check to be re-deposited in my account and all future profits to be re-invested.

Thank you in advance.

Sincerely yours,

*Gloria Sandler*

Gloria Sandler, Trustee

*Hennie Albert*
**Redacted**

8/8/95

Dear Anette,

Please add this $100,000.00 check to the Account of Henrietta Albert, S.S. **Redacted** -6828.

Hope Florida is coming along fine — Since I could not get you to dinner in New York, maybe I can have better luck in Florida.

MADTBB01988112

*Nancy Hanks,*

*Henrietta Albert*

MADTBB01988113

Mrs. Harry P. Albert

Redacted

3/8/93

Dear Anette,

Enclosed please find check for $75,000.00 to be applied as follows:

- 1S0022 ① $5,000.00 account of Sandy Sandler
- 1S0023 ② $5,000.00 account of Alan Sandler
- 1S0020 ③ $5,000.00 account of Lori Sandler
- 1A0009 ④ $5,000.00 account of Aaron Albert
- 1A0010 ⑤ $5,000.00 account of David Albert
- 1A0011 ⑥ $50,000.00 account of Henrietta Albert

Thank you for your usual prompt attention

Sincerely,

Henrietta Albert

January 1, 1985

Bernard L. Madoff
110 Wall Street
New York, N.Y. 10005

RE: Harry P. Albert
or Henrietta Albert

Dear Mr. Madoff

    This letter will authorize you to change the name of account #100103 referred to above to read Henrietta Albert.

Sincerely yours,

*Henrietta Albert*
Henrietta Albert