| JPMC 703 ID | Ledger Date | Amount | Transaction Category | Transaction Type | Reference (per OCR of '703 Stmt) | Description (per OCR of '703 Stmt and As Redacted) | '703 Statement Bates Reference(s) | Deposit Slip Bates Reference(s) | Check Bates Reference(s) | JPMC Wire Fill TRN No. | JPMC 509 ID | 599 ID | Detail ID[1] | CM ID[2] | CM AccountNo | CM Account Name (As Redacted) | CM Date | CM Amount | CM Type | CM Description | CM Statement Bates Reference | Other Source / Recipient | Other Bank | Other BLMIS or BLM | Other AcctNo (As Redacted) | Counterparty Statement Bates Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/1998 | 62,883.33 | Investment | Certificate of Deposit - Return of Principal & Interest | USD OUR: 0000000862IB | INTERESTREF: INTERESTTICKET # 000862 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 2 | 12/1/1998 | 100,000.00 | Customer | Incoming Customer Wires | USD YOUR: O/B PACIFIC BK SOUR: 0669608335FF | FEDWIRE CREDITVIA: THE PACIFIC BANK/121040114B/0: ZAENTZ FAMILY PTNERSHIPREF: CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022-4834/AC-REDACTED RFB0/B PACIFIC BK S BBI/,J/ME/17.38IMAD: 12011.1QFLAEL000100 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 250337 | 1ZB340 | ZAENTZ FAMILY PARTNERSHIP C/O JEROME K PORTER | 12/2/1998 | $ 100,000.00 | CA | CHECK WIRE | MDPTPP06935580-83 | | | | | |
| 3 | 12/1/1998 | 210,000.00 | Customer | Incoming Customer Wires | USD YOUR: 001102OUR: 0213209335FF | FEDWIRE CREDITVIA: NORWEST BANK OF DENVER/102000076B/0: FIRST TRUST CORPORATION REDACTED REF: CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022-4834/AC-REDACTED RFB001102 0BIFFCT GARY GERSON ACCT 1 G0296 4 PLEASE MAKE SB, IMAD: 120 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 226295 | 1G0296 | NTC & CO. FBO GARY GERSON (093438) | 12/1/1998 | $ 210,000.00 | CA | CHECK WIRE | MDPTPP03385662-66 | | | | | |
| 4 | 12/1/1998 | 500,000.00 | Customer | Incoming Customer Wires | USD YOUR: SWF OF 98/12/01OUR: 3152400335FT | BOOK TRANSFER CREDITB/0: NATIONAL FINANCIAL SERVICES CO REDACTED ORG: /0C26388031BERNARD S GEWIRZ0GB: NATIONAL FINANCIAL SERVICES COUS5 - FIVE DAY FLOATUSM MIXED FLOAT | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 222429 | 1G0111 | GEWIRZ PARTNERSHIP | 12/2/1998 | $ 500,000.00 | CA | CHECK WIRE | MDPTPP03289059-62 | | | | | |
| 5 | 12/1/1998 | 540,000.00 | Customer | Incoming Customer Checks | USM OUR: 0040029515DA | DEPOSITXVALUE DATE: 12/01   500,000< .. 12/02     40,000 | MADWAA00378499-566 | | | n/a - pre-2002 | | | 1 | | | | | | | | | | | | | |
| 6 | 12/1/1998 | 2,000,000.00 | Customer | Incoming Customer Wires | USD YOUR: O/B CITIBANK NYCOUR: 0632308335FF | FEDWIRE CREDITVIA: CITIBANK,/021000089B/0: MERSON LIMITED PARTNERSHI REDACTED REF: CHASE NYC/CTR/BBKBERNARD L MADOFF NEW YORK NY 10022-4834/AC-REDACTED BNFMERSON LIMITED PARTNERSHIP MERSON, INC., GENERAL PARTNER/IMAD: 1201B1Q8021C005156 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 216014 | 1CM512 | MERSON LIMITED PARTNERSHIP | 12/2/1998 | $ 2,000,000.00 | CA | CHECK WIRE | MDPTPP01558835-38 | | | | | |
