**List of All PW Transactions and Supporting Documents**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name AS REDACTED | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Customer Statement Bates Reference | Reconciliation Results | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reconciled to BLMIS Bank Records | BLMIS Customer Files | Documents Received by Trustee | Bates Reference to BLMIS Customer Files | Bates Reference to Documents Received by Trustee |
| 70423 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 8/18/1998 | (20,938) | PW | CHECK INT 8/15/98 | MDPTPP05490909-11 | n/a | n/a | Yes | n/a | SECSBX0080177 |
| 22994 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 11/18/1998 | (28,000) | PW | CHECK INT 11/15/98 | MDPTPP05490935-37 | n/a | n/a | Yes | n/a | SECSBX0080178 |
| 262489 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 11/18/1998 | (21,250) | PW | CHECK INT 11/15/98 | MDPTPP05490935-37 | n/a | n/a | Yes | n/a | SECSBX0080178 |
| 241535 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 12/10/1998 | (50,490) | PW | CHECK | MDPTPP05490941-43 | Yes | n/a | Yes | n/a | SECSBX0080178 |
| 204199 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 1/29/1999 | (165,625) | PW | CHECK INT 1/31/99 | MDPTPP05490947-48 | Yes | n/a | Yes | n/a | SECSBX0080179 |
| 229592 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 2/19/1999 | (20,938) | PW | CHECK INT 2/15/99 | MDPTPP05490954-55 | Yes | n/a | Yes | n/a | SECSBX0080179 |
| 281333 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 5/18/1999 | (28,000) | PW | CHECK INTEREST 5/15/99 | MDPTPP05490974-76 | Yes | n/a | Yes | n/a | SECSBX0080179 |
| 217637 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 5/18/1999 | (21,250) | PW | CHECK INTEREST 5/15/99 | MDPTPP05490974-76 | Yes | n/a | Yes | n/a | SECSBX0080179 |
| 198422 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 7/30/1999 | (165,625) | PW | CHECK INT 7/31/99 | MDPTPP05490990-91 | Yes | n/a | Yes | n/a | SECSBX0080179 |
| 303603 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 8/19/1999 | (20,938) | PW | CHECK INTEREST 8/15/99 | MDPTPP05490998-99 | Yes | n/a | Yes | n/a | SECSBX0080179 |
| 298609 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 11/17/1999 | (28,000) | PW | CHECK INT 11/15/99 | MDPTPP05491022-24 | Yes | n/a | Yes | n/a | SECSBX0080180 |
| 298615 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 11/17/1999 | (21,250) | PW | CHECK INT 11/15/99 | MDPTPP05491022-24 | Yes | n/a | Yes | n/a | SECSBX0080179 |
| 140654 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 1/31/2000 | (165,625) | PW | CHECK INT 1/31/00 | MDPTPP05491037-39 | Yes | n/a | Yes | n/a | SECSBX0080180 |
| 192342 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 2/17/2000 | (20,938) | PW | CHECK INT 2/15/00 | MDPTPP05491043-45 | Yes | n/a | Yes | n/a | SECSBX0080181 |
| 251027 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 5/18/2000 | (28,000) | PW | CHECK INT 5/15/00 | MDPTPP05491062-64 | Yes | n/a | Yes | n/a | SECSBX0080181 |
| 224044 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 5/18/2000 | (21,250) | PW | CHECK INT 5/15/00 | MDPTPP05491062-64 | Yes | n/a | Yes | n/a | SECSBX0080181 |
| 15886 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 7/31/2000 | (165,625) | PW | CHECK INT 7/31/00 | MDPTPP05491077-79 | Yes | n/a | Yes | n/a | SECSBX0080181 |
| 83021 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 8/18/2000 | (20,938) | PW | CHECK INTEREST 8/15/00 | MDPTPP05491085-86 | Yes | n/a | Yes | n/a | SECSBX0080182 |
| 174352 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 1/31/2001 | (165,625) | CW | CHECK INT 01/31/01 | MDPTPP05491117-19 | Yes | n/a | Yes | n/a | SECSBX0080182 |
| 300553 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 2/16/2001 | (20,938) | PW | CHECK-INT 02/15/01 | MDPTPP05491123-24 | Yes | n/a | Yes | n/a | SECSBX0080183 |
| 227277 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 9/1/2004 | (1,275,000) | PW | CHECK WIRE | MDPTPP05491432-34 | Yes | Yes | Yes | AMF00235954 AMF00236171 AMF00236318 AMF00236732 AMF00236784 AMF00236900 AMF00236963 AMF00237320 AMF00237539 AMF00237639 AMF00237793 | SECSBX0080224 SECSBX0087416 |
| 267290 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 3/1/2005 | (1,275,000) | PW | CHECK WIRE | MDPTPP05491464-67 | Yes | Yes | Yes | AMF00235955 AMF00236031 AMF00236172 AMF00236729 AMF00236785 AMF00236901 AMF00236960 AMF00237540 AMF00237636 AMF00237790 | SECSBX0080225 SECSBX0087416 |
| 30391 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 12/1/2005 | (1,275,000) | PW | CHECK WIRE | MDPTPP05491523-27 | Yes | n/a | Yes | n/a | SECSBX0080227 SECSBX0087416 |
| 191807 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 3/5/2007 | (9,674,817) | PW | CHECK WIRE | MDPTPP05491626-29 | Yes | n/a | Yes | n/a | SECSBX0080233 SECSBX0087416 |
| 237543 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 3/26/2007 | (1,275,000) | PW | CHECK WIRE | MDPTPP05491626-29 | Yes | n/a | Yes | n/a | SECSBX0080233 SECSBX0087416 |
| 285547 | 1SH036 | LINDA SHAPIRO WAINTRUP 1992 TRUST U/D/T DTD 3/11/92 AS AMENDED | 5/16/2007 | (1,425,000) | PW | CHECK WIRE | MDPTPP05491641-45 | Yes | n/a | Yes | n/a | SECSBX0080234 SECSBX0087416 |