08-01789-cgm    Doc 14487-10    Filed 11/18/16    Entered 11/18/16 19:52:25    Exhibit Ex. 10    Pg 1 of 1

**Post-November 30, 1995 Reported Trading Summary for PW Transactions with Check + Stock Name**

|   | : Signifies line items which should be aggregated to compare the fictitious profits from the total reported trading to the PW Transaction(s) |
|---|---|
| No. | : Unique identifiers for each Post-November 30, 1995 Check + Stock Name PW Transaction |

| | | | BLMIS Reported Trading | | | | | | | BLMIS PW Transactions | | | | BLMIS Customer Statements | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CMID | No. | Account | Reported Trading Description | Beginning Date | Ending Date | Long Positions | Short Positions | Debit | Credit | Profit/Loss | "PW Transaction" Description | Tran Code | Transaction Date | Amount | Difference | Beginning Bates | Ending Bates | Transaction Category |
| 161461 | 1 | 1A0001 | USA WASTE SERVICES INC | 11/10/1995 | 11/13/1995 | 1,918,000 | 144,754 | (3,099,302) | 3,196,154 | 96,852 | CHECK USA WASTE | PW | 12/20/1995 | (96,852) | 0 | MDPTPP00000001 | MDPTPP00000003 | Check + Stock Name |
| 89411 | 2 | 1A0001 | ARROW ELECTRONICS | 10/13/1995 | 10/13/1995 | 275,000 | 8,301 | (399,693) | 408,685 | 8,991 | CHECK ARROW | PW | 1/3/1996 | (8,991) | 0 | MDPTPP00000004 | MDPTPP00000006 | Check + Stock Name |
| 19489 | 3 | 1A0001 | DEERE & CO | 11/28/1995 | 12/4/1995 | 2,195 | 6,585 | (192,611) | 197,427 | 4,816 | CHECK DEERE & CO | PW | 1/4/1996 | (4,816) | 0 | MDPTPP00000004 | MDPTPP00000006 | Check + Stock Name |
| 281655 | 4 | 1A0001 | NATIONAL SEMICONDUCTOR CORP | 11/24/1995 | 11/30/1995 | 18,604 | 65,621 | (1,399,951) | 1,434,951 | 35,000 | CHECK NAT'L SEMI CORP | PW | 1/8/1996 | (35,000) | 0 | MDPTPP00000004 | MDPTPP00000006 | Check + Stock Name |
| 75378 | 5 | 1A0001 | FEDERAL NATIONAL MTG ASSN | 1/16/1996 | 1/19/1996 | 10,032 | 10,032 | (298,139) | 302,239 | 4,101 | CHECK FED NAT'L MORTGAGE | PW | 2/12/1996 | (4,101) | 0 | MDPTPP00000008 | MDPTPP00000010 | Check + Stock Name |
| 18669 | 6 | 1A0001 | NETSCAPE COMMUNICATIONS CORP | 1/31/1996 | 2/12/1996 | 18,248 | 18,248 | (1,401,675) | 1,419,195 | 17,520 | CHECK NETSCAPE | PW | 2/29/1996 | (17,520) | 0 | MDPTPP00000008 | MDPTPP00000010 | Check + Stock Name |
| 265689 | 7 | 1A0001 | MBNA CORP | 2/13/1996 | 2/23/1996 | 10,303 | 10,303 | (285,064) | 289,336 | 4,272 | CHECK MBNA CORP | PW | 3/19/1996 | (4,272) | 0 | MDPTPP00000017 | MDPTPP00000019 | Check + Stock Name |
