**Reported Trading Summary for PW Transactions for Participating Accounts and Supporting Documents**

☐ : Signifies line items which should be aggregated to compare the fictitious profits from the total reported trading to the PW Transaction(s)
**No.** : Unique identifiers for each PW Transaction related to the Participating Accounts

| | | | "Trading" Activity by Security | | | | "Profit Withdrawal" Transactional Detail | | | | | Bates References | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CMID | No. | Account | Transaction Description | Debit | Credit | Reported "Profit" | Date | Transaction Description | Tran Code | Amount($) | Diff | BLMIS Customer Statement | PMR | PMT |
| 547695 | 1 | 100124 | CANNOT RECONCILE TO TRADING | | | | 10/26/1982 | CHECK | PW | (1,521) | (1,521) | MF00361431-34 | MF00092194 | N/A |
| 501270 | 2 | 100124 | GULF UTD CORP | (2,132,119) | - | (2,132,119) | 4/24/1984 | GULF UTD | CW | (41,208) | | MF00360292-94 | MF00093275 | N/A |
| | | 100124 | GULF BROADCAST CO | - | 508,497 | 508,497 | | | | | | | | |
| | | 100124 | | | | (1,623,622) | | | | (41,208) | (1,664,830) | | | |
| 499166 | 3 | 100124 | OWENS ILL INC | (1,177,187) | 1,227,221 | 50,034 | 5/4/1984 | CHECK OWENS ILL | CW | (18,239) | 31,795 | MF00149369-71 | MF00093275 | N/A |
| 499167 | 4 | 100124 | BRISTOL MYERS | (234,520) | 244,491 | 9,971 | 5/8/1984 | CHECK BRISTOL MYERS | CW | (3,724) | 6,247 | MF00149369-71 | MF00093275 | N/A |
| 536522 | 5 | 100124 | ETHYL CORP | (776,688) | 809,759 | 33,072 | 5/18/1984 | CHECK ETHYL | CW | (16,119) | 16,953 | MF00149369-71 | MF00093275 | N/A |
| 512761 | 6 | 100124 | INTERCO INC | (781,911) | 815,140 | 33,229 | 6/6/1984 | CHECK INTERCO | CW | (17,878) | 15,351 | MF00149947-49 | MF00093275 | N/A |
| 486917 | 7 | 100124 | STATEWIDE BANCORP NJ | (526,627) | 543,416 | 16,789 | 6/7/1984 | CHECK STATEWIDE BANCORP | CW | (15,743) | 1,046 | MF00149947-49 | MF00093275 | N/A |
| 500716 | 8 | 100124 | HOUSEHOLD INTL | (824,010) | 859,034 | 35,024 | 6/12/1984 | CHECK HOUSEHOLD INTL | CW | (13,382) | 21,642 | MF00149947-49 | MF00093275 | N/A |
| 500864 | 9 | 100124 | CARTER HAWLEY HALE STORES INC | (899,999) | 938,249 | 38,250 | 6/20/1984 | CHECK CARTER HAWLEY | CW | (24,741) | 13,509 | MF00149947-49 | MF00093275 | N/A |
| 516849 | 10 | 100124 | OCCIDENTAL PETE CORP | (699,974) | 729,725 | 29,752 | 6/26/1984 | CHECK OCCIDENTAL PETE | CW | (12,399) | 17,353 | MF00149947-49 | MF00093275 | N/A |
| 547948 | 11 | 100324 | DIGITAL SWITCH CORP | (49,968) | 51,467 | 1,499 | 7/13/1982 | CHECK | PW | (1,499) | - | MF00148433-33 | MF00092246 | N/A |
| 547949 | 12 | 100324 | GOULD INC | (342,653) | 357,215 | 14,563 | 8/4/1982 | CHECK | PW | (14,563) | - | MF00148979-79 | MF00092246 | N/A |
| 547950 | 13 | 100324 | AMERICAN BRANS INC | (49,957) | 51,831 | 1,874 | 9/16/1982 | CHECK | PW | (1,874) | - | MF00361043-43 | MF00092246 | N/A |
| 547951 | 14 | 100324 | HOUSEHOLD INTL INC | (342,672) | 356,379 | 13,707 | 10/6/1982 | CHECK | PW | (13,707) | - | MF00361500-00 | MF00092246 | N/A |
| 547952 | 15 | 100324 | EATON CORP | (49,928) | 52,050 | 2,122 | 11/12/1982 | CHECK | PW | (2,122) | - | MF00362062-62 | MF00092246 | N/A |
| 547953 | 16 | 100324 | EMHART CORP VA | (342,661) | 355,511 | 12,850 | 12/7/1982 | CHECK | PW | (12,850) | - | MF00362737-37 | MF00092246 | N/A |
| 547954 | 17 | 100324 | ROCKWELL INTL CORP | (49,907) | 51,904 | 1,997 | 1/13/1983 | CHECK | PW | (1,997) | - | MF00365013-13 | MF00092731 | N/A |
