**Purported Equity Analysis for BLMIS Account 1B0022**

| | | As Reported | | | | | | | If "REINVESTED" | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account | Statement Date | Reported Beginning Monthly Purported Equity | Reported Ending Monthly Purported Equity | Purported Gain | Purported Gain as a Percentage of the Reported Beginning Monthly Purported Equity | Monthly PW Transactions | Cumulative Total of PW Transactions | Principal Added | Revised Beginning Purported Equity Balance | Revised Purported Gain | Revised Ending Purported Equity Balance | Beginning Bates | Ending Bates |
| 1B0022 | 9/30/1986 | $ - | $ 100,000 | $ - | 0.00% | $ - | $ - | $ 100,000 | $ - | $ - | $ 100,000 | MF00064856 | MF00064856 |
| 1B0022 | 10/31/1986 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ - | | $ 100,000 | $ - | $ 100,000 | MF00065607 | MF00065607 |
| 1B0022 | 11/30/1986 | $ 100,000 | $ 100,000 | $ 2,807 | 2.81% | $ (2,807) | $ (2,807) | | $ 100,000 | $ 2,807 | $ 102,807 | MF00077783 | MF00077783 |
| 1B0022 | 12/31/1986 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (2,807) | | $ 102,807 | $ - | $ 102,807 | MF00067077 | MF00067077 |
| 1B0022 | 1/31/1987 | $ 100,000 | $ 104,003 | $ 4,003 | 4.00% | $ - | $ (2,807) | | $ 102,807 | $ 4,115 | $ 106,921 | MF00057233 | MF00057233 |
| 1B0022 | 2/28/1987 | $ 104,003 | $ 100,000 | $ - | 0.00% | $ (4,003) | $ (6,809) | | $ 106,921 | $ - | $ 106,921 | MF00057516 | MF00057516 |
| 1B0022 | 3/31/1987 | $ 100,000 | $ 104,248 | $ 4,248 | 4.25% | $ - | $ (6,809) | | $ 106,921 | $ 4,542 | $ 111,463 | MF00058333 | MF00058333 |
| 1B0022 | 4/30/1987 | $ 104,248 | $ 100,000 | $ - | 0.00% | $ (4,248) | $ (11,057) | | $ 111,463 | $ - | $ 111,463 | MF00101120 | MF00101120 |
| 1B0022 | 5/31/1987 | $ 100,000 | $ 103,745 | $ 3,745 | 3.74% | $ - | $ (11,057) | | $ 111,463 | $ 4,174 | $ 115,637 | MF00101902 | MF00101902 |
| 1B0022 | 6/30/1987 | $ 103,745 | $ 100,000 | $ - | 0.00% | $ (3,745) | $ (14,802) | | $ 115,637 | $ - | $ 115,637 | MF00102745 | MF00102745 |
| 1B0022 | 7/31/1987 | $ 100,000 | $ 103,977 | $ 3,977 | 3.98% | $ - | $ (14,802) | | $ 115,637 | $ 4,599 | $ 120,236 | MF00059168 | MF00059168 |
| 1B0022 | 8/31/1987 | $ 103,977 | $ 100,000 | $ - | 0.00% | $ (3,977) | $ (18,779) | | $ 120,236 | $ - | $ 120,236 | MF00060870 | MF00060870 |
| 1B0022 | 9/30/1987 | $ 100,000 | $ 104,198 | $ 4,198 | 4.20% | $ - | $ (18,779) | | $ 120,236 | $ 5,047 | $ 125,283 | MF00061149 | MF00061149 |
