PRINCIPAL BALANCE CALCULATION - BLMIS ACCOUNT NO. 1B0022 (FORMERLY 100254) - AARON BLECKER

| Column 1 | Column 2 | Column 3 | | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMID | Date | Transaction Description & Code as Reported on Customer Statement | | Amount as Reported on Customer Statement | Deposits | Withdrawals | Inter-Account Transfers In | Inter-Account Transfers Out | Principal Balance Calculation | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 434398 | 9/22/1986 | CHECK | JRNL | 50,000 | 50,000 | - | - | - | 50,000 | MF00064856 | MF00064856 |
| 466183 | 9/24/1986 | CHECK | CA | 50,000 | 50,000 | - | - | - | 100,000 | MF00064856 | MF00064856 |
| 448555 | 11/24/1986 | CHECK TRW | PW | (2,807) | - | (2,807) | - | - | 97,193 | MF00077783 | MF00077783 |
| 468411 | 2/5/1987 | CHECK HOLIDAY CORP | PW | (4,003) | - | (4,003) | - | - | 93,191 | MF00057516 | MF00057516 |
| 466640 | 4/7/1987 | CHECK ANHEUSER BUSCH | PW | (4,248) | - | (4,248) | - | - | 88,943 | MF00101120 | MF00101120 |
| 467859 | 6/10/1987 | CHECK TRANSCO CO | PW | (3,745) | - | (3,745) | - | - | 85,198 | MF00102745 | MF00102745 |
| 433618 | 8/21/1987 | CHECK AGS COMPUTERS | PW | (3,977) | - | (3,977) | - | - | 81,221 | MF00060870 | MF00060870 |
| 450254 | 10/26/1987 | CHECK GROLIER | PW | (4,198) | - | (4,198) | - | - | 77,024 | MF00062043 | MF00062043 |
| 528075 | 1/26/1988 | CHECK BRISTOL MYERS | PW | (3,738) | - | (3,738) | - | - | 73,286 | MF00539007 | MF00539007 |
| 494866 | 3/30/1988 | CHECK ADVANCED SYSTEMS | PW | (3,999) | - | (3,999) | - | - | 69,287 | MF00537297 | MF00537297 |
| 496685 | 5/25/1988 | CHECK INTERCO | PW | (4,245) | - | (4,245) | - | - | 65,043 | MF00535095 | MF00535095 |
| 529657 | 8/8/1988 | CHECK AMFAC | PW | (3,752) | - | (3,752) | - | - | 61,291 | MF00534133 | MF00534133 |
| 474209 | 10/12/1988 | CHECK COMPAQ COMPUTERS | PW | (3,968) | - | (3,968) | - | - | 57,323 | MF00532138 | MF00532138 |
| 517987 | 12/5/1988 | CHECK PNC FINL | PW | (3,167) | - | (3,167) | - | - | 54,156 | MF00529912 | MF00529912 |
| 425302 | 2/3/1989 | CHECK GENERAL CINEMA | PW | (3,687) | - | (3,687) | - | - | 50,469 | MF00041212 | MF00041212 |
| 421198 | 4/11/1989 | CHECK PHELPS | PW | (3,993) | - | (3,993) | - | - | 46,476 | MF00043619 | MF00043619 |
| 453982 | 6/20/1989 | CHECK DURR FILLAUER MED | PW | (4,205) | - | (4,205) | - | - | 42,270 | MF00046686 | MF00046686 |
| 451993 | 8/18/1989 | CHECK INLAND | PW | (3,753) | - | (3,753) | - | - | 38,517 | MF00048292 | MF00048292 |
| 448332 | 10/20/1989 | CHECK AMERICAN MAIZE | PW | (3,990) | - | (3,990) | - | - | 34,527 | MF00051811 | MF00051811 |
| 462317 | 12/13/1989 | CHECK | CW | (3,187) | - | (3,187) | - | - | 31,339 | MF00052809 | MF00052809 |
