| Trustee's Proposed Exhibit # | Description of Exhibits |
|---|---|
| 1 – 24 | Summary Exhibits |
| 25 – 30 | Exemplar BLMIS Bank Records |
| 31 – 55 | Exemplar BLMIS Checks Sent to Customers |
| 56 | BLMIS Credit Memo for Blecker's BLMIS Account 1B0022 |
| 57 – 119 | BLMIS Customer Files for Participating and Impacted PW Accounts |
| 120 – 474 | BLMIS Customer Statements for Participating and Impacted PW Accounts |
| 475 – 487 | Exemplar BLMIS Debit Memos |
| 488 – 501 | BLMIS Trade Confirmations for Blecker's BLMIS Accounts 1B0022 and 1B0023 |
| 502 – 512 | Exemplar BLMIS Portfolio Management Reports ("PMRs") |
| 513 – 523 | Exemplar BLMIS Portfolio Management Transaction Reports ("PMTs") |
| 524 – 532 | Exemplar BLMIS Spiral Notebooks |
| 533 – 534 | Exemplar BLMIS House 17 Manuals |
| 535 – 537 | Exemplar BLMIS Procedure Logs from 1993, 1995, and 1996 |
| 538 | Exemplar Screenshots and Menus from BLMIS's AS/400 Computer System |
| 539 – 540 | Customer Claims for Blecker's BLMIS Account 1B0156 and Norman Blum's BLMIS Account 1B0190 |
| 541 | IRS Form 1099-B from 2006 for BLMIS Account 1B0156 |
| 542 | Exemplar BLMIS Customer Correspondence from BLMIS Account 10081910/1H0052 |
| 543 – 551 | Exemplar Third Party Produced Bank Records |
| 552 | 1S0048 & 1S0309 Affidavit of Barry Schwartz and Ex. A |
| 553 | Lisa Collura Curriculum Vitae |
| 554 | Matthew Greenblatt Curriculum Vitae |
| 555 – 556 | Madoff Declarations |
| 557 – 559 | Various Email Correspondence with Counsel in PW Proceeding |
| 560 | Order of Forfeiture<br>*United States v. Bongiorno*, 10 Cr. 228 (S.D.N.Y. June 14, 2016), ECF No. 1458 |
| 561 | Transcript of Annette Bongiorno Sentencing Hearing<br>*United States v. Bonventre et al.*, 10 Cr. 228 (LTS) (S.D.N.Y. Dec. 9, 2014) |
| 562 | Transcript of Bernard L. Madoff Plea Allocution<br>*United States v. Madoff*, 09 Cr. 213 (DC) (S.D.N.Y. Mar. 12, 2009) |