| Trustee's Proposed Exhibit # | Document Title | Description of Chart/Summary | Document Type Relied Upon to Create Exhibit, as Defined in Trustee's Opposition | Production Date for Underlying Data |
|---|---|---|---|---|
| 1 | BLMIS Participating Accounts | Chart summarizing pertinent information for BLMIS Participating Accounts, including: account name and number; whether it is a Direct or Indirect Account; whether a claim was filed, status, and objection; if there is an adversary proceeding pending; and whether there was a PW objection raised. | Customer Claims<br>Claim Objections | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016<br>Objections On Docket |
| 2 | BLMIS Direct PW Accounts | Chart summarizing pertinent information for BLMIS Direct PW Accounts; sorted by status as Participating or Non-Participating; identifying whether there is a customer file available; and indicating whether there were send or reinvest instructions on the face of the customer file. | Customer Claims<br>Customer Files | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 3 | BLMIS Direct PW Accounts with "Send" Instructions Only | Chart providing the bates rage for customer files in subset of Direct PW Accounts identified in Trustee's Proposed Exhibit 2 where there were send instructions only on the face of the customer file. | Customer File, including Name/Address Form | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 4 | BLMIS Direct PW Accounts with "Reinvest" Instructions Only | Chart providing the bates rage for customer files in subset of Direct PW Accounts identified in Trustee's Proposed Exhibit 2 where there were reinvest instructions only on the face of the customer file. | Customer File, including Name/Address Form | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 5 | BLMIS Direct PW Accounts with both "Send" and "Reinvest" Instructions | Chart providing the bates rage for customer files in subset of Direct PW Accounts identified in Trustee's Proposed Exhibit 2 where there were both send and reinvest instructions on the face of the customer file. | Customer File, including Name/Address Form | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 6 | BLMIS Direct PW Accounts without "Send" or "Reinvest" Instructions | Chart providing the bates rage for customer files in subset of Direct PW Accounts identified in Trustee's Proposed Exhibit 2 where there were neither send nor reinvest instructions on the face of the customer file. | Customer File, including Name/Address Form | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 7-a | JPMC 703 Account Activity Summary | Chart aggregating information on cash activity in BLMIS's JPMC 703 account for the period December 1998–December 2008, including number and amount of transaction by type, transmittal method (*e.g.*, check or wire transfer, and source/recipient). | BLMIS Bank Records<br>Customer Statements | 12/4/2015 |
| 7-b | JPMC 703 Account Activity Transaction Detail | Chart providing details and data used to create Trustee's proposed exhibit 7-a, including pertinent transaction details and bates references to underlying source materials. | BLMIS Bank Records<br>Customer Statements | 12/4/2015 |

| Trustee's Proposed Exhibit # | Document Title | Description of Chart/Summary | Document Type Relied Upon to Create Exhibit, as Defined in Trustee's Opposition | Production Date for Underlying Data |
|---|---|---|---|---|
| 7-c | JPMC 703 Account Activity Multiple Transaction Detail | Chart providing additional details and data used to create Trustee's proposed exhibit 7-a, but detailing instances where multiple transactions on the BLMIS customer statements were reconciled to a single transaction on the JPMC 703 statements and providing bates references to underlying source materials. | BLMIS Bank Records Customer Statements | 12/4/2015 |
| 8-a | JPMC 509 Account Activity Summary | Chart aggregating information on cash activity in BLMIS's JPMC 509 account for the period December 1998–December 2008, including number and amount of transfers by type, transmittal method, and recipient. | BLMIS Bank Records Customer Statements | 12/4/2015 |
| 8-b | JPMC 509 Account Activity Transaction Detail | Chart providing details and data used to create Trustee's proposed exhibit 8-a, including pertinent transaction details and bates references to underlying source materials. | BLMIS Bank Records Customer Statements | 12/4/2015 |
| 8-c | Summary of Checks from JPMC 509 Account | Chart summarizing the check activity for the JPMC 509 account including [summary of] the amount and number of checks by type (*i.e.*, customer or non-customer) and transfer status (*e.g.*, cancelled, reconciled, unvalidated). | BLMIS Bank Records Customer Statements | 12/4/2015 |
| 8-d | Reconciled BLMIS Customer Check Withdrawal Transactions from JPMC 509 Account | Chart providing additional details and data for reconciled BLMIS customer checks sent from the JPMC 509 Account, including pertinent transaction data such as check number, date, amount, payee, and the bates references for underlying source materials supporting the reconciliation. | BLMIS Bank Records Customer Statements | 12/4/2015 |
| 8-e | Unreconciled BLMIS Customer Check Withdrawal Transactions | Chart listing checks identified on BLMIS customer statements for which a copy of the cancelled check from BLMIS's JPMC 509 Account was not available. The chart identifies the account name and number, date, amount, payee, and bates references to the BLMIS customer statement. | Customer Statements | 12/4/2015 |
| 8-f | Non-BLMIS Customer Checks from JPMC 509 Account | Chart listing checks not reconciled to withdrawals from BLMIS customer accounts from BLMIS's JPMC 509 Account, including check number, date, amount, payee, and bates references to the check. | BLMIS Bank Records Customer Statements | 12/4/2015 |
| 9-a | Bankers Trust 599 Account Activity Summary | Chart aggregating information on cash activity in BLMIS's Bankers Trust 599 account for the period December 1998–May 1999, including number and amount of transactions by type, transmittal method (*e.g.*, check or wire transfer, and source/recipient). | BLMIS Bank Records Customer Statements | 12/4/2015 |

