UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Estate of Helen Shurman (the "Claimant"), having filed an objection (the "Objection," Docket No. 741) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#008358), hereby gives notice that it withdraws such Objection.

Dated: Oct. 6, 2016

Carole Neville, Esq. on behalf of Estate of Helen Shurman
Dentons LLP
1221 Avenue of the Americas
New York, New York 10020
Tel. No. (212) 768-6700