**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Brian W. Song

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                Plaintiff,<br><br>        v.<br><br>ALEXANDER SIROTKIN,<br><br>                                Defendant. | Adv. Pro. No. 10-04344 (SMB) |

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      Fact Discovery shall be completed by: July 17, 2017.

2.      The Disclosure of Case-in-Chief Experts shall be due: October 16, 2017.

3.      The Disclosure of Rebuttal Experts shall be due: December 18, 2017.

4.      The Deadline for Completion of Expert Discovery shall be: January 19, 2018.

5.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before January 26, 2018.

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before February 9, 2018.

7.      The Deadline for Conclusion of Mediation shall be:  On or before June 8, 2018.

Dated: New York, New York
       November 22, 2016


BAKER & HOSTETLER LLP


By: *Brian W. Song*_____

David J. Sheehan
Nicholas J. Cremona
Brian W. Song
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard L.*
*Madoff*

By: *Alexander Sirotkin*_____

Alexander Sirotkin
10848 Cahill Road
Raleigh, NC 27614
Telephone: (201) 344-3712
alex@iLifeSolutionsLLC.com

*Defendant Alexander Sirotkin (pro se)*