# Exhibit A

27 Cliff, LLC

A Minor with the Initials S.A.

Ascent, Inc.

Aster Associates

Avellino & Bienes

Avellino & Bienes Pension Plan and Trust

Avellino Family Trust

Dianne K. Bienes

Frank J. Avellino

Frank J. Avellino as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement Dated June 24, 1992

Frank J. Avellino as Trustee for Rachel Anne Rosenthal Trust #3

Frank J. Avellino as Trustee for Rachel Anne Rosenthal U/A Dated June 29, 1990

Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June 24, 1992

Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992

Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as Amended

Frank J. Avellino Revocable Trust Number One under the Declaration of Trust Number One dated June 10, 1988, as Amended

Frank J. Avellino, as Trustee for Avellino & Bienes Pension Plan and Trust

Frank J. Avellino, as Trustee for Avellino Family Trust

Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June 24, 1992

Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992

Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One as amended and restated January 26,1990, as amended

Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One under Declaration of Trust Number One dated June 10, 1988, as amended

Frank J. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990

Frank J. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990

Frank J. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990

Frank J. Avellino, as Trustee for S.A. Grantor Retained Annuity Trust

Frank J. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992

Frank J. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990

Grosvenor Partners, Ltd.

Heather C. Lowles

Heather Carroll Lowles Trust U/A dated June 29, 1990

Kenn Jordan Associates

Madison Alyssa McEvoy Trust U/A dated June 29, 1990

Mayfair Bookkeeping Services, Inc.

Mayfair Ventures, G.P.

Melanie A. Lowles

Melanie Ann Lowles Trust U/A dated June 29, 1990

Michael S. Bienes

Michael S. Bienes, as Trustee for Avellino & Bienes Pension Plan & Trust

Nancy C. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990

Nancy C. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990

Nancy C. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990

Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust #3

Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust U/A dated June 29, 1990

Nancy C. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992

Nancy C. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990

Nancy C. Avellino, individually, and as Trustee for Nancy Carroll Avellino Revocable Trust Under Trust Agreement dated May 18, 1992

Nancy Carroll Avellino Revocable Trust under Trust Agreement dated May 18, 1992

Rachel A. Rosenthal

Rachel Anne Rosenthal Trust #3

Rachel Anne Rosenthal Trust U/A dated June 29, 1990

S.A. Grantor Retained Annuity Trust

St. James Associates

Strattham Partners

Taylor Ashley McEvoy Trust U/A dated June 24, 1992

The Avellino Family Foundation, Inc.

Thomas G. Avellino

Tiffany Joy Lowles Trust U/A dated June 29, 1990