**CHAITMAN LLP**  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114

**Presentment Date: December 21, 2016 10:00 AM**  
**Objection Date: December 16, 2016**

*Attorneys for Defendants David Gross and Irma Gross Individually and as Joint Tenants*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　Plaintiff-Applicant,<br>　　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　　　Plaintiff,<br>　　　v.<br>DAVID GROSS and IRMA GROSS,<br>　　　　　　　Defendants. | Adv. Pro. No. 10-04667 (SMB) |

**NOTICE OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that upon the Court's instructions at the January 29, 2016, 10:00 AM hearing held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, Courtroom 723, New York, New York 10004, this Notice of Unopposed Motion

{00024856 2 }

to Withdraw as Counsel ("Motion") along with the Declaration of Helen Davis Chaitman in support of Motion and Proposed Order Granting Motion are filed with the Court.

Dated: November 28, 2016  
       New York, New York

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*  
Helen Davis Chaitman, Esq.  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114

*Attorneys for Defendants David Gross and Irma Gross*

# **CERTIFICATE OF SERVICE**

    I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 28, 2016
          New York, New York                        */s/ Helen Davis Chaitman*