UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :
BERNARD L. MADOFF INVESTMENT        :   Case No. 08-99000 (SMB)
SECURITIES LLC,                                    :   Adv. Proc. No. 08-01789 (SMB)
                                                            :   SIPA LIQUIDATION
                    Debtor.                         :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation   :
of Bernard L. Madoff Investment Securities LLC, :
                                                            :
                    Plaintiff,                       :
                                                            :   Adv. Proc. No. 10-04898 (SMB)
HELENE SAREN-LAWRENCE,              :
                                                            :
                    Defendant.                    :
------------------------------------------------------------X

## ORDER APPOINTING MEDIATOR AND ALTERNATE MEDIATOR

Pursuant to the *Litigation Case Management Procedures for Avoidance Actions* (ECF Case No. 08-01789 Doc. # 3141) and the Court's General Order M-452, dated June 28, 2013, and the attorney for the plaintiff having represented that the parties are unable to agree on a mediator (*see Letter*, dated Nov. 14, 2016 (ECF Adv. P. No. 10-04898 Doc. # 110)), it is hereby

ORDERED, that Melanie Cyganowski, Esq. is appointed as mediator and Francis G. Conrad, Esq. is appointed as alternate mediator, and it is further,

ORDERED, that the parties are directed to contact the mediator or the alternate mediator as the case may be to arrange for all necessary submissions and the fixing of the time and place for the initial mediation conference.

Dated: New York, New York
       November 28, 2016

                                                                /s/ STUART M. BERNSTEIN
                                                                STUART M. BERNSTEIN
                                                                United States Bankruptcy Judge

Marc E. Hirschfield, Esq.
Nicholas J. Cremona, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: mhirschfield@bakerlaw.com
Email: ncremona@bakerlaw.com

Helen Davis Chaitman, Esq.
Gregory M. Dexter, Esq.
Chaitman LLP
465 Park Avenue
New York, NY 10022
Email: hchaitman@chaitmanllp.com
Email: gdexter@chaitmanllp.com

Melanie L. Cyganowski, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075
Email: mcyganowski@otterbourg.com

Francis G. Conrad, Esq.
Business Strategy Advisors
38 Heron Street
Long Beach, NY 11561
Email: Fconrad@vermontel.net