FILED
U.S. BANKRUPTCY COURT
2016 NOV 21  P 12: 41
S.D.N.Y.

Lamar Ellis Trust
1372 Fern Lake Avenue
Brea, California 92821

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| Lamar Ellis Trust: | |
| Claimants Securities Investor non-CM/ECF participant | |

## CERTIFICATE OF SERVICE

I, Lamar Ellis Trust, hereby certify that on November 14, 2016, I disagree with Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion

Re: (SIPC) Lack of Credibility to offer a support opinion to the trustee

As one of the non-CM/ECF claimants known as Lamar Ellis Trust with the claim no. 008118 alluded to in the "Securities Investor Protection corporation" 11/14/2016 Certificate of Service Letter to the Court, I ask the Court on behalf of all claimants listed here to ignore any and all memorandums from SIPC with intentions to support the Trustee's motion to affirm his determination in denying claims of claimants

Re: Liquidation related to adv.pro. no. 08-01789 SMB, because Lamar Ellis Trust has personally experienced the SIPC stand idly by for more than 8 years and not process its more that $1,000,000,000 in identity theft losses as reported these SEC/NASD?841 concealment/AMSouth/Pioneer, pages shown here as Exhibit A.

Lamar Ellis Trust further certify that on 11/18/16 it caused to be mailed a true and correct copy of the disagreement by prepaid U.S. First Class Mail to the U.S. Bankruptcy Court at the Southern District of New York, plus a copy to the Securities Investor Protection Corporation in Washington, D.C.  Lamar Ellis Trust further certifies that on 11/18/16 it will mail this information to all claimants listed on SIPC 11/14/16 Certificate of Service letter.

*[signature]*
Lamar Ellis Trust

lamelli@verizon.net

JOSEPHINE WANG
General Counsel
KEVIN H. BELL
Senior Associate General Counsel
 For Dispute Resolution
NATHANAEL S. KELLEY
Assistant General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
E-mail: jwang@sipc.org
       kbell@sipc.org
       nkelley@sipc.org

FILED
U.S. BANKRUPTCY COURT

2016 NOV 21  P 12: 41

S.D.N.Y.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**CERTIFICATE OF SERVICE**

I, Nathanael Kelley, hereby certify that on November 14, 2016, I caused the Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion

to Affirm His Determinations Denying Claims of Claimants Holding Interests in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P. to be served, by electronic mail, upon Counsel at the e-mail addresses listed on the service list attached as Exhibit A.

I further certify that on November 14, 2016, I caused to be mailed a true and correct copy of the Memorandum by prepaid United States First Class Mail to the non-CM/ECF participant addresses listed on the service list attached as Exhibit A.

I further certify that on November 14, 2016, I caused to be mailed a true and correct copy of the Memorandum by prepaid United States First Class Mail to the parties listed on the service list attached as Exhibit B.

I further certify that on November 14, 2016, an electronic copy of the Memorandum was uploaded to the Court's electronic filing system.

                                     s/ Nathanael S. Kelley
                                     NATHANAEL S. KELLEY

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**[PROPOSED] ORDER APPROVING TRUSTEE'S MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN SIENNA PARTNERSHIP, L.P., KATZ GROUP LIMITED PARTNERSHIP, AND FAIRFIELD PAGMA ASSOCIATES, L.P.**

Upon consideration of the Trustee's Motion And Memorandum To Affirm His Determination Denying Claims Of Claimants Holding Interests In Sienna Partnership, L.P., Katz Group Limited Partnership and Fairfield Pagma Associates, L.P. (the "Motion")[1] (ECF No. _____), dated November 9, 2016, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated chapter 7 estate of Bernard L. Madoff ("Madoff"), and it appearing that due and proper notice of the Motion and the relief requested therein have been given, and no other or further notice needs to be given; and the Court having reviewed the Motion, the Declarations of

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Stephanie Ackerman and Vineet Sehgal, the objection to claims determinations, and the record in this case; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is hereby granted as set forth herein; and it is further

**ORDERED**, that the Trustee's denial of the customer claims listed on the Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto, is affirmed, and such claims are disallowed; and it is further

**ORDERED**, that the objections to the Trustee's determinations listed on the Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto, are overruled; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
[_____], 2016

> HONORABLE STUART M. BERNSTEIN
> UNITED STATES BANKRUPTCY JUDGE

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Diana P. Victor

## Notices of Appearance

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com
Email: bvkleinman@aitkenberlin.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney For: Counsel for Judie B. Lifton and the Judie Lifton 1996

