**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Amy Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 30, 2016 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1.  **08-01789; SIPC v. BLMIS;**

    A.  Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding an Interest in M&H Investment Group L.P., PJFN Investors Limited Partnership, Kenn Jordan Associates and Harmony Partners, Ltd. filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/20/2016) [ECF No. 14296]

B. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding an Interest in M&H Investment Group L.P., PJFN Investors Limited Partnership, Kenn Jordan Associates and Harmony Partners, Ltd. filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/20/2016) [ECF No. 14297]

C. Declaration of Stephanie Ackerman in Support of Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding an Interest in M&H Investment Group L.P., PJFN Investors Limited Partnership, Kenn Jordan Associates and Harmony Partners, Ltd. filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/20/2016) [ECF No. 14298]

Related Documents:

D. Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in M&H Investment Group L.P., PJFN Investors Limited Partnership, Kenn Jordan Associates, and Harmony Partners, Ltd. filed by Nathanael Kelley on behalf of Securities Investor Protection Corporation (Filed: 10/26/2016) [ECF No. 14341]

Additional Documents:

E. Certificate of No Objection Pursuant to LR 9075-2 to Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in M&H Investments Group L.P., PJFN Investors Limited Partnership, Kenn Jordan Associates and Harmony Partners, Ltd. filed by Jorian L. Rose on behalf of Irving H. Picard (Filed: 11/16/2016) [ECF NO. 14441]

Objections Due:    November 9, 2016 at 4:00 p.m.

Objections Filed:    NONE

Status:    This matter is going forward

## CONTESTED MATTERS

2. **08-01789; SIPC v. BLMIS**

A. Motion for Relief from Stay from Stay filed by Lamar Ellis (Filed: 7/21/2016) [ECF No. 13848]

B. Letter to Judge Bernstein regarding Order For Relief from Stay Filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 8/24/2016) [ECF No. 13925]

C. Letter Re: Relief From Stay (Lamar Ellis) Filed by Tatiana Markel (Filed: 9/23/2016) [ECF No. 14160]

D. Letter Filed by Lamar Ellis (Filed: 10/26/2016) [ECF No. 14343]

E. Letter Regarding Relief from Stay filed by Lamar Ellis Filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 11/4/2016) [ECF No. 14391]

Dated: New York, New York
November 29, 2016

Respectfully submitted,

*/s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

3

300425093.1