**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Elyssa S. Kates
Terry Brennan

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>IRWIN LIPKIN, CAROLE LIPKIN, MARC LIPKIN, RUSSELL LIPKIN, and KAREN YOKOMIZO LIPKIN,<br><br>Defendants. | Adv. Pro. No. 10-04218 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT MARC LIPKIN FROM ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Marc Lipkin (the "Defendant"), by and through his counsel, Richard P. Galler, Esq. (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On November 12, 2010, the Trustee filed and served the Complaint against Defendant and others not party to this Stipulation.

2.      On April 21, 2011, Defendant served an answer on the Trustee.

3.      On November 22, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Adv. Pro. No. 08-01789, Dkt. No. 3181].

4.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant Marc Lipkin in the above-captioned adversary proceeding.  For the avoidance of doubt, nothing in this Stipulation shall be construed as dismissing defendants Russell Lipkin or Karen Yokomizo Likpin from this adversary proceeding.

5.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  November 29, 2016

BAKER & HOSTETLER LLP

By: /s/Elyssa S. Kates
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Elyssa S. Kates
Email:  ekates@bakerlaw.com
Terry Brennan
Email:  tbrennan@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for
the Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

THE LAW OFFICE OF RICHARD P.
GALLER, LLC

By:  /s/Richard P. Galler
Richard P. Galler, Esq.
75 Essex Street, Suite 220
Hackensack, New Jersey 07601
*Telephone: (201) 678-3200*
*Facsimile: (201) 343-2727*
*Email: Richard@kgalaw.com*

*Attorneys for Defendant Marc Lipkin*

**SO ORDERED**

**Dated: <u>November 29, 2016</u>**
**New York, New York**

**/s/ STUART M. BERNSTEIN_____**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**