**EXHIBIT 2 – OBJECTING CLAIMANTS**

List Of Claimants Invested In The Limited Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| Robert and Arlene Merson Family Trust dtd 8/12/03 FBO Howard Merson | 014066 | 3300 | Pro Se Filing | M & H Investment Group LP | 1CM815 |
| Robert and Arlene Merson Family Trust dtd 8/12/03 FBO Michelle Merson | 013805 | 3301 | Pro Se Filing | M & H Investment Group LP | 1CM815 |
| Michael E. Fisch & Sudeshna M. Fisch JT WROS | 008824 | 3229 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Paul J. Fisch and Deborah L. Fisch | 008333 | 3234 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Steven Fisch | 008347 | 3228 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Steven Fisch | 008347 | 3230 | Pro Se Filing | P J F N Investors L P | 1ZA081 |
| Quentin Walter | 006063 | 3633 | Pro Se Filing | Kenn Jordan Associates | 1ZA879 |
| Frank C. Leonard | 002147 | 3565 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Frank C. Leonard | 002147 | 3944 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Frank C. Leonard | 002148 | 3944 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Frank C. Leonard | 002148 | 3565 | Kilgore & Kilgore, PLLC | Harmony Partners LTD | 1ZB015 |
| Olivia McKean | 008408 | 3415 | Becker & Poliakoff, LLP | Harmony Partners LTD | 1ZB015 |
| Olivia McKean | 008408 | 3500 | Becker & Poliakoff, LLP | Harmony Partners LTD | 1ZB015 |