**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02732 (SMB) |
| Plaintiff, | |
| v. | |
| BUREAU OF LABOR INSURANCE, | |
| Defendant. | |

**AFFIDAVIT OF SERVICE OF THE LETTER RE: MEMORANDUM DECISION**
**REGARDING CLAIMS TO RECOVER FOREIGN SUBSEQUENT TRANSFERS**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK  )

     I, Anne C. Suffern, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

     On December 2, 2016, I served the Letter Re: Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

*/s/ Anne C. Suffern*
Anne C. Suffern

Sworn to before me this
2nd day of December, 2016

*/s/ Marianne Warnock*
Notary Public
Marianne Warnock
Notary Public, State of New York
No. 01WA6067642
Qualified in Nassau County
Commission Expires: December 10, 2017

## SCHEDULE A

### Government Parties

Counsel to the JPL
Eric L. Lewis
Email: Eric.Lewis@baachrobinson.com

Internal Revenue Service
Centralized Insolvency Operation
Philadelphia, PA 19101-7346

Internal Revenue Service
District Director
New York, NY 10008

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov

Securities and Exchange Commission
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov

Securities and Exchange Commission
Terri Swanson
Email: swansont@sec.gov

Securities Investor Protection Corporation Nate Kelley
Email: nkelley@sipc.org

Securities Investor Protection Corporation
Josephine Wang
Email: jwang@sipc.org

Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org

U.S. Department of Justice, Tax Division
Washington, DC 20044

### BLMIS Customers

A. Angelaki
Tampa, FL 33613

Alan G. Cosner
Email: alan@cosnerlaw.com

Alder Family Foundation
Email: lovormon@aol.com

Alice J. Rawlins
Email: alicerawlins@me.com

Amy Cappellazzo
Email: joannerosen@gmail.com

Andy Huang
Email: andy.huang@ipcg.com.sg

Anna Lowit
Delray Beach, FL 33484

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

Aruna Muchhal
Email: muchhal@netvigator.com

Au Yuet Shan
Email: eau203@gmail.com

Barbara Moss Estate
c/o Irving Moss
Bronx, NY 10467-7905

Bernard W. Braverman
Email: berniebraverman@gmail.com

Birgit Peters
Email: birgit.peters2010@yahoo.com

Capital Bank
Email: berthold.troiss@capitalbank.at

Carole Coyle
Email: bionicdoll@aol.com

Cecilia M. Parker
Sparta, NJ 07871

Charles Nicholas Doyle
Email: linchasd@netvigator.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Chien-Liang Shih
Email: gary.libra@gmail.com

Chi-Hua Liao

Jhubei City, Hsinchu County,
Taiwan

Chris P. Tsukoa
Tampa, FL 33613

Crisbo S.A.
Email: arroyo@rya.es; arroyoignacio@hotmail.com

Daniel L. Gaba
c/o Rhoda S. Gaba
Pitsboro, NC 27312

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

David Drucker
Email: daved628@aol.com

Deborah L. Fisch
Email: dfisch1@twcny.rr.com

Dewey H. Lane
Email: dewlane@gmail.com

Donald P. Weber
Email: mdweb27@me.com

Donald Schupak
Email: dschupak@schupakgroup.com

Edward H. Kohlschreiber
West Palm Beach, FL 33401

Elaine and Sidney Goldstein
Email: grandpastuffit@bellsouth.net

Ethel L. Chambers
Stuart, FL 34997

Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

FJ Associates, S.A.
Email: pabst@mantomgmt.com

Fondo General De Inversion Centro America-No, S.A.
Email: pabst@mantomgmt.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Gail B. Oren Revocable Trust dtd. 9/8/95

Gail B. Oren as Trustee
Email: oreng@bellsouth.net

Gayle Samore Co-Trustees
Email: johnsamore@hotmail.com

George H. Hulnick
Ridgefield, CT 06877

Gloria Sandler
Email: mauricesandler@sbcglobal.net

Goore Partnership
Email: hyassky@aol.com

Guy S. Parker
Stockholm, NJ 07460-1423

Harriet Rubin
Las Vegas, NV 89117

Harvey Barr
Email: hbarr@bplegalteam.com

Harvey Krauss
New York, NY 10022

Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Hilda Drucker
Flushing, NY 11354-5622

Howard Stern
Email: hstern@wzssa.com

Ilse Della-Rowere
Vienna, 1210
Austria

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

J.W. Nijkamp
Email: jwnijkamp@kpnmail.nl

James R. Samore
Email: johnsamore@hotmail.com

Jane Delaire
Email: j.delaire@yahoo.com

Jeanette Margaret Scott Steer

Email: bobjen8@bigpond.com

Jean-Marie Jacques
Email: jacques123@wanadoo.es

Jeanne H. Rosenblum
Email: pmrosenblum@gmail.com

Joanne Rosen
Email: joannerosen@gmail.com

John B. Malone
Email: doctor1000@earthlink.net

John H. Petito
Lumberville, PA 18933

John P. Harris
Email: johnph1494@gmail.com

John Samore
Email: johnsamore@hotmail.com

John Samore, Jr.
Email: johnsamore@hotmail.com

John Stirling Gale
Email: galejs@gmail.com

Jose Haidenblit
Email: chore55@yahoo.com

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Kamal Kishore Muchhal
Email: muchhal@netvigator.com

Kenneth Springer
Wellington, FL 33414

KHI Overseas Ltd
Email: ew@khiholdings.com

Kimberly S. Stoller
Belmar, NJ 07719

KR Erwin Hawle
4865 Nussdorf,
Austria

Krates, S.A.
Email: pabst@mantomgmt.com

Kwok Yiu Leung
Email: yiuleung@yahoo.com.hk
and
Email: yiuleunghk@gmail.com

Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Lee Garrity
Valparaiso, IN 46383

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lillian Barr
Email: hbarr@bplegalteam.com

Linda Doyle
Email: linchasd@netvigator.com

Linda Wolf
Email: wolfie2400@yahoo.com

Lindel Coppell
Email: lindencoppell@gmail.com

Marcia Roses Schachter
Email: marciroses@aol.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Martha Alice Gilluly
Email: marny@corsair2.com

