**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**THIS MATTER** having come before the Court on the motion of Lamar Ellis filed in the above-captioned case on July 21, 2016 seeking relief from the automatic stay (ECF No. 13848) (the "Lift Stay Motion"); and Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff (the "Trustee") having filed a Letter Response on August 24, 2016 (ECF No. 13924) objecting to the Lift Stay Motion; and Mr. Ellis having submitted documents to this Court respecting the Lift Stay Motion on October 26, 2016 (ECF No. 14343); and the Trustee having filed a letter with this Court on November 4, 2016 (ECF No. 14391) renewing his request that the Court deny the relief requested in the Lift Stay Motion; and the Court having held a hearing (the "Hearing") on the Lift Stay Motion on November 30, 2016 at 10:00 a.m., and Mr. Ellis having failed to appear at

the Hearing either in person or telephonically; and the Court having denied the Lift Stay Motion for the reasons set forth at the Hearing;

**IT IS HEREBY ORDERED THAT:**

The Lift-Stay Motion is denied, and it is further ordered that the Court shall retain jurisdiction to implement this Order.

Dated: December **2nd**, 2016
New York, New York

/s/ STUART M. BERNSTEIN

HONORABLE STUART M. BERNSTEIN