## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: SPECIAL MASTER
MADOFF VICTIM FUND
P.O. BOX 6116
SYRACUSE, NY 13217-6310
CLAIM NO: 7670197

10/31/16

9590 9402 1440 5329 0415 28

2. Article Number (Transfer from service label)
7016 1370 0002 3989 5272

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ d Mail
☐ d Mail Restricted Delivery
($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: C.C. TO
KEITH R. MURPHY
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111-0100

10/31/16

9590 9402 1440 5329 0414 81

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
NOV - 3 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: (C.C.) TO:
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF N.Y.
ONE BOWLING GREEN
NEW YORK NY 10004

10/31/16

9590 9402 1440 5329 0414 74

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Registered No.**

| Postage $ | | Date Stamp |
|---|---|---|
| **Extra Services & Fees** | **Extra Services & Fees** *(continued)* | |
| ☐ Registered Mail $ | ☐ Signature Confirmation $ | |
| ☐ Return Receipt *(hardcopy)* $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt *(electronic)* $ | **Total Postage & Fees** | |
| ☐ Restricted Delivery $ | $ | |
| Customer Must Declare Full Value $ | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM: LAMAR ELLIS (TRUST) 7070192
1372 FERN LAKE AVE
BREA CA 92821
(C.C.) TO:
TO: KEITH MURPHY (212 589.4615
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK N.Y. 10111-0100

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051          Copy 1 - Customer
                                          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.**

| Postage $ | | Date Stamp |
|---|---|---|
| **Extra Services & Fees** | **Extra Services & Fees** *(continued)* | |
| ☐ Registered Mail $ | ☐ Signature Confirmation $ | |
| ☐ Return Receipt *(hardcopy)* $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt *(electronic)* $ | **Total Postage & Fees** | |
| ☐ Restricted Delivery $ | $ | |
| Customer Must Declare Full Value $ | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM: LAMAR ELLIS (TRUST) NO. 7070192
1372 FERN LAKE AVE
BREA, CA 92821
(PRIMARY) SPECIAL MASTER TO:
TO: MADOFF VICTIM FUND) 7070192
P.O. BOX 6116
SYRACUSE, N.Y. 13217-6310
T 866.624.3670

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051          Copy 1 - Customer
                                          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



**Madoff Victim Fund**
P.O. Box 6310
Syracuse, NY 13217-6310



Lamar Ellis Trust
1372 Fern Lake Avenue
Brea, California 92821

Claim Number: **7070192**

| **DATE** | **DEADLINE** |
|---|---|
| September 29, 2016 | November 13, 2016 |

## CLAIM DEFICIENCY NOTICE

Dear Claimant:

The Madoff Victim Fund ("MVF") has reviewed the Claim you filed (or the Claim filed on your behalf) relating to losses you suffered in the fraud at Madoff Securities. This notice is to advise you that the Claim is **INCOMPLETE** because it is missing required information or documentation. This Notice sets forth the information that is missing, and that must be provided in order to complete your claim.

To assist you with your Claim, the following pages:

- show all transactions reported in the Claim;
- describe what information is missing; and
- provide instructions on how to complete your Claim.

**This is your last chance to supplement the information you have previously provided as part of your claim before MVF makes a recommendation to the Department of Justice ("DOJ") regarding the disposition of your Claim.** Failure to submit the required documents or information by the deadline shown above is likely to result in the denial of your claim in whole or in part.

Please reference the Claim Number on all correspondence you send to the MVF. If you need further assistance after reviewing this Notice, please contact the MVF customer service department by e-mail at info@madoffvictimfund.com or by telephone at (866) 624-3670.

Sincerely,

Madoff Victim Fund

*Lamar Ellis*
10/26/16

*7070192*

## Transaction Table

The Transaction Table below shows the potentially eligible cash-in, cash-out *transactions* listed in your claim. The "Deficiency Code" column identifies any deficiencies that exist for a transaction. If there is not a "Deficiency Code" shown for a particular transaction, then MVF believes that transaction is adequately supported. However, if a transaction includes a "Deficiency Code", that transaction is missing some form of required information.

The codes relevant to your transactions are described in the Deficiency Code Explanation section below. **It is your responsibility to provide necessary backup information, and if the deficiencies shown are not addressed, MVF will recommend to DOJ that the Claim be denied or reduced.**

| Date[1] | Type of Transaction<br><br>Investment Fund or Account | Claimed Transaction Amount (Local Currency) | Portion of Transaction Allocated to Madoff | Calculated Transaction Amount[2] (USD)[3] | Transaction Description | Deficiency Code |
|---|---|---|---|---|---|---|
| SEPT 2003 SEPT 2005 | Amsouth Money Market Pioneer Cash Reserves NASDAQ | | | | RE: STOLEN SECURITIES UNDER IDENTITY THEFT | C15 |
| | C | 1,278,000,000 | 1,278,000,000 | more than $1,278,000,000 | DETERRANCE ACT | C15 |

In addition to any deficiencies shown in the Table above, the box below identifies any deficiencies that apply to your claim as a whole, and not to a specific transaction. An explanation of the claim deficiency is provided in the Deficiency Code Explanation section below. If a claim deficiency is not cured, then no portion of your claim can be recommended for approval.

| C15 |
|---|

---

[1] Any transactions that occurred after 12/11/2008 are not included in the Transaction Table.

[2] The Calculated Transaction Amount reflects adjustments to the Claimed Transaction Amount as a result of the application of certain provisions of the MVF Distribution Plan. If you invested in a fund that allocated a portion of its portfolio to Madoff Securities and a portion to non-Madoff assets, the Calculated Transaction Amount shows the amount of each transaction that was allocated to Madoff Securities. Other adjustments, as explained in the Transaction Description column, may also be reflected in the Calculated Transaction Amount.

[3] If your transactions were not in U.S. dollars (USD), the Calculated Transaction Amount shows the amount of each transaction in USD. Non-USD transactions have been converted to USD at the foreign exchange rate on the date of the transaction.

*Lamar Ellis*

*10/26/16*

## Deficiency Code Explanations

*7070192*

| Code | Name | Instructions |
|------|------|-------------|
| C15 | **Missing Transactional Data** <br> On Dec. 8, 2009 Lamar Ellis Trust was notified by Trustee Picards office that its claim had been denied. However, it granted the Ellis Trust the priviledge to contest the denial with the court on 12/21/09. It's believed that the court allowed the Trust to file a claim with Madoff Victims Fund. | The Petition Form you submitted did not include a listing of your cash-in/cash-out transactions showing a direct or indirect investment in Madoff Securities. Periodic position statements are not adequate. In order for MVF to further process your Claim, you should complete the transaction table in the Petition Form to show all of your deposits/purchases and withdrawals/sales/redemptions that occurred prior to December 11, 2008. You must submit documentation to support each transaction listed. Please also submit documentation showing the account balance for your Madoff-related investment(s) on or around December 11, 2008, when Madoff's fraud collapsed. |

## Additional Comments:

The claim you submitted does not contain a Madoff-related investment. Please see Lamar Ellis Trust 2007 NASD complaint with the U.S. S.E.C. and the S.E.C. Aug 20, 2008 response letter to Lamar Ellis of that complaint.

