**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Edward J. Jacobs
Email: ejacobs@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 6, 2016 AT 10:00 A.M.**

1.  **10-04362: Picard v. Sage Associates, et al.**
    **10-04400: Picard v. Sage Realty, et al.**

    A.  Letter to Judge Bernstein requesting a discovery conference Filed by Andrew B. Kratenstein on behalf of Malcolm H. Sage, Sage Associates, Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Ann M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Sage Realty, Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates; and, Malcolm Sage, in his capacity as Personal Representative of the Estate of Lillian M. Sage, Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty filed by Andrew Kratenstein, (Filed: 11/14/2016) [10-04362; ECF No. 55] [10-04400; ECF No. 55]

    Response:

    B.    Response to November 14, 2016 Letter Requesting a Discovery Conference Filed by Edward John Jacobs on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed:  11/18/2016) [0-04362; ECF No. 57] [10-04400; ECF No. 57]

Related Filings:

    A.    Letter to Hon. Stuart M. Bernstein on behalf of all Defendants in Adv. Pros. Represented by Helen Davis Chaitman filed by Helen Davis Chaitman on behalf of Robert Roman (Filed:  11/15/2016) [08-01789; ECF No. 14440]

    B.    Letter Joinder in the Request of Andrew Kratenstein of McDermott Will & Emery Requesting a Discovery Conference filed by Carole Neville on behalf of Dentons' Defendants (Filed:  11/17/2016) [08-01789; ECF No. 14448]

Status: This matter is going forward.

2. **10-05312: Picard v. Doron Tavlin Trust U/A 2/4/91, et al.**

    A.    Letter to Hon. Stuart M. Bernstein Filed by Helen Davis Chaitman on behalf of Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Doron Tavlin Trust U/A 2/4/91, Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91 (Filed:  10/5/2016) [ECF No. 52]

Response:

    B.    Response to October 5, 2016 Letter Requesting a Pre-Motion Conference filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 10/7/2016) [ECF No. 53]

    C.    Letter to Hon. Stuart M. Bernstein filed by Helen Davis Chaitman on behalf of Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Doron Tavlin Trust U/A 2/4/91, Omeg Asset Management, LLC, Omega Asset Management, LLC, Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91 (Filed: 10/10/2016) [ECF No. 54]

    D.    Letter to Hon. Stuart M. Bernstein (Corrects document 54) filed by Helen Davis Chaitman on behalf of Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Doron Tavlin Trust U/A 2/4/91, Omeg Asset Management, LLC, Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91 (Filed:  10/10/2016) [ECF No. 55]

<u>Status</u>: This matter is going forward.

Dated: New York, New York  
December 5, 2016

Respectfully submitted,

*/s/ Edward J. Jacobs*  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Edward J. Jacobs  
Email: ejacobs@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300425421.1