UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Marc Lipkin (the "Claimant"), having filed an objection (the "Marc Lipkin Objection", Docket No. 2404) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (No. 013503), hereby gives notice that he withdraws such Objection.

Dated: 11____, 16, 2016

                 /s/ Richard R. Galler
                 Richard R. Galler on behalf of
                 Marc Lipkin
                 The Law Office of Richard P. Galler
                 75 Essex Street, Suite 220
                 Hackensack, NJ 07601
                 Tel. No. (201) 843-8860