**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Brian Ross (the "Claimant"), having filed an objection (the "Objection," ECF No. 1997) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#005740) (the "Claim"), hereby gives notice that he withdraws such Objection. As a result, the Claimant's request for a hearing concerning the determination of the Claim is likewise withdrawn and further proceedings are hereby mooted. *See* ECF No. 13921.

Dated: December 6, 2016

                                               */s/ Patricia H. Heer*
                                               Patricia H. Heer on behalf of Brian Ross
                                               Duane Morris LLP
                                               1540 Broadway
                                               New York, NY 10036
                                               (212) 692-4086