UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AMY PINTO LOME REVOCABLE TRUST U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,<br><br>      Defendants. | Adv. Pro. No. 10-04588 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 205 East 42nd Street, New York, New York 10017, shall be substituted in place of the law firm of McClay•Alton, P.L.L.P., 951 Grand Avenue, St. Paul, MN 55101 as co-counsel of record for Amy Lome Revocable Trust u/a/d 5/22/03, Amy Pinto Lome and Leonard D. Lome (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>   FREJKA PLLC
>   205 East 42nd Street – 20th Floor
>   New York, New York 10017
>   Attn:   Elise S. Frejka
>           Jason S. Rappaport
>   Telephone: (212) 641-0800
>   Email: efrejka@frejka.com
>          jrappaport@frejka.com
>
>   and
>
>   Marvin C. Ingber
>   Attorney and Counselor at Law
>   6705 Apache Road
>   Edina, MN 55439-1001
>   Telephone: 952-941-3646
>   Email: mcingber@comcast.net

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| Dated: St. Paul, Minnesota<br>November 30, 2016 | Dated: New York, New York<br>December 6, 2016 |
| McClay•Alton, P.L.L.P. | FREJKA PLLC |
| By: /s/ Robert M. McClay<br>Robert M. McClay<br>951 Grand Avenue<br>St. Paul, Minnesota 55101<br>Telephone: 651-290-0301<br>Fax: 651-290-2502 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>205 East 42nd Street – 20th Floor<br>New York, New York 10017<br>Telephone: (212) 641-0800<br>Fax: (212) 641-0200 |
| Dated: New York, New York<br>December __, 2016 | SO ORDERED:<br><br>_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>AMY PINTO LOME REVOCABLE TRUST U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,<br><br>      Defendants. | Adv. Pro. No. 10-04588 (SMB) |

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

      1.    I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for McClay•Alton, P.L.L.P.

as co-counsel for Amy Lome Revocable Trust u/a/d 5/22/03, Amy Pinto Lome and Leonard D. Lome (the "<u>Defendants</u>") in the above-captioned adversary proceeding.  I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

    2.    The Defendants have requested and consent to this substitution of counsel.

    3.    It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 6, 2016

                                                          By: /s/ Elise S. Frejka
                                                            Elise S. Frejka