UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04538 (SMB) |
| Plaintiff, | |
| v. | |
| JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 205 East 42nd Street, New

York, New York 10017, shall be substituted in place of the law firm of McClay•Alton, P.L.L.P.,

951 Grand Avenue, St. Paul, MN 55101 as co-counsel of record for James B. Pinto Revocable Trust

U/A DTD 12/1/03 and James B. Pinto (the "Defendants") in this adversary proceeding.  All notices

given or required to be given in this adversary proceeding shall be given to and served upon the

following:

FREJKA PLLC
205 East 42nd Street – 20th Floor
New York, New York 10017
Attn:  Elise S. Frejka
         Jason S. Rappaport
Telephone: (212) 641-0800
Email: efrejka@frejka.com
          jrappaport@frejka.com

and

Marvin C. Ingber
Attorney and Counselor at Law
6705 Apache Road
Edina, MN  55439-1001
Telephone: 952-941-3646
Email:  mcingber@comcast.net


PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and

consent to this substitution of counsel.

Dated: St. Paul, Minnesota                        Dated: New York, New York
         November 30, 2016                                  December 6, 2016

McClay•Alton, P.L.L.P.                            FREJKA PLLC


By: Robert M. McClay _____        By: /s/ Elise S. Frejka _____
     Robert M. McClay                                  Elise S. Frejka
     951 Grand Avenue                                 Jason S. Rappaport
     St. Paul, Minnesota 55101                     205 East 42nd Street – 20th Floor
     Telephone: 651-290-0301                      New York, New York 10017
     Fax: 651-290-2502                               Telephone: (212) 641-0800
                                                              Fax: (212) 641-0200


Dated: New York, New York                     SO ORDERED:
         December __, 2016

                                                         _____
                                                         HON. STUART M. BERNSTEIN
                                                         UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04538 (SMB) |
| Plaintiff, | |
| v. | |
| JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, | |
| Defendants. | |

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

1.    I am a member of the firm of Frejka PLLC and a member of the Bar of this Court.
Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the
Southern and Eastern Districts of New York, I submit this declaration in support of the
accompanying notice and proposed order substituting Frejka PLLC for McClay•Alton, P.L.L.P.
as co-counsel for James B. Pinto Revocable Trust U/A DTD 12/1/03 and James B. Pinto (the

"Defendants") in the above-captioned adversary proceeding.  I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2.      The Defendants have requested and consent to this substitution of counsel.

3.      It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        December 6, 2016

By:_____/s/ Elise S. Frejka_____
        Elise S. Frejka

2