# EXHIBIT M

| | |
|---|---|
| **From:** | Bob McClay |
| **To:** | Schechter, Jody E.; Hochmuth, Farrell; Hunt, Dean D. |
| **Cc:** | mcingber@comcast.net; Jennifer Fink |
| **Subject:** | Trustee v. Jamie Pinto et al; Trustee v. Amy Pinto et al |
| **Date:** | Tuesday, May 24, 2016 4:14:24 PM |

Jody,

Thanks for returning my call to discuss our overdue discovery responses. I explained that we are behind on a number of matters to some degree emanating from a long trial I completed last week. Jen and I discussed the above matters yesterday and this morning. Our plan is to complete discovery responses by June 30. I know that is far past the discovery due date. The Trustee's discovery, while appropriate, requires review of numerous documents and requires 6 responses for Amy's case and 4 for Jamie's case. In my defense I note that discovery cut-off is December 2, 2016. If I thought we could do better I would promise an earlier target date. I understand that my request is likely to be rejected and a discovery conference is anticipated for June 15. I will be in a position to provide a better gage as to a target date by June 15. Regardless of whether the discovery conference is held I will provide an update by June 15.

Best,

Bob

**Robert M. McClay**
**M<sup>c</sup>CLAY · ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com