# EXHIBIT N

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

May 25, 2016

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and First Class Mail**
Robert M. McClay (law@mcclay-alton.com)
McClay Alton, P.L.L.P.
951 Grand Avenue
St. Paul, Minnesota 55105

Marvin C. Ingber (mcingber@comcast.net)
6705 Apache Road
Edina, Minnesota 55439-1001

Re:   Adv. Pro. No. 10-04538 (SMB); *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. James B. Pinto Revocable Trust U/A dtd 12/1/03, et al.;* In the United States Bankruptcy Court for the Southern District of New York;

Adv. Pro. No. 10-04588 (SMB); *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Amy Pinto Lome Revocable Trust U/A/D 5/22/03, et al.;* In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

This letter is in follow up to telephone conferences on May 19 and May 24, 2016, in another attempt to resolve discovery deficiencies in the above-referenced matters, pursuant to Judge Bernstein's Chambers Rules and Rule 7007-1 of the Local Rules of the United States Bankruptcy Court of the Southern District of New York.

Our March 15 and 22, 2016 and April 29, 2016 letters notified you of certain deficiencies in Defendants' March 14, 2016 Responses to the Trustee's First Set of Requests for Admission. We asked you to amend Defendants' responses to correct these deficiencies by March 21, 2016 in Adv. Pro. No. 10-04588, and by March 29, 2016 in Adv. Pro. No. 10-04538. We have not received amended responses.

Additionally, as advised in our April 29, 2016 letters, Defendants' responses to the Trustee's First Sets of Interrogatories and Requests for Production of Documents were due on March 28, 2016 and April 7, 2016 respectively. Neither has been received. As a result, any objections to these discovery requests are waived under Rule 33(b)(4) and Rule 34 of the Federal Rules of Civil Procedure.

Robert M. McClay
Marvin C. Ingber
May 25, 2016
Page 2

Our April 29, 2016 letters requested that you ensure, in responding to Trustee's Requests for Production, compliance with Defendants' obligation to obtain and produce all responsive documents that are in their control and/or available upon their request, including those maintained by third parties on their behalf. As outlined in these letters, certain of the Trustee's Requests for Production specifically requested documents maintained by Sidney Kaplan.

Before taking further action as provided for by Judge Bernstein's Chambers' Rules and by the Local Rules of the Bankruptcy Court, we are attempting to resolve these discovery issues. As discussed, if you do not provide responses to the Trustee's Interrogatories and Requests for Production, amend Defendants' Responses to the Trustee's Requests for Admission, and produce documents by June 3, 2016, we will seek a discovery conference with the Bankruptcy Court on June 15, 2016, to resolve these deficiencies.

If you would like to discuss these discovery issues, please call me or Rachel Smith at 713-646-1386.

Sincerely,

Dean D. Hunt