# EXHIBIT O

| | |
|---|---|
| **From:** | Bob McClay |
| **To:** | Hochmuth, Farrell |
| **Cc:** | Marvin Ingber; Jennifer Fink; Hunt, Dean D. |
| **Subject:** | RE: Past Due Discovery |
| **Date:** | Monday, June 13, 2016 9:18:56 AM |

Hi Farrell,

Thanks for the note.  Either Jen or I will update you on 6/16.

Best,

Bob

**From:** Hochmuth, Farrell [mailto:FHochmuth@bakerlaw.com]
**Sent:** Sunday, June 12, 2016 1:23 PM
**To:** Bob McClay
**Cc:** Marvin Ingber; Jennifer Fink; Hunt, Dean D.
**Subject:** RE: Past Due Discovery

Bob,

I can confirm that the Court has adjourned the hearing until July 27 at 3pm EST.  The Court has requested that if we proceed with the hearing in July, that we provide an update in advance of the hearing.

We look forward to hearing from you this week on status.

Thank you, Farrell

**From:** Bob McClay [mailto:bob@mcclay-alton.com]
**Sent:** Friday, June 10, 2016 2:34 PM
**To:** Hochmuth, Farrell
**Cc:** Marvin Ingber; Jennifer Fink; Hunt, Dean D.
**Subject:** RE: Past Due Discovery

Understood.

Best,

Bob

**From:** Hochmuth, Farrell [mailto:FHochmuth@bakerlaw.com]
**Sent:** Friday, June 10, 2016 2:33 PM
**To:** Bob McClay
**Cc:** Marvin Ingber; Jennifer Fink; Hunt, Dean D.
**Subject:** RE: Past Due Discovery

Bob,

To confirm, I agreed to adjourn the conference to the July omnibus hearing.  I understand your hesitation to commit to June 30, especially because you told us that you won't have an opportunity to review anything before June 15, but if we don't have responses well in advance of the July hearing, we'll need to address it with Judge Bernstein.

Thanks, Farrell

---

**From:** Bob McClay [mailto:bob@mcclay-alton.com]
**Sent:** Friday, June 10, 2016 2:29 PM
**To:** Hochmuth, Farrell
**Cc:** Marvin Ingber; Jennifer Fink
**Subject:** Past Due Discovery

Hi Farrell,

I write to confirm my understanding of our phone conversation this afternoon.  I agreed to do our best to answer outstanding discovery by June 30.  You kindly agreed to cancel the court conference scheduled for June 15.  I will report to you on June 15 as to our progress in answering the Trustee's discovery.

Appreciate the professional courtesy.

Best,

Bob

**Robert M. McClay**
**M<sup>c</sup>CLAY · ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result

of e-mail transmission.

--
This message has been scanned by **LastSpam** eMail security service, provided by <u>Digital Business Solutions, Inc.</u>.

No virus found in this message.
Checked by AVG - <u>www.avg.com</u>
Version: 2015.0.6201 / Virus Database: 4598/12389 - Release Date: 06/09/16

--
This message has been scanned by **LastSpam** eMail security service, provided by <u>Digital Business Solutions, Inc.</u>.

No virus found in this message.
Checked by AVG - <u>www.avg.com</u>
Version: 2015.0.6201 / Virus Database: 4598/12389 - Release Date: 06/09/16