# EXHIBIT P

| | |
|---|---|
| **From:** | Jennifer Fink |
| **To:** | Hochmuth, Farrell |
| **Cc:** | Bob McClay; Marvin C. Ingber |
| **Subject:** | FW: Trustee v. Pinto, et al |
| **Date:** | Wednesday, June 22, 2016 4:29:32 PM |

Ms Hochmuth,

Good afternoon. I worked on the discovery most of today. We will continue working. Bob or I will give you another update by end of day June 24.

Thank you.

Jennifer

**From:** Bob McClay
**Sent:** Friday, June 17, 2016 4:50 PM
**To:** Hochmuth, Farrell
**Cc:** Marvin Ingber; Beth Boldt; Jennifer Fink
**Subject:** Trustee v. Pinto, et al

Farrell,

My office spent a large portion of yesterday and today on the Trustee's discovery requests. This effort notwithstanding I am unable to provide a date specific response of June 30. Monday and Tuesday we will be preparing for a court of appeals argument scheduled for Wednesday (6/22). We will return our attention to our clients' discovery responses Wednesday morning. I will report back end of day on Wednesday.

Best,

Bob

**Robert M. McClay**
**McCLAY · ALTON, P.L.L.P.**
951 GRAND AVENUE
St. PAUL, MN 55105
FAX 651-290-2502
651-290-0301
bob@mcclay-alton.com

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6201 / Virus Database: 4604/12457 - Release Date: 06/20/16