# EXHIBIT V

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

August 25, 2016

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

**Via Email and Hand Delivery**
Robert M. McClay (law@mcclay-alton.com)
McClay Alton, P.L.L.P.
951 Grand Avenue
St. Paul, Minnesota 55105

Marvin C. Ingber (mcingber@comcast.net)
Attorney and Counselor at Law
6705 Apache Road
Edina, Minnesota 55439-1001

Re:   Adv. Pro. No. 10-04538 (SMB); *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. James B. Pinto Revocable Trust U/A dtd 12/1/03, et al.;* In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

Enclosed please find the following:

1. Trustee's Second Set of Requests for Admission to Defendant James B. Pinto Revocable Trust U/A dtd 12/1/03; and

2. Trustee's Second Set of Requests for Admission to Defendant James B. Pinto.

Should you have questions, please feel free to contact me or Rachel M. Smith at (713) 646-1386.

Sincerely,

Dean D. Hunt /bpm

Enclosures

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of Bernard*
*L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>           Plaintiff,<br><br>v.<br><br>JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in | Adv. Pro. No. 10-04538 (SMB) |

his capacity as Grantor and Trustee for the James B.
Pinto Revocable Trust,

                Defendants.

### TRUSTEE'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03

PLEASE TAKE NOTICE that in accordance with Rules 26 and 36 of the Federal Rules of Civil Procedure (as amended on December 1, 2015) (the "Federal Rules"), made applicable to this adversary proceeding under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the applicable local rules of the United States District Court for the Southern District of New York and this Court (the "Local Rules"), Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-78*lll* ("SIPA"), and the Estate of Bernard L. Madoff, by and through the Trustee's counsel, Baker & Hostetler LLP, hereby demands that Defendant, James B. Pinto Revocable Trust U/A dtd 12/1/03, respond in writing to the requests for admission ("Requests") set forth herein and deliver the same to the offices of Baker & Hostetler LLP, c/o Dean D. Hunt, 811 Main Street, Suite 1100, Houston, Texas 77002 within thirty (30) days from the date of service.

### DEFINITIONS

1. All definitions set forth in Local Rule 26.3, as adopted by Rule 7026 of the Bankruptcy Rules, are incorporated by reference and apply to these Requests.

2. "Account" means BLMIS Account No. 1EM456, as set forth in Exhibit A to the Complaint.

3. "BLMIS" means Bernard L. Madoff Investment Securities LLC, Madoff Securities International Ltd., Madoff Securities International LLC, Bernard L. Madoff, Ruth Madoff, and all affiliated Persons and entities, including, but not limited to, any officers, directors, agents, representatives, employees, partners, parent companies, subsidiaries, predecessor or successor and related entities, and affiliates of the above specifically identified Persons and entities.

4. "Complaint" means the complaint and any amended complaint(s) filed by the Trustee in this adversary proceeding.

5. "Defendant" means any of the Defendants, singularly.

6. "Defendants" means all of the following: the James B. Pinto Revocable Trust U/A dtd 12/1/03; James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust U/A dtd 12/1/03.

7. "You," "Your," or "Trust" means the James B. Pinto Revocable Trust U/A dtd 12/1/03 and anyone acting on behalf of or for the benefit of the James B. Pinto Revocable Trust U/A dtd 12/1/03, including but not limited to all current and former trustees and/or any predecessors- or successors-in-interest, including, but not limited, to James B. Pinto.

## INSTRUCTIONS

1. All provisions and rules of construction set forth in Federal Rules 26 and 36 (as amended on December 1, 2015) and Local Rule 26.3, as adopted by Rule 7026-1 of the Bankruptcy Rules, apply to these Requests.

## REQUESTS FOR ADMISSION

32. Admit that by letter dated December 6, 2006, Defendant James B. Pinto requested that BLMIS send a payment of $75,000 from the Account, as reflected in Exhibit 1 attached hereto.

3

33. Admit that Defendant James B. Pinto requested the payment referenced in Request No. 32 for a distribution to Defendant James B. Pinto from the Trust.

34. Admit that the Trust or Defendant James B. Pinto received a check dated December 8, 2006 for $75,000, written by BLMIS to the Trust, copies of which are reflected as Exhibits 2-4 hereto.

35. Admit that Defendant James B. Pinto endorsed the check referenced in Request for Admission No. 34.

36. Admit that Exhibit 5 attached hereto, composed of Bates numbered pages 10-04538_WFA_0000351 – 10-04538_WFA_0000364, is a copy of a December 2006 account summary for Wachovia Securities, LLC account no. xxxx-8033, held by the Trust.

37. Admit that, as reflected in Exhibit 5 attached hereto, the Trust held Wachovia Securities, LLC account no. xxxx-8033.

38. Admit that, as reflected on Bates numbered page 10-04538_WFA_0000356 of Exhibit 5 hereto, the check referenced in Request for Admission No. 34 was deposited on December 18, 2006 into Wachovia Securities, LLC account no. xxxx-8033, held by the Trust.

39. Admit that, as reflected on Exhibits 3 and 4 hereto, the posting date of the check referenced in Request for Admission No. 34 was December 19, 2006.

