# EXHIBIT Y

| | |
|---|---|
| **From:** | Hunt, Dean D. |
| **To:** | Marvin C. Ingber |
| **Cc:** | Schechter, Jody E.; Hochmuth, Farrell; Smith, Rachel M.; Cremona, Nicholas |
| **Subject:** | Adv. Pro. No. 10-04538 (SMB) re James B. Pinto and Adv. Pro. No. 10-04588 (SMB) re Amy Pinto Lome |
| **Date:** | Thursday, September 15, 2016 2:39:38 PM |
| **Attachments:** | image009.jpg<br>image010.jpg<br>image011.jpg<br>image012.jpg |

Marvin,

We cannot agree to your request to adjourn the upcoming discovery conference, scheduled for September 28 at 10:00 AM ET.  A conference was originally set in these cases for June 15, and we have agreed to adjourn it twice.  The outstanding discovery items are grossly overdue.

Bob McClay's declaration filed with the Court on June 9 stated that his plan was to complete discovery responses by June 30.  On June 24, he first advised of a need for forensic accounting, and on July 14, he reported that he was pushing to have a report by the end of July. You now advise that the accounting firm will need another 30 to 45 days.  Discovery has been on hold for a long time while waiting for this report.

There is no reason the forensic accounting should delay production of documents in your clients' possession.  As noted in my September 7 letter to you and Bob McClay, to date, your clients have produced only two documents in each proceeding. As originally requested in the Trustee's Requests for Production, served on March 3, and as repeatedly advised in correspondence since that date, defendants' document production should include documents maintained on their behalf by third parties, including Sidney Kaplan.  Sidney Kaplan's counsel has confirmed that he has responsive, non-privileged documents.

When we adjourned this matter until September 28, the Court clerk advised that the conference would need to be held in person and on the record.  This was not by our request.  We plan to file a letter with the Court in the next few days, providing an update regarding status.

Thanks—

**Dean Hunt**
Partner



811 Main Street | Suite 1100
Houston, TX 77002-6111
T 713.646.1346

dhunt@bakerlaw.com
bakerlaw.com