# EXHIBIT AA

| | |
|---|---|
| **From:** | Hunt, Dean D. |
| **To:** | Marvin C. Ingber |
| **Subject:** | RE: Adv. Pro. No. 10-04538 (James B. Pinto) and Adv. Pro. No. 10-04588 (Amy Pinto Lome) |
| **Date:** | Friday, October 28, 2016 9:35:02 AM |

**We are available to talk.  We will also move forward as Judge Bernstein advised with a motion to enter judgment.**

**From:** Marvin C. Ingber [mailto:mcingber@comcast.net]
**Sent:** Friday, October 28, 2016 9:33 AM
**To:** Hunt, Dean D.
**Subject:** Adv. Pro. No. 10-04538 (James B. Pinto) and Adv. Pro. No. 10-04588 (Amy Pinto Lome)

Dean:

   Unfortunately, given the retainer cost of obtaining litigation counsel to replace Robert McClay, the defendants in the above-captioned matters will not be able to comply with the Order Compelling Responses to Discovery issued by Judge Bernstein on and dated September 30, 2016.  Today, October 28, 2016, is the last day for compliance with the foregoing Order.

   As I indicated in my letter to you dated October 24, 2016, I propose to prepare a Hardship Application and Financial Disclosure for each of the defendants.  Each Hardship Application will be supported by a Net Worth Statement prepared by each defendant.

   We can also discuss the alternative of a stipulated judgement referred to your last e-mail to me dated October 24, 2016, as an means of foregoing future discovery.

   Dean, are you or someone in your office available to discuss this matter early next week?

   /s/ Marvin


Marvin C. Ingber
Attorney and Counselor at Law
6705 Apache Road
Edina, MN  55439-1001
Tel. No.   952-941-3646
Cell No.   612-327-8378
E-Mail     mcingber@comcast.net

NOTICE - CONFIDENTIAL INFORMATION

This communication and the attached file(s), if any, are deemed privileged and confidential, and are intended for the use of the individual or entity named above.  If the reader of this communication is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited.  If you received this communication in error, please notify the sender immediately, delete this communication from all data storage devices, and destroy all hard copies.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, work product, or other applicable

privilege.

NOTICE - IRS CIRCULAR 230

To ensure compliance with requirements imposed by the Internal Revenue Service, the sender informs you that, except to the extent expressly provided to the contrary, any federal tax advise contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to any party any transaction or matter addressed herein.