UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04538 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 205 East 42nd Street, New York, New York 10017, shall be substituted in place of the law firm of McClay•Alton, P.L.L.P., 951 Grand Avenue, St. Paul, MN 55101 as co-counsel of record for James B. Pinto Revocable Trust U/A DTD 12/1/03 and James B. Pinto (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

        FREJKA PLLC
        205 East 42nd Street – 20th Floor
        New York, New York 10017
        Attn:   Elise S. Frejka
                Jason S. Rappaport
        Telephone: (212) 641-0800
        Email: efrejka@frejka.com
                 jrappaport@frejka.com

        and

        Marvin C. Ingber
        Attorney and Counselor at Law
        6705 Apache Road
        Edina, MN  55439-1001
        Telephone: 952-941-3646
        Email:  mcingber@comcast.net

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| Dated: St. Paul, Minnesota<br>       November 30, 2016 | Dated: New York, New York<br>       December 6, 2016 |
| McClay•Alton, P.L.L.P. | FREJKA PLLC |
| By: <u>Robert M. McClay</u><br>    Robert M. McClay<br>    951 Grand Avenue<br>    St. Paul, Minnesota 55101<br>    Telephone: 651-290-0301<br>    Fax: 651-290-2502 | By: <u>/s/ Elise S. Frejka</u><br>    Elise S. Frejka<br>    Jason S. Rappaport<br>    205 East 42nd Street – 20th Floor<br>    New York, New York 10017<br>    Telephone: (212) 641-0800<br>    Fax: (212) 641-0200 |
| Dated: New York, New York<br>       December <u>6th</u>, 2016 | SO ORDERED:<br><br><u>/s/ STUART M. BERNSTEIN</u><br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |