08-01789-cgm    Doc 14572    Filed 12/08/16    Entered 12/08/16 12:15:51    Main Document
Pg 1 of 3

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas Cremona

127 Public Square, Suite 2000
Cleveland, OH  44114
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
Brett A. Wall
David F. Proaño
Darren Crook
Mark K. Norris

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v. | Adv. Pro. No. 10-04302 (SMB) |

1

JOAN ROMAN,

        Defendant.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: February 21, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: May 19, 2017.

3. The Disclosure of Rebuttal Experts shall be due: July 14, 2017.

4. The Deadline for Completion of Expert Discovery shall be: August 15, 2017.

5. The Deadline for Mediation Referral shall be: August 22, 2017.

6. The Deadline for Mediator Selection shall be: September 4 2017.

7. The Deadline for Completion of Mediation shall be: January 5, 2018.

Date:  New York, New York
      December 8, 2016

| Of Counsel: | By: */s/ Nicholas J. Cremona* |
|---|---|
| **BAKER & HOSTETLER LLP**<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114-1214<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740<br>Brett A. Wall<br>Email:  bwall@bakerlaw.com<br>David F. Proaño<br>Email: dproano@bakerlaw.com<br>Darren Crook<br>Email: dcrook@bakerlaw.com<br>Mark K. Norris<br>Email: mnorris@bakerlaw.com | **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |