UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Anne Strickland Squadron, having filed objections to the Notice of Trustee's Determination of Claim respecting customer claim #002909 and #005577 (Docket No. 3000) and the Notice of Trustee's Determination of Claim respecting customer claim #004783 (Docket No. 2966), Seth Squadron and Elizabeth Squadron, having filed an objection to the Notice of Trustee's Determination of Claim respecting customer claim #006871 (Docket No. 3687), and William Squadron and Debra Lagapa, having filed an objection to the Notice of Trustee's Determination of Claim respecting customer claim #006873 (Docket No. 3701) (collectively, the "Objections"), hereby give notice that they withdraw such Objections.

Dated: 11/8/ , 2016

Brian J. Neville, Esq., on behalf of Anne
Strickland Squadron, Seth Squadron, Elizabeth
Squadron, William Squadron and Debra Lagapa
Lax & Neville, LLP
1450 Broadway, 35th Floor
New York, NY 10018
Tel: (212) 696-1999)