**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br>v.<br><br>JAMES GREIFF,<br><br>        Defendant. | Adv. Pro. No. 10-04357 (SMB) |

**STIPULATION AND ORDER REFERRING DISCOVERY**
**DISPUTE TO ARBITRATOR**

      **WHEREAS**, on November 30, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against James Greiff (the "Defendant", and with the "Trustee", the Parties);

**WHEREAS**, on October 4, 2016, Judge Bernstein entered an Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 (the "October 4 2016 Order") appointing the Honorable Frank Mas (ret.) (c/o Jams, Inc. as Discovery Arbitrator (the "Discovery Arbitrator") to resolve disputes that may arise and which have been specifically referred to him by the Court with the consent of the Parties;

**WHEREAS**, on November 28, 2016 the Trustee noticed the Deposition of Defendant for December 9, 2016;

**WHEREAS**, Defendant raised objections to the deposition on several grounds; and

**WHEREAS**, the Parties have conferred in good faith and are unable to resolve their differences.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Parties, as follows:

1. The Parties agree that the dispute relating to Defendant's deposition shall be resolved consistent with the procedures outlined in the October 4 Order

2. The Parties agree that within five (5) business days of the entry of the order approving this Stipulation, the Defendant will transmit via email a letter summarizing the dispute of no more than three (3) pages, excluding exhibits, to the Discovery Arbitrator, as contemplated in paragraph 7 of the October 4 Order.

3. The Parties agree that within ten (10) business days of the entry of an order approving this Stipulation, the Trustee will transmit via email a letter response not to exceed three (3) pages, excluding exhibits, to the Discovery Arbitrator, as contemplated in paragraph 8 of the October 4 Order.

4. The Parties agree that the Discovery Arbitrator shall thereafter establish procedures for the resolution of the dispute, as contemplated in paragraph 8 of the October 4 Order.

5. Except as expressly set forth herein, the Parties to this Stipulation reserve all rights and defenses they may have.

6. During the period of this referral, the Parties agree to stay the December 9, 2016 deadline to conclude fact discovery and enter into a new Case Management Notice upon conclusion of the referral.

*[The remainder of this page intentionally left blank]*

Dated: December 8, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

*/s/ Nicholas J. Cremona*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Carole Neville*
Carole Neville
Email: carole.neville@dentons.com
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212.768.6700
Fax: 212.768.6800

*Attorney for Defendant*

SO ORDERED

/s/ STUART M. BERNSTEIN
Dated: December 8th, 2016      HON. STUART M. BERNSTEIN
New York, New York             UNITED STATES BANKRUPTCY JUDGE