SECTIONS        SEARCH                                                                    TIPS        SIGN IN



**ENTERTAINMENT**

# The Met's biggest fan is this 105-year-old Long Island opera lover

By Barbara Hoffman                                    September 22, 2016 | 9:20pm



Aaron Blecker says he prefers Puccini, but in a pinch he'll take Wagner.
Photo: Stephen Yang

**MORE ON:**
**METROPOLITAN OPERA**

Metropolitan Opera Guild trying to sell off $1M in memorabilia

Man scattering friend's

Most opera virgins start gently, with Puccini's "La Bohème" or "Madama Butterfly."

Aaron Blecker's first was Wagner's "Tristan und Isolde" — all five hours of it. That was in 1936. Undaunted, the young accountant and his wife, Sophie, returned to the old Met opera house again and again. In 1966, when the Met decamped for Lincoln Center, the Bleckers

**TRENDING NOW**
**ON NYPOST.COM**

 29,821

Mafia big's grandson literally picked a fight with the wrong guy

 18,985

Trump, Pence save nearly 1,000 jobs from moving to Mexico

 18,978

Heartless family leaves escaped dog at shelter, adopts new pup

ashes during opera prompted Met shutdown

Met stops opera after person throws powder in orchestra pit

Opera singer Anna Netrebko's favorite Russian food in NYC

followed.

Sophie died nine years ago, but Aaron — now 105 — is still listening. On Thursday, dapper in a herringbone jacket and Rockport shoes, he saw a dress rehearsal of the opera that started it all: "Tristan," which opens the Met's season Monday.

"I wish they were playing 'Carmen,' " the Great Neck, LI, resident tells The Post. "Wagner was never my favorite." But for someone who grew up poor on the Lower East Side, listening to scratchy recordings of the tenor Enrico Caruso, getting to see any opera live was a thrill, even if it meant skipping lunches and subway rides to raise the $1.10 for two tickets.

"They never missed an opera," says his daughter-in-law, Marcia. "They were devoted to the Met."

For the past 16 years or so, though, Blecker contented himself with catching it on the radio. But for his 99th birthday, Marcia organized a family trip to see a downtown opera company perform.

"I thought he'd be thrilled," she says. Instead, "It's no Met," he told her. "Don't bring me to this amateur stuff again."

Other than that, his daughter Susan Cohen Rebell says he never complains. He still files tax returns (handwritten ones) for a few longtime clients and plays bridge three times a week. The only medicine he takes is baby aspirin, for his heart.

Overall, he's an opera-loving optimist. "He just made a doctor's appointment," she says. "For 2017!"



**NOW ON**



'Hawaii Five-O' actor Keo Woolford dies at 49

Pussy Riot raised enough money to perform at Art Basel

Ethan Hawke is prepared to be 'washed up' again

**SEE ALL ▶**

**FILED UNDER**  **LINCOLN CENTER**, **METROPOLITAN OPERA**, **OPERA**

**READ NEXT ▶** Metallica's Lars Ulrich eats 20 pancakes a day

## SPONSORED STORIES    Recommended by Outbrain



**A Look at the Personal rag & bone Style of Actor Mark Hamill**
rag & bone Official



**14 Athletes who Make Kim Kardashian Look Plain**
Journalistate



**18 Celebrities Before & After Photoshop**
CyberBreeze

**VIDEO**