**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

The claimants identified on Exhibit A hereto (the "Claimants"), having filed objections (the "Objections") to the Trustee's Notices of Determination of Claim respecting Claimants' customer claims ("Determination Notices") acknowledge that the Determination Notices are final and hereby give notice that they withdraw the Objections.[1]

Dated: December 9, 2016

/s/ Andrew H. Sherman
Andrew H. Sherman on behalf of Claimants
identified on Exhibit A
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel. (973) 643-6982
Fax: (973) 643-6500
Email: asherman@sillscummis.com

---

[1] This Notice is provided pursuant to the terms of the parties' settlement agreement (the "Settlement Agreement") dated October 19, 2016 as approved by Order dated November 18, 2016 in *Picard v. Estate of Stanley Chais, et al.*, Adv. Pro. No. 09-01172 (SMB) (Bankr. S.D.N.Y. 2009) (ECF No. 157). Nothing contained herein shall waive, relinquish or otherwise affect the claims allowed pursuant to the Settlement Agreement.

**Exhibit A**
**List of Claimants and Withdrawn Objections**

| Objection Docket No. | Objection Date | Customer Claim No. | Claimant Name |
|---|---|---|---|
| 2303 | 5/20/2010 | 013775 | The Emily Chais Trust #2 |
| 3144 | 11/11/2010 | 013775 | The Emily Chais Trust #2 |
| 2933 | 8/31/2010 | 013776 | The Emily Chais Trust #3 |
| 2930 | 8/31/2010 | 013777 | The Emily Chais Issue Trust #1 |
| 2932 | 8/31/2010 | 013778 | The Emily Chais Issue Trust #2 |
| 2306 | 5/20/2010 | 013783 | The Mark Hugh Chais Trust #2 |
| 3145 | 11/11/2010 | 013783 | The Mark Hugh Chais Trust #2 |
| 2307 | 5/20/2010 | 013784 | The Mark Hugh Chais Trust #3 |
| 2940 | 8/31/2010 | 013785 | The Mark Hugh Chais Issue Trust #1 |
| 2308 | 5/20/2010 | 013786 | The Mark Hugh Chais Issue Trust #2 |
| 2309 | 5/20/2010 | 013779 | The William Frederick Chais Trust #2 |
| 3147 | 11/11/2010 | 013779 | The William Frederick Chais Trust #2 |

| Objection Docket No. | Objection Date | Customer Claim No. | Claimant Name |
|---|---|---|---|
| 2220 | 4/22/2010 | 013780 | The William Frederick Chais Trust #3 |
| 2937 | 8/31/2010 | 013781 | The William Frederick Chais Issue Trust #1 |
| 2939 | 8/31/2010 | 013782 | The William Frederick Chais Issue Trust #2 |
| 2749 | 7/15/2010 | 013787 | The Madeline Celia Chais 1992 Trust |
| 2984 | 9/15/2010 | 013789 | The Chloe Frances Chais 1994 Trust |
| 2984 | 9/15/2010 | 006138 | The Chloe Frances Chais 1994 Trust |
| 2928 | 8/31/2010 | 013789 | The Chloe Frances Chais 1994 Trust |
| 2928 | 8/31/2010 | 006138 | The Chloe Frances Chais 1994 Trust |
| 2752 | 7/15/2010 | 013845 | The 1994 Trust for the Children of Stanley and Pamela Chais |
| 2925 | 8/31/2010 | 013792 | The Jonathan Wolf Chais Trust |
| 2934 | 8/31/2010 | 013846 | The 1996 Trust for the Children of Pamela and Stanley Chais |
| 2987 | 9/15/2010 | 013854 | The Tali Chais 1997 Trust |
| 2987 | 9/15/2010 | 005808 | The Tali Chais 1997 Trust |
| 2922 | 8/31/2010 | 013854 | The Tali Chais 1997 Trust |
| 2922 | 8/31/2010 | 005808 | The Tali Chais 1997 Trust |
| 2982 | 9/15/2010 | 005286 | The Ari Chais 1999 Trust |
| 2982 | 9/15/2010 | 013855 | The Ari Chais 1999 Trust |
| 2923 | 8/31/2010 | 013855 | The Ari Chais 1999 Trust |
| 2923 | 8/31/2010 | 005286 | The Ari Chais 1999 Trust |

| Objection Docket No. | Objection Date | Customer Claim No. | Claimant Name |
|---|---|---|---|
| 2985 | 9/15/2010 | 013853 | The Justin Robert Chasalow 1999 Trust |
| 2985 | 9/15/2010 | 005285 | The Justin Robert Chasalow 1999 Trust |
| 2926 | 8/31/2010 | 005285 | The Justin Robert Chasalow 1999 Trust |
| 2926 | 8/31/2010 | 013853 | The Justin Robert Chasalow 1999 Trust |
| 2986 | 9/15/2010 | 005291 | The Rachel Allison Chasalow 1999 Trust |
| 2986 | 9/15/2010 | 013852 | The Rachel Allison Chasalow 1999 Trust |
| 2927 | 8/31/2010 | 013852 | The Rachel Allison Chasalow 1999 Trust |
| 2927 | 8/31/2010 | 005291 | The Rachel Allison Chasalow 1999 Trust |
| 2983 | 9/15/2010 | 005290 | The Benjamin Paul Chasalow 1999 Trust |
| 2983 | 9/15/2010 | 013851 | The Benjamin Paul Chasalow 1999 Trust |
| 2924 | 8/31/2010 | 005290 | The Benjamin Paul Chasalow 1999 Trust |
| 2924 | 8/31/2010 | 013851 | The Benjamin Paul Chasalow 1999 Trust |
| 2305 | 5/20/2010 | 013788 | The Madeline Chais Transferee Trust #1 |

| Objection Docket No. | Objection Date | Customer Claim No. | Claimant Name |
|---|---|---|---|
| 2302 | 5/20/2010 | 013790 | The Chloe Chais Transferee Trust #1 |
| 2304 | 5/20/2010 | 013791 | The Jonathan Chais Transferee Trust #1 |
| 2938 | 8/31/2010 | 013842 | The Benjamin Paul Chasalow Transferee Trust #1 |
| 2935 | 8/31/2010 | 013844 | The Justin Robert Chasalow Transferee Trust #1 |
| 2936 | 8/31/2010 | 013843 | The Rachel Allison Chasalow Transferee Trust #1 |