**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorney for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>v.<br><br>MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN REVOCABLE TRUST, a Florida trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as trustee, as personal representative and as an individual, and JAMES P. MARDEN, as trustee, as personal representative and as an individual,<br><br>               Defendants. | Adv. Pro. No. 10-04348 (SMB) |

300203514.6

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for December 21, 2016 has been adjourned to December 20, 2017 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: December 8, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: /s/ Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**PRYOR CASHMAN LLP**

By: /s/ Richard Levy, Jr.
7 Times Square
New York, New York 10036-6569
Telephone: 212.326.0886
Facsimile: 212.798.6393
Richard Levy, Jr.
Email: rlevy@pryorcashman.com

*Attorneys for Defendants*

300203514.6