**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorney for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04341 (SMB) |
| v. | |
| JAMES P. MARDEN, IRIS ZURAWIN MARDEN, and PATRICE M. AULD, | |
| Defendants. | |

300203512.6

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary

proceeding which was previously scheduled for December 21, 2016 has been adjourned to

December 20, 2017 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  December 8, 2016

Of Counsel:

**BAKER & HOSTETLER LLP**

**BAKER & HOSTETLER LLP**                    By: */s/ Nicholas J. Cremona*
12100 Wilshire Boulevard, 15th Floor         45 Rockefeller Plaza
Los Angeles, California 90025-7120           New York, New York 10111
Telephone:  310.820.8800                     Telephone:  212.589.4200
Facsimile:  310.820.8859                     Facsimile:  212.589.4201
Michael R. Matthias                          David J. Sheehan
Email:  mmatthias@bakerlaw.com               Email:  dsheehan@bakerlaw.com
                                             Nicholas J. Cremona
                                             Email:  ncremona@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**PRYOR CASHMAN LLP**

By: */s/ Richard Levy, Jr.*
7 Times Square
New York, New York 10036-6569
Telephone: 212.326.0886
Facsimile: 212.798.6393
Richard Levy, Jr.
Email: rlevy@pryorcashman.com

*Attorneys for Defendants*