**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff-Applicant,<br>                v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                               Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                               Debtor. | |

**JOINDER TO REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION IN LIMINE TO EXCLUDE HEARSAY STATEMENTS REGARDING PROFIT WITHDRAWALS, AND TO LIMIT THE PROPOSED TESTIMONY OF LISA M. COLLURA AND MATTHEW B. GREENBLATT**

Participating Claimants represented by Chaitman LLP ("Participating Claimants") [*see* ECF No. 14364-1], join the reply memorandum of law in further support of motion *in limine* of Doctors Joel and Norman Blum, filed on December 9, 2016, through their attorneys, Baker & McKenzie, LLP to exclude hearsay statements regarding profit withdrawals and to limit the proposed testimony of Lisa M. Collura and Matthew B. Greenblatt (the "Blum Reply

{00026428 1 }

Memorandum"). [ECF No. 14592].

## BASIS FOR JOINDER

1. The Trustee offers hearsay statements and expert reports that do not comply with the Federal Rules of Evidence to deny Participating Claimants' SIPC claims.

2. To avoid duplicative briefing, Participating Claimants join the Blum Reply Memorandum.

## CONCLUSION

The Participating Claimants respectfully request that the Court grant the Motion of Doctors Joel and Norman Blum, filed on October 28, 2016, through their attorneys, Baker & McKenzie, LLP to exclude hearsay statements regarding profit withdrawals and to limit the proposed testimony of Lisa M. Collura and Matthew B. Greenblatt. [ECF No. 14361].

Dated:  New York, New York
        December 9, 2016

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     Gregory M. Dexter
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114
     hchaitman@chaitmanllp.com
     gdexter@chaitmanllp.com

     *Attorneys for Participating Claimants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2016, I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

 

**CHAITMAN LLP**
By: /s/ Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Participating Claimants*

{00026428 1 }