**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2016, I caused a true and correct copy of the following documents:

- Participating Claimants' Joinder to Reply Memorandum of Law in Further Support of Motion in Limine [14592] to Exclude Hearsay Statements regarding Profit Withdrawals, and to Limit the Proposed Testimony of Lisa M. Collura and Matthew B. Greenblatt [ECF No. 14594]; and
- Participating Claimants' Reply Memorandum of Law in Further Support of Motion to Strike the Proposed Expert Testimony of Lisa M. Collura and Matthew B. Greenblatt [ECF No. 14595]

{00026458 1 }

to be served upon all parties in this action who receive electronic service through CM/ECF and by electronic mail upon the party listed below:

>David Sheehan, Esq.
>dsheehan@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza, 11th Floor
>New York, New York 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  December 9, 2016                              */s/ Helen Davis Chaitman*
         New York, New York                              Helen Davis Chaitman

{00026458 1 }