**Exhibit A**

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| FITERMAN INVESTMENT FUND  C/O GROUND DEVELOPMENT | 1F0085 |
| VERDEWAY INVESTMENT PTNRS LLC  C/O STEVEN FITERMAN | 1V0019 |