**BLMIS ACCOUNT NO. 1F0085 - FITERMAN INVESTMENT FUND C/O GROUND DEVELOPMENT**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers | 2-Year Principal Transfers |
| 12/29/1995 | TRANS FROM 1F007830 (1F0078) | 1,130,930 [1] | - | - | 1,000,000 | - | 1,000,000 | - | - |
| 12/29/1995 | TRANS FROM 1F002330 (1F0023) | 9,254,539 [1] | - | - | 4,019,400 | - | 5,019,400 | - | - |
| 1/19/1996 | CHECK | (500,000) | - | (500,000) | - | - | 4,519,400 | - | - |
| 3/22/1996 | TRANS FROM 1F007830 (1F0078) | 834 [2] | - | - | - | - | 4,519,400 | - | - |
| 3/22/1996 | TRANS FROM 1F002330 (1F0023) | 7,064 [2] | - | - | - | - | 4,519,400 | - | - |
| 4/19/1996 | CHECK | (500,000) | - | (500,000) | - | - | 4,019,400 | - | - |
| 4/14/1997 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 3,019,400 | - | - |
| 1/2/1998 | TRANS TO 1F014730 (1F0147) | (100,000) | - | - | - | (100,000) | 2,919,400 | - | - |
| 1/5/1998 | CHECK | (250,000) | - | (250,000) | - | - | 2,669,400 | - | - |
| 12/31/2003 | TRANS FROM 1F015330 (1F0153) | 1,348,853 [1] | - | - | 737,282 | - | 3,406,682 | - | - |
| 10/10/2006 | CHECK WIRE | (13,000,000) | - | (13,000,000) | - | - | (9,593,318) | - | - |
| 4/17/2007 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | (11,593,318) | (2,000,000) | - |
| 1/2/2008 | TRANS TO 1V001930 (1V0019) | (27,103,084) [3] | - | - | - | - | (11,593,318) | - | - |
| | Total: | | $ - | $ (17,250,000) | $ 5,756,682 | $ (100,000) | $ (11,593,318) | $ (2,000,000) | $ - |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

**BLMIS ACCOUNT NO. 1V0019 - VERDEWAY INVESTMENT PTNRS LLC C/O STEVEN FITERMAN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers | 2-Year Principal Transfers |
| 1/2/2008 | TRANS FROM 1F008530 (*1F0085*) | 27,103,084 [1] | - | - | - | - | - | - | - |
| 1/11/2008 | CHECK WIRE | (3,000,000) | - | (3,000,000) | - | - | (3,000,000) | (3,000,000) | - |
| 11/4/2008 | CHECK WIRE | (1,250,000) | - | (1,250,000) | - | - | (4,250,000) | (1,250,000) | - |
| | Total: | | $ - | $ (4,250,000) | $ - | $ - | $ (4,250,000) | $ (4,250,000) | $ - |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.