**SUBSEQUENT TRANSFERS TO STEVEN AND SUSAN FITERMAN**
**FROM FITERMAN INVESTMENT FUND**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/23/2007 | (2,000,000) |
| | **$ (2,000,000)** |

MADC1055_00000004