**SUBSEQUENT TRANSFERS TO STEVEN AND SUSAN FITERMAN**
**FROM VERDEWAY INVESTMENT PARTNERS LLC**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/15/2008 | (3,000,000) |
| 11/5/2008 | (1,250,000) |
|  | **$ (4,250,000)** |