**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

The claimants identified on Exhibit A hereto (the "Claimants"), having filed objections (the "Objections") to the Trustee's Notices of Determination of Claim respecting Claimants' customer claims ("Determination Notices") acknowledge that the Determination Notices are final and hereby give notice that they withdraw the Objections.

Dated:  December 12, 2016

/s/ Brian J. Neville
Brian J. Neville, Esq., on behalf of Claimants
identified on Exhibit A
Lax & Neville, LLP
1450 Broadway, 35th Floor
New York, NY 10018
Tel: (212) 696-1999
Fax:  (212) 566-4531
Email: bneville@laxneville.com

**Exhibit A**
**List of Claimants and Withdrawn Objections**

| Objection Docket No. | Objection Date | Customer Claim No. | Claimant Name |
|---|---|---|---|
| 3691 | **01/14/2011** | 006874 | Jacob L. Squadron |
| 3692 | **01/14/2011** | 006875 | Alexander Squadron |
| 3693 | **01/14/2011** | 006876 | Samuel Squadron |
| 3703 | **01/14/2011** | 006879 | Neill P. Squadron |
| 3694 | **01/14/2011** | 006884 | Arthur and Eleanor Squadron |
| 3697 | **01/14/2011** | 006896 | Elena Prohaska Glinn |