**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04505 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF ARNOLD M. SOSKIN; ARNOLD M. SOSKIN REVOCABLE TRUST; RICHARD N. SOSKIN, individually and in his capacity as | |

personal representative of the Estate of Arnold M.
Soskin and as Trustee of the Arnold M. Soskin
Revocable Trust; NANCY S. LURIE, individually
and in her capacity as personal representative of the
Estate of Arnold M. Soskin and as Trustee of the
Arnold M. Soskin Revocable Trust; DEBRA
BECKER; ROBERT S. SOSKIN; SAMUEL S.
SOSKIN; and RENEE R. SOSKIN,

Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and

Defendants i) Estate Of Arnold M. Soskin; (ii) Arnold M. Soskin Revocable Trust; (iii) Richard

N. Soskin, individually and in his capacity as personal representative of the Estate of Arnold M.

Soskin and as Trustee of the Arnold M. Soskin Revocable Trust; (iv) Nancy S. Lurie,

individually and in her capacity as personal representative of the Estate of Arnold M. Soskin and

as Trustee of the Arnold M. Soskin Revocable Trust; (v) Debra Becker; (vi) Robert S. Soskin;

and (vi) Samuel S. Soskin; by and through their counsel Stephen M. Pincus of Anthony Ostlund

Baer & Louwagie, P.A.; and (viii) Renee R. Soskin, by and through her counsel, Lawrence M.

Shapiro of Greene Espel, PLLP (collectively, the "Parties"), hereby stipulate and agree to the

following:

1.    On November 30, 2010, the Trustee filed and served the Complaint against

Defendants.

2.    On March 2, 2015, Defendant Renee R. Soskin filed and served her Answer to the

2

Complaint on the Trustee.

3.      On March 16, 2015, the remaining defendants filed and served their Answer to the Complaint on the Trustee.

4.      Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on December 6, 2016.

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8.      The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: December 12, 2016
New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

**ANTHONY    OSTLUND    BAER    & LOUWAGIE, P.A.**

By:/s/ Stephen M. Pincus
90 South 7th Street
3500 Wells Fargo Center
Minneapolis, Minnesota 55402
Telephone: (612) 349-6969
Facsimile: (612) 349-6996
Richard T. Ostlund
Email: rostlund@anthonyostlund.com
Steven M. Pincus
Email: spincus@anthonyostlund.com

*Attorneys for Defendants Estate Of Arnold M. Soskin, Arnold M. Soskin Revocable Trust, Richard N. Soskin, individually and in his capacity as personal representative of the Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust, Nancy S. Lurie, individually and in her capacity as personal representative of the Estate of Arnold M. Soskin and as Trustee of the Arnold M. Soskin Revocable Trust, Debra Becker, Robert S. Soskin and Samuel S. Soskin*

**GREENE ESPEL PLLP**

By: */s/ Lawrence M. Shapiro*
Campbell Mithun Tower
Suite 2200
222 South Ninth Street
Minneapolis, Minnesota 55402-3362
Telephone: (612) 327-8378
Facsimile: (612) 373-0929
Lawrence M. Shapiro
Email: LShapiro@greeneespel.com

*Attorneys for Defendant Renee R. Soskin*

SO ORDERED:

/s/ STUART M. BERNSTEIN
Hon. Stuart M. Bernstein
United States Bankruptcy Judge

Dated: December 12th, 2016
New York, New York