Securities Investor Protection Corporation

v.

Bernard L. Madoff Investment Securities LLC

In re: Bernard L. Madoff Investment Securities and

Bernard L. Madoff, Debtors

Case No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

**Exhibit 6 to the Joint Reply of the Trustee and SIPC in support of the Trustee's Motion to Affirm His Determatinions Denying Claims of Claimants Holding Interests in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P.**

is available
for review upon written or telephonic request to:

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn: Stephanie Ackerman, Esq.**
**Tel: (212) 847-2851**
**Email: sackerman@bakerlaw.com**