**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br>v.<br><br>ROBERT AUERBACH REVOCABLE TRUST dtd 6/29/05, et al.<br><br>        Defendants. | Adv. Pro. No. 10-04891 (SMB) |

## ORDER DENYING MOTION TO INTERVENE

WHEREAS, the plaintiff commenced this adversary proceeding (this "Adversary Proceeding") by filing a complaint on December 2, 2010. (ECF Doc. # 1.)

WHEREAS, certain parties, who were not parties to this Adversary Proceeding, filed a Motion to Intervene on Common Legal Issues, dated July 7, 2016 (the "Intervention Motion"). (ECF Doc. ## 66, 67.)

-2-

WHEREAS, the parties to this Adversary Proceeding have informed the Court that they have settled the case in accordance with the Settlement Procedures Order, dated November 12, 2010 (ECF Adv. Pro. No. 08-01789 Doc. # 3181), and therefore, have collectively requested that the Court dismiss the Adversary Proceeding with prejudice.

THEREFORE, IT IS NOW ORDERED, that the Intervention Motion is denied as moot.

Dated: December 14, 2016
New York, New York

/s/ STUART M. BERNSTEIN____
Hon. Stuart M. Bernstein
United States Bankruptcy Judge