**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR DECEMBER 21, 2016**

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance action as set forth on the attached **Schedule A** is scheduled to be heard at the Avoidance Action Omnibus Hearing scheduled for **December 21, 2016 at 10:00 a.m.**

The next Avoidance Action Omnibus Hearing is scheduled for **January 25, 2017 at 10:00 a.m.** The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  December 14, 2016
New York, New York

By:  */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2

## **SCHEDULE A**

1. **10-05390; Picard v. 1096-1100 River Road Associates, LLC, et al.**

    A. Notice of Substitution of Attorney for 1096-1100 River Road Associates, LLC; Fred A. Daibes, LLC; and Fred A. Daibes from Richard J. Abrahamsen, Esq. to Mark B. Conlan, Esq. filed by Mark B. Conlan on behalf of 1096-1100 River Road Associates, LLC, Fred A. Daibes, Fred A. Daibes, LLC (Filed: 12/5/2016) [ECF No. 82]

    B. Notice of Substitution of Attorney for 1096-1100 River Road Associates, LLC; Fred A. Daibes, LLC; and Fred A. Daibes from Richard J. Abrahamsen, Esq. to Mark B. Conlan, Esq. filed by Mark B. Conlan on behalf of 1096-1100 River Road Associates, LLC, Fred A. Daibes, Fred A. Daibes, LLC (Filed: 12/13/2016) [ECF No. 83]

    C. Notice of Hearing on Substitution of Counsel filed by Mark B. Conlan on behalf of 1096-1100 River Road Associates, LLC, Fred A. Daibes, Fred A. Daibes, LLC (Filed: 12/14/2016) [ECF No. 84]