**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04891 (SMB) |
| Plaintiff, | |
| v. | |
| ROBERT AUERBACH REVOCABLE TRUST dtd 6/29/05; | |

JOYCE C. AUERBACH REVOCABLE TRUST
dtd 6/29/05; and

JOYCE C. AUERBACH, individually, as Trustee
of the Robert Auerbach Revocable Trust dtd
6/29/05, and as Trustee of the Joyce C. Auerbach
Revocable Trust dtd 6/29/05, and as Personal
Representative of the Estate of Robert Auerbach,

                                    Defendants.

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and (i)

Robert Auerbach Revocable Trust dtd 6/29/05; (ii) Joyce C. Auerbach Revocable Trust dtd

6/29/05; and (iii) Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable

Trust dtd 6/29/05, and as Trustee of the Joyce C. Auerbach Revocable Trust dtd 6/29/05, and as

Personal Representative of the Estate of Robert Auerbach ("Defendants"), by and through their

counsel, Max Folkenflik of Folkenflik & McGerity (collectively, the "Parties"), hereby stipulate

and agree to the following:

1.      On December 2, 2010, the Trustee filed and served the Complaint against
Defendants.

2.      On January 6, 2012, Defendants filed and served the Answer to the Complaint on
the Trustee.

3.      Pursuant to the Settlement Procedures Order, entered by this Court on November

12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on

October 7, 2016.

4.    In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

5.    The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7.    The Bankruptcy Court shall retain jurisdiction over this Stipulation.

*[The remainder of this page is intentionally left blank. Signature page follows.]*

Dated: December 14, 2016
       New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

and

811 Main Street, Suite 1100
Houston, Texas 77002
Telephone:  713.646.1346
Facsimile:  713.751.1717
Dean D. Hunt
Email:  dhunt@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the liquidation of Bernard L.
Madoff Investment Securities LLC and the
consolidated estate of Bernard L. Madoff*

**FOLKENFLIK & MCGERITY LLP**

By: */s/ Max Folkenflik*
1500 Broadway, 21st Floor
New York, New York 10036
Telephone:  212.757.0400
Facsimile:  212.757.2010
Max Folkenflik
Email:  max@fmlaw.net

*Attorneys for Defendants Robert Auerbach
Revocable Trust dtd 6/29/05, Joyce Auerbach
Revocable Trust 6/29/05, and Joyce C.
Auerbach, individually, as Trustee of the
Robert Auerbach Revocable Trust dtd 6/29/05,
as Trustee of the Joyce Auerbach Revocable
Trust 6/29/05, and as Personal Representative
of the Estate of Robert Auerbach*

SO ORDERED

/s/ STUART M. BERNSTEIN

Dated: December 14th, 2016          Hon. Stuart M. Bernstein
New York, New York          United States Bankruptcy Judge