UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Allan Hurwitz (the "Claimant"), having filed an objection (the "Objection", Docket No. 0002803) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001261), hereby gives notice that he withdraws such Objection.

Dated: 12/2, ___, 2016

Allan R. Hurwitz
12430 Park Potomac Avenue, Apt N522
Potomac, MC 20854-6948

TCO 361806585v2