UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

**Allan Hurwitz and Barbara Hurwitz (the "Claimants"), having** filed an objection (the "Objection", Docket No. 0002805) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#001028), hereby gives notice that they withdraw such Objection.

Dated: 12/2, ___, 2016

_____
Allan R. Hurwitz
12430 Park Potomac Avenue, Apt N522
Potomac, MC 20854-6948

_____
Barbara J. Hurwitz
12430 Park Potomac Avenue, Apt N522
Potomac, MC 20854-6948

TCO 361806585v2