UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Michael Hurwitz (the "Claimant"), having filed an objection (the "Objection", Docket Nos. 0003660 and 0003764) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#00896), hereby gives notice that he withdraws such Objection.

Dated: Nov 16, 2016

Michael B. Hurwitz
65 W. 95th St.
Apartment 6-C
New York, NY 10025

TCO 361806585v2