UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Trust 'A' U/W G Hurwitz (the "Claimant"), having filed objections (the "Objections", Docket Nos. 0000920 and 0003134) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001056), hereby gives notice that it withdraws such Objections.

Dated: _Dec._, _2_, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Allan R. Hurwitz, Trustee
　　　　　　　　　　　　　　　　　　Trust 'A' U/W G Hurwitz
　　　　　　　　　　　　　　　　　　12430 Park Potomac Avenue, Apt N522
　　　　　　　　　　　　　　　　　　Potomac, MC 20854-6948

TCO 361806585v2