| | |
|---|---|
| UNITED STATES BANKRUTPCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation & Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>SOUTH FERRY BUILDING COMPANY,<br>                          Defendant. | Adv. Pro. No. 10-04488 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation & Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>SOUTH FERRY #2 LP,<br>                          Defendant. | Adv. Pro. No. 10-04350 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation & Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED CONGREGATIONS MESORA,<br>                          Defendant. | Adv. Pro. No. 10-05110 (SMB) |

## MEDIATOR'S FINAL REPORT

Richard J. Davis, Esq., the court-appointed mediator in the above captioned adversary proceedings (the "Adversary Proceedings"), submits this final report pursuant to Local Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

-2-

1. The mediations of the Adversary Proceedings took place on September 13, 2016 at the offices of Baker & Hostetler LLP in New York, New York. There also were follow-up communications.

2. The parties negotiated in good faith but were unable to reach a mutually satisfactory resolution of the dispute involved in the Adversary Proceedings.

3. The mediator has concluded that there would be no further point to continuing the mediations and by agreement of the parties and the mediator, the mediations are concluded.

Dated: December 14, 2016
New York, New York

_____
Richard J. Davis