**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04827 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF MADELINE GINS ARAKAWA, STEPHEN GINS, in his capacity as Executor of the Estate of Madeline Gins Arakawa, | |

| | |
|---|---|
| RONALD SPENCER, in his capacity as Executor of the Estate of Madeline Gins Arakawa, and MICHAEL GOVAN, in his capacity as Executor of the Estate of Madeline Gins Arakawa,<br><br>                          Defendants. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                          Plaintiff,<br>           v.<br><br>MADELINE GINS ARAKAWA, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, and THE ESTATE OF SHUSAKU ARAKAWA,<br><br>                          Defendants. | Adv. Pro. No. 12-01704 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and Defendants i) The Estate of Madeline Gins Arakawa; (ii) Stephen Gins, in his capacity as Executor of the Estate of Madeline Gins Arakawa; (iii) Ronald Spencer, in his capacity as Executor of the Estate of Madeline Gins Arakawa; and (iv) Michael Govan, in his capacity as Executor of the Estate of Madeline Gins Arakawa; by and through their counsel Gary D. Sesser, Ronald D. Spencer, and Judith M. Wallace of Carter Ledyard & Millburn, LLP ("Defendants" and collectively, the "Parties"), hereby stipulate and agree to the following:

2

1. On December 1, 2010, in Adv. Pro. No. 10-04827, the Trustee filed and served his Complaint against Madeline Gins Arakawa and Shusaku Arakawa, individually and as joint tenants of BLMIS Account 1A0091.

2. On May 18, 2010, Shusaku Arakawa died.

3. On November 10, 2011, in Adv. Pro. No. 10-04827, the Trustee filed and served an Amended Complaint against Madeline Gins Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, and the Estate of Shusaku Arakawa.

4. On June 8, 2012, in Adv. Pro. No. 12-01704, the Trustee filed and served a Complaint against Madeline Gins Arakawa, individually and in her capacity as Executrix of the Estate of Shusaku Arakawa, and the Estate of Shusaku Arakawa. On July 26, 2012, Adv. Pro. No. 12-01704 was consolidated into Adv. Pro. No. 10-04827 by Stipulation and Order.

5. On January 8, 2014, Madeline Gins Arakawa died. On May 6, 2014, Defendants were substituted in Adv. Pro. No. 10-04827, and on August 17, 2015, they filed Answers to the Trustee's Amended Complaint.

6. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on November 15, 2016.

7. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceedings and dismissal of the adversary proceedings with prejudice.

8. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

9. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

10. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

*[The remainder of this page is intentionally left blank. Signature page follows.]*

Date: December 14, 2016
New York, New York

| **BAKER & HOSTETLER LLP** | **CARTER LEDYARD & MILLBURN, LLP** |
|---|---|
| By: *s/* Nicholas J. Cremona | By: /s/ Judith M. Wallace |
| 45 Rockefeller Plaza | 2 Wall Street |
| New York, New York 10111 | New York, NY 10005 |
| Telephone: (212) 589-4200 | Telephone: (212) 238-8820 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 732-3232 |
| David J. Sheehan | Gary D. Sesser |
| Email: dsheehan@bakerlaw.com | Email: Sesser@clm.com |
| Nicholas J. Cremona | Ronald D. Spencer |
| Email: ncremona@bakerlaw.com | Email: Spencer@clm.com |
| | Judith M. Wallace |
| | Email: Wallace@clm.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants The Estate of Madeline Gins Arakawa; Stephen Gins, in his capacity as Executor of the Estate of Madeline Gins Arakawa; Ronald Spencer, in his capacity as Executor of the Estate of Madeline Gins Arakawa; and Michael Govan, in his capacity as Executor of the Estate of Madeline Gins Arakawa*

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

SO ORDERED:

/s/ STUART M. BERNSTEIN
Hon. Stuart M. Bernstein
United States Bankruptcy Judge

Dated: December 15th, 2016
New York, New York