**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am a Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On December 14, 2016,  I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1.    Motion for an Order Approving Eighth Allocation of Property to the Fund of Customer Property and Authorizing Eighth Interim Distribution to Customers (Docket Number 14662)

2.    Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving Eighth Allocation of Property to the Fund of Customer Property and Authorizing Eighth Interim Distribution to Customers (Docket Number 14664)

Executed on _December 15_ 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _15th_ day of _December_ 2016

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

_____
(SEAL)

_____
Notary Public _March 27, 2016_

# Exhibit A

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Robert A. Johnson | One Bryant Park | | New York | NY | 10036 | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway, 11th Floor | | New York | NY | 10006 | |
| DUANE MORRIS LLP | PATRICIA H. HEER | 1540 Broadway | | NEW YORK | NY | 10036-4086 | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | 13 MEADOWCROFT LANE | | GREENWICH | CT | 06830 | |
| Redacted for Confidentiality Reasons | | 70 BOX 501 | | STONY POINT | NY | 10980-0501 | |
| Redacted for Confidentiality Reasons | | 170 N. Ocean Blvd. | Apt. 202 | Palm Beach | FL | 33480 | |
| Redacted for Confidentiality Reasons | C/O JONATHAN M. ESPOSITO - BLITMAN & KING LLP | FRANKLIN CENTER | 443 NORTH FRANKLIN STREET, SUITE 300 | Syracuse | NY | 13204-5412 | |
| Redacted for Confidentiality Reasons | C/O ERIC P. STEIN | P O BOX 880287 | | BOCA RATON | FL | 33488 | |
| Redacted for Confidentiality Reasons | | 781 Park Avenue | Apt. 12A | New York | NY | 10021 | |
| Redacted for Confidentiality Reasons | | 318 PATHWAY PLACE | | LEESBURG | VA | 20175 | |
| Redacted for Confidentiality Reasons | | 3 Lewis Road | | Irvington | NY | 10533 | |
| Redacted for Confidentiality Reasons | C/o Onna Noves | 139 East 94th Street | Apt. 11C | New York | NY | 10128 | |
| Redacted for Confidentiality Reasons | C/o Neil Tennis, Executor | BSM McGladrey | 1185 Avenue of the Americas | New York | NY | 10036 | |
| Redacted for Confidentiality Reasons | C/o Robert S. Lerille, Executor | Copperwood Real Estate, LLC | 147 East 84th Street | New York | NY | 10028 | |
| Redacted for Confidentiality Reasons | C/o Kenneth E. Fernman | Kreukel, Carlin & LaMonahan LLP | 60 Walnut Street, 4th Floor | Wellesley | MA | 02481 | |
| Redacted for Confidentiality Reasons | | C/O FOREST SILVERSTEIN | 9204 WHITE CHIMNEY LANE | GREAT FALLS | VA | 22066 | |
| Redacted for Confidentiality Reasons | C/o Kenneth W. Perlman, Executor | 14 Abbions Lane | | Westport | CT | 06880 | |
| Redacted for Confidentiality Reasons | | 5 Amsina Court | | Bethpage | NY | 11714 | |
| Redacted for Confidentiality Reasons | | 35 Peacock Drive | | Roslyn | NY | 11576 | |
| Redacted for Confidentiality Reasons | | 6984 SHOAL CREEK LANE | | BOYNTON BEACH | FL | 33472 | |
| Redacted for Confidentiality Reasons | | 56 CUTTER MILL RD SUITE 413N | | GREAT NECK | NY | 11021 | |
| Redacted for Confidentiality Reasons | C/o Daniel Stavin, Esq. | Brown Rudnick | 7 Times Square | New York | NY | 10036 | |
| Redacted for Confidentiality Reasons | Anita York | 7575 Golden Valley Road, Suite 300 | | Golden Valley | MN | 55427 | |
| Redacted for Confidentiality Reasons | C/o Lothar & Hicks, P.L.L.P. | 1000 Twelve Oaks Center Drive | | Wayzata | MN | 55391 | |
| Redacted for Confidentiality Reasons | | 2525 River Oak Drive | | Decatur | GA | 30033 | |
| Redacted for Confidentiality Reasons | C/o JS 10/01 FBO Fergus Taylor | 570 W. Walut Schaumburg | 2710 Centerville Rd. #101 | Wilmington | DE | 19808 | |
| Redacted for Confidentiality Reasons | | 784 Park Avenue, Apt. 18 A | | New York | NY | 10021 | |
| Redacted for Confidentiality Reasons | | BTD 12-31-91 AS AMENDED | 100 CLYDESDALE TRAIL UNIT#220 | MEDINA | MN | 55340 | |
| Redacted for Confidentiality Reasons | C/o Steve Mandelow, Dina Cooperman | 529 Fifth Avenue | | New York | NY | 10017 | |
| Redacted for Confidentiality Reasons | | 3878 Albany Drive | | Boynton Beach | FL | 33437 | |
| Redacted for Confidentiality Reasons | | 8952 Cranes Pointe Way | | West Palm Beach | FL | 33412 | |
| Redacted for Confidentiality Reasons | | 3498 Colonial Drive | | Coral Springs | FL | 33071 | |
| Redacted for Confidentiality Reasons | | 1241 Gulf of Mexico Drive | Apt. 801 | Longboat Key | FL | 34228 | |
| Redacted for Confidentiality Reasons | | 5660 Collins Avenue | PH-3 | Miami Beach | FL | 33140 | |
| Redacted for Confidentiality Reasons | | 90 West Street | Apt. 340 | New York | NY | 10001 | |
| Redacted for Confidentiality Reasons | C/o Joshua Keller | Milberg LLP | 1 Pennsylvania Plaza, 49th Fl. | New York | NY | 10119 | |
| Redacted for Confidentiality Reasons | | 1420 Lands End Road | | Lake Worth | FL | 33462 | |
| Redacted for Confidentiality Reasons | C/O MRS MURIEL A SHAPIRO | 200 BRADLEY PLACE, APT 205 | | PALM BEACH | FL | 33480 | |
| Redacted for Confidentiality Reasons | C/O THERESA R RYAN | 717 SHEARWATER ISLE | | FOSTER CITY | CA | 94404-1473 | |
| Redacted for Confidentiality Reasons | C/o Scott Freiberger, Trustee | 500 West Barry | | Chicago | IL | 60657 | |
| Redacted for Confidentiality Reasons | C/o Bradley S. Shamberg, Esq. | 2615 NW Executive Center Drive, Suite 300 | | Boca Raton | FL | 33431 | |
| Redacted for Confidentiality Reasons | C/O STERLING EQUITIES | ATTN: MICHAEL KATZ | 111 GREAT NECK ROAD SUITE 408 | GREAT NECK | NY | 11021-5402 | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 14, 2016

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

**Exhibit A**
**December 14, 2016**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Redacted for Confidentiality Reasons | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |