UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Allan R. Hurwitz Revocable Trust (the "Claimant"), having filed an objection (the "Objection", Docket No. 001089) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#0001055), hereby gives notice that it withdraws such Objection.

Dated: DEC. , 15 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Allan R. Hurwitz, Trustee
　　　　　　　　　　　　　　　　　　　Allan R. Hurwitz Revocable Trust
　　　　　　　　　　　　　　　　　　　12430 Park Potomac Avenue, Apt N522
　　　　　　　　　　　　　　　　　　　Potomac, MC 20854-6948

TCO 361806585v2