UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )  ss:
COUNTY OF DALLAS            )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 19, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000534)
   B. Notice of Transfer of Allowed Claim (Transfer Numbers T000535)
   C. Notice of Transfer of Allowed Claim (Transfer Numbers T000536)
   D. Notice of Transfer of Allowed Claim (Transfer Numbers T000537)
   E. Notice of Transfer of Allowed Claim (Transfer Numbers T000538)
   F. Notice of Transfer of Allowed Claim (Transfer Numbers T000539)

Executed on December 20, 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 20th day of Dec, 2016

_____
Notary Public

(SEAL)

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: T000534 - T000539**
**12/19/2016**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| **X** **Transfer Number T000534** | | **Redacted for Confidentiality Reasons** | | | | | | | |
| **X** **Transfer Number T000535** | | **Redacted for Confidentiality Reasons** | | | | | | | |
| **X** **Transfer Number T000536** | | **Redacted for Confidentiality Reasons** | | | | | | | |
| **X** **Transfer Number T000537** | | **Redacted for Confidentiality Reasons** | | | | | | | |
| **X** **Transfer Number T000538** | | **Redacted for Confidentiality Reasons** | | | | | | | |
| **X** **Transfer Number T000539** | | **Redacted for Confidentiality Reasons** | | | | | | | |
| | X | Midtown Acquisitions, L.P. | Attention: Jennifer Donovan | c/o Davidson Kempner Capital Management LP | 520 Madison Avenue, 30th Floor | New York | NY | 10022 | |