**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:   212.589.4200
Facsimile:   212.589.4201
David J. Sheehan
Nicholas J. Cremona
Amy E. Vanderwal
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 21, 2016 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A. Twenty-Second Fee Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 through July 31,

        2016 for Irving H. Picard, Esq., Trustee and Baker & Hostetler LLP, Counsel to the Trustee Fees: $33,871,532.58, Expenses: $310,899.58.  (Filed: 11/18/2016) [Docket No. 14456].

B.      Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $17,686.02, Expenses: $5.16.  (Filed: 11/18/2016) [Docket No. 14457].

C.      Twenty-First Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 through July 31, 2016.  Fees: $2,046,366.00 Expenses: $19,021.93.  (Filed: 11/18/2016) [Docket No. 14458].

D.      Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $82,780.55, Expenses: $5,380.74.  (Filed: 11/18/2016) [Docket No. 14459].

E.      Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $13,625.01, Expenses: $588.00.  (Filed: 11/18/2016) [Docket No. 14460].

F.      Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $830,363.05, Expenses: $91,481.49.  (Filed: 11/18/2016) [Docket No. 14461].

G.      Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $28,889.00, Expenses: $634.00.  (Filed: 11/18/2016) [Docket No. 14462].

H.      Application of Williams, Barristers & ATtorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered Incurred from April 1, 2016 Through July 31, 2016.  Fees: $251,264.58.  (Filed: 11/18/2016) [Docket No. 14463].

I.      Application of Graf & Pitkowitz Rechtsanwalte GMBH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016

               Through July 31, 2016.  Fees: $20,166.56, Expenses: $59.23.  (Filed: 11/18/2016) [Docket No. 14464].

J.      Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $109,255.11, Expenses: $968.62.  (Filed: 11/18/2016) [Docket No. 14465].

K.     Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $2,999.23, Expenses: $36.91.  (Filed: 11/18/2016) [Docket No. 14466].

L.      Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2016 Through July 31, 2016.  Fees: $9,367.07 Expenses: $26.35.  (Filed: 11/18/2016) [Docket No. 14467].

M.    Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016.  Fees: $1,151,942.64, Expenses: $1,896.05.  (Filed: 11/18/2016) [Docket No. 14468].

N.     Application of Munari Giudici Maniglio Panfilie Associati as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2016 Through July 31, 2016.  Fees: $191.12.  (Filed: 11/18/2016) [Docket No. 14469].

O.     Application of Young Conaway Stargatt & Taylor LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2016 Through July 31, 2016 and for Release of a Portion of Fees Previously Held Back. Fees: $70,401.60, Expenses: $2,001.92, Holdback Release: $34,936.39.  (Filed: 11/18/2016) [Docket No. 14470].

P.      Application of Cochran Allan as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2016 Through July 31, 2016. Fees: $2,064.60. (Filed: 11/18/2016) [Docket No. 14471].

Q.     Application of Kelley, Wolter & Scott, Professional Association as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2016 Through July 31, 2016.  Fees: $6,152.40 (Filed: 11/18/2016) [Docket No. 14472].

Responses Filed

R.      Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Second Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses. (Filed: 11/30/2016) [Docket No. 14529].

S.      Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses. (Filed: 11/30/2016) [Docket No. 14530].

T.      Recommendation of the Securities Investor Protection Corporation in Support of Twenty-First Application of Windels Marx Lane & Mittendorf, LLP for Interim Compensation and Reimbursement of Expenses. (Filed: 11/30/2016) [Docket No. 14531].

U.      Recommendation of the Securities Investor Protection Corporation in Support of Seventeenth Application of Young Conaway Stargatt & Taylor, LLP for Interim Compensation and Reimbursement of Expenses and a Request for Partial Release of Holdback. (Filed: 11/30/2016) [Docket No. 14532].

V.      Recommendation of the Securities Investor Protection Corporation in Support of Tenth Application of Kelley, Wolter & Scott, P.A. for Interim Compensation. (Filed: 11/30/2016) [Docket No. 14533].

