BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                            Plaintiff,<br><br>           v.<br><br>SOUTH FERRY #2 LP, EMMANUEL GETTINGER, AARON WOLFSON, ABRAHAM WOLFSON, ZEV WOLFSON, and SOUTH FERRY BUILDING COMPANY,<br><br>                            Defendants. | Adv. Pro. No. 10-04350 (SMB) |

## NOTICE OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, commenced this adversary proceeding by filing a complaint (the "Complaint") on December 7, 2010 (Adv. Pro. No. 10-04350, ECF No. 1);

**PLEASE TAKE FURTHER NOTICE** that on January 17, 2014, Emmanuel Gettinger, South Ferry #2 LP, South Ferry Building Company, Aaron Wolfson, Abraham Wolfson, Zev Wolfson (the "Defendants"), filed an Answer to Trustee's Complaint (ECF No. 46) and pursuant to the case management order ("Case Management Order") (ECF No. 65) the Trustee and Defendants (the "Parties") commenced discovery, which was completed on April 27, 2016;

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Case Management Order, on June 1, 2016, the Trustee filed a Notice of Mediation Referral (ECF No. 71), wherein the Parties jointly agreed to enter mediation and, on September 13, 2016, the mediation was completed without a settlement between the Parties;

**PLEASE TAKE FURTHER NOTICE** the mediator filed his final report on December 14, 2016 indicating that the mediation was unsuccessful (ECF No. 81);

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference in the above-referenced adversary proceeding has been scheduled for **January 25, 2017, at 10:00 a.m.**;

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  December 20, 2016
      New York, New York

**BAKER & HOSTETLER LLP**

*/s/ Keith R. Murphy*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Keith R. Murphy
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*