# Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Steven E. Leber CRUT: Steven & Marion Leber, Trustees (the "Claimant"), having filed an objection (the "Objection", Docket No. 1532) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011112), hereby gives notice that it withdraws such Objection.

Dated: December 16, 2016

Mark N. Parry
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 554-7800
Fax: (212) 554-7700