UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Lewis Alpern and Jane Alpern (the "Claimants"), having filed an objection (the "Objection", Docket No. 0002532) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#002802), hereby gives notice that they withdraw such Objection.

Dated: November 30, 2016

                                                               Brendan M. Scott on behalf of Lewis Alpern
and Jane Alpern
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203
(212) 972-3000 Main