Abrahamson Law Firm, LLC
515 Madison Ave, 6th Floor
New York, NY 10022
201-840-5660
201-840-5663 fax
Attorney for Fred A. Daibes

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION
CORPORATION

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF

    Debtor.

Adv. Pro. No. 08-0/789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

---

In re:

Bernard L. Madoff,

    Debtor.

---

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

    Plaintiff,

v.

1096-1100 River Road Associates,
LLC; Fred A. Daibes, LLC; Fred A. Daibes,

    Defendants-Applicants.

Adv. Pro. No. 10-05390 (SMB)

**AMENDED
SUBSTITUTION OF ATTORNEY**

---

    The undersigned counsel, with the consent of the Defendants-Applicants, hereby consent to the substitution of Abrahamsen Law Firm, LLC as Attorney(s) for the Defendants, 1096-1100 River Road Associates, LLC; Fred A. Daibes, LLC; and Fred A. Daibes.

2514249.2  112057-94326

| DATED: December 13, 2016 | DATED: December 13, 2016 |
|---|---|
| /s/ Richard J. Abrahamsen | /s/ Mark B. Conlan |
| By: Richard J. Abrahamsen, Esq.<br>Abrahamsen Law Firm, LLC<br>115 River Road, Suite 828<br>Edgewater, NJ 07020<br>WITHDRAWING ATTORNEY | By: Mark B. Conlan<br>Gibbons P.C.<br>One Penn Plaza, 37th Fl<br>250 West 34th Street<br>New York, NY 10119-3701<br>SUCCEEDING ATTORNEY |

**SO ORDERED.**

DATED: December 21st, 2016        /s/ STUART M. BERNSTEIN
                                      **STUART M. BERNSTEIN**
                                      **UNITED STATES BANKRUPTCY JUDGE**

2514249.2  112057-94326