**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER APPROVING TRUSTEE'S MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN SIENNA PARTNERSHIP, L.P., KATZ GROUP LIMITED PARTNERSHIP, AND FAIRFIELD PAGMA ASSOCIATES, L.P.**

Upon consideration of the Trustee's Motion and Memorandum to Affirm His Determination Denying Claims of Claimants Holding Interests in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P. (the "Motion")[1] (ECF No. 14409), dated November 9, 2016, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated chapter 7 estate of Bernard L. Madoff ("Madoff"), the opposition to SIPC's Memorandum of Law in Support of the Motion having been filed by the Lamar Ellis Trust (ECF No. 14515) (the "Objection"); and the Joint Reply of the Trustee and SIPC in Support of the Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

in Sienna Partnership, L.P., Katz Group Limited Partnership, and Fairfield Pagma Associates, L.P. (ECF No. 14647) (the "Reply"); and it appearing that due and proper notice of the Motion and the relief requested therein have been given; and no other or further notice needs to be given; and a hearing having been held on the Motion on December 21, 2016; and the Court having reviewed the Motion, the Declarations of Stephanie Ackerman and Vineet Sehgal, the objection to claims determinations, the Objection, the Reply, and the Court having heard argument of counsel at the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is hereby granted as set forth herein; and it is further

**ORDERED**, that the Objection is hereby overruled; and it is further

**ORDERED**, that the Trustee's denial of the customer claims listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto as Exhibit A, is affirmed, and such claims are disallowed; and it is further

**ORDERED**, that the objections to the Trustee's determinations listed on the Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto as Exhibit A, are overruled; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
December 21st, 2016

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**EXHIBIT 2 – OBJECTING CLAIMANTS**
List Of Claimants Invested In The Limited Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| Sui Ping Lam | 012813 | 3201 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Sau Ling Lee | 012815 | 3200 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Sau Ling Lee F/B/O Kai Kong Shum | 012816 | 3200 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Anna Shin-Man Shum | 010921 | 3203 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| South Shore Partners, Inc. | 011585 | 3206 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Stanford International, Inc. | 012814 | 3199 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Rebecca Pui-Wa Tsang | 011084 | 3202 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Hermione Tsoi | 010920 | 3205 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Mai Ming Yuan | 010990 | 3204 | Moses & Singer LLP | Sienna Partnership LP | 1FR041 |
| Aron B Katz 1995 Irrevocable Trust | 014909 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Aron B Katz 1995 Irrevocable Trust | 015285 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Aron B Katz 1995 Irrevocable Trust | 015332 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Margaret Katz Cann | 015280 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Aron B Katz | 015283 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Martin J Katz | 015281 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Phyllis A Katz | 015282 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| Phyllis A Katz 1995 Irrevocable Trust | 015284 | 3570 | Pro Se Filing | Katz Group Limited Partnership | 1K0143 |
| George J. Azar, Jr. | 010934 | 4074 | Pro Se Filing | Fairfield Pagma Associates LP | 1ZA994 |