**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Jonathan New
Robertson Beckerlegge
Robyn Feldstein
*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ESTATE OF STEVEN MENDELOW; NANCY MENDELOW, individually and in her capacity as Executrix of the Estate of Steven Mendelow; CARA MENDELOW; PAMELA CHRISTIAN, C&P ASSOCIATES, LTD.; and C&P ASSOCIATES, INC.,<br><br>    Defendants. | Adv. Pro. No. 10-04283 (SMB) |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date by which the above-captioned Defendants must respond to the Amended Complaint filed in the above-captioned adversary proceeding is extended up to and including February 3, 2017.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.

Dated:  December 22, 2016
         New York, New York

| **BAKER & HOSTETLER LLP** | **CLAYMAN & ROSENBERG LLP** |
|---|---|
| By:  /s/ *Jonathan B. New*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Jonathan New<br>Email: jnew@bakerlaw.com<br>Robertson Beckerlegge<br>Email: rbeckerlegge@bakerlaw.com<br>Robyn Feldstein<br>Email: rfeldstein@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | By: /s/ *Seth L. Rosenberg*<br>305 Madison Avenue, Suite 1301<br>New York, New York 10165<br>Tel: 212-922-1080<br>Seth L. Rosenberg<br>Email: rosenberg@clayro.com<br>Brian D. Linder<br>Email: linder@clayro.com<br>Ramsey Hinkle<br>Email: hinkle@clayro.com<br><br>*Attorneys for Defendants The Estate of Steven Mendelow; Nancy Mendelow, as Executrix of the Estate of Steven Mendelow; Cara Mendelow; Pamela Christian; C&P Associates, LTD.; and C&P Associates, Inc.* |