**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                      Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                      Plaintiff,<br>v.<br>STANLEY SHAPIRO *et al.*,<br>                      Defendants. | Adv. Pro. No. 10-5383 (SMB) |

### SECOND AMENDMENT TO CASE MANAGEMENT PLAN

**WHEREAS**, pursuant to Federal Rules of Civil Procedure 16 and 26, as incorporated into Bankruptcy Rules 7016 and 7026, Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701, *et seq.*, and Defendant Stanley Shapiro and the other defendants named in the instant proceeding (collectively, the "Shapiro Family," and together with the Trustee, the "Parties") the Parties stipulated to the Case Management Plan, which was entered by this Court

on March 31, 2016 (ECF No 68), and the First Amendment to the Case Management Plan, which was entered by this Court on September 30, 2016 (ECF No. 71);

**WHEREAS**, the Parties previously agreed in Section 1(f) of the Case Management Plan that all interrogatories shall be served on or before December 30, 2016; and

**WHEREAS**, the Parties seek additional time to serve interrogatories in accordance with Local Rule 7033.

**NOW THEREFORE**, it is hereby stipulated and agreed, by and between the undersigned counsel, that the deadline for the Parties to serve interrogatories under Section 1(f) of the Case Management Plan shall be extended from December 30, 2016, to January 31, 2017. All other discovery and further deadlines provided for in the Case Management Plan shall remain unchanged.

Dated: December 27, 2016
New York, New York

| BAKER & HOSTETLER LLP | LAX & NEVILLE LLP |
|---|---|
| By: /s/ Torello H. Calvani | By: /s/ Barry R. Lax |
| 45 Rockefeller Plaza | 1450 Broadway, 35th Floor |
| New York, NY 10111 | New York, NY 10018 |
| Telephone: (212) 589-4200 | Telephone: (212) 696-1999 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 566-4531 |
| David J. Sheehan | Barry R. Lax |
| Email: dsheehan@bakerlaw.com | Email: blax@laxneville.com |
| Fernando A. Bohorquez | Brian J. Neville |
| Email: fbohorquez@bakerlaw.com | Email: bneville@laxneville.com |
| Torello H. Calvani | Robert Miller |
| Email: tcalvani @bakerlaw.com | Email: rmiller@laxneville.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: December 27th 2016
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE