**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>ESTATE OF JAMES HELLER, BARBARA H. FRIETAG, as personal representative, STEVEN P. HELLER, as personal representative, HARRY H. FALK, as personal representative, STEVEN P. HELLER REVOCABLE TRUST, a Florida trust, and ROBERT P. SALTSMAN, as trustee,<br><br>　　　　Defendants. | Adv. Pro. No. 10-05419 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Estate of James Heller, Barbara H. Frietag, Steven P. Heller and Harry H. Falk, as personal representatives, Steven P. Heller Revocable Trust, and Robert P. Saltsman, as trustee ("Defendants"), by and through their counsel, Frejka PLLC (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 10, 2010, the Trustee filed the Complaint against Defendants.

2. On January 17, 2014, Defendants served an Answer to the Complaint on the Trustee.

3. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on October 31, 2016.

4. Pursuant to the terms of the Settlement Agreement and Release, and in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default in the payments due pursuant to the Settlement Agreement to seek enforcement of the Settlement Agreement. Upon the Trustee's receipt of the full Settlement Payment as set forth in the Settlement Agreement, and provided there is no default under the Settlement Agreement, this dismissal shall be deemed with

prejudice.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: December 27, 2016

| Of Counsel: | **BAKER & HOSTETLER LLP** |
|---|---|
| **BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard, 14th Floor<br>Los Angeles, California 90025-7120<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br>Michael R. Matthias<br>Email: mmatthias@bakerlaw.com | By: /s/ Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*<br><br>**FREJKA PLLC**<br><br>By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>205 East 42nd Street, 20th Floor<br>New York, New York 10017<br>Telephone: (212) 641-0800<br>Elise S. Frejka<br>Email: efrejka@frejka.com<br><br>*Attorneys for Defendants* |

**SO ORDERED**

Dated:  December 27th, 2016
New York, New York

**/s/ STUART M. BERNSTEIN**
**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**