UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Cades Trust (the "Claimant"), having filed an objection (the "Objection," ECF No. 778) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#005464), hereby gives notice that it withdraws such Objection.

Dated: December 21, 2016

Stephen ~~Steven~~ Cades, Trustee
On behalf of Cades Trust
11445 Beechgrove Lane
Potomac, MD 20854-1802
(301) 279-7999