**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br><br>     v.<br><br>TRUST 'A' U/W G HURWITZ, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-04326 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF
ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Trust 'A' U/W G Hurwitz, Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, Brandi M. Hurwitz, as beneficiary of Trust 'A' U/W G Hurwitz, Michael Brent Hurwitz, individually and as beneficiary of Trust 'A' U/W G Hurwitz and as beneficiary of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz, and Allan Hurwitz, in his capacity as trustee of Trust 'A' U/W G Hurwitz and of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz (collectively, the "Defendants"), (together with the Trustee, the "Parties), hereby stipulate and agree to the following:

1. On November 26, 2010, the Trustee filed and served the Complaint in which the Defendants and Philip Tierney were named as defendants.

2. On September 19, 2011, the Trustee voluntarily dismissed without prejudice defendant Philip Tierney from this Adversary Proceeding. [Dkt. No. 15.]

3. On April 17, 2014, Defendants filed and served an answer on the Trustee.

4. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release dated November 18, 2016, which was fully-executed on December 14, 2016.

5. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and

2

dismissal of the adversary proceeding with prejudice, without costs to either Trustee or Defendants.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: December 28, 2016
New York, New York

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | By: */s/ Nicholas J. Cremona* |
| Key Tower | 45 Rockefeller Plaza |
| 127 Public Square, Suite 2000 | New York, New York 10111 |
| Cleveland, Ohio 44114-1214 | Telephone: (212) 589-4200 |
| Telephone: (216) 621-0200 | Facsimile: (212) 589-4201 |
| Facsimile: (216) 696-0740 | David J. Sheehan |
| Brett A. Wall | Email: dsheehan@bakerlaw.com |
| Email: bwall@bakerlaw.com | Nicholas J. Cremona |
| David F. Proaño | Email: ncremona@bakerlaw.com |
| Email: dproano@bakerlaw.com | |
| Darren A. Crook | *Attorneys for Irving H. Picard, Trustee for the* |
| Email: dcrook@bakerlaw.com | *Substantively Consolidated SIPA Liquidation* |
| Mark K. Norris | *of Bernard L. Madoff Investment Securities* |
| Email: mnorris@bakerlaw.com | *LLC and for the Estate of Bernard L. Madoff* |

| | |
|---|---|
| **BRANDI M. HURWITZ** | **MICHAEL B. HURWITZ** |
| */s/ Brandi M. Hurwitz* | */s/ Michael B. Hurwitz* |
| Brandi M. Hurwitz, as beneficiary of Trust 'A' U/W G Hurwitz | Michael B. Hurwitz, individually and as beneficiary of Trust 'A' U/W G Hurwitz and as beneficiary of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz |

**ALLAN R. HURWITZ**

*/s/ Allan R. Hurwitz*
Allan R. Hurwitz, in his capacity as trustee of Trust 'A' U/W G Hurwitz and of the Hurwitz Grandchildren Trust #2-B for Michael B. Hurwitz

|  |  |
|---|---|
|  | SO ORDERED |
|  | /s/ STUART M. BERNSTEIN |
| Dated: December 29th, 2016 | Hon. Stuart M. Bernstein |
| New York, New York | United States Bankruptcy Judge |