**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>COHMAD SECURITIES CORPORATION, *et al.,*<br><br>　　　　　Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF DEFENDANTS MARCIA B. COHN IN HER CAPACITY AS CO-EXECUTOR OF
THE ESTATE OF MILTON S. COHN AND SHERRY GAINES IN HER CAPACITY AS
CO-EXECUTOR OF THE ESTATE OF MILTON S. COHN
FROM ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Marcia B. Cohn in her capacity as Co-Executor of the Estate of Milton S. Cohn and Sherry Gaines in her capacity as Co-Executor of the Estate of Milton S. Cohn, by and through their counsel, Vinson & Elkins LLP and Richards Kibbe & Orbe LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.   On June 22, 2009, the Trustee commenced this adversary proceeding (the "Adversary Proceeding") against, among others, Milton S. Cohn by filing his original complaint (ECF No. 1).

2.   On October 8, 2009, the Trustee filed his First Amended Complaint (the "Complaint") in the Adversary Proceeding against, among others, Milton S. Cohn (ECF No. 82).

3.   After the disposition of proceedings on motions to withdraw the reference and motions to dismiss the Complaint in whole or in part, defendant Milton S. Cohn filed an answer to the Complaint on September 19, 2011 (ECF No. 238).

4.   Milton S. Cohn died on August 29, 2015. Marcia B. Cohn in her capacity as Co-Executor of the Estate of Milton S. Cohn and Sherry Gaines in her capacity as Co-Executor of the Estate of Milton S. Cohn were substituted as defendants in place of Milton S. Cohn by Order dated July 6, 2016 (ECF No. 372).

5. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 (Case No. 08-01789, Dkt. No. 3181), the Parties entered into a settlement agreement.

6. In accordance with Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of all of the Trustee's claims against defendants Marcia B. Cohn in her capacity as Co-Executor of the Estate of Milton S. Cohn and Sherry Gaines in her capacity as Co-Executor of the Estate of Milton S. Cohn in the Adversary Proceeding.

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective estates, personal representatives, executors, administrators, heirs, successors and assigns, and upon all creditors and parties in interest.

8. This Stipulation may be signed by the Parties, through their counsel, in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

9. Upon the dismissal of defendants Marcia B. Cohn in her capacity as Co-Executor of the Estate of Milton S. Cohn and Sherry Gaines in her capacity as Co-Executor of the Estate of Milton S. Cohn (the "Dismissed Defendants"), the caption of the Adversary Proceeding is hereby amended to delete the Dismissed Defendants from the caption. The amended caption shall appear as indicated in Exhibit A to this Stipulation.

Dated: December 29, 2016
       New York, New York

**BAKER HOSTETLER LLP**

By: */s/ Esterina Giuliani*
Esterina Giuliani
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: egiuliani@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**VINSON & ELKINS LLP**

By: */s/ Clifford Thau*
Clifford Thau
666 Fifth Avenue
26th Floor
New York, New York 10103
Telephone: 212.237.0016
Facsimile: 917.849.5338
Clifford Thau
Email: cthau@velaw.com
Marisa Antos-Fallon
Email: mantosfallon@velaw.com

**RICHARDS KIBBE & ORBE LLP**

By: */s/ Steven Paradise*
Steven Paradise
200 Liberty Street
New York, New York 10281
Telephone: 212.530.1800
Facsimile: 202.530.1801
Email: sparadise@rkollp.com

*Attorneys for Defendants Marcia B. Cohn in her capacity as Co-Executor of the Estate of Milton S. Cohn and Sherry Gaines in her capacity as Co-Executor of the Estate of Milton S. Cohn*

**SO ORDERED** this 27th day of December 2016.

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
United States Bankruptcy Judge