# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>COHMAD SECURITIES CORPORATION, MARCIA B. COHN INDIVIDUALLY AND IN HER CAPACITY AS CO-EXECUTOR OF THE ESTATE OF MAURICE COHN, ALVIN J. DELAIRE, JR., THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, JONATHAN GREENBERG, MORTON KURZROK, LINDA SCHOENHEIMER MCCURDY, RICHARD SPRING, MARILYN COHN INDIVIDUALLY AND IN HER CAPACITY AS CO-EXECUTOR OF THE ESTATE OF MAURICE COHN, JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT, CAROLE DELAIRE, EDWARD H KOHLSCHREIBER, EDWARD H | Adv. Pro. No. 09-01305 (SMB) |

KOHLSCHREIBER SR REV MGT TRUST, JOYCE BERMAN INDIVIDUALLY AND IN HER CAPACITY AS EXECUTOR OF THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, S & J PARTNERSHIP, ESTATE OF JANET JAFFIN, MILTON COOPER IN HIS CAPACITY AS TRUSTEE OF THE JANET JAFFIN DISPOSITIVE TRUST AND AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, MATTHEW GREENBERG, AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, LOIS LEVINE AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, THE SPRING FAMILY TRUST, JEANNE T. SPRING TRUST, and ELIZABETH M. MOODY,

              Defendants.