UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 28, 2016, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000540)

Executed on December 29, 2016

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 29th day of December, 2016

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

(SEAL)

_____
Notary Public   March 27, 2018

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000540**
12/28/2016

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| x | | **Redacted for Confidentiality Reasons** | | | | | | | |
| | x | SPCP Group LLC | Attention: Brian Jarmain | 2 Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 | |