| | |
|---|---|
| **CHAITMAN LLP** <br> Helen Davis Chaitman <br> hchaitman@chaitmanllp.com <br> 465 Park Avenue <br> New York, New York 10022 <br> Phone & Fax: 888-759-1114 | **Presentment Date: January 25, 2017 10:00 AM** <br> **Objection Date: January 18, 2017** |

*Attorneys for Defendants David Gross and Irma Gross Individually and as Joint Tenants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>     Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>     Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br>     Plaintiff, <br> v. <br> DAVID GROSS and IRMA GROSS, <br>     Defendants. | Adv. Pro. No. 10-04667 (SMB) |

### NOTICE OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that upon the Court's instructions at the January 29, 2016, 10:00 AM hearing held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, Courtroom 723, New York, New York 10004, this Notice of Unopposed Motion

{00024856 3 }

to Withdraw as Counsel ("Motion") along with the Declaration of Helen Davis Chaitman in support of Motion and Proposed Order Granting Motion are filed with the Court.

Dated: December 30, 2016
New York, New York

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman, Esq.
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants David Gross and Irma Gross*