**CHAITMAN LLP**  Presentment Date: January 25, 2017 10:00 AM
Helen Davis Chaitman  Objection Date: January 18, 2017
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants David Gross and Irma Gross Individually and as Joint Tenants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04667 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID GROSS and IRMA GROSS Individually and as Joint Tenants, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

{00027080 1 }

I hereby certify under penalty of perjury that I caused a true and correct copy of the following documents:

- Notice of Unopposed Motion to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and by electronic mail and United States Postal (USPS) upon:

> David and Irma Gross
> 7248 Ballantrae Court
> Boca Raton, FL 334986-1422
> (561) 483-4543
> Davidgross63@gmail.com

Dated:   December 30, 2016                    */s/ Helen Davis Chaitman*
         New York, New York

{00027080 1 }