UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04588 (SMB) |
| Plaintiff, | |
| v. | |
| AMY PINTO LOME REVOCABLE TRUST U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03, | |
| Defendants. | |

## NOTICE OF RESIGNATION OF CO-COUNSEL AND PROPOSED ORDER

The law firm of Marvin C. Ingber, Attorney and Counselor at Law, 6705 Apace Road, Edina, MN 55439-1001, having appeared as attorney of record for the Amy Lome Revocable Trust u/a/d 5/22/03, Amy Pinto Lome and Leonard D. Lome (the "Defendants") in this adversary proceeding hereby resigns as co-counsel of record and the law firm of Frejka PLLC, 205 East 42nd Street – 20th Floor, New York, New York 10017, shall continue and become the sole attorney of

record for the Defendants in this adversary proceeding.  All notices given or required to be given in

this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 205 East 42nd Street – 20th Floor
> New York, New York 10017
> Attn:   Elise S. Frejka
>         Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>         jrappaport@frejka.com

Defendants have knowledge of and consent to the resignation of Marvin C. Ingber,

Attorney and Counselor at Law, as co-counsel.

Dated: Palm Springs, California             Dated: New York, New York
      December 14, 2016                            January 3, 2017

     Marvin C. Ingber                          FREJKA PLLC


By: /s/ Marvin C. Ingber                     By: /s/ Elise S. Frejka
    Marvin C. Ingber                            Elise S. Frejka
    6705 Apache Road                            Jason S. Rappaport
    Edina, MN 55439-1001                        205 East 42nd Street – 20th Floor
    Telephone: (612) 327-8378                   New York, New York 10017
    Fax: (952) 941-3652                         Telephone: (212) 641-0800
                                                Fax: (212) 641-0200


    Dated: New York, New York                   SO ORDERED:
       January __, 2017

                                  _____
                                  HON. STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE