UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,<br><br>    Defendants. | Adv. Pro. No. 10-04538 (SMB) |

### NOTICE OF RESIGNATION OF CO-COUNSEL AND ORDER

The law firm of Marvin C. Ingber, Attorney and Counselor at Law, 6705 Apace Road, Edina, MN 55439-1001, having appeared as attorney of record for James B. Pinto Revocable Trust U/A DTD 12/1/03 and James B. Pinto (the "Defendants") in this adversary proceeding hereby resigns as co-counsel of record and the law firm of Frejka PLLC, 205 East 42nd Street – 20th Floor, New York, New York 10017, shall continue and become the sole attorney of record for the Defendants in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> FREJKA PLLC
> 205 East 42nd Street – 20th Floor
> New York, New York 10017
> Attn:   Elise S. Frejka
>         Jason S. Rappaport
> Telephone: (212) 641-0800
> Email: efrejka@frejka.com
>        jrappaport@frejka.com

Defendants have knowledge of and consent to the resignation of Marvin C. Ingber, Attorney and Counselor at Law, as co-counsel.

| | |
|---|---|
| Dated: Palm Springs, California<br>December 14, 2016 | Dated: New York, New York<br>January 3, 2017 |
| Marvin C. Ingber | FREJKA PLLC |
| By: /s/ Marvin C. Ingber<br>Marvin C. Ingber<br>6705 Apache Road<br>Edina, MN 55439-1001<br>Telephone: (612) 327-8378<br>Fax: (952) 941-3652 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>Jason S. Rappaport<br>205 East 42nd Street – 20th Floor<br>New York, New York 10017<br>Telephone: (212) 641-0800<br>Fax: (212) 641-0200 |
| Dated: New York, New York<br>January 3rd, 2017 | SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |