**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. LIFTON<br><br>Defendant. | Adv. Pro. No. 10-05087 (SMB) |

**DECLARATION OF NICHOLAS J. CREMONA, ESQ., REGARDING DEFENDANT'S DEFAULT IN PAYMENTS**

I, NICHOLAS J. CREMONA, ESQ., declare the following:

1. I am a Partner with the law firm Baker & Hostetler LLP, counsel for Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the estate of Bernard L. Madoff ("Madoff"). As such, I am fully familiar with the facts and circumstances set forth herein.

2. On December 2, 2010, Trustee commenced an adversary proceeding in the Bankruptcy Court against Steven J. Lifton ("Defendant") in an action captioned *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Steven J. Lifton*, Adv. Pro. No. 10-05087 (SMB) (the "Adversary Proceeding"). The Trustee alleged that Defendant received avoidable transfers (the "Avoidable Transfers") in connection with BLMIS Account No. 1KW164 (the "BLMIS Account").

3. On August 31, 2015, the Trustee and Defendant entered into a Settlement Agreement and Release (the "Agreement") whereby Defendant agreed to pay the settlement amount of One Million Four Hundred Fifty Thousand United States Dollars ($1,450,000) (the "Settlement Amount"), through the payment of installments, and the parties agreed to settle any and all claims and disputes the parties may have against each other with respect to the Avoidable Transfers and the Adversary Proceeding without the expense, delay, and uncertainty of litigation.

4. The obligation to pay the Settlement Amount was secured by a Stipulation for Entry of Judgment (the "Stipulation") in the amount of the Settlement Amount, less payments previously made and credits against the Settlement Amount, pursuant to which a Judgment Pursuant to Stipulation (the "Judgment") may be entered *ex parte* in the event any installment payment is not timely made. Copies of the Stipulation and Judgment are annexed hereto as Exhibit A. The Stipulation and Judgment were to be held in escrow by the Trustee's counsel and

2

were not to be entered as long as the installment payments were timely made. The Trustee agreed that prior to requesting entry of the Judgment pursuant to the Stipulation, the Trustee would provide Defendant and his counsel with written notice of default, and Defendant would have the opportunity to cure any such default within fifteen (15) business days. Defendant agreed that if the Judgment were entered it shall be in the full Settlement Amount, less credits and payments previously made pursuant to the Agreement. Defendant also agreed that if the Judgment were entered, the Judgment shall bear interest at the applicable rate per annum from the effective date of the Agreement.

5. Defendant timely paid the first two settlement payments due under the Agreement to the Trustee, aggregating One Hundred Thousand Dollars ($100,000).

6. Defendant failed to pay the third settlement payment to the Trustee consistent with the terms of the Agreement, which was due on or before September 8, 2016.

7. Counsel for the Trustee notified counsel for Defendant of the delinquency of Defendant's third settlement payment and the opportunity to cure any default within fifteen (15) business days. Counsel for Defendant requested a forbearance period, which the Trustee granted by agreement (the "Forbearance Period"). The Forbearance Period expired as of November 15, 2016.

8. As of the date hereof, Defendant has failed to make the third settlement payment.

9. As of the date hereof, One Million Three Hundred Fifty Thousand United States Dollars ($1,350,000) remains outstanding under the Agreement and is now due and payable pursuant to the terms of the Agreement and the Stipulation.

10. Notwithstanding that the Agreement and the Stipulation provide that the Judgment shall bear interest at the applicable legal rate from the effective date of the Agreement,

the Trustee is waiving his entitlement to interest in connection with the Judgment in this Adversary Proceeding based on the *de minimis* amount of any such interest and in order to obtain immediate entry of the Judgment.

11. The Trustee respectfully requests that the Judgment substantially in the form attached hereto as Exhibit B be entered pursuant to the Stipulation in the amount of One Million Three Hundred Fifty Thousand United States Dollars ($1,350,000).

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746 (2).

Dated: New York, New York
January 3, 2017

*s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: ncremona@bakerlaw.com