**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>         v.<br><br>ANGELA TILETNICK,<br><br>                              Defendant. | Adv. Pro. No. 10-04306 (SMB) |

**SECOND AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: May 30, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: July 19, 2017.

4. The Disclosure of Rebuttal Experts shall be due: September 19, 2017.

5. The Deadline for Completion of Expert Discovery shall be: October 20, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before October 27, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before November 10, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or February 8, 2018.

| | |
|---|---|
| Dated: January 4, 2017<br>New York, New York | BAKER & HOSTETLER LLP<br><br>By: /s/ David J. Sheehan |
| Counsel:    Ruth Hartman | David J. Sheehan<br>Nicholas J. Cremona<br>James H. Rollinson<br>Torello H. Calvani |
| **BAKER & HOSTETLER LLP**<br>1900 East Ninth Street<br>Cleveland, Ohio 44114<br>Telephone: (216)621-0200<br>Facsimile: (216)696-0740<br>Ruth E. Hartman<br>Email: rhartman@bakerlaw.com | 45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300421442.4