UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant<br><br>              -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>              -against-<br><br>KENNETH PERLMAN, et al.,<br><br>                  Defendants. | Adv. Pro. No. 10-04541 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>   -against-<br><br>EDYNE GORDON,<br><br>      Defendant. | Adv. Pro. No. 10-04914 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>   -against-<br><br>TOBY HARWOOD,<br><br>      Defendant. | Adv. Pro. No. 10-04818 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>   -against-<br><br>ESTATE OF BOYER PALMER, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-04826 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>BRUNO DIGIULIAN,<br><br>Defendant. | Adv. Pro. No. 10-04728 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>RUSSELL L. DUSEK,<br><br>Defendant. | Adv. Pro. No. 10-04644 (SMB) |

## DISCOVERY ARBITRATOR'S ORDER

The Defendants in the above-captioned adversary proceedings having moved for a protective order and to quash deposition notices served by the Trustee, it is hereby ORDERED that the motion is granted solely to the extent that:

1. At least three days before any of the Defendants is deposed, the Trustee shall furnish Chaitman LLP with pre-marked copies of the exhibits that the Trustee intends to show the witness.

2. By January 3, 2017, at 5 p.m., Ms. Chaitman shall advise the Trustee which of the Defendants will stipulate to the accuracy and completeness of Columns 1 through 5 of Exhibit B to the Complaint in which they are named and withdraw any inconsistent affirmative defenses.

3. A further telephone conference shall be held on January 5, 2016, at 11 a.m., to discuss the remainder of the Defendants' application.

SO ORDERED.

Dated:   New York, New York
         January 4, 2017

/s/
_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel via ECF