UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 3, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000541)

Executed on ___Jan. 5___, 2017

_____
John S. Franks

Sworn to and subscribed before me this __5th__ day of __January__ 2017

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

_____
(SEAL)                                Notary Public

March 27, 2018

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000541**
1/3/2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | **Redacted for Confidentiality Reasons** | | | | | | | |
| | X | The Mitzi and Warren Eisenberg Family Foundation, Inc./The Susan and Leonard Feinstein Foundation | c/o Rockdale Capital | 650 Liberty Avenue | | Union | NJ | 07083 | |