# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

---

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (BRL) |
| Debtor. | |

---

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04716 (BRL) |
| v. | |
| NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Paul Kunin; and PAUL KUNIN, | |
| Defendants. | |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Yan Fayerman declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.  On the 7th day of February, 2011, I caused a true and accurate copy of the:

    (i)  "Complaint", along with the relevant exhibits (Docket No. 1); and the

    (ii) "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (Docket No. 2); and the

300108860

(iii) "Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 4); and the

(iv) "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

(v) "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

(vi) "Second Amended Notice of Omnibus Avoidance Action Hearing Dates",

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 7th day of February, 2011 at New York, New York.

By _____
Yan Fayerman

Sworn before me this
7th day of February, 2011

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

300108860

Date : 2/7/2011                    Adv Pro No: 10-04716 (BRL)                    Page # : 1
**Exhibit 1**
**Redacted Version**

---

NTC & CO.

    THOMAS J. SCHELL
    BRYAN CAVE LLP
    1290 AVENUE OF THE AMERICAS
    NEW YORK NY 10104

    Counsel  - 004466 012157

PAUL KUNIN

    PAUL KUNIN
    OAK BROOK IL 60523

    004467 009891

    PAUL KUNIN
    ST. LOUIS PARK MN 55415

    004467 009892

    PAUL KUNIN
    MINNETONKA MN 55305

    004467 009893