**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>        Plaintiff, <br> v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>        Defendant. | Adv. Pro. No. 08-01789 (SMB) <br>SIPA LIQUIDATION <br><br>(Substantively Consolidated) |
| In re: <br>BERNARD L. MADOFF, <br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br>        Plaintiff, <br> v. <br>PAUL KUNIN, <br>        Defendant. | Adv. Pro. No. 10-04716 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

  I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On February 27, 2015, I served the *Entry of Default* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

/s/Tanya Kinne
TANYA KINNE

Sworn to before me this
27th day of February, 2015

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

2

## SCHEDULE A

Paul Kunin
Oak Brook, IL 60523
Pro Se

Paul Kunin
MINNETONKA, MN 55305
Pro Se

3