UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Lester Greenman (the "Claimant"), having filed an objection (the "Objection", Docket No. 899) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#011759), hereby gives notice that he withdraws such Objection.

Dated: January 6, 2017

                                                     /s/ Elise S. Frejka
                                                   Elise S. Frejka on behalf of Lester Greenman
                                                   FREJKA, PLLC
                                                   205 East 42nd Street – 20th Floor
                                                   New York, NY 10017
                                                   (212) 641-0800