**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:    212.589.4200
Facsimile:    212.589.4201
David J. Sheehan
Heather R. Wlodek

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 12, 2017 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A.  Motion for an Order Approving Eighth Allocation of Property to the Fund of Customer Property and Authorizing Eighth Interim Distribution to Customers filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 12/14/2016) [Docket No. 14662]

B.    Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving the Eighth Allocation of Property to the Fund of Customer Property and Authorizing Eighth Interim Distribution to Customers. (Filed: 12/14/2016) [ECF No. 14664]

| | |
|---|---|
| Objections Due: | January 5, 2017 |
| Objections Filed | None |
| Status: | This matter is going forward. |

Dated: New York, New York
January 11, 2017

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   212.589.4200
Facsimile:   212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*