**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br>  v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

  Joseph S. Popkin Revocable Trust Dated 2/19/06 (the "Claimant"), having filed an objection (the "Objection," ECF No. 861) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#008885), hereby gives notice that it withdraws such Objection.

Dated: January 10, 2017

**SEEGER WEISS LLP**
By: /s/Parvin K. Aminolroaya
77 Water Street, 26th Floor
New York, New York 10005
Telephone: 212.584.0700
Facsimile: 212.584.0799
On behalf of Claimant

300428308.1