**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br>  v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION

Logue Family Revocable Trust (the "Claimant"), having filed an objection (the "Objection," ECF No. 2389) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#008883), hereby gives notice that it withdraws such Objection.

Dated:  January 10, 2017

**SEEGER WEISS LLP**
By:  /s/Parvin K. Aminolroaya
77 Water Street, 26th Floor
New York, New York 10005
Telephone:  212.584.0700
Facsimile:  212.584.0799
On behalf of Claimant

300428309.1