# EXHIBIT 1

| Defendant & Discovery Request to Which Responding | No Apparent Dispute Between the Parties | Defendant Categorically Object to Request | Defendant Objects On Ground Not Party to Claim | Request Likely Not Relevant (in whole or part) with Stipulation | Defendant's Response Otherwise Deficient |
|---|---|---|---|---|---|
| **EXHIBIT 1 TO LETTER FROM JAMES H. ROLLINSON OF 1/6/16 RE: PICARD V. SHAPIRO ET AL.** | | | | | |
| Stanley RFA1stSet Nos. 1-22 | X | | | | |
| Stanley RFA1stSet No. 23 | | X | X | | |
| Stanley RFA1stSet No. 24 | X | | | | |
| Stanley RFA1stSet Nos. 25-43 | | X | X | | |
| Stanley RFA1stSet Nos. 44-48 | X | | | | |
| Stanley RFA1stSet Nos. 49-53 | | X | X | X | |
| Stanley RFA1stSet Nos. 54-55 | X | | | | |
| Stanley RFA1stSet Nos. 56-57 | | X | X | X | |
| Stanley RFA1stSet Nos. 58-66 | X | | | | |
| Stanley RFA1stSet No. 67 | | X | X | X | |
| Stanley RFA1stSet Nos. 68-69 | X | | | | |
| | | | | | |
| StanleyRFA2nd-No.1-18 | X | | | | |
| StanleyRFA2nd-No.19-34 | | X | X | | |
| StanleyRFA2nd-No.35-36 | X | | | | |
| StanleyRFA2nd-No.37-38 | | X | X | | |
| StanleyRFA2nd-No.39-40 | | X | X | X | |
| StanleyRFA2nd-No.41 | X | | | | |
| StanleyRFA2nd-No.42-45 | | X | X | X | |
| StanleyRFA2nd-No.46-58 | X | | | | |
| StanleyRFA2nd-No.59 | | X | X | X | |
| StanleyRFA2nd-No.60 | X | | | | |
| StanleyRFA2nd-No.61 | | X | X | X | |
| StanleyRFA2nd-No.62-63 | X | | | | |
| | | | | | |
| DavidRFA-No.1-17 | X | | | | |
| DavidRFA-No.18 | | X | X | | |
| DavidRFA-No.19 | X | | | | |
| DavidRFA-No.20 | | X | X | | |
| DavidRFA-No.21 | | | | X | |
| DavidRFA-No.22-35 | | X | X | | |
| DavidRFA-No.36-37 | X | | | | |
| DavidRFA-No.38-39 | | X | X | | |
| DavidRFA-No.40-41 | | X | X | X | |
| DavidRFA-No.42-43 | X | | | | |
| DavidRFA-No.44-47 | | X | X | X | |
| DavidRFA-No.48-58 | X | | | | |
| DavidRFA-No.59 | | X | X | X | |
| DavidRFA-No.60 | X | | | | |
| DavidRFA-No.61 | | X | X | X | |
| DavidRFA-No.62-63 | X | | | | |
| | | | | | |
| LeslieRFA-No.1-20 | X | | | | |
| LeslieRFA-No.21-42 | | X | X | | |
| LeslieRFA-No.43-49 | X | | | | |
| LeslieRFA-No.50-51 | | X | X | X | |
| LeslieRFA-No.52 | | | | | X |
| LeslieRFA-No.53 | | X | X | X | |
| LeslieRFA-No.54-55 | X | | | | |
| LeslieRFA-No.56-57 | | X | X | X | |
| LeslieRFA-No.58-65 | X | | | | |
| LeslieRFA-No.66-67 | | X | X | X | |
| LeslieRFA-No.68-69 | X | | | | |
| | | | | | |
| StanleyRFPD-No.1-4 | | | | | X |
| StanleyRFPD-No.5-9 | | X | | | |
| StanleyRFPD-No.10 | X | | | | |
| StanleyRFPD-No.11 | | X | | | |
| StanleyRFPD-No.12-15 | | | | | X |
| StanleyRFPD-No.16 | | X | | | |

| *Defendant & Discovery Request to Which Responding* | *No Apparent Dispute Between the Parties* | *Defendant Categorically Object to Request* | *Defendant Objects On Ground Not Party to Claim* | *Request Likely Not Relevant (in whole or part) with Stipulation* | *Defendant's Response Otherwise Deficient* |
|---|---|---|---|---|---|
| StanleyRFPD-No.17 | | | | | X |
| StanleyRFPD-No.18 | | X | | | |
| StanleyRFPD-No.19-22 | | X | X | | |
| StanleyRFPD-No.23 | X | | | | |
| StanleyRFPD-No.24-35 | | X | | | |
| StanleyRFPD-No.36 | | | | | X |
| StanleyRFPD-No.37 | | X | X | X | |
| StanleyRFPD-No.38-39 | | X | | X | |
| StanleyRFPD-No.40-42 | X | | | | |
| StanleyRFPD-No.43-44 | | X | | | |
| StanleyRFPD-No.45 | | X | | X | |
| StanleyRFPD-No.46 | X | | | | |
| StanleyRFPD-No.47 | | X | | | |
| StanleyRFPD-No.48-49 | X | | | | |
| | | | | | |
| DavidRFPD-No.1-4 | | | | | X |
| DavidRFPD-No.5 | | X | | | |
| DavidRFPD-No.6 | | X | X | | |
| DavidRFPD-No.7-9 | | X | | | |
| DavidRFPD-No.10 | | X | X | | |
| DavidRFPD-No.11 | | X | | | |
| DavidRFPD-No.12-14 | | | | | X |
| DavidRFPD-No.15-18 | | X | X | | |
| DavidRFPD-No.19 | | X | X | X | |
| DavidRFPD-No.20-21 | X | | | | |
| DavidRFPD-No.22-33 | | X | | | |
| DavidRFPD-No.34-35 | | X | | X | |
| DavidRFPD-No.36 | | X | X | X | |
| DavidRFPD-No.37-39 | X | | | | |
| DavidRFPD-No.40 | | X | | | |
| DavidRFPD-No.41 | X | | | | |
| DavidRFPD-No.42 | | X | X | X | |
| DavidRFPD-No.43-45 | X | | | | |
| | | | | | |
| CintronsRFPD-No.1 | | X | | | |
| CintronsRFPD-No.2-4 | | | | | X |
| CintronsRFPD-No.5-11 | | X | | | |
| CintronsRFPD-No.12-14 | | | | | X |
| CintronsRFPD-No.15-16 | | X | X | | |
| CintronsRFPD-No.17 | | X | | | |
| CintronsRFPD-No.18-19 | | X | X | | |
| CintronsRFPD-No.20-21 | X | | | | |
| CintronsRFPD-No.22-30 | | X | | | |
| CintronsRFPD-No.31-32 | | X | X | | |
| CintronsRFPD-No.33-36 | | X | | | |
| CintronsRFPD-No.36 | | X | X | X | |
| CintronsRFPD-No.37-39 | X | | | | |
| CintronsRFPD-No.40 | | X | X | | |
| CintronsRFPD-No.41 | X | | | | |
| CintronsRFPD-No.42 | | X | X | X | |
| CintronsRFPD-No.43-45 | X | | | | |