# EXHIBIT A

# Rollinson, James H.

| | |
|---|---|
| **From:** | Robert Miller <rmiller@laxneville.com> |
| **Sent:** | Tuesday, January 10, 2017 6:48 PM |
| **To:** | Rollinson, James H.; Barry Lax |
| **Cc:** | Wang, Ona Theresa; Calvani, Torello |
| **Subject:** | RE: Picard v. Shapiro et al. |

Jamie,

Our clients do not consent.

Best.

Robert Miller
Lax & Neville LLP



1450 Broadway, 35th Floor
New York, NY 10018
T: 212.696.1999
F: 212.566.4531
E: rmiller@laxneville.com
www.laxneville.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and return the original to the sender without making a copy. Thank you.

**From:** Rollinson, James H. [mailto:jrollinson@bakerlaw.com]
**Sent:** Friday, January 06, 2017 8:59 AM
**To:** Barry Lax <blax@laxneville.com>
**Cc:** Robert Miller <rmiller@laxneville.com>; Wang, Ona Theresa <OWang@bakerlaw.com>; Calvani, Torello <tcalvani@bakerlaw.com>
**Subject:** Picard v. Shapiro et al.

Barry and Rush,

The Trustee intends by letter early next week to seek an attorney conference with Judge Bernstein regarding the current discovery dispute between the parties.  Before doing so, I wanted to revisit whether your clients are willing to have this matter heard in the first instance by Magistrate Maas.  Please advise by the close of business on Monday whether they will so consent.

Many thanks,

1

Jamie

**James Rollinson**
Partner

**BakerHostetler**
Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114-1214
T 216.861.7075

jrollinson@bakerlaw.com
bakerlaw.com

 

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.