**EXHIBIT 1 – ACCOUNT-HOLDING TENANT IN COMMON**

Tenant In Common With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Tenant In Common BLMIS Account Name | Tenant In Common Name | Tenant In Common BLMIS Account Number | Claim Filed By Tenant In Common | Outstanding Docketed Objections From Investors In the Tenant In Common | Outstanding Claims of Investors in the Tenant In Common |
|---|---|---|---|---|---|
| Judy L Kaufman et al TIC | Judy L Kaufman et al TIC | 1CM100 | Yes (013405) | 2 | 2 |
| Richard B Felder And Deborah Felder TIC | Richard B Felder And Deborah Felder TIC | 1ZA249 | Yes (001513) | 1 | 3 |
| Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC[1] | Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC | 1ZA339 | Yes (010700, 011601 and 011602) | 2 | 3 |
|  |  |  |  | 5 | 8 |

1. The Motion seeks to overrule that portion of objection docket 2075 related to claims 010700, 011601 and 011602, filed by the Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC, only insofar as it seeks customer status for the Objecting Claimants.