## EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Tenant In Commons Identified In Exhibit 1

| Claim Number | Objection Party | Tenant In Common | TIC BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 012888 | Robert and Rebecca Epstein Living Trust | Judy L Kaufman et al TIC | 1CM100 | Claim for securities and/or credit balance denied (12/17/2010). | 3760 | 1/14/2011 |
| 012947 | Daniel C. Epstein | Judy L Kaufman et al TIC | 1CM100 | Claim for securities and/or credit balance denied (12/17/2010). | 3762 | 1/13/2011 |
| 001369 | The Richard and Deborah Felder Foundation | Richard B Felder And Deborah Felder TIC | 1ZA249 | Claim for securities and/or credit balance denied (11/19/2010). | 3865[1] | 2/19/2011 |
| 001463 | Jonathan E Felder | Richard B Felder And Deborah Felder TIC | 1ZA249 | Claim for securities and/or credit balance denied (11/19/2010). | 3865[1] | 2/19/2011 |
| 001515 | Jeffrey D. Felder | Richard B Felder And Deborah Felder TIC | 1ZA249 | Claim for securities and/or credit balance denied (11/19/2010). | 3865[1] | 2/19/2011 |
| 100192 | Carla Hirschhorn | Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC | 1ZA339 | Claim for securities and/or credit balance denied (11/05/2010). | 3189 | 11/17/2010 |
| 100397 | Jeffrey Schaffer | Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC | 1ZA339 | Claim for securities and/or credit balance denied (11/05/2010). | 3189 | 11/17/2010 |
| 100400 | Keith Schaffer | Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC | 1ZA339 | Claim for securities and/or credit balance denied (11/05/2010). | 3189 | 11/17/2010 |
| N/A | Keith Schaffer | N/A | N/A | Claim for securities and/or credit balance denied (3/10/2011). | 2075[2] | 11/17/2010 |

[1] Objection docket 3865 was filed on behalf of Richard B Felder And Deborah Felder TIC as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.

[2] The Motion seeks to overrule that portion of objection docket 2075 related to claims 010700, 011601 and 011602, filed by the Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC, only insofar as it seeks customer status for the Objecting Claimants.