**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                       Plaintiff,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                       Plaintiff,<br><br>                v.<br><br>D. STONE INDUSTRIES, INC. PROFIT SHARING PLAN; and DANIEL STONE, MICHAEL STONE and SUSAN STONE, individually and in their capacities as trustees of D. Stone Industries, Inc. Profit Sharing Plan,<br>                                       Defendants. | Adv. Pro. No. 10-05068 (SMB) |

# **EIGHTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: March 30, 2016.

2. The Disclosure of Case-in-Chief Experts shall be due: March 22, 2017.

3. The Disclosure of Rebuttal Experts shall be due: April 21, 2017.

4. The Deadline for Completion of Expert Discovery shall be: May 22, 2017.

5. The Deadline for Service of a Notice of Mediation Referral shall be: June 5, 2017.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 19, 2017.

7. The Deadline for Conclusion of Mediation shall be: October 17, 2017.

[*The remainder of this page intentionally left blank*]

300427553.1

Dated: January 13, 2017

| | |
|---|---|
| BAKER & HOSTETLER LLP | FREJKA PLLC |
| | |
| By: */s/ Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  212.589.4200 <br> Facsimile:  212.589.4201 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email:  ncremona@bakerlaw.com <br> Christa C. Turner <br> Email: cturner@bakerlaw.com | By: */s/ Jason S. Rapport* <br> 205 East 42nd Street – 20th Floor <br> New York, NY 10017 <br> Telephone: 212.641.0800 <br> Elise S. Frejka <br> Email: efrejka@frejka.com <br> Jason S. Rapport <br> Email: jrappaport@frejka.com <br><br> *Attorneys for Defendants* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |