**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@gmail.com
Elyssa S. Kates
Email: ekates@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　Plaintiff, | Adv. Pro. No. 10-04889 (SMB) |

v.

ROBERT S. SAVIN,

        Defendant.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against Defendant Robert S. Savin; and

**WHEREAS**, Robert S. Savin died on December 18, 2014.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shevryn Savin[1] (the "Estate"), as follows:

1. The Estate and Barbara L. Savin, in her capacity as Personal Representative of the Estate, ("Defendants"), are hereby substituted into this action in place of Robert S. Savin, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2. The Clerk of the Court is hereby directed to amend the caption to remove Robert S. Savin and substitute the Estate and Barbara L. Savin, in her capacity as Personal Representative of the Estate, as reflected on Exhibit A to this Stipulation.

3. Undersigned counsel for the Estate and Barbara L. Savin, in her capacity as Personal Representative of the Estate: (i) expressly represents that she has the authority to accept service of the Amended Complaint on behalf of Defendants, (ii) waives service of the summons

---

[1] File No. 502016CP005287XXXXMB, in the Circuit Court for Palm Beach County, Florida, Probate Division.

and the Amended Complaint on behalf of Defendants, (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of Defendants, and (iv) expressly agrees that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4.   Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5.   This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:   January 13, 2017

 */s/ Elyssa S. Kates*
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Fax: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

   */s/ Helen Davis Chaitman*
Helen Davis Chaitman
Email: Hchaitman@chaitmanllp.com
Jennifer Allim
Email: jallim@chaitmanllp.com
**Chaitman LLP**
465 Park Avenue
New York, NY 10022
Telephone: (908) 303-4568
Fax: (888) 759-1114

*Attorneys for Defendant Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert S. Savin*

        SO ORDERED

        /s/ STUART M. BERNSTEIN

Dated: January 13, 2017      HON. STUART M. BERNSTEIN
New York, New York        UNITED STATES BANKRUPTCY JUDGE