**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>LEGACY CAPITAL LTD.,<br><br>         Defendant. | Adv. Pro. No. 10-05286 (SMB) |

## STIPULATION AND ORDER AS TO UNDISPUTED TRANSFERS

The plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, individually ("Madoff"), and defendant Legacy Capital Ltd. ("Legacy Capital"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, Legacy Capital, Montpellier International LDC ("Montpellier"), Olympus Assets LDC ("Olympus"), and HCH Management Company Limited ("HCH") each maintained

accounts with BLMIS at certain relevant times, and made deposits to and withdrawals of principal from those accounts as specified in Exhibit A to this Stipulation;

**WHEREAS**, as set forth in the Trustee's amended complaint in this adversary proceeding (the "Complaint"), BLMIS and/or Madoff made certain transfers to or for the benefit of Legacy Capital (the "Initial Transfers") relating to BLMIS account no. 1FR071, maintained by Legacy Capital (the " Legacy Account");

**WHEREAS**, in Count One of the Complaint, the Trustee seeks to avoid and recover from Legacy Capital the Initial Transfers or their value as fraudulent pursuant to, *inter alia*, sections 548, 550(a) and 551 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code"), as well as section 78fff-2(c)(3) of the Securities Investor Protection Act ("SIPA");

**WHEREAS**, Legacy Capital moved to dismiss the Trustee's claims in the Complaint, which motion was heard on October 28, 2015;

**WHEREAS**, on March 14, 2016, the Hon. Stuart M. Bernstein, United States Bankruptcy Judge, issued an opinion granting in part and denying in part the motion to dismiss;

**WHEREAS**, Judge Bernstein dismissed all claims in Counts Two through Eight of the Complaint; and

**WHEREAS**, the Parties have conferred in an attempt to resolve, where possible, certain differences and disputes between them.

**NOW**, **THEREFORE**, the Parties agree and stipulate that the following facts shall be deemed undisputed facts in this action:

1.      Montpellier maintained BLMIS account no. 1FN027, the balance of which was transferred to the Legacy Account on or about October 2, 2000.

2

2. Olympus maintained BLMIS account no. 1FR034, the balance of which was transferred to Montpellier's BLMIS account on or about January 4, 1999.

3. HCH maintained BLMIS account no. 1FR055, the balance of which was transferred to the Legacy Account on or about October 2, 2000.

4. Exhibit A to this Stipulation accurately sets forth the cash deposits and cash withdrawals from the Montpellier, Olympus, HCH, and Legacy BLMIS accounts.

5. By executing this Stipulation, Legacy Capital in no way concedes or admits liability under Bankruptcy Code sections 548, 550 or any other applicable section of the Bankruptcy Code, New York Debtor Creditor Law, SIPA, or any other applicable law.

6. This Stipulation is without prejudice to the Trustee asserting claims to avoid and/or recover any additional or other transfers to Legacy Capital, including any subsequent transfers of the Initial Transfers, determined through the Trustee's continuing investigation and through discovery.

Dated:   New York, New York
         January 12, 2017

<div style="display:flex">

*/s/ Oren J. Warshavsky*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*/s/ Nicholas F. Kajon*
**STEVENS & LEE, P.C.**
485 Madison Avenue
New York, NY 10022
Telephone:  (212) 537-0403
Facsimile:  (610) 371-1223
Nicholas F. Kajon
Email: nfk@stevenslee.com

*Attorneys for Defendant Legacy Capital Ltd.*

</div>

SO ORDERED this 13th day of January , 2017.


/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT A

**Withdrawals and Deposits - Legacy Capital Limited BLMIS Account No. 1FR071**

| Date | Amount | Tran Type | Transaction Description |
|---|---|---|---|
| 10/2/2000 | $34,967,994 | JRNL | TRANS FROM 1FR055 |
| 10/2/2000 | $13,706,225 | JRNL | TRANS FROM 1FN027 |
| 5/2/2001 | $15,000,000 | CA | CHECK WIRE |
| 8/2/2001 | $15,000,000 | CA | CHECK WIRE |
| 1/13/2003 | $25,000,000 | CA | CHECK WIRE |
| 3/31/2004 | ($38,800,000) | CW | CHECK WIRE |
| 4/1/2005 | $3,000,000 | CA | CHECK WIRE |
| 6/23/2005 | $5,000,000 | CA | CHECK WIRE |
| 8/4/2005 | $5,000,000 | CA | CHECK WIRE |
| 10/25/2006 | $5,000,000 | CA | CHECK WIRE |
| 2/21/2007 | $5,000,000 | CA | CHECK WIRE |
| 9/4/2007 | ($50,000,000) | CW | CHECK WIRE |
| 9/4/2007 | ($50,000,000) | CW | CHECK WIRE |
| 10/4/2007 | ($27,000,000) | CW | CHECK WIRE |
| 10/4/2007 | ($27,000,000) | CW | CHECK WIRE |
| 6/6/2008 | ($10,000,000) | CW | CHECK WIRE |
| 6/6/2008 | ($10,000,000) | CW | CHECK WIRE |

**Withdrawals and Deposits – Montpellier International LDC BLMIS Account No. 1FN027**

| Date | Amount | Tran Type | Transaction Description |
|---|---|---|---|
| 3/16/1992 | $1,499,985 | CA | CHECK WIRE |
| 6/11/1992 | $500,000 | CA | CHECK WIRE |
| 3/26/1993 | $1,000,000 | CA | CHECK WIRE |
| 8/30/1993 | $1,000,000 | CA | CHECK WIRE |
| 12/2/1994 | $1,000,000 | CA | CHECK WIRE |
| 8/24/1995 | $1,000,000 | CA | CHECK WIRE |
| 9/8/1997 | $3,000,000 | CA | CHECK WIRE |
| 1/4/1999 | $4,990,140 | JRNL | TRANS FROM 1FR034 |
| 10/2/2000 | ($13,706,225) | JRNL | TRANS TO 1FR071 |

7

**Withdrawals and Deposits – Olympus Assets LDC BLMIS Account No. 1FR034**

| Date | Amount | Tran Type | Transaction Description |
|---|---|---|---|
| 12/30/1997 | $2,000,000 | CA | CHECK WIRE |
| 1/6/1998 | $999,985 | CA | CHECK WIRE |
| 1/12/1998 | $1,000,000 | CA | CHECK WIRE |
| 1/15/1998 | $15 | CA | CHECK WIRE |
| 2/2/1998 | $1,000,000 | CA | CHECK WIRE |
| 1/4/1999 | ($4,990,140) | JRNL | TRANS TO 1FN027 |

8

**Withdrawals and Deposits – HCH Management Company Limited**
**BLMIS Account No. 1FR055**

| Date | Amount | Tran Type | Transaction Description |
|---|---|---|---|
| 7/1/1999 | $20,000,000 | CA | CHECK WIRE |
| 2/1/2000 | $5,000,000 | CA | CHECK WIRE |
| 5/3/2000 | $10,000,000 | CA | CHECK WIRE |
| 10/2/2000 | ($34,967,994) | JRNL | TRANS TO 1FR071 |