UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant<br><br>    -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>    -against-<br>TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-04995 (SMB) |

**ORDER AUTHORIZING FURTHER ACCESS
TO THE DEPOSITION OF BERNARD L. MADOFF**

    The Court having authorized the deposition of Bernard L. Madoff by Order dated September 29, 2016 (ECF No. 14213) (the "Madoff Deposition Order"), and

The Madoff Deposition Order having restricted access to the transcript of the Madoff deposition to certain specified individuals and entities, and

The Court having subsequently appointed Frank Maas as the Discovery Arbitrator in connection with certain adversary proceedings by Order dated October 4, 2016 (ECF No. 14227), and

Representations having been made to the Discovery Arbitrator concerning the trading activities of Bernard L. Madoff Investment Securities LLC on behalf of its investment advisory customers, or the lack thereof, and

The Discovery Arbitrator having concluded that a review of the transcripts of the Madoff deposition might inform his consideration of discovery issues that either have been or may be referred to him for resolution in connection with this and other adversary proceedings, and

The Trustee's counsel, Baker Hostetler LLP, and lead counsel for the customers participating in the deposition, Chaitman LLP, having confirmed that they consent to the Discovery Arbitrator's review of the Madoff deposition transcript,

**IT IS HEREBY ORDERED THAT,** counsel for the Trustee may provide the Discovery Arbitrator with a copy of the Madoff Deposition transcript, as well as copies of the transcripts of any further sessions thereof.

SO ORDERED.

Dated:    New York, New York
         January 17th, 2017

                                               /s/ STUART M. BERNSTEIN
                                              Hon. Stuart M. Bernstein
                                             United States Bankruptcy Judge