**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>FERN C PALMER; PAMELA K. MARXEN; KURT B. PALMER; BRUCE N. PALMER, ESTATE OF BOYER PALMER, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P.; DIANE HOLMERS, in her capacity as Personal Representative of the Estate of Boyer Palmer; and | Adv. Pro. No. 10-05133 (SMB) |

| |
|---|
| BRUCE PALMER, in his capacity as Personal Representative of the Estate of Boyer Palmer |
| Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: July 14, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: October 4, 2017.

3. The Disclosure of Rebuttal Experts shall be due: December 4, 2017.

4. The Deadline for Completion of Expert Discovery shall be: January 3, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before January 10, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 24, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before May 23, 2018.

Dated: New York, New York
January 17, 2017

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*