**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>FERN C. PALMER REVOCABLE TRUST DTD 12/31/91, AS AMENDED; FERN C. PALMER, individually and in her capacity as Trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended; ESTATE OF BOYER PALMER; DIANE HOLMERS, in her capacity as Personal Representative of the Estate of Boyer Palmer, and | Adv. Pro. No. 10-04397 (SMB) |

BRUCE PALMER, in his capacity as Personal Representative of the Estate of Boyer Palmer,

    Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: June 23, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: September 12, 2017.

3. The Disclosure of Rebuttal Experts shall be due: November 13, 2017.

4. The Deadline for Completion of Expert Discovery shall be: December 12, 2017.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 19, 2017.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 2, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before May 1, 2018.

| | |
|---|---|
| Dated: New York, New York<br>January 17, 2017 | BAKER & HOSTETLER LLP |
| Of Counsel:<br>**BAKER HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |