UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )   ss:
COUNTY OF DALLAS        )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 12, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000543)

Executed on Jan 17, 2017

_____
John S. Franks

Sworn to and subscribed before me this 17th day of January, 2017

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

_____
March 27, 2018

(SEAL)                               Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000543**
1/12/2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | Redacted for Confidentiality Reasons | | | | | | | |
| | X | Stanley H. Muss Family LLC | Attention: Larry Ellenthal | 118-35 Queens Blvd. | | Forest Hills | NY | 11375 | |