**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PLAFSKY FAMILY LLC RETIREMENT PLAN; ROBERT PLAFSKY, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan; ESTATE OF NATHAN PLAFSKY; ROBERT PLAFSKY, in his capacity as Personal Representative of the Estate of Nathan Plafsky; ESTATE OF EDNA KAMINSKI; and KATHRYN L. HVASTA, in her capacity as the personal representative of the Estate of Edna Kaminski,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-05150 (SMB) |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: July 31, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: October 20, 2017.

3. The Disclosure of Rebuttal Experts shall be due: December 19, 2017.

4. The Deadline for Completion of Expert Discovery shall be: January 18, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before January 25, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before February 8, 2018.

7. The Deadline for Conclusion of Mediation shall be:  On or before June 8, 2018.

Dated: New York, New York
　　　　January 17, 2017

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*　　　　 _

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*