**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> THE HARNICK BROTHERS PARTNERSHIP, MARTIN R. HARNICK & STEVEN P. NORTON PARTNERS, MARTIN HARNICK, individually and in his, capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, STEVEN P. NORTON, individually and in his capacities as | Adv. Pro. No. 10-05157 (SMB) |

general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, THE ESTATE OF STEVEN HARNICK, THE STEVEN HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002, BARBARA JUNE LANG, individually and in her capacities as the personal representative of the ESTATE OF STEVEN HARNICK and trustee of the THE STEVEN HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002, MICHELLE GLATER, and PAMELA HARNICK,

                    Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      Fact Discovery shall be completed by: August 4, 2017.

2.      The Disclosure of Case-in-Chief Experts shall be due: October 24, 2017.

3.      The Disclosure of Rebuttal Experts shall be due: December 27, 2017.

4.      The Deadline for Completion of Expert Discovery shall be: January 26, 2018.

5.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before February 2, 2018.

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before February 16, 2018.

7.      The Deadline for Conclusion of Mediation shall be:  On or before June 12, 2018.

-3-

Dated: New York, New York
      January 17, 2017

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*