UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LAURA E. GUGGENHEIMER COLE,<br><br>        Defendant. | Adv. Pro. No. 10-04882 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including June 23, 2017.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: January 17, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　　*/s/ Nicholas J. Cremona*
　　　　　　　　　　　　　　　　　　Baker & Hostetler LLP
　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　Facsimile: (212) 589-4201
　　　　　　　　　　　　　　　　　　David J. Sheehan
　　　　　　　　　　　　　　　　　　Email: dsheehan@bakerlaw.com
　　　　　　　　　　　　　　　　　　Nicholas J. Cremona
　　　　　　　　　　　　　　　　　　Email: ncremona@bakerlaw.com
　　　　　　　　　　　　　　　　　　Dean D. Hunt
　　　　　　　　　　　　　　　　　　Email: dhunt@bakerlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*/s/ Carole Neville*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Carole Neville
Email: carole.neville@dentons.com

*Attorneys for Defendant*

*/s/ Deborah A. Reperowitz*
McGlinchey Stafford
112 W 34th Street, Suite 1403
New York, NY 10120
Telephone: (646) 362-4057
Facsimile: (646) 219-2145
Deborah A. Reperowitz
Email: dreperowitz@mcglinchey.com

*Mediator*