**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AFFIDAVIT OF SERVICE OF THE NOTICE OF PRESENTMENT OF ORDER**
**AUTHORIZING THE CONTINUED DEPOSITION OF BERNARD L. MADOFF**

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

      I, Anne C. Suffern, being duly sworn, depose and say:  I am more than eighteen years old

and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller

Plaza, New York, NY 10111.

      On January 12, 2017, I served the Notice of Presentment of Order Authorizing the

Continued Deposition of Bernard L. Madoff by emailing the interested parties true and correct

copies via electronic transmission to the email addresses designated for delivery and/or by placing

true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties

as set forth on the attached Schedule A.

/s/ Anne C. Suffern
Anne C. Suffern

12th day of January, 2017

/s/ Marianne Warnock
Notary Public
Marianne Warnock
Notary Public, State of New York
No. 01WA6067642
Qualified in Nassau County
Commission Expires: December 10, 2017

## SCHEDULE A

| |
|---|
| Peter Goldman,<br>Email: pagoldman45@gmail.com<br>Attorney For: Bernard L. Madoff |
| **Government Parties** |
| Counsel to the JPL<br>Eric L. Lewis<br>Email: Eric.Lewis@baachrobinson.com |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>District Director<br>New York, NY 10008 |
| Securities and Exchange Commission<br>Alexander Mircea Vasilescu<br>Email: vasilescua@sec.gov |
| Securities and Exchange Commission<br>Preethi Krishnamurthy<br>Email: krishnamurthyp@sec.gov |
| Securities and Exchange Commission<br>Terri Swanson<br>Email: swansont@sec.gov |
| Securities Investor Protection Corporation Nate Kelley<br>Email: nkelley@sipc.org |
| Securities Investor Protection Corporation<br>Josephine Wang<br>Email: jwang@sipc.org |
| Securities Investor Protection Corporation<br>Kevin Bell<br>Email: kbell@sipc.org |
| U.S. Department of Justice, Tax Division<br>Washington, DC 20044 |

| |
|---|
| **BLMIS Customers** |
| A. Angelaki<br>Tampa, FL 33613 |
| Alan G. Cosner<br>Email: alan@cosnerlaw.com |
| Alder Family Foundation<br>Email: lovormon@aol.com |
| Alice J. Rawlins<br>Email: alicerawlins@me.com |
| Amy Cappellazzo<br>Email: joannerosen@gmail.com |
| Andy Huang<br>Email: andy.huang@ipcg.com.sg |
| Anna Lowit<br>Delray Beach, FL 33484 |
| Arlene R. Chinitz<br>Email: arlenerc54@hotmail.com |
| Aruna Muchhal<br>Email: muchhal@netvigator.com |
| Au Yuet Shan<br>Email: eau203@gmail.com |
| Bernard W. Braverman<br>Email: berniebraverman@gmail.com |
| Birgit Peters<br>Email: birgit.peters2010@yahoo.com |
| Capital Bank<br>Email: berthold.troiss@capitalbank.at |

| |
|---|
| Carole Coyle<br>Email: bionicdoll@aol.com |
| Cecilia M. Parker<br>Sparta, NJ 07871 |
| Charles Nicholas Doyle<br>Email: linchasd@netvigator.com |
| Cheung Lo Lai Wah Nelly<br>Email: freedomlo@yahoo.com.hk |
| Chien-Liang Shih<br>Email: gary.libra@gmail.com |
| Chi-Hua Liao<br>Jhubei City, Hsinchu County,<br>Taiwan |
| Chris P. Tsukoa<br>Tampa, FL 33613 |
| Crisbo S.A.<br>Email: arroyo@rya.es; arroyoignacio@hotmail.com |
| Daniel L. Gaba<br>c/o Rhoda S. Gaba<br>Pitsboro, NC 27312 |
| David B. Epstein (IRA Bene)<br>Email: david1943@comcast.net |
| David Drucker<br>Email: daved628@aol.com |
| Deborah L. Fisch<br>Email: dfisch1@twcny.rr.com |
| Dewey H. Lane<br>Email: dewlane@gmail.com |
| Donald P. Weber<br>Email: mdweb27@me.com |

| |
|---|
| Donald Schupak<br>Email: dschupak@schupakgroup.com |
| Edward H. Kohlschreiber<br>Email: kohlschreibere@gmail.com |
| Elaine and Sidney Goldstein<br>Email: grandpastuffit@bellsouth.net |
| Ethel L. Chambers<br>Stuart, FL 34997 |
| Fifty-Ninth Street Investors LLC<br>Email: truggiero@resnicknyc.com |
| FJ Associates, S.A.<br>Email: pabst@mantomgmt.com |
| Fondo General De Inversion Centro America-No, S.A.<br>Email: pabst@mantomgmt.com |
| Frederick Cohen and Jan Cohen JT WROS<br>Email: fcohen@duanemorris.com |
| Gail B. Oren Revocable Trust dtd. 9/8/95<br>Gail B. Oren as Trustee<br>Email: oreng@bellsouth.net |
| Gayle Samore Co-Trustees<br>Email: johnsamore@hotmail.com |
| George H. Hulnick<br>Ridgefield, CT 06877 |
| Gloria Sandler<br>Email: mauricesandler@sbcglobal.net |
| Goore Partnership<br>Email: hyassky@aol.com |
| Guy S. Parker<br>Stockholm, NJ 07460-1423 |

| |
|---|
| Harriet Rubin<br>Las Vegas, NV 89117 |
| Harvey Barr<br>Email: hbarr@bplegalteam.com |
| Harvey Krauss<br>New York, NY 10022 |
| Heng-Chang Liang<br>Email: ts.yang@msa.hinet.net |
| Hilda Drucker<br>Flushing, NY 11354-5622 |
| Howard Stern<br>Email: hstern@wzssa.com |
| Ilse Della-Rowere<br>Vienna, 1210<br>Austria |
| J. Todd Figi Revocable Trust<br>Email: jakefigi2@aol.com |
| J.W. Nijkamp<br>Email: jwnijkamp@kpnmail.nl |
| James R. Samore<br>Email: johnsamore@hotmail.com |
| Jane Delaire<br>Email: j.delaire@yahoo.com |
| Jeanette Margaret Scott Steer<br>Email: bobjen8@bigpond.com |
| Jean-Marie Jacques<br>Email: jacques123@wanadoo.es |
| Jeanne H. Rosenblum<br>Email: pmrosenblum@gmail.com |

