**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren J. Resnick
Jimmy Fokas

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br> v.<br><br>THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff,<br><br>       Defendants. | Adv. Pro. No. 09-01503 (SMB) |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion for an Order Granting Leave to File a Third Amended Complaint in the above-referenced adversary proceeding which was previously scheduled to be held on January 25, 2017 has been further adjourned to **February 22, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Date:  January 18, 2017
       New York, New York

**BAKER & HOSTETLER LLP**

BY:  */s/ David J. Sheehan*
     45 Rockefeller Plaza
     New York, New York 10111
     Telephone: (212) 589-4200
     Facsimile: (212) 589-4201
     David J. Sheehan
     Email: dsheehan@bakerlaw.com
     Lauren J. Resnick
     Email: lresnick@bakerlaw.com
     Jimmy Fokas
     Email: jfokas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**Of Counsel:**

Patrick T. Campbell
Email: pcampbell@bakerlaw.com
Melissa M. Carvalho
Email: mcarvalho@bakerlaw.com