**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | Applicable to the Adversary Proceedings Listed on Exhibit A |

**SO ORDERED STIPULATION**
**APPLYING OMNIBUS EXTRATERRITORIALITY BRIEFING**
**AND MEMORANDUM DECISION TO CERTAIN JOINDER DEFENDANTS**

Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, and the defendants identified in Exhibit A hereto (the "Joinder Defendants"), by and through their respective undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on May 15, 2012 and June 7, 2012, respectively, the United States District Court for the Southern District of New York, the Honorable Jed S. Rakoff, entered Orders in which he withdrew the reference in certain adversary proceedings pursuant to 28 U.S.C. § 157(d) to determine whether SIPA and/or the Bankruptcy Code as incorporated by SIPA apply extraterritorially, permitting the Trustee to avoid initial transfers that were received abroad or to recover from initial, immediate, or mediate foreign transferees (the "Extraterritoriality Issue"). *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, No. 12-mc-0115 (JSR), ECF Nos. 97, 167, and 203;

**WHEREAS,** the Joinder Defendants did not move to withdraw the reference as to the Extraterritoriality Issue and/or did not participate in the briefing or oral argument on the Extraterritoriality Issue before Judge Rakoff;

**WHEREAS**, after consolidated briefing and oral argument on the Extraterritoriality Issue, *see id.,* ECF Nos. 234, 309, 310, 322, and 357, on July 7, 2014, Judge Rakoff entered an Opinion and Order (the "Extraterritoriality Order") and returned the withdrawn adversary proceedings to the Bankruptcy Court for further proceedings consistent with the Extraterritoriality Order. *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC,* 513 B.R. 222 (S.D.N.Y. 2014);

**WHEREAS**, on July 28, 2014, Judge Rakoff entered a Stipulation and Supplemental Opinion and Order in which he supplemented the Extraterritoriality Order to direct that certain additional adversary proceedings should "also be returned to the Bankruptcy Court for further proceedings consistent with" the Extraterritoriality Order. *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, No. 12-mc-0115 (JSR), ECF No. 556;

**WHEREAS**, after the adversary proceedings were returned to this Court, the parties stipulated to a scheduling order (the "Scheduling Order"), attaching certain exhibits listing those defendants that were parties to the proceedings before Judge Rakoff and to the Extraterritoriality Order (the "Participating Defendants"), as well as those defendants who were not parties to the Extraterritoriality Order but contended that they were similarly situated (the "Non-Participating Defendants" and collectively with the Participating Defendants the "Bankruptcy Court ET Defendants"). *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Pro. No. 08-01789 (SMB), ECF No. 8800;

**WHEREAS**, the Scheduling Order included certain stipulations relating to the place of formation or citizenship of the subsequent transferors and subsequent transferees comprising the Bankruptcy Court ET Defendants;

**WHEREAS**, the Joinder Defendants were not Bankruptcy Court ET Defendants and did not participate in the briefing or oral argument on the Extraterritoriality Issue before Judge Bernstein (the "Extraterritoriality Motion to Dismiss");

**WHEREAS**, on December 31, 2014, the Bankruptcy Court ET Defendants filed a consolidated memorandum of law in support of the Extraterritoriality Motion to Dismiss. *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Pro. No. 08-01789 (SMB), ECF No. 8903;

3

**WHEREAS**, pursuant to further Scheduling Orders, on June 26, 2015, the Trustee filed (a) a consolidated memorandum of law in opposition to the Extraterritoriality Motion to Dismiss, (b) a supplemental memorandum in opposition to the Extraterritoriality Motion to Dismiss, and (c) either a proposed amended complaint or proffered allegations as to the Extraterritoriality Issue that the Trustee would include in a proposed amended complaint. *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Pro. No. 08-01789 (SMB), ECF Nos. 8990, 9350, 9720;

**WHEREAS**, on September 30, 2015, the Bankruptcy Court ET Defendants filed (a) a consolidated reply memorandum of law in support of the Extraterritoriality Motion to Dismiss and (b) defendant-specific supplemental reply memoranda in support of the Extraterritoriality Motion to Dismiss. *See id.*

**WHEREAS**, on December 16, 2015, the Bankruptcy Court heard oral argument on the Extraterritoriality Motion to Dismiss. *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Pro. No. 08-01789 (SMB), ECF No. 12798;

