# EXHIBIT A

| Adv. Pro. No. | Name of Alleged U.S.-Based Subsequent Transferee Defendant | Foreign Registered Fund Transferor | Represented By |
|---|---|---|---|
| 09-01239 (SMB) | Fairfield Greenwich Advisors LLC | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Fairfield International Managers, Inc. | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Walter Noel | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | White & Case LLP |
| | Jeffrey Tucker | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Kasowitz Benson Torres & Friedman LLP |
| | Mark McKeefry | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Charles Murphy | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Daniel Lipton | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Robert Blum | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Morvillo Abramowitz Grand Iason & Anello P.C. |
| | Gregory Bowes | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Covington & Burling LLP |
| | Lourdes Barreneche | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Cornelis Boele | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Santiago Reyes | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Jacqueline Harary | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| 09-01364 (SMB) | HSBC Bank USA, N.A. | Fairfield Sentry Limited, Harley International (Cayman) Limited | Cleary Gottlieb Steen & Hamilton LLP |
| 10-05345 (SMB) | Citigroup Global Markets Limited[1] | Fairfield Sentry Limited | Cleary Gottlieb Steen & Hamilton LLP |
| 10-05353 (SMB) | Natixis Financial Products LLC as the successor-in-interest to Natixis Financial Products Inc. | Harley International (Cayman) Limited | Davis & Gilbert LLP |
| 11-02551 (SMB) | Delta National Bank & Trust Company | Fairfield Sentry Limited | Duane Morris LLP |
| 11-02733 (SMB) | Naidot & Co. | Fairfield Sentry Limited | Shearman & Sterling LLP |
| 11-02762 (SMB) | Lighthouse Investment Partners LLC, d/b/a Lighthouse Partners | Fairfield Sentry Limited | Ballard Spahr LLP |
| | Lighthouse Supercash Fund Limited[2] | Fairfield Sentry Limited | Ballard Spahr LLP |
| 11-02925 (SMB) | Credit Suisse Securities (USA) LLC | Kingate Euro Fund, Ltd. | O'Melveny & Myers LLP |
| 12-01019 (SMB) | Banco Itau Europa International | Fairfield Sentry Limited | Shearman & Sterling LLP |
| 12-01023 (SMB) | Arden Asset Management Inc. | Fairfield Sentry Limited, Kingate Global Fund, Ltd. | Seward & Kissel LLP |
| | Arden Asset Management LLC | Fairfield Sentry Limited, Kingate Global Fund, Ltd. | Seward & Kissel LLP |
| 12-01202 (SMB) | Vontobel Asset Management Inc. | Fairfield Sentry Limited | Wuersch & Gering LLP |
| 12-01669 (SMB) | Northern Trust Corporation | Fairfield Sentry Limited, Kingate Global Fund, Ltd., Kingate Euro Fund, Ltd. | Katten Muchin Rosenman LLP |
| 12-01670 (SMB) | Credit Agricole Corporate and Investment Bank | Fairfield Sentry Limited | Cleary Gottlieb Steen & Hamilton LLP |
| 12-01677 (SMB) | Lyxor Asset Management Inc., as general partner of SG AM AI Premium Fund L.P.[3] | Fairfield Sentry Limited | Flemming Zulack Williamson Zauderer LLP |
| | SG AM AI Premium Fund L.P.[3] | Fairfield Sentry Limited | Flemming Zulack Williamson Zauderer LLP |
| 12-01702 (SMB) | Barreneche, Inc. | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Fairfield Greenwich Capital Partners | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Fortuna Asset Management, Inc. | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Selecta Financial Corporation Inc. | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |
| | Share Management LLC | Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited | Simpson Thacher & Bartlett LLP |

[1] Citigroup Global Markets Limited was incorporated as a limited liability company in England, with its registered office in London, United Kingdom.

[2] Lighthouse Supercash Fund Limited was established pursuant to laws of British Virgin Islands, re-domiciled to the Cayman Islands in 2006, and managed in Florida by joinder defendant, Lighthouse Investment Partners LLC, d/b/a Lighthouse Partners.

[3] Lyxor Asset Management Inc., as general partner of SG AM AI Premium Fund L.P. and SG AM AI Premium Fund L.P. moved to withdraw the reference as to the Extraterritoriality Issue and participated in the briefing or oral argument on the Extraterritoriality Issue before Judge Rakoff, but did not participate in the briefing before the Bankruptcy Court.