**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>            v.<br><br>CITIVIC NOMINEES LTD.,<br><br>            Defendant. | Adv. Pro. No. 12-01513 (SMB) |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF CITIVIC NOMINEES LTD.**

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (making Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses with prejudice the above-captioned adversary proceeding.

Pursuant to Bankruptcy Rule 7041, the Trustee is permitted to voluntarily dismiss the adversary proceeding without further order of the court by filing this Notice of Dismissal because, as of the date hereof, the opposing party has not served either an answer or a motion for summary judgment.

Dated: January 18, 2017
      New York, New York

/s/ Thomas L. Long
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Catherine E. Woltering
Email: cwoltering@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*