**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Tatiana Markel
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROL L. KAMENSTEIN, *et al.*,<br><br>        Defendant. | Adv. Pro. No. 10-04469 (SMB) |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: December 21, 2015.

2. Fact Discovery shall be completed by: June 16, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: August 16, 2017.

4. The Disclosure of Rebuttal Experts shall be due: October 16, 2017.

5. The Deadline for Completion of Expert Discovery shall be: November 20, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: November 27, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 11, 2017.

8. The Deadline for Conclusion of Mediation shall be: April 11, 2018.

Dated: New York, New York  
      January 18, 2017

BAKER & HOSTETLER LLP

By: */s/Elyssa S. Kates*  
David J. Sheehan  
Keith R. Murphy  
Robertson D. Beckerlegge  
Tatiana Markel  
Elyssa S. Kates  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*