**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR JANUARY 25, 2017**

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance actions as set forth on the attached Appendix A are scheduled to be heard at the Avoidance Action Omnibus Hearing scheduled for **January 25, 2017 at 2:00 pm.**

The next Avoidance Action Omnibus Hearing is scheduled for **February 22, 2017 at 10:00 a.m.** The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  January 18, 2017
       New York, New York

By:     *s/Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

# APPENDIX A

1. **10-04350; Picard v. South Ferry #2LP, et al.**
   **10-04488; Picard v. South Ferry Building Company, a New York Limited Partnership**

   A. Pre-Trial Conference

2. **10-04387; Picard v. James Lowrey, et al.**

   A. Pre-Trial Conference

3. **10-05110; Picard v. United Congregations Mesora**

   A. Pre-Trial Conference

4. **10-04417; Picard v. The Lustig Family 1990 Trust, et al.**
   **10-04554; Picard v. David Ivan Lustig**

   A. Conference pursuant to Local Bankruptcy Rule 7007-1(b)