**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN ANDELMAN,<br><br>Defendant. | Adv. Pro. No. 10-04916 (SMB) |

## NOTICE OF DISCOVERY ARBITRATOR'S DECISION AND ORDER

Attached hereto as Exhibit A is the Discovery Arbitrator's Decision and Order, issued on December 20, 2016, pursuant to the Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 (ECF No. 14227), and the Stipulation and Order Referring Matter to Discovery Arbitrator in this adversary proceeding, dated October 31, 2016 (ECF No. 52).

Dated: January 19, 2017
       New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

Dean D. Hunt
Email: dhunt@bakerlaw.com
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.646.1346
Facsimile: 713.751.1717

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Discovery Arbitrator's Decision and Order* was served this 19th day of January, 2017 by electronic mail and First Class mail upon the following:

    David B. Bernfeld
    Email: dbblaw@hotmail.com
    Jeffrey Bernfeld
    Email: jeffreybernfeld@bernfeld-dematteo.com
    BERNFELD, DEMATTEO & BERNFELD LLP
    600 Third Avenue
    New York, NY 10016
    *Attorneys for Defendant Susan Andelman*

    /s/ Dean D. Hunt
    ―――――――――――――――――
    *An Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L Madoff*

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant<br><br>-against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>STEVEN ANDELMAN,<br><br>      Defendant. | Adv. Pro. No. 10-04884 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>SUSAN ANDELMAN,<br><br>Defendant. | Adv. Pro. No. 10-4916 (SMB) |

## DISCOVERY ARBITRATOR'S DECISION AND ORDER

Having conferred with counsel for both sides during a telephone conference on December 15, 2017, it is hereby ORDERED that:

1. The Trustee's letter-request that the Trustee's Requests to Admit addressed to defendants Susan Andelman and Steven Andelman (together, the "Defendants") be deemed admitted is denied.

2. By January 31, 2017, the Defendants shall serve amended responses to the Trustee's Requests to Admit, which shall be based upon a reasonable inquiry by them, including a review of the documents furnished to them by the Trustee

3. The Trustee's letter request to compel the Defendants to produce documents is granted.

4. By January 31, 2017, the Defendants shall:

    (a) engage in a good faith effort to locate all documents responsive to the Trustee's requests for the production of documents;

    (b) produce all responsive non-privileged documents in their possession, custody or control;

    (c) serve an amended response to the Trustee's document requests which shall not contain impermissible boilerplate objections, (see generally Mancia v. Mayflower Textile Servs. Co., 253 F.R.D. 354, 358 (D. Md. 2008)), and which specifies in response to each request whether any non-privileged documents have been withheld from production based on an objection, (see Fed. R. Civ. P. 34(b)(2)(C)).

2

(d) serve a privilege log for any documents withheld on privilege grounds.

5. Absent good cause shown, any documents that the Defendants have failed to produce by January 31, 2017, may not be used to support any claim or defense that the Defendants have asserted in these proceedings.

SO ORDERED.

Dated:  New York, New York
        December 20, 2016

/s/

_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel via ECF

3

# SERVICE LIST

| | |
|---|---|
| **Case Name:** In re: Bernard L. Madoff Investment Securities, LLC. et al. | **Hear Type:** Court Reference |
| **Reference #:** 1425022252 | **Case Type:** Business/Commercial |
| **Panelist:** Maas, Frank, | |

**Karin Scholz Jenson**
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Trustee
Phone: 212-589-4200
Fax: 212-589-4201
kjenson@bakerlaw.com

Party Represented:
Irving H. Picard, Esq., TRUSTEE

**Yuliya Iskhakova**
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Trustee
Phone: 212-589-4200
Fax: 212-589-4201
yiskhakova@bakerlaw.com

Party Represented:
Irving H. Picard, Esq., TRUSTEE

**Edward Jacobs**
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Trustee
Phone: 212-589-4200
Fax: 212-589-4201
ejacobs@bakerlaw.com

Party Represented:
Irving H. Picard, Esq., TRUSTEE

**Dean D. Hunt**
Baker Hostetler
811 Main St.
Suite 1100
Houston, TX 77002-6111
Trustee
Phone: 713-751-1600
Fax: 713-751-1717
dhunt@bakerlaw.com

