# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant<br><br>-against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>STEVEN ANDELMAN,<br><br>        Defendant. | Adv. Pro. No. 10-04884 (SMB) |

| |
|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, |
| Plaintiff, |
| -against- |
| SUSAN ANDELMAN, |
| Defendant. |

Adv. Pro. No. 10-4916 (SMB)

## DISCOVERY ARBITRATOR'S DECISION AND ORDER

Having conferred with counsel for both sides during a telephone conference on December 15, 2017, it is hereby ORDERED that:

1. The Trustee's letter-request that the Trustee's Requests to Admit addressed to defendants Susan Andelman and Steven Andelman (together, the "Defendants") be deemed admitted is denied.

2. By January 31, 2017, the Defendants shall serve amended responses to the Trustee's Requests to Admit, which shall be based upon a reasonable inquiry by them, including a review of the documents furnished to them by the Trustee

3. The Trustee's letter request to compel the Defendants to produce documents is granted.

4. By January 31, 2017, the Defendants shall:

    (a) engage in a good faith effort to locate all documents responsive to the Trustee's requests for the production of documents;

    (b) produce all responsive non-privileged documents in their possession, custody or control;

    (c) serve an amended response to the Trustee's document requests which shall not contain impermissible boilerplate objections, (see generally Mancia v. Mayflower Textile Servs. Co., 253 F.R.D. 354, 358 (D. Md. 2008)), and which specifies in response to each request whether any non-privileged documents have been withheld from production based on an objection, (see Fed. R. Civ. P. 34(b)(2)(C)).

2

(d) serve a privilege log for any documents withheld on privilege grounds.

5. Absent good cause shown, any documents that the Defendants have failed to produce by January 31, 2017, may not be used to support any claim or defense that the Defendants have asserted in these proceedings.

SO ORDERED.

Dated:  New York, New York
        December 20, 2016

/s/

_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel via ECF

# SERVICE LIST

| | | | |
|---|---|---|---|
| **Case Name:** | In re: Bernard L. Madoff Investment Securities, LLC. et al. | **Hear Type:** | Court Reference |
| **Reference #:** | 1425022252 | **Case Type:** | Business/Commercial |
| **Panelist:** | Maas, Frank, | | |

**Karin Scholz Jenson**
Baker Hostetler LLP
45 Rockefeller Plaza          Trustee
New York, NY  10111          Phone: 212-589-4200
                             Fax: 212-589-4201
kjenson@bakerlaw.com
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Yuliya Iskhakova**
Baker Hostetler LLP
45 Rockefeller Plaza          Trustee
New York, NY  10111          Phone: 212-589-4200
                             Fax: 212-589-4201
yiskhakova@bakerlaw.com
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Edward Jacobs**
Baker Hostetler LLP
45 Rockefeller Plaza          Trustee
New York, NY  10111          Phone: 212-589-4200
                             Fax: 212-589-4201
ejacobs@bakerlaw.com
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Dean D. Hunt**
Baker Hostetler
811 Main St.                 Trustee
Suite 1100                   Phone: 713-751-1600
Houston, TX  77002-6111      Fax: 713-751-1717
dhunt@bakerlaw.com
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Nicholas J. Cremona**
Baker Hostetler LLP
45 Rockefeller Plaza          Trustee
New York, NY  10111          Phone: 212-589-4200
                             Fax: 212-589-4201
ncremona@bakerlaw.com
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Terry M. Brennan**
Baker Hostetler LLP
127 Public Square
Suite 2000                   Trustee
Cleveland, OH  44114-1214    Phone: 216-621-0200
tbrennan@bakerlaw.com        Fax: 216-696-0740
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Breaden M. Douthett**
Baker Hostetler LLP
127 Public Square
Suite 2000                   Trustee
Cleveland, OH  44114-1214    Phone: 216-621-0200
bdouthett@bakerlaw.com       Fax: 216-696-0740
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Edward Jacobs**
Baker Hostetler LLP
45 Rockefeller Plaza          Trustee
New York, NY  10111          Phone: 212-589-4200
                             Fax: 212-589-4201
ejacobs@bakerlaw.com
   **Party Represented:**
   Irving H. Picard, Esq., TRUSTEE

**Yuliya Iskhakova**
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Trustee
Phone: 212-589-4200
Fax: 212-589-4201

yiskhakova@bakerlaw.com

**Party Represented:**

Crupi - Adv. Pro. 10-04216 (SMB)

**David Bernfeld**
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue
15th Floor
New York, NY 10016

Defendant
Phone: 212-661-1661
Fax: 212-557-9610

davidbernfeld@bernfeld-dematteo.com

**Party Represented:**

Susan Andelman

**Jeffrey L. Bernfeld**
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue
15th Floor
New York, NY 10016

Defendant
Phone: 212-661-1661
Fax: 212-557-9610

jbdobro@hotmail.com

**Party Represented:**

Susan Andelman

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: In re: Bernard L. Madoff Investment Securities, LLC. et al.
Reference No. 1425022252

I, Kristen Maccubbin, not a party to the within action, hereby declare that on December 20, 2016, I served the attached Decisions re: Feldmans and Andelmans on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at New York, NEW YORK, addressed as follows:

Karin Scholz Jenson Esq.
Ms. Yuliya Iskhakova
Edward Jacobs Esq.
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Phone: 212-589-4200
kjenson@bakerlaw.com
yiskhakova@bakerlaw.com
ejacobs@bakerlaw.com
   Parties Represented:
   Crupi Case
   Good Faith Case
   Irving H. Picard, Esq., TRUSTEE

Mr. Nicholas J. Cremona
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Phone: 212-589-4200
ncremona@bakerlaw.com
   Parties Represented:
   Good Faith Case
   Irving H. Picard, Esq., TRUSTEE

Mr. Dean D. Hunt
Baker Hostetler
811 Main St.
Suite 1100
Houston, TX  77002-6111
Phone: 713-751-1600
dhunt@bakerlaw.com
   Parties Represented:
   Good Faith Case
   Irving H, Picard, Esq., TRUSTEE

Terry M. Brennan Esq.
Mr. Breaden M. Douthett
Baker Hostetler LLP
127 Public Square
Suite 2000
Cleveland, OH  44114-1214
Phone: 216-621-0200
tbrennan@bakerlaw.com
bdouthett@bakerlaw.com
   Parties Represented:
   Crupi Case
   Irving H. Picard, Esq., TRUSTEE

Mr. David Bernfeld
Jeffrey L. Bernfeld Esq.
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue

15th Floor
New York, NY 10016
Phone: 212-661-1661
davidbernfeld@bernfeld-dematteo.com
jbdobro@hotmail.com
    Parties Represented:
    Carolyn Miller Revocable Trust
    Estate of Carolyn Miller
    Joanne Gayle
    Laurie Rosen Riemer
    Pauline B Feldman
    Pauline B. Feldman
    Richard Feldman
    Steven Andelman
    Susan Andelman

I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on December 20, 2016.

Kristen Maccubbin
kmaccubbin@jamsadr.com