**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Robertson Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Jonathan New
Email: jnew@bakerlaw.com
Robyn Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04349 (SMB) |
| Plaintiff, | |
| v. | |

PAULINE B. FELDMAN,

                                Defendant.

## <u>NOTICE OF DISCOVERY ARBITRATOR'S DECISION AND ORDER</u>

Attached hereto as Exhibit A is the Discovery Arbitrator's Decision and Order, issued on

December 20, 2016, pursuant to the Order Appointing a Discovery Arbitrator Pursuant to

Bankruptcy Rule 9019(c) and General Order M-390 (ECF No. 14227), and the Stipulation and

Order Referring Matter to Discovery Arbitrator in this adversary proceeding, dated October 31,

2016 (ECF No. 46).

Dated:  January 19, 2017
           New York, New York


                    **BAKER & HOSTETLER LLP**


                    By: */s/ Robertson Beckerlegge*
                    45 Rockefeller Plaza
                    New York, New York 10111
                    Telephone:  212.589.4200
                    Facsimile:  212.589.4201
                    David J. Sheehan
                    Email:  dsheehan@bakerlaw.com
                    Nicholas J. Cremona
                    Email:  ncremona@bakerlaw.com
                    Robertson Beckerlegge
                    Email: rbeckerlegge@bakerlaw.com
                    Jonathan New
                    Email: jnew@bakerlaw.com
                    Robyn Feldstein
                    Email: rfeldstein@bakerlaw.com

                    *Attorneys for Plaintiff Irving H. Picard,*
                    *Trustee for the Substantively Consolidated*
                    *SIPA Liquidation of Bernard L. Madoff*
                    *Investment Securities LLC and the Estate of*
                    *Bernard L. Madoff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing *Notice of Discovery Arbitrator's Decision and Order* was served this 19th day of January, 2017 by electronic mail and First Class mail upon the following:

> David B. Bernfeld
> Email: dbblaw@hotmail.com
> Jeffrey Bernfeld
> Email: jeffreybernfeld@bernfeld-dematteo.com
> BERNFELD, DEMATTEO & BERNFELD LLP
> 600 Third Avenue
> New York, NY 10016
> *Attorneys for Defendant Pauline B. Feldman*

> _/s/ Robyn Feldstein_____
> *An Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L Madoff*