**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Robertson Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Jonathan New
Email: jnew@bakerlaw.com
Robyn Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>    v. | Adv. Pro. No. 10-04560 (SMB) |

RICHARD E. FELDMAN,

                    Defendant.

### NOTICE OF DISCOVERY ARBITRATOR'S DECISION AND ORDER

      Attached hereto as Exhibit A is the Discovery Arbitrator's Decision and Order, issued on December 20, 2016, pursuant to the Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 (ECF No. 14227), and the Stipulation and Order Referring Matter to Discovery Arbitrator in this adversary proceeding, dated October 31, 2016 (ECF No. 47).

Dated: January 19, 2017
       New York, New York

                              **BAKER & HOSTETLER LLP**

                              By: */s/ Robertson Beckerlegge*
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone: 212.589.4200
                              Facsimile: 212.589.4201
                              David J. Sheehan
                              Email: dsheehan@bakerlaw.com
                              Nicholas J. Cremona
                              Email: ncremona@bakerlaw.com
                              Robertson Beckerlegge
                              Email: rbeckerlegge@bakerlaw.com
                              Jonathan New
                              Email: jnew@bakerlaw.com
                              Robyn Feldstein
                              Email: rfeldstein@bakerlaw.com

                              *Attorneys for Plaintiff Irving H. Picard,*
                              *Trustee for the Substantively Consolidated*
                              *SIPA Liquidation of Bernard L. Madoff*
                              *Investment Securities LLC and the Estate of*
                              *Bernard L. Madoff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Discovery Arbitrator's Decision and Order* was served this 19th day of January, 2017 by electronic mail and First Class mail upon the following:

David B. Bernfeld
Email: dbblaw@hotmail.com
Jeffrey Bernfeld
Email: jeffreybernfeld@bernfeld-dematteo.com
BERNFELD, DEMATTEO & BERNFELD LLP
600 Third Avenue
New York, NY 10016
*Attorneys for Defendant Richard E. Feldman*

/s/ Robyn Feldstein
*An Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L Madoff*