**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01273 (SMB) |
| Plaintiff, | |
| v. | |
| Mistral (SPC), | |
| Defendant. | |

## SO ORDERED STIPULATION REGARDING DISMISSAL OF COUNT ONE OF THE COMPLAINT

**WHEREAS**, Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, commenced this Adversary Proceeding by filing a complaint (the "Complaint") against Mistral (SPC) (the "Defendant") on April 5, 2012;

**WHEREAS**, on November 22, 2016, this Court issued a Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers that granted in part and denied in

part the Defendant's motion to dismiss the Complaint, and granted the Trustee leave to amend.

*See Securities Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Pro. No. 08-01789

(SMB), ECF No. 14495; and

**WHEREAS** the Trustee has decided not to appeal this Court's dismissal of Count 1 of

his Complaint;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that:

1.      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as

incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Count 1 of the

Complaint, to recover from the Defendant an amount attributed to a subsequent transfer received

from Kingate Global Fund, Ltd. in the amount of $200,033 (Compl. p.14, ¶¶ 63-67), is hereby

dismissed with prejudice.

2.      Except as specifically addressed in paragraph 1, above, this Stipulation is without

prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Trustee

or the Defendant, including any defenses based on lack of personal jurisdiction.

Dated:  January 18, 2017
      New York, New York

By:  /s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Antonio J. Casas (acasas@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Telephone:  (212) 237-1000
Facsimile:  (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*

By: /s/ William J. Sushon
William J. Sushon (wsushon@omm.com)
O'Melveny & Myers LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile:  (212) 326-2061

*Attorneys for Defendant Mistral (SPC)*

**SO ORDERED**

Dated: January 19, 2017
        New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE