**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>   v.<br><br>MELVIN H. AND LEONA GALE JOINT REVOCABLE LIVING TRUST U/A/D 1/4/94, MELVIN H. GALE, in his capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living | Adv. Pro. No. 10-04993 (SMB) |

Trust u/a/d 1/4/94 and individually, and LEONA GALE, in her capacity as trustee of the Melvin H. and Leona Gale Joint Revocable Living Trust u/a/d 1/4/94 and individually,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: Initial Disclosures were served on December 21, 2015.

2. Fact Discovery shall be completed by: April 24, 2017

3. The Disclosure of Case-in-Chief Experts shall be due: June 23, 2017

4. The Disclosure of Rebuttal Experts shall be due: July 24, 2017

5. The Deadline for Completion of Expert Discovery shall be: August 23, 2017

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before August 30, 2017

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before September 13, 2017

8. The Deadline for Conclusion of Mediation shall be: On or before December 28, 2017

[*The remainder of this page intentionally left blank*]

Dated: January 19, 2017

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Christa C. Turner
Email: cturner@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

AKERMAN, LLP

By: *s/ Catherine E. Douglas*_____
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: 954.463.2700
Facsimile: .954.463.2224
Michael I. Goldberg
Email: michael.goldberg@akerman.com
Catherine E. Douglas
Email: Catherine.douglas@akerman.com

335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: 212.880.3800
Facsimile: 212.880.8965
Susan Balaschak, Esq.
Email: susan.balaschak@akerman.com

*Attorneys for Defendants*