**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Amy R. Roth (the "Claimant"), having filed an objection (Docket No. 2316) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#011153 and #012652) and having filed an objection (Docket No. 3118) to the Revised Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#011153 and #012652) (collectively, the "Objections"), hereby gives notice that she withdraws the Objections.

Dated: December 30, 2016

                                                    /s/ David A. Blansky
                                                    David A. Blansky on behalf of Amy R. Roth
                                                    LaMonica Herbst & Maniscalco, LLP
                                                    3305 Jerusalem Avenue
                                                    Wantagh, New York 11793
                                                    Tel. No. 516.826.6500