**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

       Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the substantively consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff | |
| Plaintiff, | |
| v. | Adv. Pro. Nos. listed on Exhibit A Attached Hereto |
| DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO, | |
| Defendants. | |

### NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee ("Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. ("SIPA"), and the substantively

consolidated estate of Bernard L. Madoff ("Madoff"), together with the defendants listed on

Exhibit A attached hereto (the "Parties"[1]), by and through their undersigned counsel, hereby move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b) (the "Motion"), in each adversary proceeding identified on Exhibit A.

PLEASE TAKE FURTHER NOTICE that Notice of the Motion will be provided by U.S. Mail, postage prepaid or email to (i) all parties to each adversary proceeding identified on Exhibit A; and (ii) SIPC.  The Parties submit that no other or further notice is required.  In addition, the Trustee's pleadings filed in accordance with the schedule outlined above will be posted to the Trustee's website www.madofftrustee.com and are accessible, without charge, from that site.

---

[1] All but one defendant in the 17 cases identified on Exhibit A affirmatively join in the Motion.  Zephyros Limited, defendant in *Picard v. Zephyros Limited*, No. 10-01278, does not oppose the Motion, but does not affirmatively join.

Dated:  January 20, 2017
       New York, New York

By: /s/ _David J. Sheehan_____
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Catherine E. Woltering
Email: cwoltering@bakerlaw.com
Stacy A. Dasaro
Email: sdasaro@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*

By: /s/ _Howard L. Simon_____
**WINDELS MARX LANE & MITTENDORF,**
**LLP**
Howard L. Simon
Email: hsimon@windelsmarx.com
Kim M. Longo
Email: klongo@windelsmarx.com
156 West 56th Street
New York, New York 10019
Telephone:  (212) 237-1000
Facsimile:  (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

By: /s/ _Timothy P. Harkness_
**FRESHFIELDS BRUCKHAUS DERINGER
US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 230-4610
Facsimile: (646) 465-7410
Timothy P. Harkness
Email:  timothy.harkness@freshfields.com

_Attorneys for Defendants Alpine Trustees
Limited, Individually and as Trustees of the El
Prela Trust, Ashby Investment Services Limited,
Individually and as Trustees of The Ashby Trust,
Ashby Holding Services Limited, El Prela Group
Holding Services, El Prela Trading Investments
Limited, El Prela Trust, First Peninsula,
Individually and as Trustees of the Ashby Trust,
Port of Hercules Ltd., Individually and as
Trustee of the El Prela Trust, The Ashby Trust_


By: /s/ _Jodi Aileen Kleinick_
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Barry G. Sher
Email: barrysher@paulhastings.com
Jodi Aileen Kleinick
Email: jodikleinick@paulhastings.com
Mor Wetzler
Email: morwetzler@paulhastings.com

_Attorneys for Defendants Carlo Grosso,
Federico Ceretti, FIM Advisors LLP, and FIM
Limited_

By: /s/ _Carmine D. Boccuzzi Jr._
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Carmine D. Boccuzzi, Jr.
Email: cboccuzzi@cgsh.com
Erica Klipper
Email: eklipper@cgsh.com

_Attorneys for Defendant Citi Hedge Fund_
_Services Limited_


By: /s/ _Thomas J. Moloney_
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Email: tmoloney@cgsh.com

_Attorneys for HSBC Bank Bermuda Limited_


By: /s/ _Scott W. Reynolds_
**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Telephone: (212) 257-6932
Facsimile: (212) 257-6950
Scott W. Reynolds
Email: scott.reynolds@chaffetzlindsey.com
Erin Valentine
Email: erin.valentine@chaffetzlindsey.com

_Attorneys for Kingate Management Limited_

By: /s/ _Mark G. Cunha_
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2399
Facsimile: (212) 455-2502
Mark G. Cunha
Email: mcunha@stblaw.com
Peter E. Kazanoff
Email: pkazanoff@stblaw.com
Jeffrey E. Baldwin
Email: jbaldwin@stblaw.com

