# EXHIBIT A

# Adversary Proceedings and Defendants

| Adv. Pro. No. | Case | Defendant |
|---|---|---|
| 09-01161 | **Picard v. Ceretti** | Alpine Trustees Limited, Individually and as Trustee of El Prela Trust |
| | | Ashby Holdings Services Limited |
| | | Ashby Investment Services Limited |
| | | Carlo Grosso |
| | | Citi Hedge Fund Services Limited |
| | | El Prela Group Holding Services |
| | | El Prela Trading Investments Limited |
| | | El Prela Trust |
| | | Federico Ceretti |
| | | FIM Advisers LLP |
| | | FIM Limited |
| | | First Peninsula Trustees Limited, Individually and as Trustee of the Ashby Trust |
| | | HSBC Bank Bermuda Limited |
| | | Kingate Management Limited |
| | | Port of Hercules Trustees Limited, Individually, and as Trustee of El Prela Trust |
| | | The Ashby Trust |
| 09-01239 | **Picard v. Fairfield Investment Fund Ltd.** | Amit Vijayvergiya |
| | | Andrés Piedrahita |
| | | Andrew Smith |
| | | Charles Murphy |
| | | Cornelis Boele |
| | | Corina Noel Piedrahita |
| | | Daniel Lipton |
| | | Fairfield Greenwich (Bermuda), LTD. |
| | | Fairfield Greenwich Advisors LLC |
| | | Fairfield Greenwich Limited |
| | | Fairfield International Managers Inc. |
| | | Fairfield Investment Fund Limited |
| | | Gordon Mckenzie |
| | | Gregory Bowes |
| | | Harold Greisman |
| | | Jacqueline Harary |
| | | Jeffrey Tucker |
| | | Lourdes Barreneche |
| | | Mark McKeefry |
| | | Philip Toub |
| | | Richard Landsberger |
| | | Robert Blum |
| | | Santiago Reyes |
| | | Walter Noel |
| 09-01364 | **Picard v. HSBC Bank PLC** | Equus Asset Management Ltd |
| | | Hermes Asset Management Limited |
| | | Hermes International Fund Limited |
| | | HSBC Bank (Cayman) Limited |
| | | HSBC Bank Bermuda Limited |
| | | HSBC Bank plc |

| Adv. Pro. No. | Case | Defendant |
|---|---|---|
| | | HSBC Bank USA, N.A. |
| | | HSBC Fund Services (Luxembourg) S.A. |
| | | HSBC Holdings plc |
| | | HSBC Institutional Trust Services (Bermuda) Limited |
| | | HSBC Institutional Trust Services (Ireland) Ltd. |
| | | HSBC Private Bank (Suisse) S.A. |
| | | HSBC Private Banking Holdings (Suisse) S.A. |
| | | HSBC Securities Services (Bermuda) Limited |
| | | HSBC Securities Services (Ireland) Ltd. |
| | | HSBC Securities Services (Luxembourg) S.A. |
| | | Lagoon Investment Trust |
| | | Lagoon Investment Limited |
| | | Thema Asset Management Limited (BVI) |
| | | Thema Asset Management (Bermuda) Ltd. |
| | | Thema Fund Ltd. |
| | | Bank Austria Worldwide Fund Management Limited |
| 10-04285 | **Picard v. UBS AG** | Access International Advisors Ltd. |
| | | Access Management Luxembourg SA (f/k/a Access International Advisors (Luxembourg) SA) as Represented by its Liquidator Maitre Fernand Entringer |
| | | Access Partners SA as represented by its Liquidator Maitre Fernand Entringer |
| | | Patrick Littaye |
| | | Pierre Delandmeter |
| | | UBS (Luxembourg) SA |
| | | UBS AG |
| | | UBS Fund Services (Luxembourg) SA |
| | | UBS Third Party Management Company SA |
| 10-04287 | **Picard v. Cardinal Management Inc.** | Dakota Global |
| 10-05120 | **Picard v. Oréades SICAV** | Inter Investissements S.A. (f/k/a Inter Conseil S.A.) |
| 10-05311 | **Picard v. UBS AG** | M&B Capital Advisers Sociedad de Valores, S.A. |
| | | UBS (Luxembourg) SA |
| | | UBS AG |
| | | UBS Fund Services (Luxembourg) SA |
| | | UBS Third Party Management Company SA |
| 10-05345 | **Picard v. Citibank, N.A.** | Citigroup Global Markets Limited |
| 10-05353 | **Picard v. Natixis S.A.** | Bloom Asset Holdings Fund |
| | | Natixis S.A. (individually and as successor-in-interest to IXIS Corporate & Investment Bank) |
| | | Natixis Financial Products LLC as successor-in-interest to Natixis Financial Products Inc. |
| | | Tensyr Limited |

| Adv. Pro. No. | Case | Defendant |
|---|---|---|
| 10-05355 | **Picard v. ABN AMRO Bank (Ireland) Ltd.** | ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) |
| | | ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) |
| 11-02149 | **Picard v. Banque Syz & Co., SA** | Banque Syz & Co., SA |
| 12-01278 | **Picard v. Zephyros Limited** | Zephyros Limited |
| 12-01576 | **Picard v. BNP Paribas S.A.** | BGL BNP Paribas Luxembourg S.A. |
| | | BNP Paribas (Suisse) S.A. |
| | | BNP Paribas Arbitrage SNC |
| | | BNP Paribas Bank & Trust Cayman Limited |
| | | BNP Paribas S.A. |
| | | BNP Paribas Securities Services S.A. |
| | | BNP Paribas Securities Services Succursale de Luxembourg |
| 12-01698 | **Picard v. Banque Internationale à Luxembourg S.A.** | Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.) |
| | | Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A.) |
| | | RBC Dexia Investor Services Bank S.A. |
| | | RBC Dexia Investor Services España S.A |
| 12-01699 | **Picard v. Royal Bank of Canada** | Guernroy Limited |
| | | RBC Dominion Securities Inc. |
| | | Royal Bank of Canada |
| | | Royal Bank of Canada (Asia) Limited |
| | | Royal Bank of Canada (Channel Islands) Limited |
| | | Royal Bank of Canada (Suisse) S.A. |
| | | Royal Bank of Canada Trust Company (Jersey) Limited |
| 12-01701 | **Picard v. Safehand Investments** | PF Trustees Limited in its capacity as trustee of RD Trust |
| | | SafeHand Investments |
| | | Strongback Holdings Corporation |
| 12-01702 | **Picard v. Barreneche, Inc.** | Barreneche, Inc. |
| | | Dove Hill Trust |
| | | Fairfield Greenwich Capital Partners |
| | | FG Investors Ltd. |
| | | Fortuna Asset Management Inc. |
| | | Selecta Financial Corporation Inc. |
| | | Share Management LLC |

3