# EXHIBIT B

# Active and Dismissed Claims in Adversary Proceedings with Orders Submitted on Consent

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| **Picard v. Ceretti**<br><br>**No. 09-01161** | Kingate Global Fund, Ltd. | | Preferences (count 1)<br>Initial Transfers (counts 2 – 8)[1]<br>Equitable Subordination of Claims (count 11) |
| | Kingate Euro Fund, Ltd. | | Preferences (count 1)<br>Initial Transfers (counts 2 – 8)<br>Equitable Subordination of Claims (count 11) |
| | First Peninsula Trustees Limited, Individually and as Trustees of the Ashby Trust<br>Ashby Investment Services Limited<br>Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust<br>Port of Hercules Limited, Individually and as Trustee of El Prela Trust<br>El Prela Group Holding Services<br>Ashby Holdings Services Limited<br>El Prela Trading Investments Limited<br>FIM Limited<br>FIM Advisors LLP<br>Federico Ceretti<br>Carlo Grosso<br>The Ashby Trust<br>Kingate Management Limited<br>Citi Hedge Fund Services Limited<br>HSBC Bank Bermuda Limited | Subsequent Transfers (count 9) | |

---

[1] Claims for "initial transfers" include claims for avoidance and recovery of transfers pursuant to applicable Federal Bankruptcy law, and New York state law.

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| **Picard v. HSBC Bank, plc**<br><br>**No. 09-01364** | Alpha Prime Fund Limited<br>Thema Wise Investments Ltd.<br>Thema International Fund plc<br>Geo Currencies Ltd. S.A. | | Initial transfers (counts 1, 3–9)<br>Disallowance of customer claims (count 11)<br>Equitable subordination of customer claims (count 12) |
| | 20:20 Medici AG<br>Herald Asset Management Limited<br>Eurovaleur, Inc.<br>Alpha Prime Asset Management Ltd.<br>Regulus Asset Management Limited<br>Carruba Asset Management Limited<br>Tereo Trust Company Limited<br>Inter Asset Management, Inc.<br>Sonja Kohn<br>Erwin Kohn<br>Ursula Radel-Leszczynski | | Subsequent transfers of preferences (count 2)<br><br>Subsequent transfers of fraudulent transfers (count 10) |
| | HSBC Holdings plc<br>HSBC Institutional Trust Services (Bermuda) Limited<br>HSBC Institutional Trust Services (Ireland) Limited<br>HSBC Private Banking Holdings (Suisse) S.A.<br>HSBC Private Bank (Suisse) S.A.<br>HSBC Securities Services (Bermuda) Limited<br>HSBC Securities Services (Ireland) Limited<br>HSBC Securities Services (Luxembourg) S.A.<br>HSBC Bank (Cayman) Limited<br>HSBC Bank Bermuda Limited<br>HSBC Fund Services (Luxembourg) S.A.<br>BA Worldwide Fund Management Limited<br>Hermes Asset Management Limited<br>Thema Asset Management (BVI) Ltd.<br>Thema Asset Management (Bermuda) Ltd.<br>Equus Asset Management Ltd. | Subsequent transfers of preferences (counts 2, 13)<br><br>Subsequent transfers of fraudulent transfers (counts 10, 14–19) | |

2

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| | Thema Fund Ltd. Lagoon Investment Trust Hermes International Fund Limited | Subsequent transfers (count 10 as to ThemaFund Ltd; counts 2 and 10 as to Lagoon Investment Trust and Hermes International Fund Limited) | Initial transfers (counts 1, 3–9) |
| | Lagoon Investment Limited | Subsequent transfers of preferences (count 2) | Initial transfers (counts 1, 3–9) Disallowance of customer claims (count 11) Equitable subordination of customer claims (count 12) |
| | HSBC Bank plc | Subsequent transfers received from entities other than the Rye Funds | Subsequent transfers received from the Rye Funds |
| | HSBC Bank USA, N.A. | Subsequent transfers from Fairfield Sentry Limited and Harley International (Cayman) Limited (counts 2, 10, 13–19) | Subsequent transfers received from entities other than Fairfield Sentry Limited and Harley International (Cayman) Limited (counts 2, 10, 13–19) |
| **Picard v. Oréades SICAV** **No. 10-5120** | Oréades SICAV, represented by its liquidator, Inter Investissements S.A. | | Initial transfers (counts 1–4) |
| | Inter Investissements S.A. (f/k/a Inter Conseil S.A.) | Subsequent transfers (count 5) | |
| **Picard v. UBS AG** **No. 10-05311** | Luxembourg Investment Fund[2] Luxembourg Investment Fund U.S. Equity Plus[3] | | Preferences (count 1) Initial transfers (counts 5–10) |
| | Landmark Investment Fund Ireland | | Preferences (count 3) Initial transfers (counts 12–17) |

---

[2] Including Maître Alain Rukavina and Paul Laplume in their capacity as liquidators and representatives of Luxembourg Investment Fund.

[3] Including Maître Alain Rukavina and Paul Laplume in their capacity as liquidators and representatives of Luxembourg Investment Fund U.S. Equity Plus.

