# EXHIBIT C-1

# Chart Summarizing Active and Dismissed Claims Pursuant to the Trustee's Proposed Fairfield Orders

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| **Picard v. Fairfield Investment Fund, Ltd.**<br><br>**No. 09-01239** | Stable Fund | | Subsequent transfers (counts 4, 7, 10, 13, 16, 19, 22, 25) |
| | Fairfield Investment Fund Limited<br>Fairfield Greenwich Advisors LLC<br>Fairfield International Managers Inc. | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (counts 4, 7, 10, 13, 16, 19, 22, 25) |
| | Fairfield Greenwich Limited | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Claims for general partner liability as to Greenwich Sentry L.P. and Greenwich Sentry Partners L.P. (counts 12, 15, 18, 21, 24) |
| | Fairfield Greenwich (Bermuda) Limited | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Claims for general partner liability as to Greenwich Sentry L.P. and Greenwich Sentry Partners L.P. (counts 3, 6, 9, 12, 15, 18, 21, 24)<br><br>Objection to allowance of claim (count 26) |
| | Walter Noel<br>Jeffrey Tucker | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Claims for general partner liability as to Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (count 24)<br><br>Objection to allowance of claim (count 26) |
| | Andrés Piedrahita<br>Mark McKeefry<br>Daniel Lipton<br>Richard Landsberger<br>Amit Vijayvergiya | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (counts 4, 7, 10, 13, 16, 19, 22, 25) |

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| | Gordon Mckenzie<br>Corina Noel Piedrahita<br>Philip Toub<br>Harold Greisman<br>Andrew Smith<br>Charles Murphy<br>Gregory Bowes<br>Lordes Barreneche<br>Cornelis Boele<br>Santiago Reyes | | |
| | Robert Blum<br>Jacqueline Harary | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Objection to allowance of claim (count 26) |
| **Picard v. Safehand Investments**<br><br>**No. 12-01701** | SafeHand Investments | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (count 1)<br><br>Subsequent transfers from Fairfield Greenwich (Bermuda) Limited to SafeHand Investments (count 1) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P., including subsequent transfers from Fairfield Greenwich Limited to SafeHand Investments, and excluding subsequent transfers from Fairfield Greenwich (Bermuda) Limited to SafeHand Investments (count 1) |
| | PF Trustees Limited in its capacity as trustee of RD Trust<br>Strongback Holdings Corporation | Subsequent transfers (count 1) | |
| **Picard v. Barreneche Inc.**<br><br>**No. 12-01702** | Dove Hill Trust | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (count 1) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P., including subsequent transfers from Fairfield Greenwich Limited to Dove Hill Trust (count 1) |

2

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| | FG Investors Ltd. | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (count 1)<br><br>Subsequent transfers from Fairfield Greenwich (Bermuda) Limited to FG Investors Ltd. (count 1) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P., including subsequent transfers from Fairfield Greenwich Limited to FG Investors Ltd., and excluding subsequent transfers from Fairfield Greenwich (Bermuda) Limited to FG Investors Ltd. (count 1) |
| | Barreneche, Inc.<br>Fairfield Greenwich Capital Partners<br>Fortuna Asset Management Inc.<br>Selecta Financial Corporation Inc.<br>Share Management LLC | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited (count 1) | Subsequent transfers that originated from Greenwich Sentry L.P. and/or Greenwich Sentry Partners L.P. (count 1) |
| | Invercounsel, S.L.<br>Invercounsel USA LLC | | Subsequent transfers (count 1) |

3

# EXHIBIT C-2

# Chart Summarizing Active and Dismissed Claims Pursuant to the Defendants' Proposed Fairfield Orders

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| **Picard v. Fairfield Investment Fund, Ltd.**<br><br>**No. 09-01239** | Stable Fund LP | | Subsequent transfers (counts 4, 7, 10, 13, 16, 19, 22, 25) |
| | Fairfield Investment Fund Limited<br>Fairfield Greenwich Advisors LLC<br>Fairfield International Managers Inc.<br>Amit Vijayvergiya<br>Gordon Mckenzie<br>Corina Noel Piedrahita<br>Philip Toub<br>Harold Greisman<br>Andrew Smith<br>Charles Murphy<br>Gregory Bowes<br>Lourdes Barreneche<br>Cornelis Boele<br>Santiago Reyes<br>Andrés Piedrahita<br>Mark McKeefry<br>Daniel Lipton<br>Richard Landsberger | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited, and subsequent transfers that were foreign or for which there was a foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent transfer was not foreign and for which there was no foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25) |
| | Fairfield Greenwich Limited | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited, and subsequent transfers that were foreign or for which there was a foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent transfer was not foreign and for which there was no foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Claims for general partner liability as to initial transfers by BLMIS to Greenwich Sentry L.P. and Greenwich Sentry Partners L.P. (counts 12, 15, 18, 21, 24) |
| | Fairfield Greenwich (Bermuda) Limited | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent transfer was not foreign and for which there was no foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent transfer was not foreign and for which there was no foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Claims for general partner liability as to initial transfers by |

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| | | | BLMIS to Greenwich Sentry L.P. and Greenwich Sentry Partners L.P. (counts 12, 15, 18, 21, 24)<br><br>Objection to allowance of claim (count 26) |
| | Walter Noel<br>Jeffrey Tucker | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited, and subsequent transfers that were foreign or for which there was a foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent transfer was not foreign and for which there was no foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Claims for general partner liability as to initial transfers by BLMIS to Greenwich Sentry L.P. and Greenwich Sentry Partners L.P. (count 24)<br><br>Objection to allowance of claim (count 26) |
| | Robert Blum<br>Jacqueline Harary | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited, and subsequent transfers that were foreign or for which there was a foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25) | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent transfer was not foreign and for which there was no foreign transfer in the chain (counts 4, 7, 10, 13, 16, 19, 22, 25)<br><br>Objection to allowance of claim (count 26) |
| **Picard v. Safehand Investments**<br><br>**No. 12-01701** | SafeHand Investments | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited, and subsequent transfers that were foreign or for which there was a foreign transfer in the chain (count 1) | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent transfer was not foreign and for which there was no foreign transfer in the chain (count 1) |
| | PF Trustees Limited in its capacity as trustee of RD Trust<br>Strongback Holdings Corporation | Subsequent transfers (count 1) | |
| **Picard v. Barreneche** | Dove Hill Trust<br>FG Investors Ltd.<br>Barreneche, Inc. | Subsequent transfers that originated from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited, and subsequent transfers | Subsequent transfers in which both (a) the initial transfer was made by BLMIS to Greenwich Sentry L.P. or Greenwich Sentry Partners L.P. and (b) the subsequent |

2

| Case | Defendant | Claims Dismissed Under Memorandum Decision | Active Claims |
|---|---|---|---|
| **Inc.**<br><br>**No. 12-01702** | Fairfield Greenwich Capital Partners<br>Fortuna Asset Management Inc.<br>Selecta Financial Corporation Inc.<br>Share Management LLC | that were foreign or for which there was a foreign transfer in the chain (count 1) | transfer was not foreign and for which there was no foreign transfer in the chain (count 1) |
| | Invercounsel, S.L.<br>Invercounsel USA LLC | Unclear as defendants have not been served and/or have not appeared | Unclear as defendants have not been served and/or have not appeared |

3