**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>PERGAMENT EQUITIES, LLC,<br><br>        Defendant. | Adv. Pro. No. 10-04944 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Pergament Equities, LLC (the "Defendant"), by and through its counsel, Greenberg Traurig LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed the Complaint against Defendant and against others who were later dismissed from this adversary proceeding. The Complaint was served on March 18, 2011.

2. On January 17, 2014, Defendant served an answer on the Trustee.

3. On December 19, 2016, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Adv. Pro. No. 08-01789, Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate to a dismissal with prejudice of the above-captioned adversary proceeding, with each of the Parties to bear its own attorneys' fees and costs.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

2

Dated: January 23, 2017

        **BAKER & HOSTETLER LLP**

        By: */s/Elyssa S. Kates*
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Keith R. Murphy
        Email: kmurphy@bakerlaw.com
        Robertson D. Beckerlegge
        Email: rbeckerlegge@bakerlaw.com
        Elyssa S. Kates
        Email: ekates@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*


        **GREENBERG TRAURIG LLP**

        By: */s/Scott M. Grossman*
        401 East Las Olas Boulevard
        Suite 2000
        Fort Lauderdale, Fl 33301
        Telephone: (954) 768-5212
        Facsimile: (954) 765-1477
        Scott M. Grossman
        Email: grossmansm@gtlaw.com


**SO ORDERED**

**Dated: January 23, 2017**
**New York, New York**

        **/s/ STUART M. BERNSTEIN**
        **HONORABLE STUART M. BERNSTEIN**
        **UNITED STATES BANKRUPTCY JUDGE**