**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:   212.589.4200
Facsimile:    212.589.4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 25, 2017 AT 2:00 P.M.**

**CONTESTED MATTERS**

1. **10-04350; Picard v. South Ferry #2LP, et al.**
   **10-04488; Picard v. South Ferry Building Company, a New York Limited Partnership**

   A.   Pre-Trial Conference

2. **10-04387; Picard v. James Lowrey, et al.**

    A.  Pre-Trial Conference

3. **10-05110; Picard v. United Congregations Mesora**

    A.  Pre-Trial Conference

4. **10-04417; Picard v. The Lustig Family 1990 Trust, et al.**
   **10-04554; Picard v. David Ivan Lustig**

    A.  Conference pursuant to Local Bankruptcy Rule 7007-1(b)


Dated:  New York, New York                Respectfully submitted,
        January 24, 2017

                                          */s/ David J. Sheehan*
                                          Baker & Hostetler LLP
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone:   212.589.4200
                                          Facsimile:   212.589.4201
                                          David J. Sheehan
                                          Email: dsheehan@bakerlaw.com
                                          Nicholas J. Cremona
                                          Email: ncremona@bakerlaw.com
                                          Keith R. Murphy
                                          Email: kmurphy@bakerlaw.com

                                          *Attorneys for Irving H. Picard, Trustee for*
                                          *the Substantively Consolidated SIPA*
                                          *Liquidation of Bernard L. Madoff*
                                          *Investment Securities LLC and the Estate of*
                                          *Bernard L. Madoff*