**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>POTAMKIN FAMILY FOUNDATION INC.,<br><br>                Defendant. | Adv. Pro. No. 10-05069 (SMB) |

**AFFIDAVIT OF SERVICE OF THE**
**<u>NOTICE OF MEDIATOR SELECTION</u>**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

I, Dawn Larkin-Wallace, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On January 25, 2017, I served the Notice of Mediator Selection by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

/s/ Dawn Larkin-Wallace
Dawn Larkin-Wallace

Sworn to before me this
25th day of January, 2017

/s/ Sonya M. Graham
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

2

## SCHEDULE A

**Defendant Counsel**

Joshua E. Keller
Matthew A. Kupillas
Milberg LLP
Email: jkeller@milberg.com
Email: mkupillas@milberg.com
Attorney For: Potamkin Family Foundation, Inc.