**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED CONGREGATIONS MESORA,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 10-05110 (SMB) |

**STIPULATION FOR ENTRY OF SCHEDULING ORDER**

　　　　**WHEREAS,** Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, and defendant United Congregations Mesora ("Defendant, and together with the Trustee, the "Parties"), by and through their respective counsel, and consistent with the authorization provided by the Court at the January 25, 2017 pretrial conference permitting the Parties to file summary judgment motions pursuant to Local Bankruptcy Rule 7056, met and conferred regarding the following schedule.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendant as follows:

1. The deadline for the Parties to file a joint statement of undisputed facts is March 10, 2017.

2. The deadline for the Parties to file their respective Motions for Summary Judgment (the "Motions") will be 45 days after the Court approves the joint statement of undisputed facts.

3. The deadline for the Parties to file oppositions to the Motions will be 45 days after the deadline for filing the Motions.

4. The deadline for the Parties to file replies to the oppositions to the Motions will be 30 days after the deadline for filing oppositions to the Motions.

5. Oral argument on the Motions will be heard on a date to be set by the Court.

6. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and no rights or defenses are waived by entering into this Stipulation.

Dated: January 25, 2017
    New York, New York

| **BAKER & HOSTETLER LLP** | **BAKER & MCKENZIE LLP** |
|---|---|
| */s/ Nicholas J. Cremona* | */s/ Laura K. Clinton* |
| Baker & Hostetler LLP | Baker & McKenzie LLP |
| 45 Rockefeller Plaza | 815 Connecticut Ave., N.W. |
| New York, New York 10111 | Washington, D.C. 20006 |
| Telephone: 212.589.4200 | Telephone: (202) 452-7023 |
| Facsimile: 212.589.4201 | Facsimile: (202) 416-7223 |
| David J. Sheehan | Richard A. Kirby |
| Nicholas J. Cremona | Laura K. Clinton |
| Heather J. McDonald | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendant* |

SO ORDERED this 26th day of January, 2017.

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE