UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>    v.<br><br>JEROME GOODMAN, Individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1,<br><br>GOODMAN CAPITAL PARTNERS L.P.,<br><br>THE JEROME GOODMAN CHILDREN'S GRAT #1,<br><br>KEVIN GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P.,<br><br>PETER GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., | Adv. Pro. No. 10-04545 (SMB) |

> ABBEY GOODMAN, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P.,
>
> PHILIP GOODMAN, as Limited Partner of Goodman Capital Partners L.P., and
>
> GOODMAN HOLDINGS, INC., as General Partner of Goodman Capital Partners L.P.,
>
>                                  Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: June 1, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: August 31, 2017.

4. The Disclosure of Rebuttal Experts shall be due: November 1, 2017.

5. The Deadline for Completion of Expert Discovery shall be: December 1, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 8, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before December 20, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before April 20, 2018.

[*Signature Page To Follow*]

| | |
|---|---|
| Dated: New York, New York<br>January 27, 2017 | BAKER & HOSTETLER LLP<br><br>By: *s/ Joshua B. Rog*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Dominic A. Gentile<br>Email: dgentile@bakerlaw.com<br>Joshua B. Rog<br>Email: jrog@bakerlaw.com<br><br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L.*<br>*Madoff* |