**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF HEARING ON TRUSTEE'S AND PARTICIPATING
CLAIMANTS' MOTIONS *IN LIMINE* IN PROFIT WITHDRAWAL PROCEEDING**

PLEASE TAKE NOTICE that on October 28, 2016, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his undersigned counsel filed: (1) Trustee's Motion *in Limine* Number 2 to Exclude Certain Testimony of Joel and Norman Blum (ECF No. 14355); (2) Trustee's Motion *in Limine* Number 3 to Exclude Deposition Testimony of Aaron Blecker (ECF No. 14356); and (3) Trustee's Motion *in Limine* Number 4 to Exclude the Trustee as a Witness (ECF No. 14357) (the "Trustee's Motions *in Limine*").[1]  Also on October 28, 2016, claimants participating in the profit withdrawal proceedings through their counsel filed: (A) Participating Claimant's Motion to Strike the Proposed Expert Testimony of Lisa M. Collura and

---

[1] The Trustee's Motion *in Limine* Number 1 to Exclude the Testimony of Thomas S. Respess, (III) (ECF No. 14354) was withdrawn (ECF No. 14445) after a stipulation was entered into by the Trustee, Norman Blum, and Joel Blum (ECF No. 14444).

Matthew B. Greenblatt (ECF No. 14365); and (B) Joel and Norman Blums' Motion *in Limine* to Exclude Unrelated Customer Account Materials, to Exclude Hearsay Statements Regarding Profit Withdrawals and to Limit the Proposed Testimony of Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14362) (the "Participating Claimants Motions *in Limine*" and, together with the Trustee's Motions *in Limine*, collectively, the "Motions *in Limine*").

PLEASE TAKE NOTICE, that on **April 18, 2017 at 2:00 p.m.** a hearing on the Motions *in Limine* will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004.

Dated: New York, New York
       January 27, 2017

Respectfully,

*/s/ Amy E. Vanderwal*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*