# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04667 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID GROSS and IRMA GROSS Individually and as Joint Tenants, | |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of Chaitman LLP's Unopposed Motion to Withdraw as Counsel to Defendants David Gross and Irma Gross (the "Motion") as per this Court's instructions at the January 27, 2016 hearing in the above-captioned adversary proceeding (the "Action"), accompanying Declaration of Helen Davis Chaitman in support of Motion, the Court's February 1, 2016 Order that the Action be stayed as to the Defendants for 30 days until February 26, 2016

(ECF #71), that Defendants have not retained new counsel, and that Baker & Hostetler LLP,

Counsel to the Trustee, does not oppose the Motion; it is hereby

      **ORDERED** that the Unopposed Motion to Withdraw as Counsel is granted.


Dated:   January 27, 2017               /s/ STUART M. BERNSTEIN
          New York, New York       Hon. Stuart M. Bernstein
                                    UNITED STATES BANKRUPTCY JUDGE