**MILBERG LLP**
Matthew A. Kupillas
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for Creditor June Pollack*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Matthew A. Kupillas, Esq., an attorney and a member of the firm of Milberg LLP, hereby appears in the above-captioned case as counsel for Creditor June Pollack  Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9010, Matthew A. Kupillas requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon him at the address set forth below:

Matthew A. Kupillas
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: mkupillas@milberg.com

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any substantive or procedural rights or defenses.

Dated: New York, NY
January 30, 2017

    MILBERG LLP

    By: s/ Matthew A. Kupillas
    One Pennsylvania Plaza
    New York, NY 10119
    Tel: (212) 594-5300
    Fax: (212) 868-1229
    Email: mkupillas@milberg.com

    *Attorney for Creditor June Pollack*

727374v1