**MILBERG LLP**
Matthew A. Kupillas
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for Creditor June Pollack*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>        Plaintiff-Applicant,  <br><br>        v.  <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)  <br><br>SIPA LIQUIDATION  <br><br>(Substantively Consolidated) |
| In re:  <br><br>BERNARD L. MADOFF,  <br><br>        Debtor. | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

**TO: The Clerk of the Court and All Parties of Record**

      **PLEASE TAKE NOTICE** that Brad N. Friedman is no longer employed at Milberg LLP and is hereby withdrawn as counsel for Creditor June Pollack. Milberg LLP continues to serve as counsel for June Pollack through Matthew A. Kupillas. Please remove Brad N. Friedman from all service lists, including the Court's electronic notification list and the mailing list in this case.

Dated: January 30, 2017  
New York, NY

                            MILBERG LLP

                            s/ Matthew A. Kupillas_____  
                            Matthew A. Kupillas  
                            MILBERG LLP  
                            One Pennsylvania Plaza  
                            New York, NY 10119  
                            Tel: (212) 594-5300  
                            Fax: (212) 868-1229

                            *Counsel for Creditor June Pollack*

730478v1