Lax & Neville LLP
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Barry R. Lax, Esq. (BL1302)
Brian J. Neville, Esq. (BN8251)

*Attorneys for Defendant*
*Architectural Body Research Foundation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION        :
CORPORATION,                          :        SIPA LIQUIDATION
                                      :
            Plaintiff-Applicant,      :        No. 08-01789 (BRL)
                                      :
        v.                            :
                                      :
BERNARD L. MADOFF INVESTMENT          :
SECURITIES, LLC,                      :
                                      :
            Defendant.                :
-----------------------------------------------------------------X
In re:                                :
                                      :        Adv. Pro. No. 10-05092 (BRL)
BERNARD L. MADOFF,                    :
                                      :
            Debtor.                   :
-----------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation :
Of Bernard L. Madoff Investment Securities LLC :
                                      :
            Plaintiff,                :
                                      :
        v.                            :
                                      :
ARCHITECTURAL BODY RESEARCH           :
FOUNDATION, INC.,                     :
                                      :
            Defendant.                :
-----------------------------------------------------------------X

## NOTICE OF MOTION OF LAX & NEVILLE LLP TO WITHDRAW BARRY R. LAX, ESQ., BRIAN J. NEVILLE, ESQ., AND RAQUEL KRAUS, ESQ. AS COUNSEL TO DEFENDANT <u>ARCHITECTURAL BODY RESEARCH FOUNDATION, INC.</u>

**PLEASE TAKE NOTICE**, that at a time and date to be determined by the Court, LAX & NEVILLE LLP, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY to withdraw BARRY R. LAX, ESQ., BRIAN J. NEVILLE, ESQ., and RAQUEL KRAUS, ESQ. as counsel to Defendant Architectural Body Research Foundation, Inc. (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, LAX & NEVILLE LLP shall rely upon the accompanying Memorandum of Law and the proposed order annexed hereto.

Dated: New York, New York
       June 15, 2016

Respectfully submitted,

Brian J. Neville, Esq.

By:    */s/ Brian J. Neville*
       Brian J. Neville, Esq.
       Lax & Neville LLP
       1450 Broadway, 35th Floor
       New York, NY 10018
       Telephone: (212) 696-1999
       Facsimile: (212) 566-4531