**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :     SIPA LIQUIDATION
                                        :
    Plaintiff-Applicant,              :     No. 08-01789 (BRL)
                                        :
    v.                                :
                                        :
BERNARD L. MADOFF INVESTMENT            :
SECURITIES, LLC,                        :
                                        :
    Defendant.                        :
---------------------------------------------------------------X
In re:                                  :
                                        :     Adv. Pro. No. 10-05092 (BRL)
BERNARD L. MADOFF,                      :
                                        :
    Debtor.                           :
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation  :
Of Bernard L. Madoff Investment Securities LLC :
                                        :
    Plaintiff,                        :
                                        :
    v.                                :
                                        :
ARCHITECTURAL BODY RESEARCH             :
FOUNDATION, INC.,                       :
                                        :
    Defendant.                        :
---------------------------------------------------------------X

**ORDER GRANTING APPLICATION OF LAX & NEVILLE LLP**
**TO WITHDRAW BARRY R. LAX, ESQ., BRIAN J. NEVILLE, ESQ., AND**
**RAQUEL KRAUS, ESQ. AS COUNSEL TO DEFENDANT**
**<u>ARCHITECTURAL BODY RESEARCH FOUNDATION, INC.</u>**

Upon the application (the "Application") of LAX & NEVILLE LLP ("Lax & Neville"), counsel to the Defendant Architectural Body Research Foundation, Inc., for entry of an order authorizing Lax & Neville to withdraw Brian J. Neville, Esq., Barry R. Lax, Esq., and Raquel

Kraus, Esq. as counsel; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and upon consideration of the Application and all pleadings related thereto; and no objection to the Application having been made; and sufficient cause having been shown therefore; it is hereby:

ORDERED that the Application is GRANTED.

Dated: New York, New York
_____ \_\_\_, 2016

_____
Honorable Stuart M. Bernstein, U.S.B.J.