**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The claimants identified on the attached Appendix (the "Claimants"), each having filed an objection (together, the "Objections") to the Trustee's Notice of Determination of Claim in respect of each Claimant's customer claim, as identified on the attached Appendix, hereby give notice that the Claimants withdraw the Objections.

Dated: February 1, 2017

                                              **DAVIS POLK & WARDWELL LLP**

                                              By: */s/ Dana M. Seshens*
                                              Dana M. Seshens
                                              450 Lexington Avenue
                                              New York, New York 10017
                                              Telephone: (212) 450-4855
                                              Facsimile: (212) 701-5855
                                              Email: dana.seshens@davispolk.com

                                              *Attorneys for Claimants*