# **Appendix**

| Claimant(s) | Docket No. of Objection | Claim Number |
|---|---|---|
| Mets Limited Partnership | 489 | 009906 |
| Mets Limited Partnership #2 | 489 | 009915 |
| Michael Katz & Saul B. Katz | 2157 | 009951 |
| Sterling Mets, L.P. | 2161 | 009918 |
| Phyllis Rebell Osterman | 2162 | 009922 |
| The Fred Wilpon Family Trust | 2165 | 009927 |
| The Saul B. Katz Family Trust | 2166 | 009900 |
| Sterling Equities Associates | 2167 | 009901 |
| Sterling Thirty Venture LLC | 2168 | 009895 |
| Greg Katz, Amy Katz and Michael Katz | 2169 | 009892 |
| Michael Katz | 2170 | 009885 |
| Sterling Mets, L.P. | 2171 | 009880 |
| Mets Limited Partnership | 2172 | 009867 |
| FFB Aviation LLC | 2173 | 009864 |
| SEE Holdco, LLC | 2174 | 009858 |
| Sterling Thirty Venture LLC | 2325 | 009896 |
| STERLING 15C LLC | 2326 | 009953 |
| The Judy and Fred Wilpon Family Foundation, Inc. | 2327 | 009942 |
| Richard A. Wilpon and Debra Wilpon | 2328 | 009941 |
| Judith A. Wilpon | 2329 | 009940 |
| L. Thomas Osterman | 2330 | 009935 |
| Fred Wilpon | 2331 | 009938 |
| Iris J. Katz | 2332 | 009931 |
| Debra Wilpon | 2396 | 009899 |
| The Iris and Saul Katz Family Foundation, Inc. | 2397 | 009917 |
| David M. Katz | 2759 | 009908 |
| Bruce Wilpon | 2760 | 009950 |
| Michael Katz & Dayle Katz J/T WROS | 2761 | 009933 |
| Mets Limited Partnership | 2762 | 009912 |
| The Estate of Leonard J. Schreier | 2763 | 009882 |
| Arthur Friedman & Ruth Friedman J/T WROS | 2827 | 009929 |
| Saul B. Katz and Brian Hahn, Jr., TIC | 2828 | 009890 |
| Sterling 20 LLC | 2829 | 009884 |
| Red Valley Partners | 2994 | 009907 |
| Saul B. Katz | 3142 | 009934 |