**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren J. Resnick
Jimmy Fokas

*Attorneys for Irving H. Picard, Trustee for the substantively
consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff,<br><br>               Defendants. | Adv. Pro. No. 09-01503 (SMB) |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion to substitute David

Blumenfeld for deceased Defendant Andrew Madoff, in his capacity as Executor of the Estate of

Mark D. Madoff, in the above-referenced adversary proceeding which was previously scheduled

to be held on February 22, 2017 has been further adjourned to **March 29, 2017 at 10:00 a.m.**

Any responses or objections to the Motion must be received no later than 5:00p.m. March 22,

2017.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Date:   February 1,  2017
        New York, New York

**BAKER & HOSTETLER LLP**

BY:   */s/ David J. Sheehan*
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan
      Email: dsheehan@bakerlaw.com
      Lauren J. Resnick
      Email: lresnick@bakerlaw.com
      Jimmy Fokas
      Email: jfokas@bakerlaw.com

      *Attorneys for Irving H. Picard, Trustee for the*
      *substantively consolidated SIPA Liquidation of*
      *Bernard L. Madoff Investment Securities LLC*
      *and the Estate of Bernard L. Madoff*

**Of Counsel:**

Patrick T. Campbell
Email: pcampbell@bakerlaw.com
Melissa M. Carvalho
Email: mcarvalho@bakerlaw.com