WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br> v.<br><br>MADOFF FAMILY LLC, THE ESTATE OF MARK D. MADOFF, ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff, THE ESTATE OF ANDREW H. MADOFF and MARTIN FLUMENBAUM, solely in his capacity as Executor of the Estate of Andrew H. Madoff.<br><br>      Defendants. | Adv. Pro. No. 10-03485 (SMB) |

## **NOTICE OF ADJOURNMENT OF HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's motion to substitute David Blumenfeld for deceased Defendant Andrew Madoff, in his capacity as Executor of the Estate of Mark D. Madoff, in the above-referenced proceeding, previously scheduled for February 22, 2017 has been further adjourned to **March 29, 2017 at 10:00 a.m.** Any responses or objections to this Motion must be received by no later than **5:00 p.m. on March 22, 2017.**

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004.

Dated: New York, New York
      February 2, 2017

By: /s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*