**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-03485 (SMB) |
| Plaintiff, | |
| v. | |
| MADOFF FAMILY LLC, THE ESTATE OF MARK D. MADOFF, ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff, THE ESTATE OF ANDREW H. MADOFF and MARTIN FLUMENBAUM, solely in his capacity as Executor of the Estate of Andrew H. Madoff. | |
| Defendants. | |

## <u>NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE</u>

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding that was previously scheduled for February 22, 2017 has been further

adjourned to **March 29, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: New York, New York    By: /s/ Howard L. Simon
       February 2, 2017       Howard L. Simon (hsimon@windelsmarx.com)
                         Kim M. Longo (klongo@windelsmarx.com)
                         John J. Tepedino (jtepedino@windelsmarx.com)
                         Windels Marx Lane & Mittendorf LLP
                         156 West 56th Street
                         New York, New York 10019
                         Tel:  (212) 237-1000
                         Fax: (212) 262-1215

                         *Special Counsel for Irving H. Picard, Trustee for the*
                         *Substantively Consolidated SIPA Liquidation of*
                         *Bernard L. Madoff Investment Securities LLC and*
                         *Bernard L. Madoff*