**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant.<br>In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　　Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**ORDER GRANTING THE PICOWER PARTIES' APPLICATION TO FILE UNDER SEAL THEIR MOTION TO REDACT LIMITED PORTIONS OF THE TRANSCRIPT OF THE DEPOSITION OF BERNARD L. MADOFF TAKEN ON DECEMBER 20, 2016 AND THE DECLARATION OF MARCY RESSLER HARRIS IN SUPPORT THEREOF**

Upon the ex parte application (the "Application") of the Picower Parties[1] seeking authorization to file under seal their Motion to Redact Limited Portions of the Transcript of the Deposition of Bernard L. Madoff Taken on December 20, 2016 (the "Motion to Redact") and the Declaration of Marcy Ressler Harris in support thereof (the "Harris Declaration"), and it appearing that the Picower Parties have provided sufficient grounds therefor, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Picower Parties are authorized to file their Motion to Redact and the Harris Declaration under seal pursuant to this Court's Chambers' Rule on Sealing Orders; and it is further

---

[1] The "Picower Parties" refers to Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust f/b/o Gabrielle H. Picower, Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower.

ORDERED that the Clerk shall file the redacted version of the Motion to Redact and Harris Declaration on the docket; and it is further

ORDERED that any party citing to or quoting from the redacted portions of the Motion to Redact or Harris Declaration in any subsequent pleading shall redact such citation or quotation in the publicly filed version of such pleading, and shall file the unredacted version of such pleading under seal; and it is further

ORDERED that following the final adjudication of the Motion to Redact, the Picower Parties shall retrieve the unredacted version of the Motion to Redact and Harris Declaration from the Clerk and shall dispose of the confidential information contained therein; and it is further

ORDERED that this Order is without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the Motion to Redact or Harris Declaration or any part thereof.

Dated: New York, New York
       February 3, 2017

                                    /s/ Stuart M. Bernstein
                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE