**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY PLESENT, <br><br> Defendant. | Adv. Pro. No. 10-04375 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due:  June 14, 2016

2.      Fact Discovery shall be completed by:  April 28, 2017

3.      The Disclosure of Case-in-Chief Experts shall be due:  July 24, 2017

4.      The Disclosure of Rebuttal Experts shall be due:  August 23, 2017

5.      The Deadline for Completion of Expert Discovery shall be:  September 22, 2017

6.      The Deadline to File a Notice of Mediation Referral shall be:  September 29, 2017

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 13, 2017

8.      The Deadline for Conclusion of Mediation shall be:  February 12, 2018

Dated: New York, New York          By: /s/ Howard L. Simon
       February 3, 2017            Howard L. Simon (hsimon@windelsmarx.com)
                                   Kim M. Longo (klongo@windelsmarx.com)
                                   John J. Tepedino (jtepedino@windelsmarx.com)
                                   Windels Marx Lane & Mittendorf, LLP
                                   156 West 56th Street
                                   New York, New York 10019
                                   Telephone: (212) 237-1000
                                   Facsimile: (212) 262-1215

                                   *Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*