**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant.<br>In re:<br>BERNARD L. MADOFF,<br>                              Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF MOTION TO REDACT PORTIONS OF THE TRANSCRIPT OF THE DEPOSITION OF BERNARD L. MADOFF TAKEN ON DECEMBER 20, 2016**

PLEASE TAKE NOTICE that Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust f/b/o Gabrielle H. Picower, Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower (the "Picower Parties"), by and through their undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on March 9, 2017 at 10 a.m., seeking entry of an order to redact portions of the transcript of the deposition of Bernard L. Madoff taken on December 20, 2016.

DOC ID - 25686257.1

As the parties have stipulated, any responses to this motion are due on or before February 17, 2017, and any reply brief is due on or before February 24, 2017.

| | |
|---|---|
| Dated: New York, New York<br>February 3, 2017 | **SCHULTE ROTH & ZABEL LLP**<br><br>By: /s/ Marcy Ressler Harris<br>　　William D. Zabel<br>　　Marcy Ressler Harris<br>　　Michael Kwon<br>　　Jennifer M. Opheim<br>919 Third Avenue<br>New York, New York  10022<br>(212) 756-2000<br><br>*Attorneys for the Picower Parties* |