**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |

**DECLARATION OF MARCY RESSLER HARRIS IN SUPPORT OF THE PICOWER PARTIES' MOTION TO REDACT LIMITED PORTIONS OF THE TRANSCRIPT OF THE DEPOSITION OF BERNARD L. MADOFF TAKEN ON DECEMBER 20, 2016**

MARCY RESSLER HARRIS, under penalty of perjury, declares as follows:

1.  I am a member of Schulte Roth & Zabel LLP, attorneys for Plaintiffs the Picower Parties.[1]

2.  I make this Declaration in support of the Picower Parties' Motion to Redact Limited Portions of the Transcript of the Deposition of Bernard L. Madoff Taken on December 20, 2016, filed under seal concurrently herewith.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted Transcript of the Deposition of Bernard L. Madoff Taken on December 20, 2016 (the "Transcript") that I received from the Trustee's counsel on January 3, 2017.

---

[1] The "Picower Parties" refers to Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; The Picower Foundation; The Picower Institute of Medical Research; The Trust f/b/o Gabrielle H. Picower; Barbara Picower, individually and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of the Transcript with the

Picower Parties' proposed redactions.

5.    Attached hereto as **Exhibit 3** is a chart listing the portions of the Transcript that

the Picower Parties seek to redact.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
     February 3, 2017                    _____/s/ Marcy Ressler Harris_____
                                   Marcy Ressler Harris

# EXHIBIT 1

By Order of the Court, Exhibit 1 has been filed under seal.

# EXHIBIT 2

By Order of the Court, Exhibit 2 has been filed under seal.

# EXHIBIT 3

By Order of the Court, Exhibit 2 has been filed under seal.