**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　　　v.<br><br>KOREA EXCHANGE BANK, individually and as Trustee for Korea Global All Asset Trust I-1, and as Trustee for Tams Rainbow Trust III, and KOREA INVESTMENT TRUST MANAGEMENT COMPANY,<br><br>　　　　　Defendants. | Adv. Pro. No. 11-02572 (SMB) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 8002(d) <u>FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL</u>**

　　　On November 22, 2016, this Court entered the Memorandum Decision Regarding Claims to Recovery Foreign Subsequent Transfers (the "Memorandum Decision"), directing dismissal of all of the Trustee's claims against defendants Korea Exchange Bank and Korea Investment Trust Management Company. *See Securities Investor Protection Corp. v. Bernard L. Madoff Investment Secs. LLC (In re Madoff)*, No. 08-01789 (SMB), ECF No. 14495.

On January 30, 2017, this Court entered the Final Order Granting Motion to Dismiss Complaint solely with respect to defendant Korea Investment Trust Management Company (the "KITMC Order").  *Picard v. Korea Exchange Bank*, Adv. Pro. No. 11-02572, ECF No. 110.

On February 8, 2017, the Trustee filed a Notice of Presentment of the Trustee's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 8002(d) For Extension of Time to File Notice of Appeal (the "Motion") and proposed order annexed thereto.

Upon the Trustee's Motion; and adequate notice of the Motion and the opportunity for a hearing having been provided; and no objections to the Motion having been filed; and no additional notice of or a hearing on the Motion being required under the circumstances; and after due deliberation and sufficient cause appearing therefor, the Court being satisfied that the Motion sets forth a valid and proper basis for the relief granted herein, it is hereby:

**ORDERED,** that pursuant to Federal Rule of Bankruptcy Procedure 8002(d), the time to file a notice of appeal from the KITMC Order shall be extended to the later of: (i) twenty-one days after the time prescribed by the Federal Rules of Bankruptcy Procedure, which would have otherwise expired on February 13, 2017; or (ii) fourteen days after the date of entry of this Order; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:  February ___, 2017  
     New York, New York            _____  
                                                 **HONORABLE STUART M. BERNSTEIN**  
                                                 **UNITED STATES BANKRUPTCY JUDGE**