**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>                    v.<br><br>STANLEY GORDON BENNETT III 1988 TRUST, STANLEY GORDON BENNETT III, individually | Adv. Pro. No. 10-05021 (SMB) |

and in his capacity as settlor and trustee of the
Stanley Gordon Bennett III 1988 Trust

Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: March 7, 2016.

2. Fact Discovery shall be completed by: April 7, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: June 6, 2017.

4. The Disclosure of Rebuttal Experts shall be due: July 6, 2017.

5. The Deadline for Completion of Expert Discovery shall be: August 7, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before August 14, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before August 28, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before December 26, 2017.

| | |
|---|---|
| Dated: New York, New York<br>February 7, 2016 | BAKER & HOSTETLER LLP<br><br>By: */s/ Keith R. Murphy*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Maximillian S. Shifrin<br>Email: mshifrin@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

300430734.1