**JASPAN SCHLESINGER LLP**       **Presentment Date**: March 29, 2017 at 10:00 a.m.
Steven R. Schlesinger, Esq.            **Objection Date**:    March 22, 2017 by 4:00 p.m.
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000

*Attorneys for Defendant Jeffrey Shankman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,
                Plaintiff,              Adv. Pro. No. 08-01789 (SMB)

      v.                           SIPA Liquidation

BERNARD L. MADOFF INVESTMENT      (Substantively Consolidated)
SECURITIES LLC,

                Defendant.
---------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

                Debtor.
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,              Adv. Pro. No. 10-04296 (SMB)

      v.

JEFFREY SHANKMAN,

               Defendant,
---------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF AN ORDER GRANTING LEAVE TO WITHDRAW
AS COUNSEL AND OPPORTUNITY FOR HEARING**

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Steven R.

Schlesinger dated February 7, 2017, Jaspan Schlesinger LLP ("JS") will present the attached

RXC/D1178574v1/M057492/C0153850

proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, for signature on March 29, 2017 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and copies of such objection are served so as to be delivered to the undersigned, along with counsel to the Trustee, and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least seven days before the date of presentment, there will not be a hearing and the Order will be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the presenting party's obligation to notify all other parties entitled to receive notice. The presenting and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: February 7, 2017
Garden City, New York

                                Jaspan Schlesinger LLP

                By:      /s/Steven R. Schlesinger
                          Steven R. Schlesinger
                          300 Garden City Plaza
                          Fifth Floor
                          Garden City, New York 11530
                          (516) 746-8000
                          sschlesinger@jaspanllp.com
                          *Attorneys for Defendant*
                          *Jeffrey Shankman*