**JASPAN SCHLESINGER LLP**  Presentment Date: March 29, 2017 at 10:00 a.m.
Steven R. Schlesinger, Esq.  Objection Date:     March 22, 2017 by 4:00 p.m.
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000

*Attorneys for Defendant Jeffrey Shankman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,  Adv. Pro. No. 08-01789 (SMB)

   v.  SIPA Liquidation

BERNARD L. MADOFF INVESTMENT  (Substantively Consolidated)
SECURITIES LLC,

        Defendant.
---------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

        Debtor.
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,  Adv. Pro. No. 10-04296 (SMB)

   v.

JEFFREY SHANKMAN,

        Defendant.
---------------------------------------------------------------X

## ORDER GRANTING LEAVE TO WITHDRAW
## AS COUNSEL AND SETTING HEARING DATE

Upon consideration of the application (the "Application") by Jaspan Schlesinger LLP

("JS"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for

RXC/D1178573v1/M057492/C0153850

Defendant Jeffrey Shankman ("Defendant"); and due an sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that JS is granted leave to withdraw as counsel for Defendant and it is hereby deemed removed as counsel for Defendant in this proceeding; and it is further

**ORDERED** that a hearing will be held on _____, 2017 at _____ to determine and fix the legal fees and expenses owed to Jaspan Schlesinger LLP; and it is further

**ORDERED** that JS has a retaining lien allowing it to retain all of Defendant's papers and files until all outstanding legal fees and expenses are paid; and it is further

**ORDERED** that JS is granted a charging lien allowing it to an interest in any money recovered by Defendant in this action; and it is further

**ORDERED** that this action is stayed for a period of sixty (60) days so as to allow Defendant time to retain new counsel or take such steps as he may deem necessary to protect his rights in this matter.

Dated: New York, New York
      March ___, 2017

                                                        _____
                                                        Hon. Stuart M. Bernstein