Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,                       Adv. Pro. No. 08-01789 (SMB)

      v.                                    SIPA Liquidation

BERNARD L. MADOFF INVESTMENT        (Substantively Consolidated)
SECURITIES LLC,

        Defendant.
-------------------------------------------------------------X
IN RE:                                                **AFFIDAVIT OF SERVICE**

BERNARD L. MADOFF,

        Debtor.
-------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,                       Adv. Pro. No. 10-04296 (SMB)

      v.

JEFFREY SHANKMAN,

        Defendant,
-------------------------------------------------------------X
STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NASSAU    )

      **REUEL COLES**, being duly sworn, deposes and says:

      Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

RC/D1178621v1/M057492/C0153850

On February 8, 2017, deponent served the **NOTICE OF PRESENTMENT OF AN ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL AND OPPORTUNITY FOR HEARING, DECLARATION OF STEVEN R. SCHLESINGER IN SUPPORT OF MOTION OF JASPAN SCHLESINGER LLP TO WITHDRAW AS COUNSEL OF RECORD FOR JEFFREY SHANKMAN AND PROPOSED ORDER GRANTING LEAVE TO WITH DRAW AS COUNSEL AND SETTING HEARING DATE** upon the attorney/party listed below, at the addresses listed below, said addresses being designated for that purpose, via regular mail by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:  Geraldine E. Ponto
     Baker & Hostetler LLP
     Attorneys for Irving H. Picard
     Trustee for the Liquidation of
     Bernard L. Madoff Investment Securities LLC
     and Bernard L. Madoff
     45 Rockefeller Plaza
     New York, NY 10111
     (212) 589-4221
     Fax : (212) 589-4201
     Email: bhaa@bakerlaw.com

     Jeffrey Shankman
     300 E. 56th Street
     New York, NY 10022

                                        /s/Reuel Coles
                                        REUEL COLES

Sworn to before me this
8th day of February, 2017.

/s/ Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires April 25, 2018

RC/D1178621v1/M057492/C0153850