**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re:<br>BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01182 (SMB) |
| Plaintiff, | |
| v. | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

On October 8, 2015, Defendants J. Ezra Merkin and Gabriel Capital Corporation (the

"Merkin Defendants"), and Ascot Partners, L.P. ("Ascot Partners") and Ascot Fund Ltd. ("Ascot

Fund") (together, the "Defendants") filed two motions, ECF Nos. 283 and 285, and memoranda

and declarations in support, ECF Nos. 284, 286, and 287, for summary judgment dismissing all

remaining claims brought against them by Plaintiff Irving H. Picard, as trustee ("Trustee") for

the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the

chapter 7 estate of Bernard L. Madoff.

The Trustee opposed the motions for summary judgment on November 25, 2015. ECF

Nos. 289, 292-302.

On December 23, 2015, the Defendants filed their replies and other papers in support of

their respective motions for summary judgment. ECF Nos. 306, 307, 308, 309, 310.

On June 1, 2016, the Defendants' Motions for Summary Judgment were heard by the

Honorable Stuart M. Bernstein. ECF No. 323. On January 30, 2017, the Court entered a

Memorandum Decision Granting in Part and Denying in Part Defendants' Motions for Summary

Judgment (the "Decision"), as follows: (1) denied summary judgment as to Count Two, Two-

Year Actual Fraudulent Transfers; (2) denied summary judgment as to Count Nine, Subsequent

Transfers against the Merkin Defendants and Ascot Fund; (3) granted summary judgment as to

Count Nine, Subsequent Transfers against Ascot Partners only; (4) denied summary judgment as

to Count Ten, General Partner Liability; and (5) denied summary judgment as to Count Thirteen,

Equitable Subordination. ECF No. 327.

For the reasons set forth in the Court's Decision, which is incorporated herein and made a

part hereof, it is hereby **ORDERED** that:

1.      As to Count Two (Two-Year Actual Fraudulent Transfers); Count Nine

(Subsequent Transfers against the Merkin Defendants and Ascot Fund); Count Ten (General

Partner Liability); and Count Thirteen (Equitable Subordination), the Motions for Summary

Judgment are **DENIED**;

2.      As to Counts Nine (Subsequent Transfers against Ascot Partners), the Motions for

Summary Judgment are **GRANTED**;

2

3.      The parties shall amend their case management plan and set forth the date for the

submission of their pre-trial order within 5 days of the entry of this Order.


Dated: February ___, 2017
         New York, New York


                                                    _____
                                                    HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE