UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant<br><br>              -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                        Plaintiff,<br><br>              -against-<br><br>STEVEN ANDELMAN,<br><br>                          Defendant. | Adv. Pro. No. 10-4884 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>SUSAN ANDELMAN,<br><br>                    Defendant. | Adv. Pro. No. 10-4916 (SMB) |

## DISCOVERY ARBITRATOR'S ORDER

By letters dated February 8, 2017, the Trustee complains that the Defendants have failed to comply with my discovery order dated December 20, 2016. Specifically, the Trustee contends that the Defendants' Responses to his Requests for Admissions are deficient and that no documents have been produced. The Trustee seeks an order compelling document production, deeming his Requests for Admission to be admitted, and striking any affirmative defenses for which the Defendants have not produced evidence.

Defendants' counsel is directed to respond to this letter by February 20, 2017. Further counsel for the Trustee and for the Defendants are directed to place a call to my Case Manager, Kristen Maccubbin, at (212) 607-2762 to arrange a time later that week for a conference call with me.

SO ORDERED.

Dated:   New York, New York
         February 14, 2017

                                                            /s/
                                                    _____
                                                         FRANK MAAS
                                                      Discovery Arbitrator

Copies to Counsel via ECF

2