**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant.<br>In re:<br>BERNARD L. MADOFF,<br>      Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the hearing on the Picower Parties'[1] motion to redact limited portions of the transcript of the deposition of Bernard L. Madoff taken on December 20, 2016 (ECF Nos. 15008, 15010, 15011), which was previously scheduled for March 9, 2017 at 10 a.m., has been adjourned to **March 21, 2017, at 2 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held in the chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

---

[1] The "Picower Parties" refers to Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust f/b/o Gabrielle H. Picower, Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower.

|  |  |
|---|---|
| Dated: New York, New York<br>February 15, 2017 | **SCHULTE ROTH & ZABEL LLP**<br><br>By: /s/ Marcy Ressler Harris<br>    William D. Zabel<br>    Marcy Ressler Harris<br>    Michael Kwon<br>    Jennifer M. Opheim<br>919 Third Avenue<br>New York, New York  10022<br>(212) 756-2000<br><br>*Attorneys for the Picower Parties* |