**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DONALD J. WEISS,<br><br>        Defendant. | Adv. Pro. No. 10-04558 (SMB) |

**SECOND STIPULATION EXTENDING TIME TO ANSWER**

   The plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the estate of Bernard L. Madoff, individually ("Madoff"), and Defendant Donald J. Weiss ("Defendant"), by and through their respective, undersigned counsel (collectively, the "Parties"), hereby stipulate and agree that the date before which the Defendant may answer the complaint filed in the above-captioned adversary proceeding is extended up to and including **March 20, 2017.**

The purpose of this stipulated extension is to provide additional time for the Parties to resolve this matter consensually.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:        New York, New York
              February 15, 2017

| | |
|---|---|
| */s/ Keith R. Murphy* | */s/ David Hyman* |
| **BAKER & HOSTETLER LLP** | **CHIESA SHAHINIAN & GIANTOMASI PC** |
| 45 Rockefeller Plaza | One Boland Drive |
| New York, NY 10111 | West Orange, NJ 07052 |
| Telephone: (212) 589-4200 | Telephone: (973) 530-2045 |
| Facsimile: (212) 589-4201 | Facsimile: (973) 530-2245 |
| David J. Sheehan | David Hyman |
| Email: dsheehan@bakerlaw.com | Email: dhyman@csglaw.com |
| Keith R. Murphy | Ronald L. Israel |
| Email: kmurphy@bakerlaw.com | Email: risrael@csglaw.com |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | *Attorneys for Defendant* |