**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TIMOTHY SHAWN TEUFEL AND VALERIE ANN TEUFEL FAMILY TRUST U/T/D 5/24/95, TIMOTHY SHAWN TEUFEL, individually and in his capacity as Trustee for the Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95; and VALERIE ANNE TEUFEL, individually and in her capacity as Trustee for the Timothy Shawn Teufel and | Adv. Pro. No. 10-04668 (SMB) |

Valerie Ann Teufel Family Trust U/T/D 5/24/95,

Defendants.

# FIRST AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures have been exchanged.

2. Fact Discovery shall be completed by: July 14, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: October 4, 2017.

4. The Disclosure of Rebuttal Experts shall be due: November 3, 2017.

5. The Deadline for Completion of Expert Discovery shall be: December 4, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 11, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 4, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before April 25, 2018.

| | |
|---|---|
| Dated: New York, New York<br>February 15, 2017<br><br>Of Counsel:<br><br>**BAKER & HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: 713.751.1600<br>Facsimile: 713.751.1717<br>Dean D. Hunt | **BAKER & HOSTETLER LLP**<br><br>By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

3