BAKER & HOSTETLER LLP

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Stacey A. Bell
Margaret E. Hirce

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and the
Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>            Plaintiff-Applicant, <br><br>    v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>            Defendant. | Adv. Proc. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br>            Plaintiff, <br><br>    v. <br><br> MERRILL LYNCH INTERNATIONAL, <br><br>            Defendant. | Adv. Pro. No.  10-05346 (SMB) |

<u>**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**</u>

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for February 22, 2017 has been adjourned to **April 26, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  February 17, 2017             /s/   *Stacey A. Bell*_____
       New York, New York          BAKER & HOSTETLER LLP
                               45 Rockefeller Plaza
                               New York, New York 10111
                               Telephone: (212) 589-4200
                               Facsimile: (212) 589-4201
                               David J. Sheehan
                               Email:  dsheehan@bakerlaw.com
                               Stacey A. Bell
                               Email: sbell@bakerlaw.com
                               Margaret E. Hirce
                               Email: mhirce@bakerlaw.com

                               *Attorneys for Irving H. Picard, Trustee for the*
                               *Substantively Consolidated SIPA Liquidation of*
                               *Bernard L. Madoff Investment Securities LLC and*
                               *the Estate of Bernard L. Madoff*