Lax & Neville LLP
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Barry R. Lax, Esq. (BL1302)
Brian J. Neville, Esq. (BN8251)

*Attorneys for Defendant*
*Architectural Body Research Foundation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : | No. 08-01789 (BRL) |
| v. | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| Defendant. | : | |

-------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

       Debtor.

Adv. Pro. No. 10-05092 (BRL)

-------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation
Of Bernard L. Madoff Investment Securities LLC

       Plaintiff,

    v.

ARCHITECTURAL BODY RESEARCH
FOUNDATION, INC.,

       Defendant.
-------------------------------------------------------------X

### NOTICE OF MOTION OF LAX & NEVILLE LLP TO WITHDRAW BARRY R. LAX, ESQ., BRIAN J. NEVILLE, ESQ., AND RAQUEL KRAUS, ESQ. AS COUNSEL TO DEFENDANT <u>ARCHITECTURAL BODY RESEARCH FOUNDATION, INC.</u>

**PLEASE TAKE NOTICE**, that at a time and date to be determined by the Court, LAX & NEVILLE LLP, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY to withdraw BARRY R. LAX, ESQ., BRIAN J. NEVILLE, ESQ., and RAQUEL KRAUS, ESQ. as counsel to Defendant Architectural Body Research Foundation, Inc. (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, LAX & NEVILLE LLP shall rely upon the accompanying Memorandum of Law and the proposed order annexed hereto.

Dated: New York, New York
February 17, 2017

                                          Respectfully submitted,

                                          Brian J. Neville, Esq.

By:    <u>*/s/ Brian J. Neville*</u>
          Brian J. Neville, Esq. (BN8251)
          Lax & Neville LLP
          1450 Broadway, 35th Floor
          New York, NY 10018
          Telephone: (212) 696-1999
          Facsimile: (212) 566-4531