Lax & Neville LLP
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Barry R. Lax, Esq. (BL1302)
Brian J. Neville, Esq. (BN8251)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                             :   SIPA LIQUIDATION
                                         :
       Plaintiff-Applicant,              :   No. 08-01789 (BRL)
                                         :
   v.                                    :
                                         :
BERNARD L. MADOFF INVESTMENT             :
SECURITIES, LLC,                         :
                                         :
       Defendant.                        :
------------------------------------------------------------X
In re:                                   :
                                         :   Adv. Pro. No. 10-05092 (BRL)
BERNARD L. MADOFF,                       :
                                         :
       Debtor.                           :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation :
Of Bernard L. Madoff Investment Securities LLC :
                                         :
       Plaintiff,                        :
                                         :
   v.                                    :
                                         :
ARCHITECTURAL BODY RESEARCH              :
FOUNDATION, INC.,                        :
                                         :
       Defendant.                        :
------------------------------------------------------------X

...

## **CERTIFICATE OF SERVICE**

I, Barry R. Lax, Esq., hereby certify that on February 17, 2017, I caused a true and correct copy of:

(i) Notice of Motion of Lax & Neville LLP to Withdraw Barry R. Lax, Esq., Brian J. Neville, Esq., and Raquel Kraus, Esq. as Counsel to Defendant Architectural Body Research Foundation, Inc.

(ii) Memorandum of Law in Support of the Motion to Withdraw Barry R. Lax, Esq., Brian J. Neville, Esq., and Raquel Kraus, Esq. as Counsel to Defendant Architectural Body Research Foundation, Inc.

and the appendices and exhibits attached thereto to be filed electronically with the Bankruptcy Court, served upon the parties in this action who receive electronic service through CM/ECF, served upon Marc E. Hirschfield via electronic mail (mhirschfield@bakerlaw.com), and served upon the recipient listed below via first class mail:

Architectural Body Research Foundation Inc.
418 Central Park West
Apt. 42
New York, NY 10025
*and*
124 W Houston St
New York, NY 10012-2558

Dated:  New York, New York
        February 17, 2016                                    **LAX & NEVILLE LLP**

                                                             By: */s/ Barry R. Lax*
                                                             Barry R. Lax, Esq. (BL1302)
                                                             1450 Broadway, 35th Floor
                                                             New York, NY 10018
                                                             Telephone:  (212) 696-1999
                                                             Facsimile:  (212) 566 – 4531

                                                             *Attorneys for Defendant Architectural Body Research Foundation, Inc.*