**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal
Stephanie A. Ackerman

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA Liquidation  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S MOTION AND
MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS
OF CLAIMANTS HOLDING INTERESTS IN JUDY L. KAUFMAN ET AL. TENANCY
IN COMMON, RICHARD B. FELDER AND DEBORAH FELDER TENANCY IN
COMMON, AND KEITH SCHAFFER, JEFFREY SCHAFFER,
<u>CARLA R. HIRSCHHORN TENANCY IN COMMON</u>**

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*., and the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, hereby gives notice that the hearing date to consider the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman *et al*. Tenancy In Common, Richard B. Felder and Deborah Felder Tenancy In Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy In Common (the "Motion"), filed on January 13, 2017 (ECF No. 14844), which was previously scheduled for February 22, 2017 has been adjourned to **March 29, 2017**. The objection deadline for the Motion has passed and no objections were filed with this Court or received by the Trustee.

**PLEASE TAKE FURTHER NOTICE** that the hearing date to consider the portion of the Motion that seeks to affirm the Trustee's determination of Customer Claims 001463, 001515, and 001369 filed by Jonathan E. Felder, Jeffrey D. Felder and The Richard and Deborah Felder Foundation respectively, (the "Felder Objecting Claimants"), which relate to claimed interests in the Richard B. Felder and Deborah Felder Tenancy In Common BLMIS account (1ZA249), has been further adjourned to **April 26, 2017**.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will file a supplemental motion and memorandum of law in support of affirming his determinations of the Felder Objecting Claimants' claims on or before **March 15, 2017**.

**PLEASE TAKE FURTHER NOTICE** that any written objections to the portion of the Motion related to the Felder Objecting Claimants must be filed with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New

York, New York 10004 by no later than 4:00 p.m. on **April 3, 2017** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq. and Nathanael S. Kelley, Esq. so as to be received on or before **April 3, 2017.** Any objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion. Counsel for the Trustee has consulted with the Felder Objecting Claimants and the Felder Objecting Claimants consent to the adjournment of the hearing and the related objection deadline.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced proceedings will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, Courtroom 723 on **March 29, 2017** and **April 26, 2017** at **10:00 a.m.** or such other time as the Court determines.

| | |
|---|---|
| Dated: New York, New York<br>February 21, 2017 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Jorian L. Rose<br>Email: jrose@bakerlaw.com<br>Amy E. Vanderwal<br>Email: avanderwal@bakerlaw.com<br>Stephanie A. Ackerman<br>Email: sackerman@bakerlaw.com<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York  10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 Estate of Bernard L. Madoff* |