**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

**AFFIDAVIT OF MAILING**

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.     I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.     I am over the age of eighteen years and am not a party to the above-captioned action.

3.     On February 21, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

       1.   Notice of Adjournment of Hearing on Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al., Tenancy In Common, Richard B. Felder and Deborah Felder Tenancy In Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy In Common (Docket Number 15058)

Executed on February 22, 2017

_____

Vanessa A. Pogue

Sworn to and subscribed before me this _22_ day of February, 2017

**Susan Crouch Weaver**
Notary Public,
State of Texas
Expires: 04/18/2019

_____

_____    Notary Public

(SEAL)

2

# Exhibit A

**Exhibit A**
**February 21, 2017**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |