# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

February 27, 2017

**VIA ECF AND EMAIL: bernstein.chambers@nysb.uscourts.gov**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: The Parties' Motion to Redact Portions of the Transcript of the Deposition of Bernard L. Madoff taken on December 20, 2016 in No. 08-01789 (Bankr. S.D.N.Y.)

Dear Judge Bernstein:

We write in response to the February 24, 2017 letter from Marcy Ressler Harris, counsel for the Picower Parties. Ms. Harris asks the Court to enter an order permanently sealing certain portions of the transcript of Mr. Madoff's deposition on the theory that the Motion is unopposed. On the contrary, the Motion is vigorously opposed. Our opposition papers are due 7 days prior to the return date, *see* Local Rule 9006-1, and will be filed on that date.

While the original date for opposition papers was February 17, 2017, the original return date of the motion was March 9, 2017. The return date was thereafter moved to March 21, 2017, thus extending our date to file opposition to March 14, 2017.

The Court's attention to this matter is most appreciated.

Respectfully submitted,

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman

HDC/sh

cc:   (*via ECF and Email w/encl.*)
Marcy Ressler Harris (marcy.harris@srz.com)
Michael Kwon (michael.kwon@srz.com)
Keith R. Murphy (kmurphy@bakerlaw.com)

{00028488 1 }