**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Fernando A. Bohorquez, Jr.

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>            v.<br><br>BENJAMIN T. HELLER,<br><br>                              Defendant. | Adv. Pro. No. 10-04367 (SMB) |

**SECOND AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.   The Disclosure of Case-in-Chief Experts shall be due: March 8, 2017

2.   The Disclosure of Rebuttal Experts shall be due: May 12, 2017

3.   The Deadline for Completion of Expert Discovery shall be: June 16, 2017

4.   The Deadline for Service of a Notice of Mediation Referral shall be: June 23, 2017

5.   The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 7, 2017

6.   The Deadline for Conclusion of Mediation shall be:  On or before November 3, 2017


Dated: New York, New York
       February 27, 2017

BAKER & HOSTETLER LLP


By: /s/ *Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Fernando A. Bohorquez, Jr.
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*