**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Elyssa S. Kates
Terry Brennan

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> IRWIN LIPKIN, CAROLE LIPKIN, MARC LIPKIN, RUSSELL LIPKIN, and KAREN YOKOMIZO LIPKIN, <br><br> Defendants. | Adv. Pro. No. 10-04218 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF DEFENDANTS RUSSELL LIPKIN AND KAREN YOKOMIZO LIPKIN FROM
### ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendants Russell Lipkin and Karen

Yokomizo Lipkin (the "Defendants"), by and through their counsel, Richard P. Galler, Esq.

(collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On or about June 24, 2009, Karen Yokomizo Lipkin filed Claim No. 013024 in

connection with BLMIS Account No. 1L0205, on behalf of Gregory Lipkin, a minor (the

Gregory Lipkin Claim").

2.      On November 12, 2010, the Trustee filed and served the Complaint against

Defendants and others not party to this Stipulation.

3.      On April 21, 2011, Defendants served an answer on the Trustee.

4.      On or about December 29, 2016, the Parties entered into a settlement agreement

pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Adv.

Pro. No. 08-01789, Dkt. No. 3181].

5.      In connection with the settlement agreement, the Gregory Lipkin Claim was

assigned to the Trustee.

6.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with

prejudice of the Trustee's claims against Defendants Karen Yokomizo Lipkin and Russell Lipkin

in the above-captioned adversary proceeding.

300431112.1                                           2

7.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

8.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.


Dated:  February 24, 2017

                              **BAKER & HOSTETLER LLP**

                              By: /s/Elyssa S. Kates
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone:  (212) 589-4200
                              Facsimile:  (212) 589-4201
                              David J. Sheehan
                              Email:  dsheehan@bakerlaw.com
                              Elyssa S. Kates
                              Email:  ekates@bakerlaw.com
                              Terry Brennan
                              Email:  tbrennan@bakerlaw.com

                              *Attorneys for Plaintiff Irving H. Picard, Trustee for
                              the Substantively Consolidated SIPA Liquidation of
                              Bernard L. Madoff Investment Securities LLC and
                              the Estate of Bernard L. Madoff*

                              **THE LAW OFFICE OF RICHARD P.
                              GALLER, LLC**

                              By:  /s/Richard P. Galler
                              Richard P. Galler, Esq.
                              75 Essex Street, Suite 220
                              Hackensack, New Jersey 07601
                              *Telephone: (201) 678-3200
                              Facsimile: (201) 343-2727
                              Email: Richard@kgalaw.com*

300431112.1                           3

*Attorneys for Defendants Russell Lipkin and Karen*
*Yokomizo Lipkin*

**SO ORDERED**

**Dated: February 27th, 2017**
**New York, New York**

**/s/ STUART M. BERNSTEIN**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

300431112.1

4