**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Brian W. Song

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAR ENTREPRENEURIAL FUND, LTD., RUSSELL OASIS, ALAN POTAMKIN, ROBERT POTAMKIN, and TAMIAMI TOWER CORPORATION<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 10-04352 (SMB) |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: July 28, 2017

2. The Disclosure of Case-in-Chief Experts shall be due: October 20, 2017

3. The Disclosure of Rebuttal Experts shall be due: December 22, 2017

4. The Deadline for Completion of Expert Discovery shall be: January 19, 2018

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before January 26, 2018

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before February 9, 2018

8. The Deadline for Conclusion of Mediation shall be: On or before June 11, 2018

300432006.2

Dated: New York, New York
February 27, 2017

| BAKER & HOSTETLER LLP | CHAITMAN LLP |
|---|---|
| By: *Brian W. Song*<br>David J. Sheehan<br>Nicholas J. Cremona<br>Brian W. Song<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | By: *Helen D. Chaitman*<br>Helen Davis Chaitman<br>Jennifer Allim<br>Chaitman LLP<br>465 Park Avenue<br>New York, NY 10022<br>Telephone: (888) 759-1114<br>Facsimile: (888) 759-1114 |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* | *Attorneys for Defendants Russell Oasis and RAR Entrepreneurial Fund, Ltd.* |

300432006.2