UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant<br><br>　-against-<br><br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendants. | Adv. Pro No.08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>　　BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for The Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff<br><br>　-against-<br><br>EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (Monaco) S.A.M.,<br> f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited,<br><br>　　　　　　　　Defendants. | Adv. Pro No.12-01690 (SMB) |

1

# NOTICE OF CHANGE OF COUNSEL'S LAW FIRM AFFILIATION AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that D. Farrington Yates, Counsel of record for Defendants, EFG Bank S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited, previously with the law firm Dentons US LLP, has changed his affiliation to the law firm of Kobre & Kim LLP. Kobre & Kim LLP will continue to represent the Defendants in the above-referenced matters and adversary proceedings as Co-Counsel with Dentons US LLP.

The new contact information for Defendants' Co-Counsel is as follows:

> D. Farrington Yates
> KOBRE & KIM LLP
> 800 Third Avenue
> New York, New York 10022
> Tel: (212) 488-1200
> Fax: (212) 488-1220
> farrington.yates@kobrekim.com

PLEASE TAKE FURTHER NOTICE that Kobre & Kim LLP requests, pursuant to Bankruptcy Rules 9007 and 9010, that all notices given or required to be given in the above-captioned adversary proceedings and all papers served or required to be served in the above-captioned adversary proceedings be given to and served on the contact information above

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also included notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before the Court with respect to these adversary proceedings, whether formal

or informal, written or oral, and whether transmitted or conveyed electronically or by mails, delivery, telephone, telegraph, telex, facsimile transmission, or otherwise.

Dated: February 27, 2017
New York, New York

By: /s/ D. Farrington Yates
D. Farrington Yates
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
farrington.yates@kobrekim.com

*Co-Counsel for EFG Bank S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Limited.*

**COUNSEL:**

Reid L. Ashinoff
Justin L. Kattan
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10022
Tel: (212) 768-6700
Fax: (212) 768-6800
reid.ashinoff@dentons.com
justin.kattan@dentons.com

## **CERTIFICATE OF SERVICE**

   I hereby certify on February 27, 2017, a true and correct copy of the foregoing Notice of Affiliation was filed by Kobre & Kim LLP electronically with the Court through its ECF System. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system.

Dated: February 27, 2017               /s/ D. Farrington Yates
New York, New York                 D. Farrington Yates