**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Maximillian S. Shifrin

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEW PREFERRED LIMITED PARTNERSHIP, SEW GENERAL, LLC, GRACE B. EVENSTAD REVOCABLE TRUST, GRACE B. EVENSTAD, as co-trustee of the GRACE B. EVENSTAD REVOCABLE TRUST, KENNETH L. EVENSTAD, as co-trustee of the GRACE B. | Adv. Pro. No. 10-04945 (SMB) |

EVENSTAD REVOCABLE TRUST, SERENE
WARREN REVOCABLE TRUST, SERENE
WARREN, as co-trustee of the Serene Warren
Revocable Trust, CHRISTOPHER WARREN, as
co-trustee of the Serene Warren Revocable Trust,

Defendants.

## FOURTEENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were exchanged on May 16, 2014.

2.      Fact Discovery shall be completed by:  June 1, 2017.

3.      The Disclosure of Case-in-Chief Experts shall be due: July 31, 2017.

4.      The Disclosure of Rebuttal Experts shall be due: August 30, 2017.

5.      The Deadline for Completion of Expert Discovery shall be: September 29, 2017.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before October 6, 2017.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before October 20, 2017.

8.      The Deadline for Conclusion of Mediation shall be:  On or before February 20, 2018.

300432314.1

Dated:  February 27, 2017

**BAKER & HOSTETLER LLP**

By: */s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas Cremona
Email:  ncremona@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com
Maximillian S. Shifrin
Email:  mshifrin@bakerlaw.com

*Attorney for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*

**LOEB & LOEB, LLP**

By:  */s/ Daniel B. Besikof*
345 Park Avenue
New York, New York 10154
Telephone:  212.407.4129
Facsimile:  646.417.6335
P. Gregory Schwed
Email:  gschwed@loeb.com
Daniel B. Besikof
Email:  dbesikof@loeb.com

*Attorneys for Defendants*

300432314.1