# EXHIBIT A

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION,                           Adv. Pro. No.
                                   :   08-01789 (SMB)
          Plaintiff-Applicant,
                                   :   SIPA LIQUIDATION
     -against-
                                   :   (Substantively
                                        Consolidated)
BERNARD L. MADOFF INVESTMENT       :
SECURITIES, LLC,
                                   :
          Defendant.
------------------------------x
In Re:                             :

BERNARD L. MADOFF,                 :

          Debtor.                  :
------------------------------x
IRVING H. PICARD, Trustee          :
for the Liquidation of                 Adv. Pro. No.
Bernard L. Madoff Investment       :   10-04995 (SMB)
Securities, LLC,
                                   :
          Plaintiff,
                                   :
     -against-
                                   :
TRUST U/ART FOURTH O/W/O
ISRAEL WILENITZ, et al.,           :

          Defendants.              :
------------------------------x

          TRANSCRIPT of telephone conference as
taken by and before MONIQUE VOUTHOURIS, Certified
Court Reporter, RPR, CRR and Notary Public of the
States of New York and New Jersey, on Thursday,
January 5, 2017, commencing at 11:00 a.m.


BENDISH REPORTING
877.404.2193

Picard v Wilenitz                    Telephone Conference 1/5/2017

```
                                                        Page 2

 1   B E F O R E:

 2

         HON. FRANK MAAS (RET.), Arbitrator
 3       620 Eighth Avenue
         34th Floor
 4       New York, New York  10018
         fmaas@jamsadr.com
 5

 6

     A P P E A R A N C E S:
 7

 8       BAKER HOSTETLER LLP
         811 Main Street
 9       Suite 1100
         Houston, Texas  77002-6111
10       BY:  DEAN D. HUNT, ESQ.
              dhunt@bakerlaw.com
11
              MARIE L. CARLISLE, ESQ.
12            mcarlisle@bakerlaw.com

13                -and-

14       BAKER HOSTETLER LLP
         45 Rockefeller Plaza
15       14th Floor
         New York, New York  10111-0100
16       BY:  EDWARD J. JACOBS, ESQ.
              ejacobs@bakerlaw.com
17       For Irving Picard, Trustee

18

19       CHAITMAN LLP
         465 Park Avenue
20       New York, New York  10022
         BY:  HELEN DAVIS CHAIRMAN, ESQ.
21            hchaitman@chaitmanllp.com

22            GREGORY M. DEXTER, ESQ.
              gdexter@chaitmanllp.com
23       For a number of defendants

24

25
```

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 3

    1              ARBITRATOR MAAS:  This is Judge
    2    Maas.
    3              MS. CHAITMAN:  Hi, Judge, how are
    4    you?
    5              ARBITRATOR MAAS:  Very well.
    6    Happy New Year.
    7              MS. CHAITMAN:  You too.  You too.
    8              MR. HUNT:  Good morning, Your
    9    Honor.  Dean Hunt, Marie Carlisle and Ted Jacobs
   10    are on for the Trustee, and our court reporter
   11    is also on the line.
   12              ARBITRATOR MAAS:  Somebody else
   13    just joined us or is that the whole crew?
   14              MR. HUNT:  That's a new person.
   15              ARBITRATOR MAAS:  Is there
   16    somebody other than the court reporter,
   17    Ms. Chaitman, and Mr. Hunt, Mr. Jacobs and
   18    Ms. Carlisle on the phone?
   19              MS. CHAITMAN:  Greg Dexter from my
   20    office is going to be joining us.  I don't hear
   21    him yet.
   22              ARBITRATOR MAAS:  Okay.  Do you
   23    want us to wait or --
   24              MS. CHAITMAN:  No, no, we don't
   25    need to wait.

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 4

 1                    Judge, I don't know how you want

 2    to do this, but I have a couple of points I

 3    would like to make about the orders that were --

 4    that were filed.

 5                    (Mr. Dexter joins the telephone

 6    conference.)

 7                    ARBITRATOR MAAS:  Hi, Mr. Dexter.

 8                    MS. CHAITMAN:  Greg, are you on?

 9                    MR. DEXTER:  I'm on, Helen.  Good

10    morning.

11                    ARBITRATOR MAAS:  Good morning.

12    Is there anybody else who has joined?  Okay.

13                    Before you do that, let me just

14    make a couple of points, and I would imagine

15    that the orders will be the focus of some

16    attention this morning.  I sent them out in

17    non-PDF form because I wanted to get them out to

18    you and I was having some trouble dealing with

19    the filing mechanism, but I think I've now

20    straightened that out such that I should be able

21    to get orders once they are drafted into PDF

22    form and onto the Bankruptcy Court ECF docket in

23    fairly short order.

24                    Also, I know that the Trustee

25    drafted a proposed order with respect to some of

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 5

1    the things we discussed at the December 13th

2    conference, probably in an effort to goose me

3    along, possibly because judging from the length

4    of some of the orders Judge Bernstein signed, I

5    assume that the Trustee has routinely drafted

6    orders.

7              It was always my practice on the

8    bench to draft my own orders.  So while I'm

9    certainly open to having suggestions as to

10   language, and I'm sure we'll discuss that today,

11   I prefer to draft my own orders.

12             In drafting the order that relates

13   to the three defendants, Train Klan, of the

14   group DiGiulian and Benjamin, and particularly

15   with regard to the stipulation, and, frankly,

16   although Ms. Chaitman may disagree, erred on the

17   side of favoring the defendants such that if

18   something was not explicitly agreed to on the

19   record at the conference, I didn't make the

20   assumption that stipulations that had been

21   arrived at necessarily applied.

22             So that the net effect of that was

23   that only Train Klan was included in my order as

24   an entity or a group of people who had

25   stipulated to certain facts, although I know

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 6

```
 1    Ms. Chaitman disagrees, but at least some of
 2    those facts were stipulated.
 3            So, with those preliminary
 4    findings, let me turn to you, Ms. Chaitman.
 5            MS. CHAITMAN:  Okay.  So I
 6    didn't -- the good news is on the Perlman order,
 7    which simply said that by January 3rd I would
 8    advise the Trustee which of the defendants will
 9    stipulate to the accuracy and completeness of
10    columns 1 through 5, I didn't have any comments
11    on that.
12            I did, in fact, you know, I
13    responded to that, you know, in the context of
14    writing to you, so I laid out exactly what each
15    defendant is able to stipulate to and what each
16    defendant is unable to stipulate to.
17            With respect to the order which
18    begins with the Train Klan caption, if we -- if
19    we look at paragraph 2 on the general ruling,
20    you say that, in this paragraph 2, the second
21    paragraph, in connection with any motion
22    throughout this trial the defendant, B, concedes
23    that the funds reflected in column 5 -- oh,
24    concedes that the funds reflected in column 5 of
25    Exhibit B were withdrawn from the defendants'
```

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 7

 1    BLMIS account and transferred to another account

 2    held by or for the defendants' benefit.  Nobody

 3    stipulated to that.

 4            That is -- what Exhibit B is is a

 5    schedule of the Trustee's view of deposits and

 6    withdrawals solely with respect to the account

 7    holder.  It was not -- it was not a stipulation

 8    as to any subsequent transfers and --

 9            ARBITRATOR MAAS:  I don't -- let

10    me interrupt you for a second because I don't

11    read the language that I used that way.  It did

12    come from the Trustee, and I understand there is

13    a fair amount of caution on both sides.  But I

14    looked at the transcript again this morning,

15    bear with me a second, and I'm looking at page

16    84 of the transcript, and it's not the language

17    that I used in the order.  Let me just see here.

18            I don't have the right -- yeah,

19    here it is.  It's we're talking I believe about

20    Train Klan, and Mr. Hunt said, "The initial

21    transfer is the withdrawal.  It can be the

22    withdrawals.  So they're saying that they gave

23    value for the withdrawals."

24            I'm skipping a little language.

25            Ms. Chaitman, "The document

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 8

1   related to the withdrawal is the check from

2   Madoff, which the Trustee has.  We're

3   stipulating that we got those withdrawals."

4              That's, in effect, all I was

5   trying to say, which is that the account holder

6   received the funds --

7              MS. CHAITMAN:  Well, but it was --

8              ARBITRATOR MAAS:  -- and perhaps

9   correctly, on the transfer to another account --

10             MS. CHAITMAN:  Right.  See, I

11  never said that, and I couldn't possibly

12  stipulate to that.  I mean, why don't we just

13  say and received by the --

14             ARBITRATOR MAAS:  By the

15  defendants?

16             MS. CHAITMAN:  -- by the BLMIS

17  account holder?

18             ARBITRATOR MAAS:  I don't have a

19  problem with that.

20             Mr. Hunt, or anyone else on the

21  other side?

22             MR. HUNT:  That's fine.

23             ARBITRATOR MAAS:  Okay.  I guess

24  what I will do is issue an amended or corrected

25  order.

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 9

 1              MS. CHAITMAN:  Yeah, let's go

 2     through the rest of the issues and maybe we can

 3     clean them up.

 4              ARBITRATOR MAAS:  Sure.

 5              MS. CHAITMAN:  In paragraph 6 on

 6     page 4, it says:  Within ten days after the

 7     entry of this order, the defendants shall

 8     produce any documents within their possession

 9     that relate to any remaining affirmative

10     defenses that the defendants assert.  Any such

11     documents that the defendants have failed to

12     produce within that time frame may not be used

13     by the defendants for any purpose in connection

14     with any motion practice, trial or hearing --

15     hearing or trial, rather.

16              ARBITRATOR MAAS:  Right.

17              MS. CHAITMAN:  I'm concerned about

18     that language for this reason.  As you may

19     recall, Judge Maas, the -- Judge Bernstein has

20     allowed us to depose Mr. Madoff pursuant to a

21     fairly complicated procedure.  And after much

22     debate, what he held was that fact discovery

23     would remain open for purposes of the Madoff

24     deposition and possibly with respect to any

25     ensuing discovery.  In other words, if Madoff --

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 10

1    if Madoff's testimony leads for me to depose

2    someone else, then we would have that discovery.

3              So there is a whole body of third

4    party discovery, to say nothing of the discovery

5    that the Trustee has only now begun to produce

6    in response to your order.

7              ARBITRATOR MAAS:  I think that is

8    dealt with by paragraph 7.  All I was trying to

9    say in 6, and I thought we had discussed this

10   distinction at the hearing, is if you have it

11   sitting in a file cabinet today, and it relates

12   to an un-withdrawn affirmative defense, you have

13   to produce it.

14              If it's subsequently acquired,

15   whether it's from the Trustee or from DTC or

16   wherever, it falls within paragraph 7.

17              MS. CHAITMAN:  Within paragraph 6.

18   If we could just clarify that.  I'm just

19   concerned, Judge, because if you read this, I

20   just don't want to be in a position where three

21   years from now I'm trying to reconstruct what

22   happened.  You know --

23              ARBITRATOR MAAS:  Well, I'm still

24   missing what the problem is.  If Mr. Madoff is

25   deposed let's say a third time, and he says, oh,

Picard v Wilenitz                        Telephone Conference 1/5/2017

Page 11

1    yes, I forgot to tell you in addition to the

2    documents in the Lipstick Building, I had an

3    office in Switzerland where I kept documents,

4    and then somehow those documents are retrieved,

5    paragraph 6 doesn't preclude you from using

6    those documents.

7              Paragraph 7 says once you get

8    them, you have to make them available to the

9    other side within ten days.

10             So I just don't see the issue,

11   particularly as clarified by the discussion

12   we're having right now.

13             MS. CHAITMAN:  Here is my concern,

14   and maybe I'm being overly cautious, at the

15   present time we've produced the documents that

16   we believe relate to the affirmative defenses.

17             However, there is a whole body of

18   information that we're just now beginning to

19   explore, which is the documents relating to

20   transactions which occurred prior to 1992.

21             Now, it may be that there is a

22   document that we have which will relate to an

23   issue I have not yet identified.  So I wouldn't

24   have produced it because I didn't realize it was

25   relevant, but it may become relevant.

Page 12

     1                 ARBITRATOR MAAS:  Am I going to

     2    hear from Trustee's counsel on this?

     3                 MR. HUNT:  I disagree with

     4    everything she said.  I think the order is clear

     5    on its face and doesn't need to be changed.

     6                 MR. JACOBS:  And also I would add

     7    to that, Your Honor -- this is Edward Jacobs --

     8    in addition to that, any type of -- I can't

     9    conceptualize any type of document that may fall

    10    under that category that Ms. Chaitman just

    11    enumerated that wouldn't already be requested

    12    and relevant to the case pursuant to our

    13    discovery requests.

    14                 So if any such documents relating

    15    to the defendants' BLMIS activities or

    16    investments are in their possession, they need

    17    to be produced.

    18                 MR. HUNT:  I agree with that.  I

    19    agree with that.

    20                 ARBITRATOR MAAS:  Well, I

    21    recognize the theoretical possibility.

    22                 I would imagine for your 92

    23    clients, Ms. Chaitman, that each of them has a

    24    relatively small group of documents that they

    25    have relating to Madoff.  At best, they have the

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 13

 1   monthly statements, maybe some deposit and

 2   withdrawal records, but we're not talking about

 3   millions of documents per individual or even

 4   probably thousands of documents per individual.

 5           So I'm going to adhere to

 6   paragraphs 6 or 7, notwithstanding which if you

 7   end up in the sort of circumstance that you just

 8   described, you can always make an application to

 9   Judge Bernstein, or if I'm still involved at

10   that stage, to me.  But I think we're dealing

11   with something totally theoretical.

12           MS. CHAITMAN:  Okay.  If you can

13   move now to page 5, paragraph 2 with respect to

14   DiGiulian --

15           MR. HUNT:  Can I just make one

16   comment before we get to page 5 on page 4, Your

17   Honor?

18           ARBITRATOR MAAS:  Sure.

19           MR. HUNT:  The only comment that

20   we have on the order is in paragraph B5, the

21   cross-reference to paragraph A1 I believe should

22   be A2.

