**EXHIBIT 1 – ALL FORMER PARTIES IN INTEREST TO BE REMOVED**

| Master Service List Name | Claim Filed | Associated BLMIS Account Number | Claim Status | Objection Docket(s) | Objection Status |
|---|---|---|---|---|---|
| A. Angelaki | 004857 | 1ZB138 | Denied | | No Objection Filed |
| Alice J. Rawlins | 013043 | 1C1260 | Denied | | No Objection Filed |
| Anna Lowit | 001162; 000087 | 1L0049; 1L0130 | Denied | | No Objection Filed |
| Cecilia M. Parker | 004292; 004293 | 1W0106 | Withdrawn | 4093; 4094 | Resolved via Withdrawal |
| Daniel L. Gaba | 001293; 001294; 001267; 000233; 000232 | 1ZA524; 1ZA882; 1ZB486; 1ZA943; 1ZA942 | Denied | | No Objection Filed |
| David B. Epstein (IRA Bene) | 009411; 009380 | 1CM563 | Denied | | No Objection Filed |
| Deborah L. Fisch | 008333 | 1ZA081 | Denied | 3234 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Dewey H. Lane | 009146 | 1FN094 | Denied | | No Objection Filed |
| Elaine and Sidney Goldstein | 015365 | 1ZA415 | Denied | | No Objection Filed |
| Gail B. Oren Revocable Trust dtd. 9/8/95 | 000508; 000506 | 1ZA324 | Denied | | No Objection Filed |
| Gayle Samore Co-Trustees | 010574 | 1B0118 | Denied | | No Objection Filed |
| George H. Hulnick | 006562 | 1ZA454 | Denied | | No Objection Filed |
| Guy S. Parker | 004263; 004295 | 1W0106 | Withdrawn | 4091; 4092 | Resolved via Withdrawal |
| Harvey Barr | 006174 | 1C1260 | Denied | | No Objection Filed |
| James R. Samore | 010574; 010577 | 1B0118 | Denied | | No Objection Filed |
| Jeanne H. Rosenblum | 008620 | 1ZA600 | Denied | | No Objection Filed |
| John P. Harris | 010684; 010685 | 1T0027; 1C1260 | Denied | | No Objection Filed |
| John Samore | 010574 | 1B0118 | Denied | | No Objection Filed |
| John Samore, Jr. | 010574; 010577 | 1B0118 | Denied | | No Objection Filed |
| Kimberly S. Stoller | 002324 | 1S0491 | Denied | | No Objection Filed |

**EXHIBIT 1 – ALL FORMER PARTIES IN INTEREST TO BE REMOVED (cont'd)**

| Master Service List Name | Claim Filed | Associated BLMIS Account Number | Claim Status | Objection Docket(s) | Objection Status |
|---|---|---|---|---|---|
| Lamar Ellis Trust | 008118; 070192 | No Associated Accounts | Denied | 1112; 2998; 3249 | Resolved via Order entered on April 19, 2012, ECF No. 4779 |
| Lillian Barr | 006174 | 1C1260 | Denied | | No Objection Filed |
| Linda Wolf | 000217 | 1W0099; 102317; 1W0032; 1W0033; 1W0072 | Denied | | No Objection Filed |
| Michael E. Fisch | 008824 | 1ZA081 | Denied | 3229 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Nicholas Kardasis | 005091 | 1T0027 | Denied | | No Objection Filed |
| Patsy P. Jones | 003433 | 1C1260 | Denied | 2088 | Resolved via Order entered on June 28, 2011, ECF No. 4193 |
| Paul J. Fisch | 008333 | 1ZA081 | Denied | 3234 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Phyrne and Ron LLC | 015031 | 1EM294 | Denied | | No Objection Filed |
| Rhouda Macdonald | 014901 | 1A0001 | Denied | | No Objection Filed |
| Richard C. Brockway | 006370 | 1M0232 | Denied | | No Objection Filed |
| Rita Wolf | 000217 | 1W0099; 102317; 1W0032; 1W0033; 1W0072 | Denied | | No Objection Filed |
| Ronald E. Samore, Sr. | 010577 | 1B0118 | Denied | | No Objection Filed |
| Samore 1992 Family Trust | 010574; 010577 | 1B0118 | Denied | | No Objection Filed |
| Sharon Lee Tiner | 005802 | 1ZA874 | Denied | 1682 | Resolved via Order entered on March 10, 2015, ECF No. 9450 |
| Sudeshna M. Fisch | 008824 | 1ZA081 | Denied | 3229 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Waterland Investment Services | 013636; 011108; 013635; 013632; 013638 | 1M0232 | Denied | | No Objection Filed |
| Yvonne Roodberg | 013471 | 1C1260 | Denied | | No Objection Filed |

