**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION             :
CORPORATION,                               :        SIPA LIQUIDATION
                                           :
        Plaintiff-Applicant,               :        No. 08-01789 (SMB)
                                           :
    v.                                     :
                                           :
BERNARD L. MADOFF INVESTMENT               :
SECURITIES, LLC,                           :
                                           :
        Defendant.                         :
----------------------------------------------------------------X
In re:                                     :
                                           :        Adv. Pro. No. 10-05092 (SMB)
BERNARD L. MADOFF,                         :
                                           :
        Debtor.                            :
----------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation  :
Of Bernard L. Madoff Investment Securities LLC :
                                           :
        Plaintiff,                         :
                                           :
    v.                                     :
                                           :
ARCHITECTURAL BODY RESEARCH                :
FOUNDATION, INC.,                          :
                                           :
        Defendant.                         :
----------------------------------------------------------------X
```

**ORDER GRANTING APPLICATION OF LAX & NEVILLE LLP**
**TO WITHDRAW BARRY R. LAX, ESQ., BRIAN J. NEVILLE, ESQ., AND**
**RAQUEL KRAUS, ESQ. AS COUNSEL TO DEFENDANT**
**<u>ARCHITECTURAL BODY RESEARCH FOUNDATION, INC.</u>**

Upon the application (the "Application") of LAX & NEVILLE LLP ("Lax & Neville"),

counsel to the Defendant Architectural Body Research Foundation, Inc., for entry of an order

authorizing Lax & Neville to withdraw Brian J. Neville, Esq., Barry R. Lax, Esq., and Raquel

Kraus, Esq. as counsel; and due and proper notice of the Application having been given; and it

appearing that no other or further notice is required; and upon consideration of the Application

and all pleadings related thereto; and no objection to the Application having been made; and

sufficient cause having been shown therefore; it is hereby:

ORDERED that the Application is GRANTED.


Dated: New York, New York
       March 3rd, 2017

                                        /s/ STUART M. BERNSTEIN
                                        Honorable Stuart M. Bernstein, U.S.B.J.