**EXHIBIT D**

**Zraick Customer Statement**
**Bates Number MDPTPP05732311**

```
EDWARD A ZRAICK JR
AND NANCY ZRAICK T I C                              12/31/03    1

980 78TH STREET
BROOKLYN          NY 11228              1-Z0020-3-0  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


                          BALANCE FORWARD                              39,305.78

12/01                     INTEL CORP                 DIV                   14.22
                          DIV 11/07/03 12/01/03
12/01                     WELLS FARGO & CO NEW       DIV                   81.00
                          DIV 11/07/03 12/01/03
12/04                     PFIZER INC                 DIV                  128.25
                          DIV 11/14/03 12/04/03
12/09                     JOHNSON & JOHNSON          DIV                   77.76
                          DIV 11/18/03 12/09/03
12/10                     EXXON MOBIL CORP           DIV                  182.25
                          DIV 11/12/03 12/10/03
12/10                     INTERNATIONAL BUSINESS MACHS  DIV                30.24
                          DIV 11/10/03 12/10/03
12/12                     3M COMPANY                 DIV                   29.70
                          DIV 11/21/03 12/12/03
12/31                     FIDELITY SPARTAN           DIV                   20.10
                          U S TREASURY MONEY MARKET
                          DIV 12/31/03
12/31           33,919 823  TRANS TO 40 ACCT         JRNL  39,305.00   33,919.00
12/31                     FIDELITY SPARTAN             1
                          U S TREASURY MONEY MARKET
12/31          450,000 7809 U S TREASURY BILL           99.755        448,897.50
                          DUE 04/08/2004
                              4/08/2004

                          CONTINUED ON PAGE    2
```