# EXHIBIT F

## Affidavit of Service

Pg 2 of 3


Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ): SS
COUNTY OF NEW YORK   )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On February 14, 2017, I served a true and complete copy of *Expert Rebuttal Report of Bill Feingold*, dated February 13, 2017, by electronic mail and United States Postal Service first class mail on Maximillian S. Shifrin, Esq. and Keith R. Murphy, Esq., BakerHostetler, 45 Rockefeller Plaza, New York, New York 10111-0100, mshifrin@bakerlaw.com and kmurphy@bakerlaw.com.

Dated: New York, New York
       February 14, 2017

_____
Constance Andonian

Sworn to before me on this
14th day of February 2017

_____
Notary Public

ROBERT A. RICH
Notary Public, State of New York
No. 02RI6221762
Qualified in Kings County
Commission Expires May 10, 20_18_

2