# EXHIBIT G

## Expert Report of Matthew B. Greenblatt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05257 (SMB) |
| Plaintiff, | |
| v. | |
| Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick, | |
| Defendants. | |

**EXPERT REPORT OF
MATTHEW B. GREENBLATT, CPA/CFF, CFE
SENIOR MANAGING DIRECTOR
FTI CONSULTING, INC.**

**PRINCIPAL BALANCE CALCULATION
AS APPLIED TO
THE ZRAICK DEFENDANTS**

**November 16, 2016**

**Table of Contents**

Page

I. INTRODUCTION ..................................................................................................... 1

II. DESCRIPTION OF ACTIVITY IN ZRAICK ACCOUNT 1Z0020 AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION ..................................................................................................... 2

    A. Summary of Activity in BLMIS Account 1Z0011 and the Inter-Account Transfer Into Zraick Account 1Z0020 ............................................................ 3

    B. Description of the Cash Deposits and the Inter-Account Transfer Into Zraick Account 1Z0020 ............................................................................................ 4

    C. Description of the Cash Withdrawals Out of Zraick Account 1Z0020 ............ 5

III. DESCRIPTION OF ACTIVITY IN ZRAICK ACCOUNT 1Z0037 AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION ..................................................................................................... 5

    A. Summary of Activity in BLMIS Account 1S0090 and the Inter-Account Transfer Into BLMIS Account 1S0345 ............................................................ 6

    B. Summary of Activity in BLMIS Account 1S0345 and the Inter-Account Transfers Into BLMIS Accounts 1Z0021 and 1N0022 ..................................... 8

    C. Summary of Activity in BLMIS Account 1Z0010 and the Inter-Account Transfer Into BLMIS Account 1Z0013 ............................................................ 9

    D. Summary of Activity in BLMIS Account 1Z0013 and the Inter-Account Transfer Into BLMIS Account 1Z0021 .......................................................... 10

    E. Summary of Activity in BLMIS Account 1Z0021 and the Inter-Account Transfers Into BLMIS Accounts 1N0022 and 1Z0035 ................................... 11

    F. Summary of Activity in BLMIS Account 1Z0035 and the Inter-Account Transfer Into Zraick Account 1Z0037 .......................................................... 12

    G. Description of the Inter-Account Transfer Into Zraick Account 1Z0037 ...... 13

    H. Description of the Cash Withdrawals Out of Zraick Account 1Z0037 .......... 14

IV. SIGNATURE AND RIGHT TO MODIFY ............................................................. 14

V. LIST OF EXHIBITS ............................................................................................... 15

## I. INTRODUCTION

1. As described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI Consulting, Inc. ("FTI") was retained by Baker & Hostetler LLP, on behalf of the Trustee, to, among other things, reconstruct the books and records of BLMIS. I am a Senior Managing Director at FTI. Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

2. As part of FTI's reconstruction of the books and records of BLMIS, chronological listings of all cash and principal transactions for every BLMIS customer account were compiled. These chronological listings provided the foundation to calculate every BLMIS account holder's principal balance on a daily basis for all dates from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

3. The Principal Balance Calculation Report explains the methodology of the Principal Balance Calculation and describes the relevant documents and data that were maintained by BLMIS. Accordingly, this report should be read in conjunction with the Principal Balance Calculation Report.[1]

4. This report specifically applies the methodology of the Principal Balance Calculation to the BLMIS accounts associated with Edward A. Zraick, Jr.; Nancy Zraick; Patricia Zraick DeLuca; Karen M. Rich; and Estate of Lorraine Zraick (the "Defendants"), in the above-captioned litigation, and provides a description of the cash and principal activity in the BLMIS accounts impacting the Principal Balance Calculation for BLMIS Account 1Z0020 (the "Zraick Account 1Z0020") and BLMIS Account 1Z0037 (the "Zraick Account 1Z0037") (collectively, the "Zraick Accounts").[2]

5. This report has been prepared in connection with the above-captioned litigation and is to be used only for the specific purposes of this lawsuit. It is not to be used for any other

---

[1] The opinions that I render in the Principal Balance Calculation Report, the documents that I considered in connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference. All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance Calculation Report.

