| | |
|---|---|
| Peter S. Partee, Sr.<br>Robert A. Rich<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 309-1100 | Hearing Date and Time: March 29, 2017 at 10:00 a.m.<br>Objection Deadline: March 22, 2017 |

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　Plaintiff-Applicant,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　Plaintiff,<br>　　v.<br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br>　　　　Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**NOTICE OF HEARING ON ZRAICK DEFENDANTS' MOTION FOR ENTRY OF AN ORDER (I)(A) EXTENDING TIME FOR REBUTTAL EXPERT DISCLOSURES BY TWELVE DAYS OR (B) IN THE ALTERNATIVE, DECLARING DEFENDANTS' REBUTTAL EXPERT REPORT TIMELY SERVED; AND (II) COMPELLING THE PRODUCTION OF DOCUMENTS CONCERNING <u>SECURITIES LISTED ON DEFENDANTS' CUSTOMER STATEMENTS</u>**

**PLEASE TAKE NOTICE** that on March 6, 2017, defendants Edward A. Zraick, Jr, Nancy Zraick, Patricia DeLuca and Karen Rich filed the *Zraick Defendants' Motion for Entry of an Order (I)(A) Extending Time for Rebuttal Expert Disclosures by Twelve Days or (B) in the alternative, Declaring Defendants' Rebuttal Expert Report Timely Served; and (II) Compelling the Production of Documents Concerning Securities Listed on Defendants' Customer Statements* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **March 29, 2017 at 10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must (i) be made in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, which can be found at www.nysb.uscourts.gov; (iii) set forth with specificity the name of the objector and the legal and factual grounds for the objection; (iv) be filed in accordance with General Order M-399 of the Bankruptcy Court; and (v) be filed with the Bankruptcy Court, with a courtesy copy delivered to the Chambers of the Stuart M. Bernstein, together with the proof of service thereof, and served upon Hunton & Williams LLP, 200 Park Avenue, New York, New York 10166 (Attn: Robert A. Rich, Esq.); so as to be actually received no later than **March 22, 2017.**

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served, the Motion shall be deemed uncontested and an order granting the relief requested in the Motion may be entered with no further notice or opportunity to be heard offered to any party.

Dated: March 6, 2017
      New York, New York      **HUNTON & WILLIAMS LLP**

/s/ *Robert A. Rich*
Peter S. Partee, Sr.
Robert A. Rich
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1132
Email: rrich2@hunton.com

*Counsel for Defendants Edward A. Zraick, Jr.,
Nancy Zraick, Patricia DeLuca and Karen M. Rich*

2