UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Transferees Stewart Katz and Judith Katz (the "Claimants"), having filed an objection (the "Objection," Docket No. 3674) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#005511), hereby gives notice that they withdraw such Objection.

Dated: ~~February~~ March 1, 2017

_____
Elise S. Frejka on behalf of Claimants
Frejka PLLC
205 East 42nd Street – 20th Floor
New York, NY 10017
Tel. (212) 641-0800