**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>S. DONALD FRIEDMAN, individually and in his capacity as a beneficiary of an Individual Retirement Account, SAUNDRA FRIEDMAN, BROADWAY-ELMHURST CO. LLC, and ARI FRIEDMAN,<br><br>　　　　　Defendant. | Adv. Pro. No. 10-05395 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF DEFENDANTS ARI FRIEDMAN AND BROADWAY-ELMHURST CO. LLC
### WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Ari Friedman and Broadway-Elmhurst Co. LLC ("Broadway-Elmhurst"), by and through their counsel, Moses & Singer LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On March 31, 2011, the Trustee filed and served the Complaint against Ari Friedman, Broadway-Elmhurst, Saundra Friedman, and S. Donald Friedman, individually and in his capacity as a beneficiary of an individual retirement account (the "Defendants").

2. On May 13, 2011, Defendants served an answer on the Trustee.

3. On December 8, 2016, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. On January 24, 2017, the Trustee filed and served a Notice of Settlement concerning the Settlement Agreement. No objections were filed to the Notice of Settlement. Accordingly, on February 7, 2017, the Settlement Agreement became effective.

5. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to the above-captioned adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal of the Trustee's claims against Ari Friedman and Broadway-Elmhurst in this proceeding with prejudice and without costs to Trustee, Ari Friedman, or Broadway-Elmhurst.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: March 6, 2017

**BAKER & HOSTETLER LLP**

By: _/s/ Fernando A. Bohorquez, Jr._
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Fernando A. Bohorquez, Jr.
Email: fbohorquez@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**MOSES & SINGER LLP**

By: _/s/ Kent Kolbig_
The Chrysler Building
405 Lexington Ave.
New York, New York 10174
Telephone: 212.554.7822
Facsimile: 212.377.6052
Kent Kolbig
Email: kkolbig@mosessinger.com
Mark N. Parry
Email: mparry@mosessinger.com

*Attorneys for Defendants Ari Friedman and Broadway-Elmhurst Co. LLC*

**SO ORDERED**

**Dated: March 7, 2017**
**New York, New York**

                                            **/s/ STUART M. BERNSTEIN**
                                            **HONORABLE STUART M. BERNSTEIN**
                                            **UNITED STATES BANKRUPTCY JUDGE**