**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Debtor, | SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                    )
                                             )       ss:
COUNTY OF DALLAS              )

JOHN FRANKS, being duly sworn, deposes and says:

1.      I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On March 3, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1.   Trustee's Motion To Remove Former Parties In Interest From The Master Service List And For A Procedure To Effect Future Updates To The Master Service List (Docket Number 15128)

   2.   Notice Of Trustee's Motion To Remove Former Parties In Interest From The Master Service List And For A Procedure To Effect Future Updates To The Master Service List (Docket Number 15131)

   3.   Declaration Of Vineet Sehgal In Support Of The Trustee's Motion To Remove Former Parties In Interest From The Master Service List And For A Procedure To Effect Future Updates To The Master Service List (Docket Number 15133)

Executed on March 6, 2017

John Franks

Sworn to and subscribed before me this 6th day of March, 2017



(SEAL)

Notary Public    March 27, 2018

2

Exhibit A

Exhibit A
March 3, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | USA | Counsel |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Silver Golub & Teitell LLP | David S. Golub | 184 Atlantic St. | Stamford | CT | 06901 | USA | Counsel |
| Redacted for Confidentiality Reasons | | | | | | | |