**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

S. Donald Friedman (the "Claimant"), having filed objections (the "Friedman Objections," Docket Nos. 2390, 2882) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claim #13407 and #13542, hereby gives notice that he withdraws such Objections.

Dated: March 7, 2017                              */s/ Kent Kolbig*
                                                                Kent Kolbig on behalf of S. Donald Friedman
                                                                Moses & Singer LLP
                                                                405 Lexington Ave.
                                                                New York, NY 10174
                                                                Tel. No. 212-554-7822