**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
(888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendants listed on Exhibit A annexed hereto*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**DECLARATION OF HELEN DAVIS CHAITMAN**

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner with Chaitman LLP, counsel to the Defendants listed on **Exhibit A** ("Defendants"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in connection with Defendants' Memorandum of Law in Opposition to the Picower Parties' Motion to Redact Portions of the December 20, 2016 Deposition Transcript of Bernard L. Madoff.

3.      Annexed hereto as **Exhibit B** is a true and correct copy of the relevant portions of Madoff's deposition transcript in the *Optimal* litigation cited in Defendants' Memorandum of Law.

4.      Annexed hereto as **Exhibit C** is a true and correct copy of the relevant portions of Madoff's deposition transcript in *P&S Assocs. v. Jacob, et al.*, 12-034123 (Fla. Cir. Ct.) cited in Defendants' Memorandum of Law.

5.      Annexed hereto as **Exhibit D** is a true and correct copy the relevant portions of Madoff's June 15, 2016 deposition transcript from the omnibus Profit Withdrawal proceeding cited in Defendants' Memorandum of Law.

I declare under penalty of perjury that the foregoing is true and correct.

March 9, 2017

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212-589-4200
Facsimile: 212-589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY 10022
Telephone: 212-759-2000
Facsimile: 212-593-5955
Marcy Ressler Harris
Email: marcy.harris@srz.com
William D. Zabel
Email: william.zabel@srz.com
Michael Kwon
Email: michael.kwon@srz.com
Jennifer M. Opheim
Email: jennifer.opheim@srz.com

*Attorneys for Picower Parties*

**CHAITMAN LLP**
By: /s/ Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Participating Claimants listed on Exhibit A annexed hereto*