# EXHIBIT A

EXHIBIT "A"                                    Page **1** of **6**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-04292 | Robert Roman | 7/25/1997 | 1R0148 | 1R003110 | |
| 10-04302 | Joan Roman | 7/25/1997 | 1R0147 | 1R003010<br>1ZG01830 | |
| 10-04306 | Angela Tiletnick | 4/14/1997 | 1T0040 | 1T001010<br>(1T0010) | |
| 10-04321 | Herbert Barbanel, et al. | 4/24/1997 | 1B0168 | 1B000210 | |
| 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | 4/24/1997<br>12/19/2000<br>7/10/1997 | 1A0086<br>1A0118<br>1S0324 | 1A001610<br>1A008730<br>(1A0087)<br>1A016230<br>(1A0162)<br>1S005210<br>(1S0052)<br>1ZR04030<br>(1ZR040)<br>1A008630<br>(1A0086)<br>1S032330<br>(1S0323)<br>1A004920<br>(1S0049) | 1S032430<br>1A006730<br>1A009030<br>1A008530 |
| 10-04344 | Alexander Sirotkin | 4/4/1988 | 1S0102 | 1S025330<br>1K019830<br>1S051330<br>1R023430 | |
| 10-04367 | Benjamin T. Heller | 11/2/1988 | 1H0022 | 1H008530<br>(1H0085)<br>1H007530<br>(1H0075)<br>1H016630<br>(1H0166) | |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/91, as amended, et al. | 1/4/1993 | 1EM145 | E & M 3<br>1EM48930<br>1EM48830 | 1EM14430<br>1EM39630 |
| 10-04438 | Estate of Seymour Epstein, et al. | 1/4/1993 | 1CM049 | 1C006130 | |
| 10-04446 | Trust Under Agreement Dated 12/6/99 for the | 10/29/1991<br>1/11/2000 | 1K0032<br>1K0159 | 1K003230 | 1K015930 |

EXHIBIT "A"                                    Page **2** of **6**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| | benefit of Walter and Eugenie Kissinger, et al. | | | | |
| 10-04469 | Carol L. Kamenstein, et al. | 7/8/1993 9/7/1999 12/27/2004 12/27/2004 | 1CM247 1CM597 1CM913 1CM914 | 1CM29530 (1CM295) 1CM24730 | |
| 10-04474 | Roger Rechler Revocable Trust, et al. | 5/20/1985 | 1R0019 | North Shore 10140530 (1N0007) | |
| 10-04487 | Estate of Audrey Weintraub, et al. | 8/19/2003 | 1EM448 | 1EM32930 1EM44730 | |
| 10-04503 | Judd Robbins | 11/21/1994 | 1ZR234 | 1ZA00630 1ZB40830 | |
| 10-04541 | Felice J. Perlman and Sanford S. Perlman | 7/8/1997 | 1P0074 | 1P005210 | |
| 10-04545 | Jerome Goodman, et al. | 3/2/1998 3/2/1998 5/1/2003 | 1CM520 1CM521 1CM787 | 1CM52130 | |
| 10-04570 | Jacob M. Dick Rev Living Trust Dtd 4/6/01, et al. (Marks-Breen) | 4/27/1995 5/26/2004 | 1CM325 1CM883 | | 1CM88430 (1CM884) |
| 10-04599 | Alvin E. Shulman | 6/2/1997 | 1S0290 | 1S017710 | |
| 10-04606 | Estate of Florence W. Shulman, et al. | 2/3/1997 6/9/1997 12/16/2005 | 1F0091 1S0291 1S0517 | 1S007830 1S007910 | 1S051630 1S051730 |
| 10-04614 | Robert S. Whitman | 6/16/1999 | 1W0105 | 1C104930 1C132030 1W007530 | |
| 10-04655 | Jaffe Family Investment Partnership and Bruce Jaffe | 7/23/1998 | 1EM387 | 1EM24130 1EM40830 | |
| 10-04668 | Timothy Shawn Teufel And Valerie Ann Teufel Family Trust U/T/D 5/24/95, et al. | 6/1/1995 4/14/1998 | 1KW143 1KW219 | 1KW10130 | |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. | 7/31/1997 | 1K0129 | 1K001410 | 1ZA89830 |
| 10-04728 | Bruno L. DiGiulian | 12/8/1992 | 1ZR024 | 1ZA25830 | |

