# EXHIBIT B

**CONFIDENTIAL**

|   |   |
|---|---|
| | 1 |
| 1 | ** CONFIDENTIAL ** |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | SOUTHERN DISTRICT OF NEW YORK |
| 4 | |
| 5 | ----------------------X |
| 6 | IN RE OPTIMAL U.S.    :  CASE NO.:  10-cv-4095(SAS) |
| 7 | LITIGATION            : |
| 8 | ----------------------X |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | DEPOSITION OF BERNARD L. MADOFF |
| 15 | (Taken by the Plaintiffs) |
| 16 | Butner, North Carolina |
| 17 | August 7, 2012 |
| 18 | 7:51 a.m. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Reported by:  Lisa A. DeGroat, RPR |
|    | Notary Public |
| 25 | |

**VERITEXT REPORTING COMPANY**

(212) 279-9424　　　　www.veritext.com　　　　(212) 490-3430

CONFIDENTIAL

**Page 38**

1  Q. They sent you dollars?
2  A. They sent me dollars.
3  Q. You purchased equities for them; correct?
4  A. Correct.
5  Q. And you hedged it using options to minimize
6  the market risk; correct?
7  A. Right.
8     And those equities were held at -- at
9  either DTC or, you know, other places.
10  Q. Did -- did you provide the banks with
11  statements of their equity positions?
12  A. Yes. They were no different than any
13  other client of mine. We sent out confirmations
14  and monthly statements.
15  Q. So they received monthly statements on BMIS
16  letterhead?
17  A. Correct.
18  Q. And at one point you said that this for
19  awhile was a legitimate business; correct?
20  A. Correct.
21  Q. And then you said you got a little into
22  trouble?
23  A. Right.
24  Q. How did you get into trouble?
25  A. Okay. When the market crashed in '80 --

**Page 39**

1  well, part of the arrangement that I had with
2  these four clients was that their securities --
3  Q. Which four clients?
4  A. Jeffry Picower, Carl Shapiro and his
5  family. Picower had also a number of -- of
6  accounts, you know, large accounts.
7     Norman Levy, who was a large real estate
8  investor. Stanley Chase, who was a California
9  hedge fund -- it was really a limited
10  partnership. He never registered as a hedge
11  fund.
12     Those are the four clients. There were
13  a few others. The --
14  Q. You mentioned a Swiss guy?
15  A. Yeah -- no. Oh, that was -- he just
16  made the introductions, Albert Igoin.
17  Q. I understand.
18  A. He was in the pipeline.
19  Q. I understand.
20  A. The arrangement was that they would buy
21  this portfolio of securities, and then we would
22  sell options against it.
23     Now, the -- understand that these
24  options were primarily over-the-counter options.
25  Q. How is this related to the French banks?

**Page 40**

1  A. Because they were the counterparties on
2  the options, hedged their portfolios.
3  Q. Picower or Shapiro, who you --
4  A. So you basically had Picower or
5  Shapiro -- you had Picower and Shapiro, who
6  purchased the options. The options were sold by
7  the French banks -- you know, the French bank, I
8  should say.
9     And the understanding was that these
10  options were going -- they were long-term in
11  nature, commonly referred to as leaps. But the
12  understanding was that these options were to be
13  held for at least a year. And that was
14  primarily because the equities had to be held
15  for a year from the large clients.
16     The banks needed to have their positions
17  hedged as well. So it was an understanding
18  between the parties that these transactions were
19  long-term in nature.
20     The -- now, in those days
21  over-the-counter options were basically endorsed
22  by the broker putting them together, which meant
23  that he was standing behind the options.
24  Q. So you were standing behind the options?
25  A. Yeah. I mean, if they defaulted. As

