# EXHIBIT C

# Condensed Transcript
## of the Testimony of

# **Bernard Madoff**

October 19, 2015

P&S Associates, General Partnership, et al. v. Jacob, et al.

Depositions, Inc.
Phone:(919) 557-4640
info@ncdepo.com
www.ncdepo.com

1      Q.    Okay.  And you mentioned it was sometime

2    after that that the Ponzi scheme started and where

3    trades were not being effectuated?  Yes?

4      A.    Uh-huh.

5      Q.    And when was --

6              MR. WOODFIELD:  Remember, she needs

7        audible answers.

8              THE WITNESS:  Oh, yes.

9    BY MR. SAMUELS:

10     Q.    And -- and when was that, and what caused

11   that to happen?

12     A.    Okay.  You're -- you're going to have to

13   bear with me when I give you this little bit of

14   history, which everyone seems to always want, but --

15     Q.    Well, we wouldn't want to come here and not

16   get that.  So --

17     A.    Right.

18              MR. WOODFIELD:  I'd trade it for heat.

19              THE WITNESS:  The -- I had made -- I

20        had -- I had four prime big clients; Jeffry

21        Picower, Norman Levy, Carl Shapiro and Stanley

22        Chais.  Commonly referred to as the big four in

23        various books that have been written about this

24        thing.

25              These were clients that I had starting

Page 124

1    in the 1960s, you know, and so on.  And I had --

2    I had -- they were -- outside of Picower, who was

3    about, I think, a year or two younger than me,

4    the others were, you know -- you know, were

5    substantially older gentlemen.

6              All of them were -- were considered

7    wealthy.  And I traded for them over the --

8    starting in the '60s and going right on through

9    and made them a great deal of money.

10             They were all -- they were wealthy on

11   their own.  They were certainly all

12   multimillionaires when they opened accounts with

13   me.

14             And I traded primarily arbitrage type

15   of -- of trading for them over the years, and

16   were -- made a huge amount of, you know, money

17   for them doing arbitrage.

18             In 1980 they -- what happened was they

19   were -- they were -- prior to 1980 they were

20   using silver straddles through basically Bear

21   Stearns, E.F. Hutton and -- and Merrill Lynch to

22   convert short-term trading gains into long-term

23   trading gains.

24   BY MR. SAMUELS:

25        Q.    What is a silver straddle?

Page 125

1    A.    Silver straddle -- straddle is where -- it

2 was a tax shelter type of an arrangement, where you

3 bought and sold contracts in silver and other

4 commodities.

5    Q.    Okay.

6    A.    It was a very common tax shelter strategy

7 that was sold by the major firms to clients to convert

8 short-term trading gains into long-term trading gains.

9 I never did any of that.  I wasn't -- I wasn't

10 equipped to handle that.  I never traded in

11 commodities.

12        The -- it was a -- but it was a very popular

13 tax shelter.  You know, similar to like real estate

14 shelters, but this was with commodities.  And these

15 four clients were doing these -- this trading through

16 basically Bear Stearns and E.F. Hutton.

17        The -- the IRS started to be uncomfortable

18 with these types of silver straddles as a way of

19 converting short-term gains into long-term gains, and

20 they started to change the rules on whether you could

21 successfully use those straddles.

22        The -- so these four clients of mine were

23 using these straddles through those firms to convert

24 the short-term gains they were making with me in

25 arbitrage transactions, which were yielding pretty

Page 126

1   much at the time, as I say, around, you know, 15 to 20

2   percent returns.

3           That's -- that's what arbitrage trading

4   basically yielded for everybody.  Not only with me.

5   With basically, you know, throughout Wall Street.

6           So when everybody started to get nervous

7   about using these straddles and being challenged by

8   the IRS, which was challenging -- starting to

9   challenge them in tax court, everybody was frantically

10  looking around for ways of -- of converting short-term

11  gains to long-term gains, because the tax brackets

12  were -- were very high at that time.

13          So these four clients of mine were asking

14  me, you know, is there any other type of trading that

15  they could do to, you know, generate long-term gains,

16  rather than -- than short-term gains.

