# EXHIBIT D

*** CONFIDENTIAL ***

```
                                                          Page 1

 1     UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK
 2
       ------------------------------------X
 3                                          :
       SECURITIES INVESTOR PROTECTION       :
 4     CORPORATION,                         :
                                            :
 5              Plaintiff-Applicant,        :
                                            :
 6         -vs-                             :  08-01789 (SMB)
                                            :
 7     BERNARD L. MADOFF INVESTMENT         :
       SECURITIES, LLC,                     :
 8                                          :
                Defendant.                  :
 9                                          :
       ------------------------------------X
10                                          :
       In re:                               :
11                                          :
       BERNARD L. MADOFF,                   :
12                                          :
                Debtor.                     :
13                                          :
       ------------------------------------X
14
15              *** CONFIDENTIAL ***
16         DEPOSITION OF BERNARD L. MADOFF
17
                (Taken by the Customers)
18
                Butner, North Carolina
19
                   June 15, 2016
20
21
22
23
24   Reported by:  Lisa A. DeGroat, RPR
                   Notary Public
25
```

*** CONFIDENTIAL ***

Page 9

1      marked as Madoff Exhibit 1.
2              Thank you.
3              (MADOFF EXHIBIT 2 WAS MARKED FOR
4      IDENTIFICATION.)
5    BY MS. CHAITMAN:
6      Q.    Okay.  Mr. Madoff, I'd like to show you
7    what I've marked as Madoff Exhibit 2.  Is that your
8    signature on page three?
9      A.    Yes.
10     Q.    And do you recall signing this Declaration?
11     A.    Yes.
12     Q.    Now, if you'd just look at paragraph two.
13   I just want to read this into the record.
14             It says, "In the investment advisory
15   business stockbrokers do not send checks to
16   customers unless they specifically request a
17   withdrawal.  In fact, I cannot recall a single
18   instance in my career where I sent a check to a
19   customer that did not request it."
20             "Sometimes the requests would be for a
21   quarterly payment of a fixed amount, like $25,000.
22   Sometimes I would receive a request for a large
23   withdrawal, such as $250,000, but I cannot ever
24   recall sending a check to a customer who did not ask
25   for a withdrawal."

*** CONFIDENTIAL ***

Page 106

1    A.    Yes.
2    Q.    And then do you remember I sent you a clean
3　copy with the crossed-out material deleted?
4    A.    Okay.
5          MS. BROWN:  Objection.
6　BY MS. CHAITMAN:
7    Q.    You remember that?
8    A.    I must have, because I wouldn't have signed
9　something that wasn't in its complete form.
10   Q.    Okay.  And, in fact, you had signed the
11　Declaration, but crossed out a paragraph --
12   A.    Yes.
13   Q.    -- and sent it to me?
14   A.    Yes.
15   Q.    And then didn't I resend it to you,
16　unsigned, with that crossed-out paragraph
17　eliminated?
18          MS. BROWN:  Objection.
19          THE WITNESS:  I would assume so.
20　BY MS. CHAITMAN:
21   Q.    Okay.  Because you -- there's no question
22　that you signed the document --
23   A.    Yes.
24   Q.    -- we've marked as Exhibit 2?
25          And it was in this form when you signed it;

Page 107

1  right?
2          MS. BROWN:  Objection.
3          THE WITNESS:  Excuse me.  I must have,
4     but I -- I tell you, I don't remember.  My mind
5     is not as clear as it should be.
6  BY MS. CHAITMAN:
7     Q.   Okay.  Looking at Exhibit 14, and if you
8  want, I can just hold it up to you.  I'm looking at
9  the second page, which ends in Bates number 54126.
10          Do you see on this form -- this is for
11  Aaron Blecker.  Do you see on this form, it has S's
12  for profits and dividends and interest, and then
13  it's crossed out?
14     A.   Okay.  Yes.
15     Q.   Do you know who would have crossed this
16  out?
17     A.   No.  I would assume it had to be someone in
18  the operations department.
19     Q.   Okay.  And was there anyone who would check
20  the work of someone in the operations department to
21  make sure they didn't make a mistake?
22     A.   Yes.  Probably Annette Bongiorno.
23     Q.   Okay.  So she would do it?
24     A.   Uh-huh.
25     Q.   Okay.  And if you wanted to know what the