# Securities Investor Protection Corporation

# v.

# Bernard L. Madoff Investment Securities LLC

# In re: Bernard L. Madoff Investment Securities and

# Bernard L. Madoff, Debtors

# Case No. 08-01789 (SMB)

# SIPA Liquidation

# (Substantively Consolidated)

Exhibits 1-2 to the Declaration of Stephanie Ackerman are available for review upon written or telephonic request to:

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Stephanie Ackerman, Esq.
Tel: (212) 847-2851
Email: sackerman@bakerlaw.com