**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>            Plaintiff-Applicant, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>         Plaintiff, <br><br>     v. <br><br> THE JOSEPH BERGMAN REVOCABLE TRUST, <br><br> JOSEPH BERGMAN, individually and in his capacity as trustee of the JOSEPH BERGMAN REVOCABLE TRUST, <br><br>         Defendants. | Adv. Pro. No. 10-05134 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and The

Joseph Bergman Revocable Trust and Joseph Bergman, individually and in his capacity as

trustee of the Joseph Bergman Revocable Trust, ("Defendants"), by and through their counsel,

Richard B. Feldman of Rosenberg Feldman Smith LLP (collectively, the "Parties"), hereby

stipulate and agree to the following:

1.     On December 2, 2010, the Trustee filed and served the Complaint against

Defendants.

2.     On May 5, 2014, Defendants filed and served the Answer to the Complaint on the

Trustee.

3.     Pursuant to the Settlement Procedures Order, entered by this Court on November

12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on

February 27, 2017.

4.     In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without

prejudice of the Trustee's claims against Defendants in the above-captioned adversary

proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of

the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured

default under the terms of the Settlement Agreement.  Upon the Trustee's receipt of the full

Settlement Amount as set forth in the Settlement Agreement, and provided there is no default

under the Settlement Agreement, this dismissal shall be deemed with prejudice.

5.     The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7.      The Bankruptcy Court shall retain jurisdiction over this Stipulation.


*[Remainder of this page intentionally left blank]*

Date: March  15, 2017
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*


Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

**ROSENBERG FELDMAN SMITH LLP**

By:  */s/ Richard B. Feldman*
551 Fifth Avenue, 24th Floor
New York, New York 10176
Telephone: (212) 682-3454
Facsimile: (212) 867-9045
Richard B. Feldman
Email:  Rfeldman@rfs-law.com

*Attorneys for Defendants The Joseph Bergman
Revocable Trust, Joseph Bergman, individually
and in his capacity as trustee of the Joseph
Bergman Revocable Trust*


SO ORDERED:

/s/ STUART M. BERNSTEIN
Hon. Stuart M. Bernstein
United States Bankruptcy Judge

Dated: March 15th, 2017
New York, New York