**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, CARLO GROSSO, KINGATE GLOBAL FUND, LTD., KINGATE EURO FUND, LTD., KINGATE MANAGEMENT LIMITED, FIM ADVISERS LLP, FIM LIMITED, CITI HEDGE FUND SERVICES LIMITED, FIRST PENINSULA TRUSTEES LIMITED, INDIVIDUALLY AND AS TRUSTEE OF THE ASHBY TRUST, THE ASHBY TRUST, ASHBY INVESTMENT SERVICES LIMITED, ALPINE TRUSTEES LIMITED, INDIVIDUALLY AND | Adv. Pro. No. 09-01161 (SMB)<br><br><br><br>**NOTICE OF APPEAL** |

08-01789-cgm    Doc 15241    Filed 03/16/17    Entered 03/16/17 10:17:17    Main Document
                                    Pg 2 of 6

AS TRUSTEE OF EL PRELA TRUST, PORT OF HERCULES TRUSTEES LIMITED, INDIVIDUALLY, AND AS TRUSTEE OF EL PRELA TRUST, EL PRELA TRUST, EL PRELA GROUP HOLDING SERVICES, ASHBY HOLDINGS SERVICES LIMITED, EL PRELA TRADING INVESTMENTS LIMITED, and HSBC BANK BERMUDA LIMITED,

Defendants.

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Bernard L. Madoff, individually, hereby appeals to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 158(d)(2), from each and every aspect of the final judgment annexed hereto as Exhibit 1 (the "Final Judgment") of the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. Ceretti*, Adv. Pro. No. 09-01161 (SMB) (Bankr. S.D.N.Y. March 9, 2017), ECF No. 281, and in the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Mar. 9, 2017), ECF No. 15205, including without limitation the following:

    1. Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers of the Bankruptcy Court (Bernstein, J.), dated November 22, 2016 (attached as Exhibit A to the Final Judgment), resulting in the dismissal of all of the Trustee's claims against defendants Kingate Management Limited, Carlo Grosso, Federico Ceretti, FIM Advisers LLP, FIM Limited, HSBC Bank Bermuda Limited, Citi Hedge Fund Services Limited, Alpine Trustees Limited, individually and as trustee of El Prela Trust, Ashby Holdings Services Limited, El Prela Group

Holding Services, El Prela Trading Investments Limited, El Prela Trust, First Peninsula Trustees Limited, individually and as trustee of The Ashby Trust, The Ashby Trust, Ashby Investment Services Limited, and Port of Hercules Trustees Limited, individually and as trustee of El Prela Trust (collectively, the "Appellees") in this Adversary Proceeding. *Id.*, ECF No. 14495;

2. Opinion and Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated July 6, 2014 (annexed hereto as Exhibit 2). *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re Madoff Sec.)*, No. 12-mc-115 (JSR) (S.D.N.Y. July 7, 2014), ECF No. 551;

3. The Order of the United States District Court for the Southern District of New York (Rakoff, J.) dated May 11, 2013, where applicable (annexed hereto as Exhibit 3). *Id.*, ECF No. 468; and

4. The Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated June 6, 2012, where applicable (annexed hereto as Exhibit 4). *Id.*, ECF No. 167.

The names of the relevant parties to the Final Judgment appealed, and the contact information of their attorneys, are as follows:

| Trustee / Appellant | Counsel for Trustee / Appellant |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Geraldine E. Ponto<br>Email: gponto@bakerlaw.com<br>Marshall J. Mattera<br>Email: mmattera@bakerlaw.com |

3

| Defendants / Appellees | Counsel for Defendants / Appellees |
|---|---|
| Alpine Trustees Limited, Individually and as Trustee of El Prela Trust<br>Ashby Holdings Services Limited<br>El Prela Group Holding Services<br>El Prela Trading Investments Limited<br>El Prela Trust<br>First Peninsula Trustees Limited, Individually and as Trustee of The Ashby Trust<br>The Ashby Trust<br>Ashby Investment Services Limited<br>Port of Hercules Trustees Limited, Individually and as Trustee of El Prela Trust | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: (212) 230-4610<br>Facsimile: (646) 465-7410<br>Timothy P. Harkness<br>Email: timothy.harkness@freshfields.com |
| FIM Limited<br>Carlo Grosso<br>Federico Ceretti<br>FIM Advisors LLP | PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Barry G. Sher<br>Email: barrysher@paulhastings.com<br>Jodi Aileen Kleinick<br>Email: jodikleinick@paulhastings.com<br>Mor Wetzler<br>Email: morwetzler@paulhastings.com |
| Kingate Management Limited | CHAFFETZ LINDSEY LLP<br>1700 Broadway, 33rd Floor<br>New York, New York 10019<br>Telephone: (212) 257-6960<br>Facsimile: (212) 257-6950<br>Scott W. Reynolds<br>Email: scott.reynolds@chaffetzlindsey.com<br>Erin E. Valentine<br>Email: erin.valentine@chaffetzlindsey.com |
| HSBC Bank Bermuda Limited | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Thomas J. Moloney<br>Email: tmoloney@cgsh.com |

| | |
|---|---|
| Citi Hedge Fund Services Limited | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Carmine D. Boccuzzi, Jr.<br>Email: cboccuzzi@cgsh.com |

The names of all relevant parties to the Adversary Proceeding, not party to this appeal, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Defendants | Counsel for Defendants |
|---|---|
| Kingate Global Fund, Ltd.<br>Kingate Euro Fund, Ltd. | Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Lindsay M. Weber<br>Email: lindsayweber@quinnemanuel.com<br>Rex Lee<br>Email: rexlee@quinnemanuel.com<br>Robert S. Loigman<br>Email: robertloigman@quinnemanuel.com<br>Susheel Kirpalani<br>Email: susheelkirpalani@quinnemanuel.com |

**PLEASE TAKE FURTHER NOTICE** that the Trustee and the Appellees in this Adversary Proceeding have agreed pursuant to 28 U.S.C. § 158(d)(2)(A)(iii) to certify this appeal to the United States Court of Appeals for the Second Circuit. Accordingly, subsequent to the filing of this Notice of Appeal, the Trustee and the Appellees will also file an Official Bankruptcy Form 424 certifying this appeal.

**PLEASE TAKE FURTHER NOTICE** that if the United States Court of Appeals for the Second Circuit does not authorize a direct appeal, the Trustee hereby appeals the Final Judgment, in the alternative, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1).

| | |
|---|---|
| Dated: March 16, 2017<br>New York, New York | By: */s/ David J. Sheehan*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L.*<br>*Madoff* |