**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>     v.<br><br>HSBC BANK PLC, HSBC BANK BERMUDA LIMITED, HSBC FUND SERVICES (LUXEMBOURG) S.A., HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED, HSBC PRIVATE BANK (SUISSE) S.A., HSBC SECURITIES SERVICES (BERMUDA) LIMITED, HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., HSBC BANK USA, N.A., HSBC PRIVATE | Adv. Pro. No. 09-01364 (SMB)<br><br><br><br>**NOTICE OF APPEAL** |

| BANKING HOLDINGS (SUISSE) S.A., HSBC BANK (CAYMAN) LIMITED, THEMA FUND LTD., HERMES INTERNATIONAL FUND LIMITED, LAGOON INVESTMENT TRUST, GEO CURRENCIES LTD. S.A., HERMES ASSET MANAGEMENT LIMITED, THEMA ASSET MANAGEMENT LIMITED (BVI), EQUUS ASSET MANAGEMENT LTD., THEMA ASSET MANAGEMENT (BERMUDA) LTD., BANK AUSTRIA WORLDWIDE FUND MANAGEMENT LIMITED, 20:20 MEDICI AG, ERWIN KOHN, EUROVALEUR, INC., SONJA KOHN, HERALD ASSET MANAGEMENT LIMITED, INTER ASSET MANAGEMENT, INC., ALPHA PRIME ASSET MANAGEMENT LTD., TEREO TRUST COMPANY LIMITED, ALPHA PRIME FUND LIMITED, CARRUBA ASSET MANAGEMENT LIMITED, REGULUS ASSET MANAGEMENT LIMITED, and URSULA RADEL-LESZCZYNSKI, |
| :--- |
| Defendants. |

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Bernard L. Madoff, individually, hereby appeals to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 158(d)(2), from each and every aspect of the final judgment annexed hereto as Exhibit 1 (the "Final Judgment") of the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. HSBC Bank plc*, Adv. Pro. No. 09-01364 (SMB) (Bankr. S.D.N.Y. March 9, 2017), ECF No. 447, and in the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Mar. 9, 2017), ECF No. 15206, including without limitation the following:

2

1. Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers of the Bankruptcy Court (Bernstein, J.), dated November 22, 2016 (the "Memorandum Decision") (attached as Exhibit A to the Final Judgment), resulting in the dismissal of: (1) the Trustee's claims, except for any subsequent transfers received from the Rye Funds, as that term is defined in the Memorandum Decision, as to Counts Two, Ten, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen and Nineteen against defendants HSBC Bank plc, HSBC Bank Bermuda Limited, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A., , HSBC Private Banking Holdings (Suisse) S.A., and HSBC Bank (Cayman) Limited; (2) the Trustee's claims as to Counts Two and Ten against defendants Thema Fund Ltd., Hermes International Fund Limited, Lagoon Investment Trust, Geo Currencies Ltd. S.A., Hermes Asset Management Limited, Thema Asset Management Limited (BVI), Equus Asset Management Ltd., Thema Asset Management (Bermuda) Ltd., and Bank Austria Worldwide Fund Management Limited; and (3) the Trustee's claims against defendant HSBC Bank USA, N.A. for subsequent transfers received from Fairfield Sentry Limited and Harley International (Cayman) Limited (collectively, the "Appellees") in this Adversary Proceeding.  *Id.*, ECF Nos. 14495 and 14890;

2. Opinion and Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated July 6, 2014 (annexed hereto as Exhibit 2). *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re Madoff Sec.)*, No. 12-mc-115 (JSR) (S.D.N.Y. July 7, 2014), ECF No. 551;

3

3. The Order of the United States District Court for the Southern District of New York (Rakoff, J.) dated May 11, 2013, where applicable (annexed hereto as Exhibit 3). *Id.*, ECF No. 468; and

4. The Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated June 6, 2012, where applicable (annexed hereto as Exhibit 4). *Id.*, ECF No. 167.

