**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UBS AG, UBS (LUXEMBOURG) SA, UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, | Adv. Pro. No. 10-04285 (SMB)<br><br>**NOTICE OF APPEAL** |

ACCESS PARTNERS SA as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA SICAV, GROUPEMENT FINANCIER LTD.,

Defendants.

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Bernard L. Madoff, individually, hereby appeals to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 158(d)(2), from each and every aspect of the final judgment annexed hereto as Exhibit 1 (the "Final Judgment") of the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. UBS AG*, Adv. Pro. No. 10-04285 (SMB) (Bankr. S.D.N.Y. March 9, 2017), ECF No. 232, and in the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff*

2

*Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Mar. 9, 2017), ECF No. 15207, including without limitation the following:

    1.  Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers of the Bankruptcy Court (Bernstein, J.), dated November 22, 2016 (attached as Exhibit A to the Final Judgment), resulting in the dismissal of all of the Trustee's claims against defendants UBS AG, UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., Access International Advisors Ltd., Access Management Luxembourg S.A. (f/k/a Access International Advisors (Luxembourg) S.A.) as represented by its Liquidator Maître Fernand Entringer, Access Partners S.A. as represented by its Liquidator Maître Fernand Entringer, Patrick Littaye, and Pierre Delandmeter, and resulting in the dismissal of certain of the Trustee's claims against UBS (Luxembourg) S.A. (collectively, "Appellees") in this Adversary Proceeding. *Id.*, ECF No. 14495;

    2.  Opinion and Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated July 6, 2014 (annexed hereto as Exhibit 2). *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re Madoff Sec.)*, No. 12-mc-115 (JSR) (S.D.N.Y. July 7, 2014), ECF No. 551;

    3.  The Order of the United States District Court for the Southern District of New York (Rakoff, J.) dated May 11, 2013, where applicable (annexed hereto as Exhibit 3). *Id.*, ECF No. 468; and

    4.  The Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated June 6, 2012, where applicable (annexed hereto as Exhibit 4). *Id.*, ECF No. 167.

The names of the relevant parties to the Final Judgment appealed, and the contact information of their attorneys, are as follows:

| Trustee / Appellant | Counsel for Trustee / Appellant |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com |

| Defendants / Appellees | Counsel for Defendants / Appellees |
|---|---|
| UBS AG<br><br>UBS Fund Services (Luxembourg) SA<br><br>UBS (Luxembourg) S.A.<br><br>UBS Third Party Management Company S.A. | GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Marshall R. King<br>Email: mking@gibsondunn.com<br>Gabriel Hermann<br>Email: gherrmann@gibsondunn.com |
| Patrick Littaye<br><br>Access International Advisors Ltd.<br><br>Access Management Luxembourg S.A. (f/k/a Access International Advisors (Luxembourg) S.A.) as Represented by its Liquidator Maître Fernand Entringer<br><br>Access Partners SA as represented by its Liquidator Maître Fernand Entringer | KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8774<br>Anthony Paccione<br>Email: anthony.paccione@kattenlaw.com<br>Brian Muldrew<br>Email: brian.muldrew@kattenlaw.com |
| Pierre Delandmeter | FRIEDMAN, KAPLAN, SEILER & ADELMAN LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 833-1120<br>Facsimile: (212) 373-7920<br>Scott M. Berman<br>Email: sberman@fklaw.com |

The names of all relevant parties to the Adversary Proceeding, not party to this appeal, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Defendants | Counsel for Defendants |
|---|---|
| Access International Advisors LLC<br><br>Groupement Financier Ltd.<br><br>Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet)<br><br>Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet) | KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8774<br>Anthony Paccione<br>Email: anthony.paccione@kattenlaw.com<br>Brian Muldrew<br>Email: brian.muldrew@kattenlaw.com |
| Theodore Dumbauld | SHER TREMONTE LLP<br>80 Broad Street, 13th Floor<br>New York, New York 10004<br>Telephone: (212)202-2600<br>Facsimile : (212) 202-4156<br>Robert Knuts<br>Email: rknuts@shertremonte.com |
| Maître Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxalpha SICAV | PORZIO, BROMBERG & NEWMAN, P.C.<br>156 W. 56th Street, Suite 830<br>New York, New York 10019<br>Telephone: (212) 265-6888<br>Facsimile : (212) 957-3983<br>Brett S. Moore<br>bsmoore@pbnlaw.com |

**PLEASE TAKE FURTHER NOTICE** that the Trustee and Appellees in this Adversary Proceeding have agreed pursuant to 28 U.S.C. § 158(d)(2)(A)(iii) to certify this appeal to the United States Court of Appeals for the Second Circuit. Accordingly, subsequent to the filing of this Notice of Appeal, the Trustee and Appellees will file an Official Bankruptcy Form 424 certifying this appeal.

**PLEASE TAKE FURTHER NOTICE** that if the United States Court of Appeals for the Second Circuit does not authorize a direct appeal, the Trustee hereby appeals the Final Judgment, in the alternative, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1).

Dated: March 16, 2017
       New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*