**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01195 (SMB) |
| Plaintiff, | |
| v. | |
| SIX SIS AG, | |
| Defendant. | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee of the

substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Bernard L. Madoff,

individually, hereby appeals to the United States Court of Appeals for the Second Circuit

pursuant to 28 U.S.C. § 158(d)(2), from each and every aspect of the final judgment annexed

hereto as Exhibit 1 (the "Final Judgment") of the Honorable Stuart M. Bernstein of the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"),

entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. Six*

*Sis AG*, Adv. Pro. No. 12-01194 (SMB) (Bankr. S.D.N.Y. Mar. 6, 2017), ECF No. 100, and in

the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff*

*Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y.

Mar. 6, 2017), ECF No. 15163, including without limitation the following:

1. Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers of

the Bankruptcy Court (Bernstein, J.), dated November 22, 2016 (attached as Exhibit A to the

Final Judgment), resulting in the dismissal of all of the Trustee's claims against the defendant in

this Adversary Proceeding. *Id.*, ECF No. 14495;

2. Opinion and Order of the United States District Court for the Southern District of New

York (Rakoff, J.), dated July 6, 2014 (annexed hereto as Exhibit 2). *Securities Investor*

*Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re Madoff Secs.)*, No. 12-

mc-115 (JSR) (S.D.N.Y. July 7, 2014), ECF No. 551;

3. The Order of the United States District Court for the Southern District of New York

(Rakoff, J.) dated May 11, 2013, where applicable (annexed hereto as Exhibit 3). *Id.*, ECF

No. 468; and

4.    The Order of the United States District Court for the Southern District of New York

(Rakoff, J.), dated June 6, 2012, where applicable (annexed hereto as Exhibit 4).  *Id.*, ECF

No. 167.

The names of the relevant parties to the Final Judgment appealed, and the contact

information of their attorneys, are as follows:

| Trustee/Appellant | Counsel for Trustee/Appellant |
| --- | --- |
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com |

| Defendant/Appellee | Counsel for Defendant/Appellee |
| --- | --- |
| SIX SIS AG | CHAFFETZ LINDSEY LLP<br>505 Fifth Avenue, 4th Floor<br>New York, New York 10117<br>Telephone:  (212) 257-6960<br>Facsimile:  (212) 257-6950<br>Peter R. Chaffetz<br>Email: peter.chaffetz@chaffetzlindsey.com<br>Andreas A. Frischknecht<br>Email: andreas.frischknecht@chaffetzlindsey.com<br>Erin E. Valentine<br>Email: erin.valentine@chaffetzlindsey.com |

**PLEASE TAKE FURTHER NOTICE** that the Trustee and the defendant in this

Adversary Proceeding have agreed pursuant to 28 U.S.C. § 158(d)(2)(A)(iii) to certify this

appeal to the United States Court of Appeals for the Second Circuit.  Accordingly, subsequent to

the filing of this Notice of Appeal, the parties will also file an Official Bankruptcy Form 424

certifying this appeal.

**PLEASE TAKE FURTHER NOTICE** that if the United States Court of Appeals for

the Second Circuit does not authorize a direct appeal, the Trustee hereby appeals the Final

Judgment, in the alternative, to the United States District Court for the Southern District of New

York pursuant to 28 U.S.C. § 158(a)(1).

Dated:  March 16, 2017                              By: */s/ Stacy A. Dasaro*
      New York, New York                     **BAKER & HOSTETLER LLP**
                                                    45 Rockefeller Plaza
                                                    New York, New York 10111
                                                    Telephone:  (212) 589-4200
                                                    Facsimile:  (212) 589-4201
                                                    David J. Sheehan
                                                    Email:  dsheehan@bakerlaw.com
                                                    Stacy A. Dasaro
                                                    Email: sdasaro@bakerlaw.com

                                                    *Attorneys for Irving H. Picard, Trustee*
                                                    *for the Substantively Consolidated SIPA*
                                                    *Liquidation of Bernard L. Madoff Investment*
                                                    *Securities LLC and the Estate of Bernard L.*
                                                    *Madoff*