**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01680 (SMB) |
| Plaintiff, | |
| v. | |
| INTESA SANPAOLO SPA (AS SUCCESSOR IN INTEREST TO BANCA INTESA SPA), EURIZON CAPITAL SGR SPA (AS SUCCESSOR IN INTEREST TO EURIZON INVESTIMENTI SGR SPA, F/K/A NEXTRA INVESTMENT MANAGEMENT SGR SPA, AND EURIZON ALTERNATIVE INVESTMENTS | |

01:21682491.1

|  |  |
|---|---|
| SGR SPA, F/K/A NEXTRA ALTERNATIVE INVESTMENTS SGR SPA), EURIZON LOW VOLATILITY F/K/A NEXTRA LOW VOLATILITY, EURIZON LOW VOLATILITY II F/K/A NEXTRA LOW VOLATILITY II, EURIZON LOW VOLATILITY PB F/K/A NEXTRA LOW VOLATILITY PB, EURIZON MEDIUM VOLATILITY F/K/A NEXTRA MEDIUM VOLATILITY, EURIZON MEDIUM VOLATILITY II F/K/A NEXTRA MEDIUM VOLATILITY II, EURIZON TOTAL RETURN F/K/A NEXTRA TOTAL RETURN,<br><br>　　　　　　　　　　Defendants. | **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Bernard L. Madoff, individually, hereby appeals to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 158(d)(2), from each and every aspect of the final judgment annexed hereto as Exhibit 1 (the "Final Judgment") of the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. Intesa Sanpaolo SpA (as successor in interest to Banca Intesa SpA), et al.*, Adv. Pro. No. 12-01680 (SMB) (Bankr. S.D.N.Y. March 3, 2017), ECF No. 79, and in the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Mar. 3, 2017), ECF No. 15181, including without limitation the following:

　　1. Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers of the Bankruptcy Court (Bernstein, J.), dated November 22, 2016 (attached as Exhibit A to the

Final Judgment), resulting in the dismissal of all of the Trustee's claims against the defendants in this Adversary Proceeding. *Id.*, ECF No. 14495;

2. Opinion and Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated July 6, 2014 (annexed hereto as <u>Exhibit 2</u>). *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re BLMIS)*, No. 12-mc-115 (JSR) (S.D.N.Y. July 7, 2014), ECF No. 551;

3. The Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated May 11, 2013, where applicable (annexed hereto as <u>Exhibit 3</u>). *Id.*, ECF No. 468; and

4. The Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated June 6, 2012, where applicable (annexed hereto as <u>Exhibit 4</u>). *Id.*, ECF No. 167.

The names of the relevant parties to the Final Judgment appealed, and the contact information of their attorneys, are as follows:

| Trustee /Appellant | Counsel for Trustee /Appellant |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Matthew B. Lunn<br>Email: mlunn@ycst.com<br>Justin P. Duda<br>Email: jduda@ycst.com |

| Defendants/ Appellees | Counsel for Defendants / Appellees |
|---|---|
| Intesa Sanpaolo SpA (as successor in interest to Banca Intesa SpA)<br><br>Eurizon Capital SGR SpA (as successor in interest to Eurizon Investimenti SGR SpA, f/k/a Nextra Investment Management Sgr SpA, and Eurizon Alternative Investments SGR SpA, f/k/a Nextra Alternative Investments SGR SpA)<br><br>Eurizon Low Volatility f/k/a Nextra Low Volatility<br><br>Eurizon Low Volatility II f/k/a Nextra Low Volatility II<br><br>Eurizon Low Volatility Pb f/k/a Nextra Low Volatility PB<br><br>Eurizon Medium Volatility f/k/a Nextra Medium Volatility<br><br>Eurizon Medium Volatility II f/k/a Nextra Medium Volatility II<br><br>Eurizon Total Return f/k/a NEXTRA Total Return | Davis, Polk, & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Elliot Moskowitz<br>Email: elliot.moskowitz@davispolk.com<br>Andrew Ditchfield<br>Email: andrew.ditchfield@davispolk.com |

**PLEASE TAKE FURTHER NOTICE** that the Trustee and all defendants in this Adversary Proceeding have agreed pursuant to 28 U.S.C. § 158(d)(2)(A)(iii) to certify this appeal to the United States Court of Appeals for the Second Circuit.  Accordingly, subsequent to the filing of this Notice of Appeal, the parties will also file an Official Bankruptcy Form 424 certifying this appeal.

**PLEASE TAKE FURTHER NOTICE** that if the United States Court of Appeals for the Second Circuit does not authorize a direct appeal, the Trustee hereby appeals the Final Judgment, in the alternative, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1).

| | |
|---|---|
| Dated:  March 16, 2017<br>New York, New York | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>Matthew B. Lunn<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone:  (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email:  *mlunn@ycst.com*<br>           *jduda@ycst.com*<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* |