**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01239 (SMB) |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRÉS PIEDRAHITA, MARK MCKEEFRY, DANIEL LIPTON, AMIT VIJAYVERGIYA, GORDON MCKENZIE, RICHARD LANDSBERGER, | |

PHILIP TOUB, CHARLES MURPHY, ROBERT BLUM, ANDREW SMITH, HAROLD GREISMAN, GREGORY BOWES, CORINA NOEL PIEDRAHITA, LOURDES BARRENECHE, CORNELIS BOELE, SANTIAGO REYES, and JACQUELINE HARARY,

                            Defendants.

      **PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, individually, hereby appeals to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 158(d)(2), from each and every aspect of the final judgment annexed hereto as Exhibit 1 (the "Final Judgment") of the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. Fairfield Investment Fund Limited*, Adv. Pro. No. 09-01239 (SMB) (Bankr. S.D.N.Y. Mar. 10, 2017), ECF No. 228, and in the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Mar. 10, 2017), ECF No. 15222, including without limitation the following:

    1. Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers of the Bankruptcy Court (Bernstein, J.), dated November 22, 2016 (attached as Exhibit A to the Final Judgment), resulting in the dismissal of the Trustee's claims seeking to recover subsequent transfers that defendants Fairfield Investment Fund Limited, Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda), Ltd., Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Walter Noel, Jeffrey Tucker, Andrés Piedrahita, Mark McKeefry, Daniel Lipton,

2

Amit Vijayvergiya, Gordon Mckenzie, Richard Landsberger, Philip Toub, Charles Murphy, Robert Blum, Andrew Smith, Harold Greisman, Gregory Bowes, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, and Jacqueline Harary (collectively, the "Appellees") received from Fairfield Sentry Limited, Fairfield Sigma Limited, and/or Fairfield Lambda Limited.  *Id.*, ECF Nos. 14495 and 14890;

2. Opinion and Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated July 6, 2014 (annexed hereto as Exhibit 2). *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re Madoff Sec.)*, No. 12-mc-115 (JSR) (S.D.N.Y. July 7, 2014), ECF No. 551;

3. The Order of the United States District Court for the Southern District of New York (Rakoff, J.) dated May 11, 2013, where applicable (annexed hereto as Exhibit 3).  *Id.*, ECF No. 468; and

4. The Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated June 6, 2012, where applicable (annexed hereto as Exhibit 4).  *Id.*, ECF No. 167.

The names of the relevant parties to the Final Judgment appealed, and the contact information of their attorneys, are as follows:

| Trustee / Appellant | Counsel for Trustee / Appellant |
| --- | --- |
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Thomas L. Long<br>Email:  tlong@bakerlaw.com |

3

| Defendants / Appellees | Counsel for Defendants / Appellees |
|---|---|
| Amit Vijayvergiya<br>Andrew Smith<br>Charles Murphy<br>Corina Noel Piedrahita<br>Daniel Lipton<br>Fairfield Greenwich Advisors LLC<br>Fairfield Greenwich Limited<br>Fairfield International Mangers Inc.<br>Gordon Mckenzie<br>Harold Greisman<br>Mark McKeefry<br>Philip Toub<br>Richard Landsberger<br>Santiago Reyes<br>Fairfield Greenwich (Bermuda) Limited<br>Jacqueline Harary<br>Lourdes Barreneche<br>Cornelis Boele | SIMPSON THACHER & BARLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2399<br>Facsimile: (212) 455-2502<br>Mark G. Cunha<br>Email: mcunha@stblaw.com<br>Peter E. Kazanoff<br>Email: pkazanoff@stblaw.com<br>Jeffrey Baldwin<br>Email:jbaldwin@stblaw.com |
| Andrés Piedrahita | DECHERT LLP<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>Andrew J. Levander<br>Email: andrew.levander@dechert.com<br>Neil A. Steiner<br>Email: neil.steiner@dechert.com |
| Fairfield Investment Fund Limited | WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>Fred Kessler<br>Email: fkessler@wmd-law.com |
| Walter Noel | WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 856-9600<br>Facsimile: (212) 354-8113<br>Andrew W. Hammond<br>Email: ahammond@whitecase.com<br>Glenn M. Kurtz<br>Email: gkurtz@whitecase.com |

| | |
|---|---|
| Jeffrey Tucker | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br>Daniel J. Fetterman<br>Email: dfetterman@kasowitz.com |
| Robert Blum | MORVILLO, ABRAMOWITZ, GRAND, IASON, & ANELLO P.C.<br>565 5th Avenue<br>New York, New York 10017<br>Telephone: (212) 856-9600<br>Facsimile: (212) 856-9494<br>Edward M. Spiro<br>Email: espiro@maglaw.com |
| Gregory Bowes | COVINGTON & BURLING, LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: (202) 662-4956<br>Facsimile: (202) 662-6291<br>Bruce A. Baird<br>Email: bbaird@cov.com |

The name of the remaining party to the Adversary Proceeding, not party to this appeal, and the name, address, and telephone number of its attorneys are as follows:

| Defendant | Counsel for Defendant |
|---|---|
| Stable Fund | WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10010<br>Telephone: (212)382-3300<br>Facsimile: (212)382-0050<br>Frederick Kessler<br>Email: fkessler@wmd-law.com |

**PLEASE TAKE FURTHER NOTICE** that the Trustee and the Appellees in this Adversary Proceeding have agreed pursuant to 28 U.S.C. § 158(d)(2)(A)(iii) to certify this appeal to the United States Court of Appeals for the Second Circuit.  Accordingly, subsequent to

5

the filing of this Notice of Appeal, the Trustee and the Appellees will also file Official Bankruptcy Form 424 certifying this appeal.

**PLEASE TAKE FURTHER NOTICE** that if the United States Court of Appeals for the Second Circuit does not authorize a direct appeal, the Trustee hereby appeals the Final Judgment, in the alternative, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1).

Dated:  March 16, 2017
        New York, New York

By: /s/ *Thomas L. Long*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*