**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS　　　　　　　）
　　　　　　　　　　　　　　　） ss:
COUNTY OF DALLAS　　　　　 ）

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 15, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Trustee's Supplemental Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Richard B. Felder and Deborah Felder Tenancy In Common (Docket Number 15234)
    2. Supplemental Declaration of Stephanie Ackerman in Support of Trustee's Supplemental Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Richard B. Felder and Deborah Felder Tenancy In Common (Docket Number 15235)

Executed on March 16, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 16th day of March, 2017

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

(SEAL)

_____
Notary Public March 27, 2018

# Exhibit A

**Exhibit A**
**March 15, 2017**

| Contact | Address1 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | Claimant |