# EXHIBIT 3

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
SECURITIES INVESTOR PROTECTION        :
CORPORATION,                          :
                                      :
        Plaintiff,                    :          12-mc-115 (JSR)
                                      : Adv. Pro. No. 08-01789 (SMB)
        -v-                           :
                                      :              ORDER
BERNARD L. MADOFF INVESTMENT          :
SECURITIES LLC,                       :
                                      :
        Defendant.                    :
-------------------------------------x
                                      :
In re:                                :
                                      :
MADOFF SECURITIES                     :
                                      :
-------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On July 10, 2014, the Court issued an Order directing counsel
to parties with individual issues not addressed by the Court's
decisions in the consolidated withdrawals to inform the Court by
letter by July 18, 2014. See ECF No. 552. The Court received several
such letters and addressed the issues they raised in separate
Orders. Any remaining motions to withdraw the reference are hereby
denied and all the adversary proceedings are returned to the
Bankruptcy Court. The Clerk of Court is directed to close all the
civil cases seeking to withdraw the reference related to this
matter.

SO ORDERED.

Dated: New York, NY
August _1_, 2014                        JED S. RAKOFF, U.S.D.J.

1