**<u>EXHIBIT B</u>**

EXHIBIT B
SUMMARY OF TWENTY-THIRD INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM  AUGUST 1, 2016 THROUGH NOVEMBER 30, 2016

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein Eugene | 1965 | 530.00 | 24.80 | 13,144.00 |
| | Picard Irving H. | 1966 | 998.00 | 322.70 | 322,054.60 |
| | Sheehan David J. | 1968 | 998.00 | 519.50 | 518,461.00 |
| | Matthias Michael R | 1973 | 688.00 | 330.50 | 227,384.00 |
| | Bash Brian A | 1975 | 741.00 | 5.20 | 3,853.20 |
| | Greene Bruce R | 1976 | 700.00 | 15.80 | 11,060.00 |
| | Long Thomas L | 1976 | 915.00 | 620.50 | 567,757.50 |
| | Markowitz Laurence S | 1977 | 782.00 | 1.40 | 1,094.80 |
| | Chockley III Frederick W | 1982 | 805.00 | 3.30 | 2,656.50 |
| | Ponto Geraldine E. | 1982 | 900.00 | 468.00 | 421,200.00 |
| | Hutchins Elaine A | 1983 | 595.00 | 20.40 | 12,138.00 |
| | Rivkin Jr David B | 1985 | 1,061.09 | 21.20 | 22,495.20 |
| | Smith Elizabeth A | 1985 | 836.00 | 3.20 | 2,675.20 |
| | McDonald Heather J | 1986 | 667.00 | 86.70 | 57,828.90 |
| | Reich Andrew W | 1987 | 618.00 | 129.20 | 79,845.60 |
| | Burke John J | 1988 | 725.00 | 81.80 | 59,305.00 |
| | DeLancey Leah E | 1990 | 646.00 | 8.50 | 5,491.00 |
| | Douthett Breaden M | 1991 | 418.00 | 237.40 | 99,233.20 |
| | Goldberg Steven H | 1991 | 921.00 | 83.80 | 77,179.80 |
| | Hunt Dean D | 1991 | 662.00 | 339.30 | 224,616.60 |
| | Resnick Lauren J | 1991 | 936.00 | 37.10 | 34,725.60 |
| | Warren Thomas D | 1992 | 736.00 | 34.30 | 25,244.80 |
| | Griffin Regina L. | 1993 | 915.00 | 611.80 | 559,797.00 |
| | Kornfeld Mark A. | 1993 | 915.00 | 663.70 | 607,285.50 |
| | Renner Deborah H. | 1993 | 915.00 | 227.60 | 208,254.00 |
| | Filla Michael J. | 1994 | 385.00 | 47.00 | 18,095.00 |
| | Brennan Terry M | 1995 | 504.00 | 25.60 | 12,902.40 |
| | Casey Lee A | 1995 | 926.00 | 8.40 | 7,778.40 |
| | Scaletta Anthony J | 1995 | 472.00 | 121.40 | 57,300.80 |
| | Cole Tracy L | 1996 | 777.00 | 518.90 | 403,185.30 |
| | Turner Christa C. | 1996 | 477.00 | 77.60 | 37,015.20 |
| | Hoang Lan | 1997 | 784.00 | 709.10 | 555,934.40 |
| | Murphy Keith R. | 1997 | 915.00 | 544.70 | 498,400.50 |
| | Papp Edward Daniel | 1997 | 350.00 | 3.20 | 1,120.00 |
| | Scully Elizabeth A | 1997 | 667.00 | 17.80 | 11,872.60 |
| | Clark Eben P | 1998 | 420.00 | 11.60 | 4,872.00 |
| | Fish Eric R. | 1998 | 694.00 | 229.60 | 159,342.40 |
| | New Jonathan B. | 1998 | 910.00 | 36.70 | 33,397.00 |
| | Rollinson James H | 1998 | 455.00 | 336.30 | 153,016.50 |
| | Rose Jorian L. | 1998 | 833.00 | 236.70 | 197,171.10 |
| | Wang Ona T | 1998 | 766.00 | 412.10 | 315,668.60 |
| | Warshavsky Oren J. | 1998 | 926.00 | 643.50 | 595,881.00 |
| | Pergament Benjamin D | 1999 | 667.00 | 473.80 | 316,024.60 |
