**EXHIBIT C**

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-THIRD INTERIM
PERIOD OF AUGUST 1, 2016 THROUGH NOVEMBER 30, 2016

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 17,028.70 | $ 7,691,845.80 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,001.30 | 640,289.80 |
| 03 | Feeder Funds | 422.60 | 219,109.50 |
| 04 | Asset Search Recovery and Sale | 2.20 | 2,195.60 |
| 05 | Internal Office Meetings with Staff | 983.70 | 506,268.70 |
| 07 | Billing | 871.50 | 342,006.40 |
| 08 | Case Administration | 2,139.00 | 704,490.20 |
| 11 | Press Inquires and Responses | 141.10 | 76,415.00 |
| 12 | Document Review | 1,445.90 | 423,834.80 |
| 13 | Discovery - Depositions and Document Productions | 6,299.20 | 2,201,002.30 |
| 14 | International | 2.80 | 2,432.70 |
| 19 | Non-Bankruptcy Litigation | 11.10 | 4,765.00 |
| 20 | Governmental Agencies | 35.10 | 27,559.20 |
| 21 | Allocation | 36.70 | 22,641.60 |
| 000003 | Stanley Chais | 424.60 | 284,207.10 |
| 000004 | J. Ezra Merkin | 923.90 | 605,966.90 |
| 000005 | Customer Claims | 6,513.00 | 3,131,344.30 |
| 000007 | Madoff Family | 2,167.10 | 937,987.80 |
| 000009 | Fairfield Greenwich | 1,461.20 | 801,596.90 |
| 000011 | Cohmad Securities Corporation | 3,858.90 | 1,736,813.30 |
| 000012 | Picower | 27.70 | 19,942.10 |
| 000013 | Kingate | 8,864.70 | 3,462,789.80 |
| 000019 | Ruth Madoff | 342.70 | 172,222.40 |
| 000029 | Rye/Tremont | 1,454.00 | 759,872.50 |
| 000030 | HSBC | 3,469.30 | 1,966,384.80 |
| 000032 | LuxAlpha/UBS | 1,595.90 | 1,013,815.30 |
| 000033 | Nomura Bank International PLC | 800.20 | 386,610.20 |
| 000034 | Citibank | 621.90 | 317,064.20 |
| 000035 | Natixis | 169.60 | 78,739.00 |
| 000036 | Merrill Lynch | 1,012.70 | 439,788.40 |
| 000037 | ABN AMRO | 695.80 | 351,845.40 |
| 000038 | Banco Bilbao | 120.70 | 41,495.90 |
| 000039 | Fortis | 1,322.80 | 692,673.30 |
| 000040 | Medici Enterprise | 109.70 | 39,180.00 |
| 000042 | Equity Trading | 178.70 | 97,858.30 |
| 000045 | Levey | 17.50 | 9,135.80 |
| 000046 | Glantz | 363.50 | 199,123.90 |
| 000047 | Bonventre | 56.20 | 30,130.90 |
| 000048 | Bongiorno | 158.40 | 90,443.60 |
| 000051 | Crupi | 395.30 | 163,328.30 |
| 000052 | Donald Friedman | 117.00 | 59,657.10 |
| 000053 | Magnify | 3,504.20 | 1,810,344.80 |
| 000054 | Mendelow | 186.20 | 102,791.60 |
| 000056 | Lipkin | 121.00 | 64,115.20 |
| 000057 | Perez/O'Hara | 43.30 | 27,410.40 |
| 000058 | PJ Administrators | 208.00 | 92,878.40 |
| 000059 | Stanley Shapiro | 1,132.20 | 543,173.70 |
| 000060 | Avellino & Bienes | 1,670.90 | 948,217.50 |
| 000062 | Subsequent Transfer | 5,488.10 | 2,078,981.20 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 2.20 | 998.00 |
| 000065 | Legacy Capital Ltd | 994.80 | 564,108.60 |
| 000071 | Square One | 375.60 | 167,820.80 |
| 000073 | BNP Paribas | 1,242.10 | 711,913.40 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 2,853.70 | 1,454,938.30 |
| Grand Total | | 85,486.20 | 39,322,566.00 |
| **Less 10% Public Interest Discount** | | | (3,932,256.60) |
| **Grand Total** | | | $ 35,390,309.40 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 35,390,309.40 |
| | Interim Compensation Paid | | (31,851,278.47) |
| | Interim Compensation Deferred | | $ 3,539,030.93 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 853,715,788.64 |
| | Interim Compensation Paid | | $ (828,506,703.69) |
| | Interim Compensation Deferred | | $ 25,209,084.95 |