**EXHIBIT D**

<u>EXHIBIT D</u>

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-THIRD INTERIM PERIOD OF AUGUST 1, 2016 THROUGH NOVEMBER 30, 2016

| | | |
|---|---|---:|
| E101 | Copying (E101) | 4,262.00 |
| E102 | Outside Printing (E102) | 1,239.19 |
| E105 | Telephone (E105) | 525.49 |
| E106 | Online Research (E106) | 32,800.20 |
| E107 | Delivery Services/ Messengers (E107) | 21,397.50 |
| E108 | Postage (E108) | 4,535.50 |
| E109 | Local Travel (E109) | 34.84 |
| E110 | Out-of-Town Travel (E110) | 72,716.31 |
| E111 | Business Meals, etc. (E111) | 223.96 |
| E112 | Court Fees (E112) | 25,843.52 |
| E113 | Subpoena Fees (E113) | 5,964.28 |
| E115 | Deposition Transcripts (E115) | 575.63 |
| E116 | Trial Transcripts (E116) | 1,018.34 |
| E123 | Other Professionals (E123) | 41,438.37 |
| E124 | Other (E124) | 24,205.26 |
| Grand Total | | $ 236,780.39 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded    $ 14,514,119.73