# Exhibit B

SUMMARY OF TWENTY-SECOND INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2016 THROUGH NOVEMBER 30, 2016

| Name | Year Admitted | Aug-Nov 2016 Standard Hourly Rate | Aug-Nov 2016 Total Hours Billed | Aug-Nov 2016 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 590.00 | 507.40 | $ 299,366.00 |
| Kim M. Longo | 2002 | 465.00 | 701.10 | $ 326,011.50 |
| Antonio J. Casas | 1992 | 465.00 | 350.70 | $ 163,075.50 |
| **Total Partners** | | | **1,559.20** | **$788,453.00** |
| **Special Counsel** | | | | |
| Brian W. Kreutter* | 2003 | 375.00 | 656.50 | $ 246,187.50 |
| John J. Tepedino* | 2005 | 375.00 | 539.40 | $ 202,275.00 |
| **Total Special Counsel** | | | **1,195.90** | **$448,462.50** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 430.00 | 699.40 | $ 300,742.00 |
| Carol LaFond | 2000 | 410.00 | 498.90 | $ 204,549.00 |
| Edmund B. Troya | 2003 | 380.00 | 85.60 | $ 32,528.00 |
| Lindsay H. Sklar | 2014 | 360.00 | 328.40 | $ 118,224.00 |
| Alan D. Lawn | 2009 | 350.00 | 640.30 | $ 224,105.00 |
| Alex Jonatowski | 2007 | 345.00 | 630.50 | $ 217,522.50 |
| **Total Associates** | | | **2,883.10** | **$1,097,670.50** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 230.00 | 145.50 | $ 33,465.00 |
| Lauren Beimfohr | | 200.00 | 30.60 | $ 6,120.00 |
| Jennifer Ryan | | 195.00 | 1.90 | $ 370.50 |
| **Total Paraprofessionals** | | | **178.00** | **$ 39,955.50** |

|  | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,559.20 | $788,453.00 |
| **Special Counsel** | 1,195.90 | $448,462.50 |
| **Associates** | 2,883.10 | $1,097,670.50 |
| **Paraprofessionals** | 178.00 | $39,955.50 |
| **Blended Attorney Rate** | 414.07 | |
| **GRAND TOTAL** | 5,816.20 | $ 2,374,541.50 |

*These attorneys were Associates who became Special Counsel as of September 1, 2016.