## Exhibit C

SUMMARY OF TWENTY-SECOND INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
AUGUST 1, 2016 THROUGH AND INCLUDING NOVEMBER 30, 2016

| Code Description | Amount |
|---|---:|
| Reproduction | $ 62.97 |
| Postage | $ 27.42 |
| Air Courier/Messenger | $ 1,142.62 |
| Online Research | $ 9,559.25 |
| Professional Services - Translations | $ 4,219.90 |
| Search Fees | $ 487.40 |
| **TOTAL** | **$ 15,499.56** |