**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-SECOND INTERIM PERIOD OF AUGUST 1, 2016 THROUGH AND INCLUDING NOVEMBER 30, 2016

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 543.50 | $ 238,587.50 |
| | | 007 | Fee Application | 66.70 | 28,344.00 |
| | | 020 | Internal Office Meetings | 9.60 | 3,675.00 |
| | | 041 | Discovery, Document Review, Document Production | 418.60 | 176,286.00 |
| | | L140 | Document/File Management | 0.90 | 207.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 1,147.00 | 468,965.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 16.10 | 5,439.00 |
| 12 | Credit Suisse | 010 | Litigation | 743.80 | 298,211.00 |
| 13 | Solon Capital | 010 | Litigation | 5.70 | 2,034.00 |
| 14 | Zephyros | 010 | Litigation | 37.10 | 13,622.50 |
| 15 | Mistral | 010 | Litigation | 2.30 | 772.00 |
| 16 | Societe Generale | 010 | Litigation | 451.60 | 182,407.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 298.70 | 123,715.00 |
| 18 | Clariden Leu | 010 | Litigation | 250.80 | 92,622.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 1.80 | 486.50 |
| 20 | Coordinated Cases | 010 | Litigation | 1,822.00 | 739,167.50 |
| | | | **TOTALS** | **5,816.20** | **$ 2,374,541.50** |