**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>          v.<br><br>COLT CORPORATION PROFIT SHARING PLAN & TRUST; STEPHEN FIVERSON, in his capacity as Trustee of the Colt Corporation Profit Sharing Plan & Trust,<br><br>                              Defendants. | Adv. Pro. No. 10-05125 (SMB) |

## AFFIDAVIT FOR JUDGMENT BY DEFAULT

STATE OF TEXAS    )
                )    ss.:
COUNTY OF HARRIS    )

    Farrell A. Hochmuth, being duly sworn, deposes and states:

    1.   I was admitted pro hac vice into this Court and am a partner with the firm of Baker & Hostetler LLP, attorneys for Irving H. Picard ("Trustee"), Trustee for the consolidated Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Estate of Bernard L. Madoff, and I am familiar with all the facts and circumstances in this action.

    2.   I make this affidavit pursuant to Rule 7055-2(a) of the Local Rules of the Bankruptcy Court for the Southern District of New York, in support of the Trustee's application for entry of a default judgment against Defendants Colt Corporation Profit Sharing Plan & Trust and Stephen Fiverson, in his capacity as Trustee of the Colt Corporation Profit Sharing Plan & Trust ("Defendants").

    3.   This action is an adversary proceeding commenced before the same Court before which the main underlying SIPA proceeding, No. 08-01789 (SMB) (the "SIPA Proceeding"), is pending. The SIPA Proceeding was originally brought in the United States District Court for the Southern District of New York as *Securities and Exchange Commission v. Bernard L. Madoff Investment Securities LLC et al.*, No. 08 CV 10791, and has been referred to this Court. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. § 1334(b) and 15 U.S.C. §§ 78eee(b)(2)(A), (b)(4). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H), and (O).

    4.   On December 27, 2011, the Trustee, in accordance with Bankruptcy Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, timely served the Summons and Complaint upon

Defendants. *See* Dkt. Nos. 7 and 8. An Affidavit of Service evidencing proper and timely service was filed with the Court. Dkt. No. 8. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit 1.

5.    The Defendants have not answered the Complaint, and the time for Defendants to answer the Complaint has expired. True and correct copies of the Certificates of Default obtained pursuant to Local Bankruptcy Rule 7055-1 are attached hereto as Exhibit 2 and Exhibit 3. *See also* Dkt. Nos. 11 and 12.

6.    The Complaint in this adversary proceeding asserted claims pursuant to sections 78fff(b), 78FFF-1(a) and 78fff-2(c)(3) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, sections 105(a), 544, 548(a), 550(a), and 551 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, and other applicable law, seeking the avoidance and recovery of $100,000.00 in connection with certain transfers of property by BLMIS to or for the benefit of Defendants.

7.    On September 15, 2016, the Trustee voluntarily dismissed Counts Two through Six of the Complaint against Defendants with prejudice. The dismissal had no effect on or application to the Trustee's claims against Defendants in Count One of the Complaint. Dkt. No. 14.

8.    This action seeks judgment for the liquidated amount of $100,000.00 pursuant to Count One of the Complaint, which is justly due and owing, and no part of which has been paid.

9.    Attached hereto as Exhibit 4 is a true and correct copy of the Affidavit of Service reflecting proper service of the Clerk's Entry of Default on Defendants on February 22, 2017. *See also* Dkt No. 16.

10. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: Houston, Texas   March _17_, 2017

_____

Farrell A. Hochmuth

Sworn to before me this
_17_ day of March, 2017


Notary Public, State of Texas

4

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

---------------------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,

                 Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                 Defendant.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

---------------------------------------------------------------------

In re:

BERNARD L. MADOFF,

                 Debtor.

Case No. 09-11893 (BRL)

---------------------------------------------------------------------

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                 Plaintiff,

    v.

COLT CORPORATION PROFIT SHARING
PLAN & TRUST; and STEPHEN FIVERSON, in
his capacity as Trustee of the Colt Corporation
Profit Sharing Plan & Trust,

                 Defendants.

