**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HELENE SAREN-LAWRENCE,<br><br>    Defendants. | Adv. Pro. No. 10-04898 (SMB) |

**NOTICE OF FINAL PRETRIAL CONFERENCE**

  **PLEASE TAKE NOTICE** that on November 10, 2010, this Court entered the Order (1)

Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") (ECF No. 3141). Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, in this adversary proceeding on December 2, 2010 (Adv. Pro. No. 10-04898, ECF No. 2), the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter;

**PLEASE TAKE FURTHER NOTICE** that on March 10, 2015, Defendant Helene Saren-Lawrence filed an Answer to Trustee's Complaint (Adv. Pro. No. 10-04898, ECF No. 21) and pursuant to the Avoidance Procedures the Trustee and Original Defendants (the "Parties") commenced discovery, which was completed on March 7, 2016;

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Avoidance Procedures, on November 4, 2016, the Trustee filed a Notice of Mediation Referral (ECF No. 108), wherein the Parties jointly agreed to enter mediation and, on March 7, 2017, the mediation was completed without a settlement between the Parties;

**PLEASE TAKE FURTHER NOTICE** the mediator filed her final report on March 9, 2017 indicating that the mediation was unsuccessful (ECF No. 113);

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 7 of the Avoidance Procedures concerning scheduling a pretrial conference and trial, which provides that after all discovery has been completed and after the completion of mediation without a settlement, the parties to the Avoidance Action shall so inform the Court at the next scheduled Avoidance Actions Omnibus Hearing;

**PLEASE TAKE FURTHER NOTICE** that the final pre-trial conference in the above-

referenced adversary proceeding has been scheduled for **April 11, 2017, at 10:00 a.m.**;

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge and all trial counsel are required to attend.

Dated:  March 21, 2017
New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

**BAKER & HOSTETLER LLP**

*/s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*