# EXHIBIT 13

**Schedule of Cases Subject to Subpoena Where Fact Discovery is Closed**

1. **10-04898**      **Helene Saren-Lawrence**
2. **10-04658**      **Carol Nelson**
3. **10-04377**      **Carol Nelson, individually and as joint tenant, et al.**
4. **10-04621**      **Donald A. Benjamin**
5. **10-04367**      **Benjamin T. Heller**
6. **10-04956**      **D. M. Castelli**
7. **10-04503**      **Judd Robbins**
8. **10-04614**      **Robert S. Whitman**
9. **10-04428**      **Allen Meisels**
10. **10-04740**      **Robert Hirsch, as an individual, and as joint tenant, et al.**
11. **10-04669**      **Zieses Investment Partnership**
12. **10-04878**      **Lisa Beth Nissenbaum**
13. **10-05130**      **Barbara Kotlikoff Harman**
14. **10-04712**      **Joseph S. Popkin Revocable Trust**