# EXHIBIT 15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEFENDANTS LISTED ON EXHIBIT A,<br><br>　　　　　　　　Defendants. | |

## ORDER AUTHORIZING THE DEPOSITION OF BERNARD L. MADOFF

On July 7, 2016, certain defendants represented by Chaitman LLP (the "Chaitman Defendants") filed a Motion for Leave to Depose Bernard L. Madoff ("Madoff") pursuant to Fed. R. Civ. P. 30(a)(2)(B) on certain enumerated areas (the "Chaitman Motion"). (ECF No. 13603). On July 20, 2016, the Court established a procedure whereby additional defendants could join the Chaitman Motion and also seek leave to depose Madoff, which procedure was memorialized by the Trustee on July 22, 2016 with his filing of a Notice to Defendants Establishing Deadline to File Requests to Depose Bernard L. Madoff. (ECF No. 13786).

Additional defendants (collectively, with the Chaitman Defendants, the "Participating Customers"), filed notices seeking to participate in a deposition of Madoff (ECF Nos. 13825, 13838, 13839, 13840, 13841, 13844) (the "Notices") on or before August 5, 2016, and responses were filed on August 19, 2016 by (a) the Trustee (ECF No. 13902); and (b) Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; The Picower Foundation; The Picower Institute of Medical Research; The Trust f/b/o Gabrielle H. Picower; and Barbara Picower, individually, as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower (collectively, the "Picower Parties") (ECF No. 13903) (the "Responses"). The Chaitman Defendants filed a reply on August 22, 2016. (ECF No. 13912).

The Court, having reviewed all papers filed and submitted in connection with the Chaitman Motion, the Notices and the Responses, and having held a hearing on August 24, 2016, and the Court having issued a bench ruling at the August 24, 2016 hearing approving the Participating Customers' requests to depose Madoff to the extent set forth during the hearing, and instructing Chaitman LLP to submit a proposed order;

**IT IS HEREBY ORDERED THAT:**

Madoff's deposition is authorized subject to the terms and limitations of this Order. On the first day of Madoff's deposition, the Participating Customers are authorized to inquire solely regarding the following topics (collectively, the "Day 1 Deposition Topics"):

1. The trading activities of Madoff's market making and proprietary trading units during

the period prior to January 1, 1992 and thereafter.

2.  The trading activities for Madoff's investment advisory customers prior to January 1, 1992 and thereafter.

3.  The number of employees, profitability, and revenue-generating activities of each Madoff unit in the period prior to January 1, 1992 and thereafter.

4.  The nature, extent and scope of Madoff's legitimate and illegitimate activities at various time periods, including, *inter alia*, when Madoff began operating a "Ponzi" scheme and how it came about that he began operating a "Ponzi" scheme.

5.  The extent to which different trading strategies were involved with legitimate or illegitimate activities.

6.  The record-keeping procedures of each unit of Madoff's operations, including but not limited to records indicating the purported purchase and sale of securities and the purported allocation of securities to investment advisory customers.

7.  The interpretation of Madoff's or BLMIS' account records, including but not limited to monthly account statements.


The following limitations and procedures are imposed on Madoff's deposition:

A.  Except for any counsel that may appear on Madoff's behalf, only two attorneys for the Trustee may appear at the deposition; only two attorneys for the Participating Customers may appear (collectively "Authorized Counsel"); no other appearances are authorized.

B.  Helen Davis Chaitman of Chaitman LLP is appointed lead counsel for the Participating Customers.

C.  The Day 1 deposition will take place on one day for a maximum of seven (7)

hours on a date and time as soon as practicable, but subject to the discretion of the warden of the

Federal Correctional Institution located in Butner, North Carolina.  Counsel for the Trustee, the

Participating Customers, the Picower Parties and the Securities Investor Protection Corporation

("SIPC"), and their retained experts, if any, shall receive and have an opportunity to review the

transcript for a 21-day period.  No other counsel or clients shall have access to the transcript

during this time.  Within twenty one (21) calendar days following receipt of the transcript,

counsel for the Trustee and/or the Participating Customers may file with the Court a request for

a second deposition day, specifically identifying any proposed deposition topics (the "Day 2

Deposition Topics").

