# EXHIBIT 17

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |

**DECLARATION OF**
**MATTHEW B. GREENBLATT**

I, Matthew B. Greenblatt, declare under penalty of perjury:

## I.   BACKGROUND

1.      I am a Senior Managing Director in the Forensic and Litigation Consulting practice of FTI Consulting, Inc. ("FTI").  I serve as an expert witness on behalf of Irving H. Picard ("Trustee"), trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78 aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff").  I submit this Declaration in connection with the Trustee's Response to Defendants' Requests to Depose Bernard L. Madoff ("Trustee's Response").[1]

2.      I received a Bachelor of Science degree in Accounting from Lehigh University.  I am a Certified Public Accountant ("CPA"), Certified in Financial Forensics ("CFF"), and a Certified Fraud Examiner ("CFE").  I am also a member of the American Institute of Certified Public Accountants, the New York State Society of Certified Public Accountants, and the Association of Certified Fraud Examiners.

3.      I have more than 20 years of accounting industry experience including: auditing and accounting matters; litigation consulting; forensic accounting and internal investigations; post-acquisition and shareholder disputes; anti-money laundering; and advising troubled companies.

4.      Before joining FTI, I was a Senior Auditor at Price Waterhouse's Audit and Business Advisory Services Group from 1994 through May 1998.  In June of 1998, I joined Kahn Consulting, which was acquired by FTI several months later.

5.      On December 11, 2008, Madoff was arrested for violating multiple securities laws in connection with running a Ponzi scheme.  On December 15, 2008, Irving H. Picard was appointed as the Trustee for the liquidation of the business of BLMIS, and Baker & Hostetler LLP was retained as his counsel.  Shortly thereafter, FTI was retained by Baker & Hostetler LLP, on behalf of the Trustee, to analyze, among other things, the financial affairs of BLMIS and to assist the Trustee with the liquidation of BLMIS.  As part of our engagement, FTI was tasked with the exercise of reconstructing the books and records of BLMIS, including all records of the

---

[1]  There are a total of 83 active adversary proceedings listed in the Trustee's Response.  These adversary proceedings included a total of 136 BLMIS accounts that were analyzed as discussed in further detail below ("Defendants' 136 BLMIS Accounts").

"cash in/cash out" transactions related to the BLMIS customer accounts as far back as the records allow.

## II.     THE PRINCIPAL BALANCE CALCULATION

6.      I, along with a team of FTI professionals working under my direct supervision, was specifically tasked with compiling chronological listings of all cash and principal transactions for every BLMIS customer account.  These chronological listings consist of cash and principal transactions derived from data maintained within BLMIS's computer systems.  Such systems generated monthly customer statements, which were used by FTI and reconciled with third-party bank records where available.

7.      These chronological listings provided the foundation to calculate every BLMIS customer account holder's principal balance on a daily basis for all dates during the period from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

## III.    THE IMPACT ANALYSIS

8.      The methodology for the Principal Balance Calculation is based on a start date of April 1, 1981.  In connection with the Notices of Request to Depose Bernard L. Madoff, Trustee's counsel has requested, and I have performed, an analysis to calculate the impact of the two-year fictitious profits amounts by adjusting the Principal Balance Calculation start date to January 1, 1992 for the Defendants' 136 BLMIS Accounts in 83 adversary proceedings (the "Impact Analysis").  This analysis is not an admission by FTI or the Trustee that such treatment is appropriate.

9.      Based on the Impact Analysis that I have performed, I have concluded that the two-year fictitious profits amounts have changed in only three of the 83 adversary proceedings. In the other 80 adversary proceedings, the two-year fictitious profits amounts remain unchanged.

10.      The following chart provides a full comparison between the two-year fictitious profits amounts for the 83 adversary proceedings based on the Principal Balance Calculation methodology using a start date of April 1, 1981 and a start date of January 1, 1992:

