# EXHIBIT 18

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION,                        Adv. Pro. No.
                                 : 08-01789 (SMB)
          Plaintiff,
                                 : SIPA LIQUIDATION
     v.
                                 : (Substantively
BERNARD L. MADOFF INVESTMENT       Consolidated)
SECURITIES, LLC,                 :
          Defendant.             :
------------------------------x
In Re:                           :
BERNARD L. MADOFF,               :
          Debtor.                :
------------------------------x
IRVING H. PICARD, Trustee        :
for the Liquidation of
Bernard L. Madoff Investment     : Adv. Pro. No.
Securities, LLC,                   10-04503 (SMB)
                                 :
          Plaintiff,
                                 :
     v.
                                 :
JUDD ROBBINS,
                                 :
          Defendant.
------------------------------x


          TRANSCRIPT of telephone conference
as reported by NANCY C. BENDISH, Certified Court
Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, on Thursday,
February 9, 2017, commencing at 11:00 a.m.

```
                                                    Page 2
 1   B E F O R E:
 2

         HON. FRANK MAAS (RET.), Arbitrator
 3           fmaas@jamsadr.com
         620 Eighth Avenue
 4       34th Floor
         New York, New York  10018
 5

 6
     A P P E A R A N C E S:
 7

 8       BAKER HOSTETLER LLP
         45 Rockefeller Plaza
 9       14th Floor
         New York, New York  10111-0100
10       BY:  EDWARD J. JACOBS, ESQ.
                 ejacobs@bakerlaw.com
11            BRIAN W. SONG, ESQ.
                 bsong@bakerlaw.com
12
                    -and-
13
         BAKER HOSTETLER LLP
14       811 Main Street
         Suite 1100
15       Houston, Texas  77002-6111
         BY:  DEAN D. HUNT, ESQ.
16               dhunt@bakerlaw.com
         For Irving Picard, Trustee
17
18       CHAITMAN LLP
         465 Park Avenue
19       New York, New York  10022
         BY:  HELEN DAVIS CHAITMAN, ESQ.
20               hchaitman@chaitmanllp.com
              GREGORY M. DEXTER, ESQ.
21               gdexter@chaitmanllp.com
         For Defendant
22
23
24
25
```

Picard v Robbins                    Telephone Conference 2/9/2017

                                                        Page 3

 1              MS. CHAITMAN:  Helen Davis

 2   Chaitman and Greg Dexter, for the defendant.

 3              THE REPORTER:  And for Baker, Mr.

 4   Jacobs?

 5              MR. JACOBS:  Yes, and also Brian

 6   Song and Dean Hunt who has yet to join, but

 7   we're expecting him.

 8              (Dean Hunt joins.)

 9              JUDGE MAAS:  So now we have, I

10   take it, a full house.

11              MR. HUNT:  Dean Hunt just joined,

12   Your Honor.

13              JUDGE MAAS:  Is there anybody else

14   from Baker Hostetler who we're expecting, or is

15   that it?

16              MR. HUNT:  Brian Song, my partner

17   Brian Song was going to be on, and I believe he

18   is on and so is Mr. Jacobs.  That's it.

19              JUDGE MAAS:  The reason I asked

20   for this conference call is in part I understand

21   that Judge Berstein held a conference or

22   intended to hold a conference earlier in the

23   week regarding Ms. Chaitman's appeal of some of

24   my orders.  Did that occur and, if so, could

25   somebody just briefly tell me what happened.

Picard v Robbins                    Telephone Conference 2/9/2017

Page 4

1              MS. CHAITMAN:  Yes, this is Helen.

2    I can tell you.

3              The judge did not construe the

4    order the way Baker has construed it, as

5    evidenced by their recent demand of Mr. Robbins

6    that he answer questions about subsequent

7    transferees.

8              What the judge said was that the

9    only subsequent transferee information that has

10   to be disclosed is if it's invoked by an

11   affirmative defense that he's asserted, and the

12   only affirmative defense he's asserted that

13   indicates subsequent transfers is the defense

14   with respect to payment of taxes.  And all of

15   that documentation is being produced in

16   accordance with your prior order, Judge.

17             MR. HUNT:  Your Honor, this is

18   Dean Hunt.  Ms. Chaitman is wrong about what

19   occurred at the hearing.

20             The hearing was for the purpose of

21   appeal, whether or not she could appeal your

22   order.  She claimed that paragraph 3 was a

23   punishment if you didn't consent to the

24   stipulation in paragraph 2.

25             We explained at the hearing that

Picard v Robbins                    Telephone Conference 2/9/2017

 1   that's not exactly how it works at all.  It's

 2   really a gift, that paragraph 3 lets you avoid

 3   some discovery topics if you're able to

 4   stipulate to the transfers, and that if you're

 5   not able to stipulate to the transfers,

 6   paragraph 4 applies and we come back to you if

 7   we can't agree.

 8              Judge Bernstein recognized that

 9   that in fact is the case.  Everything that Ms.

10   Chaitman advised you just now was discussion

11   that was irrelevant to the issue at hand, and

12   Judge Bernstein ruled that there was nothing to

13   appeal, and that if we couldn't agree on things,

14   we should come back and talk to you.

15              JUDGE MAAS:  The reason I asked is

16   I think I have a position which would be

17   somewhere between the two of you.  When we met

18   on December 13 I didn't specifically rule on the

19   objection to requests that would yield

20   subsequent transferee information, because I

21   mistakenly thought that most of the problem

22   would go away by virtue of the stipulation,

23   which clearly is not the case.  And I did say,

24   not verbatim but in substance, that if there was

25   a request that had a proper purpose but that

Picard v Robbins                    Telephone Conference 2/9/2017

                                                          Page 6

 1    would also yield subsequent transferee

 2    information, that request was not objectionable

 3    just because some subsequent transferee

 4    information would come along for the ride with

 5    the rest of the request.

 6              When we had our conference on

 7    January 5th, and that's why I asked for the

 8    transcript, I had the recollection, and the

 9    transcript confirmed it, that I had asked if

10    there was anything else anybody wished to take

11    up and nothing was raised at that time.

12              So, my position again, as I said,

13    is if a discovery request seeks information that

14    relates to some material contested fact in an

15    adversary proceeding or an affirmative defense,

16    the fact that it yields some subsequent

17    transferee information is not a basis to deny

18    the request.

19              On the other hand, if there is a

20    request that seeks information that's no longer

21    relevant for one of those two purposes, and that

22    essentially just seeks nakedly subsequent

23    transferee information, I certainly would

24    entertain an application from you, Ms. Chaitman,

25    to have me rule with respect to that request.

Picard v Robbins                    Telephone Conference 2/9/2017

Page 7

1   That's why I requested the conference when the

2   Robbins issue came up.  Frankly, I was using

3   that as a vehicle to make my position clearer

4   what I intended on December 13th.

5               MR. HUNT:  Just to respond to

6   that, Your Honor, I think we agree with that.

7   You know, the issues before Judge Bernstein

8   yesterday had nothing to do with subsequent

9   transfers, and Brian Song can address the

10  specifics of the Robbins case, that neither does

11  the Robbins case, for the issues that he raised

12  in his letter.

13              JUDGE MAAS:  Let me just give my

14  spin on Robbins.  Ms. Chaitman says it's not

15  within the scope of what I referred on consent

16  and I'm loathe to get into Robbins until Judge

17  Bernstein has an opportunity to rule on whether

18  he views it as within the scope of what's been

19  referred to me on consent.  I'll certainly hear

20  from you, Mr. Song, but that's my initial

21  reaction.

22              MR. SONG:  Thank you, Your Honor.

23  To discuss that first part, as to whether or not

24  this matter is properly before you, Ms. Chaitman

25  has proceeded to try to have it both ways,

Picard v Robbins                    Telephone Conference 2/9/2017

Page 8

 1    whereas we provided the deposition exhibits in

 2    advance to her in accordance with your ruling.

 3    We abided by the four-hour limit for the

 4    deposition.  She provided tax documents to us

 5    and specifically referenced that they were in

 6    accordance with your order.  And only now when

 7    we file an application to enforce the other

 8    parts of the order that are not favorable to

 9    her, that we get the position that, oh, well,

10    this matter is not properly before you.

11              You know, we are now in the

12    untenable position of not being able to tell

13    which cases where Ms. Chaitman has previously

14    said, before Your Honor, that she wants your

15    rulings to apply to all of her cases.  And now

16    she's selectively deciding which ones should be

17    applied and which ones shouldn't be and when

18    they should be and when they shouldn't be.  That

19    is the first point.

20              The second point, Your Honor, is

21    the way you described what this dispute is

22    about, that middle ground is precisely what

23    we're seeking.  We are not seeking information

24    specifically targeted towards subsequent

25    transfers.  And if you will look at the

Picard v Robbins                    Telephone Conference 2/9/2017

Page 9

 1    interrogatories that we sent, there are --
 2    sorry, the discovery requests that we sent,
 3    there are some that are specifically targeted to
 4    subsequent transfer information.  Ms. Chaitman
 5    declined to respond to those and we're not
 6    pursuing them.
 7              The ones that we are pursuing are
 8    precisely within the bounds of your prior order.
 9    We'd like to know about the initial transfers.
10    We would like to know about the factual basis
11    for her affirmative defenses.  And now that
12    we've gone through an entire deposition with her
13    client, who's unable to tell us what the factual
14    bases are for those affirmative defenses, Ms.
15    Chaitman has an obligation under Rule 26 to
16    supplement her responses.  That's what we had
17    laid out before her.
18              JUDGE MAAS:  Ms. Chaitman?
19              MS. CHAITMAN:  Your Honor, there
20    are specific cases where my clients, after
21    consultation with me, agreed to submit the
22    issues to you and those cases are the ones in
23    which the -- if Baker is unaware of which ones
24    they are, they should just look at the orders
25    that were filed, because you filed orders in

Picard v Robbins                    Telephone Conference 2/9/2017

                                                              Page 10

 1    each of the cases where the caption was -- the

 2    defendants had submitted the issue to you.

 3             We did not -- I have no authority

 4    on behalf of other clients to submit the issues

 5    to you unless and until the clients agree to do

 6    that.  And if there's some misunderstanding that

 7    by submitting one case to you where you say that

 8    you'd like this ruling to apply to all cases, if

 9    that was intended to require all of my clients

10    to submit to you, then I apologize for not

11    comprehending that.  But I have not spoken to

12    all of my clients and had all of them agree to

13    this.

14             It's different with respect to our

15    motion to compel the Trustee to produce

16    documents because you may recall that we had

17    been before Judge Bernstein and we had served

18    interrogatories in all of the cases, and we

19    discussed with Judge Bernstein what would be the

20    most efficient way for our issues with respect

21    to the Trustee's refusal to respond to his

22    discovery demand, how that would be handled.

23    And he said, well, let's do it through Wilenitz,

24    but it will apply to everybody.

25             But that was a specific ruling

Picard v Robbins                    Telephone Conference 2/9/2017

Page 11

1   that the judge made and I didn't have a problem

2   with that.  But I'm really not in a position,

3   without getting the consent of each specific

4   client, to submit issues to you.

5             Particularly with respect to

6   Robbins, these are issues that we have been over

7   and over with Judge Bernstein and Judge

8   Bernstein made it very clear yesterday, and

9   fortunately we have a transcript so we don't

10  have to argue about what was said and what was

11  not said, but Judge Bernstein made it very clear

12  that unless the client consents to submit an

13  issue to you, it has to be raised before him.

14            JUDGE MAAS:  And I don't have a

15  problem with that.  I guess some of this may

16  fall into the category of be careful what you

17  wish for in the sense that if rulings don't

18  apply generally, I suppose the Trustee may then

19  be filing motions to compel in lots of adversary

20  proceedings with you having to respond

21  individually to each of those, circumstance that

22  I had understood that you, understandably, were

23  trying to avoid.

