**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04897 (SMB) |
| Plaintiff, | |
| v. | |
| WILK INVESTMENT CLUB; ELLIOT WILK, in his capacity as General Partner of the Wilk Investment | |

| |
|---|
| Club; ALAN WILK, in his capacity as a Limited Partner of the Wilk Investment Club; RUTH WILK RESIDUARY TRUST, in its capacity as a Limited Partner of the Wilk Investment Club; RUTH WILK, in her capacity as Trustee for the Ruth Wilk Residuary Trust; MICHAEL SCHWARTZ, in his capacity as a Limited Partner of the Wilk Investment Club; LONNY WILK, in his capacity as a Limited Partner of the Wilk Investment Club; and DONALD WILK, in his capacity as a Limited Partner of the Wilk Investment Club, |
| Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures are due: August 1, 2016

2. Fact Discovery shall be completed by: June 22, 2017

3. The Disclosure of Case-in-Chief Experts shall be due: September 12, 2017

4. The Disclosure of Rebuttal Experts shall be due: October 10, 2017

5. The Deadline for Completion of Expert Discovery shall be: November 10, 2017

6. The Deadline for Mediation Referral shall be: November 17, 2017

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: December 1, 2017

8. The Deadline for Conclusion of Mediation shall be: March 30, 2018

2

Dated: March 21, 2017

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: */s/ Nicholas Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*