**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy

Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR MARCH 29, 2017**

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the substantively consolidated estate of Bernard L. Madoff individually, is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, the avoidance actions as set forth on the attached Appendix A are scheduled to be heard at the Avoidance Action Omnibus Hearing scheduled for **March 29, 2017 at 10:00 a.m.**

The next Avoidance Action Omnibus Hearing is scheduled for **April 26, 2017 at 10:00 a.m.** The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  March 22, 2017
       New York, New York

By:     s/Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff

# APPENDIX A

1. **10-04390; Picard v. Mann, et al.**

   A. Pre-trial conference

2. **10-05224; Picard v. Markin, et al.**

   A. Letter to the Honorable Stuart M. Bernstein Requesting Conference Filed by Carole Neville on behalf of David R. Markin, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2 (Filed: 3/1/2017) [ECF No. 48]

   B. Letter \Letter to Judge Bernstein Dated March 6, 2017 in response to Ms. Neville's letter filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 3/6/2017) [ECF No. 49]

   C. Letter to the Honorable Stuart M. Bernstein dated March 6, 2017 in response to Trustee's letter filed by Carole Neville on behalf of David R. Markin, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2  (Filed: 3/6/2017) [ECF No. 50]

3. **10-05257; Picard v. Zraick, et al.**

   A. Motion to Extend Time /Zraick Defendants' Motion for Entry of an Order (I)(A) Extending Time for Rebuttal Expert Disclosures by Twelve Days or (B) in the Alternative, Declaring Defendants' Rebuttal Expert Report Timely Served; and (II) Compelling the Production of Documents Concerning Securities Listed on Defendants' Customer Statements filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. with hearing to be held on 3/29/2017 at 10:00 AM at Courtroom 723 (SMB) Responses due by 3/22/2017  (Filed: 3/6/2017) [ECF No. 67]

   B. Opposition Brief \Trustee's Memorandum of Law in Opposition to Defendants' Motion to Extend the Rebuttal Expert Disclosure Deadline and Compel Discovery filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 3/22/2017) [ECF No. 68]

4. **10-05295; Picard v. Thomas L. Stark**
   **10-04971; Picard v. Estate of Ricard M. Stark, et al.**

   A. Letter Requesting Conference with the Court, Under Local Bankruptcy Rule 7007-1(b) Filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the

Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 3/8/2017) [10-05295, ECF No. 19] [10-04971, ECF No. 20]

5. **10-04350; Picard v. South Ferry #2 LP, et al.**
   **10-04488; Picard v. South Ferry Building Company**
   **10-04387; Picard v. James Lowrey, et al.**
   **10-05110; Picard v. United Congregations Mesora**

   A. Status conference.