**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04859 (SMB) |
| Plaintiff, | |
| v. | |
| BERT MARGOLIES TRUST; LAURIE ANN MARGOLIES CHILDREN'S TRUST DTD 11/1/08; LAURIE ANN MARGOLIES, individually and in her capacity as Trustee for the Bert Margolies Trust and the Laurie Ann Margolies Children's Trust dtd 11/1/08; NANCY DVER COHEN, in her capacity as Trustee for the Bert Margolies Trust; and FERNANDO C. COLONOSORIO, M.D., | |
| Defendants. | |

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that

Defendants Bert Margolies Trust; Laurie Ann Margolies Children's Trust Dtd 11/1/08; Laurie

Ann Margolies, individually and in her capacity as Trustee for the Bert Margolies Trust and the

{00022443 1 }

Laurie Ann Margolies Children's Trust Dtd 11/1/08; Nancy Dver Cohen, in her capacity as Trustee for the Bert Margolies Trust; and Fernando C. Colonosorio, Ph.D be and hereby are substituted as pro se.

It is further stipulated to and agreed that this document may be executed in counterparts, which when taken together, shall constitute one original.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| CHAITMAN LLP<br>Outgoing Counsel | Pro se<br><br>BERT MARGOLIES TRUST |
| By: /s/ Helen Davis Chaitman<br>Helen Davis Chaitman<br>465 Park Avenue<br>New York, New York 10022<br>Tel: (908) 303-4568<br>Fax: (888) 759-1114<br>Email: hchaitman@chaitmanllp.com<br><br>*Attorneys for Defendants Bert Margolies Trust; Laurie Ann Margolies Children's Trust Dtd 11/1/08; Laurie Ann Margolies, individually and in her capacity as Trustee for the Bert Margolies Trust and the Laurie Ann Margolies Children's Trust Dtd 11/1/08; Nancy Dver Cohen, in her capacity as Trustee for the Bert Margolies Trust; and Fernando C. Colonosorio, M.D.*<br><br>Dated: August 16, 2016 | By: /s/ Laurie Margolies<br>Laurie Ann Margolies, individually and as Trustee<br>Dated: August ___, 2016<br><br>By: _____<br>Name: Nancy Dver Cohen<br>Title: Trustee<br>Dated: August ___, 2016<br><br>Pro se<br><br>LAURIE ANN MARGOLIES CHILDRENS TRUST DTD 11/1/08<br><br>By: /s/ Laurie Margolies<br>Name: Laurie Ann Margolies<br>Title: Trustee<br>Dated: August ___, 2016<br><br>Pro se<br><br>_____<br>Fernando C. Colonosorio, M.D. PhD<br><br>Dated: August ___, 2016 |

{00022443 1}    3