| | |
|---|---|
| UNITED STATES BANKRUTPCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>v.<br><br>BERNIE L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ESTATE OF DORIS M. PEARLMAN; HEIDI PEARLMAN AND JILL BETH PEARLMAN, in their capacity as the Personal Representatives of the Estate of Doris Pearlman, in their capacity as co-trustees of the Doris M. Pearlman Revocable Trust, and as subsequent beneficiaries; DORIS M. PEARLMAN REVOCABLE TRUST, as a subsequent beneficiary; and MARVIN A. GOLDENBERG, as a subsequent beneficiary,<br><br>                              Defendants. | Adv. Pro. No. 10-04504 (SMB) |

## MEDIATOR'S FINAL REPORT

    Richard J. Davis, Esq., the court-appointed mediator in the above captioned adversary proceedings (the "Adversary Proceedings"), submits this final report pursuant to Local Rule

-2-

9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

1. The mediations of the Adversary Proceeding took place on February 7, 2017 at the offices of Baker & Hostetler LLP in New York, New York. There also were follow-up communications.

2. The parties negotiated in good faith but were unable to reach a mutually satisfactory resolution of the dispute involved in the Adversary Proceedings.

3. The mediator has concluded that there would be no further point to continuing the mediations and by agreement of the parties and the mediator, the mediations are concluded.

Dated: March 23, 2017
   New York, New York

/s/ Richard J. Davis
———————————————
Richard J. Davis