**CHAITMAN LLP**
Helen Davis Chaitman
Lance Gotthoffer
465 Park Avenue
New York, NY 10022
Phone: 888-759-1114
hchaitman@chaitmanllp.com
lgotthoffer@chaitmanllp.com

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, Individually and on behalf of a class of similarly situated Plaintiffs*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| SUSANNE STONE MARSHALL, ADDELE FOX, MARSHA PESHKIN, and RUSSELL OASIS,<br><br>         Plaintiffs,<br><br>  v.<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM | Adv. Pro. No. 15-01293 (SMB) |

{00029145 3 }

> INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower; and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,
>
> Defendants.

## OBJECTION TO NOTICE OF SETTLEMENT OF ORDER AND COUNTER-PROPOSED ORDER

Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis ("Plaintiffs" or "Fox Parties"), respectfully object to the proposed form of Order "(Proposed Order"), [ECF No. 52-1], submitted by Defendants Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; The Picower Foundation; The Picower Institute of Medical Research; The Trust F/B/O Gabrielle H. Picower; Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower (the "Picower Parties"). In support of said Objection, the Fox Parties state as follows:

1. In its decretal provisions, the Proposed Order states "The Fox Parties' Declaratory Judgment Complaint is dismissed with prejudice." Proposed Order ¶ 2.

2. Dismissal with prejudice is inconsistent with the Memorandum Decision Denying Motion for Declaratory Judgment and Dismissing Complaint dated March 7, 2017 [ECF No. 49], in which the Court expressly refused the Picower Parties' application

{00029145 3}

"to deny[the Fox Parties] leave to replead…." Memorandum Decision at 27.

3. Accordingly, the dismissal of the Fox Parties' Declaratory Judgment Complaint was without prejudice; the words "with prejudice" in Paragraph 2 of the Proposed Order should be stricken and the words "without prejudice" substituted in their stead.

4. For the convenience of the Court, a copy of a Counter Proposed -Order reflecting this change is attached as Exhibit 1.

WHEREFORE, the Fox Parties respectfully requests that the Court sign and enter the form of Order annexed hereto as Exhibit 1.

Dated:  March 23, 2017
        New York, New York

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     Lance Gotthoffer
     hchaitman@chaitmanllp.com
     lgotthoffer@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, Individually and on behalf of a class of similarly situated Plaintiffs*

{00029145 3 }