**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**[PROPOSED] NOTICE OF REMOVAL FROM MASTER SERVICE LIST**

   **PLEASE TAKE NOTICE** that on [March __, 2017], the Honorable Stuart M. Bernstein

of the Bankruptcy Court for the United States District Court for the Southern District of New

York, entered an order (the "Order"), ECF No. ____, granting the motion of Irving H. Picard, as

trustee ("Trustee") for the substantively consolidated liquidation (the "SIPA Proceeding") of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15

U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, to Remove Former Parties

In Interest from the Master Service List and for a Procedure to Effect Future Updates to the

Master Service List.  The Order permits the Trustee, after adequate notice has been provided and

without objection, to remove certain parties who are no longer parties in interest to this SIPA

Proceeding as such term is used at 11 U.S.C. § 1109(b).

**PLEASE TAKE FURTHER NOTICE** that in accordance with, and pursuant to, the

Order, all parties described on Exhibit A attached hereto will be removed from the Master

Service List effective [35 DAYS FROM NOTICE], unless any such parties object to the

removal.

**PLEASE TAKE FURTHER NOTICE** that any objection to the removal of the parties

identified herein must specifically object to the removal and provide the claimant name, claim

number and address for service.  All objections must be written and must be filed with the Clerk

of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling

Green, New York, New York 10004 by no later than 4:00p.m. on [35 DAYS FROM NOTICE]

(with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein), and

must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza,

New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor

Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn:

Kevin H. Bell, Esq. and Nathanael Kelley, Esq. so as to be received on or before [35 DAYS

FROM NOTICE].

**PLEASE TAKE FURTHER NOTICE** that this Notice will be provided by U.S. Mail,

postage prepaid and email if applicable to [NAME].  The Trustee submits that no other or further

notice is required.

Dated: New York, New York
      [DATE]

Respectfully submitted,

*/s/*
_____

David J. Sheehan
Email: dsheehan@bakerlaw.com
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: (212) 589-4200
Fax: (212) 589-4201

*Attorney for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*