Exhibit 3

The document is not available.