Exhibit 7

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
*Attorneys for ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.); and ABN AMRO BANK (SWITZERLAND) AG (f/k/a ABN AMRO BANK (SCHWEIZ)),<br><br>Defendants. | Adv. Pro. No. 11-02760 (BRL)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION OF ABN AMRO BANK N.V. (PRESENTLY KNOWN AS THE ROYAL BANK OF SCOTLAND, N.V.) IN SUPPORT OF ITS MOTION TO WITHDRAW THE BANKRUPTCY COURT REFERENCE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of ABN AMRO Bank N.V. (Presently Known as The Royal Bank of Scotland, N.V.) ("RBS/ABN") dated March 14, 2012, the Declaration of Michael S. Feldberg dated March 14, 2012 and the exhibits thereto, and all the papers filed and proceedings had herein, defendant RBS/ABN hereby respectfully moves for an order pursuant to 28 U.S.C.§ 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference to the United States Bankruptcy Court for the Southern District of New York of the above-captioned adversary proceeding.

RBS/ABN has made no previous request for the relief requested by this motion.

RBS/ABN respectfully requests oral argument on this motion.

Dated: New York, New York  
March 14, 2012

ALLEN & OVERY LLP

By: /s/ Michael S. Feldberg  
Michael S. Feldberg  
michael.feldberg@allenovery.com  
Bethany Kriss  
bethany.kriss@allenovery.com  
1221 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 610-6300  
Facsimile: (212) 610-6399

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*