# Exhibit 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | 12-mc-00115 (JSR)<br><br>ECF Case<br><br>Electronically Filed |
| In re:<br><br>MADOFF SECURITIES | |

**DESIGNATION OF LEAD COUNSEL FOR EXTRATERRITORIAL DEFENDANTS PURSUANT TO ORDER OF THE COURT DATED JUNE 6, 2012 (ECF NO. 167)**

Pursuant to this Court's June 6, 2012 Order, *see* Order, *In re Madoff Sec.*, No. 12-mc-00115 (S.D.N.Y. June 6, 2012), ECF No. 167, the Extraterritorial Defendants (as defined in the Consolidated Memorandum of Law in Support of the Extraterritorial Defendants' Motion to Dismiss as Ordered by the Court on June 6, 2012, *In re Madoff Sec.*, No. 12-mc-00115 (S.D.N.Y. July 13, 2012), ECF No. 235), hereby designate Franklin B. Velie of Sullivan & Worcester LLP as lead counsel to advocate the Extraterritorial Defendants' position at oral argument on September 21, 2012 at 4:00 P.M.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 31, 2012
New York, New York

Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/Marco E. Schnabl*
Marco E. Schnabl
 (Marco.Schnabl@Skadden.com)
Susan L. Saltzstein
 (Susan.Saltzstein@Skadden.com)
Jeremy A. Berman
 (Jeremy.Berman@Skadden.com)
Stephanie R. Feld
 (Stephanie.Feld@Skadden.com)

Four Times Square
New York, New York 10036
(212) 735-3000

**SULLIVAN & CROMWELL LLP**

*/s/Robinson B. Lacy*
Robinson B. Lacy
 (Lacyr@sullcrom.com)
Joshua J. Fritsch
 (Fritschj@sullcrom.com)

125 Broad Street
New York, New York 10004
(212) 558-4000

**SULLIVAN & WORCESTER LLP**

*/s/Franklin B. Velie*
Franklin B. Velie
 (fvelie@sandw.com)
Jonathan G. Kortmansky
 (jkortmansky@sandw.com)
Mitchell C. Stein
 (mstein@sandw.com)

1633 Broadway
New York, New York 10019
(212) 660-3000

2

Of counsel:

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Evan A. Davis
Thomas J. Moloney
Lawrence B. Friedman
Breon S. Peace

One Liberty Plaza
New York, NY 10006

**CRAVATH, SWAINE & MOORE LLP**

Richard Levin
David Greenwald
Benjamin M. Smith

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

**DEBEVOISE & PLIMPTON LLP**

Michael E. Wiles
Shannon Rose Selden
Joseph P. Moodhe
Mark P. Goodman

919 Third Avenue
New York, NY 10022

**KELLEY DRYE & WARREN LLP**

Thomas B. Kinzler
Jonathan K. Cooperman
Daniel Schimmel
Jaclyn M. Metzinger

101 Park Avenue
New York, NY 10178

3

**PAUL HASTINGS LLP**
Jodi A. Kleinick
Barry G. Sher
Mor Wetzler

75 East 55th Street
New York, NY 10022

**SHEARMAN & STEARLING LLP**

Heather Lamberg Kafele
Joanna Shally
Jessica Lyn Bartlett

599 Lexington Avenue
New York, NY 10022

**SIMPSON THACHER & BARTLETT LLP**

Mark G. Cunha
Peter E. Kazanoff
Andrew D. W. Cattell

425 Lexington Avenue
New York, NY 10017

**WILLKIE FARR & GALLAGHER LLP**

Mary K. Warren
Douglas Mishkin

787 Seventh Avenue
New York, NY 10019

4