# Exhibit 17

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Yani Indrajana Ho (yho@windelsmarx.com)

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendants. | 12 Misc. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE CASES LISTED IN EXHIBIT A | |

**JOINDER TO THE TRUSTEE'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONCERNING EXTRATERRITORIALITY AS ORDERED BY THE COURT ON JUNE 6, 2012**

Windels Marx Lane & Mittendorf, LLP is Special Counsel to Irving H. Picard, trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee"), and is counsel of record for the Trustee in the adversary proceedings listed in Exhibit A. By Order of this Court dated June 6, 2012 (the

{10779868:1}

"Extraterritoriality Order"), the reference of certain adversary proceedings was withdrawn for the limited purpose of deciding the Extraterritoriality Issue (as defined in the Extraterritoriality Order). An Order of this Court dated June 25, 2012 added more adversary proceedings to the Extraterritoriality Order.

In the above noted capacity, Windels Marx hereby joins in its entirety the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Concerning Extraterritoriality as Ordered by the Court on June 6, 2012, filed by Baker Hostetler on August 17, 2012 in the consolidated docket *SIPC v. Bernard L. Madoff Investment Securities LLC (In re Madoff Securities)*, District Court Case No. 12 Misc. 00115 (JSR) [Dkt. No. 310], and all arguments asserted therein.

Dated: New York, New York  
August 17, 2012

By: /s/ Howard L. Simon  
Howard L. Simon (hsimon@windelsmarx.com)  
Kim M. Longo (klongo@windelsmarx.com)  
Windels Marx Lane & Mittendorf LLP  
156 West 56th Street  
New York, New York 10019  
Tel: (212) 237-1000  
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

{10779868:1}     2

# EXHIBIT A

# EXTRATERRITORIALITY
# WINDELS MARX ADVERSARY PROCEEDINGS

|   | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 1 | ***Picard v. Trincaster Corporation*** | 12-cv-02486-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 2 | ***Picard v. Royal Bank of Canada, et al.*** | 12-cv-04938-JSR | Katten Muchin Rosenman LLP<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com)<br>Bruce M. Sabados<br>(bruce.sabados@kattenlaw.com)<br>Mark T. Ciani<br>(mark.ciani@kattenlaw .com) |

{10779895:1}

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Yani Indrajana Ho (yho@windelsmarx.com)

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendants. | 12 Misc. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASES: | |
| IRVING H. PICARD,<br><br>   Plaintiff,<br><br>   v.<br><br>TRINCASTER CORPORATION<br><br>   Defendant. | Adv. Pro. No. 11-02731 (BRL)<br><br>District Court Case No. 12 Civ. 02486 (JSR) |

{10779899:1}

| | |
|---|---|
| IRVING H. PICARD,<br><br>   Plaintiff,<br><br>   v.<br><br>ROYAL BANK OF CANADA, et al.<br><br>   Defendants. | Adv. Pro. No. 12-01699 (BRL)<br><br><br><br>District Court Case No. 12 Civ. 04938 (JSR) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
          ) SS.:
COUNTY OF NEW YORK )

Yani Indrajana Ho, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on August 17, 2012, I served the

**Joinder to the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Concerning Extraterritoriality as Ordered by the Court on June 6, 2012**

upon the interested parties by emailing those parties as set forth on the attached Schedule A, true and correct copies via electronic transmission to the email addresses as set forth on the attached Schedule A.

                   /s/ Yani Indrajana Ho
                   Yani Indrajana Ho

Sworn to before me this
17th Day of August 2012

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

{10779899:1}              2

## SCHEDULE A

David Greenwald (dgreenwald@cravath.com)
Richard Levin (rlevin@cravath.com)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

*Attorneys for Trincaster Corporation*

Anthony L. Paccione (anthony.paccione@kattenlaw.com)
Bruce M. Sabados (bruce.sabados@kattenlaw.com)
Mark T. Ciani (mark.ciani@kattenlaw.com)
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

*Attorneys for Royal Bank of Canada; Guernroy Limited; Royal Bank of Canada (Channel Islands) Limited; Royal Bank of Canada Trust Company (Jersey) Limited; Royal Bank of Canada (Asia) Limited; Royal Bank of Canada (Suisse) S.A.; RBC Dominion Securities Inc.; and RBC Alternative Assets, L.P.*