**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>               Plaintiff,<br><br>v.<br><br>BANQUE INTERNATIONALE A LUXEMBOURG S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A.; RBC DEXIA INVESTOR SERVICES BANK S.A.; RBC DEXIA INVESTOR SERVICES TRUST; RBC DEXIA INVESTOR SERVICES ESPAÑA S.A.; and BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.),<br><br>               Defendants. | Adv. Pro. No. 12-01698 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

Notice is hereby given that, subject to approval by the Court, defendants RBC Dexia Investor Services Bank S.A., RBC Dexia Investor Services Trust, and RBC Dexia Investor

Services España S.A. (the "Defendants") substitute Anthony L. Paccione and Mark T. Ciani of Katten Muchin Rosenman LLP, as counsel of record in place of Philip R. Schatz of Wollmuth Maher & Deutsch LLP, who withdraws his appearance as counsel for the Defendants.[1]

Any and all pleadings, notices, orders or other papers given or filed in the above captioned matter should no longer be directed to Philip R. Schatz, or the law firm of Wollmuth Maher & Deutsch LLP, but instead be directed to:

> Anthony L. Paccione
> Mark T. Ciani
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022
> (212) 940-8787
> (212) 940-8776 (Fascimile)
> anthony.paccione@kattenlaw.com
> mark.ciani@kattenlaw.com

---

[1] Counsel's appearance continues to be without waiver of any defenses.

Philip R. Schatz requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

Dated: March 20, 2017
       New York, New York

KATTEN MUCHIN ROSENMAN LLP

BY:    /s/ Anthony L. Paccione
       Anthony L. Paccione
       575 Madison Avenue
       New York, New York 10022
       (212) 940-8800
       anthony.paccione@kattenlaw.com

WOLLMUTH MAHER & DEUTSCH LLP

BY:    /s/ Philip R. Schatz
       Philip R. Schatz
       500 Fifth Avenue
       New York, NY 10110
       212-382-3300
       pschatz@wmd-law.com

SO ORDERED this 27th day of March, 2017.

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge