UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant<br><br>  -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  -against-<br><br>PAULINE FELDMAN,<br><br>         Defendant. | Adv. Pro. No. 10-4349 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  -against-<br><br>RICHARD FELDMAN,<br><br>         Defendant. | Adv. Pro. No. 10-4560 (SMB) |

## DISCOVERY ARBITRATOR'S ORDER

Having conferred with counsel for the Trustee and for the Feldmans on March 21, 2017, it is hereby ORDERED that:

1. Mr. Bernfeld shall promptly confirm in writing his oral representation to the Discovery Arbitrator that no documents responsive to the Trustee's First Set of Requests for Documents have been withheld from production on the basis of the attorney-client privilege or work product doctrine.

2. Unless counsel otherwise agree in writing, the Feldmans shall be deposed on April 19 and 20, 2017, at Baker Hostetler's New York City offices.

3. The parties shall confer regarding an extension of discovery in this proceeding and submit a joint proposed revised scheduling order to Judge Bernstein.

SO ORDERED.

Dated:   New York, New York
         March 24, 2017

_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel of Record via ECF