UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant<br><br>    -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>    -against-<br><br>STEVEN ANDELMAN,<br><br>      Defendant. | Adv. Pro. No. 10-4884 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>SUSAN ANDELMAN,<br><br>Defendant. | Adv. Pro. No. 10-4916 (SMB) |

## DISCOVERY ARBITRATOR'S ORDER

Having conferred with counsel for the Trustee and for the Andelmans on March 21, 2017, it is hereby ORDERED that:

1. The Andelmans shall serve their Interrogatory Responses by March 27, 2017.

2. Mr. Bernfeld shall promptly confirm in writing his oral representation to the Discovery Arbitrator that no documents responsive to the Trustee's First Set of Requests for Documents have been withheld from production on the basis of attorney-client privilege or the work product doctrine..

3. The Andelmans shall be deposed on April 25 and 26, 2017, at Baker Hostetler's New York City offices.

4. The Andelmans' request to have the Trustee pay their travel expenses to New York is denied, as is the Trustee's request for reimbursement of the attorney's fees and other expenses related to his latest letter-application to compel discovery.

      5. The parties shall confer regarding an extension of discovery in this proceeding and submit a joint proposed revised scheduling order to Judge Bernstein.

      SO ORDERED.

Dated:    New York, New York
            March 24, 2017

                                                              _____
                                                                  FRANK MAAS
                                                                Discovery Arbitrator

Copies to Counsel of Record via ECF