**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER APPROVING TRUSTEE'S MOTION TO REMOVE FORMER PARTIES IN INTEREST FROM THE MASTER SERVICE LIST AND FOR A <u>PROCEDURE TO EFFECT FUTURE UPDATES TO THE MASTER SERVICE LIST</u>**

Upon consideration of the Trustee's Motion to Remove Former Parties in Interest From the Master Service List (the "Motion") (ECF No. 15128), dated March 3, 2017, filed by Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of BLMIS under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* and the chapter 7 estate of Bernard L. Madoff, and it appearing that due and proper notice of the Motion and the relief requested therein have been given; and no other or further notice needs to be given; and the Court having reviewed the Motion, the Declaration of Vineet Sehgal; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is hereby granted as set forth herein;

and it is further

**ORDERED**, that the Master Service List shall be updated to remove the individuals and entities listed on Exhibit 1 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto as Exhibit A; and it is further

**ORDERED**, that future amendments to the Master Service List shall be effected by sufficient Notice as detailed in the Motion and substantively in the form of the Exhibit attached hereto as Exhibit B, to individuals or entities to be removed and a hearing only upon objection thereto; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       March 27th, 2017

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE