# Exhibit A

## EXHIBIT 1 – ALL FORMER PARTIES IN INTEREST TO BE REMOVED

| Master Service List Name | Claim Filed | Associated BLMIS Account Number | Claim Status | Objection Docket(s) | Objection Status |
|---|---|---|---|---|---|
| A. Angelaki | 004857 | 1ZB138 | Denied | | No Objection Filed |
| Alice J. Rawlins | 013043 | 1C1260 | Denied | | No Objection Filed |
| Anna Lowit | 001162; 000087 | 1L0049; 1L0130 | Denied | | No Objection Filed |
| Cecilia M. Parker | 004292; 004293 | 1W0106 | Withdrawn | 4093; 4094 | Resolved via Withdrawal |
| Daniel L. Gaba | 001293; 001294; 001267; 000233; 000232 | 1ZA524; 1ZA882; 1ZB486; 1ZA943; 1ZA942 | Denied | | No Objection Filed |
| Deborah L. Fisch | 008333 | 1ZA081 | Denied | 3234 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Dewey H. Lane | 009146 | 1FN094 | Denied | | No Objection Filed |
| Elaine and Sidney Goldstein | 015365 | 1ZA415 | Denied | | No Objection Filed |
| Gail B. Oren Revocable Trust dtd. 9/8/95 | 000508; 000506 | 1ZA324 | Denied | | No Objection Filed |
| Gayle Samore Co-Trustees | 010574 | 1B0118 | Denied | | No Objection Filed |
| George H. Hulnick | 006562 | 1ZA454 | Denied | | No Objection Filed |
| Guy S. Parker | 004263; 004295 | 1W0106 | Withdrawn | 4091; 4092 | Resolved via Withdrawal |
| Harvey Barr | 006174 | 1C1260 | Denied | | No Objection Filed |
| James R. Samore | 010574; 010577 | 1B0118 | Denied | | No Objection Filed |
| Jeanne H. Rosenblum | 008620 | 1ZA600 | Denied | | No Objection Filed |
| John P. Harris | 010684; 010685 | 1T0027; 1C1260 | Denied | | No Objection Filed |
| John Samore | 010574 | 1B0118 | Denied | | No Objection Filed |
| John Samore, Jr. | 010574; 010577 | 1B0118 | Denied | | No Objection Filed |
| Kimberly S. Stoller | 002324 | 1S0491 | Denied | | No Objection Filed |

**EXHIBIT 1 – ALL FORMER PARTIES IN INTEREST TO BE REMOVED (cont'd)**

| Master Service List Name | Claim Filed | Associated BLMIS Account Number | Claim Status | Objection Docket(s) | Objection Status |
|---|---|---|---|---|---|
| Lamar Ellis Trust | 008118; 070192 | No Associated Accounts | Denied | 1112; 2998; 3249 | Resolved via Order entered on April 19, 2012, ECF No. 4779 |
| Lillian Barr | 006174 | 1C1260 | Denied | | No Objection Filed |
| Linda Wolf | 000217 | 1W0099; 102317; 1W0032; 1W0033; 1W0072 | Denied | | No Objection Filed |
| Michael E. Fisch | 008824 | 1ZA081 | Denied | 3229 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Patsy P. Jones | 003433 | 1C1260 | Denied | 2088 | Resolved via Order entered on June 28, 2011, ECF No. 4193 |
| Paul J. Fisch | 008333 | 1ZA081 | Denied | 3234 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Phyrne and Ron LLC | 015031 | 1EM294 | Denied | | No Objection Filed |
| Rhouda Macdonald | 014901 | 1A0001 | Denied | | No Objection Filed |
| Richard C. Brockway | 006370 | 1M0232 | Denied | | No Objection Filed |
| Rita Wolf | 000217 | 1W0099; 102317; 1W0032; 1W0033; 1W0072 | Denied | | No Objection Filed |
| Ronald E. Samore, Sr. | 010577 | 1B0118 | Denied | | No Objection Filed |
| Samore 1992 Family Trust | 010574; 010577 | 1B0118 | Denied | | No Objection Filed |
| Sharon Lee Tiner | 005802 | 1ZA874 | Denied | 1682 | Resolved via Order entered on March 10, 2015, ECF No. 9450 |
| Sudeshna M. Fisch | 008824 | 1ZA081 | Denied | 3229 | Resolved via Order entered on December 1, 2016, ECF No. 14537 |
| Waterland Investment Services | 013636; 011108; 013635; 013632; 013638 | 1M0232 | Denied | | No Objection Filed |
| Yvonne Roodberg | 013471 | 1C1260 | Denied | | No Objection Filed |

2

# Exhibit B

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**[PROPOSED] NOTICE OF REMOVAL FROM MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that on [March __, 2017], the Honorable Stuart M. Bernstein of the Bankruptcy Court for the United States District Court for the Southern District of New York, entered an order (the "Order"), ECF No. ____, granting the motion of Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation (the "SIPA Proceeding") of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, to Remove Former Parties In Interest from the Master Service List and for a Procedure to Effect Future Updates to the

Master Service List. The Order permits the Trustee, after adequate notice has been provided and without objection, to remove certain parties who are no longer parties in interest to this SIPA Proceeding as such term is used at 11 U.S.C. § 1109(b).

**PLEASE TAKE FURTHER NOTICE** that in accordance with, and pursuant to, the Order, all parties described on Exhibit A attached hereto will be removed from the Master Service List effective [35 DAYS FROM NOTICE], unless any such parties object to the removal.

**PLEASE TAKE FURTHER NOTICE** that any objection to the removal of the parties identified herein must specifically object to the removal and provide the claimant name, claim number and address for service. All objections must be written and must be filed with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 by no later than 4:00p.m. on [35 DAYS FROM NOTICE] (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein), and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq. and Nathanael Kelley, Esq. so as to be received on or before [35 DAYS FROM NOTICE].

**PLEASE TAKE FURTHER NOTICE** that this Notice will be provided by U.S. Mail, postage prepaid and email if applicable to [NAME]. The Trustee submits that no other or further notice is required.

2

| | |
|---|---|
| Dated: New York, New York<br>        [DATE] | Respectfully submitted,<br><br>*/s/* _____<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York  10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br><br>*Attorney for Irving H. Picard, Trustee for the*<br>*Substantively Consolidated SIPA Liquidation*<br>*of Bernard L. Madoff Investment Securities LLC*<br>*and the Estate of Bernard L. Madoff* |