UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>             Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>             Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>   BERNARD L. MADOFF,<br>             Debtor. | |
| IRVING H. PICARD,<br>             Plaintiff,<br><br>-against—<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br>             Defendant. | Adv. Pro. No. 11-02551 (BRL) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Lawrence J. Kotler and Patricia H. Heer of Duane Morris, LLP hereby appear in the above-referenced cases as counsel for Delta National Bank and Trust Company ("Delta"), and pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007, and 9010, request that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned as follows:

| | |
|---|---|
| Lawrence J. Kotler, Esquire<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA  19103-4196 | Patricia H. Heer, Esquire<br>**DUANE MORRIS LLP**<br>1540 Broadway, 14th Floor<br>New York, NY  10035-4086 |

(215) 979-1514 (telephone)             (212) 471-1803 (telephone)
(215) 979-1020 (facsimile)             (212) 692-1020 (facsimile)
ljkotler@duanemorris.com             pheer@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written of oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed to be a waiver of any of the rights of Delta, including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Delta is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully Submitted,

Dated: March 28, 2017

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire (I.D. LK 8177)
**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1514 (telephone)
(215) 979-1020 (facsimile)

Patricia H. Heer
**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 471-1856 (telephone)
(212) 692-1020 (facsimile)