DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1022
Patricia Heer, Esq.
*Counsel to Delta National Bank And*
*Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>    Plaintiff, <br><br>v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>    Defendant. | Adv. Pro. No. 08-1789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>    Debtor. | |
| IRVING H. PICARD, <br>    Plaintiff, <br><br>-against— <br><br>DELTA NATIONAL BANK AND TRUST COMPANY, <br>    Defendant. | Adv. Pro. No. 11-02551 (BRL) |

**NOTICE OF WITHDRAWAL OF WILLIAM C. HEUER AS COUNSEL TO**
**<u>DELTA NATIONAL BANK AND TRUST COMPANY</u>**

  1. Notice is hereby given that, subject to approval by the Court, Defendant Delta National Bank and Trust Company ("Delta"), respectfully requests that William C. Heuer be withdrawn as counsel and removed from the electronic service list in the above captioned case.

DM1\7690285.2

As of March 2, 2017, Mr. Heuer was no longer associated with Duane Morris LLP and ceased to represent Delta in this case.

    2.    Lawrence J. Kotler and Patricia H. Heer of Duane Morris LLP will remain attorneys of record for Delta in this case.

    2.    Wherefore, Delta respectfully requests that the Court grant this motion.

Dated: March 28, 2017

*/s/ Patricia Heer*
Patricia H. Heer, Esq.
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1020
phheer@duanemorris.com

*Counsel for Delta National Bank and Trust Company*