**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>　BERNARD L. MADOFF,<br>　　　　Debtor. | |
| IRVING H. PICARD,<br>　　　　Plaintiff,<br><br>-against—<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br>　　　　Defendant. | Adv. Pro. No. 11-02551 (BRL) |

### ORDER GRANTING MOTION TO WITHDRAW WILLIAM C. HEUER AS COUNSEL TO DELTA NATIONAL BANK AND TRUST COMPANY

The Motion to withdraw William C. Heuer as counsel to Delta National Bank and Trust Company in the above-captioned matters is hereby GRANTED.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

DM1\7690285.2