**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>　BERNARD L. MADOFF,<br>　　　　　　Debtor. | |
| IRVING H. PICARD,<br>　　　　　　Plaintiff,<br><br>-against—<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br>　　　　　　Defendant. | Adv. Pro. No. 11-02551 (BRL) |

**CERTIFICATE OF SERVICE FOR MOTION TO WITHDRAW WILLIAM C. HEUER AS COUNSEL TO DELTA NATIONAL BANK AND TRUST COMPANY**

　　I, Patricia H. Heer, hereby certify that on this 28th day of March, 2017, I caused true and correct copies of the Motion to Withdraw William C. Heuer as Counsel Delta National Bank and Trust Company to be served by ECF notification on all parties registered to receive notices in this case.

Dated: March 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia H. Heer*
　　　　　　　　　　　　　　　　　　　　　　　　Patricia H. Heer
　　　　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　1540 Broadway
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　　T: (212) 471-1803

DM1\7690285.2