**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 29, 2017 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.  **08-01789, SIPC v. BLMIS**

    A.  Trustees Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy in Common, Richard B. Felder and Deborah Felder Tenancy in Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy in Common filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 1/13/2017) [ECF No. 14844]

B.      Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy in Common, Richard B. Felder and Deborah Felder Tenancy in Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy in Common filed by David J. Sheehan on behalf of Irving H. Picard (Filed 1/13/2017) [ECF No. 14845]

C.      Declaration of Stephanie Ackerman in Support of the Trustees Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy in Common, Richard B. Felder and Deborah Felder Tenancy in Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy in Common (Filed: 1/13/2017) [ECF No. 14846]

Related Documents:

D.      Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy in Common, Richard B. Felder and Deborah Felder Tenancy in Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy in Common filed by Nathanael Kelley on behalf of Securities Investor Protection Corporation (Filed: 1/24/2017) [ECF No. 14939]

Objection Filed:

E.      Objection to Trustee's Motion to Affirm His Determinations Denying Claims filed by Rebecca Esptein, Robert Epstein (Filed: 3/16/2017) [ECF No. 15330]

Reply Filed:

F.      Trustee's Reply Memorandum of Law in Support of Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy in Common and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy in Common and Objections filed by Daniel C. Epstein and Robert & Rebecca Epstein (ECF No. 15330) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/24/2017) [ECF NO. 15424]

Additional Document:

G.      Notice of Adjournment of Hearing on Trustees Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy In Common, Richard B. Felder and Deborah Felder Tenancy In Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy In Common from February 22, 2017 to March 29, 2017 filed

    by David J. Sheehan on behalf of Irving H. Picard (Filed: 2/21/2017) [ECF No. 15060]

2. **10-04390; Picard v. Mann, et al.**

   A. Pre-trial conference

3. **10-05224; Picard v. Markin, et al.**

   A. Letter to the Honorable Stuart M. Bernstein Requesting Conference Filed by Carole Neville on behalf of David R. Markin, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2 (Filed: 3/1/2017) [ECF No. 48]

   B. Letter to Judge Bernstein sated March 6, 2017 in response to Ms. Neville's letter filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 3/6/2017) [ECF No. 49]

   C. Letter to the Honorable Stuart M. Bernstein dated March 6, 2017 in response to Trustee's letter filed by Carole Neville on behalf of David R. Markin, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2 (Filed: 3/6/2017) [ECF No. 50]

4. **10-05257; Picard v. Zraick, et al.**

   A. Zraick Defendants' Motion for Entry of an Order (I)(A) Extending Time for Rebuttal Expert Disclosures by Twelve Days or (B) in the Alternative, Declaring Defendants' Rebuttal Expert Report Timely Served; and (II) Compelling the Production of Documents Concerning Securities Listed on Defendants' Customer Statements filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. with hearing to be held on 3/29/2017 at 10:00 AM at Courtroom 723 (SMB) Responses due by 3/22/2017 (Filed: 3/6/2017) [ECF No. 67]

   B. Trustee's Memorandum of Law in Opposition to Defendants' Motion to Extend the Rebuttal Expert Disclosure Deadline and Compel Discovery filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 3/22/2017) [ECF No. 68]

5. **10-05295; Picard v. Thomas L. Stark**
   **10-04971; Picard v. Estate of Ricard M. Stark, et al.**

   A. Letter Requesting Conference with the Court, Under Local Bankruptcy Rule 7007-1(b) Filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the

3

       Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 3/8/2017) [10-05295, ECF No. 19] [10-04971, ECF No. 20]

    B.    Letter In Response to March 8, 2017 Letter of Plaintiff, Irving H. Picard, Trustee Filed by Richard G. Haddad on behalf of Hilary M. Stark, as joint tenant with right of survivorship, Thomas L. Stark, as joint tenant with right of survivorship (Filed: 3/27/2017) [10-05259; ECF No. 20] [10-04971; ECF No. 21]

6.    **10-04350; Picard v. South Ferry #2 LP, et al.**
       **10-04488; Picard v. South Ferry Building Company**
       **10-04387; Picard v. James Lowrey, et al.**
       **10-05110; Picard v. United Congregations Mesora**

    A.    Status conference.

7.    **11-02760; Picard v. ABN Amro Bank N.V., et al.**

    A.    Notice of Trustee's Request for Certification of Judgment for Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. 158(d) 2 and Fed.R. Bank. P. 8006(f) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 3/14/2017) [ECF No. 77]

    B.    Petition Requesting Direct Appeal to Circuit Court /Memorandum of Law in Support of Trustee's Request for Certification of Judgment for Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. 158(d) 2 and Fed.R. Bank. P. 8006(f) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 3/14/2017) [ECF No. 78]

<u>Objections Due:</u>    March 28, 2017 at 12:00 p.m.

*[Remainder of page intentionally left blank.]*

Objections Filed:

C. Objection Memorandum of Law in Opposition to Trustee's Request for Certification of Judgment for Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. 158(d)(2) and Federal Rule of Bankruptcy Procedure 8006(f) filed by Michael S. Feldberg on behalf of ABN AMRO BANK N.V. (presently known as The Royal Bank of Scotland, N.V.) (Filed: 3/28/2017) [ECF No. 83]

Dated: March 28, 2017
New York, New York

By: *s/David J. Sheehan*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*