**Appendix A**
*Picard v. HSBC Bank plc* **, Adv. Pro. No. 09-01364**
**Bankruptcy Court Designations**

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 1 | 3/16/2017 | 448 | 15242 | Notice of Appeal (related document(s)447) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. Appellant Designation due by 3/30/2017, (Attachments: # 1 Exhibit 1-Final Judgment of Bankruptcy Court # 2 Exhibit 2-7/6/2014 Opinion and Order of District Court # 3 Exhibit 3-5/11/2013 Order of District Court # 4 Exhibit 4-6/6/2012 Order of District Court)(Sheehan, David) (Entered: 03/16/2017) |
| 2 | 3/9/2017 | 447 | 15206 | So Ordered Stipulation Signed On 3/9/2017. Re: Final Order Granting Motion To Dismiss Counts Two, Ten, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen And Nineteen Of The Amended Complaint (Barrett, Chantel) (Entered: 03/09/2017) |
| 3 | 2/15/2017 | 446 | 14890 | So Ordered Stipulation Signed On 1/18/2017 Re: Applying Omnibus Extraterritoriality Briefing And Memorandum Decision To Certain Joinder Defendants. (Previously Entered as Doc. No. 14890 in Case No. 08-01789 on 01/18/2017.) (Barrett, Chantel) (Entered: 02/15/2017) |
| 4 | 2/8/2017 | 445 | 15023 | So Ordered Stipulation Signed On 2/7/2017. Re: Dismissal Of Certain Claims (Barrett, Chantel) (Entered: 02/08/2017) |
| 5 | 1/20/2017 | 443 | 14927 | Memorandum of Law /Joint Memorandum of Law in Support of Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C1-C2 # 4 Exhibit D1-D14 # 5 Exhibit E1-E2 # 6 Exhibit F1-F2 # 7 Exhibit G1-G2 # 8 Exhibit H) (Sheehan, David) (Entered: 01/20/2017) |
| 6 | 1/20/2017 | 442 | 14926 | Motion to Allow/Notice of Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 01/20/2017) |
| 7 | 4/7/2016 | – | 13051 | Letter to Judge Bernstein regarding Extraterritoriality Briefing Supplemental Authority Filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 04/07/2016) |
| 8 | 2/17/2016 | – | 12798 | Transcript regarding Hearing Held on 12/16/2015 10:33 AM RE: Motion to Allow - Trustees Fourth Omnibus Motion to Overrule Objections of Claimants Who Invested More than They Withdrew; Motion to Allow - Trustees Fifth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity;Omnibus Extraterritoriality Motion. Remote electronic access to the transcript is restricted until 5/31/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/8/2016. Statement of Redaction Request Due By 3/22/2016. Redacted Transcript Submission Due By 4/1/2016. Transcript access will be restricted through 5/31/2016. (Ortiz, Carmen) Modified on 3/14/2016 to correct hearing date(Acosta, Annya). (Entered: 03/09/2016) |
| 9 | 12/15/2015 | – | 12270 | Letter / December 15, 2015 Letter to Judge Bernstein Regarding Extraterritoriality Proceedings Filed by Thomas L. Long on behalf of Irving H. Picard. (Long, Thomas) (Entered: 12/15/2015) |
| 10 | 12/15/2015 | – | 12259 | Letter to Judge Stuart M. Bernstein Re: Order Concerning Further Proceedings on Extraterritorialty Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery, As Amended Filed by Robinson B. Lacy on behalf of Banque J. Safra (Suisse) S.A.. (Lacy, Robinson) (Entered: 12/15/2015) |
| 11 | 11/20/2015 | 418 | 12081 | Notice of Hearing on Defendants' Motion to Dismiss Based on Extraterritoriality and Trustee's Omnibus Motion For Leave to Replead filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 12/16/2015 at 11:00 AM at Courtroom 723 (SMB) (Attachments: # 1 Exhibit 1)(Sheehan, David) (Entered: 11/20/2015) |
| 12 | 10/7/2015 | – | 11696 | Letter Re: Extraterritoriality Motion Filed by Robinson B. Lacy on behalf of Banque J. Safra (Suisse) S.A.. (Lacy, Robinson) (Entered: 10/07/2015) |
| 13 | 9/30/2015 | 414 | 11639 | Declaration of S. Ellie Norton in Support of HSBC Defendants' Separate Memorandum of Law Addressing the Claims in the Kingate, Omnibus, Somers, and SICO Actions and in Further Support of Transferee Defendants' Motion to Dismiss Based on Extraterritoriality, dated September 30, 2015 filed by Thomas J. Moloney on behalf of HSBC Bank Bermuda Limited, HSBC Bank PLC, HSBC Fund Services (Luxembourg) S.A., HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Private Bank (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A.. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Moloney, Thomas) (Entered: 09/30/2015) |

