08-01789-cgm    Doc 15471-2    Filed 03/28/17    Entered 03/28/17 18:23:58    Appendix B
Pg 1 of 2

# Appendix B
*Picard v. Fairfield Inv. Fund Ltd.*, Adv. Pro. No. 09-01239
Bankruptcy Court Designations

| Designation Number | Date | Adv. Pro. No. | ECF Number | Docket Text |
|---|---|---|---|---|
| 42 | 6/26/2015 | 09-01239 | 187 | Statement /Proffered Second Amended Complaint (related document(s)185) filed by David J. Sheehan on behalf of Irving Picard. (Attachments: # 1 Exhibit 1-34) (Sheehan, David) (Entered: 06/26/2015) |
| 43 | 7/13/2011 | 09-01239 | 110 | Consent Judgment signed on 7/13/2011. Judgment is hereby entered in favor of the Trustee and against Fairfield Sigma in the amount of $752,300,000.00. JUDGMENT INDEX NUMBER BC 11,0230 (Rouzeau, Anatin) (Entered: 07/13/2011) |
| 44 | 7/13/2011 | 09-01239 | 109 | Consent Judgment signed on 7/13/2011. Judgment is hereby entered in favor of the Trustee and against Fairfield Sentry in the amount of $3,054,000,000.00. JUDGMENT INDEX NUMBER BC 11,0229 (Rouzeau, Anatin) (Entered: 07/13/2011) |
| 45 | 7/13/2011 | 09-01239 | 108 | Consent Judgment signed on 7/13/2011. Judgment is hereby entered in favor of the Trustee and against Fairfield Lambda in the amount of $52,900,000.00. JUDGMENT INDEX NUMBER BC 11,0228 (Rouzeau, Anatin) (Entered: 07/13/2011) |
| 46 | 6/10/2011 | 09-01239 | 95 | Order signed on 6/10/2011 Approving An Agreement By And Among The Trustee And Kenneth Krys And Joanna Lau, Solely In Their Respective Capacities As The Foreign Representatives For And Joint Liquidators Of Fairfield Sentry Limited, Fairfield Sigma Limited, And Fairfield Lambda Limited (Related Doc # 69 ) 92 . (Gadson, Carol) (Entered: 06/10/2011) |
| 47 | 6/8/2011 | 09-01239 | 93 | Transcript regarding Hearing Held on 06/07/2011 10:06AM RE: Motion to file a Third Amended Complaint (09-01661); Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 (a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and Kenneth Krys and Joanna Lau, Solely in Their Respective Capacities as the Foreign Representatives for and Joint Liquidators of Faifield Sentry Limited, Fairfield Sigma Limited and Fairfield Lambda Limited.. Remote electronic access to the transcript is restricted until 9/6/2011. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company..]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/15/2011. Statement of Redaction Request Due By 6/29/2011. Redacted Transcript Submission Due By 7/11/2011. Transcript access will be restricted through 9/6/2011. (Villegas, Carmen) (Entered: 06/09/2011) |
| 48 | 6/7/2011 | 09-01239 | 92 | Bench Memorandum and Order Granting Trustee"s Motion for Entry of Order Approving Agreement (Related Doc # 69 ) signed on 6/7/2011. (Chou, Rosalyn) (Entered: 06/07/2011) |
| 49 | 6/6/2011 | 09-01239 | 89 | Reply to Motion (UNREDACTED) Foreign Representatives" Reply In Opposition To Derivative Plaintiffs" (I) Objection To Settlement And, In The Alternative, (II)"Motion" To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164 (related document(s) 81 ) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Molton, David) (Entered: 06/06/2011) |
| 50 | 6/6/2011 | 09-01239 | 86 | Reply to Motion Derivative Plaintiffs" Reply in Further Support of (i) Objection to Settlement and, In the Alternatve, (ii) Motion to Stay any Approval Pending Appeal of Chapter 15 Recognition Order Issued in Case No. 10-13164 filed by Robert A. Wallner on behalf of Miguel Lomeli, Morning Mist Holdings Limited. (Wallner, Robert) (Entered: 06/06/2011) |
| 51 | 6/2/2011 | 09-01239 | 83 | Declaration of William Hare In Support of Foreign Representatives" Reply In Opposition To Derivative Plaintiffs" (I) Objection To Settlement And, In The Alternative, (II)"Motion" To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164 (related document(s) 82 ) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Molton, David) (Entered: 06/02/2011) |
| 52 | 6/2/2011 | 09-01239 | 82 | Reply to Motion (REDACTED) Foreign Representatives" Reply In Opposition To Derivative Plaintiffs" (I) Objection To Settlement And, In The Alternative, (II)"Motion" To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164 (related document(s) 81 ) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Molton, David) (Entered: 06/02/2011) |
| 53 | 6/2/2011 | 09-01239 | 80 | Response Trustee Irving H. Picard"s Response to the Objections to the Settlement Between the Trustee and the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited and Fairfield Lambda Limited (related document(s) 69 , 74 , 76 , 75 ) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 6/7/2011 at 10:00 AM at Courtroom 623 (BRL) (Sheehan, David) (Entered: 06/02/2011) |
| 54 | 5/26/2011 | 09-01239 | 76 | Objection to Motion Derivative Plaintiffs" (i) Objection to Settlement and in the Alternative, (ii) Motion to Stay any Approval Pending Appeal of Chapter 15 Recognition Order Issued in Case No. 10-13164 filed by Robert A. Wallner on behalf of Morning Mist Holdings Limited, Miguel Lomeli. (Wallner, Robert) (Entered: 05/26/2011) |
| 55 | 5/26/2011 | 09-01239 | 75 | Objection / Joinder of Banco Bilbao Vizcaya Argentaria, S.A. in the Objection of Safra National Bank of New York to Motion for Entry of Order (related document(s) 74 ) filed by Heather Lamberg Kafele on behalf of Banco Bilbao Vizcaya Argentaria, S.A.. with hearing to be held on 6/7/2011 at 10:00 AM at Courtroom 623 (BRL) (Kafele, Heather) (Entered: 05/26/2011) |

