**Appendix B**
*Picard v. Ceretti*, Adv. Pro. No. 09-01161
**Bankruptcy Court Designations**

| Designation Number | Date | Adv. Pro. No. | ECF Number | Docket Text |
|---|---|---|---|---|
| 42 | 3/17/2014 | 09-01161 | 100 | Amended Complaint against all defendants (Fourth Amended) Filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Sheehan, David) (Entered: 03/17/2014) |