**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02570 (SMB) |
| Plaintiff, | |
| v. | |
| BANCA CARIGE S.p.A., | |
| Defendant. | |

**TRUSTEE'S STATEMENT OF ISSUES TO BE PRESENTED AND**
**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act

("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, individually, hereby submits,

pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the

Local Bankruptcy Rules for the Southern District of New York, this statement of issues to be

presented and designation of items to be included in the record on appeal with respect to the

Trustee's appeal in the above captioned adversary proceeding (the "Adversary Proceeding") of

the Stipulated Final Order Granting Motion to Dismiss Complaint (the "Final Judgment," a copy

of which is annexed hereto as Exhibit 1)[1] before the United States Court of Appeals for the

Second Circuit.[2]

## I.    Statement of Issues to be Presented

1.    Whether and in what circumstances SIPA and the Bankruptcy Code permit the

recovery of property fraudulently transferred by the debtor when it has been subsequently

transferred in transactions with allegedly extraterritorial components.

2.    Whether the comity of nations independently bars recovery of such property as

otherwise authorized by SIPA and the Bankruptcy Code.

## II.    Designation of Items to be Included in the Record on Appeal

The Trustee designates for inclusion in the record on appeal the items listed in Appendix

A, the pertinent docket entries filed in this Adversary Proceeding, including parallel citations to

---

[1] Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers of the Bankruptcy Court (Bernstein, J.), dated November 22, 2016 (attached as Exhibit A to the Final Judgment and annexed hereto as Exhibit 1).  *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Nov. 22, 2016), ECF No. 14495.

[2] The Trustee and the defendant in this Adversary Proceeding have agreed pursuant to 28 U.S.C. § 158(d)(2)(A)(iii) to certify this appeal to the United States Court of Appeals for the Second Circuit.  If, however, the United States Court of Appeals for the Second Circuit does not authorize a direct appeal, the Trustee appeals the Final Judgment, in the alternative, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1).

the main docket, *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re BLMIS)*,

Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y.).

The Trustee designates for inclusion in the record on appeal the items listed in Appendix

B, the pertinent docket entries filed in *Picard v. Fairfield Inv. Fund Ltd.*, Adv. Pro. No. 09-01239

(SMB) (Bankr. S.D.N.Y.), which are incorporated by reference in the various pleadings filed in

this Adversary Proceeding or are otherwise pertinent to the appeal of the Final Judgment.

The Trustee designates for inclusion in the record on appeal the items listed in Appendix

C, the pertinent docket entries filed in the United States District Court for the Southern District

of New York, *Picard v. Banca Carige S.p.A.*, No. 12-cv-02408 (JSR) (S.D.N.Y.) and *Sec.*

*Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Madoff Sec.)*, No. 12-mc-00115

(JSR) (S.D.N.Y.), in connection with and following withdrawal of the automatic bankruptcy

reference of this Adversary Proceeding pursuant to 28 U.S.C. § 157 (the "District Court

Designations").  Copies of the District Court Designations listed on Appendix C are annexed

hereto as Exhibits 2–24.

Each designated item on Appendices A through C shall also include any and all exhibits

and documents annexed to or referenced within such items.

[*Remainder of page intentionally left blank*]

Dated:  March 28, 2017
           New York, New York

By: */s/ Torello H. Calvani*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Torello H. Calvani
Email:  tcalvani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*