**Appendix B**

*Picard v. Harley Int'l (Cayman) Ltd.*, Adv. Pro. No. 09-01187

**Bankruptcy Court Designations**

| Designation Number | Date | Adv. Pro. No. | ECF Number | Docket Text |
|---|---|---|---|---|
| 46 | 11/10/2010 | 09-01187 | 15 | Order signed on 11/10/2010 Granting Entry of Summary and Default Judgments Against Harley International (Cayman) Limited (Related Doc # 8 ). (Saenz De Viteri, Monica) (Entered: 11/10/2010) |
| 47 | 10/26/2010 | 09-01187 | 12 | Statement Of Facts As To Which There Is No Genuine Issue To Be Tried (Local Bankruptcy Rule 7056-1) (related document(s) 8 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. with hearing to be held on 11/10/2010 at 10:00 AM at Courtroom 623 (BRL) Objections due by 11/3/2010, (Hirschfield, Marc) (Entered: 10/26/2010) |
| 48 | 10/26/2010 | 09-01187 | 11 | Memorandum of Law In Support Of The Trustee"s Motion For Default And Summary Judgments Against Harley International (Cayman) Limited (related document(s) 8 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. Objections due by 11/3/2010, (Hirschfield, Marc) (Entered: 10/26/2010) |
| 49 | 10/26/2010 | 09-01187 | 10 | Affidavit Of Joseph Looby In Support Of The Trustee"s Motion For Default And Summary Judgments Against Harley International (Cayman) Limited (related document(s) 8 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Hirschfield, Marc) (Entered: 10/26/2010) |
| 50 | 10/26/2010 | 09-01187 | 9 | Affidavit Of Elizabeth A. Scully In Support Of The Trustee"s Motion For Default And Summary Judgments Against Harley International (Cayman) Limited (related document(s) 8 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Hirschfield, Marc) (Entered: 10/26/2010) |
| 51 | 10/26/2010 | 09-01187 | 8 | Motion for Default Judgment And Summary Judgments Against Harley International (Cayman) Limited filed by Marc E. Hirschfield on behalf of Irving H. Picard. with hearing to be held on 11/10/2010 at 10:00 AM at Courtroom 623 (BRL) Responses due by 11/3/2010, (Attachments: # 1 Notice of Motion# 2 Proposed Order) (Hirschfield, Marc) (Entered: 10/26/2010) |
| 52 | 7/8/2009 | 09-01187 | 6 | Clerk"s Entry of Default against Harley International (Cayman) Limited (related document(s) 5 ) (Chou, Rosalyn) (Entered: 07/08/2009) |
| 53 | 7/2/2009 | 09-01187 | 5 | Motion for Default Judgment /Request to Enter Default filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Attachments: # 1 Affidavit Supporting Entry of Default# 2 Appendix Certificate of Service) (Hirschfield, Marc) (Entered: 07/02/2009) |
| 54 | 5/12/2009 | 09-01187 | 1 | Complaint against Harley International (Cayman) Limited . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)), (12 (Recovery of money/property - 547 preference)), (11 (Recovery of money/property - 542 turnover of property)) Filed by Irving H. Picard. (Attachments: # 1 Exhibit A) (Sheehan, David) (Entered: 05/12/2009) |