UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Trustee-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>        Trustee,<br>      v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br>        Defendants. | Adv. Pro. No.  10-05353 (SMB) |

## SO-ORDERED STIPULATION EXTENDING TIME TO RESPOND AND ADJOURNING THE PRE-TRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Trustee may respond to the Motions to Dismiss filed by Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.) ("Natixis FP") is extended up to and including June 9, 2017.  It is further stipulated and agreed that Natixis FP shall file its reply by September 1, 2017.

The pre-trial conference will be adjourned from to July 26, 2017 at 10:00 a.m. to October 25, 2017 at 10:00 a.m.  The return date for this matter was previously set for June 28, 2017 at 10:00 a.m. but will be rescheduled for September 27, 2017 at 10:00 a.m.

The purpose of this stipulated extension (the "Stipulation") is to provide adequate time for the Trustee to seek resolution of a protocol going forward as to the remaining claims against Natixis FP (certain of the claims having been dismissed by the Court's Order, dated March 9, 2017 [ECF No. 129]).

The extension of time granted by this Stipulation is without prejudice to any future extensions of time.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses the Trustee and Natixis FP may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences. *In re BLMIS*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Nov. 17, 2016), ECF No. 14447.

Dated: March 28, 2017
      New York, New York

BAKER & HOSTETLER LLP

By: /s/  Catherine E. Woltering
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Catherine E. Woltering
Email:  cwoltering@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the estate
of Bernard L. Madoff*

DAVIS & GILBERT LLP

By: /s/  Joseph Cioffi
1740 Broadway
New York, New York  10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Joseph Cioffi
Email:  jcioffi@dglaw.com
Bruce M. Ginsberg
Email:  bginsberg@dglaw.com
James R. Serritella
Email:  jserritella@dglaw.com

*Attorneys for Defendant Natixis Financial
Products LLC (as successor in interest to
Natixis Financial Products Inc.)*

**SO ORDERED**

Dated: March 28th, 2017
      New York, New York

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE