UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

     Plaintiff,          Adv. Pro. No. 08-01789 (SMB)

  v.               SIPA Liquidation

BERNARD L. MADOFF INVESTMENT    (Substantively Consolidated)
SECURITIES LLC,

     Defendant.
-----------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

     Debtor.
-----------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

     Plaintiff,          Adv. Pro. No. 10-04296 (SMB)

  v.

JEFFREY SHANKMAN,

     Defendant.
-----------------------------------------------------------------X

## ORDER GRANTING LEAVE TO WITHDRAW
## AS COUNSEL AND SETTING HEARING DATE

  Upon consideration of the application (the "Application") by Jaspan Schlesinger LLP ("JS"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant Jeffrey Shankman ("Defendant"); and due an sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; it is hereby

      **ORDERED** that the Application is granted; and it is further

      **ORDERED** that JS is granted leave to withdraw as counsel for Defendant and it is hereby deemed removed as counsel for Defendant in this proceeding; and it is further

      ~~**ORDERED** that a hearing will be held on _____, 2017 at \_\_\_\_ to determine and fix the legal fees and expenses owed to Jaspan Schlesinger LLP; and it is further~~

      ~~**ORDERED** that JS has a retaining lien allowing it to retain all of Defendant's papers and files until all outstanding legal fees and expenses are paid; and it is further~~

      ~~**ORDERED** that JS is granted a charging lien allowing it to an interest in any money recovered by Defendant in this action; and it is further~~**[SMB: 3/30/17]**

      **ORDERED** that this action is stayed for a period of ~~sixty (60)~~ **thirty (30)** days so as to allow Defendant time to retain new counsel or take such steps as he may deem necessary to protect his rights in this matter.

Dated:  New York, New York
        March 30th , 2017

                                              **/s/ STUART M. BERNSTEIN**
                                              Hon. Stuart M. Bernstein