**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>        v.<br><br>KOREA EXCHANGE BANK, individually and as Trustee for Korea Global All Asset Trust I-1, and as Trustee for Tams Rainbow Trust III, and KOREA INVESTMENT TRUST MANAGEMENT COMPANY,<br><br>        Defendants. | Adv. Pro. No. 11-02572 (SMB) |

## CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]

A notice of appeal having been filed in the above-styled matter on March 6, 2017 (ECF

No. 117), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated

liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the

Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of

Bernard L. Madoff, individually, and Korea Exchange Bank, individually and as Trustee for

---

[1] This certification complies with Official Bankruptcy Form 424.

Korea Global All Asset Trust I-1 and as trustee for Tams Rainbow Trust III, and Korea Investment Trust Company, who are the appellant and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from final judgments, orders, or decrees of the United States Bankruptcy Court for the Southern District of New York entered on January 30, 2017 (ECF No. 110), and March 3, 2017 (ECF No. 116).

An immediate appeal from the judgments, orders, or decrees may materially advance the progress of the case or proceeding in which the appeal is taken.   *See* 28 U.S.C. § 158(d)(2)(A)(iii).

[*Remainder of page intentionally left blank*]

SIGNED:      March 30, 2017
             New York, New York


By: */s/ David J. Sheehan*                    By: */s/ Richard Cirillo*
**BAKER & HOSTETLER LLP**                     **KING & SPALDING LLP**
45 Rockefeller Plaza                          1185 Avenue of the Americas
New York, New York 10111                      New York, New York 10036
Telephone:  (212) 589-4200                    Telephone:  (212) 556-2337
Facsimile:  (212) 589-4201                    Facsimile:  (212) 556-2222
David J. Sheehan                              Richard Cirillo
Email:  dsheehan@bakerlaw.com                 Email:  rcirillo@kslaw.com


*Attorneys for Appellant Irving H. Picard,*    *Attorneys for Appellee Korea Exchange Bank,*
*Trustee for the Substantively Consolidated*   *individually and as Trustee for Korea Global*
*SIPA Liquidation of Bernard L. Madoff*        *All Asset Trust I-1*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*


                                              By: */s/ John D. Giampolo*
                                              **WOLLMUTH MAHER & DEUTSCH LLP**
                                              500 Fifth Avenue
                                              New York, New 10110
                                              Phone: 212-382-3300
                                              Fax: 212-382-0050
                                              John D. Giampolo
                                              Email: jgiampolo@wmd-law.com


                                              *Attorneys for Appellee Korea Investment Trust*
                                              *Management Company*

3