# Exhibit 1

## Landrio, Nikki

**From:** Dion Rupa <drupa@veritext.com>
**Sent:** Thursday, March 30, 2017 2:11 PM
**To:** Landrio, Nikki
**Subject:** FW: Bankruptcy Order

Hi Nikki,

See below for your request. I also sent receipt of request yesterday to you at 10:16am if you'd like to use that one as well.


**Dion Rupa**
Bankruptcy Department Manager
-------------------------------------------------
**VERITEXT**
330 Old Country Rd  Suite 300 | Mineola NY 11501
**P** 888-706-4576 **Direct:** 516-608-2438
drupa@veritext.com
www.veritext.com
http://www.veritext.com/resources/bankruptcy

**From:** nlandrio@bakerlaw.com [mailto:nlandrio@bakerlaw.com]
**Sent:** Wednesday, March 29, 2017 8:54 AM
**To:** LI_Bankruptcy
**Subject:** Bankruptcy Order

Person Ordering: Nikki Landrio
Email Address: nlandrio@bakerlaw.com
Phone: 212-589-4221
Fax:
Firm Ordering: Baker & Hostetler LLP
Firm Address: 45 Rockefeller Plaza
Firm City: n
Firm State: New York
Firm Zip Code: 10111


**Hearing Information**
Hearing Date: March 29, 2017
Court District: SDNY, Bankruptcy Court
State: New York
Before Judge: Stuart M. Bernstein
Case Name: SIPC v. BLMIS
Case Number: 08-01789


Standing Order:

1

Additional Date:
Additional Date:
Additional Date:

Notes: There are several hearings related to Madoff before Judge Bernstein today. Below is a list of all of the related case numbers: 08-01789 10-04390 10-05224 10-05257 10-05295 10-04971 10-04350 10-04488 10-04387 10-05110 10-02760

**Order and Delivery Options**
Order Option: ORIGINAL: Daily (next day) @ 6.05 p.p.

In addition to the hard copy ordered above the following may be ordered for an additional fee: PDF Email,ASCII Email

**Would you like to view your transcripts online?**
MyVeritext gives you the ability to view all the Bankruptcy hearing transcripts you have ordered from Veritext. Transcripts can be viewed in multiple formats, and can even be viewed from your BlackBerry!:
Would you like to schedule a deposition or an auction in a bankruptcy related matter? If so, please check the box below and we will contact you to schedule.:

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.