# **EXHIBIT A**

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RADCLIFF INVESTMENTS LTD FIVE CONTINENTS FINANCIAL LTD ANCHORAGE CENTRE HARBOUR DRIVE | 1FR100 |