# EXHIBIT B

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Transaction Amount Reported in | Cash | Cash | Transfers of | Transfers of | Balance of | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent |
| Date | Transaction Description | Customer Statement | Deposits | Withdrawals | Principal In | Principal Out | Principal | Transfers | Transfers | Conveyances |
| 11/25/2003 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 5,000,000 | - | - | - |
| 11/25/2003 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 10,000,000 | - | - | - |
| 11/26/2003 | CANCEL CHECK | (5,000,000) | (5,000,000) | - | - | - | 5,000,000 | - | - | - |
| 11/28/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 5,000,000 | - | - | - |
| 12/31/2003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3) | - | (3) | - | - | 4,999,997 | - | - | - |
| 1/8/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,999,996 | - | - | - |
| 1/30/2004 | W/H TAX DIV MWD | (88) | - | (88) | - | - | 4,999,908 | - | - | - |
| 2/2/2004 | W/H TAX DIV SBC | (338) | - | (338) | - | - | 4,999,571 | - | - | - |
| 2/2/2004 | W/H TAX DIV VZ | (353) | - | (353) | - | - | 4,999,217 | - | - | - |
| 2/17/2004 | W/H TAX DIV PG | (197) | - | (197) | - | - | 4,999,021 | - | - | - |
| 2/27/2004 | W/H TAX DIV C | (680) | - | (680) | - | - | 4,998,340 | - | - | - |
| 2/27/2004 | W/H TAX DIV MER | (52) | - | (52) | - | - | 4,998,289 | - | - | - |
| 3/1/2004 | W/H TAX DIV INTC | (85) | - | (85) | - | - | 4,998,203 | - | - | - |
| 3/1/2004 | W/H TAX DIV WFC | (255) | - | (255) | - | - | 4,997,948 | - | - | - |
| 3/5/2004 | W/H TAX DIV PFE | (427) | - | (427) | - | - | 4,997,521 | - | - | - |
| 3/9/2004 | W/H TAX DIV JNJ | (233) | - | (233) | - | - | 4,997,288 | - | - | - |
| 3/10/2004 | W/H TAX DIV XOM | (540) | - | (540) | - | - | 4,996,748 | - | - | - |
| 3/10/2004 | W/H TAX DIV IBM | (91) | - | (91) | - | - | 4,996,657 | - | - | - |
| 3/12/2004 | W/H TAX DIV MMM | (97) | - | (97) | - | - | 4,996,560 | - | - | - |
| 4/6/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (17) | - | (17) | - | - | 4,996,543 | - | - | - |
| 4/19/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,996,542 | - | - | - |
| 4/30/2004 | W/H TAX DIV MWD | (88) | - | (88) | - | - | 4,996,454 | - | - | - |
| 4/30/2004 | W/H TAX DIV JPM | (220) | - | (220) | - | - | 4,996,234 | - | - | - |
| 5/3/2004 | W/H TAX DIV VZ | (343) | - | (343) | - | - | 4,995,891 | - | - | - |
| 5/3/2004 | W/H TAX DIV SBC | (329) | - | (329) | - | - | 4,995,562 | - | - | - |
| 5/14/2004 | W/H TAX DIV PG | (203) | - | (203) | - | - | 4,995,359 | - | - | - |
| 5/17/2004 | W/H TAX DIV TXN | (12) | - | (12) | - | - | 4,995,347 | - | - | - |
| 5/26/2004 | W/H TAX DIV MER | (48) | - | (48) | - | - | 4,995,300 | - | - | - |
| 5/27/2004 | W/H TAX DIV GS | (41) | - | (41) | - | - | 4,995,259 | - | - | - |
| 5/28/2004 | W/H TAX DIV C | (670) | - | (670) | - | - | 4,994,590 | - | - | - |
| 6/1/2004 | W/H TAX DIV INTC | (83) | - | (83) | - | - | 4,994,506 | - | - | - |
| 6/1/2004 | W/H TAX DIV WFC | (243) | - | (243) | - | - | 4,994,263 | - | - | - |
| 6/4/2004 | W/H TAX DIV PFE | (413) | - | (413) | - | - | 4,993,850 | - | - | - |
| 6/7/2004 | W/H TAX DIV WMT | (179) | - | (179) | - | - | 4,993,671 | - | - | - |
| 6/8/2004 | W/H TAX DIV JNJ | (269) | - | (269) | - | - | 4,993,402 | - | - | - |
| 6/9/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (15) | - | (15) | - | - | 4,993,387 | - | - | - |
| 6/10/2004 | W/H TAX DIV XOM | (561) | - | (561) | - | - | 4,992,826 | - | - | - |
| 6/10/2004 | W/H TAX DIV IBM | (97) | - | (97) | - | - | 4,992,729 | - | - | - |
