**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BANCA CARIGE S.P.A.,<br><br>    Defendant. | Adv. Pro. No. 11-02570 (SMB) |

### NOTICE OF CHANGE OF FIRM NAME

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP. The firm and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: March 31, 2017
      New York, New York

                                          KASOWITZ BENSON TORRES LLP

                                          By:  /s/ *David J. Mark*
                                              David J. Mark
                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone:  (212) 506-1700
                                        Facsimile:  (212) 506-1800