**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., et al.,<br><br>Defendants. | Adv. Pro. No. 10-05415 (SMB) |

## NOTICE OF CHANGE OF FIRM NAME

TO:     THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP.  The firm and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

Dated: March 31, 2017
      New York, New York

                            KASOWITZ BENSON TORRES LLP

                            By: /s/ *David J. Mark*
                                David J. Mark
                            1633 Broadway
                            New York, New York 10019
                            Telephone: (212) 506-1700
                            Facsimile: (212) 506-1800