**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          ) ss:
COUNTY OF DALLAS          )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 31, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Notice of Rescheduled Hearing on Trustee's Supplemental Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interest in Richard B. Felder and Deborah Felder Tenancy in Common (Docket Number 15562)

Executed on March 31, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 31st day of March, 2017

(SEAL)    _____
Notary Public

# Exhibit A

**Exhibit A**
**March 31, 2017**

| Contact | Address1 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | Claimant |