UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 31, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   Notice of Transfer of Allowed Claim (Transfer Numbers T000544)
   Notice of Transfer of Allowed Claim (Transfer Numbers T000545)
   Notice of Transfer of Allowed Claim (Transfer Numbers T000546)

Executed on Apr. 3, 2017

John S. Franks

Sworn to and subscribed before me this 3rd day of April, 2017



(SEAL)

Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000544 - T000546**
3/31/2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | **Redacted for Confidentiality Reasons** | | | | | | | |
| X | | **Redacted for Confidentiality Reasons** | | | | | | | |
| X | | **Redacted for Confidentiality Reasons** | | | | | | | |
| | X | OC 530 Offshore, Lrd. | Graham Quigley | Farmstead Capital Management, LLC | 7 North Broad Street, 3rd Floor | Ridgewood | NJ | 07450 | |