**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALVIN J. DELAIRE, JR., *et al.,* <br><br> Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF DEFENDANTS EDWARD H. KOHLSCHREIBER AND EDWARD
H. KOHLSCHREIBER SR. REV. MGT. TRUST
FROM ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and

through his counsel, Baker & Hostetler LLP, and defendants Edward H. Kohlschreiber and

Edward H. Kohlschreiber Sr. Rev. Mgt. Trust (collectively, the "Parties"), hereby stipulate and

agree to the following:

1.      On June 22, 2009, the Trustee commenced this adversary proceeding (the

"Adversary Proceeding") against, among others, Edward H. Kohlschreiber and Edward H.

Kohlschreiber Sr. Rev. Mgt. Trust by filing his original complaint (ECF No. 1).

2.      On October 8, 2009, the Trustee filed his First Amended Complaint (the "FAC")

in the Adversary Proceeding against, among others, Edward H. Kohlschreiber and Edward H.

Kohlschreiber Sr. Rev. Mgt. Trust (ECF No. 82).

3.      On September 21, 2009, defendants Edward H. Kohlschreiber and Edward H.

Kohlschreiber Sr. Rev. Mgt. Trust filed an answer to the original complaint (ECF No. 73).

4.      On December 11, 2009, defendants Edward H. Kohlschreiber and Edward H.

Kohlschreiber Sr. Rev. Mgt. Trust filed an answer to the FAC (ECF No. 125).

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041 and Federal Rule

of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of all of the

Trustee's claims against defendants Edward H. Kohlschreiber and Edward H. Kohlschreiber Sr.

Rev. Mgt. Trust in the Adversary Proceeding.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective estates, personal representatives, executors,

administrators, heirs, successors and assigns, and upon all creditors and parties in interest.

7.      This Stipulation may be signed by the Parties, through their counsel, in any

number of counterparts, each of which when so signed shall be an original, but all of which shall

together constitute one and the same instrument.  A signed facsimile, photostatic or electronic

copy of this Stipulation shall be deemed an original.

8.      Upon the dismissal of defendants Edward H. Kohlschreiber and Edward H.

Kohlschreiber Sr. Rev. Mgt. Trust, the caption of the Adversary Proceeding is hereby amended

to delete defendants Edward H. Kohlschreiber and Edward H. Kohlschreiber Sr. Rev. Mgt. Trust

from the caption.  The amended caption shall appear as indicated in Exhibit A to this Stipulation.

(Remainder of page intentionally left blank.)

Dated:  April 3, 2017
      New York, New York

**BAKER HOSTETLER LLP**

By: */s/ Esterina Giuliani*                    By: */s/ Edward H. Kohlschreiber*
Esterina Giuliani                              Edward H. Kohlschreiber
45 Rockefeller Plaza                           410 Evernia Street
New York, New York 10111                       Apt. 615
Telephone: 212.589.4200                        West Palm Beach, FL 33401
Facsimile: 212.589.4201
Email: egiuliani@bakerlaw.com                  *Appearing Pro Se*
David J. Sheehan
Email: dsheehan@bakerlaw.com                   By: */s/ Edward H. Kohlschreiber*
Kathryn M. Zunno                               Edward H. Kohlschreiber Sr.
Email: kzunno@bakerlaw.com                     Rev. Mgt. Trust
                                               410 Evernia Street
*Attorneys for Plaintiff Irving H. Picard,*    Apt. 615
*Trustee for the Substantively Consolidated*   West Palm Beach, FL 33401
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC  and the estate*
*of Bernard L. Madoff*                          *Appearing Pro Se*


                            **SO ORDERED** this 4<u>th</u> day of <u>April</u> 2017.

                             /s/ STUART M. BERNSTEIN
                             HONORABLE STUART M. BERNSTEIN
                             United States Bankruptcy Judge