**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>NATIXIS S.A. (individually and as successor in interest to IXIS Corporate & Investment Bank), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br>Defendants. | Adv. Pro. No. 10-05353 (SMB) |

## CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 130), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and Natixis S.A. (individually and as successor in interest to

[1] This certification complies with Official Bankruptcy Form 424.

IXIS Corporate & Investment Bank), Natixis Financial Products, LLC (as successor-in-interest to Natixis Financial Products, Inc.), Bloom Asset Holdings Fund, and Tensyr Limited, who are the appellant and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 9, 2017 (ECF No. 129).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

[*Remainder of page intentionally left blank*]

SIGNED:     April 4, 2017
            New York, New York

By: */s/ Stacy A. Dasaro*  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone:  (212) 589-4200  
Facsimile:  (212) 589-4201  
David J. Sheehan  
Email:  dsheehan@bakerlaw.com  
Stacy A. Dasaro  
Email:  sdasaro@bakerlaw.com  

*Attorneys for Appellant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ James R. Serritella*  
**DAVIS & GILBERT LLP**  
1740 Broadway  
New York, New York 10019  
Telephone:  (212) 468-4800  
Facsimile:  (212) 468-4888  
Joseph Cioffi  
Email:  jcioffi@dglaw.com  
Bruce M. Ginsberg  
Email:  bginsberg@dglaw.com  
James R. Serritella  
Email:  jserritella@dglaw.com  

*Attorneys for Appellees Natixis S.A. (in its own capacity and as successor in interest to IXIS Corporate & Investment Bank), Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.) and Bloom Asset Holdings Fund*

By: */s/ David Y. Livshiz*  
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**  
601 Lexington Avenue  
31st Floor  
New York, New York 10022  
Telephone:  (212) 227-4000  
Facsimile:  (212) 227-4001  
Timothy P. Harkness  
Email:  timothy.harkness@freshfields.com  
David Y. Livshiz  
Email:  david.livzhiz@freshfields.com  

*Attorneys for Appellees Tensyr Limited*

3