**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01021 (SMB) |
| Plaintiff, | |
| v. | |
| GROSVENOR INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND LIMITED, GROSVENOR BALANCED GROWTH FUND LIMITED, and GROSVENOR AGGRESSIVE GROWTH FUND LIMITED, | |
| Defendants. | |

## CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]

    A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 90), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and Grosvenor Investment Management Ltd., Grosvenor Private Reserve

---

[1] This certification complies with Official Bankruptcy Form 424.

Fund Limited, Grosvenor Balanced Growth Fund Limited, and Grosvenor Aggressive Growth

Fund Limited, who are the appellant and all the appellees, hereby certify to the court under 28

U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated

below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United

States Bankruptcy Court for the Southern District of New York entered on March 6, 2017 (ECF

No. 89).

An immediate appeal from the judgment, order, or decree may materially advance the

progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C.

§ 158(d)(2)(A)(iii).

SIGNED:        April 4, 2017
               New York, New York


By: */s/ Catherine E. Woltering*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Catherine E. Woltering
Email: cwoltering@bakerlaw.com

*Attorneys for Appellant Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*

By: */s/ Gregg M. Mashberg*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Gregg M. Mashberg
Email: gmashberg@proskauer.com
Marissa Tillem
Email: mtillem@proskauer.com

*Attorneys for Appellees Grosvenor*
*Investment Management Ltd., Grosvenor*
*Private Reserve Fund Limited, Grosvenor*
*Balanced Growth Fund Limited, and*
*Grosvenor Aggressive Growth Fund Limited*