**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>                  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>                  v.<br><br>HSBC BANK PLC, HSBC BANK BERMUDA LIMITED, HSBC FUND SERVICES (LUXEMBOURG) S.A., HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED, HSBC PRIVATE BANK (SUISSE) S.A., HSBC SECURITIES SERVICES (BERMUDA) LIMITED, HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., HSBC BANK USA, N.A., HSBC PRIVATE BANKING HOLDINGS (SUISSE) S.A., HSBC BANK (CAYMAN) LIMITED, THEMA FUND LTD., HERMES INTERNATIONAL FUND LIMITED, LAGOON INVESTMENT TRUST, GEO CURRENCIES LTD. S.A., HERMES ASSET MANAGEMENT LIMITED, THEMA ASSET MANAGEMENT LTD., EQUUS ASSET MANAGEMENT LTD., THEMA ASSET MANAGEMENT (BERMUDA) LTD., BA | Adv. Pro. No. 09-01364 (SMB)<br><br><br><br><br><br><br><br>**CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]** |

---

[1] This certification complies with Official Bankruptcy Form 424.

| |
|---|
| WORLDWIDE FUND MANAGEMENT LIMITED, 20:20 MEDICI AG, ERWIN KOHN, EUROVALEUR, INC., SONJA KOHN, HERALD ASSET MANAGEMENT LIMITED, INTER ASSET MANAGEMENT, INC., ALPHA PRIME ASSET MANAGEMENT LTD., TEREO TRUST COMPANY LIMITED, ALPHA PRIME FUND LIMITED, CARRUBA ASSET MANAGEMENT LIMITED, REGULUS ASSET MANAGEMENT LIMITED, and URSULA RADEL-LESZCZYNSKI, <br><br> Defendants. |

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 448), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and HSBC Bank plc, HSBC Bank Bermuda Limited, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Private Bank (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank USA, N.A., HSBC Private Banking Holdings (Suisse) S.A., HSBC Bank (Cayman) Limited, Thema Fund Ltd., Hermes International Fund Limited, Lagoon Investment Trust, Lagoon Investment Limited, Hermes Asset Management Limited, Thema Asset Management Ltd., Equus Asset Management Ltd., Thema Asset Management (Bermuda) Ltd., and BA Worldwide Fund Management Limited, who are the appellant and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 9, 2017 (ECF No. 447).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).


SIGNED:    April 4, 2017
           New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Appellant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Thomas J. Moloney*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Email: tmoloney@cgsh.com

*Attorneys for Appellees HSBC Bank plc, HSBC Holdings plc, HSBC Securities Services (Luxembourg) S.A., HSBC Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Ireland) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Securities Services (Bermuda) Limited, HSBC Bank (Cayman) Limited, HSBC Private Banking Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Fund Services (Luxembourg) S.A., and HSBC Bank Bermuda Limited*

By: */s/ Joseph P. Moodhe*
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6386
Joseph P. Moodhe
Email: jpmoodhe@debevoise.com

*Attorneys for Appellees Thema Fund Ltd., Hermes International Fund Limited, Lagoon Investment Trust*

By: */s/ Robin Spigel*
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Sameer Advani
Email:sadvani@willkie.com
Robin Spigel
Email: rspigel@willkie.com

*Attorneys for Appellees Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd., Equus Asset Management Ltd., Hermes Asset Management Limited*

By: */s/ Jonathan G. Kortmansky*
**SULLIVAN & WORCESTER LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
Franklin B. Velie
Email: fvelie@sandw.com
Jonathan G. Kortmansky
Email: jkortmansky@sandw.com

*Attorneys for Appellees BA Worldwide Fund Management Limited*