**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br>          v.<br><br>OREADES SICAV represented by its Liquidator INTER INVESTISSEMENTS S.A., and INTER INVESTISSEMENTS S.A. (f/k/a INTER CONSEIL S.A.),<br><br>          Defendants. | Adv. Pro. No. 10-05120 (SMB) |

## CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF

No. 104), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated

liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the

Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of

Bernard L. Madoff, individually, and Inter Investissements S.A. (f/k/a Inter Conseil S.A.), who

---

[1] This certification complies with Official Bankruptcy Form 424.

are the appellant and the appellee, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that

a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United

States Bankruptcy Court for the Southern District of New York entered on March 9, 2017 (ECF

No. 103).

An immediate appeal from the judgment, order, or decree may materially advance the

progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C.

§ 158(d)(2)(A)(iii).


SIGNED:      April 4, 2017
             New York, New York


By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com

*Attorneys for Appellant Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*

By: */s/ Hallie S. Goldblatt*
**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  212.373.3000
Facsimile:  212.757.3990
Martin Flumenbaum
Email:  mflumenbaum@paulweiss.com
Andrew J. Ehrlich
Email:  aehrlich@paulweiss.com
Hallie S. Goldblatt
Email:  hgoldblatt@paulweiss.com

*Attorneys for Appellee Inter Investissements*
*S.A.*

2