**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02758 (SMB) |
| Plaintiff, | |
| v. | |
| CACEIS BANK LUXEMBOURG AND CACEIS BANK, | |
| Defendants. | |

## <u>CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]</u>

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 112), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and Caceis Bank Luxembourg and Caceis Bank, who are the

---

[1] This certification complies with Official Bankruptcy Form 424.

01:21689459.1

appellant and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 3, 2017 (ECF No. 111).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

SIGNED:     April 4, 2017
            New York, New York


By: */s/ Matthew B. Lunn*
**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone:  (212) 332-8840
Facsimile:  (212) 332-8855
Matthew B. Lunn
Email:  mlunn@ycst.com
Justin P. Duda
Email:  jduda@ycst.com

*Attorneys for Appellant Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of
Bernard L. Madoff*

By: */s/ Daniel Schimmel*
**FOLEY HOAG LLP**
1540 Broadway, 23rd Floor
New York, New York 10036
Telephone:  (646) 927-5500
Facsimile:  (646) 927-5599
Daniel Schimmel
Email:  dschimmel@foleyhoag.com


*Attorney for Appellees Caceis Bank
Luxembourg and Caceis Bank*

01:21689459.1