**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>    v.<br><br>MERITZ FIRE & MARINE INSURANCE CO., LTD.,<br><br>    Defendant. | Adv. Pro. No. 11-02539 (SMB) |

**CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]**

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 104), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and Meritz Fire & Marine Insurance Co., Ltd., who are the

---

[1] This certification complies with Official Bankruptcy Form 424.

appellant and the appellee, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 3, 2017 (ECF No. 103).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

SIGNED:    April 4, 2017
           New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Appellant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Michael T. Driscoll*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Seong H. Kim, Esq. (admitted *pro hac vice*)
1901 Avenue of the Stars
Suite 1600
Los Angeles, California 90067
Tel: (310) 228-3734
Fax: (310) 228-3935
E-mail: shkim@sheppardmullin.com

– and –

Michael T. Driscoll, Esq.
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 634-3055
Fax: (212) 653-8701
E-mail: mdriscoll@sheppardmullin.com

*Attorneys for Appellee Meritz Fire & Marine Insurance Co., Ltd.*