**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01577 (SMB) |
| Plaintiff, | |
| v. | |
| UBS DEUTSCHLAND AG, as successor in interest to Dresdner Bank LateinAmerika AG, and LGT BANK (SWITZERLAND) LTD., as successor in interest to Dresdner Bank (Schweiz) AG, | |
| Defendants. | |

### CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 82), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and UBS Deutschland AG and LGT Bank (Switzerland) Ltd., who are the

---
[1] This certification complies with Official Bankruptcy Form 424.

appellant and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 6, 2017 (ECF No. 81).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

SIGNED:    April 4, 2017
           New York, New York

By: */s/ Thomas L. Long*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com

*Attorneys for Appellant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Gabriel Herrmann*
**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
(212) 351-4000
Gabriel Herrmann
Email: gherrmann@gibsondunn.com
Marshall R. King
Email: mking@gibsondunn.com

*Attorneys for Appellee UBS Deutschland AG*

By: */s/ Dorothy Heyl*
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: 212-530-5219
Dorothy Heyl
Email: dheyl@milbank.com
Stacey J. Rappaport
Email: srappaport@milbank.com

*Attorneys for Appellee LGT Bank (Switzerland) Ltd.*

3