**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>                  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>                  v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRÉS PIEDRAHITA, MARK MCKEEFRY, DANIEL LIPTON, AMIT VIJAYVERGIYA, GORDON MCKENZIE, RICHARD LANDSBERGER, PHILIP TOUB, CHARLES MURPHY, ROBERT BLUM, ANDREW SMITH, HAROLD GREISMAN, GREGORY BOWES, CORINA NOEL PIEDRAHITA, LOURDES BARRENECHE, CORNELIS BOELE, SANTIAGO REYES, and JACQUELINE HARARY,<br><br>                  Defendants. | Adv. Pro. No. 09-01239 (SMB)<br><br><br><br>**CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES TO APPEAL**[1] |

---

[1] This certification complies with Official Bankruptcy Form 424.

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 229), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and Fairfield Investment Fund Limited, Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda), Ltd., Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Walter Noel, Jeffrey Tucker, Andrés Piedrahita, Mark McKeefry, Daniel Lipton, Amit Vijayvergiya, Gordon Mckenzie, Richard Landsberger, Philip Toub, Charles Murphy, Robert Blum, Andrew Smith, Harold Greisman, Gregory Bowes, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, and Jacqueline Harary, who are the appellant and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 10, 2017 (ECF No. 228).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

SIGNED:     April 4, 2017
            New York, New York

By: */s/ Thomas L. Long*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com

*Attorneys for Appellant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Jeffrey E. Baldwin*
**SIMPSON THACHER & BARLETT LLP**
425 Lexington Avenue
New York, NY 10017
T: (212) 455-2399
F: (212) 455-2502
Mark G. Cunha
Email: mcunha@stblaw.com
Peter E. Kazanoff
Email: pkazanoff@stblaw.com
Jeffrey Baldwin
Email: jbaldwin@stblaw.com

*Attorneys for Appellees Amit Vijayvergiya, Andrew Smith, Charles Murphy, Corina Noel Piedrahita, Daniel Lipton, Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Mangers Inc., Gordon Mckenzie, Harold Greisman, Mark McKeefry, Philip Toub, Richard Landsberger, Santiago Reyes, Fairfield Greenwich (Bermuda) Limited, Jacqueline Harary, Lourdes Barreneche, and Cornelis Boele*

By: */s/ Andrew J. Levander*
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
T: (212) 698-3500
F: (212) 698-3599
Andrew J. Levander
Email: andrew.levander@dechert.com
Neil A. Steiner
Email: neil.steiner@dechert.com

*Attorneys for Appellee Andrés Piedrahita*

3

By: */s/ Fred Kessler*
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue, 12th Floor
New York, New York 10110
T: (212) 382-3300
F: (212) 382-0050
Fred Kessler
Email: fkessler@wmd-law.com
Fletcher W. Strong
fstrong@wmd-law.com

*Attorneys for Appellee Fairfield Investment Fund Limited*

By: */s/ Andrew W. Hammond*
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036-2787
T: (212) 856-9600
F: (212) 354-8113
Andrew W. Hammond
Email: ahammond@whitecase.com
Glenn M. Kurtz
Email: gkurtz@whitecase.com

*Attorneys for Appellee Walter Noel*

By: */s/ Daniel J. Fetterman*
**KASOWITZ BENSON TORRES LLP**
1301 Avenue of the Americas
New York, NY 10019
T: (212) 506-1700
F: (212) 506-1800
Daniel J. Fetterman
Email: dfetterman@kasowitz.com

*Attorney for Appellee Jeffrey Tucker*

4

By: */s/ Edward M. Spiro*
**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
565 Fifth Avenue
New York, New York 10017
T: (212) 856-9600
F: (212) 856-9494
Edward M. Spiro
Email: espiro@maglaw.com

*Attorney for Appellee Robert Blum*

By: */s/ Bruce A. Baird*
**COVINGTON & BURLING, LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001
T: (202) 662-4956
F: (202) 662-6291
Bruce A. Baird
Email: bbaird@cov.com

*Attorney for Appellee Gregory Bowes*

5