**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br><br>    Defendant. | Adv. Pro. No. 11-02551 (SMB) |

**CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]**

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 77), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and Delta National Bank and Trust Company, who are the appellant and

---

[1] This certification complies with Official Bankruptcy Form 424.

the appellee, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 3, 2017 (ECF No. 76).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

SIGNED:    April 4, 2017
           New York, New York

| | |
|---|---|
| By: */s/ Thomas L. Long* | By: */s/ Lawrence J. Kotler* |
| **BAKER & HOSTETLER LLP** | **DUANE MORRIS, LLP** |
| 45 Rockefeller Plaza | 1540 Broadway |
| New York, New York 10111 | New York, NY 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 692-1000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 692-1020 |
| David J. Sheehan | Lawrence J. Kotler, Esq. |
| Email: dsheehan@bakerlaw.com | Email: ljkotler@duanemorris.com |
| Thomas L. Long | Patricia H. Heer |
| Email: tlong@bakerlaw.com | Email: pheer@duanemorris.com |
| *Attorneys for Appellant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Appellee Delta National Bank and Trust Company* |