**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02762 (SMB) |
| Plaintiff, | |
| v. | |
| LIGHTHOUSE INVESTMENT PARTNERS LLC, d/b/a LIGHTHOUSE PARTNERS, LIGHTHOUSE SUPERCASH FUND LIMITED, and LIGHTHOUSE DIVERSIFIED FUND LIMITED, | |
| Defendants. | |

## <u>CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]</u>

A notice of appeal having been filed in the above-styled matter on March 16, 2017 (ECF No. 85), Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, and Lighthouse Investment Partners LLC, d/b/a Lighthouse Partners,

---

[1] This certification complies with Official Bankruptcy Form 424.

Lighthouse Supercash Fund Limited, and Lighthouse Diversified Fund Limited, who are the appellant and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on March 3, 2017 (ECF No. 84).

An immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken.  *See* 28 U.S.C. § 158(d)(2)(A)(iii).

SIGNED:        April 4, 2017
               New York, New York

By: */s/ Thomas L. Long*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Thomas L. Long
Email:  tlong@bakerlaw.com

*Attorneys for Appellant Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*

By: */s/ Eugene R. Licker*
**BALLARD SPAHR LLP**
919 Third Avenue, 37th Floor
New York, NY 10022-3915
Telephone:  (212)-223-0200
Facsimile:  (212) 223-1942
Eugene R. Licker
Email:  lickere@ballardspahr.com

*Attorney for Appellees Lighthouse*
*Investment Partners LLC, Lighthouse*
*Supercash Fund Limited, and Lighthouse*
*Diversified Fund Limited*