# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant<br><br>          -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                 Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                 Plaintiff,<br><br>          -against-<br><br>KENNETH PERLMAN, et al.,<br><br>                Defendants. | Adv. Pro. No. 10-04541 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> -against- <br><br> EDYNE GORDON, <br><br> Defendant. | Adv. Pro. No. 10-04914 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> -against- <br><br> TOBY HARWOOD, <br><br> Defendant. | Adv. Pro. No. 10-04818 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> -against- <br><br> ESTATE OF BOYER PALMER, et al., <br><br> Defendants. | Adv. Pro. No. 10-04826 (SMB) |

| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| --- | --- |
| Plaintiff, | Adv. Pro. No. 10-04728  (SMB) |
| -against- | |
| BRUNO DIGIULIAN, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04644  (SMB) |
| -against- | |
| RUSSELL L. DUSEK, | |
| Defendant. | |

## DISCOVERY ARBITRATOR'S ORDER

The Defendants in the above-captioned  adversary proceedings having moved for a protective order and to quash deposition notices served by the Trustee, it is hereby ORDERED that the motion is granted solely to the extent that:

1.  At least three days before any of the Defendants is deposed, the Trustee shall furnish Chaitman LLP with pre-marked copies of the exhibits that the Trustee intends to show the witness.

2.  By January 3, 2017, at 5 p.m., Ms. Chaitman shall advise the Trustee which of the Defendants will stipulate to the accuracy and completeness of Columns 1 through  5 of Exhibit B to the Complaint in which they are named and withdraw any inconsistent affirmative defenses.

08-01789-smb Doc 14808 Filed 01/09/17 Entered 01/09/17 07:33:45 Main Document Pg 4 of 4

3. A further telephone conference shall be held on January 5, 2016, at 11 a.m., to discuss the remainder of the Defendants' application.

   SO ORDERED.

Dated: New York, New York
        January 4, 2017

                                         /s/

                                 _____
                                 FRANK MAAS
                                 Discovery Arbitrator

Copies to Counsel via ECF

4