# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant<br><br>    -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>    -against-<br><br>KENNETH PERLMAN, et al.,<br><br>      Defendants. | Adv. Pro. No. 10-04541 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>EDYNE GORDON,<br><br>Defendant. | Adv. Pro. No. 10-04914 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>TOBY HARWOOD,<br><br>Defendant. | Adv. Pro. No. 10-04818 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>ESTATE OF BOYER PALMER, et al.,<br><br>Defendants. | Adv. Pro. No. 10-04826 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> -against- <br><br> BRUNO DIGIULIAN, <br><br> Defendant. | Adv. Pro. No. 10-04728 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> -against- <br><br> RUSSELL L. DUSEK, <br><br> Defendant. | Adv. Pro. No. 10-04644 (SMB) |

## DISCOVERY ARBITRATOR'S ORDER

The Defendants in the above-captioned adversary proceedings having moved for a protective order and to quash deposition notices served by the Trustee, and the Discovery Arbitrator having held a follow-up telephone conference on January 5, 2017, it is hereby

3

further ORDERED that, unless the Discovery Arbitrator otherwise directs, any deposition of any of the above-named Defendants shall be limited to a maximum of four hours

SO ORDERED.

Dated: New York, New York
January 9, 2017

/s/

_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel via ECF