# CHAITMAN LLP
**465 Park Avenue**
**New York, NY 10022**
**(888) 759-1114**
Telephone & Fax

*Gregory M. Dexter*
*gdexter@chaitmanllp.com*

April 6, 2017

**VIA ECF AND EMAIL:**
**Bernstein.chambers@nysb.uscourts.gov**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    *In re: Bernard L. Madoff,* Adv. Pro. No. 08-01789 (SMB)

Dear Judge Bernstein:

    We are counsel to numerous Defendants in connection with the subject Action. We write to advise the Court that Ms. Chaitman is out of the country. We will respond substantively to Mr. Jacob's letter of April 5, 2017 (ECF #15667) by next Friday, April 14, 2017.

    Respectfully submitted,

    */s/ Gregory M. Dexter*

    Gregory M. Dexter Esq.

GMD:leb

cc:    Edward J. Jacobs (ejacobs@bakerlaw.com)
        Helen Davis Chaitman (hchaitman@chaitmanllp.com)