# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
*hchaitman@chaitmanllp.com*

April 7, 2017

**VIA EMAIL and ECF: bernstein.chambers@nysb.uscourts.gov**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: *In re: Bernard L. Madoff,* Adv. Pro. No. 08-01789 (SMB)
Hearing on the subpoena issue

Dear Judge Bernstein:

We represent various Defendants in the good-faith clawback cases. We write regarding the conference that was set by the Court on three different matters for Tuesday, April 11, 2017 at 10:00 A.M. I had worked with Mike Paek to set that date and had to rearrange other commitments in order to assure my availability.

I am in Europe on vacation and I learned yesterday from the Trustee's counsel that the Court is no longer available on April 11. The Trustee's counsel demanded that I make myself available on two other days next week on which I have commitments that I cannot change. I have now been informed that the Court has set the conference for Monday, April 10. I am sorry to inconvenience the Court, but it is not possible for me to participate in the conference on April 10. I would be happy to provide alternate dates the following week. There is nothing urgent about the issues to be discussed at this conference and a week's delay will not have an adverse impact on the Trustee.

The Court's attention to this matter is most appreciated.

Respectfully submitted,

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman

HDC/leb/sh
cc:   (*via Email*)
      David Sheehan, Esq. (dsheehan@bakerlaw.com)
      Edward Jacobs, Esq. (ejacobs@bakerlaw.com)

{00029551 1 }