**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>　　　　　　Defendants. | Adv. Pro. No. 09-01182 (SMB) |

**NOTICE OF TRUSTEE'S MOTIONS *IN LIMINE* NUMBERS 1 THROUGH 4**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*., and the chapter 7 estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, for entry of orders granting the following motions: (1) Trustee's Motion *In Limine* and Memorandum of Law Number 1 to Exclude All Evidence and Testimony on the Actions or Inactions of the United States Securities and Exchange Commission; (2) Trustee's Motion *In Limine* and Memorandum of Law Number 2 to Limit Testimony of J. Ezra Merkin; (3) Trustee's Motion *In Limine* and Memorandum of Law Number 3 to Exclude the Opinions and Testimony of Jeffrey M. Weingarten; and (4) Trustee's Motion *In Limine* and Memorandum of Law Number 4 to Exclude Exhibits Not Produced During Discovery (collectively, the "Trustee's Motions *In Limine* Numbers 1–4"), and upon the accompanying Declaration of Lan Hoang in Support of Trustee's Motions *In Limine* Numbers 1 through 4.

**PLEASE TAKE FURTHER NOTICE** that proposed orders are attached hereto as Exhibits 1 through 4.

**PLEASE TAKE FURTHER NOTICE** that a hearing, if any, on the Trustee's Motions *In Limine* Numbers 1–4 will be held at a date and time to be determined by the Court.

| | |
|---|---|
| Dated: April 7, 2017<br>New York, New York | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Lan Hoang<br>Email: lhoang@bakerlaw.com<br>Brian W. Song<br>Email: bsong@bakerlaw.com<br><br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York  10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |

3