# EXHIBIT 3

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION *IN LIMINE*
NUMBER 3 TO EXCLUDE THE
OPINIONS AND TESTIMONY OF JEFFREY M. WEINGARTEN**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01182 (SMB) |
| Plaintiff, | |
| v. | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | |
| Defendants. | |

## [*PROPOSED*] ORDER GRANTING TRUSTEE'S MOTION *IN LIMINE* NUMBER 3 TO EXCLUDE THE OPINIONS AND TESTIMONY OF JEFFREY M. WEINGARTEN

Upon consideration of the Notice of Trustee's Motions *In Limine* Numbers 1 through 4, Trustee's Motion *In Limine* and Memorandum of Law Number 3 to Exclude the Opinions and Testimony of Jeffrey M. Weingarten (the "Motion") dated April 7, 2017, ECF No. _____, filed by Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor

Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff ("Madoff"); the Declaration of Lan Hoang in Support of Trustee's Motions *In Limine* Numbers 1 through 4 dated April 7, 2017, ECF No. ____; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given; and a hearing having been held on the Motion on _____ (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel at the Hearing and the record in this case, **IT IS HEREBY**:

      **ORDERED** that the opinions and testimony of Jeffrey M. Weingarten shall be excluded from trial in the above-captioned adversary proceeding, whether as affirmative or rebuttal evidence; and it is further

      **ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this Order.


Dated: _____
      New York, New York

                           _____
                           HONORABLE STUART M. BERNSTEIN
                           UNITED STATES BANKRUPTCY JUDGE