# EXHIBIT 4

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION *IN LIMINE* NUMBER 4 TO EXCLUDE EXHIBITS NOT PRODUCED DURING DISCOVERY**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>Defendants. | Adv. Pro. No. 09-01182 (SMB) |

**[*PROPOSED*] ORDER GRANTING MOTION *IN LIMINE*
NUMBER 4 TO EXCLUDE DOCUMENTS NOT PRODUCED DURING DISCOVERY**

Upon consideration of the Notice of Trustee's Motions *In Limine* Numbers 1 through 4, Trustee's Motion *In Limine* and Memorandum of Law Number 4 to Exclude Documents Not Produced During Discovery (the "Motion") dated April 7, 2017, ECF No. _____, filed by Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L.

Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff ("Madoff"); the Declaration of Lan Hoang in Support of Trustee's Motions *In Limine* Numbers 1 through 4 dated April 7, 2017, ECF No. ____; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given; and a hearing having been held on the Motion on _____ (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel at the Hearing and the record in this case, **IT IS HEREBY**:

**ORDERED**, that the following exhibits shall not be admitted into evidence at the trial in the above-captioned adversary proceeding, whether as affirmative or rebuttal evidence:

- (28) Black Oak;
- (29) Bracebridge;
- (830) NYAG SJ Ex. 93;
- (831) NYAG SJ Ex. 94; and
- (832) NYAG SJ Ex. 95.

**IT IS HEREBY FURTHER ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this Order.

Dated: _____
       New York, New York

                                            _____
                                            HONORABLE STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE

2