# EXHIBIT 1A

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Andrew J. Levander
andrew.levander@dechert.com
Neil A. Steiner
neil.steiner@dechert.com

*Attorneys for Defendants J. Ezra Merkin
and Gabriel Capital Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

In re:                                              :

                                                    :        SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT                         :
SECURITIES LLC,                                     :        No. 08-01789 (SMB)

                                                    :
            Debtor.                                 :
                                                    X
-------------------------------------------

IRVING H. PICARD, Trustee for the Liquidation       :
of Bernard L. Madoff Investment Securities LLC,     :

                                                    :
            Plaintiff,                              :

                                                    :
                v.                                  :        Adv. Proc. No. 09-01182 (SMB)

                                                    :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,              :
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,              :
ASCOT FUND LTD., GABRIEL CAPITAL                    :
CORPORATION,                                        :

                                                    :
            Defendants.                             :

------------------------------------------- X



EXHIBIT
TRUSTEE 344
2/24/15    7B

### Verification

STATE OF NEW YORK      )
                       )      ss.:
COUNTY OF NEW YORK     )

    I, J. Ezra Merkin, being duly sworn, state that I am a Defendant in the above-captioned action and the President of Defendant Gabriel Capital Corporation ("GCC"); I have read and know the contents of (1) Defendants J. Ezra Merkin And Gabriel Capital Corporation's Responses And Objections To Plaintiff's Second Set of Interrogatories, dated July 6, 2012 and (2) Defendants J. Ezra Merkin And Gabriel Capital Corporation's Supplemental Responses To Plaintiff's Second Set of Interrogatories and Requests for Admissions In Accordance With Decision # 3, dated August 30, 2013; and the Answers to Interrogatories, Supplemental Answers to Interrogatories, and Supplemental Response to Request for Admission contained therein are believed to be true to my own knowledge, information and belief.  The grounds of my belief as to all matters not stated upon my own knowledge are as follows:  review of GCC's books and records and conversations with employees of GCC.

 

                                              _____
                                              J. EZRA MERKIN

Sworn to before me this
23  day of February, 2015.

NEIL A. STEINER
Notary Public, State of New York
No. 02ST6051028
Qualified in New York County
Commission Expires November 13, 2010
2018