# **EXHIBIT 2**

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In Re:

BERNARD L. MADOFF INVESTMENT         Adv.Pro.No.
SECURITIES LLC,                      08-01789(BRL)

       Debtor.
---------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

       Plaintiff,                    Adv.Pro.No.
                                   09-1182(BRL)

       v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

       Defendants.
---------------------------------x


    VIDEOTAPED DEPOSITION OF J. EZRA MERKIN,
as reported by Nancy C. Bendish, Certified Court
Reporter, RMR, CRR, and Notary Public of the
State of New York, at the offices of Baker
Hostetler, 45 Rockefeller Plaza, New York, New
York, on Tuesday, February 24, 2015, commencing
at 9:47 a.m.

149

1      Q.    Do you know when he invested with
2  Mr. Madoff?
3      A.    I don't know.  I don't know.  It
4  may have been a number of years prior to this.
5  If this is the late '80s, this might have been
6  either directly or perhaps with friends, and I'm
7  just not sure, he may have been an investor as
8  much as a decade earlier or sometime in between
9  and it may have been not under his name.  So,
10 that is he may have been an investor in an
11 entity that was an investor of Mr. Madoff's.  My
12 first investment with Mr. Madoff was through
13 something called 61M Associates, something like
14 that.
15     Q.    Did you ever discuss with your
16 father his investment experience with
17 Mr. Madoff?
18     A.    My father was not a person of many
19 words and my father was very sparing in praise
20 and had a very constructive opinion of
21 Mr. Madoff and his investing abilities.
22     Q.    That sounds, pardon me, like a
23 conclusion.  What I'm asking is whether or not
24 you ever discussed the actual investment
25 experience that your dad had with Mr. Madoff.

150

1    A.    So when I said he was a person of
2  spare praise and few words, he spoke in
3  conclusions.  So he would say I knew Bernie, I
4  know Bernie and Bernie's okay, or I know Bernie
5  and he's okay.  That's what I mean.  You
6  consider that is a conclusion, perhaps, but
7  that's what he said.
8    Q.    Is that the extent of the
9  conversation you and he had?
10   A.    At that particular time, that is
11 certainly the extent that I remember.  This is
12 going back a while.
13   Q.    I understand.
14   A.    I don't remember -- I don't
15 remember specifics about what was bought or sold
16 or owned for that investment process.
17   Q.    Okay.  Did there come a time after
18 that when you had any, any discussions with your
19 father about investing with Bernie Madoff?
20   A.    Well, my father died in 1999 and
21 so let's just say roughly ten years later, then
22 this period of time, so maybe '11, I don't know,
23 the late '80s versus the late '90s -- no, I do
24 know when my father passed away but I'm
25 saying -- so my father was 92 -- was not quite

151

1   92 when he died, and I didn't have that many
2   further discussions that I remember with him on
3   that subject.
4         Q.    Okay.  Let's go back to your
5   meeting, if I may, with Mr. Madoff.
6               So, how was it that you came to
7   meet with him in the first place?
8         A.    I don't remember the circumstances
9   of the first meeting and I don't remember when
10  the first meeting was, exactly, and I have a
11  vague memory that I met Bernie downtown, meaning
12  he -- it may have been before he moved his
13  office uptown and I don't know when he moved his
14  office uptown.  I have a vague memory that I met
15  him still when he was on Wall Street.  I mean
16  that literally, that he had an office on a
17  street called Wall Street.  I don't mean the
18  financial district.
19        Q.    I understand.
20        A.    It's in the financial district but
21  if there was there was one.  This was the
22  beginning of our due diligence process and the
23  discussions that I remember more clearly are
24  already uptown at Third Avenue in the east 50s.
25        Q.    What were you doing at that time?

