# EXHIBIT 3

**Picard v. Merkin**                                              **J. Ezra Merkin  2-25-15**

321

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.

SECURITIES LLC,                       08-01789(BRL)

             Debtor.

---------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

             Plaintiff,               Adv.Pro.No.

                                      09-1182(BRL)

             v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


             Defendants.

---------------------------------x



             CONTINUED VIDEOTAPED DEPOSITION OF

J. EZRA MERKIN, as reported by Nancy C. Bendish,

Certified Court Reporter, RMR, CRR, and Notary

Public of the State of New York, at the offices

of Baker Hostetler, 45 Rockefeller Plaza, New

York, New York, on Wednesday, February 25, 2015,

commencing at 9:42 a.m.

**BENDISH REPORTING**
**877.404.2193**

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

374

1       A.      Oh, how much time passed?

2       Q.      How much time had passed before

3    you started speaking about BLMIS.

4       A.      I don't remember.

5       Q.      How often would you speak about

6    BLMIS?

7       A.      With Mr. Meyers?

8       Q.      Yes.

9       A.      Over the years?

10      Q.      In the initial time frame.  In

11   this late '80s time period.

12      A.      I don't remember.

13      Q.      Did Mr. Meyers tell you that he

14   conducted due diligence on BLMIS?

15      A.      I don't remember the nature of

16   those conversations.

17      Q.      Do you have any documentation from

18   those discussions?

19      A.      Again, I suppose the answer to the

20   question is yes if the note in the file, if

21   that's what it is, that we referred to, say,

22   five or ten minutes ago, so if it's in fact his,

23   and regardless of whether it's B-E-M-I-S at the

24   top of it or not, if it's there, then that would

25   have been something that he would have sent me

375

1    around that time.

2              One way of determining that is

3    seeing what the last year on that is because he

4    would have sent me something that was reasonably

5    up to date.  So, therefore, I'm not testifying,

6    but speculating, those are two different

7    functions, reasonably contemporaneous with the

8    period you're talking about.

9         Q.    After your initial conversations

10   with Mr. Meyers, did you have any discussions

11   with him regarding the performance of your

12   respective BLMIS accounts?

13        A.    When you say respective, at that

14   time they weren't respective.

15        Q.    After your initial discussions,

16   after, in 1990, did you ever have conversations

17   with Mr. Meyers regarding the performance of

18   your respective BLMIS accounts?

19        A.    Yes.  Yes.

20        Q.    What do you recall from those

21   discussions?

22        A.    Well, Leon Meyers and I have had

23   conversations about the investment world going

24   back, let's just say, to '85, '86, '87 and have

25   had one as recently as last week.  So I have

**Picard v. Merkin**                                **J. Ezra Merkin  2-25-15**

376

1    spent all those years talking to Leon, I suppose

2    possibly twice a day, sometimes twice a week,

3    sometimes twice a month, sometimes twice a

4    quarter.  I think my guess would be in all

5    instances more frequently than twice a year.  So

6    I'm not going to go to twice a year.  And Madoff

7    was a theme of our conversations, surely not

8    every one, but was a constant theme of our

9    conversations.  Performance would certainly have

10   been part of it.  Most of them focused on

11   visits, telephone calls, understandings, changes

12   in the strategy, possible changes in the

13   strategy, and was he in or was he out, if that

14   was something that we were then talking about.

15        Q.    Did you ever have any

16   conversations with Mr. Meyers where you tried to

17   determine how Mr. Madoff chose to enter and exit

18   the market?

19        A.    Probably.

20        Q.    Did you ever come to any

21   conclusions with Mr. Meyers?

22        A.    About what he -- how he --

23        Q.    How Mr. Madoff chose to enter and

24   exit the markets.

25        A.    You're asking me specifically

377

1    whether Mr. Meyers and I in a conversation

2    concluded that this is how he did it?

3         Q.    Yes.

4         A.    I don't remember any specifics of

5    that kind of a -- I just don't remember any

6    specific conversation on that.

7                   MR. SONG:  We've been talking

8    about an hour, I think now is a good time for a

9    break.

10                  MR. STEINER:  Sure.

11                  THE VIDEOGRAPHER:  Off the record,

12   10:42.

13                  (Recess taken.)

14                  THE VIDEOGRAPHER:  Back on 11:07.

15   BY MR. SONG:

16        Q.    Mr. Merkin, can I have you turn to

17   Trustee's Exhibit 363, which is your, what we

18   designated yesterday as your Madoff file.

19        A.    So we're done with this for the

20   moment?

21        Q.    For the moment, yes.

22        A.    That's that big thing you gave me

23   yesterday in rubber bands?

24        Q.    Yes.

25        A.    Keep a semblance of order here.

381

1    she did.

2          Q.     What do you recall that

3    relationship to be?

4          A.     I think she had an -- she

5    supervised either a pooled vehicle there or a

6    series of accounts, and was proficient on the

7    subject and knew what she was talking about.

8          Q.     Do you recall when you had those

9    discussions with -- let me back up.

10               When do you recall having

11   discussions with Ms. Manzke about BLMIS?

