# EXHIBIT 4

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


--------------------------------x
In Re:

BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
SECURITIES LLC,                       08-01789(BRL)

            Debtor.
--------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

            Plaintiff,                Adv.Pro.No.
                                      09-1182(BRL)

            v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

            Defendants.
--------------------------------x

              *    *    *

         VIDEOTAPED DEPOSITION

       OF JEFFREY M. WEINGARTEN

              *    *    *

            TRANSCRIPT of testimony as reported
by NANCY C. BENDISH, Certified Court Reporter,
RMR, CRR and Notary Public of the State of
New York, at the offices of Baker Hostetler,
45 Rockefeller Plaza, New York, New York, on
Wednesday, July 15, 2015, commencing at 10:10 a.m.

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 123

1              THE WITNESS:  I'm sorry, sorry,

2     sorry.

3        Q.     Did you review more transcripts

4     than that are set forth on the documents

5     considered list in the preparation of your

6     report in this matter?

7        A.     Not that I remember, no.

8        Q.     Are you aware of the number of

9     depositions that have been taken in this matter?

10       A.     No, I am not.

11       Q.     Other than the transcripts that

12    are set forth on this list, were other

13    transcripts made available to you?

14              MR. STEINER:  Objection to form.

15       A.     Was there a supplemental list?

16    When was this list submitted with documents?

17       Q.     This was the list that was

18    appended to your expert report dated March 19,

19    2015.

20       A.     I don't remember if I read any

21    transcripts subsequent to this.  I think I read

22    the transcript of the deposition of

23    Mr. Pomerantz.

24       Q.     Okay.  But that was subsequent to

25    the issuance of this report; is that correct?

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 143

1          A.      That's okay, I can manage.

2          Q.      Take a look at the bottom of page

3    3 of your report.  It says, where it's the last

4    full paragraph, it says, "It is also clear that

5    the philosophy would forego potential higher

6    profit opportunities in order to avoid risk of

7    loss.  For example, being out of the market

8    around highly volatile periods during which

9    options expire would be part of the philosophy."

10                  Did you do an analysis to

11   determine if -- strike that.

12                  Do you have an understanding of

13   when Mr. Madoff was out of the market?

14         A.      I have an understanding that there

15   were times when he was out of the markets, yes.

16         Q.      And do you have an understanding

17   of what those times were?

18         A.      Well, they were generally at the

19   end of -- I believe it was the end of quarters

20   or the end of the year, for sure.

21         Q.      And were those -- did you do any

22   analysis to determine if those were highly

23   volatile periods of time when he was out of the

24   market?

25         A.      I didn't do an analysis

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 144

 1   specifically, but having been a fund manager

 2   myself for many years, I know that there are

 3   certain times during the year, and very

 4   definitely at the end of the year, when, for a

 5   combination of reasons markets and individual

 6   securities are unusually volatile.

 7        Q.    But you didn't do an analysis on

 8   the transactions that were occurring in

 9   Mr. Madoff -- in the Madoff fund BLMIS accounts,

10   did you?

11        A.    No.  It was sufficient for me to

12   understand that there were times when the

13   markets were volatile.  And that I would

14   understand why someone would choose not to be in

15   markets at those particular times to avoid that

16   particular volatility.

17        Q.    Did you make a determination if

18   the market was particularly volatile at the end

19   of each quarter?

20        A.    Again, my experience as a fund

21   manager is that there were times when markets,

22   and particularly individual stocks, were

23   particularly volatile at the end of each

24   quarter, largely because many funds would engage

25   in what was typically called window dressing.

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

 1              So fund managers across the world,

 2    and I would say possibly particularly hedge fund

 3    managers, would want their portfolios to look

 4    particularly good at the end of a quarter.

 5         Q.     But you didn't verify if, in fact,

 6    in the Merkin fund BLMIS accounts that the

 7    market was volatile at the end of each quarter,

 8    did you?

 9         A.     I did not determine on a quarter

10    by quarter the volatility of the market.  As I

11    said, I'm aware of having been in the markets at

12    those times over an almost 20-year period that

13    the markets typically were unusually, or had the

14    potential to be unusually volatile at the end of

15    any quarter, and certainly at the end of the

16    year.

