# EXHIBIT 9

08-01789-cgm Doc 15682-10 Filed 04/07/17 Entered 04/07/17 18:26:40 Exhibit 9 Pg 1 of 2

## Black Oak Capital, LLC

| 2003 | | 2004 | | 2005 | | 2006 | | 2007 | |
|---|---|---|---|---|---|---|---|---|---|
| | | 37987 | 6.24% | 38353 | 4.04% | 38718 | 1.48% | Jan-07 | 0.73% |
| | | 38018 | 15.40% | 38384 | 1.18% | 38749 | 2.75% | Feb-07 | 1.23% |
| | | 38047 | 7.78% | 38412 | 2.98% | 38777 | 1.86% | Mar-07 | 1.48% |
| | | 38078 | 6.29% | 38443 | 5.54% | 38808 | 2.79% | Apr-07 | 2.16% |
| | | 38108 | 5.86% | 38473 | 3.61% | 38838 | 4.65% | May-07 | 1.57% |
| Jun-03 | 1.97% | Jun-04 | 6.85% | Jun-05 | 12.01% | Jun-06 | 3.48% | Jun-07 | 0.01% |
| Jul-03 | -2.35% | Jul-04 | 5.82% | Jul-05 | 4.32% | Jul-06 | 3.34% | Jul-07 | 2.44% |
| Aug-03 | 4.69% | Aug-04 | 8.18% | Aug-05 | 10.74% | Aug-06 | 2.42% | Aug-07 | 1.41% |
| Sep-03 | 2.14% | Sep-04 | 10.93% | Sep-05 | 4.14% | Sep-06 | 1.54% | Sep-07 | 0.55% |
| Oct-03 | -0.15% | Oct-04 | 9.33% | Oct-05 | 4.19% | Oct-06 | -0.07% | Oct-07 | -3.02% |
| Nov-03 | 1.65% | Nov-04 | 7.15% | Nov-05 | 2.23% | Nov-06 | -0.69% | Nov-07 | 5.70% |
| Dec-03 | 8.41% | Dec-04 | 3.85% | Dec-05 | 4.02% | Dec-06 | 1.32% | Dec-07 | 0.37% |
| | 17.15% | | 145.47% | | 76.98% | | 27.95% | | 14.55% |

Returns are presented net of fees and costs
Based on 1% management fee payable quarterly in advance, 20% incentive compensation allocation payable quarterly, with a 10% bonus incentive for returns above 25% payable annually.
Returns are audited from June 11, 2003 (inception) to December 31, 2007
*2008 returns are not audited and subject to change / adjustment

## Akula Energy, LLC

| 2006-2007 | | 2007-2008 | | 2008-2009* | |
|---|---|---|---|---|---|
| Return | 71.70% | Return | -59.90% | Return | 73.30% |

0510.0001