# EXHIBIT 10

# Bracebridge Composite Performance

**Net monthly performance**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | 0.85% | 0.72% | 1.91% | 1.80% | 4.50% | 6.26% | 2.67% | 3.02% | 2.27% | | | | 26.57% |
| 2008 | 0.26% | -1.55% | 0.74% | 1.25% | 1.17% | 1.31% | -0.30% | 0.56% | -3.22% | -4.99% | -8.09% | -5.77% | -17.62% |
| 2007 | -0.02% | 0.70% | 0.35% | 0.83% | 1.26% | 0.92% | 0.54% | -0.30% | 1.66% | 1.66% | -0.35% | 0.15% | 7.63% |
| 2006 | 1.43% | 0.88% | 0.96% | 0.95% | 0.32% | 1.40% | 0.92% | 1.37% | 1.20% | 0.64% | 1.18% | 1.28% | 13.28% |
| 2005 | 0.57% | 0.75% | 1.08% | 0.40% | 0.35% | 0.79% | 0.87% | 0.89% | 0.94% | 0.48% | 0.71% | 0.61% | 8.87% |
| 2004 | 1.63% | 1.36% | 1.36% | 0.55% | 0.62% | 0.63% | 0.85% | 1.11% | 0.88% | 0.80% | 0.95% | 1.00% | 12.39% |
| 2003 | 1.56% | 1.24% | 1.11% | 1.71% | 2.20% | 1.56% | 1.34% | 1.20% | 1.57% | 0.92% | 1.16% | 1.69% | 18.67% |
| 2002 | 1.06% | 0.39% | 1.42% | 1.66% | 0.96% | 0.63% | 0.05% | 0.26% | 0.16% | 0.48% | 0.54% | 0.66% | 8.57% |
| 2001 | 2.31% | 0.68% | 0.89% | 1.43% | 1.86% | 0.99% | 0.73% | 0.71% | -0.98% | 0.89% | 0.18% | 0.04% | 10.12% |
| 2000 | 5.41% | 2.81% | 3.05% | 0.73% | 2.11% | 1.08% | 3.24% | 2.19% | 1.14% | 0.94% | 0.46% | -0.66% | 26.47% |
| 1999 | 2.38% | 2.67% | 1.52% | 1.71% | 1.07% | 2.76% | 0.95% | 0.29% | 1.55% | 2.52% | 4.84% | 3.49% | 28.90% |
| 1998 | 0.78% | 1.87% | -2.29% | 1.14% | -0.79% | -0.85% | 1.22% | -14.18% | -8.16% | -11.70% | 1.29% | -1.33% | -26.43% |
| 1997 | 1.60% | 1.51% | 0.84% | 0.80% | 1.50% | 2.24% | 1.85% | 1.32% | 1.57% | 1.08% | 0.88% | 2.17% | 18.78% |
| 1996 | 1.11% | 0.78% | 0.43% | 0.95% | 1.66% | 3.24% | 2.98% | 2.84% | 2.85% | 2.11% | 0.89% | 1.13% | 23.03% |
| 1995 | 1.29% | 1.35% | 1.36% | 0.95% | 0.49% | 0.24% | 1.27% | 2.04% | 1.44% | 1.80% | 1.63% | 2.60% | 17.72% |
| 1994 | | | | | | -7.60% | | | 6.80% | | | 6.16% | 4.77% |

*Returns for the Bracebridge Absolute Return composite are historically largely uncorrelated with equity and fixed income markets returns.*

**Histogram of Monthly Returns since Inception (1994 - Present)**

| Range | |
|---|---|
| > 3% | |
| 2 - 3% | |
| 1 - 2% | |
| 0 - 1% | |
| 0 to -1% | |
| -1 to -2% | |
| -2 to -3% | |
| > -3% | |

*Data as of September 30, 2009*

**BRACEBRIDGE CAPITAL**

*The Bracebridge Absolute Return composite includes all comingled funds managed by Bracebridge with substantially similar investment objectives and which are currently offered by Bracebridge, is net of management fees and performance fees and expenses, and reflects the reinvestment of dividends or other earnings. The composite excludes individually managed accounts and single-investor funds. (See prior page for further description of the composite.) Composite figures are unaudited, but individual fund returns are audited annually. Past performance is not necessarily indicative of future results, and an investment in any Bracebridge fund could result in returns different from the composite returns stated herein. It is possible to lose money on an investment in a Bracebridge fund.*