# **EXHIBIT 11**



Millennium USA LP ("USA") pursues a multi-strategy approach to investing, exploiting market inefficiencies and engaging in financial arbitrage. Our aim is to achieve absolute returns with minimal risk rather than outperform a given benchmark or asset class.

We believe that our record demonstrates our focus on these goals.

## MILLENNIUM USA LP AT A GLANCE

| | |
|---|---|
| Cumulative Total Return | 1,668.11% |
| Average Annualized Return | 15.73% |
| Percentage of Up Months | 88.56% |
| Percentage of Down Months | 11.44% |
| Best Monthly Return | 5.14% |
| Worst Monthly Return | -4.94% |
| Standard Deviation (S&P 500 Index = 15.06%) | 4.64% |
| Sharpe Ratio (S&P 500 Index = 0.25) | 2.53 |
| Largest Net Consecutive Gain (9/98 - 5/01) | 127.90% |
| Second Largest Net Consecutive Gain (11/95 - 5/98) | 83.85% |
| Largest Net Drawdown (7/08-12/08) | -7.07% |
| Second Largest Net Drawdown (6/98 - 8/98) | -6.93% |
| Minimum Investment | $5,000,000 |
| New Capital Accepted | Currently Open |
| Performance Information | Updated weekly via secure website |
| Incentive Fee | 20.00% |

### NET MONTHLY RETURNS[1]

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | -0.35 | 0.91 | 1.28 | 0.40 | 0.80 | 0.40 | 1.88 | 3.16 | -0.51 | 1.89 | 0.07 | 0.59 | 11.18 | 11.18 |
| 1991 | 1.14 | 1.13 | 2.24 | | | | | | | | | 1.74 | 19.91 | |
| 1992 | 2.59 | 1.67 | 1.24 | 1.21 | 1.12 | 2.26 | 1.41 | 0.07 | -2.35 | -1.88 | -0.66 | 0.43 | 7.24 | 34.62 |
| 1993 | 0.54 | 0.58 | 1.15 | | | | | | | 0.98 | 0.98 | 2.27 | 18.09 | |
| 1994 | 2.15 | 1.36 | 1.82 | 0.20 | -1.17 | 0.16 | 1.32 | -1.74 | 0.09 | -0.09 | 0.66 | 3.05 | 8.03 | 71.61 |
| 1995 | 2.64 | 1.95 | 2.17 | | | | | | | | 1.14 | | 21.29 | |
| 1996 | 4.20 | 1.63 | 2.56 | 3.35 | 3.12 | 0.04 | 1.42 | 2.27 | 2.14 | 0.23 | 0.69 | 1.17 | 25.90 | 162.07 |
| 1997 | 2.33 | 1.83 | 0.70 | 1.19 | | | | | 1.51 | 2.18 | 1.31 | 2.93 | 26.53 | |
| 1998 | 3.79 | 2.77 | 0.74 | 2.03 | 1.36 | -1.30 | -2.03 | -3.61 | 0.81 | 5.14 | 4.35 | 2.11 | 17.18 | 288.55 |
| 1999 | 0.96 | 2.42 | 1.29 | 4.72 | | | | | | 2.23 | 3.38 | 3.56 | 33.25 | |
| 2000 | 4.13 | 4.45 | 2.61 | 2.68 | 2.27 | 3.19 | 2.89 | 1.99 | 0.18 | 2.30 | 0.58 | 3.17 | 36.22 | 605.22 |
| 2001 | 4.84 | 1.12 | 1.14 | 2.52 | | | | | -1.29 | 2.01 | 1.48 | 1.07 | 15.38 | |
| 2002 | -0.15 | 0.19 | 1.96 | 0.60 | 0.96 | 0.67 | 1.72 | 0.54 | 0.11 | 0.11 | 0.61 | 1.19 | 8.91 | 786.15 |
| 2003 | 0.54 | -0.54 | 0.50 | 1.16 | | | | | | 0.44 | 0.48 | 1.09 | 11.11 | |
| 2004 | 2.02 | 2.32 | 0.41 | 1.69 | 0.98 | 0.29 | 0.66 | 0.19 | 1.27 | 0.86 | 1.92 | 2.42 | 16.32 | 1,045.51 |
| 2005 | 0.94 | 1.28 | 0.95 | | | | | | | 0.04 | 0.22 | | 11.35 | |
| 2006 | 2.84 | 1.39 | 1.62 | 1.70 | 0.20 | 0.66 | 0.92 | 0.85 | 0.16 | 1.90 | 1.77 | 1.66 | 17.12 | 1,393.88 |
| 2007 | 1.83 | 1.11 | 1.07 | | | | | | | 2.16 | 0.27 | -0.84 | 10.94 | |
| 2008 | 0.33 | 1.60 | -0.95 | 0.17 | 1.79 | 0.85 | -0.64 | -0.03 | -4.94 | -0.85 | -0.04 | -0.63 | -3.50[3] | 1,499.30 |
| 2009 | 3.18 | 0.94 | 0.37 | 1.18 | 2.11 | | | | | | | | 10.55%* | |

Past performance is not indicative of future results.

1 Returns from 1999 through 2008 include net gains from "hot issues" or "new issues."

2 This return number reflects a net charge of 1.82% for the firm's settlement of certain governmental claims relating to mutual fund trading. Generally Accepted Accounting Principles ("GAAP") require that this settlement be treated as a 2005 event even though it will be borne entirely by pre-2004 investors. Those shareholders who invested in International subsequent to December 31, 2003, and therefore did not incur any charges relating to the Mutual Fund Investigation, realized a return for 1.56% for the month and 13.48% for the year.

3 The 2008 return includes a GAAP reserve of -2.51% relating to a write off of the exposure relating to the Lehman bankruptcy. We continue to monitor the situation with the various Lehman entities and the trustees and administrators. Any subsequent recoveries from Lehman will be credited to those accounts who were investors in September 2008 (or their assignee), whether or not they have subsequently redeemed.

*Estimated

Returns are based on amounts invested as of January 1st and are net of expenses and the Incentive Allocation, if applicable. 2009 Returns are based on amounts invested as of January 2009 and assume that the limited partner has been an investor since January 1, 2008 without any withdrawals. 2009 returns reflect an Incentive Allocation after recovery of investors' high water mark. The computation of returns for an investor may vary based on the timing of capital transactions.