# **EXHIBIT 13**

SAC CAPITAL INTERNATIONAL (net of all fees)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1996 | 4.0% | 3.3% | 4.7% | 5.5% | 3.5% | -0.3% | -0.4% | 2.6% | 1.6% | 3.6% | 3.5% | 3.8% | 41.8% |
| 1997 | 2.6% | 2.5% | 2.5% | 4.3% | 5.7% | 1.1% | 1.3% | 5.1% | 1.5% | 1.7% | 0.9% | 1.3% | 32.9% |
| 1998 | 2.2% | 3.9% | 4.9% | 3.1% | 2.8% | 0.2% | 3.3% | -3.3% | 8.5% | 8.1% | 3.3% | 3.9% | 50.3% |
| 1999 | 8.8% | 2.1% | 6.0% | 9.0% | 5.6% | 2.3% | 4.9% | 1.7% | 3.3% | 3.6% | 5.2% | 2.3% | 68.8% |
| 2000 | 6.4% | 6.4% | 7.1% | 3.6% | 3.7% | 5.6% | 4.6% | 3.9% | 3.4% | 5.9% | 2.8% | 3.9% | 71.8% |
| 2001 | 6.1% | 2.8% | 3.9% | 0.3% | 2.3% | 0.8% | 2.2% | 2.5% | 1.2% | 2.2% | 1.4% | 1.3% | 38.3% |
| 2002 | 1.8% | 0.1% | 0.5% | 3.7% | 0.4% | 1.0% | 3.4% | 0.5% | 1.2% | -2.1% | -0.8% | -0.5% | 9.6% |
| 2003 | 1.0% | 0.8% | 6.5% | 1.5% | 1.9% | 0.1% | 2.6% | 1.4% | 0.7% | 1.7% | 1.3% | 2.4% | 17.7% |
| 2004 | 1.9% | 0.4% | 2.6% | 3.5% | 1.0% | 2.8% | 1.1% | 4.1% | 3.8% | 6.7% | 5.0% | 6.4% | 49.9% |
| 2005 | 4.3% | 4.3% | 2.0% | -0.4% | 1.9% | 4.0% | 2.1% | 2.7% | 1.8% | -0.8% | 3.6% | 2.7% | 28.1% |
| 2006 | 4.9% | 2.7% | 4.0% | 2.2% | -1.3% | 2.1% | 1.4% | 2.5% | 1.3% | 4.7% | 5.5% | 3.5% | 38.6% |
| 2007 | 3.2% | 1.2% | 3.3% | 4.0% | 4.9% | -0.4% | -3.2% | -3.8% | 3.0% | 4.0% | -3.0% | 1.1% | 17.8% |
| 2008 | -6.9% | 4.9% | -3.4% | 4.0% | 4.2% | -0.1% | 0.3% | -0.8% | -7.6% | -12.3% | -1.6% | 0.4% | -18.5% |
| 2009 | 3.7% | 3.3% | 3.0% | -0.8% | 3.5% | 2.1% | 1.6% | 1.9% | | | TOTAL | | 28.3% |
| | | | | | | | | | | | | | 445.8% |