# EXHIBIT 14

| | |
|---|---|
| **From:** | Tulchin, Matthew T |
| **To:** | Kitchen, David E.; Powers, Marc; Colombo, Louis; neil.steiner@dechert.com; jonathan.perry@dechert.com; lgotthoffer@reedsmith.com; claffey@reedsmith.com; Hirschfield, Marc E. |
| **Cc:** | Pitofsky, David |
| **Subject:** | First Set of Document Requests to Madoff Trustee.pdf - Adobe Acrobat Professional |
| **Date:** | Friday, January 14, 2011 9:16:30 PM |
| **Attachments:** | First Set of Document Requests to Madoff Trustee.pdf |

Counsel:

On behalf of David B. Pitofsky, Receiver for Ascot Partners, L.P.,
attached is Defendant Ascot Partners' First Set of Requests for
Documents and Things.  As stated during the parties' December 21, 2010
Meet and Confer, we do not possess any information to disclose at this
time.

Respectfully,

Matthew Tulchin
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY. 10018-1405
T: 212-459-7252
F: 212-355-3333
mtulchin@goodwinprocter.com
www.goodwinprocter.com




*********************************************************************
IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we
inform
you that any U.S. tax advice contained in this communication
(including any attachments) is not intended or written to be used,
and
cannot be used, for the purpose of (i) avoiding penalties under
the
Internal Revenue Code or (ii) promoting, marketing or recommending
to
another party any transaction or matter addressed herein.
*********************************************************************

*********************************************************************
This message is intended only for the designated recipient(s).  It
may
contain confidential or proprietary information and may be subject
to
the attorney-client privilege or other confidentiality
protections.
If you are not a designated recipient, you may not review, copy or
distribute this message.  If you receive this in error, please
notify

the sender by reply e-mail and delete this message.  Thank you.
******************************************************************