# EXHIBIT 15

Sadis & Goldberg, LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
Telephone: (212) 947-3793
Facsimile: (212) 947-3796
Douglas R. Hirsch
Email: dhirsch@sglawyers.com
Jennifer Rossan
Email: jrossan@sglawyers.com

*Attorneys for Ascot Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., GABRIEL CAPITAL CORPORATION,<br><br>Defendants. | Adv. Pro. No. 09-1182 (BRL) |

## **ASCOT FUND LIMITED'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure as made applicable to this adversary proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Ascot Fund Limited ("Ascot Fund") by and through its counsel Sadis & Goldberg LLP, hereby provides the following initial disclosures.

These disclosures are made without waiver of, and with preservation of the right to raise and/or fully address the following:

1.  All issues as to competency, relevancy, materiality, privilege and admissibility of matters disclosed herein, and the subject matter thereof, as evidence for any purpose in this action or subsequent actions;

2.  The right to object to any matters disclosed herein, or the subject matter thereof, on any ground, throughout this and/or any other action;

3.  The right to object on any ground at any time to a demand or a request for further disclosure of matters identified herein, including, but not limited to the forms of discovery allowed by the Federal Rules of Civil Procedure or other discovery proceedings involving or relating to the subject matter of this controversy; and

4.  The right at any time to revise, correct, add to, supplement or clarify any of the disclosures contained herein.

To the extent that any matters disclosed by Ascot Fund herein have been disclosed inadvertently, and such matters otherwise fall within the scope of a privilege, Ascot Fund shall not be deemed to have waived such privilege as to any such disclosure or the information contained therein. Likewise, Ascot Fund shall not be deemed to have waived its right to such privilege as to any other matter that may arise during the course of this litigation or any subsequent proceeding.

Ascot Fund's disclosures represent a good faith effort to identify information called for by Rule 26 of the Federal Rules of Civil Procedure. However, these disclosures should not be

construed as constituting all of the facts, evidence, or other information that may exist, or that may eventually be established, in support of Ascot Fund's defenses that have been and may be asserted in this action. Ascot Fund reserves its right to supplement its disclosures to the extent required by Rule 26(e).

A.  Rule 26(a)(1)(A)(i). The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

The following individuals are likely to have discoverable information. Unless otherwise noted, Ascot Fund is unaware of their current addresses and telephone numbers. Ascot Fund reserves its right to supplement this list as other individuals and/or entities become known, and/or as different subjects become relevant.

At the present time, Ascot Fund identifies the following:

1.  Don Seymour
    DMS Offshore Investment Services
    dms House, 20 Genesis Close
    P.O. Box 314
    Grand Cayman KY1-1104
    ph: 1-345-749-2586

2.  Aldo Ghisletta
    DMS Offshore Investment Services
    dms House, 20 Genesis Close
    P.O. Box 314
    Grand Cayman KY1-1104
    ph: 1-345-749-2586

B.  Rule 26(a)(1)(A)(ii). A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

At the present time, Ascot Fund identifies the following documents, electronically

stored information, or tangible things in the possession of Ascot Fund's counsel that contain information relevant to the matter in controversy:

      1.      Investment Advisory Agreement between Ascot Fund Limited and Ariel Management Corporation dated February 20, 1992;

      2.      Termination Agreement between Gabriel Capital Corporation and Ascot Fund Limited dated December 19, 2002;

      3.      Ascot Fund Limited Articles of Association;

      4.      Ascot Fund Offering Prospectus 2002;

      5.      Ascot Fund Offering Memorandum 2006;

      6.      Exhibit E to the Declaration of Douglas R. Hirsch in Support of Ascot Fund Limited's Motion to Dismiss the Third Amended Complaint and to Sever, dated December 20, 2013.

C.      Rule 26(a)(1)(A)(iii). A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

      Not applicable.

D.      Rule 26(a)(1)(A)(iv). For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

To Ascot Fund's knowledge, there are no insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the instant action, or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: January 13, 2014
      New York, New York

           SADIS & GOLDBERG LLP

           By: /s/ Jennifer Rossan
           Douglas R. Hirsch
           Jennifer Rossan
           551 Fifth Avenue 21st Floor
           New York, New York 10176
           Tel. No.: (212) 947-3793
           Fax No.: (212) 947-3796
           dhirsch@sglawyers.com
           jrossan@sglawyers.com

           *Attorneys for Ascot Fund Limited*

{00247359.DOCX}    - 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served this 10th day of January, 2014 by electronic mail upon the following:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 589-4200
Fax: (212) 589-4201
Lan Hoang
Edward J. Jacobs
Brian W. Song
Sarah Jane T.C. Truong
lhoang@bakerlaw.com
ejacobs@bakerlaw.com
bsong@bakerlaw.com
struong@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard*
*Trustee for the Liquidation of Bernard*
*L. Madoff Investment Securities*

DECHERT LLP
1095 Avenue of the Americas
New York, New York 100363
Tel.: (212) 698-3500
Fax: (212) 698-3599
Andrew J. Levander
Neil A. Steiner
Diane N. Princ
andrew.levander@dechert.com
neil.steiner@dechert.com
diane.princ@dechert.com

*Attorneys for Defendants J. Ezra Merkin*
*and Gabriel Capital Corporation*

{00247359.DOCX}                           - 6 -

NORTON ROSE FULBRIGHT
666 Fifth Avenue
New York, New York 10103
Tel.: (212) 318-3342
Fax: (212) 318-3400
Judith A. Archer
David L. Barrack
Jami Vibbert
judith.archer@nortonrosefulbright.com
david.barrack@nortonrosefulbright.com
jami.vibbert@nortonrosefulbright.com

*Attorneys for Defendant Ascot Partners, L.P.*


REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 521-5400
Fax: (212) 521-5450
James C. McCarroll
Jordan W. Siev
Michael J. Venditto
Casey D. Laffey
jmccarroll@reedsmith.com
jsiev@reedsmith.com
mvenditto@reedsmith.com
claffey@reedsmith.com

*Attorneys for Bart M. Schwartz, as Receiver of Defendants Ariel Fund Limited and Gabriel Capital, L.P.*

Dated:  New York, New York
        January 14, 2014

                                                    /s/ Jennifer Rossan
                                                    Jennifer Rossan

{00247359.DOCX}                          - 7 -