# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 7, 2017

Lan Hoang
direct dial: 212.589.4262
lhoang@bakerlaw.com

**VIA EMAIL & FEDEX**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

    Re:    *Picard v. Merkin, et al., Adv. Pro. No. 09-01182 (SMB)*

Dear Judge Bernstein:

    We are counsel to Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff, plaintiff in the above-referenced adversary proceeding. Please find enclosed a courtesy copy of the following materials filed via ECF on April 7, 2017:

1. Notice of the Trustee's Motions *in Limine* Numbers 1 Through 4, with accompanying exhibits;

2. Trustee's Motion *In Limine* Number 1 and Memorandum of Law to Exclude All Evidence and Testimony on the Actions or Inactions of the United States Securities and Exchange Commission;

3. Trustee's Motion *In Limine* Number 2 And Memorandum of Law to Limit Testimony of J. Ezra Merkin;

4. Trustee's Motion *In Limine* Number 3 and Memorandum of Law to Exclude the Opinions and Testimony of Jeffrey M. Weingarten;

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

Honorable Stuart M. Bernstein
April 7, 2017
Page 2

5. Trustee's Motion *In Limine* Number 4 and Memorandum of Law to Exclude Exhibits Not Produced During Discovery;

6. Declaration of Lan Hoang in Support of Trustee's Motions *in Limine* Numbers 1 Through 4 and accompanying Exhibits 1 through 20.

We thank Your Honor for consideration of this matter. Please do not hesitate to contact the undersigned if you have any questions.

Respectfully submitted,

*/s/ Lan Hoang*

Lan Hoang

300438486.2