UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――― X
                                          :
In re:                                    :
                                          :
                                          :  SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :
                                          :  No. 08-01789 (SMB)
                                          :
        Debtor.                           :
                                          :
――――――――――――――――――――- X
                                          :
IRVING H. PICARD, Trustee for the Liquidation  :
of Bernard L. Madoff Investment Securities LLC, :
                                          :
                                          :
        Plaintiff,                        :
                                          :
                v.                        :  Adv. Proc. No. 09-01182 (SMB)
                                          :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,    :
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,    :
ASCOT FUND LTD., GABRIEL CAPITAL          :
CORPORATION,                              :
                                          :
        Defendants.                       :
                                          :
―――――――――――――――――――― X

**NOTICE OF MOTION *IN LIMINE* BY DEFENDANTS TO EXCLUDE THE
TESTIMONY AND REPORT OF BRUCE G. DUBINSKY**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Evidence 401, 403, and

702, made applicable to this proceeding by Rule 9017 of the Federal Rules of Bankruptcy

Procedure, and upon the accompanying Declaration of Daphne T. Ha, dated April 7, 2017, and

all attached exhibits, and the accompanying Memorandum of Law, Defendants J. Ezra Merkin,

Gabriel Capital Corporation, Ascot Partners, L.P., and Ascot Fund Limited will move before the

Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New

York, at the United States Bankruptcy Courthouse, One Bowling Green, New York, New York,

10004-1408, at a date and time to be determined by the Court, for an Order excluding the report

and proposed testimony of Bruce G. Dubinsky, and related exhibits, and for such other relief as the Court deems just and proper.

**NOTICE IS FURTHER GIVEN** that the Trustee's response to this Motion, if any, shall be filed with the Bankruptcy Court and served on counsel for Defendants no later than May 10, 2017.

**DECHERT LLP**

New York, New York
April 7, 2017

By: /s/ Neil A. Steiner
Neil A. Steiner
neil.steiner@dechert.com
Andrew J. Levander
andrew.levander@dechert.com
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

16205252.1