UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――― X
: 
In re: :
 :
 : SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
 : No. 08-01789 (SMB)
 :
Debtor. :
―――――――――――――――――――――――――――――― :
 X
 :
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
 :
Plaintiff, :
 :
v. : Adv. Proc. No. 09-01182 (SMB)
 :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P., :
ARIEL FUND LTD., ASCOT PARTNERS, L.P., :
ASCOT FUND LTD., GABRIEL CAPITAL :
CORPORATION, :
 :
Defendants. :
 :
―――――――――――――――――――――――――――――― X

## [*PROPOSED*] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY AND REPORT OF BRUCE G. DUBINSKY

Upon consideration of the Notice of Motion *In Limine* By Defendants to Exclude the Testimony and Report of Bruce G. Dubinsky ("Defendants' Motion *In Limine*"), the accompanying Memorandum of Law, and the accompanying Declaration and exhibits thereto, it is hereby:

**ORDERED**, that Defendants' Motion *In Limine* is granted; that the report and proposed testimony of Bruce G. Dubinsky, and related exhibits, are excluded; and that this Court will

order such other relief as the Court deems just and proper in relation to Defendants' Motion *In Limine*.

Dated: _____
      New York, New York

                                    _____
                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE