UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>Debtor.| Adv. Proc. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>PERTAINS TO THE FOLLOWING CASE:<br><br>IRVING H. PICARD, Trustee for the Liquidation<br>of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>-v-<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,<br>ARIEL FUND LTD., ASCOT PARTNERS, L.P.,<br>ASCOT FUND LTD., GABRIEL CAPITAL<br>CORPORATION,<br><br>Defendants. | Adv. Proc. No. 09-1182 (SMB) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF DAPHNE T. HA IN SUPPORT OF MOTION
*IN LIMINE* BY DEFENDANTS TO EXCLUDE THE TESTIMONY
<u>AND REPORT OF BRUCE G. DUBINSKY</u>**

I, Daphne T. Ha, declare as follows:

1.      I am an associate at the law firm of Dechert LLP, counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation.

2.      I make this Declaration to put before the Court certain documents related to Defendants' Motion *in limine* to exclude the proposed testimony and report of Bruce G. Dubinsky.

3.      Attached to this Declaration as Exhibit A is the Expert Report of Bruce G. Dubinsky, dated August 20, 2013.

08-01789-cgm    Doc 15686    Filed 04/07/17    Entered 04/07/17 20:00:56    Main Document
Pg 2 of 2

4. Attached to this Declaration as Exhibit B is a copy of an excerpt from the deposition transcript of Bruce G. Dubinsky, dated April 27, 2015.

Dated:  New York, New York
       April 7, 2017                                      */s/ Daphne T. Ha*
                                                            Daphne T. Ha

16205301.1

2