UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––– X
                                            :
In re:                                      :
                                            :   SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                          :
                                            :   No. 08-01789 (SMB)
            Debtor.                     :
––––––––––––––––––––––––––––––– :
                                            X
IRVING H. PICARD, Trustee for the Liquidation   :
of Bernard L. Madoff Investment Securities LLC,   :
                                            :
            Plaintiff,                   :
                                            :   Adv. Proc. No. 09-01182 (SMB)
             v.                             :
                                            :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,   :
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,  :
ASCOT FUND LTD., GABRIEL CAPITAL       :
CORPORATION,                            :
                                            :
            Defendants.                :
                                            :
––––––––––––––––––––––––––––––– X

**[*PROPOSED*] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE THE TESTIMONY AND REPORTS OF MATTHEW B. GREENBLATT**

      Upon consideration of the Notice of Motion *In Limine* By Defendants to Exclude the Testimony and Reports of Matthew B. Greenblatt ("Defendants' Motion *In Limine*"), the accompanying Memorandum of Law, and the accompanying Declaration and exhibits thereto, it is hereby:

      **ORDERED**, that Defendants' Motion *In Limine* is granted; that the reports and proposed testimony of Matthew B. Greenblatt are excluded; and that this Court will order such other relief as the Court deems just and proper in relation to Defendants' Motion *In Limine*.

Dated: _____
      New York, New York

                                         _____
                                         HONORABLE STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE