UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PERTAINS TO THE FOLLOWING CASE:

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                    Plaintiff,
    -v-

J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,
ASCOT FUND LTD., GABRIEL CAPITAL
CORPORATION,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Proc. No. 09-1182 (SMB)

**DECLARATION OF MARIEL R. BRONEN IN SUPPORT OF MOTION
*IN LIMINE* BY DEFENDANTS TO EXCLUDE THE TESTIMONY
AND REPORTS OF MATTHEW B. GREENBLATT**

I, Mariel R. Bronen, declare as follows:

1.      I am an associate at the law firm of Dechert LLP, counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation.

2.      I make this Declaration to put before the Court certain documents related to Defendants' Motion *in limine* to exclude the proposed expert testimony and reports of Matthew B. Greenblatt.

3.      Attached to this Declaration as Exhibit A is the Expert Report of Matthew B. Greenblatt, dated November 15, 2012.

4. Attached to this Declaration as Exhibit B is the Expert Report of Matthew B. Greenblatt, dated March 20, 2015.

5. Attached to this Declaration as Exhibit C is a copy of an excerpt from the deposition transcript of Matthew B. Greenblatt dated August 17, 2015.

Dated: New York, New York
      April 7, 2017

*/s/ Mariel R. Bronen*
Mariel R. Bronen

16205276.1