UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
                                   :
In re:                             :
                                   :
                                   :   SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT       :
SECURITIES LLC,                    :
                                   :   No. 08-01789 (SMB)
                                   :
        Debtor.                    :
                                   :
---------------------------------- :
                                   X
                                   :
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
                                   :
        Plaintiff,                 :
                                   :
            v.                     :   Adv. Proc. No. 09-01182 (SMB)
                                   :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P., :
ARIEL FUND LTD., ASCOT PARTNERS, L.P., :
ASCOT FUND LTD., GABRIEL CAPITAL    :
CORPORATION,                       :
                                   :
        Defendants.                :
                                   :
---------------------------------- X

### [*PROPOSED*] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY, REPORTS, AND DECLARATION OF STEVE POMERANTZ

Upon consideration of the Notice of Motion *In Limine* By Defendants to Exclude the Testimony, Reports, and Declaration of Steve Pomerantz ("Defendants' Motion *In Limine*"), the accompanying Memorandum of Law, and the accompanying Declaration and exhibits thereto, it is hereby:

**ORDERED**, that Defendants' Motion *In Limine* is granted; that the reports, declaration, and proposed testimony of Steve Pomerantz are excluded; and that this Court will order such other relief as the Court deems just and proper in relation to Defendants' Motion *In Limine*.

Dated: _____
      New York, New York

                                               _____
                                               HONORABLE STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE