# EXHIBIT D

```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF NEW YORK
 4   ----------------------------------)
                                       )
 5   In Re:                            ) SIPA LIQUDATION
                                       )
 6   BERNARD L. MADOFF INVESTMENT      ) No. 08-01789 (BRL)
     SECURITIES LLC,                   ) (Substantively
 7                                     )  Consolidated)
                  Debtor.              )
 8                                     )
     ----------------------------------)
 9                                     )
     IRVING H. PICARD, Trustee of the  )
10   Liquidation of Bernard L. Madoff  )
     Investment Securities LLC,        )
11                                     )
                  Plaintiff,           )
12                                     )
            vs.                        ) Adv. Pro. No.
13                                     ) 09-01182 (BRL)
     J. EZRA MERKIN, GABRIEL CAPITAL,  )
14   L.P., ARIEL FUND LTD., ASCOT      )
     PARTNERS L.P., GABRIEL CAPITAL    )
15   CORPORATION,                      )
                                       )
16                Defendants.          )
                                       )
17   ----------------------------------)
18
19
20
       VIDEOTAPED DEPOSITION OF STEVE POMERANTZ, Ph.D.
21                  New York, New York
                      July 8, 2015
22
23
24   Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR
     JOB NO. 95461
25
```

Page 58

1        S. Pomerantz
2   describe, are just -- are just an index.
3       Q    Large cap, small cap?
4       A    Everything.  It's actually Russell
5   3000.
6       Q    And does that account hold all
7   3,000 names?
8       A    Yes.  It's a commingled fund.  It's
9   a commingled fund that has a lot more than
10  IFIC's assets.
11      Q    So, I thought you said earlier that
12  IFIC had a managed account for equities and a
13  managed account for international equities.
14      A    Yes.
15      Q    Right?
16           So, what's the difference between a
17  managed account and a commingled account?
18      A    Well, legally a commingled account
19  has more than one owner.  A managed account
20  typically just has one owner.
21      Q    What is -- so, does IFIC have
22  specific rights to the securities in the
23  commingled account?
24      A    Legally, I think we own shares of
25  the commingled account.

Page 59

1        S. Pomerantz
2       Q    Of some Goldman fund?
3       A    Of a Goldman account.  It's not a
4   '40 Act fund.  It's an account.  It's a
5   separately -- separate legal standing
6   account, and we own shares in that account.
7       Q    Just like an LLC or something?
8       A    It's like a hedge fund.
9       Q    And someone at Goldman manages that
10  fund?
11      A    It's an index fund, but presumably
12  somebody is managing it.
13      Q    And you don't know who that person
14  is?
15      A    It's probably a computer.
16      Q    Do you know what broker-dealer that
17  fund uses?
18      A    They probably use themselves.
19      Q    Goldman Sachs?
20      A    Yes.
21      Q    And that's not a problem for you?
22      A    That's not a problem.
23      Q    Why not?
24      A    I mean, Goldman Sachs is a large
25  entity.  There is -- the broker-dealer and

Page 60

1        S. Pomerantz
2   the asset management arm are two distinct
3   entities.  They report to different people.
4   They probably share a CEO and nothing but a
5   CEO.
6            Goldman has divisions of
7   responsibilities, and they have people who
8   are there to insure the division of
9   responsibility.  I don't -- I don't see a
10  problem with that.
11      Q    And have you ever asked to see the
12  trade confirmations or monthly statements
13  from that account?
14      A    I get monthly statements.  But
15  again, I get -- I get monthly statements
16  regarding -- actually, the total plan as well
17  as the individual pieces.
18      Q    And does the monthly statement show
19  the individual securities that are owned in
20  that account, or it shows the value of --
21      A    It would show me shares of --
22  shares of Goldman Sachs' total stock alpha
23  fund, and then the number of shares that I
24  own, and the NAV of those shares.
25      Q    It doesn't show you the underlying

Page 61

1        S. Pomerantz
2   holdings?
3       A    No.
4       Q    That is not a problem for you?
5       A    It's a Russell 3000 index fund.
6       Q    And so, it's okay with you to not
7   have the breakdown of individual holdings?
8       A    I don't need to see a list of 3,000
9   holdings.  If I want to look at the annual
10  report, I could do that.
11      Q    Have you ever done that?
12      A    Maybe years ago.
13      Q    How do you know that that account
14  in fact owns all 3,000 stocks that you think
15  it owns?
16      A    I think there is -- how do I know
17  it owns 3,000?  They have represented to me
18  that it owns 3,000.  It performs like it owns
19  3,000.  The returns match the returns of the
20  index.
21           I have no reason to believe that it
22  doesn't own 3,000.  It behaves exactly the
23  way I expect it to behave.
24      Q    And that's good enough for you?
25      A    Not -- that fact alone is not good

Page 62

1         S. Pomerantz
2  enough. I mean, there is -- there is a brand
3  that is involved. I go to their offices
4  periodically. I meet with a lot of people --
5  as I said, I have about ten contacts in the
6  company -- on a variety of issues involving
7  IFIC. So I meet with, sometimes meet with
8  all of them, or sometimes meet with one or
9  two or three.
10         I feel very comfortable. I have no
11 reason to believe that something is happening
12 that is not as being represented.
13    Q    I think you used the term "trust
14 but verify" --
15    A    Yes.
16    Q    -- in your report; right?
17    A    Yes.
18    Q    So in terms -- I understand the
19 "trust," and I understand people trust
20 Goldman Sachs. In terms of the "verify,"
21 what do you do to verify those
22 representations, other than go to their
23 offices and meet with people?
24    A    I mean, this relationship has been
25 going on for about seven years. I do get

