# EXHIBIT F

```
             C2NJPICM                Motions

 1      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 2      ------------------------------x

 3      IRVING H. PICARD,

 4                      Plaintiff,

 5                 v.                            11 Civ. 3605 (JSR)

 6      METS LTD. PARTNERSHIP,

 7                      Defendant.

 8      ------------------------------x

 9
                                                 New York, N.Y.
10                                               February 23, 2011
                                                 4:35 p.m.
11

12

13

14      Before:

15                      HON. JED S. RAKOFF,

16                                               District Judge

17

18

19

20

21

22

23

24

25
```

1   this one is subject to being reconsidered if a door is opened
2   or something unexpected happens at trial.  I'm saying that
3   across the board as to any and all rulings I make on pretrial
4   evidentiary matters, not just as to this one.
5           I will issue a written opinion because I think there
6   ought to be a written opinion as to why I'm striking all three
7   experts.  But I think the 403 confusion issue was very large in
8   the case of all three of these experts.  I am also very
9   doubtful about the relevance of their methodology and
10  experience.  I agree substantially with what Mr. Sheehan just
11  said about Mr. Maine, but I think it applies in a more
12  sophisticated way to his experts as well, and I think there
13  are, therefore, issues, not only under Rule 403, but under Rule
14  402 and Rule 702 of the rules of evidence.
15          That will all be set forth in detail in my written
16  opinion.
17          Let's turn to the motions on summary judgment.  Let's
18  start with I guess the motion that is more encompassing, which
19  is the defendant's motion for summary judgment.
20          Ms. Wagner.
21          MS. WAGNER:  Thank you, your Honor.
22          Your Honor, as you're very well aware, the trustee is
23  seeking to avoid as intentionally fraudulent withdrawals made
24  by my clients from their brokerage accounts.  We move for
25  summary judgment on all counts and the trustee has moved for