# EXHIBIT A

```
                                                              Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-99000-smb

 4   Adv. Case No. 09-01182-smb

 5   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 6   In the Matter of:

 7   BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

 8              Debtor.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

10   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF

11   BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

12                   Plaintiff,

13          v.

14   MERKIN ET AL.,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17                   U.S. Bankruptcy Court

18                   One Bowling Green

19                   New York, NY  10004

20                   June 1, 2016

21                   10:01 AM

22

23   B E F O R E :

24   HON STUART M. BERNSTEIN

25   U.S. BANKRUPTCY JUDGE
```

```
 1                THE COURT:  But what's that have --
 2                MS. HOANG:  He wanted to --
 3                THE COURT:  What does that -- what does the lying
 4   mean?  I mean what does it tell you?
 5                MS. HOANG:  It tells you that he knew otherwise.
 6   He knew facts otherwise, and that he lied to his investors
 7   about --
 8                THE COURT:  I understand that.  But what does
 9   lying to his investors have to do with his knowledge,
10   subjective knowledge that there was a high probability of
11   fraud?
12                MS. HOANG:  It has to do with his lack of -- I
13   mean, this all comes back to his lack of good faith.  Why
14   are you lying to your investors?  Why don't you tell them
15   the truth?  Why don't --
16                THE COURT:  I'm sorry, I just don't see the
17   connection.  But (indiscernible).
18                MS. HOANG:  Let me try to clarify, Your Honor.
19   What we're looking at was willful blindness.  And it's what
20   he knew, what he believed, and what others told him.  And
21   there's no "gotcha" memo that says, "Oh, you know what?  I
22   knew that it was a fraud or it's a Ponzi scheme."  We have
23   to infer this from all the -- from the evidence that has
24   been produced in this case.
25                So, how do you infer, from the evidence, that
```