# EXHIBIT J

**** CONFIDENTIAL ****

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.

SECURITIES LLC,                           08-01789(BRL)

        Debtor.

----------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

        Plaintiff,               Adv.Pro.No.

                                  09-1182(BRL)

        v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,

        Defendants.

----------------------------------x

VIDEOTAPED DEPOSITION of JOEL

EHRENKRANZ, as taken by and before Monique Vouthouris,

Certified Court Reporter, RPR, CRR and Notary Public

of the States of New York and New Jersey, at the

offices of BAKER HOSTETLER, 45 Rockefeller Plaza, New

York, New York, on Thursday, March 20, 2014,

commencing at 10:07 a.m.

Page 58

1   Q.   Did he ever suggest that you invest
2   with Mr. Madoff indirectly through Ascot?
3   A.   Yes.
4   Q.   When did he make that recommendation?
5   A.   I'm going to guess that was the year --
6   I'm going to put it in '94.
7   Q.   And what did he say?
8   A.   He said that he was creating a fund to
9   invest with Mr. Madoff and that he encouraged us to
10  invest in that fund and that he would provide the
11  independent verification that we found lacking in a
12  satisfactory mode.
13  Q.   Did he explain how that independent
14  verification would be done?
15  A.   He said he was going to have someone in
16  his office go ahead and monitor the trades that were
17  made by Mr. Madoff at the time he made them and have
18  an accounting firm go ahead and monitor it also, give
19  independent verification of it, a recognized
20  accounting firm.
21  Q.   Do you recall who that firm was?
22  A.   I don't.
23  Q.   Do you recall if they had a
24  relationship with Mr. Madoff, I'm sorry, with
25  Mr. Merkin or his --

Page 59

1   A.   I believe it was the same accounting
2   firm that was the one that did the audit of Gabriel.
3   Q.   I'll represent to you that the auditor
4   at that time period for Merkin's funds was BDO
5   Seidman, or at least the successor that's now known as
6   BDO Seidman. Does that refresh your recollection as
7   to the name of the auditor?
8   A.   Not really, no.
9   Q.   Did you have a response to his proposal
10  then?
11  A.   Our response ultimately was that we
12  would make an investment.
13  Q.   Did you believe that his staff or
14  perhaps his auditor was able to provide independent
15  verification?
16  A.   We had sufficient confidence in Ezra
17  because of his investing -- what we perceived to be
18  his investing skills, that we believed that he would
19  be able to overcome what was aware our skepticism and
20  great concern about the verification of the trades
21  since Mr. Madoff seemed to have a fabulous way to make
22  money in all markets.
23  Q.   Do you recall ever expressing
24  skepticism that Merkin's staff or Merkin's auditor
25  would be able to independently verify the trades

Page 60

1   purportedly executed by Mr. Madoff?
2        MR. STEINER: Objection to form.
3   A.   We did this on a leap of faith. A
4   stronger word, we had some degree of caution, but
5   accepted Ezra's strong statements that he could
6   provide independent verification.
7   Q.   Did he ever provide such statements to
8   you?
9   A.   No, but said he was doing it.
10  Q.   Did he give any more details as to how
11  the verification was done?
12  A.   No -- yes. He said he had an employee
13  in his office, and that when these slips came through
14  and the very basic transactions as indicated occurred,
15  that his person would check the stocks were bought and
16  sold on the Exchange at around that time at around
17  that price.
18  Q.   I believe you've already testified that
19  the investment in Ascot was made by DAS.
20  A.   Yes.
21  Q.   Or at that point in time it was DIS.
22  A.   Yes.
23  Q.   How large was that investment?
24  A.   I don't remember. It was probably --
25  it was not a large investment in terms of the

Page 61

1   respective size. I'm going to guess it was between 1
2   and 2 percent position of that fund.
3   Q.   Would you consider that to be
4   substantial?
5   A.   It's substantial in dollars, but not
6   substantial in the sense of the allocation of the
7   investments.
8   Q.   Did you have other managers that you
9   allocated larger percentages to at that time?
10  A.   Probably every -- almost all other
11  managers.
12  Q.   And correct me if I'm wrong, I believe
13  you testified that DAS was also invested with Ariel
14  and Gabriel --
15  A.   No. I think I said Gabriel.
16  Q.   -- at that time.
17  A.   Yes.
18  Q.   How did Mr. Merkin describe Ascot
19  Partners' investment strategy to you?
20  A.   He proceeded to say he was giving the
21  money to Mr. Madoff.
22  Q.   Did he explain what his role was with
23  respect to Ascot?
24  A.   No.
25  Q.   Did you understand if he had any role

16 (Pages 58 to 61)