# EXHIBIT K

**Page 1**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


---------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.

SECURITIES LLC,                           08-01789(BRL)

        Debtor.

---------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

        Plaintiff,                        Adv.Pro.No.

                                09-1182(BRL)


        v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


        Defendants.

---------------------------------x



    VIDEOTAPED DEPOSITION of JASON L. ORCHARD, as

reported by NANCY C. BENDISH, Certified Court

Reporter, RMR, CRR and Notary Public of the States

of New York and New Jersey, at the offices of BAKER

HOSTETLER, 45 Rockefeller Plaza, New York, New York

on Tuesday, October 8, 2013, commencing at 10 a.m.

Page 66

1          MR. SONG:  Let me strike that.
2      Q.      Did you have an understanding as to
3   what the investment strategies were for Ariel and
4   Gabriel?
5      A.      Yes.
6      Q.      What were those investment
7   strategies?
8      A.      It was a fund focused on primarily
9   corporate credit, and within corporate credit
10  primarily distressed and opportunistic investments.
11     Q.      Do you have an understanding as to
12  what the investment strategy was for Ascot Partners?
13     A.      I understood Ascot to be primarily a
14  Madoff feeder fund.
15     Q.      And what about Ascot Fund; what was
16  your understanding of their strategy?
17     A.      The same.
18     Q.      When you used the term "Madoff feeder
19  fund," what do you mean by that?
20     A.      The fund managed by Ezra Merkin that
21  gave Bernard Madoff and his firm trading discretion
22  when opportunities within certain guidelines were
23  met.
24     Q.      What was your understanding as to the
25  amount of Ascot's allocation to BLMIS?

Page 67

1          MR. KREISSMAN:  Objection, form.
2      A.      I had understood that over time it
3   became virtually all of the -- the trading was done
4   at BLMIS.  When it was not traded, the assets were
5   held at -- within Ezra -- under Ezra's control.
6          MR. KREISSMAN:  Are you asking that
7   question or -- that's why I objected because the
8   word allocation, I didn't know what you meant,
9   allocated as a percentage of what.
10         MR. SONG:  I did mean the amount of
11  funds under Ascot's control being traded at BLMIS.
12         MR. KREISSMAN:  Okay.
13     Q.      So, thank you for your answer.
14         You testified that you understood
15  that over time it became virtually all the trading
16  was done at BLMIS.  When did that -- when did it
17  become virtually all at BLMIS?
18         MR. KREISSMAN:  Object to form.
19     A.      I'm not sure when it became all, but
20  in my diligence meeting with Mr. Merkin it was
21  suggested that he would do -- he would attempt to
22  execute a similar strategy on his own and was not,
23  as time evolved he was not able to achieve the
24  results that Bernard Madoff and his firm were able
25  to achieve, so over time the fund became more and

Page 68

1   more managed or discretion of the trades -- more and
2   more of the assets more frequently were invested
3   with Bernard Madoff.
4      Q.      When did Spring Mountain Capital
5   first invest with Ascot?
6      A.      Prior to me joining.  I don't know
7   the exact dates.
8      Q.      Were the investments with Ariel and
9   Gabriel also prior to your start with Spring
10  Mountain Capital?
11     A.      They were.
12     Q.      Do you know whether or not Spring
13  Mountain Capital conducted any due diligence on
14  Mr. Merkin's funds prior to their investments?
15         MS. PRINC:  Object to form.
16         MR. KREISSMAN:  Object to form.
17     A.      I believe they conducted due
18  diligence for both -- with both of those
19  investments.
20     Q.      And what's the basis of your
21  knowledge?
22     A.      The discussions with our -- other
23  members of the investment committee who suggested
24  that they did.
25     Q.      Were there any due diligence files

Page 69

1   related to Mr. Merkin's funds when you started at
2   Spring Mountain Capital?
3          MR. KREISSMAN:  Object to form,
4   vague.
5      A.      I don't recall seeing any.
6      Q.      Did you conduct ongoing due diligence
7   on Ascot, Ariel or Gabriel?
8      A.      Eventually, yes.
9      Q.      When?
10     A.      Can't -- I don't remember the exact
11  dates, but as the Aozora relationship evolved I
12  became more active in that diligence process.
13     Q.      Do you know Michael Autera?
14     A.      Yes.
15     Q.      Who is Mr. Autera?
16     A.      He's the chief financial officer of
17  Gabriel Capital.
18     Q.      When did you first meet him?
19     A.      I interacted with him regularly while
20  at Rutherford Asset Management and probably never
21  actually met him until I joined Spring Mountain
22  Capital.
23     Q.      And why were you interacting with
24  Mr. Autera while you were at Rutherford Asset
25  Management?

18 (Pages 66 to 69)