# EXHIBIT L

Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT           Adv.Pro.No.
SECURITIES LLC,                        08-01789(BRL)

       Debtor.

---------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

       Plaintiff,                    Adv.Pro.No.

                                   09-1182(BRL)

       v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,

       Defendants.

---------------------------------x


     Videotaped Deposition of TINA HYUNG SURH,
as taken by and before NANCY C. BENDISH, Certified
Court Reporter, RMR, CRR, RSA and Notary Public of
the States of New York and New Jersey, at the
offices of Scott & Scott, 405 Lexington Avenue, New
York, New York on Wednesday, September 18, 2013,
commencing at 10:10 a.m.

**Page 118**

1  Q.  Did anyone at your organization, to
2  your knowledge?
3  A.  Not to my knowledge.
4  Q.  Mr. Jacobs also asked you about the
5  October 23rd, 2008 meeting with Mr. Merkin.  Again,
6  I don't want to go over all of that again in detail,
7  but I just want to ask a couple of clarifying
8  questions.
9  A.  Um-hum.
10  Q.  When Mr. Merkin brought up Madoff, he
11  was talking about an investment with Ascot, which
12  was another partnership he ran, correct?
13  MR. JACOBS:  Object to form.
14  Misstates the record.
15  A.  I think you are misstating what I
16  said.
17  Q.  Well, can you explain --
18  A.  What my notes say and what I said is
19  that Ezra Merkin brought up the concept of the
20  family trust that he had invested called Ascot
21  Partners with Bernie Madoff, or that it was invested
22  with Bernie Madoff.
23  As to whether we should invest as NYU
24  through Ascot or directly with Bernie Madoff, that
25  distinction was never made.

**Page 119**

1  Q.  Okay.  Did Mr. Merkin make it clear
2  that Ascot was entirely or almost completely
3  invested with Madoff?
4  MR. JACOBS:  Object to form.
5  A.  That was my conclusion based on his
6  presentation of it.
7  Q.  Last topic.
8  Mr. Jacobs also asked you about
9  the -- during the October 23rd, 2008 meeting, and
10  your reaction to the fact that Mr. Madoff
11  self-cleared or marked his own trades.  And you
12  testified, correct me if I'm wrong, that you
13  couldn't remember but that it was possible that
14  Mr. Merkin may have expressed an agreement with
15  that?
16  MR. JACOBS:  Object to form.
17  MR. LAUGHLIN:  I think it does
18  misstate the record, but do you --
19  A.  What I -- what I believe I said, and
20  I think the record will show what I said --
21  Q.  Of course.
22  A.  -- was that Mr. Merkin did not
23  disclose to us the -- the exposure that we already
24  had as NYU, as an investor in the Ariel Fund, to the
25  Madoff investment strategy.  I did say that it was

**Page 120**

1  possible at that moment, as he was changing the
2  subject, that in addition to nodding, you know, kind
3  of in acknowledgement of our statement, that he may
4  also have said, I can see that, or I see your point,
5  or something fairly benign, but as a transitional,
6  you know, communication, to move along to the next
7  topic.
8  Q.  Okay.
9  A.  Which is then what he did.
10  Q.  And Mr. Maertens testified in the NYU
11  action against Mr. Merkin and others about four
12  years ago and he testified that Mr. Merkin didn't
13  say anything in response to the issues that you
14  raised.  Would you have any basis to disagree with
15  his testimony?
16  A.  No.  Because that's not inconsistent
17  with what I just described.
18  Q.  Okay.  Understood.
19  You also testified about whether
20  delegation to Mr. Madoff was consistent with
21  Mr. Merkin's duties to Ariel.  I think we just spoke
22  about that.
23  A.  Um-hum.
24  MR. JACOBS:  Object to form.
25  Q.  I'd like to show you Ariel's

**Page 121**

1  prospectus.  This was an exhibit to NYU's verified
2  complaint.
3  A.  Um-hum.
4  Q.  It's Exhibit 112 in front of you.
5  And I believe --
6  A.  Which page?
7  Q.  It's page 13 of the --
8  MR. STEINER:  Well, first the
9  prospectus starts about 20 pages in.
10  Q.  You found it.
11  Did you review this prior to
12  December 11th, 2008?
13  A.  I do not recall reviewing this
14  prospectus prior to -- prior to that time.
15  Q.  Right.
16  Can you please read the first
17  sentence under "Independent Money Managers"?
18  A.  "The investment adviser may delegate
19  investment discretion for all or a portion of the
20  assets of the fund to money managers other than the
21  investment adviser or make investments with other
22  investment entities."
23  Q.  So I -- correct me if I'm wrong, but
24  you did not -- you don't remember if you reviewed
25  this prior to December 11th, 2008?