Judith A. Archer
Sarah E. O'Connell
David B. Schwartz
NORTON ROSE FULBRIGHT US LLP
666 Fifth Avenue
New York, NY  10103
Tel.:  (212) 318-3000
Fax:  (212) 318-3400
judith.archer@nortonrosefulbright.com
sarah.oconnell@nortonrosefulbright.com
david.schwartz@nortonrosefulbright.com

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | X | Adv. Proc. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | SIPA LIQUIDATION |
| | : | (Substantively Consolidated) |
| Debtor. | : | |
| -------------------------------------------------------- | : | |
| PERTAINS TO THE FOLLOWING CASE: | : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| Plaintiff, | : | Adv. Proc. No. 09-1182 (SMB) |
| -v- | : | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | : | |
| Defendants. | : | |
| -------------------------------------------------------- | X | |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE**
**TESTIMONY OF MEAGHAN SCHMIDT**

62273851.1

- 2 -

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude Testimony of Meaghan Schmidt, the Declaration of Judith A. Archer, dated April 7, 2017, and the exhibit thereto, and all pleadings, papers and proceedings filed in this action, Defendants Ascot Partners, L.P., through its Receiver, Ralph C. Dawson, Ascot Fund Ltd., J. Ezra Merkin and Gabriel Capital Corporation, shall move this Court for an Order excluding the testimony of Meaghan Schmidt as to the authentication of BLMIS books and records pursuant to Federal Rules of Evidence 602 and 901, made applicable to this adversary proceeding by Federal Rules of Bankruptcy Procedure 9017.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date and time as scheduled by the Court, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, to the Motion shall be filed with the Bankruptcy Court no later than May 10, 2017, and reply papers, if any, shall be filed with the Bankruptcy Court no later than June 6, 2017.

Dated:  April 7, 2017
       New York, New York

NORTON ROSE FULBRIGHT US LLP

By: /s/ *Judith A. Archer*
    Judith A. Archer
    Sarah E. O'Connell
    David B. Schwartz
666 Fifth Avenue
New York, New York  10103
Tel. No.:  (212) 318-3000
Fax No.:  (212) 318-3400
judith.archer@nortonrosefulbright.com
sarah.oconnell@nortonrosefulbright.com
david.schwartz@nortonrosefulbright.com

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*


DECHERT LLP

By: /s/ *Neil A. Steiner*
    Andrew J. Levander
Neil A. Steiner
Daphne T. Ha
Mariel R. Bronen
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
andrew.levander@dechert.com
neil.steiner@dechert.com
daphne.ha@dechert.com
mariel.bronen@dechert.com

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*