UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                         Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 

PERTAINS TO THE FOLLOWING CASE:

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                         Plaintiff,

              -v-

J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,
ASCOT FUND LTD., GABRIEL CAPITAL
CORPORATION,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Proc. No. 09-1182 (SMB)

## DECLARATION OF JUDITH A. ARCHER IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF MEAGHAN SCHMIDT

1.     I am a member of the firm of Norton Rose Fulbright US LLP, counsel to Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P. ("Ascot Partners"), and Defendant Ascot Fund Limited ("Ascot Fund") in the above-captioned actions. I submit this declaration in support of Defendants' motion *in limine* to exclude testimony of Meaghan Schmidt.

2.     Attached hereto as Exhibit A is a true and correct copy of a letter from Brian W. Song to Mariel R. Bronen dated March 30, 2017, without exhibits.

62273704.2

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2017

          /s/ *Judith A. Archer*
          Judith A. Archer