UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Adv. Proc. No. 08-01789 (SMB) |
| | SIPA LIQUIDATION |
| | (Substantively Consolidated) |
| Debtor. | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Proc. No. 09-1182 (SMB) |
| Plaintiff, | |
| -v- | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF JUDITH A. ARCHER IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE OTHERS' PURPORTED SUSPICIONS ABOUT MADOFF NOT EXPRESSED TO DEFENDANTS

1. I am a member of the firm of Norton Rose Fulbright US LLP, counsel to Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P. ("Ascot Partners"), and Defendant Ascot Fund Limited ("Ascot Fund") in the above-captioned actions. I submit this declaration in support of Defendants' motion *in limine* to exclude others' purported suspicions about Madoff not expressed to Defendants.

2. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts of the deposition of Noreen Harrington dated October 1, 2013.

62273737.1

- 2 -

3. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts of the deposition of ▇ dated November 22, 2013.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2017

/s/ *Judith A. Archer*
Judith A. Archer