# Exhibit B

                                                                    1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------x
In Re:

BERNARD L. MADOFF INVESTMENT                    Adv.Pro.No.

SECURITIES LLC,                                 08-01789(BRL)

            Debtor.
----------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

            Plaintiff,                          Adv.Pro.No.
                                                09-1182(BRL)

            v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

            Defendants.
----------------------------------x

                    ***CONFIDENTIAL***

            Videotaped deposition of ▮▮▮▮▮▮
▮▮▮▮▮▮, as taken by and before Monique Vouthouris,
Certified Court Reporter, RPR, CRR and Notary Public
of the States of New York and New Jersey, at the
offices of BAKER & HOSTETLER, 45 Rockefeller Plaza,
New York, New York on Friday, November 22, 2013,
commencing at 10:06 a.m.

**Picard v. Merkin**  **Confidential**  ▇▇▇▇▇▇▇  **11-22-13**

22

| Time | # | |
|---|---|---|
| 10:29:33 | 1 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:29:35 | 2 | Q. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:29:38 | 3 | A. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:29:43 | 4 | ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:29:46 | 5 | ▇▇▇▇▇▇▇▇▇▇ |
| 10:30:09 | 6 | ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:10 | 7 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:13 | 8 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:16 | 9 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:21 | 10 | ▇▇▇ |
| 10:30:21 | 11 | Q. ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:26 | 12 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:29 | 13 | A. ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:32 | 14 | ▇▇▇▇▇▇▇▇▇ |
| 10:30:34 | 15 | Q. ▇▇▇▇▇▇▇▇▇▇ |
| 10:30:36 | 16 | ▇▇▇▇ |
| 10:30:37 | 17 | A. ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:40 | 18 | ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ |
| 10:30:44 | 19 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:46 | 20 | ▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:49 | 21 | Q. ▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:51 | 22 | ▇▇▇▇▇▇▇▇▇▇▇ |
| 10:30:53 | 23 | A. ▇▇ |
| 10:30:54 | 24 | Q. ▇▇▇▇▇▇▇▇▇▇ |
| 10:30:56 | 25 | A. ▇▇▇▇▇▇▇▇▇▇▇▇▇ |

**Picard v. Merkin**         **Confidential**         ▓▓▓▓▓▓▓▓         **11-22-13**

23

| Time | Line | |
|---|---|---|
| 10:30:58 | 1 | ███████████ |
| 10:31:09 | 2 | Q. ████████████████████████ |
| 10:31:11 | 3 | ████████████████████████████ |
| 10:31:13 | 4 | ████████ ████████ |
| 10:31:14 | 5 | A. ███ |
| 10:31:15 | 6 | Q. ████████████████ |
| 10:31:16 | 7 | A. ████████████████████ █ |
| 10:31:23 | 8 | ██████████████████████████ |
| 10:31:27 | 9 | Q. ████████████████████████ |
| 10:31:29 | 10 | ██████████████ |
| 10:31:31 | 11 | A. ██ |
| 10:31:31 | 12 | Q. ██████████████████████ |
| 10:31:45 | 13 | ██████████████████████████ |
| 10:31:48 | 14 | ██████████████ |
| 10:31:50 | 15 | A. ████████████████ |
| 10:31:53 | 16 | ██████████ ██████████ |
| 10:31:58 | 17 | ████████ ████████████ █ |
| 10:32:02 | 18 | ████████████████████ |
| 10:32:06 | 19 | ██████████████████████████ |
| 10:32:09 | 20 | ██████████████ |
| 10:32:10 | 21 | Q. ██ ████████████████████ |
| 10:32:12 | 22 | ████████████████████ |
| 10:32:17 | 23 | ██████████████████████ |
| 10:32:20 | 24 | ████████████████████ |
| 10:32:24 | 25 | A. ████████████████████ |

**BENDISH REPORTING, INC.**
**877.404.2193**