UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Proc. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| PERTAINS TO THE FOLLOWING CASE:<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-v-<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>Defendants. | Adv. Proc. No. 09-1182 (SMB) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### [*PROPOSED*] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF AMY B. HIRSCH

Upon consideration of the Notice of Defendants' Motion *In Limine* to Exclude Expert Testimony of Amy B. Hirsch, ECF No. ____, filed by Defendants J. Ezra Merkin, Gabriel Capital Corporation, Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Limited (collectively, "Defendants") (the "Motion"), the Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude Expert Testimony of Amy B. Hirsch, ECF No. ___, the Declaration of Judith A. Archer in Support of Defendants' Motion *in Limine* to Exclude Expert Testimony of Amy B. Hirsch April 7, 2017, with exhibits, ECF No. ___; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given; and a hearing having been held on the

- 2 -

Motion on _____ (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel at the Hearing and the record in this case, **IT IS HEREBY**:

**ORDERED**, that the Trustee may not introduce testimonial or documentary evidence of or from Amy B. Hirsch during trial in the above-captioned adversary proceeding; and it is further

**ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this Order.

Dated: _____
     New York, New York

                                                                                   _____
                                                                                   HONORABLE STUART M. BERNSTEIN
                                                                                    UNITED STATES BANKRUPTCY JUDGE