UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Proc. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| PERTAINS TO THE FOLLOWING CASE:<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>-v-<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>Defendants. | Adv. Proc. No. 09-1182 (SMB) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF JUDITH A. ARCHER
IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO
EXCLUDE THE EXPERT TESTIMONY OF AMY B. HIRSCH**

1. I am a member of the firm of Norton Rose Fulbright US LLP, counsel to Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P. ("Ascot Partners"), and Defendant Ascot Fund Limited ("Ascot Fund") in the above-captioned actions. I submit this declaration in support of Defendants' motion *in limine* to exclude or limit the expert testimony of Amy B. Hirsch.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Amy B. Hirsch dated March 20, 2015.

62273741.1

- 2 -

3.      Attached hereto as Exhibit B is a true and correct copy of relevant excerpts of the deposition of Amy B. Hirsch dated June 16, 2015.

4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2017

                                  /s/ *Judith A. Archer*
                                  Judith A. Archer