# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

April 8, 2017

**VIA ECF and EMAIL: bernstein.chambers@nysb.uscourts.gov**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

   Re: *In re: Bernard L. Madoff*, No. 08-01789 (SMB)
     Hearing on the subpoena issue

Dear Judge Bernstein:

  We represent various Defendants in the good-faith clawback cases. We write in response to the trustee's letter filed yesterday [ECF No. 15696].

  We have informed the Trustee on numerous occasions that we are unable to appear at the hearing scheduled for Monday April 10, 2017, which hearing was scheduled only yesterday afternoon. There is no urgency for the hearing as we have agreed to hold compliance with all subpoenas in abeyance.

  Unfortunately, it does not appear that the Trustee is willing to resolve this matter. (*See* Ex. A). If the hearing is going to move forward on Monday, I would request that I be permitted to participate telephonically.

  The Court's attention to this matter is most appreciated.

           Respectfully submitted,

          */s/ Helen Davis Chaitman*

          Helen Davis Chaitman

HDC/sh
Attachment (as stated)
cc: (*via Email*)
  David Sheehan, Esq. (dsheehan@bakerlaw.com)
  Edward Jacobs, Esq. (ejacobs@bakerlaw.com)

{00029557 1 }