# Notice Recipients

District/Off: 0208−1         User: changreen         Date Created: 4/10/2017
Case: 08−01789−smb      Form ID: pdf001         Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Rebecca & Robert Epstein          2845 Russell Street          Berkeley, CA 94705
cr          Daniel Epstein          205 E.77 Street          Apt. 14D          New York, NY 10075

TOTAL: 2