**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS L. STARK, as joint tenant with right of survivorship, and<br><br>HILARY M. STARK, as joint tenant with right of survivorship,<br><br>  Defendants. | Adv. Pro. No. 10-05295 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, and as directed by the Bankruptcy Court on March 29, 2017, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due on April 28, 2017.

2. Fact Discovery shall be completed on or before September 13, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due on December 14, 2017.

4. The Disclosure of Rebuttal Experts shall be due on February 13, 2018.

5. The Deadline for Completion of Expert Discovery shall be March 15, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be March 22, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be April 5, 2018.

8. The Deadline for Conclusion of Mediation shall be August 3, 2018.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
April 10, 2017

By: */s/ Dominic A. Gentile*

**BAKERHOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Dominic A. Gentile
Email: dgentile@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*