**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>IRENE WHITMAN 1990 TRUST U/A DTD 4/13/90; JAMES M. NEW, in his capacity as Trustee of the Irene Whitman 1990 Trust; and LAURA NEW, in her capacity as executrix of the estate of Irene Whitman,<br><br>       Defendants. | Adv. Pro. No. 10-05196 (SMB) |

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: September 8, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: November 29, 2017.

3. The Disclosure of Rebuttal Experts shall be due: January 29, 2018.

4. The Deadline for Completion of Expert Discovery shall be: February 27, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 6, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 20, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before July 18, 2018.

Dated: New York, New York
April 10, 2017

BAKER & HOSTETLER LLP

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*