**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> ESTATE OF FLORENCE W. SHULMAN; ALAN M. GOLDBERG, in his capacity as Personal Representative of the Estate of Florence W. Shulman; KEVIN SHULMAN in his capacity as Trustee of the Florence Shulman Pourover Trust; CARAN RUGA ROSS, in her capacity as Trustee of the Florence Shulman Pourover Trust; | Adv. Pro. No. 10-04606 (SMB) |

| |
|---|
| FLORENCE SHULMAN POUROVER TRUST, in its own capacity and in its capacity as a Limited Partner of FAS Partners, L.P.; FAS PARTNERS, L.P.; SHULMAN FAMILY CORPORATION, in its capacity as General Partner of FAS Partners, L.P.; ALVIN E. SHULMAN POUROVER TRUST, in its capacity as Limited Partner of FAS Partners, L.P.; and ALVIN E. SHULMAN, in his capacity as Trustee for the Alvin E. Shulman Pourover Trust,<br><br>      Defendants. |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: August 28, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: November 17, 2017.

3. The Disclosure of Rebuttal Experts shall be due: January 17, 2018.

4. The Deadline for Completion of Expert Discovery shall be: February 15, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before February 22, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 8, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before July 6, 2018.

| | |
|---|---|
| Dated: New York, New York<br>April 10, 2017 | BAKER & HOSTETLER LLP |
| Of Counsel:<br><br>**BAKER HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |