GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for UBS AG, UBS (Luxembourg) SA,
UBS Fund Services (Luxembourg) SA, and
UBS Third Party Management Company SA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, RELIANCE MANAGEMENT (GIBRALTAR) LIMITED, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT | Adv. Pro. No. 10-05311 (SMB)<br><br>**UBS APPELLEES' COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, and LANDMARK INVESTMENT FUND IRELAND,

Defendants.

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules for the United Stated Bankruptcy Court for the Southern District of New York, appellees UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company S.A. (collectively, the "**UBS Appellees**") submit this counter-designation of additional items to be included in the record on appeal in response to the Trustee's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal, dated March 28, 2017 [Dkt. No. 248], submitted by Irving H. Picard (the "**Trustee**"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, individually.

The UBS Appellees counter-designate for inclusion in the record on appeal the items listed in Appendix A, with the pertinent docket entries filed in this Adversary Proceeding (such designated items, the "**Bankruptcy Court Designations**"). Copies of the Bankruptcy Court Designations are annexed hereto as Exhibits 1 – 5.

The UBS Appellees also counter-designate for inclusion in the record on appeal the items listed in Appendix B, with the pertinent docket entries filed in the United States District Court for the Southern District of New York, *Picard v. UBS AG*, No. 11-cv-04213 (CM) (such

designated items, the "**District Court Designations**"). Copies of the District Court Designations are annexed hereto as Exhibits 6 – 14.

For each item designated in Appendices A and B, the designation includes all document references within the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto. The UBS Appellees reserve their rights to designate additional items for inclusion in the record.

Date:  New York, New York
       April 11, 2017

**GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ Marshall R. King

    Marshall R. King
    mking@gibsondunn.com
    Gabriel Herrmann
    gherrmann@gibsondunn.com

200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company S.A.*