**Appendix A**
*Picard v. UBS AG*, Adv. Pro. No. 10-05311
**Bankruptcy Court Designations**

| Designation No. | Date | ECF No. (10-5311) | Docket Text |
|---|---|---|---|
| 1 | 6/17/2011 | 38 | Motion to Withdraw the Reference -- UBS Defendants' Motion to Withdraw the Reference filed by Marshall R. King on behalf of UBS (Luxembourg) S.A., UBS AG, UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A.. (King, Marshall) (Entered: 06/17/2011) |
| 2 | 6/17/2011 | 39 | Memorandum of Law -- Memorandum in Support of UBS Defendants' Motion to Withdraw the Reference (related document(s)38) filed by Marshall R. King on behalf of UBS (Luxembourg) S.A., UBS AG, UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A.. (King, Marshall) (Entered: 06/17/2011) |
| 3 | 6/17/2011 | 40 | Declaration -- Declaration of Matthew K. Kelsey in Support of UBS Defendants' Motion to Withdraw the Reference (related document(s)39, 38) filed by Marshall R. King on behalf of UBS (Luxembourg) S.A., UBS AG, UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A.. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D) (King, Marshall) (Entered: 06/17/2011) |
| 4 | 7/11/2011 | 48 | Notice of Dismissal / Notice of Voluntary Dismissal of Common Law Claims (Counts Twenty-One Through Twenty-Six) filed by Oren Warshavsky on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. (Warshavsky, Oren) (Entered: 07/11/2011) |
| 5 | 8/3/2011 | 52 | Order of U.S. District Court Judge Colleen McMahon signed on 7/27/2011. The motion to withdraw the reference is denied. Therefore, the claims against the UBS Defendants in the LIF action will remain in the U.S.D.C., S.D.N.Y., per 28 U.S.C. § 157(d), which provides that a district court may withdraw the reference in part. The UBS Defendants' motion to withdraw the reference as to the claims against them in the LIF Action is granted. None of the other defendants has filed a letter brief addressing withdrawal of the reference in connection with claims against them. The reference is not withdrawn as to those claims. (Savinon, Tiffany) (Entered: 08/03/2011) |