**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Keith R. Murphy
Melissa L. Kosack
Sammantha Clegg
Carlos Ramos-Mrosovsky

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., M&B CAPITAL ADVISERS HOLDING, S.A., M&B CAPITAL ADVISERS GESTIÓN SGIIC, S.A., JB CAPITAL MARKETS SOCIEDAD DE VALORES, S.A. (F/K/A M&B CAPITAL MARKETS SOCIEDAD DE VALORES, S.A.), FRANCISCO JAVIER BOTIN-SANZ de SAUTUOLA O'SHEA, GUILLERMO MORENES MARIATEGUI, RELIANCE MANAGEMENT (BVI) LIMITED, RELIANCE INTERNATIONAL RESEARCH LLC, RELIANCE MANAGEMENT (GIBRALTAR) LIMITED, LUXEMBOURG | Adv. Pro. No. 10-05311 (BRL) |

| |
|---|
| INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, MAITRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, and LANDMARK INVESTMENT FUND IRELAND, |

                Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF COMMON LAW CLAIMS
## (COUNTS TWENTY-ONE THROUGH TWENTY-SIX)

**PLEASE TAKE NOTICE** that Irving H. Picard, Esq., as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Bernard L. Madoff, by and through his undersigned counsel, Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby voluntarily dismisses without prejudice Counts Twenty-One through Twenty-Six of the Complaint for Unjust Enrichment (Counts 21, 23, and 25) and for Money Had and Received (Counts 22, 24, 26), in the above-captioned proceeding.

Dated: July 11, 2011                                /s/ Oren J. Warshavsky
      New York, NY                                   Oren J. Warshavsky
                                                           Keith R. Murphy
                                                           Melissa L. Kosack
                                                           Sammantha Clegg
                                                           Carlos Ramos-Mrosovsky

      BAKER & HOSTETLER LLP               *Attorneys for Plaintiff Irving H. Picard,*
      45 Rockefeller Plaza                     *Esq., Trustee for the SIPA Liquidation of*
      New York, New York 10111           *Bernard L. Madoff Investment Securities*
      Telephone: (212) 589-4200           *LLC and Bernard L. Madoff*
      Facsimile: (212) 589-4201

2