UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION CORPORATION,

   Plaintiff-Applicant,

 v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

   Defendant.

:
: SIPA Liquidation
:
: No. 08-01789 (BRL)
:
: (Substantively
: Consolidated)
:

------------------------------------------------------------------------x

In re

BERNARD L. MADOFF,

   Debtor.

------------------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

   Plaintiff,

 v.

UBS AG, et al.,

   Defendants.

: Adv. Pro. No. 10-04285
: (BRL)

------------------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

   Plaintiff,

 v.

UBS AG, et al.,

   Defendants.

: Adv. Pro. No. 10-05311
: (BRL)

------------------------------------------------------------------------x

## UBS DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

*Attorneys for Defendants UBS AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA*

Dated: June 17, 2011

TO THE UNITED STATES DISTRICT COURT
FO THE SOUTHERN DISTRICT OF NEW YORK:

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of UBS Defendants' Motion to Withdraw the Reference, dated June 17, 2011; the Declaration of Matthew K. Kelsey in Support of UBS Defendants' Motion to Withdraw the Reference and exhibits thereto; and all the papers filed and proceedings had herein, defendants UBS AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA (together, the "**UBS Defendants**") respectfully hereby move the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, withdrawing the reference to the United States Bankruptcy Court for the Southern District of New York of the above-captioned adversary proceedings.

The UBS Defendants have made no prior request to this Court or to any other court for the relief requested by this Motion.[1]

Dated: New York, New York
June 17, 2011

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Marshall R. King
Mark A. Kirsch (MK-7806)
mkirsch@gibsondunn.com
Marshall R. King (MK-1642)
mking@gibsondunn.com
Matthew K. Kelsey (MK-3137)
mkelsey@gibsondunn.com
Gabriel Herrmann (GH-2436)
gherrmann@gibsondunn.com

200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Fax: 212.351.4035

*Attorneys for Defendants UBS AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA*

---

[1] The UBS Defendants submit this Motion to Withdraw the Reference without prejudice to, and without waiver of, any rights, arguments or defenses any of the UBS Defendants might have at law or in equity including, without limitation, defenses based on lack of subject matter or personal jurisdiction.

3