**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 610-6300
Facsimile:    (212) 610-6399

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br>　　　　v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>　　　　　　Defendant. | Adv. Pro. No. 10-05354 (SMB) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that ABN AMRO Bank N.V. (presently known as The

Royal Bank of Scotland, N.V. ("RBS/ABN"), hereby appeals pursuant to 28 U.S.C. § 158(a)(3),

from the attached Stipulated Order Denying Motion To Dismiss Complaint [10-05354, Dkt. No. 117], entered on March 3, 2017 by the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York, that gave effect to the Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers [08-01789, Dkt. No. 14495], entered by the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York on November 22, 2016 that decided certain adversary proceedings returned the Bankruptcy Court following the entry of the Opinion and Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated July 6, 2014, in *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC (In re Madoff Sec.)*, No. 12-mc-115 (JSR), [ECF No. 551]. Filed along with RBS/ABN's Notice of Motion for Leave to Appeal is its Memorandum of Law in Support of Motion For Leave to Appeal and the accompanying Declaration of Michael S. Feldberg in Support of RBS/ABN's Motion for Leave to Appeal, which attaches the *Opinion and Order* (attached thereto as "Exhibit A"), the *Memorandum Decision Regarding Claims To Recover Foreign Subsequent Transfers* (attached thereto as "Exhibit B"), and the *Stipulated Order Denying Motion To Dismiss Complaint* (attached thereto as "Exhibit C").

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | BAKER & HOSTETLER LLP<br>David J. Sheehan<br>Regina L. Griffin<br>45 Rockefeller Plaza<br>New York, New York 10111<br>(212) 589-4201 |

Dated: April 11, 2017
New York, New York

                        Respectfully submitted,

                        ALLEN & OVERY LLP

                        By: /s/ Michael S. Feldberg
                        Michael S. Feldberg
                        1221 Avenue of the Americas
                        New York, New York 10020
                        Telephone:   (212) 610-6300
                        Facsimile:    (212) 610-6399
                        michael.feldberg@allenovery.com

                        *Attorneys for Defendant ABN AMRO Bank N.V.*
                        *(presently known as The Royal Bank of Scotland*
                        *N.V.)*