**ALLEN & OVERY LLP**  
1221 Avenue of the Americas  
New York, NY 10020  
Telephone:   (212) 610-6300  
Facsimile:   (212) 610-6399

Opposition date:    April 25, 2017

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>Defendant. | Adv. Pro. No. 10-05354 (SMB)<br><br>**NOTICE OF MOTION OF ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.) FOR LEAVE TO APPEAL FROM THE BANKRUPTCY COURT'S ORDER CONCERNING RBS/ABN'S MOTION TO DISMISS BASED ON EXTRATERRITORIALITY** |

**PLEASE TAKE NOTICE** that ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) ("RBS/ABN"), moves, pursuant to 28 U.S.C. §158(a)(3) and Rule 8004

of the Federal Rules of Bankruptcy Procedure, for leave to appeal the March 3, 2017 Order of the Bankruptcy Court [ECF No. 117] in the above-captioned adversary proceeding (the "Motion"), supported by RBS/ABN's Memorandum of Law in Support of Motion for Leave to Appeal From the Bankruptcy Court's Order Concerning RBS/ABN's Motion to Dismiss Based on Extraterritorially and the accompanying Declaration of Michael S. Feldberg.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States District Court for the Southern District of New York; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor; (iv) be filed in accordance with the electronic filing procedures for the United States District Court for the Southern District of New York and (v) be served upon counsel to RBS/ABN, Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Michael S. Feldberg, Esq., so as to be received no later than **April 25, 2017**.

Dated:   April 11, 2017
         New York, New York

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Michael S. Feldberg
Michael S. Feldberg
1221 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 610-6300
Facsimile:   (212) 610-6399
michael.feldberg@allenovery.com

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)*

2