**FOLEY HOAG LLP**
Daniel Schimmel
1540 Broadway, 23rd Floor
New York, New York 10036
Telephone: (646) 927-5500
Facsimile:   (646) 927-5599
dschimmel@foleyhoag.com

*Attorney for Defendants Caceis Bank Luxembourg and Caceis Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>           Plaintiff,<br>     v.<br><br>CACEIS BANK LUXEMBOURG and CACEIS BANK,<br><br>           Defendants. | Adv. Pro. No. 11-02758 (SMB)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 11, 2016, a copy of Defendants Caceis Bank Luxembourg's (now known as Caceis Bank Luxembourg Branch) and Caceis Bank's Designation of Items to be Included in the Record on Appeal dated April 11, 2016, was filed electronically with the Court through the CM/ECF System.  Notice of this filing will be sent by e-mail to all parties registered with the Court's electronic filing system.

By:   */s/ Daniel Schimmel*
      Daniel Schimmel