WILMER CUTLER PICKERING HALE and DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230 8800
Facsimile: (212) 230 8888
Andrea J. Robinson
George W. Shuster, Jr.

*Attorneys for SNS Bank N.V. and SNS Global Custody B.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| Plaintiff, | : | SIPA Liquidation |
| v. | : | No. 08-01789 (SMB) |
| | | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | : | |
| Defendant. | | |

---------------------------------------------------------- x

In re

:

BERNARD L. MADOFF,

:

Debtor.

:

---------------------------------------------------------- x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | Adv. Pro. No. 12-01046 (SMB) |
| Plaintiff, | : | |
| v. | : | |
| SNS BANK N.V., and SNS GLOBAL CUSTODY B.V., | : | |
| | : | |
| Defendants. | | |
| | : | |

---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, George W. Shuster, Jr., an attorney admitted to practice in the State of New York and a partner at the firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that:

On the 11th day of April 2017, I caused a true and correct copy of *SNS Bank N.V.'s and SNS Global Custody B.V.'s Counter-Designation of Additional Items to be Included in the Record on Appeal* to be served via electronic mail and regular U.S. mail to those parties as set forth on the attached Service List.

Dated: April 11, 2017

                                                    /s/ George W. Shuster, Jr.
                                                    Andrea J. Robinson
                                                    George W. Shuster, Jr.

                                                    WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP
                                                    7 World Trade Center
                                                    250 Greenwich Street
                                                    New York, New York 10007
                                                    Telephone:  (212) 230-8800
                                                    Facsimile:  (212) 230-8888
                                                    Email: andrea.robinson@wilmerhale.com
                                                                george.shuster@wilmerhale.com

                                                    *Attorneys for SNS Bank N.V. and*
                                                    *SNS Global Custody B.V.*

**SERVICE LIST**

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: bhaa@bakerlaw.com
*(Attorneys for Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC)*

Catherine Elizabeth Woltering, Esq.
Baker Hostetler LLP
65 East State Street, Suite 2100
Columbus, OH 43215
Email: cwoltering@bakerlaw.com
*(Attorneys for Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC)*