WILMER CUTLER PICKERING HALE and DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230 8800
Facsimile: (212) 230 8888
Charles C. Platt
George W. Shuster, Jr.

*Attorneys for BSI AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION
CORPORATION,                                         :

        Plaintiff,                                    :     SIPA Liquidation

        v.                                            :     No. 08-01789-SMB
                                                                      (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT          :
SECURITIES LLC,
                                                   :

        Defendant.
------------------------------------------------------- x

In re
                                                   :

BERNARD L. MADOFF,
                                                   :

        Debtor.
                                                   :
------------------------------------------------------- x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,                                      :     Adv. Pro. No. 12-01209-SMB

        Plaintiff,                                    :

        v.                                            :

BSI AG, individually and as successor in         :
interest to BANCO DEL GOTTARDO
                                                   :

        Defendants.
                                                   :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, George W. Shuster, Jr., an attorney admitted to practice in the State of New York and a partner at the firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that:

On the 11th day of April 2017, I caused a true and correct copy of *BSI AG's Counter-Designation of Additional Items to be Included in the Record on Appeal* to be served via electronic mail and regular U.S. mail to those parties as set forth on the attached Service List.

Dated: April 11, 2017

/s/ Charles C. Platt
Charles C. Platt
George W. Shuster, Jr.

WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: charles.platt@wilmerhale.com
         george.shuster@wilmerhale.com

*Attorneys for BSI AG*

## SERVICE LIST

David J. Sheehan, Esq.
Stacy A Dasaro, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email:  bhaa@bakerlaw.com
           sdasaro@bakerlaw.com
*(Attorneys for Irving H. Picard, Trustee for the*
*Liquidation of Bernard L. Madoff Investment Securities LLC)*