SIDLEY AUSTIN LLP
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LIMITED,<br><br>　　　　Defendant. | Adv. Pro. No. 11-02761 (SMB) |

**KBC INVESTMENTS LIMITED'S DESIGNATION OF**
**<u>ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL</u>**

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, KBC Investments Limited respectfully submits the following designation of additional items to be included in the record ("KBC's Designation") with respect to Irving H. Picard's (the "Trustee") appeal in the above captioned adversary proceeding of the Stipulated Final Order Granting Motion to Dismiss Complaint [Dkt. No. 80] before the United States Court of Appeals for the Second Circuit (the "Court of Appeals") or, if the Court of Appeals does not accept jurisdiction, the United States District Court for the Southern District of New York.

KBC's Designation supplements the designation of record filed by the Trustee on March 28, 2017 [Dkt. No. 83] and the supplemental designation of record filed by the Trustee on March 30, 2017 [Dkt. No. 85].

**DESIGNATION OF ADDITIONAL ITEMS FOR RECORD**

| Designation Number | Date | Docket Number (Adv. Pro. No. 11-02761) | Docket Number (Adv. Pro. No. 08-01789) | Docket Text |
|---|---|---|---|---|
| 81 | 4/4/2017 | 87 | 15641 | Certification of Direct Appeal to Court of Appeals |

Dated: New York, New York
April 11, 2017

Respectfully submitted,
*/s/ Alan M. Unger*
Alan M. Unger
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*