**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for defendant Tensyr Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, | Adv. Pro. No. 10-05353 (SMB) |
| Plaintiff, | |
| v. | **APPELLEE TENSYR LIMITED'S COUNTER-DESIGNATION OF AN ADDITIONAL ITEM TO BE INCLUDED IN THE RECORD ON APPEAL** |
| NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, AND TENSYR LIMITED, | |
| Defendants. | |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Tensyr Limited. ("Tensyr"), by and through its undersigned counsel, respectfully

submits the following counter-designation of an additional item to be included in the record on appeal (the "Counter-Designation") in response to the Trustee's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal, dated March 28, 2017 [Dkt. No. 132], submitted by Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff, individually.

## I.    COUNTER-DESIGNATION OF AN ADDITIONAL ITEM TO BE INCLUDED IN THE RECORD ON APPEAL

Tensyr hereby counter-designates the following additional item to be included in the record on appeal. Tensyr reserves its right to designate additional items for inclusion in the record. For the item designated, the designation includes all documents referenced with the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

| Item No. | Date | ECF No. (08-01789) | Docket Text |
|---|---|---|---|
| 1 | 4/8/2016 | 13070 | *Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehans Letter dated April 7, 2016 (related document(s)13051) Filed by Franklin B. Velie on behalf of Bank Austria Worldwide Fund Management Ltd.. (Velie, Franklin)* |

1

| | |
|---|---|
| Dated: New York, New York<br>April 11, 2017 | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br><br>By:   /s/ David Y. Livshiz<br>      Timothy P. Harkness, Esq.<br>      David Y. Livshiz, Esq.<br><br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>timothy.harkness@freshfields.com<br>david.livshiz@freshfields.com<br>*Attorneys for Tensyr Limited* |

2