UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> BNP PARIBAS S.A., et al. <br><br> Defendants. | Adv. Pro. No. 12-01576 (SMB) |

**BNP PARIBAS APPELLEES' COUNTER-DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees BNP Paribas S.A., BNP Paribas (Suisse) S.A., BNP Paribas Arbitrage

SNC, BNP Paribas Bank & Trust Cayman Limited, BGL BNP Paribas Luxembourg S.A., BNP

Paribas Securities Services – Succursale de Luxembourg, and BNP Paribas Securities Services

S.A. (collectively, the "BNP Paribas Appellees"), by and through their undersigned counsel,

respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and

Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, their counter-

designation of items to be included in the record on appeal with respect to the appeal by Irving H.

Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§

78aaa, et seq., and Bernard L. Madoff, individually, in the above captioned adversary proceeding

(the "Adversary Proceeding") of the Stipulated Final Order Granting Motion to Dismiss

Complaint (the "Final Judgment") before the United States Court of Appeals for the Second

Circuit.

## COUNTER-DESIGNATION OF ITEMS TO BE
## INCLUDED IN THE RECORD ON APPEAL[1]

1.      All items designated or to be designated by any other appellant, cross-appellant,

appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment,

including, without limitation, the items designated in the Trustee's Statement of Issues to be

Presented and Designation of Items to be Included in the Record on Appeal (ECF No. 93);[2]

2.      The Certification of Direct Appeal to Court of Appeals (ECF No. 95); and

3.      The April 8, 2016 Letter on Behalf of the Subsequent Transferee Defendants in

Response to Mr. Sheehan's April 7, 2016 Letter (*Secs. Inv. Protection Corp. v. Bernard L.

Madoff Inv. Secs., LLC*, Adv. Pro. No. 08-01789 (SMB), ECF No. 13070).

---

[1]      Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any
and all documents admitted into evidence.

[2]      Unless otherwise stated, citations to (ECF No. ___) refer to docket entries in the proceeding captioned
*Picard v. BNP Paribas SA*, Adv. Pro. No. 12-01576 (SMB) (Bankr. S.D.N.Y.).

2

## RESERVATION OF RIGHTS

The BNP Paribas Appellees expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment.

Dated: April 11, 2017                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
       New York, New York

By: _____
Breon S. Peace
(bpeace@cgsh.com)
Ari D. MacKinnon
(amackinnon@cgsh.com)
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for the BNP Paribas Appellees*