# Appendix 1

*Picard v. Delta National Bank & Trust Co.*, Adv. Pro. No. 11-02551

And

*Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re BLMIS)*, Adv. Pro. No. 08-01789

**Bankruptcy Court Designations**

| Designation Number | Date | ECF Number (APN 11-02551) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 1 | 11/22/2016 | - | 14495 | Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers |
| 2 | 11/20/2015 | - | 12081 | Notice of Hearing on Defendants' Motion to Dismiss Based on Extraterritoriality and Trustee's Omnibus Motion for Leave to Replead |
| 3 | 9/30/2015 | - | 11542 | Reply Consolidated Supplemental Memorandum of Law in Support of Transferee Defendants' Motion to Dismiss Based on Extraterritoriality |
| 4 | 6/26/2015 | - | 10287 | Trustee's Memorandum of Law in Opposition to the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality And in Further Support of Trustee's Motion for Leave to Amend Complaints |
| 5 | 12/31/2014 | - | 8903 | Consolidated Supplemental Memorandum of Law in Support of the Transferee Defendants' Motion to Dismiss Based on Extraterritoriality |
| 6 | 11/18/2014 | - | 8501 | Amended Notice of Agenda for Matters Scheduled for Hearing on November 19, 2014 at 10:00 A.M. |
| 7 | 3/30/2012 | 8 | - | Motion to Withdraw the Reference to the Bankruptcy Court |