# Exhibit 5

HOGAN LOVELLS US LLP
Marc J. Gottridge
Andrew M. Behrman
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100

*Attorneys for Defendants Barclays Bank*
*(Suisse) S.A., Barclays Bank S.A., and*
*Barclays Private Bank & Trust Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,   :   Adv. Pro. No. 08-01789 (BRL)

  v.

                                    SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                   (Substantively Consolidated)

        Defendant.

---------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

        Debtor.

---------------------------------------------------------------x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff,

        Plaintiff,              Adv. Pro. No. 11-02569 (BRL)

  v.                               **ORAL ARGUMENT**
                                      **REQUESTED**

BARCLAYS BANK (SUISSE) S.A.,
BARCLAYS BANK S.A., and BARCLAYS
PRIVATE BANK & TRUST LIMITED,

        Defendants.

---------------------------------------------------------------x

        **NOTICE OF MOTION TO WITHDRAW THE REFERENCE OF THE ABOVE-**
        **CAPTIONED ADVERSARY PROCEEDING TO THE BANKRUPTCY COURT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure and Rule 5011-1 of the Local Rules of the Bankruptcy Court, and upon the accompanying declaration of Marc J. Gottridge and exhibits thereto and the accompanying memorandum of law, defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited (collectively, the "Barclays Defendants"), by and through their undersigned attorneys, hereby move the United States District Court for the Southern District of New York for entry of an order withdrawing the reference of this action to the Bankruptcy Court, and for such other and further relief as the Court deems just and proper.

The Barclays Defendants have made no prior request to any court for the relief requested by this motion. The Barclays Defendants respectfully request oral argument on this motion.

Dated: New York, New York
       March 13, 2012

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: /s/ Marc J. Gottridge
    Marc J. Gottridge
    Andrew M. Behrman
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
marc.gottridge@hoganlovells.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited*

2