# Appendix 3

*Fairfield Sentry Ltd. et al., v. Delta National Bank and Trust Co.*, Adv. Pro. No. 10-03589

**Fairfield Liquidation Adversary Proceeding Designations**

| Designation Number | Date | ECF Number (APN 10-03589) | Docket Text |
|---|---|---|---|
| 13 | 1/24/2011 | 14 | Notice of Dismissal of Delta National Bank & Trust Co. Adversary Proceeding filed by David Molton on behalf of Fairfield Sentry Limited. (Molton, David) (Entered: 01/24/2011) |
| 14 | 1/10/2011 | 13 | Amended Complaint against all defendants (related document(s)1) Filed by Daniel J. Saval on behalf of Fairfield Sentry Limited (In Liquidation) and Kenneth Krys and Joanna Lau, solely in their capacities as Foreign Representatives and Liquidators. (Saval, Daniel) (Entered: 01/10/2011) |
| 15 | 9/15/2010 | 1 | Adversary case 10-03589. Complaint against Delta National Bank and Trust Co. Nature(s) of Suit: (14 (Recovery of money/property - other)) Filed by Kerry L. Quinn, David Molton on behalf of Fairfield Sentry Limited. (Attachments: 1 Exhibit A) (Molton, David) (Entered: 09/15/2010) |