**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 09-01161 (SMB) |
| v. | |
| FEDERICO CERETTI, et al., | |
| Defendants. | |

## APPELLEES' COUNTER-DESIGNATION OF ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Appellees HSBC Bank Bermuda Limited ("HSBC") and Citi Hedge Fund

Services Limited ("Citi Hedge"), by and through their undersigned counsel, respectfully submit,

pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the

Local Bankruptcy Rules for the Southern District of New York, their counter-designation of items

to be included in the record on appeal with respect to the appeal by Irving H. Picard (the

"Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment

Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et

seq., and Bernard L. Madoff, individually, in the above captioned adversary proceeding (the

"Adversary Proceeding") of the Stipulated Final Order Granting Motion to Dismiss Complaint

(the "Final Judgment") before the United States Court of Appeals for the Second Circuit.

### COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[1]

1.      All items designated or to be designated by any other appellant, cross-appellant,

appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment,

including, without limitation, the items designated in the Designation by Appellants of Items to

Be Included in the Record on Appeal (ECF No. 286)[2];

2.      The Certification of Direct Appeal to Court of Appeals (ECF. No. 291);

3.      The transcript of the hearing held on November 19, 2014 (ECF. No. 180);

4.      The amended order granting plaintiff's motion for leave to file an amended

complaint (ECF No. 31);

5.      The order granting plaintiff's motion for leave to file an amended complaint (ECF

No. 30); and

6.      Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr.

Sheehan's Letter dated April 7, 2016 (Secs. Inv. Protection Corp. v. Bernard L. Madoff Inv.

Secs., LLC, Adv. Pro. No. 08-01789 (SMB), ECF No. 13070).

---

[1]      Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any
and all documents admitted into evidence.

[2]      Unless otherwise specified, citations to (ECF No. ___) refer to docket entries from Picard v. Ceretti, Adv.
Pro. No. 09-01161 (SMB) (Bankr. S.D.N.Y.).

## RESERVATION OF RIGHTS

HSBC and Citi Hedge expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment.

Dated:  April 11, 2017
　　　　New York, New York

Respectfully submitted,

By: */s/ Thomas J. Moloney*
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
Thomas J. Moloney
Email: tmoloney@cgsh.com

*Attorneys for HSBC Bank Bermuda Limited*

By: */s/ Carmined D. Boccuzzi Jr.*
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
Carmine D. Boccuzzi Jr.
Email:  cboccuzzi@cgsh.com
Erica Klipper
Email:  eklipper@cgsh.com

*Attorneys for Citi Hedge Fund Services Limited*