**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. As Identified in Exhibit A (BRL) |
| Plaintiff, | |
| v. | |
| THE DEFENDANTS IDENTIFIED IN EXHIBIT A, | |
| Defendants. | |

**ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE REQUIRED TO MAKE EXPEDITED LIMITED INITIAL DISCLOSURES OR TO PROVIDE IMMEDIATE NOTICE OF CERTAIN ADVERSARY PROCEEDINGS**

UPON REVIEW AND CONSIDERATION of the Affidavit of Torello H. Calvani dated May 3, 2012 (the "Calvani Affidavit") and the memorandum of law (the "Memorandum") in support of the application (the "Application") for an order to show cause filed by counsel to Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation (the "BLMIS Proceeding") of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA") and

the estate of Bernard L. Madoff ("Madoff"), individually, seeking the issuance and entry of an

order:

(a)   Directing the Defendants identified in <u>Exhibit A</u> to this Order (the "Defendants") to make limited initial disclosures to the Trustee on an expedited basis with respect to the identity, as well as mailing and physical address of:

(i)   any beneficial owner of an account which received the funds from the redemption of Fairfield Sentry Limited, Fairfield Sigma Limited or Fairfield Lambda Limited (collectively, the "Fairfield Funds") shares, as set forth in the Schedules A(1) – A(64) attached to the Application as <u>Exhibit B</u> (the "Schedules"); and

(ii)   any persons or entities for whose benefit the funds from the redemption of Fairfield Funds shares were received by the Defendants as set forth in the Schedules; and

(iii)   any persons or entities who exercised dominion and control over the funds received from the redemption of Fairfield Funds shares as set forth in the Schedules;

*or, in the alternative,*

(b)   Directing the Defendants to provide immediate notice of the applicable adversary proceeding and a copy of the complaint and corresponding exhibits to any person or entity not named as a defendant herein known by the Defendants to be:

(i)   a beneficial owner of an account which received the funds from the redemption of Fairfield Funds shares, as set forth in the Schedules; or

(ii)   a person or entity for whose benefit the funds from the redemption of Fairfield Funds shares were received by the Defendants as set forth in the Schedules; or

(iii)   a person or entity who exercised dominion and control over the funds received from the redemption of Fairfield Funds shares as set forth in the Schedules; and

IT FURTHER APPEARING that from the facts set forth in the Application, the

Memorandum, and the Calvani Affidavit, the Trustee and the BLMIS estate may suffer

irreparable harm if the Defendants are not required to make expedited limited initial disclosures,

or alternatively, to provide immediate notice of the applicable adversary proceeding and a copy

of the complaint and corresponding exhibits to individuals or entities known by the Defendants

to have received redemptions of Fairfield Funds shares from the Defendants; and

IT FURTHER APPEARING that the Trustee has established in the Memorandum and

Calvani Affidavit sufficient cause that the hearing with respect to the Memorandum (the

"Hearing") be held on an expedited basis pursuant to Bankruptcy Rule 9006(c)(1);

It is now hereby:

**ORDERED** that the Defendants show cause at a hearing before this Court, Honorable

Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on

May 16, 2012 at 10:00 a.m. in Room 623 (the "Hearing), or as soon thereafter as counsel may be

heard, why an order should not be entered, pursuant to Bankruptcy Code § 105(a), Fed. R. Civ.

P. 26(a)(1)(A), Bankruptcy Rule 7026(a)(1)(A), and/or Bankruptcy Rule 7015(c), granting the

Trustee either an order:

    (a)    Requiring the Defendants to make limited initial disclosures on an expedited basis, and only with respect to the specific transfers set forth in the Schedules, of the identity and physical and mailing address of:

        (i)    any beneficial owner of an account which received the funds from the redemption of the Fairfield Funds shares, as set forth in the Schedules; and

        (ii)    any persons or entities for whose benefit the funds from the redemption of Fairfield Funds shares were received by the Defendants as set forth in the Schedules; and

        (iii)    any persons or entities who exercised dominion and control over the funds received from the redemption of Fairfield Funds shares as set forth in the Schedules;

*or, in the alternative,*

(b)      Requiring the Defendants to provide immediate notice of the applicable adversary
proceeding and a copy of the complaint and corresponding exhibits to any person
or entity not named as a defendant herein known by the Defendants to be:

(i)      a beneficial owner of an account which received the funds from the
redemption of Fairfield Funds shares, as set forth in the Schedules; or

(ii)     a person or entity for whose benefit the funds from the redemption of
Fairfield Funds shares were received by the Defendants as set forth in the
Schedules; or

(iii)    a person or entity who exercised dominion and control over the funds
received from the redemption of Fairfield Funds shares as set forth in the
Schedules; and

(iv)     such further relief as is just and proper;

and it is further

**ORDERED** that a copy of this Order to Show Cause, the Calvani Affidavit, the

Application, and the Memorandum shall be served upon the Defendants' counsel of record, or

the Defendants if no counsel has appeared, by any available means including email, facsimile, or

overnight delivery on or before May 8, 2012.  Such service shall be deemed good and sufficient

notice of this Order to Show Cause.  The contact information for the Defendants' counsel is

attached hereto as <u>Exhibit C</u>; and it is further

**ORDERED** that responsive papers to the Application, if any, shall be served so as to be

actually received by counsel to the Trustee, Baker & Hostetler LLP, 45 Rockefeller Plaza, New

York, New York 10111, Attn: Thomas L. Long, Esq. and filed with the Court, with a copy to the

Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C.

20005, Attn: Kevin H. Bell, and Chambers, not later than 5:00 p.m. on or before May 14, 2012.

**IT IS SO ORDERED.**

This 8th day of May, 2012

                                        /s/ Burton R. Lifland_____
                                        United States Bankruptcy Judge

| Defendant | Adversary Proceeding Number |
|---|---|
| ABU DHABI INVESTMENT AUTHORITY | 11-02493 |
| ARDEN ASSET MANAGEMENT LLC | 12-01023 |
| ATLANTIC SECURITY BANK | 11-02730 |
| BANCA CARIGE S.P.A. | 11-02570 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | 10-05351 |
| BANCO ITAU EUROPA INTERNATIONAL | 12-01019 |
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 12-01019 |
| BANK HAMPOALIM B.M. | 12-01216 |
| BANK JULIUS BAER & CO. LTD. | 11-02922 |
| BANQUE PRIVEE ESPIRITO SANTA S.A. (F/K/A COMPAGNIE BANCAIRE ESPIRITO SANTO S.A.) | 11-02571 |
| BANQUE SYZ & CO., S.A. | 11-02149 |
| BARCLAYS BANK (SUISSE) S.A. | 11-02569 |
| BARCLAYS BANK S.A. | 11-02569 |
| BARCLAYS PRIVATE BANK & TRUST LIMITED | 11-02569 |
| SIX SIS AG | 12-01195 |
| BROWN BROTHERS HARRIMAN & CO. | 12-01217 |
| BSI AG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BANCO DEL GOTTARDO | 12-01209 |
| BUREAU OF LABOR INSURANCE | 11-02732 |
| CACEIS BANK | 11-02758 |
| CACEIS BANK LUXEMBOURG | 11-02758 |
| CATHAY LIFE INSURANCE CO. LTD. | 11-02568 |
| CITIBANK GLOBAL MARKETS LIMITED | 10-05345 |
| CONCORD MANAGEMENT LLC | 11-02543 |
| DELTA NATIONAL BANK AND TRUST COMPANY | 11-02551 |
| DEZ FINANCIAL MANAGEMENT LTD. | 11-02552 |
| FALCON PRIVATE BANK LTD. (f/k/a AIG PRIVAT BANK AG) | 11-02923 |
| FULLERTON CAPITAL PTE LTD. | 12-01004 |
| GROSVENOR BALANCED GROWTH FUND LIMITED | 12-01021 |
| GROSVENOR INVESTMENT MANAGEMENT LTD. | 12-01021 |
| GROSVENOR PRIVATE RESERVE FUND LIMITED | 12-01021 |
| GROSVENOR AGGRESSIVE GROWTH FUND LIMITED | 12-01021 |
| INTELIGO BANK LTD. PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH | 11-02763 |
| KOCH INDUSTRIES INC., AS SUCCESSOR IN INTEREST TO KOCH INVESTMENT (UK) COMPANY | 12-07047 |
| KOREA EXCHANGE BANK INDIVIDUALLY, AND AS TRUSTEE FOR KOREA GLOBAL ALL ASSET TRUST I-1 AND TAMS RAINBOW TRUST III | 11-02572 |
| LANDIS INVERSIONES S.L. | 11-02930 |
| LIGHTHOUSE DIVERSIFIED FUND LIMITED | 11-02762 |
| LIGHTHOUSE PARTNERS LLC | 11-02762 |
| LIGHTHOUSE SUPERCASH FUND LIMITED | 11-02762 |
| LION GLOBAL INVESTORS LIMITED | 11-02540 |
| MERITZ FIRE & MARINE INSURANCE CO. LTD. | 11-02539 |
| MERRILL LYNCH BANK (SUISSE) S.A. | 11-02910 |

| Defendant | Adversary Proceeding Number |
|---|---|
| MERRILL LYNCH INTERNATIONAL | 10-05346 |
| NAIDOT & CO. | 11-02733 |
| NATIONAL BANK OF KUWAIT S.A.K. | 11-02554 |
| NATIXIS | 10-05353 |
| NOMURA BANK INTERNATIONAL PLC | 10-05348 |
| ORBITA CAPITAL RETURN STRATEGY LIMITED | 11-02537 |
| PICTET ET CIE | 11-01724 |
| QUILVEST FINANCE LIMITED | 11-02538 |
| SAFRA NATIONAL BANK OF NEW YORK | 11-01885 |
| SNS BANK N.V. | 12-01046 |
| SNS GLOBAL CUSTODY B.V. | 12-01046 |
| SOMERS DUBLIN LIMITED | 11-02784 |
| SOMERS NOMINEES (FAR EAST) LIMITED | 11-02784 |
| STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. f/k/a AMERICAN EXPRESS BANK INTERNATIONAL | 12-01565 |
| STANDARD CHARTERED INTERNATIONAL (USA) LTD. f/k/a AMERICAN EXPRESS BANK LTD. | 12-01565 |
| TENSYR LIMITED | 10-05353 |
| THE PUBLIC INSTITUTION FOR SOCIAL SECURITY | 12-01002 |
| THE SUMITOMO TRUST AND BANKING CO., LTD. | 11-02573 |
| TRINCASTER CORPORATION | 11-02731 |
| UNIFORTUNE ASSET MANAGEMENT SGR S.P.A. | 11-02553 |
| UNIFORTUNE CONSERVATIVE FUND | 11-02553 |
| VONTOBEL ASSET MANAGEMENT INC. | 12-01202 |
| ZCM ASSET HOLDING COMPANY (BERMUDA) LLC | 12-01512 |

## SCHEDULE A(1)

**ABU DHABI INVESTMENT AUTHORITY – Adv. Pro. No. 11-02493**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(1)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(1)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(1)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANT ADIA**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 4/4/2005 | (200,000,000) |
| 3/30/2006 | (100,000,000) |
| **Total:** $ | **(300,000,000)** |

## SCHEDULE A(2)

### ARDEN ASSET MANAGEMENT LLC – Adv. Pro. No. 12-01023

1.       The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(2)-1 or proceeds of redemptions therefrom.

2.       The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(2)-1 was made.

3.       The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(2)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO ARDEN MANAGEMENT**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/19/2004 | (3,648,658) |
| 10/19/2004 | (4,765,137) |
| 2/11/2005 | (4,172,864) |
| **Total:** | **$ (12,586,659)** |

# SCHEDULE A(3)

## ATLANTIC SECURITY BANK – Adv. Pro. No. 11-02730

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(3)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(3)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(3)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO ASB**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2003 | (513,267) |
| 12/30/2003 | (990,000) |
| 1/21/2004 | (1,000,000) |
| 3/18/2004 | (1,500,000) |
| 4/21/2004 | (1,000,000) |
| 7/16/2004 | (2,000,000) |
| 8/13/2004 | (2,000,000) |
| 10/19/2004 | (4,000,000) |
| 2/16/2005 | (22,700,784) |
| 3/15/2005 | (20,185,729) |
| 4/14/2005 | (20,000,000) |
| 5/13/2005 | (20,000,000) |
| 6/15/2005 | (24,278,911) |
| **Total:** | **$ (120,168,691)** |

## SCHEDULE A(4)

## BANCA CARIGE S.P.A. – Adv. Pro. No. 11-02570

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(4)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(4)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(4)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CARIGE**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 10/16/2007 | (10,532,489) |
| **Total:** | **$ (10,532,489)** |

## SCHEDULE A(5)

### BANCO BILBAO VIZCAYA ARGENTARIA, S.A.– Adv. Pro. No. 10-05351

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(5)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(5)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(5)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BBVA**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 11/19/2003 | (71,118) |
| 12/18/2003 | (9,548) |
| 2/18/2004 | (20,817) |
| 3/18/2004 | (9,717) |
| 4/21/2004 | (415,952) |
| 6/17/2004 | (50,876) |
| 9/15/2004 | (9,480) |
| 1/14/2005 | (28,574) |
| 3/15/2005 | (15,520) |
| 3/15/2005 | (10,688) |
| 4/14/2005 | (5,217) |
| 6/15/2005 | (12,881) |
| 7/15/2005 | (24,296) |
| 7/15/2005 | (15,845) |
| 7/15/2005 | (12,676) |
| 8/15/2005 | (15,866) |
| 9/15/2005 | (5,297) |
| 10/14/2005 | (37,410) |
| 11/17/2005 | (384,456) |
| 12/19/2005 | (253,184) |
| 1/19/2006 | (11,001) |
| 3/17/2006 | (48,549) |
| 4/20/2006 | (56,222) |
| 5/15/2006 | (11,351) |
| 6/16/2006 | (81,955) |
| 6/16/2006 | (32,725) |
| 6/16/2006 | (29,056) |
| 6/16/2006 | (11,430) |
| 8/14/2006 | (60,887) |
| 8/14/2006 | (46,443) |
| 10/12/2006 | (35,338) |
| 1/10/2007 | (178,957) |
| 1/16/2007 | (56,469) |
| 1/16/2007 | (14,439) |
| 2/15/2007 | (48,268) |
| 4/17/2007 | (183,087) |
| 7/19/2007 | (12,514) |
| 8/17/2007 | (25,070) |
| 10/16/2007 | (152,344) |
| 11/19/2007 | (96,764) |
| 12/19/2007 | (53,208) |
| 1/17/2008 | (125,299) |
| 5/15/2008 | (20,450) |
| 5/15/2008 | (19,726) |
| 6/17/2008 | (10,367) |
| 10/15/2008 | (12,993) |
| 11/19/2008 | (45,000,000) |
| 11/19/2008 | (894,361) |
| **Total:** | **$ (48,738,690)** |

12-01569-smb   Doc 12-4   Filed 05/08/12   Entered 05/08/12 16:13:30   Exhibit 8
Pg 183 of 194

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BBVA**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/22/2008 | (340,631) |
| **Total:** $ | **(340,631)** |

## SCHEDULE A(6)

**BANCO ITAÚ EUROPA INTERNATIONAL – Adv. Pro. No. 12-01019**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(6)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(6)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(6)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 2/14/2003 | (221,389) |
| 4/14/2003 | (164,786) |
| 5/17/2004 | (298,273) |
| 11/16/2004 | (25,000) |
| 11/16/2004 | (418,980) |
| 1/14/2005 | (263,792) |
| 3/15/2005 | (132,951) |
| 3/15/2005 | (144,704) |
| 3/15/2005 | (300,000) |
| 4/14/2005 | (908) |
| 4/14/2005 | (25,000) |
| 7/15/2005 | (118,365) |
| 11/17/2005 | (105,356) |
| 11/17/2005 | (121,038) |
| 12/19/2005 | (45,000) |
| 12/19/2005 | (217,174) |
| 3/17/2006 | (141,661) |
| 4/20/2006 | (229,000) |
| 4/20/2006 | (250,000) |
| 4/20/2006 | (337,334) |
| 4/20/2006 | (400,000) |
| 5/15/2006 | (110,112) |
| 5/15/2006 | (114,640) |
| 5/15/2006 | (600,000) |
| 6/16/2006 | (271,766) |
| 6/16/2006 | (585,401) |
| 6/16/2006 | (900,000) |
| 6/16/2006 | (900,000) |
| 7/20/2006 | (150,000) |
| 7/20/2006 | (200,000) |
| 7/20/2006 | (620,651) |
| 7/20/2006 | (666,329) |
| 8/14/2006 | (150,000) |
| 8/14/2006 | (250,000) |
| 9/14/2006 | (115,000) |
| 10/12/2006 | (150,000) |
| 10/12/2006 | (224,622) |
| 11/14/2006 | (179,993) |
| 12/15/2006 | (32,499) |
| 12/15/2006 | (115,738) |
| 12/15/2006 | (2,621,676) |
| 1/16/2007 | (116,728) |
| 2/15/2007 | (102,015) |
| 2/15/2007 | (126,681) |
| 4/17/2007 | (100,000) |
| 4/17/2007 | (219,903) |
| 5/16/2007 | (955,973) |
| 6/15/2007 | (380,000) |
| 7/19/2007 | (126,268) |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/19/2007 | (260,006) |
| 9/19/2007 | (189,314) |
| 9/19/2007 | (221,880) |
| 9/19/2007 | (243,067) |
| 9/19/2007 | (635,551) |
| 10/16/2007 | (51,569) |
| 12/19/2007 | (300,000) |
| 12/19/2007 | (1,650,000) |
| 1/17/2008 | (70,000) |
| 1/17/2008 | (80,506) |
| 1/17/2008 | (285,136) |
| 2/15/2008 | (80,000) |
| 3/18/2008 | (5,000) |
| 3/18/2008 | (165,616) |
| 3/18/2008 | (800,638) |
| 4/14/2008 | (54,048) |
| 4/14/2008 | (113,072) |
| 4/14/2008 | (150,000) |
| 4/14/2008 | (175,000) |
| 4/14/2008 | (252,791) |
| 4/14/2008 | (1,862,529) |
| 4/14/2008 | (1,906,257) |
| 4/14/2008 | (2,079,710) |
| 5/15/2008 | (93,973) |
| 5/15/2008 | (100,000) |
| 5/15/2008 | (100,000) |
| 5/15/2008 | (107,832) |
| 5/15/2008 | (109,294) |
| 5/15/2008 | (150,000) |
| 5/15/2008 | (226,096) |
| 5/15/2008 | (250,000) |
| 5/15/2008 | (273,228) |
| 5/15/2008 | (279,658) |
| 5/15/2008 | (288,653) |
| 5/15/2008 | (328,026) |
| 5/15/2008 | (382,706) |
| 5/15/2008 | (500,000) |
| 5/15/2008 | (1,577,204) |
| 5/15/2008 | (2,176,354) |
| 5/15/2008 | (3,102,096) |
| 6/17/2008 | (86,662) |
| 6/17/2008 | (117,897) |
| 6/17/2008 | (138,790) |
| 6/17/2008 | (244,463) |
| 6/17/2008 | (431,377) |
| 6/17/2008 | (445,854) |
| 6/17/2008 | (500,871) |
| 6/17/2008 | (600,000) |
| 6/17/2008 | (602,793) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU**

