**Baker & Hostetler LLP**  　　　　　　　　　　Hearing Date: May 30, 2012, 10:00 AM
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long
Mark A. Kornfeld
Marc E. Hirschfield
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,　　　　　Plaintiff-Applicant,　　v.　BERNARD L. MADOFF INVESTMENT SECURITIES LLC,　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)　SIPA Liquidation　(Substantively Consolidated) |
| In re:　BERNARD L. MADOFF,　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,　　　　　Plaintiff,　　v.　THE DEFENDANTS IDENTIFIED IN EXHIBIT A,　　　　　Defendants. | Adv. Pro. No. As Identified in Exhibit A (BRL) |

**LIMITED NOTICE OF WITHDRAWAL OF TRUSTEE'S APPLICATION SEEKING ENTRY OF ORDER DIRECTING DEFENDANTS TO MAKE EXPEDITED LIMITED INITIAL DISCLOSURES OR PROVIDE IMMEDIATE NOTICE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, hereby withdraws—only as to the Defendants identified in the chart below—his application by way of order to show cause dated May 7, 2012 for an order directing certain Defendants identified in Exhibit A to make expedited limited initial disclosures, or to provide immediate notice of certain adversary proceedings ("Application"). The Application has been withdrawn as to certain Defendants because the parties have addressed the issues.

Following this Court's and the British Virgin Islands Court's approval of the settlement between the Trustee and the Liquidators of the Fairfield Funds[1], the Trustee began filing a series of adversary proceedings against defendants, who, based on the documents available to the Trustee, received large subsequent transfers of Customer Property through the Fairfield Funds. The Trustee filed the first of these proceedings in August 2011, and the filings have continued since that time. Through April 1, 2012, the Trustee has named 135 defendants in separate 74 adversary proceedings. Translating and serving complaints under The Hague Convention on the

---

[1] Terms not otherwise defined herein have the meanings ascribed to them in the Trustee's Memorandum of Law dated May 7, 2012 filed in support of the Application.

2

Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters often took months.

Prior to filing each complaint, counsel for the Trustee carefully reviewed information as to the transfers each defendant received. In so doing, counsel reviewed approximately 375,000 documents produced by the Fairfield Greenwich Group, the Fairfield Funds, and the Fairfield Funds' custodian, Citco Global Custody N.V. Within these documents, the Trustee had visibility only to the Fairfield Funds' registered investors.

Upon service, all but one defendant requested extensions of time to respond to the Trustee's complaints. The Trustee agreed to the requests in light of the proceedings taking place in the *Picard v. Katz* case assigned to Judge Rakoff in the District Court. The parties hoped that after Judge Rakoff's ruling on the motions to dismiss in *Katz*, a request to file an interlocutory appeal would be granted, thus giving the parties in these adversary proceedings finality as to the common issues of law concerning the avoidance provisions at issue. In addition, defendants sought extensions on the grounds they did not want to expend resources litigating legal issues that might be resolved in other adversary proceedings pending in, or on appeal from, the District Court.

The District Court ultimately denied the Trustee's request to file an interlocutory appeal in the *Katz* case in January 2012. As a consequence, and at the request of the defendants, the parties in these proceedings agreed to further extensions of time to await a decision on motions for summary judgment in *Katz*. The District Court ruled on the motions for summary judgment in February, 2012, shortly before the March response dates in the present adversary proceedings. As a result, the Trustee agreed to the defendants' requests to further extend the response date until early June. In addition to those defendants who requested and received extensions of time,

3

the Trustee also agreed to extensions of time as to those defendants on whom the Complaint was served in March or April.

In the interim, this Court entered an order granting parties the ability to extend response dates without further court order until September 14, 2012. Based on this order, several defendants requested their response date be extended again to September. The Trustee's counsel was mindful of the July 13, 2012 one-year anniversary of the finalization of the Fairfield Funds settlement, and several defendants alluded to the fact that they might assert a conduit defense. As a result, the Trustee agreed only to extend the response date if the requesting defendant was willing to waive the conduit defense in the stipulation extending the response date beyond July 13, 2012. A number of defendants agreed to do so and the stipulations documenting their waiver were filed with the Court. In contrast, a number of defendants were not only unwilling to waive the defense; they also refused to disclose whether they intended to assert the conduit defense. Consequently the Trustee refused to extend their response dates past the June, 2012 deadline.

