**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami, f/k/a Calyon S.A. d/b/a Crédit Agricole Miami Private Bank, Successor in Interest to Crédit Lyonnais S.A.,<br><br>Defendant. | Adv. Pro. No. 12-01670 (SMB) |

**CA-CIB'S COUNTER-DESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee Crédit Agricole Corporate and Investment Bank ("CA-CIB"), by and through its undersigned counsel, respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, its counter-designation of the record and designation of items to be included in the

record on appeal with respect to the appeal by Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff, individually, in the above-captioned adversary proceeding (the "Adversary Proceeding") of the Stipulated Final Order Granting Motion to Dismiss Complaint (the "Final Judgment") before the United States Court of Appeals for the Second Circuit.

### COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[1]

1. All items designated or to be designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment, including, without limitation, the items designated in the Designation by Appellant of Items to Be Included in the Record on Appeal (ECF No. 44);[2]

2. The Certification of Direct Appeal to Court of Appeals (ECF No. 46); and

3. A letter on behalf of the Subsequent Transferee Defendants regarding extraterritoriality briefing supplemental authority in Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re BLMIS), Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y) (ECF No. 13069).

### RESERVATION OF RIGHTS

CA-CIB expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counterdesignated by any

---

[1] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

[2] Citations to (ECF No. ___) refer to docket entries from Picard v. Crédit Agricole Corporate and Inv. Bank, Adv. Pro. No. 12-01670 (SMB) (Bankr. S.D.N.Y.).

2

other appellant, cross-appellant, appellee or cross-appellee to any of the appeals or cross-appeals from the Final Judgment.

Dated: April 11, 2017
      New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Lawrence B. Friedman
    Lawrence B. Friedman
    (lfriedman@cgsh.com)
    Elizabeth Vicens
    (evicens@cgsh.com)
    One Liberty Plaza
    New York, New York 10006
    T: 212-225-2000
    F: 212-225-3999

*Attorneys for Crédit Agricole Corporate and Investment Bank*