**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 12-01005 (SMB) |
| Plaintiff, | |
| v. | |
| SICO LIMITED, | |
| Defendant. | |

## APPELLEE'S COUNTER-DESIGNATION OF ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee SICO Limited ("SICO"), by and through its undersigned counsel,

respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and

Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, their counter-

designation of items to be included in the record on appeal with respect to the appeal by Irving

H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L.

Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15

U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff, individually, in the above captioned adversary

proceeding (the "Adversary Proceeding") of the Stipulated Final Order Granting Motion to

Dismiss Complaint (the "Final Judgment") before the United States Court of Appeals for the

Second Circuit.

### COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[1]

1.      All items designated or to be designated by any other appellant, cross-appellant,

appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment,

including, without limitation, the items designated in the Designation by Appellants of Items to

Be Included in the Record on Appeal (ECF No. 82)[2];

2.      The Certification of Direct Appeal to Court of Appeals (ECF. No. 84); and

3.      Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr.

Sheehan's Letter dated April 7, 2016 (Secs. Inv. Protection Corp. v. Bernard L. Madoff Inv.

Secs., LLC, Adv. Pro. No. 08-01789 (SMB), ECF No. 13070).

### RESERVATION OF RIGHTS

SICO expressly reserves the right to supplement the record on appeal or cross-

appeal and to adopt the designation of any items designated or counter-designated by any other

appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from

the Final Judgment.

---

[1]      Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

[2]      Unless otherwise specified, citations to (ECF No. ___) refer to docket entries from Picard v. SICO Limited, Adv. Pro. No. 12-01005 (SMB) (Bankr. S.D.N.Y.).

Dated:  April 11, 2017
       New York, New York

                              Respectfully submitted,

                              By: */s/ Thomas J. Moloney*
                              **Cleary Gottlieb Steen & Hamilton LLP**
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone:  (212) 225-2000
                              Facsimile:  (212) 225-3999

                              Thomas J. Moloney
                              Email: tmoloney@cgsh.com

                              *Attorneys for SICO Limited*