**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>v.<br><br>FIRST GULF BANK,<br><br>                Defendant. | Adv. Pro. No. 11-02541 (SMB) |

**APPELLEE FIRST GULF BANK'S COUNTER-DESIGNATION OF**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee First Gulf Bank, by and through its undersigned counsel, respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, its counter-designation of items to be included in the record on appeal with respect to the appeal by Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, individually, in the above captioned adversary

proceeding (the "Adversary Proceeding") of the Stipulated Final Order Granting Motion to Dismiss Complaint (the "Final Judgment") before the United States Court of Appeals for the Second Circuit.

**COUNTER DESIGNATION OF ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL[1]**

1. All items designated or to be designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment, including without limitation, the items designated in the Trustee's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal (ECF No. 74)[2]; and

2. The Certification of Direct Appeal to Court of Appeals (ECF No. 76); and

3. A letter on behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehan's Letter dated April 7, 2016 in *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y) (ECF No. 13070).

**RESERVATION OF RIGHTS**

Appellee First Gulf Bank expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment.

---

[1] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

[2] Citations to (ECF No. ___) refer to docket entries from *Picard v. First Gulf Bank.*, Adv. Pro. No. 11-02541 (SMB) (Bankr. S.D.N.Y.).

SIGNED:    April 11, 2017
           Oyster Bay, New York

                                        **CHALOS & CO., P.C.**

                                        By: */s/* George M. Chalos
                                        George M. Chalos
                                        Briton P. Sparkman
                                        55 Hamilton Avenue
                                        Oyster Bay, New York 11771
                                        Telephone: (516) 714-4300
                                        Facsimile: (516) 750-9051
                                        Email: gmc@chaloslaw.com

                                        *Attorneys for Appellee First Gulf Bank*