**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UKFP (ASIA) NOMINEES LIMITED,<br><br>　　　　　　Defendant. | Adv. Proc. No. 12-01566 (SMB) |

**UKFP (ASIA) NOMINEES LIMITED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

UKFP (Asia) Nominees Limited ("UKFP"), by its undersigned counsel, respectfully submits pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, this designation of additional items to be included in the record on appeal the appeal by Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff, individually, in the above-captioned adversary proceeding (the "Adversary

723722949.1

Proceeding") of the Court's Final Order Granting Motion to Dismiss Complaint (the "Final Judgment") before the United States Court of Appeals for the Second Circuit.

### COUNTER DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[1]

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), UKFP hereby designates for inclusion in the record on appeal the following:

1. All items designated or to be designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment, including, without limitation, the items designated in the Designation by Appellants of Items to Be Included in the Record on Appeal (ECF No. 68);[2]

2. Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehan's Letter dated April 7, 2016 (Secs. Inv. Protection Corp. v. Bernard L. Madoff Inv. Secs., LLC, Adv. Pro. No. 08-01789 (SMB), ECF No. 13070);

3. The Certification of Direct Appeal to Court of Appeals (ECF No. 71).

### RESERVATION OF RIGHTS

UKFP expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment.

---

[1] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

[2] Citations to (ECF No. ___) refer to docket entries from Picard v. UKFP (Asia) Nominees Limited, Adv. Pro. No. 12-01566 (SMB) (Bankr. S.D.N.Y.).

Dated: April 11, 2016
New York, New York

           MAYER BROWN LLP

           By: /s/ Joaquin M. C de Baca
           1221 Avenue of the Americas
           New York, New York 10020
           Telephone: (212) 506-2500
           Facsimile: (212) 262-1910
           Brian Trust
           Email: btrust@mayerbrown.com
           Joaquin M. C de Baca
           Email: jcdebaca@mayerbrown.com

           *Counsel for UKFP*