WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050
Frederick R. Kessler
Fletcher W. Strong

*Attorneys for Defendant*
*Fairfield Investment Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01239 (SMB) |
| Plaintiff, | |
| v. | |
| FAIRFIELD INVESTMENT FUND LIMITED, et al., | |
| Defendants. | |

**FAIRFIELD INVESTMENT FUND LIMITED'S**
**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, Appellee Fairfield Investment Fund Limited ("FIFL"), by and through its undersigned counsel, submits this counter-designation of additional items to be included in the record on appeal in response to the Trustee's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal, dated March 28, 2017, filed in the above-captioned adversary proceeding, Adv. Pro. No. 09-01239 (SMB) [Dkt. No. 234].

FIFL counter-designates for inclusion in the record on appeal the items listed below, with the date, pertinent docket entries, and relevant docket text. For each item designated, the designation includes all document references within the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto. FIFL reserves its right to designate additional items for inclusion in the record.

| Designation Number | Date | ECF No. (Adv. Pro. No. 09-01239) | ECF No. (Adv. Pro. No. 08-01789) | Docket Text |
|---|---|---|---|---|
| 1 | 4/8/2016 | N/A | 13070 | Letter *on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehans Letter dated April 7, 2016* |
| 2 | 4/4/2017 | 236 | 15648 | Certification of Direct Appeal to Court of Appeals |

Dated: New York, New York
April 11, 2017

WOLLMUTH MAHER & DEUTSCH LLP

By: ___/s/ Frederick R. Kessler___
      Frederick R. Kessler
      Fletcher W. Strong

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Defendant Fairfield Investment Fund Limited*

1