**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRÉS PIEDRAHITA, MARK MCKEEFRY, DANIEL LIPTON, AMIT VIJAYVERGIYA, GORDON MCKENZIE, RICHARD LANDSBERGER, PHILIP TOUB, CHARLES MURPHY, ROBERT BLUM, ANDREW SMITH, HAROLD GREISMAN, GREGORY BOWES, CORINA NOEL PIEDRAHITA, LOURDES BARRENECHE, CORNELIS BOELE, SANTIAGO REYES, and JACQUELINE HARARY, <br><br> Defendants. | Adv. Pro. No. 09-01239 (SMB) |

**APPELLEES' COUNTER-DESIGNATION OF**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Walter Noel, Jeffrey Tucker, Andres Piedrahita, Mark McKeefry, Daniel Lipton, Amit Vijayvergiya, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Robert Blum, Andrew Smith, Harold Greisman, Gregory Bowes, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, and Jacqueline Harary (collectively, the "Appellees"), by and through their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, their counter-designation of items to be included in the record on appeal with respect to the appeal by Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff, individually, in the above captioned adversary proceeding (the "Adversary Proceeding") of the Final Order Granting Motion to Partially Dismiss Amended Complaint (the "Final Judgment") before the United States Court of Appeals for the Second Circuit.

### COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[1]

1.    All items designated or to be designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment, including, without limitation, the items designated in the Trustee's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal (ECF No. 234);[2]

---

[1]    Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

[2]    Unless otherwise stated, citations to (ECF No.__) refer to docket entries for *Picard v. Fairfield Investment Fund Limited, et al.*, Adv. Pro. No. 09-01239 (SMB) (Bankr. S.D.N.Y.).

2

2. The Certification of Direct Appeal to Court of Appeals (ECF No. 236); and

3. The April 8, 2016 Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehan's April 7, 2016 Letter (*Secs. Inv. Protection Corp. v. Bernard L. Madoff Inv. Secs., LLC*, Adv. Pro. No. 08-01789 (SMB), ECF No. 13070).

### **RESERVATION OF RIGHT**

Appellees expressly reserves the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment.

Dated: April 11, 2017
New York, New York

Respectfully submitted,

By: */s/ Mark G. Cunha*
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
T: (212) 455-2000
Mark G. Cunha
Email: mcunha@stblaw.com
Peter E. Kazanoff
Email: pkazanoff@stblaw.com
Jeffrey E. Baldwin
Email: jbaldwin@stblaw.com

*Attorneys for Appellees Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Walter Noel, Jeffrey Tucker, Andres Piedrahita, Mark McKeefry, Daniel Lipton, Amit Vijayvergiya, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Robert Blum, Andrew Smith, Harold Greisman, Gregory Bowes, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, and Jacqueline Harary*

By: */s/ Andrew J. Levander*
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
T: (212) 698-3500
Andrew J. Levander
Email: andrew.levander@dechert.com
Neil A. Steiner
Email: neil.steiner@dechert.com

*Attorneys for Appellee Andres Piedrahita*

By: */s/ Andrew W. Hammond*
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
T: (212) 819-8200
Andrew W. Hammond
Email: ahammond@whitecase.com
Glenn M. Kurtz
Email: gkurtz@whitecase.com

*Attorneys for Appellee Walter Noel*

By: */s/ Daniel J. Fetterman*
**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
T: (212) 506-1700
Daniel J. Fetterman
Email: dfetterman@kasowitz.com

*Attorneys for Appellee Jeffrey Tucker*

By: */s/ Edward M. Spiro*
**MORVILLO ABRAMOWITZ GRAND IASON, & ANELLO P.C.**
565 5th Avenue
New York, New York 10017
T: (212) 856-9600
Edward M. Spiro
Email: espiro@maglaw.com

*Attorneys for Appellee Robert Blum*

4

By: */s/ Bruce A. Baird*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001
T: (202) 662-4956
Bruce A. Baird
Email: bbaird@cov.com

*Attorneys for Appellee Gregory Bowes*

5