**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01701 (SMB) |
| Plaintiff, | |
| v. | |
| SAFEHAND INVESTMENTS, STRONGBACK HOLDINGS CORPORATION, and PF TRUSTEES LIMITED in its capacity as trustee of RD Trust, | |
| Defendants. | |

**APPELLEES' COUNTER-DESIGNATION OF**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees Safehand Investments, Strongback Holdings Corporation, and PF Trustees

Limited and its capacity as trustee of RD Trust (collectively, the "Appellees"), by and through

their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of

Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District

of New York, their counter-designation of items to be included in the record on appeal with

respect to the appeal by Irving H. Picard (the "Trustee"), as trustee of the substantively

consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff,

individually, in the above captioned adversary proceeding (the "Adversary Proceeding") of the

Final Order Granting Motion to Partially Dismiss Complaint (the "Final Judgment") before the

United States Court of Appeals for the Second Circuit.

## COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[1]

1.      All items designated or to be designated by any other appellant, cross-appellant,

appellee, or cross-appellee to any of the appeals or cross-appeals from the Final Judgment,

including, without limitation, the items designated in the Trustee's Statement of Issues to be

Presented and Designation of Items to be Included in the Record on Appeal (ECF No. 97);[2]

2.      The Certification of Direct Appeal to Court of Appeals (ECF No. 99); and

3.      The April 8, 2016 Letter on Behalf of the Subsequent Transferee Defendants in

Response to Mr. Sheehan's April 7, 2016 Letter (*Secs. Inv. Protection Corp. v. Bernard L.*

*Madoff Inv. Secs., LLC*, Adv. Pro. No. 08-01789 (SMB), ECF No. 13070).

## RESERVATION OF RIGHT

Appellees expressly reserves the right to supplement the record on appeal or cross-appeal

and to adopt the designation of any items designated or counter-designated by any other

appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from

the Final Judgment.

---

[1]      Items designated include all exhibits and submissions attached thereto and, as to hearing
transcripts, any and all documents admitted into evidence.

[2]      Unless otherwise stated, citations to (ECF No.__) refer to docket entries for *Picard v. Safehand
Investments, et al.*, Adv. Pro. No. 12-01701 (SMB) (Bankr. S.D.N.Y.).

Dated: April 11, 2017
      New York, New York

Respectfully submitted,

By: */s/  Carl H. Loewenson, Jr.*
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
T: (212) 468-8000
F: (212) 468-7900
Carl H. Loewenson, Jr.
cloewenson@mofo.com
Justin D. Mayer
jmayer@mofo.com

*Attorneys for Appellees Safehand Investments, Strongback*
*Holdings Corporation, and PF Trustees Limited in its*
*capacity as trustee of RD Trust*