**LATHAM & WATKINS LLP**

Christopher Harris
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for ABN AMRO Fund Services
(Isle Of Man) Nominees Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ABN AMRO FUND SERVICES (ISLE OF MAN) NOMINEES LIMITED, f/k/a Fortis (Isle of Man) Nominees Limited, PLATINUM ALL WEATHER FUND LIMITED, and ODYSSEY,<br><br>　　　　　Defendants. | Adv. Pro. No. 12-01697 (SMB) |

## CERTIFICATE OF SERVICE

I, Christopher Harris, hereby certify that on April 11, 2017, a true and correct copy of Defendants' Counter-Designation of Additional Items to be Included in the Record on Appeal, dated 4/11/17, was caused to be served in accordance with the Federal Rules of Bankruptcy Procedure, via electronic transmission to the e-mail addresses designated for delivery and/or by delivering and leaving same in an official depository of the United States Postal Service, located at 885 Third Avenue, New York, New York 10022, upon the parties listed on the attached Service List.

Dated: April 11, 2017        **LATHAM & WATKINS LLP**
       New York, New York

By:    /s/ Christopher Harris
       Christopher Harris
       885 Third Avenue
       New York, New York 10022-4834
       Telephone: (212) 906-1200
       Facsimile: (212) 751-4864
       Email: christopher.harris@lw.com

       *Attorneys for ABN AMRO Fund Services (Isle Of Man) Nominees Limited*

## SERVICE LIST

| | |
|---|---|
| Thomas L. Long<br>David J. Sheehan<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Email: tlong@bakerlaw.com<br>bhaa@bakerlaw.com<br><br>*Attorneys for Plaintiff* | Anthony D. Boccanfuso<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Email: Anthony.Boccanfuso@apks.com<br><br>*Attorneys for Defendant Platinum All Weather Fund Limited*<br><br><br>Ralph A. Siciliano<br>Richard W. Trotter<br>Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>900 3rd Ave<br>New York, NY 10022<br>Email: siciliano@thsh.com<br>trotter@thsh.com<br><br>*Attorneys for Defendant Odyssey* |