**LATHAM & WATKINS LLP**

Christopher Harris
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>ABN AMRO BANK (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and ABN AMRO CUSTODIAL SERVICES (IRELAND), LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.),<br><br>    Defendants. | Adv. Pro. No. 10-05355 (SMB) |

**CERTIFICATE OF SERVICE**

I, Christopher Harris, hereby certify that on April 11, 2017, a true and correct copy of Defendants' Counter-Designation of Additional Items to be Included in the Record on Appeal, dated 4/11/17, was caused to be served in accordance with the Federal Rules of Bankruptcy Procedure, via electronic transmission to the e-mail addresses designated for delivery and/or by delivering and leaving same in an official depository of the United States Postal Service, located at 885 Third Avenue, New York, New York 10022, upon the parties listed on the attached Service List.

Dated: April 11, 2017
      New York, New York

**LATHAM & WATKINS LLP**

By: /s/ Christopher Harris
Christopher Harris
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com

*Attorneys for Defendants*

**SERVICE LIST**

Marc E. Hirschfield
Keith R. Murphy
David J. Sheehan
Stacy Dasaro
Regina Griffin
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: bhaa@bakerlaw.com
rgriffin@bakerlaw.com
sdasaro@bakerlaw.com

*Attorneys for Plaintiff*