**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Mittlemann Family Foundation (the "Claimant"), having filed an objection (the "Objection", Docket No. 2901) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#100418) (the "Claim"), hereby gives notice that it withdraws such Objection.

Dated: April 12, 2017

　　　　　　　　　　　　　　　　　　　　*/s/ Michael I. Goldberg*
　　　　　　　　　　　　　　　　　　　　Michael I. Goldberg
　　　　　　　　　　　　　　　　　　　　Akerman LLP
　　　　　　　　　　　　　　　　　　　　Las Olas Centre II, Suite 1600
　　　　　　　　　　　　　　　　　　　　350 East Las Olas Boulevard
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301-2999
　　　　　　　　　　　　　　　　　　　　Telephone: 954.463.2700
　　　　　　　　　　　　　　　　　　　　Facsimile:  954.463.2224
　　　　　　　　　　　　　　　　　　　　Email: michael.goldberg@akerman.com