**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Mittlemann Family Foundation (the "Claimant"), having filed an objection (the "Objection", Docket No. 2901) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#100429) (the "Claim"), hereby gives notice that it withdraws such Objection.

Dated: April 12, 2017

                    */s/ Michael I. Goldberg*
                    Michael I. Goldberg
                    Akerman LLP
                    Las Olas Centre II, Suite 1600
                    350 East Las Olas Boulevard
                    Fort Lauderdale, Florida 33301-2999
                    Telephone: 954.463.2700
                    Facsimile:  954.463.2224
                    Email: michael.goldberg@akerman.com