**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Mittlemann Family Foundation (the "Claimant"), having filed an objection (the "Objection", Docket No. 2901) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#100256) (the "Claim"), hereby gives notice that it withdraws such Objection.

Dated: April 12, 2017

*/s/ Michael I. Goldberg*
Michael I. Goldberg
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2999
Telephone: 954.463.2700
Facsimile: 954.463.2224
Email: michael.goldberg@akerman.com