**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Marsy Mittlemann (the "Claimant"), having filed an objection (the "Objection", Docket No. 2047) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#100419) (the "Claim"), hereby gives notice that she withdraws such Objection.

Dated: April 12, 2017

>  */s/ Michael I. Goldberg*
>  Michael I. Goldberg
>  Akerman LLP
>  Las Olas Centre II, Suite 1600
>  350 East Las Olas Boulevard
>  Fort Lauderdale, Florida 33301-2999
>  Telephone: 954.463.2700
>  Facsimile:  954.463.2224
>  Email: michael.goldberg@akerman.com