**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Josef Mittlemann (the "Claimant"), having filed an objection (the "Objection", Docket No. 455) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#100416) (the "Claim"), hereby gives notice that he withdraws such Objection.

Dated: April 12, 2017

                                              */s/ Michael I. Goldberg*
                                              Michael I. Goldberg
                                              Akerman LLP
                                              Las Olas Centre II, Suite 1600
                                              350 East Las Olas Boulevard
                                              Fort Lauderdale, Florida 33301-2999
                                              Telephone: 954.463.2700
                                              Facsimile:  954.463.2224
                                              Email: michael.goldberg@akerman.com