**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Marsy Mittlemann (the "Claimant"), having filed an objection (the "Objection", Docket No. 2047) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003353) (the "Claim"), hereby gives notice that she withdraws such Objection.

Dated: April 12, 2017

                                                */s/ Michael I. Goldberg*
                                                Michael I. Goldberg
                                                Akerman LLP
                                                Las Olas Centre II, Suite 1600
                                                350 East Las Olas Boulevard
                                                Fort Lauderdale, Florida 33301-2999
                                                Telephone: 954.463.2700
                                                Facsimile:  954.463.2224
                                                Email: michael.goldberg@akerman.com