**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Empire Prospect Partnership LP (the "Claimant"), having filed an objection (the "Objection", Docket No. 2151) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#100417) (the "Claim"), hereby gives notice that it withdraws such Objection.

Dated: April 12, 2017

　　　　　　　　　　　　　　　　　　　　*/s/ Michael I. Goldberg*
　　　　　　　　　　　　　　　　　　　　Michael I. Goldberg
　　　　　　　　　　　　　　　　　　　　Akerman LLP
　　　　　　　　　　　　　　　　　　　　Las Olas Centre II, Suite 1600
　　　　　　　　　　　　　　　　　　　　350 East Las Olas Boulevard
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301-2999
　　　　　　　　　　　　　　　　　　　　Telephone: 954.463.2700
　　　　　　　　　　　　　　　　　　　　Facsimile:  954.463.2224
　　　　　　　　　　　　　　　　　　　　Email: michael.goldberg@akerman.com