**MCKOOL SMITH, P.C.**
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

*Counsel for Bank Julius Baer & Co. Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                    :

SECURITIES INVESTOR PROTECTION    :    Adv. Pro. No. 08-1789 (SMB)
CORPORATION,                    :

                    :    SIPA LIQUIDATION

          Plaintiff-Applicant,    :

                    :    (Substantively Consolidated)

v.                    :

                    :

BERNARD L. MADOFF INVESTMENT    :
SECURITIES LLC,                  :

                    :

          Defendant.      :
-------------------------------------------------------------X
In re:                  :

                    :

BERNARD L. MADOFF,          :

                    :

          Debtor.       :
-------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation  :    Adv. Pro. No. 11-2922 (SMB)
of Bernard L. Madoff Investment Securities LLC,  :
and Bernard L. Madoff,           :

                    :

          Plaintiff,      :

                    :

v.                    :

                    :

BANK JULIUS BAER & CO. LTD.,      :

                    :

          Defendant.      :

                    :
-------------------------------------------------------------X

## APPELLEE BANK JULIUS BAER & CO. LTD.'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bank Julius Baer & Co. Ltd.. ("BJB"), by and through its undersigned counsel, respectfully submits the following counter-designation of additional items to be included in the record on appeal in response to the Trustee's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal, dated March 28, 2017 [Dkt. No. 95], submitted by Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff, individually.  BJB reserves its right to designate additional items for inclusion in the record.

| Item No. | Date | ECF No. (11-02922) | ECF No. (08-01789) | Docket Text |
|---|---|---|---|---|
| 1 | 4/4/17 | 97 | n/a | Certification of Direct Appeal to Court of Appeals (related document(s)93) filed by Catherine Elizabeth Woltering on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Woltering, Catherine) (Entered: 04/04/2017) |
| 2 | 4/8/16 | n/a | 13070 | Letter *on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehans Letter dated April 7, 2016* |

| | | | | (related document(s)13051) Filed by Franklin B. Velie on behalf of Bank Austria Worldwide Fund Management Ltd.. (Velie, Franklin) (Entered: 04/08/2016) |
|---|---|---|---|---|

Dated:  New York, New York
        April 11, 2017

Respectfully submitted,

**MCKOOL SMITH, P.C.**

By:    /s/  Virginia Weber
       Eric B. Halper
       ehalper@mckoolsmith.com
       Virginia Weber
       vweber@mckoolsmith.com

       One Bryant Park, 47th Floor
       New York, New York 10036
       Telephone: (212) 402-9400
       Facsimile: (212) 402-9444

       *Counsel for Bank Julius Baer & Co. Ltd.*