**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Empire Prospect Partnership LP (the "Claimant"), having filed an objection (the "Objection", Docket No. 2151) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003369) (the "Claim"), hereby gives notice that it withdraws such Objection.

Dated: April 12, 2017

                                                  */s/ Michael I. Goldberg*
                                                  Michael I. Goldberg
                                                  Akerman LLP
                                                  Las Olas Centre II, Suite 1600
                                                  350 East Las Olas Boulevard
                                                  Fort Lauderdale, Florida 33301-2999
                                                  Telephone: 954.463.2700
                                                  Facsimile:  954.463.2224
                                                  Email: michael.goldberg@akerman.com