**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02539 (SMB) |
| Plaintiff, | |
| v. | |
| MERITZ FIRE & MARINE INSURANCE CO., LTD., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

Michael T. Driscoll, certifies that:

1.    I am not a party to the action, am over 18 years of age and reside in New York, New York.

2.    On the 12th day of April, 2017, I served a copy of *Appellee Meritz Fire & Marine Insurance Co., Ltd.'s Counter-Designation of Items to Be Included in the Record on Appeal* to the party on the attached service list by U.S. mail.

3.      In addition, any other party that has filed a notice of appearance received a notice

of this filing by electronic mail from the Electronic Filing System.

Dated: April 12, 2017
          New York, New York

                                        */s/ Michael T. Driscoll*
                                        Michael T. Driscoll

**<u>Service List</u>**

David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111