## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Adv. Pro. No. 08-01789 (SMB) <br> ) <br> ) SIPA LIQUIDATION <br> ) <br> ) (Substantively Consolidated) <br> ) <br> ) <br> ) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FALCON PRIVATE BANK LTD. <br> (f/k/a AIG Privat Bank AG), <br><br> Defendant. | ) <br> ) <br> ) <br> ) Adv. Pro. No. 11-02923 (SMB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Dina E. Yavich, hereby certify that on April 11, 2016, a copy of *Falcon Private Bank Ltd.'s Counter-Designations of Additional Items to be Included in the Record on Appeal* was served through the Court's CM/ECF system on all parties registered to receive electronic notices in this case. I further certify that I caused true and correct copies of the foregoing document to be served via e-mail on:

> David J. Sheehan
> Catherine E. Woltering
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Email:    bhaa@bakerlaw.com
>           cwoltering@bakerlaw.com

Dated: New York, New York
      April 12, 2017

By: _____
Dina E. Yavich