UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNION SECURITIES INVESTMENT TRUST CO., LTD., UNION USD GLOBAL ARBITRAGE FUND, UNION USD GLOBAL ARBITRAGE A FUND, and UNION ARBITRAGE STRATEGY FUND,<br><br>　　　　　　Defendants. | Adv. Pro. No. 12-01211 (SMB) |

## CERTIFICATE OF SERVICE

Blanka K. Wolfe, certifies that:

　　1.　　I am not a party to the action, am over 18 years of age and reside in New York, New York.

　　2.　　On the 12th day of April, 2017, I served a copy of *Appellees' Counter-Designation of Additional Items to Be Included in the Record on Appeal* to the parties on the attached service list by U.S. mail.

3. In addition, any other party that has filed a notice of appearance received a notice of this filing by electronic mail from the Electronic Filing System.

Dated: April 12, 2017
      New York, New York

                                        */s/ Blanka K. Wolfe*
                                        Blanka K. Wolfe

## Service List

David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Stacy A. Dasaro
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111