**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>                v.<br><br>CREDIT SUISSE AG, et al.,<br><br>                Defendants. | Adv. Pro. No. 11-02925 (SMB)<br><br>**DEFENDANTS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

      Under Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, Defendants Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse AG, Nassau Branch LatAm Investment Banking, Credit Suisse Wealth Management Limited; Credit Suisse (Luxembourg) SA, Credit Suisse International Limited,

1

Credit Suisse Nominees (Guernsey) Limited, Credit Suisse London Nominees Limited, Credit Suisse (UK) Limited, and Credit Suisse Securities (USA) LLC hereby submit their designation of additional items to be included in the record on appeal of the above-captioned adversary proceeding. Defendants designate for inclusion in the record on appeal the following items from the docket in this adversary proceeding:

| Counter-Designation Number | ECF Number (11-2925) | ECF Number (08-1789) | Docket Text |
|---|---|---|---|
| 1 | 3 | -- | So Ordered Stipulation signed on 1/9/2012 Between Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Defendants Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse AG, Nassau Branch Wealth Management; Credit Suisse AG, Nassau Branch LATAM Investment Banking; Credit Suisse Wealth Management Limited; Credit Suisse (Luxembourg) SA; Credit Suisse International Limited; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; Credit Suisse (UK) Limited; and Credit Suisse Securities (USA) LLC. RE: On Service and Defendants Time to Respond. (Saenz De Viteri, Monica) (Entered: 01/09/2012) |
| 2 | -- | 13070 | Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehan's Letter dated April 7, 2016 (related document(s) 13051) Filed by Franklin B. Velie on behalf of Bank Austria Worldwide Fund Management Ltd.. (Velie, Franklin) (Entered: 04/08/2016) |

|  |  |
|---|---|
| Dated: April 12, 2017<br>New York, New York | /s/  William J. Sushon<br>William J. Sushon, Esq.<br>Daniel S. Shamah, Esq.<br>O'MELVENY & MYERS LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone:    (212) 326-2000<br>Facsimile:    (212) 326-2061<br>E-mail:        wsushon@omm.com<br>                     dshamah@omm.com<br><br>*Attorneys for Defendants* |