**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SOLON CAPITAL, LTD.,<br><br>  Defendants. | Adv. Pro. No. 12-01025 (SMB)<br><br>**DEFENDANT'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Under Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, Defendant Solon Capital, Ltd. hereby submits its designation of additional items to be included in the record on appeal of the above-captioned adversary proceeding. Defendant designates for inclusion in the record on appeal the following items from the docket in this adversary proceeding:

1

| Counter-Designation Number | ECF Number (12-1025) | ECF Number (08-1789) | Docket Text |
|---|---|---|---|
| 1 | 15 | -- | So Ordered Stipulation signed on 7/27/2012 Between Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Solon Capital, Ltd. (Saenz De Viteri, Monica) (Entered: 07/27/2012) |
| 2 | 62 | 12081 | Notice of Hearing on Defendants' Motion to Dismiss Based on Extraterritoriality and Trustee's Omnibus Motion For Leave to Replead filed by Regina Griffin on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 12/16/2015 (check with court for location) (Attachments: # 1 Exhibit 1)(Griffin, Regina) (Entered: 11/20/2015) |
| 3 | -- | 13070 | Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehan's Letter dated April 7, 2016 (related document(s)13051) Filed by Franklin B. Velie on behalf of Bank Austria Worldwide Fund Management Ltd.. (Velie, Franklin) (Entered: 04/08/2016) |

Dated: April 12, 2017  
       New York, New York

/s/ William J. Sushon  
William J. Sushon, Esq.  
Daniel S. Shamah, Esq.  
O'MELVENY & MYERS LLP  
Seven Times Square  
New York, New York 10036  
Telephone:  (212) 326-2000  
Facsimile:  (212) 326-2061  
E-mail:     wsushon@omm.com  
             dshamah@omm.com  

*Attorneys for Defendant*