**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ZEPHYROS LIMITED,<br><br>    Defendant. | Adv. Pro. No. 12-01278 (SMB)<br><br>**DEFENDANT'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

    Under Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, Defendant Zephyros Limited hereby submits its designation of additional items to be included in the record on appeal of the above-captioned adversary proceeding. Defendant designates for inclusion in the record on appeal the following items from the docket in this adversary proceeding:

1

| Counter-Designation Number | ECF Number (12-1278) | ECF Number (08-1789) | Docket Text |
|---|---|---|---|
| 1 | 11 | -- | So Ordered Stipulation signed on 4/26/2012 Between Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Defendant Zephyros Limited. RE: On Service and Defendant's Time to Respond. (Saenz De Viteri, Monica) (Entered: 04/26/2012) |
| 2 | -- | 13070 | Letter on Behalf of the Subsequent Transferee Defendants in Response to Mr. Sheehan's Letter dated April 7, 2016 (related document(s)13051) Filed by Franklin B. Velie on behalf of Bank Austria Worldwide Fund Management Ltd.. (Velie, Franklin) (Entered: 04/08/2016) |

Dated: April 12, 2017
    New York, New York

/s/  William J. Sushon
William J. Sushon, Esq.
Daniel S. Shamah, Esq.
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061
E-mail:         wsushon@omm.com
                dshamah@omm.com

*Attorneys for Defendant*