UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                                        :
                    Plaintiff,          :       SIPA Liquidation
                                        :       (Substantively Consolidated)
            – against –                 :
                                        :       Adv. P. No. 08-01789 (SMB)
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
                    Defendant.          :
--------------------------------------------------------X
                                        :
In re:                                  :
                                        :
BERNARD L. MADOFF,                      :
                                        :
                    Debtor.             :
--------------------------------------------------------X

**MEMORANDUM DECISION AFFIRMING THE TRUSTEE'S
DENIAL OF CERTAIN CUSTOMER CLAIMS**

**A P P E A R A N C E S :**

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111

>    David J. Sheehan, Esq.
>    Nicholas J. Cremona, Esq.
>    Jorian L. Rose, Esq.
>    Amy E. Vanderwal, Esq.
>    Stephanie A. Ackerman, Esq.
>        Of Counsel

*Attorneys for Irving H. Picard, Trustee
 for the Liquidation of Bernard L. Madoff
 Investment Securities LLC*

Daniel C. Epstein

*Pro se*

Robert & Rebecca Epstein Living Trust

*Pro se*

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge**

Irving H. Picard (the "Trustee"), the trustee for the liquidation of Bernard L.

Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection

Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), seeks to affirm his determinations denying the

customer claims filed by Robert & Rebecca Epstein Living Trust (the "Epstein Living

Trust") and Daniel C. Epstein (together with the Epstein Living Trust sometimes

referred to as the "Epsteins") and Keith Schaffer, Jeffrey Schaffer, and Carla R.

Hirschhorn (Keith & Jeffrey Schaffer and Carla Hirschhorn collectively referred to as the

"Schaffer/Hirschhorn Cotenants").  (*Motion to Affirm His Determinations Denying*

*Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy in Common,*

*Richard B. Felder and Deborah Felder Tenancy in Common, and Keith Schaffer,*

*Jeffery Schaffer, Carla R. Hirschhorn Tenancy in Common*, dated Jan. 13, 2017 (the

"*Motion*") (ECF Doc. # 14844).)[1]  Only the Epsteins have opposed the *Motion*.  For the

reasons stated, the Trustee's *Motion* is granted.

---

[1]      The *Motion* was adjourned to May 3, 2017 as to the claimants holding an interest in the Richard
B. Felder and Deborah Felder Tenancy in Common.  (*See* ECF Doc. # 15562.)

## BACKGROUND

### A.    The Madoff Ponzi Scheme and the Claims Procedures Order

Madoff operated a massive Ponzi scheme from the investment advisory side of BLMIS satisfying customer withdrawal requests with earlier deposits made by other customers.  *See SIPC v. BLMIS* (*In re BLMIS*), 424 B.R. 122, 125-32 (Bankr. S.D.N.Y. 2010), *aff'd*, 654 F.3d 229 (2d Cir. 2011), *cert. denied*, 133 S. Ct. 25 (2012).  On December 11, 2008, Madoff was arrested by federal agents and charged with securities fraud, and on the same day, the Securities and Exchange Commission filed a civil complaint in the District Court alleging that Madoff and BLMIS had operated a Ponzi scheme.  On December 15, 2008, the Securities Investor Protection Corporation ("SIPC") applied to the District Court seeking a decree that BLMIS customers were in need of the protections afforded by SIPA.  The District Court granted SIPC's application, appointed the Trustee to liquidate BLMIS, and removed the liquidation proceeding to this Court.  On March 12, 2009, Madoff pled guilty to an eleven count criminal indictment and admitted to operating his investment advisory business as a Ponzi scheme.  *Id.* at 126.

On December 23, 2008, the Court entered an order ("*Claims Procedures Order*")[2] which, among other things, established the procedure for former customers to file claims against the BLMIS estate.  If the Trustee disagreed with a customer's claim amount, he would notify the customer in writing as to his determination that the entire claim, or a portion of it, should be disallowed.  (*Id.* at 6.)  Thereafter, the customer could

---

[2]    *See Order on Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief*, dated Dec. 23, 2008 (ECF Doc. # 12).

object to the Trustee's determination setting forth the basis for the objection, and the Trustee would then schedule a hearing on the matter with the Court.  (*Id.* at 6-7.)

## B.    The Kaufman Tenancy in Common

Dr. Judy L. Kaufman ("Dr. Kaufman") opened Account 1CM100 with BLMIS in September 1993 by executing a trading authorization, a customer agreement, and an option agreement.  (*See Declaration of Vineet Sehgal*, dated Jan. 12, 2017 ("*Sehgal Decl.*"), Ex. 4 at AMF00243778-88 (ECF Doc. # 14845).)  In December 1994, Dr. Kaufman added her children Lisa D. Kaufman and Neal S. Kaufman to Account 1CM100, and renamed the account "Judy L. Kaufman-Family" with each member holding an interest in the account as a tenant in common.  (*Id.*, Ex. 4 at AMF00243773-76.)[3]  In December 2003, Dr. Kaufman added the Epstein Living Trust as a fourth cotenant, (*id.*, Ex. 4 at AMF00243767), and in July 2008, added Daniel Epstein as a fifth cotenant.  (*Id.*, Ex. 4 at AMF00243752.)  I will refer to the tenancy in common as the "Kaufman Tenancy in Common."

## C.    The Customer Claims

The Kaufman Tenancy in Common filed a customer claim (the "TIC Customer Claim") for amounts held in Account 1CM100.  (*Sehgal Decl.*, ¶ 13.)  The Trustee disallowed the TIC Customer Claim in its entirety because Account 1CM100 was a "net winner" account meaning that the amount withdrawn from the account exceeded the

---

[3]    Lisa D. Kaufman wrote to BLMIS in November 1997 to inform it of her name change to Lisa D. Kava.  (*Sehgal Decl.*, Ex. 4 at AMF00243772.)

deposits. (*Id.*, ¶ 14.)[4]  The Kaufman Tenancy in Common objected to the Trustee's

determination on December 21, 2009.  (*See* ECF Doc. # 1099.)  The Trustee's current

*Motion* does not seek a final adjudication of the TIC Customer Claim.

The Epstein Living Trust and Daniel Epstein also filed customer claims (together

the "Cotenant Customer Claims") in the amounts of $352,355 and $40,000,

respectively.[5]  The Trustee disallowed the Cotenant Customer Claims in their entirety

because the Epsteins did not have their own BLMIS accounts, and hence, were not

"customers" of BLMIS within the meaning of SIPA.  The Epsteins each filed objections

to the Trustee's determinations in January 2011.  (*See* ECF Doc. ## 3760 & 3762.)

### D.   The Trustee's *Motion*

The *Motion* contends that the Cotenant Customer Claims must be denied because

an account held by tenants in common is treated as a single customer (and is thus

entitled to a single customer claim) under Rule 105 of the SIPC's Series 100 Rules,

(*Motion* at 14), and the Epsteins lack the characteristics indicative of customer status as

set forth in *SIPC v. Morgan, Kennedy & Co., Inc.*, 533 F.2d 1314 (2d Cir.) ("*Morgan*

*Kennedy*"), *cert. denied*, 426 U.S. 936 (1976) and reaffirmed in *Kruse v. SIPC* (*In re*

*BLMIS*), 708 F.3d 422 (2d Cir. 2013) ("*Kruse*").  (*Motion* at 14-17.)[6]

---

[4]      The Trustee filed an adversary proceeding in November 2010 against the Kaufman Tenancy in
Common and the Epsteins, among others, to recover the fictitious profits withdrawn from Account
1CM100.  *See Picard v. Kaufman*, Adv. P. No. 10-04527 (SMB).

[5]      The Cotenant Customer Claims are annexed to the *Seghal Decl.* as Exs. 5 & 6.

[6]      SIPC filed a memorandum supporting the *Motion* on January 24, 2017 (ECF Doc. # 14939)
reinforcing much of the Trustee's arguments.

The Epsteins objected to the Trustee's *Motion*.  (S*ee* ECF Doc. ## 15330 & 15424-1.)  They argue that they made a written request to Madoff in 2003 asking for separate account statements in their names (not aggregated with the other cotenants comprising the Kaufman Tenancy in Common), but Madoff ignored it.  The Epsteins also assert that the Trustee possesses evidence establishing the amount of their deposits and lack of withdrawals from Account 1CM100.

The Trustee filed his *Reply Memorandum of Law in Support of Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman et al. Tenancy in Common and Keith Schaffer, Carla R. Hirschhorn Tenancy in Common* on March 24, 2017 ("*Reply*") (ECF Doc. # 15424).  He represents that while he possesses four checks from the Epstein Living Trust and one check from Daniel Epstein, each made payable to BLMIS, the checks were intended to be deposited into Account 1CM100, the Kaufman Tenancy in Common's account, (*Reply* at 5)[7], and were, in fact, deposited into that account.[8]  In addition, the Epsteins admitted in discovery that they sent their checks to Dr. Kaufman (or her husband), and Dr. Kaufman or her husband sent the checks to BLMIS.  (*Id.*)  Finally, while the Epsteins alluded to a 2003 letter requesting BLMIS to send separate customer statements to them, they failed to produce the letter.  (*Id.* at 6-7.)  The Trustee's attorney

---

[7]    Four of the five checks included "Account 1CM100" in the memo portion of the check.  The memo portion of the fifth check was redacted.

[8]    The Trustee's complaint in the adversary proceeding brought against the Epsteins listed the five deposits in the exhibit showing the activity in Account 1CM100.  (*See Complaint*, dated Nov. 12, 2010, Ex. B at MADC0261_00000004 (ECF Adv. P. No. 10-04527 Doc. #1).)

- 6 -

represented at oral argument on March 29, 2017 that she has never seen a copy of the

2003 letter containing a direction to send separate statements to them.

## DISCUSSION

**A.     Determining "Customer" Status Under SIPA**

The issue before the Court is whether the Epsteins qualify as "customers" as that

term is defined in SIPA so that they may directly participate in the distribution of

customer property as described in SIPA § 78fff-2 and receive advances from SIPC on

account of their claims pursuant to SIPA § 78fff-3.  SIPA defines a "customer" as a

person

> who has a claim on account of securities received, acquired, or held by the
> debtor in the ordinary course of its business as a broker or dealer from or
> for the securities accounts of such person for safekeeping, with a view to
> sale, to cover consummated sales, pursuant to purchases, as collateral,
> security, or for purposes of effecting transfer.

SIPA § 78*lll*(2)(A).

Customers include "any person who has deposited cash with the debtor for the

purpose of purchasing securities" and "any person who has a claim against the debtor

arising out of sales or conversions of such securities."  SIPA § 78*lll*(2)(a)(i) & (iii).

"Judicial interpretations of 'customer' status support a narrow interpretation of the

SIPA's provisions," *Stafford v. Giddens* (*In re New Times Sec. Servs., Inc.*), 463 F.3d

125, 127 (2d Cir. 2006) (quoting *SIPC v. Wise* (*In re Stalvey & Assocs., Inc.*), 750 F.2d

464, 472 (5th Cir. 1985)), and the burden of proof is on the claimant to demonstrate

"customer" status under SIPA.  *Mishkin v. Siclari* (*In re Adler, Coleman Clearing

Corp.*), 277 B.R. 520, 557 (Bankr. S.D.N.Y. 2002).  While courts consider several factors

in determining the existence of customer status, including whether the claimant had a

direct financial relationship with the debtor, a property interest in the assets invested,
accounts with the debtor, control over investment decisions, and/or was identified in
the debtor's books and records, *Kruse*, 708 F.3d at 426-27; *accord Morgan Kennedy*,
533 F.2d at 1318, the "critical aspect" of the customer definition is "the entrustment of
cash or securities to the broker-dealer for the purposes of trading securities." *Kruse*,
708 F.3d at 426 (quoting *In re BLMIS*, 654 F.3d 229, 236 (2d Cir. 2011)).

Rule 105 of the SIPC Series 100 Rules addresses the classification of "Joint
Accounts" including those held by tenants in common.[9]  SIPC Rule 105(a) provides that
a joint account held by "tenants in common" where each cotenant "possesses authority
to act with respect to the entire account" will be deemed a "qualifying joint account."  17
C.F.R. § 300.105(a).  If at least some of the cotenants lack authority to act, the joint
account will also be deemed a "qualifying joint account" comprised of the cotenants
"having the exclusive power to act with respect to it."[10]  17 C.F.R. § 300.105(d).  In either
case, "each qualifying joint account with a member *shall be deemed held by one
separate customer of the member*."  17 C.F.R. § 300.105(b) (emphasis added); *accord
Morgan Kennedy*, 533 F.2d at 1320 (A "qualifying joint account" is a separate customer,
and the "co-owners will be required to divide the single award in proportion to their
ownership interests in the account.") (footnote omitted).

---

[9]      SIPC's rules "have the force and effect of law."  *Mishkin v. Ensminger* (*In re Adler, Coleman
Clearing Corp.*), 218 B.R. 689, 699 (Bankr. S.D.N.Y. 1998).

[10]      If only one cotenant possesses the power to act, then the account will be deemed an individual
account.  17 C.F.R. § 300.105(d).

## B.    The Epsteins

It is undisputed that Account 1CM100 is a qualifying joint account within the meaning of SIPC Rule 105.  Consequently, the Kaufman Tenancy in Common is the SIPA customer, and the tenants in common must look to the Kaufman Tenancy in Common for any recovery.

