**Exhibit A**

### EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Tenant In Commons Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | TIC Invested In | TIC BLMIS Account Number |
|---|---|---|---|---|---|
| Daniel C. Epstein | 012947 | 3762 | Pro Se Filing | Judy L Kaufman et al TIC | 1CM100 |
| Robert and Rebecca Epstein Living Trust | 012888 | 3760 | Pro Se Filing | Judy L Kaufman et al TIC | 1CM100 |
| Jonathan E Felder | 001463 | 3865[1] | Pro Se Filing | Richard B Felder And Deborah Felder TIC | 1ZA249 |
| Jeffrey D. Felder | 001515 | 3865[1] | Pro Se Filing | Richard B Felder And Deborah Felder TIC | 1ZA249 |
| The Richard and Deborah Felder Foundation | 001369 | 3865[1] | Pro Se Filing | Richard B Felder And Deborah Felder TIC | 1ZA249 |
| Carla Hirschhorn | 100192 | 3189 | Becker & Poliakoff, LLP | Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC | 1ZA339 |
| Jeffrey Schaffer | 100397 | 3189 | Becker & Poliakoff, LLP | Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC | 1ZA339 |
| Keith Schaffer | 100400 | 3189 | Becker & Poliakoff, LLP | Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC | 1ZA339 |
| Keith Schaffer, Jeffrey Schaffer And Carla Hirschhorn, Tenants In Common | N/A | 2075[2] | Becker & Poliakoff, LLP | N/A | 1ZA339 |

[1] Objection docket 3865 was filed on behalf of Richard B Felder And Deborah Felder TIC as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.

[2] The Motion seeks to overrule that portion of objection docket 2075 related to claims 010700, 011601 and 011602, filed by the Keith Schaffer, Jeffrey Schaffer, Carla R Hirschhorn, TIC, only insofar as it seeks customer status for the Objecting Claimants.