Peter S. Partee, Sr.
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for Defendants Edward A. Zraick, Jr.
Nancy Zraick, Patricia DeLuca and Karen Rich*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>  v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>    Defendants. | Adv. Pro. No. 10-05257 (SMB)<br><br>**Hearing Date:  May 3, 2017 at 10:00 am** |

**NOTICE OF ADJOURNMENT OF HEARING OF ZRAICK
DEFENDANTS' MOTION FOR ENTRY OF AN ORDER EXTENDING
TIME FOR REBUTTAL EXPERT DISCLOSURES BY TWELVE DAYS**

**PLEASE TAKE NOTICE**, that the hearing on the *Zraick Defendants' Motion for Entry of an Order (I)(A) Extending Time for Rebuttal Expert Disclosures by Twelve Days or (B) in the Alternative, Declaring Defendants' Rebuttal Expert Report Timely Served; and (II) Compelling the Production of Documents Concerning Securities Listed on Defendants' Customer Statements* [Adv. Pro. Docket No. 67] (the "Motion"), which was held on March 29, 2017, **has been adjourned to May 3, 2017 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard;

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom Number 723, New York, New York 10004 (the "Bankruptcy Court");

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be an evidentiary hearing with regard to the portion of the Motion relating to an extension of time for rebuttal expert disclosures;

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 13, 2017
      New York, New York

**HUNTON & WILLIAMS LLP**

*/s/ Robert A. Rich*
Peter S. Partee, Sr.
Robert A. Rich
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1132

*Attorneys for Defendants Edward A. Zraick, Jr. Nancy Zraick, Patricia DeLuca and Karen Rich*

99997.032244 EMF_US 64682961v2