# Notice Recipients

District/Off: 0208−1  User: changreen  Date Created: 4/13/2017
Case: 08−01789−smb  Form ID: pdf001  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr    Rebecca & Robert Epstein    2845 Russell Street    Berkeley, CA 94705
cr    Daniel Epstein    205 E.77 Street    Apt. 14D    New York, NY 10075

TOTAL: 2