UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    -against-<br><br>STEVEN ANDELMAN,<br><br>        Defendant. | Adv. Pro. No. 10-4884 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>SUSAN ANDELMAN,<br><br>Defendant. | Adv. Pro. No. 10-4916 (SMB) |

### DISCOVERY ARBITRATOR'S ORDER

By letters dated March 30, 2017, the Trustee, in substance, seeks leave to file a motion to recover the fees arising out of his counsel's participation in a March 21 discovery arbitration hearing and the Defendants' alleged failure to comply with my discovery order dated March 24, 2017.

That request is granted. The Trustee shall file his motion by April 28, the Defendants shall file any opposition papers by May 12, and any reply papers shall be filed by May 19, 2017. Counsel should indicate in their papers whether they wish to have oral argument and shall also send courtesy copies of their papers to me c/o JAMS, Inc.

SO ORDERED.

Dated:   New York, New York
         April 13, 2017

_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel of Record via ECF

2