**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Anat Maytal

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04479 (SMB) |
| Plaintiff, | |
| v. | |
| BERNARD GREENMAN MARITAL DEDUCTION TRUST, | |
| GREENMAN FAMILY FOUNDATION, INC., | |
| PHYLLIS GREENMAN, individually, as Successor | |

Trustee and Beneficiary of the Bernard Greenman Marital Deduction Trust,

LESTER GREENMAN, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust,

JUDITH KATZ, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust, and

STEWART KATZ, individually,

          Defendants.

## STIPULATION AND ORDER OF DISMISSAL

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Judith Katz and Stewart Katz ("Defendants"), by and through their counsel, FREJKA PLLC (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against Defendants.

2. On April 17, 2014, Defendants served an answer on the Trustee.

3. On March 1, 2017, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding.

5.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  April 13, 2017

**BAKER & HOSTETLER LLP**

By: */s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**FREJKA PLLC**

By: */s/ Elise S. Frejka*
205 East 42nd Street, 20th Floor
New York, New York 10017
Telephone:  (212) 641-0800
Elise S. Frejka
Email: efrejka@frejka.com

*Attorneys for Defendants*

SO ORDERED

Dated: April 13th , 2017                    /s/ STUART M. BERNSTEIN
        New York, New York                 HONORABLE STUART M. BERNSTEIN
                                           UNITED STATES BANKRUPTCY JUDGE