SIDLEY AUSTIN LLP
Alan M. Unger
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>     Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LIMITED,<br><br>     Defendant. | Adv. Pro. No. 11-02761 (SMB) |

**AFFIDAVIT OF SERVICE OF KBC INVESTMENTS LIMITED'S AMENDED**
**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   s.s.:
COUNTY OF NEW YORK         )

    1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

    2. On April 11, 2017 I caused to be served a true and correct copy of the **KBC INVESTMENTS LIMITED'S AMENDED DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL** (Dkt. No. 15763) (Adv. Proc. No. 11-2761 – Dkt. No. 90) by email on (i) Torello H. Calvani (tcalvani@bakerlaw.com) and David J. Sheehan (bhaa@bakerlaw.com) at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111; and (ii) Catherine Elizabeth Woltering (cwoltering@bakerlaw.com) at Baker Hostetler LLP, 65 East State Street, Suite 2100, Columbus, OH 43215.

                                         /s/ Eileen A. McDonnell_____
                                         EILEEN A. MCDONNELL

Sworn to before me this
13th day of April 2017

/s/ Ricardo A. Murray_____
Notary Public, State of New York
No. 01MU4656613
Qualified in Kings County
Commission Expires 2/28/2018