George V. Utlik
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900
george.utlik@arentfox.com

-and-

James H. Hulme
Joshua Fowkes
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 857-6000
james.hulme@arentfox.com
joshua.fowkes@arentfox.com

*Counsel for the Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

---------------------------------------------------------------x
IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                Plaintiff,

v.

EDWARD H. KAPLAN, MARJET LLC, AND
IRENE R. KAPLAN,

                Defendants.

Adv. Pro. No. 10-04865 (BRL)

---------------------------------------------------------------x

AFDOCS/14839618.2

------------------------------------------------------------x

IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                Plaintiff,

v.                                                   Adv. Pro. No. 10-04976 (BRL)

ELEVEN EIGHTEEN LIMITED PARTNERSHIP, BERNARD S. GEWIRZ, CARL S. GEWIRZ, EDWARD H. KAPLAN, JEROME A. KAPLAN, AND ALBERT H. SMALL,

                Defendants.

------------------------------------------------------------x

IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                Plaintiff,

v.                                                   Adv. Pro. No. 10-05027 (BRL)

1776 K STREET ASSOCIATES LIMITED PARTNERSHIP, BERNARD S. GEWIRZ, EDWARD H. KAPLAN, ESTATE OF ROBERT H. SMITH, ROBERT H. SMITH REVOCABLE TRUST, ELEVENTH AMENDMENT AND RESTATEMENT, AND SUCCESSOR TRUSTS, VIRGINIA TRUSTS, CLARICE R. SMITH, AND ROBERT P. KOGOD,

                Defendants.

------------------------------------------------------------x

IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                Plaintiff,

v.                                                   Adv. Pro. No. 10-04998 (BRL)

ESTATE OF HERMEN GREENBERG, C.

RICHARD BEYDA, in his capacity as personal representative of the Estate of Hermen Greenberg and in his capacity as trustee of the trusts for the benefit of Monica Greenberg, M.G., C.W., and M.W., as established under the Last Will and Testament of Hermen Greenberg, JOHN SCHOFIELD, in his capacity as personal representative of the Estate of Hermen Greenberg and in his capacity as trustee of the trusts for the benefit of Monica Greenberg, M.G., C.W., and M.W., as established under the Last Will and Testament of Hermen Greenberg, LEE G. KIRSTEIN, in his capacity as personal representative of the Estate of Hermen Greenberg and in his capacity as trustee of the trusts for the benefit of Monica Greenberg, M.G., C.W., and M.W., as established under the Last Will and Testament of Hermen Greenberg, MONICA GREENBERG, individually, SHERRI L. WADDELL, individually, RICHARD N. GREENBERG, individually, ALECO J. GREENBERG, individually, QUALIFIED TERMINABLE INTEREST PROPERTY TRUST FOR THE BENEFIT OF MONICA GREENBERG, AS ESTABLISHED UNDER THE LAST WILL AND TESTAMENT OF HERMEN GREENBERG, TRUST FOR THE BENEFIT OF M.G., AS ESTABLISHED UNDER THE LAST WILL AND TESTAMENT OF HERMEN GREENBERG, TRUST FOR THE BENEFIT OF C.W., AS ESTABLISHED UNDER THE LAST WILL AND TESTAMENT OF HERMEN GREENBERG, TRUST FOR THE BENEFIT OF M.W., AS ESTABLISHED UNDER THE LAST WILL AND TESTAMENT OF HERMEN GREENBERG, ROBERT L. POWELL, individually, VICKI SHANNON, individually, DELORES ROSS, individually, THEUS GRIGGS, individually, WILLIAM POWELL, individually, M.G., a minor, individually, C.W., a minor, individually, and M.W., a minor, individually,

         Defendants.

-------------------------------------------------------------x

AFDOCS/14839618.2      - 3 -

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD
AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC
MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 2090-1**

**PLEASE TAKE NOTICE** that I, George V. Utlik, am an attorney admitted to practice in the United States Bankruptcy Court for the Southern District of New York, who appeared in the above-captioned adversary proceedings on behalf of the above-named defendants (collectively, the "Defendants") as an associate of the law firm Arent Fox LLP ("Arent Fox") and was working with other attorneys of Arent Fox, partners James H. Hulme, Esq. and Joshua Fowkes, Esq., who also appeared as attorneys of record for these Defendants in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that I am leaving Arent Fox, effective as of Friday, April 14, 2017, and request that I be removed as attorney of record for these Defendants from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned case and adversary proceedings due to my disassociation from Arent Fox.

**PLEASE TAKE FURTHER NOTICE** that Arent Fox will continue to serve as counsel for the Defendants through attorneys of record, James H. Hulme, Esq. and Joshua Fowkes, Esq., and these Defendants therefore will suffer no interruption in their representation in these adversary proceedings, which were settled and closed, as indicated on the Court's docket.

| | |
|---|---|
| Dated:  New York, New York<br>April 14, 2017 | ARENT FOX LLP<br><br>*Counsel for the Defendants*<br><br>By:  */s/ George V. Utlik*<br>       George V. Utlik<br>       ARENT FOX LLP<br>       1675 Broadway<br>       New York, NY 10019<br>       (212) 484-3900<br>       george.utlik@arentfox.com<br><br>       -and-<br><br>       James H. Hulme<br>       Joshua Fowkes<br>       ARENT FOX LLP<br>       1050 Connecticut Avenue NW<br>       Washington, DC 20036<br>       (202) 857-6000<br>       james.hulme@arentfox.com<br>       joshua.fowkes@arentfox.com |