**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 610-6300
Facsimile:   (212) 610-6399

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),  Defendant. | Adv. Pro. No. 10-05354 (SMB) |

## DECLARATION OF SERVICE

KURT R. VELLEK hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am employed as the managing clerk at Allen & Overy LLP, attorneys for ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) in the above captioned matter.

2. On April 11, 2017, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 10-05354 (SMB), a true and correct copy of each of:

   a. the *Notice of Appeal*, [ECF No. 124];

   b. the *Notice of Motion of ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) for Leave to Appeal from the Bankruptcy Court's Order Concerning RBS/ABN's Motion to Dismiss Based on Extraterritoriality*, [ECF No. 125];

   c. *ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) ("RBS/ABN") Memorandum of Law in Support of Motion for Leave to Appeal from the Bankruptcy Court's Order Concerning RBS/ABN's Motion to Dismiss Based on Extraterritoriality*, [ECF No. 126]; and

   d. the *Declaration of Michael S. Feldberg in Support of ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) ("RBS/ABN") Motion for Leave to Appeal from the Bankruptcy Court's Order Concerning RBS/ABN's Motion to Dismiss Based on Extraterritoriality*, [ECF No. 127];

via the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York, thereby effectuating service upon those parties set forth on the attached Schedule A.

3

Courtesy copies of the aforementioned papers were also sent via e-mail to the individuals set forth on the attached Schedule B.

Dated:   April 14, 2017
         New York, New York

                                                    /s/ Kurt R. Vellek
                                                    Kurt R. Vellek

# SCHEDULE A

**Via ECF**

David J. Sheehan
Marc E. Hirschfield
Keith R. Murphy
*bhaa@bakerlaw.com*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

## **SCHEDULE B**

**Via E-mail**

Thomas Long
TLong@bakerlaw.com
Torello Calvani
tcalvani@bakerlaw.com
Stacy A. Dasaro,
sdasaro@bakerlaw.com
Catherine Woltering
cwoltering@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*