**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 610-6300
Facsimile:   (212) 610-6399

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                     Plaintiff,<br><br>           v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>                     Defendant. | Adv. Pro. No. 11-02760 (SMB) |

**DECLARATION OF SERVICE**

KURT R. VELLEK hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1.  I am employed as the managing clerk at Allen & Overy LLP, attorneys for ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) in the above captioned matter.

2.  On April 10, 2017, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 11-02760 (SMB), ECF No. 84, a true and correct copy of *Appellee ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)'s Counter-Statement Of The Issue To Be Presented On Appeal And Counter-Designation Of An Additional Item To Be Included In The Record On Appeal* via the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York, thereby effectuating service upon those parties set forth on the attached Schedule A.

Dated:  April 14, 2017
        New York, New York

                                             /s/ Kurt R. Vellek
                                             Kurt R. Vellek

## **SCHEDULE A**

**Via ECF**

David J. Sheehan
Marc E. Hirschfield
Keith R. Murphy
*bhaa@bakerlaw.com*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*