**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>UKFP (ASIA) NOMINEES LIMITED,<br><br>    Defendant. | Adv. Proc. No. 12-01566 (SMB) |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2017, a copy of Defendant UKFP (Asia) Nominees Limited's Designation of Items to Be Included in the Record on Appeal dated April 11, 2017 (the "Designation") was electronically filed with this Court via the CM/ECF system and e-mail notices of this filing were sent to all parties registered with the Court's electronic filing system to receive e-mail filing notices in this case.

    I further certify that on April 12, 2017, I caused copies of the Designation to be served by Electronic Mail upon Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York

723728051

10111-0100 (Attn: David J. Sheehan, Esq., dsheehan@bakerlaw.com, Torello Calvani, Esq., tcalvani@bakerlaw.com, Catherine E. Woltering, Esq., cwoltering@bakerlaw.com, and Stacy A. Dasaro, Esq., sdasaro@bakerlaw.com).

Dated: April 14, 2017
      New York, New York

                          MAYER BROWN LLP

                         By: /s/ Joaquin M. C de Baca
                         1221Avenue of the Americas
                         New York, New York 10020
                         Telephone: (212) 506-2500
                         Facsimile: (212) 262-1910
                         Brian Trust
                         Email: btrust@mayerbrown.com
                         Joaquin M. C de Baca
                         Email: jcdebaca@mayerbrown.com

                         *Counsel for UKFP*

723728051                     2