**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, |
| Plaintiff-Applicant, |
| v. |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, |
| Defendant. |
| In re: |
| BERNARD L. MADOFF, |
| Debtor. |

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

### ORDER APPROVING TRUSTEE'S MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS HOLDING INTERESTS IN JUDY L. KAUFMAN ET AL. TENANCY IN COMMON AND KEITH SCHAFFER, JEFFREY SCHAFFER, CARLA R. HIRSCHHORN TENANCY IN COMMON

Upon consideration of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman *et al.* Tenancy In Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy In Common (the "Motion")[1] (ECF No. 14844), dated January 13, 2017, filed by Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, the objections to the Motion filed by Rebecca and Robert Epstein (ECF No. 15330) and Daniel C. Epstein (ECF No. 15575) (the "Objections"); the

---

[1] The Motion as to claims held by Objecting Claimants claiming interest in the Richard B. Felder and Deborah Felder Tenancy In Common was adjourned to May 3, 2017. *See* ECF No. 15562.

Reply Memorandum of Law in Support of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Judy L. Kaufman *et al.* Tenancy In Common and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy In Common (ECF No. 15424) (the "Reply"); and it appearing that due and proper notice of the Motion and the relief requested therein have been given; and no other or further notice needs to be given; and a hearing having been held on the Motion on March 29, 2017; and the Court having reviewed the Motion, the supporting Declarations of Stephanie Ackerman and Vineet Sehgal, the objections to claims determinations, the Objections, the Reply, and the Court having heard argument of counsel at the Hearing; and the Court having determined to grant the Motion for reasons as set forth in its Memorandum Decision Affirming the Trustee's Denial of Certain Customer Claims (ECF No. 15711) (the "Decision"), and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

ORDERED, that the Trustee's denial of the customer claims of objecting claimants holding an interest in the Judy L. Kaufman *et al.* Tenancy In Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy In Common listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto as Exhibit A, is affirmed, and such claims are disallowed; and it is further

ORDERED, that the objections to the Trustee's determinations of the customer claims of objecting claimants holding an interest in the Judy L. Kaufman *et al.* Tenancy In Common, and Keith Schaffer, Jeffrey Schaffer, Carla R. Hirschhorn Tenancy In Common listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto as Exhibit A, are overruled; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
April 12, 2017

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

Securities Investor Protection Corporati,
      Plaintiff
                                          Adv. Proc. No. 08-01789-smb

Bernard L. Madoff Investment Securities,,
      Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1        User: changreen          Page 1 of 15            Date Rcvd: Apr 13, 2017
                      Form ID: pdf001         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
cr           +Daniel Epstein,   205 E.77 Street,   Apt. 14D,   New York, NY 10075-2065
cr           +Rebecca & Robert Epstein,   2845 Russell Street,   Berkeley, CA 94705-2345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
        Adam K. Grant   on behalf of Defendant   JRAG, LLC agrant@kasowitz.com,   courtnotices@kasowitz.com
        Alan  Unger   on behalf of Defendant   KBC Investments Limited aunger@sidley.com
        Alan D. Halperin   on behalf of Defendant   Gail Nessel lguidhalperinlaw.net
        Alan E. Gamza   on behalf of Creditor   Cheng Hye Cheah and Hau Yin To Agamza@mosessinger.com,
        dkick@mosessinger.com;cgresh@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com
        Alan E. Marder   on behalf of Defendant   The Judie Lifton 1996 Revocable Trust Dated September 5,
        1996 lgomez@msek.com
        Alan S. Naar   on behalf of Defendant Armando J. Bucelo anaar@greenbaumlaw.com
        Albert K. Butzel   on behalf of Defendant   The Estate of Monte Ghertler akbutzel@gmail.com
        Alec P. Ostrow   on behalf of Defendant   Antaeus Enterprises, Inc. aostrow@beckerglynn.com,
        saltreuter@beckerglynn.com;hhill@beckerglynn.com
        Alec P. Ostrow   on behalf of Creditor David T. Washburn aostrow@beckerglynn.com,
        saltreuter@beckerglynn.com;hhill@beckerglynn.com
        Aleida  Martinez-Molina   on behalf of Defendant   Adeline Sherman Revocable Trust as Amended
        amartinez@wsh-law.com,  jfuentes@wsh-law.com
        Alex  Reisen   on behalf of Creditor   FGLS Equity LLC areisen@arkin-law.com
        Alex R. Rovira   on behalf of Creditor   Altai Capital Growth Fund PCC LImited
        emcdonnell@sidley.com
        Alfredo R. Perez   on behalf of Defendant   Blue Star Investors, LLC alfredo.perez@weil.com,
        Chris.lopez@weil.com;nicole.aliseo@weil.com
        Alicia M. Simmons   on behalf of Unknown   United States Of America alicia.simmons@usdoj.gov
        Amanda  Raboy   on behalf of Unknown   Pasifin Co. Inc. araboy@cov.com
        Amanda M. Ulrich   on behalf of Defendant   Notz, Stucki Management (Bermuda) Limited
        amulrich@debevoise.com
        Amiad  Kushner   on behalf of Attorney   Lowenstein Sandler LLP akushner@lowenstein.com,
        zrosenbaum@lowenstein.com;cdeleon@lowenstein.com;claferriere@lowenstein.com
        Andrea  Fischer,   on behalf of Creditor   United States Fire Insurance Company
        afischer@sflawgroup.com
        Andrea J Robinson   on behalf of Interested Party   SNS Bank N.V. andrea.robinson@wilmerhale.com
        Andreas A. Frischknecht   on behalf of Defendant   Six Sis AG
        andreas.frischknecht@chaffetzlindsey.com,  dockets@chaffetzlindsey.com,
        t.cohen@chaffetzlindsey.com
        Andrew  Kosloff   on behalf of Defendant   JP Morgan Chase Bank, NA susan.mcnamara@chase.com
        mco@mwe.com
        Andrew B. Kratenstein   on behalf of Defendant   Sage Associates akratenstein@mwe.com,
        mco@mwe.com
        Andrew Howard Sherman   on behalf of Creditor   Jonathon Wolf Chais Trust asherman@sillscummis.com
        Andrew J. Ehrlich   on behalf of Unknown   Estate of Mark D. Madoff and Andrew H. Madoff,
        individually and as Executor of the Estate of Mark D. Madoff aehrlich@paulweiss.com,
        btannenbaum@paulweiss.com;cgrusauskas@paulweiss.com

District/off: 0208-1          User: changreen          Page 2 of 15          Date Rcvd: Apr 13, 2017
                              Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Andrew J. Ehrlich    on behalf of Defendant    Estate of Mark D. Madoff aehrlich@paulweiss.com,
          btannenbaum@paulweiss.com;cgrusauskas@paulweiss.com
          Andrew J. Goodman    on behalf of Defendant    L.H. Rich Companies agoodman@gsblaw.com,
          jsylopez@gsblaw.com
          Andrew John Finn    on behalf of Defendant    Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J
          Safra Limited finna@sullcrom.com,
          s&cmanagingclerk@sullcrom.com;andrew-finn-6914@ecf.pacerpro.com
          Angela T. Rella    on behalf of Defendant    Brierpatch Investment LLC, as successor in interest to
          Brierpatch Investment Limited Partnership docketny@mofo.com
          Angelina E. Lim    on behalf of Creditor    Anchor Holdings, LLC angelinal@jpfirm.com,
          minervag@jpfirm.com
          Anna Conlon Aguilar    on behalf of Unknown Karen    Davis aaguilar@conlonaguilar.com
          Anthony A. Mingione    on behalf of Defendant Allan    Inger amingione@blankrome.com,
          jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com
          Anthony A. Mingione    on behalf of Defendant    Zieses Investment Partnership
          amingione@blankrome.com,
          jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com
          Anthony D. Boccanfuso    on behalf of Defendant    Atlantic Security Bank
          Anthony.Boccanfuso@apks.com
          Anthony L. Paccione    on behalf of Defendant    Access International Advisors Europe Ltd.
          anthony.paccione@kattenlaw.com,  mark.ciani@kattenlaw.com
          Anthony L. Paccione    on behalf of Defendant    Bear Lake Partners anthony.paccione@kattenlaw.com,
          mark.ciani@kattenlaw.com
          Anthony R. Holtzman    on behalf of Defendant Stuart J. Rabin anthony.holtzman@klgates.com
          Ari MacKinnon    on behalf of Defendant    BNP Paribas Securities Corp. amackinnon@cgsh.com,
          maofiling@cgsh.com
          Arthur Jay Steinberg    on behalf of Defendant    CSP Investment Associates LLC
          asteinberg@kslaw.com,  sdavidson@kslaw.com;jcmccullough@kslaw.com
          Barry R. Lax    on behalf of Creditor Rose    Less blax@laxneville.com
          Barry R. Lax    on behalf of Defendant    DAVID SHAPIRO, individually and as trustee for Trust
          f/b/o [W.P.S.] & [J.G.S.] blax@laxneville.com
          Barton Nachamie (+)    on behalf of Creditor    ABG Partners d/b/a ABG Investments
          bnachamie@nscslaw.com
          Benjamin D. Pergament    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bpergament@bakerlaw.com,
          bhlitdocket@bakerlaw.com;mpowers@bakerlaw.com;jparemoud@bakerlaw.com
          Benjamin J.O. Lewis    on behalf of Unknown    Barclays Bank (Suisse) S.A.
          ben.lewis@hoganlovells.com,  marie.ferrara@hoganlovells.com
          Benjamin P. Deutsch    on behalf of Unknown    The Betsy R. Gordon Sheerr Successor Trust
          bdeutsch@schnader.com
          Bennette D. Kramer    on behalf of Unknown    Belfer Two Corporation bdk@schlamstone.com
          Bernard V. Kleinman    on behalf of Unknown    SUSAN SALTZ CHARITABLE LEAD ANNUITY TRUST
          attrnylwyr@yahoo.com
          Bik Cheema    on behalf of Trustee Irving H. Picard bhlitdocket@bakerlaw.com
          Blanka K. Wolfe    on behalf of Unknown    Union Arbitrage Strategy Fund bwolfe@sheppardmullin.com,
          ny-docketing@sheppardmullin.com
          Brad Rogers    on behalf of Creditor    PENSION BENEFIT GUARANTY CORP. rogers.brad@pbgc.gov,
          efile@pbgc.gov
          Brad N. Friedman    on behalf of Creditor Ruth E. Goldstein bfriedman@milberg.com
          Brendan M. Scott    on behalf of Cross-Claimant    R&H Trust Co (Jersey) Limited, as Trustee of the
          Tower Trust bscott@klestadt.com
          Brent C. Strickland    on behalf of Defendant    Milton Davis Non Exempt Marital Trust U/A 12/13/84
          bstrickland@wtplaw.com
          Brent J. Rodine    on behalf of Unknown    Cynthia Olesky Giammarrusco brodine@gslwm.com
          Breon Peace    on behalf of Defendant    BNP Paribas Appellees bpeace@cgsh.com,  maofiling@cgsh.com
          Breon Peace    on behalf of Defendant    BNP Paribas Securities Corp. bpeace@cgsh.com,
          maofiling@cgsh.com
          Brett S. Moore    on behalf of Creditor    Ferdinand Burg and Carlo Reding, Court- Appointed
          Liquidators for Herald (Lux) Sicav bsmoore@pbnlaw.com,
          rmschechter@pbnlaw.com;mpdermatis@pbnlaw.com;sdguven@pbnlaw.com;pnbalala@pbnlaw.com;nvfuentes@pbn
          law.com
          Brian Maddox    on behalf of 00-DO NOT USE    U/T/A by Jacobs Davis 6/27/94 bmaddox@laxneville.com
          Brian Neville    on behalf of Creditor Myron    Feuer bneville@laxneville.com
          Brian Neville    on behalf of Counter-Defendant    Brow Family Partnership bneville@laxneville.com
          Brian E. Weisberg    on behalf of Defendant    Willard N. Weisberg Trust UAD 3/25/98
          brianweisberg@siegelbrill.com,  sarahmacdonald@siegelbrill.com
          Brian Edward Goldberg    on behalf of Debtor Bernard L. Madoff
          nybankruptcydocketing@dicksteinshapiro.com
          Brian H. Polovoy    on behalf of Interested Party    Nomura International PLC bpolovoy@shearman.com,
          mmolinelli@shearman.com;keith.palfin@shearman.com;paul.gil@shearman.com
          Brian H. Polovoy    on behalf of Defendant    Citrus Investment Holdings Ltd. bpolovoy@shearman.com,
          mmolinelli@shearman.com;keith.palfin@shearman.com;paul.gil@shearman.com
          Brian J. Butler    on behalf of Unknown    OFI MGA ALPHA PALMARES (f/k/a Oval Alpha Palmares)
          butlerb@bsk.com
          Brian L. Shaw    on behalf of Defendant Anita    Russell, individually and in her capacity as a
          joint tenant bshaw100@shawfishman.com,  bshaw@shawfishman.com;jbunton@shawfishman.com
          Bruce A. Langer    on behalf of Defendant Linda    Schoenheimer McCurdy blanger@mclaughlinstern.com

