**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Amy Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS**
**SCHEDULED FOR HEARING ON APRIL 18, 2017 AT 2:00 P.M.**

1. **08-01789; SIPC v. BLMIS (Profit Withdrawal Issue);**

    **Participating Claimants' Motions *in Limine***

    A. Memorandum of Law in Support of the Blums' Motion *in Limine* to Exclude Unrelated Customer Account Materials, to Exclude Hearsay Statements Regarding Profit Withdrawals, and to Limit the Proposed Testimony of Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14362)

    B. Declaration of Laura K. Clinton in Support of Blums' Motion *in Limine* (ECF No. 14361-1)

C. Participating Claimants' Joinder Motion in Limine to Exclude Hearsay Statements Regarding Profit Withdrawals and to Limit the Proposed Testimony of Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14363)

D. Participating Claimants' Memorandum of Law in Support of Motion to Strike the Proposed Expert Testimony of Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14365)

E. Declaration of Helen Davis Chaitman in connection with Participating Claimants' Memorandum of Law in Support of Motion to Strike Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14366)

F. Trustee's Memorandum of Law in Opposition to Participating Claimants' Motions *in Limine* (ECF No. 14485)

G. Declaration of David J. Sheehan in support of Trustee's Opposition to Participating Claimants' Motions *in Limine* (ECF 14487)

H. Reply Memorandum in Support of the Blums' Motion *in Limine* to Exclude Unrelated Customer account Materials, to Exclude Hearsay Statements Regarding Profit Withdrawals, and to Limit the Proposed Testimony of Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14592)

I. Joinder to Reply Memorandum in Support of the Blums' Motion *in Limine* to Exclude Unrelated Customer Account Materials, to Exclude Hearsay Statements Regarding Profit Withdrawals, and to Limit the Proposed Testimony of Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14594)

J. Participating Claimants' Reply Memorandum of Law in Further Support of Motion to Strike the Proposed Expert Testimony of Lisa M. Collura and Matthew B. Greenblatt (ECF No. 14595)

**Trustee's Motion *in Limine* Number 2**

K. Trustee's Motion *in Limine* Number 2 to Exclude Certain Testimony of Joel and Norman Blum (ECF No. 14355)

L. The Blums' Memorandum of Law in Opposition to the Trustee's Motion *in Limine* to Exclude Certain of their Testimony (ECF No. 14484)

M. Reply Memorandum of Law in Further Support of Trustee's Motion *in Limine* Number 2 to Exclude Testimony of Joel and Norman Blum (ECF No. 14582)

**Trustee's Motion *in Limine* Number 3**

N.      Trustee's Motion *in Limine* Number 3 to Exclude Deposition Testimony of Aaron Blecker (ECF No. 14356);

O.      Participating Claimants' Memorandum of Law in Opposition to the Trustee's Motion *in Limine* Number 3 to Exclude Deposition Testimony of Aaron Blecker (ECF No. 14475)

P.      Declaration of Robert Blecker in Opposition to the Trustee's Motion *in Limine* Number 3 to Exclude the Testimony of Aaron Blecker (ECF No. 14477)

Q.      Declaration of Helen Davis Chaitman in connection with the Participating Claimants' Memorandum of Law in Opposition to the Trustee's Motions *in Limine* Number 3 to Exclude Deposition Testimony of Aaron Blecker and Number 4 to bar the Participating Claimants from Calling the Trustee as a Witness (ECF No. 14480)

R.      Reply Memorandum of Law in Further Support of Trustee's Motion *in Limine* Number 3 to Exclude Deposition Testimony of Aaron Blecker (ECF No. 14583)

S.      Declaration of David J. Sheehan in Further Support of Trustee's Motion *in Limine* Number 3 (ECF No. 14584)

**Trustee's Motion *in Limine* Number 4**

T.      Trustee's Motion *in Limine* Number 4 to Exclude the Trustee as a Witness (ECF No. 14357);

U.      Participating Claimants' Memorandum of Law in Opposition to the Trustee's Motion *in Limine* Number 4 to Bar the Participating Claimants from Calling the Trustee as a Witness (ECF No. 14476)

V.      Reply Memorandum of Law in Further Support of Trustee's Motion *in Limine* Number 4 to Exclude the Trustee as a Witness (ECF No. 14585)

**Related Documents:**

W. Declaration of David J. Sheehan in Support of Trustee's Motions *in Limine* Numbers 1-4[1] (ECF No. 14359)

---

[1] Trustee's Motion *in Limine* Number 1 was withdrawn on November 16, 2016 (ECF No. 14445).

<u>Status</u>:     This matter is going forward

Dated: New York, New York
April 17, 2017

Respectfully submitted,

*/s/ Amy E. Vanderwal*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

4