**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS L. STARK, as joint tenant with right of survivorship, and <br><br> HILARY M. STARK, as joint tenant with right of survivorship, <br><br> Defendants. | Adv. Pro. No. 10-05295 (SMB) |
| THOMAS L. STARK, as joint tenant with right of survivorship, and <br><br> HILARY M. STARK, as joint tenant with right of survivorship, <br><br> Third-Party Plaintiffs, <br><br> - against - <br><br> COHMAD SECURITIES CORPORATION, MAURICE J. "SONNY" COHN and MARCIA B. COHN, <br><br> Third-Party Defendants. | |

## STIPULATION AND ORDER
## OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT

WHEREAS, this action (the "Action") was commenced on or about December 7, 2010 by the filing of a Complaint [Dkt. 1]; and

WHEREAS, on or about October 3, 2011, the Defendants filed their Answer and Third Party Complaint for Indemnification [Dkt. 9]; and

WHEREAS, Defendants served the Answer and Third Party Complaint on the Third Party Defendants, and on or about November 2, 2011, Defendants filed the Affidavit of Service of the Third Party Complaint on the Third Party Defendants [Dkt. 11]; and

WHEREAS, Defendants and Third Party Defendants have conferred and are prepared to stipulate to dismiss the Third Party Complaint, without prejudice, in accordance with this Stipulation and Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Third Party Complaint is voluntarily dismissed, without prejudice.

2. In the event that Defendants commence an action for indemnification against one or more of Third Party Defendants, or their heirs, successors and assigns, within six years of entry of judgment in favor of Plaintiff (a) in the Action or (b) any proceeding relating to or arising out of the Action, Third Party Defendants agree not to assert a defense of statute of limitations to a claim for indemnification for a judgment in favor of Plaintiff.  Third Party Defendants reserve their rights to assert all other defenses.

Dated: New York, New York
April 18, 2017

| VINSON & ELKINS LLP | OTTERBOURG P.C. |
|---|---|
| */s/ Marisa Antos-Fallon* | */s/Richard G. Haddad* |
| Clifford Thau | Richard G. Haddad |
| Marisa Antos-Fallon | 230 Park Avenue |
| 666 Fifth Avenue, 26th Floor | New York, New York 10169 |
| New York, New York 10103 | Telephone: (212) 905-3622 |
| Telephone: 212.237.0016 | Facsimile: (212) 682-6104 |
| Facsimile: 917.849.5338 | Richard G. Haddad |
| cthau@velaw.com | Email: rhaddad@otterbourg.com |
| mantosfallon@velaw.com | |
| | *Attorneys for Defendants* |
| OF COUNSEL: | |

RICHARDS KIBBE & ORBE LLP
Steven R. Paradise, Esq.
200 Liberty Street
New York, New York 10281
Telephone: (212) 530-1930
Facsimile: (917) 344-8930

*Attorneys for Third Party Defendants*

So Ordered this 18th day
of April 2017

　　　　　/s/ Stuart M. Bernstein
　　　　　　　U.S.B.J.