**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Nkosi Shields

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>WILLIAM PRESSMAN, INC.; ESTATE OF BEA LAUB; JAVIER ORDAZ, in his capacity as personal representative of the Estate of Bea Laub; ALICE WEINER, individually; HARRIET BARBUTO, individually; DEBRA TAMBLYN, | Adv. Pro. No. 10-05309 (SMB) |

individually; ALLAN WILSON, individually;
JOSEPH AMATURO, individually; WINIFRED
AMATURO, individually; ILENE MAY,
individually; SHIRLEY BLANK, individually,
ALICE WEINER, individually

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the remaining defendants William Pressman, Inc., Harriet Barbuto, Ilene May, Shirley Blank, Estate of Bea Laub, Javier Ordaz in his capacity as personal representative of the Estate of Bea Laub, Alice Jacobs, Alice Weiner, Debra Tamblyn, Allan Wilson, Joseph Amaturo and Winifred Amaturo from the above-captioned adversary proceeding without prejudice. Pursuant to Bankruptcy Rule 7041(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the Court.

Date: April 24, 2017
      New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nkosi Shields*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

-2-

Keith R. Murphy
Nkosi Shields

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*