**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GUTMACHER ENTERPRISES, LP, a New York Limited Partnership,<br><br>THE ESTATE OF BARBARA GIRARD, | Adv. Pro. No. 10-05091 (SMB) |

| | |
|---|---|
| RICHARD WEINBERGER, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, | |
| SEYMOUR ZISES, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, | |
| THE ESTATE OF ROSE GUTMACHER, | |
| GEORGE S. KAUFMAN, in his capacity as personal representative of the Estate of Rose Gutmacher, | |
| THOMAS D. KEARNS, in his capacities as personal representative of the Estate of Rose Gutmacher and trustee for the Trust FBO Nicole Girard U/A/D/ 12/2/97, | |
| THE TRUST FBO NICOLE GIRARD U/A/D/ 12/2/97, | |
| THE BARBARA GIRARD TESTAMENTARY TRUST FBO NICOLE GIRARD, | |
| And | |
| NICOLE GIRARD, individually and in her capacity as trustee of the Trust FBO Nicole Girard U/A/D/ 12/2/97, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01705 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF BARBARA GIRARD, | |
| RICHARD WEINBERGER, in his capacities as personal representative of the Estate of Barbara | |

2

| |
|---|
| Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, <br><br> SEYMOUR ZISES, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, <br><br> THE BARBARA GIRARD TESTAMENTARY TRUST FBO NICOLE GIRARD, <br><br> Defendants. |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and Defendants i) Gutmacher Enterprises, LP, a New York Limited Partnership; ii) The Estate of Barbara Girard; iii) Richard Weinberger, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard; iv) Seymour Zises, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard; v) The Estate of Rose Gutmacher; vi) George S. Kaufman, in his capacity as personal representative of the Estate of Rose Gutmacher; vii) Thomas D. Kearns, in his capacities as personal representative of the Estate of Rose Gutmacher and trustee for the Trust FBO Nicole Girard U/A/D 12/2/97; viii) The Trust FBO Nicole Girard U/A/D 12/2/97; ix) The Barbara Girard Testamentary Trust FBO Nicole Girard; and x) Nicole Girard, individually and in her capacity as trustee of the Trust FBO

3

Nicole Girard U/A/D 12/2/97; by and through their counsel Max Folkenflick of Folkenflik & McGerity (collectively the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, in Adv. Pro. No. 10-05091, the Trustee filed and served his Complaint against Defendants Gutmacher Enterprises, LP, a New York Limited Partnership, Barbara Girard, individually, in her capacity as general partner of Gutmacher Enterprises, LP, trustee of the Trust FBO Nicole Girard U/A/D 12/2/97, and as the personal representative of the Estate of Rose Gutmacher, Estate of Rose Gutmacher, The Trust FBO Nicole Girard U/A/D 12/2/97, and Nicole Girard.

2. On January 16, 2011, Barbara Girard died.

3. On September 20, 2011, in Adv. Pro. No. 10-05091, the Trustee filed and served his Amended Complaint against Defendants Gutmacher Enterprises, LP, a New York Limited Partnership; The Estate of Barbara Girard; Richard Weinberger, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard; Seymour Zises, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard; The Estate of Rose Gutmacher; George S. Kaufman, in his capacity as personal representative of the Estate of Rose Gutmacher; Thomas D. Kearns, in his capacities as personal representative of the Estate of Rose Gutmacher and trustee for the Trust FBO Nicole Girard U/A/D 12/2/97; The Trust FBO Nicole Girard U/A/D 12/2/97; The Barbara Girard Testamentary Trust FBO Nicole Girard; and Nicole Girard, individually and in her capacity as trustee of the Trust FBO Nicole Girard U/A/D 12/2/97.

4. On January 6, 2012, in Adv. Pro. No. 10-05091, Defendants filed their answer to the Trustee's Amended Complaint.

5. On June 8, 2012, in Adv. Pro. No. 12-01705, the Trustee filed his Complaint against The Estate of Barbara Girard, Richard Weinberger, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, Seymour Zises, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, and The Barbara Girard Testamentary Trust FBO Nicole Girard.

6. On January 3, 2013, in Adv. Pro. No. 12-01705, Defendants The Estate of Barbara Girard, Richard Weinberger, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, Seymour Zises, in his capacities as personal representative of the Estate of Barbara Girard and co-trustee of the Barbara Girard Testamentary Trust FBO Nicole Girard, and The Barbara Girard Testamentary Trust FBO Nicole Girard filed their answer to the Trustee's Complaint.

7. On March 18, 2013, Adv. Pro. No. 12-01705 was consolidated into Adv. Pro. No. 10-05091, to proceed thereafter as Adv. Pro. No. 10-05091.

8. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on April 3, 2017.

9. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceedings and dismissal of the adversary proceedings with prejudice.

10. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

11. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

12. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

*[Remainder of page intentionally left blank]*

Date: April 24, 2017
New York, New York

| **BAKER & HOSTETLER LLP** | **FOLKENFLIK & MCGERITY** |
|---|---|
| By: */s/ Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com | By: /s/ Max Folkenflik <br> 1500 Broadway, 21st Floor <br> New York, NY 10036 <br> Telephone: (212) 757-0400 <br> Facsimile: (212) 757-2010 <br> Max Folkenflik <br> Email: max@fmlaw.net |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants*

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

                                     SO ORDERED:

                                     /s/ STUART M. BERNSTEIN
Dated: <u>April 24, 2017</u>          Hon. Stuart M. Bernstein
New York, New York        United States Bankruptcy Judge