FREJKA PLLC
Elise S. Frejka
205 East 42nd Street – 20th Floor
New York, New York 10017
Telephone: (212) 641-0800
Facsimile: (212) 641-0820

*Attorney for Daniel Stone*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>DANIEL STONE,<br><br>                              Defendant. | Adv. Pro. No. 10-05084 (SMB) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE
REMOVED FROM NOTICE, ELECTRONIC MAILING AND SERVICE LISTS**

PLEASE TAKE NOTICE that Jason S. Rappaport is no longer associated with the law

firm Frejka PLLC and it is hereby requested that his appearance as counsel of record in the

above-referenced matter on behalf of Daniel Stone be withdrawn.  Frejka PLLC continues to serve as counsel for Daniel Stone through attorney of record, Elise S. Frejka.

PLEASE TAKE FURTHER NOTICE that Jason S. Rappaport requests that he be removed from all notice and service lists in the above-referenced matter on behalf of Daniel Stone, including the Court's CM/ECF electronic notification list.

Dated: April 25, 2017
      New York, New York

                        FREJKA PLLC

                        By: /s/ Elise S. Frejka
                            Elise S. Frejka
                            205 East 42nd Street – 20th Floor
                            New York, New York 10017
                            Phone: (212) 641-0800
                            Facsimile: (212) 641-0820

                        *Attorney for Daniel Stone*