FREJKA PLLC
Elise S. Frejka
205 East 42nd Street – 20th Floor
New York, New York 10017
Telephone: (212) 641-0800
Facsimile: (212) 641-0820

*Attorney for Lillian Berman Goldfarb*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> LILLIAN BERMAN GOLDFARB, <br><br> Defendant. | Adv. Pro. No. 10-04366 (SMB) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE**
**REMOVED FROM NOTICE, ELECTRONIC MAILING AND SERVICE LISTS**

PLEASE TAKE NOTICE that Jason S. Rappaport is no longer associated with the law firm Frejka PLLC and it is hereby requested that his appearance as counsel of record in the above-referenced matter on behalf of Lillian Berman Goldfarb be withdrawn. Frejka PLLC

continues to serve as counsel for the Lillian Berman Goldfarb through attorney of record, Elise S. Frejka.

PLEASE TAKE FURTHER NOTICE that Jason S. Rappaport requests that he be removed from all notice and service lists in the above-referenced matter on behalf of the Lillian Berman Goldfarb, including the Court's CM/ECF electronic notification list.

Dated: April 25, 2017
      New York, New York

                FREJKA PLLC

                By: /s/ Elise S. Frejka
                    Elise S. Frejka
                    205 East 42nd Street – 20th Floor
                    New York, New York 10017
                    Phone: (212) 641-0800
                    Facsimile: (212) 641-0820

                    *Attorney for Lillian Berman Goldfarb*