FREJKA PLLC
Elise S. Frejka
205 East 42nd Street – 20th Floor
New York, New York 10017
Telephone: (212) 641-0800
Facsimile: (212) 641-0820

*Attorney for Estate of Irving J. Pinto and Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; ESTATE OF IRVING J. PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J. Pinto,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 10-04777 (SMB) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE
REMOVED FROM NOTICE, ELECTRONIC MAILING AND SERVICE LISTS**

PLEASE TAKE NOTICE that Jason S. Rappaport is no longer associated with the law firm Frejka PLLC and it is hereby requested that his appearance as counsel of record in the above-referenced matter on behalf of the Estate of Irving J. Pinto and Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto (collectively, the "Defendants"), be withdrawn. Frejka PLLC continues to serve as counsel for the Defendants through attorney of record, Elise S. Frejka.

PLEASE TAKE FURTHER NOTICE that Jason S. Rappaport requests that he be removed from all notice and service lists in the above-referenced matter on behalf of the Defendants, including the Court's CM/ECF electronic notification list.

Dated: April 25, 2017
New York, New York

FREJKA PLLC

By: /s/ Elise S. Frejka
Elise S. Frejka
205 East 42nd Street – 20th Floor
New York, New York 10017
Phone: (212) 641-0800
Facsimile: (212) 641-0820

*Attorney for Estate of Irving J. Pinto and Jamie Pinto, in his capacity as Personal Representative of the Estate of Irving J. Pinto*