**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM,<br><br>Defendants. | Adv. Pro. No. 10-04336 (SMB) |

STIPULATION EXTENDING THE TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude the mediation in the above-captioned case is

extended up to and including June 28, 2017. This is the sixth time the parties are requesting an extension of the time to conclude the mediation.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
April 25, 2017

By: */s/ Ona T. Wang*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
e-mail: dsheehan@bakerlaw.com
Tracy Cole
e-mail: tcole@bakerlaw.com
Ona T. Wang
e-mail: owang@bakerlaw.com
M. Elizabeth Howe
e-mail: bhowe@bakerlaw.com
David M. McMillan
e-mail: dmcmillan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Ted A. Berkowitz*
**Farrell Fritz, P.C.**
622 Third Avenue
37th Floor
New York, New York 10017
(212) 808-7800
Ted A. Berkowitz
*Mediator in Picard v. The Estate (Succession) of Doris Igoin, Laurence Apfelbaum and Emilie Apfelbaum*

By: */s/ Jonathan K. Cooperman*
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, New York 10178
(212) 808-7800
Jonathan K. Cooperman

*Attorneys for Defendants The Estate (Succession) of Doris Igoin, Laurence Apfelbaum and Emilie Apfelbaum*