**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Gutmacher Enterprises, L.P. (the "Claimant"), having filed an objection (the "Objection", Docket No. 476) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#11111), hereby gives notice that it withdraws such Objection.

Dated: April 25, 2017

                                          */s/ Max Folkenflik*
                                          Max Folkenflik
                                          Folkenflik & McGerity
                                          1500 Broadway, 21st Floor
                                          New York, NY  10036
                                          Tel: (212) 757-0400
                                          Fax: (212) 757-2010

                                          Counsel for Gutmacher Enterprises, L.P.