# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Keith R. Murphy
direct dial: 212.589.4686
kmurphy@bakerlaw.com

April 25, 2017

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York  10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:   *Picard v. Edward A. Zraick Jr., et al.*, Adv. Pro. No. 10-05257 (SMB);

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and the estate of Bernard L. Madoff.

Our April 24, 2017 letter (the "April 24 Letter") submitted yesterday in the above-referenced adversary proceeding referenced the March 29, 2017 hearing transcript.  Attached for the Court's consideration is Exhibit A to the April 24 Letter, which is the portion of the March 29, 2017 hearing transcript that addresses the *Zraick* matter.

Respectfully submitted,

*/s/ Keith R. Murphy*

Keith R. Murphy
Partner

cc:   Robert A. Rich, Esq.
      Hunton & Williams LLP
      200 Park Avenue
      New York, New York 10166