**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### [PROPOSED] ORDER ON TRUSTEE'S EIGHTH OMNIBUS MOTION TO OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW

Upon the motion (the "Motion") [Docket No._], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court overrule objections filed by or on behalf of claimants ("Claimants") that withdrew less money from BLMIS than they deposited and are, in the parlance of this case, net losers, and affirm the Trustee's claims determination.[1] The Claims to be affirmed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the Motion having been given and it appearing that no

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Trustee's Claims determinations listed on Exhibit A hereto under the heading "Claims and Objections to be Finally Determined and Overruled", are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections to be Finally Determined and Overruled", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2017
       New York, New York

                                         _____
                                         HONORABLE STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE