IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**EIGHTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Allyne Schwartz 2008 Grantor Retained Annuity Trust | 004598 | 1035 | Bradley E. Turk, Esq. | Alleyne Schwartz 2008 Grantor Retained Annuity Trust | 1S0553 |
| Denise Saul | 006132 | 346 | Schulte Roth & Zabel LLP | Denise Saul | 1S0221 |
| Jonathan Schwartz | 002928 | 3041 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 |
| Jonathan Schwartz | 005186 | 3041 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 |
| Jonathan Schwartz | 010158 | 3041 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 |
| NTC & CO. FBO Donald A Benjamin | 000980 | 291 | Pro Se Filing | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 000980 | 295 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100120 | 291 | Pro Se Filing | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100120 | 295 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100135 | 291 | Pro Se Filing | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100135 | 295 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| The Calesa Family Trust | 006665[1] | 1234 | Latham & Watkins LLP | Edward F Calesa Tstee Calesa Family Trust 7/6/00 | 1CM942 |
| The Donald Rechler & Judith Rechler Grandchildren Annual Exclusion Trust | 008938 | 3091 | Becker & Poliakoff, LLP | Donald Rechler & Judith Rechler Grandchildren | 1R0176 |
| Theresa Rose Ryan | 000814 | 429 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Theresa Rose Ryan (26632) | 1ZR039 |

[1] The Calesa Family Trust filed a partial withdrawal (Docket 2258) with respect to their objection, reserving their rights only with respect to the Trustees interpretation of net equity.