IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**EIGHTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000980 | 291 | NTC & CO. FBO Donald A Benjamin | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 | Pro Se Filing | 6/24/2009 |
| 100120 | 291 | NTC & CO. FBO Donald A Benjamin | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 | Pro Se Filing | 6/24/2009 |
| 100135 | 291 | NTC & CO. FBO Donald A Benjamin | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 | Pro Se Filing | 6/24/2009 |
| 000980 | 295 | NTC & CO. FBO Donald A Benjamin | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 | Phillips Nizer LLP | 6/30/2009 |
| 100120 | 295 | NTC & CO. FBO Donald A Benjamin | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 | Phillips Nizer LLP | 6/30/2009 |
| 100135 | 295 | NTC & CO. FBO Donald A Benjamin | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 | Phillips Nizer LLP | 6/30/2009 |
| 006665[1] | 1234 | The Calesa Family Trust | Edward F Calesa Tstee Calesa Family Trust 7/6/00 | 1CM942 | Latham & Watkins LLP | 1/6/2010 |
| 008938 | 3091 | The Donald Rechler & Judith Rechler Grandchildren Annual Exclusion Trust | Donald Rechler & Judith Rechler Grandchildren | 1R0176 | Becker & Poliakoff, LLP | 11/2/2010 |
| 006132 | 346 | Denise Saul | Denise Saul | 1S0221 | Schulte Roth & Zabel LLP | 7/29/2009 |
| 004598 | 1035 | Allyne Schwartz 2008 Grantor Retained Annuity Trust | Alleyne Schwartz 2008 Grantor Retained Annuity Trust | 1S0553 | Bradley E. Turk, Esq. | 11/30/2009 |
| 000814 | 429 | Theresa Rose Ryan | Millennium Trust Company, LLC FBO Theresa Rose Ryan (26632) | 1ZR039 | Phillips Nizer LLP | 9/14/2009 |
| 002928 | 3041 | Jonathan Schwartz | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 | Becker & Poliakoff, LLP | 10/18/2010 |
| 005186 | 3041 | Jonathan Schwartz | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 | Becker & Poliakoff, LLP | 10/18/2010 |
| 010158 | 3041 | Jonathan Schwartz | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 | Becker & Poliakoff, LLP | 10/18/2010 |

[1] The Calesa Family Trust filed a partial withdrawal (Docket 2258) with respect to their objection, reserving their rights only with respect to the Trustees interpretation of net equity."
300440415.1