**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Jorian L. Rose
Amy E. Vanderwal
Jason I. Blanchard

Hearing Date: May 31, 2017
Hearing Time:  10:00 a.m. (EST)
Objections Due: May 15, 2017
Objection Time:  4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

<u>**NOTICE OF HEARING ON TRUSTEE'S NINTH OMNIBUS MOTION TO DISALLOW**</u>
<u>**CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS**</u>
<u>**WHO HAVE NO NET EQUITY**</u>

  **PLEASE TAKE NOTICE** that on April 26, 2017, Irving H. Picard, trustee ("Trustee")

for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor") in the

above-captioned SIPA liquidation proceeding, by and through his undersigned counsel, filed the

motion (the "Motion") seeking to have the Court disallow any and all claims and overrule objections filed by or on behalf of claimants ("Claimants") that withdrew more money from BLMIS than they deposited and are, in the parlance of this case, net winners, or that withdrew an equal amount to what was deposited and are, in the parlance of this case, net zeros. The Motion will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **May 31, 2017 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 by no later than 4:00 p.m., on **May 15, 2017** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler, LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006, Attn: Kevin H. Bell, Esq. and Nathanael Kelley, Esq. so as to be received on or before **May 15, 2017** (the "Response Deadline"). Any objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Motion, the Trustee may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you

do not object to the relief requested in the Motion.

Dated: New York, New York                    Respectfully submitted,
   April 26, 2017

         */s/ David J. Sheehan*
         David J. Sheehan
         Email: dsheehan@bakerlaw.com
         Jorian L. Rose
         Email: jrose@bakerlaw.com
         Amy E. Vanderwal
         Email: avanderwal@bakerlaw.com
         Jason I. Blanchard
         Email: jblanchard@bakerlaw.com
         **Baker & Hostetler LLP**
         45 Rockefeller Plaza
         New York, New York  10111
         Tel: (212) 589-4200
         Fax: (212) 589-4201

         *Attorneys for Irving H. Picard, Trustee for the*
         *Substantively Consolidated SIPA Liquidation*
         *of Bernard L. Madoff Investment Securities LLC*
         *and the Estate of Bernard L. Madoff*