IN RE: BLMIS. CASE NO: 08-01789 (SMB)

NINTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Allen J. Ross | 010787 | 1803 1804 | Duane Morris LLP | Allen Ross | 1R0125 |
| Anthony Fusco | 002337 | 952 | Pro Se Filing | Anthony Fusco and Santa Fusco J/T WROS | 1RU010 |
| Anthony Fusco | 002339 | 1100 | Pro Se Filing | Anthony Fusco and Santa Fusco J/T WROS | 1RU041 |
| Dana Mandelbaum (Guritzky) | 001271 | 2796 | Arent Fox LLP | Dana Guritzky | 1G0239 |
| David And Bari Belosa | 001085 | 2789 | Lax & Neville, LLP | David Belosa & Bari Belosa J/T WROS | 1B0196 |
| Dominick Albanese Trust Acct B | 002155 | 735 | Lax & Neville, LLP | Dominick Albanese Trust Acct B | 1A0101 |
| Dorothy Ervolino | 005496 | 970 | Pro Se Filing | Dorothy Ervolino | 1RU051 |
| Dorothy Ervolino | 012190 | 970 | Pro Se Filing | Dorothy Ervolino | 1RU051 |
| Elaine C Schlessberg Trustee | 000382 | 793 | Lax & Neville, LLP | Elaine C Schlessberg Trustee Elaine C Schlessberg Trust | 1S0312 |
| Elaine C Schlessberg Trustee | 001120 | 793 | Lax & Neville, LLP | Elaine C Schlessberg Trustee Elaine C Schlessberg Trust | 1S0312 |
| Estate Of Robert S. Gettinger | 010705 | 2745 | Pro Se Filing | Millennium Trust Company, LLC FBO Robert S Gettinger 111356 | 1G0259 |
| Gigi Family Limited Partnership | 002379 | 1154 | Pro Se Filing | Gigi Family LTD Partnership | 1M0115 |
| Gloria S Jaffe Investment Partnership 785 Crandon Blvd #1506 | 002170 | 3170[1] | Becker & Poliakoff, LLP | Gloria S Jaffe Investment Partnership | 1EM091 |
| Jacob Davis & Marilyn Davis, Co-Trustees Of The U/T/A By Jacob Davis 06/27/94 | 010615 | 2358 | Lax & Neville, LLP | Jacob Davis & Marilyn Davis Trustee | 1D0051 |
| James E Bignell Revocable Living Trust | 000586[2] | 923 | Pro Se Filing | James E Bignell Revocable Living Trust | 1ZA729 |
| James E Bignell Revocable Living Trust | 009663[2] | 923 | Pro Se Filing | James E Bignell Revocable Living Trust | 1ZA729 |
| Joel I Gordon Rev Trust U/A/D 5/11/94 | 003015 | 434 | Pro Se Filing | Joel I Gordon Revocable Trust U/A/D 5/11/94 | 1CM201 |
| Judith Konigsberg | 001795 | 2853 | Norman A. Kaplan, Esq. | Judith Konigsberg | 1K0098 |
| Karl Eisenhauer & Wanda Eisenhauer J/T WROS | 000560 | 856 | Bugaj/Fischer | Karl Eisenhauer & Wanda Eisenhauer J/T WROS | 1E0152 |

[1] Objection docket 3170 was included in the Order Approving Trustee's Motion To Affirm His Determinations Denying Claims of Claimants Holding Interests In the Palko Associates, Gloria Jaffe Investment Partnership, and the Miller Partnership and was overruled with respect to seeking customer status for the Objection Claimants. This motion seeks to address the remaining objections.

[2] The James E Bignell Revocable Living Trust filed a partial withdrawal (Docket 2296) with respect to their objection, reserving their rights only with respect to the Trustees interpretation of net equity.

