IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## NINTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 002155 | 735 | Dominick Albanese Trust Acct B | Dominick Albanese Trust Acct B | 1A0101 | Lax & Neville, LLP | 11/12/2009 |
| 001085 | 2789 | David And Bari Belosa | David Belosa & Bari Belosa J/T WROS | 1B0196 | Lax & Neville, LLP | 7/20/2010 |
| 011403[1] | 2249 | The North Shore Child & Family Guidance Association Inc. | North Shore Child & Family Guidance Association Inc | 1CM137 | Becker & Poliakoff, LLP | 5/6/2010 |
| 015591[1] | 2249 | The North Shore Child & Family Guidance Association Inc. | North Shore Child & Family Guidance Association Inc | 1CM137 | Becker & Poliakoff, LLP | 5/6/2010 |
| 003015 | 434 | Joel I Gordon Rev Trust U/A/D 5/11/94 | Joel I Gordon Revocable Trust U/A/D 5/11/94 | 1CM201 | Pro Se Filing | 9/15/2009 |
| 012155 | 5171 | Oakdale Foundation, Inc. | Oakdale Foundation Inc | 1CM224 | Pryor Cashman LLP | 12/26/2012 |
| 001516 | 2183 | Laura Weill | Laura J Weill | 1CM334 | Lax & Neville, LLP | 4/8/2010 |
| 010615 | 2358 | Jacob Davis & Marilyn Davis, Co-Trustees Of The U/T/A By Jacob Davis 06/27/94 | Jacob Davis & Marilyn Davis Trustee | 1D0051 | Lax & Neville, LLP | 6/3/2010 |
| 000560 | 856 | Karl Eisenhauer & Wanda Eisenhauer J/T WROS | Karl Eisenhauer & Wanda Eisenhauer J/T WROS | 1E0152 | Bugaj/Fischer | 11/16/2009 |
| 000562 | 856 | Karl Eisenhauer & Wanda Eisenhauer J/T WROS | Karl Eisenhauer & Wanda Eisenhauer J/T WROS | 1E0152 | Bugaj/Fischer | 11/16/2009 |
| 001883 | 2690 | The Herbert Bernfeld Residuary Trust | Herbert Bernfeld Residuary Trust | 1EM015 | Becker & Poliakoff, LLP | 7/14/2010 |
| 002170 | 3170[2] | Gloria S Jaffe Investment Partnership 785 Crandon Blvd #1506 | Gloria S Jaffe Investment Partnership | 1EM091 | Becker & Poliakoff, LLP | 11/12/2010 |

[1] The North Shore Child & Family Guidance Association Inc. filed a partial withdrawal (Docket 3852) with respect to their objection, reserving their rights only with respect to the Trustees interpretation of net equity.

[2] Objection docket 3170 was included in the Order Approving Trustee's Motion To Affirm His Determinations Denying Claims of Claimants Holding Interests In the Palko Associates, Gloria Jaffe Investment Partnership, and the Miller Partnership and was overruled with respect to seeking customer status for the Objection Claimants. This motion seeks to address the remaining objections.

