**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>STEPHEN B. KAYE, as an individual and as a joint tenant, and SANDRA PHILLIPS KAYE, as an individual and as a joint tenant,<br><br>Defendants. | Adv. Pro. No. 10-04756 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L.

Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and

defendants Steven B. Kaye (named herein as Stephen B. Kaye) and Sandra Phillips Kaye

("Defendants"), by and through their counsel, Lax & Neville LLP (collectively, the "Parties"),

hereby stipulate and agree to the following:

1.      On December 1, 2010, the Trustee filed the Complaint against Defendants.

2.      On September 18, 2015, Defendants served an Answer and Affirmative Defenses

on the Trustee.

3.      Pursuant to the Settlement Procedures Order, entered by this Court on November

12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on April

3, 2017.

4.      Pursuant to the terms of the Settlement Agreement and Release, and in

accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil

Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's

claims against Defendants in the above-captioned adversary proceeding and dismissal of the

adversary proceeding with prejudice.

5.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6.      This Stipulation may be signed by the Parties in any number of counterparts, each

2

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated: New York, New York
        April 25, 2017

Of Counsel:

**BAKER & HOSTETLER**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By:  *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*

**LAX & NEVILLE LLP**

By: s/ *Brian J. Neville*
1450 Broadway, 35th Floor
New York, New York 10018
Telephone:  212.696.1999
Facsimile:  212.566.4531
Barry R. Lax
Email:  blax@laxneville.com
Brian J. Neville
Email:  bneville@laxneville.com

*Attorneys for Defendants*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated:  April 25th, 2017
New York, New York

3