**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On April 26, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Trustee's Eighth Omnibus Motion to Overrule Objections of Claimants Who Invested More than they Withdrew (Docket Number 15912)
    B. Notice of Hearing on Trustee's Eighth Omnibus Motion to Overrule Objections of Claimants Who Invested More than they Withdrew (Docket Number 15913)
    C. Declaration of Vineet Sehgal in Support of the Trustee's Eighth Omnibus Motion to Overrule Objections of Claimants Who Invested More than they Withdrew (Docket Number 15914)
    D. Trustee's Ninth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 15915)
    E. Notice of Hearing on Trustee's Ninth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 15916)

F.   Declaration of Vineet Sehgal in Support of the Trustee's Ninth Omnibus
     Motion to Disallow Claims and Overrule Objections of Claimants Who Have
     No Net Equity (Docket Number 15917)

Executed on April 27, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 27 day of April, 2017

THERESA K. PETRY
MY COMMISSION EXPIRES
January 13, 2018

_____
(SEAL)

_____
Notary Public

# Exhibit A

Exhibit A
April 26, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---------|----------|----------|------|-------|-----|----------------|
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway, 11th Floor | New York | NY | 10006 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Arent Fox LLP | Heike M. Vogel | 1675 Broadway | New York | NY | 10019 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Schulte Roth & Zabel LLP | Marcy R. Harris | 919 Third Avenue | New York | NY | 10022 | Counsel |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022-4802 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| DUANE MORRIS LLP | GERARD S. CATALANELLO, ESQ. | 1540 BROADWAY | NEW YORK | NY | 10036-4086 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| BUGAJ/FISCHER | Ronald M. Bugaj | P.O. Box 390 | Honesdale | PA | 18431 | Counsel |

**April 26, 2017**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| PRYOR CASHMAN LLP | Richard Levy, Jr. | 7 Times Square | New York | NY | 10036-0806 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |