UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>   -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>   -against-<br><br>TRUST UNDER DEED OF SUZANNE R. MAY DATED NOVEMBER 23, 1994, INDIVIDUALLY and as BENEFICIARY of ESTATE OF SUZANNE R. MAY, et al.,<br><br>     Defendants. | Adv. Pro. No. 10-5231 (SMB) |

## DISCOVERY ARBITRATOR'S ORDER

  The Discovery Arbitrator having held a hearing by telephone on April 27, 2017, it is hereby ordered that:

1. By May 11, 2017:

    a. The Defendants shall respond fully to the Trustee's requests for admission, interrogatories, and requests for production, and shall produce all responsive non-privileged documents.

    b. The Defendants shall submit their settlement proposal to the Trustee, together with all supporting documents.

2. The Defendants shall consent to a request by the Trustee to extend fact discovery in this proceeding to June 12, 2017.

    SO ORDERED.

Dated:    New York, New York
          April 27, 2017

_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel of Record via ECF