**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 2, 2017 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04417; The Lustig Family 1990 Trust, et al.**
   **10-04554; David Ivan Lustig**

   A.  Notice of Motion to Strike Affirmative Defenses and Proposed Order filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 2/28/2017) (10-04417; ECF No. 73) (10-04554; ECF No. 76)

B.      Memorandum of Law in support of Trustee's Motion to Strike Affirmative Defenses filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 2/28/2017) (10-04417; ECF No. 74) (10-04554; ECF No. 77)

Objection Deadline:   March 31, 2017

Objections Filed:

C.      Opposition Brief Defendants' Memorandum of Law in Opposition to Trustee's Motion to Strike Certain Affirmative Defenses filed by Richard E. Signorelli on behalf of David I. Lustig, The Lustig Family 1990 Trust (Filed: 3/31/2017) (10-04417; ECF No. 76) (10-04554; ECF No. 79)

D.      Declaration of Bryan Ha in opposition to Trustee's motion to strike certain affirmative defenses filed by Bryan Ha on behalf of David I. Lustig, The Lustig Family 1990 Trust (Filed: 4/3/2017) (10-04417; ECF No. 78) (10-04554; ECF No. 81)

Reply Filed:

E.      Reply in Support of the Trustee's Motion to Strike Affirmative Defenses filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 4/14/2017) (10-04417; ECF No. 79) (10-04554; ECF No. 82)

*[Remainder of page intentionally left blank.]*

<u>Status</u>:         This matter is going forward as scheduled.

Dated:  May 1, 2017
        New York, New York

|  |  |
|---|---|
| By: | _/s/ David J. Sheehan_ |
|  | **BAKER & HOSTETLER LLP** |
|  | 45 Rockefeller Plaza |
|  | New York, New York 10111 |
|  | Telephone: (212) 589-4200 |
|  | Facsimile: (212) 589-4201 |
|  | David J. Sheehan |
|  | Email:  dsheehan@bakerlaw.com |
|  | Nicholas J. Cremona |
|  | Email:  ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*