**MILBERG LLP**
Birt Reynolds
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for Estate of Ira S. Rosenberg, and Delia Gail Rosenberg (individually and in her fiduciary capacity)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>ESTATE OF IRA S. ROSENBERG and DELIA GAIL ROSENBERG (Individually and in her Fiduciary Capacity),<br><br>       Defendants. | Adv. Pro. No. 10-04978 (SMB) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Birt Reynolds, Esq., an attorney and an associate of the firm of Milberg LLP, hereby appears in the above-captioned case as counsel for defendants Estate of Ira S. Rosenberg, and Delia Gail Rosenberg (individually and in her fiduciary capacity). Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9010, Birt Reynolds requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon him at the address set forth below:

Birt Reynolds
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: breynolds@milberg.com

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any substantive or procedural rights or defenses.

Dated:  New York, NY
        May 1, 2017

MILBERG LLP

By: s/  Birt Reynolds
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
Email: breynolds@milberg.com

*Attorney for Estate of Ira S. Rosenberg, and Delia Gail Rosenberg (individually and in her fiduciary capacity)*

## **CERTIFICATE OF SERVICE**

I, Jason Joseph, hereby certify that on the 1st day of May 2017, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

s/   Jason Joseph