**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>             v.<br><br>STEFANELLI INVESTORS GROUP, et al.,<br><br>                              Defendants. | Adv. Pro. No. 10-05255 (SMB) |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: January 25, 2016.

2.  Fact Discovery shall be completed by: September 1, 2017.

3.  The Disclosure of Case-in-Chief Experts shall be due: October 31, 2017.

4.  The Disclosure of Rebuttal Experts shall be due: December 4, 2017.

5.  The Deadline for Completion of Expert Discovery shall be: January 2, 2018.

6.  The Deadline for Service of a Notice of Mediation Referral shall be:  On or before January 8, 2018.

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before January 22, 2018.

8.  The Deadline for Conclusion of Mediation shall be:  On or before May 22, 2018.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
May 1, 2017

BAKER & HOSTETLER LLP

/s/ *Nicholas J. Cremona*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Maximillian Shifrin
Email: mshifrin@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP

/s/ *Steven R. Schoenfeld*
Steven R. Schoenfeld
Jonathan S. Pasternak
One North Lexington Avenue
White Plains, New York 10601
Telephone: (914) 681-0200
Facsimile: (914) 684-0288

*Attorneys for Defendants*