**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04517 (SMB) |
| RADCLIFF INVESTMENTS LIMITED, ROTHSCHILD TRUST GUERNSEY LIMITED, and ROBERT D. SALEM, | |
| Defendants. | |

<u>**DECLARATION OF JEFF E. BUTLER**</u>

Jeff E. Butler declares and states as follows:

1.      I am a member of the law firm Clifford Chance US LLP, counsel for Rothschild Trust Guernsey Limited ("RTG").  I submit this Declaration in support of RTG's Motion to Dismiss the First Amended Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed by Plaintiff Irving H. Picard in this adversary proceeding on November 30, 2010.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the First Amended

Complaint filed by Plaintiff Irving H. Picard in this adversary proceeding on March 31, 2017.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Court's

Memorandum Decision Regarding Claims to Recover Foreign Subsequent Transfers dated Nov.

22, 2016, as entered on the docket in *Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*

*(In re Madoff)*, Adv. Pro. No. 08-01789 (SMB), ECF No. 14495.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 1, 2017
        New York, New York.

                                    S/ Jeff E. Butler
                                    Jeff E. Butler
                                    Email: jeff.butler@cliffordchance.com

                                    CLIFFORD CHANCE US LLP
                                    31 West 52nd Street
                                    New York, New York 10019
                                    Telephone: (212) 878-8000
                                    Facsimile: (212) 878-8375

                                    *Attorneys for Defendant*
                                    *Rothschild Trust Guernsey Limited*