BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    212.589.4200
Facsimile:    212.589.4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 3, 2017 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1.  **08-01789; SIPC v. BLMIS**

    A.  Twenty-Third Application Of Trustee And Baker & Hostetler LLP For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $35,390,309.40, Expenses: $236,780.39 (Filed: 3/20/2017) [Docket No. 15355].

B.  Application Of Schiltz & Schiltz As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $47,168.20, Expenses: $3,065.93 (Filed: 3/20/2017) [Docket No. 15368].

C.  Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $4,029.51, Expenses: $89.17 (Filed: 3/20/2017) [Docket No. 15370].

D.  Application Of Soroker Agmon Nordman As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $713,757.20, Expenses: $92,102.77 (Filed: 3/20/2017) [Docket No. 15367].

E.  Application Of Graf & Pitkowitz Rechtsanwalte Gmbh As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $19,738.12, Expenses: $158.30 (Filed: 3/20/2017) [Docket No.15371].

F.  Application Of SCA Creque As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $15,510.00, Expenses: $0.00 (Filed: 3/20/2017) [Docket No. 15369].

G.  Application Of Young Conaway Stargatt & Taylor, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $47,996.10, Expenses: $1,011.68 (Filed: 3/20/2017) [Docket No. 15360]

H.  Twenty-Second Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2016 through November 30, 2016, Fees: $2,374,541.50, Expenses: $15,499.56. (Filed: 3/20/2017) [Docket No.15359].

I.  Application Of Williams, Barristers & Attorneys As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered Incurred From August 1, 2016 Through November 30, 2016, Fees: $277,992.88, Expenses: $0.00 (Filed: 3/20/2017) [Docket No. 15364].

J.   Application Of UGGC & Associes As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses From August 1, 2016 Through November 30, 2016, Fees: $68,829.74, Expenses: $3,462.80 (Filed: 3/20/2017) [Docket No. 15365].

K.   Application Of Triay Stagnetto Neish As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2016 Through November 30, 2016, Fees: $851.65, Expenses: $0.00 (Filed: 3/20/2017) [Docket No. 15366].

L.   Application Of Werder Vigano As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2016 Through November 30, 2016, Fees: $1,878.07, Expenses: $0.00 (Filed: 3/20/2017) [Docket No.15373].

M.   Application Of Browne Jacobson, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $1,045,836.83, Expenses: $79,958.30 (Filed: 3/20/2017) [Docket No. 13763].

N.   Application Of Eugene F. Collins As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2016 Through November 30, 2016, Fees: $4,538.37, Expenses: $1.61 (Filed: 3/20/2017) [Docket No. 15374].

O.   Application Of Cochran Allan As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered Incurred From August 1, 2016 Through November 30, 2016, Fees: $5,013.45, Expenses: $0.00 (Filed: 3/20/2017) [Docket No. 15363].

P.   Application Of Kelley, Wolter & Scott, Professional Association As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2016 Through November 30, 2016, Fees: $4,185.00, Expenses: $0.00 (Filed: 3/20/2017) [Docket No. 15362].

Responses Filed

Q.   Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Third Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (Filed: 4/13/2017) [Docket No. 15820].

R.   Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for

3

S.  Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Second Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 4/13/2017) [Docket No. 15822].

T.  Recommendation of the Securities Investor Protection Corporation in Support of Eighteenth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 4/13/2017) [Docket No. 15826].

U.  Recommendation of the Securities Investor Protection Corporation in Support of Eleventh Application of Kelley, Wolter & Scott, P.A., for Interim Compensation (Filed: 4/13/2017) [Docket No. 15828].

V.  Recommendation of the Securities Investor Protection Corporation in Support of Eighth Application of Cochran Allan for Interim Compensation (Filed: 4/13/2017) [Docket No. 15829].

Related Documents

W.  Notice Of Hearing On Applications For Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By Applicants From August 1, 2016 Through November 30, 2016 (Filed: 3/20/2017) [Docket No. 15375].

Objections Due:		April 19, 2017

Objections Filed		None

Status: This matter is going forward.


Interim Compensation and Reimbursement of Expenses (Filed: 4/13/2017) [Docket No. 15821].

S.  Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Second Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 4/13/2017) [Docket No. 15822].

T.  Recommendation of the Securities Investor Protection Corporation in Support of Eighteenth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 4/13/2017) [Docket No. 15826].

U.  Recommendation of the Securities Investor Protection Corporation in Support of Eleventh Application of Kelley, Wolter & Scott, P.A., for Interim Compensation (Filed: 4/13/2017) [Docket No. 15828].

V.  Recommendation of the Securities Investor Protection Corporation in Support of Eighth Application of Cochran Allan for Interim Compensation (Filed: 4/13/2017) [Docket No. 15829].

Related Documents

W.  Notice Of Hearing On Applications For Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By Applicants From August 1, 2016 Through November 30, 2016 (Filed: 3/20/2017) [Docket No. 15375].

Objections Due:		April 19, 2017

Objections Filed		None

Status: This matter is going forward.

## CONTESTED MATTERS

2. **10-04350; Picard v. South Ferry #2 LP, et al.**
   **10-04488; Picard v. South Ferry Building Company**
   **10-04387; Picard v. James Lowrey, et al.**
   **10-05110; Picard v. United Congregations Mesora**

   Status:    These matters are proceeding with a status conference.

3. **10-05257; Picard v. Edward A. Zraick, Jr., et al.**

   A.    Zraick Defendants' Motion for Entry of an Order (I)(A) Extending Time for Rebuttal Expert Disclosures by Twelve Days or (B) in the Alternative, Declaring Defendants' Rebuttal Expert Report Timely Served; and (II) Compelling the Production of Documents Concerning Securities Listed on Defendants' Customer Statements filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr.  (Filed: 3/6/2017) [ECF No. 67]

   Objections Due:    March 22, 2107

   B.    Trustee's Memorandum of Law in Opposition to Defendants' Motion to Extend the Rebuttal Expert Disclosure Deadline and Compel Discovery filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 3/22/2017) [ECF No. 68]

   Replies:

   C.    Zraick Defendants' Reply Memorandum of Law in Support of Motion for Entry of an Order Extending Time for Rebuttal Expert Disclosures by Twelve Days filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed: 4/12/2017) [ECF No. 70]

   D.    Declaration of Robert A. Rich in Support of Motion for Entry of an Order Extending Time For Rebuttal Expert Disclosures by Twelve Days filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed: 4/12/2017) [ECF No. 71]

   Related Documents:

   E.    Notice of Adjournment of Hearing of Zraick Defendants' Motion for Entry of an Order Extending Time for Rebuttal Expert Disclosures by Twelve Days filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. with hearing to be held on 5/3/2017 at 10:00 AM (Filed: 4/13/2017) [ECF No. 72]

F. Letter in Response and Opposition to the Declaration and the Reply Memo of Law filed by Rob Rich on behalf of the Zraick Defendants Filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 4/24/2107) [ECF No. 73]

G. Supplemental Letter in Response and Opposition to the Declaration and the Reply Memo of Law filed by Rob Rich on behalf of the Zraick Defendants filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 4/25/2017) [ECF No. 75]

H. Letter in Response to Trustee's April 24 Letter filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed: 5/2/2017) [ECF No. 76]

<u>Status</u>: This matter is going forward.

Dated: New York, New York
   May 2, 2017

Respectfully submitted,

 /s/ David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff