**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>   v.<br><br>JOSEPH S. POPKIN REVOCABLE TRUST DATED FEBRUARY 9, 2006, a Florida trust, ROBIN POPKIN LOGUE, as trustee of the Joseph S. Popkin Revocable Trust Dated February 9, 2006, SHARON POPKIN, DARA N. SIMONS (a.k.a. DARA L. SIMONS) and MARK POPKIN,<br><br>        Defendants. | Adv. Pro. No. 10-04712 (SMB) |

- 1 -

300432350.3

**STIPULATION FOR ENTRY OF JUDGMENT**

The Plaintiff, Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff (the "Trustee"), and defendants Robin Popkin Logue, as trustee of the Joseph S. Popkin Revocable Trust Dated February 9, 2006, and the Joseph S. Popkin Revocable Trust Dated February 9, 2006 ("Defendants") (the Trustee and Defendants are collectively referred to as the "Parties", and individually as a "Party"), state as follows:

WHEREAS, on December 1, 2010, the Trustee commenced the above-captioned adversary proceeding against Defendants and Estate of Joseph S. Popkin (the "Estate"), Robin Popkin Logue, as personal representative of the Estate and as an individual, Sharon Popkin, Dara N. Simons (a.k.a. Dara L. Simons) and Mark Popkin (Complaint, Doc. 1). The Trustee filed an Amended Complaint on December 14, 2011 (Doc. 31).

WHEREAS, on October 14, 2014, a Stipulation and Order Dismissing Defendant Dara N. Simons with prejudice was filed (Doc. 72).

WHEREAS, on January 12, 2017, a Stipulation and Order Dismissing Defendant Robin Popkin Logue, As An Individual without prejudice was filed (Doc. 92).

WHEREAS, on January 13, 2017, a Stipulation and Order for Voluntary Dismissal of the Estate and Robin Popkin Logue, as personal representative of the Estate, without prejudice was filed (Doc. 93).

WHEREAS, on July 16, 2015, an Order Granting In Part and Denying In Part Defendants' Motions to Dismiss (the "July 16, 2015 Order") was filed, which dismissed subsequent transferee defendants Sharon Popkin and Mark Popkin without prejudice (Doc. 82).

WHEREAS, notwithstanding the July 16, 2015 Order dismissing her as a subsequent transferee defendant, Sharon Popkin filed an Answer to Amended Complaint on September 18, 2015 (Doc. 83).

WHEREAS, Defendants are the only defendants remaining in the adversary proceeding and this Stipulation fully resolves all remaining issues in the adversary proceeding among all of the remaining parties.

300432350.3

NOW, THEREFORE, the Parties agree and stipulate to the following:

1. The Trustee shall be entitled to immediate entry of a Consent Judgment, a copy of which is attached hereto as Exhibit 1, entered against Defendants in the amount of $625,449.00.

2. Defendants confirm the amount set forth in Paragraph 1 above.

3. That judgment shall be final for all purposes upon entry of judgment and each Party waives any right to appeal therefrom.

4. That Defendants, represented in this action by counsel, have read and understand the contents of this Stipulation for Entry of Judgment (this "Stipulation").

5. That this Stipulation shall be filed immediately upon its execution.

[Remainder of Page Intentionally Left Blank]

300432350.3

6. This Stipulation may be signed in counterparts, all of which when taken together shall constitute the agreement of the Parties hereto. A photocopy, facsimile or email signature to this Stipulation shall be deemed as an original signature for any and all purposes.

Dated: May 4, 2017

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025
Attention: Michael Matthias
Email: mmatthias@bakerlaw.com
Telephone: 310.820.8800
Facsimile: 310.820.8859

**BAKER & HOSTETLER LLP**
By: *s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*


*s/ Robin Popkin Logue*
ROBIN POPKIN LOGUE, as trustee of the Joseph S. Popkin Revocable Trust Dated February 9, 2006

**JOSEPH S. POPKIN REVOCABLE TRUST DATED FEBRUARY 9, 2006**

By: *s/ Robin Popkin Logue*
Robin Popkin Logue
Trustee

**SEEGER WEISS LLP**

By:s/*Parvin K. Aminolroaya*
77 Water Street, 26th Floor
New York, New York 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Stephen A. Weiss
Email: sweiss@seegerweiss.com
Christopher M. Van de Kieft
Email: cvandekieft@seegerweiss.com
Parvin K. Aminolroaya
Email: paminolroaya@seegerweiss.com

*Attorneys for Defendants*

- 4 -

300432350.3