**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                   Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JUDY L. KAUFMAN, NEAL S. KAUFMAN, and LISA D. KAVA,<br><br>          Defendants. | Adv. Pro. No. 10-04527 (SMB) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Judy L. Kaufman, Neal S. Kaufman, and Lisa D. Kava (the "Claimants"), having filed an objection (the "Objection", Docket No. 1099 in Adv. Pro. No. 08-1789) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#13405) on December 21, 2009, hereby give notice that they are withdrawing such Objection.

Dated: _April_, _4_, 2017

_____
Jeffrey J. Scott
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000

*Attorney for Judy L. Kaufman, Neal S.*
*Kaufman and Lisa D. Kava*

3