**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**
**TO TRUSTEE'S DETERMINATION OF CLAIM**

The Bernard A. Marden and Chris Marden Foundation, Inc. (the "Claimant"), having filed an objection to the Trustee's Determination of Claim (the "Objection", ECF No. 5165) respecting Claimant's customer claim (#012167) and the parties having resolved their differences, hereby gives notice that it withdraws the Objection.

Dated: May 8, 2017

                     By: */s/ Richard Levy, Jr.*
                     PRYOR CASHMAN LLP
                     7 Times Square
                     New York, New York 10036-6559
                     Counsel to the Claimant