UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION
# TO TRUSTEE'S DETERMINATION OF CLAIM

The Randi Pergament & Bruce Pergament Foundation (the "Claimant"), having filed an objection to the Trustee's Determination of Claim (the "Objection", ECF No. 5177) respecting Claimant's customer claim (#011577) and the parties having resolved their differences, hereby gives notice that it withdraws the Objection.

Dated: May 8, 2017

By: /s/ *Richard Levy, Jr.*
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6559
Counsel to the Claimant