UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**
**TO TRUSTEE'S DETERMINATION OF CLAIM**

The Marden Family Foundation (the "Claimant"), having filed an objection to the Trustee's Determination of Claim (the "Objection", ECF No. 5175) respecting Claimant's customer claim (#010967) and the parties having resolved their differences, hereby gives notice that it withdraws the Objection.

Dated: May 8, 2017

By: /s/ *Richard Levy, Jr.*
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6559
Counsel to the Claimant