**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**
**TO TRUSTEE'S DETERMINATION OF CLAIM**

The Patrice Auld and Kevin Auld Foundation (the "Claimant"), having filed an objection to the Trustee's Determination of Claim (the "Objection", ECF No. 5176) respecting Claimant's customer claim (#012158) and the parties having resolved their differences, hereby gives notice that it withdraws the Objection.

Dated: May 8, 2017

By: */s/ Richard Levy, Jr.*
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6559
Counsel to the Claimant