Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| LANX BM INVESTMENTS LLC  ATTN: RON LIEBOWITZ | 1L0228 |