**BLMIS ACCOUNT NO. 1L0228 - LANX BM INVESTMENTS LLC ATTN: RON LIEBOWITZ**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 2-Year Principal Transfers | 2-Year Total Transfers |
| 2/16/2005 | CHECK WIRE | 1,850,000 | 1,850,000 | - | - | - | 1,850,000 | - | - | - | - |
| 2/28/2005 | TRANS FROM 1W012530 *(1W0125)* | 8,250,000 [1] | - | - | 7,882,746 | - | 9,732,746 | - | - | - | - |
| 12/30/2005 | CHECK WIRE | 350,000 | 350,000 | - | - | - | 10,082,746 | - | - | - | - |
| 12/30/2005 | CHECK WIRE | 350,000 | 350,000 | - | - | - | 10,432,746 | - | - | - | - |
| 1/6/2006 | CHECK | (350,000) | - | (350,000) | - | - | 10,082,746 | - | - | - | - |
| 12/29/2006 | CHECK WIRE | 1,850,000 | 1,850,000 | - | - | - | 11,932,746 | - | - | - | - |
| 12/29/2006 | CHECK WIRE | 450,000 | 450,000 | - | - | - | 12,382,746 | - | - | - | - |
| 1/3/2007 | CHECK WIRE | 2,500,000 | 2,500,000 | - | - | - | 14,882,746 | - | - | - | - |
| 1/8/2007 | CHECK WIRE | 300,000 | 300,000 | - | - | - | 15,182,746 | - | - | - | - |
| 1/2/2008 | CHECK WIRE | 750,000 | 750,000 | - | - | - | 15,932,746 | - | - | - | - |
| 1/2/2008 | CHECK WIRE | 450,000 | 450,000 | - | - | - | 16,382,746 | - | - | - | - |
| 6/27/2008 | CHECK WIRE | (15,000,000) | - | (15,000,000) | - | - | 1,382,746 | - | - | (15,000,000) | (15,000,000) |
| 9/24/2008 | CHECK WIRE | (2,900,000) | - | (2,900,000) | - | - | (1,517,254) | (1,382,746) | (1,517,254) | (1,382,746) | (2,900,000) |
| 10/14/2008 | CHECK WIRE | (4,200,000) | - | (4,200,000) | - | - | (5,717,254) | - | (4,200,000) | - | (4,200,000) |
| | Total: | $ 8,850,000 | $ (22,450,000) | $ 7,882,746 | $ - | $ (5,717,254) | $ (1,382,746) | $ (5,717,254) | $ (16,382,746) | $ (22,100,000) | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.