**SUBSEQUENT TRANSFERS TO THE LANX FUND II, LP**

| Date | Amount |
|---|---|
| 9/24/2008 | 2,900,000 |
| 10/16/2008 | 57,917 |
| | $ 2,957,917 |

**SUBSEQUENT TRANSFERS TO WOLFSON COUSINS, LP**

| Date | Amount |
|---|---|
| 6/27/2008 | 15,000,000 |
| 10/16/2008 | 1,845,173 |
| | $ 16,845,173 |

**SUBSEQUENT TRANSFERS TO EDARA PARTNERSHIP**

| Date | Amount |
|---|---|
| 10/16/2008 | 1,948,790 |
| | $ 1,948,790 |