**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Neal M. Goldman, having filed an objection (the "Objection", Docket No. 2902) to the Trustee's Notice of Determination of Claim respecting customer claim #005461, hereby gives notice that he withdraws such Objection.

Dated: April 12, 2017

*/s/ Terence W. McCormick*

Terence W. McCormick, Esq. on behalf
of Neal M. Goldman
Mintz & Gold, LLP
600 Third Avenue
25th Floor
New York, NY 10016
Tel: (212) 696-4848