**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04966 (SMB) |
| Plaintiff, | |
| v. | |
| ONESCO INTERNATIONAL, LTD., IMPACT | |

DESIGNS LIMITED, TELFORD LIMITED, GARY ALBERT, Individually and his capacity as shareholder of IMPACT DESIGNS LIMITED, and KEN LITVAK,

    Defendants.

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against, among others, Defendant Gary Albert; and

**WHEREAS**, Gary Albert died on May 12, 2012.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Kathleen Albert and Steven Braun, in their capacities as Personal Representatives of the Estate of Gary Albert (the "Estate"), as follows:

1. The Estate and Kathleen Albert and Steven Braun, in their capacities as Personal Representatives of the Estate, (the "Estate Defendants"), are hereby substituted into this action in place of Gary Albert, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2. The Clerk of the Court is hereby directed to amend the caption to remove Gary Albert and substitute the Estate and Kathleen Albert and Steven Braun, in their capacities as Personal Representatives of the Estate, as reflected on Exhibit A to this Stipulation.

3. Undersigned counsel for the Estate and Kathleen Albert and Steven Braun, in their capacities as Personal Representatives of the Estate: (i) expressly represent that they have

the authority to accept service of the Amended Complaint on behalf of the Estate Defendants, (ii) waive service of the summons and the Amended Complaint on behalf of the Estate Defendants, (iii) hereby waive any defenses based on insufficiency of process or insufficiency of service of process of the summons and Amended Complaint on behalf of the Estate Defendants, and (iv) expressly agree that the amendment noted in Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure 15(a)(1)(A) or (B).

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: May 9, 2017

               */s/ Keith R. Murphy*
               David J. Sheehan
               Email: dsheehan@bakerlaw.com
               Keith R. Murphy
               Email: kmurphy@bakerlaw.com
               Peter B. Shapiro
               Email: pshapiro@bakerlaw.com

               **BAKER & HOSTETLER LLP**
               45 Rockefeller Plaza
               New York, New York 10111
               Telephone: (212) 589-4200
               Fax: (212) 589-4201

               *Attorneys for Irving H. Picard, Trustee for the*
               *Substantively Consolidated SIPA Liquidation*
               *of Bernard L. Madoff Investment Securities*
               *LLC and the Estate of Bernard L. Madoff*

    */s/ Matthew A. Kupillas*

Matthew A. Kupillas
Email: mkupillas@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Defendants Kathleen Albert and Steven Braun, in their capacities as Personal Representatives of the Estate of Gary Albert*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: May 9th, 2017
New York, New York

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>ONESCO INTERNATIONAL, LTD., IMPACT DESIGNS LIMITED, TELFORD LIMITED, THE | Adv. Pro. No. 10-04966 (SMB) |

ESTATE OF GARY ALBERT, KATHLEEN ALBERT, in her capacity as Personal Representative of the Estate of Gary Albert, STEVEN BRAUN, in his capacity as Personal Representative of the Estate of Gary Albert, and KEN LITVAK,

                Defendants.