| | |
|---|---|
| **Baker & Hostetler LLP** | **Hearing Date: May 31, 2017** |
| 45 Rockefeller Plaza | **Time: 10:00am** |
| New York, NY 10111 | |
| Telephone: (212) 589-4200 | |
| Facsimile: (212) 589-4201 | |
| David J. Sheehan | |
| Nicholas J. Cremona | |
| Dean D. Hunt | |
| Farrell A. Hochmuth | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment SecuritiesLLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04728 (SMB) |
| Plaintiff, | |
| v. | |
| BRUNO L. DI GIULIAN, | |
| Defendant. | |

-2-

## NOTICE OF MOTION FOR SUBSTITUTION OF DEFENDANT

PLEASE TAKE NOTICE that upon the accompanying Motion, Irving H. Picard, as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, will move the Court for entry of the proposed Order, submitted herewith, substituting the Estate of Bruno L. Di Giulian and Patsy Di Giulian, in her capacity as personal representative of the Estate of Bruno L. Di Giulian, deceased, as Defendants in this action, on Wednesday May 31, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Samuel M. Bernstein at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

PLEASE TAKE FURTHER NOTICE that any response or objection to the Motion must be in writing, conform to applicable rules of this Court and be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, in accordance with General Order 242 by no later than 5:00 p.m. on Wednesday May 24, 2017 (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable Samuel M. Bernstein) and must be served upon (a) Baker and Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan and Nicholas J. Cremona, and (b) Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

PLEASE TAKE FURTHER NOTICE that notice of this motion will be provided by U.S.

Mail or email to all defendants in this adversary proceeding pursuant to the Order Establishing Notice Procedures (Adv. Pro. No. 08-01789 (SMB); ECF No. 4560). The Trustee submits that no other or further notice is required.

Dated: May 10, 2017  
      New York, NY

/s/ *David J. Sheehan*  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*