**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br>v.<br><br>BRUNO L. DI GIULIAN,<br><br>        Defendant. | Adv. Pro. No. 10-04728 (SMB) |

**[PROPOSED] ORDER ON MOTION FOR SUBSTITUTION OF DEFENDANT**

      This cause having come before the Court on May 31, 2017 on the motion ("Motion") of Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, for entry of an order substituting the Estate of Bruno L. Di Giulian and Patsy Di Giulian in her capacity as personal representative of the estate of Bruno L. Di Giulian, as Defendants in this action

-2-

pursuant to Rule 25(a)(1). Due notice of the Motion having been given, and upon the proceedings before the Court and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The Estate of Bruno L. Di Giulian and Patsy Di Giulian in her capacity as personal representative of the Estate of Bruno L. Di Giulian, are hereby substituted as Defendants. The Clerk of the Court is hereby directed to amend the caption to remove Bruno L. Di Giulian and substitute the Estate of Bruno L. Di Giulian, and Patsy R. Di Giulian, in her capacity as personal representative of the Estate of Bruno L. Di Giulian, as reflected on Exhibit A to this Order.

SO ORDERED:

                                            HONORABLE STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE

Dated: _____, 2017
       New York, New York

# EXHIBIT A

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br>v.<br><br>THE ESTATE OF BRUNO L. DI GIULIAN, and PATSY DI GIULIAN, in her capacity as Personal Representative of the Estate of Bruno L. Di Giulian,<br><br>       Defendants. | Adv. Pro. No. 10-04728(SMB) |