UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

---

In re:

BERNARD L. MADOFF,

    Debtor.

Case No. 09-11893 (BRL)

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

    Plaintiff,

v.

MARC I. HERTZ IRREVOCABLE TRUST DTD 3/15/92; KENNETH D. WEISER, in his capacity as Trustee of the Marc I. Hertz Irrevocable Trust DTD 3/15/92; JOHN B. BEASLEY, in his capacity as Trustee of the Marc I. Hertz Irrevocable Trust DTD 3/15/92; and MARC I. HERTZ,

    Defendants.

Adv. Pro. No. 10-04879 (BRL)

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK   )

I, Christopher Timony declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 23rd day of March, 2011, I caused a true and accurate copy of the:

    (i) "Complaint", along with the relevant exhibits (<u>Docket No. 1</u>); and the

300108860

      (ii)    "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (Docket No. 2); and the

      (iii)   "Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 3); and the

      (iv)   "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

      (v)    "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

      (vi)   "Third Amended Notice of Omnibus Avoidance Action Hearing Dates",

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of March, 2011 at New York, New York.

By _____
Christopher Timony

Sworn before me this
23rd day of March, 2011

_____
Notary Public

```
ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM EXP. February 11, 2012
```

300108860

MARC I. HERTZ IRREVOCABLE TRUST DATED 3/15/92
    MARC I. HERTZ IRREVOCABLE TRUST DATED 3/15/92
    NEW YORK NEW YORK 10020

        000579 003808

KENNETH D. WEISER
    KENNETH D. WEISER
    NEW YORK NY 10020

    001557 003809

JOHN B. BEASLEY
    JOHN B. BEASLEY
    NEW YORK NY 10020

    001558 005242

MARC I. HERTZ
    MARC I. HERTZ
    NEW YORK NY 10020

    001559 005243