# UNITED STATES BANKRUPTCY COURT
**Southern District of New York**

In re: Administrative Case Re: 08–1789 (Securities Invest  
Bankruptcy Case No.: 08–99000–smb

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff

                  Plaintiff(s),

–against–

Adversary Proceeding No. 10–04879–smb

Marc I. Hertz Irrevocable Trust dtd 3/15/92  
Kenneth D. Weiserin his capacity as Trustee of the Marc I. Hertz Irrevocable Trust dtd 3/15/92  
John B. Beasleyin his capacity as Trustee of the Marc I. Hertz Irrevocable Trust dtd 3/15/92  
Marc I. Hertz

                  Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Marc I. Hertz Irrevocable Trust DTD 3/15/92 |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 6/30/15

Vito Genna  
*Clerk of the Court*

By: /s/ Dawn McCaffrey  
*Deputy Clerk*