# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Administrative Case Re: 08–1789 (Securities Invest

Bankruptcy Case No.:
08–99000–smb

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff

Plaintiff(s),

–against–

Adversary Proceeding No.
10–04879–smb

Marc I. Hertz Irrevocable Trust dtd 3/15/92
Kenneth D. Weiserin his capacity as Trustee of the Marc I. Hertz Irrevocable Trust
dtd 3/15/92
John B. Beasleyin his capacity as Trustee of the Marc I. Hertz Irrevocable Trust
dtd 3/15/92
Marc I. Hertz

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Kenneth D. Weiser |
|-------|-------------------|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 6/30/15

Vito Genna
_____

*Clerk of the Court*

By: /s/  Dawn McCaffrey
_____

*Deputy Clerk*