**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>MARC I. HERTZ IRREVOCABLE TRUST DTD 3/15/92; KENNEDTH D. WEISER, in his capacity as Trustee of the Marc I. Hertz Irrevocable Trust DTD 315/92; JOHN B. BEASLEY, in his captcity as Trustee of the Marc I. Hertz Irrevocable Trust DTD 3/15/92; and MARC I. HERTZ,<br><br>       Defendants. | Adv. Pro. No. 10-04879 (SMB) |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK  )

    I, Sarah B. Roberts, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

    On June 26, 2015, I served the Trustee's Request to Enter Default (ECF No. 6) by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

    On July 1, 2015, I served the Clerk's Entry of Default against Marc I. Hertz Irrevocable Trust DTD 3/15/92 (ECF No. 7), Clerk's Entry of Default against Kenneth D. Weiser (ECF No. 8) and Clerk's Entry of Default against Marc I. Hertz (ECF No. 9) by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                                                              */s/Sarah B. Roberts*
                                                              SARAH B. ROBERTS

Sworn to before me this
6th day of July, 2015

*/s/Sonya M. Graham*
*Notary Public*

*Sonya M. Graham*
*Notary Public, State of New York*
*No. 01GR6133214*
*Qualified in Westchester County*
*Commission Expires: Sept.12, 2017*

300363789.2

## SCHEDULE A

**Pro Se Defendants**

Kenneth D. Weiser
NEW YORK, NY 10020

Marc I. Hertz
NEW YORK, NY 10020

Marc I. Hertz Irrevocable Trust Dated 3/15/92
New York, NY 10020

300363789.2