UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>                          Debtor. | Adv. Proc. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| PERTAINS TO THE FOLLOWING CASE:<br><br>IRVING H. PICARD, Trustee for the Liquidation<br>of Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br>      -v-<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,<br>ARIEL FUND LTD., ASCOT PARTNERS, L.P.,<br>ASCOT FUND LTD., GABRIEL CAPITAL<br>CORPORATION,<br><br>                         Defendants. | Adv. Proc. No. 09-1182 (SMB) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DECLARATION OF MARIEL R. BRONEN IN OPPOSITION TO TRUSTEE'S MOTION *IN LIMINE* NUMBER 3 TO EXCLUDE THE OPINIONS AND TESTIMONY OF JEFFREY M. WEINGARTEN

I, Mariel R. Bronen, declare as follows:

1. I am an associate at the law firm of Dechert LLP, counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation.

2. I make this Declaration to put before the Court certain documents related to Defendants' opposition to the Trustee's motion *in limine* to exclude the opinions and testimony of Jeffrey M. Weingarten.

3. Attached to this Declaration as Exhibit A is the Expert Report of Jeffrey M. Weingarten dated March 19, 2015.

4. Attached to this Declaration as Exhibit B is a copy of an excerpt from the deposition transcript of Steve Pomerantz dated July 8, 2015.

5. Attached to this Declaration as Exhibit C is a copy of the Rebuttal Expert Report of Steve Pomerantz dated May 15, 2015.

6. Attached to this Declaration as Exhibit D is a copy of the Rebuttal Expert Report of Jeffrey M. Weingarten dated May 14, 2015.

7. Attached to this Declaration as Exhibit E is a copy of a Trial Order in *Picard v. Katz*, 11 Civ. 3605 (JSR), (S.D.N.Y. Mar. 14, 2012) ECF No. 177.

8. Attached to this Declaration as Exhibit F is a copy of an excerpt from a hearing transcript from *SIPC v. Bernard L. Madoff Inv. Sec. LLC* (S.D.N.Y. Oct. 12, 2012) (Rakoff, J.), ECF No. 401.

Dated:  New York, New York
        May 10, 2017                                  */s/ Mariel R. Bronen*
                                                     Mariel R. Bronen