| 7 | 12/1/1998 | 4,000,541.67 | Investment | Overnight Deposit - Return of Principal & Interest | USD YOUR: NC8902131812019801OUR: 9833500713IN | NASSAU DEPOSIT TAKENB/O: BERNARD L MADOFF INC.NEW YORK, NY 10022REF: TO REPAY YOUR DEPOSIT FR 98113, ,v?, J] TO 981201 RATE 4.870 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 8 | 12/1/1998 | 5,000,000.00 | Customer | Incoming Customer Wires | USD YOUR: UST OF 98/12/01OUR: 0172500335JP | BOOK TRANSFER CREDITB/O: UNITED STATES TRUST CO OF NEW REDACTED -1532ORG: N0087644600WARLEN LPREF: /AC-- REDACTED/BERNARD L MADOFFIFFC AC# 1-W0097-4 WARLEN LP | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 226385 | 1W0097 | WARLEN LP C/O ROCKDALE CAPITAL MS LINDA KAO | 12/1/1998 | $ 5,000,000.00 | CA | CHECK WIRE | MDPTPP05671426-34 | | | | | |
| 9 | 12/1/1998 | 5,000,000.00 | Customer | Incoming Customer Wires | USD YOUR: O/B COMERICA DETOUR: 0586208335FF | FEDWIRE CREDITVIA: COMERICA BANK/072000096B/O: BROAD MARKET PRIME L.P REDACTED REF: CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022-4834/AC--REDACTED RFB0/B COMERICA DET 0BIFC CALHOUN AND CO-DEBROAD MARKET PRIIMAD: 1201G1QG990C001684 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 272228 | 1C1260 | RYE SELECT BROAD MARKET PRIME FUND, LP | 12/2/1998 | $ 5,000,000.00 | CA | CHECK WIRE | MDPTPP00510211-19 | | | | | |
| 10 | 12/1/1998 | 66,000,000.00 | Customer | Incoming Customer Checks | USD OUR: 0040030688DA | DEPOSIT | MADWAA00378499-566 | | | n/a - pre-2002 | | | 2 | | | | | | | | | | | | | |
| 11 | 12/1/1998 | 70,000,000.00 | Investment | Certificate of Deposit - Return of Principal & Interest | USD OUR: 0000000862IB | MATURITYREF: MATURITYTICKET ft 000862 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 12 | 12/1/1998 | (489.00) | Customer | Outgoing Customer Checks | USD OUR: 0040844419CS | CHECK PAID # 3014 | MADWAA00378499-566 | | MADWAA00379580-81 | n/a - pre-2002 | | | | 281356 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (489.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 13 | 12/1/1998 | (1,955.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844426CS | CHECK PAID ft 3021 | MADWAA00378499-566 | | MADWAA00379594-95 | n/a - pre-2002 | | | | 7700 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (1,955.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 14 | 12/1/1998 | (3,421.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844417CS | CHECK PAID ft 3012 | MADWAA00378499-566 | | MADWAA00379576-77 | n/a - pre-2002 | | | | 39078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (3,421.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 15 | 12/1/1998 | (9,520.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844418CS | CHECK PAID ft 3013 | MADWAA00378499-566 | | MADWAA00379578-79 | n/a - pre-2002 | | | | 281344 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (9,520.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 16 | 12/1/1998 | (16,618.