| 126792 | 8 | 1A0001 | DIBRELL BROS INC | 2/28/1996 | 4/12/1996 | 1,020,000 | 1,020,000 | (1,401,848) | 0 | (1,401,848) | CHECK DIBRELL BROS INC | PW | 4/17/1996 | (31,542) | | MDPTPP00000027 | MDPTPP00000029 | Check + Stock Name |
| | | 1A0001 | DIMON INC | 2/29/1996 | 4/12/1996 | 75,912 | 75,912 | 0 | 1,433,390 | 1,433,390 | | | | | | | | |
| | | | | | | | | | | 31,542 | | | | (31,542) | 0 | | | |
| 9750 | 9 | 1A0001 | AFLAC INC | 3/14/1996 | 3/21/1996 | 9,153 | 9,153 | (285,269) | 288,832 | 3,564 | CHECK AFLAC | PW | 4/30/1996 | (3,564) | 0 | MDPTPP00000027 | MDPTPP00000029 | Check + Stock Name |
| 143202 | 10 | 1A0001 | ORACLE CORPORATION | 4/16/1996 | 4/22/1996 | 9,885 | 9,885 | (286,665) | 290,249 | 3,584 | CHECK ORACLE CORP | PW | 5/29/1996 | (3,584) | 0 | MDPTPP00000038 | MDPTPP00000040 | Check + Stock Name |
| 224493 | 11 | 1A0001 | STARBUCKS CORPORATION | 4/18/1996 | 4/19/1996 | 859,000 | 57,266 | (1,451,388) | 1,481,317 | 29,929 | CHECK STARBUCKS | PW | 6/11/1996 | (29,929) | 0 | MDPTPP00000049 | MDPTPP00000050 | Check + Stock Name |
| 288728 | 12 | 1A0001 | UAL CORP NEW | 5/21/1996 | 5/24/1996 | 5,236 | 5,236 | (286,671) | 292,045 | 5,374 | CHECK UAL CORP | PW | 7/5/1996 | (5,374) | 0 | MDPTPP00000057 | MDPTPP00000059 | Check + Stock Name |
| 286734 | 13 | 1A0001 | IOMEGA CORP | 5/22/1996 | 5/24/1996 | 43,568 | 43,568 | (1,451,359) | 1,464,053 | 12,694 | CHECK IOMEGA | PW | 7/10/1996 | (12,694) | 0 | MDPTPP00000057 | MDPTPP00000059 | Check + Stock Name |
| 203885 | 14 | 1A0001 | HEWLETT PACKARD CO | 7/9/1996 | 7/19/1996 | 30,298 | 30,298 | (1,427,793) | 1,449,205 | 21,411 | CHECK HEWLETT PACKARD | PW | 8/14/1996 | (21,411) | 0 | MDPTPP00000068 | MDPTPP00000069 | Check + Stock Name |
| 290499 | 15 | 1A0001 | DELTA AIRLINES | 6/20/1996 | 6/28/1996 | 4,721 | 3,590 | (289,751) | 297,723 | 7,971 | CHECK DELTA | PW | 9/9/1996 | (7,971) | 0 | MDPTPP00000075 | MDPTPP00000077 | Check + Stock Name |
| 247013 | 16 | 1A0001 | SUNAMERICA INC | 8/26/1996 | 9/6/1996 | 11,918 | 11,918 | (399,998) | 407,502 | 7,504 | CHECK SUN AMERICA | PW | 9/18/1996 | (7,504) | 0 | MDPTPP00000075 | MDPTPP00000077 | Check + Stock Name |
| 69012 | 17 | 1A0001 | BARNETT BKS FLA INC | 9/6/1996 | 9/20/1996 | 31,222 | 31,222 | (1,032,277) | 1,043,897 | 11,619 | CHECK BARNETT BANKS | PW | 10/7/1996 | (11,619) | 0 | MDPTPP00000083 | MDPTPP00000085 | Check + Stock Name |