| 547955 | 18 | 100324 | SUN INC | (342,698) | 358,119 | 15,421 | 2/3/1983 | CHECK | PW | (15,421) | - | MF00365571-71 | MF00092731 | N/A |
| 547956 | 19 | 100324 | FOREMOST MCKESSON INC | (49,896) | 51,767 | 1,871 | 3/9/1983 | CHECK | PW | (1,871) | - | MF00366138-38 | MF00092731 | N/A |
| 547957 | 20 | 100324 | TRW INC | (342,733) | 356,442 | 13,709 | 4/11/1983 | CHECK | PW | (13,709) | - | MF00366743-43 | MF00092731 | N/A |
| 547958 | 21 | 100324 | DIGITAL SWITCH CORP | (49,869) | 51,459 | 1,590 | 4/26/1983 | CHECK | PW | (1,590) | - | MF00366743-43 | MF00092731 | N/A |
| 547959 | 22 | 100324 | AMERICAN BRANDS INC | (342,750) | 355,603 | 12,854 | 6/7/1983 | CHECK | PW | (12,854) | - | MF00367872-72 | MF00092731 | N/A |
| 547960 | 23 | 100324 | TRW INC | (49,751) | 51,741 | 1,990 | 6/24/1983 | CHECK | PW | (1,990) | - | MF00367872-72 | MF00092731 | N/A |
| 531520 | 24 | 100324 | HARTE HANKS COMMUNICATIONS INC | (341,747) | 356,271 | 14,524 | 8/8/1983 | CHECK | PW | (14,524) | - | MF00369013-13 | MF00092731 | N/A |
| 531522 | 25 | 100324 | ROWAN COS INC | (50,864) | 52,772 | 1,908 | 8/23/1983 | CHECK | PW | (1,908) | - | MF00369013-13 | MF00092731 | N/A |
| 539163 | 26 | 100324 | INTL REMOTE IMAGING SYS INC | (341,760) | 352,013 | 10,253 | 9/27/1983 | CHECK | PW | (10,253) | - | MF00369582-82 | MF00092731 | N/A |
| 516707 | 27 | 100324 | CITY INVESTING CO | (50,831) | 52,990 | 2,160 | 10/31/1983 | CHECK | PW | (2,160) | - | MF00145540-40 | MF00092731 | N/A |
| 467333 | 28 | 100324 | BRISTOL MEYERS CO | (341,758) | 354,574 | 12,816 | 11/29/1983 | CHECK | PW | (12,816) | - | MF00146102-02 | MF00092731 | N/A |
| 478275 | 29 | 100324 | HOME CTRS AMER INC | (50,864) | 52,390 | 1,526 | 12/20/1983 | CHECK | PW | (1,526) | - | MF00358062-62 | MF00092731 | N/A |
| 525273 | 30 | 100324 | WANG LABS INC | (447,903) | 466,938 | 19,035 | 2/6/1984 | CHECK | PW | (19,035) | - | MF00359201-02 | MF00093318 | N/A |
| 539003 | 31 | 100324 | AMERICAN TEL & TEL | - | 140,137 | 140,137 | 3/2/1984 | CHECK | PW | (2,143) | | MF00359797-97 | MF00093318 | N/A |
| 530601 | 32 | 100324 | AMERICAN TEL & TELEG CO | (497,150) | 1,080 | (496,070) | 3/22/1984 | CHECK | PW | (13,395) | | MF00359797-97 | MF00093318 | N/A |
| | | 100324 | AMERITECH CORP | - | 52,155 | 52,155 | | | | | | | | |
| | | 100324 | BELL ATLANTIC CORP | - | 55,295 | 55,295 | | | | | | | | |
| | | 100324 | BELL SOUTH CORP | - | 70,650 | 70,650 | | | | | | | | |
| | | 100324 | NYNEX CORP | - | 49,580 | 49,580 | | | | | | | | |
| | | 100324 | PACIFIC TELESIS CORP | - | 46,630 | 46,630 | | | | | | | | |
| | | 100324 | SOUTHWESTERN BELL CORP | - | 48,920 | 48,920 | | | | | | | | |
| | | 100324 | U S WEST INC | - | 48,240 | 48,240 | | | | | | | | |
| | | 100324 | | | | 15,538 | | | | (15,538) | - | | | |
| 525504 | 33 | 100324 | OWENS ILL INC | (53,663) | 55,940 | 2,277 | 5/4/1984 | CHECK OWENS ILL | PW | (2,277) | - | MF00149452-52 | MF00093318 | N/A |
| 467401 | 34 | 100324 | CITYFED FINL CORP | (99,998) | 103,996 | 3,998 | 7/28/1986 | CHECK CITYFED FINL | PW | (3,998) | - | MF00071973-73 | N/A | N/A |
| 440638 | 35 | 100324 | QUAKER STATE OIL REFINING | (99,668) | 103,909 | 4,241 | 9/25/1986 | CHECK QUAKER STATE | PW | (4,241) | - | MF00064886-86 | N/A | N/A |
| 468547 | 36 | 100324 | TRIANGLE IND INC | (99,973) | 103,721 | 3,748 | 12/3/1986 | CHECK TRIANGLE | PW | (3,748) | - | MF00078572-72 | N/A | N/A |