| 1B0022 | 10/31/1987 | $ 104,198 | $ 100,000 | $ - | 0.00% | $ (4,198) | $ (22,976) | | $ 125,283 | $ - | $ 125,283 | MF00062043 | MF00062043 |
| 1B0022 | 11/30/1987 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (22,976) | | $ 125,283 | $ - | $ 125,283 | MF00062983 | MF00062983 |
| 1B0022 | 12/31/1987 | $ 100,000 | $ 103,738 | $ 3,738 | 3.74% | $ - | $ (22,976) | | $ 125,283 | $ 4,683 | $ 129,966 | MF00063864 | MF00063864 |
| 1B0022 | 1/31/1988 | $ 103,738 | $ 100,000 | $ - | 0.00% | $ (3,738) | $ (26,714) | | $ 129,966 | $ - | $ 129,966 | MF00539007 | MF00539007 |
| 1B0022 | 2/29/1988 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (26,714) | | $ 129,966 | $ - | $ 129,966 | MF00540063 | MF00540063 |
| 1B0022 | 3/31/1988 | $ 100,000 | $ 100,000 | $ 3,999 | 4.00% | $ (3,999) | $ (30,713) | | $ 129,966 | $ 5,197 | $ 135,163 | MF00537297 | MF00537297 |
| 1B0022 | 4/30/1988 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (30,713) | | $ 135,163 | $ - | $ 135,163 | MF00538573 | MF00538573 |
| 1B0022 | 5/31/1988 | $ 100,000 | $ 100,000 | $ 4,245 | 4.24% | $ (4,245) | $ (34,957) | | $ 135,163 | $ 5,737 | $ 140,900 | MF00535095 | MF00535095 |
| 1B0022 | 6/30/1988 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (34,957) | | $ 140,900 | $ - | $ 140,900 | MF00536608 | MF00536608 |
| 1B0022 | 7/31/1988 | $ 100,000 | $ 103,752 | $ 3,752 | 3.75% | $ - | $ (34,957) | | $ 140,900 | $ 5,287 | $ 146,187 | MF00533804 | MF00533804 |
| 1B0022 | 8/31/1988 | $ 103,752 | $ 100,000 | $ - | 0.00% | $ (3,752) | $ (38,709) | | $ 146,187 | $ - | $ 146,187 | MF00534133 | MF00534133 |
| 1B0022 | 9/30/1988 | $ 100,000 | $ 103,968 | $ 3,968 | 3.97% | $ - | $ (38,709) | | $ 146,187 | $ 5,800 | $ 151,987 | MF00531102 | MF00531102 |
| 1B0022 | 10/31/1988 | $ 103,968 | $ 100,000 | $ - | 0.00% | $ (3,968) | $ (42,677) | | $ 151,987 | $ - | $ 151,987 | MF00532138 | MF00532138 |
| 1B0022 | 11/30/1988 | $ 100,000 | $ 103,167 | $ 3,167 | 3.17% | $ - | $ (42,677) | | $ 151,987 | $ 4,813 | $ 156,800 | MF00528763 | MF00528763 |
| 1B0022 | 12/31/1988 | $ 103,167 | $ 100,000 | $ - | 0.00% | $ (3,167) | $ (45,844) | | $ 156,800 | $ - | $ 156,800 | MF00529912 | MF00529912 |
| 1B0022 | 1/31/1989 | $ 100,000 | $ 103,687 | $ 3,687 | 3.69% | $ - | $ (45,844) | | $ 156,800 | $ 5,781 | $ 162,582 | MF00040670 | MF00040670 |
| 1B0022 | 2/28/1989 | $ 103,687 | $ 100,000 | $ - | 0.00% | $ (3,687) | $ (49,531) | | $ 162,582 | $ - | $ 162,582 | MF00041212 | MF00041212 |
| 1B0022 | 3/31/1989 | $ 100,000 | $ 103,993 | $ 3,993 | 3.99% | $ - | $ (49,531) | | $ 162,582 | $ 6,492 | $ 169,074 | MF00042435 | MF00042435 |