| 446505 | 2/16/1990 | CHECK WESTINGHOUSE | PW | (3,682) | - | (3,682) | - | - | 27,657 | MF00023122 | MF00023122 |
| 434660 | 4/20/1990 | CHECK SEAGULL | PW | (4,001) | - | (4,001) | - | - | 23,656 | MF00031064 | MF00031064 |
| 463759 | 6/25/1990 | CHECK SUN MICROSYSTEMS | PW | (4,228) | - | (4,228) | - | - | 19,428 | MF00038708 | MF00038708 |
| 443260 | 8/28/1990 | CHECK IMMUNEX | PW | (3,728) | - | (3,728) | - | - | 15,700 | MF00035710 | MF00035710 |
| 454351 | 11/5/1990 | CHECK AMERICAN FILM | PW | (4,004) | - | (4,004) | - | - | 11,697 | MF00032524 | MF00032524 |
| 439215 | 12/27/1990 | CHECK PFIZER | PW | (3,168) | - | (3,168) | - | - | 8,528 | MF00024487 | MF00024487 |
| 517495 | 3/7/1991 | CHECK MEDCO | PW | (3,743) | - | (3,743) | - | - | 4,786 | MF00540999 | MF00540999 |
| 478299 | 5/13/1991 | CHECK XOMA | PW | (3,496) | - | (3,496) | - | - | 1,290 | MF00487120 | MF00487120 |
| 537085 | 7/11/1991 | CHECK HEALTH SOUTH | PW | (3,230) | - | (3,230) | - | - | (1,940) | MF00483468 | MF00483468 |
| 526382 | 7/17/1991 | CXL CHECK 07/11/91 | PW | 3,230 | - | 3,230 | - | - | 1,290 | MF00483468 | MF00483468 |
| 526375 | 7/17/1991 | CHECK HEALTH SOUTH | PW | (3,230) | - | (3,230) | - | - | (1,940) | MF00483468 | MF00483468 |
| 526384 | 7/22/1991 | CHECK LIBERTY NATL | PW | (361) | - | (361) | - | - | (2,301) | MF00483468 | MF00483468 |
| 501309 | 9/5/1991 | CHECK THERMO | PW | (2,993) | - | (2,993) | - | - | (5,293) | MF00479329 | MF00479329 |
| 531332 | 11/13/1991 | CHECK CHAMBERS | PW | (3,474) | - | (3,474) | - | - | (8,767) | MF00475097 | MF00475097 |
| 518217 | 12/27/1991 | CHECK PHL CORP | PW | (2,452) | - | (2,452) | - | - | (11,219) | MF00472955 | MF00472955 |
| 471161 | 3/5/1992 | CHECK LIEBERT | PW | (3,969) | - | (3,969) | - | - | (15,188) | MF00467121 | MF00467121 |
| 528799 | 4/28/1992 | CHECK FLEET NORSTAR | PW | (2,606) | - | (2,606) | - | - | (17,794) | MF00464895 | MF00464895 |
| 515629 | 6/16/1992 | CHECK PEP BOYS | PW | (2,628) | - | (2,628) | - | - | (20,422) | MF00460631 | MF00460631 |
| 483975 | 8/21/1992 | CHECK HOME DEPOT | PW | (3,929) | - | (3,929) | - | - | (24,351) | MF00456671 | MF00456671 |
| 484067 | 10/6/1992 | CHECK TIME WARNER | PW | (2,629) | - | (2,629) | - | - | (26,980) | MF00452273 | MF00452273 |

PRINCIPAL BALANCE CALCULATION - BLMIS ACCOUNT NO. 1B0022 (FORMERLY 100254) - AARON BLECKER

| Column 1 | Column 2 | Column 3 | | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMID | Date | Transaction Description & Code as Reported on Customer Statement | | Amount as Reported on Customer Statement | Deposits | Withdrawals | Inter-Account Transfers In | Inter-Account Transfers Out | Principal Balance Calculation | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 509862 | 11/12/1992 | CHECK AL LABS | PW | (1,097) | - | (1,097) | - | - | (28,077) | MF00450096 | MF00450096 |