| Trustee's Proposed Exhibit # | Document Title | Description of Chart/Summary | Document Type Relied Upon to Create Exhibit, as Defined in Trustee's Opposition | Production Date for Underlying Data |
|---|---|---|---|---|
| 9-b | Bankers Trust 599 Account Activity Transaction Detail | Chart providing details and data used to create Trustee's proposed exhibit 9-a, including pertinent transaction details and bates references to underlying source materials. | BLMIS Bank Records<br>Customer Statements | 12/4/2015 |
| 9-c | Bankers Trust 599 Account Activity Multiple Transaction Detail | Chart providing additional details and data used to create Trustee's proposed exhibit 9-a, detailing instances where multiple transactions on the BLMIS customer statements were reconciled to a single transaction on the JPMC 703 statements and providing bates references to underlying source materials. | BLMIS Bank Records<br>Customer Statements | 12/4/2015 |
| 10 | List of All PW Transactions and Supporting Documents | Chart identifying each PW Transaction and providing pertinent transaction details including BLMIS account name and number, transaction date, amount, type (PW, CW, etc.), transaction description, bates references for underlying source documents for the transaction, and reconciliation results for the transaction with the Bates references to the documents supporting the results. | Customer Statements<br>BLMIS Bank Records<br>Customer Files<br>Customer Produced Records | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 11 | Reconciliation and Tracing Results - Ten Year Period PW Transactions | Chart identifying each Ten Year Period PW Transaction and providing pertinent transaction details including BLMIS account name and number, transaction date, amount, type (PW, CW, etc.), transaction description, bates references for underlying source documents for the transaction, and reconciliation and tracing results for the transaction with the Bates references to the documents supporting the results. | Customer Statements<br>BLMIS Bank Records<br>Customer Files<br>Customer Produced Records | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 12 | Listing of PW Transactions | Complete listing of all PW Transactions, sorted by BLMIS account number, and listed in date order, each of which was identified as a cash transaction when conducting the Principal Balance Calculation. | Customer Statements<br>PMTs<br>Spiral Notebooks | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 13 | List of BLMIS Accounts Impacted by PW Transactions - Direct Accounts | Chart identifying all direct BLMIS accounts impacted by PW Transactions, including BLMIS account number and name, adversary proceeding number, account type (direct or related direct), number of PW transactions appearing in the account, and the total amount of the PW transactions. | Customer Statements<br>PMTs<br>Spiral Notebooks | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 14 | List of BLMIS Accounts Impacted by PW Transactions - Indirect Accounts | Chart identifying all indirect BLMIS accounts impacted by PW Transactions, including the BLMIS account number, name, and adversary proceeding number, and identifying the account name and number for related direct BLMIS accounts. | Customer Statements<br>PMTs<br>Spiral Notebooks | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |

| Trustee's Proposed Exhibit # | Document Title | Description of Chart/Summary | Document Type Relied Upon to Create Exhibit, as Defined in Trustee's Opposition | Production Date for Underlying Data |
|---|---|---|---|---|
| 15 | Post-November 30, 1995 Reported Trading Summary for PW Transactions with Check + Stock Name | Reconciliation of Check + Stock Name PW Transactions to reported trading for all accounts from December 1995 to December 11, 2008. | Customer Statements | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 16 | Reported Trading Summary for PW Transactions for Participating Accounts and Supporting Documents | Reconciliation of PW Transactions to reported trading for all Participating Accounts from November 1978 to December 11, 2008. | Customer Statements<br>PMTs<br>Spiral Notebooks | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 17 | List of PW Transactions in Spiral Notebooks and Customer Statements | Chart of PW Transactions supported by both the BLMIS Customer Statements and Checks Out Spiral Notebooks. | Customer Statements<br>Spiral Notebooks | 5/16/2016 |
| 18 to 23 | Purported Equity Analysis for BLMIS Accounts 1B0022, 1B0023, 1B0033, 1B0034, 1B0036, 1B0115 | Analysis of the fictitiously reported monthly gains and the purported equity balance during the lifetime of BLMIS Accounts 1B0022, 1B0023, 1B0033, 1B0034, 1B0036, 1B0115. | Customer Statements | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |
| 24 to 24-208 | Principal Balance Calculations for the 208 PW Impacted BLMIS Accounts | Individual Principal Balance Calculations prepared for the 54 Participating Accounts, 83 Related Direct Accounts, and 71 Non-PW Accounts Making Inter-Account Transfers into the Participating and Related Direct Accounts Impacted by PW Transactions. | Customer Statements<br>PMRs<br>PMTs<br>Spiral Notebooks | 9/11/2015<br>10/30/2015<br>5/13/2016<br>8/2/2016 |