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Alexander M. Feldman
Jeff E. Butler
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Amy Walker Wagner
Carolyn B. Rendell
David S. Stone
Stone & Magnanini, LLP
Email: awagner@stonemagnalaw.com
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

KHI Overseas Ltd
Email: ew@khiholdings.com

Kimberly S. Stoller
Belmar, NJ 07719

KR Erwin Hawle
4865 Nussdorf,
Austria

Krates, S.A.
Email: pabst@mantomgmt.com

Kwok Yiu Leung
Email: yiuleung@yahoo.com.hk
and
Email: yiuleunghk@gmail.com

Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Lee Garrity
Valparaiso, IN 46383

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lillian Barr
Email: hbarr@bplegalteam.com

Linda Doyle
Email: linchasd@netvigator.com

Linda Wolf
Email: wolfie2400@yahoo.com

Lindel Coppell
Email: lindencoppell@gmail.com

Marcia Roses Schachter
Email: marciroses@aol.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

September 21, 2016

Department of the Treasury

Office of the United States Attorneys

950 Pennsylvania Avenue N.W.

Washington, D.C. 20530-0001

Re: 841 Concealment of Poroperty-
    under 18 U.S.C. § 152(1)

Dear Sir/Madam

Please forward this "intent" to receive relief and to recover U.S.C. 15 investment securities to the correct officer of the United States Attorney's for processing.

Introduction: On 08/22/2016 Lamar Ellis Trust filed with the United States Bankruptcy Court of Santa Ana, CA, a notice of an Involuntary Bankruptcy petition, Case No: 8:16-BK13520-SC against Madoff Victim Fund "special master" under "concealment of property" 18 U.S.C. sub. sec. 152(1) and other(s) with the "intent" to retrieve its illegally held (SIPA) Securities from Madoff Trustee, Irving H. Picard and others. Case No. 8:16-BK-13250-SC was dismissed by the court on 9/14/2016 because it appeared that the court decided at the hearing that it did not have jurisdiction to proceed with this matter. However, Concealment of Property 18U.S.C. sub. Sec 152(1) and other section's knowledge had already been made a part of Lamar Ellis Trust public record submission to Case 8:16-BK-13520-SC on 8/22/2016.

The intent of this letter is to ask the offices of the United States Attorneys to retrieve and submit to Lamar Ellis Trust from Madoff Victim Fund "Special Master" Irving H. Picard, Trustee, C/O Baker & Hostetier, LLP Claims Department

45 Rockefeller Plaza

New York, New York 10111

$1,278,000,000.00 as stated upon the enclosed data sheet that bears the names of AMSouth, Pioneer, NASDAQ upon it and from the account that bears this information from Madoff Victim Fund (No. 7070192-CRC)( Lamar Ellis, Tr)
(Lamar Ellis TTEE, Conservator)
Lamar Ellis Trust

1372 Fern Lake Avenue

Brea, CA 92821



**U.S. SECURITIES AND EXCHANGE COMMISSION**
**ATLANTA REGIONAL OFFICE**
3475 Lenox Road, N.E. Suite 500
Atlanta, GA 30326-1232
404-842-7600 Direct Line
404-842-5752 Fax

August 20, 2008

Lamar Ellis
1372 Fernlake Avenue
Brea, CA 92821

Re:  Deposit Guaranty National Bank, AmSouth Bank, Regions Bank, Pioneer Investment Funds
Our File No. ARO-1290755

Dear Mr. Ellis:

Thank you for your information received in this office on August 6, 2008. We apologize for the delay in responding. The information you provided will be carefully considered from the standpoint of our enforcement and regulatory responsibilities under the federal securities laws.

Although the cooperation of the public in furnishing information is very important in our work, the investigations we conduct are usually confidential. This is done to protect the integrity of an investigation from premature disclosure and to protect the personal privacy of persons with respect to whom unfounded charges may be made. Thus, subject to applicable provisions of the Freedom of Information Act, as amended, the existence or non-existence of an investigation is generally not disclosed unless and until made a matter of public record in proceedings instituted before the Commission or in the courts.

May we also point out that we are not authorized to render legal or financial advice, nor may we represent any individual in connection with the assertion of their personal claims or rights or overrule a decision made by the courts. However, you may wish, independent of this office's interest in the matter, to consult with an attorney to explore any remedies, which may be available to you in this matter.

Sincerely,

Timothy J. Barker
Senior Accountant