Martin Wimick
Email: mwinick@hotmail.com

Matthew F. Carroll
Email: mattfcarroll@msn.com

Maurice Sandler

Email: mauricesandler@sbcglobal.net

Michael E. Fisch
Email: fischwave@comcast.net

MLSMK Investments Co
Email: stanleymkatz@mac.com

Nancy Dver Cohen
Email: ndver@comcast.net

Ng Shok Len
Taikoo Shing,,
Hong Kong

Ng Shok Mui Susanna
Taikoo Shing,,
Hong Kong

Nicholas Kardasis
Email: gdnite@earthlink.net

Panagiotis Moutzouris
Voula GR-16673,
Greece

Partricia M. Hynes
Email: rreardon@stblaw.com

Patsy P. Jones
Email: 335pat@roadrunner.com

Paul J. Fisch
Email: pfisch@twcny.rr.com

Paul Maddocks
Email: maddockspaul@gmail.com

Peerstate Equity Fund L.P.
c/o Lou Prochilo
Northport, NY 11768

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

PFC Nominees Limited
Email: info@pfcintl.com

Phyllis Pressman
Email: peplady5@gmail.com

Phyrne and Ron LLC
Email: jpitkin@umich.edu

Ralph Schiller
Email: optics58@gmail.com

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Remy Investments Corp
London W1G 9QD,
England,  United Kingdom

Rhouda Macdonald
Email: rmacdon482@aol.com

Richard C. Brockway
Vero Beach, FL 32963

Richard G. Corey
Charleston, WV 25302

Richard Hoefer
Email: richard.hoefer@utanet.at

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Rita Wolf
Email: wolfie2400@yahoo.com

Robert Douglas Steer
Email: bobjen8@bigpond.com

Robins Family Limited Partnership
Email: charles.robins@weil.com

Ronald E. Samore, Sr.
Email: johnsamore@hotmail.com

Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

S. James Chambers
Stuart, FL 34997

Samore 1992 Family Trust
Email: johnsamore@hotmail.com

Samuel Frederick Rohdie
Email: srohdie@bellsouth.net

Shao-Po Wang
New Taipei City 236,,
Taiwan

Sharon Lee Tiner
Email: sltiner@yahoo.com

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Siu Yuen Veronica Nh
Email: yiuleung@yahoo.com.hk
and
Email: yiuleunghk@gmail.com

Stephen Hill
Email: leyla.hill@hos.com

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com

Sudeshna M. Fisch
Email: fischwave@comcast.net

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com

The Gottesman Fund
Email: dgottesman@firstmanhattan.com

Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Waterland Investment Services
Email: admin@waterland-investment.nl

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Yvonne Roodberg
Email: cissie2010@gmail.com

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Diana P. Victor

---

## Notices of Appearance

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com

Email: bvkleinman@aitkenberlin.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney For: Counsel for Judie B. Lifton and the Judie Lifton 1996

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Alexander M. Feldman
Jeff E. Butler
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Amy Walker Wagner
Carolyn B. Rendell
David S. Stone
Stone & Magnanini, LLP
Email: awagner@stonemagnalaw.com
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

Andrea J. Robinson
George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: andrea.robinson@wilmerhale.com
Email: george.shuster@wilmerhale.com
Attorney For: SNS Bank N.V., SNS Global Custody B.V.

Andrew J. Ehrlich
Brette Tannenbaum
Caitlin Grusauskas
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: btannenbaum@paulweiss.com
Email: cgrusauskas@paulweiss.com
Attorney For: Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, The

Estate of Mark D. Madoff

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney For: Anchor Holdings, LLC

Anna Hadjikow
George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Attorney For: Alan D. Garfield, Barry E. Kaufman, BK Interest, LLC, Erin M. Hellberg, James H.
Cohen, Marion Tallering-Garfield, Morrie Abramson, Robyn Berniker, The James H. Cohen Special
Trust, The Marian Cohen 2001 Residence Trust

Arthur J. Steinberg
Kristi E. Jacques
Richard A. Cirillo
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: kjacques@kslaw.com
Email: rcirillo@kslaw.com
Attorney For: Lemania SICAV-SIF, National Bank of Kuwait, S.A.K. ("NBK"), NBK Banque Privee and
counsel for the Pascucci Family

Barry R. Lax.
Brian J. Neville
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Attorney For: PJFN Investors LP, Rose Less

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney For: Belfer Two Corporation

Brad N. Friedman, Esq.
Jennifer L. Young
Matthew Gluck, Esq.
Sanford P. Dumain, Esq.
Milberg LLP
Email: bfriedman@milberg.com
Email: jyoung@milberg.com
Email: mgluck@milberg.com
Email: sdumain@milberg.com
Attorney For: Blumenthal & Associates Florida General Partnership, Gerald Blumenthal, Judith
Rock Goldman, June Pollack, Ruth E. Goldstein, The Horowitz Family Trust, The Unofficial
Committee of Certain Claim Holders

Brenda R. Sharton
Daniel M. Glosband
David J. Apfel
Goodwin Procter LLP
Email: bsharton@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Attorney For: Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust, Jeffrey A. Berman, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, Russell deLucia

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: Brendan M. Scott

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund, Paul Laplume

Bryan Ha
Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: bhanyc@gmail.com
Email: rsignorelli@nycLITIGATOR.com; richardsignorelli@gmail.com
Attorney For: Richard E. Signorelli

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited

Carol A. Glick
Richard J. McCord
Certilman, Balin, Adler & Hyman LLP
Email: cglick@certilmanbalin.com
Email: rmccord@certilmanbalin.com
Attorney For: Alyssa Beth Certilman, Bernard Certilman, Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: SNR Customers

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney For: BSI AG

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney For: SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC

Dana M. Seshens
Karen E. Wagner
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Attorney For: Sterling Equities Associates and Certain Affiliates

Daniel Holzman
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielholzman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Kingate Management Limited, KML
Asset Management LLC

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney For: Defendant Oppenheimer Acquisition Corp.