*Please note that the submission of any information in response to this Notice is under penalty of perjury under the laws of the United States of America. You are attesting that any such information or documentation is true, correct and complete to the best of your knowledge.* NOTED L.E.

Lamar Ellis
10/26/16

**MADOFF VICTIM FUND**
P.O. BOX 6310
SYRACUSE, NY 13217-6310



*M8A07070192N*

*7070192 - CDN*
**Lamar Ellis Trust**
**1372 Fern Lake Avenue**
**Brea, California 92821**

Please **return this entire Notice** and note claim ID **7070192** on any supplemental documentation.

*Lamar Ellis*
*10/26/16*

1/2014

**MADOFF VICTIM FUND**
**P.O. BOX 6310**
**SYRACUSE, NY 13217-6310**

7070192 - CRC
LAMAR ELLIS TR
LAMAR ELLIS TTEE CONSERVATOR
1516 SHIRLEY AVE
JACKSON, MS 39204   N/A

**Lamar Ellis Trust**
**1372 Fern Lake Avenue**
**Brea, California 92821**

We are writing to confirm that we have received the claim you submitted to the Madoff Victim Fund (MVF) and have assigned it claim number 7070192. Please retain this number and include it in any correspondence or emails you send to the MVF and have it accessible if you call MVF customer service. No further action is required from you at this time. If your address or contact information changes, please inform us immediately so that we have your current information.

www.madoffvictimfund.com
(866) 624-3670

# PETITION FORM IND

### For Claims By Indirect Investors

*Claim No: 7070/92*

# MADOFF VICTIM FUND

## Distribution Vehicle for Forfeited Assets

### on behalf of the



# UNITED STATES DEPARTMENT OF JUSTICE

*Submissions to the Madoff Victim Fund must be verified under the penalty of perjury pursuant to 28 U.S.C. § 1746.*

### INSTRUCTIONS

> Form IND is for use by investors who invested with Madoff Securities through an investment in, or purchase of shares from, an intermediate investment entity such as a feeder fund, bank, investment company, family trust or other pooled entity.

The United States Department of Justice ("DOJ") will determine eligibility to make a claim on MVF in its sole discretion.

*James Ellis*

Case No. 8:16-bk-13520-SC

2/15/2014

1 MADOFF VICTIM FUND
2 P.O. BOX 6310
SYRACUSE, NY 13217-6310

3

4

5

6 7070192 - CRC
LAMAR ELLIS TR
7 LAMAR ELLIS TTEE CONSERVATOR
8 1516 SHIRLEY AVE
JACKSON, MS 39204

9

10

11

12

13

14

15

16

17

18

19 We are writing to confirm that we have received the claim you submitted to the Madoff Victim Fund (MVF)
20 and have assigned it claim number 7070192. Please retain this number and include it in any
21 correspondence or emails you send to the MVF and have it accessible if you call MVF customer
service. No further action is required from you at this time. If your address or contact information
22 changes, please inform us immediately so that we have your current information.

23

24

25

26

27

28

*Lamar Ellis*
10/26/16

www.madoffvictimfund.com
(866) 624-3670

**ATTACHMENT**

Case No. 8:16-bk-13520-SC

### Victim Status

To qualify for a recovery from the MVF a claimant must have been a victim of the crimes that took place involving Madoff Securities. This involves showing that an individual suffered losses where:

- The funds in question were the victim's own moneys.

- The funds were actually invested in Madoff Securities either directly or through an intermediary and;

- The funds were lost as a direct result of the crimes that took place at Madoff Securities.

The victim is the person who took funds out of any of their other assets and invested them either directly or indirectly with Madoff Securities. Funds may have been withdrawn from an investment or savings account in a financial institution, or they may have come from the sale of other investment assets. The money may also have come out of a 401(k) or other retirement savings vehicle. However, in order to be eligible you must have lost money that belonged to you in the fraud at Madoff Securities.

**Eligibility for Defrauded Investors, not Intermediaries.** MVF will look through issues of formal title to determine whose funds were ultimately lost in the fraud at Madoff Securities. The "ultimate or underlying investors" are generally the persons who will be eligible to recover from MVF, irrespective of how many layers their funds flowed through in reaching Madoff Securities.

Unlike the bankruptcy proceedings, pooled funds themselves are not eligible claimants except to the extent that they lost their own proprietary funds. Similarly, someone who managed funds on behalf of an investor, whether a bank or an investment manager of some other type, is not eligible for a recovery with respect to funds actually belonging to the investor.

Losses on investments in swaps or other derivatives whose value was measured by reference to interests in Madoff Securities, but where funds were never actually invested in Madoff Securities, do NOT qualify for purposes of claims on MVF. The FAQs describe other types of losses that are NOT eligible for a recovery.

### Making an Individual Claim

Pooled investment vehicles can file a claim on behalf of their investors on Form PV. However, we strongly recommend that individual investors who lost their funds in the fraud should file their own individual claim, rather than relying on any current or former money manager, feeder fund or any other entity to file claims on their behalf. We will integrate the data from any dual filings.

10/26/16

# PETITION FORM IND
## Submitted by Indirect Investors

*Please type or print all answers using blue or black ink.  Please print carefully and legibly – if we cannot read your information your claim may be rejected.*

## 1.  Claimant Information

### Primary Claimant

Claimant's (Investor's) Name  __Lamar Ellis Trust/ Energetic Inc__

Claimant's Email Address  __dennisalexander261@hotmail.com__

If you filed a claim in the bankruptcy proceeding, please enter your claim ID here:  __008118__

*(The name and email address of the claimant whose funds were lost must be provided, even for investments otherwise held in the name of a nominee.)*

U.S. Tax ID: _____ / Lamar Ellis__  ☒ SSN   ☐ EIN

Foreign ID and Country: (if applicable) _____

Street Address  __1516 Shirley Avenue__

City, State/Province, Postal Code  __Jackson MS 39204__

Country  __United States__

Daytime Phone  __909-623-2247__    Alternate/Cell Phone _____

Alternate Contact (if any)  __Dennis Alexander (501)612-1208__

### Joint Claimant (if any)

Joint Claimant's Name  __Lamar Ellis Trust/ Energetic INC__

Joint Claimant's Email Address  __dennisalexander261@hotmail.com__

U.S. Tax ID: _____   ☐ SSN   ☒ EIN

Foreign ID and Country: (if applicable) _____

Joint Claimant's Street Address  __1372 Fernlake Avenue__

__Brea, CA 92821__

Daytime Phone  __909-623-2247__    Alternate/Cell Phone  __501-612-1208__

*Lamar Ellis*
10/26/16

**Case No. 8:16-bk-13520-SC**

## Information on the Account(s) Through Which You Invested
### [Your bank or other firm where you kept your account]

This Section calls for information about where the account through which you purchased an investment was located. This will generally be your bank or another type of financial firm where you first purchased an investment security that ultimately, through one or more steps, found its way into Madoff Securities. For this section we want to know where you first placed your investment, not all the subsequent steps.