4

Dated: August 25, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

/s/ Nicholas J. Cremona
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the following was served this 25th day of August, 2016 by electronic mail and hand delivery upon the following:

Robert M. McClay
McClay Alton, PLLP (Pro Hac Vice)
951 Grand Avenue
St. Paul, MN 55105-3015
bob@mcclay-alton.com

Marvin C. Ingber (Pro Hac Vice)
6705 Apache Road
Edina, MN 55439-1001
mcingber@comcast.net

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of
Bernard L. Madoff*

6

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard
L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in | Adv. Pro. No. 10-04538 (SMB) |

| | |
|---|---|
| his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,<br><br>Defendants. | |

### TRUSTEE'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT JAMES B. PINTO

PLEASE TAKE NOTICE that in accordance with Rules 26 and 36 of the Federal Rules of Civil Procedure (as amended on December 1, 2015) (the "Federal Rules"), made applicable to this adversary proceeding under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the applicable local rules of the United States District Court for the Southern District of New York and this Court (the "Local Rules"), Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-78*lll* ("SIPA"), and the Estate of Bernard L. Madoff, by and through the Trustee's counsel, Baker & Hostetler LLP, hereby demands that Defendant, James B. Pinto, respond in writing to the requests for admission ("Requests") set forth herein and deliver the same to the offices of Baker & Hostetler LLP, c/o Dean D. Hunt, 811 Main Street, Suite 1100, Houston, Texas 77002 within thirty (30) days from the date of service.

### DEFINITIONS

1. All definitions set forth in Local Rule 26.3, as adopted by Rule 7026 of the Bankruptcy Rules, are incorporated by reference and apply to these Requests.

2. "Account" means BLMIS Account No. 1EM456, as set forth in Exhibit A to the Complaint.

3. "BLMIS" means Bernard L. Madoff Investment Securities LLC, Madoff Securities International Ltd., Madoff Securities International LLC, Bernard L. Madoff, Ruth

Madoff, and all affiliated Persons and entities, including, but not limited to, any officers, directors, agents, representatives, employees, partners, parent companies, subsidiaries, predecessor or successor and related entities, and affiliates of the above specifically identified Persons and entities.

4. "Complaint" means the complaint and any amended complaint(s) filed by the Trustee in this adversary proceeding.

5. "Trust" means the James B. Pinto Revocable Trust U/A dtd 12/1/03 and anyone acting on behalf of or for the benefit of the James B. Pinto Revocable Trust U/A dtd 12/1/03, including but not limited to all current and former trustees and/or any predecessors- or successors-in-interest, including, but not limited, to James B. Pinto.

6. "You" or "Your" means James B. Pinto individually, in his capacity as grantor of the James B. Pinto Revocable Trust U/A dtd 12/1/03, and in his capacity as trustee of the James B. Pinto Revocable Trust U/A dtd 12/1/03, and anyone acting on behalf of or for the benefit of James B. Pinto.

## INSTRUCTIONS

1. All provisions and rules of construction set forth in Federal Rules 26 and 36 (as amended on December 1, 2015) and Local Rule 26.3, as adopted by Rule 7026-1 of the Bankruptcy Rules, apply to these Requests.

## REQUESTS FOR ADMISSION

34. Admit that by letter dated December 6, 2006, You requested that BLMIS send a payment of $75,000 from the Account, as reflected in Exhibit 1 attached hereto.

35. Admit that You requested the payment referenced in Request No. 34 for a distribution to You from the Trust.

36. Admit that You or the Trust received a check dated December 8, 2006 for $75,000, written by BLMIS to the Trust, copies of which are reflected as Exhibits 2-4 hereto.

37. Admit that You endorsed the check referenced in Request for Admission No. 36.

38. Admit that Exhibit 5 attached hereto, composed of Bates numbered pages 10-04538_WFA_0000351 – 10-04538_WFA_0000364, is a copy of a December 2006 account summary for Wachovia Securities, LLC account no. xxxx-8033, held by the Trust.

39. Admit that, as reflected in Exhibit 5 attached hereto, the Trust held Wachovia Securities, LLC account no. xxxx-8033.

40. Admit that, as reflected on Bates numbered page 10-04538_WFA_0000356 of Exhibit 5 hereto, the check referenced in Request for Admission No. 36 was deposited on December 18, 2006 into Wachovia Securities, LLC account no. xxxx-8033, held by the Trust.

41. Admit that, as reflected on Exhibits 3 and 4 hereto, the posting date of the check referenced in Request for Admission No. 36 was December 19, 2006.

Dated: August 25, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

/s/ Nicholas J. Cremona
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the following was served this 25th day of August, 2016 by electronic mail and hand delivery upon the following:

Robert M. McClay
McClay Alton, PLLP (Pro Hac Vice)
951 Grand Avenue
St. Paul, MN 55105-3015
bob@mcclay-alton.com

Marvin C. Ingber (Pro Hac Vice)
6705 Apache Road
Edina, MN 55439-1001
mcingber@comcast.net

_____
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

5