W.      Recommendation of the Securities Investor Protection Corporation in Support of Seventh Application of Cochran Allan for Interim Compensation. (Filed: 11/30/2016) [Docket No. 14534].

Related Documents

X.      Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants From April 1, 2016 through July, 310 2016. (Filed: 11/18/2016) [Docket No. 14474].

Objections Due:      December 14, 2016

Objections Filed      None

Status:      This matter is going forward.

4

2. **10-05390; Picard v. 1096-1100 River Road Associates, LLC, et al.**

   A.  Notice of Substitution of Attorney for 1096-1100 River Road Associates, LLC; Fred A. Daibes, LLC; and Fred A. Daibes from Richard J. Abrahamsen, Esq. to Mark B. Conlan, Esq. filed by Mark B. Conlan on behalf of 1096-1100 River Road Associates, LLC, Fred A. Daibes, Fred A. Daibes, LLC. (Filed: 12/5/2016) [ECF No. 82]

   B.  Notice of Substitution of Attorney for 1096-1100 River Road Associates, LLC; Fred A. Daibes, LLC; and Fred A. Daibes from Richard J. Abrahamsen, Esq. to Mark B. Conlan, Esq. filed by Mark B. Conlan on behalf of 1096-1100 River Road Associates, LLC, Fred A. Daibes, Fred A. Daibes, LLC. (Filed: 12/13/2016) [ECF No. 83]

   C.  Notice of Hearing on Substitution of Counsel filed by Mark B. Conlan on behalf of 1096-1100 River Road Associates, LLC, Fred A. Daibes, Fred A. Daibes, LLC. (Filed: 12/14/2016) [ECF No. 84]

   Objections Due:      December 19, 2016

   Objections Filed:    None

   Status:              This matter is going forward.

## CONTESTED MATTERS

3. **08-01789; SIPC v. BLMIS**

   A.  Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding an Interest in Sienna Partnership, L.P., Katz Group Limited Partnership and Fairfield Pagma Associates, L.P. filed by Jorian L. Rose on behalf of Irving H. Picard. (Filed: 11/9/2016) [ECF No. 14409]

   B.  Declaration of Vineet Sehgal in support of the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding an Interest in Sienna Partnership, L.P., Katz Group Limited Partnership and Fairfield Pagma Associates, L.P. filed by Jorian L. Rose on behalf of Irving H. Picard. (Filed: 11/9/2016) [ECF No. 14412]

   C.  Declaration of Stephanie Ackerman in support of Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding an Interest in Sienna Partnership, L.P., Katz Group Limited Partnership and Fairfield Pagma Associates, L.P. filed by Jorian L. Rose on behalf of Irving H. Picard. (Filed: 11/9/2016) [ECF No. 14414]

Responses:

D.  Response to Motion Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P. (Filed: 11/14/2016) [ECF No. 14427]

Objections Due:    December 7, 2016

Objections Filed:

E.  **Objection to Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding an Interest in Sienna Partnership, L.P., Katz Group Limited Partnership and Fairfield Pagma Associates, L.P.** filed by Lamar Ellis. (Filed: 11/21/2016) [ECF No. 14515]

Reply:

F.  Joint Reply of the Trustee and SIPC in support of the Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interest in Sienna Partnership, L.P., Katz Group Limited Partnership and Fairfield Pagma Associates, L.P. filed by Nicholas Cremona on behalf of Irving H. Picard. (Filed: 12/14/2016) [ECF No. 14647]

*[Remainder of page intentionally left blank.]*

6

       Status:       This matter is going forward.

Dated: New York, New York  
       December 20, 2016

Respectfully submitted,

 /s/ David J. Sheehan  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone:    212.589.4200  
Facsimile:    212.589.4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com  
Amy E. Vanderwal  
Email: avanderwal@bakerlaw.com  
Keith R. Murphy  
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*