| |
|---|
| Joanne Rosen<br>Email: joannerosen@gmail.com |
| John B. Malone<br>Email: doctor1000@earthlink.net |
| John H. Petito<br>Lumberville, PA 18933 |
| John P. Harris<br>Email: johnph1494@gmail.com |
| John Samore<br>Email: johnsamore@hotmail.com |
| John Samore, Jr.<br>Email: johnsamore@hotmail.com |
| John Stirling Gale<br>Email: galejs@gmail.com |
| Jose Haidenblit<br>Email: chore55@yahoo.com |
| Joseph J. Nicholson<br>Email: jn-pro-se@pobox.com |
| Kamal Kishore Muchhal<br>Email: muchhal@netvigator.com |
| Kenneth Springer<br>Wellington, FL 33414 |
| KHI Overseas Ltd<br>Email: ew@khiholdings.com |
| Kimberly S. Stoller<br>Belmar, NJ 07719 |
| KR Erwin Hawle<br>4865 Nussdorf,<br>Austria |

| |
|---|
| Krates, S.A.<br>Email: pabst@mantomgmt.com |
| Kwok Yiu Leung<br>Email: yiuleung@yahoo.com.hk<br><br>and<br>Email: yiuleunghk@gmail.com |
| Lam Shuk Foon Margaret<br>Email: srohdie@bellsouth.net |
| Lamar Ellis Trust<br>Lamar Ellis<br>Email: lamelli@verizon.net |
| Lee Garrity<br>Valparaiso, IN 46383 |
| Lee Mei-Ying<br>Email: icbcmylee@yahoo.com.tw |
| Li Fung Ming Krizia<br>Email: krizia_ligale@yahoo.com.hk |
| Lillian Barr<br>Email: hbarr@bplegalteam.com |
| Linda Doyle<br>Email: linchasd@netvigator.com |
| Linda Wolf<br>Email: wolfie2400@yahoo.com |
| Lindel Coppell<br>Email: lindencoppell@gmail.com |
| Marcia Roses Schachter<br>Email: marciroses@aol.com |
| Mark A. Soslow, CPA on behalf of<br>Trust u/w/o Daniel Sargent c/o Elaine Sargent |

| |
|---|
| Email: msoslow@untracht.com |
| Marshall W. Krause, Esq.<br>Email: mrkruze@comcast.net |
| Martha Alice Gilluly<br>Email: marny@corsair2.com |
| Martin Wimick<br>Email: mwinick@hotmail.com |
| Matthew F. Carroll<br>Email: mattfcarroll@msn.com |
| Maurice Sandler<br>Email: mauricesandler@sbcglobal.net |
| Michael E. Fisch<br>Email: fischwave@comcast.net |
| MLSMK Investments Co<br>Email: stanleymkatz@mac.com |
| Nancy Dver Cohen<br>Email: ndver@comcast.net |
| Ng Shok Len<br>Taikoo Shing,,<br>Hong Kong |
| Ng Shok Mui Susanna<br>Taikoo Shing,,<br>Hong Kong |
| Nicholas Kardasis<br>Email: gdnite@earthlink.net |
| Panagiotis Moutzouris<br>Voula GR-16673,<br>Greece |
| Partricia M. Hynes<br>Email: rreardon@stblaw.com |

| |
|---|
| Patsy P. Jones<br>Email: 335pat@roadrunner.com |
| Paul J. Fisch<br>Email: pfisch@twcny.rr.com |
| Paul Maddocks<br>Email: maddockspaul@gmail.com |
| Peerstate Equity Fund L.P.<br>c/o Lou Prochilo<br>Northport, NY 11768 |
| Peerstate Equity Fund, L.P.<br>Email: rng67@comcast.net |
| PFC Nominees Limited<br>Email: info@pfcintl.com |
| Phyllis Pressman<br>Email: peplady5@gmail.com |
| Phyrne and Ron LLC<br>Email: jpitkin@umich.edu |
| Ralph Schiller<br>Email: optics58@gmail.com |
| Rausch Rudolf<br>Email: rudolf.rausch@gmail.com |
| Remy Investments Corp<br>London W1G 9QD,<br>England,  United Kingdom |
| Rhouda Macdonald<br>Email: rmacdon482@aol.com |
| Richard C. Brockway<br>Vero Beach, FL 32963 |

| |
|---|
| Richard G. Corey<br>Charleston, WV 25302 |
| Richard Hoefer<br>Email: richard.hoefer@utanet.at |
| Richard Jeffrey Clive Hartley<br>Email: rjch@netvigator.com |
| Rita Wolf<br>Email: wolfie2400@yahoo.com |
| Robert Douglas Steer<br>Email: bobjen8@bigpond.com |
| Robins Family Limited Partnership<br>Email: charles.robins@weil.com |
| Ronald E. Samore, Sr.<br>Email: johnsamore@hotmail.com |
| Roy L. Reardon JTWROS<br>Email: rreardon@stblaw.com |
| S. James Chambers<br>Stuart, FL 34997 |
| Samore 1992 Family Trust<br>Email: johnsamore@hotmail.com |
| Samuel Frederick Rohdie<br>Email: srohdie@bellsouth.net |
| Shao-Po Wang<br>New Taipei City 236,,<br>Taiwan |
| Sharon Lee Tiner<br>Email: sltiner@gmail.com |
| Simcha Gutgold<br>Email: simcha.gutgold@gmail.com |