**WHEREAS**, on November 22, 2016, the Bankruptcy Court issued a Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers (the "Memorandum Decision") that granted the Extraterritoriality Motion to Dismiss as to causes of action seeking to recover subsequent transfers the Bankruptcy Court ET Defendants received from Fairfield Sentry Limited, Fairfield Sigma Limited, Fairfield Lambda Limited, Kingate Global Fund Limited, Kingate Euro Fund Limited, and/or Harley International (Cayman) Limited (the "Foreign Registered Funds") on grounds of international comity (the "International Comity Holding"). *See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Pro. No. 08-01789 (SMB), ECF No. 14495 at 36–40;

4

**WHEREAS**, the Trustee has also asserted subsequent transfer claims against the Joinder Defendants seeking to recover transfers they allegedly received from one or more of the Foreign Registered Funds;

**WHEREAS**, the Joinder Defendants are deemed to incorporate all the arguments set forth by similarly situated defendants in the District Court Extraterritoriality Motion and the consolidated Bankruptcy Court Extraterritoriality Motion;[1]

**WHEREAS**, in light of the foregoing, the Parties hereby seek entry of this So Ordered Stipulation Applying the Memorandum Decision's International Comity Holding ("Stipulation"), to allow the Joinder Defendants listed in Exhibit A hereto to participate in any related appeal;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND SO ORDERED**, that:

(1)  as to claims seeking to recover subsequent transfers the Joinder Defendants allegedly received from the Foreign Registered Funds, pursuant to section 550(a) of the Bankruptcy Code, applicable provisions of SIPA including section 78fff-2(c)(3) and/or New York Debtor and Creditor Law, the Memorandum Decision's International Comity Holding applies equally to the Joinder Defendants in the adversary proceedings identified in Exhibit A hereto, substantially all of which are alleged domestic transferees who were "located" in the United States;[2]

(2)  the Parties are hereby directed to confer for the purpose of submitting consensual orders consistent with the dispositions of the Memorandum Decision's International Comity

---

[1] The Joinder Defendants do not join in any supplemental briefing submitted by individual defendants in the extraterritoriality briefing before the Bankruptcy Court.

[2] As noted on Exhibit A, Citigroup Global Markets Limited was incorporated as a limited liability company in England, with its registered office in London, United Kingdom. Additionally, Lighthouse Supercash Fund Limited was established pursuant to laws of British Virgin Islands, re-domiciled to the Cayman Islands in 2006, and managed in Florida by joinder defendant, Lighthouse Investment Partners LLC, d/b/a Lighthouse Partners.

           Holding and this Stipulation in each of the adversary proceedings identified in Exhibit A. If the Parties cannot submit consensual orders, they should settle orders on notice to the other parties in those adversary proceedings;

(3)    if the Memorandum Decision's International Comity Holding is reversed, the adversary proceedings are remanded, or the Bankruptcy Court's Memorandum Decision is otherwise overturned in any manner by appeal, the Parties fully preserve their rights to prosecute and defend the Trustee's subsequent transfer claims against the Joinder Defendants for transfers allegedly received from one or more of the Foreign Registered Funds on any other basis, and the period during the pendency of this appeal shall not be used by any party as a basis for arguing undue delay or untimeliness as to the exercise of any such right by the Trustee or the Joinder Defendants;

(4)    the Parties expressly reserve all rights and defenses with respect to any transfer not addressed by the Memorandum Decision's International Comity Holding; and

(5)    this Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

| | |
|---|---|
| Dated: January 18, 2017<br>New York, New York | By: */s/ David J. Sheehan*_____<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L.*<br>*Madoff*<br><br>By: */s/ Mark G. Cunha*_____<br>**SIMPSON THACHER & BARTLETT LLP**<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>Mark G. Cunha<br>Email: mcunha@stblaw.com<br>Peter E. Kazanoff<br>Email: pkazanoff@stblaw.com<br>Jeffrey E. Baldwin<br>Email: jbaldwin@stblaw.com<br><br>*Attorneys for Defendants Fairfield Greenwich*<br>*Advisors LLC, Fairfield International*<br>*Managers Inc., Mark McKeefry, Daniel Lipton,*<br>*Lourdes Barreneche, Cornelis Boele, Santiago*<br>*Reyes, Jacqueline Harary, Barreneche, Inc.,*<br>*Fairfield Greenwich Capital Partners, Fortuna*<br>*Asset Management, Inc., Selecta Financial*<br>*Corporation Inc., Charles Murphy, and Share*<br>*Management LLC* |

By: */s/ Glenn M. Kurtz*_____
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Glenn M. Kurtz
Email: gkurtz@whitecase.com
Andrew W. Hammond
Email: ahammond@whitecase.com