Party Represented:
Irving H, Picard, Esq., TRUSTEE

**Nicholas J. Cremona**
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Trustee
Phone: 212-589-4200
Fax: 212-589-4201
ncremona@bakerlaw.com

Party Represented:
Irving H. Picard, Esq., TRUSTEE

**Terry M. Brennan**
Baker Hostetler LLP
127 Public Square
Suite 2000
Cleveland, OH 44114-1214
Trustee
Phone: 216-621-0200
Fax: 216-696-0740
tbrennan@bakerlaw.com

Party Represented:
Irving H. Picard, Esq., TRUSTEE

**Breaden M. Douthett**
Baker Hostetler LLP
127 Public Square
Suite 2000
Cleveland, OH 44114-1214
Trustee
Phone: 216-621-0200
Fax: 216-696-0740
bdouthett@bakerlaw.com

Party Represented:
Irving H. Picard, Esq., TRUSTEE

**Edward Jacobs**
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Trustee
Phone: 212-589-4200
Fax: 212-589-4201
ejacobs@bakerlaw.com

Party Represented:
Irving H. Picard, Esq., TRUSTEE

*12/20/201(*    *Page 1 of 2*

**Yuliya Iskhakova**
Baker Hostetler LLP
45 Rockefeller Plaza          Trustee
New York, NY  10111          Phone: 212-589-4200
                              Fax: 212-589-4201
yiskhakova@bakerlaw.com

**Party Represented:**

  Crupi - Adv. Pro. 10-04216 (SMB)

**David Bernfeld**
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue              Defendant
15th Floor                    Phone: 212-661-1661
New York, NY  10016          Fax: 212-557-9610
davidbernfeld@bernfeld-dematteo.com

**Party Represented:**

  Susan Andelman

**Jeffrey L. Bernfeld**
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue              Defendant
15th Floor                    Phone: 212-661-1661
New York, NY  10016          Fax: 212-557-9610
jbdobro@hotmail.com

**Party Represented:**

  Susan Andelman

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: In re: Bernard L. Madoff Investment Securities, LLC. et al.
Reference No. 1425022252

I, Kristen Maccubbin, not a party to the within action, hereby declare that on December 20, 2016, I served the attached Decisions re: Feldmans and Andelmans on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at New York, NEW YORK, addressed as follows:

Karin Scholz Jenson Esq.
Ms. Yuliya Iskhakova
Edward Jacobs Esq.
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY   10111
Phone: 212-589-4200
kjenson@bakerlaw.com
yiskhakova@bakerlaw.com
ejacobs@bakerlaw.com
   Parties Represented:
   Crupi Case
   Good Faith Case
   Irving H. Picard, Esq., TRUSTEE

Mr. Nicholas J. Cremona
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY   10111
Phone: 212-589-4200
ncremona@bakerlaw.com
   Parties Represented:
   Good Faith Case
   Irving H. Picard, Esq., TRUSTEE

Mr. David Bernfeld
Jeffrey L. Bernfeld Esq.
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue

Mr. Dean D. Hunt
Baker Hostetler
811 Main St.
Suite 1100
Houston, TX   77002-6111
Phone: 713-751-1600
dhunt@bakerlaw.com
   Parties Represented:
   Good Faith Case
   Irving H, Picard, Esq., TRUSTEE

Terry M. Brennan Esq.
Mr. Breaden M. Douthett
Baker Hostetler LLP
127 Public Square
Suite 2000
Cleveland, OH   44114-1214
Phone: 216-621-0200
tbrennan@bakerlaw.com
bdouthett@bakerlaw.com
   Parties Represented:
   Crupi Case
   Irving H. Picard, Esq., TRUSTEE

15th Floor
New York, NY 10016
Phone: 212-661-1661
davidbernfeld@bernfeld-dematteo.com
jbdobro@hotmail.com
    Parties Represented:
    Carolyn Miller Revocable Trust
    Estate of Carolyn Miller
    Joanne Gayle
    Laurie Rosen Riemer
    Pauline B Feldman
    Pauline B. Feldman
    Richard Feldman
    Steven Andelman
    Susan Andelman

I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on December 20, 2016.

_____
Kristen Maccubbin
kmaccubbin@jamsadr.com