_Attorneys for Defendants Fairfield Greenwich
Limited, Fairfield Greenwich (Bermuda)
Limited, Fairfield Greenwich Advisors LLC,
Fairfield International Managers, Inc., Mark
McKeefry, Daniel Lipton, Amit Vijayvergiya,
Gordon McKenzie, Richard Landsberger, Philip
Toub, Charles Murphy, Andrew Smith, Harold
Greisman, Corina Noel Piedrahita, Lourdes
Barreneche, Cornelis Boele, Santiago Reyes,
Jacqueline Harary, Barreneche, Inc., Dove Hill
Trust, Fairfield Greenwich Capital Partners, FG
Investors Ltd, Fortuna Asset Management Inc.,
Selecta Financial Corporation Inc., and Share
Management LLC_

By: /s/ _Andrew J. Levander_
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Andrew J. Levander
Email: andrew.levander@dechert.com
Neil A. Steiner
Email: neil.steiner@dechert.com

_Attorneys for Defendant Andrés Piedrahita_

By: /s/ *Frederick R. Kessler*
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-0050
Frederick R. Kessler
Email: Fkessler@wmd-law.com
Fletcher W. Strong
Email: fstrong@wmd-law.com

*Attorneys for Fairfield Investment Fund Limited*


By: /s/ *Bruce Baird*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Bruce A. Baird
Email: bbaird@cov.com

*Attorneys for Gregory Bowes*


By: /s/ *Daniel J. Fetterman*
**KASOWITZ BENSON TORRES &
FRIEDMAN LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Daniel J. Fetterman
Email: dfetterman@kasowitz.com

*Attorneys for Defendant Jeffrey Tucker*

By: /s/ *Edward M. Spiro*
**MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC**
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494
Edward M. Spiro
Email: espiro@maglaw.com

*Attorneys for Defendant Robert Blum*

By: /s/ *Andrew W. Hammond*
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY  10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Glenn M. Kurtz
Email: gkurtz@whitecase.com
Andrew W. Hammond
Email: ahammond@whitecase.com

*Attorneys for Defendant Walter Noel*

By: /s/ *Robin Spigel*
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Sameer Advani
Email:sadvani@willkie.com
Robin Spigel
Email: rspigel@willkie.com

*Attorneys for Defendants Equus Asset
Management Ltd., Hermes Asset Management
Limited, Thema Asset Management (Bermuda)
Ltd., and Thema Asset Management Limited
(BVI)*

By: /s/ _Thomas J. Moloney_
**CLEARY GOTTLIEB STEEN
& HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Email: tmoloney@cgsh.com

*Attorneys for Defendants HSBC Bank (Cayman) Ltd., HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC  Private Bank (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Private Banking Holdings (Suisse) S.A., HSBC Bank USA, N.A. and HSBC Securities Services (Luxembourg) S.A.*

By: /s/ _Joseph P. Moodhe_
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6386
Joseph P. Moodhe
Email: jpmoodhe@debevoise.com

*Attorneys for Thema Fund Ltd., Lagoon Investment Trust, and Hermes International Fund Limited*

By: /s/ *Mitchell C. Stein*
**SULLIVAN & WORCESTER LLP**
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
Franklin B. Velie
Email: fvelie@sandw.com
Jonathan G. Kortmansky
Email: jkortmansky@sandw.com
Mitchell C. Stein
Email: mstein@sandw.com

*Attorneys for Defendant Bank Austria*
*Worldwide Fund Management Limited*


By: /s/ *Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8774
Anthony Paccione
Email: anthony.paccione@kattenlaw.com

*Attorneys for Defendants Access International*
*Advisors Ltd, Access Management Luxembourg*
*SA (f/k/a/ Access International Advisors*
*(Luxembourg) SA) as Represented by its*
*Liquidator Maitre Fernand Entringer, Access*
*Partners SA as represented by its Liquidator*
*Maitre Fernand Entringer, and Patrick Littaye*

By: /s/ *Marshall R. King*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Marshall R. King
Email: mking@gibsondunn.com
Gabriel Herrmann
Email: gherrmann@gibsondunn.com

*Attorneys for Defendants UBS (Luxembourg) SA,*
*UBS AG, UBS Fund Services (Luxembourg) SA,*
*and UBS Third Party Management Company SA*

By: /s/ *Scott Berman*
**FRIEDMAN, KAPLAN, SEILER &**
**ADELMAN LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 833-1120
Facsimile: (212) 373-7920
Scott Berman
Email: sberman@fklaw.com

*Attorneys for Defendant Pierre Delandmeter*

By: /s/ *Jeff E. Butler*
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8205
Facsimile: (212 ) 878-8375
Jeff E. Butler
jeff.butler@cliffordchance.com

*Attorneys for Dakota Global Investments, Ltd.*

By: /s/ *Martin Flumenbaum*
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212.373.3000
Facsimile: 212.757.3990
Martin Flumenbaum
Email: mflumenbaum@paulweiss.com
Andrew J. Ehrlich
Email: aehrlich@paulweiss.com
Hallie S. Goldblatt
Email: hgoldblatt@paulweiss.com

*Attorneys for Defendant Inter Investissements
S.A.*


By: /s/ *Richard B. Levin*
**JENNER & BLOCK LLP**
919 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 891-1601
Facsimile: (212) 891-1699
Richard B. Levin
Email: rlevin@jenner.com

*Attorneys for M&B Capital Advisers Sociedad
de Valores, S.A.*


By: /s/ *Carime D. Boccuzzi, Jr.*
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Carmine D. Boccuzzi, Jr.
Email: cboccuzzi@cgsh.com
Erica Klipper
Email: eklipper@cgsh.com

*Attorneys for Citigroup Global Markets Limited*

By: /s/ *Bruce Ginsberg*
**DAVIS & GILBERT LLP**
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Joseph Cioffi
Email: jcioffi@dglaw.com
Bruce M. Ginsberg
Email: bginsberg@dglaw.com
James R. Serritella
Email: jserritella@dglaw.com

*Attorneys for Defendants Natixis S.A.*
*(individually and as successor-in-interest to IXIS*
*Corporate & Investment Bank), Natixis*
*Financial Products LLC (as successor-in-*
*interest to Natixis Financial Products Inc.) and*
*Bloom Asset Holdings Fund*


By: /s/ *David Y. Livshiz*
**FRESHFIELDS BRUCKHAUS DERINGER**
**US LLP**
601 Lexington Avenue
31st Floor
New York, New York 10022
Telephone: (212) 227-4000
Facsimile: (212) 227-4001
Timothy P. Harkness
Email: timothy.harkness@freshfields.com
David Y. Livshiz
Email: david.livzhiz@freshfields.com

*Attorneys for Defendant Tensyr Limited*

By: /s/ *Thomas J. Giblin*
**LATHAM & WATKINS LLP**
Christopher R. Harris
Thomas J. Giblin
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (751) 751-4864
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com

*Attorneys for ABN AMRO Bank (Ireland) Ltd.*
*(f/k/a Fortis Prime Fund Solutions Bank*
*(Ireland) Ltd.) (n/k/a ABN AMRO Retained*
*Custodial Services (Ireland) Limited) and ABN*
*AMRO Custodial Services (Ireland) Ltd.(f/k/a*
*Fortis Prime Fund Solutions Custodial Services*
*(Ireland) Ltd.)*


By: /s/ *Richard B. Levin*
**JENNER & BLOCK LLP**
919 Third Avenue, 38th Floor
New York, NY 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Richard Levin
Email:  rlevin@jenner.com

*Attorneys for Defendant Banque Syz & Co. S.A.*

By: /s/ *Andrew Janet*
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2696
Facsimile: (212) 225-3999
Andrew Janet
Email: ajanet@cgsh.com
Donna Xu
Email: dnxu@cgsh.com

*Attorneys for Defendants BGL BNP Paribas*
*Luxembourg S.A., BNP Paribas (Suisse) S.A.,*
*BNP Paribas Arbitrage SNC, BNP Paribas Bank*
*& Trust Cayman Limited, BNP Paribas S.A.,*
*BNP Paribas Securities Services S.A., and BNP*
*Paribas Securities Services Succursale de*
*Luxembourg*


By: /s/ *Jeff E. Butler*
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8205
Facsimile: (212 ) 878-8375
Jeff E. Butler
jeff.butler@cliffordchance.com

*Attorneys for Defendants Banque Internationale*
*à Luxembourg S.A. (f/k/a Dexia Banque*
*Internationale à Luxembourg S.A.) and Banque*
*Internationale à Luxembourg (Suisse) S.A. (f/k/a*
*Dexia Private Bank (Switzerland) Ltd.)*

By: /s/ *Philip R Schatz*
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 382-3300
Facsimile:  (212) 382-0050
Philip R Schatz
Email: pschatz@wmd-law.com

*Attorneys for Defendants RBC Dexia Investor
Services Bank S.A., RBC Dexia Investor Services
Trust, and RBC Dexia Investor Services España
S.A.*


By: /s/ *Anthony L. Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@kattenlaw.com

*Attorneys for Defendants Guernroy Limited,
RBC Dominion Securities Inc., Royal Bank of
Canada, Royal Bank of Canada (Asia) Limited,
Royal Bank of Canada (Channel Islands)
Limited, Royal Bank of Canada (Suisse) S.A.,
and Royal Bank of Canada Trust Company
(Jersey) Limited*

By: /s/ _Carl H. Loewenson, Jr._
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Carl H. Loewenson, Jr.
Email: cloewenson@mofo.com
Justin D. Mayer
Email: Jmayer@mofo.com

_Attorneys for Defendants PF Trustees Limited in
its capacity as trustee of RD Trust, SafeHand
Investments, and Strongback Holdings
Corporation_

**Exhibit A**

| Adv. Pro. No. | Case | Defendant |
|---|---|---|
| 09-01161 | **Picard v. Ceretti** | Alpine Trustees Limited, Individually and as Trustee of El Prela Trust |
| | | Ashby Holdings Services Limited |
| | | Ashby Investment Services Limited |
| | | Carlo Grosso |
| | | Citi Hedge Fund Services Limited |
| | | El Prela Group Holding Services |
| | | El Prela Trading Investments Limited |
| | | El Prela Trust |
| | | Federico Ceretti |
| | | FIM Advisers LLP |
| | | FIM Limited |
| | | First Peninsula Trustees Limited, Individually and as Trustee of the Ashby Trust |
| | | HSBC Bank Bermuda Limited |
| | | Kingate Management Limited |
| | | Port of Hercules Trustees Limited, Individually, and as Trustee of El Prela Trust |
| | | The Ashby Trust |
| 09-01239 | **Picard v. Fairfield Investment Fund Ltd.** | Amit Vijayvergiya |
| | | Andrés Piedrahita |
| | | Andrew Smith |
| | | Charles Murphy |
| | | Cornelis Boele |
| | | Corina Noel Piedrahita |
| | | Daniel Lipton |
| | | Fairfield Greenwich (Bermuda) Limited |
| | | Fairfield Greenwich Advisors LLC |
| | | Fairfield Greenwich Limited |
| | | Fairfield International Managers Inc. |
| | | Fairfield Investment Fund Limited |
| | | Gordon Mckenzie |
| | | Gregory Bowes |
| | | Harold Greisman |
| | | Jacqueline Harary |
| | | Jeffrey Tucker |
| | | Lourdes Barreneche |
| | | Mark McKeefry |
| | | Philip Toub |
| | | Richard Landsberger |
| | | Robert Blum |
| | | Santiago Reyes |
| | | Walter Noel |
| 09-01364 | **Picard v. HSBC Bank PLC** | Equus Asset Management Ltd |
| | | Hermes Asset Management Limited |
| | | Hermes International Fund Limited |
| | | HSBC Bank (Cayman) Limited |
| | | HSBC Bank Bermuda Limited |
| | | HSBC Bank plc |

| Adv. Pro. No. | Case | Defendant |
|---|---|---|
| | | HSBC Bank USA, N.A. |
| | | HSBC Fund Services (Luxembourg) S.A. |
| | | HSBC Holdings plc |
| | | HSBC Institutional Trust Services (Bermuda) Limited |
| | | HSBC Institutional Trust Services (Ireland) Ltd. |
| | | HSBC Private Bank (Suisse) S.A. |
| | | HSBC Private Banking Holdings (Suisse) S.A. |
| | | HSBC Securities Services (Bermuda) Limited |
| | | HSBC Securities Services (Ireland) Ltd. |
| | | HSBC Securities Services (Luxembourg) S.A. |
| | | Lagoon Investment Trust |
| | | Lagoon Investment Limited |
| | | Thema Asset Management Limited (BVI) |
| | | Thema Asset Management (Bermuda) Ltd. |
| | | Thema Fund Ltd. |
| | | Bank Austria Worldwide Fund Management Limited |
| 10-04285 | Picard v. UBS AG | Access International Advisors Ltd. |
| | | Access Management Luxembourg SA (f/k/a Access International Advisors (Luxembourg) SA) as Represented by its Liquidator Maitre Fernand Entringer |
| | | Access Partners SA as represented by its Liquidator Maitre Fernand Entringer |
| | | Patrick Littaye |
| | | Pierre Delandmeter |
| | | UBS (Luxembourg) SA |
| | | UBS AG |
| | | UBS Fund Services (Luxembourg) SA |
| | | UBS Third Party Management Company SA |
| 10-04287 | Picard v. Cardinal Management Inc. | Dakota Global |
| 10-05120 | Picard v. Oréades SICAV | Inter Investissements S.A. (f/k/a Inter Conseil S.A.) |
| 10-05311 | Picard v. UBS AG | M&B Capital Advisers Sociedad de Valores, S.A. |
| | | UBS (Luxembourg) SA |
| | | UBS AG |
| | | UBS Fund Services (Luxembourg) SA |
| | | UBS Third Party Management Company SA |
| 10-05345 | Picard v. Citibank, N.A. | Citigroup Global Markets Limited |
| 10-05353 | Picard v. Natixis S.A. | Bloom Asset Holdings Fund |
| | | Natixis S.A. (individually and as successor-in-interest to IXIS Corporate & Investment Bank) |
| | | Natixis Financial Products LLC as the successor-in-interest to Natixis Financial Products Inc. |
| | | Tensyr Limited |

| Adv. Pro. No. | Case | Defendant |
|---|---|---|
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. | ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) |
| | | ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) |
| 11-02149 | Picard v. Banque Syz & Co., SA | Banque Syz & Co., SA |
| 12-01278 | Picard v. Zephyros Limited | Zephyros Limited |
| 12-01576 | Picard v. BNP Paribas S.A. | BGL BNP Paribas Luxembourg S.A. |
| | | BNP Paribas (Suisse) S.A. |
| | | BNP Paribas Arbitrage SNC |
| | | BNP Paribas Bank & Trust Cayman Limited |
| | | BNP Paribas S.A. |
| | | BNP Paribas Securities Services S.A. |
| | | BNP Paribas Securities Services Succursale de Luxembourg |
| 12-01698 | Picard v. Banque Internationale à Luxembourg S.A. | Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.) |
| | | Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A.) |
| | | RBC Dexia Investor Services Bank S.A. |
| | | RBC Dexia Investor Services España S.A |
| 12-01699 | Picard v. Royal Bank of Canada | Guernroy Limited |
| | | RBC Dominion Securities Inc. |
| | | Royal Bank of Canada |
| | | Royal Bank of Canada (Asia) Limited |
| | | Royal Bank of Canada (Channel Islands) Limited |
| | | Royal Bank of Canada (Suisse) S.A. |
| | | Royal Bank of Canada Trust Company (Jersey) Limited |
| 12-01701 | Picard v. Safehand Investments | PF Trustees Limited in its capacity as trustee of RD Trust |
| | | SafeHand Investments |
| | | Strongback Holdings Corporation |
| 12-01702 | Picard v. Barreneche, Inc. | Barreneche, Inc. |
| | | Dove Hill Trust |
| | | Fairfield Greenwich Capital Partners |
| | | FG Investors Ltd. |
| | | Fortuna Asset Management Inc. |
| | | Selecta Financial Corporation Inc. |
| | | Share Management LLC |