3

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| **Picard v. UBS AG**<br><br>**No. 10-04285** | UBS AG<br>UBS (Luxembourg) S.A.<br>UBS Fund Services (Luxembourg) S.A.<br>UBS Third Party Management Company S.A.<br>M&B Capital Advisers Sociedad de Valores, S.A.<br>Reliance Management (Gibraltar) Limited | Subsequent transfers of preferences (count 2)<br><br>Subsequent transfers (count 11) | |
| | Groupement Financier Ltd | | Initial transfers (counts 1, 3–8) |
| | Luxalpha SICAV | | Initial transfers (counts 1, 3–8)<br>Disallowance & equitable subordination of customer claim (counts 10, 11) |
| | Access International Advisors LLC<br>Theodore Dumbauld<br>Claudine Magon de la Villehuchet | | Subsequent transfers of preferences and fraudulent transfers (counts 2, 9) |
| | Pierre Delandmeter<br>Patrick Littaye<br>Access International Advisors Ltd.<br>Access Management Luxembourg S.A. (f/k/a Access International Advisors (Luxembourg) S.A.) as represented by its Liquidator Maître Fernand Entringer<br>Access Partners S.A. as represented by its liquidator Maître Fernand Entringer<br>UBS AG<br>UBS Fund Services (Luxembourg) S.A.<br>UBS Third Party Management Company S.A | Subsequent transfers of preferences and fraudulent transfers (counts 2, 9) | |
| | UBS (Luxembourg) S.A. | Subsequent transfers (counts 2, 9) | Disallowance of customer claim (count 10)<br>Equitable subordination of customer claim (count 11) |
| **Picard v. Cardinal Management Inc.**<br><br>**No. 10-04287** | Dakota Global | Subsequent transfers (counts 2, 9) | |
| | Cardinal Management Inc. | | Initial transfers |
| **Picard v. Natixis S.A.**<br><br>**No. 10-05353** | Natixis S.A (individually and as successor-in-interest to IXIS Corporate & Investment Bank)<br>Tensyr Limited | Subsequent transfers (counts 1–7) | None |
| | Natixis Financial Producs LLC (as successor-in-interest to Natixis Financial Products, Inc.) | Subsequent transfers from Harley (counts 1–7) | Subsequent transfers from Alpha Prime Fund and Groupement Financier Ltd. (counts 1–7) |

4

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| | Bloom Asset Holdings Fund | Subsequent transfers (counts 1–7) | None |
| **Picard v. ABN AMRO Bank (Ireland) Ltd.** <br><br> No. 10-5355 | ABN AMRO Bank (Ireland) Ltd. (f/k/a/ Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) | Subsequent transfers received from Kingate Global Fund, Ltd. (count 4) | Subsequent transfers from Rye Select Broad Market Fund L.P. (count 1) <br> Subsequent transfers from Rye Select Broad Market XL Fund L.P. (count 3) |
| | ABN AMRO Custodial Services (Ireland) Ltd (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) | Subsequent transfers received from Kingate Global Fund, Ltd. (count 4) | Subsequent transfers from Rye Select Broad Market Fund L.P. (count 1) |
| **Picard v. Zephyros Limited** <br><br> No. 12-01278 | Zephyros Limited | Subsequent transfers received from Kingate Global Fund, Ltd. (count 1) | Subsequent transfers from Rye Select Broad Market Portfolio Limited (f/k/a American Masters Broad Market Fund II Limited) (count 2) |
| **Picard v. Banque Internationale á Luxembourg S.A.** <br> No. 12-01698 | Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A. <br> RBC Dexia Investor Services Bank S.A. <br> RBC Dexia Investor Services España S.A. <br> Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.) | Subsequent transfers (counts 1, 2, 3) | |
| | RBC-Dexia Investor Services Trust | | Subsequent transfers received from Rye Select Broad Market Portfolio Limited (count 4) |
| **Picard v. Royal Bank of Canada** <br><br> No. 12-1699 | Royal Bank of Canada Trust Company (Jersey) Limited <br> Royal Bank of Canada (Asia) Limited <br> Royal Bank of Canada (Suisse) S.A. <br> RBC Dominion Securities Inc. | Subsequent transfers (counts 1, 2) | |
| | Royal Bank of Canada | Subsequent transfers received from Fairfield Sentry Limited and Kingate Global Fund Ltd. (counts 1, 2) | Subsequent transfers received from Rye Select Broad Market Prime Fund L.P. (count 5) |
| | Guernroy Limited | Subsequent transfers received from Fairfield Sentry Limited & Kingate Global Fund Ltd. (counts 1, 2) | Subsequent transfers from Rye Select Broad Market Portfolio Limited (count 3) |

5

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| | Royal Bank of Canada (Channel Islands) Limited | Subsequent transfers (counts 1, 2, 3) | |
| | RBC Alternative Assets, L.P. | | Subsequent transfers from Rye Select Broad Fund L.P. and Rye Select Broad Market Prime Fund L.P. (counts 4, 5) |
| **Picard v. BNP Paribas S.A.**<br><br>No. 12-1576 | BGL BNP Paribas Luxembourg<br>BNP Paribas S.A.<br>BNP Paribas (Suisse) S.A.<br>BNP Paribas Arbitrage SNC<br>BNP Paribas Securities Luxembourg | Subsequent transfers received from Kingate & Fairfield (counts 1, 2, 3) | |
| | BNP Paribas Bank & Trust Cayman Ltd.<br>BNP Paribas Securities Luxembourg<br>BNP Paribas Arbitrage SNC | Subsequent transfers received from Kingate & Fairfield (counts 1, 2, 3) | Subsequent transfers received from Portfolio Limited Fund subsequent transfers (count 5) |
| **Picard v. Banque Syz & Co., SA**<br><br>No. 11-02149 | Banque Syz & Co., SA | Subsequent transfers (count 1) | Disallowance of customer claim (count 2) |
| **Picard v. Citibank, N.A.**<br><br>No. 10-05345 | Citibank N.A.<br>Citibank North America, Inc. | | Subsequent transfers received from Rye Select Broad Market Prime Fund L.P. (counts 1–6) |
| | Citigroup Global Markets Limited | Subsequent transfers received from Fairfield Sentry Limited (counts 7–13) | |

6