23           ARBITRATOR MAAS:  Hang on.  I

24   think it's just a typo.  You're absolutely

25   correct.

Picard v Wilenitz                    Telephone Conference 1/5/2017

 1              MR. HUNT:  And with respect to

 2    that paragraph, we agreed that Train Klan agreed

 3    to the stipulation set forth in paragraph A2,

 4    but in Ms. Chaitman's December 29th letter she

 5    indicated that they could not agree to

 6    paragraphs 1 through 3 because the Trustee had

 7    manipulated facts concerning the date of the

 8    deposits and withdrawals, and I just want to

 9    confirm that, in fact, Train Klan stands by its

10    stipulation with respect to columns 1 through 5.

11              MS. CHAITMAN:  Well, again, this

12    only goes to the dates, because we have evidence

13    where the Trustee has interpreted dates in a way

14    which is, in my opinion, inconsistent with the

15    law, so that's a narrow exception to the general

16    stipulation.  And, you know, the facts are the

17    facts.  I'm not going to waive a defense --

18              MR. HUNT:  I guess the question

19    for the Court or for Your Honor is I just want

20    to confirm that with respect to Train Klan the

21    stipulation is accurately reflected in paragraph

22    A2.

23              ARBITRATOR MAAS:  Well, in effect,

24    as to Train Klan, as opposed to the other two

25    defendants we were talking about as part of that

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 15

1    package motion, I've rejected what Ms. Chaitman

2    was asserting, so I'm holding Train Klan to the

3    stipulation in paragraph A2, which my reading of

4    the transcript is that Ms. Chaitman agreed to

5    that.  I'm not letting her back out of it.

6              As to the other two defendants, I

7    thought the transcript was more equivocal.  So,

8    as you saw in the order, I haven't held them to

9    that.

10             MR. HUNT:  Thank you, Your Honor,

11   for that clarification.

12             MS. CHAITMAN:  Okay, Judge --

13             ARBITRATOR MAAS:  We're on page 5,

14   Ms. Chaitman?

15             MS. CHAITMAN:  Yes, page 5,

16   paragraph C1, what you had said at the hearing

17   that we had was that the defendants would

18   produce the first two pages of the tax return

19   and then the schedule that related to the Madoff

20   income.

21             The order, however, is not so

22   limited.  In other words, the way I read the

23   order is if they invested, you know, through

24   Bear Stearns or Goldman Sachs, and they had

25   Schedules B and D relating, or D and E relating

Picard v Wilenitz                    Telephone Conference 1/5/2017

                                                        Page 16

 1    to any of those, they would have to produce

 2    those as well, and I don't know whether that was

 3    your intent.

 4              If it was, I would certainly --

 5              ARBITRATOR MAAS:  I'm limiting the

 6    amount of material that needs to be produced.

 7    There is a confidentiality order, and I think

 8    that the Trustee and the Trustee's experts are

 9    entitled to enough documentation so they can

10    make heads and tails out of what it is that is

11    being alleged with respect to capital gains

12    taxes.

13              MS. CHAITMAN:  So you're saying --

14    you're including in this capital gains from

15    other investments?

16              ARBITRATOR MAAS:  Well, I'm not

17    allowing, as we discussed at the hearing,

18    redactions on relevance grounds, so --

19              MS. CHAITMAN:  Or on privacy, or

20    on privacy.  I mean --

21              ARBITRATOR MAAS:  Yeah.

22              MS. CHAITMAN:  -- you're basically

23    giving -- you're basically giving them the

24    ability, then, to determine what assets they

25    could levy on, that's -- that's my objection.

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 17

```
 1                    ARBITRATOR MAAS:  No, I don't
 2    think that's the case at all, because there is
 3    lots of assets that won't be reflected, A.  B,
 4    the capital gains that are going to be shown,
 5    first of all, relate to a period many years
 6    before the Trustee will ever get to the stage of
 7    trying to go after assets.
 8                    A lot of these schedules will show
 9    purported sales.  They are not going to show
10    purchases.  So they are not going to give the
11    Trustee a picture, certainly not an accurate
12    picture, of what assets a particular individual
13    or account holder has.
14                    Also, you know, given the fact
15    that the sixteenth affirmative defense is in
16    there, that that's what generates their
17    entitlement to have these records.  But for the
18    sixteenth affirmative defense, I would agree
19    with you it's none of the Trustee's business.
20    But having raised that defense, I don't think
21    you can then draw too fine a line as to what
22    they get.
23                    MS. CHAITMAN:  Okay.  If we can
24    now move to the third order, which involves the
25    Wilenitz issues --
```

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 18

```
 1                 ARBITRATOR MAAS:  Sure.  Hang on
 2     just a second.  Let me get to that one.  Yes.
 3                 MS. CHAITMAN:  I have a whole
 4     bunch of questions on this one.
 5                 On paragraph 4 you wrote by
 6     December 20th the Trustee shall indicate how
 7     long it will take to make a good faith
 8     determination as to whether there are any
 9     trading records for the years prior to 1992.
10                 Mr. Jacobs sent you a letter --
11                 ARBITRATOR MAAS:  Right.
12                 MS. CHAITMAN:  -- and he did
13     produce some records, but it's not -- there
14     hasn't been a representation that it's complete
15     by any means.  So --
16                 ARBITRATOR MAAS:  And as I recall,
17     they were restoring numerous microphone records
18     in an effort to determine whether there is
19     anything else, and perhaps were doing other
20     things, and also were giving you an index as to
21     what files exist.
22                 I can't very well require them to
23     go through every box that existed in the
24     storeroom.  So people have to make educated
25     guesses.
```

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 19

```
 1                 I don't disagree with you that
 2    there was some waffling about how long it will
 3    take.  But under the circumstances I think the
 4    Trustee has probably done as best as he could do
 5    at this point.
 6                 As we move forward and as time
 7    goes on, if you're not getting materials and you
 8    think there are materials, or you think their
 9    search has not been sufficiently robust, we can
10    discuss that.
11                 MS. CHAITMAN:  Well, the -- I
12    think what I would want is a representation that
13    what has been made available to us is everything
14    that was made available to Dubinsky, their
15    expert upon which they are relying.  And I
16    anticipate that Trustee's counsel will say that
17    that should be reserved for expert discovery,
18    but it can't be because these are core documents
19    that we need and we may need to take third party
20    discovery with respect to this.
21                 So, you know, Dubinsky had access
22    to a massive amount of trading records from the
23    1970s and 1980s, and what Mr. Jacobs has
24    produced to date is only a very, very small
25    percentage of that.
```

Page 20

 1                ARBITRATOR MAAS:  That's a fair

 2     question.

 3                Mr. Jacobs?

 4                MR. JACOBS:  Hi, Judge Maas.  I

 5     can most certainly address that.  There isn't

 6     anything that Mr. -- in terms of Ms. Chaitman's

 7     specific inquiry regarding trading records,

 8     there aren't any records that Mr. Dubinsky had

 9     access to at any point in time that Ms. Chaitman

10     also doesn't have access to both historically

11     and contemporaneously with anything new that

12     we're finding.

13                So what we've done, as I explained

14     in my letter from December, is those 93

15     additional reports that we found and are 95

16     total from the '80s, two already were in the

17     data room, have been now put in the data room,

18     and they also have been provided simultaneously

19     to Mr. Dubinsky at the same time Ms. Chaitman

20     got them.

21                With respect to any additional

22     types of reports from those earlier time periods

23     that we can find from our microfilm restoration

24     project, those will also, as quickly as humanly

25     possible, be put in the data room in the folder

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 21

1    that I specified in the letter.  Ms. Chaitman

2    has access to that.  She will have access to

3    those documents at the same time Mr. Dubinsky or

4    anyone else has access to them.  There is

5    nothing -- sorry --

6                ARBITRATOR MAAS:  Is there a

7    procedure by which Ms. Chaitman will know that

8    documents have been added?

9                MR. JACOBS:  Yes.  But as I

10   explained in my December letter, we intend to

11   both add those to the data room and produce them

12   on either a hard drive or disk simultaneously to

13   Ms. Chaitman.  So she'll get a production letter

14   notifying her with the media she can load into

15   her own review platform, and also an update that

16   those documents have also been added to the data

17   room, so she can access them that way as well.

18                We are working on the restoration

19   of that microfilm as fast as humanly possible.

20   I believe I said in my December letter we

21   anticipated about four to six additional weeks.

22   I think we're still looking at about that time

23   frame.

24                The reason why, unfortunately, I

25   cannot commit to a date certain is that, as you

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 22

1    can imagine, there are -- there is a whole host

2    of technological issues in connection with this

3    restoration over which I have absolutely no

4    control.

5              So I can let you know that we will

6    be sending an additional update letter to Your

7    Honor and to Ms. Chaitman hopefully within the

8    next seven business days or so with I think what

9    will be an additional production of several

10   additional reports we have since had restored

11   from microfilm since the date of my last letter.

12             The reason why I'm not able to

13   provide those today is because there are all

14   kinds of technological issues with the data

15   that's being restored from the microfilm.  We

16   get the raw data restored, but then it has to

17   be -- we have to review it and we have to

18   unitize it.  We have to make determinations as

19   to where documents start and where they end.  We

20   have to make sure that it's complete.  We have

21   to quality control check it.  We have to make

22   sure that dates or pages aren't skipped.  It's a

23   tedious, time-intensive project that's done by

24   our vendor for the most part, subject to our

25   quality control, and, unfortunately, it just

Page 23

1   takes time.

2               So we will continue to work

3   through that restoration as quickly as humanly

4   possible.  And as soon as we are able to

5   conclusively identify anything that Ms. Chaitman

6   has indicated she's interested in, we will

7   produce it to her and add it to the data room.

8               And for the sake of all

9   transparency, so there is no doubt, we will

10  continue to provide Your Honor with -- we will

11  continue to copy Your Honor on those update

12  letters until we're done.

13              ARBITRATOR MAAS:  The only thing

14  that you said that I didn't understand is when

15  you said the material has to be unitized, I'm

16  not sure what you mean.

17              MR. JACOBS:  Yeah.  Sorry.

18  That's -- so, for ESI, electronically-stored

19  information, the metadata of documents that are

20  created, sent, received and modified over time,

21  the metadata associated with those documents

22  tells you specifically where the documents start

23  and where it ends, if it's multiple pages,

24  right.

25              For microfilm, that data the way

Page 24

1   it's restored, it's coming back to us, we don't

2   have the benefit of that -- of that metadata

3   because it's microfilm that's being restored,

4   and by whatever technological process, it

5   doesn't -- we don't receive the benefit of that.

6   So we have to do that -- we have to review all

7   of the data manually and code it for the start

8   and end marker for each individual document and

9   usually that we can tell because they are all --

10   like a report had a date, for example.  So

11   that's the unitization issue that I was

12   referring to.

13             ARBITRATOR MAAS:  I assumed that's

14   what it was.  I just wanted to make certain.

15             MR. JACOBS:  Yeah.  So we have --

16   we did receive additional reels of microfilm

17   restored since I wrote my letter in December.

18   And I believe, through just preliminary

19   searches, that it does contain some additional

20   NSC reports of stock trading conducted by House

21   5 prior to 1992.  And the reason why it hasn't

22   been produced yet is because by searching it,

23   when I do a search to try to extract that

24   material that's relevant, I'm getting back --

25   I'm getting -- the search results aren't

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 25

 1  yielding full reports because the documents

 2  haven't been unitized and they haven't been

 3  coded yet and put into a format that can be --

 4  that where we can make sure that the data is all

 5  complete and accurate for production.  So that's

 6  what's happening now.  As soon as that is

 7  complete, it will be produced.

 8             ARBITRATOR MAAS:  Ms. Chaitman.

 9             MS. CHAITMAN:  I would just like

10  something clarified, Ted --

11             MR. JACOBS:  Sure.

12             MS. CHAITMAN:  -- are you saying

13  that these are documents that Dubinsky has never

14  reviewed or these are the documents that he did

15  review?

16             MR. JACOBS:  This is microfilm

17  that has never been restored.  The reels that

18  are out, that we sent out to our vendor that I

19  mentioned, I believe there are a little more

20  than a hundred, I just need to check my notes

21  and my letter, that's -- that's data that has

22  never been restored.  So nobody has seen this

23  material until we see it and produce it -- until

24  we get it and produce it.

25             ARBITRATOR MAAS:  Including, in

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 26

 1  particular, Mr. Dubinsky.

 2             MR. JACOBS:  That's correct.

 3             Now, the original production of

 4  the 95 records, we didn't -- did come from -- I

 5  believe they did come from microfilm, but

 6  microfilm that had already been restored some

 7  time ago, and that was in a database.

 8  Mr. Dubinsky had seen two of those reports and,

 9  in fact, they are referenced -- they are on his

10  documents considered list.  That's why they were

11  in the data room and they have been in the data

12  room for some number of years.

13             The additional 93 that we produced

14  were not on Mr. Dubinsky's considered list, but

15  they were existing in our database and we found

16  those by search terms, as I mentioned in my

17  letter, and those I don't believe Mr. Dubinsky

18  has ever seen, but they now have been added to

19  the data room and he has them now --

20             MS. CHAITMAN:  So is it -- excuse

21  me, but is it correct to say that if Dubinsky

22  had reviewed any trading records, they would

23  have been included in the data room before we

24  added these new things?

25             MR. JACOBS:  Anything that

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 27

 1   Mr. Dubinsky considered in connection with his

 2   report is in the data room, and the only

 3   exception to that are certain structured data

 4   that we disclosed in the data room manual that

 5   isn't amenable to inclusion in the data room,

 6   and we can make that available by other means.

 7              But any -- all of the documents

 8   that Mr. Dubinsky considered with his report as

 9   it exists today are in the data room.  So if

10   you -- if you're familiar with his report as

11   we've produced it, you'll know that he

12   references a lot of documents that he relies

13   upon by Bates number throughout his report, and

14   then there are voluminous appendices at the end

15   of his report that I believe are, in some

16   instances, hundreds of pages long that list by

17   Bates number tens of thousands of additional

18   documents he considered.  Every single one of

19   those, to the extent technologically feasible,

20   has been put in the data room.

21              ARBITRATOR MAAS:  Anything else on

22   that, Ms. Chaitman?

23              MS. CHAITMAN:  So, okay, but when

24   you say technologically feasible, so you mean

25   that excluded the documents that you're now

Picard v Wilenitz                        Telephone Conference 1/5/2017

Page 28

 1    putting into the data room?  Is that -- I just

 2    want to understand what we're dealing with.

 3                 MR. JACOBS:  Okay.  No, I'm happy

 4    to explain it, and it's a little confusing.  I

 5    apologize if I'm not being clear.

 6                 So the micro -- the 100 plus reels

 7    of microfilm that I mentioned in my December

 8    letter that we've sent out for processing, none

 9    of that data, none of that microfilm has ever

10    been processed before.  So none of that material

11    that we'll be producing starting now going

12    forward, to the extent it's relevant, is in the

13    data room or has ever been viewed by us or

14    Mr. Dubinsky or any litigant or anyone else in

15    connection with our adversary proceedings.

16                 Mr. Dubinsky will be getting that,

17    if we make it available to him, at the same time

18    we produce it to you.

19                 With respect to the 95 reports

20    that were the subject of -- that we produced in

21    connection with that December letter, two of

22    those have been considered by Mr. Dubinsky and

23    provided to him.  They are identified in the

24    appendix of his documents considered.  They were

25    in the data room and have been for a number of

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 29

 1   years.

 2              The additional 93 that we produced

 3   were in the database of microfilm we had

 4   previously restored, but they, to my knowledge,

 5   have not been considered by Mr. Dubinsky in

 6   connection with his report.

 7              ARBITRATOR MAAS:  And just so the

 8   record is clear, Mr. Jacobs, your letter talks

 9   about having engaged the vendor, the process and

10   the additional 167 reels, that data is the

11   number you're talking about?

12              MR. JACOBS:  Correct.  So those

13   167 reels have not been previously processed.

14   So Mr. Dubinsky doesn't have those documents.  I

15   don't have those documents until they are

16   processed.  And if there is any relevant

17   material reflecting securities trading at BLMIS

18   from any point in time, we will add it to the

19   data room and we will produce it and send the

20   specific production letter to Ms. Chaitman

21   identifying those records that will be produced.

22              MS. CHAITMAN:  When you say

23   relevant, what is -- what is the screen there?

24   What would you not be putting on in the data

25   room?

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 30

1              MR. JACOBS:  We are -- we are

2      right now using the search terms that I

3      disclosed in my letter in December to identify

4      any records or reports that reflect securities

5      trades having been conducted historically at

6      BLMIS for any point in time.

7              MS. CHAITMAN:  Okay.  So when you

8      say relevant, I mean, you're not saying we're

9      not putting -- we're not putting in any evidence

10     of these trades, you're not distinguishing among

11     trades, right?  I mean, you're putting all the

12     trading records in.

13             MR. JACOBS:  That's correct, yeah.

14     If it's a trading record, if it's a BLMIS

15     trading record of securities having been traded,

16     we will produce it.

17             MS. CHAITMAN:  Okay.  Okay.  So,

18     you know, on that I guess the only concern I

19     have, and I'm not sure that it's something that,

20     Judge, you ought to consider right now, but we

21     have scheduling orders in every case for fact

22     discovery.  And, obviously, this is -- this is a

23     major new area of discovery which we will need

24     time to analyze, and the present fact discovery

25     orders do not -- did not contemplate this whole

 1   new body of discovery.

 2              ARBITRATOR MAAS:  Well then we'll

 3   have something -- well, let me not interject

 4   before the Trustee responds.

 5              MR. JACOBS:  Well, Helen, as you

 6   know, we currently have been automatically

 7   extending all such deadlines in all cases

 8   pending, you know, specifically the Madoff

 9   deposition pursuant to Judge Bernstein's

10   direction.  And we, you know, we will continue

11   to work with you on a case-by-case basis to

12   contemplate an extension in any case that's

13   needed.

14              But I just want to be clear for

15   Judge Maas' benefit that this is not a whole new

16   body of discovery.  These are the exact same

17   type of House 5 trading reports that BLMIS --

18   for trades that BLMIS' market making business

19   were conducting, that, to our knowledge, have

20   nothing to do with House 17 or any of the

21   investment advisory customers at any point in

22   time.

23              And, Judge Maas, I also would just

24   like to make clear that Ms. Chaitman has had for

25   years now all of those records for 2002 to 2008

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 32

1   and has not been able to point to any -- any

2   example of an actual securities trade having

3   been conducted for an IA customer.  And I -- we

4   don't believe that, no matter what is contained

5   on this microfilm, any additional securities

6   trading reports from any additional point in

7   time is going to change that.

8             So this isn't a whole new area of

9   discovery that's being opened up here.  This is

10  an argument that Ms. Chaitman has been making

11  for quite some time that she has been quite

12  unsuccessful in demonstrating, so --

13            ARBITRATOR MAAS:  I understand, I

14  understand the debate.  We could continue to

15  debate it, but I think Ms. Chaitman needs to

16  look at what you produce and we'll worry about

17  discovery deadlines or reopening discovery

18  deadlines, when I say "we," either Judge

19  Bernstein or me depending on the case, as we

20  move forward --

21            MR. JACOBS:  Absolutely.

22            ARBITRATOR MAAS:  -- speculate.

23            MR. JACOBS:  Yeah, and we will

24  work with Ms. Chaitman to do that.

25            And also, you know, we've also had

Picard v Wilenitz                    Telephone Conference 1/5/2017

                                                        Page 33

 1   conversations with Judge Bernstein about this,

 2   and I think that the parties have been wanting

 3   the benefit of the conclusion of Mr. Madoff's

 4   testimony, and there is going to be a second

 5   date scheduled is my understanding, I believe,

 6   Helen, tell me if I'm wrong, but we're aiming

 7   for some point in February.  And I think the

 8   parties will be before Judge Bernstein after

 9   that to discuss whether there should be or will

10   be any additional third party discovery to

11   follow up on any testimony that Mr. Madoff

12   provides.  And, you know, certainly we will be

13   happy to extend case management orders until the

14   completion of that at a minimum.

15             So I don't think that we're at a

16   point right now where we have any disagreement

17   over that.

18             ARBITRATOR MAAS:  I just have a

19   question.  Is it a second day of Madoff or a

20   third day?

21             MS. CHAITMAN:  Let me explain,

22   Your Honor, the -- what Judge Bernstein did was

23   he set up what are called day one topics, there

24   is a whole list of topics that are permitted

25   subjects for questioning Mr. Madoff on the first

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 34

 1   day.

 2                  After seven or eight hours,

 3   Mr. Sheehan, on behalf of the Trustee, and I

 4   agreed that I had not completed my examination

 5   of Mr. Madoff with respect to the day one

 6   topics, so -- of course, he didn't have any

 7   opportunity to cross.  So we're continuing -- I

 8   think Mr. Sheehan said he was going to write a

 9   letter to Judge Bernstein explaining -- I

10   haven't seen the letter yet -- but we are going

11   to continue Mr. Madoff's deposition in February

12   with respect to the day one topics.

13                  The procedure that the judge set

14   in place is that after we complete the day one

15   topics, we would go back to him and talk about

16   what future questioning we would like to have of

17   Mr. Madoff.

18                  But, realistically, the day one

19   topics are very, very broad and I don't -- I

20   don't even think we're going to finish them in

21   another day.  But I think that Mr. Sheehan will

22   have, I'm sure, a full day of cross, and I have

23   another full day of -- of questions.  So we just

24   have to play it by ear as we go.

25                  ARBITRATOR MAAS:  And the only

Picard v Wilenitz                    Telephone Conference 1/5/2017

                                                        Page 35

 1   reason I asked is I was under the impression

 2   that that second day on the day one topics had

 3   been scheduled and would have occurred by now.

 4              MR. JACOBS:  No, Your Honor.  I'm

 5   not sure we agree with the time periods that

 6   Ms. Chaitman set forth.  But I think we do agree

 7   that there will be, at a minimum, another day of

 8   testimony, and we do have a right to cross and

 9   we haven't yet had that opportunity.  But it has

10   not been -- it has not yet currently been

11   scheduled.

12              ARBITRATOR MAAS:  Okay.  What's

13   next, Ms. Chaitman?

14              MS. CHAITMAN:  Okay.  So in

15   paragraph 5 it says the Trustee shall respond to

16   request numbers 2 and 3 solely with respect to

17   errors in the account statements, the records of

18   clients of Chaitman of which the Trustee

19   presently is aware and which have not been

20   previously disclosed to that firm.

21              There is no deadline for that and

22   I just wanted to have a time frame.

23              MR. JACOBS:  I can, hopefully,

24   solve that problem.  We are preparing amended

25   responses to that request right now which I hope

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 36

1  to have served within a week, probably sooner.

2  But we will -- we will amend our answers to

3  those requests consistent with the judge's

4  order, and if a week's time is acceptable to

5  you, Helen, we'll have it to you by then.

6           MS. CHAITMAN:  Yeah, that's

7  perfect.  That's perfect.  Okay.

8           So now on paragraph number 6,

9  which is request number 4, it says, "This

10 request concerns profit withdrawal transactions

11 for which there is no proof that the customer

12 initiated the request.  Insofar as clients of

13 Chaitman are concerned, the information either

14 has been produced or will be produced at the

15 expert discovery stage."

16          The problem with that, Judge, is

17 this.  If we don't get core discovery until the

18 expert discovery stage, it doesn't give us the

19 ability to take any other discovery we may need,

20 because in the expert discovery stage we're

21 limited in what we can do.

22          So it seems to me that this is

23 such a fundamental issue.  And just to put it in

24 context, Judge, I just want to explain this to

25 you, I'm sure you understand it, but, you know,

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 37

1    Mr. Jacobs just said that we haven't pointed to

2    one situation since 2002 where BLMIS indicated a

3    trade for the investment advisory customers and

4    it actually made that trade.

5              We don't contend that securities

6    were purchased for the IA customers from 2002

7    on.  In fact, Mr. Madoff has said that beginning

8    at some point in 1992, he stopped buying -- he

9    started a new trading strategy and in that

10   strategy he never bought the securities that

11   were shown on the statements --

12             MR. JACOBS:  Well, actually,

13   Helen, he's now revised that to 1987, but, you

14   know, we can fight about that later.

15             MS. CHAITMAN:  Well, I'm not --

16   I'm not aware of where he said that.  In his

17   deposition he said 1992, but --

18             MR. JACOBS:  And he said 1987 the

19   second time.

20             MS. CHAITMAN:  Okay.  I'm not

21   going to argue with you --

22             ARBITRATOR MAAS:  Wait, let me

23   interrupt for a second because, Mr. Jacobs, you

24   just talked about the second time, and that's

25   what I was trying to understand.  I read one day

Picard v Wilenitz                        Telephone Conference 1/5/2017

                                                              Page 38

 1    of the deposition.  He was deposed for a second

 2    day?

 3                MR. JACOBS:  Well, the first -- by

 4    the first time I meant Ms. Chaitman's deposition

 5    that she took in connection with the profit

 6    withdrawal proceeding, which was some months

 7    ago, and then I guess his second deposition was

 8    the first day that happened last month to which

 9    we're now -- to which there will be a

10    continuation to be scheduled.

11                ARBITRATOR MAAS:  Okay.  And the

12    Madoff deposition that I read was the first of

13    those.  Correct?

14                MR. JACOBS:  Correct, yes, yes.

15                ARBITRATOR MAAS:  All right.  Does

16    it make sense for me to read the other

17    transcript?  I didn't want to run the meter if

18    it's irrelevant to what I'm going to be doing --

19                MR. JACOBS:  Well, our view, Your

20    Honor, is that it's irrelevant to the discovery

21    disputes that are pending in these -- in these

22    current applications.  I mean, Ms. Chaitman has

23    made it an issue in connection with the stock

24    trading reports, but that was never properly

25    before Your Honor.  So I really don't see it has

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 39

1    any relevance to the work that we're doing now.

2                  ARBITRATOR MAAS:  Okay.  That's

3    fine.

4                  MS. CHAITMAN:  Well, Your Honor,

5    if I can just finish where I started before, I

6    think it's important for you to understand, and

7    I would strongly disagree with Ted's position

8    that it's not relevant, the vast majority of my

9    clients were customers of Madoff in the 1980s

10   and 19 -- and into 1992.

11                  In calculating their clawback

12   exposure, the Trustee has taken the position

13   that they are not entitled to any appreciation

14   on their investment from, say, 1980 on.

15                  What Mr. Madoff's testimony very

16   emphatically was is that there was no fraud of

17   the investment advisory customers prior to the

18   split-strike conversion, which began in 1992.

19                  What that means is that for a lot

20   of my clients the cases will have to be

21   dismissed, because if, in fact, the Court finds

22   that there was no fraud of the investment

23   advisory customers prior to 1992, then they have

24   to be credited with their account balances as

25   of, let's say, 12/31/91.  And if you do that, in

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 40

1    many cases the clawback exposure will be

2    eliminated completely.

3            So this is a very important

4    factual issue for a great many of my clients and

5    that's why we're focusing on it.

6            So, you know, I would say that you

7    should read Mr. Madoff's deposition.  I think

8    that Ted has misunderstood what he said, and I

9    think that you should read it yourself, because

10   the testimony very clearly was that he purchased

11   securities for every investment advisory

12   customer prior to the split-strike conversion

13   strategy, which started sometime in 1992.

14           MR. JACOBS:  Your Honor, if you

15   would like a copy of the transcript, I'm happy

16   to provide it.

17           I just -- you know, obviously the

18   parties agree that the start date of the fraud

19   is a disputed issue.  And I can tell you that

20   beyond Mr. Madoff's very self-serving testimony,

21   there is absolutely no evidence that he was ever

22   running a legitimate business for his IA

23   customers.  And even if we were to credit all of

24   the customers' accounts through 1992, the impact

25   on our claims would only be affected in a very

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 41

1    small number of Ms. Chaitman's cases.  So it's

2    really not this make or break issue that she

3    makes it out to be.  And even if she prevails,

4    it's not going to significantly affect the

5    majority of our claims, so --

6               ARBITRATOR MAAS:  Why don't you

7    send it to me and I'll skim it.

8               MR. JACOBS:  Okay.

9               MS. CHAITMAN:  Okay.  So --

10              ARBITRATOR MAAS:  But he

11   interrupted you, you were on discovery request 4.

12              MS. CHAITMAN:  Exactly.  So

13   basically what I'm asking, Judge, is that if

14   there are documents responsive to this request,

15   that we get them during the fact discovery

16   period, and, most importantly, while I have

17   access to Mr. Madoff.  Because if I don't get

18   this until the expert discovery stage, then I

19   can't go back to Mr. Madoff and ask him about it.

20              MR. JACOBS:  Your Honor, I think I

21   can address Ms. Chaitman's concern.

22              Helen, are you talking about --

23   are we back to the PW-related specific

24   documents --

25              MS. CHAITMAN:  Yes.

Picard v Wilenitz                    Telephone Conference 1/5/2017

                                                        Page 42

 1                    MR. JACOBS:  -- that you're
 2    concerned about?
 3                    So I'm not aware of any -- okay.
 4    So as part of our initial disclosure or
 5    production, which we make before you even served
 6    us with a request in fact discovery, we include
 7    all of the underlying documentations that our
 8    experts will likely review and rely upon in
 9    connection with their report, including on PW
10    specific issues.
11                    So there is nothing that I believe
12    that's going to appear for the first time in
13    connection with the report that you won't
14    already have as part of that initial disclosure
15    production.  So you do have everything in every
16    single case regarding those PW transactions in
17    fact discovery.  We're not -- we're not
18    withholding any of that material until expert
19    discovery in connection with the disclosure of
20    our report.
21                    MS. CHAITMAN:  So then you
22    wouldn't object to this paragraph being revised
23    to reflect what you just said?
24                    MR. JACOBS:  I don't think --
25    well, let me look at the paragraph.

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 43

 1              Well, it depends upon -- I agree

 2   with the paragraph as constructed, because our

 3   objection to your original request was that it

 4   wasn't limited to defendant-specific materials.

 5              So your request as drafted was

 6   overly broad and burdensome, which was our

 7   objection to it, and for that reason I would

 8   object to a revision of this paragraph that

 9   would -- that would confer upon the Trustee any

10   production obligation beyond documents relevant

11   to the defendants in the case.

12              Moreover, I also -- you know, it

13   might be that -- it might be that because we're

14   talking theoretically about documents and you're

15   not raising, you know, I want to see the

16   customer statements or I want to see the bank

17   transfer documents, we're not talking about a

18   specific category of document, I'm concerned

19   that there may be -- you might have in your mind

20   the type of document that doesn't get, you know,

21   disclosed until the expert identifies it in

22   their report that I'm not thinking of right now,

23   in which case -- just because I can't foresee it

24   or I'm not anticipating it.

25              So if that happens, then it's

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 44

1    perfectly legitimate for us to disclose it in

2    expert discovery and you can serve a request for

3    it and we'll produce it and there is no

4    prejudice to you.  So I don't believe that any

5    revision of this paragraph is necessary.

6                    But what I am telling you is that

7    we make every effort in fact discovery to

8    produce to you all of the underlying material

9    that we provide to our experts in connection

10   with their reports.  But can I sit here and

11   guarantee in every single case that will be 100

12   percent perfect?  I can't.  I think it will be,

13   but I'm uncomfortable with an order that

14   requires perfection when -- across a hundred

15   cases about theoretical documents that I don't

16   even know what you're referring to right now as

17   we talk.

18                    ARBITRATOR MAAS:  And basically

19   what Mr. Jacobs just said, he also said at pages

20   194 through 196 of the -- maybe it goes on a

21   little further than that -- of the hearing

22   transcript, which is why I worded it the way

23   that I did, so I'm going to leave that as it is.

24                    MS. CHAITMAN:  Okay.  In paragraph

25   9, which is discovery request number 11, there

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 45

 1   is no date by which the Trustee has to give us

 2   this information.

 3                ARBITRATOR MAAS:  Right.

 4                MR. JACOBS:  Similarly, yes, we

 5   will provide -- our plan was to provide, Helen,

 6   you with an omnibus amended interrogatory

 7   objections and responses that will be applicable

 8   to all the cases in your Exhibit A in which you

 9   originally served them that will comply with the

10   Judge's order here on all points.

11                So this amendment will be included

12   in the amended responses that I mentioned

13   earlier that we'll provide to you within

14   approximately a week's time.

15                MS. CHAITMAN:  And that would be

16   true also for request numbers 15, 16 and 18?

17                MR. HUNT:  But, Your Honor, this

18   is Dean Hunt, can I just interject here?  Your

19   order relating to our motions to compel said

20   promptly.  We have no problem with that.  I

21   think the parties can work through these things

22   promptly, and if there's an undue delay, we, of

23   course, will let you know.

24                But we certainly didn't put any

25   limits on Ms. Chaitman, understanding her

Picard v Wilenitz                    Telephone Conference 1/5/2017

                                                            Page 46

 1    workload and so forth, and, you know, she's

 2    trying to do that to us and it doesn't seem --

 3                ARBITRATOR MAAS:  I contemplated

 4    putting in some time period and then decided it

 5    would be better to encourage people to move

 6    promptly and --

 7                MR. HUNT:  I agree with that.  I

 8    think as officers of the court we have an

 9    obligation to proceed promptly under your order

10    and we have every intention of doing so and we

11    expect that Ms. Chaitman will do so as well.

12                MS. CHAITMAN:  Well, is that a

13    mutual rule then, that there is no specific

14    date, but it's as promptly as we can do it?

15                ARBITRATOR MAAS:  Let me answer

16    that.  The answer is yes.

17                MS. CHAITMAN:  Okay.  Okay.  That

18    resolves all of the issues that I had with the

19    three orders that were entered.

20                ARBITRATOR MAAS:  Okay.  I guess

21    one concern I have is to the extent that there's

22    not a broad stipulation or a stipulation as

23    broad as set forth in what -- in paragraph A2 in

24    the Train Klan, et al. order, then it strikes me

25    that there is sort of a binary approach to this.

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 47

 1   The need not to answer interrogatories as

 2   discussed in paragraph A3 of that order is

 3   premised on the stipulation or something

 4   approaching it.

 5              You sent a fairly detailed letter

 6   that indicated that I think it was basically

 7   Gordon and Train Klan that could agree to that,

 8   but not others, and I suggested that the parties

 9   need to confer, in paragraph A4 I suggested that

10   the parties need to confer and see the extent to

11   which there can be stipulations and those

12   stipulations obviate the need for the discovery

13   that otherwise would be essentially available

14   under paragraph 3.  So that's something that

15   needs to occur.

16              I don't want to throw a monkey

17   wrench in here, but I just want to highlight

18   that so that there is some discussion among the

19   parties about that, and in the first instance it

20   probably should deal with the nine or so

21   defendants we were dealing with.  But I suppose

22   eventually, since I did say all my rulings

23   should be applied insofar as possible in other

24   adversary proceedings, I guess it would have to

25   be expanded potentially to the others.  So I

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 48

1    just wanted to note that that needs to occur.

2              There was also the issue of the

3    Train Klan partnership records.  And you've been

4    asking about dates when the Trustee will produce

5    things.  Can you tell the Trustee when those

6    materials will be produced, if they exist?

7              MS. CHAITMAN:  They exist, and I

8    have them from the client.  I received them

9    yesterday and they're going out either today or

10   tomorrow.

11             ARBITRATOR MAAS:  Okay.  Anything

12   else we ought to take up today?

13             There is -- obviously it wasn't on

14   the agenda, but I've received the dueling

15   letters about the Leonard Miller estate.  I,

16   frankly, haven't yet read or re-reviewed the

17   complaint in that action --

18             MR. HUNT:  I think that --

19             ARBITRATOR MAAS:  -- the view that

20   this is a problem for Judge Bernstein and the

21   motion to dismiss.  I gather that the Trustee's

22   position is this is something I should be

23   dealing with as a discovery issue?

24             MR. HUNT:  I think Ms. Chaitman's

25   position on that was that she was going to go

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 49

1  ahead and answer the discovery, and then I think

2  she even did answer some of it, so thank you for

3  that, and then deal with the motion to dismiss

4  or motion for summary judgment or whatever with

5  the trial court.

6            So I don't see anything in front

7  of you right now with respect to that.

8            ARBITRATOR MAAS:  Okay.

9            MR. HUNT:  We do have --

10           ARBITRATOR MAAS:  Ms. Chaitman?

11           MS. CHAITMAN:  Yeah, I think I

12  have to make a motion to dismiss.

13           ARBITRATOR MAAS:  Okay.  Then

14  that's fine.

15           Anything else we ought to take up

16  today?

17           MR. HUNT:  Yes, Your Honor.  I

18  agree with you that with the exception of

19  Gordon, which I'm not clear Ms. Chaitman has

20  stipulated for as she still says that they can't

21  agree to the dates of deposits and withdrawals

22  in paragraphs 1 through 3, I'm not sure that

23  we're going to get a stipulation on Gordon.

24  We'd like to clear that up.

25           And then for the depositions that

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 50

1    we had set and have been objected to, we'd like

2    to go ahead and just get clearance for working

3    with Ms. Chaitman to get those dates nailed

4    down.

5               MS. CHAITMAN:  Well, that's the

6    one thing that hasn't been ruled on, Your Honor.

7    We had moved for a protective order with respect

8    to, obviously, as I explained to you, we have

9    been going forward with a lot of the

10   depositions, but I would move for a protective

11   order with respect to the people where they

12   either have conceded the material facts or they

13   have no personal knowledge because the account

14   belonged to a deceased spouse or a trust or

15   whatever, and that's the one motion you haven't

16   ruled on yet.

17              ARBITRATOR MAAS:  Well, I guess

18   that's correct.  When you say they've conceded

19   Exhibit B, there is lots of caveats to that, and

20   they certainly haven't, as your letter explains,

21   they haven't agreed to the paragraph A2

22   stipulation, potentially with the exception of

23   Gordon, and even that's not wholly clear.  So I

24   will rule on that in the next few days.

25              But I have to tell you, in all

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 51

1    likelihood, I will allow those depositions

2    subject, obviously, to restrictions in terms of

3    the amount of time that those depositions will

4    take.

5              Is there any reason why each of

6    those depositions cannot be accomplished in four

7    hours rather than seven?

8              MS. CHAITMAN:  Well, they've have

9    been taking -- they have been taking between two

10   and three hours as it is.  So, I mean, I can't

11   conceive of why they would take four to seven

12   hours, but --

13             MR. HUNT:  Your Honor, I think

14   what I would agree to on that is that we will

15   limit to four hours of on-the-record time

16   subject to, you know, if it goes long, longer,

17   and the only reason I can see that it would go

18   longer is if Ms. Chaitman makes long speaking

19   objections and things of that nature, which

20   we've encountered in the past, that we could

21   give you a --

22             ARBITRATOR MAAS:  -- words that

23   say unless -- unless Judge Bernstein or I

24   otherwise direct.

25             MR. HUNT:  That would be great and

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 52

1    we're comfortable with that, and, you know what,

2    with respect to you directing it, we might just

3    give you a call that day.  I don't foresee that.

4    But if it is -- and with travel and have the

5    witness there and so forth, would you be okay

6    with us trying to track you down for that?

7              ARBITRATOR MAAS:  Sure.  And, in

8    fact, let me give counsel my cell phone number

9    since I'm a bit of a moving target.  It's

10   XXX-XXX-XXXX, but I'd ask that the court

11   reporter just put a space in the transcript.

12             MR. HUNT:  We agree with that.

13   Okay.  That's fine.  We can do that in four

14   hours on the record.  We've done it repeatedly

15   in less time than that.

16             ARBITRATOR MAAS:  Okay.  But let's

17   not leave Gordon hanging out there.  Is it

18   possible to resolve Gordon?  I take it we're

19   agreed based on the stipulation as revised that

20   Train Klan -- well, and assuming the partnership

21   documents, such as they are received, that Train

22   Klan will not be deposed?

23             MR. HUNT:  We don't have a

24   deposition notice out for Train Klan.

25             ARBITRATOR MAAS:  Okay.

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 53

 1                    MR. HUNT:  So the only one of the

 2   two that we're talking about here is Gordon.

 3                    ARBITRATOR MAAS:  And I'm trying

 4   to in my pile of papers search for that letter.

 5   Yes, let me come up with it.

 6                    Well, I think, Ms. Chaitman, if I

 7   understand your letter, you're agreeing to

 8   withdraw affirmative defenses 20, 27, 29 and 46

 9   for Gordon?

10                    MS. CHAITMAN:  No, that is not

11   correct.  I need to pull up that letter, Judge,

12   but that's not correct.  Hold on one second.

13                    ARBITRATOR MAAS:  Okay.

14                    MS. CHAITMAN:  Just to speed me

15   along, I have the letter now.  Which paragraph

16   were you --

17                    ARBITRATOR MAAS:  Well, I'm in

18   paragraph 4 on page 3 of your letter --

19                    MS. CHAITMAN:  Okay.

20                    ARBITRATOR MAAS:  -- after you

21   recite each of those four affirmative defenses,

22   you say it's not applicable to Gordon.

23                    MS. CHAITMAN:  Yes, I've put

24   Gordon and Train Klan in the same category.

25                    ARBITRATOR MAAS:  Okay.  So then

Picard v Wilenitz                    Telephone Conference 1/5/2017

                                                        Page 54

 1    as to Gordon there should be no need for a

 2    deposition.

 3              MR. HUNT:  It does say on page 2

 4    of her letter that none of her clients have

 5    admitted to the precise dates of the deposits

 6    and withdrawals; that the Trustee has

 7    manipulated facts.  The stipulation requires

 8    them to stipulate to columns 1 through 5, and

 9    what she's saying is they'll stipulate to 4 and

10    5.  So I just want to clarify that Gordon

11    stipulates to columns 1 through 5.

12              MS. CHAITMAN:  No, because, again,

13    this is an area of proof that the Trustee has a

14    burden of, and, you know, it makes a difference

15    because the Trustee can only recover withdrawals

16    taken out in the last two years.

17              MR. HUNT:  We agree that that's

18    our burden and that discovery is necessary on it

19    if you won't stipulate to it.

20              MS. CHAITMAN:  Well, okay.  The

21    point is that Edyne Gordon, who is in her

22    eighties and a widow, had nothing to do with the

23    account.  So whether -- whether the check was

24    dated before the two-year period or cashed

25    before the two-year period is a legal argument

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 55

 1    based on the evidence.  It's not something that

 2    she's going to be able to elucidate.  She can't

 3    possibly have any testimony relevant to that.

 4    These are issues that the judge is going to have

 5    to determine based on the evidence.

 6                    You know, the issue is what was

 7    the date that Madoff showed the withdrawal, what

 8    was the date that the bank actually cleared the

 9    withdrawal, and then there has to be a legal

10    interpretation of when that withdrawal occurred

11    as a matter of law.  Was it the date that Madoff

12    charged the account?  Was it the date that the

13    check was credited to Madoff's account at

14    JPMorgan Chase?

15                    I mean, these are legal issues.

16    It's not something that Edyne Gordon, an 87-year

17    old widow, is going to be able to give relevant

18    testimony on.

19                    MR. HUNT:  We disagree.

20                    ARBITRATOR MAAS:  I guess, though,

21    the net effect of that is that I'm going to

22    allow a deposition of four hours or less, and if

23    you're correct, it will probably be a lot less

24    of Ms. Gordon, because you can't have it both

25    ways.  If there's not a stipulation as to

Picard v Wilenitz                           Telephone Conference 1/5/2017

Page 56

1   columns 1 through 5 and, by way of example, if

2   there is the potential for a dispute as to the

3   date, the Trustee at a minimum is entitled to

4   take a deposition and say what information do

5   you have to suggest that these dates are

6   inaccurate and get the concession if it's

7   accurate that Ms. Gordon doesn't have any

8   information.

9            So for it -- just to be clear, for

10  anyone who hasn't agreed to columns 1 through 5,

11  I'm going to allow the deposition with the

12  restrictions I described.

13           Anything else from anyone?

14           MR. HUNT:  Nothing from us, Your

15  Honor.

16           ARBITRATOR MAAS:  Ms. Chaitman?

17           MS. CHAITMAN:  I have nothing

18  further.

19           ARBITRATOR MAAS:  Okay.  Thank

20  you, all.  Have a good day and a good weekend.

21  Take care.

22           MR. HUNT:  Thank you, Your Honor.

23  We appreciate it.

24           MS. CHAITMAN:  Thank you.

25           (Time noted: 12:11 p.m.)

Picard v Wilenitz                    Telephone Conference 1/5/2017

Page 57

1                        CERTIFICATE

2

3              I, MONIQUE VOUTHOURIS, a Notary

4    Public of the States of New York and New Jersey,

5    and Certified Court Reporter of the State of New

6    Jersey, License No. X100834, do hereby certify

7    that the foregoing is a true and accurate

8    transcript of the telephone conference as taken

9    stenographically by and before me on the date

10   hereinbefore set forth.

11             I DO FURTHER CERTIFY that I am

12   neither a relative nor employee nor attorney nor

13   counsel of any of the parties to this action,

14   and that I am neither a relative nor employee of

15   such attorney or counsel, and that I am not

16   financially interested in the action.

17

18                    *Monique Vouthouris*

19

20       Notary Public of the State of New York

21       My Commission expires December 1, 2019

22

23

24   Dated:  January 6, 2017

25

Picard v Wilenitz                               Telephone Conference 1/5/2017

**A**

**a.m**
1:25

**A1**
13:21

**A2**
13:22 14:3,22 15:3
46:23 50:21

**A3**
47:2

**A4**
47:9

**ability**
16:24 36:19

**able**
4:20 6:15 22:12 23:4
32:1 55:2,17

**absolutely**
13:24 22:3 32:21 40:21

**acceptable**
36:4

**access**
19:21 20:9,10 21:2,2,4
21:17 41:17

**accomplished**
51:6

**account**
7:1,1,6 8:5,9,17 17:13
35:17 39:24 50:13
54:23 55:12,13

**accounts**
40:24

**accuracy**
6:9

**accurate**
17:11 25:5 56:7 57:7

**accurately**
14:21

**acquired**
10:14

**action**
48:17 57:13,16

**activities**
12:15

**actual**

32:2

**add**
12:6 21:11 23:7 29:18

**added**
21:8,16 26:18,24

**addition**
11:1 12:8

**additional**
20:15,21 21:21 22:6,9
22:10 24:16,19 26:13
27:17 29:2,10 32:5,6
33:10

**address**
20:5 41:21

**adhere**
13:5

**admitted**
54:5

**Adv**
1:3,13

**adversary**
28:15 47:24

**advise**
6:8

**advisory**
31:21 37:3 39:17,23
40:11

**affect**
41:4

**affirmative**
9:9 10:12 11:16 17:15
17:18 53:8,21

**against-**
1:5,16

**agenda**
48:14

**ago**
26:7 38:7

**agree**
12:18,19 14:5 17:18
35:5,6 40:18 43:1
46:7 47:7 49:18,21
51:14 52:12 54:17

**agreed**
5:18 14:2,2 15:4 34:4

50:21 52:19 56:10

**agreeing**
53:7

**ahead**
49:1 50:2

**aiming**
33:6

**al**
1:17 46:24

**alleged**
16:11

**allow**
51:1 55:22 56:11

**allowed**
9:20

**allowing**
16:17

**amenable**
27:5

**amend**
36:2

**amended**
8:24 35:24 45:6,12

**amendment**
45:11

**amount**
7:13 16:6 19:22 51:3

**analyze**
30:24

**and-**
2:13

**answer**
46:15,16 47:1 49:1,2

**answers**
36:2

**anticipate**
19:16

**anticipated**
21:21

**anticipating**
43:24

**anybody**
4:12

**apologize**
28:5

**appear**
42:12

**appendices**
27:14

**appendix**
28:24

**applicable**
45:7 53:22

**application**
13:8

**applications**
38:22

**applied**
5:21 47:23

**appreciate**
56:23

**appreciation**
39:13

**approach**
46:25

**approaching**
47:4

**approximately**
45:14

**Arbitrator**
2:2 3:1,5,12,15,22 4:7
4:11 7:9 8:8,14,18,23
9:4,16 10:7,23 12:1
12:20 13:18,23 14:23
15:13 16:5,16,21 17:1
18:1,11,16 20:1 21:6
23:13 24:13 25:8,25
27:21 29:7 31:2 32:13
32:22 33:18 34:25
35:12 37:22 38:11,15
39:2 41:6,10 44:18
45:3 46:3,15,20 48:11
48:19 49:8,10,13
50:17 51:22 52:7,16
52:25 53:3,13,17,20
53:25 55:20 56:16,19

**area**
30:23 32:8 54:13

**argue**
37:21

argument
32:10 54:25
arrived
5:21
asked
35:1
asking
41:13 48:4
assert
9:10
asserting
15:2
assets
16:24 17:3,7,12
associated
23:21
assume
5:5
assumed
24:13
assuming
52:20
assumption
5:20
attention
4:16
attorney
57:12,15
automatically
31:6
available
11:8 19:13,14 27:6
  28:17 47:13
Avenue
2:3,19
aware
35:19 37:16 42:3

**B**

B
2:1 6:22,25 7:4 15:25
  17:3 50:19
B5
13:20
back

15:5 24:1,24 34:15
  41:19,23
BAKER
2:8,14
balances
39:24
bank
43:16 55:8
Bankruptcy
1:1 4:22
based
52:19 55:1,5
basically
16:22,23 41:13 44:18
  47:6
basis
31:11
Bates
27:13,17
bear
7:15 15:24
began
39:18
beginning
11:18 37:7
begins
6:18
begun
10:5
behalf
34:3
believe
7:19 11:16 13:21 21:20
  24:18 25:19 26:5,17
  27:15 32:4 33:5 42:11
  44:4
belonged
50:14
bench
5:8
benefit
7:2 24:2,5 31:15 33:3
Benjamin
5:14
Bernard

1:7,10,13
Bernstein
5:4 9:19 13:9 32:19
  33:1,8,22 34:9 48:20
  51:23
Bernstein's
31:9
best
12:25 19:4
better
46:5
beyond
40:20 43:10
binary
46:25
bit
52:9
BLMIS
7:1 8:16 12:15 29:17
  30:6,14 31:17 37:2
BLMIS'
31:18
body
10:3 11:17 31:1,16
bought
37:10
box
18:23
break
41:2
broad
34:19 43:6 46:22,23
Building
11:2
bunch
18:4
burden
54:14,18
burdensome
43:6
business
17:19 22:8 31:18 40:22
buying
37:8

**C**

C
2:6
C1
15:16
cabinet
10:11
calculating
39:11
call
52:3
called
33:23
capital
16:11,14 17:4
caption
6:18
care
56:21
Carlisle
2:11 3:9,18
case
12:12 17:2 30:21 31:12
  32:19 33:13 42:16
  43:11,23 44:11
case-by-case
31:11
cases
31:7 39:20 40:1 41:1
  44:15 45:8
cashed
54:24
category
12:10 43:18 53:24
caution
7:13
cautious
11:14
caveats
50:19
cell
52:8
certain
5:25 21:25 24:14 27:3
certainly

5:9 16:4 17:11 20:5
33:12 45:24 50:20
**CERTIFICATE**
57:1
**Certified**
1:22 57:5
**certify**
57:6,11
**CHAIRMAN**
2:20
**Chaitman**
2:19 3:3,7,17,19,24 4:8
5:16 6:1,4,5 7:25 8:7
8:10,16 9:1,5,17
10:17 11:13 12:10,23
13:12 14:11 15:1,4,12
15:14,15 16:13,19,22
17:23 18:3,12 19:11
20:9,19 21:1,7,13
22:7 23:5 25:8,9,12
26:20 27:22,23 29:20
29:22 30:7,17 31:24
32:10,15,24 33:21
35:6,13,14,18 36:6,13
37:15,20 38:22 39:4
41:9,12,25 42:21
44:24 45:15,25 46:11
46:12,17 48:7 49:10
49:11,19 50:3,5 51:8
51:18 53:6,10,14,19
53:23 54:12,20 56:16
56:17,24
**Chaitman's**
14:4 20:6 38:4 41:1,21
48:24
**change**
32:7
**changed**
12:5
**charged**
55:12
**Chase**
55:14
**check**
8:1 22:21 25:20 54:23

55:13
**circumstance**
13:7
**circumstances**
19:3
**claims**
40:25 41:5
**clarification**
15:11
**clarified**
11:11 25:10
**clarify**
10:18 54:10
**clawback**
39:11 40:1
**clean**
9:3
**clear**
12:4 28:5 29:8 31:14
31:24 49:19,24 50:23
56:9
**clearance**
50:2
**cleared**
55:8
**clearly**
40:10
**client**
48:8
**clients**
12:23 35:18 36:12 39:9
39:20 40:4 54:4
**code**
24:7
**coded**
25:3
**column**
6:23,24
**columns**
6:10 14:10 54:8,11
56:1,10
**come**
7:12 26:4,5 53:5
**comfortable**
52:1

**coming**
24:1
**commencing**
1:25
**comment**
13:16,19
**comments**
6:10
**Commission**
57:21
**commit**
21:25
**compel**
45:19
**complaint**
48:17
**complete**
18:14 22:20 25:5,7
34:14
**completed**
34:4
**completely**
40:2
**completeness**
6:9
**completion**
33:14
**complicated**
9:21
**comply**
45:9
**conceded**
50:12,18
**concedes**
6:22,24
**conceive**
51:11
**conceptualize**
12:9
**concern**
11:13 30:18 41:21
46:21
**concerned**
9:17 10:19 36:13 42:2
43:18

**concerning**
14:7
**concerns**
36:10
**concession**
56:6
**conclusion**
33:3
**conclusively**
23:5
**conducted**
24:20 30:5 32:3
**conducting**
31:19
**confer**
43:9 47:9,10
**conference**
1:21 4:6 5:2,19 57:8
**confidentiality**
16:7
**confirm**
14:9,20
**confusing**
28:4
**connection**
6:21 9:13 22:2 27:1
28:15,21 29:6 38:5,23
42:9,13,19 44:9
**consider**
30:20
**considered**
26:10,14 27:1,8,18
28:22,24 29:5
**consistent**
36:3
**Consolidated**
1:6
**constructed**
43:2
**contain**
24:19
**contained**
32:4
**contemplate**
30:25 31:12

contemplated
46:3
contemporaneously
20:11
contend
37:5
context
6:13 36:24
continuation
38:10
continue
23:2,10,11 31:10 32:14
34:11
continuing
34:7
control
22:4,21,25
conversations
33:1
conversion
39:18 40:12
copy
23:11 40:15
core
19:18 36:17
CORPORATION
1:3
correct
13:25 26:2,21 29:12
30:13 38:13,14 50:18
53:11,12 55:23
corrected
8:24
correctly
8:9
counsel
12:2 19:16 52:8 57:13
57:15
couple
4:2,14
course
34:6 45:23
court
1:1,23 3:10,16 4:22
14:19 39:21 46:8 49:5

52:10 57:5
created
23:20
credit
40:23
credited
39:24 55:13
crew
3:13
cross
34:7,22 35:8
cross-reference
13:21
CRR
1:23
current
38:22
currently
31:6 35:10
customer
32:3 36:11 40:12 43:16
customers
31:21 37:3,6 39:9,17
39:23 40:23
customers'
40:24

---
### D
D
2:10 15:25,25
data
20:17,17,25 21:11,16
22:14,16 23:7,25 24:7
25:4,21 26:11,11,19
26:23 27:2,3,4,5,9,20
28:1,9,13,25 29:10,19
29:24
database
26:7,15 29:3
date
14:7 19:24 21:25 22:11
24:10 33:5 40:18 45:1
46:14 55:7,8,11,12
56:3 57:9
dated

54:24 57:24
dates
14:12,13 22:22 48:4
49:21 50:3 54:5 56:5
DAVIS
2:20
day
33:19,20,23 34:1,5,12
34:14,18,21,22,23
35:2,2,7 37:25 38:2,8
52:3 56:20
days
9:6 11:9 22:8 50:24
deadline
35:21
deadlines
31:7 32:17,18
deal
47:20 49:3
dealing
4:18 13:10 28:2 47:21
48:23
dealt
10:8
Dean
2:10 3:9 45:18
debate
9:22 32:14,15
Debtor
1:11
deceased
50:14
December
5:1 14:4 18:6 20:14
21:10,20 24:17 28:7
28:21 30:3 57:21
decided
46:4
defendant
1:8 6:15,16,22
defendant-specific
43:4
defendants
1:18 2:23 5:13,17 6:8
8:15 9:7,10,11,13

14:25 15:6,17 43:11
47:21
defendants'
6:25 7:2 12:15
defense
10:12 14:17 17:15,18
17:20
defenses
9:10 11:16 53:8,21
delay
45:22
demonstrating
32:12
depending
32:19
depends
43:1
depose
9:20 10:1
deposed
10:25 38:1 52:22
deposit
13:1
deposition
9:24 31:9 34:11 37:17
38:1,4,7,12 40:7
52:24 54:2 55:22 56:4
56:11
depositions
49:25 50:10 51:1,3,6
deposits
7:5 14:8 49:21 54:5
described
13:8 56:12
detailed
47:5
determination
18:8
determinations
22:18
determine
16:24 18:18 55:5
Dexter
2:22 3:19 4:5,7,9
dhunt@bakerlaw.com

2:10
**difference**
54:14
**DiGiulian**
5:14 13:14
**direct**
51:24
**directing**
52:2
**direction**
31:10
**disagree**
5:16 12:3 19:1 39:7
   55:19
**disagreement**
33:16
**disagrees**
6:1
**disclose**
44:1
**disclosed**
27:4 30:3 35:20 43:21
**disclosure**
42:4,14,19
**discovery**
9:22,25 10:2,4,4 12:13
   19:17,20 30:22,23,24
   31:1,16 32:9,17,17
   33:10 36:15,17,18,19
   36:20 38:20 41:11,15
   41:18 42:6,17,19 44:2
   44:7,25 47:12 48:23
   49:1 54:18
**discuss**
5:10 19:10 33:9
**discussed**
5:1 10:9 16:17 47:2
**discussion**
11:11 47:18
**disk**
21:12
**dismiss**
48:21 49:3,12
**dismissed**
39:21

**dispute**
56:2
**disputed**
40:19
**disputes**
38:21
**distinction**
10:10
**distinguishing**
30:10
**DISTRICT**
1:1
**docket**
4:22
**document**
7:25 11:22 12:9 24:8
   43:18,20
**documentation**
16:9
**documentations**
42:7
**documents**
9:8,11 11:2,3,4,6,15,19
   12:14,24 13:3,4 19:18
   21:3,8,16 22:19 23:19
   23:21,22 25:1,13,14
   26:10 27:7,12,18,25
   28:24 29:14,15 41:14
   41:24 43:10,14,17
   44:15 52:21
**doing**
18:19 38:18 39:1 46:10
**doubt**
23:9
**draft**
5:8,11
**drafted**
4:21,25 5:5 43:5
**drafting**
5:12
**draw**
17:21
**drive**
21:12
**DTC**

10:15
**Dubinsky**
19:14,21 20:8,19 21:3
   25:13 26:1,8,17,21
   27:1,8 28:14,16,22
   29:5,14
**Dubinsky's**
26:14
**dueling**
48:14

_____
E
**E**
2:1,1,6,6 15:25
**ear**
34:24
**earlier**
20:22 45:13
**ECF**
4:22
**educated**
18:24
**Edward**
2:16 12:7
**Edyne**
54:21 55:16
**effect**
5:22 8:4 14:23 55:21
**effort**
5:2 18:18 44:7
**eight**
34:2
**Eighth**
2:3
**eighties**
54:22
**either**
21:12 32:18 36:13 48:9
   50:12
**ejacobs@bakerlaw.c...**
2:16
**electronically-stored**
23:18
**eliminated**
40:2

**elucidate**
55:2
**emphatically**
39:16
**employee**
57:12,14
**encountered**
51:20
**encourage**
46:5
**ends**
23:23
**engaged**
29:9
**ensuing**
9:25
**entered**
46:19
**entitled**
16:9 39:13 56:3
**entitlement**
17:17
**entity**
5:24
**entry**
9:7
**enumerated**
12:11
**equivocal**
15:7
**erred**
5:16
**errors**
35:17
**ESI**
23:18
**ESQ**
2:10,11,16,20,22
**essentially**
47:13
**estate**
48:15
**et**
1:17 46:24
**eventually**

47:22
**evidence**
14:12 30:9 40:21 55:1
55:5
**exact**
31:16
**exactly**
6:14 41:12
**examination**
34:4
**example**
24:10 32:2 56:1
**exception**
14:15 27:3 49:18 50:22
**excluded**
27:25
**excuse**
26:20
**Exhibit**
6:25 7:4 45:8 50:19
**exist**
18:21 48:6,7
**existed**
18:23
**existing**
26:15
**exists**
27:9
**expanded**
47:25
**expect**
46:11
**expert**
19:15,17 36:15,18,20
41:18 42:18 43:21
44:2
**experts**
16:8 42:8 44:9
**expires**
57:21
**explain**
28:4 33:21 36:24
**explained**
20:13 21:10 50:8
**explaining**

34:9
**explains**
50:20
**explicitly**
5:18
**explore**
11:19
**exposure**
39:12 40:1
**extend**
33:13
**extending**
31:7
**extension**
31:12
**extent**
27:19 28:12 46:21
47:10
**extract**
24:23

---
**F**

**F**
2:1
**face**
12:5
**fact**
6:12 9:22 14:9 17:14
26:9 30:21,24 37:7
39:21 41:15 42:6,17
44:7 52:8
**facts**
5:25 6:2 14:7,16,17
50:12 54:7
**factual**
40:4
**failed**
9:11
**fair**
7:13 20:1
**fairly**
4:23 9:21 47:5
**faith**
18:7
**fall**

12:9
**falls**
10:16
**familiar**
27:10
**fast**
21:19
**favoring**
5:17
**feasible**
27:19,24
**February**
33:7 34:11
**fight**
37:14
**file**
10:11
**filed**
4:4
**files**
18:21
**filing**
4:19
**financially**
57:16
**find**
20:23
**finding**
20:12
**findings**
6:4
**finds**
39:21
**fine**
8:22 17:21 39:3 49:14
52:13
**finish**
34:20 39:5
**firm**
35:20
**first**
15:18 17:5 33:25 38:3
38:4,8,12 42:12 47:19
**Floor**
2:3,15

fmaas@jamsadr.com
2:4
**focus**
4:15
**focusing**
40:5
**folder**
20:25
**follow**
33:11
**foregoing**
57:7
**foresee**
43:23 52:3
**forgot**
11:1
**form**
4:17,22
**format**
25:3
**forth**
14:3 35:6 46:1,23 52:5
57:10
**forward**
19:6 28:12 32:20 50:9
**found**
20:15 26:15
**four**
21:21 51:6,11,15 52:13
53:21 55:22
**FOURTH**
1:17
**frame**
9:12 21:23 35:22
**FRANK**
2:2
**frankly**
5:15 48:16
**fraud**
39:16,22 40:18
**front**
49:6
**full**
25:1 34:22,23
**fundamental**

36:23
**funds**
6:23,24 8:6
**further**
44:21 56:18 57:11
**future**
34:16

---
**G**

**gains**
16:11,14 17:4
**gather**
48:21
**gdexter@chaitmanll...**
2:22
**general**
6:19 14:15
**generates**
17:16
**getting**
19:7 24:24,25 28:16
**give**
17:10 36:18 45:1 51:21
52:3,8 55:17
**given**
17:14
**giving**
16:23,23 18:20
**go**
9:1 17:7 18:23 34:15
34:24 41:19 48:25
50:2 51:17
**goes**
14:12 19:7 44:20 51:16
**going**
3:20 12:1 13:5 14:17
17:4,9,10 28:11 32:7
33:4 34:8,10,20 37:21
38:18 41:4 42:12
44:23 48:9,25 49:23
50:9 55:2,4,17,21
56:11
**Goldman**
15:24
**good**

3:8 4:9,11 6:6 18:7
56:20,20
**goose**
5:2
**Gordon**
47:7 49:19,23 50:23
52:17,18 53:2,9,22,24
54:1,10,21 55:16,24
56:7
**great**
40:4 51:25
**Greg**
3:19 4:8
**GREGORY**
2:22
**grounds**
16:18
**group**
5:14,24 12:24
**guarantee**
44:11
**guess**
8:23 14:18 30:18 38:7
46:20 47:24 50:17
55:20
**guesses**
18:25

---
**H**

**H**
1:12
**Hang**
13:23 18:1
**hanging**
52:17
**happened**
10:22 38:8
**happening**
25:6
**happens**
43:25
**happy**
3:6 28:3 33:13 40:15
**hard**
21:12

hchaitman@chaitm...
2:21
**heads**
16:10
**hear**
3:20 12:2
**hearing**
9:14,15 10:10 15:16
16:17 44:21
**held**
7:2 9:22 15:8
**Helen**
2:20 4:9 31:5 33:6 36:5
37:13 41:22 45:5
**hereinbefore**
57:10
**Hi**
3:3 4:7 20:4
**highlight**
47:17
**historically**
20:10 30:5
**Hold**
53:12
**holder**
7:7 8:5,17 17:13
**holding**
15:2
**HON**
2:2
**Honor**
3:9 12:7 13:17 14:19
15:10 22:7 23:10,11
33:22 35:4 38:20,25
39:4 40:14 41:20
45:17 49:17 50:6
51:13 56:15,22
**hope**
35:25
**hopefully**
22:7 35:23
**host**
22:1
**HOSTETLER**
2:8,14

**hours**
34:2 51:7,10,12,15
52:14 55:22
**House**
24:20 31:17,20
**Houston**
2:9
**humanly**
20:24 21:19 23:3
**hundred**
25:20 44:14
**hundreds**
27:16
**Hunt**
2:10 3:8,9,14,17 7:20
8:20,22 12:3,18 13:15
13:19 14:1,18 15:10
45:17,18 46:7 48:18
48:24 49:9,17 51:13
51:25 52:12,23 53:1
54:3,17 55:19 56:14
56:22

---
**I**

**IA**
32:3 37:6 40:22
**identified**
11:23 28:23
**identifies**
43:21
**identify**
23:5 30:3
**identifying**
29:21
**imagine**
4:14 12:22 22:1
**impact**
40:24
**important**
39:6 40:3
**importantly**
41:16
**impression**
35:1
**inaccurate**

56:6
**include**
42:6
**included**
5:23 26:23 45:11
**including**
16:14 25:25 42:9
**inclusion**
27:5
**income**
15:20
**inconsistent**
14:14
**index**
18:20
**indicate**
18:6
**indicated**
14:5 23:6 37:2 47:6
**individual**
13:3,4 17:12 24:8
**information**
11:18 23:19 36:13 45:2
  56:4,8
**initial**
7:20 42:4,14
**initiated**
36:12
**inquiry**
20:7
**insofar**
36:12 47:23
**instance**
47:19
**instances**
27:16
**intend**
21:10
**intent**
16:3
**intention**
46:10
**interested**
23:6 57:16
**interject**

31:3 45:18
**interpretation**
55:10
**interpreted**
14:13
**interrogatories**
47:1
**interrogatory**
45:6
**interrupt**
7:10 37:23
**interrupted**
41:11
**invested**
15:23
**investment**
1:7,13 31:21 37:3
  39:14,17,22 40:11
**investments**
12:16 16:15
**INVESTOR**
1:3
**involved**
13:9
**involves**
17:24
**irrelevant**
38:18,20
**Irving**
1:12 2:17
**ISRAEL**
1:17
**issue**
8:24 11:10,23 24:11
  36:23 38:23 40:4,19
  41:2 48:2,23 55:6
**issues**
9:2 17:25 22:2,14
  42:10 46:18 55:4,15

— J —

**J**
2:16
**Jacobs**
2:16 3:9,17 12:6,7

18:10 19:23 20:3,4
  21:9 23:17 24:15
  25:11,16 26:2,25 28:3
  29:8,12 30:1,13 31:5
  32:21,23 35:4,23 37:1
  37:12,18,23 38:3,14
  38:19 40:14 41:8,20
  42:1,24 44:19 45:4
**January**
1:25 6:7 57:24
**Jersey**
1:24 57:4,6
**joined**
3:13 4:12
**joining**
3:20
**joins**
4:5
**JPMorgan**
55:14
**judge**
3:1,3 4:1 5:4 9:19,19
  10:19 13:9 15:12 20:4
  30:20 31:9,15,23
  32:18 33:1,8,22 34:9
  34:13 36:16,24 41:13
  48:20 51:23 53:11
  55:4
**judge's**
36:3 45:10
**judging**
5:3
**judgment**
49:4

— K —

**kept**
11:3
**kinds**
22:14
**Klan**
5:13,23 6:18 7:20 14:2
  14:9,20,24 15:2 46:24
  47:7 48:3 52:20,22,24
  53:24

**know**
4:1,24 5:25 6:12,13
  10:22 14:16 15:23
  16:2 17:14 19:21 21:7
  22:5 27:11 30:18 31:6
  31:8,10 32:25 33:12
  36:25 37:14 40:6,17
  43:12,15,20 44:16
  45:23 46:1 51:16 52:1
  54:14 55:6
**knowledge**
29:4 31:19 50:13

— L —

**L**
1:7,10,13 2:11
**laid**
6:14
**language**
5:10 7:11,16,24 9:18
**law**
14:15 55:11
**leads**
10:1
**leave**
44:23 52:17
**legal**
54:25 55:9,15
**legitimate**
40:22 44:1
**length**
5:3
**Leonard**
48:15
**let's**
9:1 10:25 39:25 52:16
**letter**
14:4 18:10 20:14 21:1
  21:10,13,20 22:6,11
  24:17 25:21 26:17
  28:8,21 29:8,20 30:3
  34:9,10 47:5 50:20
  53:4,7,11,15,18 54:4
**letters**
23:12 48:15

**letting**
15:5
**levy**
16:25
**License**
57:6
**likelihood**
51:1
**limit**
51:15
**limited**
15:22 36:21 43:4
**limiting**
16:5
**limits**
45:25
**line**
3:11 17:21
**Lipstick**
11:2
**Liquidation**
1:5,13
**list**
26:10,14 27:16 33:24
**litigant**
28:14
**little**
7:24 25:19 28:4 44:21
**LLC**
1:7,14
**LLP**
2:8,14,19
**load**
21:14
**long**
18:7 19:2 27:16 51:16
    51:18
**longer**
51:16,18
**look**
6:19 32:16 42:25
**looked**
7:14
**looking**
7:15 21:22

**lot**
17:8 27:12 39:19 50:9
    55:23
**lots**
17:3 50:19

**M**

**M**
2:22
**Maas**
2:2 3:1,2,5,12,15,22
    4:7,11 7:9 8:8,14,18
    8:23 9:4,16,19 10:7
    10:23 12:1,20 13:18
    13:23 14:23 15:13
    16:5,16,21 17:1 18:1
    18:11,16 20:1,4 21:6
    23:13 24:13 25:8,25
    27:21 29:7 31:2,23
    32:13,22 33:18 34:25
    35:12 37:22 38:11,15
    39:2 41:6,10 44:18
    45:3 46:3,15,20 48:11
    48:19 49:8,10,13
    50:17 51:22 52:7,16
    52:25 53:3,13,17,20
    53:25 55:20 56:16,19
**Maas'**
31:15
**Madoff**
1:7,10,13 8:2 9:20,23
    9:25 10:24 12:25
    15:19 31:8 33:11,19
    33:25 34:5,17 37:7
    38:12 39:9 41:17,19
    55:7,11
**Madoff's**
10:1 33:3 34:11 39:15
    40:7,20 55:13
**Main**
2:8
**major**
30:23
**majority**
39:8 41:5

**making**
31:18 32:10
**management**
33:13
**manipulated**
14:7 54:7
**manual**
27:4
**manually**
24:7
**Marie**
2:11 3:9
**marker**
24:8
**market**
31:18
**massive**
19:22
**material**
16:6 23:15 24:24 25:23
    28:10 29:17 42:18
    44:8 50:12
**materials**
19:7,8 43:4 48:6
**matter**
32:4 55:11
**mcarlisle@bakerlaw...**
2:12
**mean**
8:12 16:20 23:16 27:24
    30:8,11 38:22 51:10
    55:15
**means**
18:15 27:6 39:19
**meant**
38:4
**mechanism**
4:19
**media**
21:14
**mentioned**
25:19 26:16 28:7 45:12
**metadata**
23:19,21 24:2
**meter**

**38:17**
**micro**
28:6
**microfilm**
20:23 21:19 22:11,15
    23:25 24:3,16 25:16
    26:5,6 28:7,9 29:3
    32:5
**microphone**
18:17
**Miller**
48:15
**millions**
13:3
**mind**
43:19
**minimum**
33:14 35:7 56:3
**missing**
10:24
**misunderstood**
40:8
**modified**
23:20
**MONIQUE**
1:22 57:3
**monkey**
47:16
**month**
38:8
**monthly**
13:1
**months**
38:6
**morning**
3:8 4:10,11,16 7:14
**motion**
6:21 9:14 15:1 48:21
    49:3,4,12 50:15
**motions**
45:19
**move**
13:13 17:24 19:6 32:20
    46:5 50:10
**moved**

50:7
**moving**
52:9
**multiple**
23:23
**mutual**
46:13

---
**N**
---

**N**
2:6
**nailed**
50:3
**narrow**
14:15
**nature**
51:19
**necessarily**
5:21
**necessary**
44:5 54:18
**need**
3:25 12:5,16 19:19,19
    25:20 30:23 36:19
    47:1,9,10,12 53:11
    54:1
**needed**
31:13
**needs**
16:6 32:15 47:15 48:1
**neither**
57:12,14
**net**
5:22 55:21
**never**
8:11 25:13,17,22 37:10
    38:24
**new**
1:1,24,24 2:4,4,15,15
    2:20,20 3:6,14 20:11
    26:24 30:23 31:1,15
    32:8 37:9 57:4,4,5,20
**news**
6:6
**nine**

47:20
**non-PDF**
4:17
**Notary**
1:23 57:3,20
**note**
48:1
**noted**
56:25
**notes**
25:20
**notice**
52:24
**notifying**
21:14
**notwithstanding**
13:6
**NSC**
24:20
**number**
2:23 26:12 27:13,17
    28:25 29:11 36:8,9
    41:1 44:25 52:8
**numbers**
35:16 45:16
**numerous**
18:17

---
**O**
---

**O**
2:1
**O/W/O**
1:17
**object**
42:22 43:8
**objected**
50:1
**objection**
16:25 43:3,7
**objections**
45:7 51:19
**obligation**
43:10 46:9
**obviate**
47:12

**obviously**
30:22 40:17 48:13 50:8
    51:2
**occur**
47:15 48:1
**occurred**
11:20 35:3 55:10
**office**
3:20 11:3
**officers**
46:8
**oh**
6:23 10:25
**okay**
3:22 4:12 6:5 8:23
    13:12 15:12 17:23
    27:23 28:3 30:7,17,17
    35:12,14 36:7 37:20
    38:11 39:2 41:8,9
    42:3 44:24 46:17,17
    46:20 48:11 49:8,13
    52:5,13,16,25 53:13
    53:19,25 54:20 56:19
**old**
55:17
**omnibus**
45:6
**on-the-record**
51:15
**once**
4:21 11:7
**open**
5:9 9:23
**opened**
32:9
**opinion**
14:14
**opportunity**
34:7 35:9
**opposed**
14:24
**order**
4:23,25 5:12,23 6:6,17
    7:17 8:25 9:7 10:6
    12:4 13:20 15:8,21,23

16:7 17:24 36:4 44:13
45:10,19 46:9,24 47:2
50:7,11
**orders**
4:3,15,21 5:4,6,8,11
    30:21,25 33:13 46:19
**original**
26:3 43:3
**originally**
45:9
**ought**
30:20 48:12 49:15
**overly**
11:14 43:6

---
**P**
---

**P**
2:6,6
**p.m**
56:25
**package**
15:1
**page**
7:15 9:6 13:13,16,16
    15:13,15 53:18 54:3
**pages**
15:18 22:22 23:23
    27:16 44:19
**papers**
53:4
**paragraph**
6:19,20,21 9:5 10:8,16
    10:17 11:5,7 13:13,20
    13:21 14:2,3,21 15:3
    15:16 18:5 35:15 36:8
    42:22,25 43:2,8 44:5
    44:24 46:23 47:2,9,14
    50:21 53:15,18
**paragraphs**
13:6 14:6 49:22
**Park**
2:19
**part**
14:25 22:24 42:4,14
**particular**

Picard v Wilenitz                                    Telephone Conference 1/5/2017

17:12 26:1
**particularly**
5:14 11:11
**parties**
33:2,8 40:18 45:21
  47:8,10,19 57:13
**partnership**
48:3 52:20
**party**
10:4 19:19 33:10
**PDF**
4:21
**pending**
31:8 38:21
**people**
5:24 18:24 46:5 50:11
**percent**
44:12
**percentage**
19:25
**perfect**
36:7,7 44:12
**perfection**
44:14
**perfectly**
44:1
**period**
17:5 41:16 46:4 54:24
  54:25
**periods**
20:22 35:5
**Perlman**
6:6
**permitted**
33:24
**person**
3:14
**personal**
50:13
**phone**
3:18 52:8
**Picard**
1:12 2:17
**picture**
17:11,12

**pile**
53:4
**place**
34:14
**Plaintiff**
1:15
**Plaintiff-Applicant**
1:4
**plan**
45:5
**platform**
21:15
**play**
34:24
**Plaza**
2:14
**plus**
28:6
**point**
19:5 20:9 29:18 30:6
  31:21 32:1,6 33:7,16
  37:8 54:21
**pointed**
37:1
**points**
4:2,14 45:10
**position**
10:20 39:7,12 48:22,25
**possession**
9:8 12:16
**possibility**
12:21
**possible**
20:25 21:19 23:4 47:23
  52:18
**possibly**
5:3 8:11 9:24 55:3
**potential**
56:2
**potentially**
47:25 50:22
**practice**
5:7 9:14
**precise**
54:5

**preclude**
11:5
**prefer**
5:11
**prejudice**
44:4
**preliminary**
6:3 24:18
**premised**
47:3
**preparing**
35:24
**present**
11:15 30:24
**presently**
35:19
**prevails**
41:3
**previously**
29:4,13 35:20
**prior**
11:20 18:9 24:21 39:17
  39:23 40:12
**privacy**
16:19,20
**Pro**
1:3,13
**probably**
5:2 13:4 19:4 36:1
  47:20 55:23
**problem**
8:19 10:24 35:24 36:16
  45:20 48:20
**procedure**
9:21 21:7 34:13
**proceed**
46:9
**proceeding**
38:6
**proceedings**
28:15 47:24
**process**
24:4 29:9
**processed**
28:10 29:13,16

**processing**
28:8
**produce**
9:8,12 10:5,13 15:18
  16:1 18:13 21:11 23:7
  25:23,24 28:18 29:19
  30:16 32:16 44:3,8
  48:4
**produced**
11:15,24 12:17 16:6
  19:24 24:22 25:7
  26:13 27:11 28:20
  29:2,21 36:14,14 48:6
**producing**
28:11
**production**
21:13 22:9 25:5 26:3
  29:20 42:5,15 43:10
**profit**
36:10 38:5
**project**
20:24 22:23
**promptly**
45:20,22 46:6,9,14
**proof**
36:11 54:13
**properly**
38:24
**proposed**
4:25
**PROTECTION**
1:3
**protective**
50:7,10
**provide**
22:13 23:10 40:16 44:9
  45:5,5,13
**provided**
20:18 28:23
**provides**
33:12
**Public**
1:23 57:4,20
**pull**
53:11

Picard v Wilenitz                    Telephone Conference 1/5/2017

**purchased**
37:6 40:10
**purchases**
17:10
**purported**
17:9
**purpose**
9:13
**purposes**
9:23
**pursuant**
9:20 12:12 31:9
**put**
20:17,25 25:3 27:20
36:23 45:24 52:11
53:23
**putting**
28:1 29:24 30:9,9,11
46:4
**PW**
42:9,16
**PW-related**
41:23

———————————
**Q**
———————————
**quality**
22:21,25
**question**
14:18 20:2 33:19
**questioning**
33:25 34:16
**questions**
18:4 34:23
**quickly**
20:24 23:3
**quite**
32:11,11

———————————
**R**
———————————
**R**
2:1,6
**raised**
17:20
**raising**
43:15

**raw**
22:16
**re-reviewed**
48:16
**read**
7:11 10:19 15:22 37:25
38:12,16 40:7,9 48:16
**reading**
15:3
**realistically**
34:18
**realize**
11:24
**really**
38:25 41:2
**reason**
9:18 21:24 22:12 24:21
35:1 43:7 51:5,17
**recall**
9:19 18:16
**receive**
24:5,16
**received**
8:6,13 23:20 48:8,14
52:21
**recite**
53:21
**recognize**
12:21
**reconstruct**
10:21
**record**
5:19 29:8 30:14,15
52:14
**records**
13:2 17:17 18:9,13,17
19:22 20:7,8 26:4,22
29:21 30:4,12 31:25
35:17 48:3
**recover**
54:15
**redactions**
16:18
**reels**
24:16 25:17 28:6 29:10

29:13
**referenced**
26:9
**references**
27:12
**referring**
24:12 44:16
**reflect**
30:4 42:23
**reflected**
6:23,24 14:21 17:3
**reflecting**
29:17
**regard**
5:15
**regarding**
20:7 42:16
**rejected**
15:1
**relate**
9:9 11:16,22 17:5
**related**
8:1 15:19
**relates**
5:12 10:11
**relating**
11:19 12:14,25 15:25
15:25 45:19
**relative**
57:12,14
**relatively**
12:24
**relevance**
16:18 39:1
**relevant**
11:25,25 12:12 24:24
28:12 29:16,23 30:8
39:8 43:10 55:3,17
**relies**
27:12
**rely**
42:8
**relying**
19:15
**remain**

9:23
**remaining**
9:9
**reopening**
32:17
**repeatedly**
52:14
**report**
24:10 27:2,8,10,13,15
29:6 42:9,13,20 43:22
**reporter**
1:23 3:10,16 52:11
57:5
**reports**
20:15,22 22:10 24:20
25:1 26:8 28:19 30:4
31:17 32:6 38:24
44:10
**representation**
18:14 19:12
**request**
35:16,25 36:9,10,12
41:11,14 42:6 43:3,5
44:2,25 45:16
**requested**
12:11
**requests**
12:13 36:3
**require**
18:22
**requires**
44:14 54:7
**reserved**
19:17
**resolve**
52:18
**resolves**
46:18
**respect**
4:25 6:17 7:6 9:24
13:13 14:1,10,20
16:11 19:20 20:21
28:19 34:5,12 35:16
49:7 50:7,11 52:2
**respond**

35:15
**responded**
6:13
**responds**
31:4
**response**
10:6
**responses**
35:25 45:7,12
**responsive**
41:14
**rest**
9:2
**restoration**
20:23 21:18 22:3 23:3
**restored**
22:10,15,16 24:1,3,17
   25:17,22 26:6 29:4
**restoring**
18:17
**restrictions**
51:2 56:12
**results**
24:25
**RET**
2:2
**retrieved**
11:4
**return**
15:18
**review**
21:15 22:17 24:6 25:15
   42:8
**reviewed**
25:14 26:22
**revised**
37:13 42:22 52:19
**revision**
43:8 44:5
**right**
7:18 8:10 9:16 11:12
   18:11 23:24 30:2,11
   30:20 33:16 35:8,25
   38:15 43:22 44:16
   45:3 49:7

**robust**
19:9
**Rockefeller**
2:14
**room**
20:17,17,25 21:11,17
   23:7 26:11,12,19,23
   27:2,4,5,9,20 28:1,13
   28:25 29:19,25
**routinely**
5:5
**RPR**
1:23
**rule**
46:13 50:24
**ruled**
50:6,16
**ruling**
6:19
**rulings**
47:22
**run**
38:17
**running**
40:22

_____
S
_____
**S**
2:6
**Sachs**
15:24
**sake**
23:8
**sales**
17:9
**saw**
15:8
**saying**
7:22 16:13 25:12 30:8
   54:9
**says**
9:6 10:25 11:7 35:15
   36:9 49:20
**schedule**
7:5 15:19

**scheduled**
33:5 35:3,11 38:10
**schedules**
15:25 17:8
**scheduling**
30:21
**screen**
29:23
**search**
19:9 24:23,25 26:16
   30:2 53:4
**searches**
24:19
**searching**
24:22
**second**
6:20 7:10,15 18:2 33:4
   33:19 35:2 37:19,23
   37:24 38:1,7 53:12
**securities**
1:3,7,14 29:17 30:4,15
   32:2,5 37:5,10 40:11
**see**
7:17 8:10 11:10 25:23
   38:25 43:15,16 47:10
   49:6 51:17
**seen**
25:22 26:8,18 34:10
**self-serving**
40:20
**send**
29:19 41:7
**sending**
22:6
**sense**
38:16
**sent**
4:16 18:10 23:20 25:18
   28:8 47:5
**serve**
44:2
**served**
36:1 42:5 45:9
**set**
14:3 33:23 34:13 35:6

46:23 50:1 57:10
**seven**
22:8 34:2 51:7,11
**she'll**
21:13
**Sheehan**
34:3,8,21
**short**
4:23
**show**
17:8,9
**showed**
55:7
**shown**
17:4 37:11
**side**
5:17 8:21 11:9
**sides**
7:13
**signed**
5:4
**significantly**
41:4
**Similarly**
45:4
**simply**
6:7
**simultaneously**
20:18 21:12
**single**
27:18 42:16 44:11
**SIPA**
1:5
**sit**
44:10
**sitting**
10:11
**situation**
37:2
**six**
21:21
**sixteenth**
17:15,18
**skim**
41:7

Picard v Wilenitz                    Telephone Conference 1/5/2017

**skipped**
22:22
**skipping**
7:24
**small**
12:24 19:24 41:1
**SMB**
1:4,13
**solely**
7:6 35:16
**solve**
35:24
**somebody**
3:12,16
**soon**
23:4 25:6
**sooner**
36:1
**sorry**
21:5 23:17
**sort**
13:7 46:25
**SOUTHERN**
1:1
**space**
52:11
**speaking**
51:18
**specific**
20:7 29:20 41:23 42:10
   43:18 46:13
**specifically**
23:22 31:8
**specified**
21:1
**speculate**
32:22
**speed**
53:14
**split-strike**
39:18 40:12
**spouse**
50:14
**stage**
13:10 17:6 36:15,18,20

41:18
**stands**
14:9
**start**
22:19 23:22 24:7 40:18
**started**
37:9 39:5 40:13
**starting**
28:11
**State**
57:5,20
**statements**
13:1 35:17 37:11 43:16
**States**
1:1,24 57:4
**Stearns**
15:24
**stenographically**
57:9
**stipulate**
6:9,15,16 8:12 54:8,9
   54:19
**stipulated**
5:25 6:2 7:3 49:20
**stipulates**
54:11
**stipulating**
8:3
**stipulation**
5:15 7:7 14:3,10,16,21
   15:3 46:22,22 47:3
   49:23 50:22 52:19
   54:7 55:25
**stipulations**
5:20 47:11,12
**stock**
24:20 38:23
**stopped**
37:8
**storeroom**
18:24
**straightened**
4:20
**strategy**
37:9,10 40:13

**Street**
2:8
**strikes**
46:24
**strongly**
39:7
**structured**
27:3
**subject**
22:24 28:20 51:2,16
**subjects**
33:25
**subsequent**
7:8
**subsequently**
10:14
**Substantively**
1:6
**sufficiently**
19:9
**suggest**
56:5
**suggested**
47:8,9
**suggestions**
5:9
**Suite**
2:9
**summary**
49:4
**suppose**
47:21
**sure**
5:10 9:4 13:18 18:1
   22:20,22 23:16 25:4
   25:11 30:19 34:22
   35:5 36:25 49:22 52:7
**Switzerland**
11:3

_____

**T**

_____

**tails**
16:10
**take**
18:7 19:3,19 36:19

48:12 49:15 51:4,11
52:18 56:4,21
**taken**
1:22 39:12 54:16 57:8
**takes**
23:1
**talk**
34:15 44:17
**talked**
37:24
**talking**
7:19 13:2 14:25 29:11
   41:22 43:14,17 53:2
**talks**
29:8
**target**
52:9
**tax**
15:18
**taxes**
16:12
**technological**
22:2,14 24:4
**technologically**
27:19,24
**Ted**
3:9 25:10 40:8
**Ted's**
39:7
**tedious**
22:23
**telephone**
1:21 4:5 57:8
**tell**
11:1 24:9 33:6 40:19
   48:5 50:25
**telling**
44:6
**tells**
23:22
**ten**
9:6 11:9
**tens**
27:17
**terms**

20:6 26:16 30:2 51:2
**testimony**
10:1 33:4,11 35:8
   39:15 40:10,20 55:3
   55:18
**Texas**
2:9
**thank**
15:10 49:2 56:19,22,24
**theoretical**
12:21 13:11 44:15
**theoretically**
43:14
**thing**
23:13 50:6
**things**
5:1 18:20 26:24 45:21
   48:5 51:19
**think**
4:19 10:7 12:4 13:10
   13:24 16:7 17:2,20
   19:3,8,8,12 21:22
   22:8 32:15 33:2,7,15
   34:8,20,21 35:6 39:6
   40:7,9 41:20 42:24
   44:12 45:21 46:8 47:6
   48:18,24 49:1,11
   51:13 53:6
**thinking**
43:22
**third**
10:3,25 17:24 19:19
   33:10,20
**thought**
10:9 15:7
**thousands**
13:4 27:17
**three**
5:13 10:20 46:19 51:10
**throw**
47:16
**Thursday**
1:24
**time**
9:12 10:25 11:15 19:6

20:9,19,22 21:3,22
   23:1,20 26:7 28:17
   29:18 30:6,24 31:22
   32:7,11 35:5,22 36:4
   37:19,24 38:4 42:12
   45:14 46:4 51:3,15
   52:15 56:25
**time-intensive**
22:23
**today**
5:10 10:11 22:13 27:9
   48:9,12 49:16
**tomorrow**
48:10
**topics**
33:23,24 34:6,12,15,19
   35:2
**total**
20:16
**totally**
13:11
**track**
52:6
**trade**
32:2 37:3,4
**traded**
30:15
**trades**
30:5,10,11 31:18
**trading**
18:9 19:22 20:7 24:20
   26:22 29:17 30:12,14
   30:15 31:17 32:6 37:9
   38:24
**Train**
5:13,23 6:18 7:20 14:2
   14:9,20,24 15:2 46:24
   47:7 48:3 52:20,21,24
   53:24
**transactions**
11:20 36:10 42:16
**transcript**
1:21 7:14,16 15:4,7
   38:17 40:15 44:22
   52:11 57:8

**transfer**
7:21 8:9 43:17
**transferred**
7:1
**transfers**
7:8
**transparency**
23:9
**travel**
52:4
**trial**
6:22 9:14,15 49:5
**trouble**
4:18
**true**
45:16 57:7
**trust**
1:17 50:14
**Trustee**
1:12 2:17 3:10 4:24 5:5
   6:8 7:12 8:2 10:5,15
   14:6,13 16:8 17:6,11
   18:6 19:4 31:4 34:3
   35:15,18 39:12 43:9
   45:1 48:4,5 54:6,13
   54:15 56:3
**Trustee's**
7:5 12:2 16:8 17:19
   19:16 48:21
**try**
24:23
**trying**
8:5 10:8,21 17:7 37:25
   46:2 52:6 53:3
**turn**
6:4
**two**
14:24 15:6,18 20:16
   26:8 28:21 51:9 53:2
   54:16
**two-year**
54:24,25
**type**
12:8,9 31:17 43:20
**types**

20:22
**typo**
13:24

_____
U

**U/ART**
1:17
**un-withdrawn**
10:12
**unable**
6:16
**uncomfortable**
44:13
**underlying**
42:7 44:8
**understand**
7:12 23:14 28:2 32:13
   32:14 36:25 37:25
   39:6 53:7
**understanding**
33:5 45:25
**undue**
45:22
**unfortunately**
21:24 22:25
**UNITED**
1:1
**unitization**
24:11
**unitize**
22:18
**unitized**
23:15 25:2
**unsuccessful**
32:12
**update**
21:15 22:6 23:11
**usually**
24:9

_____
V

**value**
7:23
**vast**
39:8

**vendor**
22:24 25:18 29:9
**view**
7:5 38:19 48:19
**viewed**
28:13
**voluminous**
27:14
**VOUTHOURIS**
1:22 57:3

---

**W**

**waffling**
19:2
**wait**
3:23,25 37:22
**waive**
14:17
**want**
3:23 4:1 10:20 14:8,19
  19:12 28:2 31:14
  36:24 38:17 43:15,16
  47:16,17 54:10
**wanted**
4:17 24:14 35:22 48:1
**wanting**
33:2
**wasn't**
43:4 48:13
**way**
7:11 14:13 15:22 21:17
  23:25 44:22 56:1
**ways**
55:25
**we'll**
5:10 28:11 31:2 32:16
  36:5 44:3 45:13
**we're**
7:19 8:2 11:12,18 13:2
  13:10 15:13 20:12
  21:22 23:12 28:2 30:8
  30:9 33:6,15 34:7,20
  36:20 38:9 39:1 40:5
  42:17,17 43:13,17
  49:23 52:1,18 53:2

**we've**
11:15 20:13 27:11 28:8
  32:25 51:20 52:14
**week**
36:1
**week's**
36:4 45:14
**weekend**
56:20
**weeks**
21:21
**wholly**
50:23
**widow**
54:22 55:17
**Wilenitz**
1:17 17:25
**withdraw**
53:8
**withdrawal**
7:21 8:1 13:2 36:10
  38:6 55:7,9,10
**withdrawals**
7:6,22,23 8:3 14:8
  49:21 54:6,15
**withdrawn**
6:25
**withholding**
42:18
**witness**
52:5
**worded**
44:22
**words**
9:25 15:22 51:22
**work**
23:2 31:11 32:24 39:1
  45:21
**working**
21:18 50:2
**workload**
46:1
**worry**
32:16
**wouldn't**

11:23 12:11 42:22
**wrench**
47:17
**write**
34:8
**writing**
6:14
**wrong**
33:6
**wrote**
18:5 24:17

---

**X**

**x**
1:2,9,12,19
**X100834**
57:6
**XXX-XXX-XXXX**
52:10

---

**Y**

**yeah**
7:18 9:1 16:21 23:17
  24:15 30:13 32:23
  36:6 49:11
**Year**
3:6
**years**
10:21 17:5 18:9 26:12
  29:1 31:25 54:16
**yesterday**
48:9
**yielding**
25:1
**York**
1:1,24 2:4,4,15,15,20
  2:20 57:4,20

---

**Z**

---

**0**

**08-01789**
1:4

---

**1**

**1**

6:10 14:6,10 49:22
  54:8,11 56:1,10 57:21
**10-04995**
1:13
**100**
28:6 44:11
**10018**
2:4
**10022**
2:20
**10111-0100**
2:15
**11**
44:25
**11:00**
1:25
**1100**
2:9
**12/31/91**
39:25
**12:11**
56:25
**13th**
5:1
**14th**
2:15
**15**
45:16
**16**
45:16
**167**
29:10,13
**17**
31:20
**18**
45:16
**19**
39:10
**194**
44:20
**196**
44:20
**1970s**
19:23
**1980**

Picard v Wilenitz          Telephone Conference 1/5/2017

39:14
**1980s**
19:23 39:9
**1987**
37:13,18
**1992**
11:20 18:9 24:21 37:8
37:17 39:10,18,23
40:13,24

---
**2**

**2**
6:19,20 13:13 35:16
54:3
**20**
53:8
**2002**
31:25 37:2,6
**2008**
31:25
**2017**
1:25 57:24
**2019**
57:21
**20th**
18:6
**27**
53:8
**29**
53:8
**29th**
14:4

---
**3**

**3**
14:6 35:16 47:14 49:22
53:18
**34th**
2:3
**3rd**
6:7

---
**4**

**4**
9:6 13:16 18:5 36:9
41:11 53:18 54:9

**45**
2:14
**46**
53:8
**465**
2:19

---
**5**

**5**
1:25 6:10,23,24 13:13
13:16 14:10 15:13,15
24:21 31:17 35:15
54:8,10,11 56:1,10

---
**6**

**6**
9:5 10:9,17 11:5 13:6
36:8 57:24
**620**
2:3

---
**7**

**7**
10:8,16 11:7 13:6
**77002-6111**
2:9

---
**8**

**80s**
20:16
**811**
2:8
**84**
7:16
**87-year**
55:16

---
**9**

**9**
44:25
**92**
12:22
**93**
20:14 26:13 29:2
**95**
20:15 26:4 28:19