**EXHIBIT 2 – FORMER PARTIES IN INTEREST WITH DENIED/WITHDRAWN CLAIMS AND RESOLVED OBJECTIONS**

| Master Service List Name | Claim Filed | Associated BLMIS Account Number | Claim Status | Objection Docket(s) | Objection Status |
|---|---|---|---|---|---|
| Cecilia M. Parker | 004292; 004293 | 1W0106 | Withdrawn | 4093; 4094 | Resolved via Withdrawal |
| Deborah L. Fisch | 008333 | 1ZA081 | Denied | 3234 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Guy S. Parker | 004263; 004295 | 1W0106 | Withdrawn | 4091; 4092 | Resolved via Withdrawal |
| Lamar Ellis Trust | 008118; 070192 | No Associated Accounts | Denied | 1112; 2998; 3249 | Resolved via Order entered on April 19, 2012, ECF No. 4779 |
| Michael E. Fisch | 008824 | 1ZA081 | Denied | 3229 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Patsy P. Jones | 003433 | 1C1260 | Denied | 2088 | Resolved via Order entered on June 28, 2011, ECF No. 4193 |
| Paul J. Fisch | 008333 | 1ZA081 | Denied | 3234 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Sharon Lee Tiner | 005802 | 1ZA874 | Denied | 1682 | Resolved via Order entered on March 10, 2015, ECF No. 9450 |
| Sudeshna M. Fisch | 008824 | 1ZA081 | Denied | 3229 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |

**EXHIBIT 3 – FORMER PARTIES IN INTEREST WITH DENIED CLAIMS AND NO OBJECTIONS**

| Master Service List Name | Claim Filed | Associated BLMIS Account Number | Claim Status | Objection Status |
|---|---|---|---|---|
| A. Angelaki | 004857 | 1ZB138 | Denied | No Objection Filed |
| Alice J. Rawlins | 013043 | 1C1260 | Denied | No Objection Filed |
| Anna Lowit | 001162; 000087 | 1L0049; 1L0130 | Denied | No Objection Filed |
| Daniel L. Gaba | 001293; 001294; 001267; 000233; 000232 | 1ZA524; 1ZA882; 1ZB486; 1ZA943; 1ZA942 | Denied | No Objection Filed |
| David B. Epstein (IRA Bene) | 009411; 009380 | 1CM563 | Denied | No Objection Filed |
| Dewey H. Lane | 009146 | 1FN094 | Denied | No Objection Filed |
| Elaine and Sidney Goldstein | 015365 | 1ZA415 | Denied | No Objection Filed |
| Gail B. Oren Revocable Trust dtd. 9/8/95 | 000508; 000506 | 1ZA324 | Denied | No Objection Filed |
| Gayle Samore Co-Trustees | 010574 | 1B0118 | Denied | No Objection Filed |
| George H. Hulnick | 006562 | 1ZA454 | Denied | No Objection Filed |
| Harvey Barr | 006174 | 1C1260 | Denied | No Objection Filed |
| James R. Samore | 010574; 010577 | 1B0118 | Denied | No Objection Filed |
| Jeanne H. Rosenblum | 008620 | 1ZA600 | Denied | No Objection Filed |
| John P. Harris | 010684; 010685 | 1T0027; 1C1260 | Denied | No Objection Filed |
| John Samore | 010574 | 1B0118 | Denied | No Objection Filed |
| John Samore, Jr. | 010574; 010577 | 1B0118 | Denied | No Objection Filed |
| Kimberly S. Stoller | 002324 | 1S0491 | Denied | No Objection Filed |
| Lillian Barr | 006174 | 1C1260 | Denied | No Objection Filed |
| Linda Wolf | 000217 | 1W0099; 102317; 1W0032; 1W0033; 1W0072 | Denied | No Objection Filed |
| Nicholas Kardasis | 005091 | 1T0027 | Denied | No Objection Filed |
| Phyrne and Ron LLC | 015031 | 1EM294 | Denied | No Objection Filed |
| Rhouda Macdonald | 014901 | 1A0001 | Denied | No Objection Filed |
| Richard C. Brockway | 006370 | 1M0232 | Denied | No Objection Filed |
| Rita Wolf | 000217 | 1W0099; 102317; 1W0032; 1W0033; 1W0072 | Denied | No Objection Filed |
| Ronald E. Samore, Sr. | 010577 | 1B0118 | Denied | No Objection Filed |
| Samore 1992 Family Trust | 010574; 010577 | 1B0118 | Denied | No Objection Filed |
| Waterland Investment Services | 013636; 011108; 013635; 013632; 013638 | 1M0232 | Denied | No Objection Filed |
| Yvonne Roodberg | 013471 | 1C1260 | Denied | No Objection Filed |