[2] One additional BLMIS account, BLMIS Account 1Z0035 under the name of "ESTATE OF LORRAINE ZRAICK," is also at issue in the above-captioned litigation. However, there were no cash withdrawals from this account within the two-year period prior to December 11, 2008; therefore, the description of activity and the transactions that impact the Principal Balance Calculation for this BLMIS account have been excluded from this report.

1

purpose without the express written consent of FTI. If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report. FTI is being compensated at a rate of $554 per hour for my professional time incurred in performing the work necessary to prepare this report. FTI's fees are not contingent on the conclusions reached in this report or the outcome of the above-captioned litigation.

6. The documents and data that I considered in connection with this report are listed in **Exhibit 2**. I reserve the right to supplement my report based on any additional documents or information received.

## II. DESCRIPTION OF ACTIVITY IN ZRAICK ACCOUNT 1Z0020 AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION

7. Zraick Account 1Z0020 was maintained with BLMIS beginning in July 1997. Throughout its account history with BLMIS, Zraick Account 1Z0020 had a total of 60 cash deposit and withdrawal transactions. In addition to these cash transactions, there was one inter-account transfer from BLMIS Account 1Z0011 into Zraick Account 1Z0020.

8. The cash deposit and withdrawal transactions, as well as the inter-account transfer, all impacted the Principal Balance Calculation for Zraick Account 1Z0020. Each of these transactions was reflected on the Customer Statements between July 1997 and November 2008.

9. As described in the Principal Balance Calculation Report, the amount of the transfer of funds from one BLMIS account to another BLMIS account (an inter-account transfer[3]) is limited to the amount of principal available in the *transferor's* account at the time of the transfer. Only the portion of the inter-account transfers between BLMIS accounts for which the transferor had actual principal could be transferred. As such, all inter-account transfers have been analyzed and the transferee's account has been credited only up to the amount of principal available in the transferor's account on the day of the inter-account transfer.

---

[3] An inter-account transfer is defined as a non-cash transaction between BLMIS customer accounts in which no new funds entered or left BLMIS, but rather a book entry occurred at BLMIS to internally adjust the balances of those accounts. These book entries did not reflect any transfers of cash because there was no actual movement of cash. Rather, these inter-account transfers merely changed reported value in the purported "equity" maintained in the BLMIS customers' accounts. (*See* Principal Balance Calculation Report, ¶¶17, 27-28, 32-34.)

2

10. Thus, in order to perform the Principal Balance Calculation for Zraick Account 1Z0020, BLMIS Account 1Z0011 was analyzed to determine the amount of principal available in that account that could be transferred into Zraick Account 1Z0020.

11. **Exhibit 3A** to this report (Summary Schedule of Cash and Principal Activity in Zraick Account 1Z0020) provides a summary of the activity in the BLMIS accounts that impacted the Principal Balance Calculation for Zraick Account 1Z0020.

12. **Exhibits 4A** and **4B** to this report provide detailed schedules for the Principal Balance Calculation for BLMIS Account 1Z0011 and Zraick Account 1Z0020, respectively.

A. **Summary of Activity in BLMIS Account 1Z0011 and the Inter-Account Transfer Into Zraick Account 1Z0020**

13. On November 10, 1986, BLMIS Account 1Z0011 was opened with a cash deposit via check in the amount of $50,000, all representing principal.

14. Subsequent to this initial cash deposit, there was an additional cash deposit via check into BLMIS Account 1Z0011 in the amount of $15,000, all representing principal.

15. The two cash deposits were reflected on the Customer Statements with a transaction code as follows:

- 1 cash deposit was identified with a transaction code of "CA"; and
- 1 cash deposit was identified with a transaction code of "JRNL." [4]

16. The two cash deposits were credited to the customer's account as reflected on the Customer Statements.

17. These two cash deposits provided BLMIS Account 1Z0011 with a total of $65,000 of principal.

18. Between November 10, 1986 and December 11, 2008, BLMIS Account 1Z0011 reflected a total of 12 cash withdrawals totaling $60,000 – an amount which included both principal ***and*** fictitious profits.

19. On July 8, 1997, there was an inter-account transfer from BLMIS Account 1Z0011 into Zraick Account 1Z0020 in the amount of $253,325, as reflected on the Customer

---

[4] *See* my expert report regarding the Analysis of the Profit Withdrawal Transactions, dated July 14, 2015, No. 08-01789 (SMB), ECF No. 10663; *see also* my expert report regarding the Supplemental Analysis of the Profit Withdrawal Transactions, dated December 17, 2015, No. 08-01789 (SMB), ECF No.13869; and also my expert report regarding the Second Supplemental Analysis of the Profit Withdrawal Transactions, dated June 3, 2016, No. 08-01789 (SMB), ECF No. 13869.

3

Statements. However, because BLMIS Account 1Z0011 had only $5,000 of principal available at the time of this inter-account transfer, Zraick Account 1Z0020 was credited with $5,000 of principal. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibit 4A** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1Z0011; *see also* **Exhibit 4B** for the Detailed Schedule for the Principal Balance Calculation for Zraick Account 1Z0020.)

20. The 12 cash withdrawals and one inter-account transfer out of BLMIS Account 1Z0011 were reflected on the Customer Statements with a transaction code of "CW," and were debited from the customer's account.

**B.     Description of the Cash Deposits and the Inter-Account Transfer Into Zraick Account 1Z0020**

21. On July 8, 1997, Zraick Account 1Z0020 was opened with an inter-account transfer from BLMIS Account 1Z0011 in the amount of $253,325, as reflected on the Customer Statements. However, as discussed above, Zraick Account 1Z0020 was only credited with $5,000 of principal from this inter-account transfer. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 4A** and **4B**.)

22. Subsequent to this initial inter-account transfer, there were two cash deposits via checks into Zraick Account 1Z0020 in the aggregate amount of $38,000, all representing principal.

23. The two cash deposits and one inter-account transfer into Zraick Account 1Z0020 were reflected on the Customer Statements with a transaction code as follows:

- 2 cash deposits were identified with a transaction code of "CA"; and
- 1 inter-account transfer was identified with a transaction code of "JRNL."

24. The two cash deposits and one inter-account transfer into Zraick Account 1Z0020 were credited to the customer's account as reflected on the Customer Statements.

25. In sum, these two cash deposits and one inter-account transfer provided Zraick Account 1Z0020 with a total of $43,000 principal. (*See* **Exhibit 3A**.)

4

**C.      Description of the Cash Withdrawals Out of Zraick Account 1Z0020**

26.     Between July 8, 1997 and December 11, 2008, Zraick Account 1Z0020 reflected a total of 58 cash withdrawals totaling $469,000 – an amount which included both principal ***and*** fictitious profits.

27.     The 58 cash withdrawals out of Zraick Account 1Z0020 were reflected on the Customer Statements with a transaction code of "CW," and were debited from the customer's account.

28.     The Principal Balance Calculation for Zraick Account 1Z0020 demonstrates that between July 8, 1997 and December 11, 2008, $469,000 was withdrawn from BLMIS, which consisted of $43,000 of principal and an additional $426,000 of funds withdrawn in excess of principal, representing fictitious profits. Within the two-year period prior to December 11, 2008, $180,000 of fictitious profits was withdrawn from Zraick Account 1Z0020. (*See* **Exhibit 4B**.)

**III.    DESCRIPTION OF ACTIVITY IN ZRAICK ACCOUNT 1Z0037 AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION**

29.     Zraick Account 1Z0037 was maintained with BLMIS beginning in May 2004. Throughout its account history with BLMIS, Zraick Account 1Z0037 had a total of seven cash withdrawal transactions. In addition to these cash withdrawal transactions, there was one inter-account transfer from BLMIS Account 1Z0035 into Zraick Account 1Z0037.

30.     The cash withdrawal transactions, as well as the inter-account transfer, all impacted the Principal Balance Calculation for Zraick Account 1Z0037. Each of these transactions was reflected on the Customer Statements between May 2004 and November 2008.

31.     Thus, in order to perform the Principal Balance Calculation for Zraick Account 1Z0037, BLMIS Account 1Z0035 was analyzed to determine the amount of principal available in that account that could be transferred into Zraick Account 1Z0037.

32.     To determine the amount of principal available in BLMIS Account 1Z0035, five additional accounts, BLMIS Accounts 1S0090, 1S0345, 1Z0010, 1Z0013, and 1Z0021, were analyzed because inter-account transfers from those accounts impacted the principal balance in BLMIS Account 1Z0035.

5

33.     **Exhibit 3B** to this report (Summary Schedule of Cash and Principal Activity in Zraick Account 1Z0037) provides a summary of the activity in the BLMIS accounts that impacted the Principal Balance Calculation for Zraick Account 1Z0037.

34.     **Exhibits 5A-5G** to this report provide detailed schedules for the Principal Balance Calculation for BLMIS Accounts 1S0090, 1S0345, 1Z0010, 1Z0013, 1Z0021, 1Z0035, and Zraick Account 1Z0037, respectively.

A.  **Summary of Activity in BLMIS Account 1S0090 and the Inter-Account Transfer Into BLMIS Account 1S0345**

35.     BLMIS Account 1S0090 was maintained with BLMIS prior to April of 1981.[5] As discussed in greater detail in the Principal Balance Calculation Report, March 31, 1981 was the earliest date for which the BLMIS records provide the necessary information reported on monthly Customer Statements to calculate the principal balance for all accounts opened prior to April of 1981.[6] As BLMIS Account 1S0090 was opened prior to April of 1981, BLMIS Account 1S0090 was granted an initial principal credit on April 1, 1981 equal to the account's reported ending cash balance and the historical cost of the securities reportedly held in the account as of March 31, 1981 on the Customer Statement.[7]

36.     Because BLMIS Account 1S0090 was opened prior to April of 1981, the Principal Balance Calculation granted an initial principal credit in the amount of $124,792.[8]

37.     Subsequent to this initial principal credit, there were two cash deposits[9] via checks into BLMIS Account 1S0090 in the aggregate amount of $130,000, all representing principal.

---

[5] BLMIS Account 1S0090 was known as BLMIS Account 10193811 at this time. (*See* **Exhibit 6** for a copy of the March 1981 Customer Statement for BLMIS Account 1S0090; *see also* **MF00092071**.)
[6] *See* Principal Balance Calculation Report at ¶¶20-22.
[7] The BLMIS Customer Statements reported amounts related to securities purportedly held at historical cost values, as opposed to market values, and therefore the historical cost basis was used in the limited instances in which BLMIS accounts pre-dated April 1, 1981.
[8] The amount of principal credit granted to BLMIS Account 1S0090 is calculated using the following formula: [New Balance] + [Value of Long Security Positions] - [Value of Short Security Positions]. Based on the March 1981 Customer Statement for BLMIS Account 1S0090, the calculation is as follows: [$129,252.87] + [$119,972.25] - [$124,433.19] = [$124,791.93]. (*See* **Exhibit 6**.)
[9] These cash deposits exclude the line items on the Customer Statement related to a wire for $250,000 on September 18, 1986, which was cancelled on September 19, 1986. (*See* **Exhibit 5A** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0090.)

6

38. The two cash deposits into BLMIS Account 1S0090 were reflected on the Customer Statements with a transaction code of "CA," and were credited to the customer's account.

39. In addition to these cash deposits, I have granted principal credit for one additional deposit into BLMIS Account 1S0090 in the amount of $1,000. Because no BLMIS records were available to identify cash and principal transactions for BLMIS Account 1S0090 for the month of July 1988, I reviewed the available BLMIS records immediately preceding and following the month of July 1988. Based on my review, I calculated that the purported equity (inclusive of fictitious gains) reported in the account at the end of June 1988 and August 1988 was $150,000 and $156,375, respectively, representing a reported growth of 4.25%. At the direction of Trustee's counsel, I was instructed: (i) to quantify the increase in purported equity in the account during the two month period from June 30, 1988 to August 31, 1988, assuming a monthly growth rate of approximately 2.0% per month to represent the amount of anticipated growth from the fictitiously reported trading; and (ii) to assume that any amount in excess of that growth rate was likely to be an increase in new principal in the form of a cash deposit during the month for which no BLMIS Customer Statement is available in the BLMIS records. The result of these calculations is that the purported equity in the account increased by a total of $375 in excess of the anticipated growth at a rate of approximately 2.0% per month. As such, I have credited BLMIS Account 1S0090 with an inferred cash deposit in the amount of $1,000, which would have taken place in July 1988 (equal to the $375 rounded up to the nearest one thousand).[10]

40. This initial principal credit and three cash deposits provided BLMIS Account 1S0090 with a total of $255,792 of principal.

41. Between April 1, 1981 and December 11, 2008, BLMIS Account 1S0090 reflected a total of 115 cash withdrawals totaling $458,014 – an amount which included both principal *and* fictitious profits.

42. On July 25, 1997, there was an inter-account transfer from BLMIS Account 1S0090 into BLMIS Account 1S0345 in the amount of $254,056, as reflected on the Customer Statements. However, due to the negative principal balance in BLMIS Account 1S0090 at the

---

[10] *See* **Exhibit 7** for the June 1988 and August 1988 Customer Statements for BLMIS Account 1S0090. BLMIS Account 1S0090 was known as BLMIS Account 10194710 at this time.

7

time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1S0345. Therefore, this amount was not credited as principal into BLMIS Account 1S0345 because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibit 5A**; *see also* **Exhibit 5B** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1S0345.)

44. The 115 cash withdrawals and one inter-account transfer out of BLMIS Account 1S0090 were reflected on the Customer Statements with a transaction code as follows:

- 1 inter-account transfer was identified with a transaction code of "CW";
- 106 cash withdrawals were identified with a transaction code of "PW"; and
- 9 cash withdrawals were identified with a transaction code of "PYMT."

45. The 115 cash withdrawals and one inter-account transfer out of BLMIS Account 1S0090 were debited from the customer's account as reflected on the Customer Statements.

**B.    Summary of Activity in BLMIS Account 1S0345 and the Inter-Account Transfers Into BLMIS Accounts 1Z0021 and 1N0022**

46. On July 25, 1997, BLMIS Account 1S0345 was opened with an inter-account transfer from BLMIS Account 1S0090 in the amount of $254,056, as reflected on the Customer Statements. However, as discussed above, due to the negative principal balance in BLMIS Account 1S0090 at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1S0345. Therefore, this amount was not credited as principal into BLMIS Account 1S0345 because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 5A** and **5B**.)

47. The one inter-account transfer into BLMIS Account 1S0345 was reflected on the Customer Statement with a transaction code of "JRNL," and was credited to the customer's account.

48. This one inter-account transfer provided BLMIS Account 1S0345 with $0 of principal.

49. Between July 25, 1997 and December 11, 2008, BLMIS Account 1S0345 reflected a total of 30 cash withdrawals totaling $286,692 – an amount which consisted entirely of fictitious profits.

50. On October 28, 1999, there were two inter-account transfers from BLMIS Account 1S0345 into BLMIS Accounts 1Z0021 and 1N0022 in equal amounts of $64,268, as

8

reflected on the Customer Statements. However, due to the negative principal balance in BLMIS Account 1S0345 at the time of these inter-account transfers, there was no principal available to be transferred into BLMIS Accounts 1Z0021 and 1N0022. Therefore, these amounts were not credited as principal into BLMIS Accounts 1Z0021 and 1N0022 because these reported inter-account transfers constituted fictitious profits. (*See* **Exhibit 5B**; *see also* **Exhibit 5E** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1Z0021.)

51. The 30 cash withdrawals and two inter-account transfers out of BLMIS Account 1S0345 were reflected on the Customer Statements with a transaction code of "CW," and were debited from the customer's account.

**C.    Summary of Activity in BLMIS Account 1Z0010 and the Inter-Account Transfer Into BLMIS Account 1Z0013**

52. On March 2, 1987, BLMIS Account 1Z0010 was opened with a cash deposit via check in the amount of $100,000, all representing principal.

53. The one cash deposit into BLMIS Account 1Z0010 was reflected on the Customer Statement with a transaction code of "JRNL," and was credited to the customer's account.

54. In addition to this cash deposit, I have granted principal credit for one additional deposit into BLMIS Account 1Z0010 in the amount of $1,000. Because no BLMIS records were available to identify cash and principal transactions for BLMIS Account 1Z0010 for the month of July 1988, I reviewed the available BLMIS records immediately preceding and following the month of July 1988. Based on my review, I calculated that the purported equity (inclusive of fictitious gains) reported in the account at the end of June 1988 and August 1988 was $131,477 and $137,032, respectively, representing a reported growth of 4.22%. At the direction of Trustee's counsel, as discussed above, I was instructed to quantify the increase in purported equity in the account during the two month period from June 30, 1988 to August 31, 1988 in excess of the purported growth rate of approximately 2.0% per month. The result of these calculations is that the purported equity in the account increased by a total of $295 in excess of the anticipated growth at a rate of approximately 2.0% per month. As such, I have credited BLMIS Account 1Z0010 with an inferred cash deposit in the amount of $1,000, which would have taken place in July 1988 (equal to the $295 rounded up to the nearest one thousand).[11]

---

[11]    *See* **Exhibit 8** for the June 1988 and August 1988 Customer Statements for BLMIS Account 1Z0010. BLMIS Account 1Z0010 was known as BLMIS Account 10261210 at this time.

9

55. These two cash deposits provided BLMIS Account 1Z0010 with a total of $101,000 of principal.

56. On May 15, 1996, there was an inter-account transfer from BLMIS Account 1Z0010 into BLMIS Account 1Z0013 in the amount of $557,707, as reflected on the Customer Statements. However, because BLMIS Account 1Z0010 had only $101,000 of principal available at the time of this inter-account transfer, BLMIS Account 1Z0013 was credited with $101,000 of principal. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibit 5C** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1Z0010; *see also* **Exhibit 5D** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1Z0013.)

57. The one inter-account transfer out of BLMIS Account 1Z0010 was reflected on the Customer Statement with a transaction code of "CW," and was debited from the customer's account.

D. **Summary of Activity in BLMIS Account 1Z0013 and the Inter-Account Transfer Into BLMIS Account 1Z0021**

58. On May 15, 1996, BLMIS Account 1Z0013 was opened with an inter-account transfer from BLMIS Account 1Z0010 in the amount of $557,707, as reflected on the Customer Statements. However, as discussed above, BLMIS Account 1Z0013 was only credited with $101,000 of principal from this inter-account transfer. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 5C** and **5D**.)

59. The one inter-account transfer into BLMIS Account 1Z0013 was reflected on the Customer Statement with a transaction code of "JRNL," and was credited to the customer's account.

60. This one inter-account transfer provided BLMIS Account 1Z0013 with $101,000 of principal.

61. On July 25, 1997, there was an inter-account transfer from BLMIS Account 1Z0013 into BLMIS Account 1Z0021 in the amount of $660,733, as reflected on the Customer Statements. However, because BLMIS Account 1Z0013 had only $101,000 of principal available at the time of this inter-account transfer, BLMIS Account 1Z0021 was credited with $101,000 of principal. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 5D** and **5E**.)

62.     The one inter-account transfer out of BLMIS Account 1Z0013 was reflected on the Customer Statement with a transaction code of "CW," and was debited from the customer's account.

**E.      Summary of Activity in BLMIS Account 1Z0021 and the Inter-Account Transfers Into BLMIS Accounts 1N0022 and 1Z0035**

63.     On July 25, 1997, BLMIS Account 1Z0021 was opened with an inter-account transfer from BLMIS Account 1Z0013 in the amount of $660,733, as reflected on the Customer Statements. However, as discussed above, BLMIS Account 1Z0021 was only credited with $101,000 of principal from this inter-account transfer. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 5D** and **5E**.)

64.     Subsequent to this initial inter-account transfer, there was a cash deposit via check into BLMIS Account 1Z0021 in the amount of $400,000, all representing principal.

65.     On October 28, 1999, there was an inter-account transfer from BLMIS Account 1S0345 into BLMIS Account 1Z0021 in the amount of $64,268, as reflected on the Customer Statements. However, as discussed above, due to the negative principal balance in BLMIS Account 1S0345 at the time of this inter-account transfer, there was no principal available to be transferred into BLMIS Account 1Z0021. Therefore, this amount was not credited as principal into BLMIS Account 1Z0021 because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 5B** and **5E**.)

66.     The two inter-account transfers and one cash deposit into BLMIS Account 1Z0021 were reflected on the Customer Statements with a transaction code as follows:

- 1 inter-account transfer and 1 cash deposit were identified with a transaction code of "CA"; and
- 1 inter-account transfer was identified with a transaction code of "JRNL."

67.     The two inter-account transfers and one cash deposit into BLMIS Account 1Z0021 were credited to the customer's account as reflected on the Customer Statements.

68.     These two inter-account transfers and one cash deposit provided BLMIS Account 1Z0021 with a total of $501,000 of principal.

11

69.     Between July 25, 1997 and December 11, 2008[12], BLMIS Account 1Z0021 reflected a total of nine cash withdrawals totaling $390,000.

70.     Between October 4, 1999 and December 31, 2003, there were two inter-account transfers from BLMIS Account 1Z0021 into BLMIS Accounts 1N0022 and 1Z0035 in the aggregate amount of $1,624,211: (i) $490,934 into BLMIS Account 1N0022 on October 4, 1999; and (ii) $1,133,277 into BLMIS Account 1Z0035 on December 31, 2003, as reflected on the Customer Statements. However, because BLMIS Account 1Z0021 had only $101,000 and 10,000 of principal available at the time of these inter-account transfers, BLMIS Accounts 1N0022 and 1Z0035 were credited with $101,000 and 10,000 of principal, respectively. The remaining balance of these reported inter-account transfers constituted fictitious profits. (*See* **Exhibit 5E**; *see also* **Exhibit 5F** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1Z0035.)

71.     The nine cash withdrawals and two inter-account transfers out of BLMIS Account 1Z0021 were reflected on the Customer Statements with a transaction code of "CW," and were debited from the customer's account.

**F.      Summary of Activity in BLMIS Account 1Z0035 and the Inter-Account Transfer Into Zraick Account 1Z0037**

72.     On December 31, 2003, BLMIS Account 1Z0035 was opened with an inter-account transfer from BLMIS Account 1Z0021 in the amount of $1,133,277, as reflected on the Customer Statements. However, as discussed above, BLMIS Account 1Z0035 was only credited with $10,000 of principal from this inter-account transfer. The remaining balance of this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 5E** and **5F**.)

---

[12] The information on all Customer Statements and BLMIS records regarding payments to account holders provides the "issue date" of the check or wire; however, the funds change hands on the "clearing date," which is subsequent to the date of issuance for check payments. At the direction of the Trustee's counsel, the Principal Balance Calculation uses the clearing date for checks which were issued before certain cut-off dates (90-day, one-year, two-year, and six-year) before December 11, 2008, but cleared during those time periods. (*See* Principal Balance Calculation Report ¶30, n. 10.) Applying that methodology, for the cash withdrawal transaction via check listed on **Exhibit 5E** in the amount of $90,000 and dated December 16, 2002, I used the clearing date of the check (December 16, 2002), as opposed to the date when the check was issued (December 5, 2002), as reflected on the Customer Statement. (*See* **JPMSAF0009748**-**JPMSAF0009749** and **MADWAA00128244**-**MADWAA00128245**.)

73. The one inter-account transfer into BLMIS Account 1Z0035 was reflected on the Customer Statement with a transaction code of "JRNL," and was credited to the customer's account.

74. This one inter-account transfer provided BLMIS Account 1Z0035 with $10,000 of principal.

75. Between December 31, 2003 and December 11, 2008, BLMIS Account 1Z0035 reflected a total of five cash withdrawals totaling $441,188 – an amount which included both principal *and* fictitious profits.

76. On May 26, 2004, there was an inter-account transfer from BLMIS Account 1Z0035 into Zraick Account 1Z0037 in the amount of $728,867, as reflected on the Customer Statements. However, due to the negative principal balance in BLMIS Account 1Z0035 at the time of this inter-account transfer, there was no principal available to be transferred into Zraick Account 1Z0037. Therefore, this amount was not credited as principal into Zraick Account 1Z0037 because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibit 5F**; *see also* **Exhibit 5G** for the Detailed Schedule for the Principal Balance Calculation for Zraick Account 1Z0037.)

77. The five cash withdrawals and one inter-account transfer out of BLMIS Account 1Z0035 were reflected on the Customer Statements with a transaction code of "CW," and were debited from the customer's account.

### G. Description of the Inter-Account Transfer Into Zraick Account 1Z0037

78. On May 26, 2004, Zraick Account 1Z0037 was opened with an inter-account transfer from BLMIS Account 1Z0035 in the amount of $728,867, as reflected on the Customer Statements. However, as discussed above, due to the negative principal balance in BLMIS Account 1Z0035 at the time of this inter-account transfer, there was no principal available to be transferred into Zraick Account 1Z0037. Therefore, this amount was not credited as principal into Zraick Account 1Z0037 because this reported inter-account transfer constituted fictitious profits. (*See* **Exhibits 5F** and **5G**.)

79. The one inter-account transfer into Zraick Account 1Z0037 was reflected on the Customer Statement with a transaction code of "JRNL," and was credited to the customer's account.

80. In sum, this one inter-account transfer provided Zraick Account 1Z0037 with $0 of principal. (*See* **Exhibit 3B**.)

### H.  Description of the Cash Withdrawals Out of Zraick Account 1Z0037

81. Between May 26, 2004 and December 11, 2008, Zraick Account 1Z0037 reflected a total of seven cash withdrawals totaling $195,000 – an amount which consisted entirely of fictitious profits.

82. The seven cash withdrawals out of Zraick Account 1Z0037 were reflected on the Customer Statements with a transaction code of "CW," and were debited from the customer's account.

83. The Principal Balance Calculation for Zraick Account 1Z0037 demonstrates that between May 26, 2004 and December 11, 2008, $195,000 was withdrawn from BLMIS, which consisted entirely of funds withdrawn in excess of principal, representing fictitious profits. Within the two-year period prior to December 11, 2008, $105,000 of fictitious profits was withdrawn from Zraick Account 1Z0037. (*See* **Exhibit 5G**.)

## IV.  SIGNATURE AND RIGHT TO MODIFY

84. This report and the exhibits contained herein present my findings and the bases thereof. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

Respectfully submitted,

_[signature]_

Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: November 16, 2016

14