EXHIBIT "A"                                          Page **3** of **6**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-04748 | Mark Horowitz, individually and as a joint tenant | 10/4/1989 | 1KW009 | 1KW01530 | |
| 10-04749 | Philip F. Palmedo | 1/4/1993 | 1CM142 | 1C001930 | |
| 10-04752 | Kuntzman Family LLC, et al. | 12/14/1992 | 1ZA539 | 1ZB46730 | J SHRAGE |
| 10-04762 | Estate of James M. Goodman, et al. | 2/3/2000 | 1G0320 | 50 ACCT | |
| 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. | 1/22/1993 8/29/2000 6/30/2005 | 1EM241 1EM408 1J0064 | 1EM2830 1J004830 (1J0048) | 1EM38730 (1EM387) |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | 6/11/1998 | 1ZB352 | 1ZA97630 | |
| 10-04806 | Kenneth M. Kohl, et al. | 7/26/1996 | 1ZB286 | 1ZA84730 1ZA58630 | |
| 10-04809 | Edyne Gordon, et al. | 5/11/1995 | 1EM331 | n/a | |
| 10-04818 | Toby Harwood, et al. | 12/21/1992 | 1ZA716 | 1ZA71730 | |
| 10-04823 | Frank Difazio | 3/26/2003 | 1D0071 | 1D003130 | |
| 10-04826 | Estate of Boyer Palmer, et al. | 2/3/2000 | 1P0098 | 50 ACCT | |
| 10-04852 | Alvin E. Shulman Pourover Trust, et al. | 12/16/2005 | 1S0516 | 1F009130 | |
| 10-04859 | Bert Margolies Trust, et al. | 12/24/1992 1/2/1998 9/11/2007 | 1ZA799 1ZB342 1ZB582 | | 1ZB58130 (1ZB581) |
| 10-04878 | Lisa Beth Nissenbaum Trust; Neal Kurn, in his capacity as Trustee for the Lisa Beth Nissenbaum Trust; and Lisa B. Nissenbaum | 2/28/2005 | 1EM475 | 1EM24630 | |
| 10-04912 | Harry Smith Revocable Living Trust, et al. | 8/7/1997 | 1S0355 | 1S011610 | 1S035330 1S035330 |
| 10-04920 | Glenhaven Limited, et al. | 1/4/1993 | 1CM074 | 1C006130 | |
| 10-04931 | The Estate of Muriel B. Cantor, Nancy Atlas | 7/24/1992 7/24/1992 | 1C1097 1C1098 | 1C100530 1C109730 | 1C109830 |
| 10-04956 | Denis M. Castelli | 7/31/2001 | 1C1301 | 1D005330 | |

EXHIBIT "A"                                    Page **4** of **6**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-04961 | Sylvan Associates LLC F/K/A Sylvan Associates Limited Partnership, et al. | 6/1/1993 | 1S0183 | 1SH16730 | |
| 10-04979 | James M. New Trust Dtd 3/19/01, et al. | 6/16/1999 | 1N0020 | 1C104930 1C132030 | |
| 10-04991 | Guiducci Family Limited Partnership, et al. | 12/8/1992 2/21/2002 | 1ZA278 1ZB423 | 1ZA18730 | |
| 10-04995 | Trust U/ART fourth O/W/O Israel Wilenitz, et al. | 6/30/2003 11/25/2003 | 1CM806 1CM837 | 1CM18830 1CM80730 (1CM807) | |
| 10-05026 | Walter Freshman Revocable Trust, et al. | 3/20/1997 3/20/1997 | 1F0092 1F0093 | 1F004410 1S041130 1F007010 (1F0070) | |
| 10-05037 | Barbara L. Savin | 1/4/1993 | 1EM180 | E&M3 | 1EM32330 |
| 10-05079 | Estate of James M. Goodman, et al. | 1/4/1993 | 1EM068 | E & M 3 | 1EM35730 |
| 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. | 4/24/1997 12/29/1999 | 1S0267 1S0399 | 1S002110 1A009430 1W007730 | 1S026930 |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | 6/10/1997 1/2/1998 | 1R0133 1R0171 | 1R007310 (1R0073) | |
| 10-05128 | JABA Associates LP, et al. | 11/18/1996 | 1EM357 | 1EM06830 | |
| 10-05130 | Barbara Kotlikoff Harman | 6/9/1997 | 1H0099 | 1H000810 1H013030 1H015130 | |
| 10-05133 | Fern C. Palmer, et al. | 1/26/1999 | 1EM396 | 1EM14530 | 1EM48930 1EM49130 1EM49230 1EM48830 1EM49330 1EM49030 1EM49430 |

EXHIBIT "A"                                           Page **5** of **6**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-05135 | Reckson Generation, et al. | 5/20/1985 12/15/1989 7/8/1997 7/8/1997 7/8/1997 | 1R0014 1R0017 1R0141 1R0142 1R0144 | 1H000130 (1H0001) 1R001310 (1R0013) 1R007610 (1R0076) 1R001810 (1R0018) 1R002110 (1R0021) | 10082030 (1H0001) 1R010630 (1R0106) 1R008630 (1R0086) 1R024230 (1R0242) 1R024530 (1R0245) 1R024430 (1R0244) |
| 10-05151 | Palmer Family Trust, et al. | 1/4/1993 | 1EM144 | E & M 3 1EM14530 | |
| 10-05157 | The Harnick Brothers Partnership, et al. | 7/24/1997 7/25/1997 2/27/2004 3/10/2004 3/10/2004 3/23/2004 | 1H0121 1H0123 1H0161 1B0261 1B0262 1B0264 | 1H001410 (1H0014) 1H006210 (1H0062) 1B019430 1B014330 (1B0143) | |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | 7/8/1997 | 1S0353 | 1S01170 1S035530 1S049930 | |
| 10-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. | 4/23/1997 | 1W0075 | 1C104930 | 1C132030 1W010530 1N002030 |
| 10-05309 | Ilene May (Pressman) | 12/21/1992 12/21/1992 | 1ZA733 1ZA734 | 1ZA92930 (1ZA929) | 1ZB25630 (1ZB256) |
| 10-05312 | Doron Tavlin Turst U/A 2/4/91 | 3/14/1991 | 1T0004 | R ZAID (102601) R ZAID 2 (102615) H ZAID (102617) 1T000630 (1T0006) 1T000530 (1T0005) 70 ACCT (1T0032) 1T005730 (1T0057) | 10202730 (1T003) 1T00330 (1T0003) 1T003130 (1T0031) 1T003230 (1T0032) |
| 10-05377 | Richard G. Eaton | 1/2/1996 | 1CM366 | 1CM28730 | |

EXHIBIT "A"                                                    Page **6** of **6**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-05420 | Gunther K. Unflat | 7/8/1997<br>7/25/1997 | 1U0017<br>1U0018 | 1U000410<br>(1U0004)<br>1U000810<br>(1U0008) | |
| 10-05435 | Keith Schaffer, Jeffrey Schaffer, and Donna Schaffer | 12/9/1992<br>12/10/1992<br>12/17/1992<br>12/29/1992 | 1ZA339<br>1ZA401<br>1ZA642<br>1ZA835 | 1ZA30930<br>(1ZA309) | |