**Page 41**

1  opposed to now, the clearing corporation
2  options -- the clearing corporation now handles
3  those transactions.
4     But all of the derivative products that
5  you see that got the industry -- the country
6  into trouble, all of these CDOs and CDSs and so
7  on, those are also over-the-counter options.
8     So a very, very small percentage of
9  option business, both equity options and all of
10  these derivatives, are actually done on
11  exchanges.
12     They are primarily all done over the
13  counter, where the various counterparties keep
14  changing and so on and so forth. And it's a
15  whole myriad of cyberspace type of situations.
16  Q. So let me try to break this down, see if I
17  understand it.
18     The French bank or banks sent you dollars
19  and purchased equities; correct?
20  A. Correct.
21  Q. And then also entered into option
22  transactions to hedge their market exposure?
23  A. Right.
24  Q. And the French banks were on one side of
25  the option transaction, and Mr. Shapiro, Mr. Levy,

**Page 42**

1  Stanley Chase and Picower were on the other side?
2      A.  Yes, but --
3      Q.  And you were in the middle?
4      A.  But I was in the middle, as -- because
5  those transactions were basically handled as
6  principal transactions, which is typically the
7  way the market makers trade.
8      Q.  So when did -- where did it go wrong?
9      A.  Okay.  When the market crashed in '87,
10  these four clients, primarily Picower and
11  Shapiro, were concerned that the market was
12  going to continue to go into a free-fall, and
13  they were going to lose the advantage of their
14  long-term gains that they had been holding.
15      Now, of course, from 1980 until 1987 the
16  market -- when I -- when -- I devised the
17  strategy for them in 1980.  The strategy was
18  dependent upon the market going up, because you
19  can't get long-term gains unless the market goes
20  up.
21      Prior to this they were using Silver
22  Straddles and all of these different types of
23  Mickey Mouse type of hedging strategies, tax
24  shelters, which the government was disallowing
25  anyhow.

**Page 43**

1      So I went to them at that time, and I
2  said, look, the only way you're going to get
3  long -- you're going to -- you really get
4  sheltered income is by trying to develop
5  long-term gains in the equity market.
6      Their concern was, well, that means the
7  market going up.  And I said, look, well, that's
8  for sure.  I said, I can't guarantee that, but
9  at that time I felt strongly about the market,
10  because it just looked to me to be bottoming
11  out.
12      And I said, you know, you have nothing
13  to lose by trying it.  So they gave me the go
14  ahead, and we developed this.
15      Well, by the time 1987 came we had
16  huge -- billions of dollars worth of long-term
17  gains.
18      Q.  And by, "we," who are you referring to?
19      A.  Meaning the clients, you know.  All I
20  was making was the commissions and markups on
21  the transactions.  I was not a party to the
22  transactions.
23      Q.  And, "the clients," meaning Mr. Shapiro and
24  Picower?
25      A.  Shapiro, Picower and Chase.  The -- so

**Page 44**

1  they, as typical retail clients, even though
2  they were wealthy retail clients, would do is
3  they decided that they did not want to lose
4  these gains, which they always objected to
5  selling over the years, even though their --
6  their holding period was -- was long past, but
7  they were --
8      Not only now did they want the long-term
9  gains, they wanted to defer paying the taxes on
10  the long-term gains as well, which is, you know,
11  the -- not that hard to understand, if you
12  knew -- if you did a client business.
13      So this led to them basically saying,
14  well, look, we've got to sell, because you can't
15  guarantee the market is going to go down.
16      I said, well, that's true.  Now, you're
17  hedging.  You're not going to lose anything, but
18  you will lose the long-term gain aspect of it.
19      At that time also there was rumblings
20  from the IRS about shelter -- about Straddle --
21  Silver Straddles and long-term gains and hedging
22  and all of this stuff that was going on.
23      So they basically --
24      Q.  When you say there was rumors from the IRS
25  that they would disallow the --

**Page 45**

1      A.  That they --
2      Q.  -- ability not --
3      A.  -- were changing the rules -- the
4  Straddle rules on hedges, that basically said
5  that, if, in fact, you are long one security and
6  short a similar security, which was part of the
7  strategy, they were going to disallow that,
8  because there was no risk involved in that.
9  So --
10      Q.  They were going to disallow the ability not
11  to --
12      A.  The long-term gain.
13      Q.  The long-term gain.  Correct.
14      A.  Right.
15      The -- I was put in an awkward position,
16  because I was being pressured by these clients
17  to sell their long equity positions, take their
18  profits.
19      And they then said, but they -- I said,
20  well, look, it's a problem for me, because I
21  can't -- if I sell the equities, then I'm
22  open -- you're open on the -- on the hedge side
23  of the transaction, and you're at risk.
24      Well, they said, well, the market is
25  going to go down anyhow.  So, therefore, they --

CONFIDENTIAL

**Page 46**

1  the money that they would -- they were short,
2  the hedges they were short, were going to be a
3  profit as well.
4      I said, well, that's not -- that's not a
5  guarantee.
6      So the -- there was a -- there was a --
7  a lot of negotiation between me and the four
8  clients, because I felt obligations to the
9  French clients, who were on the other side of
10 the hedges. And --
11     Q. And who were the French clients?
12     A. Banque Privee.
13     Q. Banque Privee.
14     A. And Albert Igoin.
15     And I said, look, this has, you know,
16 put me in an awkward position. The
17 understanding, which we all agreed to, was that
18 these trades were going to be held for -- you
19 know, until they were ready to unwind the
20 transaction on their side.
21     So I foolishly decided that I would step
22 in, and I would take their position on the short
23 side of the option, which meant that basically I
24 was now at risk for the -- for the market, you
25 know, going up, because I was now short the

**Page 47**

1  options that they were short and the -- and I
2  didn't have the equities to cover that, which --
3  because they had sold -- I had sold that for
4  them.
5      So I said, look, I can't do this,
6  because I think the market is going to go up
7  eventually, and this is going to be a disaster.
8      So they said, okay. Look, we'll hold
9  you harmless for the option loss, because we
10 think the market is going to go down.
11     So I said, well, how are you going to do
12 that?
13     So they said, well, we'll -- we will
14 change our trust in -- you have to understand,
15 these people are like family to me. So it
16 was -- it was a -- a very close relationship.
17 It wasn't just a business relationship.
18     Q. In what way were they like family?
19     A. Well, they were sort of like -- Shapiro
20 was sort of like a father figure to me. So was
21 Norman Levy.
22     Picower, who really was my age, was not,
23 but I was the executor of his estate and all of
24 this -- those things.
25     And I was basically the one responsible

**Page 48**

1  for all of them becoming billionaires. And we
2  were -- you know, our families were close.
3      So they said to me, look, we will change
4  our trust agreements and our wills, so that you
5  will be held harmless.
6      Meaning now they couldn't -- they said,
7  look, you are in charge of investing for us
8  forever. And even after we die -- because by
9  now Picower -- not Picower, but Shapiro was, you
10 know, in his late 80s. Levy was the same.
11     I said, look, you know, I don't want to
12 have to deal with your children, you know, you
13 know, on a -- to say basically, your father told
14 me so.
15     So their lawyers put together -- they
16 changed their trust agreements, that basically
17 said that I was the only one that could invest.
18 I was not liable for any risk involved in this.
19     As a matter of fact, Levy's bank was the
20 trustee of his -- and the bank said, look, you
21 know, we want to be the -- we want to be the
22 executor. We want to be responsible for
23 investing, not Madoff.
24     And he said, no, no. So he -- I then
25 became the executor of his estate and all of his

**Page 49**

1  children's trusts and so on and so forth.
2      And the -- there were other arrangements
3  made between their foundations and me, where I
4  would invest money for their foundation
5  accounts, which I was investing. And --
6      Q. So what -- so what went wrong?
7      A. Well, the market, as I had feared, went
8  up. I theoretically was covered by them, even
9  though it was sort of a bizarre arrangement, to
10 be -- to be quite honest with -- but --
11     And that was a major, major blunder on
12 my part, which is still hard for me to
13 understand. And hard for my -- probably wife to
14 understand and my sons.
15     Although, quite frankly, they weren't
16 even aware of this. My sons are still not aware
17 of it. My wife just became aware of it, you
18 know, recently.
19     The -- I just foolishly did this,
20 because I didn't want to ruin the relationship
21 with the -- with the banks.
22     I never thought the market would run the
23 way it did. You know, I thought it would
24 recover, but not at the levels that it did.
25     And, unfortunately, Jeffry Picower, who

**Page 50**

1 was a large investor with Goldman Sachs, started
2 to tell me that he was losing money at Goldman
3 Sachs, which I certainly knew was likely,
4 because he was a real, you know, speculator, to
5 begin with.
6     He was a leverage type of a player. He
7 had invested -- he was one of Ivan Boesky's
8 original investors and -- and sort of got burnt
9 with Ivan Boesky.
10     He was an investor in long-term capital
11 at Goldman, that Goldman arranged for him, which
12 was the hedge fund that went bust in '98.
13     Q.   So Picower lost money?
14     A.   Yeah. And he lost a huge amount of
15 money, he told me, in the bond market in the
16 '90s with Goldman. They had a real fiasco for
17 their clients.
18     And I said to him, what's -- what's
19 going to happen? I said, you know, you were
20 the -- you're getting wiped out.
21     And he was the one that made more money
22 than anybody else with me. More than -- you
23 know, Shapiro had maybe made like a billion
24 dollars, and Picower had made billions of
25 dollars.

**Page 51**

1     So he assured me, don't worry. Goldman
2 is going to take care of me. I am -- you know,
3 they're going to give me special treatment. I
4 will deal with -- you know, they're going to
5 give me all of their deals.
6     And Goldman -- I was friendly with
7 partners at Goldman. So I knew that they had
8 the capability of doing that. As a little
9 thing, news event, was uncovered, you know, I
10 guess a few years ago between Goldman and
11 Gaddafi's family in a similar situation, where
12 Goldman had lost a lot of money on a hedge
13 transaction for them, and then promised Gaddafi
14 that they would structure some special deals for
15 them, which somehow --
16     You know, nothing really came of this
17 whole thing. They were threatening lawsuits,
18 but at that time Gaddafi was -- had bigger
19 problems to worry about than Goldman Sachs.
20     Q.   So Picower lost money with Goldman?
21     A.   Picower lost money, or at least he let
22 me believe that.
23     Q.   Uh-huh.
24     A.   And I had no reason to not.
25     MR. REGAN: When convenient, could we take

**Page 52**

1 a quick restroom break?
2     MR. BLEICHMAR: Sure. We'll finish this
3 line of questioning, and we'll take a break in
4 five minutes.
5     MR. REGAN: Sure.
6     THE WITNESS: I'm almost finished with
7 this.
8     MR. REGAN: No. That's fine.
9     THE WITNESS: So the -- I started to get
10 nervous, and this started in the -- this
11 basically came to a head in the -- in the '90s.
12     And at that time I was being pressed by a
13 number of hedge funds to invest money in this
14 model developed -- the model site trading,
15 split-strike conversion, that we were dealing
16 with.
17     And I looked at -- I said to myself, look,
18 if I'm never going -- if I'm -- I'm going to --
19 I'm now in a hole, because I was now out, you
20 know, a couple of billion dollars from --
21     BY MR. BLEICHMAR:
22     Q.   From Picower?
23     A.   -- from Picower and these other people.
24 And the only way I'm going to make this money
25 up, if, in fact, Goldman does not make this

**Page 53**

1 money up to them from favorable treatment or the
2 market, getting lucky, whatever, I've got to
3 start taking on some more assets and build my
4 investment management business.
5     And I had all of these funds clambering,
6 primarily Fairfield and Kingate, at the time and
7 Sonya Kohn, you know, and so on, to take in
8 money to do this model trade that the boy genius
9 on Wall Street, named Bernie Madoff, was
10 basically -- had developed to do his trading,
11 and was successfully doing it for a number of
12 clients.
13     Aside from the -- Shapiro and Picower
14 and so on. I was also doing that type of
15 trading for -- for the banks, the European bank,
16 Banque Privee.
17     So I decided to take this money in.
18     Now, one of the caveats -- or one of the
19 conditions of me taking the monies in was that
20 it was going to be long-term money.
21     And that was for two reasons. Number
22 one, the hedge fund business was a business that
23 I really disliked, because it was known as hot
24 money business.
25     In other words, the hedge funds, as long

106

1  fiduciary capacity, and nothing goes unpunished.
2      It's, you know, from the treasury
3  secretary, you know, on down, and everybody
4  stands there. And there's one article or
5  editorial after another in the newspapers today
6  that basically confirms that.
7      It's -- you know, it doesn't make me
8  feel any better. It's something that I knew all
9  along, and maybe had a greater impact on my
10 psyche than I thought that allowed me to -- to
11 do this.
12     But you have to understand that for 50
13 years I operated at every level of this industry
14 and was witness to all of the rules and
15 regulations. I -- I've framed most of them in
16 the trading industry.
17     I was on the committees that built them.
18 I served on the federal regulation committee,
19 which includes the general counsels of every
20 firm, primary firm, in Wall Street, and for
21 longer than anybody in the industry.
22     And I watched general counsels of the
23 major firms acknowledge that their firms were
24 violating the rules left and right, that the
25 CEOs knew what was going on, to the point where

107

1  they refused to certify what the SEC wanted them
2  to certify that everything was okay.
3      And their response was, I'm not
4  certifying this. And you're going to jail,
5  because I know -- let the CEO certify them,
6  these documents, and that way they'll have the
7  money. You know, I'm not expendable, but -- I
8  mean, I'm expendable. They're not.
9      So none of this makes me feel any
10 better. Okay. And it's probably not going to
11 make anybody else feel any better, but it's --
12 it's a -- it's pathetic, but that's what is --
13 that is what is going on, and it had an impact
14 on me.
15     So when you ask, why did I do it, I ask
16 myself that every day, every day. And I'm sure
17 my family asks that every day. And the
18 regulators ask it.
19     Mary Shapiro has probably been mortified
20 and embarrassed, you know, as the chairman of
21 the SEC, you know, who has a close relationship
22 with me. So does a lot of the other attorneys
23 work there.
24     Q. Are you sorry about what you did?
25     A. Of course I'm sorry. I mean, you know,

108

1  I live with that, you know, with that -- my son
2  took his own life because of -- because of what
3  I did. So --
4      But me feeling sorry, it doesn't change
5  anything, you know. The only thing I --
6  that's -- the only thing that I feel good about
7  was that when offered a deal by the prosecutor
8  to -- to, you know, come forward and cooperate
9  to get a lower sentence, I refused to do that.
10     And my attorneys didn't understand it,
11 advised me not to do this, but -- you know, not
12 to not cooperate, but I said at the time, and
13 since then has been proven to be correct, that
14 the best thing I could do for my clients was
15 to -- to get the money back from the people that
16 were complicit in the crime. Namely, Picower,
17 Shapiro, Levy and some of these other people.
18     I said that --
19     Q. Why were they complicit?
20     A. Well, because they had violated tax laws
21 based upon what I discussed with them and other
22 things that I knew that they were doing with
23 people in my firm, bookkeepers, who are all now
24 under investigation.
25     And I said, look, I have nothing to lose

109

1  at this stage. No matter what I do, no matter
2  how I cooperate, I'm going to be sentenced to a
3  long term. I'm going to wind up probably dying
4  in prison.
5      And these people are all aware of the
6  fact that I have information that will send them
7  to prison. That, you know, the best thing I can
8  do would be to let these people know that unless
9  they come forward with the money, return it, and
10 the investors get -- become whole, then I am
11 going to give the evidence to the government
12 that I have.
13     This was not good enough for the
14 government to reduce my sentence or anything
15 else. And I said, okay. I said, it's sort of
16 academic, as far as I'm concerned.
17     I said, you want criminal information.
18 I said, criminal information is not going to
19 matter, because these people are going to be
20 dead anyhow by the time you bring it.
21     They're 90 some odd years old, other
22 than Picower. I said, his health is
23 questionable. He'll never survive long enough
24 anyhow. He's had four quadruple bypasses, you
25 know.

28 (Pages 106 to 109)

110

     I said, it's -- you'd have to let me do
this my way.  I contacted these people, and I
said to them -- I laid it out to them.  I said,
look -- when I was on bail, I said, you either
come forward or I'm going to release the
information.
     Q.  When you say, "these people," who are you
referring to?
     A.  Picower, Shapiro.
     And then -- believe me, I had it.  And
it took a year for Picower to finally say to me,
okay.  I'll come down.  Let me have this
information, you know.  He said --
     And I said, I'm not -- you know, fine.
I said, it's -- there's no conditions attached
to it.  I said, I'll give you the information.
I'll tell you where to look.
     By that time, you know, Picower --
     Q.  Picower?
     A.  Yeah -- no.  Picower was dead.
     Q.  Okay.  So who came down?
     A.  He drowned in a swimming pool.
     Picard and his attorneys.  They came
down for two days.  They had six or eight
attorneys spend two days -- four days here.  And

111

I laid out all of this information.
     Of course, Picard said, well, we sort of
know about this, because we can see what you did
and this.  I said, fine.  I said, look, I said,
you know, you're going to get the money back.
     And, of course, everybody said it was a
pipe dream.  They said, this is not going to
happen.  You know, no one is going to come
forward with all of this money.
     And I said, it -- I can't guarantee it,
but I -- I said, I know it's going to happen,
because these people, you know, really have no
choice.
     And at this time I became aware of the
fact that Picower had an estate of nine billion
dollars.  It was reported in the papers.  So, in
spite of the fact that he told me he was wiped
out and couldn't have -- didn't have the money,
which is why I started doing all of this,
because I realized he's not going to be able to
make me whole, and I'm not going to be able to
make the money I lost on the hedges.  So that's
what started this whole cycle.
     You can imagine how I felt when being in
prison I read in the newspapers that the guy had

112

an estate of nine billion dollars.  So I
thought, not only was I stupid, you know, the
guy lied to me.  Which, of course, you know, I
guess, I lied to a lot of other people.  So --
     Well, his wife, of course -- he -- he
died of a heart attack in a pool.  I'm sure it
was inflicted by knowing what was going to
happen.
     She came forward with the seven billion
dollars.  Shapiro came forward with close to a
billion dollars in reality.  Levy's family came
through with 250.  Other banks came through with
500.  This one did a billion.  This one --
     The reality of it is, the money is all
going to be recovered.  At least that's my --
and this -- this has nothing to do with the
billions of dollars that all of these people
made for the first 35 years of doing business
with me.
     So it's a longwinded way of saying, how
did it happen, why did it happen, do I feel
remorse.  I don't have a -- a son.  I lost my
son.  For all intents and purposes I've lost the
rest of my family, and I turned what would have
been a great legacy into a total disaster.

113

     So, you know, do I feel guilty with some
of my investors?  Yes.  There were some people
that were friends of mine, who could never
imagine or believe that I would do this.
     And, of course, they'll never believe
that I thought it was a temporary situation,
but, you know, I would be less than human.
     But, according to my psychologist, who I
spend endless time with, for someone who never
believed in getting help, was not a thing that
Jewish people did, as you know, the -- people
compartmentalize things, is the term, the
psychological term they use.  That's how --
     Q.  Is that what you did?
     A.  Yeah.  I mean, that's what she claims.
I mean, mafia people kill people all day long.
And I sit out in the yard with one of them, who
is, you know, Carmine Persico, who was accused
of killing 21 people, and he's the sweetest man.
     And family comes down and visits him,
and he sits here.  And you talk to this guy, and
you think this can't be someone that would be a
cold-blooded murderer.  And I'm sure people say
that about me, you know.
     So, look, I never understood how people