17      Q.    And what timeframe are we at now?

18      A.    This was 1980.

19      Q.    Still 1980.  Okay.

20      A.    They were doing that prior to 1980, but 1980

21  is when the IRS was really starting to come down and

22  challenge these straddles, you know, all over Wall

23  Street.

24          Now, at that same time, in 1980, I was doing

25  business -- I had met some French investors in Paris

1    that came to me with this proposition.  Mitterrand,

2    for those of you that know, Mitterrand came into

3    France in 19 -- in -- in 1980 as president, and he was

4    basically a socialist.

5             And to -- to the point where people thought

6    he was -- you know, he was going to turn the country

7    into -- into communism.  What he did was he started to

8    nationalize the -- the banks in France and also, you

9    know, the industries in France.

10            As a matter of fact, he -- he nationalized

11   the Rothschild Bank.  Now, but what he also did at

12   that time, in 1980, is he -- France had currency

13   controls, which meant that French citizens could not

14   own anything but French francs.

15            They couldn't -- they couldn't own other

16   currencies, other than French francs, and they

17   couldn't take French francs -- they couldn't take

18   French francs out of the country.

19            So they -- what -- what -- now, I'll also

20   say that most foreigners never wanted to keep all of

21   their assets in -- in Europe, in -- in the home

22   country, because they were always worried about, you

23   know, that -- being nationalized or currency -- people

24   and countries taking their money.

25            They all had accounts in Switzerland, in,

1    you know, Luxembourg, and they always had their assets

2    out of the country.  That was very common.  But,

3    Mitterrand, when he -- in 1980, when he -- when he did

4    come in, he got everybody in Paris -- and France was

5    sort of hysterical.

6            I had a French client by the name of Albert

7    Igoin, who was a very wealthy French industrialist and

8    a banker and was a client of Goldman Sachs at the

9    time, came to me through a number of Swiss bankers

10    that heard about that I was -- I was --

11            At that time I was one of the largest

12    convertible bond arbiters on Wall Street.  I mean, I

13    had made markets on all of the convertible bonds and

14    was doing a big business in -- in convertible

15    securities by 1980.

16            I flew over to -- to Paris and met with this

17    Albert Igoin, and he basically -- he came to me with a

18    proposition through -- with this bank in Zurich, Swiss

19    bank in Zurich, and said to me he wanted to do a -- a

20    strategy -- an arbitrage strategy that worked the

21    following way.

22            There's a point to this story, by the way.

23    The -- you -- in France you could -- you had the

24    ability to buy dollars, if you were buying the dollars

25    to pay for U.S. securities.

1            In other words, you could -- the exception

2    they made to people that wanted to sell French francs

3    and purchase dollars was if the purchasing of the

4    dollars was in order to pay for U.S. securities.

5            So what -- what wealthy French people did

6    was they went ahead, and they opened an account, which

7    had to be done through a French bank.  It couldn't be

8    done through a U.S. bank.

9            You would -- they would go out and buy,

10   let's say, the General Motors.  And in order to pay

11   for the General Motors, which settled in dollars, they

12   would sell French francs and change it into U.S.

13   dollars, and then pay for the U.S. securities with

14   dollars.

15           And, in fact, by owning now General Motors,

16   they owned dollars.  All right.  They sold their

17   franc.  So they were out of the franc, which they

18   were -- which was being devalued when Mitterrand came

19   in, and they went into -- they went into dollar-based

20   U.S. securities.

21           So the problem with that is that, the good

22   news was you were out of the French franc, and now you

23   owned dollars.  And if the dollar stayed stable, you

24   were okay.

25           Whereas, the franc was -- was depreciating

Page 130

1    rapidly at the time, but, of course, you owned General

2    Motors.  So you were at risk to the U.S. stockmarket.

3         All right.  So what firms like Goldman Sachs

4    and other arbitrage -- arbitrage firms in Wall Street

5    were doing was you could buy a portfolio of U.S.

6    stocks, and then you could hedge that some way, so

7    that that portfolio was sort of neutral, but -- but in

8    a sense you owned dollars.

9         So this -- this Frenchman and the banks said

10   to me, look, you are supposed to be the bright young

11   guy on Wall Street that -- that knows how to hedge

12   better than most people.

13        Will you, you know, be willing to take us on

14   as clients, buy portfolios of U.S. securities for us

15   and hedge it some way that you can just make the

16   portfolio sort of neutral?

17        We're not interested in necessarily making

18   money doing the arbitrage.  We just want to be able to

19   hedge the U.S. portfolio of stocks, so that we have --

20   take the market risk out, and we'll -- all we'll -- we

21   want to do is be able to have the dollar assets now in

22   the portfolio.

23        So I said that was no big deal for me to do,

24   you know.  It was relatively easy to -- to hedge a

25   portfolio of U.S. securities.  There were various ways

1    you can hedge it.

2            You can do what's known as pass trading,

3    where you buy General Motors, and you short Ford, and

4    so on.  You can do all sorts of arbitrage trading,

5    without even -- you know, and then you can use

6    options, you know, doing various covered rights and

7    all sorts of different things.  It was --

8            So they said to me, okay.  If you can do

9    that -- and they were doing it at the time through

10   Goldman Sachs and Merrill Lynch and other firms like

11   that, but they came to me, and they said that because

12   of my reputation at that time doing convertible bonds

13   and doing arbitrage, and I was this nice Jewish boy,

14   which they liked, and they said to me, fine.  You

15   know, you do this.  We'll -- we'll open up accounts

16   for you.

17           So I agreed to do this, and so I now had --

18   and I had been doing this for -- I started doing this

19   actually -- this type of trading, you know, really

20   significantly in the late '60s into the '70s.  So by

21   the time they came to me in 19 -- in 1980, I had this

22   substantial reputation at the time.

23           Now, at this same time I had these four U.S.

24   clients, Shapiro, Levy, Picower, you know, wanting to

25   be able to -- to convert short-term gains into

Page 132

1    long-term gains.

2              All right.  Now, the only way to do that was

3    to be able to buy a portfolio of stocks, you know,

4    similar to what the French people wanted to do, and to

5    hedge that portfolio with, you know, doing all sorts

6    of arbitrage transactions.

7              The only key -- the key to that was that the

8    only way you're going to get long-term gains is for

9    the market to go up.  So I said to them, okay.  Look,

10   you guys are now -- you don't want to use silver

11   straddles anymore.  So that game is over.

12             You can't convert long-term -- short-term

13   gains into long-term gains.  The only strategy that's

14   available that will stand up with the IRS is to buy

15   stocks and hope they go up and hold them for at least

16   one year, you know, and then you're going to get a

17   long-term gain, as opposed to doing the convertible

18   bond arbitrage transactions, which were all --

19       Q.    Short term.

20       A.    -- taxed with short-term gains.  I said, I

21   can't guarantee you that the stockmarket is going to

22   go up.  No one can -- can guarantee you that for a

23   year.  I said --

24             I happened to be bullish at the time in

25   1980, because interest rates were -- what?  What?

Page 133

1    Twenty percent?  They had to start, you know, coming

2    lower.

3              But to make 20 percent gains in the

4    stockmarket was not that difficult.  As I say, you

5    could have -- you just could have bought bonds and

6    gotten 20 percent returns.

7              I know it's hard for you to -- to -- to

8    understand that now, in today's environment, but in

9    1980 -- you can check -- that's -- that was what

10   interest rates were.

11             So, I said, if you want to do that, forget

12   about real estate tax shelters, forget about the

13   commodity straddles, because the tax -- the IRS wasn't

14   going to do that.

15             I said, you have to be able to buy a

16   portfolio of stocks and hope that they go up over the

17   next year.  I said -- so they said, well, that's

18   great.  We like that, but we don't want to take the --

19   the market risk.  How can we hedge that?

20             I said, you can hedge.  You can do, you

21   know, hedges, but you -- you have to do certain types

22   of hedges.  You have to -- for it to stand up

23   tax-wise, you have to be able to have some degree of

24   risk, you know, in the portfolio, because that was why

25   the silver straddles were being challenged, because

Page 134

1    they were -- there was always no risk involved in it.

2    It was a sham transaction.

3              So they said, okay.  Fine.  Let's -- these

4    four clients decided, let's go ahead and do that.  So

5    I went about and started to put on these portfolios of

6    stocks for these clients.

7              And, of course, I also had these French

8    clients, who were looking to do a similar type of

9    strategy, but not exactly.  So I had a huge liquidity

10   pool of clients that had these -- that had big

11   portfolios of stocks.  It was like, you know, a dream

12   in heaven for a firm to have contra-side transactions

13   like this.

14             Well, from 1980 through 1987 the market went

15   on a tear, and you had this bull market that kept on

16   going up, and the portfolio of Picower, Levy and

17   Shapiro had an enormous run.

18             Now, in order for everything to work

19   properly when I started to do this in 1980, I said,

20   okay.  Look, I can put you together with these foreign

21   clients, these French clients.  They can be the other

22   sides of these transactions.

23             It was -- you know, I said, however, there

24   has to be an agreement between the parties that they

25   won't -- you will not unwind the transactions

Page 135

1   prematurely, because the -- the key with the Frenchmen

2   were that they -- they had to know that -- that --

3   that their portfolios were going to be -- stay in

4   place, that I wasn't going to force them to liquidate

5   the portfolio prematurely.

6           All right.  Now, the -- my relationship with

7   these other clients was, I said, okay.  Fine.  You

8   want to do that.  I'll put you all together, you know.

9   You know, they'll -- they'll provide the liquidity.

10          They'll sell you -- you sell them the stock

11  that they need on their portfolio.  They'll sell you

12  the stock in their portfolio.  I'll be the

13  clearinghouse for the whole transaction, I said, but

14  everybody has to agree that we're not going to unwind

15  it until all four -- all -- both sides agree to that.

16          Now, that -- that was an arm's length

17  agreement, and everybody was perfectly happy to do

18  this, because my relationship was such, it was like

19  one big family, you know.

20          So from 1980 to 1987 everything went

21  unbelievably well.  Everybody made money.  As a matter

22  of fact, Picard, when they came down here, looked at

23  the returns that Picower and all these guys had made,

24  and he said, you know, there's nine billion dollars

25  worth of profits in Picower's account alone.

Page 136

1          They -- you know, they looked at that, and

2    they said, how is that possible?  And I said -- and

3    I -- so I -- I laid out to them, I said, okay.  I

4    said, you -- it sounds like a huge amount of money,

5    but you're talking about from 1980 to 2008.  That's a

6    lot of years.

7          I said, if you -- if you -- if you look at

8    the returns, you know, they were making, and they were

9    making like -- you know, the market was moving at like

10   18, 20 percent return.

11         You know, you compound that every year,

12   because nobody was -- nobody was unwinding anything.

13   I said, it wasn't as great as what you would think.

14   And there were gains, and there were losses, but the

15   net returns were -- were substantial for everybody.

16         Now, it comes 1987.  The market starts to

17   crash.  Obviously, we had the crash of 1987.  So now

18   all of a sudden Picower and Shapiro basically go into

19   a panic, and they say, listen, we've made -- you've

20   made us all billionaires.

21         This has all been documented that they --

22   this -- this was real money.  Even Picard doesn't

23   doubt for a minute that -- that this money was

24   generated.

25         All right.  They said -- they said, we -- we

1    want to sell.  We want to unwind the transaction.  I

2    said, wait a minute.  We all agreed that we can't

3    unwind these transactions.  I can't sell the -- the

4    stock, you know, at this -- you know, now, because the

5    French people don't want to unwind yet.

6             So there was a lot of discussion made, and

7    they were -- Shapiro and Picower were thoroughly

8    convinced that the market was going to go down, and

9    they were going to now lose all their long-term gains.

10            They weren't going to -- they -- they had

11   them hedged.  So they weren't going to come out with a

12   net loss, but if the market went down, they would --

13   they would give back the gains on the long side, but

14   they would make it on the short side, but the short

15   side was taxed at short-term capital gains.

16            So they would have done all right

17   economically, but they would have lost -- lost the

18   advantage of the long-term gain, which was

19   substantial.

20            I said, you can't sell out yet.  They said,

21   well, we want to sell out yet.  I said, listen, you're

22   violating the agreement that we had, you know.  You're

23   going to really screw up my relationship with these

24   French clients, which were very substantial, and

25   you're going to ruin your relationship with me, you

Page 138

1    know.

2              I -- I really don't want you to sell.  Now,

3    I couldn't force them not to sell.  I mean, it was

4    their stock.  If they wanted to sell, they could sell,

5    but they were -- these were people who were like, you

6    know, my relatives.  They were like -- the

7    relationship we had, which has been, you know,

8    reported on all over the place, was a very special

9    relationship.

10             So they said to me, look, okay.  I'll tell

11   you what we'll do.  You take over the short side of

12   the transaction for -- for us.  That way your French

13   clients will be fine.  You don't have to unwind their

14   side of the transaction.

15             You take over the short positions, you know,

16   for us.  And we'll hold you harmless, you know.

17   We'll -- you know, we'll -- you know, we'll be

18   responsible if there's any loss on the short side.

19   Just sell the long side out for us.  Liquidate the

20   long positions.  Let us take our long-term gains, you

21   know, and --

22             You know, I said, wait a minute.  You're

23   going to have all these huge long-term gains, and

24   you're not taking the short side.  So your gains are

25   going to be enormous, you know, but now there's going

1    to be -- there's substantial loses on the short side.

2              They said, don't worry.  We'll be

3    responsible for that.  And we actually signed

4    agreements, you know, hold harmless agreements, which

5    actually were drawn up by Pricewaterhouse.

6    Pricewaterhouse was a big client of mine, and they

7    were -- they were the accountants for -- for Shapiro.

8              All right.  So we had these agreements that

9    they would hold me harmless for any loss that occurred

10   on the short side.  They were convinced there wasn't

11   going to be any loses, because they thought the market

12   was finished.  It was going to go down, and the short

13   positions would be gains.  It wouldn't be a problem.

14             So, you know, I agree to do this stupidly.

15   I -- the biggest mistake I made was to agree to this

16   transaction.

17             Now, my choice was I could have litigated

18   with them, but that would have been the end of my

19   relationship with them.  It would have been the end of

20   my relationship with the French clients.  It would

21   have been a total disaster.

22             All right.  So I agreed to take over these

23   positions, and I figured I had these hold harmless

24   agreements with them.  And, you know, the partner from

25   Pricewaterhouse, who was one of the senior partners,

1    said to me, don't worry.  You know, they'll -- they'll

2    never lay down on these hold harmless agreements,

3    because you're worth too much money to everybody, you

4    know, for them to screw up the relationship with you.

5            And they -- they have -- you know -- you

6    know, they're billionaires.  You know, you made them.

7    They're -- they're going to stand by this.  So I said,

8    you know what?  I agree with you, but they're --

9    they're older guys.

10           I mean, Shapiro -- you know, I said -- and

11    their families were involved, and they -- the families

12    had, you know, accounts with me.  I said, put me in

13    your will.  So I became the executor of all of their

14    estates, and the families all were aware of -- of this

15    arrangement.

16           And what happened was, of course, the market

17    recovered from this crash in '87.  They had taken

18    their gains.  Everybody -- you know, Picower had nine

19    billion dollars, you know, of gains in there.  Shapiro

20    also had billions of dollars.  Levy had billions of

21    dollars.

22           But the really primary culprit was Picower

23    and Shapiro.  Levy and Chais, you know, were not

24    really the ones pushing, but I had to make the

25    agreement with all four of us, because all four of us

Page 141

1    made the original agreement.  So I had to treat

2    everybody -- everybody the same.

3            The -- it comes actually in 1992, the --

4    when the -- by now the market had -- you know, had

5    recovered from the -- through the '87 crash.  And

6    Picower tells me that, you know, he's lost a lot of

7    money with Goldman Sachs, you know, by being short the

8    market, which, of course, you know, I wasn't aware of

9    the fact that he was doing this, but he had made so

10   much money with me he figured, you know, he started

11   getting screwed up with -- with Goldman.  Goldman

12   started to lose a lot of money for him.

13       Q.   He could have just kept your short positions

14   instead; right?

15       A.   They -- well, the market went up, so the

16   short positions --

17       Q.   Right.

18       A.   -- were -- you know, they were -- they were

19   losing money, you know, on that, and they were

20   responsible for that.

21            To make a long story short, I started to

22   worry that now I was going to -- I was going to be --

23   have a problem with that.  They were not going to

24   honor their -- their gains.

25            They both started to -- to whine.  Primarily

1    it was Picower, was the real culprit.  Shapiro, as I

2    said, also, but not to the same extent.

3           At this -- I decided at that time really it

4    was -- in '92, after this thing when I took on these

5    clients, and I said, okay.  Now I'm going to have --

6    you know, I'm going to have retail clients, you know,

7    like I did from Avellino & Bienes.

8           So I started to -- I was -- I had also at

9    that time developed a strategy called the split-strike

10   conversion strategy.  All right.  That's a strategy

11   that you buy a -- I don't know how familiar you are

12   with covered rights, but you -- you buy a -- a stock,

13   and you sell an option against it, and you take --

14          It's an arbitrage strategy, only it's using

15   options.  I had developed what's known as this

16   portfolio, where, instead of buying General Motors and

17   selling a General Motors' call, you bought a portfolio

18   of, you know, 15 stocks, and you sell 15 options

19   against it.

20          And that way you're -- rather -- you're not

21   relying just upon one stock going up, but you're

22   relying on the market going up.  And then I came up

23   with the idea of putting a put wrapper on it, which

24   means you buy a put, which protects it.

25          So it's a covered right with a put wrapper,

Page 143

1    which -- which gives you basically a limited -- a

2    limited risk arbitrage strategy.

3            The -- I was solicited by a lot of foreign

4    clients because of my success with these French

5    people.  I had a lot of foreigners come to me and say,

6    look, why don't you start a hedge fund, and we'll --

7    we'll supply money for you to do this split-strike

8    strategy.

9            I said, I don't want to be in the hedge fund

10   business.  I don't want to start having -- dealing

11   with clients a lot, I said.  So they said, well, fine.

12   We'll -- we'll -- we'll form hedge funds ourselves.

13   We'll deal with it, the clients.

14           You just -- you just handle the hedge fund

15   itself.  You just execute the trades for us.  So I

16   started taking in money from foreign hedge funds, like

17   Fairfield and so on.  And that started really in -- in

18   1995.

19           I took all of these hedge funds in, and

20   what -- in order to keep the hedge funds happy -- and

21   the hedge funds had a reputation of being hot-money

22   clients.

23           In other words, so what they would do is as

24   long as you made money for them they were your

25   clients.  You have one bad year, and the money was

Page 144

1    called in.  They'd want to disappear.

2            So the hedge funds came to me, and they

3    said, look, you know what, if you go ahead and you

4    promise that you will not return the money, you commit

5    to us, that we'll give you the money, you invest it

6    for the hedge fund, but we want to know that, you

7    know, you're going to -- you're going to keep the

8    money working for us, you know, in this strategy.

9            And they were very enamored by this

10   split-strike strategy, which was really -- you know,

11   it was a strategy that, as far as I was concerned,

12   was, you know, a great strategy to use.

13           The -- it started to grow, and I started to

14   do this strategy, but the market went into a funck.

15   And it started -- it got flat.  And all of a sudden I

16   didn't have the volatility that I needed to do the

17   split-strike strategy.

18           And my problem is that I -- I made the

19   decision -- the other major mistake was that I would

20   short the strategy for them, put the money into

21   treasury bills, which were at that time earning two

22   and a half percent return, and short the strategy,

23   which was making 12 percent return for the clients.

24           And I would be losing ten percent, but I

25   thought that was only going to be a short-term, you

Page 145

1   know, play.  That I would, you know, do this maybe for

2   two or three months, the market would turn and so on,

3   but the market just kept on dragging itself.

4          We had the Gulf War, you know.  There was

5   just -- the market just -- you know, in the '90s it

6   just wasn't -- didn't do anything.  We had the -- the

7   bond market collapsed.  You had the -- in '94 Goldman,

8   for example, almost got wiped out.

9          In '94 in the bond market Picower told me

10  he -- that Goldman destroyed him, you know, in that --

11  in that market.  So I was sitting in a situation that

12  I thought the hold harmless agreements weren't going

13  to work out properly.

14         I had taken on this money from these foreign

15  hedge funds, and I was starting to short it for them.

16  And, again, shorting was no big deal.  As a

17  market-maker you shorted all of the time.  That was

18  our business.

19         So to short clients the money, you know, I

20  do that all the time.  I mean, that's every -- not

21  only me.  Every market-maker, every investment banker

22  short stocks their clients.  You know, it's not

23  illegal.  You know, it's -- as a matter of fact, as I

24  said earlier, you're obligated to go short at times.

25         Without boring you with all of the details,

Page 146

1    which I've already done, you know, for you, and

2    probably lost you on all of this, you know, which I

3    can understand, that's what created my whole problem.

4            All right.  Now, to -- to reestablish a

5    certain amount of credibility after -- after all

6    this --

7        Q.    So is that the point in time when you

8    started taking money in and not executing trades?

9        A.    Right.  That's when this whole thing started

10   to -- to -- to blow up.

11           Now, when I -- I realized -- by 1998 I

12   realized that I was dead.  I realized that there was

13   no way I was ever going to recover from any of this,

14   you know.

15           And how I agreed to continue to go through

16   this charade, you know, knowing that in -- starting in

17   '98 that I was -- you know, I continued it for another

18   ten years.

19           I -- after, you know, six years of seeing a

20   psychiatrist -- psychologist in his place, trying to

21   figure out how I was able to keep everything together

22   and not let anybody know what was going on, you know,

23   other than myself.

24           My sons didn't realize it, because they ran

25   a whole different side of the business.  My brother

Page 148

1   I had called Ike Sorkin, my lawyer, and said to him, I

2   got to make an appointment with you.  I got to come

3   and meet with you.

4         He had no idea what I was talking about.  I

5   had decided that I was just going to, you know, throw

6   in the towel.  I called up Jeffry Picower and Stan --

7   and Carl Shapiro and said to them, look, I'm going out

8   of business.  My business is blown up.

9         I said, you guys owe me money, and I want

10  the money back, you know.  Picower was -- you know,

11  said, well, you know, I don't have it all.  I can't --

12  you know, I got killed at Goldman Sachs.

13        I said, Jeffry, you know, I know that you

14  have the money there, you know.  I said, Goldman told

15  me that you got -- you know, you got -- you got --

16  you're worth nine billion dollars.  I said, I want,

17  you know, seven billion back.

18        You know that's what you're -- that's what

19  you're on the hook for, you know, for me, I said.

20  And, as it turns out, I said, I'm never going to be

21  able to make all of my clients whole on the money they

22  think they made, but the principal, you know, I can

23  cover, because the principal -- my -- my --

24        My U.S. clients were only on the hook five

25  million -- five billion dollars.  That was what my

1   they were doing.  Although, Frank did.  DiPascali.

2           So I called up Jeffry, and I said, you've

3   got to give the money back.  And Bill Zabel, who was

4   his attorney, another goniff, you know, said, Jeffry

5   can give back two and a half billion dollars.

6           I said, no, no.  He's not giving back two

7   and a half billion dollars of seven billion.  Now, he

8   said, no, no, don't do it.  Finally --

9       Q.    When is this conversation taking --

10      A.    This is --

11      Q.    -- place?

12      A.    This is while I was out on bail.

13      Q.    Okay.

14      A.    You know, the fact that Jeffry Picower had a

15  heart attack and drowned in his pool, you can

16  congratulate me on that.  He had already had four

17  bypasses before this, you know.

18          But I said to him, Jeffry, if you don't give

19  the money back, Barbara is going to jail, who is his

20  wife.  I said, your -- you know, your other accountant

21  is -- you know, I said, you'd -- you got to give the

22  money back.

23          Forget about what Bill Zabel is telling you.

24  Zabel -- Zabel himself will be lucky to get out,

25  because he was on the board with me with the Picower