The names of the relevant parties to the Final Judgment appealed, and the contact information of their attorneys, are as follows:

| Trustee / Appellant | Counsel for Trustee / Appellant |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com |

| Defendants / Appellees | Counsel for Defendants / Appellees |
|---|---|
| Thema Fund Ltd.<br>Hermes International Fund Limited<br>Lagoon Investment Trust<br>Lagoon Investment Limited | DEBEVOISE & PLIMPTON<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6386<br>Joseph Moodhe<br>Email: jpmoodhe@debevoise.com<br>Shannon R. Selden<br>Email: srselden@debevoise.com |

| Defendants / Appellees | Counsel for Defendants / Appellees |
|---|---|
| HSBC Bank Bermuda Limited<br>HSBC Bank plc<br>HSBC Fund Services (Luxembourg) S.A.<br>HSBC Holdings plc<br>HSBC Institutional Trust Services (Bermuda) Limited<br>HSBC Institutional Trust Services (Ireland) Limited<br>HSBC Private Bank (Suisse) S.A.<br>HSBC Securities Services (Bermuda) Limited<br>HSBC Securities Services (Ireland) Limited.<br>HSBC Securities Services (Luxembourg) S.A.<br>HSBC Bank USA, N.A.<br>HSBC Private Banking Holdings (Suisse) S.A.<br>HSBC Bank (Cayman) Limited | CLEARY GOTTLIEB STEEN & HAMILTON<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212)225-2000<br>Facsimile: (212) 225-3999<br>Thomas J. Maloney<br>Email: tmoloney@cgsh.com |
| Hermes Asset Management Limited<br>Thema Asset Management (BVI) Ltd.<br>Equus Asset Management Ltd.<br>Thema Asset Management (Bermuda) Ltd. | WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212)728-8000<br>Facsimile: (212) 728-8111<br>Sameer Advani<br>Email: sadvani@willkie.com<br>Robin Spigel<br>Email: rspigel@willkie.com |
| Bank Austria Worldwide Fund Management Limited | SULLIVAN & WORCESTOR LLP<br>1633 Broadway, 32nd Floor<br>New York, New York 10019<br>Telephone: (212) 660-3000<br>Facsimile: (212)660-3001<br>Franklin B. Velie<br>Email: fvelie@sandw.com<br>Jonathan G. Kortmansky<br>Email: jkortmansky@sandw.com<br>Mitchell C. Stein<br>Email: mstein@sandw.com |

The names of all relevant parties to the Adversary Proceeding, not party to this appeal, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Defendants | Counsel for Defendants |
| --- | --- |
| 20:20 Medici AG<br>Erwin Kohn<br>Eurovaleur, Inc.<br>Sonja Kohn<br>Herald Asset Management Limited | ROBINSON BROG LLP<br>875 Third Ave<br>New York, New York 10022<br>Telephone: (212) 603-6300<br>Sheldon Eisenberger<br>Email: seisenberger@robinsonbrog.com<br><br>NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 332-8550<br>Isaac M. Neuberger<br>Email: imn@nqgrg.com |
| Alpha Prime Asset Management Ltd.<br>Tereo Trust Company Limited<br>Alpha Prime Fund Limited<br>Carruba Asset Management Limited<br>Regulus Asset Management Limited<br>Ursula Radel-Leszczynski | DUFFYAMEDEO LLP<br>275 7th Avenue, 7th floor<br>New York, NY 10001<br>Telephone: (212) 729-5831<br>Facsimile: (212) 208-2437<br>Todd E. Duffy<br>Email: tduffy@duffyamedeo.com<br>Douglas A. Amedeo<br>Email: damadeo@duffyamadeo.com |
| Thema International Fund plc<br>Thema Wise Investments Ltd.<br>Geo Currencies Ltd. S.A. | DEBEVOISE & PLIMPTON<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6386<br>Joseph Moodhe<br>Email: jpmoodhe@debevoise.com<br>Shannon R. Selden<br>Email: srselden@debevoise.com |
| Inter Asset Management, Inc.<br>c/o Bison Financial Services Ltd.<br>Bison Court, Road Town<br>Tortola, British Virgin Islands | No Appearance |

**PLEASE TAKE FURTHER NOTICE** that the Trustee and the Appellees in this Adversary Proceeding have agreed pursuant to 28 U.S.C. § 158(d)(2)(A)(iii) to certify this appeal to the United States Court of Appeals for the Second Circuit.  Accordingly, subsequent to the filing of this Notice of Appeal, the Trustee and the Appellees will file an Official Bankruptcy Form 424 certifying this appeal.

**PLEASE TAKE FURTHER NOTICE** that if the United States Court of Appeals for the Second Circuit does not authorize a direct appeal, the Trustee hereby appeals the Final Judgment, in the alternative, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1).

Dated:  March 16, 2017
       New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*