| | Bohorquez Jr Fernando A | 2000 | 751.00 | 483.30 | 362,958.30 |
| | Cremona Nicholas J. | 2000 | 818.00 | 607.60 | 497,016.80 |
| | Gruppuso Anthony M. | 2000 | 643.00 | 248.40 | 159,721.20 |
| | Alaverdi Loura L | 2001 | 592.00 | 422.70 | 250,238.40 |
| | Beckerlegge Robertson D | 2001 | 628.00 | 315.20 | 197,945.60 |
| | Bell Stacey A. | 2001 | 678.00 | 631.20 | 427,953.60 |
| | Fokas Jimmy | 2001 | 772.00 | 277.20 | 213,998.40 |
| | Joy Michael P. | 2001 | 650.00 | 6.50 | 4,225.00 |
| | Zeballos Gonzalo S. | 2001 | 831.00 | 479.60 | 398,547.60 |
| | Mavica-Farraj Gina M. | 2002 | 630.00 | 2.30 | 1,449.00 |
| | North Geoffrey A. | 2002 | 662.00 | 728.50 | 482,267.00 |
| | Song Brian W. | 2002 | 639.00 | 557.70 | 356,370.30 |
| | Hochmuth Farrell A | 2003 | 482.00 | 487.80 | 235,119.60 |
| | Jacobs Edward J. | 2003 | 662.00 | 672.40 | 445,128.80 |
| | Jenson Karin Scholz | 2003 | 670.00 | 379.70 | 254,399.00 |
| | Malchow Jessica P. | 2003 | 371.00 | 10.60 | 3,932.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliver Jason S. | 2003 | 636.00 | 564.60 | 359,085.60 |
| | Sherer James A. | 2003 | 605.80 | 266.60 | 161,507.30 |
| | Shields Nkosi D. | 2003 | 492.00 | 635.30 | 312,567.60 |
| | Cohen Dennis O | 2004 | 582.00 | 1.00 | 582.00 |
| | Gabriel Jessie M | 2004 | 645.50 | 486.70 | 314,163.80 |
| | Kitchen David E | 2004 | 396.00 | 2.70 | 1,069.20 |
| | Smith Rachel M | 2004 | 447.00 | 393.50 | 175,894.50 |
| | Allen Brian F. | 2005 | 477.00 | 267.10 | 127,406.70 |
| | Carvalho Melissa M. | 2005 | 583.00 | 265.80 | 154,961.40 |
| | Hartman Ruth E | 2005 | 355.00 | 329.90 | 117,114.50 |
| | Proano David F | 2005 | 355.00 | 97.30 | 34,541.50 |
| | Carlisle Marie L. | 2006 | 417.00 | 580.90 | 242,235.30 |
| | Kosack Melissa L. | 2006 | 639.00 | 704.20 | 449,983.80 |
| | Longstaff Carrie | 2006 | 544.94 | 564.80 | 307,784.00 |
| | Vanderwal Amy E. | 2006 | 639.00 | 727.30 | 464,744.70 |
| | Brown Seanna R. | 2007 | 662.00 | 606.00 | 401,172.00 |
| | Calvani Torello H. | 2007 | 640.00 | 540.90 | 346,176.00 |
| | Forman Jonathan A. | 2007 | 583.00 | 461.10 | 268,821.30 |
| | Giuliani Esterina | 2007 | 699.90 | 749.70 | 524,714.40 |
| | Kleber Kody | 2007 | 460.00 | 112.40 | 51,704.00 |
| | French-Brown Wanda D. | 2008 | 710.00 | 6.30 | 4,473.00 |
| | Grossman Andrew M. | 2008 | 605.00 | 28.70 | 17,363.50 |
| | Stanley Trevor M. | 2008 | 515.00 | 156.90 | 80,803.50 |
| | Woltering Catherine E. | 2008 | 522.68 | 792.10 | 414,016.00 |
| | Zunno Kathryn M. | 2008 | 644.75 | 277.60 | 178,982.60 |
| | Campbell Patrick T | 2009 | 550.44 | 112.50 | 61,924.00 |
| Partners and of Counsel Total | | | 685.54 | 25,394.30 | 17,408,822.20 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Meisels Naomi P. | 1984 | 556.00 | 1.80 | 1,000.80 |
| | Bieler Philip | 1994 | 450.00 | 276.60 | 124,470.00 |
| | Kates Elyssa S. | 2000 | 609.00 | 587.50 | 357,787.50 |
| | Hooper Rachel P. | 2003 | 371.00 | 331.50 | 122,986.50 |
| | Wlodek Heather | 2003 | 498.00 | 465.70 | 231,918.60 |
| | Hiatt Eric B. | 2005 | 499.00 | 228.80 | 114,171.20 |
| | Stanganelli Maryanne | 2005 | 587.66 | 512.10 | 300,938.50 |
| | Feil Matthew D. | 2006 | 530.00 | 655.60 | 347,468.00 |
| | Munoz Andres A | 2006 | 510.00 | 561.50 | 286,365.00 |
| | Goldmark Jena B. | 2007 | 438.00 | 463.90 | 203,188.20 |
| | Perlman Julian D. | 2007 | 609.00 | 129.10 | 78,621.90 |
| | Truong Sarah Jane T.C. | 2007 | 583.00 | 373.90 | 217,983.70 |
| | Attard Lauren T. | 2008 | 425.00 | 217.30 | 92,352.50 |
| | Carpenter Susrut A. | 2008 | 487.00 | 176.60 | 86,004.20 |
| | Choi David | 2008 | 431.12 | 654.90 | 282,340.00 |
| | Esmont Joseph M. | 2008 | 315.00 | 90.20 | 28,413.00 |
| | Harrigan Sean M. | 2008 | 525.00 | 1.60 | 840.00 |
| | Hirce Margaret E. | 2008 | 477.00 | 90.60 | 43,216.20 |
| | McCurrach Elizabeth G. | 2008 | 477.00 | 602.90 | 287,583.30 |
| | Monaghan Rachel C. | 2008 | 240.00 | 597.20 | 143,328.00 |
| | Rovine Jacqlyn | 2008 | 455.00 | 120.30 | 54,736.50 |
| | Sabella Michael A. | 2008 | 475.00 | 390.20 | 185,345.00 |
| | Schutte Elizabeth M. | 2008 | 445.74 | 592.60 | 264,147.40 |
| | Sea Nexus U. | 2008 | 487.00 | 305.40 | 148,729.80 |
| | Usitalo Michelle R. | 2008 | 492.83 | 427.60 | 210,734.80 |
| | Blattmachr Jonathan D. | 2009 | 469.09 | 420.80 | 197,394.10 |
| | Gentile Dominic A. | 2009 | 458.98 | 641.40 | 294,390.90 |
| | Hilsheimer Lauren M. | 2009 | 480.21 | 243.80 | 117,074.10 |
| | Howe Mary E. | 2009 | 474.41 | 151.90 | 72,063.60 |
| | Kessler Dena S. | 2009 | 355.00 | 80.10 | 28,435.50 |
| | Markel Tatiana | 2009 | 480.57 | 485.50 | 233,317.70 |
| | Mattera Marshall J. | 2009 | 499.00 | 855.60 | 426,944.40 |
| | Maynard Kim M. | 2009 | 424.00 | 17.20 | 7,292.80 |
| | Molina Marco | 2009 | 475.38 | 568.00 | 270,017.50 |
| | Nickodem Robert G. | 2009 | 240.00 | 537.30 | 128,952.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Ozturk Ferve E. | 2009 | 489.84 | 447.00 | 218,958.60 |
| | Perkins Austin Francesca | 2009 | 499.00 | 503.00 | 250,997.00 |
| | Shapiro Peter B. | 2009 | 487.00 | 517.70 | 252,119.90 |
| | Barnes S. Ben | 2010 | 240.00 | 484.30 | 116,232.00 |
| | Bent Camille C. | 2010 | 475.00 | 421.20 | 200,070.00 |
| | Biondo Lindsay J. | 2010 | 240.00 | 682.50 | 163,800.00 |
| | Burch Alexander D. | 2010 | 334.00 | 30.30 | 10,120.20 |
| | Castillon Jesus J. | 2010 | 344.00 | 81.30 | 27,967.20 |
| | Chandler Tara R. | 2010 | 240.00 | 663.80 | 159,312.00 |
| | Cohen Ian R. | 2010 | 450.00 | 223.50 | 100,575.00 |
| | Fein Amanda E. | 2010 | 474.79 | 620.90 | 294,794.30 |
| | Hansford Melissa L. | 2010 | 240.00 | 382.60 | 91,824.00 |
| | Hoff Michelle M. | 2010 | 240.00 | 618.40 | 148,416.00 |
| | Iannuzzi Michael M. | 2010 | 412.00 | 20.00 | 8,240.00 |
| | Kincart Michael J. | 2010 | 310.00 | 12.80 | 3,968.00 |
| | Layden Andrew V. | 2010 | 310.00 | 1.90 | 589.00 |
| | Maytal Anat | 2010 | 447.72 | 581.30 | 260,260.00 |
| | McCabe Bridget S. | 2010 | 435.00 | 104.10 | 45,283.50 |
| | McGourty Cara | 2010 | 458.85 | 723.60 | 332,023.40 |
| | McMillan David M. | 2010 | 440.00 | 355.40 | 156,376.00 |
| | Noethlich Brian R. | 2010 | 254.41 | 281.80 | 71,692.50 |
| | Parente Michael | 2010 | 240.00 | 369.50 | 88,680.00 |
| | Prabucki Kenneth | 2010 | 285.00 | 27.20 | 7,752.00 |
| | Rog Joshua B. | 2010 | 424.00 | 605.60 | 256,774.40 |
| | Rollins Jennifer B. | 2010 | 240.00 | 533.10 | 127,944.00 |
| | Rouach Sophie | 2010 | 438.00 | 634.50 | 277,911.00 |
| | Ubaid Maryland H. | 2010 | 240.00 | 558.50 | 134,040.00 |
| | White A. Mackenna | 2010 | 438.74 | 419.90 | 184,226.50 |
| | Yarbrough Alexander C. | 2010 | 390.00 | 5.90 | 2,301.00 |
| | Barhorst Damon C. | 2011 | 240.00 | 540.50 | 129,720.00 |
| | Bennett Melonia A. | 2011 | 254.30 | 438.20 | 111,432.50 |
| | Blanchard Jason I. | 2011 | 445.00 | 472.40 | 210,218.00 |
| | Crook Darren A. | 2011 | 263.00 | 249.50 | 65,618.50 |
| | deVries Alan C. | 2011 | 253.85 | 487.10 | 123,652.50 |
| | Durbin Damon M. | 2011 | 256.44 | 359.70 | 92,242.50 |
| | Fedeles Emily R. | 2011 | 475.00 | 169.50 | 80,512.50 |
| | Feldstein Robyn M | 2011 | 417.00 | 625.00 | 260,625.00 |
| | Gottesman Joel D. | 2011 | 240.00 | 454.10 | 108,984.00 |
| | Krishna Ganesh | 2011 | 440.00 | 565.90 | 248,996.00 |
| | Oliva Frank M. | 2011 | 418.00 | 581.80 | 243,192.40 |
| | Patrick Stacey M. | 2011 | 240.00 | 771.20 | 185,088.00 |
| | Rose Nicholas M. | 2011 | 398.00 | 426.90 | 169,906.20 |
| | Schechter Jody E. | 2011 | 345.00 | 339.80 | 117,231.00 |
| | Shifrin Maximillian S. | 2011 | 474.00 | 585.20 | 277,384.80 |
| | Sinclair Jordan A. | 2011 | 335.00 | 389.60 | 130,516.00 |
| | Spears Ericka H. | 2011 | 240.00 | 121.80 | 29,232.00 |
| | Vonderhaar Douglas A. | 2011 | 257.41 | 558.60 | 143,790.00 |
| | Wangsgard Kendall E. | 2011 | 398.00 | 213.40 | 84,933.20 |
| | White Jason T. | 2011 | 240.00 | 638.70 | 153,288.00 |
| | Zuberi Madiha M. | 2011 | 440.00 | 397.70 | 174,988.00 |
| | Ackerman Stephanie | 2012 | 408.00 | 799.90 | 326,359.20 |
| | Gallagher Christopher B. | 2012 | 417.00 | 500.30 | 208,625.10 |
| | Hough Shawn P. | 2012 | 428.82 | 582.90 | 249,957.10 |
| | Muranovic Sanja | 2012 | 312.00 | 21.00 | 6,552.00 |
| | Rice David W. | 2012 | 432.68 | 801.50 | 346,794.10 |
| | Barrow Clark Erica | 2013 | 400.00 | 350.20 | 140,080.00 |
| | Choate Hannah C. | 2013 | 371.00 | 110.70 | 41,069.70 |
| | Durkheimer Michael J. | 2013 | 320.00 | 150.60 | 48,192.00 |
| | Felz Jenna N. | 2013 | 371.00 | 146.90 | 54,499.90 |
| | Holder Casey E | 2013 | 314.00 | 134.30 | 42,170.20 |
| | Sterling Nichole L. | 2013 | 400.00 | 66.40 | 26,560.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Tanney Michelle N. | 2013 | 415.00 | 376.00 | 156,040.00 |
| | Abrams Jeremy R. | 2014 | 240.00 | 647.30 | 155,352.00 |
| | Borja Jaysen A. | 2014 | 310.00 | 78.60 | 24,366.00 |
| | Dasaro Stacy A | 2014 | 397.66 | 515.20 | 204,873.60 |
| | Norris Mark K. | 2014 | 235.00 | 311.10 | 73,108.50 |
| | Pierson Amanda R. | 2014 | 335.00 | 16.70 | 5,594.50 |
| | Trahanas Elias D. | 2014 | 375.00 | 516.30 | 193,612.50 |
| | Tranbaugh Mary H. | 2014 | 371.00 | 157.80 | 58,543.80 |
| | Berglin Lauren P. | 2015 | 360.00 | 360.80 | 129,888.00 |
| | Cabrera Jennifer B. | 2015 | 325.00 | 140.90 | 45,792.50 |
| | Collins Joseph P. | 2015 | 325.00 | 12.00 | 3,900.00 |
| | Howley Thomas F. | 2015 | 400.00 | 315.80 | 126,320.00 |
| | Koleva Darina A. | 2015 | 325.00 | 132.20 | 42,965.00 |
| | Light Samuel M. | 2015 | 360.00 | 450.60 | 162,216.00 |
| | Porembski Daniel P. | 2015 | 240.00 | 698.10 | 167,544.00 |
| | Serrao Andrew M. | 2015 | 400.00 | 428.80 | 171,520.00 |
| | Turner Tara E. | 2015 | 240.00 | 722.30 | 173,352.00 |
| | Wallace Kevin M. | 2015 | 370.00 | 290.40 | 107,448.00 |
| | Weinberg Lauren R. | 2015 | 360.00 | 336.40 | 121,104.00 |
| | Lucas Stephanie A. | 2016 | 310.00 | 40.50 | 12,555.00 |
| | Nadworny Bari R. | 2016 | 360.00 | 199.80 | 71,928.00 |
| | Stork Victoria L. | 2017 | 350.00 | 254.40 | 89,040.00 |
| | Cardenas Samantha A. | #N/A | 240.00 | 500.40 | 120,096.00 |
| | de Dios Maria A. | #N/A | 350.00 | 251.80 | 88,130.00 |
| | Maw Darley | #N/A | 350.00 | 336.80 | 117,880.00 |
| | Perez Jr. Pedro J. | #N/A | 350.00 | 242.80 | 84,980.00 |
| Associates Total | | | 383.68 | 45,153.70 | 17,324,360.50 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekier James M. | #N/A | 432.00 | 479.10 | 206,971.20 |
| | Blaber Theresa A | #N/A | 330.00 | 12.30 | 4,059.00 |
| | Bluett Marie V. | #N/A | 210.85 | 504.20 | 106,310.00 |
| | Bruening Mark P | #N/A | 180.00 | 145.00 | 26,100.00 |
| | Cabrera Ramon C | #N/A | 265.00 | 104.50 | 27,692.50 |
| | Chamberlain David R | #N/A | 180.00 | 19.00 | 3,420.00 |
| | Chan Angeline | #N/A | 252.00 | 195.30 | 49,215.60 |
| | Charlotten Magdalena | #N/A | 301.00 | 340.40 | 102,460.40 |
| | Clark Nancy L | #N/A | 237.00 | 5.10 | 1,208.70 |
| | Clark Rebecca M. | #N/A | 175.00 | 3.00 | 525.00 |
| | Curbelo Gracemary | #N/A | 324.00 | 580.90 | 188,211.60 |
| | de Dios Maria A. | #N/A | 350.00 | 0.30 | 105.00 |
| | Dyer Ricky J | #N/A | 210.00 | 7.50 | 1,575.00 |
| | Fetzer Jeffrey L | #N/A | 233.00 | 3.20 | 745.60 |
| | Fishelman Benjamin D. | #N/A | 413.00 | 436.30 | 180,191.90 |
| | Fredle Vicki M | #N/A | 210.00 | 375.20 | 78,792.00 |
| | Gage Carly R. | #N/A | 345.00 | 13.40 | 4,623.00 |
| | Gibbons Michael E. | #N/A | 371.00 | 319.20 | 118,423.20 |
| | Glanzman Adam J | #N/A | 340.00 | 148.90 | 50,626.00 |
| | Graham Sonya M. | #N/A | 260.00 | 28.80 | 7,488.00 |
| | Grigsby Camilla B. | #N/A | 129.00 | 63.00 | 8,127.00 |
| | Iskhakova Yuliya | #N/A | 350.00 | 365.50 | 127,925.00 |
| | Jesic Mario | #N/A | 180.00 | 6.50 | 1,170.00 |
| | Kinne Tanya M | #N/A | 323.00 | 470.10 | 151,842.30 |
| | LaFalce Stephen P. | #N/A | 175.00 | 7.30 | 1,277.50 |
| | Landrio Nikki M. | #N/A | 366.00 | 824.40 | 301,730.40 |
| | Lasko Seth D. | #N/A | 355.00 | 166.50 | 59,107.50 |
| | McIntosh Casey | #N/A | 196.00 | 599.70 | 117,541.20 |
| | Monge Tirsa | #N/A | 339.00 | 559.80 | 189,772.20 |
| | Montani Christine A. | #N/A | 339.00 | 513.40 | 174,042.60 |
| | Nunes Silas T | #N/A | 300.00 | 751.90 | 225,570.00 |
| | Nunez Willie | #N/A | 237.00 | 438.20 | 103,853.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliver-Weeks Marcella J. | #N/A | 367.23 | 631.10 | 231,756.00 |
| | Paremoud Jana | #N/A | 259.00 | 57.30 | 14,840.70 |
| | Pollawit Panida A. | #N/A | 300.00 | 6.60 | 1,980.00 |
| | Pulsipher Eric K. | #N/A | 312.00 | 503.40 | 157,060.80 |
| | Remus Amanda | #N/A | 360.00 | 243.40 | 87,624.00 |
| | Reyes Lucinda A. | #N/A | 191.00 | 627.30 | 119,814.30 |
| | Shin Jean H. | #N/A | 300.00 | 19.30 | 5,790.00 |
| | Singleton Kelly A. | #N/A | 300.00 | 3.80 | 1,140.00 |
| | Stephens Shawna M. | #N/A | 129.00 | 143.90 | 18,563.10 |
| | Stone Adrian | #N/A | 297.00 | 548.70 | 162,963.90 |
| | Suffern Anne C. | #N/A | 334.00 | 293.20 | 97,928.80 |
| | Sweet Karen R | #N/A | 237.00 | 338.30 | 80,177.10 |
| | Szalay Sarah M | #N/A | 190.00 | 341.50 | 64,885.00 |
| | Tineo Nicole L. | #N/A | 424.00 | 461.70 | 195,760.80 |
| | Tushaj Diana M. | #N/A | 268.00 | 156.60 | 41,968.80 |
| | Villamayor Fidentino L. | #N/A | 355.00 | 601.20 | 213,426.00 |
| | von Collande Constance M. | #N/A | 335.00 | 543.10 | 181,938.50 |
| | Wallace Dawn L. | #N/A | 323.00 | 379.90 | 122,707.70 |
| | Weaver Scott | #N/A | 306.10 | 550.00 | 168,355.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 307.22 | 14,938.20 | 4,589,383.30 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 685.54 | 25,394.30 | 17,408,822.20 |
| Associates Total | 383.68 | 45,153.70 | 17,324,360.50 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 307.22 | 14,938.20 | 4,589,383.30 |
| Blended Attorney Rate | 492.33 | | |
| | | | |
| Total Fees Incurred | | 85,486.20 | 39,322,566.00 |

**Less 10% Public Interest Discount** (3,932,256.60)

**Grand Total** $ 35,390,309.40