Adv. Pro. No. 10-05125 (BRL)

---------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss: |
| COUNTY OF NEW YORK | ) | |

I, Yan Fayerman, declare:

    1.    I am over the age of 18 years and not a party to these chapter 11 cases.

    2.    I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

    3.    On the 28th day of December, 2011, I caused a true and accurate copy of the:

        (i)    "Complaint", along with the relevant exhibits (Docket No. 1); and the

300108860

(ii)    "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (Docket No. 2); and the

(iii)    "Second Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 7); and the

(iv)    "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

(v)    "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

(vi)    "Notice of Omnibus Avoidance Action Hearing Date" dated November 7, 2011; and the

(vii)    "Order Regarding Stipulations Extending Time to Respond and Adjourning Pre-Trial Conferences" dated June 14, 2011; and the

(viii)    "Order Extending the Time within Which the Trustee May Effect Service Of Process" dated December 20, 2011 (Docket No. 6),

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4.    Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5.    I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of December, 2011 at New York, New York.

By _____
Yan Fayerman

Sworn before me this
28th day of December, 2011

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

Date : 12/28/2011

**Adv Pro No: 10-05125 (BRL)**
**Exhibit 1**
**Redacted Version**

STEPHEN FIVERSON

---

STEPHEN FIVERSON
PALM BEACH   FL   33480

001648 016443

---

COLT CORPORATION PROFIT SHARING PLAN & TRUST

---

COLT CORPORATION PROFIT SHARING PLAN & TRUST
PALM BEACH   FL   33480

000553 016442

# EXHIBIT 2

10-05125-smb    Doc 1536    Filed 06/25/15    Entered 06/25/15 20:26:20    Main Document
                      for Judgment by Default    Pg 10 of 16

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: Administrative Case Re: 08–1789 (Securities Invest | Bankruptcy Case No.: 08–99000–smb |

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff

Plaintiff(s),

–against–

Adversary Proceeding No.<br>10–05125–smb

Colt Corporation Profit Sharing Plan & Trust
Stephen Fiverson in his capacity as Trustee of the Colt Corporation Profit Sharing
Plan & Trust

Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Colt Corporation Profit Sharing Plan & Trust |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 6/25/15

Vito Genna
_____
*Clerk of the Court*

By: /s/  Dawn McCaffrey
_____

*Deputy Clerk*

# EXHIBIT 3

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Administrative Case Re: 08−1789 (Securities Invest                    Bankruptcy Case No.:
                                                                             08−99000−smb

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff
                            Plaintiff(s),
                                                                             Adversary Proceeding No.
−against−                                                                        10−05125−smb

Colt Corporation Profit Sharing Plan & Trust
Stephen Fiversonin his capacity as Trustee of the Colt Corporation Profit Sharing
Plan & Trust
                            Defendant(s)


## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by
law.

| Name: | Stephen Fiverson |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


Dated: 6/25/15                                                               Vito Genna
                                                                             _____

                                                                             *Clerk of the Court*

                                                                             By: /s/  Dawn McCaffrey
                                                                             _____

                                                                             *Deputy Clerk*

# EXHIBIT 4

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>Colt Corporation Profit Sharing Plan & Trust;<br><br>Stephen Fiversonin his capacity as Trustee of the Colt Corporation Profit Sharing Plan & Trust,<br><br>       Defendants. | Adv. Pro. No. 10-5125 (SMB) |

**AFFIDAVIT OF SERVICE OF THE ENTRY OF DEFAULT AGAINST**
**COLT CORPORATION PROFIT SHARING PLAN & TRUST**
**<u>AND ENTRY OF DEFAULT AGAINST STEPHEN FIVERSON</u>**

STATE OF NEW YORK     )
                             ) ss.:

COUNTY OF NEW YORK   )

      I, Anne C. Suffern, being duly sworn, depose and say:  I am more than eighteen years old

and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller

Plaza, New York, NY 10111.

      On February 22, 2017, I served the

- Entry of Default against Colt Corporation Profit Sharing Plan & Trust

- Entry of Default against Stephen Fiverson

by emailing the interested parties true and correct copies via electronic transmission to the email

addresses designated for delivery and/or by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                                     */s/ Anne C. Suffern*
                                     Anne C. Suffern

22nd day of February, 2017

*/s/ Marianne Warnock*
Notary Public
Marianne Warnock
Notary Public, State of New York
No. 01WA6067642
Qualified in Nassau County
Commission Expires: December 10, 2017

## SCHEDULE A

**Pro Se Defendants**

Colt Corporation
Stephen Fiverson, Trustee
Livingston, NJ 07039

Colt Corporation
Stephen Fiverson
Palm Beach, FL 33480

Colt Corporation
Stephen Fiverson
Palm Beach, FL 33480