      D.     Any objections or responses to the Day 2 Deposition Topics may be filed no

more than seven calendar (7) days thereafter by counsel for the Trustee, the Participating

Customers, the Picower Parties and SIPC.  The Court will subsequently schedule a hearing, if

needed, to determine authorized counsel for a second day of the deposition and the Day 2

Deposition Topics.

      E.     In advance of the deposition, Chaitman LLP will provide a copy of this Order to

Madoff.

      F.     Authorized Counsel are prohibited, at any point during Madoff's deposition, from

asking Madoff any questions beyond the scope of the Court-approved Day 1 and Day 2

Deposition Topics, including any questions about (i) the Profit Withdrawal Litigation as it

relates to the accounts of Aaron Blecker and any other claimants who are taking part in the

Profit Withdrawal Litigation, a list of whom is attached as Exhibit B, however, nothing in this

Order bars defense counsel from asking Madoff questions concerning the alleged profit

withdrawals received by their clients who are defendants in pending actions, or (ii) Jeffry M.

Picower, the Picower Parties or their agents, or the Picower Parties BLMIS accounts (other than

as set forth in the transcript of hearing dated August 24, 2016 in this matter).  To the extent

Madoff testifies regarding Jeffry Picower, the Picower Parties, or their BLMIS accounts in

responding to questions on any of the Day 1 or Day 2 Deposition Topics, Authorized Counsel

may follow up with questions concerning Picower and/or the Picower Parties only to the extent

that such follow up questions directly relate to the Day 1 or Day 2 Deposition Topics.  However,

Authorized Counsel may not use any testimony by Madoff regarding Picower to deviate from

the Day 1 or Day 2 Deposition Topics, including but not limited to by inquiring about Picower's

conduct that is not directly related to the Day 1 or Day 2 Deposition Topics.

G.      Absent further order of the Court, the deposition testimony of Madoff and the

transcript(s) (collectively, the "Transcripts") thereof shall not be used by any person or entity for

any reason as it relates to the Picower Parties, including but not limited to in any pending or

future litigation that may be brought against the estate of Jeffry M. Picower, the Picower Parties

or their agents, or any related person or entity.

H.      The Transcripts for each day of Madoff's deposition shall remain confidential

and under seal for the longer of sixty (60) days after the date any of the Transcripts are provided

to counsel to the Trustee, the Participating Customers, the Picower Parties and SIPC, or, if any

party seeks to seal, strike or redact any portion of the Transcripts, then solely as to that portion

of the Transcript, the day after a final, non-appealable order is entered on such motion(s) (the

"Confidentiality Period").  Each of the Transcripts shall automatically be re-designated as not

confidential when the Confidentiality Period for each of the Transcripts expires, subject to any

sealing, striking or redactions that the Court may have ordered.

     I.     During the Confidentiality Period, the Transcripts and contents of Madoff's deposition may not be disclosed, except to counsel and counsel's retained experts, if any, for the Trustee, the Participating Customers, the Picower Parties and SIPC, all of whom, including the experts, shall maintain the confidentiality of the Transcripts and their contents, and all of whom may file with the Court, under seal, requests to strike and/or redact any questions or answers in the Transcripts concerning (i) any topics other than the approved Day 1 Deposition Topics or the Day 2 Deposition Topics, as the case may be, (ii) profit withdrawal issues, as limited by Paragraph F, above, (iii) Jeffry M. Picower, the Picower Parties or their agents or related parties, or any BLMIS accounts held by or on behalf of any of the Picower Parties.

     J.     Any requests or motions to strike and/or redact any part of Madoff's deposition Transcripts, and any responses thereto, shall be filed under seal pursuant to Section III.C of this Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means promulgated under Local Rule 5005-2, shall be served on counsel for the Trustee, the Participating Customers, the Picower Parties and SIPC at the time of filing under seal, and shall remain confidential during the Confidentiality Period.

     K.     In the event that counsel for the Trustee, the Participating Customers, the Picower Parties or SIPC receives any request, subpoena or other process seeking disclosure of Madoff's deposition Transcripts or information related to Madoff's testimony during the Confidentiality Period, such counsel, within three business days thereof, shall notify the Court and counsel for the Trustee, the Participating Customers, the Picower Parties and SIPC of the subpoena or other request, and shall await direction from the Court before responding to such request, subpoena or

other process.

L.     The Participating Customers whose fact discovery closed under the case management order prior to July 7, 2016 (identified on Exhibit C attached hereto) are not permitted to participate in Madoff's deposition(s).  As to the Participating Customers whose fact discovery is set to close on or after July 7, 2016, the Court extends fact discovery for the limited and sole purpose of taking Madoff's deposition.   Other than for that purpose, the deadlines in the applicable case management orders remain unchanged.  Notwithstanding the dates set forth in the case management orders, counsel for the Trustee, the Participating Customers, the Picower Parties and SIPC have the right to move the Court for further discovery based upon Madoff's testimony.

M.     The Court, in its discretion, may impose sanctions on any person or entity that violates any provision of this Order.

N.     This Court shall retain exclusive jurisdiction over the enforcement, implementation, and interpretation of this Order.

New York, New York
Dated: September 29, 2016

　　　　　　　　　　/s/ STUART M. BERNSTEIN　　
　　　　　　　　　　Hon. Stuart M. Bernstein
　　　　　　　　　　United States Bankruptcy Judge

Exhibit 15

**Requests to Depose Bernard L. Madoff**

| No. | Adv. Pro. No. | Defendants | Counsel |
|---|---|---|---|
| 1 | 10-04292 | Robert Roman | Chaitman LLP |
| 2 | 10-04302 | Joan Roman | Chaitman LLP |
| 3 | 10-04306 | Angela Tiletnick | Chaitman LLP |
| 4 | 10-04321 | Herbert Barbanel, et al. | Chaitman LLP |
| 5 | 10-04327 | Gertrude E. Alpern RevocableTrust, et al. | Chaitman LLP |
| 6 | 10-04335 | Aspen Fine Arts Co., et al. | Milberg LLP/Seeger Weiss LLP |
| 7 | 10-04336 | The Estate (Succession) of Doris Igoin, et al. | Kelley Drye & Warren LLP |
| 8 | 10-04344 | Alexander Sirotkin | Chaitman LLP |
| 9 | 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 10 | 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 11 | 10-04397 | Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended, et al. | Chaitman LLP |
| 12 | 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 13 | 10-04415 | Barbara J. Berdon | Dentons US LLP |
| 14 | 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 15 | 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 16 | 10-04469 | Carol L. Kamenstein, et al. | Chaitman LLP |
| 17 | 10-04474 | Roger Rechler Revocable Trust, et al. | Chaitman LLP |
| 18 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP |
| 19 | 10-04487 | Estate of Audrey Weintraub, et al. | Chaitman LLP |
| 20 | 10-04503 | Judd Robbins | Chaitman LLP |
| 21 | 10-04541 | Kenneth W Perlman, et al. | Chaitman LLP |
| 22 | 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 23 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLP |
| 24 | 10-04576 | Norton A. Eisenberg | Milberg LLP/Seeger Weiss LLP |
| 25 | 10-04582 | Gerald Blumenthal | Milberg LLP/Seeger Weiss LLP |
| 26 | 10-04599 | The Estate of Alvin E. Shulman | Chaitman LLP |
| 27 | 10-04606 | Estate of Florence W. Shulman, et al. | Chaitman LLP |
| 28 | 10-04614 | Robert S. Whitman | Chaitman LLP |
| 29 | 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP |
| 30 | 10-04668 | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, et al. | Chaitman LLP |
| 31 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 32 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 33 | 10-04728 | Bruno L. Digiulian | Chaitman LLP |
| 34 | 10-04748 | Mark Horowitz | Chaitman LLP |
| 35 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 36 | 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 37 | 10-04762 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 38 | 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. | Chaitman LLP |
| 39 | 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | Chaitman LLP |
| 40 | 10-04806 | Kenneth M. Kohl, et al. | Chaitman LLP |
| 41 | 10-04809 | Edyne Gordon, et al. | Chaitman LLP |
| 42 | 10-04818 | Toby Harwood | Chaitman LLP |
| 43 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 44 | 10-04826 | Estate of Boyer Palmer, et al. | Chaitman LLP |
| 45 | 10-04852 | Alvin E. Shulman Pourover Trust, et al. | Chaitman LLP |
| 46 | 10-04859 | Bert Margolies Trust, et al. | Chaitman LLP |

**Exhibit 15**
**Requests to Depose Bernard L. Madoff**

| No. | Adv. Pro. No. | Defendants | Counsel |
|-----|---------------|------------|---------|
| 47 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 48 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| 49 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 50 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 51 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 52 | 10-04931 | Estate of Muriel B. Cantor, et al. | Chaitman LLP |
| 53 | 10-04946 | Stephen R. Goldenberg | Milberg LLP/Seeger Weiss LLP |
| 54 | 10-04951 | Harold A. Thau | Milberg LLP/Seeger Weiss LLP |
| 55 | 10-04956 | Denis M. Castelli | Chaitman LLP |
| 56 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, et al. | Chaitman LLP |
| 57 | 10-04966 | Onesco International, LTD., et al. | Milberg LLP/Seeger Weiss LLP |
| 58 | 10-04978 | Estate of Ira S. Rosenberg, et al. | Milberg LLP/Seeger Weiss LLP |
| 59 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 60 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 61 | 10-04995 | Trust u/art Fourth o/w/o Israel Wilenitz, et al. | Chaitman LLP |
| 62 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 63 | 10-05037 | Barbara L. Savin | Chaitman LLP |
| 64 | 10-05069 | Potamkin Family Foundation Inc. | Milberg LLP/Seeger Weiss LLP |
| 65 | 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 66 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. | Chaitman LLP |
| 67 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 68 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 69 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |
| 70 | 10-05133 | Fern C. Palmer, et al. | Chaitman LLP |
| 71 | 10-05135 | Reckson Generation, et al. | Chaitman LLP |
| 72 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| 73 | 10-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 74 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| 75 | 10-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 76 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 77 | 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 78 | 10-05257 | Edward A. Zraick, Jr., et al. | Hunton & Williams LLP |
| 79 | 10-05309 | William Pressman, Inc., et al. | Chaitman LLP |
| 80 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 81 | 10-05377 | Richard G. Eaton | Chaitman LLP |
| 82 | 10-05420 | Gunther K. Unflat | Chaitman LLP |
| 83 | 10-05435 | Keith Schaffer, et al. | Chaitman LLP |

**Exhibit B**
**Listing of Claimants Participating in the PW Litigation**

| One Direct Account | |
|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** |
| 1B0022 | AARON BLECKER |

| 51 Indirect Accounts | | 81 Related Direct Accounts | |
|---|---|---|---|
| **BLMIS Account No.** | **BLMIS Account Name** | **BLMIS Account No.** | **BLMIS Account Name** |
| 1A0083 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST | 1A0004 | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST C/O NEIL FRIEDMAN |
| 1B0156 | AARON BLECKER REV TRUST U/A/D 3/15/07 | 100124 | AVELLINO & ALPERN |
| | | 1B0022 | AARON BLECKER |
| | | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
| 1B0157 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 100124 | AVELLINO & ALPERN |
| | | 1B0023 | ARTHUR BLECKER & SOFIE BLECKER J/T WROS |
| 1B0190 | NTC & CO. FBO NORMAN J BLUM (xx1188) | 1B0034 | NORMAN J BLUM |
| 1B0201 | NORMAN J BLUM LIVING TRUST | 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES |
| | | 1B0034 | NORMAN J BLUM |
| | | 1B0036 | THE ESTATE OF ROSYLN BLUM APT 207 WEST |
| | | 1B0115 | ROSLYN BLUM REMAINDER TRUST U/A/D 12/29/92 APT 207 WEST |
| 1B0251 | JOEL A BLUM KERRY E BLUM JT WROS | 1B0033 | NORMAN BLUM JOEL BLUM SUCCESSOR CO-TRUSTEES |
| | | 1B0036 | THE ESTATE OF ROSYLN BLUM APT 207 WEST |
| | | 1B0115 | ROSLYN BLUM REMAINDER TRUST U/A/D 12/29/92 APT 207 WEST |
| 1C1229 | CHALEK ASSOCIATES LLC C/O MORTON CHALEK | 100324 | SOL CHALEK |
| | | 1C1041 | CHALEK EQUITIES INC |
| | | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
| | | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |
| | | 1C1044 | MORTON CHALEK |
| | | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1CM504 | MARGERY D KATZ | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM682 | BETH FELDMAN | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM806 | EVELYN BEREZIN WILENITZ | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
| | | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM837 | TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ EVELYN BEREZIN | 1C0000 | BERNARD L MADOFF C & M INTERIM MONEY MKT FUND |
| | | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1CM849 | EUGENE B DIAMOND GST EXPT RESD TST FBO MARGERY & ERICA KATZ MARGERY DIAMOND KATZ TRUSTEE | 1C0007 | BERNARD L MADOFF C & M TRADING #7 |
| 1F0092 | FRIEDA FRESHMAN TRUSTEE WALTER FRESHMAN TRUST "A" 12/31/92 | 1F0044 | WALTER FRESHMAN |

**Listing of Claimants Participating in the PW Litigation**

| 51 Indirect Accounts | | 81 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1F0093 | FRIEDA FRESHMAN TRUSTEE FRIEDA FRESHMAN REV TRUST 12/31/92 | 1F0044 | WALTER FRESHMAN |
| | | 1F0070 | FRIEDA FRESHMAN |
| 1F0106 | HOWARD L FRUCHT AND CAROLYN FRUCHT REV TRUST | 1F0058 | CAROLYN FRUCHT |
| | | 1F0059 | HOWARD L FRUCHT M D |
| 1F0116 | CAROL FISHER | 1F0017 | LEO FISHER AND DOROTHY FISHER J/T WROS 260 TUSCANY E |
| | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| 1F0123 | ADELE FOX TRUSTEE UDT 3/5/90 F/B/O ADELE FOX | 1F0032 | ADELE FOX AND RONNI FOX HARRELL J/T WROS |
| | | 1F0033 | ADELE FOX TRUSTEE U D T 3/5/90 F B O ADELE |
| 1H0099 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT 4B | 1H0008 | BARBARA KOTLIKOFF HARMAN RIVERMERE ALGER COURT APT4B |
| | | 1H0009 | MR HARRY J HARMAN |
| | | 1H0010 | TOBY HARMAN |
| 1H0161 | THE HARNICK BROTHERS PARTNERSHIP C/O GARY HARNICK | 1B0066 | SYLVIA H BRODSKY |
| 1K0118 | DAVID SHAPIRO NOMINEE 4 | 1K0011 | DAVID SHAPIRO NOMINEE 4 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| 1K0206 | SAULIUS KAJOTA | 1R0027 | NICOLE RICHARDSON |
| 1L0146 | CAREN LOW | 1L0045 | CAREN LOW |
| | | 1L0046 | GARY LOW |
| 1L0147 | FRIEDA LOW | 1L0047 | ROBERT K LOW |
| | | 1L0069 | FRIEDA LOW |
| 1L0149 | ROBERT K LOW | 1L0047 | ROBERT K LOW |
| 1M0101 | RONA MAST | 100124 | AVELLINO & ALPERN |
| | | 1C1092 | CLAIRE COVNER REVOCABLE LIVING TRUST |
| | | 1M0027 | RONA MAST & JEFF MAST J/T WROS |
| 1M0105 | EDWIN MICHALOVE | 100813 | IRWIN K HOROWITZ |
| | | 1G0036 | MURRAY GOLD AS TRUSTEE U/A/D 08/08/90 |
| | | 1H0040 | DORIS HOROWITZ AS TRUSTEE U/A/D 10/4/89 |
| | | 1M0037 | EDWIN MICHALOVE |
| 1P0099 | NTC & CO. FBO DORIS M PEARLMAN (116443) | 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER |
| 1P0105 | LAUREL PAYMER | 1J0006 | JG KNITS INC C/O M WEINGARTEN |
| | | 1W0064 | TRUST U/W/O MARCUS WEINGARTEN F/B/O FELICE WEINGARTEN C/O ROBERT DAVID |
| 1R0123 | BARBARA ROTH & MARK ROTH J/T WROS | 1R0043 | BARBARA ROTH & MARK ROTH J/T WROS |
| | | 1R0044 | BARBARA ROTH & MARK ROTH J/T WROS |

**Listing of Claimants Participating in the PW Litigation**

| 51 Indirect Accounts | | 81 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1R0133 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0134 | DANIEL RYAN | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |
| 1R0171 | LAWRENCE J.RYAN BY-PASS TRUST UNDER DECLARATION OF TST DTD NOV 20,1991 THERESA R. RYAN | 100124 | AVELLINO & ALPERN |
| | | 101846 | EDWARD L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101847 | DANIEL L RYAN CUST LAURENCE J RYAN IN TST UNDER CALIF GIFT TO MINORS ACT |
| | | 101908 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL C/O ZRAICK & NAHAS |
| | | 1A0045 | AVELLINO & BIENES C/O FRANK AVELLINO |
| | | 1H0023 | FREDERICK P HELLER |
| | | 1R0072 | LAWRENCE J RYAN & THERESA R RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0073 | THERESA R RYAN LAWRENCE J RYAN TRUSTEES U/D/T 11/20/91 |
| | | 1R0083 | DANIEL RYAN |
| | | H01909 | GEORGE SCHEER AND CHARLOTTE SCHEER SPECIAL 2 C/O ZRAICK & NAHAS |

**Listing of Claimants Participating in the PW Litigation**

| 51 Indirect Accounts | | 81 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1S0260 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | 100324 | SOL CHALEK |
| | | 1C1041 | CHALEK EQUITIES INC |
| | | 1C1042 | CHALEK INVESTMENT PARTNERSHIP ATTN: MITCHEL CHALEK |
| | | 1C1043 | ALVERN CHALEK TRUST U/A/D 6/29/89 |
| | | 1C1044 | MORTON CHALEK |
| | | 1S0170 | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART |
| 1S0267 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST | 1A0011 | HENRIETTA ALBERT TRUST C/O GLORIA |
| | | 1S0021 | MAURICE SANDLER MD & GLORIA SANDLER REV LIV TRUST |
| 1S0268 | SANDY SANDLER | 1S0024 | S ALAN SANDLER SANDY M SANDLER AND LORI B SANDLER |
| 1S0295 | ADELE SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0296 | DAVID SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1K0011 | DAVID SHAPIRO NOMINEE 4 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0297 | DAVID SHAPIRO NOMINEE | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0298 | DAVID SHAPIRO NOMINEE #2 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |

**Listing of Claimants Participating in the PW Litigation**

| 51 Indirect Accounts | | 81 Related Direct Accounts | |
|---|---|---|---|
| BLMIS Account No. | BLMIS Account Name | BLMIS Account No. | BLMIS Account Name |
| 1S0299 | DAVID SHAPIRO NOMINEE NOMINEE #3 | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0063 | ADELE SHAPIRO |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0066 | DAVID SHAPIRO NOMINEE #2 |
| | | 1S0067 | DAVID SHAPIRO NOMINEE NOMINEE #3 |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0301 | DEBORAH SHAPIRO | 101936 | ESTATE OF MICHAEL SHAPIRO |
| | | 1S0062 | DEBORAH SHAPIRO #2 |
| | | 1S0064 | DAVID SHAPIRO |
| | | 1S0065 | DAVID SHAPIRO NOMINEE |
| | | 1S0068 | DEBORAH SHAPIRO |
| | | 1S0073 | SUSAN & MICHAEL SHAPIRO MEMORIAL FOUNDATION |
| 1S0316 | SAGE REALTY C/O LILLIAN SAGE | 101904 | MAURICE SAGE TRUST |
| | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1S0324 | ROBERTA SCHWARTZ TRUST U/A/D 2/11/08 | 1A0016 | GERTRUDE E ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | 1A0025 | PAUL ALPERN AS TRUSTEE U/A DATED 3/20/90 |
| | | 1S0049 | DOROTHY S SCHWARTZ |
| | | 1S0052 | ROBERTA SCHWARTZ |
| 1S0353 | LAURA ANN SMITH REVOCABLE TRUST | 101959 | RHODA SMITH IRREVOCABLE TRUST DATE 5/2/78 GEORGE SMITH TST |
| | | 1S0115 | GEORGE SMITH REVOCABLE TRUST GEORGE SMITH TRUSTEE |
| | | 1S0116 | REGINA SMITH TRUSTEE U/A/D 12/2/96 |
| | | 1S0117 | LAURA ANN SMITH |
| | | 1S0120 | ROBERT W SMITH |
| 1S0370 | ROBERT B SEDGWICK AND NICHOLAS J SEDGWICK TIC | 1H0022 | BEN HELLER |
| 1S0516 | ALVIN E SHULMAN POUROVER TRUST ALVIN E SHULMAN AS TRUSTEE APT #722 | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0517 | FLORENCE SHULMAN POUROVER TST FLORENCE W SHULMAN TRUSTEE APT | 1S0077 | ALVIN E SHULMAN REVOCABLE TRUST |
| | | 1S0078 | FLORENCE W SHULMAN REVOCABLE TRUST |
| 1S0547 | SAGE ASSOCIATES C/O LILLIAN SAGE | 101904 | MAURICE SAGE TRUST |
| | | 1S0004 | SAGE ASSOCIATES C/O LILLIAN SAGE |
| 1T0004 | DORON TAVLIN TRUST DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 102611 | REBECCA ZAID C/O TAVLIN |
| | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1T0036 | RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 102611 | REBECCA ZAID C/O TAVLIN |
| | | 1T0005 | AHUUA ZAID I/T/F DORAN TAVLIN &/OR RYAN TAVLIN PO B 2123 |
| 1U0017 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS | 1U0004 | GUNTHER UNFLAT & MARGARET UNFLAT J/T WROS |

**Requests to Depose Bernard L. Madoff**
**Fact Discovery Closed as of July 7, 2016**

| No. | Adv. Pro. No. | Defendants | Counsel | Fact Discovery Completion Deadline |
|---|---|---|---|---|
| 1 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP | March 5, 2015 |
| 2 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP | October 9, 2015 |
| 3 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP | October 19, 2012 |
| 4 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP | March 26, 2015 |
| 5 | 10-04946 | Stephen R. Goldenberg | Milberg LLP/Seeger Weiss LLP | June 21, 2016 |
| 6 | 10-04951 | Harold A. Thau | Milberg LLP/Seeger Weiss LLP | June 24, 2016 |
| 7 | 10-05069 | Potamkin Family Foundation Inc. | Milberg LLP/Seeger Weiss LLP | July 5, 2016 |
| 8 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP | April 30, 2015 |