| No. | Adversary Proceeding Number | Case Name | Two-Year Fictitious Profits Amounts (April 1, 1981) *(a)* | Two-Year Fictitious Profits Amount (January 1, 1992) *(b)* | Difference *(c) = (b) - (a)* |
|---|---|---|---|---|---|
| 1 | 10-04292 | Robert Roman | $ (410,000) | $ (410,000) | $ - |
| 2 | 10-04302 | Joan Roman | (390,000) | (390,000) | - |
| 3 | 10-04306 | Angela Tiletnick | (240,000) | (240,000) | - |
| 4 | 10-04321 | Herbert Barbanel, et al. | (586,335) | (586,335) | - |
| 5 | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | (593,199) | (437,142) | 156,058 |
| 6 | 10-04335 | Aspen Fine Arts Co. | (1,600,000) | (1,600,000) | - |
| 7 | 10-04336 | Estate of Doris Igoin, et al. | (25,104,399) | (22,591,749) | 2,512,650 |
| 8 | 10-04344 | Alexander Sirotkin | (3,925,000) | (3,925,000) | - |
| 9 | 10-04362 | Sage Associates, et al. | (13,510,000) | (13,510,000) | - |
| 10 | 10-04367 | Benjamin T. Heller | (3,300,000) | (3,300,000) | - |
| 11 | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | (1,300,000) | (1,300,000) | - |
| 12 | 10-04400 | Sage Realty, et al. | (3,370,000) | (3,370,000) | - |
| 13 | 10-04415 | Barbara J. Berdon | (1,227,746) | (1,227,746) | - |
| 14 | 10-04438 | Estate of Seymour Epstein, et al. | (2,622,439) | (2,622,439) | - |
| 15 | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | (1,200,000) | (1,200,000) | - |
| 16 | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant | (2,794,314) | (2,794,314) | - |
| 17 | 10-04474 | Roger Rechler Revocable Trust, et al. | (9,353,113) | (9,353,113) | - |
| 18 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date | (926,064) | (926,064) | - |
| 19 | 10-04487 | Robert Weintraub, et al. | (443,089) | (443,089) | - |
| 20 | 10-04503 | Judd Robbins | (2,250,200) | (2,250,200) | - |
| 21 | 10-04541 | Kenneth W Perlman, et al. | (685,030) | (685,030) | - |
| 22 | 10-04545 | Jerome Goodman, Individually, as trustee for The Jerome Goodman Child | (1,572,609) | (1,572,609) | - |
| 23 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | (1,681,299) | (1,681,299) | - |
| 24 | 10-04576 | Norton A. Eisenberg | (759,183) | (759,183) | - |
| 25 | 10-04582 | Gerald Blumenthal | (521,667) | (521,667) | - |
| 26 | 10-04599 | Alvin E. Shulman | (600,895) | (600,895) | - |
| 27 | 10-04606 | Florence W. Shulman | (531,882) | (531,882) | - |
| 28 | 10-04614 | Robert S. Whitman | (775,000) | (775,000) | - |
| 29 | 10-04655 | Jaffe Family Investment Partnership, et al. | (1,245,803) | (1,245,803) | - |
| 30 | 10-04668 | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust, et al. | (273,000) | (273,000) | - |

| No. | Adversary Proceeding Number | Case Name | Two-Year Fictitious Profits Amounts (April 1, 1981) | Two-Year Fictitious Profits Amount (January 1, 1992) | Difference |
|---|---|---|---|---|---|
| 31 | 10-04702 | S&L Partnership, a New York partnership, et al. | (530,000) | (530,000) | - |
| 32 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | (709,960) | (709,960) | - |
| 33 | 10-04728 | Bruno L. Digiulian | (755,010) | (755,010) | - |
| 34 | 10-04748 | Mark Horowitz | (738,492) | (738,492) | - |
| 35 | 10-04749 | Philip F. Palmedo | (600,000) | (600,000) | - |
| 36 | 10-04752 | Kuntzman Family LLC, et al. | (762,075) | (762,075) | - |
| 37 | 10-04762 | James M. Goodman | (350,000) | (350,000) | - |
| 38 | 10-04798 | Janet Jaffe, et al. | (302,621) | (302,621) | - |
| 39 | 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | (238,830) | (238,830) | - |
| 40 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | (465,000) | (465,000) | - |
| 41 | 10-04809 | Edyne Gordon NTC | (242,974) | (242,974) | - |
| 42 | 10-04818 | Toby Harwood | (625,925) | (625,925) | - |
| 43 | 10-04823 | Frank DiFazio, et al. | (240,000) | (240,000) | - |
| 44 | 10-04826 | Boyer Palmer | (500,000) | (500,000) | - |
| 45 | 10-04852 | Alvin E. Shulman Pourover Trust, et al. | (593,643) | (593,643) | - |
| 46 | 10-04859 | Bert Margolies Trust, et al. | (360,899) | (360,899) | - |
| 47 | 10-04861 | Harold J. Hein | (454,989) | (454,989) | - |
| 48 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | (625,551) | (625,551) | - |
| 49 | 10-04882 | Laura E. Guggenheimer Cole | (200,921) | (200,921) | - |
| 50 | 10-04912 | Harry Smith Revocable Living Trust, et al. | (381,849) | (381,849) | - |
| 51 | 10-04920 | Glenhaven Limited, et al. | (250,000) | (250,000) | - |
| 52 | 10-04931 | Cantor, et al. | (300,000) | (300,000) | - |
| 53 | 10-04946 | Stephen R. Goldenberg | (4,000,000) | (4,000,000) | - |
| 54 | 10-04951 | Harold A. Thau | (3,281,000) | (3,281,000) | - |
| 55 | 10-04956 | D. M. Castelli | (470,000) | (455,989) | 14,011 |
| 56 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | (1,250,000) | (1,250,000) | - |
| 57 | 10-04966 | Onesco International, LTD., et al. | (2,049,041) | (2,049,041) | - |
| 58 | 10-04978 | Estate of Ira S. Rosenberg, et al. | (844,696) | (844,696) | - |
| 59 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | (1,065,000) | (1,065,000) | - |
| 60 | 10-04991 | Guiducci Family Limited Partnership, et al. | (1,041,038) | (1,041,038) | - |

| No. | Adversary Proceeding Number | Case Name | (a) Two-Year Fictitious Profits Amounts (April 1, 1981) | (b) Two-Year Fictitious Profits Amount (January 1, 1992) | (c) = (b) - (a) Difference |
|---|---|---|---|---|---|
| 61 | 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | (280,000) | (280,000) | - |
| 62 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | (400,000) | (400,000) | - |
| 63 | 10-05037 | Barbara L. Savin | (204,201) | (204,201) | - |
| 64 | 10-05069 | Potamkin Family Foundation Inc. | (896,500) | (896,500) | - |
| 65 | 10-05079 | Estate of James M. Goodman, et al. | (1,975,000) | (1,975,000) | - |
| 66 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | (760,000) | (760,000) | - |
| 67 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | (203,249) | (203,249) | - |
| 68 | 10-05128 | JABA Associates LP, et al. | (2,925,000) | (2,925,000) | - |
| 69 | 10-05130 | Barbara Kotlikoff Harman | (440,000) | (440,000) | - |
| 70 | 10-05133 | Boyer H. Palmer, individually, etc, et al. | (968,000) | (968,000) | - |
| 71 | 10-05135 | Reckson Generation, et al. | (2,205,524) | (2,205,524) | - |
| 72 | 10-05151 | Palmer Family Trust,etc., et al. | (450,500) | (450,500) | - |
| 73 | 10-05157 | The Harnick Brothers Partnership, et al. | (646,742) | (646,742) | - |
| 74 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al | (175,712) | (175,712) | - |
| 75 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, etc., et al | (475,000) | (475,000) | - |
| 76 | 10-05209 | Lapin Children LLC | (1,295,332) | (1,295,332) | - |
| 77 | 10-05236 | Toby T. Hobish, et al | (229,650) | (229,650) | - |
| 78 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | (285,000) | (285,000) | - |
| 79 | 10-05309 | William Pressman, Inc., et al. | (442,961) | (442,961) | - |
| 80 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | (489,272) | (489,272) | - |
| 81 | 10-05377 | Richard G. Eaton | (500,042) | (500,042) | - |
| 82 | 10-05420 | Gunther K. Unflat, et al. | (1,142,994) | (1,142,994) | - |
| 83 | 10-05435 | Keith Schaffer, et al. | (742,400) | (742,400) | - |

**Total:** $ (126,154,858)  $ (123,472,140)  $ 2,682,718

## A. The Three Impacted Adversary Proceedings

11.     As indicated in the chart above, using a start date of January 1, 1992, the two-year fictitious profits amounts would be adjusted for only three adversary proceedings: (i) Gertrude E. Alpern Revocable Trust, et al. (10-04327); (ii) Estate of Doris Igoin, et al. (10-04336); and (iii) D. M. Castelli (10-04956).

## B. The 80 Remaining Adversary Proceedings

12.     As reflected in the above chart, the two-year fictitious profits amounts for the remaining 80 adversary proceedings related to 133 of the Defendants' 136 BLMIS Accounts are not impacted by a January 1, 1992 start date for the following reasons:

- 64 of the Defendants' 136 BLMIS Accounts were opened post January 1, 1992 and did not receive any inter-account transfers from BLMIS accounts that opened prior to January 1, 1992.  Below is a listing of the 64 BLMIS accounts and the adversary proceeding numbers:

| No. | Adversary Proceeding Number | BLMIS Account Number | No. | Adversary Proceeding Number | BLMIS Account Number |
|---|---|---|---|---|---|
| 1 | 10-04335 | 1EM381 | 33 | 10-04806 | 1ZB286 |
| 2 | 10-04367 | 1H0149 | 34 | 10-04809 | 1EM331 |
| 3 | 10-04438 | 1CM005 | 35 | 10-04818 | 1ZA716 |
| 4 | 10-04469 | 1CM247 | 36 | 10-04852 | 1S0516 |
| 5 | 10-04469 | 1CM596 | 37 | 10-04859 | 1ZA799 |
| 6 | 10-04469 | 1CM597 | 38 | 10-04859 | 1ZB342 |
| 7 | 10-04469 | 1CM913 | 39 | 10-04859 | 1ZB582 |
| 8 | 10-04469 | 1CM914 | 40 | 10-04861 | 1ZR192 |
| 9 | 10-04486 | 1S0467 | 41 | 10-04878 | 1EM475 |
| 10 | 10-04487 | 1EM448 | 42 | 10-04931 | 1C1097 |
| 11 | 10-04503 | 1ZR234 | 43 | 10-04931 | 1C1098 |
| 12 | 10-04545 | 1CM520 | 44 | 10-04946 | 1CM391 |
| 13 | 10-04545 | 1CM521 | 45 | 10-04951 | 1ZA467 |
| 14 | 10-04545 | 1CM787 | 46 | 10-04966 | 1CM015 |
| 15 | 10-04570 | 1CM325 | 47 | 10-04966 | 1FN062 |
| 16 | 10-04570 | 1CM883 | 48 | 10-04966 | 1FN093 |
| 17 | 10-04576 | 1CM042 | 49 | 10-04966 | 1FR121 |
| 18 | 10-04576 | 1CM296 | 50 | 10-04991 | 1ZA278 |
| 19 | 10-04599 | 1S0290 | 51 | 10-04991 | 1ZB423 |
| 20 | 10-04606 | 1F0091 | 52 | 10-05069 | 1P0107 |
| 21 | 10-04606 | 1S0291 | 53 | 10-05135 | 1R0141 |
| 22 | 10-04606 | 1S0517 | 54 | 10-05157 | 1H0123 |
| 23 | 10-04655 | 1EM387 | 55 | 10-05236 | 1H0135 |
| 24 | 10-04668 | 1KW143 | 56 | 10-05236 | 1ZB067 |
| 25 | 10-04668 | 1KW219 | 57 | 10-05309 | 1ZA733 |
| 26 | 10-04702 | 1G0256 | 58 | 10-05309 | 1ZA734 |
| 27 | 10-04728 | 1ZR024 | 59 | 10-05377 | 1CM366 |
| 28 | 10-04752 | 1ZA539 | 60 | 10-05420 | 1U0018 |
| 29 | 10-04798 | 1EM241 | 61 | 10-05435 | 1ZA339 |
| 30 | 10-04798 | 1EM408 | 62 | 10-05435 | 1ZA401 |
| 31 | 10-04798 | 1J0064 | 63 | 10-05435 | 1ZA642 |
| 32 | 10-04803 | 1ZB352 | 64 | 10-05435 | 1ZA835 |

- 61 of the Defendants' 136 BLMIS Accounts had no impact to their two-year fictitious profits amounts because the additional principal received by these accounts, in either a December 31, 1991 principal credit, or in an inter-account transfer from a BLMIS account opened prior to January 1, 1992, was dwarfed by the withdrawals taken before the two-year period. Therefore, the two-year fictitious profits amounts are the same under the Principal Balance Calculation methodology with an April 1, 1981 start date and with a January 1, 1992 start date. Below is a listing of the 61 BLMIS accounts and the adversary proceeding numbers:

| No. | Adversary Proceeding Number | BLMIS Account Number | No. | Adversary Proceeding Number | BLMIS Account Number |
|---|---|---|---|---|---|
| 1 | 10-04292 | 1R0148 | 32 | 10-04912 | 1S0355 |
| 2 | 10-04302 | 1R0147 | 33 | 10-04920 | 1CM 074 |
| 3 | 10-04306 | 1T0040 | 34 | 10-04961 | 1S0183 |
| 4 | 10-04321 | 1B0168 | 35 | 10-04978 | 1CM 161 |
| 5 | 10-04327 | 1A0086 | 36 | 10-04979 | 1N0020 |
| 6 | 10-04327 | 1A0118 | 37 | 10-04995 | 1CM 806 |
| 7 | 10-04336 | 1FN076 | 38 | 10-04995 | 1CM 837 |
| 8 | 10-04344 | 1S0102 | 39 | 10-05026 | 1F0092 |
| 9 | 10-04362 | 1S0004 | 40 | 10-05026 | 1F0093 |
| 10 | 10-04362 | 1S0547 | 41 | 10-05037 | 1EM 180 |
| 11 | 10-04367 | 1H0022 | 42 | 10-05079 | 1EM 068 |
| 12 | 10-04397 | 1EM 145 | 43 | 10-05104 | 1S0267 |
| 13 | 10-04400 | 1S0316 | 44 | 10-05104 | 1S0399 |
| 14 | 10-04415 | 1B0145 | 45 | 10-05124 | 1R0133 |
| 15 | 10-04438 | 1CM049 | 46 | 10-05124 | 1R0171 |
| 16 | 10-04446 | 1K0032 | 47 | 10-05128 | 1EM 357 |
| 17 | 10-04446 | 1K0159 | 48 | 10-05130 | 1H0099 |
| 18 | 10-04474 | 1R0019 | 49 | 10-05133 | 1EM 396 |
| 19 | 10-04486 | 1S0337 | 50 | 10-05135 | 1R0014 |
| 20 | 10-04486 | 1S0338 | 51 | 10-05135 | 1R0017 |
| 21 | 10-04541 | 1P0074 | 52 | 10-05151 | 1EM 144 |
| 22 | 10-04582 | 1B0166 | 53 | 10-05157 | 1B0264 |
| 23 | 10-04614 | 1W0105 | 54 | 10-05157 | 1H0161 |
| 24 | 10-04702 | 1S0276 | 55 | 10-05184 | 1S0353 |
| 25 | 10-04718 | 1K0129 | 56 | 10-05196 | 1W0075 |
| 26 | 10-04748 | 1KW009 | 57 | 10-05209 | 1CM 624 |
| 27 | 10-04749 | 1CM 142 | 58 | 10-05257 | 1Z0020 |
| 28 | 10-04762 | 1G0320 | 59 | 10-05257 | 1Z0037 |
| 29 | 10-04823 | 1D0071 | 60 | 10-05312 | 1T0004 |
| 30 | 10-04826 | 1P0098 | 61 | 10-05420 | 1U0017 |
| 31 | 10-04882 | 1C1258 | | | |

- Eight of the Defendants' 136 BLMIS Accounts did not make withdrawals in the two-year period.[2] Below is a listing of the eight BLMIS accounts and the adversary proceeding numbers:

| No. | Adversary Proceeding Number | BLMIS Account Number |
|-----|------|------|
| 1 | 10-04336 | 1FN006 |
| 2 | 10-04336 | 1FR122 |
| 3 | 10-05135 | 1R0142 |
| 4 | 10-05135 | 1R0144 |
| 5 | 10-05157 | 1B0261 |
| 6 | 10-05157 | 1B0262 |
| 7 | 10-05157 | 1H0121 |
| 8 | 10-05257 | 1Z0035 |

13.    All the conclusions and opinions I have reached herein are stated to a reasonable degree of certainty within the forensic accounting field.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America, to the best of my knowledge that the foregoing is true and correct.

Dated:  New York, New York
        August 19, 2016

_____
Matthew B. Greenblatt, CPA/CFF, CFE

---

[2]  I am advised by the Trustee's counsel that the Trustee is not pursuing transfers from these eight BLMIS accounts. Rather, these BLMIS accounts are part of adversary proceedings with two-year fictitious profits amounts associated with other BLMIS accounts.