24            But turning to Robbins

25  specifically where Mr. Song spoke both to the

Picard v Robbins                    Telephone Conference 2/9/2017

Page 12

```
 1   merits and to the procedural posture, as far as

 2   I'm concerned I think Judge Bernstein ought to

 3   rule in the first instance on whether he views

 4   that as within the scope of the referral, and

 5   maybe he has ruled, but seems to me it's for him

 6   in the first instance to decide whether it's

 7   within the scope of a prior referral, not

 8   Wilenitz but I guess it's Train Klan and the

 9   others, and deal with it or not deal with it

10   accordingly.

11           I guess on Robbins for the moment,

12   the only thing I'd ask is that when a transcript

13   of the conference before Judge Bernstein is

14   available, that the Trustee forward a copy to

15   me.  To the extent that the two sides can't

16   agree on what the scope of my authority is,

17   that's something the Trustee will have to raise

18   in the first instance before Judge Bernstein.

19           MR. JACOBS:  Hi Judge, this is Ted

20   Jacobs.  I just wanted to let you know I just

21   now sent you by email a copy of that transcript

22   that you requested.

23           Unfortunately this situation --

24   we're happy to appeal these issues to Judge

25   Bernstein as you stated.  Unfortunately we're in
```

Picard v Robbins                          Telephone Conference 2/9/2017

Page 13

 1   the position where, again, Ms. Chaitman has

 2   successfully used the process to multiply

 3   needless litigation now over your jurisdiction

 4   which, you know, in various hearings she

 5   specifically represented on the record applied

 6   to all of her cases.  But I understand your

 7   hesitance to move forward without Judge

 8   Bernstein weighing in on this issue, so we're

 9   happy to take it to him.

10              But I think that while that's

11   pending, we're going to need some clarity as to

12   whether you view the orders that you've issued

13   so far to apply in any particular cases beyond

14   the specific cases that were captioned.  And if

15   the answer is no, then we're happy to make a

16   quick application to Judge Bernstein requesting

17   that your order that he apply, that he order

18   your order applicable in all of Ms. Chaitman's

19   cases.

20              Alternatively, if Ms. Chaitman is

21   prepared to let us know within a reasonable

22   amount of time, and by that I mean days and not

23   weeks or months, whether her clients consent to

24   your jurisdiction in all of her cases, then we

25   would -- we could potentially avoid that

Picard v Robbins                    Telephone Conference 2/9/2017

```
                                              Page 14

 1  needless application to Judge Bernstein, which

 2  will just require probably more letters and more

 3  briefing and more hearings, which will be a cost

 4  to everyone involved.

 5            JUDGE MAAS:  The answer to your

 6  question is yes and no, in the sense that, yes,

 7  I think my rulings should be applied to the

 8  extent that the facts and procedural posture are

 9  analogous.  No in the sense that I don't think I

10  can make a ruling that they necessarily apply,

11  and such that I can enforce them.  So I do think

12  you will need to make the application to Judge

13  Bernstein.

14            As a practical matter, I suppose I

15  could make rulings in Robbins, but Ms. Chaitman

16  is going to end up appealing that, saying

17  there's no jurisdiction.  So the issue might as

18  well be keyed up for Judge Bernstein in the

19  first instance.

20            MR. JACOBS:  Okay.

21            JUDGE MAAS:  As to the other point

22  you made, asking Ms. Chaitman to let you know

23  sooner rather than later which cases, if any, my

24  rulings will apply to, what's your position on

25  that, Ms. Chaitman?
```

Picard v Robbins                    Telephone Conference 2/9/2017

Page 15

1           MS. CHAITMAN:  I can certainly let

2    them know that, but I think one of the problems,

3    Judge, is that the cases are in different

4    procedural postures and Mr. Robbins' case is in

5    a situation where the Trustee has already

6    deposed him, we have fully responded to initial

7    interrogatories, supplemental interrogatories,

8    initial document demands, supplemental document

9    demands and, you know, I think that the cases

10   that I had put before you were cases where no

11   deposition had yet occurred.

12           MR. Hunt:  Can I just interrupt on

13   that, Helen.  He said he's not going to rule on

14   it, so I don't think it's worth our time to have

15   you reargue those points.

16           MS. CHAITMAN:  I was simply

17   responding to the Judge's question.

18           JUDGE MAAS:  I think Ms. Chaitman

19   was trying to tell me which category of cases

20   she might consent on and why Robbins was not one

21   of those cases.

22           MR. HUNT:  Yes, I thought that was

23   the question.

24           JUDGE MAAS:  Go on, Ms. Chaitman.

25           MS. CHAITMAN:  The point, I pretty

Picard v Robbins                    Telephone Conference 2/9/2017

Page 16

1   much made the point, that some of the cases are

2   in different stages and the facts are different

3   and so that's why I think the cases that were

4   submitted to you were all within one category.

5   They were clients whose depositions had not yet

6   been taken where for certain reasons we had

7   asked that the deposition not go forward because

8   the clients were elderly and not well.  And

9   you've ordered those depositions to go forward

10  unless we're able to stipulate to the accuracy

11  of the first five columns of Exhibit B.

12          My other clients are not in that

13  position and I have not reviewed the issues with

14  them and I have no authority to submit their

15  issues to you at this point.  But I will

16  certainly let Baker know.

17          JUDGE MAAS:  Why don't I say

18  within one week.

19          MS. CHAITMAN:  Sure.

20          MR. JACOBS:  And if at that time

21  for any cases which, Helen, you haven't agreed

22  to Judge Maas' authority or otherwise or are

23  still disputing any of the issues, we're going

24  to have no choice but to send an application for

25  Judge Bernstein to have Judge Maas' orders apply

Picard v Robbins                          Telephone Conference 2/9/2017

Page 17

1    in all of your cases.

2              JUDGE MAAS:  I think that's

3    understood that we're keying that issue up.

4              MR. JACOBS:  Okay.

5              JUDGE MAAS:  Anything else we are

6    to take up today?

7              MS. CHAITMAN:  Judge, we have an

8    issue.  We've expressed concern with the

9    Trustee's compliance with our discovery demands

10   based upon your order, and we had sent an email

11   to you.  There was no response from Baker, so I

12   don't know whether you want to take that up

13   today or have another date when we can deal with

14   that.

15             JUDGE MAAS:  Well, I think we

16   should have another date.  I guess the first

17   question is when the Trustee will respond.

18             MR. JACOBS:  Actually, Your Honor,

19   we did respond by email to Ms. Chaitman's

20   inquiry and we also made a document production

21   on Friday, on which we copied Your Honor of all

22   of the remaining trading records we were able to

23   identify from the microfilm restorations that I

24   had referenced in my December letter.

25             So, we have complied with your

Picard v Robbins                    Telephone Conference 2/9/2017

Page 18

 1   ruling and there's no further issue pending

 2   before Your Honor.

 3            JUDGE MAAS:  Well, I guess Ms.

 4   Chaitman believes there is, correct, Ms.

 5   Chaitman?

 6            MS. CHAITMAN:  Sure.  Greg, what

 7   was the date of the email that you sent to the

 8   judge?

 9            MR. DEXTER:  This is Greg Dexter.

10   I think that Ted responded to one issue, which

11   is the trading records.  However, I had sent an

12   email early this month about the Trustee's

13   responses to interrogatories and document

14   requests, and we don't have a response to that.

15            MR. JACOBS:  Hi Greg.  I'm sorry,

16   I misunderstood what Helen was raising.  I think

17   we addressed the first issue.  The second issue,

18   you're correct.

19            I believe you raised the challenge

20   to our amended responses to certain discovery

21   requests in the Wilenitz matter as required by

22   Judge Maas' order and we had served an omnibus

23   amended response within I believe approximately

24   a week of Judge Maas' order, and we have not yet

25   responded by email to your email, but our

Picard v Robbins                     Telephone Conference 2/9/2017

                                                          Page 19

1   position, I can tell you, is that we have

2   complied fully with Judge Maas' order.  That's

3   reflected on the face of our responses.

4              So, Your Honor, we would request

5   that you review our written responses because I

6   believe that the issue can be resolved without a

7   hearing, and if Your Honor believes there is any

8   deficiency in our amended discovery request

9   that's inconsistent with anything you ordered,

10  we would be happy to appear for a telephonic or

11  an in-person conference at your request.

12             JUDGE MAAS:  I have the one email,

13  I have the amended responses.  Let me review

14  that, as well as your email that's yet to come.

15  When is that other email anticipated?

16             MR. JACOBS:  From the Trustee,

17  Your Honor?

18             JUDGE MAAS:  Yes.

19             MR. JACOBS:  We haven't sent an

20  email, but I could send one just stating what I

21  just did.

22             JUDGE MAAS:  Why don't you do

23  that, just to complete the record.

24             MR. JACOBS:  Okay.

25             JUDGE MAAS:  And then I'll review

Picard v Robbins                    Telephone Conference 2/9/2017

Page 20

 1    it and determine whether or not we ought to have

 2    a further conference call.

 3              MS. CHAITMAN:  Judge, there's one

 4    other issue, if I may.

 5              JUDGE MAAS:  Sure.

 6              MS. CHAITMAN:  In reviewing some

 7    old transcripts I saw that Judge Bernstein had

 8    ordered the Trustee in May of 2016 to produce

 9    all trading records, and that yet of course has

10    not been done.  We've now gotten two productions

11    of trading records, but I would like to ask Your

12    Honor to enter an order requiring the Trustee to

13    produce every single trading record of which

14    he's aware.

15              It's hard to parse through the

16    language of the communications from Baker as to

17    whether they have, in fact, produced all of the

18    microfiche records.  Judge Bernstein had ordered

19    the production of all these records, they should

20    have been produced a long time ago and there's

21    been a lot of talk about how difficult it is to

22    do this.  But it's not clear to me that in fact

23    all trading records within the Trustee's

24    possession or control have been produced, and I

25    would like that to be absolutely clear without

Picard v Robbins                    Telephone Conference 2/9/2017

Page 21

 1   any modification.

 2                   MR. JACOBS:  Your Honor, we've

 3   been around in this train a few times now.

 4   There's been very detailed correspondence

 5   asserting our position.  We discussed this issue

 6   at length in our arbitration in Wilenitz.  There

 7   is absolutely no order from Judge Bernstein that

 8   compels us or requires us to do anything, but in

 9   fact Your Honor did include in one of your

10   orders, after our December in-person

11   arbitration, a statement that the Trustee should

12   produce all trading records that the Trustee has

13   identified, and we have complied with that

14   order.

15                   We've made two productions, we've

16   been extremely transparent in terms of our

17   search for records pre-dating 2002.  That was

18   described in a multi-page letter that I served

19   on Ms. Chaitman and also copied you back in

20   December.  We've since completed our restoration

21   of the microfilm, and we have produced an

22   additional approximately 300 reports that we

23   could identify from that microfilm.

24                   And as Your Honor will recall, we

25   are dealing with a data set of, you know,

Picard v Robbins                    Telephone Conference 2/9/2017

Page 22

1    millions and millions and millions and millions

2    of records, and from a proportionality

3    perspective and a Rule 26 analysis, there is no

4    possible conceivable way we are going to forever

5    expend millions of dollars to continue searching

6    for records that at this point there's very

7    little likelihood exist.

8              So, any further order on that

9    issue I assert would be grossly inappropriate.

10   We have complied with it in a very full and

11   transparent way.  I'm sorry that Ms. Chaitman

12   hasn't been able to identify any evidence that

13   fits her speculative theories about what may or

14   may not have occurred at BLMIS during a certain

15   time period, but we have made available millions

16   and millions and millions of records that show

17   that BLMIS was engaged in a fraud at all

18   relevant times.  And we are happy to continue

19   producing records to Ms. Chaitman, but there's,

20   you know, at some point she's going to have to

21   deal with the actual evidence that is before her

22   instead of pursuing discovery based on -- that

23   has no evidentiary basis as to relevance.

24             JUDGE MAAS:  It has an evidentiary

25   basis, I suppose, to the extent that Mr. Madoff

Picard v Robbins                    Telephone Conference 2/9/2017

Page 23

 1   testified at the deposition that I was furnished

 2   the transcript of that there was trading at an

 3   earlier time period that was legitimate and done

 4   for the benefit of customers.  So I understand

 5   her request.

 6              I know there was discussion about

 7   you restoring microfiche and trying to determine

 8   what's on it, and I gather the representation is

 9   that that project, which had an uncertain end

10   date, has now been completed.  I don't think I

11   can really require, and I think I said this at

12   an earlier conference, I'm not sure which one,

13   the Trustee to start with the first box in the

14   warehouse and go through every single box trying

15   to find trading records, rather than making a

16   good faith search, which Mr. Jacobs is

17   indicating the Trustee did.

18              So, if there's something specific

19   in terms of an area where you feel the Trustee

20   has fallen down with respect to that, Ms.

21   Chaitman, I'd certainly entertain the

22   application.  But beyond that, I'm not sure what

23   there is that would be appropriate for me to do

24   at this juncture.

25              MS. CHAITMAN:  Well, to take one

Picard v Robbins                    Telephone Conference 2/9/2017

Page 24

 1   glaring example, I had asked the Trustee to

 2   produce all trading records relating to treasury

 3   securities.  And Mr. Jacobs' position is that

 4   he's not producing them unless I convince him

 5   that they're relevant.  And I think that's

 6   rather bizarre in view of the fact that the

 7   investment advisory customers' accounts were all

 8   put into Treasury notes in December of every

 9   year from 1992 on.  And we're entitled to try to

10   match up Madoff's purchases of Treasury

11   securities to the statements of our clients.

12   This is an essential element of our proof.

13           JUDGE MAAS:  That sounds like a --

14   first of all, it sounds like a more specific

15   request, rather than all Treasury securities.

16   Apparently what you're interested in is Treasury

17   securities in December of each year.

18           MS. CHAITMAN:  Well, no, it's more

19   than that because the Treasury securities show

20   up on the statements throughout the year.  But I

21   was just giving you an example.  They show up on

22   the customer statements throughout the year.

23           Mr. Picard has taken the position

24   from inception of this case that Madoff never

25   purchased any securities.  That has turned out

Picard v Robbins                        Telephone Conference 2/9/2017

Page 25

1    to be absolutely untrue, demonstrably untrue,

2    and now we're dealing with the failure of the

3    Trustee to produce the records with respect to

4    the Treasury securities which show up on every

5    customer statement.

6              JUDGE MAAS:  I had understood the

7    Trustee, although certainly the Trustee can

8    speak, at least counsel can speak for

9    themselves, I had understood them not to say

10   that there were no securities purchased over

11   time, but that there were no securities that

12   were purchased in the earlier time period that

13   were for the benefit of investment advisory

14   customers.

15             MS. CHAITMAN:  And that is now

16   demonstrably shown as false.

17             MR. JACOBS:  Helen, can you please

18   give me -- can you identify for me one specific

19   evidence, piece of evidence that demonstrates,

20   that backs up your statement that that's

21   demonstrably false?  Because we're not aware of

22   any that you have ever demonstrated that showed

23   that that's a false statement.  Out of all of

24   the millions of documents we have produced to

25   you, on all of these issues for years.  Can you

Picard v Robbins                    Telephone Conference 2/9/2017

Page 26

1    tell me, give me one instance where you can

2    demonstrate that a security or a Treasury was

3    traded for an IA customer?

4              MS. CHAITMAN:  Yes, yes, I can.  I

5    can.  Because in 2012 I submitted -- Baker

6    produced to me in connection with one of my

7    customer accounts a confirmation of a Treasury,

8    the purchase of a Treasury security, and then

9    Baker submitted opposition saying that that was

10   a fabricated document, even though the Trustee

11   had never previously alleged that Madoff

12   fabricated internal trading records.  The

13   Trustee claimed that that was a fabricated

14   document and that that was not actually a

15   trading ticket.

16              And while it's not yet the time

17   for me to produce an expert report, I've

18   consulted with an expert on that specific

19   trading ticket and he said to me that that was

20   absolutely the confirmation of a purchase of a

21   Treasury security, which was done on the

22   Bloomberg Terminal and there was nothing phoney

23   about it.

24              So, you know, we have not yet had

25   to produce the evidence through an expert

Picard v Robbins                    Telephone Conference 2/9/2017

Page 27

```
 1   report.  We've relied on Dubinsky.  We've
 2   proved, I think, through Madoff's testimony and
 3   our experts will also demonstrate, that
 4   Dubinsky's report is completely false, in every
 5   material fact.
 6              MR. JACOBS:  Your Honor, the
 7   document that Ms. Chaitman is talking about is a
 8   falsified document that's been proven to be
 9   falsified.  She makes these grand sweeping
10   statements about how Dubinsky is going to be
11   proven to be false on all of these grounds, but
12   there's never been any showing or any discussion
13   of any particularized basis on why that's true.
14   And we simply can't answer, you know, these
15   sweeping discovery responses that demand all of
16   these things are going to show that what you're
17   saying is false when we've undertaken years of
18   analysis and made years of putting together an
19   evidentiary basis for our position available.
20              It's really just a fishing
21   expedition.  As you know, the Madoff generated
22   false statements of trading activity for each of
23   his IA customers at all given times and our
24   expert report is 100 pages of detailed analysis,
25   you know, considering thousands upon thousands
```

Page 28

1   of records that demonstrates conclusively how

2   and why that trading activity as purported was

3   false.

4            JUDGE MAAS:  Madoff testified

5   contrary.  Whether it's borne out by the records

6   or not, I don't know.

7            MR. JACOBS:  Right.

8            JUDGE MAAS:  But it does strike me

9   that this is a sufficiently important issue and

10  sufficiently confusing in terms of what may or

11  may not be available, and also as the Trustee's

12  counsel suggested, there were proportionality

13  questions to be considered.

14           So I have no objection to ruling

15  with respect to this, but I think it needs to be

16  done on papers.  So, Ms. Chaitman, when can you

17  get me your application?

18           MR. HUNT:  I think, Your Honor,

19  what she's asking is for some kind of a global

20  ruling that would apply to all her cases and

21  then she's turning around and telling us that

22  your orders don't apply to all her cases.

23           JUDGE MAAS:  If I rule with

24  respect to this in one case that is before me,

25  and say, just for argument sake, produce the

Picard v Robbins                          Telephone Conference 2/9/2017

                                                          Page 29

 1   entire warehouse containing all of the records

 2   removed from the Lipstick Building, but I only

 3   rule -- if I only make that ruling in Wilenitz

 4   it doesn't much matter because the practical

 5   effect would be she'd have it in all the others,

 6   although I suppose there would have to be some

 7   stipulation.

 8             I recognize what's at issue, but I

 9   just think there's enough backing and forthing

10   here that...

11             MR. JACOBS:  The other issue, Your

12   Honor, is that, as Ms. Chaitman knows, we've had

13   a number of discussions with Judge Bernstein

14   about having an omnibus trial on the fraud.

15   Clearly the only defendants who are contesting

16   the fraud, on the strength of our expert report

17   and the documents we've made available, are Ms.

18   Chaitman's and a few other pockets here and

19   there of attorneys who typically follow her

20   lead.

21             So, we are, you know, what's been

22   happening is that the challenge that Ms.

23   Chaitman is making for the earlier -- she's

24   essentially conceded that the fraud -- she's

25   conceded the Ponzi started at least in 1992, so

Picard v Robbins                    Telephone Conference 2/9/2017

                                                        Page 30

 1   all we're really dealing with are periods prior

 2   to that.

 3              She deposed Mr. Madoff twice now,

 4   once in the PW proceeding and once in the

 5   avoidance action.  He's now scheduled for a

 6   second day and there may be additional days of

 7   his deposition, and the Court has allowed that

 8   and the Court has also entertained an

 9   application for additional discovery following

10   up on that.  And then that will potentially lead

11   to, you know, us negotiating and discussing with

12   Ms. Chaitman a procedure about how to, in an

13   orderly and efficient fashion, allowing

14   defendants who, you know, who should be

15   permitted to join, have some type of trial

16   omnibus proceeding where the judge can rule on

17   the challenge with finality with respect to all

18   of the defendants who opt in.

19              So, in connection with that, you

20   know, we are participating in the deposition of

21   Mr. Madoff.  We will be doing our own cross of

22   Mr. Madoff at some point when time permits, and

23   we also anticipate that much like we did in the

24   PW proceeding, we're going to have some type of

25   process where the parties exchange discovery,

Picard v Robbins                    Telephone Conference 2/9/2017

```
                                                  Page 31
 1   specifically on this issue, and in connection
 2   with expert and rebuttal expert reports, and
 3   then there will be, I assume, motions in limine
 4   and then there will be a trial.
 5              So right now our position is that
 6   there's, other than the very self-serving
 7   testimony, which has so far been wildly
 8   inconsistent, of the master mind of this Ponzi
 9   scheme, who's incarcerated, has admitted to the
10   fraud and has, in our view, very little, if any,
11   credibility, other than that, there's absolutely
12   no evidentiary basis to support any of the
13   allegations that Ms. Chaitman has made.  But as
14   this deposition and this testimony unfolds,
15   we're reacting to it.
16              So, every time Mr. Madoff comes
17   out with some new theory or speculative
18   allegation that, you know, absolves himself of
19   guilt and says he didn't do it and he was
20   actually trading securities and making lots of
21   money for lots of people at variance points of
22   time and every time testimony to that effect
23   comes out we go and reassess everything we have
24   available in our possession and we look.  And we
25   look to see is there anything to support this,
```

Picard v Robbins                    Telephone Conference 2/9/2017

Page 32

1    is there anything to refute this.

2              We anticipate that if Ms. Chaitman

3    continues to pursue this challenge, we're

4    probably going to be exchanging additional

5    expert reports.  There will be discovery, I'm

6    sure, in connection with all of that.

7              So the reason why I'm explaining

8    all of this is because I want Your Honor to be

9    aware that we believe that this needs to proceed

10   in a controlled and orderly fashion, and I don't

11   think it's appropriate for Ms. Chaitman to write

12   a letter to Your Honor that contains speculative

13   allegation about Treasury notes that then

14   results in, on an incomplete record, some type

15   of discovery order that compels us to have to

16   provide additional materials that we don't even

17   know or understand why they're relevant or how

18   they fit into any theory that she's attempting

19   to advance.

20             So what I have said to Your Honor

21   and what I have said to Ms. Chaitman many, many,

22   many times, and I'll repeat it again, is that we

23   are not in the business of getting any of these

24   facts wrong.  We want to make sure that every

25   allegation we make is absolutely supported by

Page 33

1    the facts and the books and records of the

2    debtor.  If we find anything that is

3    contradictory or that refutes any of that or

4    supports any of that that we haven't yet

5    produced or made available with respect to

6    trading records, we will absolutely produce it

7    and make it available.  I can represent that

8    with 100 percent certitude that that will

9    happen.

10              There's nothing that we've been

11   able to identify that would show that there were

12   any trades conducted for any particular IA

13   customer at any given time conclusively that we

14   have not produced.  We've produced full sets of

15   all customer statements, we've produced full

16   sets of all the trading ledgers.  We've produced

17   all the portfolio management reports for various

18   customers through the durations of their

19   account.  We've worked with DTC's counsel to try

20   to see if we can obtain documents beyond their

21   seven-year regulatory preservation obligations,

22   which would have been in effect from 2002 until

23   the revelation of the fraud.  We have looked at

24   all the sources we have available to us, we have

25   incurred at great cost the restoration of this

Picard v Robbins                    Telephone Conference 2/9/2017

Page 34

 1   microfilm because we believe if there were any

 2   reports from the 1980s from DTC or its

 3   affiliates, that's where they would be.  We

 4   incurred that cost, we restored it, the project

 5   is finished.

 6              We've now produced everything that

 7   we could find by conducting the search that we

 8   outlined in our December letter for those

 9   records after determining that at that point in

10   time it looks like an affiliate of DTC, the NFDC

11   was actually issuing those reports.  But even

12   today we don't know -- those reports came off

13   microfilm.  We don't know their exact origin.

14   We don't know if they were generated by BLMIS,

15   if they had the 400 computer system or if they

16   were provided externally from NFDC, but we've

17   provided them regardless because, to the best of

18   our ability, that's what we've been able to

19   identify as falling into this category of

20   records showing trading from House 5.  We don't

21   have any records showing trading in connection

22   with House 17 beyond what we've already produced

23   or made available in the data room, and those as

24   you know, our position is they're fraudulent.

25              So we are continuing this

Picard v Robbins                        Telephone Conference 2/9/2017

Page 35

 1   investigation as the deposition of Mr. Madoff

 2   unfolds and as he continues to give new and

 3   inconsistent testimony, we are continuing to

 4   look for documents.  But what I'm trying to say

 5   is that I think that any specific orders on any

 6   points that aren't specific, narrow and

 7   particularized with respect to a request from

 8   Ms. Chaitman are grossly inappropriate at this

 9   juncture.

10             JUDGE MAAS:  I guess in part --

11   Ms. Chaitman is certainly capable of speaking

12   for herself, but I would suppose that when

13   Madoff's deposition continues, to the extent

14   there are confirmatory or potentially

15   confirmatory records that would support his

16   position regarding the pre-1992 period, she'd

17   like to have those and show them to him.

18             I don't disagree with what you

19   said regarding the need for particularity.  I

20   think mostly what the discussion you just went

21   through emphasizes is the need for there to be

22   papers with respect to the application, so that

23   if a particularized application needs a

24   particularized response from the Trustee, and

25   then I can rule on it with or without a further

Picard v Robbins                      Telephone Conference 2/9/2017

Page 36

1    hearing.  Rather than doing it on the basis of

2    emails and responses to the emails or an oral

3    application now.

4              Ms. Chaitman what's your position?

5              MS. CHAITMAN:  I have no objection

6    to submitting a formal application to Your Honor

7    but in fact we did, pursuant to the procedure

8    recommended by Judge Bernstein through the

9    Wilenitz motion to compel which was referred to

10   you, we asked for production of all the trading

11   records.

12             So what we're asking for now is

13   not different from what we asked for before.

14   And Baker keeps making the point that I want

15   your rulings to apply to all the cases.  Well,

16   this is one where Judge Bernstein specifically

17   ruled that because we had served these discovery

18   demands in all the cases, we would litigate it

19   through the Wilenitz case but it would apply.

20   So there's a specific holding with respect to

21   that.

22             Now, the issue of when the fraud

23   began -- if I can just finish what I'd like to

24   say.  The issue of when the fraud began, Madoff

25   said that it began in 1992 with a split-strike

Picard v Robbins                    Telephone Conference 2/9/2017

Page 37

 1   conversion strategy.

 2              Frank DiPascali, who was the

 3   government's chief witness at the trial of other

 4   Madoff employees, testified in his plea that the

 5   fraud began with the split-strike and he first

 6   said it began in 1992 and then he said it was

 7   either the late '80s or early '90s.

 8              MR. JACOBS:  Your Honor, we sent

 9   you that application.  That is a grossly unfair

10   characterization --

11              JUDGE MAAS:  I was about to say,

12   we're going over old ground and I think we

13   should focus on when you'll make the

14   application, Ms. Chaitman.

15              MS. CHAITMAN:  Well, we just went

16   through 15 minutes from Mr. Jacobs and he made

17   some grossly inadequate statements, Your Honor.

18   And unless you're going to disregard everything

19   he said, I'd like the opportunity to respond to

20   them.  It will only take me five minutes.

21              JUDGE MAAS:  That's fine.  I just

22   want to say that you made representations about

23   Mr. DiPascali's plea some time ago and that led

24   to me reviewing the transcript and the

25   transcript speaks for itself

Page 38

 1              MS. CHAITMAN:  One thing I haven't

 2    previously informed you of is that the initial

 3    expert that the Trustee relied upon was a man

 4    named Joseph Loovy, L-o-o-v-y, and I'm sure that

 5    Mr. Edwards will be happy to provide you --

 6    Mr. Jacobs will be happy to provide you with a

 7    copy of that affidavit.  And he says that the

 8    fraud began in 1992 with Madoff's acquisition of

 9    the IBM AS/400 computer.  And it's indisputable

10    that that was acquired in 1992.  And

11    Mr. Picard's own expert said that that's when

12    the fraud began.  So for --

13              MR. JACOBS:  That's an outrageous

14    statement, Helen.

15              JUDGE MAAS:  Hang on, let Ms.

16    Chaitman finish and then I'll give you an

17    opportunity to respond.  Go on, Ms. Chaitman.

18              MS. CHAITMAN:  The issue of when

19    the fraud began has been determined by Picard.

20    It began in 1992.  He simply is arguing that it

21    began from inception because that allowed him to

22    net out the positive results from the inception

23    of these accounts.  And we have very credible

24    testimony from Mr. Madoff.  The man has no

25    reason to lie at this point.  If criminal

Picard v Robbins                    Telephone Conference 2/9/2017

Page 39

1   prosecutions can depend upon the testimony of

2   people who were involved in crimes and then

3   confessed, why is Mr. DiPascali more credible

4   than Mr. Madoff?  Mr. Madoff has nothing to gain

5   at this point.  In fact, his testimony flatly

6   disputes so much of what the expert report, on

7   which Mr. Picard relies, the Dubinsky report, it

8   makes Dubinsky into some kind of charlatan.

9              So, all I'm saying is I'm entitled

10  to all of the trading records.  And that

11  includes the Treasury bonds.  How does it come

12  about that Mr. Jacobs can say that they've

13  produced all the trading records but they

14  haven't produced the trading records with

15  respect to Treasury securities?  Treasury

16  security is a security.  The records with

17  respect to those should have been produced

18  already.  I shouldn't have to fight to get a

19  portion of the trading records that Your Honor

20  ordered them to produce.

21              JUDGE MAAS:  Mr. Jacobs or

22  Mr. Hunt?

23              MR. JACOBS:  I'm not going to

24  respond to those comments.  They speak for

25  themselves and, Your Honor, our expert testimony

Picard v Robbins                    Telephone Conference 2/9/2017

Page 40

 1    speaks for itself.  DiPascali speaks for

 2    himself.  Madoff speaks for himself.  And when

 3    you have an -- I believe you've had an

 4    opportunity to review the testimony so far,

 5    there is no corroborating evidence that he has

 6    identified or that Ms. Chaitman has identified

 7    as to any of his assertions concerning the start

 8    date of the Ponzi scheme.

 9                Our expert does in great detail

10    discuss the purported purchase of Treasuries,

11    the purported purchase of stocks.  We've made

12    probably close to six million records available

13    to Ms. Chaitman in connection with these issues.

14                So, my only request to Your Honor

15    is that to the extent, at this juncture, in

16    light of that, Ms. Chaitman believes she's

17    entitled to any additional discovery, it is her

18    burden to demonstrate both the need and the

19    relevance and the proportionality of that

20    discovery before anything else should be

21    ordered.  And if she does have a reasonable

22    request for something that is specific that we

23    can look for and identify in a reasonable

24    fashion with a reasonably articulated basis of

25    relevancy, we are happy to talk to her any day

Picard v Robbins                        Telephone Conference 2/9/2017

Page 41

1    of the week to try to locate those records and

2    get them to her.  But she can't just simply

3    ignore the six million records we have already

4    made available and the 100-page expert report

5    analysis that discusses all of these very issues

6    that she's raising.

7              Our position, obviously, is that

8    Mr. Madoff saying this didn't happen really

9    doesn't carry a lot of weight when, for 30

10   years, he perpetuated the world's largest Ponzi

11   scheme and defrauded his closest friends and

12   family in addition to thousands of other people

13   all across the world.  I mean, it's really just

14   absurd.

15             JUDGE MAAS:  One thing Ms.

16   Chaitman mentioned was an earlier report that

17   she views as inconsistent.

18             MR. JACOBS:  Ms. Chaitman has a

19   copy of that report.  It was submitted in

20   connection with a motion years ago.  I don't

21   even recall the specific posture, but there's

22   nothing in that report that's inconsistent with

23   anything that Mr. Dubinsky or any of our other

24   experts have said at any point in time.

25             MR. CREMONA:  Yes, Your Honor,

Picard v Robbins                    Telephone Conference 2/9/2017

Page 42

```
 1   this is Nicholas Cremona, I'm also on the line

 2   on behalf of the Trustee.  If I could just

 3   address that a little more specifically.

 4              Ms. Chaitman I believe raised a

 5   purported Treasury record or a trading record

 6   from 2012.  I just want to point out that that,

 7   as Mr. Jacobs just said, that was the subject of

 8   briefing before the District Court, I believe,

 9   in the Grieff proceeding, then before Judge

10   Bernstein I believe in the context of an omnibus

11   proceeding.

12              So I just want to make clear this

13   is not a new record or something that hasn't

14   been over and brought to the Court's attention

15   and, in fact, has gotten no traction because it

16   was shown to be a screenshot, as Ms. Chaitman

17   alluded to, from a Bloomberg Terminal that was

18   not a trading record but rather someone

19   retrospectively looking at a screen to see what

20   the pricing of the trade would have been had it

21   actually occurred.  All of which we can provide

22   to you, all of which was debunked previously.

23              So I don't think it's as Ms.

24   Chaitman alluded to and, in fact, this is old

25   news and it should be viewed as such.
```

Picard v Robbins                    Telephone Conference 2/9/2017

Page 43

 1                    JUDGE MAAS:  As I said a couple of

 2      times, I'm sort of parachuting in in the middle

 3      of this.  So both sides have a lot more history,

 4      obviously, all of which hammers home to me to

 5      have this done on paper.  So let me go back, Ms.

 6      Chaitman, to the question I asked:

 7                    When do you wish to make your

 8      submission?

 9                    MS. CHAITMAN:  Okay, can you give

10      me ten days, Judge?

11                    JUDGE MAAS:  Sure.  Let me pull up

12      a calendar.  The 20th is President's Day.  Why

13      don't we say the 21st.

14                    MS. CHAITMAN:  That's fine, thank

15      you so much.

16                    JUDGE MAAS:  And for the Trustee's

17      response?

18                    MR. JACOBS:  I'm looking at my

19      calendar, Your Honor.  If that is served on the

20      21st, one week would be the 28th.  I think we

21      would ask for, at a minimum, March 6th.

22                    JUDGE MAAS:  I don't have a

23      problem with that.  When is the next session of

24      Madoff scheduled for, just out of curiosity?

25                    MS. CHAITMAN:  March 14.

Picard v Robbins                    Telephone Conference 2/9/2017

                                                            Page 44

 1                    JUDGE MAAS:  Okay.  I may be away

 2     in late February and early March, but that's

 3     still up in the air.  Once I see the papers, if

 4     I think there's a need for a hearing or oral

 5     argument, I'll let you folks know.  And I'd ask

 6     that when the Trustee has this transcribed, that

 7     you furnish me and obviously Ms. Chaitman with a

 8     copy.

 9                    MR. JACOBS:  We will do, Your

10     Honor.

11                    JUDGE MAAS:  Anything else we

12     should take up today?

13                    MS. CHAITMAN:  You know, Judge,

14     maybe we could take up something which shouldn't

15     really be an issue, but it has been.  The

16     Trustee is deposing one or two or three people

17     in each of these cases.  And I have asked the

18     Trustee to provide me with a transcript so that

19     the witness can review the transcript for

20     accuracy, and the Trustee has refused to provide

21     me with a copy of the transcript.  I was asking

22     to order the Trustee to provide it to me.

23                    MR. JACOBS:  Your Honor, may I

24     respond?

25                    JUDGE MAAS:  Yes.

Picard v Robbins                    Telephone Conference 2/9/2017

Page 45

1              MR. JACOBS:  Your Honor, we have

2      been more than accommodating in terms of

3      incurring the heavy burden of the cost of

4      discovery in all of these actions.  So, for

5      example, Ms. Chaitman doesn't make document

6      productions to us, she makes documents available

7      usually through her paralegal or one of her

8      associates and sometimes even at the home of an

9      accountant or others, and we send people to

10     those locations to pick up those documents.  We

11     pay for the cost of that, we pay for the cost of

12     copying, we then scan those documents, we OCR

13     them, we Bates stamp them and then we reproduce

14     the Bates stamped and OCR version back to her so

15     she can have an electronic version for her

16     system, and we don't complain about any of those

17     things, even though we have about 100 cases with

18     Ms. Chaitman where collectively she's

19     representing claims that are over in excess of

20     $100 million.

21              So, in terms of the deposition

22     transcripts, you know, we did enter into a

23     stipulation with Judge Bernstein where we agreed

24     to pick up the costs of arbitration up to the

25     first $50,000.  As an additional concession to

Picard v Robbins                    Telephone Conference 2/9/2017

Page 46

```
 1    Ms. Chaitman we agreed, even though we weren't

 2    required to, to amalgamate all of her cases in

 3    recognition of the fact that if we put together

 4    the cost of each and every one of her cases at

 5    50 grand apiece we were unlikely, hopefully, to

 6    ever need to go beyond that amalgamated amount

 7    in terms of paying for discovery dispute, so

 8    therefore we would not require her clients to

 9    pay for any.

10              But in terms of litigation in the

11    avoidance proceedings, it is not customary for a

12    party to pay for the other party's copy of a

13    deposition transcript.  We have to pay a court

14    reporter to be present any time we take a

15    deposition and we incur that cost and if Ms.

16    Chaitman takes depositions she does the same.

17    And the court reporter generates a transcript

18    and, you know, they make money by getting paid

19    for those transcripts.  So, if we did order an

20    additional copy of the transcript for Ms.

21    Chaitman, we would be incurring yet again

22    another cost which traditionally there is no

23    legal basis for us to have to incur.

24              So, we have told her that we're

25    not going to pay for that, nor are we going to
```

Picard v Robbins                    Telephone Conference 2/9/2017

Page 47

1    provide her with a copy of the version that

2    we've paid for because I don't think that's fair

3    to the court reporter.  The court reporters

4    deserve to get paid for their work.

5              So that's our position.  I know

6    Dean Hunt has looked into this a little further

7    and if he has anything to add, I'll turn this

8    over to him.

9              ARBITRATOR MAAS:  This comes up

10   always in civil litigation.  We have dealt with

11   this any number of times when I was practicing

12   rather than sitting on the bench.  And in

13   different cases people reach or don't reach

14   different accommodations.  But you're obliged to

15   send, I guess it's the original of the

16   transcript to the witness for the witness'

17   review, correct?

18             MR. HUNT:  No, that's actually not

19   correct, Your Honor.  Rule 30 provides that if

20   the deponent requests a review of the

21   transcript, they be afforded the opportunity to

22   do that.  The rule does not say that a party has

23   to send a copy of the transcript to another

24   party.

25             And the case law is very clear

Picard v Robbins                    Telephone Conference 2/9/2017

Page 48

 1   that if a party chooses not to order a

 2   transcript, but wants to review and sign the

 3   transcript, it just has to be made reasonably

 4   available to them near the deponent's address.

 5   And that is the procedure that the court

 6   reporter follows in this case, and if Ms.

 7   Chaitman's clients request that they review and

 8   sign before the deposition is completed, which

 9   is the rule, they are allowed to go and take a

10   look at that.  But Bendish Court Reporting and

11   any other court reporter is not required to give

12   them a copy of the transcript and not get paid.

13   That's the rule.  It's Rule 30 --

14              JUDGE MAAS:  Looking at Rule 30E,

15   and it does say on request by a deponent or a

16   party, the deponent has to be given 30 days

17   after being notified that it's made available.

18   It doesn't talk about what making it available

19   means.

20              MR. HUNT:  I can provide you the

21   case law, but typically --

22              JUDGE MAAS:  Notwithstanding what

23   frequently becomes customary, you're quite

24   correct, that the rule doesn't say that the

25   original has to be furnished.  And it also says

Page 49

1   that when paid reasonable charges, and I'm in 3,

2   the officer must furnish a copy of the

3   transcript to any party or the deponent.

4              MR. DEAN:  -- exactly where you're

5   heading I think, which is Ms. Chaitman needs to

6   call the court reporter and work this out with

7   her.

8              JUDGE MAAS:  Unless the Trustee is

9   willing to accommodate you in another way, and

10  apparently the Trustee isn't, I don't think

11  under the rules I can require that the

12  transcript be made available to you free of

13  charge.

14             MS. CHAITMAN:  Okay.  All right, I

15  accept Your Honor's ruling.

16             JUDGE MAAS:  Anything else?

17  Anything from the Trustee?

18             MR. JACOBS:  Not at this time,

19  Your Honor.

20             JUDGE MAAS:  Thank you all and

21  once I get those papers, I'll be in touch.

22             MR. JACOBS:  Thank you, Your

23  Honor.

24             MS. CHAITMAN:  Thank you.

25             JUDGE MAAS:  Good day everyone.

Picard v Robbins                        Telephone Conference 2/9/2017

Page 50

1    Take care.

2                    (End of Conference 12:02 p.m.)

3                            -o0o-

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Robbins                    Telephone Conference 2/9/2017

Page 51

1              C E R T I F I C A T E

2

3          I, NANCY C. BENDISH, a Certified

4    Court Reporter and Notary Public of the States

5    of New York and New Jersey, do hereby certify

6    that the foregoing is a true and accurate

7    transcript of the telephonic conference as taken

8    stenographically by and before me at the time,

9    place, and on the date hereinbefore set forth.

10         I DO FURTHER CERTIFY that I am

11   neither a relative nor employee nor attorney nor

12   counsel of any party in this action and that I

13   am neither a relative nor employee of such

14   attorney or counsel, and that I am not

15   financially interested in the event nor outcome

16   of this action.

17

18

19                    _____
                      Nancy C. Bendish, CCR, RMR, CRR
                      Realtime Systems Administrator
20                    Certificate No. XI00836

21

22

23   Dated:  February 13, 2017

24

25

**A**

**a.m**
1:24
**abided**
8:3
**ability**
34:18
**able**
5:3,5 8:12 16:10 17:22
  22:12 33:11 34:18
**absolutely**
20:25 21:7 25:1 26:20
  31:11 32:25 33:6
**absolves**
31:18
**absurd**
41:14
**accept**
49:15
**accommodate**
49:9
**accommodating**
45:2
**accommodations**
47:14
**account**
33:19
**accountant**
45:9
**accounts**
24:7 26:7 38:23
**accuracy**
16:10 44:20
**accurate**
51:6
**acquired**
38:10
**acquisition**
38:8
**action**
30:5 51:12,16
**actions**
45:4
**activity**
27:22 28:2

**actual**
22:21
**add**
47:7
**addition**
41:12
**additional**
21:22 30:6,9 32:4,16
  40:17 45:25 46:20
**address**
7:9 42:3 48:4
**addressed**
18:17
**Administrator**
51:19
**admitted**
31:9
**Adv**
1:4,15
**advance**
8:2 32:19
**adversary**
6:15 11:19
**advised**
5:10
**advisory**
24:7 25:13
**affidavit**
38:7
**affiliate**
34:10
**affiliates**
34:3
**affirmative**
4:11,12 6:15 9:11,14
**afforded**
47:21
**ago**
20:20 37:23 41:20
**agree**
5:7,13 7:6 10:5,12
  12:16
**agreed**
9:21 16:21 45:23 46:1
**air**

44:3
**allegation**
31:18 32:13,25
**allegations**
31:13
**alleged**
26:11
**allowed**
30:7 38:21 48:9
**allowing**
30:13
**alluded**
42:17,24
**Alternatively**
13:20
**amalgamate**
46:2
**amalgamated**
46:6
**amended**
18:20,23 19:8,13
**amount**
13:22 46:6
**analogous**
14:9
**analysis**
22:3 27:18,24 41:5
**and-**
2:12
**answer**
4:6 13:15 14:5 27:14
**anticipate**
30:23 32:2
**anticipated**
19:15
**anybody**
3:13 6:10
**apiece**
46:5
**apologize**
10:10
**apparently**
24:16 49:10
**appeal**
3:23 4:21,21 5:13

12:24
**appealing**
14:16
**appear**
19:10
**applicable**
13:18
**application**
6:24 8:7 13:16 14:1,12
  16:24 23:22 28:17
  30:9 35:22,23 36:3,6
  37:9,14
**applied**
8:17 13:5 14:7
**applies**
5:6
**apply**
8:15 10:8,24 11:18
  13:13,17 14:10,24
  16:25 28:20,22 36:15
  36:19
**appropriate**
23:23 32:11
**approximately**
18:23 21:22
**arbitration**
21:6,11 45:24
**Arbitrator**
2:2 47:9
**area**
23:19
**argue**
11:10
**arguing**
38:20
**argument**
28:25 44:5
**articulated**
40:24
**AS/400**
38:9
**asked**
3:19 5:15 6:7,9 16:7
  24:1 36:10,13 43:6
  44:17

**asking**
14:22 28:19 36:12
    44:21
**assert**
22:9
**asserted**
4:11,12
**asserting**
21:5
**assertions**
40:7
**associates**
45:8
**assume**
31:3
**attempting**
32:18
**attention**
42:14
**attorney**
51:11,14
**attorneys**
29:19
**authority**
10:3 12:16 16:14,22
**available**
12:14 22:15 27:19
    28:11 29:17 31:24
    33:5,7,24 34:23 40:12
    41:4 45:6 48:4,17,18
    49:12
**Avenue**
2:3,18
**avoid**
5:2 11:23 13:25
**avoidance**
30:5 46:11
**aware**
20:14 25:21 32:9

─────────── B ───────────

**B**
2:1 16:11
**back**
5:6,14 21:19 43:5

    45:14
**backing**
29:9
**backs**
25:20
**Baker**
2:8,13 3:3,14 4:4 9:23
    16:16 17:11 20:16
    26:5,9 36:14
**BANKRUPTCY**
1:1
**based**
17:10 22:22
**bases**
9:14
**basis**
6:17 9:10 22:23,25
    27:13,19 31:12 36:1
    40:24 46:23
**Bates**
45:13,14
**began**
36:23,24,25 37:5,6
    38:8,12,19,20,21
**behalf**
10:4 42:2
**believe**
3:17 18:19,23 19:6
    32:9 34:1 40:3 42:4,8
    42:10
**believes**
18:4 19:7 40:16
**bench**
47:12
**Bendish**
1:23 48:10 51:3,19
**benefit**
23:4 25:13
**Bernard**
1:7,12,16
**Bernstein**
5:8,12 7:7,17 10:17,19
    11:7,8,11 12:2,13,18
    12:25 13:8,16 14:1,13
    14:18 16:25 20:7,18

    21:7 29:13 36:8,16
    42:10 45:23
**Berstein**
3:21
**best**
34:17
**beyond**
13:13 23:22 33:20
    34:22 46:6
**bizarre**
24:6
**BLMIS**
22:14,17 34:14
**Bloomberg**
26:22 42:17
**bonds**
39:11
**books**
33:1
**borne**
28:5
**bounds**
9:8
**box**
23:13,14
**Brian**
2:11 3:5,16,17 7:9
**briefing**
14:3 42:8
**briefly**
3:25
**brought**
42:14
**bsong@bakerlaw.com**
2:11
**Building**
29:2
**burden**
40:18 45:3
**business**
32:23

─────────── C ───────────

**C**
1:23 2:6 51:1,1,3,19

**calendar**
43:12,19
**call**
3:20 20:2 49:6
**capable**
35:11
**caption**
10:1
**captioned**
13:14
**care**
50:1
**careful**
11:16
**carry**
41:9
**case**
5:9,23 7:10,11 10:7
    15:4 24:24 28:24
    36:19 47:25 48:6,21
**cases**
8:13,15 9:20,22 10:1,8
    10:18 13:6,13,14,19
    13:24 14:23 15:3,9,10
    15:19,21 16:1,3,21
    17:1 28:20,22 36:15
    36:18 44:17 45:17
    46:2,4 47:13
**category**
11:16 15:19 16:4 34:19
**CCR**
51:19
**certain**
16:6 18:20 22:14
**certainly**
6:23 7:19 15:1 16:16
    23:21 25:7 35:11
**Certificate**
51:20
**Certified**
1:23 51:3
**certify**
51:5,10
**certitude**
33:8

**Chaitman**
2:18,19 3:1,2 4:1,18
5:10 6:24 7:14,24
8:13 9:4,15,18,19
13:1,20 14:15,22,25
15:1,16,18,24,25
16:19 17:7 18:4,5,6
20:3,6 21:19 22:11,19
23:21,25 24:18 25:15
26:4 27:7 28:16 29:12
29:23 30:12 31:13
32:2,11,21 35:8,11
36:4,5 37:14,15 38:1
38:16,17,18 40:6,13
40:16 41:16,18 42:4
42:16,24 43:6,9,14,25
44:7,13 45:5,18 46:1
46:16,21 49:5,14,24
**Chaitman's**
3:23 13:18 17:19 29:18
48:7
**challenge**
18:19 29:22 30:17 32:3
**characterization**
37:10
**charge**
49:13
**charges**
49:1
**charlatan**
39:8
**chief**
37:3
**choice**
16:24
**chooses**
48:1
**circumstance**
11:21
**civil**
47:10
**claimed**
4:22 26:13
**claims**
45:19

**clarity**
13:11
**clear**
11:8,11 20:22,25 42:12
47:25
**clearer**
7:3
**clearly**
5:23 29:15
**client**
9:13 11:4,12
**clients**
9:20 10:4,5,9,12 13:23
16:5,8,12 24:11 46:8
48:7
**close**
40:12
**closest**
41:11
**collectively**
45:18
**columns**
16:11
**come**
5:6,14 6:4 19:14 39:11
**comes**
31:16,23 47:9
**commencing**
1:24
**comments**
39:24
**communications**
20:16
**compel**
10:15 11:19 36:9
**compels**
21:8 32:15
**complain**
45:16
**complete**
19:23
**completed**
21:20 23:10 48:8
**completely**
27:4

**compliance**
17:9
**complied**
17:25 19:2 21:13 22:10
**comprehending**
10:11
**computer**
34:15 38:9
**conceded**
29:24,25
**conceivable**
22:4
**concern**
17:8
**concerned**
12:2
**concerning**
40:7
**concession**
45:25
**conclusively**
28:1 33:13
**conducted**
33:12
**conducting**
34:7
**conference**
1:22 3:20,21,22 6:6 7:1
12:13 19:11 20:2
23:12 50:2 51:7
**confessed**
39:3
**confirmation**
26:7,20
**confirmatory**
35:14,15
**confirmed**
6:9
**confusing**
28:10
**connection**
26:6 30:19 31:1 32:6
34:21 40:13 41:20
**consent**
4:23 7:15,19 11:3

13:23 15:20
**consents**
11:12
**considered**
28:13
**considering**
27:25
**Consolidated**
1:7
**construe**
4:3
**construed**
4:4
**consultation**
9:21
**consulted**
26:18
**containing**
29:1
**contains**
32:12
**contested**
6:14
**contesting**
29:15
**context**
42:10
**continue**
22:5,18
**continues**
32:3 35:2,13
**continuing**
34:25 35:3
**contradictory**
33:3
**contrary**
28:5
**control**
20:24
**controlled**
32:10
**conversion**
37:1
**convince**
24:4

copied
17:21 21:19
copy
12:14,21 38:7 41:19
   44:8,21 46:12,20 47:1
   47:23 48:12 49:2
copying
45:12
**CORPORATION**
1:4
correct
18:4,18 47:17,19 48:24
correspondence
21:4
corroborating
40:5
cost
14:3 33:25 34:4 45:3
   45:11,11 46:4,15,22
costs
45:24
counsel
25:8 28:12 33:19 51:12
   51:14
couple
43:1
course
20:9
court
1:1,23 30:7,8 42:8
   46:13,17 47:3,3 48:5
   48:10,11 49:6 51:4
**Court's**
42:14
credibility
31:11
credible
38:23 39:3
**Cremona**
41:25 42:1
crimes
39:2
criminal
38:25
cross

30:21
**CRR**
1:23 51:19
curiosity
43:24
customary
46:11 48:23
customer
24:22 25:5 26:3,7
   33:13,15
customers
23:4 25:14 27:23 33:18
customers'
24:7

---

**D**

**D**
2:15
data
21:25 34:23
date
17:13,16 18:7 23:10
   40:8 51:9
**Dated**
51:23
**Davis**
2:19 3:1
day
30:6 40:25 43:12 49:25
days
13:22 30:6 43:10 48:16
deal
12:9,9 17:13 22:21
dealing
21:25 25:2 30:1
dealt
47:10
**Dean**
2:15 3:6,8,11 4:18 47:6
   49:4
debtor
1:13 33:2
debunked
42:22
**December**

5:18 7:4 17:24 21:10
   21:20 24:8,17 34:8
decide
12:6
deciding
8:16
declined
9:5
defendant
1:9,20 2:21 3:2
defendants
10:2 29:15 30:14,18
defense
4:11,12,13 6:15
defenses
9:11,14
deficiency
19:8
defrauded
41:11
demand
4:5 10:22 27:15
demands
15:8,9 17:9 36:18
demonstrably
25:1,16,21
demonstrate
26:2 27:3 40:18
demonstrated
25:22
demonstrates
25:19 28:1
deny
6:17
depend
39:1
deponent
47:20 48:15,16 49:3
deponent's
48:4
deposed
15:6 30:3
deposing
44:16
deposition

8:1,4 9:12 15:11 16:7
   23:1 30:7,20 31:14
   35:1,13 45:21 46:13
   46:15 48:8
depositions
16:5,9 46:16
described
8:21 21:18
deserve
47:4
detail
40:9
detailed
21:4 27:24
determine
20:1 23:7
determined
38:19
determining
34:9
**Dexter**
2:20 3:2 18:9,9
dhunt@bakerlaw.com
2:16
different
10:14 15:3 16:2,2
   36:13 47:13,14
difficult
20:21
**DiPascali**
37:2 39:3 40:1
**DiPascali's**
37:23
disagree
35:18
disclosed
4:10
discovery
5:3 6:13 9:2 10:22 17:9
   18:20 19:8 22:22
   27:15 30:9,25 32:5,15
   36:17 40:17,20 45:4
   46:7
discuss
7:23 40:10

discussed
10:19 21:5
discusses
41:5
discussing
30:11
discussion
5:10 23:6 27:12 35:20
discussions
29:13
dispute
8:21 46:7
disputes
39:6
disputing
16:23
disregard
37:18
District
1:1 42:8
document
15:8,8 17:20 18:13
  26:10,14 27:7,8 45:5
documentation
4:15
documents
8:4 10:16 25:24 29:17
  33:20 35:4 45:6,10,12
doing
30:21 36:1
dollars
22:5
DTC
34:2,10
DTC's
33:19
Dubinsky
27:1,10 39:7,8 41:23
Dubinsky's
27:4
durations
33:18

E
E

2:1,1,6,6 51:1,1
earlier
3:22 23:3,12 25:12
  29:23 41:16
early
18:12 37:7 44:2
EDWARD
2:10
Edwards
38:5
effect
29:5 31:22 33:22
efficient
10:20 30:13
Eighth
2:3
either
37:7
ejacobs@bakerlaw.c...
2:10
elderly
16:8
electronic
45:15
element
24:12
email
12:21 17:10,19 18:7,12
  18:25,25 19:12,14,15
  19:20
emails
36:2,2
emphasizes
35:21
employee
51:11,13
employees
37:4
enforce
8:7 14:11
engaged
22:17
enter
20:12 45:22
entertain

6:24 23:21
entertained
30:8
entire
9:12 29:1
entitled
24:9 39:9 40:17
ESQ
2:10,11,15,19,20
essential
24:12
essentially
6:22 29:24
event
51:15
everybody
10:24
evidence
22:12,21 25:19,19
  26:25 40:5
evidenced
4:5
evidentiary
22:23,24 27:19 31:12
exact
34:13
exactly
5:1 49:4
example
24:1,21 45:5
excess
45:19
exchange
30:25
exchanging
32:4
Exhibit
16:11
exhibits
8:1
exist
22:7
expecting
3:7,14
expedition

27:21
expend
22:5
expert
26:17,18,25 27:24
  29:16 31:2,2 32:5
  38:3,11 39:6,25 40:9
  41:4
experts
27:3 41:24
explained
4:25
explaining
32:7
expressed
17:8
extent
12:15 14:8 22:25 35:13
  40:15
externally
34:16
extremely
21:16

F
F
2:1 51:1
fabricated
26:10,12,13
face
19:3
fact
5:9 6:14,16 20:17,22
  21:9 24:6 27:5 36:7
  39:5 42:15,24 46:3
facts
14:8 16:2 32:24 33:1
factual
9:10,13
failure
25:2
fair
47:2
faith
23:16

fall
11:16
fallen
23:20
falling
34:19
false
25:16,21,23 27:4,11,17
  27:22 28:3
falsified
27:8,9
family
41:12
far
12:1 13:13 31:7 40:4
fashion
30:13 32:10 40:24
favorable
8:8
February
1:24 44:2 51:23
feel
23:19
fight
39:18
file
8:7
filed
9:25,25
filing
11:19
finality
30:17
financially
51:15
find
23:15 33:2 34:7
fine
37:21 43:14
finish
36:23 38:16
finished
34:5
first
7:23 8:19 12:3,6,18

14:19 16:11 17:16
  18:17 23:13 24:14
  37:5 45:25
fishing
27:20
fit
32:18
fits
22:13
five
16:11 37:20
flatly
39:5
Floor
2:4,9
fmaas@jamsadr.com
2:3
focus
37:13
folks
44:5
follow
29:19
following
30:9
follows
48:6
foregoing
51:6
forever
22:4
formal
36:6
forth
51:9
forthing
29:9
fortunately
11:9
forward
12:14 13:7 16:7,9
four-hour
8:3
Frank
2:2 37:2

Frankly
7:2
fraud
22:17 29:14,16,24
  31:10 33:23 36:22,24
  37:5 38:8,12,19
fraudulent
34:24
free
49:12
frequently
48:23
Friday
17:21
friends
41:11
full
3:10 22:10 33:14,15
fully
15:6 19:2
furnish
44:7 49:2
furnished
23:1 48:25
further
18:1 20:2 22:8 35:25
  47:6 51:10

---

### G

gain
39:4
gather
23:8
gdexter@chaitmanll...
2:21
generally
11:18
generated
27:21 34:14
generates
46:17
getting
11:3 32:23 46:18
gift
5:2

give
7:13 25:18 26:1 35:2
  38:16 43:9 48:11
given
27:23 33:13 48:16
giving
24:21
glaring
24:1
global
28:19
go
5:22 15:24 16:7,9
  23:14 31:23 38:17
  43:5 46:6 48:9
going
3:17 13:11 14:16 15:13
  16:23 22:4,20 27:10
  27:16 30:24 32:4
  37:12,18 39:23 46:25
  46:25
good
23:16 49:25
gotten
20:10 42:15
government's
37:3
grand
27:9 46:5
great
33:25 40:9
Greg
3:2 18:6,9,15
GREGORY
2:20
Grieff
42:9
grossly
22:9 35:8 37:9,17
ground
8:22 37:12
grounds
27:11
guess
11:15 12:8,11 17:16

18:3 35:10 47:15
**guilt**
31:19

---

## H

**H**
1:15
**hammers**
43:4
**hand**
5:11 6:19
**handled**
10:22
**Hang**
38:15
**happen**
33:9 41:8
**happened**
3:25
**happening**
29:22
**happy**
12:24 13:9,15 19:10
    22:18 38:5,6 40:25
**hard**
20:15
**hchaitman@chaitm...**
2:20
**heading**
49:5
**hear**
7:19
**hearing**
4:19,20,25 19:7 36:1
    44:4
**hearings**
13:4 14:3
**heavy**
45:3
**held**
3:21
**Helen**
2:19 3:1 4:1 15:13
    16:21 18:16 25:17
    38:14

**hereinbefore**
51:9
**hesitance**
13:7
**Hi**
12:19 18:15
**history**
43:3
**hold**
3:22
**holding**
36:20
**home**
43:4 45:8
**HON**
2:2
**Honor**
3:12 4:17 7:6,22 8:14
    8:20 9:19 17:18,21
    18:2 19:4,7,17 20:12
    21:2,9,24 27:6 28:18
    29:12 32:8,12,20 36:6
    37:8,17 39:19,25
    40:14 41:25 43:19
    44:10,23 45:1 47:19
    49:19,23
**Honor's**
49:15
**hopefully**
46:5
**Hostetler**
2:8,13 3:14
**house**
3:10 34:20,22
**Houston**
2:15
**Hunt**
2:15 3:6,8,11,11,16
    4:17,18 7:5 15:12,22
    28:18 39:22 47:6,18
    48:20

---

## I

**IA**
26:3 27:23 33:12

**IBM**
38:9
**identified**
21:13 40:6,6
**identify**
17:23 21:23 22:12
    25:18 33:11 34:19
    40:23
**ignore**
41:3
**important**
28:9
**in-person**
19:11 21:10
**inadequate**
37:17
**inappropriate**
22:9 35:8
**incarcerated**
31:9
**inception**
24:24 38:21,22
**include**
21:9
**includes**
39:11
**incomplete**
32:14
**inconsistent**
19:9 31:8 35:3 41:17
    41:22
**incur**
46:15,23
**incurred**
33:25 34:4
**incurring**
45:3 46:21
**indicates**
4:13
**indicating**
23:17
**indisputable**
38:9
**individually**
11:21

**information**
4:9 5:20 6:2,4,13,17,20
    6:23 8:23 9:4
**informed**
38:2
**initial**
7:20 9:9 15:6,8 38:2
**inquiry**
17:20
**instance**
12:3,6,18 14:19 26:1
**intended**
3:22 7:4 10:9
**interested**
24:16 51:15
**internal**
26:12
**interrogatories**
9:1 10:18 15:7,7 18:13
**interrupt**
15:12
**investigation**
35:1
**investment**
1:7,16 24:7 25:13
**INVESTOR**
1:4
**invoked**
4:10
**involved**
14:4 39:2
**irrelevant**
5:11
**Irving**
1:15 2:16
**issue**
5:11 7:2 10:2 11:13
    13:8 14:17 17:3,8
    18:1,10,17,17 19:6
    20:4 21:5 22:9 28:9
    29:8,11 31:1 36:22,24
    38:18 44:15
**issued**
13:12
**issues**

7:7,11 9:22 10:4,20
11:4,6 12:24 16:13,15
16:23 25:25 40:13
41:5
**issuing**
34:11

**J**

**J**
2:10
**Jacobs**
2:10 3:4,5,18 12:19,20
14:20 16:20 17:4,18
18:15 19:16,19,24
21:2 23:16 25:17 27:6
28:7 29:11 37:8,16
38:6,13 39:12,21,23
41:18 42:7 43:18 44:9
44:23 45:1 49:18,22
**Jacobs'**
24:3
**January**
6:7
**Jersey**
1:24 51:5
**join**
3:6 30:15
**joined**
3:11
**joins**
3:8
**Joseph**
38:4
**JUDD**
1:19
**judge**
3:9,13,19,21 4:3,8,16
5:8,12,15 7:7,13,16
9:18 10:17,19 11:1,7
11:7,11,14 12:2,13,18
12:19,24 13:7,16 14:1
14:5,12,18,21 15:3,18
15:24 16:17,22,25,25
17:2,5,7,15 18:3,8,22
18:24 19:2,12,18,22

19:25 20:3,5,7,18
21:7 22:24 24:13 25:6
28:4,8,23 29:13 30:16
35:10 36:8,16 37:11
37:21 38:15 39:21
41:15 42:9 43:1,10,11
43:16,22 44:1,11,13
44:25 45:23 48:14,22
49:8,16,20,25
**Judge's**
15:17
**juncture**
23:24 35:9 40:15
**jurisdiction**
13:3,24 14:17

**K**

**keeps**
36:14
**keyed**
14:18
**keying**
17:3
**kind**
28:19 39:8
**Klan**
12:8
**know**
7:7 8:11 9:9,10 12:20
13:4,21 14:22 15:2,9
16:16 17:12 21:25
22:20 23:6 26:24
27:14,21,25 28:6
29:21 30:11,14,20
31:18 32:17 34:12,13
34:14,24 44:5,13
45:22 46:18 47:5
**knows**
29:12

**L**

**L**
1:7,12,16
**L-o-o-v-y**
38:4

**laid**
9:17
**language**
20:16
**largest**
41:10
**late**
37:7 44:2
**law**
47:25 48:21
**lead**
29:20 30:10
**led**
37:23
**ledgers**
33:16
**legal**
46:23
**legitimate**
23:3
**length**
21:6
**let's**
10:23
**letter**
7:12 17:24 21:18 32:12
34:8
**letters**
14:2
**lie**
38:25
**light**
40:16
**likelihood**
22:7
**limine**
31:3
**limit**
8:3
**line**
42:1
**Lipstick**
29:2
**Liquidation**
1:6,15

**litigate**
36:18
**litigation**
13:3 46:10 47:10
**little**
22:7 31:10 42:3 47:6
**LLC**
1:8,16
**LLP**
2:8,13,18
**loathe**
7:16
**locate**
41:1
**locations**
45:10
**long**
20:20
**longer**
6:20
**look**
8:25 9:24 31:24,25
35:4 40:23 48:10
**looked**
33:23 47:6
**looking**
42:19 43:18 48:14
**looks**
34:10
**Loovy**
38:4
**lot**
20:21 41:9 43:3
**lots**
11:19 31:20,21

**M**

**M**
2:20
**MAAS**
2:2 3:9,13,19 5:15 7:13
9:18 11:14 14:5,21
15:18,24 16:17 17:2,5
17:15 18:3 19:12,18
19:22,25 20:5 22:24

Picard v Robbins                    Telephone Conference 2/9/2017

24:13 25:6 28:4,8,23
35:10 37:11,21 38:15
39:21 41:15 43:1,11
43:16,22 44:1,11,25
47:9 48:14,22 49:8,16
49:20,25
**Maas'**
16:22,25 18:22,24 19:2
**Madoff**
1:7,12,16 22:25 24:24
26:11 27:21 28:4 30:3
30:21,22 31:16 35:1
36:24 37:4 38:24 39:4
39:4 40:2 41:8 43:24
**Madoff's**
24:10 27:2 35:13 38:8
**Main**
2:14
**making**
23:15 29:23 31:20
36:14 48:18
**man**
38:3,24
**management**
33:17
**March**
43:21,25 44:2
**master**
31:8
**match**
24:10
**material**
6:14 27:5
**materials**
32:16
**matter**
7:24 8:10 14:14 18:21
29:4
**mean**
13:22 41:13
**means**
48:19
**mentioned**
41:16
**merits**

12:1
**met**
5:17
**microfiche**
20:18 23:7
**microfilm**
17:23 21:21,23 34:1,13
**middle**
8:22 43:2
**million**
40:12 41:3 45:20
**millions**
22:1,1,1,1,5,15,16,16
25:24
**mind**
31:8
**minimum**
43:21
**minutes**
37:16,20
**mistakenly**
5:21
**misunderstanding**
10:6
**misunderstood**
18:16
**modification**
21:1
**moment**
12:11
**money**
31:21 46:18
**month**
18:12
**months**
13:23
**motion**
10:15 36:9 41:20
**motions**
11:19 31:3
**move**
13:7
**multi-page**
21:18
**multiply**

13:2

_____
**N**
_____
**N**
2:6
**nakedly**
6:22
**named**
38:4
**Nancy**
1:23 51:3,19
**narrow**
35:6
**near**
48:4
**necessarily**
14:10
**need**
13:11 14:12 35:19,21
40:18 44:4 46:6
**needless**
13:3 14:1
**needs**
28:15 32:9 35:23 49:5
**negotiating**
30:11
**neither**
7:10 51:11,13
**net**
38:22
**never**
24:24 26:11 27:12
**new**
1:1,24,24 2:4,4,9,9,19
2:19 31:17 35:2 42:13
51:5,5
**news**
42:25
**NFDC**
34:10,16
**Nicholas**
42:1
**Notary**
1:23 51:4
**notes**

24:8 32:13
**notified**
48:17
**Notwithstanding**
48:22
**number**
29:13 47:11

_____
**O**
_____
**O**
2:1
**o0o-**
50:3
**objection**
5:19 28:14 36:5
**objectionable**
6:2
**obligation**
9:15
**obligations**
33:21
**obliged**
47:14
**obtain**
33:20
**obviously**
41:7 43:4 44:7
**occur**
3:24
**occurred**
4:19 15:11 22:14 42:21
**OCR**
45:12,14
**officer**
49:2
**oh**
8:9
**Okay**
14:20 17:4 19:24 43:9
44:1 49:14
**old**
20:7 37:12 42:24
**omnibus**
18:22 29:14 30:16
42:10

08-01789-cgm    Doc 15393-18    Filed 03/21/17    Entered 03/21/17 16:58:13    Exhibit 18
Pg 62 of 68
Picard v Robbins                                Telephone Conference 2/9/2017

Page 61

once
30:4,4 44:3 49:21
ones
8:16,17 9:7,22,23
opportunity
7:17 37:19 38:17 40:4
47:21
opposition
26:9
opt
30:18
oral
36:2 44:4
order
4:4,16,22 8:6,8 9:8
13:17,17,18 17:10
18:22,24 19:2 20:12
21:7,14 22:8 32:15
44:22 46:19 48:1
ordered
16:9 19:9 20:8,18
39:20 40:21
orderly
30:13 32:10
orders
3:24 9:24,25 13:12
16:25 21:10 28:22
35:5
origin
34:13
original
47:15 48:25
ought
12:2 20:1
outcome
51:15
outlined
34:8
outrageous
38:13

———————
P
———————
P
2:6,6
p.m

50:2
pages
27:24
paid
46:18 47:2,4 48:12
49:1
paper
43:5
papers
28:16 35:22 44:3 49:21
parachuting
43:2
paragraph
4:22,24 5:2,6
paralegal
45:7
Park
2:18
parse
20:15
part
3:20 7:23 35:10
participating
30:20
particular
13:13 33:12
particularity
35:19
particularized
27:13 35:7,23,24
Particularly
11:5
parties
30:25
partner
3:16
parts
8:8
party
46:12 47:22,24 48:1,16
49:3 51:12
party's
46:12
pay
45:11,11 46:9,12,13,25

paying
46:7
payment
4:14
pending
13:11 18:1
people
31:21 39:2 41:12 44:16
45:9 47:13
percent
33:8
period
22:15 23:3 25:12 35:16
periods
30:1
permits
30:22
permitted
30:15
perpetuated
41:10
perspective
22:3
phoney
26:22
Picard
1:15 2:16 24:23 38:19
39:7
Picard's
38:11
pick
45:10,24
piece
25:19
place
51:9
Plaintiff
1:5,17
Plaza
2:8
plea
37:4,23
please
25:17
pockets

29:18
point
8:19,20 14:21 15:25
16:1,15 22:6,20 30:22
34:9 36:14 38:25 39:5
41:24 42:6
points
15:15 31:21 35:6
Ponzi
29:25 31:8 40:8 41:10
portfolio
33:17
portion
39:19
position
5:16 6:12 7:3 8:9,12
11:2 13:1 14:24 16:13
19:1 21:5 24:3,23
27:19 31:5 34:24
35:16 36:4 41:7 47:5
positive
38:22
possession
20:24 31:24
possible
22:4
posture
12:1 14:8 41:21
postures
15:4
potentially
13:25 30:10 35:14
practical
14:14 29:4
practicing
47:11
pre-1992
35:16
pre-dating
21:17
precisely
8:22 9:8
prepared
13:21
present

Picard v Robbins                              Telephone Conference 2/9/2017

46:14
**preservation**
33:21
**President's**
43:12
**pretty**
15:25
**previously**
8:13 26:11 38:2 42:22
**pricing**
42:20
**prior**
4:16 9:8 12:7 30:1
**Pro**
1:4,15
**probably**
14:2 32:4 40:12
**problem**
5:21 11:1,15 43:23
**problems**
15:2
**procedural**
12:1 14:8 15:4
**procedure**
30:12 36:7 48:5
**proceed**
32:9
**proceeded**
7:25
**proceeding**
6:15 30:4,16,24 42:9
  42:11
**proceedings**
11:20 46:11
**process**
13:2 30:25
**produce**
10:15 20:8,13 21:12
  24:2 25:3 26:17,25
  28:25 33:6 39:20
**produced**
4:15 20:17,20,24 21:21
  25:24 26:6 33:5,14,14
  33:15,16 34:6,22
  39:13,14,17

**producing**
22:19 24:4
**production**
17:20 20:19 36:10
**productions**
20:10 21:15 45:6
**project**
23:9 34:4
**proof**
24:12
**proper**
5:25
**properly**
7:24 8:10
**proportionality**
22:2 28:12 40:19
**prosecutions**
39:1
**PROTECTION**
1:4
**proved**
27:2
**proven**
27:8,11
**provide**
32:16 38:5,6 42:21
  44:18,20,22 47:1
  48:20
**provided**
8:1,4 34:16,17
**provides**
47:19
**Public**
1:23 51:4
**pull**
43:11
**punishment**
4:23
**purchase**
26:8,20 40:10,11
**purchased**
24:25 25:10,12
**purchases**
24:10
**purported**

28:2 40:10,11 42:5
**purpose**
4:20 5:25
**purposes**
6:21
**pursuant**
36:7
**pursue**
32:3
**pursuing**
9:6,7 22:22
**put**
15:10 24:8 46:3
**putting**
27:18
**PW**
30:4,24

---

**Q**

**question**
14:6 15:17,23 17:17
  43:6
**questions**
4:6 28:13
**quick**
13:16
**quite**
48:23

---

**R**

**R**
2:1,6 51:1
**raise**
12:17
**raised**
6:11 7:11 11:13 18:19
  42:4
**raising**
18:16 41:6
**reach**
47:13,13
**reacting**
31:15
**reaction**
7:21

**really**
5:2 11:2 23:11 27:20
  30:1 41:8,13 44:15
**Realtime**
51:19
**reargue**
15:15
**reason**
3:19 5:15 32:7 38:25
**reasonable**
13:21 40:21,23 49:1
**reasonably**
40:24 48:3
**reasons**
16:6
**reassess**
31:23
**rebuttal**
31:2
**recall**
10:16 21:24 41:21
**recognition**
46:3
**recognize**
29:8
**recognized**
5:8
**recollection**
6:8
**recommended**
36:8
**record**
13:5 19:23 20:13 32:14
  42:5,5,13,18
**records**
17:22 18:11 20:9,11,18
  20:19,23 21:12,17
  22:2,6,16,19 23:15
  24:2 25:3 26:12 28:1
  28:5 29:1 33:1,6 34:9
  34:20,21 35:15 36:11
  39:10,13,14,16,19
  40:12 41:1,3
**referenced**
8:5 17:24

referral
12:4,7
referred
7:15,19 36:9
reflected
19:3
refusal
10:21
refused
44:20
refute
32:1
refutes
33:3
regarding
3:23 35:16,19
regardless
34:17
regulatory
33:21
relates
6:14
relating
24:2
relative
51:11,13
relevance
22:23 40:19
relevancy
40:25
relevant
6:21 22:18 24:5 32:17
relied
27:1 38:3
relies
39:7
remaining
17:22
removed
29:2
repeat
32:22
report
26:17 27:1,4,24 29:16
   39:6,7 41:4,16,19,22

reported
1:23
reporter
1:23 3:3 46:14,17 47:3
   48:6,11 49:6 51:4
reporters
47:3
Reporting
48:10
reports
21:22 31:2 32:5 33:17
   34:2,11,12
represent
33:7
representation
23:8
representations
37:22
represented
13:5
representing
45:19
reproduce
45:13
request
5:25 6:2,5,13,18,20,25
   19:4,8,11 23:5 24:15
   35:7 40:14,22 48:7,15
requested
7:1 12:22
requesting
13:16
requests
5:19 9:2 18:14,21
   47:20
require
10:9 14:2 23:11 46:8
   49:11
required
18:21 46:2 48:11
requires
21:8
requiring
20:12
resolved

19:6
respect
4:14 6:25 10:14,20
   11:5 23:20 25:3 28:15
   28:24 30:17 33:5 35:7
   35:22 36:20 39:15,17
respond
7:5 9:5 10:21 11:20
   17:17,19 37:19 38:17
   39:24 44:24
responded
15:6 18:10,25
responding
15:17
response
17:11 18:14,23 35:24
   43:17
responses
9:16 18:13,20 19:3,5
   19:13 27:15 36:2
rest
6:5
restoration
21:20 33:25
restorations
17:23
restored
34:4
restoring
23:7
results
32:14 38:22
RET
2:2
retrospectively
42:19
revelation
33:23
review
19:5,13,25 40:4 44:19
   47:17,20 48:2,7
reviewed
16:13
reviewing
20:6 37:24

ride
6:4
right
28:7 31:5 49:14
RMR
1:23 51:19
Robbins
1:19 4:5 7:2,10,11,14
   7:16 11:6,24 12:11
   14:15 15:20
Robbins'
15:4
Rockefeller
2:8
room
34:23
rule
5:18 6:25 7:17 9:15
   12:3 15:13 22:3 28:23
   29:3 30:16 35:25
   47:19,22 48:9,13,13
   48:14,24
ruled
5:12 12:5 36:17
rules
49:11
ruling
8:2 10:8,25 14:10 18:1
   28:14,20 29:3 49:15
rulings
8:15 11:17 14:7,15,24
   36:15

_____
          S
_____
S
2:6
sake
28:25
saw
20:7
saying
14:16 26:9 27:17 39:9
   41:8
says
7:14 31:19 38:7 48:25

scan
45:12
scheduled
30:5 43:24
scheme
31:9 40:8 41:11
scope
7:15,18 12:4,7,16
screen
42:19
screenshot
42:16
search
21:17 23:16 34:7
searching
22:5
second
8:20 18:17 30:6
securities
1:4,8,16 24:3,11,15,17
24:19,25 25:4,10,11
31:20 39:15
security
26:2,8,21 39:16,16
see
31:25 33:20 42:19 44:3
seeking
8:23,23
seeks
6:13,20,22
selectively
8:16
self-serving
31:6
send
16:24 19:20 45:9 47:15
47:23
sense
11:17 14:6,9
sent
9:1,2 12:21 17:10 18:7
18:11 19:19 37:8
served
10:17 18:22 21:18
36:17 43:19

session
43:23
set
21:25 51:9
sets
33:14,16
seven-year
33:21
she'd
29:5 35:16
show
22:16 24:19,21 25:4
27:16 33:11 35:17
showed
25:22
showing
27:12 34:20,21
shown
25:16 42:16
sides
12:15 43:3
sign
48:2,8
simply
15:16 27:14 38:20 41:2
single
20:13 23:14
SIPA
1:6
sitting
47:12
situation
12:23 15:5
six
40:12 41:3
SMB
1:5,16
somebody
3:25
Song
2:11 3:6,16,17 7:9,20
7:22 11:25
sooner
14:23
sorry

9:2 18:15 22:11
sort
43:2
sounds
24:13,14
sources
33:24
SOUTHERN
1:1
speak
25:8,8 39:24
speaking
35:11
speaks
37:25 40:1,1,2
specific
9:20 10:25 11:3 13:14
23:18 24:14 25:18
26:18 35:5,6 36:20
40:22 41:21
specifically
5:18 8:5,24 9:3 11:25
13:5 31:1 36:16 42:3
specifics
7:10
speculative
22:13 31:17 32:12
spin
7:14
split-strike
36:25 37:5
spoke
11:25
spoken
10:11
stages
16:2
stamp
45:13
stamped
45:14
start
23:13 40:7
started
29:25

stated
12:25
statement
21:11 25:5,20,23 38:14
statements
24:11,20,22 27:10,22
33:15 37:17
States
1:1,24 51:4
stating
19:20
stenographically
51:8
stipulate
5:4,5 16:10
stipulation
4:24 5:22 29:7 45:23
stocks
40:11
strategy
37:1
Street
2:14
strength
29:16
strike
28:8
subject
42:7
submission
43:8
submit
9:21 10:4,10 11:4,12
16:14
submitted
10:2 16:4 26:5,9 41:19
submitting
10:7 36:6
subsequent
4:6,9,13 5:20 6:1,3,16
6:22 7:8 8:24 9:4
substance
5:24
Substantively
1:7

successfully
13:2
sufficiently
28:9,10
suggested
28:12
Suite
2:14
supplement
9:16
supplemental
15:7,8
support
31:12,25 35:15
supported
32:25
supports
33:4
suppose
11:18 14:14 22:25 29:6
   35:12
sure
16:19 18:6 20:5 23:12
   23:22 32:6,24 38:4
   43:11
sweeping
27:9,15
system
34:15 45:16
Systems
51:19

T

T
51:1,1
take
3:10 6:10 13:9 17:6,12
   23:25 37:20 44:12,14
   46:14 48:9 50:1
taken
16:6 24:23 51:7
takes
46:16
talk
5:14 20:21 40:25 48:18

talking
27:7
targeted
8:24 9:3
tax
8:4
taxes
4:14
Ted
12:19 18:10
telephone
1:22
telephonic
19:10 51:7
tell
3:25 4:2 8:12 9:13
   15:19 19:1 26:1
telling
28:21
ten
43:10
Terminal
26:22 42:17
terms
21:16 23:19 28:10 45:2
   45:21 46:7,10
testified
23:1 28:4 37:4
testimony
27:2 31:7,14,22 35:3
   38:24 39:1,5,25 40:4
Texas
2:15
thank
7:22 43:14 49:20,22,24
theories
22:13
theory
31:17 32:18
thing
12:12 38:1 41:15
things
5:13 27:16 45:17
think
5:16 7:6 12:2 13:10

14:7,9,11 15:2,9,14
15:18 16:3 17:2,15
18:10,16 23:10,11
24:5 27:2 28:15,18
29:9 32:11 35:5,20
37:12 42:23 43:20
44:4 47:2 49:5,10
thought
5:21 15:22
thousands
27:25,25 41:12
three
44:16
Thursday
1:24
ticket
26:15,19
time
6:11 13:22 15:14 16:20
   20:20 22:15 23:3
   25:11,12 26:16 30:22
   31:16,22,22 33:13
   34:10 37:23 41:24
   46:14 49:18 51:8
times
21:3 22:18 27:23 32:22
   43:2 47:11
today
17:6,13 34:12 44:12
told
46:24
topics
5:3
touch
49:21
traction
42:15
trade
42:20
traded
26:3
trades
33:12
trading
17:22 18:11 20:9,11,13

20:23 21:12 23:2,15
24:2 26:12,15,19
27:22 28:2 31:20 33:6
33:16 34:20,21 36:10
39:10,13,14,19 42:5
42:18
traditionally
46:22
train
12:8 21:3
transcribed
44:6
transcript
1:22 6:8,9 11:9 12:12
   12:21 23:2 37:24,25
   44:18,19,21 46:13,17
   46:20 47:16,21,23
   48:2,3,12 49:3,12
   51:7
transcripts
20:7 45:22 46:19
transfer
9:4
transferee
4:9 5:20 6:1,3,17,23
transferees
4:7
transfers
4:13 5:4,5 7:9 8:25 9:9
transparent
21:16 22:11
Treasuries
40:10
treasury
24:2,8,10,15,16,19
   25:4 26:2,7,8,21
   32:13 39:11,15,15
   42:5
trial
29:14 30:15 31:4 37:3
true
27:13 51:6
Trustee
1:15 2:16 10:15 11:18
   12:14,17 15:5 17:17

08-01789-cgm    Doc 15393-18    Filed 03/21/17    Entered 03/21/17 16:58:13    Exhibit 18
Pg 67 of 68
Picard v Robbins                                    Telephone Conference 2/9/2017

Page 66

19:16 20:8,12 21:11
21:12 23:13,17,19
24:1 25:3,7,7 26:10
26:13 35:24 38:3 42:2
44:6,16,18,20,22 49:8
49:10,17
**Trustee's**
10:21 17:9 18:12 20:23
28:11 43:16
**try**
7:25 24:9 33:19 41:1
**trying**
11:23 15:19 23:7,14
35:4
**turn**
47:7
**turned**
24:25
**turning**
11:24 28:21
**twice**
30:3
**two**
5:17 6:21 12:15 20:10
21:15 44:16
**type**
30:15,24 32:14
**typically**
29:19 48:21

————— U —————

**unable**
9:13
**unaware**
9:23
**uncertain**
23:9
**understand**
3:20 13:6 23:4 32:17
**understandably**
11:22
**understood**
11:22 17:3 25:6,9
**undertaken**
27:17

**unfair**
37:9
**unfolds**
31:14 35:2
**Unfortunately**
12:23,25
**UNITED**
1:1
**untenable**
8:12
**untrue**
25:1,1
**usually**
45:7

————— V —————

**v**
1:6,18
**variance**
31:21
**various**
13:4 33:17
**vehicle**
7:3
**verbatim**
5:24
**version**
45:14,15 47:1
**view**
13:12 24:6 31:10
**viewed**
42:25
**views**
7:18 12:3 41:17
**virtue**
5:22

————— W —————

**W**
2:11
**want**
17:12 32:8,24 36:14
37:22 42:6,12
**wanted**
12:20

**wants**
8:14 48:2
**warehouse**
23:14 29:1
**way**
4:4 8:21 10:20 22:4,11
49:9
**ways**
7:25
**we're**
3:7,14 8:23 9:5 12:24
12:25 13:8,11,15
16:10,23 17:3 24:9
25:2,21 30:1,24 31:15
32:3 36:12 37:12
46:24
**we've**
9:12 17:8 20:10 21:2
21:15,15,20 27:1,1,17
29:12,17 33:10,14,15
33:16,19 34:6,16,18
34:22 40:11 47:2
**week**
3:23 16:18 18:24 41:1
43:20
**weeks**
13:23
**weighing**
13:8
**weight**
41:9
**went**
35:20 37:15
**weren't**
46:1
**wildly**
31:7
**Wilenitz**
10:23 12:8 18:21 21:6
29:3 36:9,19
**willing**
49:9
**wish**
11:17 43:7
**wished**

6:10
**witness**
37:3 44:19 47:16
**witness'**
47:16
**work**
47:4 49:6
**worked**
33:19
**works**
5:1
**world**
41:13
**world's**
41:10
**worth**
15:14
**write**
32:11
**written**
19:5
**wrong**
4:18 32:24

————— X —————

**x**
1:3,10,14,21
**XI00836**
51:20

————— Y —————

**year**
24:9,17,20,22
**years**
25:25 27:17,18 41:10
41:20
**yesterday**
7:8 11:8
**yield**
5:19 6:1
**yields**
6:16
**York**
1:1,24 2:4,4,9,9,19,19
51:5

Picard v Robbins                    Telephone Conference 2/9/2017

**Z**

**0**

**08-01789**
1:5

**1**

**10-04503**
1:16
**100**
27:24 33:8 45:17,20
**100-page**
41:4
**10018**
2:4
**10022**
2:19
**10111-0100**
2:9
**11:00**
1:24
**1100**
2:14
**12:02**
50:2
**13**
5:18 51:23
**13th**
7:4
**14**
43:25
**14th**
2:9
**15**
37:16
**17**
34:22
**1980s**
34:2
**1992**
24:9 29:25 36:25 37:6
   38:8,10,20

**2**

**2**

4:24
**2002**
21:17 33:22
**2012**
26:5 42:6
**2016**
20:8
**2017**
1:24 51:23
**20th**
43:12
**21st**
43:13,20
**26**
9:15 22:3
**28th**
43:20

**3**

**3**
4:22 5:2 49:1
**30**
41:9 47:19 48:13,16
**300**
21:22
**30E**
48:14
**34th**
2:4

**4**

**4**
5:6
**400**
34:15
**45**
2:8
**465**
2:18

**5**

**5**
34:20
**50**
46:5
**50,000**

45:25
**5th**
6:7

**6**

**620**
2:3
**6th**
43:21

**7**

**77002-6111**
2:15

**8**

**80s**
37:7
**811**
2:14

**9**

**9**
1:24
**90s**
37:7