**Appendix A**
*Picard v. HSBC Bank plc* **, Adv. Pro. No. 09-01364**
**Bankruptcy Court Designations**

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 14 | 9/30/2015 | 413 | 11636 | Supplemental Reply to Motion /The HSBC Defendants' Separate Memorandum of Law Addressing the Claims in the Kingate, Omnibus, Somers, and SICO Actions and in Further Support of Transferee Defendants' Motion to Dismiss Based on Extraterritoriality, dated September 30, 2015 filed by Thomas J. Moloney on behalf of HSBC Bank Bermuda Limited, HSBC Bank PLC, HSBC Fund Services (Luxembourg) S.A., HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Private Bank (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A.. (Moloney, Thomas) (Entered: 09/30/2015) |
| 15 | 9/30/2015 | 412 | 11624 | Supplemental Reply to Motion / Supplemental Reply Memorandum of Law in Further Support of the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality and in Opposition to the Trustee's Motion for Leave to Amend His Complaint filed by Sameer Nitanand Advani on behalf of Equus Asset Management LTD., Hermes Asset Management Limited, Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd.. (Advani, Sameer) (Entered: 09/30/2015) |
| 16 | 9/30/2015 | 411 | – | Reply to Motion / Reply Consolidated Supplemental Memorandum of Law in Support of Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Sameer Nitanand Advani on behalf of Equus Asset Management LTD., Hermes Asset Management Limited, Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd.. (Advani, Sameer) (Entered: 09/30/2015) |
| 17 | 9/30/2015 | 410 | – | Supplemental Reply to Motion / Reply Consolidated Supplemental Memorandum of Law in Support of Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Joseph P. Moodhe on behalf of Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd.. (Moodhe, Joseph) (Entered: 09/30/2015) |
| 18 | 9/30/2015 | 409 | 11542 | Reply to Motion Reply Consolidated Supplemental Memorandum of Law in Support of Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Franklin B. Velie on behalf of BA Worldwide Fund Management Limited. (Velie, Franklin) (Entered: 09/30/2015) |
| 19 | 9/30/2015 | 408 | 11523 | Supplemental Reply to Motion / Supplemental Reply Memorandum of Law in Further Support of Motion to Dismiss Based on Extraterritoriality and in Opposition to the Trustee's Motion for Leave to Amend his Complaint filed by Joseph P. Moodhe on behalf of Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd.. (Moodhe, Joseph) (Entered: 09/30/2015) |
| 20 | 7/28/2015 | 407 | 10877 | So Ordered Stipulation Signed On 7/27/2015. Re: Voluntary Dismissal Without Prejudice As To Defendants T+M Trusteeship & Management Services S.A. And Gtm Management Services Corp. N.V. (Greene, Chantel) (Entered: 07/28/2015) |
| 21 | 7/22/2015 | 406 | 10785 | So Ordered Stipulation Signed On 7/21/2015. Re: Voluntary Dismissal Without Prejudice As To Defendant Unicredit Bank Austria AG (Greene, Chantel) (Entered: 07/22/2015) |
| 22 | 7/22/2015 | 405 | 10783 | So Ordered Stipulation Signed On 7/21/2015. Re: Dismissal (Greene, Chantel) (Entered: 07/22/2015) |
| 23 | 7/22/2015 | 404 | 10781 | So Ordered Stipulation Signed On 7/17/2015. Re: Voluntary Dismissal With Prejudice As To Defendants Unicredit S.P.A. And Pioneer Alternative Investment Management Limited (Greene, Chantel) (Entered: 07/22/2015) |
| 24 | 6/26/2015 | 399 | 10301 | Statement /Proffered Second Amended Complaint (related document(s)396) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Sheehan, David) (Entered: 06/26/2015) |
| 25 | 6/26/2015 | 398 | 10300 | Response /Addendum to the Trustee's Opposition on the Extraterritoriality Issue for HSBC Bank PLC and HSBC Private Bank (Suisse) S.A. (related document(s)396) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 06/26/2015) |
| 26 | 6/26/2015 | 397 | 10298 | Response /Addendum to the Trustee's Opposition on the Extraterritoriality Issue (related document(s)396) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 06/26/2015) |
| 27 | 6/26/2015 | 396 | 10297 | Opposition Brief /Trustee's Memorandum of Law in Opposition to the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality and in Further Support of Trustee's Motion for Leave to Amend Complaints (related document(s)314) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Sheehan, David) (Entered: 06/26/2015) |
| 28 | 4/27/2015 | 386 | 9871 | Stipulation and Order signed on 4/27/2015 for Voluntary Dismissal With Prejudice as to Herald (LUX) SICAV. (Lopez, Mary) (Entered: 04/27/2015) |

**Appendix A**
*Picard v. HSBC Bank plc* , Adv. Pro. No. 09-01364
**Bankruptcy Court Designations**

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 29 | 4/1/2015 | – | 9720 | So Ordered Third Stipulation Signed On 3/31/2015. Re: Modifying The Order Concerning Further Proceedings OnExtraterritoriality Motion And Trustees Omnibus Motion For Leave To Replead And For Limited Discovery (Greene, Chantel) (Entered: 04/01/2015) |
| 30 | 3/19/2015 | – | 9706 | Transcript regarding Hearing Held on 3/18/2015 2:05PM RE: Conference re Confidentiality Issues Related to Extraterritoriality Submission.  Remote electronic access to the transcript is restricted until 6/17/2015.  The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/26/2015. Statement of Redaction Request Due By 4/9/2015. Redacted Transcript Submission Due By 4/20/2015. Transcript access will be restricted through 6/17/2015. (Ortiz, Carmen) (Entered: 03/31/2015) |
| 31 | 3/17/2015 | 377 | 9504 | Letter /Trustee's Supplemental Letter Regarding Confidentiality Designations Affecting The Trustee's Extraterritoriality Submission (related document(s)372) Filed by Regina Griffin on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Griffin, Regina) (Entered: 03/17/2015) |
| 32 | 3/10/2015 | 374 | 9449 | Notice of Hearing / Notice of Conference on Trustee's Letter regarding Confidentiality Designations Affecting the Trustee's Extraterritoriality Submission (related document(s)372) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 3/18/2015 at 02:00 PM at Courtroom 723 (SMB) (Sheehan, David) (Entered: 03/10/2015) |
| 33 | 3/4/2015 | 372 | 9413 | Letter Regarding Confidentiality Designations Affecting The Trustee's Extraterritoriality Submission Filed by Regina Griffin on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Griffin, Regina) (Entered: 03/04/2015) |
| 34 | 3/2/2015 | | 9542 | Transcript regarding Hearing Held on 11/19/2014 9:59AM RE: Hearing on presentment of order concerning further proceedings on extraterritoriality motion and trustee's omnibus motion for leave to replead and for limited discovery. Remote electronic access to the transcript is restricted until 6/1/2015. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: VERITEXT REPORTING COMPANY.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/9/2015. Statement of Redaction Request Due By 3/23/2015. Redacted Transcript Submission Due By 4/2/2015. Transcript access will be restricted through 6/1/2015. (Ortiz, Carmen) (Entered: 03/20/2015) |
| 35 | 2/24/2015 | – | 9350 | Second Stipulation And Order Signed On 2/24/2015 Re: Modifying The Order Concerning Further Proceedings OnExtraterritoriality Motion And Trustees Omnibus Motion For Leave To Replead And For Limited Discovery . (Greene, Chantel) (Entered: 02/24/2015) |
| 36 | 1/26/2015 | 364 | 9181 | So Ordered Stipulation signed on 1/23/2015 Voluntary Dismissal With Prejudice As To Senator Fund SPC. (related document(s)350) (Rodriguez, Maria) (Entered: 01/26/2015) |
| 37 | 1/16/2015 | 362 | 9060 | So Ordered Stipulation Signed On 1/16/2015. Re: Voluntary Dismissal With Prejudice As To Herald Fund SPC And Primeo Fund (Greene, Chantel) (Entered: 01/16/2015) |
| 38 | 1/14/2015 | – | 8990 | So Ordered Stipulation Signed On 1/13/2015. Re: Modifying TheOrder Concerning Further Proceedings OnExtraterritoriality Motion And Trustees Omnibus Motion For Leave To Replead And For Limited Discovery (Greene, Chantel) (Entered: 01/14/2015) |
| 39 | 1/8/2015 | 360 | 8903 | Supplemental Memorandum of Law (Consolidated) in Support of the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Matthew Allen Feldman on behalf of Alberto Benbassat, Stephanie Benbassat, Cape Investment Advisors Limited, Equus Asset Management LTD., Equus Asset Management Partners, L.P., Genevalor, Benbassat Et Cie, Hermes Asset Management Limited, Alain B. Levy, Roberto Nespolo, David T. Smith, Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd.. (Feldman, Matthew) (Entered: 01/08/2015) |
| 40 | 1/7/2015 | 358 | – | Memorandum of Law / Consolidated Supplemental Memorandum of Law in Support of the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Mark M. Elliott on behalf of Olivier Ador, Aurelia Asset Management Partners, Aurelia Fund Management Limited, Pascal Cattaneo, Laurent Mathysen-Gerst, Vladimir Stepczynski, Jean-Marc Wenger. (Elliott, Mark) (Entered: 01/07/2015) |
| 41 | 1/2/2015 | 357 | – | Supplemental Memorandum of Law (Consolidated) in Support of the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Franklin B. Velie on behalf of Unicredit Bank Austria AG. (Velie, Franklin) (Entered: 01/02/2015) |
| 42 | 1/2/2015 | 356 | – | Memorandum of Law / Consolidated Supplemental Memorandum of Law in Support of the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Michael E. Wiles on behalf of Geo Currencies Ltd. S.A., Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd., Thema International Fund PLC, Thema Wise Investments Ltd.. (Wiles, Michael) (Entered: 01/02/2015) |
| 43 | 1/2/2015 | 355 | – | Supplemental Memorandum of Law (Consolidated) in Support of the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality filed by Mark McDermott on behalf of Pioneer Alternative Investment Management Limited, UniCredit S.p.A.. (McDermott, Mark) (Entered: 01/02/2015) |

**Appendix A**
*Picard v. HSBC Bank plc* , Adv. Pro. No. 09-01364
Bankruptcy Court Designations

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 44 | 12/18/2014 | 351 | 8800 | So Ordered Order Signed On 12/10/2014, Re: Concerning Further Proceedings On Extraterritoriality Motion And Trustees Omnibus Motion For Leave To Replead And For Limited Discovery (Richards, Beverly). (Entered: 12/18/2014) |
| 45 | 12/8/2014 | 347 | 8776 | Amended Answer to Complaint Answer, Affirmative Defenses and Amended Cross Claim of Alpha Prime Fund Limited and Senator Fund SpC (related document(s)82) filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited, Senator Fund SPC.(Duffy, Todd) (Entered: 12/08/2014) |
| 46 | 12/2/2014 | 345 | 8630 | Notice of Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery and Opportunity for Hearing (related document(s)332) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with presentment to be held on 12/10/2014 at 12:00 PM at Courtroom 723 (SMB) Objections due by 12/5/2014, (Attachments: # 1 Exhibit A # 2 Exhibit B)(Sheehan, David) (Entered: 12/02/2014) |
| 47 | 11/18/2014 | 340 | 8500 | Statement /Trustee's Statement Regarding Amendments to Exhibits to Proposed Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (related document(s)332) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibits 1 - 4) (Sheehan, David) (Entered: 11/18/2014) |
| 48 | 11/12/2014 | 336 | 8440 | Response - Trustee's Response to Limited Objections to Proposed Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (related document(s)332) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 11/19/2014 at 10:00 AM at Courtroom 723 (SMB) (Sheehan, David) (Entered: 11/12/2014) |
| 49 | 11/11/2014 | – | 8636 | Transcript regarding Hearing Held on 9/17/2014 1:32PM RE: Status Conference re Affect Dist. Ct. Extraterritoriality Order; Becker & Poliakoff LLP Motions to Dismiss and Motions to Dismiss Listed on Appendix A to the Trustees February 20 Letter to the Court, as amended.  Remote electronic access to the transcript is restricted until 2/9/2015.  The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: VERITEXT REPORTING COMPANY.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/18/2014. Statement of Redaction Request Due By 12/2/2014. Redacted Transcript Submission Due By 12/12/2014. Transcript access will be restricted through 2/9/2015. (Ortiz, Carmen) (Entered: 12/02/2014) |
| 50 | 11/7/2014 | 334 | 8390 | Notice of Hearing on Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery and Opportunity for Hearing (related document(s)332) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 11/19/2014 at 10:00 AM at Courtroom 723 (SMB) (Sheehan, David) (Entered: 11/07/2014) |
| 51 | 11/3/2014 | – | 8345 | Statement of Defendants Legacy Capital Ltd., Isaac Jimmy Mayer, Rafael Mayer, David Mayer, Khronos LLC, Khronos Capital Research LLC and Montpellier Resources Ltd. in Response to Proposed Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (related document(s)8249) filed by Eric Fisher on behalf of Khronos Capital Research LLC, Khronos LLC, David Mayer, Rafael Mayer. (Fisher, Eric) (Entered: 11/03/2014) |
| 52 | 11/3/2014 | – | 8343 | Objection to Motion LIMITED OBJECTION OF MERRILL LYNCH INTERNATIONAL TO THE TRUSTEES PRESENTMENT OF ORDER CONCERNING FURTHER PROCEEDINGS ON EXTRATERRITORIALITY MOTION AND TRUSTEES OMNIBUS MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY (related document(s)7834) filed by Anthony D. Boccanfuso on behalf of Merrill Lynch International. (Boccanfuso, Anthony) (Entered: 11/03/2014) |
| 53 | 11/3/2014 | – | 8342 | Objection / Limited Objection of UBS Defendants to the Trustee's Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery (related document(s)8249) filed by Marshall R. King on behalf of UBS Third Party Management Company SA, UBS Fund Services (Luxembourg) SA, UBS (Luxembourg) S.A., UBS AG. (King, Marshall) (Entered: 11/03/2014) |
| 54 | 10/23/2014 | 332 | 8249 | Notice of Presentment of Order Concerning Further Proceedings on Extraterritoriality Motion and Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery and Opportunity for Hearing filed by Regina Griffin on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit A)(Griffin, Regina) (Entered: 10/23/2014) |
| 55 | 10/21/2014 | 330 | 8229 | Notice of Adjournment of Hearing on Trustee's Omnibus Motion for Leave to Replead and for Limited Discovery filed by Regina Griffin on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Griffin, Regina) (Entered: 10/21/2014) |

**Appendix A**
*Picard v. HSBC Bank plc* , Adv. Pro. No. 09-01364
**Bankruptcy Court Designations**

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 56 | 10/2/2014 | 324 | 8060 | Letter /October 2, 2014 Letter to Judge Bernstein regarding Trustee's Omnibus Motion for Leave to Replead and Defendants' Request for Further Proceedings on Extraterritoriality Motion (related document(s)314) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 10/02/2014) |
| 57 | 8/28/2014 | 316 | 7828 | Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (related document(s)314) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 10/22/2014 at 10:00 AM at Courtroom 723 (SMB) (Attachments: # 1 Exhibit 1 # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Sheehan, David) (Entered: 08/28/2014) |
| 58 | 8/28/2014 | 315 | 7827 | Memorandum of Law /Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (related document(s)314) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit 1) (Sheehan, David) (Entered: 08/28/2014) |
| 59 | 8/28/2014 | 314 | 7826 | Motion to Allow/Notice of Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff with hearing to be held on 10/22/2014 at 10:00 AM at Courtroom 723 (SMB). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Sheehan, David) (Entered: 08/28/2014) |
| 60 | 8/22/2014 | – | 7766 | Letter Requesting Conference filed by Robinson B. Lacy on behalf of Banque J. Safra (Suisse) S.A.. (Lacy, Robinson) (Entered: 08/22/2014) |
| 61 | 8/1/2014 | 312 | – | Motion to Withdraw the Reference Returned to Bankruptcy Court, See Case No. 08-1789 Doc #7546 (White, Greg) (Entered: 08/01/2014) |
| 62 | 7/31/2014 | 311 | – | Motion to Withdraw the Reference Returned to Bankruptcy Court, See Case No. 08-1789 Doc #7546 (White, Greg) (Entered: 07/31/2014) |
| 63 | 7/30/2014 | 310 | – | Motion to Withdraw the Reference Returned to Bankruptcy Court, See Case No. 08-1789 Doc #7546 (White, Greg) (Entered: 07/30/2014) |
| 64 | 7/30/2014 | 309 | – | Motion to Withdraw the Reference Returned to Bankruptcy Court, See Case No. 08-1789 Doc #7546 (White, Greg) (Entered: 07/30/2014) |
| 65 | 7/30/2014 | 308 | – | Motion to Withdraw the Reference Returned to Bankruptcy Court, See Case No. 08-1789 Doc #7546 (White, Greg) (Entered: 07/30/2014) |
| 66 | 7/29/2014 | – | 7547 | Order of U.S. District Court Judge Jed S. Rakoff signed on 7/7/2014. In sum, the Court finds that section 550(a) does not apply extraterritorially to allow for the recovery of subsequent transfers received abroad by a foreign transferee from a foreign transferor. Therefore, the Trustee's recovery claims are dismissed to the extent that they seek to recover purely foreign transfers. Except to the extent provided in other orders, the Court directs that the following adversary proceedings be returned to the Bankruptcy Court for further proceedings consistent with this Opinion and Order: (1) those cases listed in Exhibit A of item number 167 on the docket of 12-mc-115; and (2) those cases listed in the schedule attached to item number 468 on the docket of 12-mc-115 that were designated as having been added to the "extraterritoriality" consolidated briefing. SO ORDERED. (Savinon, Tiffany) (Entered: 07/29/2014) |
| 67 | 9/11/2012 | 223 | – | Answer to Amended Complaint (Related Doc # 170) filed by Todd E. Duffy on behalf of Carruba Asset Management Ltd., Alpha Prime Asset Management Ltd., Regulus Asset Management Limited, Tereo Trust Company Limited. (Duffy, Todd) (Entered: 09/11/2012) |

**Appendix A**
*Picard v. HSBC Bank plc* , Adv. Pro. No. 09-01364
**Bankruptcy Court Designations**

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 68 | 6/8/2012 | – | 4883 | [ PART 1] Order of U.S. District Court Judge Jed S. Rakoff signed on 6/6/2012. The reference of the Adversary Proceedings listed in Exhibit A is withdrawn, in part, from the Bankruptcy Court to this Court solely with respect to the Extraterritoriality Defendants for the limited purpose of hearing and determining whether SIP A and/or the Bankruptcy Code as incorporated by SIPA apply extraterritorially, permitting the Trustee to avoid the initial Transfers that were received abroad or to recover from initial, immediate or mediate foreign transferees. Except as otherwise provided herein or in other orders of this Court, the reference to the Bankruptcy Court is otherwise maintained for all other purposes. The Trustee and SIPC are deemed to have raised, in response to all pending motions for withdrawal of the reference based on the Extraterritoriality Issue, all arguments previously raised by either or both of them in opposition to all such motions granted by the Extraterritoriality Withdrawal Ruling, and such objections or arguments are deemed to be overruled, solely with respect to the Extraterritoriality Issue, for the reasons stated in the Extraterritoriality Withdrawal Ruling. All objections that could be raised by the Trustee and/or SIPC to the pending motions to withdraw the reference in the Adversary Proceedings, and the defenses and responses thereto that may be raised by the affected defendants, are deemed preserved on all matters. On or before July 13, 2012, the Extraterritoriality Defendants shall file a single consolidated motion to dismiss pursuant to Fed. R. Civ. P. 12 (made applicable to the Adversary Proceeding by Fed. R. Bankr. P. 7012) and a single consolidated supporting memorandum of law, not to exceed forty (40) pages (together, the "Extraterritoriality Motion to Dismiss"). The Trustee and SIPC shall each file a memorandum of law in opposition to the Extraterritoriality Motion to Dismiss, not to exceed forty (40) pages each, addressing the Extraterritoriality Withdrawal Ruling Issue (the "Trustee's Opposition") on or before August 17, 2012. Young Conaway Stargatt & Taylor, LLP, which is conflicts counsel for the Trustee, and Windels Marx Lane & Mittendorf, LLP, which is special counsel to the Trustee, each may file a joinder, not to exceed two (2) pages (excluding exhibits identifying the relevant adversary proceedings), to the Trustee's Opposition, on behalf of the Trustee in certain of the adversary proceedings listed on Exhibit A hereto on or before August 17, 2012. In either case, the respective joinders may only specify what portions of the Trustee's Opposition are joined and shall not make or offer any additional substantive argument. The Extraterritoriality Defendants shall file one consolidated reply brief, not to exceed twenty (20) pages, on or before August 31, 2012 (the "Reply Brief").<br><br>[PART 2] In the event the Trustee files an amended complaint (the "Amended Complaint") in any of the Adversary Proceedings after the Extraterritoriality Motion to Dismiss is filed, the Reply Brief shall include a reference (by civil action number and docket number only) to a representative Amended Complaint filed by the Trustee against Extraterritoriality Defendants. Any further requirement that the Amended Complaints subject to the Extraterritoriality Motion to Dismiss be identified or filed is deemed waived and satisfied. In the event the Trustee files an Amended Complaint, he shall, at the time the Amended Complaint is filed, provide the Extraterritoriality Defendants a blackline reflecting the changes made in the Amended Complaint from the then operative complaint. The Court will hold oral argument on the Extraterritoriality Motion to Dismiss on September 21, 2012, at 4:00 p.m. (the "Hearing Date"). On or before August 31, 2012, the Extraterritoriality Defendants shall designate one lead counsel to advocate their position at oral argument on the Hearing Date, but any other attorney who wishes to be heard may appear and so request. The caption displayed on this Order shall be used as the caption for all pleadings, notices and briefs to be filed pursuant to this Order. All communications and documents (including drafts) exchanged between and among any of the defendants in any of the adversary proceedings, and/or their respective attorneys, shall be deemed to be privileged communications and/or work product, as the case may be, subject to a joint interest privilege. This Order is without prejudice to any and all grounds for withdrawal of the reference (other than the Extraterritoriality Issue) raised in the Adversary Proceedings by the Extraterritoriality Defendants and any matter that cannot properly be raised or resolved on a Rule 12 motion, all of which are preserved. Nothing in this Order shall: (a) waive or resolve any issue not specifically raised in the Extraterritoriality Motion to Dismiss; (b) waive or resolve any issue raised or that could be raised by any party other than with respect to the Extraterritoriality Issue, including related issues that cannot be resolved on a motion under Fed. R. Civ. P. 12; or (c) notwithstanding Fed. R. Civ. P. 12(g)(2) or Fed. R. Bankr. P. 7012(g)(2), except as specifically raised in the Extraterritoriality Motion to Dismiss, limit, restrict or impair any defense or argument that has been raised or could be raised by any Extraterritoriality Defendant in a motion to dismiss under Fed. R. Civ. P. 12 or Fed. R. Bankr. P. 7012, or any other defense or right of any nature available to any Extraterritoriality Defendant (including, without limitation, all defenses based on lack of personal jurisdiction or insufficient service of process), or any argument or defense that could be raised by the Trustee or SIPC in response thereto. Nothing in this Order shall constitute an agreement or consent by any Extraterritoriality Defendant to pay the fees and expenses of any attorney other than such defendant's own retained attorney. This paragraph shall not affect or compromise any rights of the Trustee or SIPC.<br><br>[PART 3] This Order is without prejudice to and preserves all objections of the Trustee and SIPC to timely-filed motions for withdrawal of the reference currently pending before this Court (other than the withdrawal of the reference solely with respect to the Extraterritoriality Issue) 'AJjth respect to the Adversary Proceedings, and the defenses and responses thereto that may be raised by the affected defendants, are deemed preserved on all matters. The procedures established by this Order, or by further Order of this Court, shall constitute the sole and exclusive procedures for determination of the Extraterritoriality Issue in the Adversary Proceedings (except for any appellate practice resulting from such determination), and this Court shall be the forum for such determination. To the extent that briefing or argument schedules were previously established with respect to the Extraterritoriality Issue in any of the Adversary Proceedings, this Order supersedes all such schedules solely with respect to the Extraterritoriality Issue. To the extent briefing or argument schedules are prospectively established with respect to motions to withdraw the reference or motions to dismiss in any of the Adversary Proceedings, the Extraterritoriality Issue shall be excluded from such briefing or argument and such order is vacated. For the avoidance of doubt, to the extent any of the Extraterritoriality Defendants have issues other than the Extraterritoriality Issue or issues set forth in the Common Briefing Order that were withdrawn, those issues will continue to be briefed on the schedule previously ordered by the Court. Except as stated in this paragraph, this Order shall not be deemed or construed to modify, withdraw or reverse any prior Order of the Court that granted withdrawal of the reference in any Adversary Proceeding for any reason.(Savinon, Tiffany) (Entered: 06/08/2012) |

**Appendix A**
*Picard v. HSBC Bank plc* **, Adv. Pro. No. 09-01364**
**Bankruptcy Court Designations**

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 69 | 4/2/2012 | 205 | – | Memorandum of Law in Support of The Kohn Defendants' Motion to Withdraw the Reference (related document(s)203) filed by Sheldon Eisenberger on behalf of 20:20 Medici AG, Eurovaleur, Inc., Herald Asset Management Limited, Erwin Kohn, Sonja Kohn. (Eisenberger, Sheldon) (Entered: 04/02/2012) |
| 70 | 4/2/2012 | 204 | – | Declaration in Support of The Kohn Defendants' Motion to Withdraw the Reference (related document(s)203) filed by Sheldon Eisenberger on behalf of 20:20 Medici AG, Eurovaleur, Inc., Herald Asset Management Limited, Erwin Kohn, Sonja Kohn. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Eisenberger, Sheldon) (Entered: 04/02/2012) |
| 71 | 4/2/2012 | 203 | – | Motion to Withdraw the Reference filed by Sheldon Eisenberger on behalf of 20:20 Medici AG, Eurovaleur, Inc., Herald Asset Management Limited, Erwin Kohn, Sonja Kohn. Filing fee collected, receipt #00189207. (Eisenberger, Sheldon) (Entered: 04/02/2012) |
| 72 | 4/2/2012 | 202 | – | Declaration of Matthew B. Harris in Support of Hermes, Thema Fund, and Thema International Defendants' Motion to Withdraw the Reference, with Exhibits (related document(s)200) filed by Michael E. Wiles on behalf of Geo Currencies Ltd. S.A., Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd., Thema International Fund PLC, Thema Wise Investments Ltd.. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Certificate of Service) (Wiles, Michael) (Entered: 04/02/2012) |
| 73 | 4/2/2012 | 201 | – | Memorandum of Law in Support of Hermes, Thema Fund, and Thema International Defendants' Motion to Withdraw the Reference (related document(s)200) filed by Michael E. Wiles on behalf of Geo Currencies Ltd. S.A., Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd., Thema International Fund PLC, Thema Wise Investments Ltd.. (Attachments: # 1 Certificate of Service) (Wiles, Michael) (Entered: 04/02/2012) |
| 74 | 4/2/2012 | 200 | – | Motion to Withdraw the Reference filed by Michael E. Wiles on behalf of Geo Currencies Ltd. S.A., Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Ltd., Thema International Fund PLC, Thema Wise Investments Ltd.. (Attachments: # 1 Certificate of Service) (Wiles, Michael) (Entered: 04/02/2012) |
| 75 | 3/28/2012 | 187 | – | Memorandum of Law in Support of HSBC Defendants' Motion to Withdraw the Reference of Counts 2, 10 and 13 through 19 of the Amended Complaint, dated March 28, 2012 (related document(s)185) filed by Thomas J. Moloney on behalf of HSBC BANK USA, N.A., HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank PLC, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A.. (Moloney, Thomas) (Entered: 03/28/2012) |
| 76 | 3/28/2012 | 186 | – | Declaration of Charles J. Keeley in Support of HSBC Defendants' Motion to Withdraw the Reference, dated March 28, 2012 (related document(s)185) filed by Thomas J. Moloney on behalf of HSBC BANK USA, N.A., HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank PLC, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Moloney, Thomas) (Entered: 03/28/2012) |
| 77 | 3/28/2012 | 185 | – | Motion to Withdraw the Reference /HSBC Defendants' Motion to Withdraw the Reference of Counts 2, 10 and 13 through 19 of the Amended Complaint, dated March 28, 2012 filed by Thomas J. Moloney on behalf of HSBC BANK USA, N.A., HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank PLC, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A.. (Moloney, Thomas) (Entered: 03/28/2012) |
| 78 | 3/22/2012 | 181 | – | Declaration of Franklin B. Velie in Support of the Motion of UniCredit Bank Austria AG to Withdraw the Reference (related document(s)179) filed by Andrew T. Solomon on behalf of Unicredit Bank Austria AG. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (Solomon, Andrew) (Entered: 03/22/2012) |
| 79 | 3/22/2012 | 180 | – | Memorandum of Law in Support of the Motion of UniCredit Bank Austria AG to Withdraw the Reference (related document(s)179) filed by Andrew T. Solomon on behalf of Unicredit Bank Austria AG. (Solomon, Andrew) (Entered: 03/22/2012) |
| 80 | 3/22/2012 | 179 | – | Motion to Withdraw the Reference of UniCredit Bank Austria AG to Withdraw the Reference as to Counts Two and Ten of the Amended Complaint filed by Andrew T. Solomon on behalf of Unicredit Bank Austria AG. (Solomon, Andrew) (Entered: 03/22/2012) |

**Appendix A**
*Picard v. HSBC Bank plc* , Adv. Pro. No. 09-01364
Bankruptcy Court Designations

| Designation Number | Date | ECF Number (APN 09-01364) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 81 | 3/22/2012 | 178 | – | Declaration Of Marco E. Schnabl In Support Of The UCG/PAI Defendants' Motion To Withdraw The Reference As To Counts 2 And 10 Of The Amended Complaint (related document(s)176) filed by Mark McDermott on behalf of Pioneer Alternative Investment Management Limited, UniCredit S.p.A.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (McDermott, Mark) (Entered: 03/22/2012) |
| 82 | 3/21/2012 | 177 | – | Memorandum of Law In Support Of The UCG/PAI Defendants' Motion To Withdraw The Reference As To Counts 2 And 10 Of The Amended Complaint (related document(s)176) filed by Mark McDermott on behalf of Pioneer Alternative Investment Management Limited, UniCredit S.p.A.. (McDermott, Mark) (Entered: 03/21/2012) |
| 83 | 3/21/2012 | 176 | – | Motion to Withdraw the Reference By The UCG/PAI Defendants As To Counts 2 And 10 Of The Amended Complaint filed by Mark McDermott on behalf of Pioneer Alternative Investment Management Limited, UniCredit S.p.A.. (McDermott, Mark) (Entered: 03/21/2012) |
| 84 | 9/19/2011 | 134 | – | Declaration of LaShann DeArcy (related document(s)132) filed by Gary S. Lee on behalf of Primeo Fund. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F) (Lee, Gary) (Entered: 09/19/2011) |
| 85 | 9/19/2011 | 133 | – | Memorandum of Law in Support of Primeo Fund's Motion to Withdraw the Reference (related document(s)132) filed by Gary S. Lee on behalf of Primeo Fund. (Lee, Gary) (Entered: 09/19/2011) |
| 86 | 9/19/2011 | 132 | – | Motion to Withdraw the Reference filed by Gary S. Lee on behalf of Primeo Fund. (Lee, Gary) (Entered: 09/19/2011) |
| 87 | 8/3/2011 | 119 | – | Order of U.S. District Court Judge Jed S. Rakoff signed on 7/28/2011. Accordingly, the Court grants the motions to dismiss the common law claims against the HSBC defendants and the UCG/PAI defendants. The Clerk of the Court is hereby directed to close the two cases captioned as 11 cv 763 and 11 cv 836, in the U.S.D.C., S.D.N.Y. The Court further directs that what remains of adversary proceeding No. 09-1364A(BRL) be returned to the Bankruptcy Court for further proceedings consistent with this Opinion and Order. (Savinon, Tiffany) (Entered: 08/03/2011) |
| 88 | 5/27/2011 | 82 | – | Answer to Amended Complaint (Related Doc # 34), Crossclaim against HSBC Bank Bermuda Limited, HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Luxembourg) S.A. filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited, Senator Fund SPC. (Duffy, Todd) (Entered: 05/27/2011) |
| 89 | 12/5/2010 | 170 | – | (Due to a System Upgrade to ECF 4.1, Document #34 is not viewable by the public, therefore document #34 has been refiled and is now document #170) Amended Complaint against all defendants Filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Amended Complaint (Part 2)# 2 Exhibit A (Redacted)# 3 Exhibit B# 4 Exhibit C (Redacted)# 5 Exhibit D (Redacted)# 6 Exhibit E# 7 Exhibit F (Redacted)) (Richards, Beverly) Modified on 1/31/2012 (Richards, Beverly). Modified on 1/31/2012 (Richards, Beverly). (Entered: 01/31/2012) |
| 90 | 12/5/2010 | 34 | – | (THIS ENTRY HAS BEEN REFILED, SEE DOCUMENT #170 FOR CORRECT ENTRY) Amended Complaint against all defendants (related document(s)1) Filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Warshavsky, Oren) (Modified on 12/7/2010 to Attach Correct PDF File) (Richards, Beverly). (Modified on 12/9/2010 to Attach Correct PDF File) (Richards, Beverly). Additional attachment(s) added on 4/19/2011 (Richards, Beverly). Modified on 4/19/2011 to Attach Exhibits A - F)(Richards, Beverly). Modified on 1/31/2012 (Richards, Beverly). (Entered: 12/05/2010) |
| 91 | 8/28/2009 | 7 | – | Answer to Complaint (Related Doc # 1) filed by Thomas J. Moloney on behalf of HSBC Bank PLC, HSBC Securities Services (Luxembourg) S.A.. (Moloney, Thomas) (Entered: 08/28/2009) |
| 92 | 7/15/2009 | 1 | – | Complaint against Alpha Prime Fund Limited, HSBC Bank PLC, HSBC Securities Services (Luxembourg) S.A. . Nature(s) of Suit: (11 (Recovery of money/property - 542 turnover of property)), (12 (Recovery of money/property - 547 preference)), (13 (Recovery of money/property - 548 fraudulent transfer)), (14 (Recovery of money/property - other)) Filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 07/15/2009) |