Appendix B
*Picard v. Fairfield Inv. Fund Ltd.*, Adv. Pro. No. 09-01239
Bankruptcy Court Designations

| Designation Number | Date | Adv. Pro. No. | ECF Number | Docket Text |
|---|---|---|---|---|
| 56 | 5/25/2011 | 09-01239 | 74 | Objection to Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between the Trustee and Kenneth Krys and Joanna Lau, Solely in their Respective Capacities as the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (related document(s) 69 ) filed by Robinson B. Lacy on behalf of Safra National Bank of New York. with hearing to be held on 6/7/2011 at 10:00 AM at Location to be announced Objections due by 5/26/2011. (Lacy, Robinson) (Entered: 05/25/2011) |
| 57 | 5/9/2011 | 09-01239 | 69 | Motion to Approve /Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving An Agreement by and Between the Trustee and Kenneth Krys and Joanna Lau, Solely in Their Respective Capacities as the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 6/7/2011 at 10:00 AM at Courtroom 623 (BRL) (Attachments: # 1 Notice Of Motion# 2 Exhibit A (Settlement Agreement) to the Motion# 3 Exhibit A to the Settlement Agreement# 4 Exhibit B to the Settlement Agreement# 5 Exhibit C to the Settlement Agreement# 6 Exhibit D to the Settlement Agreement# 7 Exhibit E to the Settlement Agreement# 8 Exhibit F to the Settlement Agreement# 9 Exhibit G to the Settlement Agreement# 10 Exhibit H to the Settlement Agreement# 11 Exhibit I to the Settlement Agreement# 12 Exhibit B (Proposed Order) to the 9019 Motion# 13 Exhibit C (Affidavit of Irving Picard) to the 9019 Motion) (Sheehan, David) (Entered: 05/09/2011) |
| 58 | 7/20/2010 | 09-01239 | 23 | Amended Complaint against all defendants (related document(s) 22 , 1 ) Filed by Marc E. Hirschfield on behalf of Irving Picard. (Attachments: # 1 Exhibit 1 through 111) (Hirschfield, Marc) (Entered: 07/20/2010) |