| 6/14/2004 | W/H TAX DIV MMM | (87) | - | (87) | - | - | 4,992,641 | - | - | - |
| 6/18/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 4,992,639 | - | - | - |
| 6/24/2004 | W/H TAX DIV HD | (65) | - | (65) | - | - | 4,992,575 | - | - | - |
| 6/30/2004 | W/H TAX DIV PEP | (136) | - | (136) | - | - | 4,992,439 | - | - | - |
| 7/1/2004 | W/H TAX DIV KO | (212) | - | (212) | - | - | 4,992,227 | - | - | - |
| 7/7/2004 | W/H TAX DIV HPQ | (83) | - | (83) | - | - | 4,992,144 | - | - | - |
| 7/9/2004 | W/H TAX DIV MO | (460) | - | (460) | - | - | 4,991,683 | - | - | - |
| 8/18/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (21) | - | (21) | - | - | 4,991,662 | - | - | - |
| 8/23/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,991,661 | - | - | - |
| 9/7/2004 | W/H TAX DIV WMT | (201) | - | (201) | - | - | 4,991,460 | - | - | - |
| 9/10/2004 | W/H TAX DIV UTX | (64) | - | (64) | - | - | 4,991,397 | - | - | - |
| 9/13/2004 | W/H TAX DIV MMM | (98) | - | (98) | - | - | 4,991,299 | - | - | - |
| 9/14/2004 | W/H TAX DIV MSFT | (308) | - | (308) | - | - | 4,990,991 | - | - | - |
| 9/16/2004 | W/H TAX DIV HD | (70) | - | (70) | - | - | 4,990,921 | - | - | - |
| 9/17/2004 | W/H TAX DIV AIG | (70) | - | (70) | - | - | 4,990,851 | - | - | - |
| 9/24/2004 | W/H TAX DIV BAC | (654) | - | (654) | - | - | 4,990,196 | - | - | - |
| 9/30/2004 | W/H TAX DIV PEP | (139) | - | (139) | - | - | 4,990,057 | - | - | - |
| 10/1/2004 | W/H TAX DIV MRK | (299) | - | (299) | - | - | 4,989,758 | - | - | - |

Exhibit B

BLMIS ACCOUNT NO. 1FR100 - RADCLIFF INVESTMENTS LTD FIVE CONTINENTS FINANCIAL LTD ANCHORAGE CENTRE HARBOUR DRIVE

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2004 | W/H TAX DIV VIA.B | (38) | - | (38) | - | - | 4,989,719 | - | - | - |
| 10/1/2004 | W/H TAX DIV KO | (220) | - | (220) | - | - | 4,989,500 | - | - | - |
| 10/6/2004 | W/H TAX DIV HPQ | (90) | - | (90) | - | - | 4,989,410 | - | - | - |
| 10/12/2004 | W/H TAX DIV MO | (531) | - | (531) | - | - | 4,988,879 | - | - | - |
| 11/8/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (23) | - | (23) | - | - | 4,988,856 | - | - | - |
| 11/22/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,988,856 | - | - | - |
| 12/2/2004 | W/H TAX DIV MSFT | (11,908) | - | (11,908) | - | - | 4,976,948 | - | - | - |
| 12/2/2004 | W/H TAX DIV MSFT | (318) | - | (318) | - | - | 4,976,630 | - | - | - |
| 12/3/2004 | W/H TAX DIV PFE | (469) | - | (469) | - | - | 4,976,161 | - | - | - |
| 12/7/2004 | W/H TAX DIV JNJ | (311) | - | (311) | - | - | 4,975,851 | - | - | - |
| 12/10/2004 | W/H TAX DIV XOM | (646) | - | (646) | - | - | 4,975,204 | - | - | - |
| 12/10/2004 | W/H TAX DIV IBM | (109) | - | (109) | - | - | 4,975,095 | - | - | - |
| 12/13/2004 | W/H TAX DIV MMM | (98) | - | (98) | - | - | 4,974,997 | - | - | - |
| 12/15/2004 | W/H TAX DIV KO | (220) | - | (220) | - | - | 4,974,777 | - | - | - |
| 12/16/2004 | W/H TAX DIV HD | (70) | - | (70) | - | - | 4,974,708 | - | - | - |
| 12/17/2004 | W/H TAX DIV AIG | (70) | - | (70) | - | - | 4,974,637 | - | - | - |
| 12/22/2004 | W/H TAX DIV BAC | (668) | - | (668) | - | - | 4,973,969 | - | - | - |
| 12/31/2004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (11) | - | (11) | - | - | 4,973,958 | - | - | - |
| 1/3/2005 | W/H TAX DIV MRK | (311) | - | (311) | - | - | 4,973,647 | - | - | - |
| 1/3/2005 | W/H TAX DIV VIA.B | (45) | - | (45) | - | - | 4,973,602 | - | - | - |
| 1/28/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (18) | - | (18) | - | - | 4,973,584 | - | - | - |
| 2/18/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (12) | - | (12) | - | - | 4,973,572 | - | - | - |
| 2/25/2005 | W/H TAX DIV C | (823) | - | (823) | - | - | 4,972,749 | - | - | - |
| 2/28/2005 | W/H TAX DIV MER | (52) | - | (52) | - | - | 4,972,696 | - | - | - |
| 3/1/2005 | W/H TAX DIV INTC | (181) | - | (181) | - | - | 4,972,516 | - | - | - |
| 3/1/2005 | W/H TAX DIV WFC | (299) | - | (299) | - | - | 4,972,216 | - | - | - |
| 3/7/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (4) | - | (4) | - | - | 4,972,212 | - | - | - |
| 3/8/2005 | W/H TAX DIV JNJ | (305) | - | (305) | - | - | 4,971,908 | - | - | - |
| 3/8/2005 | W/H TAX DIV PFE | (514) | - | (514) | - | - | 4,971,394 | - | - | - |
| 3/10/2005 | W/H TAX DIV MSFT | (314) | - | (314) | - | - | 4,971,081 | - | - | - |
| 3/10/2005 | W/H TAX DIV XOM | (625) | - | (625) | - | - | 4,970,455 | - | - | - |
| 3/10/2005 | W/H TAX DIV IBM | (107) | - | (107) | - | - | 4,970,348 | - | - | - |
| 3/14/2005 | W/H TAX DIV MMM | (112) | - | (112) | - | - | 4,970,236 | - | - | - |
| 3/18/2005 | W/H TAX DIV AIG | (119) | - | (119) | - | - | 4,970,117 | - | - | - |
| 3/24/2005 | W/H TAX DIV HD | (80) | - | (80) | - | - | 4,970,037 | - | - | - |
| 3/28/2005 | W/H TAX DIV BAC | (655) | - | (655) | - | - | 4,969,382 | - | - | - |
| 3/31/2005 | W/H TAX DIV PEP | (137) | - | (137) | - | - | 4,969,245 | - | - | - |
| 4/1/2005 | W/H TAX DIV VIA.B | (44) | - | (44) | - | - | 4,969,202 | - | - | - |
| 4/1/2005 | W/H TAX DIV KO | (241) | - | (241) | - | - | 4,968,961 | - | - | - |
| 4/1/2005 | W/H TAX DIV MRK | (305) | - | (305) | - | - | 4,968,656 | - | - | - |
| 4/7/2005 | W/H TAX DIV HPQ | (88) | - | (88) | - | - | 4,968,568 | - | - | - |
| 4/11/2005 | W/H TAX DIV MO | (542) | - | (542) | - | - | 4,968,026 | - | - | - |
| 4/13/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (25) | - | (25) | - | - | 4,968,001 | - | - | - |
| 4/25/2005 | W/H TAX DIV GE | (830) | - | (830) | - | - | 4,967,171 | - | - | - |
| 5/23/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5) | - | (5) | - | - | 4,967,167 | - | - | - |
| 6/17/2005 | W/H TAX DIV AIG | (120) | - | (120) | - | - | 4,967,047 | - | - | - |
| 6/20/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (19) | - | (19) | - | - | 4,967,028 | - | - | - |
| 6/23/2005 | W/H TAX DIV HD | (81) | - | (81) | - | - | 4,966,947 | - | - | - |
| 6/24/2005 | W/H TAX DIV BAC | (675) | - | (675) | - | - | 4,966,272 | - | - | - |
| 6/30/2005 | W/H TAX DIV PEP | (164) | - | (164) | - | - | 4,966,108 | - | - | - |
| 7/1/2005 | W/H TAX DIV KO | (235) | - | (235) | - | - | 4,965,873 | - | - | - |
| 7/1/2005 | W/H TAX DIV MRK | (308) | - | (308) | - | - | 4,965,565 | - | - | - |
| 7/1/2005 | W/H TAX DIV VIA.B | (44) | - | (44) | - | - | 4,965,521 | - | - | - |
| 7/6/2005 | W/H TAX DIV HPQ | (86) | - | (86) | - | - | 4,965,435 | - | - | - |
| 7/11/2005 | W/H TAX DIV MO | (569) | - | (569) | - | - | 4,964,865 | - | - | - |
| 7/25/2005 | W/H TAX DIV GE | (865) | - | (865) | - | - | 4,964,001 | - | - | - |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 9/9/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (157) | - | (157) | - | - | 4,963,844 | - | - | - |
| 9/19/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (7) | - | (7) | - | - | 4,963,837 | - | - | - |
| 9/30/2005 | W/H TAX DIV PEP | (169) | - | (169) | - | - | 4,963,668 | - | - | - |
| 9/30/2005 | W/H TAX DIV S | (29) | - | (29) | - | - | 4,963,639 | - | - | - |
| 10/3/2005 | W/H TAX DIV KO | (251) | - | (251) | - | - | 4,963,388 | - | - | - |
| 10/5/2005 | W/H TAX DIV HPQ | (91) | - | (91) | - | - | 4,963,297 | - | - | - |
| 10/11/2005 | W/H TAX DIV MO | (667) | - | (667) | - | - | 4,962,629 | - | - | - |
| 10/19/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (81) | - | (81) | - | - | 4,962,549 | - | - | - |
| 10/21/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3) | - | (3) | - | - | 4,962,546 | - | - | - |
| 10/25/2005 | W/H TAX DIV GE | (918) | - | (918) | - | - | 4,961,628 | - | - | - |
| 11/15/2005 | W/H TAX DIV PG | (395) | - | (395) | - | - | 4,961,233 | - | - | - |
| 11/17/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (33) | - | (33) | - | - | 4,961,200 | - | - | - |
| 11/23/2005 | W/H TAX DIV C | (918) | - | (918) | - | - | 4,960,282 | - | - | - |
| 11/23/2005 | W/H TAX DIV MER | (77) | - | (77) | - | - | 4,960,205 | - | - | - |
| 11/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 4,960,203 | - | - | - |
| 12/1/2005 | W/H TAX DIV INTC | (198) | - | (198) | - | - | 4,960,005 | - | - | - |
| 12/1/2005 | W/H TAX DIV WFC | (351) | - | (351) | - | - | 4,959,655 | - | - | - |
| 12/6/2005 | W/H TAX DIV PFE | (573) | - | (573) | - | - | 4,959,081 | - | - | - |
| 12/8/2005 | W/H TAX DIV MSFT | (298) | - | (298) | - | - | 4,958,783 | - | - | - |
| 12/9/2005 | W/H TAX DIV XOM | (754) | - | (754) | - | - | 4,958,029 | - | - | - |
| 12/12/2005 | W/H TAX DIV CVX | (419) | - | (419) | - | - | 4,957,611 | - | - | - |
| 12/12/2005 | W/H TAX DIV IBM | (128) | - | (128) | - | - | 4,957,482 | - | - | - |
| 12/13/2005 | W/H TAX DIV JNJ | (403) | - | (403) | - | - | 4,957,080 | - | - | - |
| 12/15/2005 | W/H TAX DIV HD | (87) | - | (87) | - | - | 4,956,993 | - | - | - |
| 12/15/2005 | W/H TAX DIV TWX | (95) | - | (95) | - | - | 4,956,898 | - | - | - |
| 12/15/2005 | W/H TAX DIV KO | (234) | - | (234) | - | - | 4,956,665 | - | - | - |
| 12/16/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (4) | - | (4) | - | - | 4,956,660 | - | - | - |
| 12/16/2005 | W/H TAX DIV AIG | (159) | - | (159) | - | - | 4,956,501 | - | - | - |
| 12/22/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,956,501 | - | - | - |
| 12/23/2005 | W/H TAX DIV BAC | (819) | - | (819) | - | - | 4,955,682 | - | - | - |
| 12/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,955,681 | - | - | - |
| 12/30/2005 | W/H TAX DIV S | (30) | - | (30) | - | - | 4,955,651 | - | - | - |
| 1/3/2006 | W/H TAX DIV MRK | (342) | - | (342) | - | - | 4,955,310 | - | - | - |
| 1/3/2006 | W/H TAX DIV PEP | (175) | - | (175) | - | - | 4,955,135 | - | - | - |
| 1/4/2006 | W/H TAX DIV HPQ | (92) | - | (92) | - | - | 4,955,042 | - | - | - |
| 1/13/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (17) | - | (17) | - | - | 4,955,025 | - | - | - |
| 1/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (33) | - | (33) | - | - | 4,954,993 | - | - | - |
| 1/31/2006 | W/H TAX DIV MS | (107) | - | (107) | - | - | 4,954,885 | - | - | - |
| 2/15/2006 | W/H TAX DIV PG | (360) | - | (360) | - | - | 4,954,525 | - | - | - |
| 2/15/2006 | W/H TAX DIV ABT | (160) | - | (160) | - | - | 4,954,366 | - | - | - |
| 2/24/2006 | W/H TAX DIV C | (945) | - | (945) | - | - | 4,953,421 | - | - | - |
| 2/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (33) | - | (33) | - | - | 4,953,388 | - | - | - |
| 2/28/2006 | W/H TAX DIV MER | (84) | - | (84) | - | - | 4,953,304 | - | - | - |
| 3/1/2006 | W/H TAX DIV WFC | (334) | - | (334) | - | - | 4,952,970 | - | - | - |
| 3/1/2006 | W/H TAX DIV INTC | (230) | - | (230) | - | - | 4,952,741 | - | - | - |
| 3/7/2006 | W/H TAX DIV PFE | (676) | - | (676) | - | - | 4,952,065 | - | - | - |
| 3/7/2006 | W/H TAX DIV UPS | (163) | - | (163) | - | - | 4,951,902 | - | - | - |
| 3/9/2006 | W/H TAX DIV MSFT | (314) | - | (314) | - | - | 4,951,588 | - | - | - |
| 3/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 4,951,580 | - | - | - |
| 3/10/2006 | W/H TAX DIV CVX | (386) | - | (386) | - | - | 4,951,194 | - | - | - |
| 3/10/2006 | W/H TAX DIV XOM | (754) | - | (754) | - | - | 4,950,440 | - | - | - |
| 3/10/2006 | W/H TAX DIV IBM | (122) | - | (122) | - | - | 4,950,318 | - | - | - |
| 3/14/2006 | W/H TAX DIV JNJ | (374) | - | (374) | - | - | 4,949,944 | - | - | - |
| 3/15/2006 | W/H TAX DIV TWX | (89) | - | (89) | - | - | 4,949,855 | - | - | - |
| 3/16/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (2) | - | (2) | - | - | 4,949,853 | - | - | - |
| 3/17/2006 | W/H TAX DIV AIG | (147) | - | (147) | - | - | 4,949,707 | - | - | - |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 3/23/2006 | W/H TAX DIV HD | (119) | - | (119) | - | - | 4,949,587 | - | - | - |
| 3/24/2006 | W/H TAX DIV BAC | (887) | - | (887) | - | - | 4,948,700 | - | - | - |
| 3/31/2006 | W/H TAX DIV PEP | (167) | - | (167) | - | - | 4,948,533 | - | - | - |
| 3/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (15) | - | (15) | - | - | 4,948,518 | - | - | - |
| 3/31/2006 | W/H TAX DIV S | (28) | - | (28) | - | - | 4,948,489 | - | - | - |
| 4/3/2006 | W/H TAX DIV WMT | (159) | - | (159) | - | - | 4,948,330 | - | - | - |
| 4/3/2006 | W/H TAX DIV KO | (247) | - | (247) | - | - | 4,948,084 | - | - | - |
| 4/3/2006 | W/H TAX DIV MRK | (314) | - | (314) | - | - | 4,947,770 | - | - | - |
| 4/5/2006 | W/H TAX DIV HPQ | (88) | - | (88) | - | - | 4,947,682 | - | - | - |
| 4/5/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 4,947,681 | - | - | - |
| 4/7/2006 | W/H TAX DIV SLB | (54) | - | (54) | - | - | 4,947,628 | - | - | - |
| 4/10/2006 | W/H TAX DIV MO | (636) | - | (636) | - | - | 4,946,991 | - | - | - |
| 4/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (22) | - | (22) | - | - | 4,946,970 | - | - | - |
| 4/25/2006 | W/H TAX DIV GE | (1,002) | - | (1,002) | - | - | 4,945,967 | - | - | - |
| 4/28/2006 | CXL W/H TAX DIV SLB | 54 | - | 54 | - | - | 4,946,021 | - | - | - |
| 4/28/2006 | W/H TAX DIV MS | (110) | - | (110) | - | - | 4,945,912 | - | - | - |
| 4/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (5) | - | (5) | - | - | 4,945,907 | - | - | - |
| 4/28/2006 | W/H TAX DIV MDT | (45) | - | (45) | - | - | 4,945,861 | - | - | - |
| 5/1/2006 | W/H TAX DIV T | (498) | - | (498) | - | - | 4,945,364 | - | - | - |
| 5/1/2006 | W/H TAX DIV JPM | (456) | - | (456) | - | - | 4,944,907 | - | - | - |
| 5/1/2006 | W/H TAX DIV VZ | (455) | - | (455) | - | - | 4,944,453 | - | - | - |
| 5/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (9) | - | (9) | - | - | 4,944,443 | - | - | - |
| 5/10/2006 | W/H TAX DIV AXP | (60) | - | (60) | - | - | 4,944,383 | - | - | - |
| 5/15/2006 | W/H TAX DIV ABT | (175) | - | (175) | - | - | 4,944,208 | - | - | - |
| 5/15/2006 | W/H TAX DIV PG | (397) | - | (397) | - | - | 4,943,812 | - | - | - |
| 5/24/2006 | W/H TAX DIV MER | (86) | - | (86) | - | - | 4,943,726 | - | - | - |
| 5/25/2006 | W/H TAX DIV GS | (55) | - | (55) | - | - | 4,943,671 | - | - | - |
| 5/26/2006 | W/H TAX DIV C | (948) | - | (948) | - | - | 4,942,724 | - | - | - |
| 5/31/2006 | W/H TAX DIV UPS | (166) | - | (166) | - | - | 4,942,558 | - | - | - |
| 5/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (46) | - | (46) | - | - | 4,942,511 | - | - | - |
| 6/1/2006 | W/H TAX DIV INTC | (228) | - | (228) | - | - | 4,942,284 | - | - | - |
| 6/1/2006 | W/H TAX DIV WFC | (341) | - | (341) | - | - | 4,941,943 | - | - | - |
| 6/2/2006 | W/H TAX DIV BA | (94) | - | (94) | - | - | 4,941,849 | - | - | - |
| 6/5/2006 | W/H TAX DIV WMT | (162) | - | (162) | - | - | 4,941,687 | - | - | - |
| 6/6/2006 | W/H TAX DIV PFE | (681) | - | (681) | - | - | 4,941,006 | - | - | - |
| 6/8/2006 | W/H TAX DIV MSFT | (309) | - | (309) | - | - | 4,940,697 | - | - | - |
| 6/9/2006 | W/H TAX DIV XOM | (759) | - | (759) | - | - | 4,939,938 | - | - | - |
| 6/12/2006 | W/H TAX DIV IBM | (178) | - | (178) | - | - | 4,939,760 | - | - | - |
| 6/13/2006 | W/H TAX DIV JNJ | (433) | - | (433) | - | - | 4,939,327 | - | - | - |
| 6/15/2006 | W/H TAX DIV TWX | (87) | - | (87) | - | - | 4,939,240 | - | - | - |
| 6/22/2006 | W/H TAX DIV HD | (122) | - | (122) | - | - | 4,939,118 | - | - | - |
| 6/23/2006 | W/H TAX DIV BAC | (905) | - | (905) | - | - | 4,938,214 | - | - | - |
| 6/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (49) | - | (49) | - | - | 4,938,165 | - | - | - |
| 6/30/2006 | W/H TAX DIV PEP | (197) | - | (197) | - | - | 4,937,968 | - | - | - |
| 6/30/2006 | W/H TAX DIV S | (29) | - | (29) | - | - | 4,937,939 | - | - | - |
| 7/3/2006 | W/H TAX DIV MRK | (320) | - | (320) | - | - | 4,937,619 | - | - | - |
| 7/3/2006 | W/H TAX DIV CVX | (454) | - | (454) | - | - | 4,937,165 | - | - | - |
| 7/3/2006 | W/H TAX DIV AIG | (150) | - | (150) | - | - | 4,937,015 | - | - | - |
| 7/3/2006 | W/H TAX DIV KO | (251) | - | (251) | - | - | 4,936,764 | - | - | - |
| 7/5/2006 | W/H TAX DIV HPQ | (87) | - | (87) | - | - | 4,936,676 | - | - | - |
| 7/7/2006 | W/H TAX DIV SLB | (55) | - | (55) | - | - | 4,936,622 | - | - | - |
| 7/10/2006 | W/H TAX DIV MO | (649) | - | (649) | - | - | 4,935,973 | - | - | - |
| 7/13/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (9) | - | (9) | - | - | 4,935,964 | - | - | - |
| 7/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (14) | - | (14) | - | - | 4,935,950 | - | - | - |
| 7/31/2006 | W/H TAX DIV MS | (115) | - | (115) | - | - | 4,935,835 | - | - | - |
| 7/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (17) | - | (17) | - | - | 4,935,818 | - | - | - |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 8/7/2006 | CXL W/H TAX DIV SLB | 55 | - | 55 | - | - | 4,935,873 | - | - | - |
| 8/15/2006 | W/H TAX DIV ABT | (183) | - | (183) | - | - | 4,935,689 | - | - | - |
| 8/15/2006 | W/H TAX DIV PG | (416) | - | (416) | - | - | 4,935,274 | - | - | - |
| 8/17/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | 4,935,273 | - | - | - |
| 8/23/2006 | W/H TAX DIV MER | (98) | - | (98) | - | - | 4,935,175 | - | - | - |
| 8/24/2006 | W/H TAX DIV GS | (57) | - | (57) | - | - | 4,935,118 | - | - | - |
| 8/25/2006 | W/H TAX DIV C | (993) | - | (993) | - | - | 4,934,125 | - | - | - |
| 9/1/2006 | W/H TAX DIV INTC | (245) | - | (245) | - | - | 4,933,879 | - | - | - |
| 9/1/2006 | W/H TAX DIV WFC | (385) | - | (385) | - | - | 4,933,495 | - | - | - |
| 9/1/2006 | W/H TAX DIV BA | (98) | - | (98) | - | - | 4,933,397 | - | - | - |
| 9/5/2006 | W/H TAX DIV WMT | (170) | - | (170) | - | - | 4,933,227 | - | - | - |
| 9/5/2006 | W/H TAX DIV PFE | (722) | - | (722) | - | - | 4,932,505 | - | - | - |
| 9/6/2006 | W/H TAX DIV UPS | (174) | - | (174) | - | - | 4,932,331 | - | - | - |
| 9/11/2006 | W/H TAX DIV IBM | (196) | - | (196) | - | - | 4,932,135 | - | - | - |
| 9/11/2006 | W/H TAX DIV CVX | (476) | - | (476) | - | - | 4,931,659 | - | - | - |
| 9/11/2006 | W/H TAX DIV XOM | (795) | - | (795) | - | - | 4,930,863 | - | - | - |
| 9/12/2006 | W/H TAX DIV JNJ | (454) | - | (454) | - | - | 4,930,410 | - | - | - |
| 9/14/2006 | W/H TAX DIV MSFT | (324) | - | (324) | - | - | 4,930,086 | - | - | - |
| 9/15/2006 | W/H TAX DIV TWX | (97) | - | (97) | - | - | 4,929,989 | - | - | - |
| 9/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (29) | - | (29) | - | - | 4,929,959 | - | - | - |
| 9/15/2006 | W/H TAX DIV AIG | (178) | - | (178) | - | - | 4,929,781 | - | - | - |
| 9/21/2006 | W/H TAX DIV HD | (128) | - | (128) | - | - | 4,929,654 | - | - | - |
| 9/22/2006 | W/H TAX DIV BAC | (1,044) | - | (1,044) | - | - | 4,928,610 | - | - | - |
| 9/29/2006 | W/H TAX DIV PEP | (206) | - | (206) | - | - | 4,928,404 | - | - | - |
| 10/2/2006 | W/H TAX DIV KO | (264) | - | (264) | - | - | 4,928,140 | - | - | - |
| 10/2/2006 | W/H TAX DIV MRK | (336) | - | (336) | - | - | 4,927,805 | - | - | - |
| 10/4/2006 | W/H TAX DIV HPQ | (94) | - | (94) | - | - | 4,927,711 | - | - | - |
| 10/10/2006 | W/H TAX DIV MO | (731) | - | (731) | - | - | 4,926,980 | - | - | - |
| 10/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (129) | - | (129) | - | - | 4,926,850 | - | - | - |
| 11/20/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3) | - | (3) | - | - | 4,926,847 | - | - | - |
| 11/22/2006 | W/H TAX DIV MER | (86) | - | (86) | - | - | 4,926,761 | - | - | - |
| 11/22/2006 | W/H TAX DIV C | (933) | - | (933) | - | - | 4,925,829 | - | - | - |
| 11/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (9) | - | (9) | - | - | 4,925,820 | - | - | - |
| 11/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,925,819 | - | - | - |
| 1/2/2007 | W/H TAX DIV MRK | (320) | - | (320) | - | - | 4,925,499 | - | - | - |
| 1/2/2007 | W/H TAX DIV PEP | (187) | - | (187) | - | - | 4,925,312 | - | - | - |
| 1/2/2007 | W/H TAX DIV WMT | (157) | - | (157) | - | - | 4,925,155 | - | - | - |
| 1/3/2007 | W/H TAX DIV KO | (242) | - | (242) | - | - | 4,924,913 | - | - | - |
| 1/3/2007 | W/H TAX DIV INTC | (222) | - | (222) | - | - | 4,924,692 | - | - | - |
| 1/3/2007 | W/H TAX DIV UTX | (99) | - | (99) | - | - | 4,924,592 | - | - | - |
| 1/3/2007 | W/H TAX DIV IBM | (178) | - | (178) | - | - | 4,924,415 | - | - | - |
| 1/3/2007 | W/H TAX DIV HPQ | (85) | - | (85) | - | - | 4,924,330 | - | - | - |
| 1/3/2007 | W/H TAX DIV TWX | (86) | - | (86) | - | - | 4,924,244 | - | - | - |
| 1/3/2007 | W/H TAX DIV WB | (419) | - | (419) | - | - | 4,923,825 | - | - | - |
| 1/3/2007 | W/H TAX DIV JNJ | (421) | - | (421) | - | - | 4,923,403 | - | - | - |
| 1/3/2007 | W/H TAX DIV HD | (176) | - | (176) | - | - | 4,923,228 | - | - | - |
| 1/3/2007 | W/H TAX DIV MSFT | (331) | - | (331) | - | - | 4,922,897 | - | - | - |
| 1/3/2007 | W/H TAX DIV AIG | (165) | - | (165) | - | - | 4,922,732 | - | - | - |
| 1/3/2007 | W/H TAX DIV WFC | (358) | - | (358) | - | - | 4,922,374 | - | - | - |
| 1/3/2007 | W/H TAX DIV PFE | (674) | - | (674) | - | - | 4,921,700 | - | - | - |
| 1/3/2007 | W/H TAX DIV CVX | (438) | - | (438) | - | - | 4,921,262 | - | - | - |
| 1/3/2007 | W/H TAX DIV XOM | (729) | - | (729) | - | - | 4,920,533 | - | - | - |
| 1/3/2007 | W/H TAX DIV BAC | (978) | - | (978) | - | - | 4,919,555 | - | - | - |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (17) | - | (17) | - | - | 4,919,538 | - | - | - |
| 1/4/2007 | W/H TAX DIV UPS | (154) | - | (154) | - | - | 4,919,384 | - | - | - |
| 1/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (23) | - | (23) | - | - | 4,919,361 | - | - | - |

BLMIS ACCOUNT NO. 1FR100 - RADCLIFF INVESTMENTS LTD FIVE CONTINENTS FINANCIAL LTD ANCHORAGE CENTRE HARBOUR DRIVE

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 2/16/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (12) | - | (12) | - | - | 4,919,349 | - | - | - |
| 2/22/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (3) | - | (3) | - | - | 4,919,345 | - | - | - |
| 2/28/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,919,345 | - | - | - |
| 3/1/2007 | W/H TAX DIV COP | (253) | - | (253) | - | - | 4,919,091 | - | - | - |
| 3/6/2007 | W/H TAX DIV UPS | (169) | - | (169) | - | - | 4,918,922 | - | - | - |
| 3/9/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (1) | - | (1) | - | - | 4,918,921 | - | - | - |
| 3/12/2007 | W/H TAX DIV CVX | (434) | - | (434) | - | - | 4,918,488 | - | - | - |
| 3/13/2007 | W/H TAX DIV JNJ | (417) | - | (417) | - | - | 4,918,070 | - | - | - |
| 3/15/2007 | W/H TAX DIV TWX | (85) | - | (85) | - | - | 4,917,985 | - | - | - |
| 3/15/2007 | W/H TAX DIV WB | (415) | - | (415) | - | - | 4,917,570 | - | - | - |
| 3/16/2007 | W/H TAX DIV AIG | (163) | - | (163) | - | - | 4,917,407 | - | - | - |
| 3/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (10) | - | (10) | - | - | 4,917,397 | - | - | - |
| 3/22/2007 | W/H TAX DIV HD | (174) | - | (174) | - | - | 4,917,223 | - | - | - |
| 3/23/2007 | W/H TAX DIV BAC | (969) | - | (969) | - | - | 4,916,254 | - | - | - |
| 3/30/2007 | W/H TAX DIV PEP | (185) | - | (185) | - | - | 4,916,069 | - | - | - |
| 4/2/2007 | W/H TAX DIV KO | (263) | - | (263) | - | - | 4,915,806 | - | - | - |
| 4/2/2007 | W/H TAX DIV MRK | (317) | - | (317) | - | - | 4,915,489 | - | - | - |
| 4/2/2007 | W/H TAX DIV WMT | (204) | - | (204) | - | - | 4,915,285 | - | - | - |
| 4/4/2007 | W/H TAX DIV HPQ | (84) | - | (84) | - | - | 4,915,201 | - | - | - |
| 4/10/2007 | W/H TAX DIV MO | (691) | - | (691) | - | - | 4,914,510 | - | - | - |
| 4/24/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (68) | - | (68) | - | - | 4,914,442 | - | - | - |
| 4/25/2007 | W/H TAX DIV GE | (1,107) | - | (1,107) | - | - | 4,913,335 | - | - | - |
| 5/15/2007 | W/H TAX DIV PG | (437) | - | (437) | - | - | 4,912,898 | - | - | - |
| 5/21/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (30) | - | (30) | - | - | 4,912,868 | - | - | - |
| 5/23/2007 | W/H TAX DIV MER | (120) | - | (120) | - | - | 4,912,748 | - | - | - |
| 5/24/2007 | W/H TAX DIV GS | (55) | - | (55) | - | - | 4,912,694 | - | - | - |
| 5/25/2007 | W/H TAX DIV C | (1,045) | - | (1,045) | - | - | 4,911,649 | - | - | - |
| 5/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | 4,911,641 | - | - | - |
| 6/1/2007 | W/H TAX DIV WFC | (376) | - | (376) | - | - | 4,911,265 | - | - | - |
| 6/1/2007 | W/H TAX DIV COP | (269) | - | (269) | - | - | 4,910,997 | - | - | - |
| 6/1/2007 | W/H TAX DIV INTC | (256) | - | (256) | - | - | 4,910,740 | - | - | - |
| 6/4/2007 | W/H TAX DIV WMT | (213) | - | (213) | - | - | 4,910,528 | - | - | - |
| 6/5/2007 | CHECK WIRE | (7,120,054) | - | (7,120,054) | - | - | (2,209,526) | - | (2,209,526) | (2,209,526) |
| 6/5/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (0) | - | (0) | - | - | (2,209,527) | - | (0) | (0) |
| 6/5/2007 | W/H TAX DIV PFE | (814) | - | (814) | - | - | (2,210,341) | - | (814) | (814) |
| 6/11/2007 | W/H TAX DIV CVX | (489) | - | (489) | - | - | (2,210,829) | - | (489) | (489) |
| 6/11/2007 | W/H TAX DIV XOM | (786) | - | (786) | - | - | (2,211,616) | - | (786) | (786) |
| 6/11/2007 | W/H TAX DIV IBM | (237) | - | (237) | - | - | (2,211,853) | - | (237) | (237) |
| 6/12/2007 | W/H TAX DIV JNJ | (466) | - | (466) | - | - | (2,212,319) | - | (466) | (466) |
| 6/14/2007 | W/H TAX DIV MSFT | (343) | - | (343) | - | - | (2,212,662) | - | (343) | (343) |
| 6/15/2007 | W/H TAX DIV AIG | (170) | - | (170) | - | - | (2,212,832) | - | (170) | (170) |
| 6/15/2007 | W/H TAX DIV WB | (419) | - | (419) | - | - | (2,213,251) | - | (419) | (419) |
| 6/22/2007 | W/H TAX DIV BAC | (996) | - | (996) | - | - | (2,214,247) | - | (996) | (996) |
| 9/19/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | (8) | - | (8) | - | - | (2,214,255) | - | (8) | (8) |
| 9/20/2007 | CHECK | (2,739) | - | (2,739) | - | - | (2,216,994) | - | (2,739) | (2,739) |
| | Total: | $ 5,000,000 | $ (7,216,994) | $ - | $ - | $ (2,216,994) | $ - | $ (2,216,994) | $ (2,216,994) | |