                                                                         187

1    can be very, very, very additive.
2           Q.      You indicated -- I'm sorry, I'm
3    moving around.  I'm going to page 5 of this
4    document, 354.  Down in the last paragraph.
5           A.      Just one second.
6           Q.      Sure, take your time.
7           A.      Just trying to get there.  Sorry.
8           Q.      It's a paragraph that starts,
9    "Mr. Merkin also knew."  And if you travel on
10   down, you start -- you discuss the SEC.  I want
11   to be sure I don't miss something here.  Sorry,
12   I might have jumped over something.
13          A.      It's okay.
14          Q.      Boy, your memory place tricks
15   here.
16          A.      Would you say that for the record,
17   please.
18          Q.      I would readily admit it to the
19   jury.  Just ask Brian Williams.
20                  Let's go back to page 5 and the
21   SEC.
22          A.      Last paragraph?
23          Q.      Yeah, last paragraph.  I'm going
24   to just read it.  "In one of their many
25   conversations, Mr. Madoff reported that the SEC

188

1   had visited BLMIS's offices to conduct reviews
2   eight times in 16 years, and that gave you
3   additional comfort about Mr. Madoff's bona
4   fides."  Do you see that?
5            A.   I do.
6                 MR. STEINER:  It wasn't exactly a
7   correct reading, but close enough.
8                 MR. SHEEHAN:  All right.  I stand
9   by the record, not by what I said, all right?
10  Just suggesting a question.
11           Q.   But can you tell me what you
12  discussed that gave you comfort?
13           A.   Unless I'm missing, it says -- the
14  specific reference to the SEC reviews?
15           Q.   Yes.  Did he tell you what they
16  did?
17           A.   Oh.  I thought you were saying
18  something about the comfort.
19           Q.   No.
20           A.   He had either scheduled or
21  surprise visits from the SEC with some
22  regularity and some frequency, perhaps more on
23  the regular than on the surprises.  He was very
24  proud of his overall compliance record and just
25  sort of a clean bill of health with occasional

189

1   references to one or two smaller things, and it
2   certainly meant a great deal to me that the SEC,
3   with the power of subpoena, with the ability to
4   spend days at the firm, which is how he
5   presented it, came away and said, you know,
6   thank God for Bernie.  And that was very
7   significant to me.
8           Q.    My question, though, was, maybe I
9   wasn't clear so I'll restate it.
10                Did he tell you what exactly the
11  SEC did during these visits?
12          A.    Yeah.  He -- his operation was
13  reviewed by the SEC.  It is my memory on the --
14  on what I thought of as the two sort of aspects
15  of the business.
16          Q.    What I'm asking you for is
17  specifically, for example, did he tell you that
18  they asked for access to DTCC to verify the fact
19  that he had the stock he said he had?
20          A.    I don't remember that
21  conversation.
22          Q.    Did he ever represent to you that
23  that happened?
24          A.    I truly don't remember.
25          Q.    Okay.  Page 6 if you would,

1   bump into him then a couple times a year for
2   that.  And there was always or almost always an
3   opportunity to ask him something that I wasn't
4   sure about in terms of where the strategy --
5   whether it had been executed properly or where
6   the strategy might be headed to next.
7            Madoff's continued and growing
8   success and prominence in the securities
9   industry was very significant.  He did end up in
10  the position he achieved at NASDAQ, as its
11  chairman, and he went to Washington for hearings
12  for testimony.
13           I remember an occasion when he and
14  the president of the stock exchange and a former
15  chairman of the SEC were basically the three
16  persons who congressional committees wanted to
17  speak to.  That all goes to various and
18  different forms of due diligence.
19           Continued to talk to investors,
20  continued to talk to investors of his not
21  through us, who I thought were thoughtful and
22  insightful investors, bringing investors to see
23  him was a big part of what we were after.
24           Various events that took place in
25  the securities industry mattered to me a great

1  deal.  Not at the very beginning but closer to
2  then than the end the way an accounting firm
3  called Avellino & Bienes' pool was unwound by
4  the SEC's regional administrator in New York,
5  all the assets, or very substantially all the
6  assets to be managed at Madoff and with the very
7  clear reassurance from the SEC that every penny
8  was properly accounted for, was a very important
9  piece of information.
10              It meant that the SEC, which had
11 every reason to look especially careful,
12 especially carefully at a fund that had been put
13 together that had clear legal issues, forcing
14 the liquefication of the fund and putting the
15 fund out of business was basically saying we
16 found the fund to be managed by Madoff and we
17 were very, very happy to tell you that
18 everything is there.
19              There was a quote from Richard
20 Walker who was then the regional administrator
21 in an article in the Wall Street Journal, and it
22 was very important.  The development of
23 something called Primex, which was a trading
24 platform, that was to be managed by Madoff.
25              Madoff didn't really look for