12         A.     The specific dates?  I don't

13   remember.  Early that period of time, perhaps

14   very late '80s, perhaps not quite so late '80s,

15   perhaps '90, around that period of time.

16         Q.     Do you know if you had more than

17   one conversation with Ms. Manzke?

18         A.     Yes.  I mean, yes I -- either in

19   person or on the phone?

20         Q.     Yes.

21         A.     Including those conversations,

22   yes.

23         Q.     Do you have an estimate as to how

24   many times you spoke to her prior to investing

25   with BLMIS?

**Picard v. Merkin**                                    **J. Ezra Merkin  2-25-15**

382

1      A.      Nothing terribly reliable, the

2   estimate.

3      Q.      Did Ms. Manzke tell you that she

4   had conducted due diligence on BLMIS?

5      A.      I don't remember the specifics of

6   the conversation, but I remember forming an

7   impression that she had been to the office, that

8   she knew Bernie, that she'd had conversations

9   about the strategies.

10      Q.      And did Ms. Manzke send you any

11   documentation in the course of your

12   conversations -- or in the course of your due

13   diligence on BLMIS?

14      A.      She may have.  I don't remember.

15      Q.      Did you take any notes of your

16   conversations with Ms. Manzke?

17      A.      I don't remember.

18      Q.      If you had taken notes regarding

19   your conversations about BLMIS with Ms. Manzke,

20   would you have put them in your Madoff file?

21      A.      If I had them, very likely, yes.

22      Q.      The next name on the list on page

23   2 is David Gottesman.

24      A.      Gottesman, yes.

25      Q.      Gottesman.  And prior to 1990 did

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

385

1    investor or the funds became investors of

2    Mr. Madoff's.

3         Q.     And what did you discuss with

4    Mr. Gottesman?

5         A.     Mr. Madoff, his personal

6    reputation, the strategy and so forth.

7         Q.     Were you aware at that time, prior

8    to 1990, whether Mr. Gottesman had a personal

9    investment with BLMIS or whether it was in a

10   pooled vehicle or investor money?

11        A.     I don't remember.

12        Q.     And did Mr. Gottesman tell you

13   that he conducted due diligence on BLMIS?

14        A.     I don't remember his saying that

15   in those words.  I know Mr. Gottesman and he

16   doesn't -- he's a very careful and methodical

17   investor.  In his case, one of the impressions I

18   do remember, he had a very high opinion of

19   Bernie Madoff, the person.  Thought he was an

20   innovative person, that some of the things he

21   had done in terms of his challenge of on-board

22   versus off-board trading, his willingness to

23   take on the (indiscernible) of the New York

24   Stock Exchange were all things that

25   Mr. Gottesman knew about, was aware of.

**Picard v. Merkin**                                    **J. Ezra Merkin  2-25-15**

386

1      It was not quite at this time, but

2  Mr. Gottesman's decision to have Mr. Madoff join

3  the university board and become the chairman of

4  their business school board, become at some

5  point the treasurer of the university, a member

6  of the executive committee, were later events,

7  some of them not that much later because that

8  takes place over a series of years, that I think

9  reflected those views.

10      Q.    Did Mr. Gottesman ever share with

11  you how much he invested in BLMIS?

12      A.    I don't remember.

13      Q.    Would the amount of money that

14  Mr. Gottesman placed with BLMIS be of any

15  significance to you?

16          MS. ARCHER:  Object to the form.

17      A.    I don't remember.  At the time

18  Mr. Gottesman had -- was a very, very, very

19  significant investor in Berkshire Hathaway.

20  It's possible that even then I was aware, or I

21  believe is the case which is he was the largest

22  single individual shareholder in Berkshire other

23  than Mr. Buffett.  They're institutional

24  investors, but I think at some point I realized

25  he had a larger -- perhaps was a larger investor

Picard v. Merkin                                      J. Ezra Merkin  2-25-15

387

1    than anybody —— any other individual.

2              So nothing —— he was never going

3    to invest with some other person.  Just for

4    sheer size, of what he might have had with

5    Berkshire and therefore what he had someplace

6    else was not something that I necessarily asked

7    about or remember hearing about or paid that

8    much attention to.  Unless it was trivial, but I

9    don't have any memory that it was trivial.

10        Q.    What would be a trivial amount in

11   your mind?

12        A.    Then?

13              MR. STEINER:  Objection to form.

14        Q.    Yes.

15        A.    I don't know.

16        Q.    The next name on the list is

17   Mr. Gedale Horowitz.

18        A.    Um—hum.

19        Q.    Again, prior to 1990, did you have

20   a relationship with Mr. Horowitz?

21        A.    Yes.

22        Q.    How would you describe that

23   relationship?

24        A.    I knew him.  I knew him probably a

25   little bit less well than I knew Mr. Gottesman

Picard v. Merkin                                J. Ezra Merkin  2-25-15

388

1   but not that much less well.  He was a -- had

2   been a figure at the Yeshiva University board.

3   I'm not sure he was still on the board but he

4   was the chairman of their investment committee

5   at that time and I had, by then I'm pretty sure,

6   joined the investment committee.  I'm not sure I

7   necessarily was then chairing it.  Pardon me.

8   Can't quite place the time sequence today.

9            He ran Solomon Brothers' municipal

10  department, municipals department which, when he

11  ran it, until -- the department was closed, was

12  sort of a huge firm within a firm.  He was

13  probably one of the leading spokesmen for the

14  muni industry.  The nature of the muni industry

15  is such that government relations are very

16  critical because municipals are debt securities

17  issued by government entities, perhaps without

18  exception.  They don't qualify for their tax

19  advantages.

20           What I remember from a

21  conversation with him, very specifically at that

22  time, was the extent to which the regulatory

23  world and the congressional world held

24  Mr. Madoff in such high esteem.  That would have

25  been something that would have been important to

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

389

1  me and he would have been a very critical figure

2  in knowing, because he was constantly traveling

3  among states, and specifically to Congress in

4  Washington, on governmental relations, because

5  they're so important to the muni industry, and

6  because Solomon was such a dominant name in

7  municipals.  And he kept saying to me -- he was

8  the person who said to me at that time, Bernie

9  Madoff, a legend on Wall Street.  He said, but

10  you -- but possibly even more so, even more than

11  a legend in Congress.  Given Bernie's testifying

12  down there and given the extent to which they

13  had looked to him for certain issues in the

14  securities industry.

15       Q.     Did you know whether or not

16  Mr. Horowitz had a -- any kind of a personal

17  relationship with Mr. Madoff at that point in

18  time?

19       A.     I don't really remember today

20  whether that was the case or not.  I have very

21  specific memories of their knowing each other

22  subsequent to that time.  In other words, I can

23  tell you about things subsequent to that, but

24  they did very clearly know each other, but I

25  don't remember today whether I knew that then or

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

390

1    whether I didn't know that then.

2         Q.    And the reason I'm asking is the

3    conversation that you had with Mr. Horowitz

4    regarding Mr. Madoff's reputation, do you know

5    whether that was based on Mr. Horowitz's

6    personal knowledge or whether he also learned

7    that through -- or he was relaying to you

8    Mr. Madoff's reputation from other people?

9         A.    The short answer is I don't know.

10        Q.    Do you know whether or not

11   Mr. Horowitz had a personal account with BLMIS?

12        A.    I don't know whether he had a

13   personal account at that time.

14        Q.    Do you know if he ever had a

15   personal account?

16        A.    Oh, I thought you asked me that.

17   I don't know for sure.

18        Q.    Do you know whether or not

19   Mr. Horowitz was ever personally invested

20   through any vehicle with BLMIS?

21        A.    Yes.

22        Q.    What vehicle was that?

23        A.    Ascot Partners LP.

24        Q.    And when did --

25        A.    I'm not sure it was him

391

1    personally.  I think it was family trusts, but I

2    would take that to be something that you would

3    want me to answer yes to in your question.

4         Q.    Yes.  Do you know when

5    Mr. Horowitz began his investments with Ascot

6    Partners?

7         A.    Early on in Ascot history and I

8    can't place the exact date or time or year.

9         Q.    Did Mr. Horowitz ever tell you

10   that he conducted due diligence on BLMIS?

11        A.    I don't remember.

12        Q.    And if you hadn't -- if you -- do

13   you have any documentation regarding your

14   discussions and conversations with Mr. Horowitz

15   regarding BLMIS?

16        A.    None that comes to mind, but I

17   don't remember.

18        Q.    If you had such documentation, you

19   probably would have put it in your BLMIS file?

20        A.    Probably.

21              MR. STEINER:  Objection to form.

22        A.    But depends.

23        Q.    Do you recall a meeting between

24   yourself, Mr. Madoff and Mr. Horowitz in

25   February of 2003?

Picard v. Merkin                              J. Ezra Merkin  2-25-15

392

1        A.      I recall a meeting.  I can't quite

2   place when it was.

3        Q.      Do you recall what the purpose of

4   that meeting was?

5        A.      I think Mr. Horowitz was

6   interested in -- either had already become an

7   investor in Ascot Partners LP or was

8   contemplating becoming an investor.  I would

9   imagine by that time Yeshiva University was an

10  investor.  I think he was the chairman of the

11  investment committee when Yeshiva University

12  became an investor.  Obviously his views of

13  Mr. Madoff mattered much to that investment.

14               Mr. Gottesman was either on -- was

15  either already the chairman of the board or

16  certainly on the investment committee when that

17  happened, and if that happened at this time,

18  that would have been part of the discussions

19  about Madoff with these two people.  I just

20  don't -- you may know, I'm trying to answer the

21  question.  If you know when that investment was

22  made, it either fits in your time period or it's

23  a little bit later, but it's not a long time

24  later.

25       Q.      Okay.  Do you recall anything?

394

1    was a bit of discussion about SEC chairman but

2    I'm not sure I -- that that is in front of me.

3    That is what I remember their talking about.

4         Q.    Did you arrange the meeting

5    between Mr. Horowitz and Mr. Madoff?

6         A.    I think so.

7         Q.    Do you know why you needed to

8    arrange the meeting if Mr. Horowitz and

9    Mr. Madoff had a personal relationship?

10        A.    I think Mr. Horowitz, as either a

11   fiduciary for or as an investor in Ascot

12   Partners LP, thought that that was the way to

13   have the introduction, or have the request made.

14        Q.    And did you take any notes from

15   this meeting?

16        A.    Again, I'm not sure I was at the

17   meeting or this is my memory of what they told

18   me about the meeting.  They meaning mostly

19   Gedale.

20        Q.    Other than this one meeting that

21   we were discussing, do you recall any other

22   occasions in which you arranged a meeting

23   between Mr. Horowitz and Mr. Madoff?

24        A.    I don't remember if there was a

25   request for another meeting, that didn't happen

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

396

1   list is Daniel Hoffert.  Am I saying that right?

2         A.      Hoffert, I think.

3         Q.      Prior to -- again prior to 1990

4   did you have a relationship with Mr. Hoffert?

5         A.      Yes.

6         Q.      And how would you describe that

7   relationship?

8         A.      I knew Mr. Hoffert, he was

9   probably older than I am, and he was someone I

10  knew from our neighborhood and community in New

11  York City when I was growing up.  He no longer

12  lived in New York City, probably even then, he

13  lived in Florida.

14        Q.      Mr. Merkin, can I ask you not to

15  put your hand to your mouth.

16        A.      Okay.

17        Q.      Did there come a time in which

18  Mr. Hoffert became an investor with Gabriel?

19        A.      Yes.  Or some family entity did.

20        Q.      And do you recall when you first

21  met Mr. Hoffert to discuss BLMIS?

22        A.      I don't remember that, when we met

23  to discuss it.  I think he was already in

24  Florida, called me and asked me one or two

25  questions about Madoff.  He said he had had -- I

397

1    think I remember the conversation going

2    something like as follows, because I told him

3    that Gabriel Capital LP -- this is either around

4    the time that he became an investor, or maybe it

5    was earlier.  We had discussed the merger

6    arbitrage business and he said to me, you must

7    know somebody else who's in the merger arbitrage

8    business.  That's not such an infrequent

9    question.  And I said, who'd you have in mind

10   and he said, Bernie Madoff.  And I said, I would

11   not think of Bernie Madoff as someone who is in

12   the merger arbitrage business.  And he said, no,

13   no, no, not merger arbitrage business.

14   Arbitrage business.  He's an arbitrager.  "He"

15   meaning Madoff, not Mr. Hoffert.  And I thought

16   in some sense that made some sense.  And he sent

17   me some form of either a confirmation or perhaps

18   it was a monthly statement to give me some sense

19   of why he called him an arbitrager and what he

20   was doing with him.

21        Q.     I'm going you to go back to your

22   Madoff file.

23        A.     To the rubber bands?

24        Q.     Yes.  This will be relatively easy

25   to find.

**Picard v. Merkin**                                    **J. Ezra Merkin  2-25-15**

401

 1    have been an earlier document.  That's what I'm

 2    trying to get at, that I didn't keep or that I

 3    don't have that wasn't in the file, wasn't

 4    there.  So I'm not sure that this is the

 5    document that I was referring to when I said we

 6    had the earlier conversations and the earlier

 7    document.

 8         Q.    Okay.  Did Mr. Hoffert tell you

 9    that he conducted due diligence on BLMIS?

10         A.    I don't remember the conversation.

11         Q.    And do you know when Mr. Hoffert

12    passed?

13         A.    I am guessing around -- the answer

14    is no, I don't.  I'm guessing around 2010.

15         Q.    Do you know if Mr. Hoffert was

16    asked to testify in any matters regarding your

17    investments in BLMIS?

18         A.    I have no idea.

19         Q.    If you turn to page 3 of the

20    interrogatory response --

21         A.    Okay.  Let me put this -- may I

22    seek your advice.  Am I putting the rubber bands

23    back on or not?

24         Q.    I would not put the rubber bands

25    back on.

**Picard v. Merkin**                                    **J. Ezra Merkin  2-25-15**

402

1          A.      I asked the right person the right

2     question.

3          Q.      If you turn to page 3, the first

4     full sentence at the top says you had

5     conversations with customers of BLMIS's market

6     making operations.

7          A.      Um-hum.

8          Q.      Do you recall who those customers

9     were?

10         A.      Well, Fidelity for sure.  And I

11    don't remember at the moment who else it might

12    have been.  There might have been somebody at

13    Charles Schwab.  I just don't remember.

14         Q.      Do you recall the particular

15    person you spoke to at Fidelity?

16         A.      No.

17         Q.      And did Fidelity send you any

18    documentation regarding BLMIS's market making

19    operations?

20         A.      I don't think so.

21         Q.      Do you know Henry Kaufman?

22         A.      I do.

23         Q.      How do you know Mr. Kaufman?

24         A.      How do I know Mr. Kaufman?  I know

25    Mr. Kaufman because he and his wife, for a

403

1   period of decades, were very active in something

2   that related to a school for music and culture

3   generally on the west side of Manhattan, in a

4   school that my family has had an involvement

5   with for, must be half a century or 40 years,

6   something like that.  Meaning my parents,

7   myself, my siblings, my brother I think might

8   still be on the board.  So I knew him a little

9   bit from there.  And I knew him from going back

10  to his Solomon days a little bit.  We also had

11  additional friends in common.  One would have

12  been Leon Levy.

13         Q.     Did you ever speak to Mr. Kaufman

14  regarding BLMIS?

15         A.     Yes.

16         Q.     And when were those conversations?

17         A.     Can't say I remember specifically

18  when they were.

19         Q.     Do you recall whether it was prior

20  to your investments in BLMIS, so prior to 1990,

21  or was it later on?

22         A.     I certainly can't recall -- I

23  certainly can't recall with specific precision

24  that they were prior or else I would have

25  included them in the document.  So it must have

Picard v. Merkin                                J. Ezra Merkin  2-25-15

404

1   failed some precision test of my own.  But it's

2   an older relationship, so it could have well

3   been back then as well.

4        Q.     Did you discuss -- do you know

5   whether or not Mr. Kaufman had any investments,

6   either personal or through family entities, with

7   BLMIS?

8        A.     I believe he did.

9        Q.     And was that the subject of your

10  conversation regarding BLMIS?

11       A.     It certainly came up.  I mean, it

12  wasn't the only part of it, but it came up.  He

13  had a gentleman who worked with him, whose name

14  I can't remember at the moment, and we had the

15  conversations in his office.

16       Q.     What was the nature of those

17  conversations?

18       A.     Where to invest, how to invest,

19  what kinds of returns he was looking for, what

20  kinds of risk he was willing to take, what kinds

21  of liquidity requirements he had.

22       Q.     And did you have any conversations

23  with Mr. Kaufman regarding due diligence on

24  BLMIS?

25       A.     I had conversations with him about

405

1    Mr. Madoff.  I can't pinpoint them and say, this

2    is what the due diligence component of it was.

3         Q.     Do you have any -- do you have any

4    notes or other documentation regarding your

5    discussions with Mr. Kaufman on BLMIS?

6         A.     Not that I remember.

7         Q.     And do you know whether or not

8    Mr. Kaufman was ever called to testify in any of

9    the litigations, arbitrations, regarding your

10   investments in BLMIS?

11        A.     I don't know.

12        Q.     Do you know Norman Levy?

13        A.     I think I've been introduced to

14   him once or twice.  I don't know him.  He -- I

15   know I had perhaps a little bit of a -- he may

16   have been a small owner of the building in which

17   our office is, and we may have been paying him,

18   directly or indirectly, some rent.

19        Q.     Do you know whether Mr. Levy had

20   any investments with BLMIS?

21        A.     Only from newspaper accounts that

22   appeared subsequent to late 2008.

23        Q.     Did you have any discussions

24   with --

25        A.     Although, you know what, I can't

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

411

1    A.    Yes, true.

2    Q.    Do you recall whether or not you

3  discussed Mr. Jesselson's investments with BLMIS

4  in your conversations with him?

5    A.    I'm sorry?  I just didn't -- you

6  just trailed off.  Say it again.

7            MR. STEINER:  Just to correct one

8  thing, you just said that Mr. Jesselson doesn't

9  appear on page 5, and he certainly does.

10            MR. SONG:  Oh, yes.

11    A.    Two Ludwigs.

12    Q.    Two Ludwigs.

13            Do you recall whether you

14  discussed Mr. Jesselson's investments with BLMIS

15  in your conversations?

16    A.    With Mr. Jesselson?

17    Q.    With Mr. Jesselson.

18    A.    I think I said he talked, when we

19  discussed Mr. Madoff, he talked as an investor

20  of Mr. Madoff would talk.  So it was clear to me

21  that he was an investor.  Whether it was him

22  personally or the family foundation, not sure it

23  would have made a big difference to me, and I

24  just don't remember which one it was.  And it

25  may have been another charity as well.

**Picard v. Merkin**                    **J. Ezra Merkin  2-25-15**

412

1      Q.      And did Mr. Jesselson tell you

2   that he conducted due diligence on BLMIS?

3      A.      In those words, in those many

4   words, I don't remember.

5      Q.      And did Mr. Jesselson send you any

6   documents or materials regarding BLMIS?

7      A.      I don't think so.

8      Q.      Do you know Leon Levy?

9      A.      I did.

10      Q.      And who is Mr. Levy?

11      A.      Mr. Levy was one of the two

12   co-founders and principals at an entity called

13   Odyssey Partners LP.  And before that had had a

14   career at Oppenheimer & Company.

15      Q.      And did you have a relationship

16   with Mr. Levy?

17      A.      Yes.

18      Q.      How would you describe that

19   relationship?

20              Again, sir, if you could move your

21   hands away.

22      A.      Oh, sorry.

23              We were fairly close.  Leon is

24   somebody else I would put on the short list,

25   perhaps not on the scale of Mr. de Picciotto in

Picard v. Merkin                              J. Ezra Merkin  2-25-15

425

1    other customers of Mr. Madoff.  Then we

2    discussed Mr. Jesselson, Mr. Gottesman and

3    Mr. Meyers.  And then it's other sophisticated

4    investors, including people who served on the

5    Yeshiva University investment committee.

6          A.    Um-hum.

7          Q.    Could you tell me who those other

8    sophisticated investors are?

9          A.    Well, surely Mr. Horowitz.  On the

10   YU investment committee, I would probably

11   include in that Morris Smith, Jonathan Kolatch.

12   Don't want to repeat names, so...

13                Those are the names that come to

14   mind at the moment.  I'm sure there are more,

15   but those are the ones that I remember at the

16   moment.

17         Q.    What do you recall discussing --

18   we've already covered Mr. Horowitz.  What do you

19   recall discussing with Mr. Smith?

20         A.    He was just present at YU

21   investment committees, either he or an entity

22   that he was related to were limited partners or

23   became limited partners in Ascot Partners LP,

24   probably as well as Gabriel, if I remember

25   correctly.  And I think it's possible his

426

1    mother-in-law became an investor.  So it was

2    ongoing conversations.

3              The Ascot investment was a, not

4    necessarily every meeting but was a fairly

5    constant motif at YU investment committee

6    meetings.  I don't remember when Morris joined

7    the committee, but he was pretty diligent in

8    attendance, less diligent in attentiveness

9    because he was constantly on his phone.  You

10   know, he was constantly emailing throughout the

11   meetings.  But he came.  Morris worked at my

12   office for a period of years and a lot of the

13   meetings were in my office.

14             So Madoff came up and Morris was a

15   fan.  Morris was a fan of Ascot generally.

16   Ascot was, some of that would -- Gedale always

17   asked about, Mr. Gottesman asked about, came up,

18   conversations and so forth.  Also as I've

19   previously alluded to Mr. Madoff became

20   something of a figure at Yeshiva University

21   board, chairman of the business school, officer

22   of the board when he became the treasurer, and

23   the executive committee, which was only eight or

24   nine people, included him.

25        Q.    Still on page 5, if you go to the

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

512

1      Q.      You're not aware of a direct

2  investment with BLMIS?

3      A.      I'm not aware of one but I would

4  not necessarily be aware of one.

5      Q.      And what were the circumstances

6  related to the meeting that you set up between

7  Mr. Bravmann and Mr. Madoff?

8      A.      Don't remember.

9      Q.      Do you recall what time frame this

10  was in?

11     A.      No.

12     Q.      Did you attend that meeting?

13     A.      I don't remember.

14     Q.      Did you have -- did you take any

15  notes of that meeting?

16     A.      I don't remember.

17     Q.      And do you know if you have any

18  documentation at all evidencing this meeting?

19     A.      Did we produce any, may I ask?

20     Q.      Would you have had an email, say,

21  with Mr. Bravmann setting up the meeting?

22     A.      I might have.  I don't know.  I

23  would not testify that we didn't but I don't --

24  I don't know that that's the way it would have

25  happened.  It may have just been telephone calls

514

1    name after Christof Reichmuth, so to take those

2    three names together rather than two names

3    together...

4           Q.      Sure.

5           A.      ...worked.

6           Q.      Did there come a time when you set

7    up a meeting between Mr. Reichmuth, Mr. Hackel

8    and Mr. Madoff?

9           A.      I set up meetings for Mr. Hackel,

10   I set up meetings for Mr. Reichmuth, I set up

11   meetings for Mr. Erne.  I don't know at which

12   meetings the two of them might have overlapped.

13          Q.      Did -- I want to start with

14   Mr. Reichmuth.  Do you recall when you set up

15   the meeting for Mr. Reichmuth?

16          A.      Christof?

17          Q.      Yes.

18          A.      This would have probably been not

19   that long after Reichmuth & Company was started

20   by his father.  So early in the period we're

21   talking about, but I don't remember when.

22          Q.      Does the late 1990s sound correct

23   to you?

24          A.      That's early in the period we're

25   talking about, so I can't remember exactly when.

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

515

1   I would have conjectured 2000 but, you know,

2   it's not a different -- not a completely

3   different answer.

4       Q.    Do you recall attending the

5   meeting with Mr. Reichmuth and Mr. Madoff?

6       A.    I recall attending meetings at

7   Mr. Madoff's office with various members of the

8   Reichmuth staff.  I'm not sure I remember this

9   one specifically.

10      Q.    Okay.  Do you recall what the

11  purposes were of the -- do you recall what the

12  purposes of the meeting between Mr. Reichmuth

13  and Mr. Madoff were?

14      A.    Broadly speaking, Reichmuth &

15  Company had money management clients, of which

16  possibly Mr. Hackel was one and then had a whole

17  series of clients who I didn't know, and they

18  had -- over a period of time were in the process

19  of setting up at least one and probably two what

20  became fairly large fund of funds.

21           In the first one, chronologically,

22  they had a very large position relative to the

23  size of the fund in Ascot Fund Limited.

24      Q.    Did you ever tell Mr. Reichmuth

25  that BLMIS only acted as a broker for Ascot

**Picard v. Merkin**                                    **J. Ezra Merkin  2-25-15**

516

1   Fund?

2        A.     No.

3        Q.     Do you recall how many meetings

4   you set up between Mr. Reichmuth and Mr. Madoff?

5   Mr. Christof Reichmuth.

6        A.     No.

7        Q.     Was it more than one?

8        A.     Could very well be.

9        Q.     Did you ever disclose to

10  Mr. Christof Reichmuth that Ariel had capital

11  invested with BLMIS?

12       A.     To Christof specifically?

13       Q.     Yes.

14       A.     I don't remember a specific

15  conversation with Christof.

16       Q.     Okay.  Do you recall setting up a

17  meeting for Mr. Patrick Erne and Mr. Madoff in

18  October of 2007?

19       A.     Sounds right.

20       Q.     Do you know if Mr. Matlin attended

21  that meeting?

22       A.     I believe he did.

23       Q.     And do you recall anybody else

24  that attended that meeting?

25       A.     Me.

Picard v. Merkin                                           J. Ezra Merkin  2-25-15

517

1          Q.      Anybody else from GCC?

2          A.      Don't think so.  I don't remember,

3    but -- not that I remember.

4          Q.      Why was this meeting arranged?

5          A.      I'm sorry?

6          Q.      Why was the meeting arranged?

7          A.      At some point I guess both Michael

8    and Patrick had asked for a meeting with

9    Mr. Madoff, and -- Patrick was not here that

10   often.  He used to swing around about three

11   times to year to visit managers, and so I asked

12   Bernie if it was okay to sort of basically

13   double up and to save wear and tear all around,

14   come to his office with two different investors

15   who had no relation with each other.

16         Q.      So was the meeting -- did

17   Mr. Madoff meet with both Mr. Erne and

18   Mr. Matlin simultaneously?

19         A.      It was one meeting.

20         Q.      It was one meeting.  And all four

21   of you were together at the meeting?

22         A.      Correct.

23         Q.      Do you have any specific

24   recollection of what was discussed?

25         A.      I think we started from scratch

518

1   and went over the, whatever the strategy was at

2   the time, the strategy we've talked about.  Lots

3   of questions were asked, questions were

4   answered.  I don't think any questions were

5   declined that I can remember.  And I think both

6   Patrick and Michael were actually rather

7   thankful for the meeting because I think I

8   remember getting emails saying thank you so much

9   for setting it up and how, if not in this word,

10  in this sense how illuminating it was, or how

11  much light it shed on, you know, things that

12  they had already known but had perhaps a fuller

13  understanding of or a broader understanding of

14  and so forth.

15       Q.    And those were emails from both

16  Mr. Erne and Mr. Matlin?

17       A.    It might have been one email and

18  one phone call, I'm just not quite sure.

19       Q.    Did you take any notes of this

20  meeting?

21       A.    I don't remember.

22       Q.    Was this the only meeting that you

23  arranged on behalf of Mr. Matlin and Mr. Madoff?

24       A.    Might have been.  I'm not sure.

25       Q.    Do you recall whether or not

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

520

1        A.      With Mr. Madoff?

2        Q.      Yes.

3        A.      I'm sorry.  What was the question?

4        Q.      At the meeting in October of 2007

5   with Mr. Erne, Mr. Matlin and Mr. Madoff, did

6   you discuss Ariel's investment with BLMIS, or

7   was it just an overall discussion on Mr.

8   Madoff's strategy?

9        A.      It was surely the latter, okay,

10  about the -- yes, it was a discussion of the

11  strategy.  They were there to meet Mr. Madoff,

12  not to meet me.  If I remember correctly, I

13  think I had a meeting with one of them

14  immediately before or immediately after, but it

15  was on the same day.  I think they met in my

16  office and -- we met in my office and then we

17  walked over to Third Avenue immediately

18  following the meeting with me and then had the

19  meeting with Bernie.  That would probably have

20  been with Patrick.  And then had the meeting

21  with Bernie.

22       Q.      And prior to December of 2008, did

23  you ever tell Mr. Erne that Ariel was invested

24  with BLMIS?

25       A.      I don't remember a specific

526

1    vaguest memory that she either was a compliance

2    person or perhaps a legal person, but that

3    doesn't mean she didn't function within the risk

4    review group.

5            Q.     All right.

6            A.     If people who went on a due

7    diligence visit, to your way of asking

8    questions, by definition are part of a risk

9    review, then maybe they are.  That depends how

10   you think about the relationship between due

11   diligence and risk.  Then I would say she

12   probably was part of that because she went on

13   due diligence visits.

14           Q.     Okay.

15           A.     But I don't know what her --

16           Q.     You don't know what her job title

17   is?

18           A.     Correct.

19           Q.     Or what her role is at UBP?

20           A.     I certainly don't know what her

21   job title is.  I know enough about her role to

22   say -- and it's not very much -- to say that she

23   was part of a due diligence review.

24           Q.     Do you recall setting -- arranging

25   a meeting between Mr. Igolnikov and Mr. Madoff

Picard v. Merkin                                J. Ezra Merkin  2-25-15

527

1     in early 2004?

2          A.     Not specifically, no.

3          Q.     Let me get, Oleg, 133 and 134.

4                 (Exhibits Trustee 370 and Trustee

5     371 marked for identification.)

6          Q.     Mr. Merkin, the court reporter has

7     handed you what's been marked as Trustee's

8     Exhibit 370, which is UBPAMMERKIN00000004.

9          A.     Um-hum.

10         Q.     And Trustee Exhibit 371, which is

11    Bates number GCC-P 0152946.  And we're going to

12    start with 370.

13         A.     Okay.

14         Q.     Do you recognize Trustee's 370?

15         A.     Well, this looks like it's an

16    email from Roman Igolnikov to me in February of

17    2004.  Assuming that his email system spells his

18    name correctly, it looks like we did not spell

19    it correctly on page 5, first full paragraph.

20         Q.     And what is Mr. Igolnikov -- what

21    is the subject of this email?

22         A.     I assume it starts from the

23    bottom?

24         Q.     Yes.

25         A.     So he's asking me, consistent with

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

530

1    It sounds like he may otherwise have had some

2    difficulty in doing so from the third sentence,

3    and was appreciative of the access and of the

4    meeting.

5          Q.     To your understanding was this the

6    first time Mr. Igolnikov met with Mr. Madoff?

7          A.     I don't remember, if I knew.

8          Q.     Do you recall -- did you attend

9    that meeting between Mr. Igolnikov and

10   Mr. Madoff?

11         A.     I don't remember.

12         Q.     Did Mr. Igolnikov ask to bring

13   anyone with him to the meeting?

14         A.     I don't remember.

15         Q.     Did you ever tell Mr. Igolnikov

16   that BLMIS does not take visitors?

17         A.     Did I ever tell that to Roman?

18         Q.     Yes.

19         A.     While setting up a meeting?

20         Q.     Yes.

21         A.     No.

22         Q.     Did you tell Mr. Igolnikov that it

23   was a big deal for you to take him to see

24   Mr. Madoff?

25         A.     No.   Certainly not that I

Picard v. Merkin                                    J. Ezra Merkin  2-25-15

576

1   not they knew of the Madoff involvement in

2   Ascot, and whether they knew about the Madoff

3   involvement in Ariel.

4          Q.     Yes.

5          A.      If they knew of the Madoff

6   involvement in Ascot, in my opinion, is a fact.

7   I think it's more likely than not that they knew

8   of the involvement in Ariel.  My level of

9   conviction there is not as high as it was or is

10  on the Ascot piece, and we did not challenge

11  them on Ariel.  We challenged them only on Ascot

12  for that reason.

13         Q.     And you're referring to some sort

14  of litigation between you and Reichmuth &

15  Company?

16         A.     Yes.

17         Q.     Mr. Merkin, do you recall

18  yesterday you referred to an accounting firm

19  called Avellino & Bienes?

20         A.     Yes.

21         Q.     And Avellino & Bienes was the

22  subject of several news articles that you kept

23  in your Madoff file, correct?

24         A.     I don't know how many, but yes.

25         Q.     Other than those articles, did you

Picard v. Merkin                              J. Ezra Merkin  2-25-15

577

1   have any other source of information regarding

2   Avellino & Bienes?

3         A.    Other than a discussion with

4   Mr. Madoff about them, no.

5         Q.    And what was --

6         A.    In addition to that I'm saying, in

7   addition to the articles I had conversations

8   with Bernie about them, but that was it.

9         Q.    And what was your discussions with

10  Mr. Madoff about it?

11        A.    He kind of said, yeah, it was me

12  and them.  I didn't know anything about Avellino

13  & Bienes until I read the first of the articles

14  that I read, which was the Wall Street Journal

15  article, and it was already over.

16        Q.    And did you and Mr. Madoff discuss

17  the subsequent SEC investigation of Avellino &

18  Bienes?

19        A.    I don't know if it was subsequent.

20  That is, I have to go back and read the Journal

21  article and see whether that was written only

22  after the SEC investigation was over.  I doubt

23  it, but I just don't remember the sequence.

24        Q.    Take out the word "subsequent."

25  Did you have a conversation with Mr. Madoff

578

1    regarding an SEC investigation into Avellino &

2    Bienes?

3         A.    There's a reference to the SEC

4    investigation in that article.  And Richard

5    Walker, who was the regional administrator in

6    New York at the SEC at that time, is quoted.  I

7    don't remember exactly what he says in that

8    quote, because I don't remember the article that

9    well, but I believe he is named or maybe he's

10   just referred to and there's not a quote in

11   quotations.  I just don't remember it that

12   clearly.

13              But we discussed the article and

14   we may have discussed Richard Walker, in which

15   case the answer to your question did we discuss

16   anything about the SEC would have been yes.  If

17   we didn't bring up Richard Walker, I don't

18   remember otherwise a discussion about the SEC.

19        Q.    How often would you talk about the

20   SEC with Mr. Madoff?

21        A.    I don't know.

22        Q.    In your 10 to 15 conversations per

23   year, do you recall whether you had a

24   conversation once or twice per year or was it

25   one time in your entire, the entire span of your