17         Q.     When you say in that sentence,

18    where you say, "being out of the market around

19    highly volatile periods during which options

20    expire --"

21         A.     Among other things.

22         Q.     "-- would be part of the

23    philosophy."  Just let me -- I haven't asked you

24    a question yet.  Just take a look at that.

25              Do you mean that during those

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 146

1    highly volatile periods that the options

2    contracts would also expire?

3         A.    No.  What I meant was, at the end

4    of the quarter markets had the potential to be

5    very volatile and at the end of options

6    expiration dates also the markets had the

7    potential to be particularly volatile.

8         Q.    Did you make a determination if

9    the option -- strike that.

10              Did you make a determination in

11   the Merkin fund BLMIS accounts if the options

12   expired at the end of each quarter?

13              MR. STEINER:  Objection to form.

14        A.    I did not go through each option

15   expiration -- each option to find out when it

16   expired, no.

17        Q.    Do you see the next line there,

18   you say, this is a strategy in which many market

19   practitioners adhere to?  Do you see that there?

20        A.    Show me the paragraph.

21        Q.    Same paragraph, the following

22   sentence.

23        A.    I'm sorry, I think I lost the

24   page.

25        Q.    It's the exact same sentence we

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

1   how Mr. Merkin was able to predict the market

2   movement?

3       A.    I don't know how he was able to

4   predict the market movement, but it was pretty

5   clear to me that over the period, at least one

6   or two of the periods that I looked at, that he

7   was able to take advantage of a market movement

8   that was unusual and was not sustainable for the

9   entire year.  And that's why I was able to make

10  the statement that had he been engaging in a

11  split-strike conversion strategy and implement

12  it at the beginning of the year and took it off

13  at the end of the year, his returns might not

14  have been as good as the returns he generated,

15  or allegedly generated, because he was able to

16  take advantage of intra-year market movement

17  that enhanced his returns.

18      Q.    And did you find this to be true

19  for the handful of transactions that you looked

20  at?

21      A.    Yes.

22      Q.    And when you say you looked at

23  transactions, are you looking -- is it more than

24  ten transactions?

25      A.    No.  I actually only looked at a

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 154

1    few -- a couple of transactions that I remember.

2    I mean, I didn't go through many of them, but I

3    looked at a couple and was able to see exactly

4    how he was able to do -- how he was able to

5    generate returns.  For example, how he was able

6    to generate positive returns in down markets.

7         Q.    Okay.  When you say a couple of

8    transactions, are you saying two or three

9    transactions?

10        A.    Yes.

11        Q.    And for what time period were

12   those transactions?

13        A.    Again, it was a while ago, so I

14   don't remember exactly.  I think one was in

15   mid-2000s, 2004, something like that, and one

16   was in 2007.  Those are the only two that I

17   remember off the top of my head.

18        Q.    So other than those two and

19   possibly a third, you didn't look at any other

20   transactions in the Merkin fund BLMIS accounts?

21        A.    I don't remember looking at any

22   others but, again, I looked at those two and I

23   got a pretty good idea of how the timing of the

24   investments would generate significant benefits

25   over a buy/hold split-strike conversion

Picard v Merkin                      Jeffrey Weingarten  7/15/2015

Page 155

1   strategy.  Because what I was trying to

2   determine was how Madoff was able to generate

3   the returns that other people who looked at it

4   were not able to replicate.

5        Q.     Did you, in the few transactions

6   that you took a look at, did you actually test

7   to determine if market timing was a factor in

8   those transactions?

9        A.     I looked at what he bought things

10  for, what he sold things for, subtracted the

11  difference and realized that he made money.

12       Q.     And is that it?  That's all you

13  did?

14       A.     Well, that was the starting point.

15  He made money in the period of time when the

16  market was down.

17              I then looked at the underlying

18  securities and tried to figure out how that

19  could possibly have occurred.  And I determined

20  how that could possibly have occurred.

21       Q.     And you determined it was due to

22  market timing?

23       A.     I determined that he was able to

24  take advantage of movements within the market

25  that were not immediately obvious to a lot of

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 160

1        A.       Could you repeat that question.

2        Q.       Did you confirm or do any analysis

3   to confirm that execution -- strike that.

4                 Did you do any analysis to confirm

5   that the returns in the Merkin fund BLMIS

6   accounts were the result of Madoff's

7   particularly good execution?

8        A.       I did not do any myself.  As I

9   said, there were enough people who did that

10  analysis or believed that execution was superior

11  and that would have enhanced the returns.

12  Again, over what you might consider

13  straightforward split-strike conversion

14  strategy.

15       Q.       And who are you referring to when

16  you say enough people did that analysis?

17       A.       Well, for example, Mr. Pomerantz

18  was one of them.

19       Q.       And you reviewed Dr. Pomerantz's

20  report?  Did you review Dr. Pomerantz's report

21  in preparation of your rebuttal report?

22       A.       Yes.  And I read his transcript, I

23  think I said, subsequent to my coming here --

24  prior to my coming here, subsequent to my

25  submitting the rebuttal.

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 163

1    certainly what he believed.

2              I could certainly imagine, for

3    example, that in looking how the fund performed

4    in, for example, down markets, how he could have

5    timed things such that he could make money, he

6    would have certainly seen that there were times

7    when the market was down and Madoff did make

8    money, but exactly how he confirmed in his own

9    mind I'm not entirely sure.

10             But as I said, I inferred from the

11   many comments that he made that he actually

12   believed that some combination of vast

13   experience in the market, access to order flow,

14   perhaps a proprietary model, all contributed to

15   his ability to time the market such that he

16   could earn returns above those which a

17   straightforward split-strike conversion strategy

18   would have returned and, indeed when I looked at

19   some of the results I was able to confirm in my

20   own mind how he was able to do that, and that

21   his market timing ability clearly was

22   demonstrable.

23        Q.   Can you turn to page, in your

24   rebuttal report, which is the second exhibit,

25   take a look at page 2 of that report.

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

```
                                                   Page 168

 1         A.      I looked at the underlying

 2   instruments in which Madoff was allegedly

 3   investing to see what drove the prices of those

 4   instruments, and I was able to determine,

 5   certainly to my satisfaction, that the

 6   underlying movements in the prices of those

 7   instruments were timed such that he was --

 8   actually, had he engaged in the purchases and

 9   sales that he alleged to have done, he would

10   have made money; for example, in down markets.

11         Q.      And which instruments are you

12   talking about there?

13         A.      The instruments he was using, the

14   underlying pricing of -- I don't remember if at

15   that time he was talking about -- if we were

16   looking at baskets or looking at indices, but

17   the underlying security, the pricing of the puts

18   and then the pricing of the calls.

19         Q.      Okay.  And what particular time

20   frame are you talking about that you performed

21   this analysis?

22         A.      Well, as I said, the couple of

23   periods that I remember looking at I think there

24   were about six-week periods, so they were

25   certainly sufficiently long that the delay in
```

Picard v Merkin                        Jeffrey Weingarten 7/15/2015

Page 169

1    reporting wouldn't have mattered because they

2    were over six-week periods and certainly he

3    didn't delay six weeks before he sent confirms.

4              So what I'm saying is that had he

5    actually engaged in the transactions that he

6    sent confirmations for, he actually would have

7    made money in a down market.

8         Q.    Okay.  Referring to your analysis,

9    you said you looked at a six-week period of

10   time; is that correct?

11        A.    Um-hum.  That was the period of

12   time over which he had the position on.

13        Q.    Okay.  And which transaction are

14   you referring to when you say you looked at

15   the -- you looked at over a six-week period of

16   time?

17        A.    Okay, so there was a six-week

18   period of time in which he engaged in a

19   split-strike conversion strategy as defined, and

20   during that period of time the market was down

21   and the returns were actually positive.

22        Q.    What period of time was that?

23        A.    This was over a six-week period of

24   time.

25        Q.    When?

Picard v Merkin                        Jeffrey Weingarten 7/15/2015

Page 170

 1          A.      This was sometime I think -- I
 2    said I looked at a couple, one was I think
 3    2000 -- I have to go back and look at it because
 4    I didn't write it down, but one I think was 2007
 5    and one I think was 2004.
 6          Q.      And when you said you looked --
 7    what particular documents did you look at to
 8    determine the returns during the six-week period
 9    of time?
10          A.      I think they were statements of
11    Merkin's.
12          Q.      Anything else?
13          A.      No, but they had the underlying
14    securities, and that's what I wanted to look at.
15    And then I compared -- I looked at what drove
16    the pricing of the various positions.  So I
17    determined how much of it was market and how
18    much might have been other things.
19          Q.      Okay.  How much -- how did you
20    determine if it was market?
21          A.      I looked at the opening price of
22    the market when he put on the position and the
23    closing price of the market when he took off the
24    position.
25          Q.      And that market information was

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

 1   from Bloomberg; is that correct?

 2        A.      It was some market -- some

 3   reliable third-party market source.  I don't

 4   remember whether it was Bloomberg or something

 5   else.

 6        Q.      Are you aware that Mr. Merkin had

 7   a Bloomberg -- I'm sorry.  Are you aware that

 8   GCC had a Bloomberg terminal in its offices?

 9        A.      No.

10        Q.      When you say in that same sentence

11   we were just talking about, most investors,

12   including Mr. Merkin were aware, the same page,

13   bottom of page 2 where we were talking about.

14   Do you see the second sentence, "most

15   investors"?  The same sentence that we were just

16   looking at.

17        A.      Yeah.

18        Q.      Do you see?

19        A.      Yeah.

20        Q.      Who are you referring to when you

21   say "most investors"?

22        A.      Well, I looked at some of the

23   materials at various times over other people who

24   were investing, and I think -- and again reading

25   some of the documents that I included in here

Picard v Merkin                          Jeffrey Weingarten 7/15/2015

Page 212

1          A.      It's what I looked at, yes.

2          Q.      And do you know for a fact if

3     Mr. Merkin was also -- went through a process

4     similar to what you just explained?

5          A.      I don't know what Mr. Merkin might

6     have done but I, again, as I said, in various

7     things that I had read, Mr. Merkin believed that

8     through some combination of experience in the

9     markets, access to order flow, that he was able

10    to time the pricing of securities in a way that

11    would allow him to generate returns.

12         Q.      But you don't know if Mr. Merkin

13    actually did an analysis of order flow to

14    determine if the returns in the Madoff fund

15    BLMIS accounts were the result of order flow; is

16    that correct?

17              MR. STEINER:  Objection to form.

18              MS. HOANG:  I'm sorry, let me

19    rephrase it.

20         Q.      Do you know for a fact if

21    Mr. Merkin actually did an analysis to determine

22    if the returns in the Madoff BLMIS account was

23    the result of order flow?

24              MR. STEINER:  Objection to form.

25         A.      I don't know if he did, but I

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 213

1   don't know how you could possibly determine

2   that.

3              So, I think what I said was that

4   in various things that I have read, I inferred

5   that Mr. Merkin knew that Mr. Madoff had, by

6   virtue of his long experience in the markets and

7   potentially by virtue of his access to order

8   flow, that he was capable of using that to time

9   the markets in order to produce the returns that

10  he was producing.

11     Q.    Do you know if Mr. Merkin actually

12  verified that the access to order flow could

13  generate the returns that were in the Madoff

14  fund accounts?

15     A.    I'm sorry, that's not what I said.

16  What I said was that I believed that -- I

17  inferred from what Mr. Merkin said that he knew

18  that some combination of market experience and

19  knowledge and access to order flow could, and

20  indeed would be used to help him time the

21  markets and producing superior returns.  That's

22  as much as I know.

23     Q.    And you're inferring that based on

24  the documents that --

25     A.    Based on a whole array of things

Picard v Merkin                        Jeffrey Weingarten 7/15/2015

Page 214

1   that he said or wrote or commented on, yeah.

2        Q.      When we were talking about the

3   market timing, I asked you if you would consider

4   it successful to be in the market four out of

5   seven times when the market was up, and you

6   indicated that you would need additional

7   information.  Do you recall that?

8        A.      Yes.  I would need to know what

9   else was going on at the time because, as I

10  said, it was illustrative for me to look at some

11  of the data and understand how Mr. Madoff was

12  able to generate positive returns in a down

13  market.

14              So, if I were addressing your

15  question, would being in the market four out of

16  seven times when the market was up indicate an

17  ability to time the markets, it wouldn't include

18  the occasion when he substantially out-performed

19  and, indeed, generated positive returns in a

20  down market, which to me demonstrated his

21  ability to time the markets in a particular way

22  to generate a positive return.

23       Q.      Okay, I just want to clarify.  Is

24  it the frequency of being in and out of the

25  market or is it the actual generating positive

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

1        Q.      Do you know for a fact whether

2    Mr. Merkin also had this same understanding?

3        A.      I don't know what Mr. Merkin's

4    understanding was, other than what I said

5    before, that I inferred that he believed that

6    amongst Mr. Madoff's abilities and amongst the

7    tools that Mr. Madoff could use to generate

8    superior returns, were his ability, by virtue of

9    his experience and perhaps access to order flow,

10   to time the markets and accurately predict price

11   movements in the instruments to generate those

12   returns.

13       Q.      Mr. Weingarten, can you take a

14   look at page 4 of your report, your initial

15   report.  It's paragraph 4 of that report.

16       A.      Page --

17       Q.      Page 4, paragraph 4.

18       A.      Beginning with?

19       Q.      Let me double check that

20   reference.  Hold on one second.

21               It's the fourth full paragraph,

22   it's the last sentence.

23       A.      "It was clear from the outset that

24   Mr. Merkin --"

25       Q.      Yes.  If you look at, "In my

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 221

1    the money sometime and I managed it for three or

2    four years.

3         Q.    Mr. Weingarten, you mentioned that

4    you're aware that Mr. Merkin took some investors

5    to meet with Mr. Madoff.  Do you recall that?

6         A.    I'm sorry, would you say that

7    again.

8         Q.    Do you recall that you mentioned

9    that you were aware that Mr. Merkin took some

10   investors to meet with Mr. Madoff?  Do you

11   recall that?

12        A.    Yes.

13        Q.    If a particular investor had

14   voiced concerns to Mr. Merkin about investing

15   with BLMIS or Mr. Madoff, what would you -- what

16   would you expect Mr. Merkin to do with that

17   information, or that concern?

18        A.    I guess it would depend on what

19   the concern was and -- I guess it would depend

20   on what the concern was.  So, again, I can speak

21   from my own experience.  There were a lot of

22   people with whom I discussed my investment

23   philosophy and process and procedures.  And

24   there were people who thought that in my case I

25   had a very focused approach to investing.  I

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 228

1    Madoff was able to generate positive returns in

2    a down market.  And why, if those circumstances

3    were repeated, he would always generate positive

4    returns in down markets.

5          Q.    And that's based on looking at

6    those two or three transactions that you

7    referred to before in 2004, 2007; is that

8    correct?

9          A.    Looking at those transactions,

10   understanding why the underlying pricing of some

11   of the instruments in which he invested could

12   generate the kinds of returns he did, and

13   understanding that, as I said, under similar

14   conditions he would almost always, if not

15   always, generate positive returns in down

16   markets, yes.

17         Q.    And do you have an understanding

18   if Mr. Merkin performed the type of analysis

19   that you've just described in order to determine

20   the positive returns in a down market?

21         A.    As I said before, I'm not sure

22   what analysis Mr. Merkin did.  I infer from

23   everything that Mr. Merkin -- not everything.  I

24   infer from the things that Mr. Merkin has said,

25   that he understood that through some combination

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 229

1    of experience, access to order flow, that Merkin

2    was able -- sorry.  That Madoff was able to use

3    a variety of tools to time markets and price

4    instruments in a way that would permit him to do

5    substantially better than the market over a

6    period of time.

7              And that presumably, and again

8    this is not -- I would infer that since he was

9    looking at the performance on a fairly regular

10   basis, he would have been aware that there were

11   occasions in which Madoff allegedly made money

12   in down markets.

13        Q.    Can you turn to page 5 of your

14   initial report.  You see that second full

15   paragraph, the first two sentences -- first

16   three.

17        A.    I'm sorry, the first full

18   paragraph?

19        Q.    The second full paragraph.

20        A.    Second full paragraph.

21        Q.    Apologize for that.  Starts,

22   "Another, but absolutely critical, part."  Do

23   you see that?

24        A.    Yes.

25        Q.    If you could take a look at --

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

 1   based.

 2        Q.     Do you know if Mr. Madoff received

 3   any other compensation from the Merkin funds?

 4   Other than the commission.

 5        A.     I'm not aware of any.

 6        Q.     And in your experience, what is a

 7   typical fee arrangement for an investment

 8   advisor?

 9        A.     Well, I didn't actually think of

10   Madoff as being an investment advisor.  I

11   thought of him as having a typical brokerage

12   relationship with clients.  And my experience of

13   that, particularly at the time we're talking

14   here, is that most relationships that

15   broker-dealers had with their clients were

16   commission based.

17             So, what Madoff was doing was

18   entirely consistent with my experience of

19   broker-dealer based relationships with their

20   clients.

21        Q.     Do you have an understanding of

22   whether the Madoff funds' BLMIS accounts were

23   discretionary, non-discretionary accounts?

24        A.     That's a good question.  I'm not

25   sure.  I just assumed that they were

**Picard v Merkin**                              **Weingarten 7/15/2015**

**CONFIDENTIAL**

1                                ERRATA SHEET

2

 WITNESS NAME:   JEFFREY M. WEINGARTEN

3

 PAGE/LINE                 CHANGE                 REASON

4

5     **See attached errata sheet**  _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____

CONFIDENTIAL

*Picard v. J. Ezra Merkin, et al.*, No. 09-1182 (SMB)
**Errata to the Transcript of the Deposition of Jeffrey M. Weingarten**
**July 15, 2015**

| Cite | Original Text | Change | Reason |
|------|---------------|--------|--------|
| 20:12 | broker-dealer and asset management | broker-dealer and asset manager | Clarity/Typo |
| 28:4-5 | Goldman Sachs asset management international | Goldman Sachs Asset Management International | Typo |
| 30:21 | swarth | swath | Typo |
| 31:3 | an investment opportunities | an investment opportunity | Typo |
| 50:4 | at all time | at all times | Typo |
| 77:3-4 | I think there are three other people directly report to him. | I think there are three other people who directly report to him. | Clarity/Typo |
| 111:14 | GSAMs, Golden Sachs asset management | GSAM, Goldman Sachs Asset Management | Typos |
| 113:23-24 | A. Um-hum.  It's the second from the last paragraph, "It is very clear." | A.  Um-hum. Q.  It's the second from the last paragraph, "It is very clear." | Clarity/Typo |
| 115:16-17 | other people who investment philosophy | other people whose investment philosophy | Clarity/Typo |
| 118:23-24 | understanding of what it was his investment philosophy was | understanding of what his investment philosophy was | Clarity/Typo |
| 134:9-10 | there would be different return profile | there would be a different return profile | Clarity/Typo |
| 147:9 | times that options expiration. | times that options expire. | Clarity/Typo |
| 173:3 | would not have produced the kind of results. | would not have produced those kind of results. | Clarity/Typo |
| 189:9-10 | when Mr. Merkin was investing with Mr. Madoff was still receiving | when Mr. Merkin was investing with Mr. Madoff, I was still receiving | Clarity/Typo |
| 193:11 | from most of my tenure | for most of my tenure | Typo |
| 219:7 | offered me $400 billion | offered me $400 million | Clarity/Typo |
| 231:6-7 | you would experience massive redemptions. | you would not experience massive redemptions. | Clarity/Typo |

**Picard v Merkin**                                    **Weingarten 7/15/2015**

**CONFIDENTIAL**

Page 257

```
 1                         JURAT

 2              I, JEFFREY M. WEINGARTEN, have

 3    read the foregoing deposition and hereby affix

 4    my signature that same is true and correct,

 5    except as noted above.

 6                              JEFFREY M. WEINGARTEN

 7

      THE STATE OF  New York

 8    COUNTY OF  New York

 9

10         Before me,  Connie Liu          , on this

11    day personally appeared  Jeffrey M. Weingarten

12    known to me (or proved to me on the oath of or

13    through  passport     (description of identity

14    card or other document) to be the person whose

15    name is subscribed to the foregoing instrument

16    and acknowledged to me that he/she executed the

17    same for the purpose and consideration therein

18    expressed.

19         Given under my hand and seal of office on

20    this  13th  day of  August    ,  2015  .

21         CONNIE LIU
      NOTARY PUBLIC-STATE OF NEW YORK
22         No. 01LI6285845
         Qualified In Kings County
23    My Commission Expires July 15, 2017   NOTARY PUBLIC IN AND FOR
                                        THE STATE OF  NY

24

25    My Commission Expires:  July 15, 2017  .
```

**BENDISH REPORTING**
**877.404.2193**