Page 63

1         S. Pomerantz
2  statements. I know how the funds are
3  performing. They are performing in line with
4  what I expect.
5         I talk to people there who all seem
6  pretty competent to me at being able to do
7  the job that they are there to do. I don't
8  have -- I don't have any reason to think
9  otherwise.
10        I get a statement from Chase
11 Manhattan every month that tells me how much
12 money is in my checking account. I don't go
13 to Chase Manhattan and see the actual dollar
14 bills. They probably don't even exist;
15 right? Shares of stock don't really exist.
16        So I do what I can do and I do what
17 I think I need to do.
18    Q    By the way, you have a Chase
19 Manhattan account. Do you have a brokerage
20 account anywhere?
21    A    I have a brokerage account at
22 Vanguard.
23    Q    So that's a -- it owns mutual
24 funds?
25    A    It owns mutual funds and stocks.

Page 64

1         S. Pomerantz
2    Q    Do you get monthly statements that
3  show the equity holdings?
4    A    There is monthly statements. I can
5  go online any day and look at the holdings
6  that are in the portfolio.
7    Q    Do you make the buy and sell
8  decisions, or is there someone that does
9  that?
10   A    I make the decisions.
11   Q    Just on the -- sticking with
12 Goldman for a minute, what quantitative
13 analysis have you done with respect to this,
14 whatever you called it, Goldman alpha stock
15 fund?
16   A    Well, we have -- we have tracking
17 error targets for all of these different
18 products, as well as for the portfolio as a
19 whole. I -- I do measure the tracking error
20 on that, on that fund, and confirm that it is
21 close to what it is we are trying to achieve.
22   Q    Do you do anything else?
23   A    I also look at the performance.
24 I -- I do what I -- what I call performance
25 attribution, to try to identify where the

Page 65

1         S. Pomerantz
2  sources of the returns are coming from.
3    Q    So with respect to this Goldman
4  Sachs alpha fund, what performance
5  attribution -- can you describe the
6  performance attribution you have done?
7    A    Typically, what I do is what's
8  called factor analysis or factor
9  decomposition, where I look at the returns of
10 the fund, and I look at a regression of those
11 returns, against a variety of factors, and
12 then you basically ask yourself how much of
13 the returns is coming about because of those
14 factors and what is the residual.
15   Q    Right. So --
16   A    What's the unexplained piece, and
17 the variance of that unexplained piece is the
18 tracking error, and then the -- the
19 cumulative amount of that residual piece is
20 basically the return.
21   Q    So, I don't want to know what you
22 typically would do. I want to know what you
23 have done with respect to IFIC.
24   A    That's exactly what I do for IFIC.
25   Q    And what do you then do with that

17

Page 94

1         S. Pomerantz
2    Q   I take it it's your opinion that
3  that does not require in every circumstance
4  performing various quantitative analyses that
5  you have done in your report.
6    A   The only reason you wouldn't was if
7  you couldn't, it was physically impossible,
8  or if the analyses that I offer here are not
9  useful or applicable to a particular
10 strategy, or you have been able to confirm
11 information through some other method or
12 mechanism that I don't know about it.
13       I don't know how you can confirm
14 certain things without actually going through
15 these analyses.  Perhaps there are other
16 analyses that people will go through.  I'm
17 not aware of them.  I have never seen them.
18 These are all the standard types of analyses
19 that people go through to confirm certain
20 things.
21    Q   Going back to the software fund,
22 the WPG Software Fund, as an example, you had
23 transaction-level data available to you;
24 right?
25    A   I did.

Page 95

1         S. Pomerantz
2    Q   When you were doing due diligence
3  on that fund?
4    A   Yes.
5    Q   And so, you could have gone back
6  and looked at trade confirmations; right?
7    A   I would have no need to do that.
8  There was nothing about that particular
9  strategy that was contingent upon the
10 execution ability.
11   Q   So, you could have done it.  You
12 just concluded that you didn't need to.
13   A   Actually, you know, I take that
14 back.  That actually implicitly was done
15 within the analysis.  Within the performance
16 attribution framework, it would have
17 identified certainly types of -- it would
18 have identified some of the types of things
19 that are identified in this report.
20       Even though transaction-level
21 detail really is not relevant for that
22 particular strategy, the performance
23 attribution that was performed would
24 actually -- did actually identify certain
25 analyses that were transaction level, but

Page 96

1         S. Pomerantz
2  they were never significant.
3    Q   Did you go and look at individual
4  trade confirmations in your due diligence of
5  the software fund?
6    A   No, I didn't look at confirmations,
7  but I will give you as an example, I was
8  aware of where the fund traded relative to
9  VWAP.  I was aware of that.  And it just
10 didn't move me one way or another as being
11 significant.  It didn't raise a red flag.  It
12 didn't seem significant to me at all as far
13 as my understanding of that particular hedge
14 fund strategy, although implicitly, it's
15 actually being calculated, but that's just
16 because the software is doing it.
17   Q   Have you ever looked at trade
18 confirmations as part of your due diligence?
19   A   Actually, in a variety of the tax
20 shelter cases that I dealt with, the
21 confirmations were actually -- were actually
22 specifically looked at, and a variety of my
23 opinions actually centered around things that
24 were on the confirmations or that were not on
25 the confirmations that should have been.

Page 97

1         S. Pomerantz
2    Q   Those were confirmations of equity
3  trades?
4    A   Yeah.  They actually were
5  confirmations of equity trades, and there was
6  actually information on the trades that
7  should have been there and wasn't there, and
8  that was -- that was actually a part of my
9  opinion.  It was a small piece, but it was
10 actually a part of the opinion.
11   Q   Okay.  What information should have
12 been there in the tax shelter cases that
13 wasn't?
14   A   In those particular cases -- in
15 those particular cases, the stock was being
16 purchased on a forward basis, and there would
17 have been an implied interest rate, and on
18 the confirmation, there was actually a box
19 that said interest, in anticipation of a
20 forward settlement, and there was a zero in
21 that box, when there actually should have
22 been a real value.  The confirmation actually
23 did not represent the actual amount of money
24 that was supposed to move pursuant to that
25 stock transaction.


Page 98

1  S. Pomerantz
2  I mean, there were a host of other
3  red flags and issues, but actually in that
4  particular matter, there was an issue with
5  the confirmations, and I did identify it as
6  part of my due diligence of the transaction.
7  Q  Well, you didn't do due diligence
8  of the transaction in the tax shelter cases;
9  right?
10  A  Yes, I did.
11  Q  You did due diligence in connection
12  with someone entering the transaction?
13  A  I did due diligence -- I actually
14  discussed the due diligence -- there were a
15  variety of partners involved in these
16  transactions, but there is a small piece of
17  the transaction where an investment advisor
18  is actually facilitating the execution of a
19  particular strategy, and my opinions had to
20  do with the due diligence that was being
21  performed by the investment advisor regarding
22  the totality of that transaction.
23  Q  So, in those cases, who -- what
24  brokerage firm issued the confirmations?
25  A  They were mainly coming from banks

Page 99

1  S. Pomerantz
2  like UBS or Deutsche Bank, were the two large
3  banks that were involved.
4  Q  And those large banks issued faulty
5  confirmations?
6  A  I don't want to say faulty. I'm
7  not here to assign value judgments or blames.
8  Part of my opinion was -- had to do with
9  information that was on the confirmation,
10  that should have been on the confirmation,
11  could have been on the confirmation. I put
12  that information into my reports. In some
13  cases, cases settled. In some cases, the
14  courts opined as a result of litigation, and
15  it was what it was.
16  Q  What were the court opinions?
17  A  You could read Bemont versus United
18  States of America. You could read New
19  Phoenix versus Commissioner of the IRS.
20  There is one other case that is in bankruptcy
21  court, and the plaintiff is listed on my CV.
22  Q  So back to my question, which was:
23  In connection with your due diligence of any
24  investment advisor or hedge fund, have you
25  ever reviewed trade confirmations?

Page 100

1  S. Pomerantz
2  A  Well, I just gave you examples in a
3  litigation context.
4  Q  Right. So, my question is: In
5  your due diligence of -- in your performing
6  due diligence on an investment advisor or
7  hedge fund manager, have you ever reviewed
8  trade confirmations?
9  A  No. I reviewed transaction-level
10  data, and I would input transaction-level
11  data into systems to perform certain
12  analyses. But I -- I never had a need to
13  look at the confirmations.
14  Q  So, you never asked to look at
15  confirmations in any of the due diligence
16  that you have done over the last 20 years?
17  A  I was never -- I never had a need
18  to do that.
19  Q  And in your -- in due diligence --
20  by the way, when you referred to your work as
21  an expert in the tax shelter cases as due
22  diligence, that was always a review after the
23  fact after a challenge by the IRS; correct?
24  A  Yes.
25  Q  Okay. So in your work performing

Page 101

1  S. Pomerantz
2  due diligence on investment advisors or hedge
3  funds, have you -- have you had occasion
4  to -- strike that.
5  In your work performing due
6  diligence on hedge fund managers or on
7  investment advisors, have you ever compared
8  on a transaction-by-transaction basis
9  transaction price versus the daily high-low
10  range? Has that been something you have done
11  in your due diligence work?
12  A  I have looked at transaction prices
13  against VWAP, but I have not looked at
14  transactions versus highs and lows. But I
15  have looked against VWAP as part of my due
16  diligence.
17  Q  Why haven't you looked at
18  transactions versus highs and lows as part of
19  your due diligence?
20  A  I never had a reason to.
21  Q  And I take it you don't believe
22  that the due diligence that you have
23  performed has been faulty for not having
24  looked at that; correct?
25  A  It depends on the circumstances.

Page 118

1    S. Pomerantz
2  and using a variety of statistical tools. I
3  have to know how to price options. I have to
4  understand what a Monte Carlo simulation is
5  and how do I build a Monte Carlo simulation.
6  But I can do all of that to develop
7  expectations for how the strategy should
8  perform.
9    Q    And did you do all of that?
10   A    Yes, I did all of that. And my
11 observation then is that the returns that I
12 am actually seeing from Beacon do not fit
13 that expectation. That is a concern of mine,
14 and I communicated that.
15   Q    How did you communicate that?
16   A    I told the partnership, I do not
17 believe that he is executing split-strike
18 strategy. I don't know what he is doing, but
19 I -- you know, I would say that this is a
20 fraud of sorts. This is a fraud.
21   Q    So, you told Gordon that BLMIS was
22 a fraud?
23   A    That -- yes, but -- I did -- I did
24 say that, that he is either engaged in a
25 fraud or he is doing something that I can't

Page 119

1    S. Pomerantz
2  comprehend.
3    Q    Did you say he is engaged in a
4  fraud or did you say, either I don't
5  understand it or it's a fraud?
6    A    I said both. I'm not -- I can't
7  conclude that he is engaged in fraud. I have
8  no information, I know nothing. I could
9  barely talk to Danziger, let alone talk to
10 Bernie, so, I don't know what Bernie is
11 doing. I just know that if you are
12 describing your strategy as this, that is not
13 true. That is a lie. That is a fraud. In
14 my book, that is a fraud. To misrepresent or
15 to lie, that is a fraud.
16       So, he is either a fraud or he is
17 doing something that I can't conjure, I can't
18 imagine, but he is certainly not doing what
19 he says he is doing.
20   Q    Did you communicate that in writing
21 to the Gordons?
22   A    No.
23   Q    Why not?
24   A    My practice was to not offer my
25 opinions in writing. That is not the way

Page 120

1    S. Pomerantz
2  people do things.
3    Q    So that is not part of -- in terms
4  of maintaining diligence files, you wouldn't
5  expect someone to maintain a conclusion like
6  that in writing?
7    A    You can ask Arthur what he does. I
8  don't know. I can't speak for Arthur. I can
9  speak for myself.
10      I do my analysis, I have my
11 observations, and I communicate my
12 observations.
13   Q    And did you give him your Monte
14 Carlo analysis and your correlation analysis
15 and R-squared?
16   A    I actually had shown him the
17 results of my Monte Carlo analysis, and to
18 explain what it was that I expected and what
19 it was that I was seeing, and how I would
20 characterize the difference between them.
21   Q    Did you give him a copy of that for
22 his due diligence files?
23   A    You know, I showed it to him on a
24 piece of paper. I don't know what happened
25 to it.

Page 121

1    S. Pomerantz
2    Q    Well, what did you do with the
3  sheet of paper?
4    A    What would I do with it?
5    Q    What did you do with it?
6    A    I don't remember.
7    Q    Do you have it somewhere?
8    A    No.
9    Q    How do you know you don't have it
10 somewhere?
11   A    Because I have looked through all
12 my files.
13   Q    As soon as Madoff confessed, you
14 started looking through your files for it and
15 couldn't find it?
16   A    No, no. I think as part of the
17 production in this case, I was asked to
18 produce any documents that I had that were
19 relevant to my opinions, and there is a fair
20 amount of analysis that I have produced from
21 my efforts at Gordon Asset Management, but
22 that is the totality of what I have.
23   Q    So, you don't have your Monte Carlo
24 analysis, and you don't have anything where
25 you communicated -- any written record of

Page 126

1    S. Pomerantz
2    Q    Knowing that they were invested in
3    this fund that you had told the fund manager
4    was a fraud?
5    A    I mean, those statements are true,
6    and I reiterated my opinions as I could, and
7    that's -- I reiterated my opinions as I
8    could, and I think the firm divested in large
9    measure because of my opinions.
10   Q    So, they had more than 20 million
11   at some point?
12   A    At some point, yes.
13   Q    How much more?
14   A    I don't know.  There were other
15   funds that I performed due diligence for, and
16   they chose not to invest at all.
17   Q    But on this one, they kept some of
18   the investment?
19   A    Yes.
20   Q    And when you met with investors
21   subsequent to 2005, did you ever tell any of
22   the investors, well, we have got this one
23   investment that I think is a fraud but the
24   manager continues to invest in?
25   A    I think Arthur was clear with

Page 127

1    S. Pomerantz
2    people that there was an investment with
3    Beacon.
4    Q    Right.  But did you tell any of the
5    investors that you met with after 2005 that
6    the fund that you were performing due
7    diligence for and that you were meeting with
8    them as part of their due diligence, because
9    you were the quantitative team, that there
10   was a $20 million investment in something
11   that you thought was a fraud?
12   A    You know, I think my opinion was
13   that I don't understand what's going on, I
14   don't know what he is doing, he is not doing
15   what he says he is doing.  That was my
16   opinion.
17       And investors knew that we were
18   invested with Beacon.  Investors knew pretty
19   much everything about Madoff that people
20   publicly knew.
21   Q    So, I would like to try and get an
22   answer to my question.  Maybe I need to break
23   it down.
24       After 2005, you met with investors
25   as part of their due diligence on whether to

Page 128

1    S. Pomerantz
2    put or keep their money with Gordon's;
3    correct?
4    A    Yes.
5    Q    And the reason that you would meet
6    with them is you were held out as the due
7    diligence consultant because of your
8    quantitative background; correct?
9    A    I was there for many reasons, not
10   just that.
11   Q    That was one of them?
12   A    Yes.
13   Q    And when those investors came in to
14   meet with you, did you tell any of those
15   investors, you know, we have got this one
16   investment, it's $20 million, and I think
17   it's a fraud, but we kept it anyway?
18   A    People actually knew that we were
19   invested in Beacon, and people had their own
20   trepidations about that.
21   Q    Right.
22   A    And, you know, ironically, there
23   were investors who did not want us to divest
24   from Beacon, who actually wanted us to put
25   more money into Beacon.  But investors knew

Page 129

1    S. Pomerantz
2    that we were invested in Beacon, and they
3    knew all of the concerns that existed.
4    Q    I don't think you have answered my
5    question.
6        MR. STEINER:  So if I could get the
7    reporter to read it back.
8        (Record read.)
9    A    I would not have said that, because
10   I did not know that Madoff was a fraud.
11   Q    Well, did you tell any of the
12   investors who you met with that you thought
13   it was a fraud and yet the fund kept the
14   investment anyway?
15   A    I don't -- you know, I think it --
16   I don't know that it's fair to say I thought
17   it was a fraud.  I did not know what he was
18   doing.  I did not think he was executing
19   split strike.  I was clear about that.  I did
20   not know what he was doing, but I would have
21   no way of knowing what he really was doing.
22       If I use the word "fraud," it's as
23   a pejorative.  It's not as a legally -- it's
24   not a legal word in the way that a fraud
25   examiner would use it.  To me, it just means

Page 150

1      S. Pomerantz
2  done the type of analysis that is here, and
3  it actually would have confirmed my
4  suspicions.
5      I think if someone wanted to
6  assuage my suspicions, if that was their
7  objective, then they would have provided me
8  with those types of document.
9      Q    And if you were given those types
10 of documents, it's possible that those
11 documents would have assuaged your
12 suspicions?
13     A    Well, are you asking me
14 hypothetically or are you asking me in this
15 case? Because, as I said, in this specific
16 case of -- call it Madoff or Danziger or
17 Beacon, in this specific case, if those
18 documents were provided to me, they would not
19 have assuaged my suspicions, they would have
20 confirmed my suspicions. Because the
21 analysis that I have done here is the
22 analysis that I would have done had I been
23 provided with that information.
24     Q    You would have done everything that
25 is in your report?

Page 151

1      S. Pomerantz
2      A    I don't know if I would have done
3  everything. I would have done enough to
4  absolutely confirm my suspicions, but that's
5  in the world of hypothetical.
6      Q    The -- did you have other times
7  when you performed diligence on a
8  Madoff-related investment?
9      A    Yes.
10     Q    When else?
11     A    In 2008, early 2008, I was asked by
12 another fund of funds that I was affiliated
13 with, in the same manner, of providing
14 one-off due diligence on investments.
15     Q    Which fund is that?
16     A    It's called Hunt Financial
17 Ventures.
18     Q    Hunt?
19     A    Hunt. That Hunt.
20     Q    The Texans we were talking about?
21     A    Yeah.
22     Q    And what were you engaged by Hunt
23 to do?
24     A    Perform due diligence on a one-off
25 basis for hedge fund investments that they

Page 152

1      S. Pomerantz
2  were considering within the fund of funds
3  that they had, as well as negotiate with the
4  individual hedge funds themselves a variety
5  of terms.
6      Q    And how many diligence assignments
7  did you do for Hunt?
8      A    Maybe 100.
9      Q    All in early 2008?
10     A    No, no. My involvement with Hunt
11 was -- I don't know when it started, and they
12 actually still do call me up periodically.
13     Q    And how are you compensated by
14 Hunt?
15     A    Hourly.
16     Q    And what do you charge them an
17 hour?
18     A    I charge them 750 an hour.
19     Q    So, they get a discount from your
20 regular rate of 824?
21     A    The rate is similar to what I am
22 ultimately charging.
23     Q    The -- and what rate do you
24 charge -- did you charge Gordon?
25     A    I think when I left there, it

Page 153

1      S. Pomerantz
2  was -- it was probably around 700 an hour.
3      Q    When -- when you did a diligence
4  report for Hunt, what would that entail or
5  what work product would you create?
6      A    Similar. I would -- I would
7  interview the manager. I mean most of the
8  funds that Hunt was investing in were
9  actually new, new hedge funds, I think with
10 very few exceptions where they were
11 established funds with assets, significant
12 assets, significant track records. That was
13 very rare.
14     Most of the -- most of the funds
15 that I was looking at was -- were basically
16 new, were seed investments, and I would
17 basically try to go through as much as I
18 could of the framework that we have
19 discussed, and then communicate to Hunt, and
20 sometimes we would move forward with the
21 relationship, and there would be some
22 negotiations that were involved.
23     Q    And with respect to new funds,
24 there wouldn't be quantitative analysis;
25 right? Because they wouldn't have a track

Page 182

1         S. Pomerantz
2   support a firm.
3       Q   Going back to the example of the
4   Goldman Sachs employee who manages a
5   discretionary account for high net worth
6   individuals, are you familiar with a
7   traditional model where that person, whether
8   you call it a broker or an investment
9   advisor, was compensated based on the
10  commissions that were generated for the
11  accounts?
12      A   I mean, there are and have been
13  some people in the industry who get
14  compensated that way.  I mean, I can't speak
15  to any specifics.
16      Q   So, you are familiar with the fact
17  that it happens?
18      A   I have heard these people exist.
19  They don't interface with the institutional
20  marketplace, but I know they exist.
21      Q   And you don't know how big that
22  market is or was?
23      A   It doesn't interface with the
24  institutional marketplace.  You are not
25  hiring a broker.  You are not going to pay

Page 183

1         S. Pomerantz
2   somebody to generate trades.
3       Q   You -- you refer in your report to
4   the AIMA guidelines.
5       A   Yes.
6       Q   And the first one, the first AIMA
7   due diligence questionnaire I think was
8   created in 1997; is that right?
9       A   Yes.
10      Q   And prior to that, there hadn't
11  been an industry due diligence?
12      A   Well, I think there have always
13  been people who maintained their own.  I
14  mentioned earlier companies like Russell,
15  Cowen and Wilshire.  These are people who
16  have been doing diligence from probably the
17  time I was born, and they -- they have their
18  own proprietary approaches to due diligence.
19          AIMA saw itself as in a position to
20  basically provide some codification of that
21  for people who did not have the internal
22  resources to develop their own.
23      Q   And you are familiar with the AIMA
24  guidelines?
25      A   The due diligence questionnaires?

Page 184

1         S. Pomerantz
2       Q   The questionnaires.
3       A   Yes.
4       Q   And am I right that those
5   questionnaires don't refer to or describe any
6   quantitative analysis that is required to be
7   performed as part of the due diligence?
8       A   I don't know what you mean by that.
9   They don't identify specific quantitative
10  analyses, although sometimes they will say,
11  such as X, Y, Z, but they will all address
12  the need for quantitative analysis when
13  applicable.
14      Q   When you say "when applicable,"
15  what do you mean by that?
16      A   Well, again, it depends upon the
17  strategy that you are involved in, and
18  whether or not you have any historical data.
19  If you take a new fund that is going to be
20  fundamentally based, and there is no track
21  record, well, you are not going to be able to
22  do quantitative analysis if nothing exists.
23          (Pomerantz Exhibit 3, 1997
24      Guidelines marked for identification, as
25      of this date.)

Page 185

1         S. Pomerantz
2       Q   I am going to hand you what I have
3   marked as Pomerantz Exhibit 3, which I
4   believe is the 1997 guidelines that you refer
5   to in your report.  Is that right?
6       A   Yes.
7       Q   And you are familiar with those
8   guidelines?
9       A   Yes.
10      Q   So -- so, I guess if we could for
11  starters, if you could point me to what
12  provisions in there specify examples of the
13  quantitative analysis that should be
14  performed.
15      A   Well, there are a variety of points
16  here.  If you go to the bottom of page three,
17  there is a discussion of drawdown, which is
18  something that they suggest you be aware of
19  and to identify them, and to understand why
20  they happened.  That is a quantitative issue.
21          A discussion of the capacity of
22  your strategy, and the markets that you trade
23  in, that is a quantitative issue.
24          A lot of these questions here are
25  answered through quantitative metrics.  There

Page 206

1  S. Pomerantz
2  prerequisite to this report. I don't assume
3  that anywhere.
4      What I do is, I -- because I view
5  it as a challenge. What I am doing is, I am
6  basically saying you have to identify the
7  sources of the return, and so I imagine that
8  if I were living at that point in time, and I
9  had the data and tools available at that
10 time, what would I have done? And this
11 report identifies what I would have done.
12     Q   And when you started out doing your
13 work, it was with the benefit of knowing that
14 Mr. Madoff had confessed to running a Ponzi
15 scheme; correct?
16     A   A lot of things have happened since
17 then; right? A lot of things have happened.
18 I mean, maybe Greece goes into default. A
19 lot of things have happened, but they are not
20 relevant to my opinions, and they are not
21 relevant to any of the analysis that I have
22 done.
23     Q   Now --
24         MR. SHEEHAN: The record should
25 reflect that what he was referring to was

Page 207

1  S. Pomerantz
2  Exhibit 3. Is that it? Is that what --
3      MR. STEINER: I think he was most
4  recently referring to Exhibit 1, which is
5  his report.
6      THE WITNESS: No, 3.
7      MR. SHEEHAN: 3, this thing. He
8  was reading this.
9      THE WITNESS: Counsel, is this a
10 good time for a break?
11     MR. STEINER: Sure.
12     MR. SHEEHAN: What's that?
13     MR. STEINER: He would like a
14 break.
15     THE VIDEOGRAPHER: The time is
16 3:28 p.m. This is the end of tape number
17 three.
18     We are off the record.
19     (Recess taken.)
20     THE VIDEOGRAPHER: The time is
21 3:49 p.m. This is the start of tape
22 number four.
23     We are on the record.
24 BY MR. STEINER:
25     Q   Now, Dr. Pomerantz, with respect to

Page 208

1  S. Pomerantz
2  the various quantitative analyses in your
3  report, did you perform those analyses, or
4  did the Duff & Phelps employees perform those
5  analyses?
6      A   Combination of both. I mean, I --
7  some of them I did by myself. Sometimes
8  somebody else did them and I reviewed them.
9      Q   Which ones --
10     A   Check them over.
11     Q   Which ones did you do yourself?
12     A   I can't recall the specifics of it.
13 I know that there is an analysis here that
14 has to do with daily volatility versus
15 monthly versus quarterly, and I remember that
16 was something I did myself.
17     Most of the others I think I
18 reviewed somebody else's work. But I -- I
19 had to tell people what the calculation was
20 that I wanted to do. In some cases, the
21 analysis is pretty computer intensive, other
22 cases it's not.
23     But that is the only example that I
24 can think of that I did by myself. The rest,
25 I think I just told someone what to do and

Page 209

1  S. Pomerantz
2  then checked the results.
3      Q   When you told someone what to do
4  and checked the results, how did that process
5  work?
6      A   Usually I would sit down and tell
7  them, tell them what to do, how to do it.
8  Sometimes they understand what I mean.
9  Sometimes I have to write down a formula.
10 And most of the -- most of the analysis is
11 residing within spreadsheets, where these
12 charts are basically all coming out of a
13 spreadsheet. And the data that's behind the
14 analysis is in the same spreadsheet, so I can
15 trace back the formulas.
16     Q   And by the way, one of the exhibits
17 to your report includes all the documents
18 that you reviewed in connection with your
19 report; right?
20     A   Yes.
21     Q   Approximately how many pages did
22 you review in connection with issuing your
23 report?
24     A   Me, personally?
25     Q   Yes.

Page 210

1  S. Pomerantz
2  A   I would put it in the thousands.
3  Q   And you understand that the list
4  that is attached to your report includes
5  many, many multiples of that number?
6  A   Yes.
7  Q   Why did you include all of the
8  pages that you didn't review?
9  A   I -- those are documents that were
10 reviewed by other people that didn't have
11 information that was relevant to my opinions.
12 Q   Did you maintain a list of the
13 pages that you actually reviewed?
14 A   No.
15 Q   Did you keep any records of which
16 pages you actually reviewed in forming your
17 opinions?
18 A   No.
19 Q   And if someone else reviewed the
20 page and determined it wasn't relevant to
21 your opinion, is that -- do you equate that
22 with you having reviewed the page?
23 A   Well, no.  When I say that I
24 reviewed a thousand pages, that is a thousand
25 pieces of paper or 2,000 pieces of paper that

Page 211

1  S. Pomerantz
2  I looked at.  Other people may have looked at
3  other pages, told me what was in them, and I
4  would conclude that those weren't relevant
5  for what I needed.
6  Q   But you certainly didn't review
7  tens of thousands of pages in connection with
8  issuing your report; correct?
9  A   I did not.  Like as an example,
10 there are statements that -- there are
11 monthly statements that identified
12 transactions and holdings.  Somebody was
13 responsible for looking at every single one,
14 but it wasn't me.  I did look at a subset so
15 that I understand what those statements are,
16 and the information that is on them, but I
17 did not look at every single one of them.
18 Q   And you have testified enough times
19 to know that, and issued expert reports
20 enough to know that one of your
21 responsibilities as an expert is to disclose
22 the documents that you considered in
23 connection with your -- issuing your report;
24 correct?
25 A   Yes.

Page 212

1  S. Pomerantz
2  Q   And so, if you look at Schedule A
3  to appendix two.
4  A   Yes.
5  Q   That is the list of documents that
6  you provided and annexed to the report that
7  you signed as to the documents that you
8  considered in forming your opinions; correct?
9  A   Yes.
10 Q   But you didn't personally review or
11 consider all of these documents; correct?
12 A   That's correct.
13 Q   So, if I wanted to know which
14 documents you considered, how would I make
15 that determination?
16 A   I think that I reviewed personally
17 documents that are a part of the opinions
18 that I am offering, so, if there is an
19 analysis here about transactions, I have
20 looked at a subset of all of the documents
21 that discuss transactions.
22     I can't tell you which ones I
23 looked at.  You know, if there are 30,000
24 confirmations, I could tell you I looked at
25 ten, but I couldn't tell you which ten of

Page 213

1  S. Pomerantz
2  those 30,000.
3  Q   You didn't keep track?
4  A   No.
5  Q   And you didn't feel that that was
6  important to do?
7  A   I -- no, I don't see the relevance
8  of it.
9  Q   No one asked you to keep track of
10 what documents you actually reviewed?
11 A   No.
12 Q   And you said if there were 30,000
13 confirmations, you looked at something like
14 ten?
15 A   I personally may have looked at ten
16 to -- someone -- yeah, I personally looked at
17 ten to confirm that what I am being told
18 about the confirmations is -- is accurate.
19 For example, I have talked about how the
20 confirmations are backwards.  The buyer is
21 the seller, or the seller is identified as
22 the buyer.  Have I looked at 30,000
23 transactions, to tell you that I have noticed
24 that on 30,000?  No, I haven't.  But I have
25 looked at ten, and I have seen that on the

Page 230

S. Pomerantz

really done at 100. So, in that scenario, Madoff is actually in the range, but the $100.04 will appear to be out of the range, but it's not.

Q  So let's assume that the reported range is -- that it's a buy on a principal trade, and the price, inclusive of the dealer markup, is $30.04, okay, and it's a buy by Ascot. Have you got that?

A  Yes.

Q  Okay. And the reported range of the day is $30.02 to $30.52.

A  Yes.

Q  In your opinion, is that trade within the range or outside of the range?

A  If Bernie has marked up the trade to $30.04, I'm going to consider that -- I'm going to consider that as a trade that actually took place at $30.

Q  And even though the price that Madoff charged to Ascot was $30.04?

A  That's correct.

Q  And even though you don't know what price that would be reported to the exchange

Page 231

S. Pomerantz

at?

A  That's correct.

Q  So, what's your basis for doing that, given that you don't know whether the -- and to the extent the trade is reported by the -- by the broker acting as principal to the exchange, that would be included in setting the daily high and low; right?

A  I'm going to look at the high and low that the exchange tells me trades took place at.

Q  Right. And that -- and the exchange's high and low, to the extent a broker acting as a principal reports information to the exchange, the exchange's high and low would include the information reported by the broker; right?

A  It would, but Bernie is really getting a four-cent commission on that particular trade that you are talking about.

Q  You agreed with me a few moments ago that brokers don't get commissions on principal trades, they earn a markup; right?

Page 232

S. Pomerantz

A  That's correct. But when you look at the high and the lows, those are numbers that somebody else is also receiving a commission on. So I am taking Madoff's commissions off the table.

Q  Well, the trade is between Madoff and the customer; right?

A  Yes.

Q  And you don't know whether that trade would be reported by BLMIS as a $30 trade or a $30.04 trade; right?

A  I don't know what Madoff is reporting.

Q  And you don't know whether it's actually required to be reported at all?

A  I don't know what Madoff is reporting.

Q  And nevertheless, you -- and if the --

A  I am trying to give Madoff the benefit of the doubt by adjusting the price on the confirm to be in line with what's there, so I'm trying to give him four cents grace on the price of the trade.

Page 233

S. Pomerantz

Q  If principal -- right. If a principal transaction earns the markup, right, if that gets reported to the exchange at $30.04, that would be in the range; right?

A  I don't know what Madoff's reporting to the exchange. I just know what the exchange tells me the high and the low is. And then I try to be conservative in estimating what Bernie is reporting on his confirmation.

Q  As between -- on a principal trade, there is no commission; right?

A  That's correct.

Q  Okay. So, the price that Ascot would pay in that situation would be $30.04; right?

A  Yes.

Q  They wouldn't pay a commission on top of it, but they would pay $30.04?

A  Yes.

Q  If they then -- and if someone had done the analysis that you suggest of comparing that price of 30 -- that they paid of $30.04 to the range of $30.02 to $30.52,

Page 234

1      S. Pomerantz
2  that would be -- the $30.04 would be within
3  the range; correct?
4      A    Yes.
5      Q    And yet in your opinion, you have
6  considered that to be outside of the range by
7  deducting four cents; right?
8      A    Yes.
9      Q    And do you know how many of your
10  out-of-range trades fall into that category?
11      A    No.
12      Q    Would you be surprised if more than
13  half of the trades that you have identified
14  as being out of range fell into that
15  category?
16      A    No. I would have to look and see,
17  but I don't know.
18      Q    And do you agree with me that for
19  purposes of determining -- strike that.
20      And by the way, this four-cent
21  adjustment that you made, that also affects
22  your VWAP analysis; right?
23      A    It -- it does. My concerns about
24  VWAP, as I point out, go far beyond a
25  four-cent issue. My analysis shows Madoff

Page 235

1      S. Pomerantz
2  doing 35 cents better than VWAP. So, I don't
3  really even think about a four-cent
4  adjustment when he is 35 cents away.
5      Q    It would nevertheless change the
6  analysis; right?
7      A    You can choose to do it. If you
8  choose to do the analysis that way, you can,
9  and it will change the number. It won't
10  change -- it will not materially change the
11  35 number.
12      Q    Well, it will change it by four
13  cents each way; right?
14      A    Call it 30. So, say the 35 is 30.
15  That is no material difference to me.
16      Q    And it would likewise change your
17  performance attribution analysis; correct?
18      MR. SHEEHAN: Object to the form of
19  that question.
20      A    I don't know -- if you do it that
21  way, and you look at the performance
22  attribution that I have, you might -- I can't
23  even measure how much of a difference it will
24  be. It could be a percent, I don't know.
25      It wouldn't -- I don't expect it to

Page 236

1      S. Pomerantz
2  be a significant number, because many of the
3  numbers that are there are calculated
4  independent of VWAP. It would -- it might
5  change the residual, but --
6      Q    Well, isn't the first thing that
7  you did calculate the amount that was the
8  difference between the trade and VWAP, and
9  you -- and you put that into the first
10  category of execution?
11      A    Well, there are several things that
12  I am calculating in there; right? I'm
13  calculating VWAP. I'm also calculating
14  market timing. I'm looking at the dividends
15  that are being paid. I'm looking at the
16  pricing of options. And then there is a
17  residual.
18      I don't think those numbers are
19  going to change very much if you want to
20  employ your approach.
21      Q    Did you -- in performing your
22  report or having someone else perform your
23  report, is that something that you checked,
24  how those numbers -- did you calculate what
25  those numbers would be --

Page 237

1      S. Pomerantz
2      A    No, I wouldn't calculate them. I
3  understand your point, and I know that it has
4  minor impact. It's not going to -- it's not
5  going to impact the options transactions.
6  It's not going to impact the market timing.
7  It's not going to impact the dividends.
8      Q    It's going to impact the execution;
9  right?
10      A    You might move a small piece of the
11  VWAP number into the residual or vice-versa.
12  But, you know, as I said, if your difference
13  from VWAP is 35 cents or 30 cents or four
14  cents, that is not a material difference to
15  me.
16      Q    If you -- do you know how many
17  total shares were traded in the time period
18  covered by your attribution analysis?
19      A    I don't recall.
20      Q    Do you think it was something in
21  excess of -- something in excess of
22  2 billion?
23      A    Two billion shares? By Merkin? I
24  don't know. I would have to either look or
25  figure it out. I don't know.