| Column 1 | Column 2 |
| --- | --- |
| **Date** | **Amount** |
| 7/15/2008 | (112,010) |
| 7/15/2008 | (128,531) |
| 7/15/2008 | (130,227) |
| 7/15/2008 | (182,377) |
| 7/15/2008 | (202,992) |
| 7/15/2008 | (207,325) |
| 7/15/2008 | (257,050) |
| 7/15/2008 | (1,614,599) |
| 8/18/2008 | (45,116) |
| 8/18/2008 | (57,459) |
| 8/18/2008 | (106,352) |
| 8/18/2008 | (113,277) |
| 8/18/2008 | (127,662) |
| 8/18/2008 | (128,103) |
| 8/18/2008 | (129,450) |
| 8/18/2008 | (137,444) |
| 8/18/2008 | (223,379) |
| 8/18/2008 | (237,350) |
| 8/18/2008 | (270,297) |
| 8/18/2008 | (392,835) |
| 8/18/2008 | (400,000) |
| 9/16/2008 | (111,491) |
| 9/16/2008 | (117,579) |
| 9/16/2008 | (171,443) |
| 9/16/2008 | (221,477) |
| 9/16/2008 | (263,004) |
| 9/16/2008 | (367,561) |
| 9/16/2008 | (819,063) |
| 9/16/2008 | (1,444,764) |
| 10/15/2008 | (200,376) |
| 10/15/2008 | (205,873) |
| 10/15/2008 | (262,031) |
| 10/15/2008 | (291,096) |
| 10/15/2008 | (345,836) |
| 10/15/2008 | (502,614) |
| 10/15/2008 | (645,157) |
| 10/15/2008 | (750,234) |
| 10/15/2008 | (972,070) |
| 11/19/2008 | (100,000) |
| 11/19/2008 | (152,903) |
| 11/19/2008 | (162,230) |
| 11/19/2008 | (178,036) |
| 11/19/2008 | (261,074) |
| 11/19/2008 | (282,239) |
| 11/19/2008 | (297,478) |
| 11/19/2008 | (313,351) |
| 11/19/2008 | (359,189) |
| 11/19/2008 | (445,616) |
| 11/19/2008 | (470,371) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/19/2008 | (572,927) |
| 11/19/2008 | (628,376) |
| 11/19/2008 | (630,616) |
| 11/19/2008 | (649,918) |
| 11/19/2008 | (2,303,019) |
| **Total:** | **$ (60,595,069)** |

## SCHEDULE A(7)

## BANCO ITAÚ EUROPA LUXEMBOURG S.A. – Adv. Pro. No. 12-01019

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(7)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(7)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(7)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 2/14/2003 | (221,389) |
| 4/14/2003 | (164,786) |
| 5/17/2004 | (298,273) |
| 11/16/2004 | (25,000) |
| 11/16/2004 | (418,980) |
| 1/14/2005 | (263,792) |
| 3/15/2005 | (132,951) |
| 3/15/2005 | (144,704) |
| 3/15/2005 | (300,000) |
| 4/14/2005 | (908) |
| 4/14/2005 | (25,000) |
| 7/15/2005 | (118,365) |
| 11/17/2005 | (105,356) |
| 11/17/2005 | (121,038) |
| 12/19/2005 | (45,000) |
| 12/19/2005 | (217,174) |
| 3/17/2006 | (141,661) |
| 4/20/2006 | (229,000) |
| 4/20/2006 | (250,000) |
| 4/20/2006 | (337,334) |
| 4/20/2006 | (400,000) |
| 5/15/2006 | (110,112) |
| 5/15/2006 | (114,640) |
| 5/15/2006 | (600,000) |
| 6/16/2006 | (271,766) |
| 6/16/2006 | (585,401) |
| 6/16/2006 | (900,000) |
| 6/16/2006 | (900,000) |
| 7/20/2006 | (150,000) |
| 7/20/2006 | (200,000) |
| 7/20/2006 | (620,651) |
| 7/20/2006 | (666,329) |
| 8/14/2006 | (150,000) |
| 8/14/2006 | (250,000) |
| 9/14/2006 | (115,000) |
| 10/12/2006 | (150,000) |
| 10/12/2006 | (224,622) |
| 11/14/2006 | (179,993) |
| 12/15/2006 | (32,499) |
| 12/15/2006 | (115,738) |
| 12/15/2006 | (2,621,676) |
| 1/16/2007 | (116,728) |
| 2/15/2007 | (102,015) |
| 2/15/2007 | (126,681) |
| 4/17/2007 | (100,000) |
| 4/17/2007 | (219,903) |
| 5/16/2007 | (955,973) |
| 6/15/2007 | (380,000) |
| 7/19/2007 | (126,268) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU**

| Column 1 | Column 2 |
| --- | --- |
| **Date** | **Amount** |
| 7/19/2007 | (260,006) |
| 9/19/2007 | (189,314) |
| 9/19/2007 | (221,880) |
| 9/19/2007 | (243,067) |
| 9/19/2007 | (635,551) |
| 10/16/2007 | (51,569) |
| 12/19/2007 | (300,000) |
| 12/19/2007 | (1,650,000) |
| 1/17/2008 | (70,000) |
| 1/17/2008 | (80,506) |
| 1/17/2008 | (285,136) |
| 2/15/2008 | (80,000) |
| 3/18/2008 | (5,000) |
| 3/18/2008 | (165,616) |
| 3/18/2008 | (800,638) |
| 4/14/2008 | (54,048) |
| 4/14/2008 | (113,072) |
| 4/14/2008 | (150,000) |
| 4/14/2008 | (175,000) |
| 4/14/2008 | (252,791) |
| 4/14/2008 | (1,862,529) |
| 4/14/2008 | (1,906,257) |
| 4/14/2008 | (2,079,710) |
| 5/15/2008 | (93,973) |
| 5/15/2008 | (100,000) |
| 5/15/2008 | (100,000) |
| 5/15/2008 | (107,832) |
| 5/15/2008 | (109,294) |
| 5/15/2008 | (150,000) |
| 5/15/2008 | (226,096) |
| 5/15/2008 | (250,000) |
| 5/15/2008 | (273,228) |
| 5/15/2008 | (279,658) |
| 5/15/2008 | (288,653) |
| 5/15/2008 | (328,026) |
| 5/15/2008 | (382,706) |
| 5/15/2008 | (500,000) |
| 5/15/2008 | (1,577,204) |
| 5/15/2008 | (2,176,354) |
| 5/15/2008 | (3,102,096) |
| 6/17/2008 | (86,662) |
| 6/17/2008 | (117,897) |
| 6/17/2008 | (138,790) |
| 6/17/2008 | (244,463) |
| 6/17/2008 | (431,377) |
| 6/17/2008 | (445,854) |
| 6/17/2008 | (500,871) |
| 6/17/2008 | (600,000) |
| 6/17/2008 | (602,793) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/15/2008 | (112,010) |
| 7/15/2008 | (128,531) |
| 7/15/2008 | (130,227) |
| 7/15/2008 | (182,377) |
| 7/15/2008 | (202,992) |
| 7/15/2008 | (207,325) |
| 7/15/2008 | (257,050) |
| 7/15/2008 | (1,614,599) |
| 8/18/2008 | (45,116) |
| 8/18/2008 | (57,459) |
| 8/18/2008 | (106,352) |
| 8/18/2008 | (113,277) |
| 8/18/2008 | (127,662) |
| 8/18/2008 | (128,103) |
| 8/18/2008 | (129,450) |
| 8/18/2008 | (137,444) |
| 8/18/2008 | (223,379) |
| 8/18/2008 | (237,350) |
| 8/18/2008 | (270,297) |
| 8/18/2008 | (392,835) |
| 8/18/2008 | (400,000) |
| 9/16/2008 | (111,491) |
| 9/16/2008 | (117,579) |
| 9/16/2008 | (171,443) |
| 9/16/2008 | (221,477) |
| 9/16/2008 | (263,004) |
| 9/16/2008 | (367,561) |
| 9/16/2008 | (819,063) |
| 9/16/2008 | (1,444,764) |
| 10/15/2008 | (200,376) |
| 10/15/2008 | (205,873) |
| 10/15/2008 | (262,031) |
| 10/15/2008 | (291,096) |
| 10/15/2008 | (345,836) |
| 10/15/2008 | (502,614) |
| 10/15/2008 | (645,157) |
| 10/15/2008 | (750,234) |
| 10/15/2008 | (972,070) |
| 11/19/2008 | (100,000) |
| 11/19/2008 | (152,903) |
| 11/19/2008 | (162,230) |
| 11/19/2008 | (178,036) |
| 11/19/2008 | (261,074) |
| 11/19/2008 | (282,239) |
| 11/19/2008 | (297,478) |
| 11/19/2008 | (313,351) |
| 11/19/2008 | (359,189) |
| 11/19/2008 | (445,616) |
| 11/19/2008 | (470,371) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCO ITAU**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/19/2008 | (572,927) |
| 11/19/2008 | (628,376) |
| 11/19/2008 | (630,616) |
| 11/19/2008 | (649,918) |
| 11/19/2008 | (2,303,019) |
| **Total:** | **$        (60,595,069)** |

## SCHEDULE A(8)

## BANK HAPOALIM B.M. – Adv. Pro. No. 12-01216

1.   The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(8)-1 or

proceeds of redemptions therefrom.

2.   The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(8)-1 was made.

3.   The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(8)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO HAPOALIM B.M.**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 9/16/2008 | (167,613) |
| 10/15/2008 | (933,399) |
| 10/15/2008 | (611,088) |
| **Total:**  $ | **(1,712,100)** |

## SCHEDULE A(9)

**BANK JULIUS BAER & CO. LTD. – Adv. Pro. No. 11-02922**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(9)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(9)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(9)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

### SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BJB

| Column 1 | Column 2 |
| --- | --- |
| **Date** | **Amount** |
| 5/14/2003 | (1,954,536) |
| 6/16/2003 | (300,287) |
| 7/16/2003 | (610,990) |
| 9/17/2003 | (18,686) |
| 9/17/2003 | (1,595,815) |
| 10/14/2003 | (1,792,705) |
| 11/19/2003 | (19,110) |
| 11/19/2003 | (38,220) |
| 11/19/2003 | (217,855) |
| 11/19/2003 | (229,321) |
| 12/18/2003 | (150,000) |
| 1/21/2004 | (363,980) |
| 2/18/2004 | (560,784) |
| 2/18/2004 | (588,688) |
| 3/18/2004 | (1,491,200) |
| 4/21/2004 | (495,726) |
| 6/17/2004 | (235,899) |
| 6/17/2004 | (2,424,766) |
| 7/16/2004 | (167,154) |
| 7/16/2004 | (376,895) |
| 8/13/2004 | (157,858) |
| 8/13/2004 | (970,192) |
| 9/15/2004 | (225,685) |
| 9/15/2004 | (452,329) |
| 10/19/2004 | (71,042) |
| 10/19/2004 | (213,127) |
| 1/14/2005 | (275,894) |
| 1/14/2005 | (633,254) |
| 2/16/2005 | (451,611) |
| 3/15/2005 | (103,464) |
| 3/15/2005 | (181,785) |
| 4/14/2005 | (26,086) |
| 6/15/2005 | (735,296) |
| 7/15/2005 | (528,867) |
| 8/15/2005 | (53,850) |
| 8/15/2005 | (163,950) |
| 9/15/2005 | (250,000) |
| 10/14/2005 | (64,132) |
| 10/14/2005 | (85,509) |
| 10/14/2005 | (182,797) |
| 10/14/2005 | (205,221) |
| 11/17/2005 | (1,449,506) |
| 1/19/2006 | (96,422) |
| 1/19/2006 | (106,575) |
| 3/17/2006 | (216,438) |
| 4/20/2006 | (100,000) |
| 4/20/2006 | (202,400) |
| 4/20/2006 | (250,000) |
| 4/20/2006 | (449,565) |
| 5/15/2006 | (506,234) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BJB**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 6/16/2006 | (74,297) |
| 7/20/2006 | (129,635) |
| 7/20/2006 | (663,422) |
| 8/14/2006 | (204,348) |
| 8/14/2006 | (140,400) |
| 1/16/2007 | (122,082) |
| 3/16/2007 | (307,365) |
| 7/19/2007 | (51,308) |
| 7/19/2007 | (273,709) |
| 8/17/2007 | (2,168,560) |
| 11/19/2007 | (27,000) |
| 11/19/2007 | (81,000) |
| 12/19/2007 | (281,000) |
| 2/15/2008 | (145,558) |
| 3/18/2008 | (18,208) |
| 4/14/2008 | (427,247) |
| 5/15/2008 | (810,454) |
| 6/17/2008 | (30,000) |
| 6/17/2008 | (304,916) |
| 7/15/2008 | (93,269) |
| 7/15/2008 | (198,739) |
| 7/31/2008 | (59,341) |
| 8/18/2008 | (16,013) |
| 8/18/2008 | (153,243) |
| 8/18/2008 | (236,189) |
| 9/16/2008 | (27,510) |
| 10/15/2008 | (14,857) |
| 10/15/2008 | (27,647) |
| 10/15/2008 | (69,151) |
| 11/19/2008 | (7,463) |
| 11/19/2008 | (13,498) |
| 11/19/2008 | (83,774) |
| 11/19/2008 | (101,814) |
| 11/19/2008 | (104,744) |
| 11/19/2008 | (153,875) |
| 11/19/2008 | (195,718) |
| 11/19/2008 | (206,692) |
| 11/19/2008 | (399,696) |
| 11/19/2008 | (705,691) |
| 11/19/2008 | (3,087,478) |
| **Total:** | **$ (35,258,614)** |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BJB

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 12/22/2003 | (161,550) |
| 6/23/2004 | (701,302) |
| 8/20/2004 | (511,613) |
| 2/15/2006 | (196,950) |
| 6/18/2008 | (43,119) |
| **Total:** $ | **(1,614,534)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD LAMBDA TO BJB**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/24/2004 | (256,424) |
| 12/24/2004 | (87,500) |
| 4/23/2007 | (48,338) |
| 10/24/2007 | (48,611) |
| **Total:** $ | **(440,873)** |

<u>**SCHEDULE A(10)**</u>

**BANQUE PRIVEE ESPIRITO SANTO S.A.(F/K/A COMPAGNIE BANCAIRE ESPIRITO SANTO S.A.) – Adv. Pro. No. 11-02571**

     1.     The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(10)-1 or proceeds of redemptions therefrom.

     2.     The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(10)-1 was made.

     3.     The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(10)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BPES**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/16/2004 | (209,054) |
| 7/16/2004 | (721,734) |
| 8/13/2004 | (104,614) |
| 10/19/2004 | (101,489) |
| 11/16/2004 | (144,154) |
| 12/13/2004 | (117,665) |
| 12/13/2004 | (122,781) |
| 1/14/2005 | (22,564) |
| 1/14/2005 | (51,281) |
| 2/16/2005 | (432,963) |
| 3/15/2005 | (403,508) |
| 4/14/2005 | (114,779) |
| 4/14/2005 | (193,037) |
| 4/14/2005 | (440,334) |
| 4/14/2005 | (584,329) |
| 5/13/2005 | (161,961) |
| 7/15/2005 | (105,636) |
| 12/19/2005 | (109,419) |
| 3/17/2006 | (41,068) |
| 3/17/2006 | (120,983) |
| 4/20/2006 | (115,818) |
| 5/15/2006 | (147,557) |
| 6/16/2006 | (114,303) |
| 6/16/2006 | (114,303) |
| 6/16/2006 | (388,629) |
| 6/16/2006 | (645,810) |
| 8/14/2006 | (143,973) |
| 8/14/2006 | (174,160) |
| 8/14/2006 | (232,214) |
| 12/15/2006 | (596,524) |
| 12/15/2006 | (636,611) |
| 2/15/2007 | (108,604) |
| 3/16/2007 | (277,231) |
| 6/15/2007 | (87,298) |
| 6/15/2007 | (174,597) |
| 7/19/2007 | (125,141) |
| 10/16/2007 | (559,294) |
| 11/19/2007 | (39,537) |
| 11/19/2007 | (1,105,763) |
| 1/17/2008 | (133,036) |
| 4/14/2008 | (60,901) |
| 7/15/2008 | (52,997) |
| 8/18/2008 | (181,479) |
| 10/15/2008 | (56,725) |
| 11/19/2008 | (87,736) |
| 11/19/2008 | (132,278) |
| 11/19/2008 | (136,328) |
| 11/19/2008 | (155,224) |
| 11/19/2008 | (339,321) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BPES**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
|          |          |
| Total:   | $ (11,426,745) |

## SCHEDULE A(11)

### BANQUE SYZ & CO., SA – Adv. Pro. No. 11-02149

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(11)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(11)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(11)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANQUE SYZ**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 5/15/2006 | (332,185) |
| 1/16/2007 | (13,635,353) |
| 3/16/2007 | (193,278) |
| 3/16/2007 | (1,288,425) |
| **Total:** | **$ (15,449,241)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BANQUE SYZ**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/19/2007 | (29,443) |
| 8/17/2007 | (43,446) |
| 10/19/2007 | (41,162) |
| 1/22/2008 | (23,789) |
| 8/15/2008 | (266,718) |
| **Total:** | $ (404,558) |

<u>**SCHEDULE A(12)**</u>

**BARCLAYS BANK (SUISSE) S.A. – Adv. Pro. No. 11-02569**

1.        The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(12)-1 or proceeds of redemptions therefrom.

2.        The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(12)-1 was made.

3.        The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(12)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BARCLAYS SUISSE

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 8/15/2003 | (26,317) |
| 10/14/2003 | (268,887) |
| 3/18/2004 | (49,529) |
| 5/17/2004 | (107,412) |
| 8/13/2004 | (564,757) |
| 9/15/2004 | (519,454) |
| 9/15/2005 | (370,806) |
| 10/14/2005 | (258,269) |
| 10/14/2005 | (516,826) |
| 11/17/2005 | (279,110) |
| 11/17/2005 | (337,604) |
| 11/17/2005 | (434,413) |
| 11/17/2005 | (1,026,301) |
| 12/19/2005 | (113,675) |
| 12/19/2005 | (243,030) |
| 12/19/2005 | (357,908) |
| 12/19/2005 | (1,094,186) |
| 1/19/2006 | (63,265) |
| 1/19/2006 | (978,099) |
| 1/19/2006 | (1,046,249) |
| 1/19/2006 | (3,711,590) |
| 2/15/2006 | (110,776) |
| 2/15/2006 | (156,859) |
| 2/15/2006 | (1,334,212) |
| 3/17/2006 | (554,969) |
| 3/17/2006 | (289,672) |
| 4/20/2006 | (64,093) |
| 4/20/2006 | (522,002) |
| 5/15/2006 | (272,413) |
| 5/15/2006 | (388,381) |
| 6/16/2006 | (57,151) |
| 6/16/2006 | (108,702) |
| 6/16/2006 | (228,605) |
| 6/16/2006 | (552,082) |
| 7/20/2006 | (163,561) |
| 8/14/2006 | (193,411) |
| 9/14/2006 | (133,871) |
| 9/14/2006 | (386,954) |
| 10/16/2006 | (112,882) |
| 12/15/2006 | (115,308) |
| 12/28/2006 | (70,366) |
| 2/15/2007 | (115,639) |
| 3/16/2007 | (101,021) |
| 6/15/2007 | (56,183) |
| 8/17/2007 | (658,019) |
| 9/19/2007 | (168,743) |
| 9/19/2007 | (296,985) |
| 10/16/2007 | (932,698) |
| 11/19/2007 | (211,804) |
| 11/19/2007 | (366,687) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BARCLAYS SUISSE**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 12/19/2007 | (1,337,022) |
| 1/17/2008 | (293,571) |
| 1/17/2008 | (449,597) |
| 2/15/2008 | (103,862) |
| 3/18/2008 | (231,858) |
| 4/14/2008 | (526,624) |
| 4/14/2008 | (651,033) |
| 5/15/2008 | (266,021) |
| 5/15/2008 | (280,434) |
| 5/15/2008 | (6,837,053) |
| 6/17/2008 | (89,698) |
| 7/15/2008 | (52,997) |
| 7/15/2008 | (122,092) |
| 8/18/2008 | (91,325) |
| 10/15/2008 | (112,249) |
| 10/15/2008 | (235,545) |
| 10/15/2008 | (292,221) |
| 11/19/2008 | (30,734) |
| 11/19/2008 | (214,055) |
| 11/19/2008 | (230,731) |
| 11/19/2008 | (357,646) |
| 11/19/2008 | (415,813) |
| 11/19/2008 | (1,260,873) |
| 11/19/2008 | (2,398,382) |
| **Total:** | **$ (37,973,175)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BARCLAYS SUISSE**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 8/12/2005 | (134,135) |
| 2/15/2006 | (118,171) |
| 4/21/2006 | (385,519) |
| 6/20/2006 | (107,119) |
| 6/19/2007 | (366,500) |
| 9/20/2007 | (79,587) |
| 10/19/2007 | (2,252,340) |
| 6/18/2008 | (3,579,591) |
| 11/21/2008 | (133,384) |
| 11/21/2008 | (256,854) |
| 11/21/2008 | (291,553) |
| **Total:** | **$ (7,704,754)** |

## <u>SCHEDULE A(13)</u>

### BARCLAYS BANK S.A. – Adv. Pro. No. 11-02569

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(13)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(13)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(13)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BARCLAYS SPAIN**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/19/2003 | (301,681) |
| 5/17/2004 | (146,471) |
| 7/15/2005 | (2,685,870) |
| 10/14/2005 | (95,898) |
| 2/15/2006 | (225,673) |
| 4/20/2006 | (56,931) |
| 4/20/2006 | (56,931) |
| 4/20/2006 | (56,942) |
| 11/14/2006 | (1,018,648) |
| 12/15/2006 | (74,208) |
| **Total:** | **$ (4,719,252)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BARCLAYS SPAIN**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 1/20/2003 | (203,462) |
| 1/20/2003 | (1,469,096) |
| 4/25/2003 | (987,933) |
| 8/26/2003 | (33,045) |
| 11/24/2003 | (970,173) |
| 1/26/2004 | (191,834) |
| 3/29/2004 | (31,272) |
| 3/29/2004 | (3,687,157) |
| 9/27/2004 | (853,293) |
| 12/22/2004 | (35,328) |
| 5/19/2005 | (16,787) |
| 8/12/2005 | (17,912) |
| 8/12/2005 | (31,843) |
| 8/12/2005 | (183,205) |
| 11/23/2005 | (218,188) |
| 11/23/2005 | (315,096) |
| 11/23/2005 | (395,656) |
| 11/23/2005 | (443,741) |
| 12/21/2005 | (6,312) |
| 12/21/2005 | (89,820) |
| 12/21/2005 | (346,396) |
| 1/27/2006 | (32,488) |
| 1/27/2006 | (162,001) |
| 1/27/2006 | (219,213) |
| 2/15/2006 | (264,255) |
| 5/24/2006 | (545,505) |
| 6/20/2006 | (1,359,131) |
| 8/14/2006 | (354,463) |
| 11/17/2006 | (833,708) |
| 12/18/2006 | (161,843) |
| 12/18/2006 | (417,217) |
| 4/17/2007 | (109,652) |
| 4/17/2007 | (423,149) |
| 6/19/2007 | (18,135) |
| 7/19/2007 | (34,934) |
| 9/20/2007 | (18,236) |
| 12/18/2007 | (36,782) |
| 1/24/2008 | (19,492) |
| 3/18/2008 | (528,136) |
| 6/18/2008 | (39,609) |
| **Total:** | **$ (16,105,498)** |

## SCHEDULE A(14)

### BARCLAYS PRIVATE BANK & TRUST LIMITED – Adv. Pro. No. 11-02569

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(14)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(14)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(14)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BARCLAYS PRIVATE BANK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2003 | (73,352) |
| 7/15/2008 | (820,636) |
| **Total:** | $ **(893,988)** |

## SCHEDULE A(15)

### SIX SIS AG – Adv. Pro. No. 12-01195

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(15)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entiles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(15)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(15)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SIX SIS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/16/2007 | (45,889) |
| 9/16/2008 | (22,847) |
| 11/19/2008 | (102,813) |
| 11/19/2008 | (207,700) |
| **Total:** $ | **(379,248)** |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SIX SIS

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 3/18/2008 | (32,138) |
| 4/18/2008 | (133,475) |
| 11/21/2008 | (20,232) |
| 11/21/2008 | (39,694) |
| 11/21/2008 | (59,754) |
| 11/21/2008 | (67,057) |
| 11/21/2008 | (87,265) |
| 11/21/2008 | (88,041) |
| 11/21/2008 | (94,316) |
| 11/21/2008 | (278,364) |
| Total: | $ (900,337) |

<u>**SCHEDULE A(16)**</u>

**BROWN BROTHERS HARRIMAN & CO. – Adv. Pro. No. 12-01217**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(16)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(16)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(16)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BBH**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/16/2007 | (583,783) |
| 11/19/2007 | (135,366) |
| 12/19/2007 | (80,334) |
| 2/15/2008 | (185,746) |
| 3/18/2008 | (97,544) |
| 4/14/2008 | (113,359) |
| 4/14/2008 | (14,333) |
| 4/14/2008 | (15,636) |
| 4/14/2008 | (19,545) |
| 5/15/2008 | (3,945) |
| 5/15/2008 | (6,575) |
| 7/15/2008 | (22,524) |
| 7/15/2008 | (40,715) |
| 7/15/2008 | (136,468) |
| 8/18/2008 | (221,413) |
| 9/16/2008 | (40,425) |
| 9/16/2008 | (103,142) |
| 9/16/2008 | (131,704) |
| 9/16/2008 | (187,619) |
| 9/16/2008 | (349,628) |
| 9/16/2008 | (524,127) |
| 9/16/2008 | (750,322) |
| 10/15/2008 | (4,052) |
| 10/15/2008 | (27,012) |
| 10/15/2008 | (43,319) |
| 10/15/2008 | (519,567) |
| 10/15/2008 | (10,805) |
| 10/15/2008 | (87,789) |
| 11/19/2008 | (254,412) |
| 11/19/2008 | (272,770) |
| 11/19/2008 | (318,953) |
| 11/19/2008 | (320,100) |
| 11/19/2008 | (361,675) |
| 11/19/2008 | (365,763) |
| 11/19/2008 | (678,634) |
| 11/19/2008 | (752,326) |
| 11/19/2008 | (1,082,985) |
| 11/19/2008 | (3,689,185) |
| 11/19/2008 | (4,734,973) |
| 11/19/2008 | (22,946) |
| 11/19/2008 | (61,685) |
| 11/19/2008 | (93,999) |
| 11/19/2008 | (115,459) |
| 11/19/2008 | (155,867) |
| 11/19/2008 | (233,440) |
| 11/19/2008 | (155,224) |
| 11/19/2008 | (247,725) |
| **Total:** | **$ (18,374,915)** |

08-01789-cgm    Doc 15752-4    Filed 02/11/17    Entered 02/16/17 17:41:57    Exhibit Filing
Item 449    Pg 583 of

## SCHEDULE A(17)

**BSI AG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BANCO DEL GOTTARDO
– Adv. Pro. No. 12-01209**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(17)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(17)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(17)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BSI

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 3/14/2003 | (83,488) |
| 3/14/2003 | (108,620) |
| 5/14/2003 | (191,989) |
| 5/14/2003 | (238,192) |
| 5/14/2003 | (266,369) |
| 5/14/2003 | (621,629) |
| 6/16/2003 | (113,745) |
| 6/16/2003 | (180,190) |
| 6/16/2003 | (255,335) |
| 7/16/2003 | (119,134) |
| 7/16/2003 | (148,763) |
| 7/16/2003 | (260,940) |
| 8/15/2003 | (183,894) |
| 8/15/2003 | (320,364) |
| 9/17/2003 | (14,015) |
| 10/14/2003 | (130,355) |
| 11/19/2003 | (225,317) |
| 2/18/2004 | (15,518) |
| 2/18/2004 | (34,807) |
| 3/18/2004 | (504,507) |
| 4/21/2004 | (58,336) |
| 4/21/2004 | (1,356,302) |
| 6/17/2004 | (152,892) |
| 8/13/2004 | (41,846) |
| 8/13/2004 | (129,522) |
| 8/13/2004 | (498,163) |
| 9/15/2004 | (132,877) |
| 9/15/2004 | (506,290) |
| 11/16/2004 | (130,276) |
| 3/15/2005 | (52,487) |
| 4/14/2005 | (50,085) |
| 4/14/2005 | (52,172) |
| 7/15/2005 | (21,127) |
| 7/15/2005 | (54,931) |
| 8/15/2005 | (17,982) |
| 8/15/2005 | (703,452) |
| 9/15/2005 | (30,724) |
| 10/14/2005 | (12,826) |
| 10/14/2005 | (46,410) |
| 10/14/2005 | (53,443) |
| 10/14/2005 | (678,962) |
| 12/19/2005 | (99,571) |
| 12/19/2005 | (399,378) |
| 1/19/2006 | (86,719) |
| 1/19/2006 | (935,065) |
| 2/15/2006 | (80,989) |
| 3/17/2006 | (55,497) |
| 3/17/2006 | (115,434) |
| 3/17/2006 | (126,133) |
| 4/20/2006 | (59,596) |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BSI

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/20/2006 | (103,449) |
| 4/20/2006 | (308,750) |
| 4/20/2006 | (1,739,012) |
| 5/15/2006 | (170,258) |
| 6/16/2006 | (22,861) |
| 6/16/2006 | (45,721) |
| 6/16/2006 | (136,020) |
| 6/16/2006 | (193,320) |
| 6/16/2006 | (255,306) |
| 8/14/2006 | (352,837) |
| 9/14/2006 | (45,630) |
| 9/14/2006 | (102,960) |
| 9/14/2006 | (109,769) |
| 11/14/2006 | (47,317) |
| 11/14/2006 | (49,612) |
| 11/14/2006 | (120,267) |
| 12/15/2006 | (107,696) |
| 12/15/2006 | (124,077) |
| 1/16/2007 | (71,883) |
| 3/16/2007 | (14,464) |
| 3/16/2007 | (26,518) |
| 3/16/2007 | (60,593) |
| 3/16/2007 | (122,548) |
| 4/17/2007 | (49,006) |
| 5/16/2007 | (62,189) |
| 5/16/2007 | (62,202) |
| 5/16/2007 | (351,338) |
| 6/15/2007 | (24,942) |
| 6/15/2007 | (29,420) |
| 6/15/2007 | (112,241) |
| 6/15/2007 | (618,397) |
| 7/19/2007 | (107,434) |
| 8/17/2007 | (251,703) |
| 9/19/2007 | (32,303) |
| 9/19/2007 | (293,250) |
| 9/19/2007 | (225,231) |
| 10/16/2007 | (99,862) |
| 11/19/2007 | (105,810) |
| 11/19/2007 | (127,539) |
| 11/19/2007 | (127,539) |
| 12/19/2007 | (21,036) |
| 12/19/2007 | (95,618) |
| 12/19/2007 | (2,811,774) |
| 1/17/2008 | (231,360) |
| 2/15/2008 | (64,987) |
| 3/18/2008 | (45,520) |
| 3/18/2008 | (630,808) |
| 4/14/2008 | (37,904) |
| 4/14/2008 | (54,725) |
| 4/14/2008 | (214,991) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BSI**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 5/15/2008 | (21,467) |
| 5/15/2008 | (131,505) |
| 6/17/2008 | (40,594) |
| 6/17/2008 | (66,286) |
| 6/17/2008 | (98,899) |
| 6/17/2008 | (137,941) |
| 7/15/2008 | (998,997) |
| 8/18/2008 | (10,675) |
| 8/18/2008 | (313,881) |
| 8/18/2008 | (352,282) |
| 8/18/2008 | (691,221) |
| 10/15/2008 | (33,765) |
| 10/15/2008 | (631,344) |
| 11/19/2008 | (26,996) |
| 11/19/2008 | (30,346) |
| 11/19/2008 | (55,086) |
| 11/19/2008 | (102,811) |
| 11/19/2008 | (137,232) |
| 11/19/2008 | (275,429) |
| 11/19/2008 | (280,443) |
| 11/19/2008 | (292,902) |
| 11/19/2008 | (323,855) |
| 11/19/2008 | (421,526) |
| **Total:** | **$ (27,452,138)** |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCA DEL GOTTARDO

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 3/14/2003 | (83,894) |
| 3/14/2003 | (482,169) |
| 3/14/2003 | (777,122) |
| 3/14/2003 | (1,737,043) |
| 5/14/2003 | (270,407) |
| 5/14/2003 | (1,401,608) |
| 11/19/2003 | (2,039,044) |
| 4/21/2004 | (2,135,081) |
| 1/14/2005 | (122,286) |
| 1/14/2005 | (536,927) |
| 7/15/2005 | (81,150) |
| 7/15/2005 | (107,812) |
| 7/15/2005 | (212,117) |
| 8/15/2005 | (33,372) |
| 8/15/2005 | (44,499) |
| 8/15/2005 | (473,350) |
| 8/15/2005 | (611,830) |
| 1/19/2006 | (53,068) |
| 1/19/2006 | (91,801) |
| 3/17/2006 | (113,691) |
| 3/17/2006 | (115,311) |
| 5/15/2006 | (26,776) |
| 5/15/2006 | (35,811) |
| 7/20/2006 | (1,193,073) |
| 10/12/2006 | (334,572) |
| 11/14/2006 | (9,818) |
| 11/14/2006 | (42,408) |
| 11/14/2006 | (113,229) |
| 12/15/2006 | (54,296) |
| 1/16/2007 | (63,773) |
| 1/16/2007 | (115,152) |
| 2/15/2007 | (86,545) |
| 4/17/2007 | (137,683) |
| 5/16/2007 | (147,723) |
| 6/15/2007 | (94,868) |
| 7/19/2007 | (130,009) |
| 9/19/2007 | (609,888) |
| 9/19/2007 | (121,150) |
| 9/19/2007 | (470,556) |
| 10/16/2007 | (38,289) |
| 11/19/2007 | (409,732) |
| 12/19/2007 | (72,216) |
| 2/15/2008 | (107,541) |
| 3/18/2008 | (81,143) |
| 5/15/2008 | (231,449) |
| 6/17/2008 | (57,908) |
| 6/17/2008 | (312,871) |
| 7/15/2008 | (110,115) |
| 11/19/2008 | (47,242) |
| 11/19/2008 | (104,503) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANCA DEL GOTTARDO**

| Column 1 | Column 2 |
| --- | --- |
| __Date__ | __Amount__ |
| 11/19/2008 | (131,914) |
| 11/19/2008 | (140,242) |
| 11/19/2008 | (141,983) |
| 11/19/2008 | (214,169) |
| 11/19/2008 | (283,980) |
| 11/19/2008 | (587,440) |
| 11/19/2008 | (1,411,247) |
| 11/19/2008 | (263,841) |
| **Total:** $ | **(20,058,735)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BSI**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 7/28/2003 | (635,266) |
| 7/28/2003 | (313,669) |
| 7/28/2003 | (153,217) |
| 11/24/2003 | (30,102) |
| 9/15/2005 | (252,361) |
| 9/15/2005 | (167,671) |
| 9/15/2005 | (26,002) |
| 5/24/2006 | (3,359,094) |
| 10/17/2006 | (68,338) |
| 4/17/2007 | (747,081) |
| 4/17/2007 | (142,018) |
| 5/16/2007 | (486) |
| 6/19/2007 | (120,897) |
| 6/19/2007 | (60,449) |
| 10/19/2007 | (82,323) |
| 11/19/2007 | (74,020) |
| 4/18/2008 | (1,390,757) |
| 4/18/2008 | (74,484) |
| 7/21/2008 | (60,272) |
| 8/15/2008 | (90,527) |
| 11/21/2008 | (465,576) |
| 11/21/2008 | (129,191) |
| 11/21/2008 | (99,575) |
| 11/21/2008 | (76,396) |
| 11/21/2008 | (70,107) |
| 11/21/2008 | (30,806) |
| **Total:** | **$    (8,720,681)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BANCA DEL GOTTARDO**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/21/2006 | (128,029) |
| **Total:** | **$ (128,029)** |

## SCHEDULE A(18)

**BUREAU OF LABOR INSURANCE – Adv. Pro. No. 11-02732**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(18)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(18)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(18)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BLI**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 8/18/2008 | (42,123,406) |
| **Total:** $ | **(42,123,406)** |

12-01569-smb   Doc 81-2   Filed 05/08/12   Entered 05/08/12 16:13:30   Exhibit Exhibit
3   Pg 65 of 683

**<u>SCHEDULE A(19)</u>**

**CACEIS BANK – Adv. Pro. No. 11-02758**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(19)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(19)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(19)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CACEIS BANK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/16/2007 | (7,313,796) |
| 11/19/2007 | (3,543,031) |
| 12/19/2007 | (13,195,401) |
| **Total:** $ | **(24,052,229)** |

## SCHEDULE A(20)

## CACEIS BANK LUXEMBOURG – Adv. Pro. No. 11-02758

1.        The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(20)-1 or proceeds of redemptions therefrom.

2.        The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(20)-1 was made.

3.        The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(20)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CACEIS BANK LUXEMBOURG**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 5/15/2006 | (627,991) |
| **Total:** $ | **(627,991)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO CACEIS BANK LUXEMBOURG**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/21/2008 | (19,352,471) |
| **Total:** $ | **(19,352,471)** |

## SCHEDULE A(21)

**CATHAY LIFE INSURANCE CO. LTD.  – Adv. Pro. No. 11-02568**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(21)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(21)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(21)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CATHAY INSURANCE**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 8/19/2005 | (2,225,458) |
| 11/19/2008 | (22,271,340) |
| Total: | $ (24,496,799) |

08-01789-smb    Doc 15752-4    Filed 04/11/17    Entered 04/11/17 17:41:57    Exhibit
66 of 183

## **SCHEDULE A(22)**

**CITIBANK GLOBAL MARKETS LIMITED – Adv. Pro. No. 10-05345**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(22)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(22)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(22)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CITIBANK GLOBAL MARKETS LIMITED**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/14/2005 | (30,000,000) |
| 4/14/2008 | (60,000,000) |
| 11/19/2008 | (40,000,000) |
| **Total:** | $ **(130,000,000)** |

## SCHEDULE A(23)

## CONCORD MANAGEMENT LLC – Adv. Pro. No. 11-02543

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(23)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(23)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(23)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

### SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CONCORD

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 4/14/2003 | (10,452,601) |
| **Total:** $ | **(10,452,601)** |

## SCHEDULE A(24)

**DELTA NATIONAL BANK AND TRUST COMPANY – Adv. Pro. No. 11-02551**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(24)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(24)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(24)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DELTA BANK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/17/2003 | (1,596,694) |
| 3/14/2003 | (439,515) |
| 4/14/2003 | (614,912) |
| 4/14/2003 | (1,093,512) |
| 5/14/2003 | (73,217) |
| 5/14/2003 | (100,952) |
| 5/14/2003 | (111,651) |
| 5/14/2003 | (696,496) |
| 7/16/2003 | (404,373) |
| 7/16/2003 | (2,493,614) |
| 9/17/2003 | (140,353) |
| 1/21/2004 | (801,964) |
| 2/18/2004 | (53,178) |
| 3/18/2004 | (65,000) |
| 4/21/2004 | (27,223) |
| 4/21/2004 | (244,144) |
| 9/15/2004 | (305,894) |
| 7/15/2005 | (59,790) |
| 7/15/2005 | (109,914) |
| 7/15/2005 | (272,699) |
| 7/15/2005 | (1,246,505) |
| 8/15/2005 | (21,155) |
| 8/15/2005 | (70,869) |
| 9/15/2005 | (119,929) |
| 10/19/2005 | (8,465) |
| 10/19/2005 | (142,458) |
| 10/19/2005 | (170,312) |
| 10/19/2005 | (415,669) |
| 11/17/2005 | (55,388) |
| 1/19/2006 | (22,002) |
| 2/15/2006 | (159,252) |
| 3/17/2006 | (51,057) |
| 5/15/2006 | (22,701) |
| 5/15/2006 | (103,926) |
| 5/15/2006 | (129,952) |
| 12/15/2006 | (67,527) |
| 1/16/2007 | (78,164) |
| 6/15/2007 | (199,539) |
| 9/19/2007 | (187,654) |
| 9/19/2007 | (397,494) |
| 9/19/2007 | (2,866,868) |
| 10/16/2007 | (82,520) |
| 11/19/2007 | (102,031) |
| 12/19/2007 | (30,928) |
| 1/17/2008 | (25,318) |
| 2/15/2008 | (129,974) |
| 3/18/2008 | (2,250,005) |
| 4/14/2008 | (1,302,053) |
| 8/18/2008 | (33,360) |
| 11/19/2008 | (76,397) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DELTA BANK**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 11/19/2008 | (107,982) |
| 11/19/2008 | (252,409) |
| Total: | $ (20,634,958) |

## SCHEDULE A(25)

### DEZ FINANCIAL MANAGEMENT LTD. – Adv. Pro. No. 11-02552

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(25)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(25)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(25)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEZ**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 4/14/2003 | 14,776,114 |
| Total: | $ 14,776,114 |

## SCHEDULE A(26)

**FALCON PRIVATE BANK LTD. (F/K/A AIG PRIVAT BANK AG) – Adv. Pro. No. 11-02923**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(26)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(26)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(26)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO FALCON**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 3/18/2004 | (38,091,032) |
| 7/19/2007 | (584,097) |
| **Total:** $ | **(38,675,129)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO FALCON**

| Column 1 | Column 2 |
|----------|----------|
| Date | Amount |
| 1/27/2006 | (70,288) |
| Total: | $ (70,288) |

**<u>SCHEDULE A(27)</u>**

**FULLERTON CAPITAL PTE LTD. – Adv. Pro. No. 12-01004**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(27)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(27)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(27)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO FULLERTON**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 10/14/2005 | (10,290,445) |
| **Total:** $ | **(10,290,445)** |

**<u>SCHEDULE A(28)</u>**

**GROSVENOR BALANCED GROWTH FUND LIMITED – Adv. Pro. No. 12-01021**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(28)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(28)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(28)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO GROSVENOR BALANCED**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 3/15/2005 | (8,000,000) |
| 12/19/2005 | (5,000,000) |
| **Total:** $ | **(13,000,000)** |

12-01569-smb   Doc 812752-4   Filed 05/08/12   Entered 05/08/12   16:13:30   Exhibit 8 Pg
82 Pg 88 of

## SCHEDULE A(29)

**GROSVENOR INVESTMENT MANAGEMENT LTD. – Adv. Pro. No. 12-01021**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(29)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(29)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(29)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO GROSVENOR PRIVATE

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2003 | (2,500,000) |
| 10/14/2005 | (500,000) |
| 12/19/2005 | (1,312,804) |
| 12/19/2005 | (5,000,000) |
| 3/17/2006 | (2,298) |
| 7/19/2007 | (5,000,000) |
| **Total:** $ | **(14,315,101)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO GROSVENOR BALANCED**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 3/15/2005 | (8,000,000) |
| 12/19/2005 | (5,000,000) |
| **Total:** $ | **(13,000,000)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO GROSVENOR AGGRESSIVE**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 4/14/2003 | (4,191,288) |
| **Total:** | $ **(4,191,288)** |

**<u>SCHEDULE A(30)</u>**

**GROSVENOR PRIVATE RESERVE FUND LIMITED – Adv. Pro. No. 12-01021**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(30)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(30)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(30)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO GROSVENOR PRIVATE**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2003 | (2,500,000) |
| 10/14/2005 | (500,000) |
| 12/19/2005 | (1,312,804) |
| 12/19/2005 | (5,000,000) |
| 3/17/2006 | (2,298) |
| 7/19/2007 | (5,000,000) |
| **Total:** $ | **(14,315,101)** |

**SCHEDULE A(31)**

**GROSVENOR AGGRESSIVE GROWTH FUND LIMITED – Adv. Pro. No. 12-01021**

      1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(31)-1 or proceeds of redemptions therefrom.

      2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(31)-1 was made.

      3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(31)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO GROSVENOR AGGRESSIVE**

| Column 1 | Column 2 |
|----------|----------|
| Date | Amount |
| 4/14/2003 | (4,191,288) |
| Total: | $ (4,191,288) |

<u>**SCHEDULE A(32)**</u>

**INTELIGO BANK LTD. PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH – Adv. Pro. No. 11-02763**

1.　　The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(32)-1 or proceeds of redemptions therefrom.

2.　　The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(32)-1 was made.

3.　　The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(32)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANT INTELIGO

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/16/2003 | (2,336,175) |
| 10/14/2003 | (28,470) |
| 11/19/2003 | (323,839) |
| 12/18/2003 | (112,664) |
| 4/21/2004 | (2,183,043) |
| 6/18/2004 | (111,040) |
| 6/15/2005 | (39,370) |
| 10/14/2005 | (28,955) |
| 10/14/2005 | (300,000) |
| 12/19/2005 | (142,364) |
| 12/19/2005 | (420,000) |
| 1/19/2006 | (20,000) |
| 1/19/2006 | (35,000) |
| 1/19/2006 | (209,410) |
| 2/15/2006 | (360,765) |
| 6/21/2007 | (235,000) |
| 9/19/2007 | (74,061) |
| 9/19/2007 | (323,094) |
| 10/16/2007 | (36,197) |
| 10/16/2007 | (55,442) |
| 11/19/2007 | (46,979) |
| 11/19/2007 | (100,000) |
| 12/19/2007 | (38,092) |
| 12/19/2007 | (53,075) |
| 12/19/2007 | (147,157) |
| 1/17/2008 | (28,250) |
| 1/17/2008 | (80,332) |
| 1/17/2008 | (500,000) |
| 2/15/2008 | (5,000) |
| 3/18/2008 | (332,059) |
| 5/15/2008 | (10,000) |
| 5/15/2008 | (104,109) |
| 5/15/2008 | (269,438) |
| 8/18/2008 | (32,359) |
| 8/18/2008 | (48,108) |
| 8/18/2008 | (320,996) |
| 9/16/2008 | (3,383) |
| 9/16/2008 | (47,353) |
| 9/16/2008 | (70,111) |
| 9/16/2008 | (103,209) |
| 10/30/2008 | (21,658) |
| 10/30/2008 | (28,607) |
| 10/30/2008 | (91,711) |
| 11/19/2008 | (17,117) |
| 11/19/2008 | (91,878) |
| 11/19/2008 | (101,366) |
| 11/19/2008 | (183,969) |
| 11/19/2008 | (493,955) |
| **Total:** | **$ (10,745,161)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO DEFENDANT INTELIGO**

|        Column 1       |        Column 2       |
|        Date           |        Amount         |
| --- | --- |
| 12/20/2006 | (72,944) |
| **Total:** | **$        (72,944)** |

<u>**SCHEDULE A(33)**</u>

**KOCH INDUSTRIES. INC., AS SUCCESSOR IN INTEREST TO KOCH INVESTMENT (UK) COMPANY – Adv. Pro. No. 12-01047**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(33)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(33)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(33)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO KOCH INVESTMENT**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 5/11/2005 | (5,000,000) |
| 9/20/2005 | (16,533,871) |
| Total: | $ (21,533,871) |

<u>**SCHEDULE A(34)**</u>

**KOREA EXCHANGE BANK INDIVIDUALLY, AND AS TRUSTEE FOR KOREA GLOBAL
ALL ASSET TRUST I-1 AND TAMS RAINBOW TRUST III – Adv. Pro. No. 11-02572**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(34)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(34)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(34)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO KEB**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 11/16/2004 | (33,460) |
| 2/16/2005 | (623,600) |
| 2/16/2005 | (1,870,791) |
| 3/15/2005 | (3,493,631) |
| 4/14/2005 | (1,426,547) |
| 5/13/2005 | (1,681,800) |
| 5/13/2005 | (1,235,990) |
| 6/15/2005 | (790,193) |
| 6/15/2005 | (610,212) |
| 6/15/2005 | (887,391) |
| 6/15/2005 | (648,633) |
| 6/15/2005 | (735,643) |
| 6/15/2005 | (729,670) |
| 6/15/2005 | (688,011) |
| 6/15/2005 | (684,993) |
| 6/15/2005 | (622,546) |
| 6/15/2005 | (1,210,856) |
| 11/17/2005 | (5,668,286) |
| 1/19/2006 | (650,959) |
| 7/20/2006 | (3,374,185) |
| 10/12/2006 | (1,916,445) |
| 4/14/2008 | (4,009,264) |
| Total: | $ (33,593,108) |

## SCHEDULE A(35)

### LANDIS INVERSIONES S.L. – Adv. Pro. No. 11-02930

1.　　　The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(35)-1 or proceeds of redemptions therefrom.

2.　　　The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(35)-1 was made.

3.　　　The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(35)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO LANDIS**

| Column 1 | Column 2 |
| --- | --- |
| **Date** | **Amount** |
| 3/14/2003 | (8,189,334) |
| **Total:** | **$ (8,189,334)** |

## SCHEDULE A(36)

**LIGHTHOUSE DIVERSIFIED FUND LIMITED – Adv. Pro. No. 11-02762**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(36)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(36)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(36)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO LIGHTHOUSE DIVERSIFIED**

|  Column 1  |  Column 2  |
| --- | --- |
|  **Date**  |  **Amount**  |
|  4/14/2003  |  (7,913,873)  |
|  **Total:**  $  |  **(7,913,873)**  |

**SCHEDULE A(37)**

**LIGHTHOUSE PARTNERS  LLC – Adv. Pro. No. 11-02762**

1.       The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(37)-1 or

proceeds of redemptions therefrom.

2.       The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(37)-1 was made.

3.       The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(37)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO LIGHTHOUSE SUPERCASH**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2003 | (3,251,378) |
| **Total:** $ | **(3,251,378)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO LIGHTHOUSE DIVERSIFIED**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 4/14/2003 | (7,913,873) |
| **Total:** $ | **(7,913,873)** |

## SCHEDULE A(38)

**LIGHTHOUSE SUPERCASH FUND LIMITED – Adv. Pro. No. 11-02762**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(38)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(38)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(38)-1 or proceeds of redemptions therefrom.

_____

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO LIGHTHOUSE SUPERCASH**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2003 | (3,251,378) |
| **Total:** $ | **(3,251,378)** |

08-01789-smb   Doc 15752-4   Filed 05/08/17   Entered 05/08/17 17:41:57   Exhibit 8
Item 4    109 of 194

## SCHEDULE A(39)

### LION GLOBAL INVESTORS LIMITED – Adv. Pro. No. 11-02540

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(39)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(39)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(39)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO LION GLOBAL**

| Column 1 | Column 2 |
|----------|----------|
| Date | Amount |
| 7/15/2005 | (505,479) |
| 7/15/2005 | (33,397,116) |
| 7/15/2005 | (2,527,405) |
| 7/15/2005 | (2,527,405) |
| 7/15/2005 | (10,109,600) |
| 7/15/2005 | (1,516,437) |
| Total: | $ (50,583,443) |

<u>**SCHEDULE A(40)**</u>

**MERITZ FIRE & MARINE INSURANCE CO. LTD. – Adv. Pro. No. 11-02539**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(40)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(40)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(40)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MERITZ**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| | |
| 8/17/2007 | (10,911,002) |
| 9/20/2007 | (10,944,896) |
| | |
| **Total:** | **$   (21,855,898)** |

12-01569-smb   Doc 15752-4   Filed 05/08/12   Entered 05/08/12 16:13:30   Exhibit Pg
116 of 194

<u>**SCHEDULE A(41)**</u>

**MERRILL LYNCH BANK (SUISSE) S.A. – Adv. Pro. No. 11-02910**

1.        The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(41)-1 or

proceeds of redemptions therefrom.

2.        The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(41)-1 was made.

3.        The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(41)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MLBS**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 4/14/2003 | (508,963) |
| 5/14/2003 | (504,029) |
| 5/14/2003 | (1,500,000) |
| 5/14/2003 | (2,498,558) |
| 6/16/2003 | (25,000) |
| 7/16/2003 | (1,529,000) |
| 8/15/2003 | (265,810) |
| 8/15/2003 | (300,750) |
| 8/15/2003 | (1,971,100) |
| 8/15/2003 | (6,386,104) |
| 9/17/2003 | (320,079) |
| 9/17/2003 | (964,543) |
| 10/14/2003 | (295,235) |
| 10/14/2003 | (370,819) |
| 11/19/2003 | (366,608) |
| 12/18/2003 | (2,915,888) |
| 2/18/2004 | (60,000) |
| 4/21/2004 | (1,236,101) |
| 4/21/2004 | (2,220,553) |
| 6/17/2004 | (304,703) |
| 6/17/2004 | (452,140) |
| 10/19/2004 | (60,893) |
| 11/16/2004 | (91,365) |
| 12/13/2004 | (178,033) |
| 12/13/2004 | (200,543) |
| 12/13/2004 | (201,566) |
| 12/13/2004 | (347,880) |
| 12/13/2004 | (404,155) |
| 12/13/2004 | (2,455,626) |
| 1/14/2005 | (338) |
| 1/14/2005 | (177,434) |
| 3/15/2005 | (162,293) |
| 4/14/2005 | (610,416) |
| 4/14/2005 | (1,898,820) |
| 5/13/2005 | (313,242) |
| 7/15/2005 | (128,876) |
| 7/15/2005 | (287,140) |
| 7/15/2005 | (848,257) |
| 9/15/2005 | (638,114) |
| 11/17/2005 | (52,130) |
| 11/17/2005 | (124,894) |
| 11/17/2005 | (205,260) |
| 1/19/2006 | (506,035) |
| 2/15/2006 | (110,776) |
| 3/17/2006 | (255,286) |
| 3/17/2006 | (443,975) |
| 3/17/2006 | (1,357,853) |
| 4/20/2006 | (5,454) |
| 4/20/2006 | (311,472) |
| 6/16/2006 | (387,395) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MLBS**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 6/16/2006 | (858,093) |
| 7/20/2006 | (102,247) |
| 7/20/2006 | (112,587) |
| 10/12/2006 | (51,830) |
| 4/17/2007 | (340,919) |
| 5/16/2007 | (459,968) |
| 6/15/2007 | (43,649) |
| 6/15/2007 | (122,218) |
| 6/15/2007 | (1,017,650) |
| 7/19/2007 | (202,729) |
| 8/17/2007 | (198,053) |
| 9/19/2007 | (110,777) |
| 2/15/2008 | (353,296) |
| 3/18/2008 | (89,740) |
| 4/14/2008 | (101,632) |
| 6/17/2008 | (66,922) |
| 6/17/2008 | (530,289) |
| 7/15/2008 | (791,341) |
| 8/18/2008 | (62,757) |
| 11/19/2008 | (193,018) |
| 11/19/2008 | (556,568) |
| **Total:** | **$ (44,127,785)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO MLBS**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 9/20/2007 | (1,906,620) |
| **Total:** | $ **(1,906,620)** |

# SCHEDULE A(42)

## MERRILL LYNCH INTERNATIONAL – Adv. Pro. No. 10-05346

1.        The name, and if known, the email and physical address and telephone number of any
other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(42)-1 or
proceeds of redemptions therefrom.

2.        The name, and if known, the email and physical address and telephone number of any
and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached
Schedule A(42)-1 was made.

3.        The name, and if known, the email and physical address and telephone number of any
and all persons or entities who exercised dominion and control over any transfer of Customer Property set
forth in the attached Schedule A(42)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MERRILL LYNCH INTERNATIONAL**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 8/14/2006 | (1,200,000) |
| 2/15/2008 | (2,000,000) |
| 6/17/2008 | (3,000,000) |
| 11/19/2008 | (3,000,000) |
| 11/19/2008 | (5,000,000) |
| **Total:** $ | **(14,200,000)** |

12-01565-smb    Doc 81-2    Filed 04/11/17    Entered 04/11/17 17:41:57    Exhibit
11 Pg 123 of 194

## SCHEDULE A(43)

### NAIDOT & CO. – Adv. Pro. No. 11-02733

1.       The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(43)-1 or proceeds of redemptions therefrom.

2.       The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(43)-1 was made.

3.       The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(43)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NAIDOT**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 2/14/2003 | (1,000,000) |
| 6/16/2003 | (1,000,000) |
| 2/18/2004 | (5,900,000) |
| 6/24/2005 | (2,000,000) |
| 10/14/2005 | (3,754,907) |
| **Total:** $ | **(13,654,907)** |

## SCHEDULE A(44)

**NATIONAL BANK OF KUWAIT S.A.K. – Adv. Pro. No. 11-02554**

1.　　　The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(44)-1 or proceeds of redemptions therefrom.

2.　　　The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(44)-1 was made.

3.　　　The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(44)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NBK**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 9/19/2007 | (355,743) |
| 12/19/2007 | (36,000) |
| 12/19/2007 | (520,831) |
| 12/19/2007 | (1,051,823) |
| 1/17/2008 | (60,000) |
| 2/15/2008 | (525,315) |
| 3/18/2008 | (18,000) |
| 3/18/2008 | (265,391) |
| 3/18/2008 | (1,106,253) |
| 4/14/2008 | (520,602) |
| 5/15/2008 | (15,000) |
| 5/15/2008 | (106,301) |
| 5/15/2008 | (203,629) |
| 6/17/2008 | (50,000) |
| 6/17/2008 | (1,071,633) |
| 7/15/2008 | (38,000) |
| 8/18/2008 | (14,000) |
| 8/18/2008 | (26,000) |
| 8/18/2008 | (200,000) |
| 8/18/2008 | (300,000) |
| 9/16/2008 | (548,468) |
| 10/15/2008 | (1,000,000) |
| 11/19/2008 | (190,938) |
| 11/19/2008 | (322,411) |
| 11/19/2008 | (826,290) |
| 11/19/2008 | (1,082,316) |
| 11/19/2008 | (2,315,130) |
| 11/19/2008 | (4,364,312) |
| 11/19/2008 | (513,204) |
| 11/19/2008 | (1,076,809) |
| **Total:** | **$ (18,724,399)** |

# SCHEDULE A(45)

## NATIXIS – Adv. Pro. No. 10-05353

1.     The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(45)-1 or proceeds of redemptions therefrom.

2.     The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(45)-1 was made.

3.     The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(45)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NATIXIS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/31/2008 | (7,149,874) |
| 2/15/2008 | (28,617,693) |
| 3/18/2008 | (11,923,728) |
| 5/15/2008 | (52,043,076) |
| 5/15/2008 | (2,077,778) |
| 9/16/2008 | (74,503,218) |
| 10/15/2008 | (2,096,137) |
| 11/19/2008 | (597,952) |
| **Total:** | **$ (179,009,456)** |

**SCHEDULE A(46)**

**NOMURA BANK INTERNATIONAL PLC – Adv. Pro. No.  10-05348**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(46)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(46)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(46)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NOMURA INTERNATIONAL PLC**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 10/16/2007 | (2,094,734) |
| 11/19/2007 | (6,581,009) |
| 3/26/2008 | (910,407) |
| 11/28/2008 | (5,399,113) |
| 11/28/2008 | (5,027,924) |
| Total: $ | (20,013,186) |

<u>**SCHEDULE A(47)**</u>

**ORBITA CAPITAL RETURN STRATEGY LIMITED – Adv. Pro. No. 11-02537**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(47)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(47)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(47)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

08-01789-cgm    Doc 12752    Filed 05/08/12    Entered 05/08/12 16:13:30    Exhibit B
Item 4    Pg 125 of 183

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO ORBITA**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 2/16/2005 | (30,662,226) |
| **Total:** | **$ (30,662,226)** |

**SCHEDULE A(48)**

**PICTET ET CIE – Adv. Pro. No. 11-01724**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(48)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(48)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(48)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE PICTET DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 2/14/2003 | (80,349) |
| 4/14/2003 | (36,064) |
| 4/14/2003 | (20,351) |
| 7/16/2003 | (524,086) |
| 2/18/2004 | (109,488) |
| 3/18/2004 | (40,000) |
| 4/21/2004 | (250,000) |
| 4/21/2004 | (20,000) |
| 5/17/2004 | (600,000) |
| 6/17/2004 | (152,351) |
| 6/17/2004 | (112,101) |
| 6/17/2004 | (25,000) |
| 7/16/2004 | (550,000) |
| 7/16/2004 | (284,204) |
| 7/16/2004 | (169,553) |
| 7/16/2004 | (109,285) |
| 7/16/2004 | (44,797) |
| 9/15/2004 | (68,468) |
| 10/19/2004 | (31,076) |
| 12/13/2004 | (200,369) |
| 12/13/2004 | (99,269) |
| 12/13/2004 | (57,953) |
| 1/14/2005 | (51,281) |
| 2/16/2005 | (1,100,000) |
| 3/14/2005 | (70,355) |
| 3/14/2005 | (56,191) |
| 3/15/2005 | (103,701) |
| 3/15/2005 | (89,237) |
| 4/14/2005 | (75,003) |
| 4/14/2005 | (55,000) |
| 5/13/2005 | (50,000) |
| 5/13/2005 | (124,344) |
| 6/15/2005 | (214,511) |
| 6/15/2005 | (111,740) |
| 6/15/2005 | (25,000) |
| 8/15/2005 | (74,042) |
| 9/15/2005 | (70,972) |
| 9/15/2005 | (50,000) |
| 9/15/2005 | (7,014) |
| 10/14/2005 | (17,348) |
| 10/14/2005 | (347,166) |
| 10/28/2005 | (145,000) |
| 11/17/2005 | (1,422,703) |
| 11/17/2005 | (115,228) |
| 11/17/2005 | (4,030,000) |
| 11/17/2005 | (976,311) |
| 11/17/2005 | (123,862) |
| 11/17/2005 | (80,000) |
| 12/19/2005 | (65,268) |
| 1/19/2006 | (961,235) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE PICTET DEFENDANTS**

| Column 1 | Column 2 |
|----------|----------|
| Date | Amount |
| 1/19/2006 | (4,608,000) |
| 2/15/2006 | (219,448) |
| 3/17/2006 | (510,793) |
| 3/17/2006 | (4,728,068) |
| 3/17/2006 | (355,180) |
| 4/20/2006 | (203,480) |
| 4/20/2006 | (100,000) |
| 4/20/2006 | (33,733) |
| 4/21/2006 | (200,000) |
| 5/17/2006 | (174,515) |
| 6/16/2006 | (924,343) |
| 6/16/2006 | (45,000) |
| 6/16/2006 | (34,291) |
| 6/16/2006 | (27,341) |
| 6/16/2006 | (50,000) |
| 7/20/2006 | (259,730) |
| 7/20/2006 | (50,549) |
| 7/20/2006 | (56,661) |
| 8/14/2006 | (1,032,574) |
| 8/14/2006 | (48,765) |
| 9/14/2006 | (150,000) |
| 9/14/2006 | (161,460) |
| 10/12/2006 | (313,074) |
| 10/16/2006 | (318,787) |
| 11/14/2006 | (887,036) |
| 12/15/2006 | (121,691) |
| 1/16/2007 | (140,853) |
| 1/16/2007 | (66,119) |
| 1/16/2007 | (60,000) |
| 2/15/2007 | (70,822) |
| 3/16/2007 | (183,611) |
| 3/21/2007 | (34,328) |
| 4/17/2007 | (92,000) |
| 4/17/2007 | (69,858) |
| 5/16/2007 | (433,816) |
| 5/16/2007 | (125,861) |
| 5/16/2007 | (12,371) |
| 6/15/2007 | (115,000) |
| 6/15/2007 | (100,000) |
| 6/15/2007 | (99,770) |
| 6/15/2007 | (1,194,093) |
| 6/15/2007 | (30,000) |
| 7/19/2007 | (1,273,576) |
| 7/19/2007 | (395,071) |
| 7/19/2007 | (50,057) |
| 7/19/2007 | (28,138) |
| 7/19/2007 | (25,216) |
| 7/23/2007 | (90,382) |
| 8/17/2007 | (2,800,000) |
| 8/17/2007 | (50,000) |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE PICTET DEFENDANTS

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 9/17/2007 | (718,476) |
| 9/17/2007 | (216,212) |
| 9/17/2007 | (100,310) |
| 10/16/2007 | (466,034) |
| 10/31/2007 | (142,805) |
| 11/19/2007 | (527,527) |
| 11/19/2007 | (511,724) |
| 11/19/2007 | (319,689) |
| 11/19/2007 | (202,774) |
| 11/19/2007 | (124,988) |
| 12/19/2007 | (208,271) |
| 12/19/2007 | (100,000) |
| 1/17/2008 | (1,240,387) |
| 1/17/2008 | (40,000) |
| 2/15/2008 | (200,000) |
| 2/15/2008 | (113,259) |
| 3/18/2008 | (1,243,371) |
| 4/14/2008 | (147,601) |
| 4/14/2008 | (142,025) |
| 4/14/2008 | (108,473) |
| 4/14/2008 | (30,000) |
| 5/15/2008 | (131,992) |
| 5/15/2008 | (114,725) |
| 7/15/2008 | (686,923) |
| 7/15/2008 | (366,515) |
| 7/15/2008 | (40,000) |
| 8/18/2008 | (1,006,140) |
| 8/18/2008 | (186,816) |
| 8/18/2008 | (54,246) |
| 8/18/2008 | (20,000) |
| 9/16/2008 | (370,000) |
| 9/16/2008 | (341,216) |
| 9/16/2008 | (26,878) |
| 10/15/2008 | (174,255) |
| 10/15/2008 | (135,060) |
| 10/15/2008 | (75,053) |
| 11/19/2008 | (1,369,631) |
| 11/19/2008 | (508,966) |
| 11/19/2008 | (506,603) |
| 11/19/2008 | (15,000) |
| **Total:** | **$ (50,386,685)** |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO THE PICTET DEFENDANTS

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 1/26/2004 | (3,252,989) |
| 7/14/2005 | (97,238) |
| 2/15/2006 | (162,355) |
| 6/20/2006 | (102,132) |
| 3/15/2007 | (173,771) |
| 4/17/2007 | (304,573) |
| 9/20/2007 | (902,722) |
| 11/20/2007 | (22,247) |
| 11/20/2007 | (46,446) |
| 1/22/2008 | (1,735,257) |
| 7/21/2008 | (224,397) |
| 7/21/2008 | (205,031) |
| 7/21/2008 | (258,310) |
| 8/15/2008 | (60,137) |
| 8/31/2008 | (123,416) |
| 8/31/2008 | (141,693) |
| 9/19/2008 | (1,051,628) |
| 10/20/2008 | (13,124) |
| 11/21/2008 | (89,966) |
| 11/21/2008 | (98,197) |
| 11/21/2008 | (105,637) |
| 11/21/2008 | (133,640) |
| 11/21/2008 | (35,345) |
| Total: $ | (9,340,250) |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD LAMBDA TO THE PICTET DEFENDANTS

| Column 1 | Column 2 |
| --- | --- |
| Date | Amount |
| 11/19/2003 | (15,961) |
| 3/23/2004 | (42,315) |
| 9/24/2004 | (56,970) |
| 12/22/2004 | (36,744) |
| 12/22/2004 | (92,015) |
| 11/22/2005 | (117,189) |
| Total: | $ (361,194) |

## SCHEDULE A(49)

### QUILVEST FINANCE LIMITED – Adv. Pro. No. 11-02538

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(49)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(49)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(49)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO QUILVEST DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 2/14/2003 | (2,073,450) |
| 3/14/2003 | (198,696) |
| 4/14/2003 | (747,953) |
| 4/14/2003 | (581,721) |
| 5/14/2003 | (168,554) |
| 5/14/2003 | (210,313) |
| 5/14/2003 | (311,518) |
| 7/16/2003 | (54,186) |
| 7/16/2003 | (2,471,566) |
| 8/15/2003 | (113,360) |
| 9/17/2003 | (1,495,385) |
| 10/14/2003 | (178,309) |
| 10/14/2003 | (228,214) |
| 10/14/2003 | (424,544) |
| 11/19/2003 | (578,080) |
| 12/18/2003 | (1,374,582) |
| 1/21/2004 | (9,578) |
| 1/21/2004 | (502,350) |
| 1/21/2004 | (2,003,453) |
| 1/21/2004 | (2,456,944) |
| 2/18/2004 | (114,013) |
| 4/21/2004 | (414,182) |
| 5/17/2004 | (213,847) |
| 6/17/2004 | (296,957) |
| 7/16/2004 | (1,260,875) |
| 11/16/2004 | (293,383) |
| 12/13/2004 | (153,477) |
| 1/14/2005 | (140,214) |
| 1/14/2005 | (652,095) |
| 8/15/2005 | (85,148) |
| 5/15/2006 | (20,431) |
| 9/14/2006 | (168,199) |
| 9/14/2006 | (234,000) |
| 1/16/2007 | (1,296,425) |
| 3/16/2007 | (16,274,111) |

|  | Total: | $ | (37,800,115) |

## <u>SCHEDULE A(50)</u>

**SAFRA NATIONAL BANK OF NEW YORK – Adv. Pro. No. 11-01885**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(50)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(50)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(50)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SAFRA NEW YORK**

| Column 1 | Column 2 |
| --- | --- |
| **Date** | **Amount** |
| 9/17/2003 | (130,664) |
| 9/17/2003 | (146,127) |
| 7/16/2004 | (149,324) |
| 8/13/2004 | (5,000,000) |
| 9/15/2004 | (6,582,271) |
| 2/17/2005 | (27,149,445) |
| 3/15/2005 | (117,162) |
| 3/15/2005 | (351,445) |
| 3/15/2005 | (1,077,355) |
| 3/15/2005 | (1,764,084) |
| 4/14/2005 | (100,000) |
| 4/14/2005 | (109,770) |
| 4/14/2005 | (119,088) |
| 4/14/2005 | (129,909) |
| 4/14/2005 | (199,100) |
| 4/14/2005 | (238,177) |
| 4/14/2005 | (261,894) |
| 5/19/2005 | (108,712) |
| 5/19/2005 | (808,696) |
| 11/17/2005 | (115,239) |
| 11/17/2005 | (141,543) |
| 11/17/2005 | (169,063) |
| 11/17/2005 | (367,546) |
| 12/19/2005 | (115,097) |
| 12/19/2005 | (210,040) |
| 12/19/2005 | (389,596) |
| 1/19/2006 | (50,603) |
| 1/19/2006 | (102,923) |
| 1/19/2006 | (113,143) |
| 1/19/2006 | (287,010) |
| 1/19/2006 | (404,080) |
| 2/15/2006 | (126,495) |
| 2/15/2006 | (154,544) |
| 2/15/2006 | (327,632) |
| 3/17/2006 | (115,434) |
| 3/17/2006 | (189,799) |
| 3/17/2006 | (190,121) |
| 3/17/2006 | (203,119) |
| 3/17/2006 | (273,411) |
| 4/20/2006 | (41,346) |
| 4/20/2006 | (106,305) |
| 4/20/2006 | (254,080) |
| 5/15/2006 | (113,505) |
| 5/15/2006 | (114,016) |
| 5/15/2006 | (153,391) |
| 5/15/2006 | (155,832) |
| 5/15/2006 | (221,086) |
| 5/15/2006 | (241,278) |
| 5/15/2006 | (400,549) |
| 6/16/2006 | (91,442) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SAFRA NEW YORK**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 6/16/2006 | (91,442) |
| 6/16/2006 | (122,304) |
| 6/16/2006 | (237,510) |
| 6/16/2006 | (238,630) |
| 6/16/2006 | (316,378) |
| 6/16/2006 | (364,957) |
| 6/16/2006 | (595,517) |
| 7/20/2006 | (114,884) |
| 7/20/2006 | (122,926) |
| 7/20/2006 | (137,861) |
| 7/20/2006 | (252,504) |
| 7/20/2006 | (506,640) |
| 8/14/2006 | (61,595) |
| 8/14/2006 | (223,692) |
| 8/14/2006 | (278,645) |
| 9/14/2006 | (121,551) |
| 9/14/2006 | (154,814) |
| 9/14/2006 | (464,654) |
| 10/12/2006 | (141,283) |
| 10/12/2006 | (4,087,197) |
| 11/14/2006 | (82,804) |
| 11/14/2006 | (122,894) |
| 11/14/2006 | (129,577) |
| 11/14/2006 | (135,906) |
| 11/14/2006 | (139,537) |
| 11/14/2006 | (139,537) |
| 11/14/2006 | (142,861) |
| 11/14/2006 | (279,950) |
| 11/14/2006 | (376,547) |
| 11/14/2006 | (518,888) |
| 11/14/2006 | (529,617) |
| 11/14/2006 | (666,682) |
| 11/14/2006 | (1,084,962) |
| 12/15/2006 | (59,652) |
| 12/15/2006 | (102,757) |
| 12/15/2006 | (108,448) |
| 12/15/2006 | (112,934) |
| 12/15/2006 | (115,201) |
| 12/15/2006 | (169,413) |
| 12/15/2006 | (225,880) |
| 12/15/2006 | (255,229) |
| 12/15/2006 | (386,882) |
| 12/15/2006 | (2,264,883) |
| 1/16/2007 | (52,943) |
| 1/16/2007 | (143,248) |
| 1/16/2007 | (206,238) |
| 1/19/2007 | (165,195) |
| 2/15/2007 | (21,347) |
| 2/15/2007 | (125,655) |
| 2/15/2007 | (256,076) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SAFRA NEW YORK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 2/15/2007 | (603,356) |
| 3/16/2007 | (58,460) |
| 3/16/2007 | (151,007) |
| 3/16/2007 | (163,217) |
| 3/16/2007 | (341,621) |
| 3/16/2007 | (365,282) |
| 3/16/2007 | (528,728) |
| 3/16/2007 | (809,936) |
| 4/17/2007 | (504,360) |
| 4/17/2007 | (3,754,997) |
| 5/16/2007 | (78,086) |
| 5/16/2007 | (159,636) |
| 5/16/2007 | (257,320) |
| 5/16/2007 | (460,203) |
| 5/16/2007 | (1,400,884) |
| 5/16/2007 | (1,521,279) |
| 6/15/2007 | (131,322) |
| 6/15/2007 | (150,616) |
| 6/15/2007 | (361,665) |
| 6/15/2007 | (412,797) |
| 7/19/2007 | (167,140) |
| 7/19/2007 | (50,057) |
| 7/19/2007 | (85,467) |
| 7/19/2007 | (142,826) |
| 7/19/2007 | (150,570) |
| 7/19/2007 | (255,019) |
| 7/19/2007 | (524,891) |
| 7/19/2007 | (551,966) |
| 8/17/2007 | (129,487) |
| 8/17/2007 | (167,419) |
| 8/17/2007 | (223,124) |
| 8/17/2007 | (245,069) |
| 8/17/2007 | (271,584) |
| 8/17/2007 | (363,238) |
| 8/17/2007 | (423,139) |
| 8/17/2007 | (474,589) |
| 8/17/2007 | (713,494) |
| 9/19/2007 | (113,166) |
| 9/19/2007 | (130,636) |
| 9/19/2007 | (167,939) |
| 10/16/2007 | (104,102) |
| 10/16/2007 | (406,251) |
| 10/16/2007 | (515,826) |
| 11/19/2007 | (51,016) |
| 11/19/2007 | (112,585) |
| 11/19/2007 | (150,595) |
| 11/19/2007 | (453,232) |
| 11/19/2007 | (1,060,091) |
| 11/19/2007 | (3,448,245) |
| 12/19/2007 | (256,474) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SAFRA NEW YORK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 12/19/2007 | (543,987) |
| 1/17/2008 | (97,310) |
| 1/17/2008 | (112,561) |
| 1/17/2008 | (120,121) |
| 1/17/2008 | (349,110) |
| 1/17/2008 | (632,295) |
| 1/17/2008 | (646,439) |
| 1/17/2008 | (748,519) |
| 3/18/2008 | (113,849) |
| 3/18/2008 | (126,156) |
| **Total:** | **$ (95,853,575)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SAFRA NEW YORK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 5/4/2006 | (1,490,055) |
| 9/18/2006 | (155,930) |
| 12/18/2006 | (1,387,693) |
| 4/17/2007 | (163,500) |
| 6/19/2007 | (733,868) |
| 8/17/2007 | (176,820) |
| 9/20/2007 | (271,699) |
| 11/20/2007 | (494,867) |
| 12/18/2007 | (229,352) |
| 3/18/2008 | (597,622) |
| **Total:** | **$ (5,701,407)** |

## SCHEDULE A(51)

### SNS BANK N.V. – Adv. Pro. No. 12-01046

1.       The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(51)-1 or

proceeds of redemptions therefrom.

2.       The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(51)-1 was made.

3.       The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(51)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SNS DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/17/2003 | 118,046 |
| 2/14/2003 | 37,959 |
| 2/14/2003 | 110,346 |
| 3/14/2003 | 404,960 |
| 4/14/2003 | 36,226 |
| 4/14/2003 | 939,045 |
| 5/14/2003 | 641,531 |
| 6/16/2003 | 170,654 |
| 7/16/2003 | 2,215,212 |
| 10/14/2003 | 26,405 |
| 11/19/2003 | 119,438 |
| 12/18/2003 | 27,689 |
| 12/18/2003 | 151,809 |
| 1/21/2004 | 157,029 |
| 2/18/2004 | 136,154 |
| 3/18/2004 | 770,617 |
| 4/21/2004 | 121,532 |
| 5/17/2004 | 179,222 |
| 10/19/2004 | 99,865 |
| 11/16/2004 | 159,128 |
| 1/14/2005 | 20,513 |
| 2/16/2005 | 23,710 |
| 2/16/2005 | 24,318 |
| 3/15/2005 | 385,402 |
| 4/14/2005 | 108,518 |
| 5/13/2005 | 135,995 |
| 6/15/2005 | 1,943,239 |
| 7/15/2005 | 201,564 |
| 8/15/2005 | 816,418 |
| 9/15/2005 | 98,846 |
| 10/14/2005 | 188,483 |
| 11/17/2005 | 555,278 |
| 12/19/2005 | 573,966 |
| 1/19/2006 | 663,929 |
| 2/15/2006 | 1,664,602 |
| 3/17/2006 | 214,029 |
| 4/20/2006 | 986,915 |
| 5/15/2006 | 1,879,559 |
| 6/16/2006 | 146,285 |
| 7/20/2006 | 44,805 |
| 8/14/2006 | 165,348 |
| 9/14/2006 | 11,349 |
| 10/12/2006 | 648,588 |
| 11/14/2006 | 268,641 |
| 12/15/2006 | 49,500 |
| 1/16/2007 | 1,137,126 |
| 2/15/2007 | 112,188 |
| 3/16/2007 | 33,834 |
| 4/17/2007 | 288,242 |
| 5/16/2007 | 54,467 |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SNS DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/15/2007 | 91,060 |
| 11/19/2007 | 13,787 |
| 1/17/2008 | 150,886 |
| 3/18/2008 | 187,806 |
| 4/14/2008 | 26,735 |
| 7/15/2008 | 97,515 |
| 8/18/2008 | 400,321 |
| 10/15/2008 | 23,919 |
| **Total:** | **$ 21,060,551** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SNS DEFENDANTS**

| Column 1 | Column 2 |
| --- | --- |
| Date | Amount |
| 2/18/2003 | 127,170 |
| 3/18/2003 | 198,330 |
| 4/25/2003 | 82,697 |
| 6/12/2003 | 40,481 |
| 7/28/2003 | 209,071 |
| 10/22/2003 | 160,625 |
| 11/24/2003 | 264,886 |
| 12/22/2003 | 494,007 |
| 1/26/2004 | 233,996 |
| 1/26/2004 | 646,244 |
| 3/29/2004 | 194,935 |
| 4/27/2004 | 61,871 |
| 6/23/2004 | 849,984 |
| 7/22/2004 | 686,680 |
| 8/20/2004 | 53,647 |
| 10/15/2004 | 17,106 |
| 12/22/2004 | 44,755 |
| 1/18/2005 | 172,153 |
| 3/22/2005 | 47,995 |
| 3/23/2005 | 326,789 |
| 4/25/2005 | 134,432 |
| 5/19/2005 | 333,390 |
| 6/10/2005 | 4,736,127 |
| 7/14/2005 | 1,519,566 |
| 8/12/2005 | 848,705 |
| 9/15/2005 | 71,361 |
| 11/23/2005 | 5,608,244 |
| 12/21/2005 | 925,112 |
| 1/27/2006 | 1,424,638 |
| 2/15/2006 | 2,794,858 |
| 3/23/2006 | 661,848 |
| 4/21/2006 | 213,126 |
| 5/24/2006 | 728,618 |
| 6/20/2006 | 295,747 |
| 8/14/2006 | 109,157 |
| 9/18/2006 | 156,452 |
| 10/17/2006 | 65,549 |
| 11/17/2006 | 14,326 |
| 12/18/2006 | 231,692 |
| 1/19/2007 | 550,464 |
| 2/15/2007 | 744,759 |
| 3/15/2007 | 218,375 |
| 4/17/2007 | 138,963 |
| 4/17/2007 | 144,221 |
| 5/16/2007 | 551,439 |
| 6/19/2007 | 36,369 |
| 7/19/2007 | 55,442 |
| 8/17/2007 | 115,266 |
| 9/20/2007 | 95,254 |
| 10/19/2007 | 115,722 |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SNS DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/20/2007 | 800,205 |
| 12/18/2007 | 243,669 |
| 1/22/2008 | 4,664,045 |
| 2/15/2008 | 224,775 |
| 3/18/2008 | 803,691 |
| 4/18/2008 | 669,097 |
| 5/20/2008 | 976,456 |
| 6/18/2008 | 332,389 |
| 7/21/2008 | 501,285 |
| 8/15/2008 | 3,329,272 |
| 9/19/2008 | 187,125 |
| 10/20/2008 | 23,136 |
| 11/21/2008 | 233,054 |
| **Total:** | **$ 41,540,842** |

## <u>SCHEDULE A(52)</u>

### SNS GLOBAL CUSTODY B.V. – Adv. Pro. No. 12-01046

1.       The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(52)-1 or

proceeds of redemptions therefrom.

2.       The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(52)-1 was made.

3.       The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(52)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SNS DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/17/2003 | 118,046 |
| 2/14/2003 | 37,959 |
| 2/14/2003 | 110,346 |
| 3/14/2003 | 404,960 |
| 4/14/2003 | 36,226 |
| 4/14/2003 | 939,045 |
| 5/14/2003 | 641,531 |
| 6/16/2003 | 170,654 |
| 7/16/2003 | 2,215,212 |
| 10/14/2003 | 26,405 |
| 11/19/2003 | 119,438 |
| 12/18/2003 | 27,689 |
| 12/18/2003 | 151,809 |
| 1/21/2004 | 157,029 |
| 2/18/2004 | 136,154 |
| 3/18/2004 | 770,617 |
| 4/21/2004 | 121,532 |
| 5/17/2004 | 179,222 |
| 10/19/2004 | 99,865 |
| 11/16/2004 | 159,128 |
| 1/14/2005 | 20,513 |
| 2/16/2005 | 23,710 |
| 2/16/2005 | 24,318 |
| 3/15/2005 | 385,402 |
| 4/14/2005 | 108,518 |
| 5/13/2005 | 135,995 |
| 6/15/2005 | 1,943,239 |
| 7/15/2005 | 201,564 |
| 8/15/2005 | 816,418 |
| 9/15/2005 | 98,846 |
| 10/14/2005 | 188,483 |
| 11/17/2005 | 555,278 |
| 12/19/2005 | 573,966 |
| 1/19/2006 | 663,929 |
| 2/15/2006 | 1,664,602 |
| 3/17/2006 | 214,029 |
| 4/20/2006 | 986,915 |
| 5/15/2006 | 1,879,559 |
| 6/16/2006 | 146,285 |
| 7/20/2006 | 44,805 |
| 8/14/2006 | 165,348 |
| 9/14/2006 | 11,349 |
| 10/12/2006 | 648,588 |
| 11/14/2006 | 268,641 |
| 12/15/2006 | 49,500 |
| 1/16/2007 | 1,137,126 |
| 2/15/2007 | 112,188 |
| 3/16/2007 | 33,834 |
| 4/17/2007 | 288,242 |
| 5/16/2007 | 54,467 |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SNS DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/15/2007 | 91,060 |
| 11/19/2007 | 13,787 |
| 1/17/2008 | 150,886 |
| 3/18/2008 | 187,806 |
| 4/14/2008 | 26,735 |
| 7/15/2008 | 97,515 |
| 8/18/2008 | 400,321 |
| 10/15/2008 | 23,919 |
| **Total:** | **$ 21,060,551** |

12-01565-smb    Doc 81-14    Filed 05/08/12    Entered 05/08/12 16:13:30    Exhibit B
149 of 183

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SNS DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 2/18/2003 | 127,170 |
| 3/18/2003 | 198,330 |
| 4/25/2003 | 82,697 |
| 6/12/2003 | 40,481 |
| 7/28/2003 | 209,071 |
| 10/22/2003 | 160,625 |
| 11/24/2003 | 264,886 |
| 12/22/2003 | 494,007 |
| 1/26/2004 | 233,996 |
| 1/26/2004 | 646,244 |
| 3/29/2004 | 194,935 |
| 4/27/2004 | 61,871 |
| 6/23/2004 | 849,984 |
| 7/22/2004 | 686,680 |
| 8/20/2004 | 53,647 |
| 10/15/2004 | 17,106 |
| 12/22/2004 | 44,755 |
| 1/18/2005 | 172,153 |
| 3/22/2005 | 47,995 |
| 3/23/2005 | 326,789 |
| 4/25/2005 | 134,432 |
| 5/19/2005 | 333,390 |
| 6/10/2005 | 4,736,127 |
| 7/14/2005 | 1,519,566 |
| 8/12/2005 | 848,705 |
| 9/15/2005 | 71,361 |
| 11/23/2005 | 5,608,244 |
| 12/21/2005 | 925,112 |
| 1/27/2006 | 1,424,638 |
| 2/15/2006 | 2,794,858 |
| 3/23/2006 | 661,848 |
| 4/21/2006 | 213,126 |
| 5/24/2006 | 728,618 |
| 6/20/2006 | 295,747 |
| 8/14/2006 | 109,157 |
| 9/18/2006 | 156,452 |
| 10/17/2006 | 65,549 |
| 11/17/2006 | 14,326 |
| 12/18/2006 | 231,692 |
| 1/19/2007 | 550,464 |
| 2/15/2007 | 744,759 |
| 3/15/2007 | 218,375 |
| 4/17/2007 | 138,963 |
| 4/17/2007 | 144,221 |
| 5/16/2007 | 551,439 |
| 6/19/2007 | 36,369 |
| 7/19/2007 | 55,442 |
| 8/17/2007 | 115,266 |
| 9/20/2007 | 95,254 |
| 10/19/2007 | 115,722 |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SNS DEFENDANTS**

| Column 1 | Column 2 |
|----------|----------|
| Date | Amount |
| 11/20/2007 | 800,205 |
| 12/18/2007 | 243,669 |
| 1/22/2008 | 4,664,045 |
| 2/15/2008 | 224,775 |
| 3/18/2008 | 803,691 |
| 4/18/2008 | 669,097 |
| 5/20/2008 | 976,456 |
| 6/18/2008 | 332,389 |
| 7/21/2008 | 501,285 |
| 8/15/2008 | 3,329,272 |
| 9/19/2008 | 187,125 |
| 10/20/2008 | 23,136 |
| 11/21/2008 | 233,054 |
| Total: | $ 41,540,842 |

**<u>SCHEDULE A(53)</u>**

**SOMERS DUBLIN LIMITED – Adv. Pro. No. 11-02784**

1.  The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(53)-1 or proceeds of redemptions therefrom.

2.  The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(53)-1 was made.

3.  The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(53)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SOMERS DUBLIN**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 1/21/2004 | (1,055,648) |
| 7/16/2004 | (630,000) |
| 3/17/2006 | (300,000) |
| Total: | $ (1,985,648) |

## SCHEDULE A(54)

### SOMERS NOMINEES (FAR EAST) LIMITED – Adv. Pro. No. 11-02784

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(54)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(54)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(54)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SOMERS NOMINEES**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/21/2004 | (1,013,910) |
| 7/16/2004 | (3,126,161) |
| 9/15/2005 | (314,172) |
| **Total:** | $ (4,454,242) |

## <u>SCHEDULE A(55)</u>

**STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. f/k/a AMERICAN EXPRESS BANK INTERNATIONAL – Adv. Pro. No. 12-01565**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(55)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(55)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(55)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS**

| Column 1 | Column 2 |
| --- | --- |
| Date | Amount |
| 4/21/2004 | (23,743) |
| 8/15/2005 | (21,155) |
| 8/15/2005 | (7,474,315) |
| 10/14/2005 | (2,902,961) |
| 11/17/2005 | (55,616) |
| 11/17/2005 | (222,495) |
| 11/17/2005 | (280,631) |
| 11/17/2005 | (309,856) |
| 11/17/2005 | (516,430) |
| 12/19/2005 | (100,000) |
| 12/19/2005 | (112,077) |
| 12/19/2005 | (112,077) |
| 12/19/2005 | (237,000) |
| 12/19/2005 | (280,232) |
| 12/19/2005 | (280,232) |
| 12/19/2005 | (419,073) |
| 1/19/2006 | (50,000) |
| 1/19/2006 | (261,587) |
| 1/19/2006 | (500,403) |
| 2/15/2006 | (141,794) |
| 2/15/2006 | (283,709) |
| 2/15/2006 | (545,174) |
| 2/15/2006 | (567,407) |
| 2/17/2006 | (1,215,072) |
| 3/24/2006 | (9,723) |
| 3/24/2006 | (10,000) |
| 3/24/2006 | (200,000) |
| 4/20/2006 | (185,759) |
| 4/20/2006 | (310,550) |
| 4/20/2006 | (1,400,014) |
| 4/20/2006 | (2,270,212) |
| 4/20/2006 | (3,726,628) |
| 5/15/2006 | (263,957) |
| 5/15/2006 | (282,345) |
| 5/15/2006 | (1,201,477) |
| 6/16/2006 | (292,741) |
| 6/16/2006 | (541,017) |
| 6/16/2006 | (739,675) |
| 6/16/2006 | (799,879) |
| 7/20/2006 | (50,000) |
| 7/20/2006 | (130,000) |
| 7/20/2006 | (354,257) |
| 7/20/2006 | (358,175) |
| 7/20/2006 | (384,311) |
| 7/20/2006 | (590,965) |
| 7/20/2006 | (700,000) |
| 7/20/2006 | (1,065,264) |
| 8/14/2006 | (182,845) |
| 8/14/2006 | (413,120) |
| 9/14/2006 | (50,000) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 9/14/2006 | (158,114) |
| 9/14/2006 | (298,561) |
| 10/12/2006 | (54,000) |
| 10/12/2006 | (107,652) |
| 10/12/2006 | (159,505) |
| 11/14/2006 | (12,000) |
| 12/15/2006 | (578,306) |
| 1/16/2007 | (107,006) |
| 1/16/2007 | (538,265) |
| 2/15/2007 | (36,201) |
| 2/15/2007 | (744,191) |
| 4/17/2007 | (276,493) |
| 4/17/2007 | (316,617) |
| 7/19/2007 | (105,794) |
| 7/19/2007 | (221,788) |
| 7/19/2007 | (2,777,449) |
| 8/17/2007 | (65,000) |
| 8/17/2007 | (336,854) |
| 8/17/2007 | (1,199,627) |
| 8/17/2007 | (1,238,749) |
| 9/19/2007 | (50,000) |
| 9/19/2007 | (76,000) |
| 9/19/2007 | (1,639,931) |
| 9/19/2007 | (2,001,775) |
| 9/19/2007 | (3,080,131) |
| 9/19/2007 | (3,550,410) |
| 9/19/2007 | (3,723,277) |
| 9/19/2007 | (36,632,075) |
| 10/16/2007 | (242,000) |
| 10/16/2007 | (317,384) |
| 10/16/2007 | (330,000) |
| 10/16/2007 | (2,020,136) |
| 10/16/2007 | (4,660,609) |
| 10/16/2007 | (6,728,830) |
| 11/19/2007 | (56,400) |
| 11/19/2007 | (70,000) |
| 11/19/2007 | (150,000) |
| 11/19/2007 | (664,274) |
| 11/19/2007 | (958,238) |
| 11/19/2007 | (1,060,104) |
| 11/19/2007 | (2,068,866) |
| 11/19/2007 | (5,085,257) |
| 12/19/2007 | (20,000) |
| 12/19/2007 | (110,000) |
| 12/19/2007 | (854,875) |
| 12/19/2007 | (1,847,777) |
| 12/19/2007 | (2,197,861) |
| 12/19/2007 | (2,524,045) |
| 1/17/2008 | (50,000) |
| 1/17/2008 | (123,788) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/17/2008 | (232,736) |
| 1/17/2008 | (264,574) |
| 1/17/2008 | (1,508,591) |
| 1/17/2008 | (3,958,880) |
| 1/17/2008 | (6,514,834) |
| 2/15/2008 | (250,000) |
| 2/15/2008 | (389,922) |
| 2/15/2008 | (680,000) |
| 2/15/2008 | (1,210,426) |
| 2/15/2008 | (3,374,367) |
| 3/18/2008 | (103,434) |
| 3/18/2008 | (391,683) |
| 3/18/2008 | (1,037,557) |
| 3/18/2008 | (1,150,115) |
| 3/18/2008 | (1,944,635) |
| 3/18/2008 | (2,737,000) |
| 4/14/2008 | (500,000) |
| 4/14/2008 | (750,000) |
| 4/14/2008 | (1,080,994) |
| 4/14/2008 | (1,231,080) |
| 4/14/2008 | (1,692,650) |
| 5/15/2008 | (130,000) |
| 5/15/2008 | (383,983) |
| 5/15/2008 | (1,350,000) |
| 5/15/2008 | (1,659,977) |
| 5/15/2008 | (1,724,411) |
| 5/15/2008 | (3,570,761) |
| 6/17/2008 | (50,000) |
| 6/17/2008 | (200,000) |
| 6/17/2008 | (414,634) |
| 6/17/2008 | (551,009) |
| 6/17/2008 | (1,039,405) |
| 6/17/2008 | (1,183,300) |
| 7/15/2008 | (100,000) |
| 7/15/2008 | (230,000) |
| 7/15/2008 | (264,422) |
| 7/15/2008 | (1,197,722) |
| 7/15/2008 | (1,566,588) |
| 8/18/2008 | (264,351) |
| 8/18/2008 | (953,760) |
| 8/18/2008 | (1,313,602) |
| 8/18/2008 | (2,066,259) |
| 9/16/2008 | (150,000) |
| 9/16/2008 | (200,000) |
| 9/16/2008 | (242,160) |
| 9/16/2008 | (400,000) |
| 9/16/2008 | (500,000) |
| 9/16/2008 | (536,854) |
| 9/16/2008 | (840,372) |
| 9/16/2008 | (883,275) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 10/15/2008 | (130,000) |
| 10/15/2008 | (230,000) |
| 10/15/2008 | (379,074) |
| 10/15/2008 | (505,489) |
| 10/15/2008 | (567,651) |
| 10/15/2008 | (1,209,425) |
| 10/15/2008 | (6,289,943) |
| 11/19/2008 | (100,000) |
| 11/19/2008 | (1,115,743) |
| 11/19/2008 | (1,217,000) |
| 11/19/2008 | (8,020,000) |
| 11/19/2008 | (9,562,068) |
| 11/19/2008 | (9,727,680) |
| 11/19/2008 | (12,875,593) |
| 11/19/2008 | (42,715,822) |
| **Total:** | **$ (275,267,978)** |

08-01789-smb    Doc 12521    Filed 05/08/12    Entered 05/08/12 16:13:30    Exhibit B
Pg 165 of 194

<u>**SCHEDULE A(56)**</u>

**STANDARD CHARTERED INTERNATIONAL (USA) LTD. f/k/a AMERICAN EXPRESS BANK
LTD. – Adv. Pro. No. 12-01565**

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(56)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(56)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(56)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/21/2004 | (23,743) |
| 8/15/2005 | (21,155) |
| 8/15/2005 | (7,474,315) |
| 10/14/2005 | (2,902,961) |
| 11/17/2005 | (55,616) |
| 11/17/2005 | (222,495) |
| 11/17/2005 | (280,631) |
| 11/17/2005 | (309,856) |
| 11/17/2005 | (516,430) |
| 12/19/2005 | (100,000) |
| 12/19/2005 | (112,077) |
| 12/19/2005 | (112,077) |
| 12/19/2005 | (237,000) |
| 12/19/2005 | (280,232) |
| 12/19/2005 | (280,232) |
| 12/19/2005 | (419,073) |
| 1/19/2006 | (50,000) |
| 1/19/2006 | (261,587) |
| 1/19/2006 | (500,403) |
| 2/15/2006 | (141,794) |
| 2/15/2006 | (283,709) |
| 2/15/2006 | (545,174) |
| 2/15/2006 | (567,407) |
| 2/17/2006 | (1,215,072) |
| 3/24/2006 | (9,723) |
| 3/24/2006 | (10,000) |
| 3/24/2006 | (200,000) |
| 4/20/2006 | (185,759) |
| 4/20/2006 | (310,550) |
| 4/20/2006 | (1,400,014) |
| 4/20/2006 | (2,270,212) |
| 4/20/2006 | (3,726,628) |
| 5/15/2006 | (263,957) |
| 5/15/2006 | (282,345) |
| 5/15/2006 | (1,201,477) |
| 6/16/2006 | (292,741) |
| 6/16/2006 | (541,017) |
| 6/16/2006 | (739,675) |
| 6/16/2006 | (799,879) |
| 7/20/2006 | (50,000) |
| 7/20/2006 | (130,000) |
| 7/20/2006 | (354,257) |
| 7/20/2006 | (358,175) |
| 7/20/2006 | (384,311) |
| 7/20/2006 | (590,965) |
| 7/20/2006 | (700,000) |
| 7/20/2006 | (1,065,264) |
| 8/14/2006 | (182,845) |
| 8/14/2006 | (413,120) |
| 9/14/2006 | (50,000) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 9/14/2006 | (158,114) |
| 9/14/2006 | (298,561) |
| 10/12/2006 | (54,000) |
| 10/12/2006 | (107,652) |
| 10/12/2006 | (159,505) |
| 11/14/2006 | (12,000) |
| 12/15/2006 | (578,306) |
| 1/16/2007 | (107,006) |
| 1/16/2007 | (538,265) |
| 2/15/2007 | (36,201) |
| 2/15/2007 | (744,191) |
| 4/17/2007 | (276,493) |
| 4/17/2007 | (316,617) |
| 7/19/2007 | (105,794) |
| 7/19/2007 | (221,788) |
| 7/19/2007 | (2,777,449) |
| 8/17/2007 | (65,000) |
| 8/17/2007 | (336,854) |
| 8/17/2007 | (1,199,627) |
| 8/17/2007 | (1,238,749) |
| 9/19/2007 | (50,000) |
| 9/19/2007 | (76,000) |
| 9/19/2007 | (1,639,931) |
| 9/19/2007 | (2,001,775) |
| 9/19/2007 | (3,080,131) |
| 9/19/2007 | (3,550,410) |
| 9/19/2007 | (3,723,277) |
| 9/19/2007 | (36,632,075) |
| 10/16/2007 | (242,000) |
| 10/16/2007 | (317,384) |
| 10/16/2007 | (330,000) |
| 10/16/2007 | (2,020,136) |
| 10/16/2007 | (4,660,609) |
| 10/16/2007 | (6,728,830) |
| 11/19/2007 | (56,400) |
| 11/19/2007 | (70,000) |
| 11/19/2007 | (150,000) |
| 11/19/2007 | (664,274) |
| 11/19/2007 | (958,238) |
| 11/19/2007 | (1,060,104) |
| 11/19/2007 | (2,068,866) |
| 11/19/2007 | (5,085,257) |
| 12/19/2007 | (20,000) |
| 12/19/2007 | (110,000) |
| 12/19/2007 | (854,875) |
| 12/19/2007 | (1,847,777) |
| 12/19/2007 | (2,197,861) |
| 12/19/2007 | (2,524,045) |
| 1/17/2008 | (50,000) |
| 1/17/2008 | (123,788) |

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 1/17/2008 | (232,736) |
| 1/17/2008 | (264,574) |
| 1/17/2008 | (1,508,591) |
| 1/17/2008 | (3,958,880) |
| 1/17/2008 | (6,514,834) |
| 2/15/2008 | (250,000) |
| 2/15/2008 | (389,922) |
| 2/15/2008 | (680,000) |
| 2/15/2008 | (1,210,426) |
| 2/15/2008 | (3,374,367) |
| 3/18/2008 | (103,434) |
| 3/18/2008 | (391,683) |
| 3/18/2008 | (1,037,557) |
| 3/18/2008 | (1,150,115) |
| 3/18/2008 | (1,944,635) |
| 3/18/2008 | (2,737,000) |
| 4/14/2008 | (500,000) |
| 4/14/2008 | (750,000) |
| 4/14/2008 | (1,080,994) |
| 4/14/2008 | (1,231,080) |
| 4/14/2008 | (1,692,650) |
| 5/15/2008 | (130,000) |
| 5/15/2008 | (383,983) |
| 5/15/2008 | (1,350,000) |
| 5/15/2008 | (1,659,977) |
| 5/15/2008 | (1,724,411) |
| 5/15/2008 | (3,570,761) |
| 6/17/2008 | (50,000) |
| 6/17/2008 | (200,000) |
| 6/17/2008 | (414,634) |
| 6/17/2008 | (551,009) |
| 6/17/2008 | (1,039,405) |
| 6/17/2008 | (1,183,300) |
| 7/15/2008 | (100,000) |
| 7/15/2008 | (230,000) |
| 7/15/2008 | (264,422) |
| 7/15/2008 | (1,197,722) |
| 7/15/2008 | (1,566,588) |
| 8/18/2008 | (264,351) |
| 8/18/2008 | (953,760) |
| 8/18/2008 | (1,313,602) |
| 8/18/2008 | (2,066,259) |
| 9/16/2008 | (150,000) |
| 9/16/2008 | (200,000) |
| 9/16/2008 | (242,160) |
| 9/16/2008 | (400,000) |
| 9/16/2008 | (500,000) |
| 9/16/2008 | (536,854) |
| 9/16/2008 | (840,372) |
| 9/16/2008 | (883,275) |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO THE STANDARD CHARTERED DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/15/2008 | (130,000) |
| 10/15/2008 | (230,000) |
| 10/15/2008 | (379,074) |
| 10/15/2008 | (505,489) |
| 10/15/2008 | (567,651) |
| 10/15/2008 | (1,209,425) |
| 10/15/2008 | (6,289,943) |
| 11/19/2008 | (100,000) |
| 11/19/2008 | (1,115,743) |
| 11/19/2008 | (1,217,000) |
| 11/19/2008 | (8,020,000) |
| 11/19/2008 | (9,562,068) |
| 11/19/2008 | (9,727,680) |
| 11/19/2008 | (12,875,593) |
| 11/19/2008 | (42,715,822) |
| **Total:** | $ (275,267,978) |

## SCHEDULE A(57)

## TENSYR LIMITED – Adv. Pro. No.  10-05353

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(57)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(57)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(57)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO TENSYR LIMITED**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 7/19/2007 | (15,600,000) |
| 1/18/2008 | (10,500,000) |
| 7/15/2008 | (4,700,000) |
| **Total:** | **$ (30,800,000)** |

## SCHEDULE A(58)

**THE PUBLIC INSTITUTION FOR SOCIAL SECURITY – Adv. Pro. No. 12-01002**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(58)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(58)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(58)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO PIFSS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 4/14/2003 | (10,000,000) |
| 1/21/2004 | (20,000,000) |
| **Total:** $ | **(30,000,000)** |

<u>**SCHEDULE A(59)**</u>

**THE SUMITOMO TRUST AND BANKING CO., LTD. – Adv. Pro. No. 11-02573**

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(59)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(59)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(59)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SUMITOMO**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 10/16/2007 | (54,253,642) |

|  | | |
|--|--|--|
| **Total:** | **$** | **(54,253,642)** |

## SCHEDULE A(60)

### TRINCASTER CORPORATION – Adv. Pro. No. 11-02731

1.       The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(60)-1 or

proceeds of redemptions therefrom.

2.       The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(60)-1 was made.

3.       The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(60)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO TRINCASTER**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/21/2004 | (2,000,000) |
| 2/16/2005 | (2,000,000) |
| 11/17/2005 | (311,800) |
| 6/16/2006 | (2,000,000) |
| 7/19/2007 | (4,000,000) |
| 12/19/2007 | (3,000,000) |
| **Total:** $ | **(13,311,800)** |

## SCHEDULE A(61)

### UNIFORTUNE ASSET MANAGEMENT SGR SPA – Adv. Pro. No. 11-02553

1.      The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(61)-1 or

proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(61)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(61)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or
for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property
transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO UNIFORTUNE DEFENDANTS**

| Column 1 | Column 2 |
| --- | --- |
| **Date** | **Amount** |
| 11/17/2005 | (6,096,986) |
| 11/17/2005 | (10,214,483) |
| 2/15/2006 | (22,111) |
| 2/15/2007 | (11,729) |
| 8/17/2007 | (6,850) |
| 10/16/2007 | (3,491) |
| **Total:** | **$    (16,355,651)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO UNIFORTUNE DEFENDANTS**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 3/24/2006 | (10,411,704) |
| 10/17/2006 | (5,623) |
| Total: $ | (10,417,327) |

**SCHEDULE A(62)**

**UNIFORTUNE CONSERVATIVE FUND – Adv. Pro. No. 11-02553**

1.        The name, and if known, the email and physical address and telephone number of any

other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(62)-1 or

proceeds of redemptions therefrom.

2.        The name, and if known, the email and physical address and telephone number of any

and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached

Schedule A(62)-1 was made.

3.        The name, and if known, the email and physical address and telephone number of any

and all persons or entities who exercised dominion and control over any transfer of Customer Property set

forth in the attached Schedule A(62)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO UNIFORTUNE DEFENDANTS**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 11/17/2005 | (6,096,986) |
| 11/17/2005 | (10,214,483) |
| 2/15/2006 | (22,111) |
| 2/15/2007 | (11,729) |
| 8/17/2007 | (6,850) |
| 10/16/2007 | (3,491) |
| **Total:** | **$ (16,355,651)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO UNIFORTUNE DEFENDANTS**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 3/24/2006 | (10,411,704) |
| 10/17/2006 | (5,623) |
| **Total:** $ | **(10,417,327)** |

## SCHEDULE A(63)

### VONTOBEL ASSET MANAGEMENT INC. – Adv. Pro. No. 12-01202

1.      The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(63)-1 or proceeds of redemptions therefrom.

2.      The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(63)-1 was made.

3.      The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(63)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BANK VONTOBEL**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 6/16/2003 | (227,490) |
| 12/13/2004 | (270,252) |
| 6/22/2005 | (403,787) |
| 7/15/2005 | (68,663) |
| 8/15/2005 | (1,004,231) |
| 9/15/2005 | (1,005,847) |
| 1/19/2006 | (147,938) |
| 1/19/2006 | (56,951) |
| 2/15/2006 | (476,648) |
| 3/17/2006 | (1,523,944) |
| 3/17/2006 | (146,589) |
| 4/20/2006 | (791,992) |
| 5/15/2006 | (45,402) |
| 5/15/2006 | (34,052) |
| 6/16/2006 | (184,553) |
| 6/16/2006 | (127,653) |
| 7/3/2006 | (29,673) |
| 7/20/2006 | (162,423) |
| 11/14/2006 | (269,706) |
| 1/16/2007 | (53,160) |
| 2/15/2007 | (107,397) |
| 4/17/2007 | (474,895) |
| 5/16/2007 | (19,837) |
| 6/15/2007 | (85,066) |
| 8/17/2007 | (81,478) |
| 9/19/2007 | (207,470) |
| 9/19/2007 | (40,237) |
| 10/16/2007 | (298,468) |
| 10/16/2007 | (111,872) |
| 10/16/2007 | (12,695) |
| **Total:** | **$ (8,470,371)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO VONTOBEL FUND AND/OR VONTOBEL MANAGEMENT**

| Column 1 Date | Column 2 Amount |
|---|---|
| 3/14/2003 | (325,000) |
| 4/14/2003 | (330,000) |
| 5/14/2003 | (270,000) |
| 6/16/2003 | (2,805,000) |
| 10/14/2003 | (500,000) |
| 12/18/2003 | (200,000) |
| 4/14/2005 | (200,000) |
| 6/15/2005 | (250,000) |
| 12/19/2005 | (600,000) |
| 5/15/2006 | (400,000) |
| 7/20/2006 | (12,042,008) |
| **Total:** | **$ (17,922,008)** |

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BANK VONTOBEL**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 6/12/2003 | (1,163,932) |
| Total: | $ (1,163,932) |

## SCHEDULE A(64)

## ZCM ASSET HOLDING COMPANY (BERMUDA) LLC – Adv. Pro. No.  12-01512

1.        The name, and if known, the email and physical address and telephone number of any other recipient, if any, of the transfers of Customer Property[1] set forth in the attached Schedule A(64)-1 or proceeds of redemptions therefrom.

2.        The name, and if known, the email and physical address and telephone number of any and all persons or entitles for whose benefit any transfer of Customer Property set forth in the attached Schedule A(64)-1 was made.

3.        The name, and if known, the email and physical address and telephone number of any and all persons or entities who exercised dominion and control over any transfer of Customer Property set forth in the attached Schedule A(64)-1 or proceeds of redemptions therefrom.

---

[1] SIPA § 78*lll*(4) defines "Customer Property" as cash and securities at any time received, acquired, or held by, or for the account of, a debtor from, or for, the securities accounts of a customer, and the proceeds of any such property transferred by the debtor, including property unlawfully converted.

## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO ZCM

|  Column 1 |  Column 2 |
| :---: | :---: |
|  Date |  Amount |
| 1/17/2003 | (619,036) |
| 3/14/2003 | (2,325,000) |
| 4/14/2003 | (300,000) |
| 5/14/2003 | (360,000) |
| 5/19/2003 | (1,300,000) |
| 6/16/2003 | (170,000) |
| 6/18/2003 | (750,000) |
| 8/15/2003 | (130,000) |
| 9/17/2003 | (380,000) |
| 10/14/2003 | (20,000) |
| 10/14/2003 | (150,000) |
| 10/14/2003 | (1,060,000) |
| 11/19/2003 | (135,000) |
| 1/21/2004 | (1,400,000) |
| 2/20/2004 | (75,000) |
| 2/20/2004 | (75,000) |
| 2/20/2004 | (100,000) |
| 4/21/2004 | (50,000) |
| 6/17/2004 | (110,000) |
| 7/16/2004 | (200,000) |
| 8/13/2004 | (120,000) |
| 12/13/2004 | (90,000) |
| 1/14/2005 | (50,000) |
| 2/16/2005 | (110,000) |
| 3/15/2005 | (70,000) |
| 4/14/2005 | (780,000) |
| 5/13/2005 | (50,000) |
| 6/15/2005 | (700,000) |
| 7/15/2005 | (660,000) |
| 8/15/2005 | (250,000) |
| 9/15/2005 | (250,000) |
| 10/14/2005 | (750,000) |
| 11/17/2005 | (800,000) |
| 12/19/2005 | (475,000) |
| 1/19/2006 | (325,000) |
| 4/20/2006 | (2,073,209) |
| 6/16/2006 | (2,110,587) |
| 8/14/2006 | (3,444,371) |
| 8/14/2006 | (1,674,588) |

|  | Total: | $ | (24,491,791) |

Exhibit C

| Defendant | Adversary Proceeding Number | Counsel's Service Information, or if no Counsel has Appeared, Defendant's Service Address |
|---|---|---|
| ABU DHABI INVESTMENT AUTHORITY | 11-02493 | marcgreenwald@quinnemaneuel.com<br>erickay@quinnemanuel.com |
| ARDEN ASSET MANAGEMENT LLC | 12-01023 | munno@sewkis.com<br>deroche@sewkis.com |
| ATLANTIC SECURITY BANK | 11-02730 | Andrew.Karron@aporter.com<br>Scott.Schreiber@aporter.com |
| BANCA CARIGE S.P.A. | 11-02570 | dmark@kasowitz.com |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | 10-05351 | heather.kafele@shearman.com<br>jshally@shearman.com |
| BANCO ITAU EUROPA INTERNATIONAL | 12-01019 | heather.kafele@shearman.com<br>jshally@shearman.com |
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 12-01019 | heather.kafele@shearman.com<br>jshally@shearman.com |
| BANK HAMPOALIM B.M. | 12-01216 | sbalber@chadbourne.com<br>bbleiburg@chadbourne.com |
| BANK JULIUS BAER & CO. LTD. | 11-02922 | jcooney@mckoolsmith.com<br>ehalper@mckoolsmith.com<br>vweber@mckoolsmith.com |
| BANQUE PRIVEE ESPIRITO SANTA S.A. (F/K/A COMPAGNIE BANCAIRE ESPIRITO SANTO S.A.) | 11-02571 | eoconnor@fzwz.com |
| BANQUE SYZ & CO., S.A. | 11-02149 | rlevin@cravath.com |
| BARCLAYS BANK (SUISSE) S.A. | 11-02569 | andrew.behrman@hoganlovells.com<br>jordan.estes@hoganlovells.com<br>marc.gottridge@hoganlovells.com |
| BARCLAYS BANK S.A. | 11-02569 | andrew.behrman@hoganlovells.com<br>jordan.estes@hoganlovells.com<br>marc.gottridge@hoganlovells.com |

Exhibit C

| Defendant | Adversary Proceeding Number | Counsel's Service Information, or if no Counsel has Appeared, Defendant's Service Address |
|---|---|---|
| BARCLAYS PRIVATE BANK & TRUST LIMITED | 11-02569 | andrew.behrman@hoganlovells.com<br>jordan.estes@hoganlovells.com<br>marc.gottridge@hoganlovells.com |
| SIX SIS AG | 12-01195 | Baslerstrasse 100<br>CH-4600 Olten<br>Switzerland<br>erin.valentine@chaffetzlindsey.com |
| BROWN BROTHERS HARRIMAN & CO. | 12-01217 | anthony.paccione@kattenlaw.com |
| BSI AG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BANCO DEL GOTTARDO | 12-01209 | charles.platt@wilmerhale.com<br>jeremy.winer@wilmerhale.com |
| BUREAU OF LABOR INSURANCE | 11-02732 | mhimmel@lowenstein.com<br>akushner@lowenstein.com |
| CACEIS BANK | 11-02758 | tkinzler@kelleydrye.com<br>jmetzinger@kelleydrye.com<br>dschimmel@kelleydrye.com |
| CACEIS BANK LUXEMBOURG | 11-02758 | tkinzler@kelleydrye.com<br>jmetzinger@kelleydrye.com<br>dschimmel@kelleydrye.com |
| CATHAY LIFE INSURANCE CO. LTD. | 11-02568 | david.parham@bakermckenzie.com |
| CITIBANK GLOBAL MARKETS LIMITED | 10-05345 | cboccuzzi@cgsh.com<br>jbuzzetta@cgsh.com<br>dlivshiz@cgsh.com |
| CONCORD MANAGEMENT LLC | 11-02543 | rlevin@cravath.com |
| DELTA NATIONAL BANK AND TRUST COMPANY | 11-02551 | dellajo@duanemorris.com<br>wheuer@duanemorris.com |
| DEZ FINANCIAL MANAGEMENT LTD. | 11-02552 | dgreenwald@cravath.com<br>rlevin@cravath.com |

**Exhibit C**

| Defendant | Adversary Proceeding Number | Counsel's Service Information, or if no Counsel has Appeared, Defendant's Service Address |
|---|---|---|
| FALCON PRIVATE BANK LTD. (f/k/a AIG PRIVAT BANK AG) | 11-02923 | eric.fishman@pillsburylaw.com<br>danielle.grinblat@pillsburylaw.com |
| FULLERTON CAPITAL PTE LTD. | 12-01004 | Pamela.Miller@aporter.com |
| GROSVENOR BALANCED GROWTH FUND LIMITED | 12-01021 | rspinogatti@proskauer.com |
| GROSVENOR INVESTMENT MANAGEMENT LTD. | 12-01021 | rspinogatti@proskauer.com |
| GROSVENOR PRIVATE RESERVE FUND LIMITED | 12-01021 | rspinogatti@proskauer.com |
| GROSVENOR AGGRESSIVE GROWTH FUND LIMITED | 12-01021 | rspinogatti@proskauer.com |
| INTELIGO BANK LTD. PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH | 11-02763 | hkafele@shearman.com<br>jshally@shearman.com |
| KOCH INDUSTRIES INC., AS SUCCESSOR IN INTEREST TO KOCH INVESTMENT (UK) COMPANY | 12-07047 | jguy@orrick.com<br>jburke@orrick.com |
| KOREA EXCHANGE BANK INDIVIDUALLY, AND AS TRUSTEE FOR KOREA GLOBAL ALL ASSET TRUST I-1 AND TAMS RAINBOW TRUST III | 11-02572 | rcirillo@kslaw.com<br>jedgemon@kslaw.com |
| LANDIS INVERSIONES S.L. | 11-02930 | joseph.samet@bakermckenzie.com |
| LIGHTHOUSE DIVERSIFIED FUND LIMITED | 11-02762 | elicker@loeb.com |
| LIGHTHOUSE PARTNERS LLC | 11-02762 | elicker@loeb.com |
| LIGHTHOUSE SUPERCASH FUND LIMITED | 11-02762 | elicker@loeb.com |
| LION GLOBAL INVESTORS LIMITED | 11-02540 | rspinogatti@proskauer.com |

Exhibit C

| Defendant | Adversary Proceeding Number | Counsel's Service Information, or if no Counsel has Appeared, Defendant's Service Address |
|---|---|---|
| MERITZ FIRE & MARINE INSURANCE CO. LTD. | 11-02539 | kdarr@steptoe.com<br>skim@steptoe.com |
| MERRILL LYNCH BANK (SUISSE) S.A. | 11-02910 | Pamela.Miller@aporter.com<br>Kent.Yalowitz@aporter.com |
| MERRILL LYNCH INTERNATIONAL | 10-05346 | Pamela.Miller@aporter.com<br>Kent.Yalowitz@aporter.com |
| NAIDOT & CO. | 11-02733 | hkafele@shearman.com<br>jshally@shearman.com |
| NATIONAL BANK OF KUWAIT S.A.K. | 11-02554 | RCirillo@kslaw.com |
| NATIXIS | 10-05353 | jcioffi@dglaw.com<br>bginsberg@dglaw.com<br>jserritella@dglaw.com |
| NOMURA BANK INTERNATIONAL PLC | 10-05348 | bpolovoy@shearman.com |
| ORBITA CAPITAL RETURN STRATEGY LIMITED | 11-02537 | gary.mennitt@dechert.com<br>jonathan.perry@dechert.com |
| PICTET ET CIE | 11-01724 | mewiles@debevoise.com |
| QUILVEST FINANCE LIMITED | 11-02538 | sjfriedman@jonesday.com<br>telynch@jonesday.com |
| SAFRA NATIONAL BANK OF NEW YORK | 11-01885 | lacyr@sullcrom.com |
| SNS BANK N.V. | 12-01046 | george.schuster@wilmerhale.com |
| SNS GLOBAL CUSTODY B.V. | 12-01046 | george.schuster@wilmerhale.com |
| SOMERS DUBLIN LIMITED | 11-02784 | dbrodsky@cgsh.com<br>edavis@cgsh.com<br>tmoloney@cgsh.com |

Exhibit C

| Defendant | Adversary Proceeding Number | Counsel's Service Information, or if no Counsel has Appeared, Defendant's Service Address |
|---|---|---|
| SOMERS NOMINEES (FAR EAST) LIMITED | 11-02784 | dbrodsky@cgsh.com<br>edavis@cgsh.com<br>tmoloney@cgsh.com |
| STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. f/k/a AMERICAN EXPRESS BANK INTERNATIONAL | 12-01565 | 1111 Brickell Avenue<br>Miami, Florida 33131 |
| STANDARD CHARTERED INTERNATIONAL (USA) LTD. f/k/a AMERICAN EXPRESS BANK LTD. | 12-01565 | 1095 Avenue of the Americas<br>New York, New York 10036 |
| TENSYR LIMITED | 10-05353 | david.onorato@freshfields.com<br>jessica.simonoff@freshfields.com |
| THE PUBLIC INSTITUTION FOR SOCIAL SECURITY | 12-01002 | dglosband@goodwinprocter.com<br>cnewcomb@goodwinprocter.com |
| THE SUMITOMO TRUST AND BANKING CO., LTD. | 11-02573 | zlandsman@beckerglynn.com |
| TRINCASTER CORPORATION | 11-02731 | rlevin@cravath.com<br>bsmith@cravath.com |
| UNIFORTUNE ASSET MANAGEMENT SGR S.P.A. | 11-02553 | rbaron@cravath.com<br>lfornarotto@cravath.com<br>dgreenwald@cravath.com |
| UNIFORTUNE CONSERVATIVE FUND | 11-02553 | rbaron@cravath.com<br>lfornarotto@cravath.com<br>dgreenwald@cravath.com |
| VONTOBEL ASSET MANAGEMENT INC. | 12-01202 | 1540 Broadway, 38th floor<br>New York, New York 10036 |
| ZCM ASSET HOLDING COMPANY (BERMUDA) LLC | 12-01512 | c/o Appleby Canon's Court<br>22 Victoria Street<br>Hamilton HM12 Bermuda |