Late during this process, some defendants argued the statute of limitations would expire not on July 13, 2012, but instead on June 7, 2012, the date this Court first conditionally approved the Fairfield Funds settlement. Faced with the information that the Trustee may have sued conduits rather than the beneficial transferees, and there existing no other source of information as to the identity of the beneficial transferees, the Trustee filed the Application in light of the purported June 7, 2012 statute of limitations deadline.

On May 12, 2012, numerous objections were filed to the Trustee's Application by the Defendants. Among other objections, the Defendants argued that foreign law precludes them from disclosing the names and addresses of former and present clients sought by the Trustee, that

4

this information would have to be sought using the Hague Convention, and that the Trustee is not entitled to the disclosure of this information under the Federal Rules of Civil Procedure.

At a hearing on the Application held on May 14, 2012, the Court ordered counsel for the Trustee to further meet and confer with the remaining defendants opposing the Application to attempt to resolve the objections. During such conferences, certain Defendants identified in the chart below represented that they would not raise a conduit defense. Other Defendants continued to refuse to disclose the identities and addresses sought by the Trustee and argued that they were simply unable to disclose under foreign law. The parties agreed that these Defendants, also identified in the chart below, would provide notice of the Trustee's litigation seeking the recovery of funds transferred to the Defendants' principals who may have received subsequent transfers of customer property through the Fairfield Funds.

Based on the foregoing, the Trustee has agreed to withdraw the Application as to the Defendants identified in the chart below.

| **Defendant** | **Adversary Proceeding Number** | **Application ECF Docket Number** |
|---|---|---|
| Abu Dhabi Investment Authority | 11-02493 | 14 |
| Arden Asset Management LLC | 12-01023 | 13 |
| Banco Bilao Vizcaya Argentaria, S.A. | 10-05351 | 37 |
| Banco Itau Europa International | 12-01019 | 17 |
| Banco Itau Europa Luxembourg S.A. | 12-01019 | 17 |
| Bank Hampoalim B.M. | 12-01216 | 5 |

5

| **Defendant** | **Adversary Proceeding Number** | **Application ECF Docket Number** |
|---|---|---|
| Bank Julius Baer & Co. Ltd. | 11-02922 | 10 |
| Banque Privee Espirito Santa S.A. | 11-02571 | 14 |
| Banque Syz & Co., S.A. | 11-02149 | 20 |
| Barclays Bank (Suisse) S.A. | 11-02569 | 16 |
| Barclays Bank S.A. | 11-02569 | 16 |
| Barclays Private Bank & Trust Limited | 11-02569 | 16 |
| Brown Brothers Harriman & Co. | 12-01217 | 5 |
| Caceis Bank | 11-02758 | 12 |
| Citibank Global Markets Limited | 10-05345 | 37 |
| Concord Management LLC | 11-02543 | 14 |
| Delta National Bank And Trust Company | 11-02551 | 10 |
| DEZ Financial Management Ltd. | 11-02552 | 16 |
| Fullerton Capital Pte Ltd. | 12-01004 | 11 |
| Korea Exchange Bank | 11-02572 | 12 |
| Landis Inversiones S.L. | 11-02930 | 10 |
| Meritz Fire & Marine Insurance Co. Ltd. | 11-02539 | 15 |
| Merrill Lynch Bank (Suisse) S.A. | 11-02910 | 7 |
| National Bank Of Kuwait S.A.K. | 11-02554 | 12 |

| Defendant | Adversary Proceeding Number | Application ECF Docket Number |
|---|---|---|
| Pictet Et Cie | 11-01724 | 17 |
| Quilvest Finance Limited | 11-02538 | 11 |
| Six Sis AG | 12-01195 | 3 |
| SNS Bank N.V. | 12-01046 | 13 |
| SNS Global Custody B.V. | 12-01046 | 13 |
| Somers Dublin Limited | 11-02784 | 15 |
| Somers Nominees (Far East) Limited | 11-02784 | 15 |
| Standard Chartered Bank International (Americas) Ltd. | 12-01565 | 4 |
| Standard Chartered International (USA) Ltd. | 12-01565 | 4 |
| Unifortune Asset Management Sgr S.P.A. | 11-02553 | 13 |
| Unifortune Conservative Fund | 11-02553 | 13 |
| Vontobel Asset Management Inc. | 12-01202 | 4 |

The Trustee's Application shall proceed at the hearing scheduled for May 30, 2012 at 10:00 a.m. before the Honorable Burton R. Lifland as to the following Defendants: BSI AG and Falcon Private Bank Ltd.

7

A copy of this notice is being filed in all adversary proceedings and served on all counsel of record.

Dated: May 29, 2012  
       New York, New York

/s/ Thomas L. Long  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Thomas L. Long  
Mark A. Kornfeld  
Marc E. Hirschfield  
Keith R. Murphy  

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and Bernard L. Madoff*

8

Exhibit A

| Defendant | Adversary Proceeding Number |
|---|---|
| ABU DHABI INVESTMENT AUTHORITY | 11-02493 |
| ARDEN ASSET MANAGEMENT LLC | 12-01023 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | 10-05351 |
| BANCO ITAU EUROPA INTERNATIONAL | 12-01019 |
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 12-01019 |
| BANK HAMPOALIM B.M. | 12-01216 |
| BANK JULIUS BAER & CO. LTD. | 11-02922 |
| BANQUE PRIVEE ESPIRITO SANTA S.A. (F/K/A COMPAGNIE BANCAIRE ESPIRITO SANTO S.A.) | 11-02571 |
| BANQUE SYZ & CO., S.A. | 11-02149 |
| BARCLAYS BANK (SUISSE) S.A. | 11-02569 |
| BARCLAYS BANK S.A. | 11-02569 |
| BARCLAYS PRIVATE BANK & TRUST LIMITED | 11-02569 |
| SIX SIS AG | 12-01195 |
| BROWN BROTHERS HARRIMAN & CO. | 12-01217 |
| BSI AG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BANCO DEL GOTTARDO | 12-01209 |
| CACEIS BANK | 11-02758 |
| CACEIS BANK LUXEMBOURG | 11-02758 |
| CITIBANK GLOBAL MARKETS LIMITED | 10-05345 |
| CONCORD MANAGEMENT LLC | 11-02543 |
| DELTA NATIONAL BANK AND TRUST COMPANY | 11-02551 |
| DEZ FINANCIAL MANAGEMENT LTD. | 11-02552 |
| FALCON PRIVATE BANK LTD. (f/k/a AIG PRIVAT BANK AG) | 11-02923 |
| FULLERTON CAPITAL PTE LTD. | 12-01004 |
| KOREA EXCHANGE BANK INDIVIDUALLY, AND AS TRUSTEE FOR KOREA GLOBAL ALL ASSET TRUST I-1 AND TAMS RAINBOW TRUST III | 11-02572 |
| LANDIS INVERSIONES S.L. | 11-02930 |
| MERITZ FIRE & MARINE INSURANCE CO. LTD. | 11-02539 |
| MERRILL LYNCH BANK (SUISSE) S.A. | 11-02910 |
| NATIONAL BANK OF KUWAIT S.A.K. | 11-02554 |
| PICTET ET CIE | 11-01724 |
| QUILVEST FINANCE LIMITED | 11-02538 |
| SNS BANK N.V. | 12-01046 |
| SNS GLOBAL CUSTODY B.V. | 12-01046 |
| SOMERS DUBLIN LIMITED | 11-02784 |
| SOMERS NOMINEES (FAR EAST) LIMITED | 11-02784 |
| STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. f/k/a AMERICAN EXPRESS BANK INTERNATIONAL | 12-01565 |
| STANDARD CHARTERED INTERNATIONAL (USA) LTD. f/k/a AMERICAN EXPRESS BANK LTD. | 12-01565 |
| UNIFORTUNE ASSET MANAGEMENT SGR S.P.A. | 11-02553 |
| UNIFORTUNE CONSERVATIVE FUND | 11-02553 |
| VONTOBEL ASSET MANAGEMENT INC. | 12-01202 |