Furthermore, the Epsteins have failed to satisfy the "critical aspect" of the customer definition – "the entrustment of cash or securities to [BLMIS] for the purposes of trading securities."  *Kruse*, 708 F.3d at 426 (quotation omitted).  Their responses to discovery confirm that:

- they did not have BLMIS accounts in their own names, (*Declaration of Stephanie Ackerman*, dated Jan. 13, 2017 ("*Ackerman Decl.*"), Ex. 5 at MCMDR_00000336 & Ex. 6 at MCMDR_00000413 (ECF Doc. # 14846));

- they never received correspondence directly from BLMIS, (*id.*);

- they had no communications with BLMIS employees, (*id.*, Ex. 5 at MCMDR_00000340 & Ex. 6 at MCMDR_00000417);

- the Cotenant Customer Claims were based on investments in Account 1CM100, (*id.*);

- they never received account statements or tax documents from BLMIS, (*id.*, Ex. 5 at MCMDR_00000337 & Ex. 6 at MCMDR_00000414);

- they never entered into contracts with BLMIS, (*id.*);

- their only relationship with BLMIS existed by way of their relationship to the Kaufman Tenancy in Common, (*id.*); and

- they lacked control, investment discretion or decision-making power regarding their BLMIS investment.  (*Id.*)

In short, while the Kaufman Tenancy in Common was a "customer" of BLMIS, the Epsteins were not.

- 9 -

The Epsteins' contrary arguments are unpersuasive.  First, they point to checks they made payable to BLMIS for deposit into Account 1CM100, (*see Ackerman Decl.*, Ex. 7 at MCMDP_00006631, 33, 35, 37 & Ex. 8 at MCMDP_00010529), to show a relationship between them and BLMIS.  However, they entrusted those checks to Dr. Kaufman or her husband, and did not deal directly with BLMIS.  Second, they allude to a 2003 letter they sent to BLMIS requesting separate account statements (apart from the statement sent for the Kaufman Tenancy in Common), but failed to produce it,  and the Trustee represented that he has never seen it.  Accordingly, the Epsteins have failed to carry their burden of proving that they were "customers" of BLMIS as defined in SIPA.

For the same reasons, the branch of the *Motion* seeking to affirm the Trustee's denial of claims filed by the Schaffer/Hirschhorn Cotenants is also granted.  Each of the Schaffer/Hirschhorn Cotenants filed a customer claim against BLMIS in an amount equal to one-third of the amount listed on the final BLMIS account statement of the Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy in Common (the "Schaffer/Hirschhorn TIC").  (*See Sehgal Decl.*, Ex. 12 at MWPTAP00597077; Ex. 13 at MWPTAP00598855; Ex. 14 at MWPTAP00598884.)[11]  The Schaeffer/Hirschhorn TIC is the account holder and "customer," the Schaffer/Hirschhorn Cotenants, like the Epsteins, are not.  Moreover, the Schaffer/Hirschhorn Cotenants failed to respond to requests for admissions in connection with the claim dispute, (*Ackerman Decl.*, ¶ 21; Exs. 2-4), thereby admitting, *inter alia*, that they did not have BLMIS accounts in their

---

[11]    The Schaffer/Hirschhorn TIC also filed customer claims against BLMIS, which the Trustee denied because its BLMIS account was a "net winner" account.  (*Sehgal Decl.*, ¶¶ 13, 14; Ex. 1.)  The *Motion* does not seek a final adjudication on the claims filed by the Schaffer/Hirschhorn TIC.

- 10 -

own names, did not directly receive BLMIS statements or tax documents, and did not

have control, investment discretion or decision-making power over BLMIS investments.

*See* FED. R. CIV. P. 36(a)(3).  Finally, they failed to object to the Trustee's *Motion*.

## CONCLUSION

The Trustee's *Motion* is granted as set forth herein.  Submit order.

Dated: New York, New York
        April 7, 2017

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

Securities Investor Protection Corporati,
        Plaintiff                                    Adv. Proc. No. 08-01789-smb

Bernard L. Madoff Investment Securities,,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: changreen          Page 1 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
cr            +Daniel Epstein,  205 E.77 Street,  Apt. 14D,  New York, NY 10075-2065
cr            +Rebecca & Robert Epstein,  2845 Russell Street,  Berkeley, CA 94705-2345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                           Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
          Adam K. Grant    on behalf of Defendant    JRAG, LLC agrant@kasowitz.com,  courtnotices@kasowitz.com
          Alan  Unger    on behalf of Defendant    KBC Investments Limited aunger@sidley.com
          Alan D. Halperin    on behalf of Defendant    Gail Nessel lgudhalperinlaw.net
          Alan E. Gamza    on behalf of Creditor    Cheng Hye Cheah and Hau Yin To Agamza@mosessinger.com,
          dkick@mosessinger.com;cgresh@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com
          Alan E. Marder    on behalf of Defendant    The Judie Lifton 1996 Revocable Trust Dated September 5,
          1996 lgomez@msek.com
          Alan S. Naar    on behalf of Defendant Armando J. Bucelo anaar@greenbaumlaw.com
          Albert K. Butzel    on behalf of Defendant    The Estate of Monte Ghertler akbutzel@gmail.com
          Alec P. Ostrow    on behalf of Defendant    Antaeus Enterprises, Inc. aostrow@beckerglynn.com,
          saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Alec P. Ostrow    on behalf of Creditor David T. Washburn aostrow@beckerglynn.com,
          saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Aleida  Martinez-Molina    on behalf of Defendant    Adeline Sherman Revocable Trust as Amended
          amartinez@wsh-law.com,  jfuentes@wsh-law.com
          Alex  Reisen    on behalf of Creditor    FGLS Equity LLC areisen@arkin-law.com
          Alex R. Rovira    on behalf of Creditor    Altai Capital Growth Fund PCC LImited
          emcdonnell@sidley.com
          Alfredo R. Perez    on behalf of Defendant    Blue Star Investors, LLC alfredo.perez@weil.com,
          Chris.lopez@weil.com;nicole.aliseo@weil.com
          Alicia M. Simmons    on behalf of Unknown    United States Of America alicia.simmons@usdoj.gov
          Amanda  Raboy    on behalf of Unknown    Pasifin Co. Inc. araboy@cov.com
          Amanda M. Ulrich    on behalf of Defendant    Notz, Stucki Management (Bermuda) Limited
          amulrich@debevoise.com
          Amiad  Kushner    on behalf of Attorney    Lowenstein Sandler LLP akushner@lowenstein.com,
          zrosenbaum@lowenstein.com;cdeleon@lowenstein.com;claferriere@lowenstein.com
          Andrea  Fischer,    on behalf of Creditor    United States Fire Insurance Company
          afischer@sflawgroup.com
          Andrea J Robinson    on behalf of Interested Party    SNS Bank N.V. andrea.robinson@wilmerhale.com
          Andreas A. Frischknecht    on behalf of Defendant    Six Sis AG
          andreas.frischknecht@chaffetzlindsey.com,  dockets@chaffetzlindsey.com,
          t.cohen@chaffetzlindsey.com
          Andrew  Kosloff    on behalf of Defendant    JP Morgan Chase Bank, NA susan.mcnamara@chase.com
          mco@mwe.com
          Andrew B. Kratenstein    on behalf of Defendant    Sage Associates akratenstein@mwe.com,
          mco@mwe.com
          Andrew Howard Sherman    on behalf of Creditor    Jonathon Wolf Chais Trust asherman@sillscummis.com
          Andrew J. Ehrlich    on behalf of Unknown    Estate of Mark D. Madoff and Andrew H. Madoff,
          individually and as Executor of the Estate of Mark D. Madoff aehrlich@paulweiss.com,
          btannenbaum@paulweiss.com;cgrusauskas@paulweiss.com

District/off: 0208-1          User: changreen          Page 2 of 15          Date Rcvd: Apr 10, 2017
                              Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrew J. Ehrlich    on behalf of Defendant    Estate of Mark D. Madoff aehrlich@paulweiss.com, btannenbaum@paulweiss.com;cgrusauskas@paulweiss.com

Andrew J. Goodman    on behalf of Defendant    L.H. Rich Companies agoodman@gsblaw.com, jsylopez@gsblaw.com

Andrew John Finn    on behalf of Defendant    Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J Safra Limited finna@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-finn-6914@ecf.pacerpro.com

Angela T. Rella    on behalf of Defendant    Brierpatch Investment LLC, as successor in interest to Brierpatch Investment Limited Partnership docketny@mofo.com

Angelina E. Lim    on behalf of Creditor    Anchor Holdings, LLC angelinal@jpfirm.com, minervag@jpfirm.com

Anna Conlon Aguilar    on behalf of Unknown Karen  Davis aaguilar@conlonaguilar.com

Anthony A. Mingione    on behalf of Defendant Allan  Inger amingione@blankrome.com, jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Anthony A. Mingione    on behalf of Defendant    Zieses Investment Partnership amingione@blankrome.com, jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Anthony D. Boccanfuso    on behalf of Defendant    Atlantic Security Bank Anthony.Boccanfuso@apks.com

Anthony L. Paccione    on behalf of Defendant    Access International Advisors Europe Ltd. anthony.paccione@kattenlaw.com, mark.ciani@kattenlaw.com

Anthony L. Paccione    on behalf of Defendant    Bear Lake Partners anthony.paccione@kattenlaw.com, mark.ciani@kattenlaw.com

Anthony R. Holtzman    on behalf of Defendant Stuart J. Rabin anthony.holtzman@klgates.com

Ari  MacKinnon    on behalf of Defendant    BNP Paribas Securities Corp. amackinnon@cgsh.com, maofiling@cgsh.com

Arthur Jay Steinberg    on behalf of Defendant    CSP Investment Associates LLC asteinberg@kslaw.com, sdavidson@kslaw.com;jcmccullough@kslaw.com

Barry R. Lax    on behalf of Creditor Rose  Less blax@laxneville.com

Barry R. Lax    on behalf of Defendant    DAVID SHAPIRO, individually and as trustee for Trust f/b/o [W.P.S.] & [J.G.S.] blax@laxneville.com

Barton  Nachamie (+)    on behalf of Creditor    ABG Partners d/b/a ABG Investments bnachamie@nscslaw.com

Benjamin D. Pergament    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bpergament@bakerlaw.com, bhlitdocket@bakerlaw.com;mpowers@bakerlaw.com;jparemoud@bakerlaw.com

Benjamin J.O. Lewis    on behalf of Unknown    Barclays Bank (Suisse) S.A. ben.lewis@hoganlovells.com,  marie.ferrara@hoganlovells.com

Benjamin P. Deutsch    on behalf of Unknown    The Betsy R. Gordon Sheerr Successor Trust bdeutsch@schnader.com

Bennette D. Kramer    on behalf of Unknown    Belfer Two Corporation bdk@schlamstone.com

Bernard V. Kleinman    on behalf of Unknown    SUSAN SALTZ CHARITABLE LEAD ANNUITY TRUST attrnylwyr@yahoo.com

Bik  Cheema    on behalf of Trustee Irving H. Picard bhlitdocket@bakerlaw.com

Blanka K. Wolfe    on behalf of Unknown    Union Arbitrage Strategy Fund bwolfe@sheppardmullin.com, ny-docketing@sheppardmullin.com

Brad  Rogers    on behalf of Creditor    PENSION BENEFIT GUARANTY CORP. rogers.brad@pbgc.gov, efile@pbgc.gov

Brad N. Friedman    on behalf of Creditor Ruth E. Goldstein bfriedman@milberg.com

Brendan M. Scott    on behalf of Cross-Claimant    R&H Trust Co (Jersey) Limited, as Trustee of the Tower Trust bscott@klestadt.com

Brent C. Strickland    on behalf of Defendant    Milton Davis Non Exempt Marital Trust U/A 12/13/84 bstrickland@wtplaw.com

Brent J. Rodine    on behalf of Unknown    Cynthia Olesky Giammarrusco brodine@qslwm.com

Breon  Peace    on behalf of Defendant    BNP Paribas Defendants bpeace@cgsh.com, maofiling@cgsh.com

Breon  Peace    on behalf of Defendant    BNP Paribas Securities Corp. bpeace@cgsh.com, maofiling@cgsh.com

Brett S. Moore    on behalf of Creditor    Ferdinand Burg and Carlo Reding, Court- Appointed Liquidators for Herald (Lux) Sicav bsmoore@pbnlaw.com, rmschechter@pbnlaw.com;mpdermatis@pbnlaw.com;sdguven@pbnlaw.com;pnbalala@pbnlaw.com;nvfuentes@pbnlaw.com

Brian  Maddox    on behalf of 00-DO NOT USE    U/T/A by Jacobs Davis 6/27/94 bmaddox@laxneville.com

Brian  Neville    on behalf of Creditor Myron  Feuer bneville@laxneville.com

Brian  Neville    on behalf of Counter-Defendant    Brow Family Partnership bneville@laxneville.com

Brian E. Weisberg    on behalf of Defendant    Willard N. Weisberg Trust UAD 3/25/98 brianweisberg@siegelbrill.com,  sarahmacdonald@siegelbrill.com

Brian Edward Goldberg    on behalf of Debtor Bernard L. Madoff nybankruptcydocketing@dicksteinshapiro.com

Brian H. Polovoy    on behalf of Interested Party    Nomura International PLC bpolovoy@shearman.com, mmolinelli@shearman.com;keith.palfin@shearman.com;paul.gil@shearman.com

Brian H. Polovoy    on behalf of Defendant    Citrus Investment Holdings Ltd. bpolovoy@shearman.com, mmolinelli@shearman.com;keith.palfin@shearman.com;paul.gil@shearman.com

Brian J. Butler    on behalf of Unknown    OFI MGA ALPHA PALMARES (f/k/a Oval Alpha Palmares) butlerb@bsk.com

Brian L. Shaw    on behalf of Defendant Anita  Russell, individually and in her capacity as a joint tenant bshaw100@shawfishman.com,  bshaw@shawfishman.com;jbunton@shawfishman.com

Bruce A. Langer    on behalf of Defendant Linda  Schoenheimer McCurdy blanger@mclaughlinstern.com

District/off: 0208-1          User: changreen          Page 3 of 15          Date Rcvd: Apr 10, 2017
                              Form ID: pdf001           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Bruce M Ginsberg    on behalf of Defendant    Bloom Asset Holdings Fund bginsberg@dglaw.com,
             jheatherton@dglaw.com;mgiugliano@dglaw.com
          Bruce S. Schaeffer    on behalf of Unknown Irving J. Pinto bruce.schaeffer@gmail.com
          Bryan Ha    on behalf of Defendant    The Lustig Family 1990 Trust bhanyc@gmail.com
          Cabot J Marks    on behalf of Defendant    Estate Of William Diamond cjmarks@cjmlawnyc.com,
             alove@cjmlawnyc.com
          Carl F. Schoeppl    on behalf of Unknown    Burt & Susan Moss, TEN ENT carl@schoepplburke.com
          Carlos J. Canino    on behalf of Defendant    Isaac Jimmy Mayer ccanino@stearnsweaver.com,
             cgraver@stearnsweaver.com;valfonso@stearnsweaver.com
          Carmine Boccuzzi    on behalf of Defendant    Citibank North America, Inc. maofiling@cgsh.com,
             cboccuzzi@cgsh.com
          Carmine Boccuzzi    on behalf of Defendant    Citi Hedge Fund Services Limited maofiling@cgsh.com,
             cboccuzzi@cgsh.com
          Carole Neville    on behalf of Creditor    Alvin Gindel Revocable Trust and Alvin Gindel
             carole.neville@dentons.com
          Carole Neville    on behalf of Creditor    Alvin R. Rush c/o Weiser LLP carole.neville@dentons.com
          Catherine Elizabeth Woltering    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the
             Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and
             the Estate of Bernard L. Madoff cwoltering@bakerlaw.com
          Catherine Elizabeth Woltering    on behalf of Trustee Irving H. Picard cwoltering@bakerlaw.com
          Charles Collier Platt    on behalf of Defendant    Nancy J. Marks Trust 2002
             Charles.Platt@wilmerhale.com
          Charles Martin Tatelbaum    on behalf of Defendant Gerald Blumenthal cmt@trippscott.com,
             lxc@trippscott.com
          Chaya F. Weinberg-Brodt    on behalf of Unknown    Collace Services Limited
             chaya.weinberg@withers.us.com
          Chester B. Salomon    on behalf of Defendant Linda Rituno csalomon@beckerglynn.com,
             saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Chester B. Salomon    on behalf of Creditor    SBM Investments LLP csalomon@beckerglynn.com,
             saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Christopher Ferguson    on behalf of Defendant Nancy Portnoy cferguson@kflaw.com
          Christopher Gresh    on behalf of Creditor    Optima Limited Partnership cgresh@mosessinger.com
          Christopher A. Van De Kieft    on behalf of Defendant    Joseph S. Popkin Revocable Trust Dated
             February 9, 2006, a Florida Trust cvandekieft@seegerweiss.com
          Christopher B. Hitchcock    on behalf of Defendant    Orconsult SA chitchcock@hitchcockcummings.com
          Christopher H. LaRosa    on behalf of Plaintiff    Securities Investor Protection Corporation
             clarosa@sipc.org, kfrench@sipc.org
          Christopher J. Major    on behalf of Defendant    Estate of Gladys Cash cjm@msf-law.com,
             bm@msf-law.com
          Christopher L. Barnett    on behalf of Defendant    Isaac Jimmy Mayer cgraver@stearnsweaver.com
          Christopher L. Gallinari    on behalf of Defendant Brian H. Gerber cgallinari@bellowspc.com,
             sgeller@bellowslaw.com;bhanahan@bellowslaw.com
          Christopher M. Desiderio    on behalf of Defendant Elaine Rosenberg cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Defendant Douglas Shapiro cdesiderio@nixonpeabody.com
          Christopher M. Mason    on behalf of Unknown Elaine Rosenberg cmason@nixonpeabody.com,
             nyc.managing.clerk@nixonpeabody.com
          Chryssa Vilma Beth Valletta    on behalf of Unknown Alice Barbanel cvalletta@phillipsnizer.com
          Damien Riehl    on behalf of Unknown    Hess Kline Revocable Trust and Hell Kline dariehl@rkmc.com
          Daniel Schimmel    on behalf of Unknown    Caceis Bank dschimmel@foleyhoag.com
          Daniel B. Besikof    on behalf of Creditor    Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
             and additional appellants dbesikof@loeb.com
          Daniel B. Besikof    on behalf of Defendant    Fiterman Investment Fund dbesikof@loeb.com
          Daniel H. Tabak    on behalf of Unknown Deborah Madoff dtabak@cohengresser.com
          Daniel J. Fetterman    on behalf of Defendant    JRAG, LLC dfetterman@kasowitz.com,
             courtnotices@kasowitz.com
          Daniel J. Kornstein,    on behalf of Interested Party    Certain American Securities Defendants
             dkornstein@ecbalaw.com
          Daniel M. Glosband    on behalf of Creditor    Jane L. O'Connor as Trustee of the Jane O'Connor
             Living Trust dglosband@goodwinprocter.com
          Daniel M. Kummer    on behalf of Interested Party    NBCUniversal Media, LLC
             daniel.kummer@nbcuni.com
          Dara Gilwit Hammerman    on behalf of Unknown    Angels Park Management SA
             dara.hammerman@withers.us.com
          Darren T. Azman    on behalf of Defendant    Sage Associates dazman@mwe.com, mco@mwe.com
          David Greenwald    on behalf of Unknown    SPV Optimal SUS Ltd. dgreenwald@cravath.com,
             mao@cravath.com
          David Onorato    on behalf of Defendant    Tensyr Limited david.onorato@freshfields.com
          David Yeger    on behalf of Creditor    Rosenman Family LLC dyeger@wmllp.com, dyeger@wmllp.com
          David A. Kotler    on behalf of Defendant    Oppenheimer Acquisition Corp. david.kotler@dechert.com
          David A. Rosenzweig    on behalf of Defendant    Melvin B. Nessel 2006 Trust u/a/d 3/14/06
             david.rosenzweig@nortonrosefulbright.com
          David Farrington Yates    on behalf of Creditor    EFG Bank S.A., EFG Bank (Monaco) S.A.M., and EFG
             Bank & Trust Ltd. (Bahamas) farrington.yates@kobrekim.com
          David G. Wise    on behalf of Defendant Lila S. Raskin dwise@snlaw.com
          David H. Wander    on behalf of Defendant    Express Enterprises Inc. dhw@dhclegal.com
          David J. Eiseman    on behalf of Defendant Peter Joseph deiseman@golenbock.com
          David J. Eiseman    on behalf of Defendant    Queensgate Foundation deiseman@golenbock.com
          David J. Kanfer    on behalf of Defendant    LifeInvest Opportunity Fund LDC kanfer@thsh.com

District/off: 0208-1          User: changreen          Page 4 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Mark    on behalf of Defendant   Banca Carige S.p.A. dmark@kasowitz.com,
          courtnotices@kasowitz.com,
          David J. Sheehan    on behalf of Plaintiff   Irving H. Picard, Esq., Trustee for the Substantively
          Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
          Bernard L. Madoff bhaa@bakerlaw.com
          David J. Sheehan    on behalf of Counter-Defendant   Irving H. Picard, Trustee for the Liquidation
          of Bernard L. Madoff Investment Securities LLC dsheehan@bakerlaw.com,
          nlandrio@bakerlaw.com;tblaber@bakerlaw.com;bhaa@bakerlaw.com
          David J. Sheehan    on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
          David L. Barrack    on behalf of Unknown Stuart  Perlen dbarrack@wilkauslander.com
          David L. Mitchell    on behalf of Defendant   Fiterman GST Exempt Marital Trust
          dmitchell@robinskaplan.com,  jgerboth@robinskaplan.com
          David M. Banker    on behalf of Creditor   Cornerstone Capital, Inc. dbanker@lowenstein.com,
          echafetz@lowenstein.com
          David M. Pohl,   on behalf of Defendant Robert  Jaffe david.pohl@pohllaw.com
          David Noah Greenwald    on behalf of Defendant   Unifortune Asset Management SGR SPA
          dgreenwald@cravath.com,  mao@cravath.com
          David S. Golub   on behalf of Creditor   John V. O'Neill dgolub@sgtlaw.com
          David S. Golub   on behalf of Unknown   Madeline E Corish Estate dgolub@sgtlaw.com
          David S. Stone   on behalf of Creditor Ethel S. Wyner awagner@stonemagnalaw.com
          David W. Parham    on behalf of Unknown   Cathay Life Insurance Co., Ltd. david.parham@akerman.com,
          scott.lawrence@akerman.com
          David Y. Livshiz   on behalf of Defendant   Citibank North America, Inc.
          david.livshiz@freshfields.com
          Deborah Kovsky-Apap    on behalf of Unknown   Veritable LP kovskyd@pepperlaw.com,
          kressk@pepperlaw.com
          Deborah A. Reperowitz    on behalf of Mediator Deborah A Reperowitz dreperowitz@mcglinchey.com,
          cgomes@mcglinchey.com
          Deborah H. Renner    on behalf of Plaintiff Irving  Picard, as Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Deborah H. Renner   on behalf of Plaintiff   Irving H. Picard, Esq., Trustee for the
          Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and
          the Estate of Bernard L. Madoff bhaa@bakerlaw.com
          Deirdre Norton Hykal   on behalf of Defendant    Joan M. Schultz Trust maosbny@willkie.com,
          dhykal@willkie.com
          Dennis C. Quinn   on behalf of Creditor   Jewish Community Foundation of the Jewish Federation
          Council of Greater Los Angeles noliver@bargerwolen.com;rhopkins@bargerwolen.com
          Dennis J. Nolan    on behalf of Interested Party   Alpha Prime Asset Management Ltd.
          dnolan@andersonkill.com
          Diane L. McGimsey   on behalf of Interested Party   Standard Chartered Financial Services
          (Luxembourg) S.A. mcgimseyd@sullcrom.com,  s&cmanagingclerk@sullcrom.com,
          diane-mcgimsey-2480@ecf.pacerpro.com
          Donald N. David    on behalf of Defendant Joel H. Levine donald.david@akerman.com,
          charlene.cerda@akerman.com;kimberly.shinder@akerman.com;michael.goldberg@akerman.com
          Donald N. David    on behalf of Defendant    A & G Goldman Partnership, a New York Partnership
          donald.david@akerman.com,
          charlene.cerda@akerman.com;kimberly.shinder@akerman.com;michael.goldberg@akerman.com
          Dorothy Heyl   on behalf of Defendant   LGT Bank (Switzerland) Ltd. dheyl@milbank.com
          Douglas L Furth    on behalf of Defendant Irwin R. Weindling dfurth@golenbock.com
          Douglas L Furth    on behalf of Defendant   Elaine S. Stein Revocable Trust dfurth@golenbock.com
          Drew M. Dillworth    on behalf of Unknown   ISAAC JIMMY MAYER ddillworth@stearnsweaver.com,
          bank@stearnsweaver.com
          Edward  Smith   on behalf of Defendant Albert H. Small Charitable Remainder Unitrust
          easmith@venable.com,  NYBankruptcyDocketing@venable.com
          Edward  Smith   on behalf of Creditor Albert H. Small easmith@venable.com,
          NYBankruptcyDocketing@venable.com
          Edward John Jacobs    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the
          Liquidation of Bernard L. Madoff Investment Securities LLC ejacobs@bakerlaw.com,
          mwarnock@bakerlaw.com
          Edward P. Grosz   on behalf of Creditor Carol  Silverstein egrosz@reitlerlaw.com
          Edward R. Minson   on behalf of Defendant   Daniel Jacobs, in his capacity as trustee of the
          Trust Created Under The Will Of John Bowers For The Benefit Of Marcy, John, And Christine Bowers
          edward.minson@srmmlaw.com
          Elise S. Frejka   on behalf of Creditor   Adam Fisher Trust efrejka@frejka.com
          Elizabeth Austin   on behalf of Defendant   Retirement Program for Employees of the Town of
          Fairfield ea@pullcom.com,  jgrossarth@pullcom.com
          Elizabeth Rozon   on behalf of Unknown Egea  Gustavo rozon.elizabeth@dorsey.com
          Elizabeth A. Molino   on behalf of Liquidator   Kenneth M. Krys and Charlotte Caulfield as Joint
          Liquidators and Foreign Representatives of Fairfield Sentry Limited, Fairfield Sigma Limited,
          and Fairfield Lambda Limited emolino@brownrudnick.com
          Elizabeth A. Scully   on behalf of Trustee Irving H. Picard escully@bakerlaw.com
          Elliot  Moskowitz   on behalf of Unknown   Eurizon Capital SGR S.p.A, f/k/a Nextra Alternative
          Investments SGR S.p.A elliot.moskowitz@dpw.com,  ecf.ct.papers@davispolk.com
          Elliot G Sagor   on behalf of Interested Party Elliot G. Sagor sagor@mintzandgold.com
          Eric  Fisher   on behalf of Defendant   David Mayer efisher@binderschwartz.com,
          docket@binderschwartz.com

District/off: 0208-1          User: changreen          Page 5 of 15          Date Rcvd: Apr 10, 2017
                              Form ID: pdf001           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Eric  Fishman   on behalf of Unknown   Falcon Private Bank Ltd. (f/k/a AIG Privat Bank AG)
           efishman@pillsburywinthrop.com, nydocket@pillsburylaw.com
          Eric B. Levine   on behalf of Unknown   Nephrology Associates P.C. Pension Plan levine@whafh.com
          Eric L. Lewis   on behalf of Foreign Representative   Madoff Securities International Limited
           eric.lewis@lewisbaach.com
          Eric T. Moser   on behalf of Mediator Jeffrey  Rich emoser@r3mlaw.com
          Erica  Klipper   on behalf of Defendant   Citibank North America, Inc. eklipper@cgsh.com,
           maofiling@cgsh.com
          Erin E Valentine   on behalf of Defendant   Kingate Management Limited
           erin.valentine@chaffetzlindsey.com, dockets@chaffetzlindsey.com
          Ernest E. Badway   on behalf of Creditor Iris  Schaum ebadway@foxrothschild.com
          Eugene E. Stearns   on behalf of Defendant   Isaac Jimmy Mayer estearns@stearnsweaver.com,
           cgraver@stearnsweaver.com;jmejia@stearnsweaver.com
          Fernando A Bohorquez   on behalf of Plaintiff   Irving H. Picard, Esq., Trustee for the
           Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and
           the Estate of Bernard L. Madoff bhaa@bakerlaw.com
          Fletcher W. Strong   on behalf of Defendant   Fairfield Investment Fund Limited
           fstrong@wmd-law.com
          Fletcher W. Strong   on behalf of Creditor Robert F. Weinberg fstrong@wmd-law.com
          Frank  McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Franklin B. Velie   on behalf of Defendant   Bank Austria Worldwide Fund Management Ltd.
           fvelie@sandw.com
          Fred  Stevens   on behalf of Defendant Jonathan  Greenberg fstevens@klestadt.com
          Fred H. Perkins   on behalf of Interested Party David  Silver fhperkins@morrisoncohen.com
          Fred W. Reinke   on behalf of Creditor   AXA Private Managment freinke@mayerbrown.com
          Frederick E. Schmidt   on behalf of Unknown   A & G Goldman Partnership eschmidt@herrick.com
          Frederick R. Kessler   on behalf of Defendant   Fairfield Investment Fund Limited
           fkessler@wmd-law.com
          Gabrielle J. Pretto   on behalf of Defendant   Franitza Family Limited Partnership
           gpretto@laxneville.com
          Gabrielle J. Pretto   on behalf of Defendant   Estate of Miriam Marder gpretto@laxneville.com
          Gary A. Woodfield   on behalf of Unknown   27 CLIFF, LLC gwoodfield@haileshaw.com,
           sborges@haileshaw.com;bpetroni@haileshaw.com
          Gary D. Sesser   on behalf of Defendant   The Estate of Madeline Gins Arakawa sesser@clm.com
          Gary D. Sesser   on behalf of Defendant Nancy Ellen Weisser sesser@clm.com
          Gary F. Eisenberg,   on behalf of Interested Party   Magnify, Inc. geisenberg@perkinscoie.com,
           docketnyc@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerp
           ro.com
          Gary J. Mennitt   on behalf of Unknown   Bank Audi S.A.M.- Audi Saradar Group
           gary.mennitt@dechert.com, nycmanagingclerks@dechert.com
          Gary S Redish   on behalf of Unknown Carole  Lipkin gredish@winnebanta.com
          Gary S. Lee   on behalf of Defendant   Levy Trust glee@mofo.com,
           jpintarelli@mofo.com;gary-lee-4334@ecf.pacerpro.com
          Gary S. Lee   on behalf of Defendant   Brierpatch Investment LLC, as successor in interest to
           Brierpatch Investment Limited Partnership glee@mofo.com,
           jpintarelli@mofo.com;gary-lee-4334@ecf.pacerpro.com
          Gaytri D. Kachroo   on behalf of Defendant   Danville Manufacturing Co. Inc.
           gkachroo@kachroolegal.com, djackson@kachroolegal.com
          Geoffrey Stuart Brounell   on behalf of Defendant   ABN AMRO Bank N.V. (presently known as The
           Royal Bank of Scotland, N.V.) geoffrey.brounell@allenovery.com
          George  Brunelle   on behalf of Creditor   BK Interest, LLC gbrunelle@brunellelaw.com,
           ahadjikow@brunellelaw.com
          George M. Chalos   on behalf of Unknown   First Gulf Bank gmc@chaloslaw.com
          George V. Utlik   on behalf of Interested Party   1776 K Street Associates Limited Partnership
           utlik.george@arentfox.com, lisa.indelicato@arentfox.com
          George W. Shuster, Jr.   on behalf of Interested Party   SNS Bank N.V.
           george.shuster@wilmerhale.com
          Gerald A. Novack   on behalf of Defendant Stuart J. Rabin klgatesbankruptcy@klgates.com
          Geraldine  Ponto   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
           Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Geraldine  Ponto   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
           Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
          Geraldine E. Ponto   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
           Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Geraldine E. Ponto   on behalf of Defendant   The Restated Henry Kaye Trust, a California Trust,
           Lawrence Kaye as trustee and Steven Kaye bhaa@bakerlaw.com
          Geraldine E. Ponto   on behalf of Trustee Irving H. Picard gponto@bakerlaw.com,
           nlandrio@bakerlaw.com;bhlitdocket@bakerlaw.com
          Gerard Sylvester Catalanello   on behalf of Creditor   Brian Ross c/o Duane Morris LLP
           gerard.catalanello@alston.com, gerard.catalanello@alston.com
          Ginny L. Goldman   on behalf of Creditor Arnold  Goldman attorneygg@aol.com
          Gregg  Mashberg   on behalf of Defendant   Grosvenor Aggressive Growth Fund Limited
           gmashberg@proskauer.com, LSONYSB@proskauer.com
          Gregory Goett   on behalf of Defendant Andrew H. Cohen ggoett@lewismckenna.com
          Gregory M Dexter   on behalf of Defendant   RAR Entrepreneurial Fund, LTD.,
           gdexter@chaitmanllp.com, showell@chaitmanllp.com

District/off: 0208-1          User: changreen          Page 6 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Gregory S Kinoian   on behalf of Creditor    Joseph S. Eastern 2004 Irrevocable Trust, a New
           Jersey Trust gkinoian@okinhollander.com
          Gregory W. Fox   on behalf of Defendant    10 Michael Drive Associates, L.P.
           gfox@goodwinprocter.com
          Hanh V. Huynh   on behalf of Defendant    Bayside Trust hhuynh@herrick.com,
           courtnotices@herrick.com
          Harold D. Jones   on behalf of Defendant Hess   Kline hjones@jonesschwartz.com,
           rlieman@jonesschwartz.com
          Harold D. Jones   on behalf of Attorney    Jones & Schwartz, P.C. hjones@jonesschwartz.com,
           rlieman@jonesschwartz.com
          Harold D. Moorefield, Jr.   on behalf of Defendant    Isaac Jimmy Mayer
           hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com;bank@stearnsweaver.com
          Harvey B. Silikovitz   on behalf of Unknown Deborah   Madoff hsilikovitz@cohengresser.com
          Heath D. Rosenblat   on behalf of Defendant    CSP Investment Associates LLC
           Heath.Rosenblat@dbr.com
          Heather L Marx   on behalf of Defendant    David J. Miller, in his capacity as a general partner
           of Dorado Investment Company hmarx@cozen.com, akulbeik@cozen.com;jaudette@cozen.com
          Heather Lamberg Kafele   on behalf of Unknown    Banco Bilbao Vizcaya Argentaria, S.A.
           hkafele@shearman.com
          Heather Lamberg Kafele   on behalf of Interested Party    Banco Bilbao Vizcaya Argentaria, S.A.
           hkafele@shearman.com
          Helen Davis Chaitman   on behalf of Creditor    L & C Harwood, Trustees, CRT FBO Craig Harwood
           hchaitman@chaitmanllp.com,
           lblanco@chaitmanllp.com;lgotthoffer@chaitmanllp.com;showell@chaitmanllp.com
          Helen V. Cantwell   on behalf of Unknown Ameeta   Vijayvergiya hvcantwe@debevoise.com,
           mao-bk-ecf@debevoise.com
          Herbert  Beigel   on behalf of Defendant M. Elliot Schnall hbeigel@gmail.com
          Howard  Kleinhendler   on behalf of Creditor    Rosenman Family LLC hkleinhendler@wmllp.com
          Howard  Kleinhendler   on behalf of Creditor Franklin   Sands hkleinhendler@wmllp.com
          Howard L. Simon   on behalf of Attorney    Windels Marx Lane & Mittendorf, LLP
           hsimon@windelsmarx.com,
           kcullen@windelsmarx.com;klongo@windelsmarx.com;bkreutter@windelsmarx.com;ivoryteam@windelsmarx.co
           m
          Howard L. Simon   on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
           of Bernard L. Madoff Investment Securities LLC hsimon@windelsmarx.com,
           kcullen@windelsmarx.com;klongo@windelsmarx.com;bkreutter@windelsmarx.com;ivoryteam@windelsmarx.co
           m
          Howard L. Vickery, II   on behalf of Unknown    ABR Capital Fixed Option/Income Strategic Fund LP
           hvickery@bsfllp.com
          Hunter T. Carter   on behalf of Unknown    Sanford Guritzky, Brenda Guritzky, Dana Guritzky
           Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as
           Trustee of the U/W George H. Hurwitz carter.hunter@arentfox.com
          Imtiaz A. Siddiqui   on behalf of Defendant    Daniel Ryan and Theresa Ryan, individually and on
           behalf of the Ryan Trust isiddiqui@cpmlegal.com,  jlein@cpmlegal.com;bschnarr@cpmlegal.com
          Ina  Bort   on behalf of Interested Party    Certain American Securities Defendants
           ibort@kvwmail.com
          Ira L. Herman   on behalf of Mediator Ira L Herman ira.herman@tklaw.com,
           jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com
          Irving H. Picard   on behalf of Trustee Irving H. Picard ipicard@bakerlaw.com,
           nlandrio@bakerlaw.com;bhlitdocket@bakerlaw.com
          J. Michael Murray   on behalf of Interested Party    The John E. Guinness Revocable Trust Dated
           June 11, 1992, by John E. Guinness, Trustee jmmurray@bgmdlaw.com
          Jack G. Stern   on behalf of Defendant    ZCM Asset Holding Company (Bermuda) LLC
           jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com
          Jaclyn M. Metzinger   on behalf of Unknown    Caceis Bank jmetzinger@kelleydrye.com
          Jacob Buchdahl   on behalf of Unknown    Elirion Associates, Inc. Empl. Pension Plan and Trust
           jbuchdahl@susmangodfrey.com, lnand@susmangodfrey.com
          James Serritella   on behalf of Defendant    Bloom Asset Holdings Fund jserritella@dglaw.com,
           lpanebianco@dglaw.com
          James B. Glucksman   on behalf of Defendant    Jane M. Delaire a/k/a Jane Delaire Hackett
           jbglucksman-esq@outlook.com, ch11esq@yahoo.com
          James J. Vincequerra   on behalf of Unknown Allen   Ross James.Vincequerra@alston.com
          James L. Bernard   on behalf of Unknown    Benmar Family L.P. jbernard@stroock.com,
           insolvency@stroock.com
          James R. Walker   on behalf of Defendant    Bernstein Properties LLC jwalker@mmlpc.com
          James Vincent Masella, III   on behalf of Creditor George N. Faris jmasella@pbwt.com,
           mcolitigation@pbwt.com
          Jami Mills Vibbert   on behalf of Defendant    Ascot Fund Ltd. jami.vibbert@nortonrosefulbright.com
          Jamie B.W. Stecher   on behalf of Defendant    LifeInvest Opportunity Fund LDC litpara@thsh.com
          Jamie R Pierce   on behalf of Defendant    David J. Miller, in his capacity as a general partner
           of Dorado Investment Company akulbeik@hinshawlaw.com
          Jan Douglas Atlas   on behalf of Unknown    Family Partners, LLP atlas@kolawyers.com,
           cardoso@kolawyers.com;way@kolawyers.com
          Janice Beth Grubin   on behalf of Creditor    ABG Partners Janice.Grubin@leclairryan.com,
           wendy.kane@leclairryan.com
          Jason A. Nagi   on behalf of Unknown Barbara and Mark  Roth jnagi@polsinelli.com,
           tbackus@polsinelli.com;docketing@polsinelli.com

District/off: 0208-1          User: changreen          Page 7 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Javier  Bleichmar   on behalf of Defendant   Matias Erausquin, Enrique Erausquin, Liliana
          Controne and Yolanda Frischknecht on behalf of themselves and those they purport to represent
          jbleichmar@labaton.com
          Jeff E. Butler   on behalf of Defendant   Cardinal Management, Inc.
          jeff.butler@cliffordchance.com,  MCO@cliffordchance.com;jamie.hoxie@cliffordchance.com
          Jeff E. Butler   on behalf of Unknown   BANQUE INTERNATIONALE LUXEMBOURG (SUISSE) S.A. (f/k/a
          Dexia Private Bank (Switzerland) Ltd.) jeff.butler@cliffordchance.com,
          MCO@cliffordchance.com;jamie.hoxie@cliffordchance.com
          Jeffrey A. Miller   on behalf of Defendant Morton  Kurzrok jmiller@westermanllp.com,
          drubino@westermanllp.com
          Jeffrey A. Reich   on behalf of Defendant   A & M Johnson Trust, a California trust
          reichlaw@reichpc.com
          Jeffrey A. Rosenthal   on behalf of Unknown   Ivy Asset Management LLC maofiling@cgsh.com,
          jrosenthal@cgsh.com
          Jeffrey D. Felder   on behalf of Unknown   The Richard and Deborah Felder Foundation
          jfelder06@gmail.com
          Jeffrey D. Ganz   on behalf of Defendant   Barbara E. Greenberg Trust U/A/D 6/15/75, as amended
          jganz@riemerlaw.com,  ndailey@riemerlaw.com
          Jeffrey D. Sternklar   on behalf of Defendant   Eleanore C. Unflat Living Trust
          jsternklar@duanemorris.com
          Jeffrey E. Baldwin   on behalf of Defendant   Fairfield Greenwich (Bermuda), Ltd.
          jbaldwin@stblaw.com
          Jeffrey H. Schwartz   on behalf of Counter-Claimant   Janet Jaffin Individually And in Her
          Capacity as Trustee of The Janet Jaffin Dispositive Trust jschwartz@jaspanllp.com
          Jeffrey L. Bernfeld   on behalf of Defendant   Bradermak Equities Corp.
          jeffreybernfeld@bernfeld-dematteo.com
          Jeffrey L. Bernfeld   on behalf of Creditor   John Maccabee & Sherry Morse Maccabee Living Trust
          Dated 1/24/97 jeffreybernfeld@bernfeld-dematteo.com
          Jeffrey T. Scott   on behalf of Defendant   Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J
          Safra Limited scottj@sullcrom.com,  s&cmanagingclerk@sullcrom.com,
          jeffrey-scott-6254@ecf.pacerpro.com
          Jeffrey T. Scott   on behalf of Unknown   Judy L. Kaufman et al. TIC scottj@sullcrom.com,
          s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com
          Jennifer  Opheim   on behalf of Defendant   Barbara Picower, individually, and as Executor of the
          Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o
          Gabrielle H. Picower jennifer.opheim@srz.com,
          evan.melluzzo@srz.com;ecf-1822127e5d6b@ecf.pacerpro.com
          Jennifer B Zourigui   on behalf of Defendant Candice  Nadler jzourigui@ingramllp.com
          Jennifer B Zourigui   on behalf of Defendant   Charles E. Nadler, in his capacity as Personal
          Representative of the Estate of George E. Nadler and as a subsequent beneficiary,
          jzourigui@ingramllp.com
          Jennifer L. Young   on behalf of Creditor   Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE
          jyoung@milberg.com,  mecf@pacernotice.com
          Jennifer L. Young   on behalf of Creditor Barbara  Schlossberg jyoung@milberg.com,
          mecf@pacernotice.com
          Jennifer Lauren Saffer   on behalf of Defendant Jay  Rosenfield jlsaffer@jlsaffer.com,
          vjohnson@jlsaffer.com
          Jennifer M. Walrath   on behalf of Trustee Irving H. Picard jwalrath@bakerlaw.com
          Jenny Lynn Fountain   on behalf of Interested Party Gerald J. Block jlfountain@murraylaw.com
          Jeremy A. Mellitz   on behalf of Unknown   Von Rautenkranz Nachfolger Special Investments LLC
          jeremy.mellitz@withers.us.com
          Jeremy Alexander Weinberg   on behalf of Defendant   Mimi A. Greenberg Revocable Trust
          mcolitigation@pbwt.com
          Jerome  Reisman   on behalf of Creditor   NTC & Co. jreisman@reismanpeirez.com
          Jessica  Mikhailevich   on behalf of Defendant   Gerald J. Block mikhailevich.jessica@dorsey.com
          Jessica  Mikhailevich   on behalf of Attorney   Dorsey & Whitney LLP
          mikhailevich.jessica@dorsey.com
          Jessica Simonoff   on behalf of Defendant   Tensyr Limited jessica.simonoff@freshfields.com
          Jessica G. Berman   on behalf of Defendant   Richard J. Geronemus, individually, in his capacity
          as Persnl Reprtve for the Estate of Saul A. Geronemus, and in his capacity as Successor Trustee
          of the Saul A. Geronemus Revocable Trust dtd 6/26/92 jberman@msek.com
          Jessie Morgan Gabriel   on behalf of Trustee Irving H. Picard jgabriel@bakerlaw.com
          Jil  Mazer-Marino   on behalf of Creditor   Charles & Miriam Wood Charitable Remainder Trust U/A
          12803 jmazermarino@msek.com,  chapter7ecf@msek.com
          Joe R. Whatley, Jr.   on behalf of Unknown  Alan Meyers  and  Ellen Meyers jwhatley@wdklaw.com,
          ecf@wdklaw.com
          Joel C Haims   on behalf of Defendant   Brierpatch Investment LLC, as successor in interest to
          Brierpatch Investment Limited Partnership JHaims@mofo.com,
          docketny@mofo.com;joel-haims-0353@ecf.pacerpro.com
          Joel D Nesset   on behalf of Defendant   David J. Miller, in his capacity as a general partner of
          Dorado Investment Company jnesset@cozen.com,  akulbeik@cozen.com;cconnelly@cozen.com
          Joel L. Herz   on behalf of Unknown   Samdia Family, LP joel@joelherz.com
          Johan Robert Abraham   on behalf of Defendant   Notz, Stucki Management (Bermuda) Limited
          jrabraha@debevoise.com,  mao-bk-ecf@debevoise.com
          John  Moscow   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of Bernard
          L. Madoff Investment Securities LLC, and Bernard L. Madoff jmoscow@bakerlaw.com,
          bhlitdocket@bakerlaw.com
          John  Oleske   on behalf of Interested Party   Magnify, Inc. courtnotices@herrick.com

District/off: 0208-1          User: changreen          Page 8 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John E. Lawlor    on behalf of Defendant    APO Health, Inc. PSP F/B/O H. Peter Steil
          jlaw672@aol.com
          John Edward Westerman    on behalf of Defendant    DOS BFS Family Partnership II, L.P.
          jwesterman@westermanllp.com
          John F. Carberry    on behalf of Defendant    Stanley R. Rawn Jr 5/04 Grat jcarberry@cl-law.com
          John F. Savarese    on behalf of Unknown    JPMorgan Chase & Co. jfsavarese@wlrk.com,
          calert@wlrk.com
          John F. Zulack    on behalf of Unknown    Banque Cantonale Vaudoise jzulack@fzwz.com
          John F. Zulack,    on behalf of Defendant    Panagiotis Sakellariou Settlement, an irrevocable
          trust u/a/d 12/17/92 jzulack@fzwz.com
          John H. Drucker    on behalf of Defendant    Adele Fox, individually and to the extent she purports
          to represent a class of those similarly situated
          jdrucker@coleschotz.com; jdrucker@aol.com; ssallie@coleschotz.com
          John Hatchett Carney    on behalf of Defendant Richard M. Balzarini jcarney@johncarney.com
          John J. Burke    on behalf of Trustee Irving H. Picard jburke@bakerlaw.com
          John W. Hanson    on behalf of Defendant    Orconsult SA jbiondo@hitchcockcummings.com
          Jonathan A. Selva    on behalf of Defendant    Richard I. Stahl jselva@pavialaw.com,
          amitzner@pavialaw.com; osushko@pavialaw.com
          Jonathan C. Vair    on behalf of Defendant    Isaac Jimmy Mayer jvair@stearnsweaver.com
          Jonathan D. Cogan    on behalf of Defendant Sandra L. Manzke jonathan.cogan@kobrekim.com
          Jonathan David Warner    on behalf of Defendant    Paul Rampell, in his capacity as Trustee for the
          Melvin B. Nelson Revocable Trust and as former co-Trustee of the Melvin B. Nessel 2006 Trust
          u/a/d 3/14/06 jdwarner@warnerandscheuerman.com,
          melanie@warnerandscheuerman.com; diana@warnerandscheuerman.com
          Jonathan K. Cooperman    on behalf of Unknown    The Estate (Succession) of Doris Igoin
          jcooperman@kelleydrye.com,  docketing@kelleydrye.com
          Jonathan K. Cooperman    on behalf of Defendant    The Estate (Succession) of Doris Igoin
          jcooperman@kelleydrye.com,  docketing@kelleydrye.com
          Jonathan L. Flaxer    on behalf of Defendant Frederic J. Perlen jflaxer@golenbock.com,
          jsavitsky@golenbock.com; mweinstein@golenbock.com
          Jonathan L. Flaxer    on behalf of Defendant    Myra Perlen Revocable Trust jflaxer@golenbock.com,
          jsavitsky@golenbock.com; mweinstein@golenbock.com
          Jonathan M. Cerrito    on behalf of Unknown    Bricklayers and Allied Craftmen Local 2 Aunnuity
          Fund ; jmcerrito@bklawyers.com
          Jonathan R. Barr    on behalf of Trustee Irving H. Picard jbarr@bakerlaw.com
          Jordan W. Siev    on behalf of Defendant    Ariel Fund Limited And Gabriel Capital, L.P.
          jsiev@reedsmith.com,  claukamg@reedsmith.com
          Jorian L. Rose    on behalf of Trustee Irving H. Picard jrose@bakerlaw.com
          Joseph Cioffi    on behalf of Defendant    Bloom Asset Holdings Fund jcioffi@dglaw.com,
          jheatherton@dglaw.com
          Joseph Lubertazzi, Jr.    on behalf of Creditor    Wachovia Bank, National Association
          jlubertazzi@mccarter.com,  jlubertazzi@mccarter.com
          Joseph P Cerato    on behalf of Defendant Guy Anthony Cerato j.jpclaw@comcast.net
          Joseph P. Moodhe    on behalf of Defendant    Notz, Stucki Management (Bermuda) Limited
          jpmoodhe@debevoise.com,  mao-bk-ecf@debevoise.com
          Joseph P. Moodhe    on behalf of Unknown    Hermes International Fund Limited
          jpmoodhe@debevoise.com,  mao-bk-ecf@debevoise.com
          Joseph Thompson Baio    on behalf of Defendant Susan Schemen Fradin maosbny@willkie.com,
          jbaio@willkie.com
          Josephine  Wang    on behalf of Defendant    Securities Investor Protection Corporation
          jwang@sipc.org
          Josephine  Wang    on behalf of Intervenor    Securities Investor Protection Corporation
          jwang@sipc.org
          Joshua  Fritsch    on behalf of Defendant    Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J Safra
          Limited s&cmanagingclerk@sullcrom.com
          Joshua Krakowsky    on behalf of Defendant    Express Enterprises Inc. jsk@dmlegal.com
          Joshua A. Berman    on behalf of Defendant    MWC Holdings LLC joshua.berman@whitecase.com,
          mco@whitecase.com; jdisanti@whitecase.com
          Joshua E. Keller    on behalf of Defendant    Sheila A. Woessner Family Trust jkeller@milberg.com
          Joshua E. Keller    on behalf of Defendant    William M. Woessner Family Trust jkeller@milberg.com
          Joshua S. Androphy    on behalf of Defendant Marvin L. Olshan jandrophy@olshanlaw.com,
          michael@faillacelaw.com
          Joshua W. Cohen    on behalf of Defendant Robin  Gottlieb jwcohen@daypitney.com,
          arametta@daypitney.com
          Judd  Burstein    on behalf of Defendant    Arthur A. Ingram Revocable Trust jburstein@burlaw.com,
          pschalk@burlaw.com; pguzman@burlaw.com; ecf@burlaw.com
          Judith A. Archer    on behalf of Defendant    Ascot Fund Ltd. judith.archer@nortonrosefulbright.com
          Judith L. Spanier    on behalf of Creditor    ELEM/Youth In Distress In Israel, Inc.
          jspanier@abbeyspanier.com
          Judith M. Wallace    on behalf of Defendant    The Estate of Madeline Gins Arakawa wallace@clm.com,
          murphy@clm.com
          Julie Gorchkova    on behalf of Defendant    N-Highmark LLC, a Delaware limited liability company
          jgorchkova@orrick.com,  nymao@orrick.com
          Karen E. Wagner    on behalf of Creditor    Sterling Equities Associates karen.wagner@davispolk.com,
          andrew.ditchfield@davispolk.com
          Karen L. Gilman    on behalf of Defendant    Levy Family Partners LLC, a Delaware limited liability
          company ecf@wolffsamson.com

District/off: 0208-1          User: changreen          Page 9 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Karin  Scholz Jenson   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhlitdocket@bakerlaw.com
          Karl  Geercken   on behalf of Creditor   Aozora Bank Ltd. kgeercken@alston.com,
            kgeercken@alston.com
          Kathleen M. Aiello   on behalf of Interested Party   Keystone Electronics Corp. Employee Profit
            Sharing Trust, Richard D. David, in his capacity as Trustee, and Roberta David, in her capacity
            as Trustee kaiello@foxrothschild.com
          Kathleen M. Aiello   on behalf of Attorney   Fox Rothschild LLP kaiello@foxrothschild.com
          Keith N Costa   on behalf of Mediator Keith  Costa kcosta@riker.com
          Keith N. Costa,   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC kcosta@riker.com
          Keith R. Murphy   on behalf of Plaintiff   Irving H. Picard, Esq., Trustee for the Substantively
            Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
            Bernard L. Madoff bhaa@bakerlaw.com
          Keith R. Murphy   on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
            of Bernard L. Madoff Investment Securities LLC kmurphy@bakerlaw.com,
            bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com
          Keith R. Murphy   on behalf of Defendant   Amy Luria Partners LLC kmurphy@bakerlaw.com,
            bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com
          Kelly A. Librera   on behalf of Witness   Ellen G. Victor in her capacity as holder of Bernard L.
            Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4 klibrera@winston.com
          Kenneth R. Schachter   on behalf of Defendant   Estate Of John Y. Seskis
            kschachter@sillscummis.com, bschwab@sillscummis.com
          Kent A. Yalowitz   on behalf of Transferee   Merrill Lynch Banc (Suisse) S.A.
            anthony_boccanfuso@aporter.com
          Kevin H. Bell   on behalf of Intervenor   SIPC kbell@sipc.org, rcotchan@sipc.org
          Kevin R. Toole   on behalf of Unknown Jacquelynn  Fitzpatrick ktoole@sarlegal.com
          Kiersten A. Fletcher   on behalf of Defendant   Brierpatch Investment LLC, as successor in
            interest to Brierpatch Investment Limited Partnership kfletcher@mofo.com
          Kimberly Joan Robinson   on behalf of Defendant   Financiere Agache kim.robinson@bfkn.com
          Kirk L. Brett   on behalf of Creditor   ASM Capital, L.P. kbrett@dsllp.com
          LaShann M. DeArcy   on behalf of Defendant   Brierpatch Investment LLC, as successor in interest
            to Brierpatch Investment Limited Partnership ldearcy@mofo.com, docketny@mofo.com
          Larkin M. Morton   on behalf of Creditor   Jane L. O'Connor as Trustee of the Jane O'Connor
            Living Trust lmorton@goodwinprocter.com, rstrassberg@goodwinprocter.com
          Larry Ivan Glick   on behalf of Creditor Franklin  Sands lglick@shutts.com
          Lary S. Wolf   on behalf of Unknown   Alexander Mendik lwolf@rhtax.com
          Laura B. Kadetsky   on behalf of Defendant   Herald Fund SPC robert.mason@kirkland.com
          Laura K Clinton   on behalf of Defendant   Coldbrook Associates Partnership, individually and in
            its capacity as general partner of Turtle Cay Partners laura.clinton@bakermckenzie.com,
            wanda.mcneil@bakermckenzie.com
          Lauren  Resnick   on behalf of Trustee Irving H. Picard lresnick@bakerlaw.com
          Lauren J. Wachtler   on behalf of Defendant Joan  Wachtler pdm@msk.com;ljw@msk.com
          Laurence  May   on behalf of Defendant   151797 Canada Inc. lmay@eisemanlevine.com
          Lawrence B. Friedman   on behalf of Defendant   BNP Paribas Securities Corp. lfriedman@cgsh.com,
            maofiling@cgsh.com
          Lawrence B. Friedman   on behalf of Interested Party   Credit Agricole (Suisse) S.A.
            lfriedman@cgsh.com, maofiling@cgsh.com
          Lawrence J. Kotler   on behalf of Unknown   Delta National Bank and Trust Company
            ljkotler@duanemorris.com
          Lawrence M. Shapiro   on behalf of Cross-Claimant Renee R. Soskin lshapiro@greeneespel.com,
            jonsgard@greeneespel.com
          Lawrence M. Shapiro   on behalf of Defendant Renee R. Soskin lshapiro@greeneespel.com,
            jonsgard@greeneespel.com
          Lawrence R. Velvel   on behalf of Unknown Lawrence R. Velvel velvel@mslaw.edu
          Lee  Harrington   on behalf of Creditor   Livsforsikringsselskapet Nordea Liv Norge AS
            lharrington@nixonpeabody.com
          Lee J. Mondshein   on behalf of Unknown   Kathleen Giamo Trust #6 ljmlaw@optonline.net
          Leif T. Simonson   on behalf of Unknown   Aegis Holdings (Onshore) Inc. FBO The Beaumont Master
            Fund, LLC lsimonson@faegre.com
          Leonardo  D'Alessandro   on behalf of Defendant   Estate of Syril Seiden
            ldalessandro@milbermakris.com
          Linda H. Martin   on behalf of Interested Party   Spring Mountain Capital, LP lhmartin@stblaw.com
          Linda S. Larue   on behalf of Defendant   Samuel-David Associates, LTD llarue@qslwm.com
          Lindsay M. Weber   on behalf of Defendant   Kingate Euro Fund, Ltd. lindsayweber@quinnemanuel.com
          Lori K. Sapir   on behalf of Defendant   Estate Of John Y. Seskis lsapir@sillscummis.com
          Lori V. Vaughan   on behalf of Defendant Jonathan  Sobin lvaughan@trenam.com,
            LFloyd@trenam.com;sclieb@trenam.com;mwoods@trenam.com
          Lucille B. Brennan   on behalf of Creditor   The Harold R. Rudnick Trust lbbankruptcy@ftwlaw.com
          M. William Munno   on behalf of Interested Party   Arden Endowment Advisers, Ltd. munno@sewkis.com
          Maggie  Sklar   on behalf of Defendant Sandra L. Manzke maggie.sklar@cobrekim.com
          Marc  Bogatin   on behalf of Counter-Claimant   FGLS Equity LLC marcbogatin@yahoo.com
          Marc  Hirschfield   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
          Marc  Hirschfield   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com

District/off: 0208-1          User: changreen          Page 10 of 15          Date Rcvd: Apr 10, 2017
                              Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Marc D. Powers   on behalf of Plaintiff   Irving H. Picard, Esq., Trustee for the Substantively
          Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
          Bernard L. Madoff mpowers@bakerlaw.com,
          bhaa@bakerlaw.com;tblaber@bakerlaw.com;jparemoud@bakerlaw.com;kzunno@bakerlaw.com;bhlitdocket@bak
          erlaw.com;mkosack@bakerlaw.com
          Marc E Kasowitz   on behalf of Defendant   JRAG, LLC MEKcourtnotices@kasowitz.com,
          courtnotices@kasowitz.com
          Marc E. Hirschfield   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
          Marc E. Hirschfield   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC
          nlandrio@bakerlaw.com;bhaa@bakerlaw.com;bhlitdocket@bakerlaw.com;mhirschfield@ecf.inforuptcy.com
          Marc E. Hirschfield   on behalf of Plaintiff   Irving H. Picard trustee for the liquidation of
          Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Marc E. Hirschfield   on behalf of Defendant Joan  Wachtler bhaa@bakerlaw.com
          Marc F. Skapof   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Marc F. Skapof   on behalf of Plaintiff   Irving H. Picard trustee for the liquidation of Bernard
          L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Marc G. Rosenberg   on behalf of Defendant   Mildred S. Poland Revocable Trust dtd 9/8/87
          mrosenberg@mclaughlinstern.com
          Marc G. Rosenberg   on behalf of Defendant Phyllis  Poland-Ferriter mrosenberg@mclaughlinstern.com
          Marc J. Gottridge   on behalf of Unknown   Barclays Bank (Suisse) S.A.
          marc.gottridge@hoganlovells.com,  marc-gottridge-6094@ecf.pacerpro.com
          Marc J. Kurzman   on behalf of Unknown   Orthopaedic Specialty Group P.C. Plan Participants
          mkurzman@carmodylaw.com
          Marcy R. Harris   on behalf of Defendant   Barbara Picower, individually, and as Executor of the
          Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o
          Gabrielle H. Picower marcy.harris@srz.com,
          courtfilings@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com;ecf-1822127e5d6b@ecf.pacerpro.com
          Marcy R. Harris   on behalf of Attorney   SCHULTE ROTH & ZABEL, LLP marcy.harris@srz.com,
          courtfilings@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com;ecf-1822127e5d6b@ecf.pacerpro.com
          Margarita Y. Ginzburg   on behalf of Defendant Edmond A. Gorek mginzburg@daypitney.com
          Maria J. DiConza   on behalf of Defendant   Hurwitz Grandchildren Trust #2-B for Micheal B.
          Hurwitz diconzam@gtlaw.com,  petermann@gtlaw.com;lowena@gtlaw.com
          Marisa Glassman   on behalf of Defendant   Banque J. Safra (Suisse) S.A.
          s&cmanagingclerk@sullcrom.com
          Marisa Laura Lanza   on behalf of Defendant   Estate of Syril Seiden mlanza@milbermakris.com
          Mark  Mulholland   on behalf of Unknown   The 2001 Frederick DeMatteis Revocable Trust
          mmulholland@rmfpc.com,  ttelesca@rmfpc.com
          Mark Richardson   on behalf of Defendant   Barbara Picower, individually, and as Executor of the
          Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o
          Gabrielle H. Picower mark.richardson@srz.com
          Mark Thieroff   on behalf of Defendant   Willard N. Weisberg Trust UAD 3/25/98
          markthieroff@siegelbrill.com,  jaymejackson@siegelbrill.com
          Mark A. Blount   on behalf of Unknown   Alvin Delaire mblount@tessercohen.com
          Mark A. Cymrot   on behalf of Plaintiff Irving H. Picard mcymrot@bakerlaw.com,
          bhlitdocket@bakerlaw.com
          Mark G Cunha   on behalf of Defendant   Chester Management Cayman Limited mcunha@stblaw.com,
          ndavis@stblaw.com,John.Skinner@stblaw.com
          Mark I Silberblatt   on behalf of Unknown   Upstate New York Bakery Drivers and Industry Pension
          Fund msilberblatt@bd-lawfirm.com
          Mark J. Hyland   on behalf of Defendant   Reliance International Research LLC hyland@sewkis.com
          Mark Nelson Parry   on behalf of Creditor S. Donald Friedman mparry@mosessinger.com,
          dkick@mosessinger.com
          Mark S. Lichtenstein   on behalf of Unknown   Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia,
          Jayshree Bhatia and Mandakini Gajaria mlichtenstein@crowell.com, mlichtenstein@crowell.com
          Marsha  Torn   on behalf of Creditor Lawrence  Torn mcalabrese@earthlink.net
          Marshall R. King   on behalf of Defendant   UBS (Luxembourg) S.A. mking@gibsondunn.com
          Martha Rodriguez-Lopez   on behalf of Defendant   Coldbrook Associates Partnership
          martha.rodriguezlopez@klgates.com,  bonnie.rakes@klgates.com
          Martin A. Mooney   on behalf of Creditor   DCFS USA LLC ahight@schillerknapp.com,
          kcollins@schillerknapp.com;ahight@ecf.courtdrive.com
          Martin J. Auerbach   on behalf of Counter-Claimant   Jeffrey Hinte auerbach@mjaesq.com
          Marvin C. Ingber   on behalf of Defendant Eli M. Budd mcingber@comcast.net
          Matthew  Gluck   on behalf of Creditor June  Pollack mgluck@milberg.com,
          cslidders@milberg.com;mpenrhyn@milberg.com
          Matthew A Kupillas   on behalf of Defendant   Aspen Fine Arts Co. mkupillas@milberg.com
          Matthew A Kupillas   on behalf of Creditor June  Pollack mkupillas@milberg.com
          Matthew B. Lunn   on behalf of Counter-Defendant   Irving H. Picard, Trustee for the Liquidation
          of Bernard L. Madoff Investment Securities LLC mlunn@ycst.com, mromano@ycst.com;dlaskin@ycst.com
          Matthew J. Gold   on behalf of Creditor   Malibu Trading and Investing, L.P. mgold@kkwc.com
          Matthew J. Gold   on behalf of Defendant   Elins Daughters Trust For The Benefit of Jamie Ann
          Elins Dated December 12, 1989, A California Trust mgold@kkwc.com
          Matthew L. Schwartz   on behalf of Unknown   United States Of America matthew.schwartz@usdoj.gov
          Max Folkenflik   on behalf of Unknown   Allan R. Tessler, in his capacity as Trustee of CRS
          Revocable Trust mfolkenflik@fmlaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Melanie L. Cyganowski   on behalf of Mediator   Mediator mcyganowski@oshr.com,
          awilliams@oshr.com;jfeeney@otterbourg.com;mmillan@otterbourg.com
          Melanie McLaughlin Kotler   on behalf of Defendant John Nessel
          melanie.kotler@nortonrosefulbright.com, jbrewster@milbank.com
          Melvin A. Brosterman   on behalf of Defendant   Estate of Judith Kase mbrosterman@stroock.com,
          docketing@stroock.com;insolvency@stroock.com
          Menachem O. Zelmanovitz   on behalf of Creditor   The Kostin Company mendy@zelmlaw.com
          Meredith L. Turner   on behalf of Unknown   J.P. Morgan Chase Bank, N.A. calert@wlrk.com
          Meyer Muschel   on behalf of Creditor   Joseph N Muschel Memorial Foundation mmuschel@gmail.com
          Michael Gerard   on behalf of Defendant   Brierpatch Investment LLC, as successor in interest to
          Brierpatch Investment Limited Partnership docketny@mofo.com
          Michael Rato   on behalf of Defendant   Fairview Associates mrato@mdmc-law.com,
          mrato27@gmail.com
          Michael Wexelbaum   on behalf of Cross Defendant   Osnat Dodelson mw@dmlegal.com
          Michael B. Weitman   on behalf of Defendant   Reliance International Research LLC
          weitman@sewkis.com
          Michael E Holzapfel   on behalf of Defendant   Katz Group Limited Partnership, a Wyoming limited
          partnership meholzapfel@beckermeisel.com
          Michael G Dickler   on behalf of Defendant   Levy Family Partners LLC mdickler@sperling-law.com
          Michael Ira Goldberg   on behalf of Creditor   Richard E. Winter Revocable Trust
          michael.goldberg@akerman.com, charlene.cerda@akerman.com
          Michael J. Riela   on behalf of Defendant   Calesa Associates L.P. mriela@vedderprice.com
          Michael M. Krauss   on behalf of Unknown   Mount Yale Highland Fund: A Series of Mount Yale
          Master Portfolios, LP michael.krauss@faegrebd.com
          Michael P. Burke   on behalf of Defendant   Lakeview Hedging Fund, LP, a limited partnership
          mburke@wmd-law.com
          Michael R. Dal Lago   on behalf of Creditor   Maitland Trustees Limited-Task EBT, Maitland
          Trustees Ltd.-Tigine Trust, Brenthurst Absolute Return Fund mike@dallagolaw.com
          Michael R. Huttenlocher   on behalf of Defendant   Sage Associates mhuttenlocher@mwe.com,
          mco@mwe.com
          Michael R. Lastowski   on behalf of Defendant   Eleanore C. Unflat Living Trust
          mlastowski@duanemorris.com
          Michael Robert Carney   on behalf of Unknown   Bank Julius Baer & Co. Ltd. mcarney@carneypllc.com
          Michael S. Feldberg   on behalf of Defendant   ABN AMRO BANK N.V. (presently known as THE ROYAL
          BANK OF SCOTLAND, N.V.) michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com
          Michael S. Pollok   on behalf of Unknown Alan Hayes mpollok@marvinandmarvin.com
          Michael T. Driscoll   on behalf of Unknown   Meritz Fire & Marine Insurance Company Ltd.
          mdriscoll@sheppardmullin.com, ny-docketing@sheppardmullin.com
          Michael V. Ciresi   on behalf of Unknown   Matthew Fiterman mvciresi@rkmc.com
          Michael Wallace Gibaldi   on behalf of Defendant   Theodore Dumbauld mgibaldi@shertremonte.com
          Michael Y. Kwon   on behalf of Defendant   Barbara Picower, individually, and as Executor of the
          Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o
          Gabrielle H. Picower michael.kwon@srz.com, evan.melluzzo@srz.com
          Michael Z. Brownstein   on behalf of Defendant Stanley Kreitman mbrownstein@tarterkrinsky.com,
          snobles@tarterkrinsky.com
          Michael Zeb Landsman   on behalf of Unknown   The Sumitomo Trust and Banking Co., Ltd.
          zlandsman@beckerglynn.com, saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Michele L. Pahmer   on behalf of Defendant Benjamin W. Roth mpahmer@stroock.com,
          docketing@stroock.com
          Michelle L. Greenberg   on behalf of Unknown   Heirs of RJ mgreenberg@frierlevitt.com,
          bkelly@frierlevitt.com
          Mickee M. Hennessy   on behalf of Defendant   DOS BFS Family Partnership II, L.P.
          mhennessy@westernanllp.com
          Mor Wetzler   on behalf of Defendant   FIM Advisers LLP morwetzler@paulhastings.com,
          JodiKleinick@paulhastings.com;barrysher@paulhastings.com
          Nancy Lynne Kourland   on behalf of Creditor Amy Beth Smith nkourland@rosenpc.com
          Nathan D. Adler   on behalf of Interested Party   20:20 Medici AG nda@nqgrg.com
          Nathanael Kelley   on behalf of Plaintiff   Securities Investor Protection Corporation
          nkelley@sipc.org, kfrench@sipc.org
          Nava Hazan   on behalf of Defendant   F & P Lynch Family Partnership, L.P., a Colorado limited
          partnership nava.hazan@squirepb.com
          Neal W. Cohen   on behalf of Defendant Gail Nessel ncohen@halperinlaw.net
          Neil A. Steiner   on behalf of Defendant   Equity Trading Fund, Ltd neil.steiner@dechert.com,
          nycmanagingclerks@dechert.com
          Nicholas Cremona   on behalf of Counter-Defendant   Irving H. Picard, Trustee for the
          Liquidation of Bernard L. Madoff Investment Securities LLC ncremona@bakerlaw.com,
          nlandrio@bakerlaw.com;bhaa@bakerlaw.com;bhlitdocket@bakerlaw.com
          Nicholas F. Kajon   on behalf of Defendant   Legacy Capital, Ltd. nfk@stevenslee.com
          Nicholas S. Davis   on behalf of Defendant   Fairfield Greenwich (Bermuda), Ltd.
          nick.davis@rgmfirm.com
          Nicole Stefanelli   on behalf of Creditor   Irrevocable Charitable Remainder Trust of Yale
          Fishman and the Glenn Akiva Fishman Charitable Remainder Trust nstefanelli@sfgh.com
          Nolan E. Shanahan   on behalf of Defendant   Adele Fox, individually and to the extent she
          purports to represent a class of those similarly situated nshanahan@coleschotz.com,
          ssallie@coleschotz.com
          Norman A. Kaplan   on behalf of Unknown   Bradermak Equities, Ltd. norman@normankaplan.com
          Ona T. Wang   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of Bernard
          L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Oren  Warshavsky   on behalf of Counter-Defendant   Irving H. Picard, Trustee for the Liquidation
              of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff owarshavsky@bakerlaw.com,
              bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com;bhaa@bakerlaw.com
          Pamela  Miller   on behalf of Transferee   Merrill Lynch Banc (Suisse) S.A. pmiller@omm.com
          Parvin K. Aminolroaya   on behalf of Defendant   Joseph S. Popkin Revocable Trust Dated February
              9, 2006, a Florida Trust paminolroaya@seegerweiss.com, lholbrook@seegerweiss.com
          Parvin K. Aminolroaya   on behalf of Defendant Florence  Law Irrevocable Trust dtd 1/24/05
              paminolroaya@seegerweiss.com, lholbrook@seegerweiss.com
          Patricia H. Heer   on behalf of Defendant   David Ducheanue phheer@duanemorris.com,
              odmclean@duanemorris.com
          Patricia H. Heer   on behalf of Creditor   The Kessler Nominee Partnership phheer@duanemorris.com,
              odmclean@duanemorris.com
          Patrick  Sibley   on behalf of Creditor   Jan Bernstein and Kenneth Bernstein
              psibley@pryorcashman.com, dstevens@pryorcashman.com
          Paul A. Rowe   on behalf of Defendant Armando J. Bucelo prowe@greenbaumlaw.com
          Paul H. Aloe   on behalf of Defendant   Estate of Estelle G. Teitelbaum paloe@kudmanlaw.com,
              yali@kudmanlaw.com
          Paul H. Aloe   on behalf of Defendant   Ringler Partners LP paloe@kudmanlaw.com,
              yali@kudmanlaw.com
          Paul R. DeFilippo   on behalf of Defendant   FIF Advanced, Ltd. pdefilippo@wmd-law.com,
              jgiampolo@wmd-law.com
          Paul S. Hugel   on behalf of Unknown   10 Michael Drive Associates, L.P. hugel@clayro.com,
              akeyes@wc.com
          Paula J. Warmuth   on behalf of Creditor Marjorie  Most pjw@stim-warmuth.com
          Peter D. Bilowz   on behalf of Defendant   Fine K-S Trust pbilowz@goulstonstorrs.com
          Peter D. Morgenstern   on behalf of Creditor Philip  Datlof morgenstern@butzel.com,
              wangt@butzel.com
          Peter E. Kazanoff   on behalf of Defendant   Fairfield Greenwich (Bermuda), Ltd.
              pkazanoff@stblaw.com
          Peter Gregory Schwed   on behalf of Defendant   Gorvis LLC, a California Limited Liability
              Company gschwed@loeb.com, tcummins@loeb.com;tcummins@ecf.courtdrive.com
          Peter Gregory Schwed   on behalf of Creditor Alan L. and Norma K.  Aufzien gschwed@loeb.com,
              tcummins@loeb.com;tcummins@ecf.courtdrive.com
          Peter M. Friedman   on behalf of Defendant M. Elliot Schnall pfriedman@omm.com
          Peter N. Wang   on behalf of Unknown   Orthopaedic Specialty Group P.C. Plan Participants
              pwang@foley.com
          Peter W. Smith   on behalf of Defendant   Adele Fox, individually and to the extent she purports
              to represent a class of those similarly situated psmith@becker-poliakoff.com
          Philip J Dichter   on behalf of Interested Party   Dichter-Mad Family Partners, LLP
              pjd90265@aol.com
          Philip J. Gordon   on behalf of Unknown Naomi  Gordon pgordon@gordonllp.com
          Philip M. Guess   on behalf of Defendant   Coldbrook Associates Partnership philg@klgates.com,
              rhonda.hinman@klgates.com
          Philippe Marc Salomon   on behalf of Defendant Allan  Inger psalomon@blankrome.com,
              jhanner@blankrome.com;kreda@blankrome.com;tpryan@blankrome.com
          Rachel  Nicotra   on behalf of Defendant Linda  Schoenheimer McCurdy blanger@mclaughlinstern.com
          Ramsey  Hinkle   on behalf of Defendant   C&P Associates, Inc. hinkle@clayro.com
          Raquel  Kraus   on behalf of Counter-Defendant   Brow Family Partnership rkraus@laxneville.com
          Raymond V Vasvari, Jr.   on behalf of Interested Party   The John E. Guinness Revocable Trust
              Dated June 11, 1992, by John E. Guinness, Trustee rvasvari@bgmdlaw.com
          Regina  Griffin   on behalf of Counter-Defendant   Irving H. Picard, Trustee for the Liquidation
              of Bernard L. Madoff Investment Securities LLC rgriffin@bakerlaw.com, bhlitdocket@bakerlaw.com
          Regina  Griffin   on behalf of Attorney   Windels Marx Lane & Mittendorf, LLP
              rgriffin@bakerlaw.com, bhlitdocket@bakerlaw.com
          Rex  Lee   on behalf of Defendant   Kingate Euro Fund, Ltd. rexlee@quinnemanuel.com
          Richard  Levy, Jr.   on behalf of Defendant   Bernard Marden Profit Sharing Plan
              rlevy@pryorcashman.com
          Richard  Levy, Jr.   on behalf of Creditor   Century Investment Securities, Inc.
              rlevy@pryorcashman.com
          Richard A. Cirillo   on behalf of Unknown   Kookmin Bank rcirillo@kslaw.com,
              jcmccullough@kslaw.com
          Richard A. Kirby   on behalf of Cross Defendant   Eastside Investment Limited
              richard.kirby@bakermckenzie.com, laura.clinton@bakermckenzie.com;wanda.mcneil@bakermckenzie.com
          Richard B. Levin   on behalf of Defendant   Banque Syz SA rlevin@jenner.com
          Richard C. Yeskoo   on behalf of Defendant   The Estate of E. Milton Sachs yeskoo@yeskoolaw.com
          Richard E. Signorelli   on behalf of Defendant   Macher Family Partnership, a California Limited
              Partnership richardsignorelli@gmail.com
          Richard E. Signorelli   on behalf of Defendant Mercedes P. Rea richardsignorelli@gmail.com
          Richard G. Haddad   on behalf of Unknown   Stark Parties rhaddad@oshr.com,
              awilliams@oshr.com;eweinick@oshr.com;ahalpern@oshr.com;swells@oshr.com;dfiorillo@otterbourg.com
          Richard J Rosensweig   on behalf of Defendant   Fine K-S Trust rrosensweig@goulstonstorrs.com
          Richard J. Bernard   on behalf of Unknown David J. Sheehan rbernard@foley.com,
              rbressler@foley.com
          Richard J. Bernard   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
              Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Richard J. McCord   on behalf of Creditor Morton L. and Joyce  Certilman RMcCord@CBAH.com,
              afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com
          Richard L. Spinogatti   on behalf of Defendant Isaac  Blech rspinogatti@proskauer.com

District/off: 0208-1          User: changreen          Page 13 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard M. Gabor   on behalf of Defendant   Stuart Leventhal 2001 Irrevocable Trust
          rgabor@gaborassociates.com
          Richard M. Meth   on behalf of Defendant   The Wiener Family Limited Partnership, Wiener Family
          Holding Corp., Marvin M. Wiener and Sondra M. Wiener,Charles E. Wiener and Carolyn B. Wiener
          msteen@foxrothschild.com,   mlsecf@gmail.com
          Richard T. Ostlund   on behalf of Cross Defendant   Arnold M. Soskin Revocable Trust
          rostlund@anthonyostlund.com,   bbecker@anthonyostlund.com
          Richard W. Trotter   on behalf of Defendant   Square One Fund Ltd. trotter@thsh.com,
          litpara@thsh.com
          Robert  Knuts   on behalf of Defendant   Theodore Dumbauld rknuts@shertremonte.com
          Robert A. Rich   on behalf of Defendant Patricia  DeLuca rrich2@hunton.com
          Robert A. Wallner   on behalf of Unknown   Morning Mist Holdings Limited rwallner@milberg.com
          Robert Alan Abrams   on behalf of Defendant   Jeanne T. Spring Trust rabrams@katskykorins.com
          Robert H. Avaunt   on behalf of Unknown Bonnie S Mattozzi ravaunt@gmail.com
          Robert J. Kaplan   on behalf of Defendant   Muus Independence Fund LP lawkap@aol.com
          Robert J. Lack   on behalf of Interested Party   CDP Capital Tactical Alternative Investments
          rlack@fklaw.com,   jshaw@fklaw.com
          Robert M McClay   on behalf of Unknown Irving J. Pinto law@mcclay-alton.com,
          jane@mcclay-alton.com
          Robert M McClay   on behalf of Defendant   June L. Cook-Lapidus law@mcclay-alton.com,
          jane@mcclay-jalton.com
          Robert N. Michaelson   on behalf of Mediator   Jeffrey N. Rich, Mediator rmichaelson@r3mlaw.com
          Robert S Fischler   on behalf of Defendant   Schroder & Co Bank AG robert.fischler@ropesgray.com,
          CourtAlert@RopesGray.com;martin.Crisp@RopesGray.com;evan.lestelle@ropesgray.com;ssally@ropesgray.
          com;joshua.sturm@ropesgray.com;annamaria.enenajor@ropesgray.com;Paul.Lang@ropesgray.com
          Robert S Loigman   on behalf of Defendant   Kingate Euro Fund, Ltd. robertloigman@quinnemanuel.com
          Robert S. Goodman   on behalf of Unknown Esteban  Herrera rgoodman@moundcotton.com
          Robert W. Gottlieb   on behalf of Defendant   Access International Advisors Ltd.
          robert.gottlieb@kattenlaw.com
          Robert William Yalen   on behalf of Unknown   United States Of America robert.yalen@usdoj.gov
          Robin  Spigel   on behalf of Defendant   Joan M. Schultz Trust maosbny@willkie.com,
          rspigel@willkie.com
          Robinson B. Lacy   on behalf of Defendant   Banque J. Safra (Suisse) S.A. Lacyr@sullcrom.com,
          s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com
          Robinson B. Lacy   on behalf of Unknown   Safra National Bank of New York Lacyr@sullcrom.com,
          s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com
          Ronald A. Hewitt   on behalf of Unknown   Mel Enterprises Ltd. rhewitt@cov.com
          Ronald L. Israel   on behalf of Defendant   Levy Family Partners LLC, a Delaware limited
          liability company risrael@wolffsamson.com
          Ronald L. Israel   on behalf of Defendant Donald J. Weiss risrael@wolffsamson.com
          Roy H. Carlin   on behalf of Defendant   Orconsult SA rcarlin@carlinlawoffices.com
          Russell M. Yankwitt   on behalf of Unknown CAROL  ROSEN russell@yankwitt.com
          Ryan E Cronin   on behalf of Defendant   Samuel Beaser Amended & Restated Trust U/A/D January 30,
          2004 rcronin@jaspanllp.com,   litcalendar@jaspanllp.com
          Sameer Nitanand Advani   on behalf of Unknown   Equus Asset Management LTD. maosbny@willkie.com,
          sadvani@willkie.com
          Sanford P. Dumain   on behalf of Creditor June  Pollack sdumain@milberg.com
          Sanford Philip Rosen   on behalf of Creditor David A. Schustack srosen@rosenpc.com
          Sarah Peck Kenney   on behalf of Defendant Stuart J. Rabin sarah.kenney@klgates.com,
          klgatesbankruptcy@klgates.com
          Schuyler D. Geller   on behalf of Defendant Brian H.  Gerber sgeller@bellowslaw.com
          Scott  Caplan   on behalf of Creditor George N. Faris mcolitigation@pbwt.com
          Scott A Ziluck   on behalf of Defendant   Gail Nessel sziluck@halperinlaw.net,
          lgu@halperinlaw.net
          Scott I. Davidson   on behalf of Interested Party   BANK OF AMERICA sdavidson@kslaw.com
          Scott S Balber   on behalf of Unknown   Bank Hapoalim B.M. scott.balber@hsf.com,
          wale.bakare@hsf.com
          Scott W. Reynolds   on behalf of Defendant   Kingate Management Limited
          scott.reynolds@chaffetzlindsey.com,   dockets@chaffetzlindsey.com
          Seanna  Brown   on behalf of Counter-Claimant Irving H. Picard sbrown@bakerlaw.com,
          bhlitdocket@bakerlaw.com
          Seong H. Kim   on behalf of Unknown   Meritz Fire & Marine Insurance Company Ltd.
          shkim@sheppardmullin.com,   pcrawford@sheppardmullin.com
          Seth  Rosenberg   on behalf of Defendant   10 Michael Drive Associates, L.P. ,
          hinkle@clayro.com;linder@clayro.com
          Seth  Rosenberg   on behalf of Defendant Robert  Nystrom rosenberg@clayro.com,
          hinkle@clayro.com;linder@clayro.com
          Seth  Rosenberg   on behalf of Defendant   C&P Associates, Inc. rosenberg@clayro.com,
          hinkle@clayro.com;linder@clayro.com
          Shannon Anne Scott   on behalf of Counter-Claimant   Amy Luria Partners LLC sscott@jaspanllp.com,
          shannon.scott2@usdoj.gov
          Shannon Anne Scott   on behalf of Unknown Amy J. Luria sscott@jaspanllp.com,
          shannon.scott2@usdoj.gov
          Shannon R. Selden   on behalf of Defendant   Notz, Stucki Management (Bermuda) Limited
          srselden@debevoise.com,   mao-bk-ecf@debevoise.com;eweisgerber@debevoise.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
          cmcintire@buchalter.com
          Shaya M. Berger   on behalf of Unknown   Dickstein Shapiro LLP bergers@dicksteinshapiro.com

District/off: 0208-1          User: changreen          Page 14 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Stacey L. Meisel    on behalf of Defendant    Aron B. Katz 1995 Irrevocable Trust
              slmeisel@beckermeisel.com
              Stacy A Dasaro    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the Substantively
              Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
              Bernard L. Madoff sdasaro@bakerlaw.com
              Stephanie  Wickouski    on behalf of Creditor    Cades Trust stephanie.wickouski@bryancave.com,
              dortiz@bryancave.com
              Stephen A. Weiss    on behalf of Creditor Barbara   Schlossberg sweiss@seegerweiss.com,
              paminolroaya@seegerweiss.com;cvandekieft@seegerweiss.com;lholbrook@seegerweiss.com
              Stephen J. Shimshak    on behalf of Defendant    Estate of Mark D. Madoff sshimshak@paulweiss.com,
              sshimshak@paulweiss.com;mao_fednational@paulweiss.com
              Stephen N Dratch    on behalf of Defendant Stephen N. Dratch dratch@njcounsel.com
              Stephen P. Safranski    on behalf of Defendant    Fiterman GST Exempt Marital Trust
              spsafranski@rkmc.com
              Steven B. Eichel    on behalf of Defendant    Samuel-David Associates, LTD se@robinsonbrog.com
              Steven D. Feinstein    on behalf of Defendant    Estate of Raanan Smelin sfeinstein@gfnlaw.com
              Steven G. Storch    on behalf of Unknown    ALYSE JOEL KLUFER, AS TRUSTEE OF THE ROBERT AND ALYSE
              KLUFER FAMILY TRUST "A" storch@samlegal.com,  jhoyte@samlegal.com;bnilson@samlegal.com
              Steven M. Pincus    on behalf of Cross Defendant    Arnold M. Soskin Revocable Trust
              spincus@anthonyostlund.com, dstoweran@anthonyostlund.com
              Steven N. Williams    on behalf of Defendant    Daniel Ryan and Theresa Ryan, individually and on
              behalf of the Ryan Trust nfineman@cpmlegal.com,lconcepcion@cpmlegal.com
              Steven R. Schlesinger    on behalf of Counter-Claimant    Amy Luria Partners LLC
              sschlesinger@jaspanllp.com,  sschlesinger@jaspanllp.com
              Steven R. Schlesinger    on behalf of Unknown Jeffrey   Shankman sschlesinger@jaspanllp.com,
              sschlesinger@jaspanllp.com
              Steven R. Schoenfeld    on behalf of Defendant    Miles and Shirley Fiterman Endowment Fund for
              Digestive Diseases SRS@ddw-law.com
              Stuart I. Rich    on behalf of Unknown    Jasper Investors Group LLC sir@msf-law.com
              Susan  Capote    on behalf of Unknown    Ermitage Finance Corporation scapote@lewistein.com
              Susan  Power-Johnston    on behalf of Unknown    Covington & Burling LLP sjohnston@cov.com
              Tab K. Rosenfeld    on behalf of Defendant Beth M. Sorrell tabkrosenfeldlaw.com
              Tab K. Rosenfeld    on behalf of Defendant    Estate of Rita Sorrel tab@rosenfeldlaw.com
              Tammy P. Bieber    on behalf of Defendant    Timothy Shawn Teufel and Valerie Ann Teufel Family
              Trust U/T/D 5/24/95 Tammy.Bieber@thompsonhine.com,  Dwayne.Lunde@thompsonhine.com,
              Tammy.Bieber@thompsonhine.com,ECFDocket@thompsonhine.com,Emily.mathieu@thompsonhine.com,
              barry.kazan@thompsonhine.com,Christopher.roberts@thompsonhine.com
              Ted  Poretz    on behalf of Defendant Audrey  Koota tporetz@egsllp.com
              Terence William McCormick    on behalf of Defendant    Trust U/W/O David L. Fisher
              mccormick@mintzandgold.com
              Thomas A Telesca    on behalf of Unknown    The 2001 Frederick DeMatteis Revocable Trust
              ttelesca@rmfpc.com
              Thomas D. Goldberg    on behalf of Defendant Marguerite M. Gorek tgoldberg@daypitney.com
              Thomas D. Goldberg    on behalf of Defendant Edmond A. Gorek tdgoldberg@dbh.com
              Thomas E. Brett    on behalf of Unknown Jennie  Brett westburybretts@aol.com
              Thomas Edward Lynch    on behalf of Unknown    Quilvest Finance LTD. telynch@jonesday.com
              Thomas F Berndt    on behalf of Defendant    Fiterman GST Exempt Marital Trust
              tberndt@robinskaplan.com,  mschroeder@robinskaplan.com
              Thomas G. Wallrich    on behalf of Defendant    David J. Miller, in his capacity as a general
              partner of Dorado Investment Company twallrich@cozen.com,
              jaudette@cozen.com;akulbeik@cozen.com;hmarx@cozen.com
              Thomas J. Hall,    on behalf of Defendant    Landmark Investment Fund Ireland thall@chadbourne.com
              Thomas J. Moloney    on behalf of Defendant    HSBC Bank PLC maofiling@cgsh.com,  tmoloney@cgsh.com
              Thomas J. Moloney    on behalf of Defendant    HSBC Bank Bermuda Limited maofiling@cgsh.com,
              tmoloney@cgsh.com
              Thomas J. Schell    on behalf of Defendant    The Estate of David B. Pearce tjschell@bryancave.com,
              dortiz@bryancave.com
              Thomas J. Schell    on behalf of Defendant    NTC & CO. LLP tjschell@bryancave.com,
              dortiz@bryancave.com
              Thomas James McGowan    on behalf of Defendant Burton R. Sax tmcgowan@mlg.com,
              sbrown@meltzerlippe.com;yblaise@meltzerlippe.com
              Thomas L. Long    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
              of Bernard L. Madoff Investment Securities LLC tlong@bakerlaw.com
              Thomas P. Battistoni    on behalf of Defendant    Barclaytrust Channel Islands Limited, Lady Honor
              Svejdar Will Trust, Fourth Earl of Iveagh's Family Trust, Rory Guinness Family Settlement, The
              PFNP Settlement tbattistoni@schiffhardin.com
              Timothy  Pfeifer    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
              Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
              Timothy  Wedeen    on behalf of Unknown Ellen  Bernfeld timothy@nycmetrolaw.com
              Timothy  Wedeen    on behalf of Defendant Judith  Bellini timothy@nycmetrolaw.com
              Timothy P. Harkness    on behalf of Defendant    Alpine Trustees Limited, Individually and As
              Trustee of El Prela Trust timothy.harkness@freshfields.com
              Todd E. Duffy    on behalf of Interested Party    Alpha Prime Asset Management Ltd.
              tduffy@duffyamedeo.com,  Damedeo@duffyamedeo.com
              Todd G. Cosenza    on behalf of Interested Party    Westport National Bank, a division of Connecticut
              Community Bank, N.A. maosbny@willkie.com, tcosenza@willkie.com
              Todd J. Rosen    on behalf of Interested Party Francis N. Levy todd.rosen@mto.com
              Torello H. Calvani    on behalf of Unknown    Irving H. Picard tcalvani@bakerlaw.com

District/off: 0208-1          User: changreen          Page 15 of 15          Date Rcvd: Apr 10, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Tracy L. Klestadt    on behalf of Defendant    Adeline Sherman Revocable Trust as Amended
        tklestadt@klestadt.com, tklestadt@yahoo.com
        Usman Mohammad    on behalf of Defendant Nancy Portnoy umohammad@kflaw.com
        Valerie Sirota    on behalf of Defendant    Robert Epstein, as beneficiary of the Estate of
        Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein
        vsirota@becker-poliakoff.com, courtnotices@morrisoncohen.com
        Vivian R. Drohan    on behalf of Defendant    Estate of Stanley Merwin Berman a/k/a Stanley M.
        Berman and Joyce C. Berman vdrohan@dlkny.com
        Vladimir Pavlovic    on behalf of Unknown    Kostin mpennisi@morganlewis.com
        William J. Barrett    on behalf of Defendant    Financiere Agache william.barrett@bfkn.com
        William J. Sushon    on behalf of Transferee    Credit Suisse (Luxembourg) SA wsushon@omm.com
        William L. Prickett    on behalf of Defendant    RMGF LTD. Partnership wprickett@seyfarth.com
        William P. Weintraub    on behalf of Defendant    10 Michael Drive Associates, L.P.
        wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
        Xochitl S. Strohbehn,    on behalf of Defendant    Kingate Euro Fund, Ltd.
        xochitl.strohbehn@venable.com
        Yana Kromo    on behalf of Defendant    Leon Shor Revocable Trust yk@michaelsward.com
        Yana Kromo    on behalf of Defendant Doris Shor, in her capacity as Trustee of the Leon Shor
        Revocable Trust and as subsequent transferee of the Leon Shor Revocable Trust and individually
        yk@michaelsward.com
        Yann Geron    on behalf of Interested Party    Keystone Electronics Corp. Employee Profit Sharing
        Trust, Richard D. David, in his capacity as Trustee, and Roberta David, in her capacity as
        Trustee ygeron@foxrothschild.com, ygeron@ecf.epiqsystems.com;dfiore@foxrothschild.com
                                  TOTAL: 613