District/off: 0208-1         User: changreen          Page 3 of 15          Date Rcvd: Apr 13, 2017
                            Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Bruce M Ginsberg    on behalf of Defendant    Bloom Asset Holdings Fund bginsberg@dglaw.com,
            jheatherton@dglaw.com;mgiugliano@dglaw.com
          Bruce S. Schaeffer    on behalf of Unknown Irving J. Pinto bruce.schaeffer@gmail.com
          Bryan  Ha    on behalf of Defendant    The Lustig Family 1990 Trust bhanyc@gmail.com
          Cabot J Marks    on behalf of Defendant    Estate Of William Diamond cjmarks@cjmlawnyc.com,
            alove@cjmlawnyc.com
          Carl F. Schoeppl    on behalf of Unknown    Burt & Susan Moss, TEN ENT carl@schoepplburke.com
          Carlos J. Canino    on behalf of Defendant    Isaac Jimmy Mayer ccanino@stearnsweaver.com,
            cgraver@stearnsweaver.com;valfonso@stearnsweaver.com
          Carmine  Boccuzzi    on behalf of Defendant    Citibank North America, Inc. maofiling@cgsh.com,
            cboccuzzi@cgsh.com
          Carmine  Boccuzzi    on behalf of Defendant    Citi Hedge Fund Services Limited maofiling@cgsh.com,
            cboccuzzi@cgsh.com
          Carole  Neville    on behalf of Creditor    Alvin Gindel Revocable Trust and Alvin Gindel
            carole.neville@dentons.com
          Carole  Neville    on behalf of Creditor    Alvin R. Rush c/o Weiser LLP carole.neville@dentons.com
          Catherine Elizabeth Woltering    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the
            Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and
            the Estate of Bernard L. Madoff cwoltering@bakerlaw.com
          Catherine Elizabeth Woltering    on behalf of Trustee Irving H. Picard cwoltering@bakerlaw.com
          Charles Collier Platt    on behalf of Defendant    Nancy J. Marks Trust 2002
            Charles.Platt@wilmerhale.com
          Charles Martin Tatelbaum    on behalf of Defendant Gerald  Blumenthal cmt@trippscott.com,
            lxc@trippscott.com
          Chaya F. Weinberg-Brodt    on behalf of Unknown    Collace Services Limited
            chaya.weinberg@withers.us.com
          Chester B. Salomon    on behalf of Defendant Linda  Rituno csalomon@beckerglynn.com,
            saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Chester B. Salomon    on behalf of Creditor    SBM Investments LLP csalomon@beckerglynn.com,
            saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Christopher  Ferguson    on behalf of Defendant Nancy  Portnoy cferguson@kflaw.com
          Christopher  Gresh    on behalf of Creditor    Optima Limited Partnership cgresh@mosessinger.com
          Christopher A. Van De Kieft    on behalf of Defendant    Joseph S. Popkin Revocable Trust Dated
            February 9, 2006, a Florida Trust cvandekieft@seegerweiss.com
          Christopher B. Hitchcock    on behalf of Defendant    Orconsult SA chitchcock@hitchcockcummings.com
          Christopher H. LaRosa    on behalf of Plaintiff    Securities Investor Protection Corporation
            clarosa@sipc.org,  kfrench@sipc.org
          Christopher J. Major    on behalf of Defendant    Estate of Gladys Cash cjm@msf-law.com,
            bm@msf-law.com
          Christopher L. Barnett    on behalf of Defendant    Isaac Jimmy Mayer cgraver@stearnsweaver.com
          Christopher L. Gallinari    on behalf of Defendant Brian H.  Gerber cgallinari@bellowspc.com,
            sgeller@bellowslaw.com;bhanahan@bellowslaw.com
          Christopher M. Desiderio    on behalf of Defendant Elaine  Rosenberg cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Defendant Douglas  Shapiro cdesiderio@nixonpeabody.com
          Christopher M. Mason    on behalf of Unknown Elaine  Rosenberg cmason@nixonpeabody.com,
            nyc.managing.clerk@nixonpeabody.com
          Chryssa Vilma Beth Valletta    on behalf of Unknown Alice  Barbanel cvalletta@phillipsnizer.com
          Damien  Riehl    on behalf of Unknown    Hess Kline Revocable Trust and Hell Kline dariehl@rkmc.com
          Daniel  Schimmel    on behalf of Unknown    Caceis Bank dschimmel@foleyhoag.com
          Daniel B. Besikof    on behalf of Creditor    Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
            and additional appellants dbesikof@loeb.com
          Daniel B. Besikof    on behalf of Defendant    Fiterman Investment Fund dbesikof@loeb.com
          Daniel H. Tabak    on behalf of Unknown Deborah  Madoff dtabak@cohengresser.com
          Daniel J. Fetterman    on behalf of Defendant    JRAG, LLC dfetterman@kasowitz.com,
            courtnotices@kasowitz.com
          Daniel J. Kornstein,    on behalf of Interested Party    Certain American Securities Defendants
            dkornstein@ecbalaw.com
          Daniel M. Glosband    on behalf of Creditor    Jane L. O'Connor as Trustee of the Jane O'Connor
            Living Trust dglosband@goodwinprocter.com
          Daniel M. Kummer    on behalf of Interested Party    NBCUniversal Media, LLC
            daniel.kummer@nbcuni.com
          Dara Gilwit Hammerman    on behalf of Unknown    Angels Park Management SA
            dara.hammerman@withers.us.com
          Darren T. Azman    on behalf of Defendant    Sage Associates dazman@mwe.com,  mco@mwe.com
          David  Greenwald,    on behalf of Unknown    SPV Optimal SUS Ltd. dgreenwald@cravath.com,
            mao@cravath.com
          David  Onorato    on behalf of Defendant    Tensyr Limited david.onorato@freshfields.com
          David  Yeger    on behalf of Creditor    Rosenman Family LLC dyeger@wmllp.com,  dyeger@wmllp.com
          David A. Kotler    on behalf of Defendant    Oppenheimer Acquisition Corp. david.kotler@dechert.com
          David A. Rosenzweig    on behalf of Defendant    Melvin B. Nessel 2006 Trust u/a/d 3/14/06
            david.rosenzweig@nortonrosefulbright.com
          David Farrington Yates    on behalf of Creditor    EFG Bank S.A., EFG Bank (Monaco) S.A.M., and EFG
            Bank & Trust Ltd. (Bahamas) farrington.yates@kobrekim.com
          David G. Wise    on behalf of Defendant Lila S. Raskin dwise@snlaw.com
          David H. Wander    on behalf of Defendant    Express Enterprises Inc. dhw@dhclegal.com
          David J. Eiseman    on behalf of Defendant Peter  Joseph deiseman@golenbock.com
          David J. Eiseman    on behalf of Defendant    Queensgate Foundation deiseman@golenbock.com
          David J. Kanfer    on behalf of Defendant    LifeInvest Opportunity Fund LDC kanfer@thsh.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David J. Mark    on behalf of Defendant    Banca Carige S.p.A. dmark@kasowitz.com,
    courtnotices@kasowitz.com,

David J. Sheehan    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the Substantively
    Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
    Bernard L. Madoff bhaa@bakerlaw.com

David J. Sheehan    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
    of Bernard L. Madoff Investment Securities LLC dsheehan@bakerlaw.com,
    nlandrio@bakerlaw.com;tblaber@bakerlaw.com;bhaa@bakerlaw.com

David J. Sheehan    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
    Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com

David L. Barrack    on behalf of Unknown Stuart  Perlen dbarrack@wikauslander.com

David L. Mitchell    on behalf of Defendant    Fiterman GST Exempt Marital Trust
    dmitchell@robinskaplan.com,  jgerboth@robinskaplan.com

David M. Banker    on behalf of Creditor    Cornerstone Capital, Inc. dbanker@lowenstein.com,
    echafetz@lowenstein.com

David M. Pohl,    on behalf of Defendant Robert  Jaffe david.pohl@pohllaw.com

David Noah Greenwald    on behalf of Defendant    Unifortune Asset Management SGR SPA
    dgreenwald@cravath.com,  mao@cravath.com

David S. Golub    on behalf of Creditor    John V. O'Neill dgolub@sgtlaw.com

David S. Golub    on behalf of Unknown    Madeline E Corish Estate dgolub@sgtlaw.com

David S. Stone    on behalf of Creditor Ethel S. Wyner awagner@stonemagnalaw.com

David W. Parham    on behalf of Unknown    Cathay Life Insurance Co., Ltd. david.parham@akerman.com,
    scott.lawrence@akerman.com

David Y. Livshiz    on behalf of Defendant    Citibank North America, Inc.
    david.livshiz@freshfields.com

Deborah Kovsky-Apap    on behalf of Unknown    Veritable LP kovskyd@pepperlaw.com,
    kressk@pepperlaw.com

Deborah A. Reperowitz    on behalf of Mediator Deborah A Reperowitz dreperowitz@mcglinchey.com,
    cgomes@mcglinchey.com

Deborah H. Renner    on behalf of Plaintiff Irving  Picard, as Trustee for the Liquidation of
    Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com

Deborah H. Renner    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the
    Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and
    the Estate of Bernard L. Madoff bhaa@bakerlaw.com

Deirdre Norton Hykal    on behalf of Defendant    Joan M. Schultz Trust maosbny@willkie.com,
    dhykal@willkie.com

Dennis C. Quinn    on behalf of Creditor    Jewish Community Foundation of the Jewish Federation
    Council of Greater Los Angeles noliver@bargerwolen.com;rhopkins@bargerwolen.com

Dennis J. Nolan    on behalf of Interested Party    Alpha Prime Asset Management Ltd.
    dnolan@andersonkill.com

Diane L. McGimsey    on behalf of Interested Party    Standard Chartered Financial Services
    (Luxembourg) S.A. mcgimseyd@sullcrom.com,  s&cmanagingclerk@sullcrom.com,
    diane-mcgimsey-2480@ecf.pacerpro.com

Donald N. David    on behalf of Defendant Joel H. Levine donald.david@akerman.com,
    charlene.cerda@akerman.com;kimberly.shinder@akerman.com;michael.goldberg@akerman.com

Donald N. David    on behalf of Defendant    A & G Goldman Partnership, a New York Partnership
    donald.david@akerman.com,
    charlene.cerda@akerman.com;kimberly.shinder@akerman.com;michael.goldberg@akerman.com

Dorothy Heyl    on behalf of Defendant    LGT Bank (Switzerland) Ltd. dheyl@milbank.com

Douglas L Furth    on behalf of Defendant Irwin R. Weindling dfurth@golenbock.com

Douglas L Furth    on behalf of Defendant    Elaine S. Stein Revocable Trust dfurth@golenbock.com

Drew M. Dillworth    on behalf of Unknown    ISAAC JIMMY MAYER ddillworth@stearnsweaver.com,
    bank@stearnsweaver.com

Edward  Smith    on behalf of Defendant Albert H. Small Charitable Remainder Unitrust
    easmith@venable.com, NYBankruptcyDocketing@venable.com

Edward  Smith    on behalf of Creditor Albert H. Small easmith@venable.com,
    NYBankruptcyDocketing@venable.com

Edward John Jacobs    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the
    Liquidation of Bernard L. Madoff Investment Securities LLC ejacobs@bakerlaw.com,
    mwarnock@bakerlaw.com

Edward P. Grosz    on behalf of Creditor Carol  Silverstein egrosz@reitlerlaw.com

Edward R. Minson    on behalf of Defendant    Daniel Jacobs, in his capacity as trustee of the
    Trust Created Under The Will Of John Bowers For The Benefit Of Marcy, John, And Christine Bowers
    edward.minson@srmmlaw.com

Elise S. Frejka    on behalf of Creditor    Adam Fisher Trust efrejka@frejka.com

Elizabeth Austin    on behalf of Defendant    Retirement Program for Employees of the Town of
    Fairfield ea@pullcom.com,  jgrossarth@pullcom.com

Elizabeth Rozon    on behalf of Unknown Egea  Gustavo rozon.elizabeth@dorsey.com

Elizabeth A. Molino    on behalf of Liquidator    Kenneth M. Krys and Charlotte Caulfield as Joint
    Liquidators and Foreign Representatives of Fairfield Sentry Limited, Fairfield Sigma Limited,
    and Fairfield Lambda Limited emolino@brownrudnick.com

Elizabeth A. Scully    on behalf of Trustee Irving H. Picard escully@bakerlaw.com

Elliot  Moskowitz    on behalf of Unknown    Eurizon Capital SGR S.p.A, f/k/a Nextra Alternative
    Investments SGR S.p.A elliot.moskowitz@dpw.com,  ecf.ct.papers@davispolk.com

Elliot G Sagor    on behalf of Interested Party Elliot G. Sagor sagor@mintzandgold.com

Eric Fisher    on behalf of Defendant    David Mayer efisher@binderschwartz.com,
    docket@binderschwartz.com

District/off: 0208-1          User: changreen          Page 5 of 15          Date Rcvd: Apr 13, 2017
                             Form ID: pdf001           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Eric  Fishman   on behalf of Unknown   Falcon Private Bank Ltd. (f/k/a AIG Privat Bank AG)
          efishman@pillsburywinthrop.com, nydocket@pillsburylaw.com
          Eric B. Levine   on behalf of Unknown   Nephrology Associates P.C. Pension Plan levine@whafh.com
          Eric L. Lewis   on behalf of Foreign Representative   Madoff Securities International Limited
          eric.lewis@lewisbaach.com
          Eric T. Moser   on behalf of Mediator Jeffrey  Rich emoser@r3mlaw.com
          Erica  Klipper   on behalf of Defendant   Citibank North America, Inc. eklipper@cgsh.com,
          maofiling@cgsh.com
          Erin E Valentine   on behalf of Defendant   Kingate Management Limited
          erin.valentine@chaffetzlindsey.com, dockets@chaffetzlindsey.com
          Ernest E. Badway   on behalf of Creditor Iris  Schaum ebadway@foxrothschild.com
          Eugene E. Stearns   on behalf of Defendant   Isaac Jimmy Mayer estearns@stearnsweaver.com,
          cgraver@stearnsweaver.com;jmejia@stearnsweaver.com
          Eugene F. Getty   on behalf of Defendant   Parson Finance Panama S.A. efg@khgflaw.com,
          efg@khgflaw.com;ovp@khgflaw.com
          Fernando A Bohorquez   on behalf of Plaintiff   Irving H. Picard, Esq., Trustee for the
          Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and
          the Estate of Bernard L. Madoff bhaa@bakerlaw.com
          Fletcher W. Strong   on behalf of Defendant   Fairfield Investment Fund Limited
          fstrong@wmd-law.com
          Fletcher W. Strong   on behalf of Creditor Robert F. Weinberg fstrong@wmd-law.com
          Frank  McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Franklin B. Velie   on behalf of Defendant   Bank Austria Worldwide Fund Management Ltd.
          fvelie@sandw.com
          Fred  Stevens   on behalf of Defendant Jonathan  Greenberg fstevens@klestadt.com
          Fred H. Perkins   on behalf of Interested Party David  Silver fhperkins@morrisoncohen.com
          Fred W. Reinke   on behalf of Creditor   AXA Private Managment freinke@mayerbrown.com
          Frederick E. Schmidt   on behalf of Unknown   A & G Goldman Partnership eschmidt@herrick.com
          Frederick R. Kessler   on behalf of Defendant   Fairfield Investment Fund Limited
          fkessler@wmd-law.com
          Gabrielle J. Pretto   on behalf of Defendant   Franitza Family Limited Partnership
          gpretto@laxneville.com
          Gabrielle J. Pretto   on behalf of Defendant   Estate of Miriam Marder gpretto@laxneville.com
          Gary A. Woodfield   on behalf of Unknown   27 CLIFF, LLC gwoodfield@haileshaw.com,
          sborges@haileshaw.com;bpetroni@haileshaw.com
          Gary D. Sesser   on behalf of Defendant   The Estate of Madeline Gins Arakawa sesser@clm.com
          Gary D. Sesser   on behalf of Defendant Nancy Ellen Weisser sesser@clm.com
          Gary F. Eisenberg,   on behalf of Interested Party   Magnify, Inc. geisenberg@perkinscoie.com,
          docketnyc@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerp
          ro.com
          Gary J. Mennitt   on behalf of Unknown   Bank Audi S.A.M.- Audi Saradar Group
          gary.mennitt@dechert.com, nycmanagingclerks@dechert.com
          Gary S Redish   on behalf of Unknown Carole  Lipkin gredish@winnebanta.com
          Gary S. Lee   on behalf of Defendant   Levy Trust glee@mofo.com,
          jpintarelli@mofo.com;gary-lee-4334@ecf.pacerpro.com
          Gary S. Lee   on behalf of Defendant   Brierpatch Investment LLC, as successor in interest to
          Brierpatch Investment Limited Partnership glee@mofo.com,
          jpintarelli@mofo.com;gary-lee-4334@ecf.pacerpro.com
          Gaytri D. Kachroo   on behalf of Defendant   Danville Manufacturing Co. Inc.
          gkachroo@kachroolegal.com, djackson@kachroolegal.com
          Geoffrey Stuart Brounell   on behalf of Defendant   ABN AMRO Bank N.V. (presently known as The
          Royal Bank of Scotland, N.V.) geoffrey.brounell@allenovery.com
          George  Brunelle   on behalf of Creditor   BK Interest, LLC gbrunelle@brunellelaw.com,
          ahadjikow@brunellelaw.com
          George M. Chalos   on behalf of Unknown   First Gulf Bank gmc@chaloslaw.com
          George V. Utlik   on behalf of Interested Party   1776 K Street Associates Limited Partnership
          utlik.george@arentfox.com, lisa.indelicato@arentfox.com
          George W. Shuster, Jr.   on behalf of Interested Party   SNS Bank N.V.
          george.shuster@wilmerhale.com
          Gerald A. Novack   on behalf of Defendant Stuart J. Rabin klgatesbankruptcy@klgates.com
          Geraldine  Ponto   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Geraldine  Ponto   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
          Geraldine E. Ponto   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
          Geraldine E. Ponto   on behalf of Defendant   The Restated Henry Kaye Trust, a California Trust,
          Lawrence Kaye as trustee and Steven Kaye bhaa@bakerlaw.com
          Geraldine E. Ponto   on behalf of Trustee Irving H. Picard gponto@bakerlaw.com,
          nlandrio@bakerlaw.com;bhlitdocket@bakerlaw.com
          Gerard Sylvester Catalanello   on behalf of Creditor   Brian Ross c/o Duane Morris LLP
          gerard.catalanello@alston.com, gerard.catalanello@alston.com
          Ginny L. Goldman   on behalf of Creditor Arnold  Goldman attorneygg@aol.com
          Gregg  Mashberg   on behalf of Defendant   Grosvenor Aggressive Growth Fund Limited
          gmashberg@proskauer.com, LSONYSB@proskauer.com
          Gregory  Goett   on behalf of Defendant Andrew H. Cohen ggoett@lewismckenna.com

District/off: 0208-1          User: changreen          Page 6 of 15          Date Rcvd: Apr 13, 2017
                             Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gregory M Dexter    on behalf of Defendant    RAR Entrepreneurial Fund, LTD.,
                gdexter@chaitmanllp.com,  showell@chaitmanllp.com
              Gregory S Kinoian    on behalf of Creditor    Joseph S. Eastern 2004 Irrevocable Trust, a New
                Jersey Trust gkinoian@okinhollander.com
              Gregory W. Fox    on behalf of Defendant    10 Michael Drive Associates, L.P.
                gfox@goodwinprocter.com
              Hanh V. Huynh    on behalf of Defendant    Bayside Trust hhuynh@herrick.com,
                courtnotices@herrick.com
              Harold D. Jones    on behalf of Defendant Hess    Kline hjones@jonesschwartz.com,
                rlieman@jonesschwartz.com
              Harold D. Jones    on behalf of Attorney    Jones & Schwartz, P.C. hjones@jonesschwartz.com,
                rlieman@jonesschwartz.com
              Harold D. Moorefield, Jr.    on behalf of Defendant    Isaac Jimmy Mayer
                hmoorefield@stearnsweaver.com,  cgraver@stearnsweaver.com;bank@stearnsweaver.com
              Harvey B. Silikovitz    on behalf of Unknown Deborah    Madoff hsilikovitz@cohengresser.com
              Heath D. Rosenblat    on behalf of Defendant    CSP Investment Associates LLC
                Heath.Rosenblat@dbr.com
              Heather L Marx    on behalf of Defendant    David J. Miller, in his capacity as a general partner
                of Dorado Investment Company hmarx@cozen.com,  akulbeik@cozen.com;jaudette@cozen.com
              Heather Lamberg Kafele    on behalf of Unknown    Banco Bilbao Vizcaya Argentaria, S.A.
                hkafele@shearman.com,  docketny@winston.com
              Heather Lamberg Kafele    on behalf of Interested Party    Banco Bilbao Vizcaya Argentaria, S.A.
                hkafele@shearman.com,  docketny@winston.com
              Helen Davis Chaitman    on behalf of Creditor    L & C Harwood, Trustees, CRT FBO Craig Harwood
                hchaitman@chaitmanllp.com,
                lblanco@chaitmanllp.com;lgotthoffer@chaitmanllp.com;showell@chaitmanllp.com
              Helen V. Cantwell    on behalf of Unknown Ameeta    Vijayvergiya hvcantwe@debevoise.com,
                mao-bk-ecf@debevoise.com
              Herbert  Beigel    on behalf of Defendant M. Elliot Schnall hbeigel@gmail.com
              Howard  Kleinhendler    on behalf of Creditor    Rosenman Family LLC hkleinhendler@wmllp.com
              Howard  Kleinhendler    on behalf of Creditor Franklin    Sands hkleinhendler@wmllp.com
              Howard L. Simon    on behalf of Attorney    Windels Marx Lane & Mittendorf, LLP
                hsimon@windelsmarx.com,
                kcullen@windelsmarx.com;klongo@windelsmarx.com;bkreutter@windelsmarx.com;ivoryteam@windelsmarx.co
                m
              Howard L. Simon    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
                of Bernard L. Madoff Investment Securities LLC hsimon@windelsmarx.com,
                kcullen@windelsmarx.com;klongo@windelsmarx.com;bkreutter@windelsmarx.com;ivoryteam@windelsmarx.co
                m
              Howard L. Vickery, II    on behalf of Unknown    ABR Capital Fixed Option/Income Strategic Fund LP
                hvickery@bsfllp.com
              Hunter T. Carter    on behalf of Unknown    Sanford Guritzky, Brenda Guritzky, Dana Guritzky
                Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as
                Trustee of Trust B U/W George H. Hurwitz carter.hunter@arentfox.com
              Imtiaz A. Siddiqui    on behalf of Defendant    Daniel Ryan and Theresa Ryan, individually and on
                behalf of the Ryan Trust isiddiqui@cpmlegal.com,  jlein@cpmlegal.com;bschnarr@cpmlegal.com
              Ina  Bort    on behalf of Interested Party    Certain American Securities Defendants
                ibort@kvwmail.com
              Ira L. Herman    on behalf of Mediator Ira L Herman ira.herman@tklaw.com,
                jhanner@blankrome.com;kreda@blankrome.com/nybankruptcydocketing@blankrome.com
              Irving H. Picard    on behalf of Trustee Irving H. Picard ipicard@bakerlaw.com,
                nlandrio@bakerlaw.com;bhlitdocket@bakerlaw.com
              J. Michael Murray    on behalf of Interested Party    The John E. Guinness Revocable Trust Dated
                June 11, 1992, by John E. Guinness, Trustee jmmurray@bgmdlaw.com
              Jack G. Stern    on behalf of Defendant    ZCM Asset Holding Company (Bermuda) LLC
                jstern@bsfllp.com,  NYC_Managing_Clerk@bsfllp.com
              Jaclyn M. Metzinger    on behalf of Unknown    Caceis Bank jmetzinger@kelleydrye.com
              Jacob Buchdahl    on behalf of Unknown    Elirion Associates, Inc. Empl. Pension Plan and Trust
                jbuchdahl@susmangodfrey.com,  lnand@susmangodfrey.com
              James  Serritella    on behalf of Defendant    Bloom Asset Holdings Fund jserritella@dglaw.com,
                lpanebianco@dglaw.com
              James B. Glucksman    on behalf of Defendant    Jane M. Delaire a/k/a Jane Delaire Hackett
                jbglucksman-esq@outlook.com,  chllesq@yahoo.com
              James L. Bernard    on behalf of Unknown    Benmar Family L.P. jbernard@stroock.com,
                insolvency@stroock.com
              James R. Walker    on behalf of Defendant    Bernstein Properties LLC jwalker@mmlpc.com
              James Vincent Masella, III    on behalf of Creditor George N. Faris jmasella@pbwt.com,
                mcolitigation@pbwt.com
              Jami Mills Vibbert    on behalf of Defendant    Ascot Fund Ltd. jami.vibbert@nortonrosefulbright.com
              Jamie B.W. Stecher    on behalf of Defendant    LifeInvest Opportunity Fund LDC litpara@thsh.com
              Jamie R Pierce    on behalf of Defendant    David J. Miller, in his capacity as a general partner
                of Dorado Investment Company akulbeik@hinshawlaw.com
              Jan Douglas Atlas    on behalf of Unknown    Family Partners, LLP atlas@kolawyers.com,
                cardoso@kolawyers.com;way@kolawyers.com
              Janice Beth Grubin    on behalf of Creditor    ABG Partners Janice.Grubin@leclairryan.com,
                wendy.kane@leclairryan.com
              Jason A. Nagi    on behalf of Unknown Barbara and Mark  Roth jnagi@polsinelli.com,
                tbackus@polsinelli.com;docketing@polsinelli.com

District/off: 0208-1          User: changreen          Page 7 of 15          Date Rcvd: Apr 13, 2017
                             Form ID: pdf001           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Javier  Bleichmar   on behalf of Defendant   Matias Erausquin, Enrique Erausquin, Liliana
          Controne and Yolanda Frischknecht on behalf of themselves and those they purport to represent
          jbleichmar@labaton.com
          Jeff E. Butler   on behalf of Defendant   Cardinal Management, Inc.
          jeff.butler@cliffordchance.com,  MCO@cliffordchance.com;jamie.hoxie@cliffordchance.com
          Jeff E. Butler   on behalf of Unknown   BANQUE INTERNATIONALE LUXEMBOURG (SUISSE) S.A. (f/k/a
          Dexia Private Bank (Switzerland) Ltd.) jeff.butler@cliffordchance.com,
          MCO@cliffordchance.com;jamie.hoxie@cliffordchance.com
          Jeffrey A. Miller   on behalf of Defendant Morton  Kurzrok jmiller@westermanllp.com,
          drubino@westermanllp.com
          Jeffrey A. Reich   on behalf of Defendant   A & M Johnson Trust, a California trust
          reichlaw@reichpc.com
          Jeffrey A. Rosenthal   on behalf of Unknown   Ivy Asset Management LLC maofiling@cgsh.com,
          jrosenthal@cgsh.com
          Jeffrey D. Felder   on behalf of Unknown   The Richard and Deborah Felder Foundation
          jfelder06@gmail.com
          Jeffrey D. Ganz   on behalf of Defendant   Barbara E. Greenberg Trust U/A/D 6/15/75, as amended
          jganz@riemerlaw.com,  ndailey@riemerlaw.com
          Jeffrey D. Sternklar   on behalf of Defendant   Eleanore C. Unflat Living Trust
          jsternklar@duanemorris.com
          Jeffrey E. Baldwin   on behalf of Defendant   Fairfield Greenwich (Bermuda), Ltd.
          jbaldwin@stblaw.com
          Jeffrey H. Schwartz   on behalf of Counter-Claimant   Janet Jaffin Individually And in Her
          Capacity as Trustee of The Janet Jaffin Dispositive Trust jschwartz@jaspanllp.com
          Jeffrey L. Bernfeld   on behalf of Defendant   Bradermak Equities Corp.
          jeffreybernfeld@bernfeld-dematteo.com
          Jeffrey L. Bernfeld   on behalf of Creditor   John Maccabee & Sherry Morse Maccabee Living Trust
          Dated 1/24/97 jeffreybernfeld@bernfeld-dematteo.com
          Jeffrey T. Scott   on behalf of Defendant   Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J
          Safra Limited scottj@sullcrom.com,  s&cmanagingclerk@sullcrom.com,
          jeffrey-scott-6254@ecf.pacerpro.com
          Jeffrey T. Scott   on behalf of Unknown   Judy L. Kaufman et al. TIC scottj@sullcrom.com,
          s&cmanagingclerk@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com
          Jennifer  Opheim   on behalf of Defendant   Barbara Picower, individually, and as Executor of the
          Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o
          Gabrielle H. Picower jennifer.opheim@srz.com,
          evan.melluzzo@srz.com;ecf-1822127e5d6b@ecf.pacerpro.com
          Jennifer B Zourigui   on behalf of Defendant Candice  Nadler jzourigui@ingramllp.com
          Jennifer B Zourigui   on behalf of Defendant   Charles E. Nadler, in his capacity as Personal
          Representative of the Estate of George E. Nadler and as a subsequent beneficiary,
          jzourigui@ingramllp.com
          Jennifer L. Young   on behalf of Creditor   Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE
          jyoung@milberg.com,  mecf@pacernotice.com
          Jennifer L. Young   on behalf of Creditor Barbara  Schlossberg jyoung@milberg.com,
          mecf@pacernotice.com
          Jennifer Lauren Saffer   on behalf of Defendant Jay  Rosenfield jlsaffer@jlsaffer.com,
          vjohnson@jlsaffer.com
          Jennifer M. Walrath   on behalf of Trustee Irving H. Picard jwalrath@bakerlaw.com
          Jenny Lynn Fountain   on behalf of Interested Party Gerald J. Block jlfountain@murraylaw.com
          Jeremy A. Mellitz   on behalf of Unknown   Von Rautenkranz Special Investments LLC
          jeremy.mellitz@withers.us.com
          Jeremy Alexander Weinberg   on behalf of Defendant   Mimi A. Greenberg Revocable Trust
          mcolitigation@pbwt.com
          Jerome  Reisman   on behalf of Creditor   NTC & Co. jreisman@reismanpeirez.com
          Jessica  Mikhailevich   on behalf of Defendant   Gerald J. Block mkhailevich.jessica@dorsey.com
          Jessica  Mikhailevich   on behalf of Attorney   Dorsey & Whitney LLP
          mikhailevich.jessica@dorsey.com
          Jessica Simonoff   on behalf of Defendant   Tensyr Limited jessica.simonoff@freshfields.com
          Jessica G. Berman   on behalf of Defendant   Richard J. Geronemus, individually, in his capacity
          as Persnl Reprtve for the Estate of Saul A. Geronemus, and in his capacity as Successor Trustee
          of the Saul A. Geronemus Revocable Trust dtd 6/26/92 jberman@msek.com
          Jessie Morgan Gabriel   on behalf of Trustee Irving H. Picard jgabriel@bakerlaw.com
          Jil  Mazer-Marino   on behalf of Creditor   Charles & Miriam Wood Charitable Remainder Trust U/A
          12803 jmazermarino@msek.com,  chapter7ecf@msek.com
          Joaquin M. C De Baca   on behalf of Unknown   UKFP (Asia) Nominees Limited jcdebaca@mayerbrown.com
          Joe R. Whatley, Jr.   on behalf of Unknown   Alan Meyers  and  Ellen Meyers jwhatley@wdklaw.com,
          ecf@wdklaw.com
          Joel C Haims   on behalf of Defendant   Brierpatch Investment LLC, as successor in interest to
          Brierpatch Investment Limited Partnership JHaims@mofo.com,
          docketny@mofo.com;joel-haims-0353@ecf.pacerpro.com
          Joel D Nesset   on behalf of Defendant   David J. Miller, in his capacity as a general partner of
          Dorado Investment Company jnesset@cozen.com,  akulbeik@cozen.com;cconnelly@cozen.com
          Joel L. Herz   on behalf of Unknown   Samdia Family, LP joel@joelherz.com
          Johan Robert Abraham   on behalf of Defendant   Notz, Stucki Management (Bermuda) Limited
          jrabraha@debevoise.com,  mao-bk-ecf@debevoise.com
          John  Moscow   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of Bernard
          L. Madoff Investment Securities LLC, and Bernard L. Madoff jmoscow@bakerlaw.com,
          bhlitdocket@bakerlaw.com

District/off: 0208-1        User: changreen        Page 8 of 15        Date Rcvd: Apr 13, 2017
                           Form ID: pdf001        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John  Oleske   on behalf of Interested Party   Magnify, Inc. courtnotices@herrick.com
          John E. Lawlor   on behalf of Defendant   APO Health, Inc. PSP F/B/O H. Peter Steil
            jlaw672@aol.com
          John Edward Westerman   on behalf of Defendant   DOS BFS Family Partnership II, L.P.
            jwesterman@westermanllp.com
          John F. Carberry   on behalf of Defendant   Stanley R. Rawn Jr 5/04 Grat jcarberry@cl-law.com
          John F. Savarese   on behalf of Unknown   JPMorgan Chase & Co. jfsavarese@wlrk.com,
            calert@wlrk.com
          John F. Zulack   on behalf of Unknown   Banque Cantonale Vaudoise jzulack@fzwz.com
          John F. Zulack,   on behalf of Defendant   Panagiotis Sakellariou Settlement, an irrevocable
            trust u/a/d 12/17/92 jzulack@fzwz.com
          John H. Drucker   on behalf of Defendant   Adele Fox, individually and to the extent she purports
            to represent a class of those similarly situated
            jdrucker@coleschotz.com;jdrucker@aol.com;ssallie@coleschotz.com
          John Hatchett Carney   on behalf of Defendant Richard M. Balzarini jcarney@johncarney.com
          John J. Burke   on behalf of Trustee Irving H. Picard jburke@bakerlaw.com
          John W. Hanson   on behalf of Defendant   Orconsult SA jbiondo@hitchcockcummings.com
          Jonathan A. Selva   on behalf of Defendant   Richard I. Stahl jselva@pavialaw.com,
            amitzner@pavialaw.com;osushko@pavialaw.com
          Jonathan C. Vair   on behalf of Defendant   Isaac Jimmy Mayer jvair@stearnsweaver.com
          Jonathan D. Cogan   on behalf of Defendant Sandra L. Manzke jonathan.cogan@kobrekim.com
          Jonathan David Warner   on behalf of Defendant   Paul Rampell, in his capacity as Trustee for the
            Melvin B. Nelson Revocable Trust and as former co-Trustee of the Melvin B. Nessel 2006 Trust
            u/a/d 3/14/06 jdwarner@warnerandscheuerman.com,
            melanie@warnerandscheuerman.com;diana@warnerandscheuerman.com
          Jonathan K. Cooperman   on behalf of Unknown   The Estate (Succession) of Doris Igoin
            jcooperman@kelleydrye.com,  docketing@kelleydrye.com
          Jonathan K. Cooperman   on behalf of Defendant   The Estate (Succession) of Doris Igoin
            jcooperman@kelleydrye.com,  docketing@kelleydrye.com
          Jonathan L. Flaxer   on behalf of Defendant Frederic J. Perlen jflaxer@golenbock.com,
            jsavitsky@golenbock.com;mweinstein@golenbock.com
          Jonathan L. Flaxer   on behalf of Defendant   Myra Perlen Revocable Trust jflaxer@golenbock.com,
            jsavitsky@golenbock.com;mweinstein@golenbock.com
          Jonathan M. Cerrito   on behalf of Unknown   Bricklayers and Allied Craftmen Local 2 Aunnuity
            Fund ; jmcerrito@bklawyers.com
          Jonathan R. Barr   on behalf of Trustee Irving H. Picard jbarr@bakerlaw.com
          Jordan W. Siev   on behalf of Defendant   Ariel Fund Limited And Gabriel Capital, L.P.
            jsiev@reedsmith.com,  claukamg@reedsmith.com
          Jorian  L. Rose   on behalf of Trustee Irving H. Picard jrose@bakerlaw.com
          Joseph Cioffi   on behalf of Defendant   Bloom Asset Holdings Fund jcioffi@dglaw.com,
            jheatherton@dglaw.com
          Joseph Lubertazzi, Jr.   on behalf of Creditor   Wachovia Bank, National Association
            jlubertazzi@mccarter.com,  jlubertazzi@mccarter.com
          Joseph P Cerato   on behalf of Defendant Guy Anthony Cerato j.jpclaw@comcast.net
          Joseph P. Moodhe   on behalf of Defendant   Notz, Stucki Management (Bermuda) Limited
            jpmoodhe@debevoise.com,  mao-bk-ecf@debevoise.com
          Joseph P. Moodhe   on behalf of Unknown   Hermes International Fund Limited
            jpmoodhe@debevoise.com,  mao-bk-ecf@debevoise.com
          Joseph Thompson Baio   on behalf of Defendant Susan Schemen Fradin maosbny@willkie.com,
            jbaio@willkie.com
          Josephine  Wang   on behalf of Defendant   Securities Investor Protection Corporation
            jwang@sipc.org
          Josephine  Wang   on behalf of Intervenor   Securities Investor Protection Corporation
            jwang@sipc.org
          Joshua Fritsch   on behalf of Defendant   Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J Safra
            Limited s&cmanagingclerk@sullcrom.com
          Joshua Krakowsky   on behalf of Defendant   Express Enterprises Inc. jsk@dmlegal.com
          Joshua A. Berman   on behalf of Defendant   MWC Holdings LLC joshua.berman@whitecase.com,
            mco@whitecase.com;jdisanti@whitecase.com
          Joshua E. Keller   on behalf of Defendant   Sheila A. Woessner Family Trust jkeller@milberg.com
          Joshua E. Keller   on behalf of Defendant   William M. Woessner Family Trust jkeller@milberg.com
          Joshua S. Androphy   on behalf of Defendant Marvin L. Olshan jandrophy@olshanlaw.com,
            michael@faillacelaw.com
          Joshua W. Cohen   on behalf of Defendant Robin  Gottlieb jwcohen@daypitney.com,
            arametta@daypitney.com
          Judd Burstein   on behalf of Defendant   Arthur A. Ingram Revocable Trust jburstein@burlaw.com,
            pschalk@burlaw.com;pguzman@burlaw.com;ecf@burlaw.com
          Judith A. Archer   on behalf of Defendant   Ascot Fund Ltd. judith.archer@nortonrosefulbright.com
          Judith L. Spanier   on behalf of Creditor   ELEM/Youth In Distress In Israel, Inc.
            jspanier@abbeyspanier.com
          Judith M. Wallace   on behalf of Defendant   The Estate of Madeline Gins Arakawa wallace@clm.com,
            murphy@clm.com
          Julie  Gorchkova   on behalf of Defendant   N-Highmark LLC, a Delaware limited liability company
            jgorchkova@orrick.com, nymao@orrick.com
          Justin D. Mayer   on behalf of Unknown   PF Trustees Limited in its capacity as trustee of RD
            Trust jmayer@mofo.com,  docketny@mofo.com;justin-mayer-7691@ecf.pacerpro.com
          Karen E. Wagner   on behalf of Creditor   Sterling Equities Associates karen.wagner@davispolk.com,
            andrew.ditchfield@davispolk.com

District/off: 0208-1          User: changreen          Page 9 of 15          Date Rcvd: Apr 13, 2017
                              Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Karen L. Gilman    on behalf of Defendant    Levy Family Partners LLC, a Delaware limited liability
            company ecf@wolffsamson.com
          Karin  Scholz Jenson    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhlitdocket@bakerlaw.com
          Karl  Geercken    on behalf of Creditor    Aozora Bank Ltd. kgeercken@alston.com,
            kgeercken@alston.com
          Kathleen M. Aiello    on behalf of Interested Party    Keystone Electronics Corp. Employee Profit
            Sharing Trust, Richard D. David, in his capacity as Trustee, and Roberta David, in her capacity
            as Trustee kaiello@foxrothschild.com
          Kathleen M. Aiello    on behalf of Attorney    Fox Rothschild LLP kaiello@foxrothschild.com
          Keith N Costa    on behalf of Mediator Keith  Costa kcosta@riker.com
          Keith N. Costa,    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC kcosta@riker.com
          Keith R. Murphy    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the Substantively
            Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
            Bernard L. Madoff bhaa@bakerlaw.com
          Keith R. Murphy    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
            of Bernard L. Madoff Investment Securities LLC kmurphy@bakerlaw.com,
            bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com
          Keith R. Murphy    on behalf of Defendant    Amy Luria Partners LLC kmurphy@bakerlaw.com,
            bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com
          Kelly A. Librera    on behalf of Unknown    Ellen G. Victor in her capacity as holder of Bernard L.
            Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4 klibrera@winston.com
          Kenneth R. Schachter    on behalf of Defendant    Estate Of John Y. Seskis
            kschachter@sillscummis.com, bschwab@sillscummis.com
          Kent A. Yalowitz    on behalf of Transferee    Merrill Lynch Banc (Suisse) S.A.
            anthony_boccanfuso@aporter.com
          Kevin H. Bell    on behalf of Intervenor    SIPC kbell@sipc.org,  rcotchan@sipc.org
          Kevin R. Toole    on behalf of Unknown Jacquelynn  Fitzpatrick ktoole@sarlegal.com
          Kiersten A. Fletcher    on behalf of Defendant    Brierpatch Investment LLC, as successor in
            interest to Brierpatch Investment Limited Partnership ktfletcher@mofo.com
          Kimberly Joan Robinson    on behalf of Defendant    Financiere Agache kim.robinson@bfkn.com
          Kirk L. Brett    on behalf of Creditor    ASM Capital, L.P. kbrett@dsllp.com
          LaShann M. DeArcy    on behalf of Defendant    Brierpatch Investment LLC, as successor in interest
            to Brierpatch Investment Limited Partnership ldearcy@mofo.com,  docketny@mofo.com
          Larkin M. Morton    on behalf of Creditor    Jane L. O'Connor as Trustee of the Jane O'Connor
            Living Trust lmorton@goodwinprocter.com,  rstrassberg@goodwinprocter.com
          Larry Ivan Glick    on behalf of Creditor Franklin  Sands lglick@shutts.com
          Lary S. Wolf    on behalf of Unknown    Alexander Mendik lwolf@rhtax.com
          Laura B. Kadetsky    on behalf of Defendant    Herald Fund SPC robert.mason@kirkland.com
          Laura K Clinton    on behalf of Defendant    Coldbrook Associates Partnership, individually and in
            its capacity as general partner of Turtle Cay Partners laura.clinton@bakermckenzie.com,
            wanda.mcneil@bakermckenzie.com
          Lauren  Resnick    on behalf of Trustee Irving H. Picard lresnick@bakerlaw.com
          Lauren J. Wachtler    on behalf of Defendant Joan  Wachtler pdm@msk.com;ljw@msk.com
          Laurence  May    on behalf of Defendant    151797 Canada Inc. lmay@eisemanlevine.com
          Lawrence B. Friedman    on behalf of Defendant    BNP Paribas Securities Corp. lfriedman@cgsh.com,
            maofiling@cgsh.com
          Lawrence B. Friedman    on behalf of Defendant    Credit Agricole Corporate and Investment Bank
            lfriedman@cgsh.com,  maofiling@cgsh.com
          Lawrence J. Kotler    on behalf of Unknown    Delta National Bank and Trust Company
            ljkotler@duanemorris.com
          Lawrence M. Shapiro    on behalf of Cross-Claimant Renee R. Soskin lshapiro@greeneespel.com,
            jonsgard@greeneespel.com
          Lawrence M. Shapiro    on behalf of Defendant Renee R. Soskin lshapiro@greeneespel.com,
            jonsgard@greeneespel.com
          Lawrence R. Velvel    on behalf of Unknown Lawrence R. Velvel velvel@mslaw.edu
          Lee  Harrington    on behalf of Creditor    Livsforsikringsselskapet Nordea Liv Norge AS
            lharrington@nixonpeabody.com
          Lee J. Mondshein    on behalf of Unknown    Kathleen Giamo Trust #6 ljmlaw@optonline.net
          Leif T. Simonson    on behalf of Unknown    Aegis Holdings (Onshore) Inc. FBO The Beaumont Master
            Fund, LLC lsimonson@faegre.com
          Leonardo  D'Alessandro    on behalf of Defendant    Estate of Syril Seiden
            ldalessandro@milbermakris.com
          Linda H. Martin    on behalf of Interested Party    Spring Mountain Capital, LP lhmartin@stblaw.com
          Linda S. Larue    on behalf of Defendant    Samuel-David Associates, LTD llarue@qslwm.com
          Lindsay M. Weber    on behalf of Defendant    Kingate Euro Fund, Ltd. lindsayweber@quinnemanuel.com
          Lori K. Sapir    on behalf of Defendant    Estate Of John Y. Seskis lsapir@sillscummis.com
          Lori V. Vaughan    on behalf of Defendant Jonathan  Sobin lvaughan@trenam.com,
            LFloyd@trenam.com;sclieb@trenam.com;mwoods@trenam.com
          Lucille B. Brennan    on behalf of Creditor    The Harold R. Rudnick Trust lbbankruptcy@ftwlaw.com
          M. William Munno    on behalf of Interested Party    Arden Asset Management Inc. munno@sewkis.com
          Maggie  Sklar    on behalf of Defendant Sandra L. Manzke maggie.sklar@kobrekim.com
          Marc  Bogatin    on behalf of Counter-Claimant    FGLS Equity LLC marcbogatin@yahoo.com
          Marc  Hirschfield    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
          Marc  Hirschfield    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
            Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com

District/off: 0208-1          User: changreen          Page 10 of 15          Date Rcvd: Apr 13, 2017
                              Form ID: pdf001          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Marc D. Powers    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the Substantively
    Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
    Bernard L. Madoff mpowers@bakerlaw.com,
    bhaa@bakerlaw.com;tblaber@bakerlaw.com;jparemoud@bakerlaw.com;kzunno@bakerlaw.com;bhlitdocket@bak
    erlaw.com;mkosack@bakerlaw.com
Marc E Kasowitz    on behalf of Defendant    JRAG, LLC MEKcourtnotices@kasowitz.com,
    courtnotices@kasowitz.com
Marc E. Hirschfield    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
    Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
Marc E. Hirschfield    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
    Bernard L. Madoff Investment Securities LLC
    nlandrio@bakerlaw.com;bhaa@bakerlaw.com;bhlitdocket@bakerlaw.com;mhirschfield@ecf.inforuptcy.com
Marc E. Hirschfield    on behalf of Plaintiff    Irving H. Picard trustee for the liquidation of
    Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
Marc E. Hirschfield    on behalf of Defendant Joan  Wachtler bhaa@bakerlaw.com
Marc F. Skapof    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
    Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
Marc F. Skapof    on behalf of Plaintiff    Irving H. Picard trustee for the liquidation of Bernard
    L. Madoff Investment Securities LLC bhaa@bakerlaw.com
Marc G. Rosenberg    on behalf of Defendant    Mildred S. Poland Revocable Trust dtd 9/8/87
    mrosenberg@mclaughlinstern.com
Marc G. Rosenberg    on behalf of Defendant Phyllis  Poland-Ferriter mrosenberg@mclaughlinstern.com
Marc J. Gottridge    on behalf of Unknown    Barclays Bank (Suisse) S.A.
    marc.gottridge@hoganlovells.com,  marc-gottridge-6094@ecf.pacerpro.com
Marc J. Kurzman    on behalf of Unknown    Orthopaedic Specialty Group P.C. Plan Participants
    mkurzman@carmodylaw.com
Marcy R. Harris    on behalf of Defendant    Barbara Picower, individually, and as Executor of the
    Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o
    Gabrielle H. Picower marcy.harris@srz.com,
    courtfilings@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com;ecf-1822127e5d6b@ecf.pacerpro.com
Marcy R. Harris    on behalf of Attorney    SCHULTE ROTH & ZABEL, LLP marcy.harris@srz.com,
    courtfilings@srz.com;ecf-5315b84b2a77@ecf.pacerpro.com;ecf-1822127e5d6b@ecf.pacerpro.com
Margarita Y. Ginzburg    on behalf of Defendant Edmond A. Gorek mginzburg@daypitney.com
Maria J. DiConza    on behalf of Defendant    Hurwitz Grandchildren Trust #2-B for Micheal B.
    Hurwitz diconzam@gtlaw.com,  petermann@gtlaw.com;lowena@gtlaw.com
Marisa  Glassman    on behalf of Defendant    Banque J. Safra (Suisse) S.A.
    s&cmanagingclerk@sullcrom.com
Marisa Laura Lanza    on behalf of Defendant    Estate of Syril Seiden mlanza@milbermakris.com
Mark  Mulholland    on behalf of Unknown    The 2001 Frederick DeMatteis Revocable Trust
    mmulholland@rmfpc.com,  ttelesca@rmfpc.com
Mark  Richardson    on behalf of Defendant    Barbara Picower, individually, and as Executor of the
    Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o
    Gabrielle H. Picower mark.richardson@srz.com
Mark  Thieroff    on behalf of Defendant    Willard N. Weisberg Trust UAD 3/25/98
    markthieroff@siegelbrill.com,  jaymejackson@siegelbrill.com
Mark A. Blount    on behalf of Unknown    Alvin Delaire mblount@tessercohen.com
Mark A. Cymrot    on behalf of Plaintiff Irving H. Picard mcymrot@bakerlaw.com,
    bhlitdocket@bakerlaw.com
Mark G Cunha    on behalf of Defendant    Chester Management Cayman Limited mcunha@stblaw.com,
    ndavis@stblaw.com,John.Skinner@stblaw.com
Mark I Silberblatt    on behalf of Unknown    Upstate New York Bakery Drivers and Industry Pension
    Fund msilberblatt@bd-lawfirm.com
Mark J. Hyland    on behalf of Defendant    Reliance International Research LLC hyland@sewkis.com
Mark Nelson Parry    on behalf of Creditor S. Donald Friedman mparry@mosessinger.com,
    dkick@mosessinger.com
Mark S. Lichtenstein    on behalf of Unknown    Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia,
    Jayshree Bhatia and Mandakini Gajaria mlichtenstein@crowell.com,  mlichtenstein@crowell.com
Marsha  Torn    on behalf of Creditor Lawrence  Torn mcalabrese@earthlink.net
Marshall R. King    on behalf of Defendant    UBS (Luxembourg) S.A. mking@gibsondunn.com
Martha Rodriguez-Lopez    on behalf of Defendant    Coldbrook Associates Partnership
    martha.rodriguezlopez@klgates.com,  bonnie.rakes@klgates.com
Martin A. Mooney    on behalf of Creditor    DCFS USA LLC ahight@schillerknapp.com,
    kcollins@schillerknapp.com;ahight@ecf.courtdrive.com
Martin J. Auerbach    on behalf of Counter-Claimant    Jeffrey Hinte auerbach@mjaesq.com
Marvin C. Ingber    on behalf of Defendant Eli N. Budd mcingber@comcast.net
Matthew  Gluck    on behalf of Creditor June  Pollack mgluck@milberg.com,
    cslidders@milberg.com;mpenrhyn@milberg.com
Matthew A Kupillas    on behalf of Defendant    Aspen Fine Arts Co. mkupillas@milberg.com
Matthew A Kupillas    on behalf of Creditor June  Pollack mkupillas@milberg.com
Matthew B. Lunn    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
    of Bernard L. Madoff Investment Securities LLC mlunn@ycst.com,  mromano@ycst.com;dlaskin@ycst.com
Matthew J. Gold    on behalf of Creditor    Malibu Trading and Investing, L.P. mgold@kkwc.com
Matthew J. Gold    on behalf of Defendant    Elins Daughters Trust For The Benefit of Jamie Ann
    Elins Dated December 12, 1989, A California Trust mgold@kkwc.com
Matthew L. Schwartz    on behalf of Unknown    United States Of America matthew.schwartz@usdoj.gov
Max  Folkenflik    on behalf of Unknown    Allan R. Tessler, in his capacity as Trustee of CRS
    Revocable Trust mfolkenflik@fmlaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Melanie L. Cyganowski   on behalf of Mediator   Mediator mcyganowski@oshr.com,
          awilliams@oshr.com;jfeeney@otterbourg.com;mmillan@otterbourg.com
          Melanie McLaughlin Kotler   on behalf of Defendant John  Nessel
          melanie.kotler@nortonrosefulbright.com,  jbrewster@milbank.com
          Melvin A. Brosterman   on behalf of Defendant   Estate of Judith Kase mbrosterman@stroock.com,
          docketing@stroock.com;insolvency@stroock.com
          Menachem O. Zelmanovitz   on behalf of Creditor   The Kostin Company mendy@zelmlaw.com
          Meredith L. Turner   on behalf of Unknown   J.P. Morgan Chase Bank, N.A. calert@wlrk.com
          Meyer  Muschel   on behalf of Creditor   Joseph N Muschel Memorial Foundation mmuschel@gmail.com
          Michael  Gerard   on behalf of Defendant   Brierpatch Investment LLC, as successor in interest to
          Brierpatch Investment Limited Partnership docketny@mofo.com.
          Michael  Rato   on behalf of Defendant   Fairview Associates mrato@mdmc-law.com,
          mrato27@gmail.com
          Michael  Wexelbaum   on behalf of Cross Defendant   Osnat Dodelson mw@dmlegal.com
          Michael B. Weitman   on behalf of Defendant   Reliance International Research LLC
          weitman@sewkis.com
          Michael E Holzapfel   on behalf of Defendant   Katz Group Limited Partnership, a Wyoming limited
          partnership meholzapfel@beckermeisel.com
          Michael G Dickler   on behalf of Defendant   Levy Family Partners LLC mdickler@sperling-law.com
          Michael Ira Goldberg   on behalf of Creditor   Richard E. Winter Revocable Trust
          michael.goldberg@akerman.com,  charlene.cerda@akerman.com
          Michael J. Riela   on behalf of Defendant   Calesa Associates L.P. mriela@vedderprice.com
          Michael M. Krauss   on behalf of Unknown   Mount Yale Highland Fund: A Series of Mount Yale
          Master Portfolios, LP michael.krauss@faegrebd.com
          Michael P. Burke   on behalf of Defendant   Lakeview Hedging Fund, LP, a limited partnership
          mburke@wmd-law.com
          Michael R. Dal Lago   on behalf of Creditor   Maitland Trustees Limited-Task EBT, Maitland
          Trustees Ltd.-Tigine Trust, Brenthurst Absolute Return Fund mike@dallagolaw.com
          Michael R. Huttenlocher   on behalf of Defendant   Sage Associates mhuttenlocher@mwe.com,
          mco@mwe.com
          Michael R. Lastowski   on behalf of Defendant   Eleanore C. Unflat Living Trust
          mlastowski@duanemorris.com
          Michael Robert Carney   on behalf of Unknown   Bank Julius Baer & Co. Ltd. mcarney@carneypllc.com
          Michael S. Feldberg   on behalf of Defendant   ABN AMRO BANK N.V. (presently known as THE ROYAL
          BANK OF SCOTLAND, N.V.) michael.feldberg@newyork.allenovery.com,  kurt.vellek@allenovery.com
          Michael S. Pollok   on behalf of Unknown Alan  Hayes mpollok@marvinandmarvin.com
          Michael T. Driscoll   on behalf of Unknown   Meritz Fire & Marine Insurance Company Ltd.
          mdriscoll@sheppardmullin.com,  ny-docketing@sheppardmullin.com.
          Michael V. Ciresi   on behalf of Unknown   Matthew Fiterman mvciresi@rkmc.com
          Michael Wallace Gibaldi   on behalf of Defendant   Theodore Dumbauld mgibaldi@shertremonte.com
          Michael Y. Kwon   on behalf of Defendant   Barbara Picower, individually, and as Executor of the
          Estate of Jeffry M. Picower, and as the Executor for the Picower Foundation and for the Trust f/b/o
          Gabrielle H. Picower michael.kwon@srz.com,  evan.melluzzo@srz.com
          Michael Z. Brownstein   on behalf of Defendant Stanley  Kreitman mbrownstein@tarterkrinsky.com,
          snobles@tarterkrinsky.com
          Michael Zeb Landsman   on behalf of Unknown   The Sumitomo Trust and Banking Co., Ltd.
          zlandsman@beckerglynn.com,  saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Michele L. Pahmer   on behalf of Defendant Benjamin W. Roth mpahmer@stroock.com,
          docketing@stroock.com
          Michelle L. Greenberg   on behalf of Unknown   Heirs of RJ mgreenberg@frierlevitt.com,
          bkelly@frierlevitt.com
          Mickee M. Hennessy   on behalf of Defendant   DOS BFS Family Partnership II, L.P.
          mhennessy@westermanllp.com
          Mor  Wetzler   on behalf of Defendant   FIM Advisers LLP morwetzler@paulhastings.com,
          JodiKleinick@paulhastings.com;barrysher@paulhastings.com
          Nancy Lynne Kourland   on behalf of Creditor Amy Beth Smith nkourland@rosenpc.com
          Nathan D. Adler   on behalf of Interested Party   20:20 Medici AG nda@nqgrg.com
          Nathanael  Kelley   on behalf of Plaintiff   Securities Investor Protection Corporation
          nkelley@sipc.org,  kfrench@sipc.org
          Nava  Hazan   on behalf of Defendant   F & P Lynch Family Partnership, L.P., a Colorado limited
          partnership nava.hazan@squirepb.com
          Neal W. Cohen   on behalf of Defendant Gail  Nessel ncohen@halperinlaw.net
          Neil A. Steiner   on behalf of Defendant   Equity Trading Fund, Ltd neil.steiner@dechert.com,
          nycmanagingclerks@dechert.com
          Nicholas  Cremona   on behalf of Counter-Defendant   Irving H. Picard, Trustee for the
          Liquidation of Bernard L. Madoff Investment Securities LLC ncremona@bakerlaw.com,
          nlandrio@bakerlaw.com;bhaa@bakerlaw.com;bhlitdocket@bakerlaw.com
          Nicholas F. Kajon   on behalf of Defendant   Legacy Capital, Ltd. nfk@stevenslee.com
          Nicholas S. Davis   on behalf of Defendant   Fairfield Greenwich (Bermuda), Ltd.
          nick.davis@rgmfirm.com
          Nicole  Stefanelli   on behalf of Creditor   Irrevocable Charitable Remainder Trust of Yale
          Fishman and the Glenn Akiva Fishman Charitable Remainder Trust nstefanelli@sfgh.com
          Nolan E. Shanahan   on behalf of Defendant   Adele Fox, individually and to the extent she
          purports to represent a class of those similarly situated nshanahan@coleschotz.com,
          ssallie@coleschotz.com
          Norman A. Kaplan   on behalf of Unknown   Bradermak Equities, Ltd. norman@normankaplan.com
          Ona T. Wang   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of Bernard
          L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Oren  Warshavsky   on behalf of Counter-Defendant   Irving H. Picard, Trustee for the Liquidation
                of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff owarshavsky@bakerlaw.com,
                bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com;bhaa@bakerlaw.com
              Pamela  Miller   on behalf of Transferee   Merrill Lynch Banc (Suisse) S.A. pmiller@omm.com
              Parvin K. Aminolroaya   on behalf of Defendant   Joseph S. Popkin Revocable Trust Dated February
                9, 2006, a Florida Trust paminolroaya@seegerweiss.com,  lholbrook@seegerweiss.com
              Parvin K. Aminolroaya   on behalf of Defendant Florence  Law Irrevocable Trust dtd 1/24/05
                paminolroaya@seegerweiss.com, lholbrook@seegerweiss.com
              Patricia H. Heer   on behalf of Defendant   David Ducheanue phheer@duanemorris.com,
                odmclean@duanemorris.com
              Patricia H. Heer   on behalf of Creditor   The Kessler Nominee Partnership phheer@duanemorris.com,
                odmclean@duanemorris.com
              Patrick  Sibley   on behalf of Creditor   Jan Bernstein and Kenneth Bernstein
                psibley@pryorcashman.com,  dstevens@pryorcashman.com
              Paul A. Rowe   on behalf of Defendant Armando J. Bucelo prowe@greenbaumlaw.com
              Paul H. Aloe   on behalf of Defendant   Estate of Estelle G. Teitelbaum paloe@kudmanlaw.com,
                yali@kudmanlaw.com
              Paul H. Aloe   on behalf of Defendant   Ringler Partners LP paloe@kudmanlaw.com,
                yali@kudmanlaw.com
              Paul R. DeFilippo   on behalf of Defendant   FIF Advanced, Ltd. pdefilippo@wmd-law.com,
                jgiampolo@wmd-law.com
              Paul S. Hugel   on behalf of Unknown   10 Michael Drive Associates, L.P. hugel@clayro.com,
                akeyes@wc.com
              Paula J. Warmuth   on behalf of Creditor Marjorie  Most pjw@stim-warmuth.com
              Peter D. Bilowz   on behalf of Defendant   Fine K-S Trust pbilowz@goulstonstorrs.com
              Peter D. Morgenstern   on behalf of Creditor Philip  Datlof morgenstern@butzel.com,
                wangt@butzel.com
              Peter E. Kazanoff   on behalf of Defendant   Fairfield Greenwich (Bermuda), Ltd.
                pkazanoff@stblaw.com
              Peter Gregory Schwed   on behalf of Defendant   Gorvis LLC, a California Limited Liability
                Company gschwed@loeb.com,  tcummins@loeb.com;tcummins@ecf.courtdrive.com
              Peter Gregory Schwed   on behalf of Creditor Alan L. and Norma K.  Aufzien gschwed@loeb.com,
                tcummins@loeb.com;tcummins@ecf.courtdrive.com
              Peter M. Friedman   on behalf of Defendant M. Elliot Schnall pfriedman@omm.com
              Peter N. Wang   on behalf of Unknown   Orthopaedic Specialty Group P.C. Plan Participants
                pwang@foley.com
              Peter W. Smith   on behalf of Defendant   Adele Fox, individually and to the extent she purports
                to represent a class of those similarly situated psmith@becker-poliakoff.com
              Philip J Dichter   on behalf of Interested Party   Dichter-Mad Family Partners, LLP
                pjd90265@aol.com
              Philip J. Gordon   on behalf of Unknown Naomi  Gordon pgordon@gordonllp.com
              Philip M. Guess   on behalf of Defendant   Coldbrook Associates Partnership philg@klgates.com,
                rhonda.hinman@klgates.com
              Philippe Marc Salomon   on behalf of Defendant Allan  Inger psalomon@blankrome.com,
                jhanner@blankrome.com;kreda@blankrome.com;tpryan@blankrome.com
              Rachel  Nicotra   on behalf of Defendant Linda  Schoenheimer McCurdy blanger@mclaughlinstern.com
              Ramsey  Hinkle   on behalf of Defendant   C&P Associates, Inc. hinkle@clayro.com
              Raquel  Kraus   on behalf of Counter-Defendant   Brow Family Partnership rkraus@laxneville.com
              Raymond V Vasvari, Jr.   on behalf of Interested Party   The John E. Guinness Revocable Trust
                Dated June 11, 1992, by John E. Guinness, Trustee rvasvari@bgmdlaw.com
              Regina  Griffin   on behalf of Counter-Defendant   Irving H. Picard, Trustee for the Liquidation
                of Bernard L. Madoff Investment Securities LLC rgriffin@bakerlaw.com,  bhlitdocket@bakerlaw.com
              Regina  Griffin   on behalf of Attorney   Windels Marx Lane & Mittendorf, LLP
                rgriffin@bakerlaw.com,  bhlitdocket@bakerlaw.com
              Rex  Lee   on behalf of Defendant   Kingate Euro Fund, Ltd. rexlee@quinnemanuel.com
              Richard  Levy, Jr.   on behalf of Defendant   Bernard Marden Profit Sharing Plan
                rlevy@pryorcashman.com
              Richard  Levy, Jr.   on behalf of Creditor   Century Investment Securities, Inc.
                rlevy@pryorcashman.com
              Richard A. Cirillo   on behalf of Unknown   Kookmin Bank rcirillo@kslaw.com,
                jcmccullough@kslaw.com
              Richard A. Kirby   on behalf of Cross Defendant   Eastside Investment Limited
                richard.kirby@bakermckenzie.com,  laura.clinton@bakermckenzie.com;wanda.mcneil@bakermckenzie.com
              Richard B. Levin   on behalf of Defendant   Banque Syz SA rlevin@jenner.com
              Richard C. Yeskoo   on behalf of Defendant   The Estate of E. Milton Sachs yeskoo@yeskoolaw.com
              Richard E. Signorelli   on behalf of Defendant   Macher Family Partnership, a California Limited
                Partnership richardsignorelli@gmail.com
              Richard E. Signorelli   on behalf of Defendant Mercedes P. Rea richardsignorelli@gmail.com
              Richard G. Haddad   on behalf of Unknown   Stark Parties rhaddad@oshr.com,
                awilliams@oshr.com;eweinick@oshr.com;ahalpern@oshr.com;swells@oshr.com;dfiorillo@otterbourg.com
              Richard J Rosensweig   on behalf of Defendant   Fine K-S Trust rrosensweig@goulstonstorrs.com
              Richard J. Bernard   on behalf of Unknown David J. Sheehan rbernard@foley.com,
                rbressler@foley.com
              Richard J. Bernard   on behalf of Plaintiff   Irving H. Picard, Trustee for the Liquidation of
                Bernard L. Madoff Investment Securities LLC bhaa@bakerlaw.com
              Richard J. McCord   on behalf of Creditor Morton L. and Joyce  Certilman RMcCord@CBAH.com,
                afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com
              Richard L. Spinogatti   on behalf of Defendant Isaac  Blech rspinogatti@proskauer.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard M. Gabor   on behalf of Defendant   Stuart Leventhal 2001 Irrevocable Trust
          rgabor@gaborassociates.com
          Richard M. Meth   on behalf of Defendant   The Wiener Family Limited Partnership, Wiener Family
          Holding Corp., Marvin M. Wiener and Sondra M. Wiener,Charles E. Wiener and Carolyn B. Wiener
          msteen@foxrothschild.com,  mlsecf@gmail.com
          Richard T. Ostlund   on behalf of Cross Defendant   Arnold M. Soskin Revocable Trust
          rostlund@anthonyostlund.com,  bbecker@anthonyostlund.com
          Richard W. Trotter   on behalf of Defendant   Square One Fund Ltd. trotter@thsh.com,
          litpara@thsh.com
          Robert  Knuts   on behalf of Defendant   Theodore Dumbauld rknuts@shertremonte.com
          Robert A. Rich   on behalf of Defendant Patricia  DeLuca rrich2@hunton.com
          Robert A. Wallner   on behalf of Unknown   Morning Mist Holdings Limited rwallner@milberg.com
          Robert Alan Abrams   on behalf of Defendant   Jeanne T. Spring Trust rabrams@katskykorins.com
          Robert H. Avaunt   on behalf of Unknown Bonnie S Mattozzi ravaunt@gmail.com
          Robert J. Kaplan   on behalf of Defendant   Muus Independence Fund LP lawkap@aol.com
          Robert J. Lack   on behalf of Interested Party   CDP Capital Tactical Alternative Investments
          rlack@fklaw.com,  jshaw@fklaw.com
          Robert M McClay   on behalf of Unknown Irving J. Pinto law@mcclay-alton.com,
          jane@mcclay-alton.com
          Robert M McClay   on behalf of Defendant   June L. Cook-Lapidus law@mcclay-alton.com,
          jane@mcclay-alton.com
          Robert N. Michaelson   on behalf of Mediator   Jeffrey N. Rich, Mediator rmichaelson@r3mlaw.com
          Robert S Fischler   on behalf of Defendant   Schroder & Co Bank AG robert.fischler@ropesgray.com,
          CourtAlert@RopesGray.com;martin.Crisp@RopesGray.com;evan.lestelle@ropesgray.com;ssally@ropesgray.
          com;joshua.sturm@ropesgray.com;annamaria.enenajor@ropesgray.com;Paul.Lang@ropesgray.com
          Robert S Loigman   on behalf of Defendant   Kingate Euro Fund, Ltd. robertloigman@quinnemanuel.com
          Robert S. Goodman   on behalf of Unknown Esteban  Herrera rgoodman@moundcotton.com
          Robert W. Gottlieb   on behalf of Defendant   Access International Advisors Ltd.
          robert.gottlieb@kattenlaw.com
          Robert William Yalen   on behalf of Unknown   United States Of America robert.yalen@usdoj.gov
          Robin  Spigel   on behalf of Defendant   Joan M. Schultz Trust maosbny@willkie.com,
          rspigel@willkie.com
          Robinson B. Lacy   on behalf of Defendant   Banque J. Safra (Suisse) S.A. Lacyr@sullcrom.com,
          s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com
          Robinson B. Lacy   on behalf of Unknown   Safra National Bank of New York Lacyr@sullcrom.com,
          s&cmanagingclerk@sullcrom.com;robinson-lacy-0222@ecf.pacerpro.com
          Ronald A. Hewitt   on behalf of Unknown   Mel Enterprises Ltd. rhewitt@cov.com
          Ronald L. Israel   on behalf of Defendant   Levy Family Partners LLC, a Delaware limited
          liability company risrael@wolffsamson.com
          Ronald L. Israel   on behalf of Defendant Donald J. Weiss risrael@wolffsamson.com
          Roy H. Carlin   on behalf of Defendant   Orconsult SA rcarlin@carlinlawoffices.com
          Russell M. Yankwitt   on behalf of Unknown CAROL  ROSEN russell@yankwitt.com
          Ryan E Cronin   on behalf of Defendant   Samuel Beaser Amended & Restated Trust U/A/D January 30,
          2004 rcronin@jaspanllp.com,  litcalendar@jaspanllp.com
          Sameer Nitanand Advani   on behalf of Unknown   Equus Asset Management LTD. maosbny@willkie.com,
          sadvani@willkie.com
          Sanford P. Dumain   on behalf of Creditor June  Pollack sdumain@milberg.com
          Sanford Philip Rosen   on behalf of Creditor David A. Schustack srosen@rosenpc.com
          Sarah Peck Kenney   on behalf of Defendant Stuart J. Rabin sarah.kenney@klgates.com,
          klgatesbankruptcy@klgates.com
          Schuyler D. Geller   on behalf of Defendant Brian H.  Gerber sgeller@bellowslaw.com
          Scott  Caplan   on behalf of Creditor George N. Faris mcolitigation@pbwt.com
          Scott A Ziluck   on behalf of Defendant   Gail Nessel sziluck@halperinlaw.net,
          lgu@halperinlaw.net
          Scott I. Davidson   on behalf of Interested Party   BANK OF AMERICA sdavidson@kslaw.com
          Scott S Balber   on behalf of Unknown   Bank Hapoalim B.M. scott.balber@hsf.com,
          wale.bakare@hsf.com
          Scott W. Reynolds   on behalf of Defendant   Kingate Management Limited
          scott.reynolds@chaffetzlindsey.com,  dockets@chaffetzlindsey.com
          Seanna  Brown   on behalf of Counter-Claimant Irving H. Picard sbrown@bakerlaw.com,
          bhlitdocket@bakerlaw.com
          Seong H. Kim   on behalf of Unknown   Meritz Fire & Marine Insurance Company Ltd.
          shkim@sheppardmullin.com,  pcrawford@sheppardmullin.com
          Seth  Rosenberg   on behalf of Defendant   10 Michael Drive Associates, L.P. ,
          hinkle@clayro.com;linder@clayro.com
          Seth  Rosenberg   on behalf of Defendant Robert  Nystrom rosenberg@clayro.com,
          hinkle@clayro.com;linder@clayro.com
          Seth  Rosenberg   on behalf of Defendant   C&P Associates, Inc. rosenberg@clayro.com,
          hinkle@clayro.com;linder@clayro.com
          Shannon Anne Scott   on behalf of Counter-Claimant   Amy Luria Partners LLC sscott@jaspanllp.com,
          shannon.scott2@usdoj.gov
          Shannon Anne Scott   on behalf of Unknown Amy J. Luria sscott@jaspanllp.com,
          shannon.scott2@usdoj.gov
          Shannon R. Selden   on behalf of Defendant   Notz, Stucki Management (Bermuda) Limited
          srselden@debevoise.com, mao-bk-ecf@debevoise.com;eweisgerber@debevoise.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
          cmcintire@buchalter.com
          Shaya M. Berger   on behalf of Unknown   Dickstein Shapiro LLP bergers@dicksteinshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stacey L. Meisel    on behalf of Defendant    Aron B. Katz 1995 Irrevocable Trust
          slmeisel@beckermeisel.com
          Stacy A Dasaro    on behalf of Plaintiff    Irving H. Picard, Esq., Trustee for the Substantively
          Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of
          Bernard L. Madoff sdasaro@bakerlaw.com
          Stephanie Wickouski    on behalf of Creditor    Cades Trust stephanie.wickouski@bryancave.com,
          dortiz@bryancave.com
          Stephen A. Weiss    on behalf of Creditor    Barbara Schlossberg sweiss@seegerweiss.com,
          paminolroaya@seegerweiss.com;cvandekieft@seegerweiss.com;lholbrook@seegerweiss.com
          Stephen J. Shimshak    on behalf of Defendant    Estate of Mark D. Madoff sshimshak@paulweiss.com,
          sshimshak@paulweiss.com;mao_fednational@paulweiss.com
          Stephen N Dratch    on behalf of Defendant Stephen N. Dratch dratch@njcounsel.com
          Stephen P. Safranski    on behalf of Defendant    Fiterman GST Exempt Marital Trust
          spsafranski@rkmc.com
          Steven B. Eichel    on behalf of Defendant    Samuel-David Associates, LTD se@robinsonbrog.com
          Steven D. Feinstein    on behalf of Defendant    Estate of Raanan Smelin sfeinstein@gfnlaw.com
          Steven G. Storch    on behalf of Unknown    ALYSE JOEL KLUFER, AS TRUSTEE OF THE ROBERT AND ALYSE
          KLUFER FAMILY TRUST "A" storch@samlegal.com,    jhoyte@samlegal.com;bnilson@samlegal.com
          Steven M. Pincus    on behalf of Cross Defendant    Arnold M. Soskin Revocable Trust
          spincus@anthonyostlund.com, dstower@anthonyostlund.com
          Steven N. Williams    on behalf of Defendant    Daniel Ryan and Theresa Ryan, individually and on
          behalf of the Ryan Trust nfineman@cpmlegal.com,lconcepcion@cpmlegal.com
          Steven R. Schlesinger    on behalf of Counter-Claimant    Amy Luria Partners LLC
          sschlesinger@jaspanllp.com, sschlesinger@jaspanllp.com
          Steven R. Schlesinger    on behalf of Unknown Jeffrey Shankman sschlesinger@jaspanllp.com,
          sschlesinger@jaspanllp.com
          Steven R. Schoenfeld    on behalf of Defendant    Miles and Shirley Fiterman Endowment Fund for
          Digestive Diseases SRS@ddw-law.com
          Stuart I. Rich    on behalf of Unknown    Jasper Investors Group LLC sir@msf-law.com
          Susan Capote    on behalf of Unknown    Ermitage Finance Corporation scapote@lewistein.com
          Susan Power-Johnston    on behalf of Unknown    Covington & Burling LLP sjohnston@cov.com
          Tab K. Rosenfeld    on behalf of Defendant Beth M. Sorrell tab@rosenfeldlaw.com
          Tab K. Rosenfeld    on behalf of Defendant    Estate of Rita Sorrel tab@rosenfeldlaw.com
          Tammy P. Bieber    on behalf of Defendant    Timothy Shawn Teufel and Valerie Ann Teufel Family
          Trust U/T/D 5/24/95 Tammy.Bieber@thompsonhine.com, Dwayne.Lunde@thompsonhine.com,
          Tammy.Bieber@thompsonhine.com,ECFDocket@thompsonhine.com,Emily.mathieu@thompsonhine.com,
          barry.kazan@thompsonhine.com,Christopher.roberts@thompsonhine.com
          Ted Poretz    on behalf of Defendant Audrey Koota tporetz@egsllp.com
          Terence William McCormick    on behalf of Defendant    Trust U/W/O David L. Fisher
          mccormick@mintzandgold.com
          Thomas A Telesca    on behalf of Unknown    The 2001 Frederick DeMatteis Revocable Trust
          ttelesca@rmfpc.com
          Thomas D. Goldberg    on behalf of Defendant Marguerite M. Gorek tgoldberg@daypitney.com
          Thomas D. Goldberg    on behalf of Defendant Edmond A. Gorek tdgoldberg@dbh.com
          Thomas E. Brett    on behalf of Unknown Jennie Brett westburybretts@aol.com
          Thomas Edward Lynch    on behalf of Unknown    Quilvest Finance LTD. telynch@jonesday.com
          Thomas F Berndt    on behalf of Defendant    Fiterman GST Exempt Marital Trust
          tberndt@robinskaplan.com, mschroeder@robinskaplan.com
          Thomas G. Wallrich    on behalf of Defendant    David J. Miller, in his capacity as a general
          partner of Dorado Investment Company twallrich@cozen.com,
          jaudette@cozen.com;akulbeik@cozen.com;hmarx@cozen.com
          Thomas J. Hall,    on behalf of Defendant    Landmark Investment Fund Ireland thall@chadbourne.com
          Thomas J. Moloney    on behalf of Defendant HSBC Bank PLC maofiling@cgsh.com, tmoloney@cgsh.com
          Thomas J. Moloney    on behalf of Defendant    HSBC Bank Bermuda Limited maofiling@cgsh.com,
          tmoloney@cgsh.com
          Thomas J. Schell    on behalf of Defendant    The Estate of David B. Pearce tjschell@bryancave.com,
          dortiz@bryancave.com
          Thomas J. Schell    on behalf of Defendant    NTC & CO. LLP tjschell@bryancave.com,
          dortiz@bryancave.com
          Thomas James McGowan    on behalf of Defendant Burton R. Sax tmcgowan@mlg.com,
          sbrown@meltzerlippe.com;yblaise@meltzerlippe.com
          Thomas L. Long    on behalf of Counter-Defendant    Irving H. Picard, Trustee for the Liquidation
          of Bernard L. Madoff Investment Securities LLC tlong@bakerlaw.com
          Thomas P. Battistoni    on behalf of Defendant    Barclaytrust Channel Islands Limited, Lady Honor
          Svejdar Will Trust, Fourth Earl of Iveagh's Family Trust, Rory Guinness Family Settlement, The
          PFNP Settlement tbattistoni@schiffhardin.com
          Timothy Pfeifer    on behalf of Plaintiff    Irving H. Picard, Trustee for the Liquidation of
          Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff bhaa@bakerlaw.com
          Timothy Wedeen    on behalf of Unknown Ellen Bernfeld timothy@nycmetrolaw.com
          Timothy Wedeen    on behalf of Defendant Judith Bellini timothy@nycmetrolaw.com
          Timothy P. Harkness    on behalf of Defendant    Alpine Trustees Limited, Individually and As
          Trustee of El Prela Trust timothy.harkness@freshfields.com
          Todd E. Duffy    on behalf of Interested Party    Alpha Prime Asset Management Ltd.
          tduffy@duffyamedeo.com, Damedeo@duffyamedeo.com
          Todd G. Cosenza    on behalf of Interested Party    Westport National Bank, a division of Connecticut
          Community Bank, N.A. maosbny@willkie.com, tcosenza@willkie.com
          Todd J. Rosen    on behalf of Interested Party Francis N. Levy todd.rosen@mto.com
          Torello H. Calvani    on behalf of Unknown    Irving H. Picard tcalvani@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Tracy L. Klestadt    on behalf of Defendant    Adeline Sherman Revocable Trust as Amended
              tklestadt@klestadt.com,  tklestadt@yahoo.com
             Usman  Mohammad    on behalf of Defendant Nancy  Portnoy umohammad@kflaw.com
             Valerie  Sirota    on behalf of Defendant    Robert Epstein, as beneficiary of the Estate of
              Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein
              vsirota@becker-poliakoff.com,  courtnotices@morrisoncohen.com
             Virginia I. Weber    on behalf of Unknown    Bank Julius Baer & Co. Ltd. vweber@mckoolsmith.com
             Vivian R. Drohan    on behalf of Defendant    Estate of Stanley Merwin Berman a/k/a Stanley M.
              Berman and Joyce C. Berman vdrohan@dlkny.com
             Vladimir  Pavlovic    on behalf of Unknown    Kostin mpennisi@morganlewis.com
             William J. Barrett    on behalf of Defendant    Financiere Agache william.barrett@bfkn.com
             William J. Sushon    on behalf of Transferee    Credit Suisse (Luxembourg) SA wsushon@omm.com
             William L. Prickett    on behalf of Defendant    RMGF LTD. Partnership wprickett@seyfarth.com
             William P. Weintraub    on behalf of Defendant    10 Michael Drive Associates, L.P.
              wweintraub@goodwinprocter.com,  gfox@goodwinprocter.com
             Xochitl S. Strohbehn,    on behalf of Defendant    Kingate Euro Fund, Ltd.
              xochitl.strohbehn@venable.com
             Yana  Kromo    on behalf of Defendant    Leon Shor Revocable Trust yk@michaelsward.com
             Yana  Kromo    on behalf of Defendant Doris  Shor, in her capacity as Trustee of the Leon Shor
              Revocable Trust and as subsequent transferee of the Leon Shor Revocable Trust and individually
              yk@michaelsward.com
             Yann  Geron    on behalf of Interested Party    Keystone Electronics Corp. Employee Profit Sharing
              Trust, Richard D. David, in his capacity as Trustee, and Roberta David, in her capacity as
              Trustee ygeron@foxrothschild.com,  ygeron@ecf.epiqsystems.com;dfiore@foxrothschild.com
                                                                                     TOTAL: 616