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Karl Eisenhauer & Wanda Eisenhauer J/T WROS | 000562 | 856 | Bugaj/Fischer | Karl Eisenhauer & Wanda Eisenhauer J/T WROS | 1E0152 |
| Laura Weill | 001516 | 2183 | Lax & Neville, LLP | Laura J Weill | 1CM334 |
| Laurence And Suzanne Kaye | 009106 | 2813 | Lax & Neville, LLP | Laurence Kaye Susan Kaye TSTEES | 1K0122 |
| Laurence And Suzanne Kaye | 014022 | 2813 | Lax & Neville, LLP | Laurence Kaye Susan Kaye TSTEES | 1K0122 |
| Marc Konigsberg | 002306 | 2854 | Norman A. Kaplan, Esq. | Marc Konigsberg | 1K0109 |
| Marilyn Davis & Jacob Davis, Trustees Of The U/T/A By Marilyn Davis | 010613 | 2830 | Lax & Neville, LLP | Marilyn Davis & Jacob Davis TTEES Uta By Marilyn Davis | 1ZA052 |
| Marsha F Peshkin Revocable Trust Dated 5/31/05 | 002627 | 1040 | Phillips Nizer LLP | Marsha F Peshkin Revocable Trust Dated 5/31/05 | 1ZB411 |
| Marsha F Peshkin Revocable Trust Dated 5/31/05 | 100379 | 1040 | Phillips Nizer LLP | Marsha F Peshkin Revocable Trust Dated 5/31/05 | 1ZB411 |
| Norman Schlessberg, Trustee Of The Norman Schlessberg Trust | 000152 | 2436 | Lax & Neville, LLP | Norman Schlessberg Tstee Norman Schlessberg Trust | 1S0313 |
| Norman Schlessberg, Trustee Of The Norman Schlessberg Trust | 001119 | 2436 | Lax & Neville, LLP | Norman Schlessberg Tstee Norman Schlessberg Trust | 1S0313 |
| Oakdale Foundation, Inc. | 012155 | 5171 | Pryor Cashman LLP | Oakdale Foundation Inc | 1CM224 |
| Peerstate Equity Fund LP | 006311 | 3801[3] | Becker & Poliakoff, LLP | Peerstate Equity Fund L P | 1ZB295 |
| Raven C. Wile | 010578 | 1995 1996 | Duane Morris LLP | Raven C Wile | 1W0076 |
| Shawn Kolodny And Andrew Kolodny JT/WROS | 003400 | 2466 | Pro Se Filing | Shawn Kolodny & Andrew Kolodny J/T WROS | 1K0133 |
| The Herbert Bernfeld Residuary Trust | 001883 | 2690 | Becker & Poliakoff, LLP | Herbert Bernfeld Residuary Trust | 1EM015 |
| The Miller Partnership | 002285 | 576[4] | Phillips Nizer LLP | The Miller Partnership | 1ZA977 |
| The Miller Partnership | 002285 | 3501[4] | Becker & Poliakoff, LLP | The Miller Partnership | 1ZA977 |
| The North Shore Child & Family Guidance Association Inc. | 011403[5] | 2249 | Becker & Poliakoff, LLP | North Shore Child & Family Guidance Association Inc | 1CM137 |
| The North Shore Child & Family Guidance Association Inc. | 015591[5] | 2249 | Becker & Poliakoff, LLP | North Shore Child & Family Guidance Association Inc | 1CM137 |

[3] Objection docket 3801 was included in the Order Approving Trustee's Motion To Affirm His Determinations Denying Claims of Claimants Holding Interests In the Peerstate Equity Fund, L.P. and was overruled with respect to seeking customer status for the Objection Claimants. This motion seeks to address the remaining objections.

[4] Objection docket 576 and 3501 was included in the Order Approving Trustee's Motion To Affirm His Determinations Denying Claims of Claimants Holding Interests In the Palko Associates, Gloria Jaffe Investment Partnership, and the Miller Partnership MCR motion and was overruled with respect to seeking customer status for the Objection Claimants. This motion seeks to address the remaining objections.

[5] The North Shore Child & Family Guidance Association Inc. filed a partial withdrawal (Docket 3852) with respect to their objection, reserving their rights only with respect to the Trustees interpretation of net equity.