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001271 | 2796 | Dana Mandelbaum (Guritzky) | Dana Guritzky | 1G0239 | Arent Fox LLP | 7/21/2010 |
| 010705 | 2745 | Estate Of Robert S. Gettinger | Millennium Trust Company, LLC FBO Robert S Gettinger 111356 | 1G0259 | Pro Se Filing | 7/14/2010 |
| 001795 | 2853 | Judith Konigsberg | Judith Konigsberg | 1K0098 | Norman A. Kaplan, Esq. | 8/10/2010 |
| 002306 | 2854 | Marc Konigsberg | Marc Konigsberg | 1K0109 | Norman A. Kaplan, Esq. | 8/10/2010 |
| 009106 | 2813 | Laurence And Suzanne Kaye | Laurence Kaye Susan Kaye TSTEES | 1K0122 | Lax & Neville, LLP | 7/26/2010 |
| 014022 | 2813 | Laurence And Suzanne Kaye | Laurence Kaye Susan Kaye TSTEES | 1K0122 | Lax & Neville, LLP | 7/26/2010 |
| 003400 | 2466 | Shawn Kolodny And Andrew Kolodny JT/WROS | Shawn Kolodny & Andrew Kolodny J/T WROS | 1K0133 | Pro Se Filing | 6/22/2010 |
| 002379 | 1154 | Gigi Family Limited Partnership | Gigi Family LTD Partnership | 1M0115 | Pro Se Filing | 12/31/2009 |
| 010787 | 1803 1804 | Allen J. Ross | Allen Ross | 1R0125 | Duane Morris LLP | 1/20/2010 |
| 002337 | 952 | Anthony Fusco | Anthony Fusco and Santa Fusco J/T WROS | 1RU010 | Pro Se Filing | 11/18/2009 |
| 002339 | 1100 | Anthony Fusco | Anthony Fusco and Santa Fusco J/T WROS | 1RU041 | Pro Se Filing | 12/21/2009 |
| 005496 | 970 | Dorothy Ervolino | Dorothy Ervolino | 1RU051 | Pro Se Filing | 11/19/2009 |
| 012190 | 970 | Dorothy Ervolino | Dorothy Ervolino | 1RU051 | Pro Se Filing | 11/19/2009 |
| 000382 | 793 | Elaine C Schlessberg Trustee | Elaine C Schlessberg Trustee Elaine C Schlessberg Trust | 1S0312 | Lax & Neville, LLP | 11/13/2009 |
| 001120 | 793 | Elaine C Schlessberg Trustee | Elaine C Schlessberg Trustee Elaine C Schlessberg Trust | 1S0312 | Lax & Neville, LLP | 11/13/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000152 | 2436 | Norman Schlessberg, Trustee Of The Norman Schlessberg Trust | Norman Schlessberg Tstee Norman Schlessberg Trust | 1S0313 | Lax & Neville, LLP | 6/16/2010 |
| 001119 | 2436 | Norman Schlessberg, Trustee Of The Norman Schlessberg Trust | Norman Schlessberg Tstee Norman Schlessberg Trust | 1S0313 | Lax & Neville, LLP | 6/16/2010 |
| 010578 | 1995 1996 | Raven C. Wile | Raven C Wile | 1W0076 | Duane Morris LLP | 2/24/2010 |
| 010613 | 2830 | Marilyn Davis & Jacob Davis, Trustees Of The U/T/A By Marilyn Davis | Marilyn Davis & Jacob Davis TTEES Uta By Marilyn Davis | 1ZA052 | Lax & Neville, LLP | 8/2/2010 |
| 000586[3] | 923 | James E Bignell Revocable Living Trust | James E Bignell Revocable Living Trust | 1ZA729 | Pro Se Filing | 11/17/2009 |
| 009663[3] | 923 | James E Bignell Revocable Living Trust | James E Bignell Revocable Living Trust | 1ZA729 | Pro Se Filing | 11/17/2009 |
| 002285 | 576[4] | The Miller Partnership | The Miller Partnership | 1ZA977 | Phillips Nizer LLP | 11/2/2009 |
| 002285 | 3501[4] | The Miller Partnership | The Miller Partnership | 1ZA977 | Becker & Poliakoff, LLP | 12/15/2010 |
| 006311 | 3801[5] | Peerstate Equity Fund LP | Peerstate Equity Fund L P | 1ZB295 | Becker & Poliakoff, LLP | 1/25/2011 |
| 002627 | 1040 | Marsha F Peshkin Revocable Trust Dated 5/31/05 | Marsha F Peshkin Revocable Trust Dated 5/31/05 | 1ZB411 | Phillips Nizer LLP | 12/7/2009 |
| 100379 | 1040 | Marsha F Peshkin Revocable Trust Dated 5/31/05 | Marsha F Peshkin Revocable Trust Dated 5/31/05 | 1ZB411 | Phillips Nizer LLP | 12/7/2009 |

[3] The James E Bignell Revocable Living Trust filed a partial withdrawal (Docket 2296) with respect to their objection, reserving their rights only with respect to the Trustees interpretation of net equity.

[4] Objection docket 576 and 3501 was included in the Order Approving Trustee's Motion To Affirm His Determinations Denying Claims of Claimants Holding Interests In the Palko Associates, Gloria Jaffe Investment Partnership, and the Miller Partnership MCR motion and was overruled with respect to seeking customer status for the Objection Claimants. This motion seeks to address the remaining objections.

[5] Objection docket 3801 was included in the Order Approving Trustee's Motion To Affirm His Determinations Denying Claims of Claimants Holding Interests In the Peerstate Equity Fund, L.P. and was overruled with respect to seeking customer status for the Objection Claimants. This motion seeks to address the remaining objections.