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844424CS | CHECK PAID ft 3019 | MADWAA00378499-566 | | MADWAA00379590-91 | n/a - pre-2002 | | | | 216376 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (16,618.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 17 | 12/1/1998 | (25,659.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844422CS | CHECK PAID ft 3017 | MADWAA00378499-566 | | MADWAA00379586-87 | n/a - pre-2002 | | | | 216368 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (25,659.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 18 | 12/1/1998 | (48,875.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844423CS | CHECK PAID # 3018 | MADWAA00378499-566 | | MADWAA00379588-89 | n/a - pre-2002 | | | | 81082 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (48,875.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 19 | 12/1/1998 | (48,875.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844425CS | CHECK PAID ft 3020 | MADWAA00378499-566 | | MADWAA00379592-93 | n/a - pre-2002 | | | | 282960 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (48,875.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 20 | 12/1/1998 | (86,573.00) | Customer | Outgoing Customer Checks | USN OUR: 0040644416CS | CHECK PAID ft 3011 | MADWAA00378499-566 | | MADWAA00379574-75 | n/a - pre-2002 | | | | 81078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (86,573.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 21 | 12/1/1998 | (87,975.00) | Customer | Outgoing Customer Checks | USN OURi 0040844420CS | CHECK PAID tt 3015 | MADWAA00378499-566 | | MADWAA00379582-83 | n/a - pre-2002 | | | | 281363 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (87,975.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 22 | 12/1/1998 | (120,190.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844415CS | CHECK PAID ft 3010 | MADWAA00378499-566 | | MADWAA00379572-73 | n/a - pre-2002 | | | | 216357 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (120,190.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 23 | 12/1/1998 | (131,474.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844421CS | CHECK PAID ft 3016 | MADWAA00378499-566 | | MADWAA00379584-85 | n/a - pre-2002 | | | | 161537 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (131,474.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 24 | 12/1/1998 | (200,000.00) | Customer | Transfers to Bankers Trust 599 Account | USD YOUR: TONYOUR: 0192700335FP | FEDWIRE DEBITVIA: BANKERS NYC/021001033A/C: BERNARD L MADOFFNEW YORK NEW YORK 10022REF: /BNF/FFC A/C 00810599/TIME/10:29IMAD: 1201B1QGC06C001560 | MADWAA00378499-566 | | | n/a - pre-2002 | | 1 | | | | | | | | | | Bernard L. Madoff | Bankers Trust Company | BLMIS | xx-xx0-599 | MADWAA00378590 |
| 25 | 12/1/1998 | (220,000.00) | Customer | Outgoing Customer Checks | USD OUR: 0040508896CS | CHECK PAID ft 3003 | MADWAA00378499-566 | | MADWAA00379568-69 | n/a - pre-2002 | | | | 311493 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 11/30/1998 | $ (220,000.00) | PW | CHECK | MDPTPP04190625-33 | | | | | |
| 26 | 12/1/1998 | (230,934.00) | Customer | Outgoing Customer Checks | USD OUR: 0040844427CS | CHECK PAID ft 3022 | MADWAA00378499-566 | | MADWAA00379596-97 | n/a - pre-2002 | | | | 7702 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (230,934.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 27 | 12/1/1998 | (455,439.39) | Customer | Transfers to JPMC 509 Account | USD YOUR: CDS FUNDINGOUR: 0626900335FP | BOOK TRANSFER DEBITA/C: CHASE MANHATTAN BANK DELAWAREWILMINGTON DE 3.9801-3147REF: /TIME/11:00 FEDBK | MADWAA00378499-566 | | | n/a - pre-2002 | 1 | | | | | | | | | | | | | | | | |
| 28 | 12/1/1998 | (595,000.00) | Customer | Outgoing Customer Checks | USD OUR: 0040023710CS | CHECK PAID 8 3023 | MADWAA00378499-566 | | MADWAA00379598-99 | n/a - pre-2002 | | | | 7977 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (595,000.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 29 | 12/1/1998 | (761,600.00) | Customer | Outgoing Customer Checks | | 01DEC    USN OUR: 0040844414CS  2(000o '      CHECK PAID tt   3009 | MADWAA00378499-566 | | MADWAA00379570-71 | n/a - pre-2002 | | | | 81047 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (761,600.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 30 | 12/1/1998 | (5,000,000.00) | Other | Other Outgoing Wires | USD YOUR: TONYOUR: 0628900335FP | FEDWIRE DEBITVIA: BK OF NYC/021000018A/C: BERNARD L. MADOFFNEW YORKREF: /TIME/12.39IMAD: 1201B1QGC08C002871 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | Bernard L. Madoff | Bank of New York | BLM | xxx-xxx3-878 | SECSBJ0009190 |
| 31 | 12/1/1998 | (9,000,000.00) | Investment | Overnight Deposit - Investment | USD YOUR: ND8903128212019980OUR: 9833501451IN | NASSAU DEPOSIT TAKENA/C: BERNARD L MADOFF INC.NEW YORK, NY 10022REF: TO ESTABLISH YOUR DEPOSIT FR 981201 TO 981202 RATE 4.6250 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 32 | 12/1/1998 | (44,220,000.00) | Customer | Outgoing Customer Checks | USN OUR: 0040023712CS | CHECK PAID 3024 | MADWAA00378499-566 | | MADWAA00379600-01 | n/a - pre-2002 | | | | 7704 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (44,220,000.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 33 | 12/1/1998 | (85,000,000.00) | Investment | Certificate of Deposit - Investment | USD OUR: 0000000586IB | DEBIT MEMORANDUMREF: PURCHASE OFTICKET tt 000586 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |

| Detail ID | Multiple ID | JPMC 703 ID 1 | JPMC 703 Date 1 | JPMC 703 Amount 1 | Deposit Slip Bates Reference(s) | JPMC 703 ID 2 | JPMC 703 Date 2 | JPMC 703 Amount 2 | 703 Total | CM Total | Reconciling Amount | Check Bates Reference(s) | CM ID | CM Account No | CM AccountName (as Redacted) | CM Date | CM Amount | CM Type | CM Description | CM Statement Bates Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 5 | 12/1/1998 | 540,000.00 | | n/a | n/a | n/a | 540,000.00 | 540,000.00 | - | | 204275 | 1S0282 | JANICE SALA AND JOSEPH SALA J/T WROS | 12/1/1998 | 10,000.00 | CA | CHECK | MDPTPP05247283-86 |
| 1 | 2 | 5 | 12/1/1998 | 540,000.00 | | n/a | n/a | n/a | 540,000.00 | 540,000.00 | - | | 7595 | 1CM172 | SHARLIN RADIOLOGICAL ASSOC PA EMPLOYEES PROFIT SHARE TRUST | 12/1/1998 | 30,000.00 | CA | CHECK | MDPTPP00860163-66 |
| 1 | 3 | 5 | 12/1/1998 | 540,000.00 | | n/a | n/a | n/a | 540,000.00 | 540,000.00 | - | | 228581 | 1B0081 | BULL MARKET FUND F/K/A BLUMENFELD EMPLOYEES C/O BLUMENFELD DEV GROUP LTD | 12/1/1998 | 50,000.00 | CA | CHECK | MDPTPP00148528-33 |
| 1 | 4 | 5 | 12/1/1998 | 540,000.00 | | n/a | n/a | n/a | 540,000.00 | 540,000.00 | - | | 313309 | 1CM433 | YMF PARTNERS II LLC | 12/1/1998 | 450,000.00 | CA | CHECK | MDPTPP01393992-95 |
| 2 | 5 | 10 | 12/1/1998 | 66,000,000.00 | | n/a | n/a | n/a | 66,000,000.00 | 66,000,000.00 | - | | 39091 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | 20,000,000.00 | CA | CHECK | MDPTPP04190655-63 |
| 2 | 6 | 10 | 12/1/1998 | 66,000,000.00 | | n/a | n/a | n/a | 66,000,000.00 | 66,000,000.00 | - | | 216386 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | 40,000,000.00 | CA | CHECK | MDPTPP04190655-63 |
| 2 | 7 | 10 | 12/1/1998 | 66,000,000.00 | | n/a | n/a | n/a | 66,000,000.00 | 66,000,000.00 | - | | 235371 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | 6,000,000.00 | CA | CHECK | MDPTPP04190655-63 |
| 3 | 8 | 38 | 12/2/1998 | 1,163,000.82 | | n/a | n/a | n/a | 1,163,000.00 | 1,163,000.00 | - | | 168339 | 1FN057 | J B PRIESTLEY ABBEY NATIONAL ATTN: M JONES P O BOX 545 | 12/2/1998 | 5,000.00 | CA | CHECK | MDPTPP03024179-82 |
| 3 | 9 | 38 | 12/2/1998 | 1,163,000.00 | | n/a | n/a | n/a | 1,163,000.00 | 1,163,000.00 | - | | 148076 | 1ZB050 | THOMAS A PISCADLO INVSTMT CLUB | 12/2/1998 | 18,000.00 | CA | CHECK | MDPTPP06719882-85 |
| 3 | 10 | 38 | 12/2/1998 | 1,163,000.00 | | n/a | n/a | n/a | 1,163,000.00 | 1,163,000.00 | - | | 24189 | 1H0099 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT 4B | 12/2/1998 | 20,000.00 | CA | CHECK | MDPTPP03509590-93 |
| 3 | 11 | 38 | 12/2/1998 | 1,163,000.00 | | n/a | n/a | n/a | 1,163,000.00 | 1,163,000.00 | - | | 287875 | 1H0099 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT 4B | 12/2/1998 | 30,000.00 | CA | CHECK | MDPTPP03509590-93 |
| 3 | 12 | 38 | 12/2/1998 | 1,163,000.00 | | n/a | n/a | n/a | 1,163,000.00 | 1,163,000.00 | - | | 287995 | 1RU023 | SUSAN ARGESE | 12/2/1998 | 70,000.00 | CA | CHECK | MDPTPP05026112-13 |
| 3 | 13 | 38 | 12/2/1998 | 1,163,000.00 | | n/a | n/a | n/a | 1,163,000.00 | 1,163,000.00 | - | | 255830 | 1ZA104 | MICHAEL C LESSER DARYL L BEARDSLEY J/T WROS | 12/2/1998 | 150,000.00 | CA | CHECK | MDPTPP05851757-61 |
| 3 | 14 | 38 | 12/2/1998 | 1,163,000.00 | | n/a | n/a | n/a | 1,163,000.00 | 1,163,000.00 | - | | 47283 | 1CM530 | FISHER FAMILY ASSOCIATES LP C/O NANCY FISHER KIRSCHNER | 12/2/1998 | 870,000.00 | CA | CHECK | MDPTPP01591677-80 |
| 4 | 15 | 42 | 12/2/1998 | 47,000,000.00 | | n/a | n/a | n/a | 47,000,000.00 | 47,000,000.00 | - | | 243738 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/2/1998 | 7,000,000.00 | CA | CHECK | MDPTPP04190655-63 |
| 4 | 16 | 42 | 12/2/1998 | 47,000,000.00 | | n/a | n/a | n/a | 47,000,000.00 | 47,000,000.00 | - | | 282968 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/2/1998 | 40,000,000.00 | CA | CHECK | MDPTPP04190655-63 |
| 5 | 17 | 52 | 12/3/1998 | 437,719.90 | | n/a | n/a | n/a | 437,719.90 | 437,719.90 | - | | 204209 | 1ZA396 | MARIAN ROSENTHAL ASSOCIATES | 12/3/1998 | 10,000.00 | CA | CHECK | MDPTPP06133169-72 |
| 5 | 18 | 52 | 12/3/1998 | 437,719.90 | | n/a | n/a | n/a | 437,719.90 | 437,719.90 | - | | 234347 | 1ZA874 | S & P ASSOCIATES GEN PTNRSHIP PORT ROYALE FINANCIAL CENTER | 12/3/1998 | 20,000.00 | CA | CHECK | MDPTPP06575790-95 |
| 5 | 19 | 52 | 12/3/1998 | 437,719.90 | | n/a | n/a | n/a | 437,719.90 | 437,719.90 | - | | 264762 | 1EM278 | NTC & CO. FBO HARRY A PAYTON (99945) | 12/3/1998 | 25,014.92 | CA | CHECK | MDPTPP02514772-75 |
| 5 | 20 | 52 | 12/3/1998 | 437,719.90 | | n/a | n/a | n/a | 437,719.90 | 437,719.90 | - | | 295194 | 1ZR185 | NTC & CO. FBO ALFRED WEISS (98872) | 12/3/1998 | 50,656.70 | CA | CHECK | MDPTPP07429840-43 |
| 5 | 21 | 52 | 12/3/1998 | 437,719.90 | | n/a | n/a | n/a | 437,719.90 | 437,719.90 | - | | 287030 | 1ZA822 | HMC ASSOCIATES C/O HAROLD J COHEN | 12/3/1998 | 100,000.00 | CA | CHECK | MDPTPP06527135-38 |
| 5 | 22 | 52 | 12/3/1998 | 437,719.90 | | n/a | n/a | n/a | 437,719.90 | 437,719.90 | - | | 204223 | 1ZA874 | S & P ASSOCIATES GEN PTNRSHIP PORT ROYALE FINANCIAL CENTER | 12/3/1998 | 232,048.28 | CA | CHECK | MDPTPP06575790-95 |
| 6 | 23 | 55 | 12/3/1998 | 47,000,000.00 | | n/a | n/a | n/a | 47,000,000.00 | 47,000,000.00 | - | | 302117 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/3/1998 | 40,000,000.00 | CA | CHECK | MDPTPP04190655-63 |
| 6 | 24 | 55 | 12/3/1998 | 47,000,000.00 | | n/a | n/a | n/a | 47,000,000.00 | 47,000,000.00 | - | | 119423 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/3/1998 | 7,000,000.00 | CA | CHECK | MDPTPP04190655-63 |
| 7 | 25 | 63 | 12/4/1998 | 221,045.76 | | n/a | n/a | n/a | 221,045.76 | 221,045.76 | - | | 190572 | 1ZR185 | NTC & CO. FBO ALFRED WEISS (98872) | 12/4/1998 | 8.65 | CA | CHECK | MDPTPP07429840-43 |
| 7 | 26 | 63 | 12/4/1998 | 221,045.76 | | n/a | n/a | n/a | 221,045.76 | 221,045.76 | - | | 248492 | 1ZR073 | NTC & CO. FBO LOIS LICHTBLAU (23484) | 12/4/1998 | 37.11 | CA | CHECK | MDPTPP07216618-21 |
| 7 | 27 | 63 | 12/4/1998 | 221,045.76 | | n/a | n/a | n/a | 221,045.76 | 221,045.76 | - | | 99845 | 1ZA874 | S & P ASSOCIATES GEN PTNRSHIP PORT ROYALE FINANCIAL CENTER | 12/4/1998 | 2,000.00 | CA | CHECK | MDPTPP06575790-95 |
| 7 | 28 | 63 | 12/4/1998 | 221,045.76 | | n/a | n/a | n/a | 221,045.76 | 221,045.76 | - | | 256539 | 1B0152 | BRADERMAK LTD #2 C/O FELDMAN WOOD PRODUCTS INC ATTN: FREDERIC Z KONIGSBERG | 12/4/1998 | 19,000.00 | CA | CHECK | MDPTPP00255644-48 |
| 7 | 29 | 63 | 12/4/1998 | 221,045.76 | | n/a | n/a | n/a | 221,045.76 | 221,045.76 | - | | 190720 | 1ZA968 | SIDNEY RICHER & MARCIA RICHER CO-TTEES DTD 5/15/90 | 12/4/1998 | 50,000.00 | CA | CHECK | MDPTPP06643447-50 |
| 7 | 30 | 63 | 12/4/1998 | 221,045.76 | | n/a | n/a | n/a | 221,045.76 | 221,045.76 | - | | 135845 | 1CM487 | SANDRA WINSTON | 12/4/1998 | 150,000.00 | CA | CHECK | MDPTPP01504870-73 |