| 262672 | 18 | 1A0001 | HERSHEY FOODS CORP | 9/12/1996 | 9/19/1996 | 3,304 | 3,304 | (145,170) | 145,539 | 369 | CHECK HERSHEY FOODS | PW | 10/7/1996 | (369) | 0 | MDPTPP00000083 | MDPTPP00000085 | Check + Stock Name |
| 272384 | 19 | 1A0001 | LUCENT TECHNOLOGIES INC | 9/19/1996 | 10/1/1996 | 3,702 | 3,702 | (145,304) | 148,568 | 3,264 | CHECK LUCENT TECH | PW | 10/9/1996 | (3,264) | 0 | MDPTPP00000083 | MDPTPP00000085 | Check + Stock Name |
| 69028 | 20 | 1A0001 | HILTON HOTELS CORP | 9/25/1996 | 10/1/1996 | 14,952 | 14,952 | (399,966) | 403,460 | 3,494 | CHECK HILTON HOTEL | PW | 10/29/1996 | (3,494) | 0 | MDPTPP00000083 | MDPTPP00000085 | Check + Stock Name |
| 264566 | 21 | 1A0001 | OAKLEY INC | 10/7/1996 | 10/17/1996 | 59,784 | 59,784 | (1,322,721) | 1,340,905 | 18,184 | CHECK OAKLEY INC | PW | 11/13/1996 | (18,184) | 0 | MDPTPP00000093 | MDPTPP00000094 | Check + Stock Name |
| 5494 | 22 | 1A0001 | NIKE INC | 10/24/1996 | 10/29/1996 | 3,526 | 3,526 | (214,645) | 217,062 | 2,416 | CHECK NIKE | PW | 12/9/1996 | (2,416) | 0 | MDPTPP00000102 | MDPTPP00000104 | Check + Stock Name |
| 239573 | 23 | 1A0001 | FIRST DATA CORP | 11/8/1996 | 11/21/1996 | 32,964 | 32,964 | (1,322,681) | 1,359,057 | 36,377 | CHECK FIRST DATA | PW | 12/17/1996 | (36,377) | 0 | MDPTPP00000102 | MDPTPP00000104 | Check + Stock Name |
| 235023 | 24 | 1A0001 | UNITED TECHNOLOGIES CORP | 11/27/1996 | 12/16/1996 | 3,188 | 3,188 | (214,792) | 219,089 | 4,298 | CHECK UNITED TECH INC | PW | 1/8/1997 | (4,298) | 0 | MDPTPP00000111 | MDPTPP00000113 | Check + Stock Name |
| 98314 | 25 | 1A0001 | AT & T CORP | 12/24/1996 | 2/3/1997 | 34,135 | 34,135 | (1,322,731) | 1,289,260 | (33,471) | CHECK AT&T | PW | 2/11/1997 | (45,466) | | MDPTPP00000120 | MDPTPP00000122 | Check + Stock Name |
| | | 1A0001 | NCR CORP | 1/7/1997 | 1/13/1997 | 2,133 | 2,133 | 0 | 78,937 | 78,937 | | | | | | | | |
| | | | | | | | | | | 45,466 | | | | (45,466) | 0 | | | |
| 287551 | 26 | 1A0001 | QUANTUM CORP | 1/15/1997 | 1/15/1997 | 128,000 | 7,052 | (216,117) | 219,767 | 3,649 | CHECK QUANTUM | PW | 3/10/1997 | (3,649) | 0 | MDPTPP00000128 | MDPTPP00000130 | Check + Stock Name |
| 97367 | 27 | 1A0001 | BRISTOL MYERS SQUIBB COMPANY | 2/14/1997 | 3/6/1997 | 21,144 | 21,144 | (1,324,143) | 1,345,662 | 21,519 | CHECK BRISTOL MYERS | PW | 3/18/1997 | (21,519) | 0 | MDPTPP00000128 | MDPTPP00000130 | Check + Stock Name |
| 18773 | 28 | 1A0001 | CAMPBELL SOUP CO | 2/24/1997 | 3/21/1997 | 4,944 | 4,944 | (218,154) | 220,876 | 2,722 | CHECK CAMPBELL SOUP | PW | 4/3/1997 | (2,722) | 0 | MDPTPP00000138 | MDPTPP00000140 | Check + Stock Name |
| 244996 | 29 | 1A0001 | PHILIP MORRIS COMPANIES INC | 3/20/1997 | 4/16/1997 | 26,925 | 26,925 | (1,124,119) | 1,139,581 | 15,463 | CHECK PHILIP MORRIS | PW | 4/23/1997 | (15,463) | 0 | MDPTPP00000138 | MDPTPP00000140 | Check + Stock Name |
| 151548 | 30 | 1A0001 | KIMBERLY CLARK CORP | 4/3/1997 | 4/8/1997 | 4,360 | 4,360 | (220,180) | 222,660 | 2,480 | CHECK KIMBERLY CLARK | PW | 5/13/1997 | (2,480) | 0 | MDPTPP00000149 | MDPTPP00000150 | Check + Stock Name |
| 9753 | 31 | 1A0001 | GENERAL MOTORS CORP | 2/9/1996 | 3/15/1996 | 26,389 | 26,389 | (854,880) | 874,120 | 19,240 | CHECK GEN MOTORS CORP | PW | 4/4/1996 | (19,240) | 0 | MDPTPP00002058 | MDPTPP00002059 | Check + Stock Name |
| 228279 | 32 | 1A0004 | CENTOCOR INC | 3/21/1996 | 3/28/1996 | 708,000 | 25,516 | (854,959) | 875,796 | 20,837 | CHECK CENTOCOR | PW | 5/16/1996 | (20,837) | 0 | MDPTPP00002060 | MDPTPP00002061 | Check + Stock Name |
| 248473 | 33 | 1A0004 | CHUBB CORP | 5/7/1996 | 5/9/1996 | 18,506 | 18,506 | (855,903) | 874,095 | 18,193 | CHECK CHUBB CORP | PW | 6/19/1996 | (18,193) | 0 | MDPTPP00002062 | MDPTPP00002063 | Check + Stock Name |
| 286189 | 34 | 1A0004 | JOHNSON & JOHNSON | 6/4/1996 | 6/17/1996 | 17,808 | 17,808 | (855,897) | 865,526 | 9,629 | CHECK JOHNSON & JOHNSON | PW | 7/24/1996 | (9,629) | 0 | MDPTPP00002064 | MDPTPP00002065 | Check + Stock Name |
| 13473 | 35 | 1A0004 | DEAN WITTER DISCOVER & CO | 1/10/1997 | 1/21/1997 | 27,558 | 27,558 | (926,638) | 945,174 | 18,536 | CHECK DEAN WITTER | PW | 2/19/1997 | (18,536) | 0 | MDPTPP00002078 | MDPTPP00002079 | Check + Stock Name |
| 202424 | 36 | 1A0004 | NATIONS BANK CORP | 2/19/1997 | 3/5/1997 | 16,078 | 16,078 | (931,519) | 944,323 | 12,804 | CHECK NATIONS BANK | PW | 3/26/1997 | (12,804) | 0 | MDPTPP00002080 | MDPTPP00002081 | Check + Stock Name |
| 18777 | 37 | 1A0004 | PHILIP MORRIS COMPANIES INC | 3/20/1997 | 4/16/1997 | 22,356 | 22,356 | (933,363) | 946,191 | 12,828 | CHECK PHILIP MORRIS | PW | 4/29/1997 | (12,828) | 0 | MDPTPP00002082 | MDPTPP00002083 | Check + Stock Name |
| 166569 | 38 | 1A0006 | DEERE & CO | 11/28/1995 | 12/4/1995 | 347 | 1,041 | (30,840) | 31,070 | 230 | CHECK DEERE & CO | PW | 1/5/1996 | (230) | 0 | MDPTPP00002423 | MDPTPP00002424 | Check + Stock Name |
| 204846 | 39 | 1A0006 | SAFEWAY INC | 1/24/1996 | 2/5/1996 | 1,302 | 1,302 | (30,923) | 31,311 | 388 | CHECK SAFEWAY | PW | 2/27/1996 | (388) | 0 | MDPTPP00002425 | MDPTPP00002427 | Check + Stock Name |

Page 1 of 156