| 1B0022 | 4/30/1989 | $ 103,993 | $ 100,000 | $ - | 0.00% | $ (3,993) | $ (53,524) | | $ 169,074 | $ - | $ 169,074 | MF00043619 | MF00043619 |
| 1B0022 | 5/31/1989 | $ 100,000 | $ 104,205 | $ 4,205 | 4.21% | $ - | $ (53,524) | | $ 169,074 | $ 7,110 | $ 176,184 | MF00044720 | MF00044720 |
| 1B0022 | 6/30/1989 | $ 104,205 | $ 100,000 | $ - | 0.00% | $ (4,205) | $ (57,730) | | $ 176,184 | $ - | $ 176,184 | MF00046686 | MF00046686 |
| 1B0022 | 7/31/1989 | $ 100,000 | $ 103,753 | $ 3,753 | 3.75% | $ - | $ (57,730) | | $ 176,184 | $ 6,613 | $ 182,797 | MF00047913 | MF00047913 |
| 1B0022 | 8/31/1989 | $ 103,753 | $ 100,000 | $ - | 0.00% | $ (3,753) | $ (61,483) | | $ 182,797 | $ - | $ 182,797 | MF00048292 | MF00048292 |
| 1B0022 | 9/30/1989 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (61,483) | | $ 182,797 | $ - | $ 182,797 | MF00049614 | MF00049614 |
| 1B0022 | 10/31/1989 | $ 100,000 | $ 100,000 | $ 3,990 | 3.99% | $ (3,990) | $ (65,473) | | $ 182,797 | $ 7,294 | $ 190,091 | MF00051811 | MF00051811 |
| 1B0022 | 11/30/1989 | $ 100,000 | $ 103,187 | $ 3,187 | 3.19% | $ - | $ (65,473) | | $ 190,091 | $ 6,059 | $ 196,150 | MF00052530 | MF00052530 |
| 1B0022 | 12/31/1989 | $ 103,187 | $ 100,000 | $ - | 0.00% | $ - | $ (65,473) | | $ 196,150 | $ - | $ 196,150 | MF00052809 | MF00052809 |
| 1B0022 | 1/31/1990 | $ 100,000 | $ 103,682 | $ 3,682 | 3.68% | $ - | $ (65,473) | | $ 196,150 | $ 7,223 | $ 203,372 | MF00021789 | MF00021789 |
| 1B0022 | 2/28/1990 | $ 103,682 | $ 100,000 | $ - | 0.00% | $ (3,682) | $ (69,156) | | $ 203,372 | $ - | $ 203,372 | MF00023122 | MF00023122 |
| 1B0022 | 3/31/1990 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (69,156) | | $ 203,372 | $ - | $ 203,372 | MF00029684 | MF00029684 |
| 1B0022 | 4/30/1990 | $ 100,000 | $ 100,000 | $ 4,001 | 4.00% | $ (4,001) | $ (73,157) | | $ 203,372 | $ 8,137 | $ 211,509 | MF00031064 | MF00031064 |
| 1B0022 | 5/31/1990 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (73,157) | | $ 211,509 | $ - | $ 211,509 | MF00037359 | MF00037359 |
| 1B0022 | 6/30/1990 | $ 100,000 | $ 100,000 | $ 4,228 | 4.23% | $ (4,228) | $ (77,385) | | $ 211,509 | $ 8,943 | $ 220,452 | MF00038708 | MF00038708 |
| 1B0022 | 7/31/1990 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (77,385) | | $ 220,452 | $ - | $ 220,452 | MF00034240 | MF00034240 |
| 1B0022 | 8/31/1990 | $ 100,000 | $ 100,000 | $ 3,728 | 3.73% | $ (3,728) | $ (81,113) | | $ 220,452 | $ 8,219 | $ 228,671 | MF00035710 | MF00035710 |
| 1B0022 | 9/30/1990 | $ 100,000 | $ 100,000 | $ - | 0.00% | $ - | $ (81,113) | | $ 228,671 | $ - | $ 228,671 | MF00026350 | MF00026350 |
| 1B0022 | 10/31/1990 | $ 100,000 | $ 104,004 | $ 4,004 | 4.00% | $ - | $ (81,113) | | $ 228,671 | $ 9,155 | $ 237,826 | MF00027904 | MF00027904 |
| 1B0022 | 11/30/1990 | $ 104,004 | $ 100,000 | | 0.00% | $ - | $ (85,116) | | $ 237,826 | $ - | $ 237,826 | MF00032524 | MF00032524 |
| 1B0022 | 12/31/1990 | $ 100,000 | $ 100,040 | $ 3,168 | 3.17% | $ (3,168) | $ (88,284) | | $ 237,826 | $ 7,535 | $ 245,360 | MF00024487 | MF00024487 |
| 1B0022 | 1/31/1991 | $ 100,040 | $ 100,040 | $ - | 0.00% | $ - | $ (88,284) | | $ 245,360 | $ - | $ 245,360 | MF00494576 | MF00494576 |
| 1B0022 | 2/28/1991 | $ 100,040 | $ 103,783 | $ 3,743 | 3.74% | $ - | $ (88,284) | | $ 245,360 | $ 9,179 | $ 254,540 | MF00492789 | MF00492789 |
| 1B0022 | 3/31/1991 | $ 103,783 | $ 100,040 | $ - | 0.00% | $ (3,743) | $ (92,027) | | $ 254,540 | $ - | $ 254,540 | MF00540999 | MF00540999 |
| 1B0022 | 4/30/1991 | $ 100,040 | $ 102,830 | $ - | 0.00% | $ - | $ (92,027) | | $ 254,540 | $ - | $ 254,540 | MF00488880 | MF00488880 |
| 1B0022 | 5/31/1991 | $ 102,830 | $ 100,044 | $ 3,496 | 3.40% | $ (3,496) | $ (95,523) | | $ 254,540 | $ 8,653 | $ 263,192 | MF00487120 | MF00487120 |
| 1B0022 | 6/30/1991 | $ 100,044 | $ 103,274 | $ 3,230 | 3.23% | $ - | $ (95,523) | | $ 263,192 | $ 8,497 | $ 271,690 | MF00485441 | MF00485441 |
| 1B0022 | 7/31/1991 | $ 103,274 | $ 100,044 | $ 361 | 0.35% | $ (3,591) | $ (99,114) | | $ 271,690 | $ 949 | $ 272,639 | MF00483468 | MF00483468 |
| 1B0022 | 8/31/1991 | $ 100,044 | $ 103,036 | $ 2,993 | 2.99% | $ - | $ (99,114) | | $ 272,639 | $ 8,155 | $ 280,794 | MF00481417 | MF00481417 |
| 1B0022 | 9/30/1991 | $ 103,036 | $ 102,507 | $ - | 0.00% | $ (2,993) | $ (102,106) | | $ 280,794 | $ - | $ 280,794 | MF00479329 | MF00479329 |
| 1B0022 | 10/31/1991 | $ 102,507 | $ 102,507 | $ - | 0.00% | $ - | $ (102,106) | | $ 280,794 | $ - | $ 280,794 | MF00477184 | MF00477184 |
| 1B0022 | 11/30/1991 | $ 102,507 | $ 100,046 | $ 3,474 | 3.39% | $ (3,474) | $ (105,580) | | $ 280,794 | $ 9,517 | $ 290,311 | MF00475097 | MF00475097 |
| 1B0022 | 12/31/1991 | $ 100,046 | $ 100,046 | $ 2,452 | 2.45% | $ (2,452) | $ (108,032) | | $ 290,311 | $ 7,114 | $ 297,425 | MF00472955 | MF00472955 |
| 1B0022 | 1/31/1992 | $ 100,046 | $ 100,046 | $ - | 0.00% | $ - | $ (108,032) | | $ 297,425 | $ - | $ 297,425 | MF00471088 | MF00471088 |
| 1B0022 | 2/29/1992 | $ 100,046 | $ 104,186 | $ 3,969 | 3.97% | $ - | $ (108,032) | | $ 297,425 | $ 11,799 | $ 309,224 | MF00469312 | MF00469312 |
| 1B0022 | 3/31/1992 | $ 104,186 | $ 100,220 | $ - | 0.00% | $ (3,969) | $ (112,001) | | $ 309,224 | $ - | $ 309,224 | MF00467121 | MF00467121 |
| 1B0022 | 4/30/1992 | $ 100,220 | $ 100,222 | $ 2,606 | 2.60% | $ (2,606) | $ (114,607) | | $ 309,224 | $ 8,041 | $ 317,265 | MF00464895 | MF00464895 |
| 1B0022 | 5/31/1992 | $ 100,222 | $ 100,222 | $ - | 0.00% | $ - | $ (114,607) | | $ 317,265 | $ - | $ 317,265 | MF00462610 | MF00462610 |
| 1B0022 | 6/30/1992 | $ 100,222 | $ 101,604 | $ 2,628 | 2.62% | $ (2,628) | $ (117,235) | | $ 317,265 | $ 8,318 | $ 325,583 | MF00460631 | MF00460631 |
| 1B0022 | 7/31/1992 | $ 101,604 | $ 101,604 | $ - | 0.00% | $ - | $ (117,235) | | $ 325,583 | $ - | $ 325,583 | MF00458623 | MF00458623 |
| 1B0022 | 8/31/1992 | $ 101,604 | $ 100,240 | $ 3,929 | 3.87% | $ (3,929) | $ (121,164) | | $ 325,583 | $ 12,591 | $ 338,175 | MF00456671 | MF00456671 |
| 1B0022 | 9/30/1992 | $ 100,240 | $ 102,869 | $ 2,629 | 2.62% | $ - | $ (121,164) | | $ 338,175 | $ 8,870 | $ 347,045 | MF00454695 | MF00454695 |
| 1B0022 | 10/31/1992 | $ 102,869 | $ 100,241 | $ - | 0.00% | $ (2,629) | $ (123,793) | | $ 347,045 | $ - | $ 347,045 | MF00452273 | MF00452273 |
| 1B0022 | 11/30/1992 | $ 100,241 | $ 100,241 | $ 1,097 | 1.09% | $ (1,097) | $ (124,890) | | $ 347,045 | $ 3,798 | $ 350,843 | MF00450096 | MF00450096 |
| 1B0022 | 12/31/1992 | $ 100,241 | $ 202,924 | $ 2,678 | 2.67% | $ - | $ (124,890) | $ 100,000 | $ 350,843 | $ 9,373 | $ 460,216 | MF00443779 | MF00443779 |
| 1B0022 | 1/31/1993 | $ 202,924 | $ 200,248 | $ - | 0.00% | $ (2,678) | $ (127,568) | | $ 460,216 | $ - | $ 460,216 | MF00435971 | MF00435971 |
| 1B0022 | 2/28/1993 | $ 200,248 | $ 204,001 | $ 8,132 | 4.06% | $ (4,379) | $ (131,947) | | $ 460,216 | $ 18,688 | $ 478,904 | MF00430570 | MF00430570 |
| 1B0022 | 3/31/1993 | $ 204,001 | $ 200,370 | $ - | 0.00% | $ (3,753) | $ (135,700) | | $ 478,904 | $ - | $ 478,904 | MF00425573 | MF00425573 |
| 1B0022 | 4/30/1993 | $ 200,370 | $ 200,370 | $ - | 0.00% | $ - | $ (135,700) | | $ 478,904 | $ - | $ 478,904 | MF00385961 | MF00385961 |
| 1B0022 | 5/31/1993 | $ 200,370 | $ 200,371 | $ 7,999 | 3.99% | $ (7,999) | $ (143,699) | | $ 478,904 | $ 19,119 | $ 498,024 | MF00416422 | MF00416422 |
| 1B0022 | 6/30/1993 | $ 200,371 | $ 200,371 | $ 3,511 | 1.75% | $ (3,511) | $ (147,210) | | $ 498,024 | $ 8,727 | $ 506,750 | MF00403914 | MF00403914 |
| 1B0022 | 7/31/1993 | $ 200,371 | $ 200,371 | $ - | 0.00% | $ - | $ (147,210) | | $ 506,750 | $ - | $ 506,750 | MF00396262 | MF00396262 |

**Purported Equity Analysis for BLMIS Account 1B0022**

| | | As Reported | | | | | | | If "REINVESTED" | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account | Statement Date | Reported Beginning Monthly Purported Equity | Reported Ending Monthly Purported Equity | Purported Gain | Purported Gain as a Percentage of the Reported Beginning Monthly Purported Equity | Monthly PW Transactions | Cumulative Total of PW Transactions | Principal Added | Revised Beginning Purported Equity Balance | Revised Purported Gain | Revised Ending Purported Equity Balance | Beginning Bates | Ending Bates |
| 1B0022 | 8/31/1993 | $ 200,371 | $ 203,624 | $ 9,806 | 4.89% | $ (6,555) | $ (153,765) | | $ 506,750 | $ 24,800 | $ 531,550 | MF00381082 | MF00381082 |
| 1B0022 | 9/30/1993 | $ 203,624 | $ 200,556 | $ - | 0.00% | $ (3,251) | $ (157,016) | | $ 531,550 | $ - | $ 531,550 | MF00355549 | MF00355549 |
| 1B0022 | 10/31/1993 | $ 200,556 | $ 204,062 | $ 3,505 | 1.75% | $ - | $ (157,016) | | $ 531,550 | $ 9,290 | $ 540,840 | MF00347645 | MF00347645 |
| 1B0022 | 11/30/1993 | $ 204,062 | $ 200,559 | $ - | 0.00% | $ (3,505) | $ (160,521) | | $ 540,840 | $ - | $ 540,840 | MF00332005 | MF00332005 |
| 1B0022 | 12/31/1993 | $ 200,559 | $ 200,559 | $ 5,634 | 2.81% | $ (5,634) | $ (166,155) | | $ 540,840 | $ 15,193 | $ 556,033 | MF00341958 | MF00341958 |
| 1B0022 | 1/31/1994 | $ 200,559 | $ 203,504 | $ 2,505 | 1.25% | $ - | $ (166,155) | | $ 556,033 | $ 6,944 | $ 562,977 | MF00311336 | MF00311336 |
| 1B0022 | 2/28/1994 | $ 203,504 | $ 201,022 | $ - | 0.00% | $ (2,505) | $ (168,660) | | $ 562,977 | $ - | $ 562,977 | MF00305887 | MF00305887 |
| 1B0022 | 3/31/1994 | $ 201,022 | $ 201,022 | $ - | 0.00% | $ - | $ (168,660) | | $ 562,977 | $ - | $ 562,977 | MF00328750 | MF00328750 |
| 1B0022 | 4/30/1994 | $ 201,022 | $ 202,274 | $ 8,270 | 4.11% | $ (7,020) | $ (175,679) | | $ 562,977 | $ 23,160 | $ 586,137 | MF00284418 | MF00284418 |
| 1B0022 | 5/31/1994 | $ 202,274 | $ 203,421 | $ 2,256 | 1.12% | $ (1,250) | $ (176,929) | | $ 586,137 | $ 6,538 | $ 592,674 | MF00272894 | MF00272894 |
| 1B0022 | 6/30/1994 | $ 203,421 | $ 202,030 | $ - | 0.00% | $ (2,256) | $ (179,186) | | $ 592,674 | $ - | $ 592,674 | MF00231670 | MF00231670 |
| 1B0022 | 7/31/1994 | $ 202,030 | $ 202,030 | $ - | 0.00% | $ - | $ (179,186) | | $ 592,674 | $ - | $ 592,674 | MF00229274 | MF00229274 |
| 1B0022 | 8/31/1994 | $ 202,030 | $ 201,392 | $ 4,904 | 2.43% | $ (4,904) | $ (184,090) | | $ 592,674 | $ 14,387 | $ 607,061 | MF00321079 | MF00321079 |
| 1B0022 | 9/30/1994 | $ 201,392 | $ 201,392 | $ 2,013 | 1.00% | $ (2,013) | $ (186,102) | | $ 607,061 | $ 6,066 | $ 613,127 | MF00258439 | MF00258439 |
| 1B0022 | 10/31/1994 | $ 201,392 | $ 208,632 | $ - | 0.00% | $ - | $ (186,102) | | $ 613,127 | $ - | $ 613,127 | MF00278634 | MF00278634 |
| 1B0022 | 11/30/1994 | $ 208,632 | $ 203,660 | $ 6,399 | 3.07% | $ (4,135) | $ (190,237) | | $ 613,127 | $ 18,804 | $ 631,931 | MF00318210 | MF00318210 |
| 1B0022 | 12/31/1994 | $ 203,660 | $ 201,407 | $ - | 0.00% | $ (2,264) | $ (192,501) | | $ 631,931 | $ - | $ 631,931 | MF00237856 | MF00237856 |
| 1B0022 | 1/31/1995 | $ 201,407 | $ 205,007 | $ 2,518 | 1.25% | $ - | $ (192,501) | | $ 631,931 | $ 7,900 | $ 639,831 | MF00220159 | MF00220159 |
| 1B0022 | 2/28/1995 | $ 205,007 | $ 202,613 | $ - | 0.00% | $ (2,518) | $ (195,018) | | $ 639,831 | $ - | $ 639,831 | MF00200501 | MF00200501 |
| 1B0022 | 3/31/1995 | $ 202,613 | $ 202,613 | $ 2,784 | 1.37% | $ (2,784) | $ (197,802) | | $ 639,831 | $ 8,792 | $ 648,622 | MF00217996 | MF00217996 |
| 1B0022 | 4/30/1995 | $ 202,613 | $ 202,613 | $ - | 0.00% | $ - | $ (197,802) | | $ 648,622 | $ - | $ 648,622 | MF00205983 | MF00205983 |
| 1B0022 | 5/31/1995 | $ 202,613 | $ 203,883 | $ 8,328 | 4.11% | $ (7,063) | $ (204,865) | | $ 648,622 | $ 26,659 | $ 675,281 | MF00166239 | MF00166239 |
| 1B0022 | 6/30/1995 | $ 203,883 | $ 202,699 | $ - | 0.00% | $ (1,265) | $ (206,130) | | $ 675,281 | $ - | $ 675,281 | MF00161596 | MF00161596 |
| 1B0022 | 7/31/1995 | $ 202,699 | $ 202,701 | $ 5,679 | 2.80% | $ (5,679) | $ (211,809) | | $ 675,281 | $ 18,919 | $ 694,200 | MF00213489 | MF00213489 |
| 1B0022 | 8/31/1995 | $ 202,701 | $ 204,470 | $ 1,769 | 0.87% | $ - | $ (211,809) | | $ 694,200 | $ 6,058 | $ 700,258 | MF00134209 | MF00134209 |
| 1B0022 | 9/30/1995 | $ 204,470 | $ 205,154 | $ 2,281 | 1.12% | $ (1,769) | $ (213,578) | | $ 700,258 | $ 7,811 | $ 708,068 | MF00113636 | MF00113636 |
| 1B0022 | 10/31/1995 | $ 205,154 | $ 205,492 | $ 2,535 | 1.24% | $ (2,281) | $ (215,858) | | $ 708,068 | $ 8,749 | $ 716,817 | MF00114016 | MF00114016 |
| 1B0022 | 11/30/1995 | $ 205,492 | $ 203,575 | $ - | 0.00% | $ (2,535) | $ (218,393) | | $ 716,817 | $ - | $ 716,817 | MF00107990 | MF00107990 |
| 1B0022 | 12/31/1995 | $ 203,575 | $ 204,593 | $ 1,019 | 0.50% | $ - | $ (218,393) | | $ 716,817 | $ 3,587 | $ 720,404 | MDPTPP00129259 | MDPTPP00129260 |
| 1B0022 | 1/31/1996 | $ 204,593 | $ 208,738 | $ 2,795 | 1.37% | $ (1,019) | $ (219,412) | | $ 720,404 | $ 9,840 | $ 730,244 | MDPTPP00129261 | MDPTPP00129262 |
| 1B0022 | 2/29/1996 | $ 208,738 | $ 204,071 | $ - | 0.00% | $ (2,795) | $ (222,206) | | $ 730,244 | $ - | $ 730,244 | MDPTPP00129263 | MDPTPP00129265 |
| 1B0022 | 3/31/1996 | $ 204,071 | $ 208,681 | $ 4,586 | 2.25% | $ - | $ (222,206) | | $ 730,244 | $ 16,409 | $ 746,653 | MDPTPP00129266 | MDPTPP00129268 |
| 1B0022 | 4/30/1996 | $ 208,681 | $ 204,100 | $ - | 0.00% | $ (4,586) | $ (226,792) | | $ 746,653 | $ - | $ 746,653 | MDPTPP00129269 | MDPTPP00129270 |
| 1B0022 | 5/31/1996 | $ 204,100 | $ 207,899 | $ 7,631 | 3.74% | $ (3,808) | $ (230,600) | | $ 746,653 | $ 27,916 | $ 774,569 | MDPTPP00129271 | MDPTPP00129272 |
| 1B0022 | 6/30/1996 | $ 207,899 | $ 204,454 | $ - | 0.00% | $ (3,823) | $ (234,423) | | $ 774,569 | $ - | $ 774,569 | MDPTPP00129273 | MDPTPP00129274 |
| 1B0022 | 7/31/1996 | $ 204,454 | $ 204,455 | $ 1,788 | 0.87% | $ (1,788) | $ (236,211) | | $ 774,569 | $ 6,774 | $ 781,343 | MDPTPP00129275 | MDPTPP00129276 |
| 1B0022 | 8/31/1996 | $ 204,455 | $ 208,293 | $ 3,838 | 1.88% | $ - | $ (236,211) | | $ 781,343 | $ 14,668 | $ 796,011 | MDPTPP00129277 | MDPTPP00129278 |
| 1B0022 | 9/30/1996 | $ 208,293 | $ 204,941 | $ 258 | 0.12% | $ (3,838) | $ (240,049) | | $ 796,011 | $ 985 | $ 796,997 | MDPTPP00129279 | MDPTPP00129280 |
| 1B0022 | 10/31/1996 | $ 204,941 | $ 207,516 | $ 5,112 | 2.49% | $ (2,552) | $ (242,601) | | $ 796,997 | $ 19,882 | $ 816,878 | MDPTPP00129281 | MDPTPP00129282 |
| 1B0022 | 11/30/1996 | $ 207,516 | $ 207,020 | $ 2,301 | 1.11% | $ (2,819) | $ (245,419) | | $ 816,878 | $ 9,059 | $ 825,937 | MDPTPP00129283 | MDPTPP00129284 |
| 1B0022 | 12/31/1996 | $ 207,020 | $ 204,741 | $ - | 0.00% | $ (2,301) | $ (247,721) | | $ 825,937 | $ - | $ 825,937 | MDPTPP00129285 | MDPTPP00129286 |
| 1B0022 | 1/31/1997 | $ 204,741 | $ 209,919 | $ 4,093 | 2.00% | $ - | $ (247,721) | | $ 825,937 | $ 16,509 | $ 842,446 | MDPTPP00129287 | MDPTPP00129288 |
| 1B0022 | 2/28/1997 | $ 209,919 | $ 206,227 | $ - | 0.00% | $ (4,093) | $ (251,813) | | $ 842,446 | $ - | $ 842,446 | MDPTPP00129289 | MDPTPP00129290 |
| 1B0022 | 3/31/1997 | $ 206,227 | $ 206,528 | $ 2,311 | 1.12% | $ (2,311) | $ (254,124) | | $ 842,446 | $ 9,439 | $ 851,885 | MDPTPP00129291 | MDPTPP00129292 |
| 1B0022 | 4/30/1997 | $ 206,528 | $ - | $ 2,323 | 1.12% | $ (2,323) | $ (256,447) | | $ 851,885 | $ 9,582 | $ 861,467 | MDPTPP00129293 | MDPTPP00129294 |