| 500189 | 12/16/1992 | CHECK | CA | 100,000 | 100,000 | - | - | - | 71,923 | MF00443779 | MF00443779 |
| 511457 | 1/6/1993 | CHECK STATE STREET | PW | (2,678) | - | (2,678) | - | - | 69,245 | MF00435971 | MF00435971 |
| 510655 | 2/18/1993 | CHECK AMERICAN BRANDS | PW | (4,379) | - | (4,379) | - | - | 64,866 | MF00430570 | MF00430570 |
| 486697 | 3/17/1993 | CHECK MBNA | PW | (3,753) | - | (3,753) | - | - | 61,113 | MF00425573 | MF00425573 |
| 435503 | 5/20/1993 | CHECK DSC COMM | PW | (7,999) | - | (7,999) | - | - | 53,114 | MF00416422 | MF00416422 |
| 500120 | 6/28/1993 | CHECK SOUTHWESTERN BELL | PW | (3,511) | - | (3,511) | - | - | 49,603 | MF00403914 | MF00403914 |
| 448947 | 8/23/1993 | CHECK ANADARKO | PW | (6,555) | - | (6,555) | - | - | 43,048 | MF00381082 | MF00381082 |
| 421738 | 9/28/1993 | CHECK ENRON | PW | (3,251) | - | (3,251) | - | - | 39,797 | MF00355549 | MF00355549 |
| 471678 | 11/4/1993 | CHECK SNAPPLE | PW | (3,505) | - | (3,505) | - | - | 36,292 | MF00332005 | MF00332005 |
| 476877 | 12/14/1993 | CHECK HUFFY | PW | (5,634) | - | (5,634) | - | - | 30,657 | MF00341958 | MF00341958 |
| 416886 | 2/8/1994 | CHECK AMERITECH | PW | (2,505) | - | (2,505) | - | - | 28,153 | MF00305887 | MF00305887 |
| 499900 | 4/15/1994 | CHECK COMCAST | PW | (7,020) | - | (7,020) | - | - | 21,133 | MF00284418 | MF00284418 |
| 478022 | 5/19/1994 | CHECK AUTOZONE | PW | (1,250) | - | (1,250) | - | - | 19,883 | MF00272894 | MF00272894 |
| 415904 | 6/22/1994 | CHECK GEN ELECTRIC | PW | (2,256) | - | (2,256) | - | - | 17,627 | MF00231670 | MF00231670 |
| 489518 | 8/11/1994 | CHECK GEN MOTORS | PW | (4,904) | - | (4,904) | - | - | 12,723 | MF00321079 | MF00321079 |
| 460583 | 9/19/1994 | CHECK CATERPILLAR | PW | (2,013) | - | (2,013) | - | - | 10,711 | MF00258439 | MF00258439 |
| 500891 | 11/14/1994 | CHECK HUDSON FOODS | PW | (4,135) | - | (4,135) | - | - | 6,576 | MF00318210 | MF00318210 |
| 469249 | 12/14/1994 | CHECK AUTO DESK | PW | (2,264) | - | (2,264) | - | - | 4,312 | MF00237856 | MF00237856 |
| 447060 | 2/7/1995 | CHECK PACIFIC | PW | (2,518) | - | (2,518) | - | - | 1,794 | MF00200501 | MF00200501 |
| 436980 | 3/14/1995 | CHECK ALUMINUM | PW | (2,784) | - | (2,784) | - | - | (990) | MF00217996 | MF00217996 |
| 442695 | 5/15/1995 | CHECK HOME DEPOT | PW | (7,063) | - | (7,063) | - | - | (8,052) | MF00166239 | MF00166239 |
| 455243 | 6/16/1995 | CHECK MICRON | PW | (1,265) | - | (1,265) | - | - | (9,317) | MF00161596 | MF00161596 |
| 422347 | 7/27/1995 | CHECK KULICKE & SOFFA | PW | (5,679) | - | (5,679) | - | - | (14,996) | MF00213489 | MF00213489 |
| 433336 | 9/13/1995 | CHECK TEXAS INSTRUMENT | PW | (1,769) | - | (1,769) | - | - | (16,765) | MF00113636 | MF00113636 |
| 433792 | 10/18/1995 | CHECK SAFEGUARD | PW | (2,281) | - | (2,281) | - | - | (19,045) | MF00114016 | MF00114016 |
| 421995 | 11/15/1995 | CHECK APPLIED MATERIALS | PW | (2,535) | - | (2,535) | - | - | (21,580) | MF00107990 | MF00107990 |
| 308824 | 1/4/1996 | CHECK DEERE & CO | PW | (1,019) | - | (1,019) | - | - | (22,599) | MDPTPP00129261 | MDPTPP00129262 |
| 263970 | 2/14/1996 | CHECK FED NAT'L MORTGAGE | PW | (2,795) | - | (2,795) | - | - | (25,394) | MDPTPP00129263 | MDPTPP00129265 |
| 183378 | 4/4/1996 | CHECK GEN MOTORS CORP | PW | (4,586) | - | (4,586) | - | - | (29,979) | MDPTPP00129269 | MDPTPP00129270 |
| 19043 | 5/23/1996 | CHECK CENTOCOR | PW | (3,808) | - | (3,808) | - | - | (33,787) | MDPTPP00129271 | MDPTPP00129272 |
| 264528 | 6/26/1996 | CHECK COCA COLA | PW | (3,823) | - | (3,823) | - | - | (37,610) | MDPTPP00129273 | MDPTPP00129274 |
| 185239 | 7/30/1996 | CHECK CHRYSLER CORP | PW | (1,788) | - | (1,788) | - | - | (39,398) | MDPTPP00129275 | MDPTPP00129276 |
| 247019 | 9/5/1996 | CHECK SAFEGUARD | PW | (3,838) | - | (3,838) | - | - | (43,236) | MDPTPP00129279 | MDPTPP00129280 |
| 279000 | 10/7/1996 | CHECK HERSHEY FOODS | PW | (258) | - | (258) | - | - | (43,494) | MDPTPP00129281 | MDPTPP00129282 |
| 290024 | 10/16/1996 | CHECK JONES APPAREL | PW | (2,294) | - | (2,294) | - | - | (45,788) | MDPTPP00129281 | MDPTPP00129282 |
| 259834 | 11/12/1996 | CHECK NEWBRIDGE NETWORKS | PW | (2,819) | - | (2,819) | - | - | (48,607) | MDPTPP00129283 | MDPTPP00129284 |
| 267996 | 12/17/1996 | CHECK FIRST USA | PW | (2,301) | - | (2,301) | - | - | (50,908) | MDPTPP00129285 | MDPTPP00129286 |
| 13487 | 2/19/1997 | CHECK DEAN WITTER | PW | (4,093) | - | (4,093) | - | - | (55,000) | MDPTPP00129289 | MDPTPP00129290 |

**PRINCIPAL BALANCE CALCULATION - BLMIS ACCOUNT NO. 1B0022 (FORMERLY 100254) - AARON BLECKER**

| Column 1 | Column 2 | Column 3 | | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CMID** | **Date** | **Transaction Description & Code as Reported on Customer Statement** | | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Inter-Account Transfers In** | **Inter-Account Transfers Out** | **Principal Balance Calculation** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** |
| 277015 | 3/26/1997 | CHECK NATIONS BANK | PW | (2,311) | - | (2,311) | - | - | (57,311) | MDPTPP00129291 | MDPTPP00129292 |
| 101357 | 4/24/1997 | TRANS TO 1B015630 *(1B0156)* | CW | (206,529) | - | - | - | - | (57,311) | MDPTPP00129293 | MDPTPP00129294 |
| 163619 | 4/29/1997 | CHECK PHILIP MORRIS | PW | (2,323) | - | (2,323) | - | - | (59,634) | MDPTPP00129293 | MDPTPP00129294 |
| | | | Total: | | $ 200,000 | $ (259,634) | $ - | $ - | $ (59,634) | | |