David J. Molton
Elizabeth A. Molino Molino
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Email: emolino@brownrudnick.com
Attorney For: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry
Limited

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Dr. Michael Schur, Mrs. Edith A. Schur

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney For: David Bolton

David S. Golub
Silver Golub & Teitel, LLP

Email: dgolub@sgtlaw.com
Attorney For: Alexander Rabinovich, Arnold Kohn, Daniel L. Davis, Individually and as parent of
H.D.D., Eric Rausher, Frank S. Katz, Howard Pomerantz, Jason M. Rausher, Marcia B Fitzmaurice,
Maria Rabinovich, Maria Shuster, Marsha H. Rausher, Melissa Doron, Mitchell J. Rausher, Natasha
Jane Rabinovich, P.A. Retirement Plan, parent of A.S.D., Paula S. Katz, Peggy Kohn (Arnold Kohn
Executor of Peggy Kohn Estate), Richard Abramowitz & Pomerantz, Rita S. Katz (n/k/a Rita Starr
Katz Davey), Robin S. Abramowitz, Samuel D. Davis, Theresa A. Wolfe, Thomas R. Fitzmaurice,
Traci D. Davis, Trustees Richard Abramowitz and Howard L. Pomerantz, Vladimir Rabinovich,
Wendy Sager Pomerantz

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney For: Deirdre Norton Hykal

Dennis C. Quinn
Barger & Wolen, LLP
Email: dquinn@bargerwolen.com
Attorney For: Jewish Community Foundation of the Jewish Federation - Council of Greater Los
Angeles

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney For: Douglas R. Hirsch

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com
Attorney For: Elise Scherr Frejka

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney For: Nephrology Associates P.C. Pension Plan

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney For: Andrew Laurence Hosking, Mark Richard Byers, Stephen John Akers

Erin Joyce Letey
Joseph E. Shickich, Jr.
Riddell Williams P.S.
Email: eletey@riddellwilliams.com
Email: jshickich@riddellwilliams.com

Attorney For: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Ernest Edward Badway
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
Attorney For: Iris Schaum

Fletcher W. Strong
William F. Dahill
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: wdahill@wmd-law.com
Attorney For: Robert F. Weinberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney For: Iron Mountain Information Management, Inc.

Fred H. Perkins
Michael Lago, Esq.
Robert K. Dakis
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: bankruptcy@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Attorney For: Customer Claimant David Silver

Fred W. Reinke
Mayer Brown LLP
Email: freinke@mayerbrown.com
Attorney For: AXA Private Management, Fondauto Fondo de Pensiones, SA, Mutua Madrilena
Automovilista Ramo de vida

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney For: Gary S. Lee

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney For: Gary Woodfield

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney For: George R. Hirsch

Glenn P. Warmuth
Paula J. Warmuth

Stim & Warmuth, P.C.
Email: gpw@stim-warmuth.com
Email: pjw@stim-warmuth.com
Attorney For: Creditors, Michael Most and Marjorie Most

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Aaron Blecker

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney For: Harold D. Jones

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Marsha Peshkin et al.

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney For: Rosenman Family LLC

Hunter T. Carter
Arent Fox LLP
Email: hunter.carter@arentfox.com
Attorney For: Brenda Guritzky, Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz
(collectively the "Guritzky Parties"), Dana Guritzky Mandelbaum, Guritzky Family Partnership LP,
Ronald P. Guritzky, Sanford Guritzky

James H. Hulme
Joshua Fowkes
Arent Fox LLP
Email: hulme.james@arentfox.com
Email: fowkes.joshua@arentfox.com
Attorney For: 1776 K Street Associates Limited Partnership, Albert H. Small, Bernard S. Gewirz,
Carl S. Gewirz, Clarice R. Smith, Edward H. Kaplan, Eleven Eighteen Limited Partnership, Estate of
Robert H. Smith, Irene R. Kaplan, Jerome A. Kaplan, Marjet LLC, Robert H. Smith Revocable Trust,
Robert P. Kogod

James M. Ringer, Esq.
Stuart I. Rich, Esq.
Meister Seelig & Fein LLP
Email: jmr@msf-law.com
Email: sir@msf-law.com
Attorney For: Jasper Investors Group LLC ("Jasper")

Jeremy A. Mellitz
Withers Bergman, LLP

Email: Jeremy.Mellitz@withers.us.com
Attorney For: Von Rautenkranz Nachfolger Special Investments LLC

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney For: Samdia Family, LP

John Lavin
Blount & Lavin, P.C.
Email: jlavin@blountlavin.com
Attorney For: John J. Lavin

Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: jlevine@stblaw.com
Attorney For: Spring Mountain Capital, LP

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney For: ELEM/Youth in Distress Israel Inc. ("ELEM")

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Ariana Victor, Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC
Accounts 1ZA128-3 and 1ZA128-40, Justin Victor Baadarani, Leila Victor Baadarani, Shosharma
Remark Victor

Laura K. Clinton
Baker & McKenzie LLP
Email: laura.clinton@bakermckenzie.com
Attorney For: Laura K. Clinton

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd.

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney For: The Pati H. Gerber Defendants

Marianna Udem
ASK, LLP
Email: mudem@askllp.com
Attorney For: Marianna Udem

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney For: Mark S. Cohen

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney For: DeMatteis FLP Assets, Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis
Revocable Trust

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney For: Lawrence Torn

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: Marshall R. King

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com
Attorney For: Linda Polatsch

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust, Constance R.
Sisler, individually, and in her capacity as Settlor and Trustee of the CRS Revocable Trust, CRS
Revocable Trust, Edith G. Sisler, Joyce C. Auerbach Revocable Trust, Robert Auerbach Revocable
Trust, Robert Auerbach, individually, Robert S. Bernstein, S. James Coppersmith Charitable
Remainder Unitrust

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Anna Kedersha, as parent of A.K, Antona G Wilson, Betty Tarr, Bonnie A Johnson,
Individually and as parent of D.C.J., Carol P. Dargan, Cindy J Schacht, Cory D Johnson, Crescienzo J
Boccanfuso, Cynthia Schrank Kane, David C Johnson, Diane C. Backus, Diane T. Levin, Dominick F.
Boccanfuso, Douglas H. Johnson, Eugene G. Laychak, Jr., Everett L. Dargan, Gary S. Davis,
individually and as parent of S.W.D. and J.F.D.,, Gerald A Wilson, Giuseppa A Boccanfuso, Giuseppe
C. Basili, Grace A. Nash, Harold Murtha, Trustee of Murtha Enterprises, Inc. Profit-Sharing Plan,
Jacqueline A Johnson, Jaime R Johnson, Jing W. Davis (now known as Amy Davis),, Joanne Verses,
Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, and as Trustee
of the Joyce C. Auerbach Revocable Trust, Jozef Kaczynski, Justin Kane, Linda Laychak, Madeline E
Corish Estate, Margaret Pace, Margherita M. Basili, Mary Zarra, as parent of A.Z. and A.Z., Michael T.
Nash, Midlands Surgical Associates, PA Profit Sharing Plan, parent of J.K.S, parent of K.H.S, parent

of N.A.S., Patti E Schacht, Robert Levin, Shirley B. Sklar, Sol Davis, individually and as Trustee of the
Sol Davis Retirement Plan, Sophia B Freitag, Steven E. Sklar, Thomas H. Nash, Trustee of
Margherita M. Basili Retirement Plan and individually, William Sklar, William Sklar, Trustee of
Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, WR Johnson Co. Pension and
Profit Sharing Plan

Michael I. Goldberg
Akerman LLP
Email: michael.goldberg@akerman.com
Attorney For: Michael I. Goldberg

Michael S. Pollok
Marvin and Marvin, PLLC
Email: mpollok@marvinandmarvin.com
Attorney For: Alan Hayes, Wendy Wolosoff-Hayes

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney For: Michael V. Blumenthal

Michael V. Ciresi
Ciresi Conlin LLP
Email: MVC@CiresiConlin.com
Attorney For: Michael V. Ciresi

Mor Wetzler
Paul Hastings LLP
Email: morwetzler@paulhastings.com
Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors, LLP, FIM Limited

Nancy L. Fineman
Cotchett, Pitre & McCarthy
Email: nfineman@cpmlegal.com; lconcepcion@cpmlegal.com
Attorney For: Daniel Ryan, Donna M. McBride, Doris Greenberg, Jay Wexler, Matthew Greenberg,
The Estate of Leon Greenberg, Theresa Ryan, Walter Greenberg

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney For: New York State Education Department.

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney For: Barbara J. Weiss, Barbara Schlossberg, Bernard Seldon, Leslie Weiss and Gary M.
Weiss, Lewis Franck, Marilyn Cohn Gross, Melvyn I. Weiss, Stephen A. Weiss, The M & B Weiss
Family Limited Partnership of 1996 c/o Melvyn I. Weiss

Patricia Heer Piskorski
Paul D. Moore
Stephen M. Honig
Duane Morris LLP
Email: phheer@duanemorris.com
Email: PDMoore@duanemorris.com
Email: smhonig@duanemorris.com
Attorney For: Eleanore C. Unflat, Eleanore C. Unflat,in her capacity as co- trustee of the Eleanore C.
Unflat Living Trust, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore
C. Unflat Living Trust, the Eleanore C. Unflat Living Trust

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney For: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants

Richard A. Kirby
Baker & McKenzie LLP
Email: Richard.Kirby@bakermckenzie.com
Attorney For: Richard A. Kirby

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney For: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller, Lilfam
LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, Wellesley Capital Management

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: Richard G. Haddad

Richard L. Spinogatti
Proskauer Rose LLP
Email: rspinogatti@proskauer.com
Attorney For: Richard L. Spinogatti

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney For: Richard Galler

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Carl T. Fisher, Joan L. Fisher, The Trust U/A VIII of the Will of Gladys C. Luria F/B/O
Carl T. Fisher

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com

Attorney For: Michael W. Sonnenfeldt, MUUS Independence Fund LP

Robert A. Abrams
Steven H. Newman
Katsky Korins LLP
Email: rabrams@katskykorins.com
Email: snewman@katskykorins.com
Attorney For: David Cash, Estate of Richard L. Cash, Freda B. Epstein, Freda Epstein Revocable
Trust, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, James H. Cash, Jennifer Spring
McPherson, Jonathan Cash, Richard L. Cash Declaration of Trust Dated September 19,1994,
Richard Spring, S. H. & Helen R. Scheuer Family Foundation, The Jeanne T. Spring Trust, The Spring
Family Trust

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney For: Andrew C. Sankin

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney For: Attorney for the United States of America

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney For: Carol Rosen

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney For: Amy Beth Smith, David A. Schustack, Judith S. Schustack, Robert J. Schustack, Shirley
Schustack Conrad

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Counsel for Brian H. Gerber

Scott Reynolds
Chaffetz Lindsey LLP
Email: scott.reynolds@chaffetzlindsey.com
Attorney For: Scott W. Reynolds

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney For: Fabio Conti

Seth L. Rosenberg
Clayman & Rosenberg LLP

Email: rosenberg@clayro.com
Attorney For: Seth L. Rosenberg

Shannon Scott
Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Luria Partners LLC, Andrew Samuels, David Richman, Estate of
Richard A. Luria, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees, Jay
Rosen Executors, Patricia Samuels, Peter Zutty, Robert Luria Partners, Samuels Family LTD
Partnership

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney For: Oracle Credit Corporation, Oracle USA, Inc. ("Oracle")

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney For: Carl J. Shapiro et al.

Steven Paradise
Richards Kibbe & Orbe, LLP
Email: sparadise@rkollp.com
Attorney For: Steven Paradise

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer Family Trust "A", Alyse
Klufer, individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O Robert
E. Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust
Under Article Fourth U/W/O Robert E. Klufer, Jane Shrage, Maxwell Greengrass, Michael Shrage,
Nancy Greengrass, Natalie Greengrass, PJ Administrator LLC, Robert and Alyse Klufer Family Trust
"A", Trust Under Article Fourth U/W/O Robert E. Klufer

Timothy A. Valliere
Smith Valliere PLLC
Email: tvalliere@svlaw.com
Attorney For: Timothy A. Valliere

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com
Attorney For: Tony Miodonka

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com

Attorney For: Vivian R. Drohan

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney For: Will R. Tansey

William A. Habib, Esq.
Habib Law Associates, LLC
Email: wahabib@verizon.net
Attorney For: Anthony F. Russo

## Pro Se Defendants

BA Worldwide Fund Management Ltd.
British Virgin Islands

Caprice International Group Inc.
Delray Beach, Florida 33446

and
Delray Beach, Florida 33446

Cenard Investments Ltd
Hamilton, HM12
Bermuda

Eric Schiffer d/b/a Desert Rose Ltd
New York, New York 10018

Inter Asset Management Inc.
British Virgin Islands

Lagoon Investment Trust
British Virgin Islands

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
Luxembourg

Pine Cliffs Investment Limited
Hamilton, HM12
Bermuda

Robert D. Salem
London, W1S 3HB
England

## Defendant Counsel

Franklin B. Velie, Esq.
Jonathan G. Kortmansky, Esq.
Sullivan & Worcester
Email: fvelie@sandw.com
Email: jkortmansky@sandw.com
Attorneys For: UniCredit Bank Austria

Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor LLP
Email: mlunn@ycst.com
Attorney For: Conflicts Counsel

Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Attorney For: Cardinal Management, Dakota Global

Allison M. Wuertz
Anthony L. Paccione
Katten Muchin Rosenman LLP
Email: allison.wuertz@kattenlaw.com
Email: anthony.paccione@kattenlaw.com
Attorney For: Barfield Nominees Limited, Lloyds TSB Bank PLC, Northern Trust Corporation

Andreas A. Frischknecht
Erin E. Valentine
Peter R. Chaffetz
Chaffetz Lindsey LLP
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Email: peter.chaffetz@chaffetzlindsey.com
Attorney For: Kingate Management Limited, SIX SIS AG

Andrew J. Ehrlich
Martin Flumenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: mflumenbaum@paulweiss.com
Attorney For: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)

Andrew J. Finn
Diane Lee McGimsey
Sharon L. Nelles
Robinson B. Lacy, Esq.
Sullivan & Cromwell LLP
Email: finna@sullcrom.com
Email: mcgimseyd@sullcrom.com
Email: nelless@sullcrom.com
Email: lacyr@sullcrom.com
Attorney For: STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS
BANK INTERNATIONAL, STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN

EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A., as represented by its liquidator Hanspeter Krämer, STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.

Andrew J. Levander
David S. Hoffner
Dechert LLP
Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Attorney For: Andrés Piedrahita

Andrew W. Hammond
White & Case LLP
Email: ahammond@whitecase.com
Attorney For: Walter Noel

Ari MacKinnon
Donna Xu
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: dnxu@cgsh.com
Attorney For: BGL BNP Paribas Luxembourg S.A., BNP Paribas (Suisse) S.A., BNP Paribas Arbitrage SNC, BNP PARIBAS ARBITRAGE SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A., BNP Paribas Securities Services Succursale de Luxembourg

Barry G Sher
Jodi Aileen Kleinick
Mor Wetzler
Paul Hastings LLP
Email: barrysher@paulhastings.com
Email: jodikleinick@paulhastings.com
Email: morwetzler@paulhastings.com
Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors LLP, FIM Limited

Ben Lewis
Marc J. Gottridge
Hogan Lovells US LLP
Email: ben.lewis@hoganlovells.com
Email: marc.gottridge@hoganlovells.com
Attorney For: BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., BARCLAYS PRIVATE BANK & TRUST LIMITED

Benjamin W. Loveland
Wilmer Cutler Pickering Hale and Dorr LLP
Email: benjamin.loveland@wilmerhale.com
Attorney For: SNS BANK N.V., SNS GLOBAL CUSTODY B.V.

Blanka K. Wolfe
Malani Cademartori
Sheppard Mullin Richter & Hampton LLP
Email: bwolfe@sheppardmullin.com

Email: mcademartori@sheppardmullin.com
Attorney For: Union Arbitrage Strategy Fund, Union Securities Investment Trust Co., Ltd., Union USD Global Arbitrage A Fund, Union USD Global Arbitrage Fund

Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Attorney For: BGL BNP Paribas Luxembourg S.A., BGL BNP Paribas S.A., BNP Paribas (Suisse) S.A., BNP Paribas Arbitrage SNC, BNP PARIBAS ARBITRAGE SNC, BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A., BNP Paribas Securities Services S.A., BNP Paribas Securities Services Succursale de Luxembourg

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, Luxembourg Investment Fund, Luxembourg Investment Fund US Equity Plus, Maitre Alain Rukavina, Maitre Alain Rukavina in their capacity as liquidator and representative of Luxalpha Sicav, Paul Laplume, Paul Laplume in their capacity as liquidator and representative of Luxalpha Sicav

Brian J. Butler
Bond, Schoeneck & King, PLLC
Email: bbutler@bsk.com
Attorney For: OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus, UMR Select Alternatif

Brian H. Polovoy
Shearman & Sterling LLP
Email: bpolovoy@shearman.com
Attorney For: Nomura International PLC

Brian Muldrew
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Attorney For: Access International Advisors LLC, Access International Advisors Ltd., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), Groupement Financier, Patrick Littaye

Brian Trust
Joaquin Matias C de Baca
Mayer Brown LLP
Email: btrust@mayerbrown.com
Email: jcdebaca@mayerbrown.com
Attorney For: UKFP (ASIA) NOMINEES LIMITED

Briton Sparkman

George M. Chalos
Chalos & Co., P.C.
Email: bsparkman@chaloslaw.com
Email: gmc@chaloslaw.com
Attorney For: First Gulf Bank

Bruce M. Sabados
Katten Muchin Rosenman LLP
Email: bruce.sabados@kattenlaw.com
Attorney For: Barfield Nominees Limited, Guernroy Limited, Northern Trust Corporation, RBC ALTERNATIVE
ASSETS, L.P., RBC DOMINION SECURITIES INC., ROYAL BANK OF CANADA, ROYAL BANK OF CANADA (ASIA)
LIMITED, Royal Bank of Canada (Channel Islands) Limited, ROYAL BANK OF CANADA (SUISSE) S.A., ROYAL BANK
OF CANADA TRUST COMPANY (JERSEY) LIMITED

Bruce A. Baird
Covington & Burling, LLP
Email: bbaird@cov.com
Attorney For: Gregory Bowes

Bruce Ginsberg
James R. Serritella
Joseph Cioffi
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: jserritella@dglaw.com
Email: jcioffi@dglaw.com
Attorney For: Bloom Asset Holdings Fund, IXIS Corporate & Investment Bank, Natixis, Natixis Financial Products,
Inc. (succeeded in interest by Natixis Financial Products, LLC)

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank (Switzerland) Ltd., CITIVIC NOMINEES LTD

Charles J. Keeley, III
Cleary Gottlieb Steen & Hamilton LLP
Email: cjkeeley@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A,
HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited,
HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Bermuda) Limited, HSBC Securities
Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A.

Charles C. Platt
George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Email: george.shuster@wilmerhale.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo, SNS BANK N.V., SNS GLOBAL
CUSTODY B.V.

Christopher Harris

Latham & Watkins LLP
Email: christopher.harris@lw.com
Attorney For: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.), ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees Limited

Christopher L. McCall
Scott M. Berman
Friedman Kaplan Seiler & Adelman LLP
Email: cmccall@fklaw.com
Email: sberman@fklaw.com
Attorney For: Pierre Delandmeter

D. Farrington Yates
Reid L. Ashinoff
Dentons US LLP
Email: farrington.yates@dentons.com
Email: reid.ashinoff@dentons.com
Attorney For: EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited, EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere d'Investissements S.A.M., EFG BANK S.A., f/k/a EFG Private Bank S.A.

Daniel Bernstein
Arnold & Porter LLP
Email: daniel.bernstein@aporter.com
Attorney For: Fullerton Capital Pte Ltd.

Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
Email: dfetterman@kasowitz.com
Attorney For: Jeffrey Tucker

Daniel Schimmel
Thomas B. Kinzler
Kelley Drye & Warren LLP
Email: dschimmel@kelleydrye.com
Email: tkinzler@kelleydrye.com
Attorney For: CACEIS BANK, CACEIS BANK LUXEMBOURG

Daniel Tyukody
Leo Muchnik
Greenberg Traurig, LLP
Email: tyukodyd@gtlaw.com);
Email: muchnikl@gtlaw.com
Attorney For: THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

Daphne T. Ha
Gary J. Mennitt
Dechert LLP
Email: daphne.ha@dechert.com
Email: gary.mennitt@dechert.com

Attorney For: Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M.), ORBITA CAPITAL RETURN STRATEGY LIMITED

David Ata
Jack G. Stern
Boies, Schiller & Flexner LLP
Email: data@bsfllp.com
Email: jstern@bsfllp.com
Attorney For: ZCM ASSET HOLDING COMPANY (BERMUDA) LLC

David E. Brodsky
Diarra Guthrie
S. Ellie Norton
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Email: dguthrie@cgsh.com
Email: snorton@cgsh.com
Attorney For: SICO Limited, SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED

David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
Email: dmark@kasowitz.com
Attorney For: Banca Carige S.P.A.

David W. Parham
Akerman LLP
Email: david.parham@akerman.com
Attorney For: CATHAY LIFE INSURANCE CO. LTD.

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Deirdre Norton Hykal
Robin Spigel
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Email: rspigel@willkie.com
Attorney For: Thema Asset Management Limited (BVI), Thema Asset Mgmt. (Bermuda)

Dorothy Heyl
Stacey J. Rappaport
Milbank, Tweed, Hadley & McCloy LLP
Email: dheyl@milbank.com
Email: srappaport@milbank.com
Attorney For: LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz) AG, LGT BANK IN LIECHTENSTEIN

Douglas A. Amedeo
Todd E. Duffy

DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com
Email: tduffy@duffyamedeo.com
Attorney For: Alpha Prime Asset Management Ltd., Alpha Prime Fund Limited, Carruba Asset Management
Limited, Regulus Asset Management Limited, Tereo Trust Company Limited, Ursula Radel-Leszczynski

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
Email: espiro@maglaw.com
Attorney For: Robert Blum

Elizabeth A. O'Connor
Flemming Zulack Williamson Zauderer LLP
Email: eoconnor@fzwz.com
Attorney For: BANQUE CANTONALE VAUDOISE, BANQUE PRIVEE ESPIRITO SANTO SA, BORDIER & CIE, Lombard
Odier Darier Hentsch & Cie

Elliot Moskowitz
Davis Polk & Wardwell LLP
Email: elliot.moskowitz@davispolk.com
Attorney For: Eurizon Capital SGR SpA (as Successor in Interest to Eurizon Investimenti SGR SpA, f/k/a Nextra
Investment Management SGR SpA, and Eurizon Alternative Investments SGR Spa, f/k/a Nextra Alternative Inv,
Eurizon Low Volatility f/k/a Nextra Low Volatility, Eurizon Low Volatility II f/k/a Nextra Low Volatility II, Eurizon
Low Volatility PB f/k/a Nextra Low Volatility PB, Eurizon Medium Volatility f/k/a Nextra Medium Volatility,
Eurizon Medium Volatility II f/k/a Nextra Medium Volatility II, Eurizon Total Return f/k/a Nextra Total Return,
Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA

Eric M. Kay
Quinn Emanuel Urquhart & Sullivan, LLP
Email: erickay@quinnemanuel.com
Attorney For: ABU DHABI INVESTMENT AUTHORITY

Eric B. Halper
Virginia I. Weber
McKool Smith
Email: ehalper@mckoolsmith.com
Email: vweber@mckoolsmith.com
Attorney For: BANK JULIUS BAER & CO. LTD.

Eric Fishman
Samuel S. Cavior
PILLSBURY WINTHROP SHAW PITTMAN LLP
Email: eric.fishman@pillsburylaw.com
Email: Samuel.Cavior@pillsburylaw.com
Attorney For: FALCON PRIVATE BANK LTD.

Eugene R. Licker
Loeb & Loeb LLP
Email: elicker@loeb.com
Attorney For: LIGHTHOUSE DIVERSIFIED FUND LIMITED, LIGHTHOUSE PARTNERS LLC, LIGHTHOUSE
SUPERCASH FUND LIMITED

Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: efg@khgflaw.com
Attorney For: PARSON FINANCE PANAMA

Fletcher W. Strong
Frederick R. Kessler
Michael C. Ward
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: fkessler@wmd-law.com
Email: mward@wmd-law.com
Email: pdefilippo@wmd-law.com
Attorney For: Fairfield Investment Fund Limited, Stable Fund

Gabriel Herrmann
Gibson Dunn
Email: gherrmann@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS Deutschland AG as successor in interest to Dresdner Bank
LateinAmerika AG, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA

Geoffrey Brounell
Michael Feldberg
Allen & Overy LLP
Email: geoffrey.brounell@allenovery.com
Email: michael.feldberg@allenovery.com
Attorney For: ABN AMRO Bank N.A., ABN AMRO BANK N.V.

Gregg M. Mashberg
Marissa Tillem
Proskauer Rose LLP
Email: gmashberg@proskauer.com
Email: mtillem@proskauer.com
Attorney For: GROSVENOR AGGRESSIVE GROWTH FUND LIMITED, GROSVENOR BALANCED GROWTH FUND
LIMITED, GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, LION
GLOBAL INVESTORS LIMITED

Gregory F. Hauser
Wuersch & Gering LLP
Email: gregory.hauser@wg-law.com
Attorney For: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, Vontobel Asset Management Inc.

Heather Lamberg Kafele
Shearman & Sterling LLP
Email: hkafele@shearman.com
Attorney For: Banco Bilbao Vizcaya Argentaria, S.A., BANCO ITAÚ EUROPA INTERNATIONAL, BANCO ITAÚ
EUROPA LUXEMBOURG S.A., INTELIGO BANK LTD.-PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH

James N. Lawlor
John D. Giampolo

Wollmuth Maher & Deutsch LLP
Email: jlawlor@wmd-law.com
Email: jgiampolo@wmd-law.com
Attorney For: Korea Investment Trust Management Company

Jeff E. Butler
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Attorney For: BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.), BANQUE INTERNATIONALE A LUXEMBOURG S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., Cardinal Management, Dakota Global, Radcliff Investments Limited, Rothschild Trust Guernsey Limited

Jeffrey E. Baldwin
Simpson Thacher & Barlett LLP
Email: jbaldwin@stblaw.com
Attorney For: Cornelis Boele

Joaquin Terceño
Cleary Gottlieb Steen & Hamilton LLP
Email: jterceno@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A., SICO Limited, SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED

John Behrendt
Mark Kirsch
Gibson Dunn
Email: jbehrendt@gibsondunn.com
Email: mkirsch@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
Email: jzulack@fzwz.com
Attorney For: BANQUE CANTONALE VAUDOISE, BANQUE PRIVEE ESPIRITO SANTO SA, BORDIER & CIE, Lombard Odier Darier Hentsch & Cie, Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P., Lyxor Asset Management S.A., as Successor in Interest to Barep Asset Management S.A., Lyxor Premium Fund (f/k/a SGAM Alternative Multi Manager Diversified Fund), SG AM AI Premium Fund L.P. (f/k/a SG AM Alternative Diversified U.S. L.P.), SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Diversified Fund), Socgen Nominees (UK) Limited, Societe Generale Bank & Trust S.A., Societe Generale Holding de Participations S.A., as Successor in Interest to Barep Asset Management S.A, Societe Generale Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe Generale S.A., as Trustee for Lyxor Premium Fund

Jonathan P. Guy
Peter J. Amend

Orrick, Herrington & Sutcliffe LLP
Email: jguy@orrick.com
Email: pamend@orrick.com
Attorney For: KOCH INDUSTRIES. INC.

Jonathan C. Cross
Scott S. Balber
Herbert Smith Freehills NY LLP
Email: jonathan.cross@hsf.com
Email: scott.balber@hsf.com
Attorney For: BANK HAPOALIM (SWITZERLAND) LTD., BANK HAPOALIM B.M.

Jordan E. Stern
Zeb Landsman
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: jstern@beckerglynn.com
Email: zlandsman@beckerglynn.com
Attorney For: THE SUMITOMO TRUST AND BANKING CO., LTD

Joseph P. Moodhe
Shannon Rose Selden
Debevoise & Plimpton LLP
Email: jpmoodhe@debevoise.com
Email: srselden@debevoise.com
Attorney For: Geo Currencies, Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd., Thema International Fund plc, Thema Wise Investments Ltd.

Justin D. Mayer
Morrison & Foerster LLP
Email: jmayer@mofo.com
Attorney For: PF TRUSTEES LIMITED in its capacity as trustee of RD Trust, SafeHand Investments, Strongback Holdings Corporation

Justin N. Kattan
Dentons US LLP
Email: justin.kattan@dentons.com
Attorney For: EFG BANK S.A., f/k/a EFG Private Bank S.A.

Kathleya Chotiros
Cleary Gottlieb Steen & Hamilton LLP
Email: kchotiros@cgsh.com
Attorney For: BGL BNP Paribas S.A., BNP Paribas Securities Services S.A.

Keith R. Palfin
Shearman & Sterling LLP
Email: Keith.Palfin@Shearman.com
Attorney For: Nomura International PLC, NOMURA INTERNATIONAL PLC

Kent A. Yalowitz
Arnold & Porter LLP
Email: Kent.Yalowitz@aporter.com

Attorney For: Fullerton Capital Pte Ltd., Merrill Lynch International

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Email: lfriedman@cgsh.com
Attorney For: BGL BNP Paribas Luxembourg S.A., BNP Paribas (Suisse) S.A., BNP Paribas Arbitrage SNC, BNP Paribas Arbitrage SNC, BNP PARIBAS ARBITRAGE SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A., BNP Paribas Securities Services Succursale de Luxembourg, CRÉDIT AGRICOLE (SUISSE) S.A., CREDIT AGRICOLE S.A., a.k.a. BANQUE DU CRÉDIT AGRICOLE

Lindsay M. Weber
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund, Ltd., Kingate Global Fund, Ltd.

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC, ARDEN ENDOWMENT ADVISERS, LTD.

Mark G. Cunha
Peter E. Kazanoff
Simpson Thacher & Barlett LLP
Email: mcunha@stblaw.com
Email: pkazanoff@stblaw.com
Attorney For: Andrew Smith, Charles Murphy, Corina Noel Piedrahita, Cornelis Boele, Daniel Lipton, Fairfield Greenwich (Bermuda), LTD., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Gordon Mckenzie, Harold Greisman, Jacqueline Harry, Lourdes Barreneche, Mark Mckeefry, Philip Toub, Richard Landsberger, Santiago Reyes

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney For: Reliance International Research, LLC

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney For: Amit Vijayvergiya

Mark T. Ciani
Katten Muchin Rosenman LLP
Email: mark.ciani@kattenlaw.com

Attorney For: Barfield Nominees Limited, Northern Trust Corporation

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS (Luxembourg) SA, UBS AG, UBS AG, UBS Deutschland AG as successor in
interest to Dresdner Bank LateinAmerika AG, UBS Fund Services (Luxembourg) SA, UBS Fund Services
(Luxembourg) SA, UBS Third Party Management Company SA, UBS Third Party Management Company SA

Martin J. Crisp
Robert S. Fischler
Ropes & Gray
Email: martin.crisp@ropesgray.com
Email: robert.fischler@ropesgray.com
Attorney For: SCHRODER & CO. BANK AG

Mary K. Warren
Willkie Farr & Gallagher LLP
Email: mwarren@willkie.com
Attorney For: Dr. Alain B. Lévy, solely in his capacity as Executor of the Estate of Mario Benbassat, Equus Asset
Management Partners, L.P., Hermes Asset Management Limited

Matthew A. Feldman
Willkie Farr & Gallagher LLP
Email: mfeldman@willkie.com
Attorney For: Equus Asset Management Partners, L.P., Hermes Asset Management Limited, Thema Asset
Management Limited (BVI), Thema Asset Mgmt. (Bermuda)

Michael B. Weitman
Seward & Kissel
Email: none
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT LLC, ARDEN ENDOWMENT
ADVISERS, LTD., Reliance International Research, LLC

Michael T. Driscoll
Seong H. Kim
Sheppard Mullin Richter & Hampton LLP
Email: mdriscoll@sheppardmullin.com
Email: shkim@sheppardmullin.com
Attorney For: MERITZ FIRE & MARINE INSURANCE CO. LTD.

Michael W. Gibaldi
Robert Knuts
Sher Tremonte LLP
Email: mgibaldi@shertremonte.com
Email: rknuts@shertremonte.com
Attorney For: Theodore Dumbauld

Nathan D. Adler
Price O. Gielen
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.

Email: nda@nqgrg.com
Email: pog@nqgrg.com
Attorney For: 20:20 Medici AG f/k/a Bank Medici AG, Erwin Kohn, Eurovaleur, Inc., Herald Asset Management
Limited, Sonja Kohn

Sheldon Eisenberger
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Email: seisenberger@robinsonbrog.com
Attorney For: 20:20 Medici AG f/k/a Bank Medici AG, Erwin Kohn, Eurovaleur, Inc., Herald Asset Management
Limited, Sonja Kohn

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney For: Equity Trading Fund, Ltd., Equity Trading Portfolio Limited

Pamela Miller
Taylor Hahn
O'Melveny and Myers LLP
Email: pmiller@omm.com
Email: thahn@omm.com
Attorney For: MERRILL LYNCH BANK (SUISSE) SA, Merrill Lynch International

Philip R. Schatz
Wrobel & Schatz, LLP
Email: philip.schatz@wandslaw.com
Attorney For: RBC DEXIA INVESTOR SERVICES BANK S.A., RBC DEXIA INVESTOR SERVICES ESPANA S.A, RBC
DEXIA INVESTOR SERVICES TRUST

Richard W. Trotter
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: trotter@thsh.com
Attorney For: Odyssey

Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: siciliano@thsh.com
Attorney For: Odyssey

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney For: KOOKMIN BANK, Korea Exchange Bank, Individually And As Trustee For Korea Global All Asset
Trust I-1, And For Tams Rainbow Trust III, NATIONAL BANK OF KUWAIT

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: Banque Syz & Co., SA, M&B Capital Advisers Sociedad de Valores, S.A., TRINCASTER CORPORATION,
UNIFORTUNE ASSET MANAGEMENT SGR SPA, UNIFORTUNE CONSERVATIVE FUND

Robert J. Lack
Friedman Kaplan Seiler & Adelman LLP
Email: rlack@fklaw.com
Attorney For: CDP Capital Tactical Alternative Investments, MULTI-STRATEGY FUND LIMITED

Rosa Evergreen
Scott B. Schreiber
Arnold & Porter LLP
Email: Rosa.Evergreen@aporter.com
Email: Scott.Schreiber@aporter.com
Attorney For: ATLANTIC SECURITY BANK, Platinum All Weather Fund Limited

Samuel L. Raymond
Cleary Gottlieb Steen & Hamilton LLP
Email: sraymond@cgsh.com
Attorney For: Citi Hedge Fund Services Limited, Citibank (Switzerland) Ltd., CITIVIC NOMINEES LTD

Scott Reynolds
Chaffetz Lindsey LLP
Email: scott.reynolds@chaffetzlindsey.com
Attorney For: Kingate Management Limited

Shiva Eftekhari
William J. Sushon
O'Melveny & Myers LLP
Email: seftekhari@omm.com
Email: wsushon@omm.com
Attorney For: Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse International Limited, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse Securities (USA) LLC, Credit Suisse Wealth Management Limited, Mistral (SPC), Solon Capital, Ltd., Zephyros Limited

Tania G. Cohen
Yasmine Lahlou
Chaffetz Lindsey LLP
Email: tania.cohen@chaffetzlindsey.com
Email: yasmine.lahlou@chaffetzlindsey.com
Attorney For: SIX SIS AG

Thomas J. Hall
Chadbourne & Parke LLP
Email: thall@chadbourne.com
Attorney For: Landmark Investment Fund (Ireland)

Thomas E. Lynch
Jones Day
Email: telynch@jonesday.com
Attorney For: QUILVEST FINANCE LIMITED

Thomas J. Giblin
Latham & Watkins LLP
Email: thomas.giblin@lw.com
Attorney For: ABN AMRO Fund Services (Isle of Man) Nominees Limited, f/k/a Fortis (Isle Of Man) Nominees
Limited

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank Bermuda Limited, HSBC
Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional
Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse)
S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities
Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A.

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: timothy.harkness@freshfields.com
Attorney For: Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Ashby Holding Services
Limited, Ashby Investment Services Limited, Individually and as Trustees of The Ashby Trust, El Prela Group
Holding Services, El Prela Trading Investments Limited, El Prela Trust, First Peninsula, Individually and as
Trustees of the Ashby Trust, Port of Hercules Ltd., Individually and as Trustee of the El Prela Trust, The Ashby
Trust

Tracy L. Klestadt
Klestadt Winters Jureller Southard & Stevens, LLP
Email: tklestadt@klestadt.com
Attorney For: Reliance Management (Gibraltar) Limited

William A. Maher
Wollmuth Maher & Deutsch LLP
Email: wmaher@wmd-law.com
Attorney For: Stable Fund

---

**Notices of Appearance**

---

Douglas A. Amedeo
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com