If you placed your investments through more than one bank or other intermediary, please add supplemental sheets and list all such firms and related account numbers.

Name of Firm and branch *(if relevant)*: Deposit Guaranty National Bank Trust

Street Address, City, State/Province, Country, Postal Code where your account was located:

201 East Capitol Street
Jackson, MS 39201

Exact Name on your Account: *(Enter the name which appears on your account statements)*

Lamar Ellis TEE / Lamar Ellis Revocable Trust

Your Account Number: *(If relevant, it should match your backup documents)*

Gc

Name of Contact Person at Financial Institution: *(Person Familiar With Your Account, if known)*

Ann Coleman / Hugh W. Latimer / Clarence Johnson III

Institution or Contact Person Daytime Phone: Institution is now defunt

Institution or Contact Person Email Address:

**IF YOU DID NOT USE A BANK OR FINANCIAL INSTITUTION FOR YOUR PURCHASE OF A MADOFF-RELATED SECURITY OR INVESTMENT, TELL US THE FIRST LOCATION WHERE YOU SENT YOUR FUNDS.**

For example, if you mailed or wired funds directly to a feeder fund, investment partnership, mutual fund, family partnership or other entity of this kind, please give us the information requested above with respect to that entity and identify the entity as completely as possible.

*Lamar Ellis*
10/26/10

Case No. 8:16-bk-13520-SC

## III   Investment Products Purchased
### [What exactly did you invest in?]

Please list ALL your investments that directly or indirectly resulted in an investment in Madoff Securities.

**Name of Security(s) or Other Product(s) you purchased, or were purchased on your behalf**

*For example, did you buy shares in a traded feeder fund, or buy units in an investment fund of some type? Please tell us what instrument(s) you purchased or invested in, and who you bought it from.*

List below each separate investment product you purchased relating to Madoff Securities:

These are the securities I was told my assets were invested in:

If not already identified, where were these products held in custody during your ownership?

Deposit Guaranty National Bank Trust Department

201 East Capitol Street

Jackson, Mississippi 39201

Ultimately, we need to understand the path your investment took in flowing to Madoff Securities. If you are uncertain, or if the form does not exactly match your situation, please list as many steps as you know concerning your Madoff investments and we will review it.

If you provide information in the wrong sections, it will not invalidate your claim.

For any question, please attach however many supplemental sheets you need to explain your situation.

Lamar Ellis
10/26/10

Case No. 8:16-bk-13520-SC

## Account Documentation

Please provide documentation detailing the investment you made, and the feeder fund or other entity in which you invested. Please provide a copy of any key documents describing your investment, such as a partnership agreement, offering memorandum, account agreement or sale confirmation.

We need to see documentation showing the date and the amount of each purchase of a Madoff-related investment, each deposit in an account that was transferred in whole or in part to Madoff Securities, and each withdrawal from any such investment or account. Please also provide a copy of the last statement you received before or at the time Madoff Securities collapsed, which includes your Madoff-related investment.

Documentary proof of transactional information can include statements you received from the pooled investment vehicle and/or custodial bank, trade confirmations, wire transfer confirmations, cancelled checks, receipts, letters from fund administrators or investment advisors (signed and on company letterhead), etc. To evaluate your claim MVF has to be able to trace the flow of your investments in and out of the pooled investment vehicle, and ultimately in and out of Madoff Securities.

### *Please submit copies and keep the originals.*

## IV. Transactions

Please complete the transaction table below, including every deposit (or purchase of shares) and withdrawal (or sale of shares) in any intermediary pooled investment vehicle that ultimately resulted in your funds being invested in Madoff Securities. Please enter the full amount of each transaction.

For funds that held investments in addition to those related to Madoff, please give us the percentage that was allocated to Madoff Securities if you have that information.

If you need additional space, please make copies of the table or download additional pages from our website.

*Your net loss on Madoff-related investments must be computed on a "cash-in, cash-out" basis, disregarding any falsely reported profits (which never existed). For some funds, constantly shifting NAVs or portfolio allocations will complicate tracing the net cash investment in Madoff-related products. However, MVF cannot pay compensation on any basis other than the net cash investment in Madoff Securities that was lost as a direct result of the fraud. Please give us as much information as you have that will show your personal cash deposits and withdrawals, and their allocation if less than 100% of the fund's portfolio consisted of interests in Madoff Securities.*

*Claim No...*

## INDIRECT INVESTOR TRANSACTION TABLE

**ADD AS MANY EXTRA SHEETS AS YOU NEED, OR ATTACH A COMPLETE PRINTOUT OF YOUR TRANSACTIONS**

| Date of Transaction | Transaction Type: *(Deposit/Withdrawal/ Purchase/Sale)* | Transaction Description or Note *(if applicable)* | Madoff Securities Allocation % *(Leave blank if not known)* | Amount *(USD or Local Currency)* |
|---|---|---|---|---|
| 5/4/1995 | Deposit | 6756 R&D Tax Credits | | 412,757,940 |
| | | Qualified Research | | |
| | | Expenditures | | |
| 5/4/1995 | Deposit | Charitable Secerities | | Certificate |
| | | Energetic Lamelli LTD | | 1,278,000,000 |
| 5/4/1995 | | State/Federal | | |
| | | R&D Tax Credits | | 103,378,970 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total Deposits (Cash In):**   1,794,136,910

**Total Withdrawals (Cash Out):**   0

*(If you made a separate investment in another pooled investment vehicle account, please make a copy of the transaction tables and fill in the necessary information regarding that investment.)*

---

**This is not a determination of the eligible amount of your claim.**
**It is merely a listing of the cash transactions relating to your indirect investment with Madoff Securities.**

---

Madoff Victim Fund • www.madoffvictimfund.com • (866) 624-3670
P.O. Box 6310 • Syracuse, NY • 13217-6310          v.2          **FORM IND          9**

**Case No. 8:16-bk-13520-SC**

*Damor Elles*
10/26/16

## V    Secondary Pooled Investment Vehicles

If any of your investments detailed in the table above flowed through more than one intermediary entity before it was invested in a Madoff Securities account, please identify each such intermediary of which you are aware. For example, if you invested in Fund A and it in turn invested in Fund B, which invested in Fund C, then give us as much information as you have on where your funds went in each subsequent step after the first account (already listed in section II).

Deposit Guaranty National Bank, AM South Investments,

Pioneer Investments Services, Regions National Bank,

University of California @ Irvine

## VI    Tax-Deferred Accounts    (For U.S. investors only)

If an investment in Madoff Securities was made through an individual tax-deferred account, such as a 401(k), 403(b) or IRA account, please provide the name, phone number and account number for the institution in which the investor's tax-deferred account is currently held.

Financial Institution

Account Number

## VII    Other Madoff Investments

Did you at any time have any investments in Madoff Securities that are not shown on this Form?
This question requires you to disclose investments made directly in a Madoff Securities account and any additional indirect investments that ended up in a Madoff Securities account.

☒  No
☐  Yes

If Yes, all investments, whether or not they resulted in a net loss, must be fully disclosed. You may make copies of blank pages of this Form to report the investments and attach the pages to the Form, or submit a separate claim form for each investment.

Madoff Victim Fund · www.madoffvictimfund.com · (866) 624-3670
P.O. Box 6310 · Syracuse, NY · 13217-6310          v.2          FORM IND          10

Case No. 8:16-bk-13520-SC

Lamar Tillis
10/26/16

Case No. 08-1789 (BLM)

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

Lamar Ellis Trust
1372 Fern Lake Avenue
Brea, California 92821

Dear Lamar Ellis Trust:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 008118:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching

---

1 Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

Case No. 08-1789 (BLM)

copies of any documents in support of your position, with the United States Bankruptcy Court and the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

_____
Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



Department of the Treasury
Internal Revenue Service
Form 2433 (Rev. March, 1988)

# Notice of Seizure

*Claim No*
*7070/92*

**Name and Address**

DOLORES WILLIAMS & LAMAR ELLIS
1852 E. HOLLY OAK DR.
WEST COVINA, CA. 91791

Taxpayer Identification Number:

Under the authority in section 6331 of the Internal Revenue Code, and by virtue of a levy from the District Director of Internal Revenue of the district shown below, I have seized the property below for nonpayment of past due internal revenue taxes.

| Due from | Amount | Internal Revenue District (City and State) |
|---|---|---|
| LAMAR      ELLIS | $ 97,753,329.14 | LOS ANGELES, CA. |

## Description of property

No. 000707 – Debt Obligation Bearer Certificates of Deposit
    Face Amount $10,000,000.00
  000708 –    "    "    "
  000719 –    "    "    "
No. 000720 –    "    "    "
No. 000722 –    "    "    "
No. 000723 –    "    "    "
No. 000725 –    "    "    "
No. 000726 –    "    "    "
No. 000728 –    "    "    "
No. 000731 –    "    "    "
Lamelli LTD Partnership (Trust) Gift Certificates
in the face amount of $10,000.00 each:
No. 0038, 0026 thru 0037
    0051 thru 0075
    0076 thru 0099
    0101 thru 0125

I LAMAR ELLIS WAIVE THE 30 day waiting period for levy per IRM 6331(d)
SIGNED
DATED    10-23-95        SOCIAL SECURITY NUMBER

*Lamar Ellis*
*10/26/16*



## DEPOSIT GUARANTY NATIONAL BANK®

One Deposit Guaranty Plaza
Post Office Box 1200
Jackson, Mississippi 39215-1200
Phone: 601 354-8586
Telefax 601 960-4817

Hugh W. Latimer
Senior Vice President
Trust Officer

May 4, 1995

Dr. Lamar Ellis
1516 Everett Avenue
Jackson, Mississippi   39204

RE:  Energetic Psychoanalytic Institute and Training School
     Agency Account, number _____

Dear Dr. Ellis:

It was good to meet you when you and Mr. Latimer stopped by the office this week.   We appreciate and thank you for choosing Deposit Guaranty National Bank to serve your needs in regards to this account.

Even though the agency agreement allows for other services, it is our understanding that our only duty, until further directed, is to hold and safekeep the following items.

| Shares | Description |
|---|---|
| 99,000,000. | Lamelli, (Ltd.) Limited Partnership, #12 |
| 400,000,000 | Lamelli Ltd. Bearer Certificates of Deposit Debt Obligation, No's 660,662,663,665,666,668, 669,671,672,674,656,759,761,762,764,767,770, 791,794,797,707,708,719,720,722,723,725,726, 728,731,734,737,738,740,743,746,747,755,756, and 758 @ $10,000,000.00 each |

Every six months you will receive a statement which will indicate the securities held in this fund.

IN WITNESS WHEREOF, said parties have hereunto executed this Agreement on this the 1 day of May, 1995.

DEPOSIT GUARANTY NATIONAL BANK      ENERGETIC PSYCHOANALYTIC
                                    INSTITUTE AND TRAINING SCHOOL
                                             ATTACHMENT
                                    Lamar Ellis  03/26/16

BY: _____       BY: _____
    Hugh W. Latimer                    LAMAR ELLIS, M.D.
    Senior Vice President               COORDINATOR
    & Trust Officer



*Claim No. 7070192.*



# DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
9350 Flair Dr., 2nd Floor
El Monte, CA 91731

**TAX EXEMPT AND
GOVERNMENT ENTITIES
DIVISION**

February 18, 2004

Energetic Psychoanalytic Institute and Training School
Dr. Lamar Ellis, President
218 Lincoln Ave.
Pomona, CA 91767

Dear Dr. Ellis,

I received your letter dated February 17, 2004. The body of the letter reads as follows:

> Energetic is in receipt of form 4564, I, Lamar Ellis (current Fiduciary) of Energetic, has filed a law-suit on behalf of Energetic against several defendants, who may have "plundered" its assets. I am enclosing copies of the court filings, and IRS Form 4684 for your office review, at this time, and until this matter is closed with the court, Energetic does not wish to supply information to your dept., that may <u>harm</u> its chances of achieving success in the court.

You attached 4 pages from various court filings with Superior Court, Los Angeles County in Pomona. One page was the cover page of the initial filing accepted by the court on December 16, 2003, case number KC 043397 H. The other 3 pages were extracted from the amendments filed on February 9, 2004. One of the pages contains the following statement:

> ... alleges as follows: Defendants extorted $1,347 billion of plaintiffs $6,133 billion. Plaintiff's plan to seek recovery through legal means with the assistance of the U.S. Treasury Department, (IRS). All defendants involved were also reported to the (IRS) as a matter of compliance on September 30, 2003.

In light of the new information, I am requesting the following information, in addition to the ones listed on the Information Document Request (IDR) #02.

1. A complete copy of the court document filed on December 16, 2003

2. A complete copy of the court document filed on February 9, 2004

3. Complete copies of all other filings related to the case number KC 043397 H

*Lamar Ellis 10/26/16*

(r2)

*Claim No. 707092*

Energetic Psychoanalytic Institute and Training
February 18, 2004
Page 2 of 2

4.  Name and phone number of the individual/department assisting you within the U.S. Treasury Department, (IRS) as per the quoted allegation noted above.

As for the due date of the requested information, we determined that the Internal Revenue Service is not a party to the above court case. Our request for information and documents to better understand the purposes and activities is a routine process of examining an exempt organization. We are unable to give the unspecified time of extension as your letter is requesting. However, we can give you one additional month to respond to my requests listed in this letter and on IDR #02. The new due date is March 26, 2004.

If we are unable to obtain the necessary information to conduct the examination within a reasonable amount of time, we may proceed with summonsing the records in accordance with the authority granted to us by Internal Revenue Code section 7602. We hope this will not be necessary.

If you have any questions, feel free to contact me at (626) 312-3616, extension 5051.

Thank you for your cooperation.

Sincerely,

Palma Leong
Exempt Organization Specialist
ID # 95-01978

*Lamar Ellis*
*10/26/16*

ORIGINAL FILED

FEB 09 2004

LOS ANGELES
SUPERIOR COURT

1  LAMAR ELLIS, Individual (Pro Per)
   218 Lincoln Avenue
2  Pomona, California  91767
   (909) 623-2247
3                              Case No. 8:16-bk-13520-SC

4          SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE

5          COUNTY OF LOS ANGELES, EAST DISTRICT, EAST-POMONA COURTHOUSE

6

7  LAMAR ELLIS, an Individual;          )  Case No.: KC 043397 H
                                        )  Assigned For All Purposes to:
8              Plaintiff,               )  Judge Bruce Minto, Dept. H
                                        )  1st AMENDED COMPLAINT; PLAINTIFF(s) SEEKS
9          vs.                          )  $1,347 BILLION DAMAGES; CAUSE OF ACTION
                                        )  WITH SEVERAL SUBCAUSES (982.1 CAUSE OF
10 UNIVERSITY OF CALIFORNIA IRVINE, et  )  ACTION/COMMON COUNTS)
   al., with defendants separate and apart; DOES )  I – 1998 FEDERAL IDENTITY THEFT
11 1 through 60 Inclusive.              )  DETERRANCE ACT, AND CALIFORNIA
                                        )  IDENTITY THEFT ACT UNDER PENAL CODE
12             Defendant                )  §530.7
                                        )  SUB CASES:
13                                      )     A)   DEFAMATION OF CHARACTER
                                             B)   THREAT OF BODILY HARM
14                                           C)   EXTORTION
                                             D)   BREACH OF CONTRACT
15                                           E)   EMBEZZLEMENT
                                             F)   HYPOTHECATION
16                                           G)   CONSPIRACY TO FRAUD
                                             H)   MENTAL DISTRESS RECKLESS
17                                                OR INTENTIONAL
                                             I)   ATTORNEY WRONGFULLY
18                                                DISMISSING HIMSELF WITHOUT
                                                  NOTICE
19                                           J)   ELDER ABUSE
       COMES NOW Plaintiffs: Lamar Ellis, Individual; Lamar Ellis, Trust and Energetic Institute and
20
   alleges as follows: Defendants extorted $1,347 billion of plaintiffs $6,133 billion. Plaintiff's plan to seek
21
   recovery through legal means with the assistance of the U.S. Treasury Department, (IRS). All
22
   defendants involved were also reported to the (IRS) as a matter of compliance on September 30, 2003.
23
               **ALLEGATIONS COMMON TO ALL CAUSES OF ACTIONS**
24
       1.     At all times mentioned herein, plaintiffs are and now is a competent adult residing in the
25
   City of Pomona, California.
26
       2.     Plaintiffs are informed and believe and thereupon allege that defendant U. C. Irvine
27
   (hereinafter) referred to as UCI et al.) is an at all times herein mentioned as a campus of the University
28

Amendment to Complaint - 1

ATTACHMENT

# The Superior Court
East District – Pomona Court North

Case No.: 8:16-bk-13520-SC
Chapter 7

JOHN A. CLARKE
EXECUTIVE OFFICER/CLERK

350 W. MISSION BOULEVARD ● POMONA ● CALIFORNIA 91766-1607

## CERTIFICATION - NO RECORD

I certify that a thorough search of the Misdemeanor and Felony files and/or indices from the period of _____1986_____ to ___present___ has been made and I find:

1. _X_ no record.

2. ___ case has been destroyed in reference to:

Name: Lamar Ellis

AKA: _____

D.O.B: 7-21-33

JOHN A. CLARKE
EXECUTIVE OFFICER/CLERK

By: _____
Deputy Clerk

OCT 2 4 2003

Lamar Ellis
10/26/10

*Claim No. 7070192*

# MISSISSIPPI SECURITIES ACT RULES

Promulgated
Pursuant to the
Mississippi Securities Act

Effective
February 1, 1993

Secretary of State

State of Mississippi

*Confidential Report*

# GUARANTEED TAX SHELTER BEARER CERTIFICATE

## Lamar Ellis Trust

Page 2 shows a certificate, dated 09/27/2003, with a face value of $1,278,000,000, drawn *to the order of* the Lamar Ellis Trust.

The Cusip indicator _____ K is provided on the certificate; the indicator is in fact the symbol for AmSouth Prime Money Market Class A shares, for which the Cusip is

- AmSouth Prime Money Market Class A shares became Pioneer Cash Reserves Fund shares in September 2005. Trading medium: NASDAQ.

*Lamar Ellis 10/26/16*

(5)

Case No. 08-1789 (BLM)

*Claim No. 7070192*

ENERGETIC

FMK

(401) 949-931-
(909) 623-224.

1,278,000,000
ONE MILLION TWO HUNDRED SEVENTY EIGHT MILLION

NO TAX
OWED

LAMAR ELLIS, TREE

GUARANTEED TAX SHELTER BEARER CERTIFICATE

ADVISOR TO ENERGETIC

I.D. NUMBER

AMSOUTH®

DATE
09/27/03

EACH UNIT AMOUNT $1,000,000
1278 UNITS TOTAL

DO NOT EXCEED $1,278,000,000

110 LINCOLN AVE. • POMONA, CA 91767

*Lamar Ellis
10/26/16*

*Case No. 08-1789 (BLM)*



# U.S. SECURITIES AND EXCHANGE COMMISSION
## ATLANTA REGIONAL OFFICE
*3475 Lenox Road, N.E.  Suite 500*
*Atlanta, GA 30326-1232*
*404-842-7600 Direct Line*
*404-842-5752 Fax*

*August 20, 2008*

Lamar Ellis
1372 Fernlake Avenue
Brea, CA 92821

Re:   Deposit Guaranty National Bank, AmSouth Bank, Regions Bank, Pioneer Investment
      Funds
      Our File No. ARO-1290755

Dear Mr. Ellis:

Thank you for your information received in this office on August 6, 2008.  We apologize for the delay in responding.  The information you provided will be carefully considered from the standpoint of our enforcement and regulatory responsibilities under the federal securities laws.

Although the cooperation of the public in furnishing information is very important in our work, the investigations we conduct are usually confidential.  This is done to protect the integrity of an investigation from premature disclosure and to protect the personal privacy of persons with respect to whom unfounded charges may be made.  Thus, subject to applicable provisions of the Freedom of Information Act, as amended, the existence or non-existence of an investigation is generally not disclosed unless and until made a matter of public record in proceedings instituted before the Commission or in the courts.

May we also point out that we are not authorized to render legal or financial advice, nor may we represent any individual in connection with the assertion of their personal claims or rights or overrule a decision made by the courts.  However, you may wish, independent of this office's interest in the matter, to consult with an attorney to explore any remedies, which may be available to you in this matter.

Sincerely,

Timothy J. Barker
Senior Accountant

**ATTACHMENT**

Lamar Ellis
10/26/16

*Claim No. 7070192*

**NASD Investor Complaint Form**

**Case No. 08-1789 (BLM)**

Investor protection. Market integrity.

 **NASD**

We strongly encourage investors to file their complaint via the online NASD Investor Complaint Center at http://complaint.nasd.com. Filing online is the quickest way for us to receive your complaint.

If you prefer to file your complaint offline, you may complete this printable complaint form and fax or mail it to us at the address noted at the end of the form. Please enter your complaint information directly into this form using your computer. Completing the form by hand may delay the processing of your complaint. When completed, please print this form and fax or mail it to us at the address noted on the form.

Please do not send duplicate copies of your complaint by mail or fax if you have submitted your complaint online. Sending multiple copies will only delay the time it takes us to respond to your complaint.

---

**Step 1: Tell Us About the Firm or Individual You Have a Complaint Against**
* = Required Fields

**Brokerage Firm Name: ***

Deposit Guaranity National Bank, AMSouth Bank, Regions Bank, Pioneer investments Founds

**Salesperson or Firm Representative:**

First Name:
Mark

Middle Name:
-

Last Name:
Gobbons

**Address of the Office with which you do Business: ***

60 State Street

City:
Boston

State/Province:
Massachusetts

Zip Code:
2109

☐ Check this box if you do not use a salesperson or your salesperson was not involved in the conduct that is the subject of your complaint.

**Business Phone:**

800-225-6292

*Lorna Ellis*
*10/26/16*

NASD Investor Complaint Form

*Claim No. 707019L* (handwritten)

**Step 2: Tell Us About Yourself**
\* = Required Fields

Case No. 08-1789 (BLM)

**Anonymous Complaint:** \*

All complaint information will be treated in confidence to the fullest extent possible. NASD, however, cannot guarantee that during the course of a related investigation or possible prosecution of the matter that the source of the complaint will not become known. Unless you provide an e-mail address or telephone number, checking 'Yes' will prevent us from following up with you to gather additional details.

\*   ○ No   ○ Yes - I wish to make an anonymous complaint.

**Your Name:** \*

| Prefix: | First Name: | Middle Name: | Last Name: |
|---|---|---|---|
| | Lamar | - | Ellis |

**Mailing Address:** \*

Street Address:

1372 Fernlake Ave

| City: | State/Province: | Zip Code: |
|---|---|---|
| Brea | California | 92821 |

Country:

United States

| Work Phone: \* | Home Phone: \* |
|---|---|
| | |

Enter only one email address.

| Fax Number: | Email Address: \* |
|---|---|
| 225-248-0460 | Lamelli@verzion.net |

**Are you active, or have recently been active, in the United States Military?** \*   ◉ No   ○ Yes

**Please select one of the following age ranges:** \*

Under 18            ○
18 - 29             ○
30 - 39             ○
40 - 59             ○
60 - 85             ◉
Over 85             ○
I do not wish to provide.   ○

*Lamar Ellis* (signature)
*10/26/16* (handwritten)

NASD Investor Complaint Form

Case No. 08-1789 (BLM)

## Step 3: Tell Us About Your Investment
\* = Required Fields

**Security Type: \***

| Bond - Corporate |

**Dates of Transaction or Activity: \***
(e.g. 1/15/2003)

**Security Symbol:**

**Security Name:**

| AMSouth PRmomkt |

**From Date:**

| 09/27/03 |

**To Date:**

| 08/02/08 |

**Tell us about your complaint:**

What type of problem(s) are you reporting:

**Primary Problem: \***

| Unauthorized transactions |

**Secondary Problem:**

| Lost or stolen funds/securities |

**Amount in dispute: \*** $ | 1,278,000,000,000 |

## Complaint Summary \*

Please provide a <u>brief summary</u> of your complaint. Please limit your description to a few clear sentences within the space available below. *If required, complete details will be gathered later in the complaint process.*

Assets in question were plaged into safe keeping with deposit Guaranty National Bank in 1995, it appears that (DGNB) sold itself to other Banks along with Lamar Ellis Trust "Assets". Some of which are trading via NASDAQ- without the trust knowledge or approval since 9/27/05.

**What documentation are you able to provide regarding your complaint?**

- ☑ Trade Confirmation
- ☐ Monthly Account Statement
- ☐ Canceled Checks
- ☑ Correspondence to and from Firm

- ☐ Advertising or Marketing Materials
- ☑ Notes of Conversations with Firm
- ☐ Subscription Agreement
- ☑ Other | Anonymously info provided in April 2008 |

*Lamar Ellis*
10/26/16

NASD Investor Complaint Form

*Claim No. 7070192*

## Step 4: What actions have you taken?

· Firm Contact

**Case No. 08-1789 (BLM)**

Have you complained to the firm? ⊙ Yes  ○ No

If yes, please enter reference number (if available), date of contact, name of contact, and status or resolution within the space available below. *If required, complete details will be gathered later in the complaint process.*

Naomi Willams (601)968-4627 Regions Bank (no resoultion)
Nancy ARP (800)225-6292 on 06/018/08 (no resolution)
Casey Plan Pioneer investments.com on 06/17/08 (no resolution)
Kelly Powers (617)422-4333 on 06/17/08 (no resolution)
Matt Curran (617)422-4333 on 06/10/08 (no resoultion)

## Other Regulatory Contact

Have you contacted any other regulators? ⊙ Yes  ○ No
If yes, who?

☐ Securities and Exchange Commission (SEC)

☑ State Regulator. Please list states: *Ca, MS.*

☐ Commodity Futures Trading Commission (CFTC)

☐ New York Stock Exchange (NYSE)

☐ Securities Investor Protection Corporation (SIPC)

☑ Others  U.S. Treasury dept. in 2003

## Arbitration

Have you filed an arbitration claim? ⊙ Yes  ○ No
If yes, with what Organization(s)?

☐ NASD

☐ New York Stock Exchange

☐ American Arbitration Association

☐ American Stock Exchange

☑ Others  U.S. Treasury dept. in 2003

If yes, please enter reference number (if available), date of contact, name of contact, and status or resolution within the space available below. *If required, complete details will be gathered later in the complaint process.*

Date of contact:
w/san bernardino CA
(IRS) office on 09/27/03 as a walk-in

*Lamar Ella*
*10/26/16*

NASD Investor Complaint Form

*Claim no. 7070192*

**Legal Action Taken**

**Case No. 08-1789 (BLM)**

Have you taken legal action? ⦿ Yes ◯ No

If yes, please enter reference number (if available), date of contact, name of contact, and status or resolution within the space available below. *If required, complete details will be gathered later in the complaint process.*

A Law suit against (60) or more (DOES) pertaining to these missing assets, were filed with Superior Court of the state of California for the County of Los Angeles, East district, East Pomona Court house in December 2003

**Step 5: Send This Completed Form to NASD**

Please print the completed form and mail or fax it to:

**NASD Investor Complaint Center**
1735 K Street, NW
Washington, DC 20006-1506
Fax: (866) 397-3290

Please do not send duplicate copies of your complaint by mail or fax if you have submitted your complaint online. Sending multiple copies will only delay the time it takes us to respond to your complaint.

In the meantime, we encourage you to read our Complaint Program brochure on our Web site at http://www.nasd.com/complaint/InvestorBrochure to learn about how we will handle your complaint and what other steps you may want to take, including arbitration and mediation, to recover any money or securities.

Please be aware that filing a complaint through the Investor Complaint Center is not the same as submitting an arbitration claim online. To start an arbitration or mediation, please visit the Arbitration & Mediation section of NASD's Web site at http://www.nasd.com/ArbitrationMediation/StartanArbitrationorMediation/index.htm. For more information about arbitration and mediation, please visit http://www.nasd.com/ArbitrationMediation/index.htm.

*Damar Ellis*
*10/26/16*

** TRUSTEE OBLIGATIONS
    TRUST INDENTURE ACT OF 1939

A Trust Indenture/Deed of Trust is a contractual agreement between a Corporation issuing  bonds and  a  trustee
who represents the investor who owns the bonds (generally a bank or trust company).  The Trustee agrees to see
that the rights of the  bond  holders are protected.  The Trustee checks on  payments  interest/principal  and other
covenants of the indenture, if the company fails to live up to its agreement,  the trustee  must take legal action  to
protect the bond holder's interest including instituting bankruptcy action under chapter X & XI of the bankruptcy act
of 1898 amended.        CUSIP = 512995994      SYMBOL = .LMLLI

*Lomax Ellis*
*10/26/16*

*Claim No. 757019 2*

# ENERGETIC FOUNDATION

### GUARANTEED
### PASS-THROUGH
### CERTIFICATES

A means to capitalize beneficiaries
such as
Municipalities
Universities
Non-profit Corporations
Religious organizations membership
and others

This "bond" deviates from the norm.
It does not promise a built-in percentage
of interest, even though this prospectus
describes such a sample.
This "bond" is considered to be a tax shelter.
A tax shelter is basically considered to be a
donation to a 501I(c)(3), 501(c)(4), and
other types of such organizations where as
the donor is entitled to a tax deduction.
In other words, when you purchase this tax shelter,
you are entitled to utilize this tax shelter to
reduce your tax liability. You are not entitled to
any receivable interest thereof.
This presentation is currently before
The Internal Revenue Service
for final alternative minimum tax amount
as authorized by Congress.
Consult with your tax consultant before
purchasing this instrument from
Energetic Foundation.

Securities Law Exemption....The certificates are exempt from the registration requirements of the Securities Act of 1933 amended, and are "exempted securities" within the meaning of the Securities Exchange Act of 1934, as amended.

*Damon Ellis*
*10/26/16*

*Claim No. Fofo192*

# STATE OF MISSISSIPPI
## SECRETARY OF STATE



**Case No. 08-1789 (BLM)**

**DICK MOLPUS**
SECRETARY OF STATE

POST OFFICE BOX 136
JACKSON, MS 39205-0136
(601) 359-6371

**SUSAN ALEXANDER SHANDS**
ASSISTANT SECRETARY OF STATE
SECURITIES AND BUSINESS SERVICES

May 17, 1995

Dr. Lamar Ellis
1516 Everett Avenue
Jackson, MS 39204

Re:   **Energetic, Inc.**

Dear Dr. Ellis:

This is in response to your memorandum to this office dated April 28, 1995, in reference to the offering of bearer bonds related to the above entity. The division has reviewed the applicability of the exemption for sale of securities by persons "organized and operated not for profit but exclusively for... educational and or charitable purposes."

Based upon representations and statements contained in your letter concerning the proposed transactions, the division would not take exception to availability of § 75-71-201(9) of the Mississippi Code Annotated, under the following qualifying conditions and in the interest of the public:

1) The articles of incorporation filed by Energetic be amended to permit sale of "securities."

2) Adequate disclosure be provided to investors as it relates to an offering circular or equivalent document.

This interpretation is premised upon the information, statements, and representations as set forth in your memorandum of April 28, 1995, and should not be relied upon for any other set of facts.

It should also be noted that this position is intended to relate to relevant registration requirements under the "Act" only and is not intended to apply directly to the anti-fraud and related civil or criminal provisions contained therein.

Furthermore, this interpretation is based upon applicability of the designated Mississippi statute(s) only and is not intended as an interpretation of related statutes from other jurisdictions that being state or federal.

*Lamar Ellis*
*10/26/16*

*Claim No. 9820192*

Dr. Ellis
May 17, 1995
Page Two

Case No. 08-1789 (BLM)

    This opinion is rendered solely to the addressee herein with the request for such opinion by the addressee and should not be relied upon by any other person for any other purpose without prior written consent.

    This opinion is furthermore intended solely as an expression of enforcement policy and is not to be construed or interpreted as a formal approval or legal conclusion binding on any other parties or tribunals.

Sincerely,

*Bruce C. Harris*

Bruce C. Harris
Staff Attorney
Securities Division

BH:pc

cc:  Tammy Harthcock
     Senior Attorney

     Connie Booker
     Examiner

*Lamar Ellis*
*10/26/16*

BILL LOCKYER
State of California
Attorney General
DEPARTMENT OF JUSTICE

*Claim No.*
*7070192*

BUREAU OF CRIMINAL INFORMATION AND ANALYSIS
P.O. BOX 903387
SACRAMENTO, CA 94203-3870

Facsimile: (916) 227-2792
(916) 227-3263

November 24, 2003

Office of the Attorney General
30 E Broad St., 17th Floor
Columbus, OH 43215

RE:   <u>Identity Theft Notification</u>

Attn.: Office of the Attorney General

Pursuant to section 530.7 of the California Penal Code, we are notifying you that:

Name <u>Lamar Ellis</u>

Address <u>218 Lincoln Avenue</u>

<u>Pomona, CA 91767</u>

Social Security Number _____

Drivers License Number _____

has been registered with the California Department of justice as a victim of identity theft. This victim was certified as a victim of identity theft by the <u>Superior Court, Pomona, Los Angeles</u> county court. As specified by the aforementioned law, this certified victim of identity theft has requested that you and/or your organization be notified of their victim status.

Please contact us at the above address or call toll free 1-888-880-0240 if you have any questions.

Sincerely,

BUD WILFORD, Program Manager
Information Expedite Program

For   BILL LOCKYER
Attorney General

dos

cc: Victim

*Lamar Ellis*
*10/26/16*

*Chambers 7070/92*

LOCKYER
of California
ney General
PARTMENT OF JUSTICE

Case No. 8:16-bk-13520-SC



BUREAU OF CRIMINAL INFORMATION AND ANALYSIS
P.O. BOX 903387
SACRAMENTO, CA 94203-3870

Facsimile: (916) [Sender's Fax]
(916) [Sender's Telephone Number]

November 24, 2003

Lamar Ellis
218 Lincoln Ave.
Pomona CA 91767

RE:    Identity Theft Registration

Dear Mr. Ellis:

This will verify that you have been registered as a victim of identity theft with the California Department of Justice pursuant to section 530.7 of the Penal Code. All individuals and/or entities which you have requested to be notified of your status as a victim of identity theft have been advised of your registration.

Your registration will remain a part of our records and available for access by authorized individuals and/or agencies which you designate. Should you wish that our agency notify additional individuals and/or agencies, you must advise us in writing using your password. Should you decide that you no longer wish the Department of Justice to record your status as a victim, you may request the purging of this information by sending a letter to us along with your password.

Please contact us if you have any questions at the above address or call us toll free at 1-888-880-0240.

Sincerely,

BUD WILFORD, Program Manager
Information Expedite Program

For    BILL LOCKYER
       Attorney General

dos

*Lamar Ellis*
*10/20/16*

December 21, 2009

Clerk of the United States Bankruptcy Court
For the Southern district of New York
One Bowling Green
New York, New York 10004

Re:  Lamar Ellis written opposition Ref: Bankruptcy Case No: 08-1789

I, Lamar Ellis, of Lamar Ellis Trust disagree with the "Trustee" December 11, 2009 determination Re: Case No. 008118 which indicates that Lamar Ellis Trust was being denied a claim to Bernard L. Madoff investment securities because the "Trustee" could not locate an account in Lamar Ellis Trust.

My disagreement is that the Trustee appeared not to take into account that there were other ways that Madoff could have ended up with stolen assets that he could have traded. This is exactly what was found to be the case as described by several law enforcement groups, including the FBI (see enclosed list of agencies) whom have been investigating Lamar Ellis' stolen assets since September, 2003 when first reported to the Pomona, CA police department. That law enforcement group, evidently working confidentially and incognito for much of the past seven years. The Lamar Ellis Trust was notified in late 2008 the group had located some of the Lamar Ellis Trust assets in the hands of Bernard L. Madoff and that his office had traded Lamar Ellis Trust assets through NASDAQ since 2005, while Madoff was the director of NASDAQ.

The enclosed page entitled "Confidential Report Guaranteed Tax Shelter Bearer Certificate" is the damaging piece of evidence against Madoff, showing he and others were unlawfully trading Lamar Ellis Trust assets.

Lastly, the Trustee did not take into account that the assets that Madoff and others stole from Lamar Ellis Trust and through NASDAQ were U.S. Government Guaranteed Instruments under Section 1045 Tentative IRC Refund, see enclosed 1045 instructions Re: that states that the U.S. Government is responsible to Lamar Ellis Trust for a refund of those stolen assets that ended up in the hands of Madoff and are now being contested in the U.S. Tax Court with Lamar Ellis as the petitioner, Docket No: 26342-09.

Lamar Ellis
1372 Fern Lake Avenue
Brea, CA 92821

COMPLAINT

*CLAIM NO. 7070192*

December 21, 2009

Clerk of the United States Bankruptcy Court
For the Southern district of New York
One Bowling Green
New York, New York 10004

Re:  Lamar Ellis written opposition Ref: Bankruptcy Case No: 08-1789

I, Lamar Ellis, of Lamar Ellis Trust disagree with the "Trustee"
December 11, 2009 determination Re: Case No. 008118 which
indicates that Lamar Ellis Trust was being denied a claim to Bernard L.
Madoff investment securities because the "Trustee" could not locate an
account in Lamar Ellis Trust.

My disagreement is that the Trustee appeared not to take into account
that there were other ways that Madoff could have ended up with
stolen assets that he could have traded.  This is exactly what was
found to be the case as described by several law enforcement groups,
including the FBI (see enclosed list of agencies) whom have been
investigating Lamar Ellis' stolen assets since September, 2003 when
first reported to the Pomona, CA police department.  That law
enforcement group, evidently working confidentially and incognito for
much of the past seven years.  The Lamar Ellis Trust was notified in
late 2008 the group had located some of the Lamar Ellis Trust assets
in the hands of Bernard L. Madoff and that his office had traded Lamar
Ellis Trust assets through NASDAQ since 2005, while Madoff was the
director of NASDAQ.

The enclosed page entitled "Confidential Report Guaranteed Tax
Shelter Bearer Certificate" is the damaging piece of evidence against
Madoff, showing he and others were unlawfully trading Lamar Ellis
Trust assets.

Lastly, the Trustee did not take into account that the assets that
Madoff and others stole from Lamar Ellis Trust and through NASDAQ
were U.S. Government Guaranteed Instruments under Section 1045
Tentative IRC Refund, see enclosed 1045 instructions Re: that states
that the U.S. Government is responsible to Lamar Ellis Trust for a
refund of those stolen assets that ended up in the hands of Madoff and
are now being contested in the U.S. Tax Court with Lamar Ellis as the
petitioner, Docket No: 26342-09.

Lamar Ellis
1372 Fern Lake Avenue
Brea, CA 92821

**COMPLAINT**

CLAIM NO. 101017

section 664 of the Internal Revenue Code

# TRUST DECLARATION

## FOR

### DR. LAMAR ELLIS

Employer Identification number
95:7059679

## SECTION ONE

### TRANSFER OF TRUST PROPERTY

For the purpose of providing income to Lamar Ellis, during his lifetime, and also for the purpose of promoting the public health and welfare in the Jackson, Mississippi and surrounding area, I, Lamar Ellis of 1516 Everett Avenue, Jackson, MS 39204 (hereinafter "Trustor") hereby irrevocably create a trust fund comprised of the property described in Schedule A of this instrument, and do hereby convey, transfer and deliver said property, in trust, to the following persons: Danny L. Crotwell, Attorney-at-Law, 1252 Deposit Guaranty Plaza, Jackson, Mississippi 39201-2383 and, Lamar Ellis 1516 Everett Avenue, Jackson, MS 39204, who are hereby named as Co-Trustees. Said trust fund shall be known as the "Lamar Ellis Trust".

## SECTION TWO

### MANAGEMENT OF TRUST FUNDS & PROPERTY

The Trustees shall manage, invest and reinvest the trust fund, or parts of it to the extent permissible under the Mississippi Uniform Trustees Powers Act, Section 91-9-101, et seq. of the Mississippi Code of 1972, as amended, subject to the restrictions of this instrument, and shall receive and collect the income from the trust fund. The character, terms and nature of the investment and use of the trust fund shall be in the sole discretion of the Trustees and the Trustees shall use their best judgment in the management of the trust fund, and shall have the authority to employ third persons to advise them in making such decisions, and to pay reasonable compensation for such advice. The signature of either of the Trustees will be deemed sufficient to bind the Trust.

*Lamar Ellis*
10/26/16

**ATTACHMENT**

4

Case No. 8:16-bk-13520-SC

IN WITNESS WHEREOF, I, LAMAR ELLIS, have hereunto set my signature on, and declared this trust on this the 3 day of April, 1996.

LAMAR ELLIS, TRUSTOR

STATE OF California

COUNTY OF Los Angeles

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction above stated, the within named Lamar Ellis, who stated and acknowledged to me that he did sign and deliver the above and foregoing instrument on the date and for the purposes therein stated.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this the 3 day of April, 1996.

NOTARY PUBLIC

MY COMMISSION EXPIRES: June 14-1996

ROY MORRIS
COMM. #967670
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires June 14, 1996

Grantor(s):                          Grantee(s):

_____             _____

_____             _____

_____             _____

(    )                               (    )

THIS INSTRUMENT PREPARED BY:
Danny L. Crotwell, Esq.
COURTNEY & CAMP
210 E. Capitol St., Suite 1252
Deposit Guaranty Plaza
Jackson, MS  39201-2383
(601) 948-2307

**ATTACHMENT**

5