| |
|---|
| Siu Yuen Veronica Nh<br>Email: yiuleung@yahoo.com.hk<br><br>and<br>Email: yiuleunghk@gmail.com |
| Stephen Hill<br>Email: leyla.hill@hos.com |
| Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99<br>Email: stuart@silverboxsw.com |
| Sudeshna M. Fisch<br>Email: fischwave@comcast.net |
| Sunyei Ltd. Jaques Lamac<br>Email: jaqueslamac@gmail.com |
| The Gottesman Fund<br>Email: dgottesman@firstmanhattan.com |
| Timothy Robert Balbirnie<br>Email: tim.balbirnie@gmail.com |
| Waterland Investment Services<br>Email: admin@waterland-investment.nl |
| Wim C. Helsdingen<br>Email: wc.helsdingen@casema.nl |
| Yvonne Roodberg<br>Email: cissie2010@gmail.com |
| Kelly A. Librera<br>Seth C. Farber<br>Winston & Strawn LLP<br>Email: klibrera@winston.com<br>Email: sfarber@winston.com<br>Attorney For: Diana P. Victor |
| |
| **Notices of Appearance** |

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com
Email: bvkleinman@aitkenberlin.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney For: Counsel for Judie B. Lifton and the Judie Lifton 1996

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Alexander M. Feldman
Jeff E. Butler
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Amy Walker Wagner
Carolyn B. Rendell
David S. Stone
Stone & Magnanini, LLP
Email: awagner@stonemagnalaw.com
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

Andrea J. Robinson
George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: andrea.robinson@wilmerhale.com
Email: george.shuster@wilmerhale.com
Attorney For: SNS Bank N.V., SNS Global Custody B.V.

Andrew J. Ehrlich
Brette Tannenbaum
Caitlin Grusauskas
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com

Email: btannenbaum@paulweiss.com
Email: cgrusauskas@paulweiss.com
Attorney For: Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, The
Estate of Mark D. Madoff

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney For: Anchor Holdings, LLC

Anna Hadjikow
George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Attorney For: Alan D. Garfield, Barry E. Kaufman, BK Interest, LLC, Erin M. Hellberg, James H. Cohen,
Marion Tallering-Garfield, Morrie Abramson, Robyn Berniker, The James H. Cohen Special Trust, The
Marian Cohen 2001 Residence Trust

Arthur J. Steinberg
Kristi E. Jacques
Richard A. Cirillo
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: kjacques@kslaw.com
Email: rcirillo@kslaw.com
Attorney For: Lemania SICAV-SIF, National Bank of Kuwait, S.A.K. ("NBK"), NBK Banque Privee and
counsel for the Pascucci Family

Barry R. Lax.
Brian J. Neville
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Attorney For: PJFN Investors LP, Rose Less

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney For: Belfer Two Corporation

Brad N. Friedman, Esq.
Jennifer L. Young
Matthew Gluck, Esq.
Sanford P. Dumain, Esq.
Milberg LLP
Email: bfriedman@milberg.com
Email: jyoung@milberg.com
Email: mgluck@milberg.com
Email: sdumain@milberg.com
Attorney For: Blumenthal & Associates Florida General Partnership, Gerald Blumenthal, Judith Rock
Goldman, June Pollack, Ruth E. Goldstein, The Horowitz Family Trust, The Unofficial Committee of

| Certain Claim Holders |
|---|
| Brenda R. Sharton<br>Daniel M. Glosband<br>David J. Apfel<br>Goodwin Procter LLP<br>Email: bsharton@goodwinprocter.com<br>Email: dglosband@goodwinprocter.com<br>Email: dapfel@goodwinprocter.com<br>Attorney For: Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust, Jeffrey A. Berman, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, Russell deLucia |
| Brendan M. Scott<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>Email: bscott@klestadt.com<br>Attorney For: Brendan M. Scott |
| Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.,<br>Email: bsmoore@pbnlaw.com<br>Attorney For: Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund, Paul Laplume |
| Bryan Ha<br>Richard E. Signorelli<br>Law Office of Richard E. Signorelli<br>Email: bhanyc@gmail.com<br>Email: rsignorelli@nycLITIGATOR.com; richardsignorelli@gmail.com<br>Attorney For: Richard E. Signorelli |
| Carmine D. Boccuzzi<br>Cleary Gottlieb Steen & Hamilton LLP<br>Email: cboccuzzi@cgsh.com<br>Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited |
| Carol A. Glick<br>Richard J. McCord<br>Certilman, Balin, Adler & Hyman LLP<br>Email: cglick@certilmanbalin.com<br>Email: rmccord@certilmanbalin.com<br>Attorney For: Alyssa Beth Certilman, Bernard Certilman, Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman |
| Carole Neville<br>Dentons US LLP<br>Email: carole.neville@dentons.com<br>Attorney For: SNR Customers |
| Charles C. Platt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>Email: charles.platt@wilmerhale.com |

| |
|---|
| Attorney For: BSI AG |
| Chester Salomon<br>Becker, Glynn, Muffly, Chassin & Hosinski LLP<br>Email: csalomon@beckerglynn.com<br>Attorney For: SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC |
| Dana M. Seshens<br>Karen E. Wagner<br>Davis Polk & Wardwell LLP<br>Email: dana.seshens@davispolk.com<br>Email: karen.wagner@davispolk.com<br>Attorney For: Sterling Equities Associates and Certain Affiliates |
| Daniel Holzman<br>Rex Lee<br>Robert S Loigman<br>Shusheel Kirpalani<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Email: danielholzman@quinnemanuel.com<br>Email: rexlee@quinnemanuel.com<br>Email: robertloigman@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com<br>Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Kingate Management Limited, KML Asset Management LLC |
| David A. Kotler<br>Dechert LLP<br>Email: david.kotler@dechert.com<br>Attorney For: Defendant Oppenheimer Acquisition Corp. |
| David J. Molton<br>Elizabeth A. Molino Molino<br>Brown Rudnick LLP<br>Email: dmolton@brownrudnick.com<br>Email: emolino@brownrudnick.com<br>Attorney For: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited |
| David B. Bernfeld<br>Jeffrey L. Bernfeld<br>Bernfeld, DeMatteo & Bernfeld, LLP<br>Email: davidbernfeld@bernfeld-dematteo.com<br>Email: jeffreybernfeld@bernfeld-dematteo.com<br>Attorney For: Dr. Michael Schur, Mrs. Edith A. Schur |
| David Bolton<br>David Bolton, P.C.<br>Email: david@dboltonpc.com<br>Attorney For: David Bolton |

| |
|---|
| David S. Golub<br>Silver Golub & Teitel, LLP<br>Email: dgolub@sgtlaw.com<br>Attorney For: Alexander Rabinovich, Arnold Kohn, Daniel L. Davis, Individually and as parent of H.D.D., Eric Rausher, Frank S. Katz, Howard Pomerantz, Jason M. Rausher, Marcia B Fitzmaurice, Maria Rabinovich, Maria Shuster, Marsha H. Rausher, Melissa Doron, Mitchell J. Rausher, Natasha Jane Rabinovich, P.A. Retirement Plan, parent of A.S.D., Paula S. Katz, Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Richard Abramowitz & Pomerantz, Rita S. Katz (n/k/a Rita Starr Katz Davey), Robin S. Abramowitz, Samuel D. Davis, Theresa A. Wolfe, Thomas R. Fitzmaurice, Traci D. Davis, Trustees Richard Abramowitz and Howard L. Pomerantz, Vladimir Rabinovich, Wendy Sager Pomerantz |
| David Y. Livshiz<br>Freshfields Bruckhaus Deringer US LLP<br>Email: david.livshiz@freshfields.com<br>Attorney For: Tensyr Limited |
| Deirdre Norton Hykal<br>Willkie Farr & Gallagher LLP<br>Email: dhykal@willkie.com<br>Attorney For: Deirdre Norton Hykal |
| Dennis C. Quinn<br>Barger & Wolen, LLP<br>Email: dquinn@bargerwolen.com<br>Attorney For: Jewish Community Foundation of the Jewish Federation - Council of Greater Los Angeles |
| Douglas R. Hirsch<br>Sadis & Goldberg LLP<br>Email: dhirsch@sglawyers.com<br>Attorney For: Douglas R. Hirsch |
| Elise S. Frejka<br>Frejka PLLC<br>Email: EFrejka@FREJKA.com<br>Attorney For: Elise Scherr Frejka |
| Eric B. Levine<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>Email: levine@whafh.com<br>Attorney For: Nephrology Associates P.C. Pension Plan |
| Eric L. Lewis, Esq.<br>Baach Robinson & Lewis PLLC<br>Email: eric.lewis@baachrobinson.com<br>Attorney For: Andrew Laurence Hosking, Mark Richard Byers, Stephen John Akers |
| Erin Joyce Letey<br>Joseph E. Shickich, Jr.<br>Riddell Willams P.S.<br>Email: eletey@riddellwilliams.com<br>Email: jshickich@riddellwilliams.com<br>Attorney For: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft") |

| |
|---|
| Ernest Edward Badway<br>Fox Rothschild LLP<br>Email: ebadway@foxrothschild.com<br>Attorney For: Iris Schaum |
| Fletcher W. Strong<br>William F. Dahill<br>Wollmuth Maher & Deutsch LLP<br>Email: fstrong@wmd-law.com<br>Email: wdahill@wmd-law.com<br>Attorney For: Robert F. Weinberg |
| Frank F. McGinn<br>Bartlett Hackett Feinberg P.C.<br>Email: ffm@bostonbusinesslaw.com<br>Attorney For: Iron Mountain Information Management, Inc. |
| Fred H. Perkins<br>Michael Lago, Esq.<br>Robert K. Dakis<br>Morrison Cohen LLP<br>Email: fhperkins@morrisoncohen.com<br>Email: bankruptcy@morrisoncohen.com<br>Email: rdakis@morrisoncohen.com<br>Attorney For: Customer Claimant David Silver |
| Fred W. Reinke<br>Mayer Brown LLP<br>Email: freinke@mayerbrown.com<br>Attorney For: AXA Private Management, Fondauto Fondo de Pensiones, SA, Mutua Madrilena Automovilista Ramo de vida |
| Gary S. Lee<br>Morrison & Foerster LLP<br>Email: glee@mofo.com<br>Attorney For: Gary S. Lee |
| Gary Woodfield<br>Haile, Shaw & Pfaffenberger, P.A.<br>Email: gwoodfield@haileshaw.com<br>Attorney For: Gary Woodfield |
| George R. Hirsch<br>Sills Cummis & Gross P.C.<br>Email: ghirsch@sillscummis.com<br>Attorney For: George R. Hirsch |
| Glenn P. Warmuth<br>Paula J. Warmuth<br>Stim & Warmuth, P.C.<br>Email: gpw@stim-warmuth.com<br>Email: pjw@stim-warmuth.com |

| |
|---|
| Attorney For: Creditors, Michael Most and Marjorie Most |
| Gregory M. Dexter<br>Chaitman LLP<br>Email: gdexter@chaitmanllp.com<br>Attorney For: Aaron Blecker |
| Harold D. Jones<br>Jones & Schwartz, P.C.<br>Email: hjones@jonesschwartz.com<br>Attorney For: Harold D. Jones |
| Helen Davis Chaitman<br>Chaitman LLP<br>Email: hchaitman@chaitmanllp.com<br>Attorney For: Marsha Peshkin et al. |
| Howard Kleinhendler<br>Wachtel Missry LLP<br>Email: hkleinhendler@wmllp.com<br>Attorney For: Rosenman Family LLC |
| Hunter T. Carter<br>Arent Fox LLP<br>Email: hunter.carter@arentfox.com<br>Attorney For: Brenda Guritzky, Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz (collectively the "Guritzky Parties"), Dana Guritzky Mandelbaum, Guritzky Family Partnership LP, Ronald P. Guritzky, Sanford Guritzky |
| James H. Hulme<br>Joshua Fowkes<br>Arent Fox LLP<br>Email: hulme.james@arentfox.com<br>Email: fowkes.joshua@arentfox.com<br>Attorney For: 1776 K Street Associates Limited Partnership, Albert H. Small, Bernard S. Gewirz, Carl S. Gewirz, Clarice R. Smith, Edward H. Kaplan, Eleven Eighteen Limited Partnership, Estate of Robert H. Smith, Irene R. Kaplan, Jerome A. Kaplan, Marjet LLC, Robert H. Smith Revocable Trust, Robert P. Kogod |
| James M. Ringer, Esq.<br>Stuart I. Rich, Esq.<br>Meister Seelig & Fein LLP<br>Email: jmr@msf-law.com<br>Email: sir@msf-law.com<br>Attorney For: Jasper Investors Group LLC ("Jasper") |
| Jeremy A. Mellitz<br>Withers Bergman, LLP<br>Email: Jeremy.Mellitz@withers.us.com<br>Attorney For: Von Rautenkranz Nachfolger Special Investments LLC |

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney For: Samdia Family, LP

John Lavin
Lavin & Associates, P.C.
Email: jlavin@lavinassociates.com
Attorney For: John J. Lavin

Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: jlevine@stblaw.com
Attorney For: Spring Mountain Capital, LP

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney For: ELEM/Youth in Distress Israel Inc. ("ELEM")

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Ariana Victor, Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC
Accounts 1ZA128-3 and 1ZA128-40, Justin Victor Baadarani, Leila Victor Baadarani, Shosharma Remark
Victor

Laura K. Clinton
Baker & McKenzie LLP
Email: laura.clinton@bakermckenzie.com
Attorney For: Laura K. Clinton

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd.

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney For: The Pati H. Gerber Defendants

Marianna Udem
ASK, LLP
Email: mudem@askllp.com
Attorney For: Marianna Udem

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com

| |
|---|
| Attorney For: Mark S. Cohen |
| Mark S. Mulholland<br>Thomas Telesca<br>Ruskin Moscou Faltischek, P.C.<br>Email: mmulholland@rmfpc.com<br>Email: ttelesca@rmfpc.com<br>Attorney For: DeMatteis FLP Assets, Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust |
| Marsha Torn, Esq.<br>Calabrese and Torn, Attorneys at Law<br>Email: mcalabrese@earthlink.net<br>Attorney For: Lawrence Torn |
| Marshall R. King<br>Gibson Dunn<br>Email: mking@gibsondunn.com<br>Attorney For: Marshall R. King |
| Martin H. Bodian<br>Bodian & Bodian, LLP<br>Email: mhbodian@gmail.com<br>Attorney For: Linda Polatsch |
| Max Folkenflik<br>Folkenflik & McGerity<br>Email: max@fmlaw.net<br>Attorney For: Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust, Constance R. Sisler, individually, and in her capacity as Settlor and Trustee of the CRS Revocable Trust, CRS Revocable Trust, Edith G. Sisler, Joyce C. Auerbach Revocable Trust, Robert Auerbach Revocable Trust, Robert Auerbach, individually, Robert S. Bernstein, S. James Coppersmith Charitable Remainder Unitrust |
| Max Folkenflik<br>Folkenflik & McGerity<br>Email: max@fmlaw.net<br>Attorney For: Anna Kedersha, as parent of A.K, Antona G Wilson, Betty Tarr, Bonnie A Johnson, Individually and as parent of D.C.J., Carol P. Dargan, Cindy J Schacht, Cory D Johnson, Crescienzo J Boccanfuso, Cynthia Schrank Kane, David C Johnson, Diane C. Backus, Diane T. Levin, Dominick F. Boccanfuso, Douglas H. Johnson, Eugene G. Laychak, Jr., Everett L. Dargan, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Gerald A Wilson, Giuseppa A Boccanfuso, Giuseppe C. Basili, Grace A. Nash, Harold Murtha, Trustee of Murtha Enterprises, Inc. Profit-Sharing Plan, Jacqueline A Johnson, Jaime R Johnson, Jing W. Davis (now known as Amy Davis),, Joanne Verses, Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust, Jozef Kaczynski, Justin Kane, Linda Laychak, Madeline E Corish Estate, Margaret Pace, Margherita M. Basili, Mary Zarra, as parent of A.Z. and A.Z., Michael T. Nash, Midlands Surgical Associates, PA Profit Sharing Plan, parent of J.K.S, parent of K.H.S, parent of N.A.S., Patti E Schacht, Robert Levin, Shirley B. Sklar, Sol Davis, individually and as Trustee of the Sol Davis Retirement Plan, Sophia B Freitag, Steven E. Sklar, Thomas H. Nash, Trustee of Margherita M. Basili Retirement Plan and individually, William Sklar, William Sklar, Trustee of Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, WR Johnson Co. Pension and Profit Sharing Plan |

| |
|---|
| Michael I. Goldberg<br>Akerman LLP<br>Email: michael.goldberg@akerman.com<br>Attorney For: Michael I. Goldberg |
| Michael S. Pollok<br>Marvin and Marvin, PLLC<br>Email: mpollok@marvinandmarvin.com<br>Attorney For: Alan Hayes, Wendy Wolosoff-Hayes |
| Michael V. Blumenthal<br>Thompson & Knight LLP<br>Email: Michael.Blumenthal@tklaw.com<br>Attorney For: Michael V. Blumenthal |
| Michael V. Ciresi<br>Ciresi Conlin LLP<br>Email: MVC@CiresiConlin.com<br>Attorney For: Michael V. Ciresi |
| Mor Wetzler<br>Paul Hastings LLP<br>Email: morwetzler@paulhastings.com<br>Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors, LLP, FIM Limited |
| Nancy L. Fineman<br>Cotchett, Pitre & McCarthy<br>Email: nfineman@cpmlegal.com; lconcepcion@cpmlegal.com<br>Attorney For: Daniel Ryan, Donna M. McBride, Doris Greenberg, Jay Wexler, Matthew Greenberg, The Estate of Leon Greenberg, Theresa Ryan, Walter Greenberg |
| Neal S. Mann c/o Eric T. Schneiderman<br>The New York State Department of Taxation & Finance<br>Email: neal.mann@oag.state.ny.us<br>Attorney For: New York State Education Department. |
| Parvin K. Aminolroaya<br>Stephen A. Weiss<br>Seeger Weiss LLP<br>Email: paminolroaya@seegerweiss.com<br>Email: sweiss@seegerweiss.com<br>Attorney For: Barbara J. Weiss, Barbara Schlossberg, Bernard Seldon, Leslie Weiss and Gary M. Weiss, Lewis Franck, Marilyn Cohn Gross, Melvyn I. Weiss, Stephen A. Weiss, The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss |
| Patricia Heer Piskorski<br>Paul D. Moore<br>Stephen M. Honig<br>Duane Morris LLP<br>Email: phheer@duanemorris.com<br>Email: PDMoore@duanemorris.com<br>Email: smhonig@duanemorris.com |

| |
|---|
| Attorney For: Eleanore C. Unflat, Eleanore C. Unflat,in her capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, the Eleanore C. Unflat Living Trust |
| Peter N. Wang<br>Foley & Lardner LLP<br>Email: pwang@foley.com<br>Attorney For: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants |
| Richard A. Kirby<br>Baker & McKenzie LLP<br>Email: Richard.Kirby@bakermckenzie.com<br>Attorney For: Richard A. Kirby |
| Richard F. Schwed<br>Shearman & Sterling LLP<br>Email: rschwed@shearman.com<br>Attorney For: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller, Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, Wellesley Capital Management |
| Richard G. Haddad<br>Otterbourg P.C.<br>Email: Rhaddad@OSHR.com<br>Attorney For: Richard G. Haddad |
| Richard L. Spinogatti<br>Proskauer Rose LLP<br>Email: rspinogatti@proskauer.com<br>Attorney For: Richard L. Spinogatti |
| Richard P. Galler<br>The Law Office of Richard P. Galler<br>Email: richard@kgalaw.com<br>Attorney For: Richard Galler |
| Richard Yeskoo<br>Yeskoo Hogan & Tamlyn LLP<br>Email: Yeskoo@yeskoolaw.com<br>Attorney For: Carl T. Fisher, Joan L. Fisher, The Trust U/A VIII of the Will of Gladys C. Luria F/B/O Carl T. Fisher |
| Robert J. Kaplan<br>Law Office of Robert J. Kaplan<br>Email: lawkap@aol.com<br>Attorney For: Michael W. Sonnenfeldt, MUUS Independence Fund LP |
| Robert A. Abrams<br>Steven H. Newman<br>Katsky Korins LLP<br>Email: rabrams@katskykorins.com<br>Email: snewman@katskykorins.com<br>Attorney For: David Cash, Estate of Richard L. Cash, Freda B. Epstein, Freda Epstein Revocable Trust, |

Gladys Cash, Gladys Cash and Cynthia J. Gardstein, James H. Cash, Jennifer Spring McPherson, Jonathan Cash, Richard L. Cash Declaration of Trust Dated September 19,1994, Richard Spring, S. H. & Helen R. Scheuer Family Foundation, The Jeanne T. Spring Trust, The Spring Family Trust

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney For: Andrew C. Sankin

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney For: Attorney for the United States of America

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney For: Carol Rosen

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney For: Amy Beth Smith, David A. Schustack, Judith S. Schustack, Robert J. Schustack, Shirley Schustack Conrad

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Counsel for Brian H. Gerber

Scott Reynolds
Chaffetz Lindsey LLP
Email: scott.reynolds@chaffetzlindsey.com
Attorney For: Scott W. Reynolds

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney For: Fabio Conti

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney For: Seth L. Rosenberg

Shannon Scott
Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Luria Partners LLC, Andrew Samuels, David Richman, Estate of Richard A. Luria, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees, Jay Rosen Executors,

| |
|---|
| Patricia Samuels, Peter Zutty, Robert Luria Partners, Samuels Family LTD Partnership |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer, A Professional Corporation<br>Email: schristianson@buchalter.com<br>Attorney For: Oracle Credit Corporation, Oracle USA, Inc. ("Oracle") |
| Stephen Fishbein<br>Shearman & Sterling LLP<br>Email: sfishbein@shearman.com<br>Attorney For: Carl J. Shapiro et al. |
| Steven Paradise<br>Richards Kibbe & Orbe, LLP<br>Email: sparadise@rkollp.com<br>Attorney For: Steven Paradise |
| Steven Storch<br>Storch Amini & Munves PC<br>Email: sstorch@samlegal.com<br>Attorney For: Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer Family Trust "A", Alyse Klufer, individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O Robert E. Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust Under Article Fourth U/W/O Robert E. Klufer, Jane Shrage, Maxwell Greengrass, Michael Shrage, Nancy Greengrass, Natalie Greengrass, PJ Administrator LLC, Robert and Alyse Klufer Family Trust "A", Trust Under Article Fourth U/W/O Robert E. Klufer |
| Timothy A. Valliere<br>Smith Valliere PLLC<br>Email: tvalliere@svlaw.com<br>Attorney For: Timothy A. Valliere |
| Tony Miodonka<br>Finn Dixon & Herling LLP<br>Email: tmiodonka@fdh.com<br>Attorney For: Tony Miodonka |
| Vivian R. Drohan<br>Drohan Lee LLP<br>Email: vdrohan@dlkny.com<br>Attorney For: Vivian R. Drohan |
| Will R. Tansey<br>Ravich Meyer<br>Email: wrtansey@ravichmeyer.com<br>Attorney For: Will R. Tansey |
| William A. Habib, Esq.<br>Habib Law Associates, LLC<br>Email: wahabib@verizon.net<br>Attorney For: Anthony F. Russo |

| Pro Se Defendants |
| --- |
| ALEXANDER SIROTKIN<br>Email: alex@iLifeSolutionsLLC.com |
| Alice Jacobs<br>Cedarhurst, NY 11516 |
| Alice Weiner<br>Tamarac, FL 33321 |
| Allan Wilson<br>Aventura, FL 33160 |
| Douglas J. Sturlingh, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01<br>Clearwater, FL 33755 |
| Estate of Bea Laub<br>Los Angeles, CA 90067 |
| Harriet Barbuto<br>Tamarac, FL 33319 |
| Impact Designs Limited<br>Kowloon, Hong Kong<br>China |
| Javier Ordaz, as personal representative of the Estate of Bea Laub<br>Los Angeles, CA 90067 |
| Joseph Amaturo<br>Ft. Lauderdale, Florida 33306 |
| Onesco International Ltd<br>Carbondale, CO 81623<br>and<br>Road Town, Tortola<br>British Virgin Islands |
| Shirley Blank<br>Tamarac, Florida 33319 |
| William Pressman, Inc.<br>Tamarac, FL 33319<br>and<br>Ft. Lauderdale, FL 33306 |

| |
|---|
| Winifred Amaturo<br>Ft. Lauderdale, Florida 33306 |
| **Defendant Counsel** |
| Andrew B. Kratenstein<br>Darren Azman<br>Michael R. Huttenlocher<br>McDermott Will & Emery LLP<br>Email: akratenstein@mwe.com<br>Email: dazman@mwe.com<br>Email: mhuttenlocher@mwe.com<br>Attorney For: Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Ann M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, and as the Personal Representative of the Estate of Lillian M. Sage, Malcolm H. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as Beneficiary of Sage Realty, and as the Personal Representative of the Estate of Lillian M. Sage, Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Sage Associates, Sage Realty |
| Anthony A. Mingione<br>Blank Rome LLP<br>Email: AMingione@BlankRome.com<br>Attorney For: Kenneth W. Perlman |
| Carole Neville<br>Dentons US LLP<br>Email: carole.neville@dentons.com<br>Attorney For: Allison Berwitz, in her capacity as executor of the Estate of Barbara Berdon, AMY A. HOBISH, CARLA GOLDWORM, Harold J. Hein Revocable Trust, Lapin Children LLC, Laura E. Guggenheimer Cole, LI RAM L.P., LUKE GOLDWORM as trustee and as an individual, MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, MARTIN ROSEN, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro, MITCHELL K. HOBISH as an individual and as trustee, NON MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, NORMA SHAPIRO DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, REVOCABLE TRUST, NORMA SHAPIRO, individually, and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro, Richard Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust, RICHARD S. HOBISH, Robert Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust, S&L PARTNERSHIP, a New York partnership, SAMUEL GOLDWORM as trustee and as an individual, Sharon Kristol, in her capacities as executors of the Estate of Barbara Berdon, The Estate of Barbara Berdon, TOBY T. HOBISH as |

an individual and as trustee, TOBY T. HOBISH LIVING TRUST, TRUST FOR THE BENEFIT OF LUKE GOLDWORM, TRUST FOR THE BENEFIT OF SAMUEL GOLDWORM, TRUST UNDER WILL OF PHILLIP SHAPIRO

Eryk A. Folmer
Stephen J. Schlegel
Stephen J. Schlegel LTD
Email: erykfolmer@schlegelltd.com
Email: sjschlegel@schlegelltd.com
Attorney For: Debra Tamblyn

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Abbey Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Alan Goldberg, in his capacity as Personal Representative of the Estate of Alvin E. Shulman, Alvin E. Shulman Pourover Trust, Alvin E. Shulman Pourover Trust, Alvin E. Shulman, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust, Alvin Jaffe Trust dtd 4/20/90, AMANDA LEFKOWITZ, ANDREA J. MARKS, as trustee and beneficiary of the Jacob M. Dick Rev Living Trust Dtd 4/6/01,, As executor and beneficiary of the Estate of Jacob M. Dick, and as trustee of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Andrew Goodman, in his capacity as a general partner of JABA Associates LP, Angela Tiletnick, Article 8.1 Trust, Audrey Goodman, in her capacity as a general and limited partner of JABA Associates LP and as Personal Representative of the Estate of James Goodman, Audrey Goodman, in her capacity as Personal Representative of the Estate of James M. Goodman, Audrey M Goodman, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman, Barbara June Lang, individually and in her capacities as the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002, Barbara Kotlikoff Harman, BARBARA L. SAVIN, BENJAMIN T. HELLER, Bert Margolies Trust, Blake Palmer, Bret Palmer, Bruce Goodman, in his capacity as a general Partner of JABA Associates LP, Bruce Jaffe, Bruce N. Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruno L. DiGiulian, Callie A. Ostenson-Murray, Caran Ruga Ross in her capacity as Successor Co-Trustee of the Alvin E. Shulman Pourover Trust, Caran Ruga Ross in her capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, Carol DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account, Carol L. Kamenstein, individually and in her capacity as joint tenant, CAROLYN J. KART, individually and in her capacity as executor of the Estate of Jordan H. Kart, Dana Lefavor, Dana M. Kissinger-Matray, David R. Kamenstein, individually and in his capacity as joint tenant, Denis M. Castelli, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Dino Guiducci,individually, in his capacity as a

General Partner of the Guiducci Family Limited Partnership, and as the personal representative of the estate of Mary Guiducci, Donald R. Shapiro, in his capacity as a General Partner of Sylvan Associates Limited Partnership, Donna Schaffer, Doron Tavlin Trust U/A 2/4/91, Doron Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Edyne Gordon, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon, Edythe Gladstein, in her capacity as the personal representative of the Estate of Matthew L. Gladstein, Emily L. Shapiro, Eric N. Shapiro, Estate of Alice Barbanel, Estate of Alvin E. Shulman, ESTATE OF AUDREY WEINTRAUB, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Boyer Palmer, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P., Estate of Florence W. Shulman, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Estate of James Goodman, Estate of James M Goodman, Estate of Matthew L. Gladstein, Estate of Muriel B. Cantor, Estate of Seymour Epstein, Estate of Steven Harnick, Estelle Harwood Revocable Trust, as Limited Partner of the Estelle Harwood Family Limited Partnership, Estelle Harwood, as trustee of the Estelle Harwood Revocable Trust, Estelle Harwood, individually, Eugenie Kissinger, Evelyn Berezin Wilenitz, individually, and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, FAS Partners, LP, Felice J Perlman, Ferm C. Palmer Revocable Trust DTD 12/31/91, as amended, Fern C. Palmer, Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust, Fernando C. Colon-Osorio, M.D., Florence W. Shulman Pourover Trust, in its own capacity and in its capacity as a Limited Parter of FAS Partners, L.P.,, Frank DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account, FRIEDA FRESHMAN REVOCABLE TRUST DATED 12/31/92, FRIEDA FRESHMAN, as trustor, as trustee and as an individual, Gertrude E. Alpern Revocable Trust, Glenhaven Limited, GLORIA ALBERT SANDLER, individually as grantor and beneficiary of and in her capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Goodman Capital Partners, L.P., Goodman Charitable Foundation, in its capacity as a limited partner of JABA Associates LP, Goodman Holdings, Inc., as General Partner of Goodman Capital Partners L.P., Great Western Bank - Trust Department, in its capacity as Trustee of the Palmer Family Trust, Guiducci Family Limited Partnership, GUNTHER K. UNFLAT, individually and as joint tenant, HARRY SMITH REVOCABLE LIVING TRUST, Harwood Holding Company II, Inc., as General Partner of the Estelle Harwood Family Limited Partnership, Heidi Holmers, Herbert Barbanel, Herbert Barbanel, the Personal Representative of the Estate of Alice Barbanel, Herbert C. Kantor, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, IAN LEFKOWITZ, Ilene May, Irene Whitman 1990 Trust U/A DTD 4/13/90, Irrevocable Trust FBO Ethan Siegel, in its capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., JABA Associates LP, JACOB M. DICK REV LIVING TRUST DTD 4/6/01, Jacqueline D. Green, in her capacity as a managing member of the Kuntzman Family L.L.C. and as Trustee of the irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C., Jaffe Family Investment Partnership, James M. New Trust Dated 3/19/01, James M. New, in his capacity as Trustee of the Irene Whitman 1990 Trust, James M. New, individually and in his capacity as Trustee for the James M. New Trust dtd 3/19/01, Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Janet Jaffe Trust UA Dated 4/20/90, Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90, Jeffrey Schaffer, Jerome Goodman, Individually, as trustee for The Jerome Goodman

Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1, Joan Roman, John Frans Kissinger, JONATHAN J. KART, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust, Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, JUDD ROBBINS, Judith Gattegno, in her capacity as a member of the Kuntzman Family L.L.C., Julie B. Shapiro, Keith Schaffer, Kelly Burich, Kenneth M. Kohl, as an individual and as a joint tenant, Kevin Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Kevin Shulman in his capacity as Successor Co-Trustee of the Alvin E. Shulman Pourover Trust, Kevin Shulman in his capacity as Successor Co-Trustee of the Florence Shulman Pourover Trust, Kuntzman Family LLC, Kurt B. Palmer, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Laura Ann Smith Revocable Living Trust, LAURA ANN SMITH, as Trustee of the Harry Smith Revocable Living Trust and individually, Laura Ann Smith, individually, Laura New, in her capacity as executrix of the Estate of Irene Whitman, Laura W. New, in her capacity as Trustee for the James M. New Trust dtd 3/19/01, Laurie Ann Margolies Childrens Trust DTD 11/1/08, Laurie Ann Margolies, individually and in her capacity as Trustee for the Bert Margolies Trust and the Laurie Ann Margolies Childrens Trust dtd 11/1/08, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Lindsay A. Shapiro, Lisa Beth Nissenbaum, Lisa Beth Nissenbaum Trust, MARGARET UNFLAT, individually and as joint tenant, Mark Horowitz, Martin Harnick, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Martin R. Harnick & Steven P. Norton Partners, MAURICE SANDLER, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Megan Burich, Michelle Glater, Muriel Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by Last Will and Testament of Seymour Epstein, as executor of the Estate and/or trustee of the Trusts created, Myrna L. Kohl, as an individual and as a joint tenant, Nancy Atlas, in her capacity as the Personal Representative of the Estate of Muriel B. Cantor, Neal Kurn, as Trustee for the Lisa Nissenbaum Trust, Oscar Palmer, Palmer Family Trust, Pamela Harnick, Pamela K. Marxen, Paul Alpern Residuary Trust, Peter Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., PHILIP F. PALMEDO, Philip Goodman, as Limited Partner of Goodman Capital Partners L.P., Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the last Will and Testament of Seymour Epstein, Reid Doral Ashley, a minor, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick RevLiving Trust Dtd 4/6/01, Richard G. Eaton, Rio Jocelyn Breen, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein, Robert Roman, Robert S Whitman, Robert Weintraub, individually and in his capacity as personal representative of the Estate of Audrey Weintraub, Roberta Schwartz Trust, Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta SchwartzTrust, Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust, Ryan P. Murray, Sandra Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership, Sanford S. Perlman, Sara Seims, as Trustee of the Trust U/ART

Fourth O/W/O Israel Wilenitz, Shelburne Shirt Company, Inc., Shulman Family Corporation, in its capacity as a General Partner of FAS Partners L.P, Sloan G. Kamenstein,