*Attorneys for Defendant Walter Noel*

By: */s/ Daniel J. Fetterman*_____
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Daniel J. Fetterman
Email: dfetterman@kasowitz.com

*Attorney for Defendant Jeffrey Tucker*

By: */s/ Edward M. Spiro*_____
**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494
Edward M. Spiro
Email: espiro@maglaw.com

*Attorney for Defendant Robert Blum*

By: */s/ Bruce A. Baird*_____
**COVINGTON & BURLING LLP**
1201 Pennsylvania Ave, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Bruce A. Baird
Email: bbaird@cov.com

*Attorney for Defendant Gregory Bowes*

By: */s/ Thomas J. Moloney*_____
**CLEARY GOTTLIEB STEEN & HAMILTON**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Email: tmoloney@cgsh.com

*Attorney for Defendant HSBC Bank USA, N.A.*

By: */s/ Carmine D. Boccuzzi Jr.*_____
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Carmine D. Boccuzzi, Jr.
Email: cboccuzzi@cgsh.com

*Attorney for Defendant Citigroup Global Markets Limited*

By: */s/ Bruce M. Ginsberg*_____
**DAVIS & GILBERT LLP**
1740 Broadway
New York, New York  10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Bruce M. Ginsberg
Email: bginsberg@dglaw.com
Joseph Cioffi
Email: jcioffi@dglaw.com
James R. Serritella
Email: jserritella@dglaw.com

*Attorneys for Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.)*


By: */s/ Michael Butterman*_____
**DUANE MORRIS, LLP**
1540 Broadway
New York, NY 10036
Telephone:  (212) 692-1000
Facsimile:  (212) 692-1020
Michael Butterman, Esq.
Email: mdbutterman@duanemorris.com
William Heuer, Esq.
Email: wheuer@duanemorris.com
Patricia Heer, Esq.
Email: PHHeer@duanemorris.com

*Attorneys for Defendant Delta National Bank and Trust Company*

By: */s/ Heather L. Kafele*_____
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington, DC 20004
Telephone:  (202) 508-8000
Heather L. Kafele
Email:  hkafele@shearman.com
Keith Palfin
Email:  keith.palfin@shearman.com

*Attorneys for Defendant Naidot & Co. and Banco Itaú Europa International, n/k/a Banco Itaú International*


By: */s/ Eugene R. Licker*_____
**BALLARD SPAHR LLP**
919 Third Avenue, 37th Floor
New York, NY 10022-3915
Telephone:  (212)-223-0200
Facsimile:  (212) 223-1942
Eugene R. Licker
Email: lickere@ballardspahr.com

*Attorney for Defendant Lighthouse Investment Partners LLC, d/b/a Lighthouse Partners and Lighthouse Supercash Fund Limited*


By: */s/ Daniel S. Shamah*_____
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY  10036
Telephone: (212) 326-2138
Facsimile: (212) 326-2061
Daniel S. Shamah
Email: dshamah@omm.com

*Attorney for Defendant Credit Suisse Securities (USA) LLC*

By: */s/ M. William Munno*_____
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
M. William Munno
Email: munno@sewkis.com
Michael B. Weitman
Email: weitman@sewkis.com

*Attorneys for Arden Asset Management Inc.*
*and Arden Asset Management LLC*


By: */s/ Gregory F. Hauser*_____
**WUERSCH AND GERING LLP**
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-4713
Facsimile: (212) 509-9559
Gregory F. Hauser
Email: gregory.hauser@wg-law.com

*Attorney for Defendants Vontobel Asset*
*Management Inc.*


By: */s/ Mark T. Ciani*_____
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-6509
Facsimile: (221) 940-8776
Mark T. Ciani
Email: mark.ciani@kattenlaw.com

*Attorney for Defendant Northern Trust*
*Corporation*

By: */s/ Hugh K. Murtagh*_____
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York NY 10006
Telephone: (212) 225-2116
Facsimile: (212) 225-3999
Hugh K. Murtagh
Email: hmurtagh@cgsh.com

*Attorney for Defendant Credit Agricole Corporate and Investment Bank*


By: */s/ John F. Zulack*_____
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 412-9500
Facsimile: (212)964-9200
John F. Zulack
Email: jzulack@fzwz.com

*Attorney for Defendants Lyxor Asset Management Inc., as general partner of SG AM AI Premium Fund L.P. and SG AM AI Premium Fund L.P.*


**SO ORDERED.**

Dated: <u>January 18, 2017</u>
        New York, New York


/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE