# EXHIBIT 1

**Page 1**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


--------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.

SECURITIES LLC,                       08-01789(BRL)

        Debtor.

--------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

        Plaintiff,                 Adv.Pro.No.

                    09-1182(BRL)

        v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


        Defendants.

--------------------------------x



        VIDEOTAPED DEPOSITION OF J. EZRA MERKIN,

as reported by Nancy C. Bendish, Certified Court

Reporter, RMR, CRR, and Notary Public of the

State of New York, at the offices of Baker

Hostetler, 45 Rockefeller Plaza, New York, New

York, on Tuesday, February 24, 2015, commencing

at 9:47 a.m.

**Picard v. Merkin**                                       **J. Ezra Merkin  2-24-15**

---

**Page 114**

1  don't remember.
2        In the basket days -- remember
3  you're getting -- you've sold the call on the
4  S & P 100, on an index that -- let's just --
5  that's called the OEX. The process of
6  exercising index options is very different than
7  the process of exercising individual stock
8  options. And as a generality we either rolled
9  or got out and were not ever exercised against
10  or assigned, which is what I think you're asking
11  me.
12        You're asking me about a short
13  call. We were short the call. So the person
14  who bought the call or the party that bought the
15  call could have exercised it, which is your
16  question.
17     Q.   Right.
18     A.   I just don't remember. But
19  generally we rolled around things. Rolled as a
20  term of art. I'm not describing a physical
21  movement.
22     Q.   On the other side, your
23  recollection again in Ascot, did anyone ever --
24     A.   So, we were long the puts. So
25  it's only the entity that's long the option that

**Page 115**

1  can exercise.
2     Q.   Right.
3     A.   So if it's anyone -- did anyone
4  ever exercise is a different question.
5     Q.   Right.
6     A.   Because the only person that can
7  exercise the put is us.
8     Q.   Yes.
9     A.   Is the owner of the put.
10     Q.   Did you ever do that?
11     A.   Don't remember.
12     Q.   Did there ever come a time when
13  you discussed with Mr. Madoff why are we buying
14  puts?
15     A.   Sure. All the time.
16     Q.   And what was that conversation?
17  We didn't put the time on it and everything.
18  We'll get back to the W's later. But just --
19     A.   We're gonna get back to the W's
20  later?
21     Q.   The W's, who, what, where, when.
22     A.   Oh. I thought you were talking
23  about a position. I didn't know what you meant.
24     Q.   I'm sorry. Let me be less glib
25  here. I asked you if you had a conversation

**Page 116**

1  about not buying puts. Do you remember the
2  first time you had that conversation?
3        MR. STEINER:  Not buying puts or
4  about buying puts?
5        MR. SHEEHAN:  No, no.
6     Q.   Yeah, not buying puts.
7     A.   The question I answered was did
8  you ever have a conversation with Mr. Madoff
9  about buying puts.
10     Q.   Yes.
11     A.   Okay. And the answer to that is
12  yes. Okay?
13     Q.   I thought I said not buying puts,
14  but go ahead.
15     A.   The presence of the puts, the cost
16  of the puts, puts cost money, puts are
17  insurance.
18     Q.   Yes.
19     A.   Essentially it's an insurance
20  concept because by buying it, by adjusting the
21  strike down, you're taking a deductible. And
22  insurance policies decline in cost as the
23  deductible increases.
24        So we had quite a number of
25  conversations about where the puts should be

**Page 117**

1  struck, where does the band go, how out of the
2  money should we strike the put in order
3  simultaneously to change the performance of the
4  deductible and either decrease the cost of it or
5  increase the cost of it.
6        The intention of the program all
7  along was to be hedged. The hedge in the case
8  of this program was achieved through the
9  purchase of the put. Right?
10     Q.   I understand.
11     A.   The sell of the call helped
12  finance the put and the sell of the call also
13  did some other things, and certainly, certainly
14  it limited the upside. But if you're long a
15  call -- if you're long a stock and short a call,
16  which is called the covered right in the options
17  industry, you're partially hedged on the upside
18  and you've reduced your cost, but you're not
19  really hedged on the downside.
20     Q.   Yes.
21     A.   You will lose -- you won't lose
22  the first movement down because your first loss
23  will be covered to the extent that you pocketed
24  something for the call. So if you bought a
25  stock at 92 and you sold a 95 call at a dollar

**Page 146**

1      A.    No.
2      Q.    Why don't you take a look at it
3  right now.  It's going to take a little bit of
4  time but I think it will be worthwhile, because
5  we're going to refer to it.
6          MR. STEINER:  The one thing I
7  noticed, the original interrogatory answers that
8  these are supplementing would have had the
9  questions that were being responded to and this
10  just refers back to those questions.
11         MR. SHEEHAN:  Yes.
12         MR. STEINER:  So to the extent
13  your questions embed in them references to 1,
14  2 -- interrogatories 1, 2, 3, 7, 8, 9, 10, 11
15  and 13, then perhaps we should make those
16  available for the witness also.  But to the
17  extent your questions don't require that, you
18  know, the answer is the answer.
19         MR. SHEEHAN:  I don't think it
20  will, Neil, but if it comes up we'll certainly
21  retrieve those.
22  BY MR. SHEEHAN:
23      Q.    Directing your attention if I
24  could to page 3, starting at the first full
25  paragraph, and I'm going to just read to make

**Page 147**

1  sure we're in the same place.  It says, "In
2  addition, prior to investing with Mr. Madoff
3  Mr. Merkin met with Mr. Madoff in Mr. Madoff's
4  offices," et cetera.  Do you see that paragraph?
5      A.    I do.
6      Q.    I want to ask you just a few
7  questions about your relationship with
8  Mr. Madoff.
9          Do you recall when this meeting
10  took place?
11      A.    This meeting would have taken
12  place in the late '80s, I think, but I don't
13  recall specifically when.  This was -- this was
14  just as we were beginning the due diligence
15  process that we were doing with Mr. Madoff and
16  that's roughly when that would have happened.
17      Q.    Okay.  Had you met Mr. Madoff in
18  any capacity prior to this?
19      A.    I don't think so.
20      Q.    In the immediately preceding
21  paragraph, in fact right above the paragraph I
22  just read from, it says that, in addition to
23  other things, that your father, who was a
24  successful businessman and investor, "I know
25  Bernie, and he's okay."  Do you see that?

**Page 148**

1      A.    I do.
2      Q.    Do you know how your father knew
3  Mr. Madoff, how he came to know him?
4      A.    I have a vague recollection that
5  they met on matters that pertained to a friend
6  in common of the two of them, who had a, some
7  sort of a brokerage firm downtown that was what
8  was called a member firm of the New York Stock
9  Exchange, they were members of the New York
10  Stock Exchange.  Not a listed firm but a member
11  firm.
12      Q.    Right.
13      A.    And this friend was a friend of
14  theirs in common.  And by this time it's
15  possible, I just don't know for sure, when or as
16  of when my father may have entrusted Mr. Madoff
17  with capital to manage.
18      Q.    What do you know about that?  That
19  is, what do you know about the capital that your
20  father gave to Madoff to manage?
21         MR. STEINER:  Objection to form.
22      A.    I don't know much at all.
23      Q.    Well, were you aware of how much
24  he invested with Mr. Madoff?
25      A.    No.

**Page 149**

1      Q.    Do you know when he invested with
2  Mr. Madoff?
3      A.    I don't know.  I don't know.  It
4  may have been a number of years prior to this.
5  If this is the late '80s, this might have been
6  either directly or perhaps with friends, and I'm
7  just not sure, he may have been an investor as
8  much as a decade earlier or sometime in between
9  and it may have been not under his name.  So,
10  that is he may have been an investor in an
11  entity that was an investor of Mr. Madoff's.  My
12  first investment with Mr. Madoff was through
13  something called 61M Associates, something like
14  that.
15      Q.    Did you ever discuss with your
16  father his investment experience with
17  Mr. Madoff?
18      A.    My father was not a person of many
19  words and my father was very sparing in praise
20  and had a very constructive opinion of
21  Mr. Madoff and his investing abilities.
22      Q.    That sounds, pardon me, like a
23  conclusion.  What I'm asking is whether or not
24  you ever discussed the actual investment
25  experience that your dad had with Mr. Madoff.

Page 150

1    A.    So when I said he was a person of
2 spare praise and few words, he spoke in
3 conclusions.  So he would say I knew Bernie, I
4 know Bernie and Bernie's okay, or I know Bernie
5 and he's okay.  That's what I mean.  You
6 consider that is a conclusion, perhaps, but
7 that's what he said.
8    Q.    Is that the extent of the
9 conversation you and he had?
10   A.    At that particular time, that is
11 certainly the extent that I remember.  This is
12 going back a while.
13   Q.    I understand.
14   A.    I don't remember -- I don't
15 remember specifics about what was bought or sold
16 or owned for that investment process.
17   Q.    Okay.  Did there come a time after
18 that when you had any, any discussions with your
19 father about investing with Bernie Madoff?
20   A.    Well, my father died in 1999 and
21 so let's just say roughly ten years later, then
22 this period of time, so maybe '11, I don't know,
23 the late '80s versus the late '90s -- no, I do
24 know when my father passed away but I'm
25 saying -- so my father was 92 -- was not quite

Page 151

1 92 when he died, and I didn't have that many
2 further discussions that I remember with him on
3 that subject.
4    Q.    Okay.  Let's go back to your
5 meeting, if I may, with Mr. Madoff.
6          So, how was it that you came to
7 meet with him in the first place?
8    A.    I don't remember the circumstances
9 of the first meeting and I don't remember when
10 the first meeting was, exactly, and I have a
11 vague memory that I met Bernie downtown, meaning
12 he -- it may have been before he moved his
13 office uptown and I don't know when he moved his
14 office uptown.  I have a vague memory that I met
15 him still when he was on Wall Street.  I mean
16 that literally, that he had an office on a
17 street called Wall Street.  I don't mean the
18 financial district.
19   Q.    I understand.
20   A.    It's in the financial district but
21 if there was there was one.  This was the
22 beginning of our due diligence process and the
23 discussions that I remember more clearly are
24 already uptown at Third Avenue in the east 50s.
25   Q.    What were you doing at that time?

Page 152

1 Were you still with Gotham when you met with
2 Bernie?
3    A.    This would have been after
4 Gotham -- I don't remember.  I don't remember
5 specifically, as I say, the first investment
6 was -- of mine, was at -- through 61M
7 Associates.  61M was a, call it an account or
8 call it an investment vehicle that was managed
9 out of the Scheuer family office, which had
10 possibly also migrated uptown but for many years
11 was at 61 Broadway, and then at the Empire State
12 Building.
13          61M was an account that invested
14 money with the Madoff -- with Bernie Madoff, and
15 had a number of persons who had contributed to
16 61M for that purpose.  And the person who ran
17 the Scheuer family office as an entirety and a
18 61 account was a gentleman named Leon Meyers.
19   Q.    How was it that you came to make
20 that investment in 61?
21   A.    Leon and I had developed a pattern
22 of, you know, sort of talking about managers we
23 liked or managers we thought were interesting.
24 I'm not sure that he was the first person --
25 certainly among the very first, I don't know how

Page 153

1 that dovetailed with my dad, but he was
2 certainly -- it was certainly -- that was
3 certainly the vehicle through which I first
4 invested, and that was just me.  In other words,
5 or maybe it was the kids or something, but it
6 wasn't for the fund and it wasn't for any
7 additional limited partners.
8    Q.    Okay.  I may not -- I don't think
9 I do remember this.  Did you invest in 61 before
10 the meeting with Bernie or after?
11   A.    I invested in 61 I -- you know
12 what, I don't remember precisely.  The answer is
13 about the same time.  Ask me what took place
14 first and what took place second, I don't
15 remember.
16   Q.    All right.
17   A.    I think of both the investment
18 personally only and the meeting with Madoff, the
19 meetings with Madoff as part of the initial due
20 diligence that preceded any investments on the
21 part of the funds, and was sort of just the
22 beginning of the due diligence process.
23   Q.    So, again, returning to page 3,
24 the second line in that first full paragraph
25 says: Discuss Mr. Madoff's trading strategies

**Page 154**

1  as well as Mr. Madoff's market making
2  activities. Let's take those one at a time.
3          What did you recall, what do you
4  recall discussing with Mr. Madoff about his
5  marketing strategies?
6          MS. ARCHER: Object to the form.
7      A.   Either trading strategies or
8  market making? Which one did you --
9      Q.   Did I mess that up? I'm sorry.
10  Let me rephrase it, in light of the objection.
11          You note that you discussed with
12  Mr. Madoff trading strategies, right. It says
13  Mr. Madoff trading strategies. Can you tell me
14  what you discussed?
15      A.   So you're asking about the trading
16  strategies.
17      Q.   Yes, I am.
18      A.   So the trading strategies were
19  what strategies did Mr. Madoff use to invest
20  money on behalf of persons who entrusted him
21  with capital.
22      Q.   Right.
23      A.   Which at that time would have
24  been, you know, the single stock put underneath
25  the stock and the call above the stock and not

**Page 155**

1  the indices, and would have been perhaps, and
2  this is now guessing, maybe 30 names, maybe
3  less, maybe -- no, would have been less than 30
4  names actually at that time. And he was just
5  coming over toward the end of the period in
6  which he might want to do converts, but converts
7  had been things he had been trading, you know,
8  for a number of years prior to that. Converts
9  meaning convertible. Arbitrage meaning also a
10  strategy of long and short. Long and short
11  something that directly related to each other.
12      Q.   And you also say Mr. Madoff's
13  market making activities.
14      A.   Um-hum.
15      Q.   What did you discuss with
16  Mr. Madoff about his market making activities?
17      A.   Well, he referred to those market
18  making activities as his wholesale business in
19  which he was a wholesale broker for
20  institutional clients rather than, let's say,
21  individual clients. So they would be the
22  Fidelities and the Charles Schwabs in this
23  world. In fact, I think the next sentence, when
24  it says Mr. Madoff also explained that BLMIS
25  operated a significant wholesale business in

**Page 156**

1  which his customers included Charles Schwab and
2  Fidelity, I'm inadvertently repeating myself.
3      Q.   Yes.
4      A.   That's what he said at the time.
5  So he would have a very significant order flow
6  from, he always called them Charlie Schwabs, I
7  don't know if he was referring to the person
8  Charlie Schwab or that was just a nickname for
9  the company, and Fidelity.
10      Q.   Down below, if you travel down the
11  rest of this paragraph, and I'm reading from the
12  third line from the next-to-last sentence. It
13  reads: "His firm was a very dominant market
14  maker with an extraordinary share of the trading
15  and certain NYES stocks, particularly heavy
16  traded large cap stocks."
17      A.   Um-hum.
18      Q.   Did that -- the fact that he did
19  that, did that have any influence in your
20  thinking of evaluating Mr. Madoff as to how that
21  might impact his trading strategies?
22          MR. STEINER: Objection to form.
23      Q.   Do you understand my question?
24      A.   Not exactly.
25      Q.   Okay. In other words, why was it

**Page 157**

1  important, if you're investing with his trading
2  operation, why do you care about his market
3  making?
4      A.   So, again, this goes to early due
5  diligence.
6      Q.   Yup.
7      A.   And what was involved in that
8  process, that long process. So, generally
9  establishing a reputation or examining a
10  reputation that has been established is part of
11  that due diligence process. This is as compared
12  with, say, to we talked before about GMAC. This
13  is a different due diligence process, where it's
14  not people combing over, you know, bond
15  indentures.
16          It was important to me that Madoff
17  had a sterling reputation. It was important to
18  me that he was heavily involved in the industry.
19  It certainly was of significance to me that he
20  became the chairman of NASDAQ and that his
21  brother was the governor of NASDAQ. And those
22  things were accomplished through, in part, their
23  dominant market share in the wholesale business.
24  That's what -- that's one of the things that
25  Madoff was known for.

Page 158

1       The fact that trading clients such
2   as Charles Schwab and Fidelity were willing to
3   entrust them with their order flow was
4   significant to me.  So all of those attributes
5   play a role.  His overall stature in the
6   business, his involvement in regulatory affairs
7   for the industry, his becoming the chairman of
8   NASDAQ and a spokesman for the industry, as well
9   as NASDAQ's chairman, was significant to me in
10  terms of my initial engaging in the due
11  diligence process.
12      The market making activity also
13  created an order flow that Madoff suggested
14  helped form views, his views of the market, and
15  since what he was doing in the trading strategy
16  was to some extent market timing on a hedged
17  basis, to a considerable extent perhaps market
18  timing on a hedged basis, the cues that he was
19  able to take from the wholesale business may
20  have been some significance in terms of -- may
21  have been of some significance to me in terms of
22  being attractive to the market making business.
23      Q.    Let's just stick with that.  The
24  order flow, what information would he obtain
25  from that that could be of assistance to him in

Page 159

1   the investment advisory business?
2       A.    Would he have obtained, did you
3   say, or I?
4       Q.    Yeah, would he.
5       A.    Okay, I didn't hear you.  Sorry.
6       Q.    I'm sorry, I apologize.
7       A.    You seem -- you see market
8   patterns, you begin to -- a lot of the market
9   timing business is recognizing patterns that
10  you've seen before.  And so when you have enough
11  order flow and when you dominate in some big cap
12  names, the cues that Madoff took to decide this
13  was a good time to enter into what we call catch
14  a turn, were we in cash, meaning in treasuries,
15  or exit a turn and go back to treasuries, which
16  happened roughly, let's say, three to six times
17  a year or maybe even four to eight times a year.
18  "It" meaning the turns.
19      Q.    Yes.
20      A.    May well have been driven in part
21  by the long experience he had in making markets.
22  It's a little bit akin to what order flow means
23  to some of the more conventional Wall Street
24  traders.  You know, say for example a very large
25  firm that has a lot of customer flow and that

Page 160

1   trades for its own account partly based on what
2   they see in terms of their flows, or perhaps
3   even somewhat akin to a specialist who is both
4   making a market in a stock and also running a
5   book.
6       That is sort of what I remember
7   today as what I might have thought at that time.
8   There may have been other things involved as
9   well but that's what I remember at the moment.
10      Q.    Just by way of example here, let's
11  say he gets an order, substantial order from
12  Schwab for a particular stock, to buy at 50.
13  Would that give him the insight that what he
14  should do is that he knows that's at least going
15  to go to 51 or 52 and therefore he should buy
16  the stock?
17      A.    I wouldn't think so.  I don't
18  think he was necessarily in the business of
19  front-running his order flow.  For starters, I'm
20  not sure that's legal and, secondly, you won't
21  stay in business very long front-running your
22  order flow.
23      Let's put it this way, Charles
24  Schwab wasn't giving him an order to buy some
25  stock at 50 to then get completed at 52.  Or

Page 161

1   they may have done it once or maybe once and a
2   half, but that's not a business plan.  If you
3   understand what I'm saying.
4       Q.    No, I do understand that.  That's
5   why I asked.
6       A.    So I think that's not what one
7   takes away from that.  He was, I think, much
8   more interested in marrying the trade and
9   finding Charles Schwab a, in your example he
10  wanted to buy, finding Charles Schwab a seller
11  for his order out of some other part of his
12  order flow.
13      Q.    Right.
14      A.    So that's what I meant by an
15  upstairs example of the exchange.  He could put
16  together the buy and the sell.
17      Q.    I understand that.  We're going to
18  talk about execution and that kind of stuff in a
19  little bit.  But what I'm interested in is --
20  pardon me if I use a nonterm, but it sounds
21  like, your description of his insights into the
22  market making, sounds like he's surfing off
23  those orders to enhance his ability in the
24  investment advisory business?
25      A.    How does that sound that way?

41 (Pages 158 to 161)

**Picard v. Merkin**                                                                        **J. Ezra Merkin  2-24-15**

**Page 174**

```
1   volume of business he did on the wholesale side,
2   that was always of interest to me.
3           These Fidelity and Charles Schwab
4   orders are sought after.  They are the staff of
5   life to people who handle their business.  And
6   Madoff was, I spoke to somebody at Fidelity,
7   that's what I mean as a customer at this time,
8   and got back very positive review, all part of
9   the due diligence process.
10          I spoke to investors of his,
11  clients of his as distinct from customers.
12  Clients on the market-making side at that time,
13  who I think are some of the single most able
14  people I've met in the investment business,
15  still think so.  I still think that about some
16  of these people.  And, you know, they all had
17  very positive things to say.
18      Q.    Do you know if Mr. Madoff paid for
19  order flow?
20      A.    Pay for order flow was a subject
21  of his over a number of years.  It subsided over
22  time.  The whole -- I'm moving ahead in time
23  frame, so if that's not where you want to go --
24      Q.    At the time you're doing your due
25  diligence here?
```

**Page 175**

```
1   A.    Initially.
2   Q.    Yeah, initially.  Did you know at
3   that time that perhaps one of the reasons he had
4   the clients he did is because he paid for order
5   flow?
6   A.    I don't remember whether it came
7   up in the first meeting or two or not.  I just
8   don't remember.
9   Q.    Did you subsequently learn that he
10  paid for order flow?
11  A.    I certainly know that payment for
12  flow was something that he said that he was open
13  to and did.  I was not a wholesale customer, I
14  can't -- the way you worded the question, can I
15  confirm to you independently that he paid for
16  order flow, I cannot.  I can only tell you what
17  he told me.
18  Q.    When you talked to Fidelity did
19  you talk about paying for order flow?
20  A.    Certainly not at that first
21  meeting.
22  Q.    Did you ever talk to him about it?
23  A.    Not that I recall.
24  Q.    Let's go back to clearing broker
25  again.
```

**Page 176**

```
1   A.    Um-hum.
2   Q.    Does Merrill Lynch clear trades?
3   A.    Does Merrill Lynch clear some
4   trades?
5   Q.    Yes.
6   A.    I would imagine so.
7   Q.    Do you have any knowledge that
8   they clear trades?
9   A.    I believe they do.
10  Q.    And they were cleared -- do you
11  know what the term "introducing broker" means?
12  A.    Not very precisely, no.
13  Q.    Do you know if introducing broker
14  clears trades?
15  A.    I don't know -- the answer is I'm
16  not sure.
17  Q.    When the person who clears the
18  trade -- like Merrill Lynch is clearing trades
19  for Madoff, let's assume that he was clearing
20  his trades through Merrill Lynch, right?
21  A.    I don't think he did.
22  Q.    No, no, but I'm asking you to
23  assume that he did.
24  A.    Okay.
25  Q.    You would know, would you not,
```

**Page 177**

```
1   that when you got a statement from Merrill Lynch
2   that they held a certain stock long that they
3   had that stock, would you not?
4   A.    I just don't follow.  You're
5   saying now that I got a, let's say a monthly
6   statement from Merrill Lynch that Bernard L.
7   Madoff had bought a hundred shares from me and
8   that was held at Merrill?
9   Q.    Yes.
10  A.    I just don't see the nexus to
11  Bernie.  I'm missing something.
12  Q.    If Bernie is using Merrill Lynch
13  to clear his trades.  He's not clearing them
14  himself.
15  A.    I would have known -- I would have
16  known -- had Bernie cleared our account at
17  Merrill Lynch, I would have had statements from
18  Merrill Lynch that would have reported that
19  information to me, yes.
20  Q.    And would -- are there regulations
21  governing clearing brokers?
22  A.    I would think yes.
23  Q.    Are you familiar with them?
24  A.    Not terribly well, no.
25  Q.    When Bernie was clearing his own
```

**45 (Pages 174 to 177)**

**Page 178**

1  trades and sending you a statement that he held
2  a certain stock, did that mean he had the stock?
3      A.   If Bernie sent me a statement that
4  said that we own on your behalf these shares?
5      Q.   Yes.
6      A.   Again, your behalf means the
7  funds?
8      Q.   Right.
9      A.   So the customer was, say, Ascot,
10  not Ezra Merkin.
11     Q.   Right.
12     A.   I did not have separately a
13  managed account at Madoff's. My Madoff exposure
14  was through the funds other than the 61M at the
15  beginning.
16     Q.   Sorry, I'm speaking empirically
17  and I shouldn't. So, if Epcot got a statement
18  that said he held certain stocks and Bernie
19  told you he had those, would you really know
20  whether he had the stocks?
21     A.   Yes.
22     Q.   How would you know?
23     A.   He told me he had them.
24     Q.   Other than that, you had no
25  information?

**Page 179**

1      A.   I'm not sure what you're asking
2  me. How is it different than Merrill Lynch
3  telling me it has them?
4      Q.   Because it isn't Merrill Lynch
5  controlled as a clearing broker as to what it
6  has to do.
7      A.   I'm sorry?
8      Q.   As a clearing broker, does it not
9  have to hold the stock that it's clearing for
10  someone else?
11     A.   If Bernie self-cleared and we got
12  a statement from Bernie that said we own this
13  hundred shares -- I don't remember your example
14  anymore -- and we had a statement from Merrill
15  that said we owed -- we own, pardon me, the same
16  hundred shares, let's just say we like the
17  investment and we've given Merrill an order to
18  buy a hundred shares of one of the stocks in the
19  basket. And we have both of those monthly
20  statements in front of us at the end of the
21  month or in the beginning of the next month.
22  Why -- what -- why would I see those two
23  statements as being any different as to the
24  ownership of those shares?
25     Q.   Well then why doesn't everybody

**Page 180**

1  self-clear?
2      A.   Because it's expensive to
3  self-clear unless you get to a certain critical
4  mass of capital. That's why most people -- not
5  most. Many people have moved out of the
6  self-clearing business and because there are
7  clear significant economies of scale in
8  self-clearing and you can clear less expensively
9  per trade for a very large group of customers
10  than an individual customer may be able to do
11  for himself.
12     Q.   Is it not true that the risk
13  factor for self-clearing is self-dealing?
14     A.   The risk factor for self-clearing
15  I would say is -- this goes back to what we
16  talked about a little bit before. One of the
17  attributes of prime brokerage is custody and
18  clearing. So, if the firm that has custody of a
19  hundred shares goes under, right, you have risk.
20  You're an unsecured creditor of that firm. So
21  you care about the credit quality of the firm
22  that owns your -- that holds your securities for
23  you.
24     Q.   Right.
25     A.   This was a huge issue in '08 when

**Page 181**

1  there was systemic risk everywhere, people
2  worried about contra-party risk.
3      Q.   When you heard that Bernie
4  self-cleared -- keep calling him that but we
5  know who I'm talking about. Mr. Madoff
6  self-cleared.
7      A.   Yeah, yeah, fine. You made that
8  very clear from the beginning.
9      Q.   Did you do a credit analysis of
10  Madoff's organization to give you comfort with
11  regard to that?
12         MR. STEINER: Objection to form.
13     A.   I think we looked into one or two
14  things. I don't remember the specifics at the
15  time, but whether it was then or later, but we
16  tried to develop a sense of what his regulatory
17  capital was in his business.
18     Q.   And what does that mean, tried to
19  develop a sense of his regulatory capital?
20     A.   Asked them and tried to look at
21  filings, you know, thereabout, as to that
22  subject.
23     Q.   Did you ever ask to look at his
24  focus reports?
25     A.   I don't remember.

**BENDISH REPORTING**
**877.404.2193**

**Page 182**

1    Q.   Did you ever look at his focus
2  reports?
3    A.   I don't remember.  Certainly
4  discussed his focus reports.  I'm not sure I
5  discussed the focus reports with him with them,
6  with the focus reports, or just discussed them
7  with him without the focus reports.
8    Q.   Did it surprise you to learn that
9  his focus reports never reported the IA
10  business?
11       MR. STEINER:  Objection to form.
12    A.   I don't know.  I don't know
13  whether I knew that or not.  I can't remember
14  whether I knew that or not.  I think he
15  discussed them -- there's one conversation I
16  have in the back of my mind which was not then
17  which would -- which would not necessarily make
18  that a surprise.  I just truly don't remember.
19    Q.   My colleague points out that you
20  keep using the term "we."  I wasn't picking up
21  on that.  When you say "we" with regard to this,
22  Mr. Merkin, did anybody assist you with regard
23  to this endeavor to do due diligence on Mr.
24  Madoff?
25    A.   Back there at the first meeting?

**Page 183**

1    Q.   Yeah.
2    A.   Probably at the first meeting it
3  was me, myself and Mr. Madoff.  Subsequently,
4  certainly once we had made investments, Mike
5  Autera who runs my back office was on the phone
6  and participated in meetings at the Madoff
7  office and had his own phone calls with
8  certainly one of the persons in the Madoff
9  organization.
10       And the overall due diligence
11  process goes far beyond, at least in my head,
12  goes far beyond me.  The discussions with
13  investors over time, you know, the ongoing work
14  on the confirmations, the trips to his office
15  with investors, the visits there, their
16  questions of him, their questionnaires to us
17  about him, visits there in the office was part
18  of the due diligence process that makes "we" not
19  figurative, but it involves a number of
20  different people.
21    Q.   I understand that, but I was
22  talking specifically about your organization,
23  whether it's GCC, which didn't exist at that
24  point, as I understand it; is that correct?
25    A.   There was probably a management

**Page 184**

1  company then.  It might have not had that name.
2    Q.   Maybe it was Ariel Capital Corp.?
3    A.   Might have been Ariel Capital
4  Corp.
5    Q.   My question is just that.  I'm not
6  talking about other people who were investors
7  you may have talked to and other things.  My
8  question when I said "we," is there anyone else
9  within your organization, like Mike Autera, who
10  did due diligence with regard to the investments
11  in Mr. Madoff?
12       MR. STEINER:  Object to the form.
13    A.   By Mike I mean Mike Autera.  Mike
14  came with me to the office, to the Madoff
15  office, bringing investors to the Madoff office
16  and listening to their questions and his
17  answers, big part of the due diligence process.
18    Q.   I understand that and I appreciate
19  that testimony.  My question very specific
20  was --
21    A.   You're saying not including that?
22    Q.   Yeah, not including any of them.
23  Who, if anyone, in your organization, whether it
24  was Ariel or Gabriel Capital Corp., did due
25  diligence with regard to BLMIS?

**Page 185**

1    A.   The Madoff relationship in our
2  organization was heavily managed by Mike and me.
3  I'm not saying to the absolute exclusion of
4  everybody else, but it was basically Mike and
5  me.
6    Q.   Let's just go back just to that
7  last answer, the penultimate answer, actually.
8  That is, when you say you went to Mr. Madoff
9  with other investors and you talked to other
10  investors, did that -- well, let me start first
11  with the other investors.  The other investors,
12  did they know anything more than you knew?
13    A.   From time to time, sure.
14    Q.   What did they know, they told you
15  that you didn't know from talking to Mr. Madoff?
16    A.   I think from time to time they had
17  insights into the process that I might have
18  learned of from them in the first instance.
19    Q.   Such as?
20    A.   Than from him.
21    Q.   Such as?
22    A.   I'm not sure.  There's
23  something -- if you leave that question with me
24  I'll try to come up with something more
25  concrete.

**47 (Pages 182 to 185)**

**Page 186**

1  Q.   We'll come back to it.  What I'm
2  looking at is, by talking to others and by
3  bringing people to talk to Madoff, was there
4  anything different going on there than you just
5  talking one on one with Madoff?
6        MR. SIEV:  Objection to the form.
7  A.   There might have been -- if you
8  meet somebody for the first -- I talked to
9  Bernie somewhere between 10 and 15 times a year.
10  Spoke or met with him between 10 and 15 times a
11  year for many years.
12  Q.   Right.
13  A.   I'm going to say roughly, very
14  roughly once a month.  It wasn't always every
15  month and those 10 or 15 times were not
16  separated by the same amount of time every
17  week -- every conversation.  But the importance
18  of listening to Bernie present what he did to
19  someone who met him for the first time is always
20  helpful.  Because you don't refer to things you
21  talked about five years ago or seven years ago
22  or last week, and it's not -- it's less
23  conversational and it's an introduction to a
24  fresh pair of eyes, a fresh pair of ears, a
25  thinking head and a critical acumen, and that

**Page 187**

1  can be very, very, very additive.
2  Q.   You indicated -- I'm sorry, I'm
3  moving around.  I'm going to page 5 of this
4  document, 354.  Down in the last paragraph.
5  A.   Just one second.
6  Q.   Sure, take your time.
7  A.   Just trying to get there.  Sorry.
8  Q.   It's a paragraph that starts,
9  "Mr. Merkin also knew."  And if you travel on
10  down, you start -- you discuss the SEC.  I want
11  to be sure I don't miss something here.  Sorry,
12  I might have jumped over something.
13  A.   It's okay.
14  Q.   Boy, your memory place tricks
15  here.
16  A.   Would you say that for the record,
17  please.
18  Q.   I would readily admit it to the
19  jury.  Just ask Brian Williams.
20        Let's go back to page 5 and the
21  SEC.
22  A.   Last paragraph?
23  Q.   Yeah, last paragraph.  I'm going
24  to just read it.  "In one of their many
25  conversations, Mr. Madoff reported that the SEC

**Page 188**

1  had visited BLMIS's offices to conduct reviews
2  eight times in 16 years, and that gave you
3  additional comfort about Mr. Madoff's bona
4  fides."  Do you see that?
5  A.   I do.
6        MR. STEINER:  It wasn't exactly a
7  correct reading, but close enough.
8        MR. SHEEHAN:  All right.  I stand
9  by the record, not by what I said, all right?
10  Just suggesting a question.
11  Q.   But can you tell me what you
12  discussed that gave you comfort?
13  A.   Unless I'm missing, it says -- the
14  specific reference to the SEC reviews?
15  Q.   Yes.  Did he tell you what they
16  did?
17  A.   Oh.  I thought you were saying
18  something about the comfort.
19  Q.   No.
20  A.   He had either scheduled or
21  surprise visits from the SEC with some
22  regularity and some frequency, perhaps more on
23  the regular than on the surprises.  He was very
24  proud of his overall compliance record and just
25  sort of a clean bill of health with occasional

**Page 189**

1  references to one or two smaller things, and it
2  certainly meant a great deal to me that the SEC,
3  with the power of subpoena, with the ability to
4  spend days at the firm, presented it, came away
5  presented it, came away and said, you know,
6  thank God for Bernie.  And that was very
7  significant to me.
8  Q.   My question, though, was, maybe I
9  wasn't clear so I'll restate it.
10        Did he tell you what exactly the
11  SEC did during these visits?
12  A.   Yeah.  He -- his operation was
13  reviewed by the SEC.  It is my memory on the --
14  on what I thought of as the two sort of aspects
15  of the business.
16  Q.   What I'm asking you for is
17  specifically, for example, did he tell you that
18  they asked for access to DTCC to verify the fact
19  that he had the stock he said he had?
20  A.   I don't remember that
21  conversation.
22  Q.   Did he ever represent to you that
23  that happened?
24  A.   I truly don't remember.
25  Q.   Okay.  Page 6 if you would,

**Page 210**

1    A.   I remember the industry changing.
2  I don't remember when it was.
3    Q.   Do you have an understanding of
4  the term "decimalization"?
5    A.   As you used it now, I think you're
6  referring to quotation of stocks in decimals,
7  rather than in fractions.
8    Q.   Right.  In the old days they would
9  trade them in steenths, would you agree?
10    A.   In the old old days, they'd trade
11  them in 30 seconds, but I think --
12    Q.  I'm not that old.
13    A.   -- 30 seconds were reduced to
14  steenths.  They were also called teenies.
15    Q.   Yeah, exactly.  To your knowledge,
16  to your knowledge, did the changeover to the
17  decimalization have an impact upon the market
18  making platform of Mr. Madoff?
19    A.   I had conversations with
20  Mr. Madoff about the impact of decimalization.
21  I don't remember them very carefully as a topic.
22  I'm not sure it came about -- I'm not sure it
23  focused on the market making stuff.
24      The market making -- I just don't
25  remember.  I don't remember such a conversation.

**Page 211**

1  I remember conversations about decimalization,
2  but I don't remember something about the market
3  making.
4    Q.   This may be drilling down too far,
5  but in any event, see if you would agree with
6  this statement.  After decimalization, in order
7  to make money you had to act as an agent, not as
8  a principal, would you agree with that?
9    A.   In what line of endeavor?
10    Q.   In trading, market making of
11  stocks.
12    A.   And before that as a principal?
13    Q.   Yes.
14    A.   Run it by me again, I'm sorry.
15    Q.   Okay.  Let me just drop it.  I
16  think I'm going into an area that's just of
17  interest to me but probably doesn't mean much
18  anyway.
19    A.   Okay.
20      THE VIDEOGRAPHER:  Off the record,
21  3:18.
22      (Recess taken.)
23      THE VIDEOGRAPHER:  We're back on,
24  3:40.
25  BY MR. SHEEHAN:

**Page 212**

1    Q.   Earlier today we were talking
2  about monitoring due diligence.  My question is
3  did you ever do monitoring due diligence on
4  BLMIS, on behalf of any of your funds?
5    A.   Yes.
6    Q.   What did that monitoring due
7  diligence consist of?
8    A.   Some of these things we have
9  talked about before the break and perhaps even
10  before then, but if one is approximately 10 or
11  15 conversations a year, conversations either in
12  person or on the phone, were meant to continue
13  to monitor and continue to perform due
14  diligence.
15      I just want to make sure he's
16  okay.  Yes, he is.  Are you okay?  Okay, sorry.
17  I thought you had a problem.
18      Was a form of continuing due
19  diligence on the Madoff organization and the
20  organization of the Madoff function.  That is,
21  we didn't just get on the boat, wave farewell
22  after we started investing.  There were
23  numerous, numerous conversations.
24      Madoff's role in the affairs of
25  Yeshiva University was such that I was likely to

**Page 213**

1  bump into him then a couple times a year for
2  that.  And there was always or almost always an
3  opportunity to ask him something that I wasn't
4  sure about in terms of where the strategy --
5  whether it had been executed properly or where
6  the strategy might be headed to next.
7      Madoff's continued and growing
8  success and prominence in the securities
9  industry was very significant.  He did end up in
10  the position he achieved at NASDAQ, as its
11  chairman, and he went to Washington for hearings
12  for testimony.
13      I remember an occasion when he and
14  the president of the stock exchange and a former
15  chairman of the SEC were basically the three
16  persons who congressional committees wanted to
17  speak to.  That all goes to various and
18  different forms of due diligence.
19      Continued to talk to investors,
20  continued to talk to investors of his not
21  through us, who I thought were thoughtful and
22  insightful investors, bringing investors to see
23  him was a big part of what we were after.
24      Various events that took place in
25  the securities industry mattered to me a great

**Page 254**

1    Q.    What do you understand a trading
2  authorization directive to be?
3    A.    Okay.  It's not -- is the prior
4  page part of this?  Is that your sense of it?
5    Q.    Not really, but it could -- I
6  think they're probably -- probably connected,
7  yeah, I would think so.
8    A.    I'm trying to figure out what this
9  has to do, if anything -- it starts on October
10  22nd.  Isn't that much earlier than the November
11  5th, the November 5th, to do things that
12  looks -- purport to do things that are very
13  Patriot Act related.
14    Q.    Yup.
15    A.    And maybe that's the next two
16  pages.
17    Q.    Yup.
18    A.    You'll notice by the unregistered
19  concept there.  But I don't believe that what
20  starts -- at any rate, my sense of the trading
21  directive, which is the question I was trying --
22  the question you asked and the question I'm
23  trying to answer, not sure has anything to do
24  with the Patriot Act or anything that precedes
25  it in this packet.  I'm not sure.

**Page 255**

1    Q.    All right.  Just to move it along,
2  and again Neil can point out if I leave a word
3  out, but I'll try not to.  I'm going to read
4  that first paragraph.  It reads:
5      "Bernard L. Madoff acting as the
6  undersigned's agent and attorney in fact has not
7  been granted, nor shall he exercise any
8  investment discretion as to the selection of
9  securities or other purchase or sold by or --"
10  did I leave it out?  "-- or other property
11  purchased or sold by or for the undersigned
12  account, except with respect to the timing and
13  size of transactions and to the extent set forth
14  below.  Purchase and sale of securities shall
15  further be limited to issuer --"
16      MR. STEINER:  As to issuer.
17    Q.    "-- as to issuer contract and in
18  quantity and shall include only executions that
19  are in accordance with the following
20  parameters."
21    A.    Yes.
22    Q.    With that in mind, did you and
23  Mr. Madoff sit down and decide what the
24  directives would be as to his trading strategy?
25    A.    If you asked me independent of

**Page 256**

1  this piece of paper and over the course of time,
2  the way you asked the question, yes, we had any
3  number of conversations over a sweep of years as
4  to the strategy, what it encompassed.
5      The simple move from individual
6  options to baskets makes the answer to your
7  question yes, because he certainly asked us
8  about it and we talked about it beforehand.
9      We often talked about when he was
10  gonna come in beforehand, not necessarily
11  always.  You know, the overall catching of turns
12  and whether their strategy could be widened,
13  narrowed, broadened, heightened, sweetened, made
14  better, you know, the usual, the two twin
15  objectives, less risk and more reward.
16      So, yes, sure, we talked about the
17  trading strategy all the time.  Not necessarily
18  in connection with this piece of paper.  He and
19  I did not sit down and hammer out this piece of
20  paper together.
21    Q.    When you received this piece of
22  paper -- let me rephrase that.
23      Is it your testimony then you had
24  nothing to do with the drafting of this
25  document?

**Page 257**

1    A.    As best as I remember today, I
2  don't think I had any -- I certainly didn't
3  draft it, I certainly didn't word it and
4  discussed it after -- discussed it with
5  Mr. Madoff after I received it.  Meaning I
6  certainly did do the latter.  I did discuss it
7  with him after I received it.
8    Q.    Was it your understanding upon
9  reading this that Mr. Madoff would comply with
10  all of these directives as he managed the fund?
11    A.    It was my understanding that he
12  would do so and that we had the prerogative of
13  changing it whenever we wanted.  So that it
14  wasn't necessarily something that we were going
15  to be wedded to forever, nor was it presented as
16  a significant departure from what we -- what he
17  was heretofore doing for us.  Maybe I should say
18  theretofore and not heretofore.
19    Q.    There's one in particular I want
20  to ask about.  It's one, two, three, four -- the
21  fourth bullet point.
22    A.    Okay.
23    Q.    Starting with the words "The
24  resulting portfolio."  See that?
25    A.    Yes.

**BENDISH REPORTING**
**877.404.2193**



Page 306

Page 308

```
 1   paraphrased.
 2         I think -- let's put it this way,
 3   to the extent that I can make some sense of
 4   this -- I don't really -- if we discussed --
 5   Madoff was, was, I don't think Madoff failed to
 6   answer too many questions certainly that I put
 7   to him.
 8         Where he would say that's -- that
 9   that is a subject that he considers somewhat
10   proprietary is what you called the algorithm.
11   In other words, he wasn't that interested in
12   training people -- he used to say, I'm not that
13   interested in training people in Madoff.  And by
14   that he meant to say, in the algorithm.  In
15   other words, this is the thing that we do that
16   we think is proprietary, it comes out of the
17   totality of what we spend on the computer
18   systems and the order flow and it lets us judge
19   these turns.  That was something that he would
20   answer and consider proprietary.
21         So I'm just guessing -- doesn't
22   even relate to this, so I don't know.  I've
23   spent five minutes looking at this document, I
24   wouldn't put this at the top of the list of what
25   he got wrong.  I think the top of the list is
```

Page 307

Page 309

```
 1   crowded with other things that are just
 2   factually wrong.  This one I think he either --
 3   just assuming that he was on the same phone
 4   call.  I don't know.
 5       Q.   Let me just offer that and move
 6   off the document for a minute.
 7         You know, did you ever have a
 8   concern, from a scalability standpoint, of the
 9   ability of Merkin to -- Merkin -- Mr. Madoff to
10   purchase options consistent with the strategy?
11       A.   So purchase, you mean puts?
12       Q.   Yeah, purchasing puts, or selling
13   calls.  One or the other that, since he had to
14   do both theoretically under the split-strike,
15   that the volume of those options on either side
16   of the collar, whether that volume was available
17   to him given the size of his investments?
18         MR. STEINER:  Objection to form.
```

```
12       A.   I think I've told you that I don't
13   remember the specifics today of any call --
14       Q.   Right.
15       A.   I'm sorry, of any issues or any
16   subjects I discussed on that call.  I observed
17   that the quotes are not used only to reflect a
18   direct quote, as you suggested, but can also be
19   used to frame a paraphrase, or so the
20   parenthetical suggests, about halfway in the
21   middle of the page.
22       Q.   Yup.
23       A.   That is the editor's explanation
24   of how he uses quotes.  So, you know, I don't
25   know what he quoted and I don't know what he
```

```
23       A.   Mr. Madoff and I certainly
24   discussed that over time and he certainly made
25   clear that an ever evolving higher percentage of
```

**Page 321**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------x
In Re:


BERNARD L. MADOFF INVESTMENT        Adv.Pro.No.

SECURITIES LLC,                     08-01789(BRL)

            Debtor.
--------------------------------x
IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

            Plaintiff,              Adv.Pro.No.

                                    09-1182(BRL)

            v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


            Defendants.
--------------------------------x
```

CONTINUED VIDEOTAPED DEPOSITION OF

J. EZRA MERKIN, as reported by Nancy C. Bendish,

Certified Court Reporter, RMR, CRR, and Notary

Public of the State of New York, at the offices

of Baker Hostetler, 45 Rockefeller Plaza, New

York, New York, on Wednesday, February 25, 2015,

commencing at 9:42 a.m.

**Page 386**

1      It was not quite at this time, but
2  Mr. Gottesman's decision to have Mr. Madoff join
3  the university board and become the chairman of
4  their business school board, become at some
5  point the treasurer of the university, a member
6  of the executive committee, were later events,
7  some of them not that much later because that
8  takes place over a series of years, that I think
9  reflected those views.
10     Q.   Did Mr. Gottesman ever share with
11 you how much he invested in BLMIS?
12     A.   I don't remember.
13     Q.   Would the amount of money that
14 Mr. Gottesman placed with BLMIS be of any
15 significance to you?
16     MS. ARCHER:  Object to the form.
17     A.   I don't remember.  At the time
18 Mr. Gottesman had -- was a very, very, very
19 significant investor in Berkshire Hathaway.
20 It's possible that even then I was aware, or I
21 believe is the case which is he was the largest
22 single individual shareholder in Berkshire other
23 than Mr. Buffett.  They're institutional
24 investors, but I think at some point I realized
25 he had a larger -- perhaps was a larger investor

**Page 387**

1  than anybody -- any other individual.
2      So nothing -- he was never going
3  to invest with some other person.  Just for
4  sheer size, of what he might have had with
5  Berkshire and therefore what he had someplace
6  else was not something that I necessarily asked
7  about or remember hearing about or paid that
8  much attention to.  Unless it was trivial, but I
9  don't have any memory that it was trivial.
10     Q.   What would be a trivial amount in
11 your mind?
12     A.   Then?
13     MR. STEINER:  Objection to form.
14     Q.   Yes.
15     A.   I don't know.
16     Q.   The next name on the list is
17 Mr. Gedale Horowitz.
18     A.   Um-hum.
19     Q.   Again, prior to 1990, did you have
20 a relationship with Mr. Horowitz?
21     A.   Yes.
22     Q.   How would you describe that
23 relationship?
24     A.   I knew him.  I knew him probably a
25 little bit less well than I knew Mr. Gottesman

**Page 388**

1  but not that much less well.  He was a -- had
2  been a figure at the Yeshiva University board.
3  I'm not sure he was still on the board but he
4  was the chairman of their investment committee
5  at that time and I had, by then I'm pretty sure,
6  joined the investment committee.  I'm not sure I
7  necessarily was then chairing it.  Pardon me.
8  Can't quite place the time sequence today.
9      He ran Solomon Brothers' municipal
10 department, municipals department which, when he
11 ran it, until -- the department was closed, was
12 sort of a huge firm within a firm.  He was
13 probably one of the leading spokesmen for the
14 muni industry.  The nature of the muni industry
15 is such that government relations are very
16 critical because municipals are debt securities
17 issued by government entities, perhaps without
18 exception.  They don't qualify for their tax
19 advantages.
20      What I remember from a
21 conversation with him, very specifically at that
22 time, was the extent to which the regulatory
23 world and the congressional world held
24 Mr. Madoff in such high esteem.  That would have
25 been something that would have been important to

**Page 389**

1  me and he would have been a very critical figure
2  in knowing, because he was constantly traveling
3  among states, and specifically to Congress in
4  Washington, on governmental relations, because
5  they're so important to the muni industry, and
6  because Solomon was such a dominant name in
7  municipals.  And he kept saying to me -- he was
8  the person who said to me at that time, Bernie
9  Madoff, a legend on Wall Street.  He said, but
10 you -- but possibly even more so, even more than
11 a legend in Congress.  Given Bernie's testifying
12 down there and given the extent to which they
13 had looked to him for certain issues in the
14 securities industry.
15     Q.   Did you know whether or not
16 Mr. Horowitz had a -- any kind of a personal
17 relationship with Mr. Madoff at that point in
18 time?
19     A.   I don't really remember today
20 whether that was the case or not.  I have very
21 specific memories of their knowing each other
22 subsequent to that time.  In other words, I can
23 tell you about things subsequent to that, but
24 they did very clearly know each other, but I
25 don't remember today whether I knew that then or

**Page 402**

1    A.    I asked the right person the right
2  question.
3    Q.    If you turn to page 3, the first
4  full sentence at the top says you had
5  conversations with customers of BLMIS's market
6  making operations.
7    A.    Um-hum.
8    Q.    Do you recall who those customers
9  were?
10   A.    Well, Fidelity for sure.  And I
11 don't remember at the moment who else it might
12 have been.  There might have been somebody at
13 Charles Schwab.  I just don't remember.
14   Q.    Do you recall the particular
15 person you spoke to at Fidelity?
16   A.    No.
17   Q.    And did Fidelity send you any
18 documentation regarding BLMIS's market making
19 operations?
20   A.    I don't think so.
21   Q.    Do you know Henry Kaufman?
22   A.    I do.
23   Q.    How do you know Mr. Kaufman?
24   A.    How do I know Mr. Kaufman?  I know
25 Mr. Kaufman because he and his wife, for a

**Page 403**

1  period of decades, were very active in something
2  that related to a school for music and culture
3  generally on the west side of Manhattan, in a
4  school that my family has had an involvement
5  with for, must be half a century or 40 years,
6  something like that.  Meaning my parents,
7  myself, my siblings, my brother I think might
8  still be on the board.  So I knew him a little
9  bit from there.  And I knew him from going back
10 to his Solomon days a little bit.  We also had
11 additional friends in common.  One would have
12 been Leon Levy.
13   Q.    Did you ever speak to Mr. Kaufman
14 regarding BLMIS?
15   A.    Yes.
16   Q.    And when were those conversations?
17   A.    Can't say I remember specifically
18 when they were.
19   Q.    Do you recall whether it was prior
20 to your investments in BLMIS, so prior to 1990,
21 or was it later on?
22   A.    I certainly can't recall -- I
23 certainly can't recall with specific precision
24 that they were prior or else I would have
25 included them in the document.  So it must have

**Page 404**

1  failed some precision test of my own.  But it's
2  an older relationship, so it could have well
3  been back then as well.
4    Q.    Did you discuss -- do you know
5  whether or not Mr. Kaufman had any investments,
6  either personal or through family entities, with
7  BLMIS?
8    A.    I believe he did.
9    Q.    And was that the subject of your
10 conversation regarding BLMIS?
11   A.    It certainly came up.  I mean, it
12 wasn't the only part of it, but it came up.  He
13 had a gentleman who worked with him, whose name
14 I can't remember at the moment, and we had the
15 conversations in his office.
16   Q.    What was the nature of those
17 conversations?
18   A.    Where to invest, how to invest,
19 what kinds of returns he was looking for, what
20 kinds of risk he was willing to take, what kinds
21 of liquidity requirements he had.
22   Q.    And did you have any conversations
23 with Mr. Kaufman regarding due diligence on
24 BLMIS?
25   A.    I had conversations with him about

**Page 405**

1  Mr. Madoff.  I can't pinpoint them and say, this
2  is what the due diligence component of it was.
3    Q.    Do you have any -- do you have any
4  notes or other documentation regarding your
5  discussions with Mr. Kaufman on BLMIS?
6    A.    Not that I remember.
7    Q.    And do you know whether or not
8  Mr. Kaufman was ever called to testify in any of
9  the litigations, arbitrations, regarding your
10 investments in BLMIS?
11   A.    I don't know.
12   Q.    Do you know Norman Levy?
13   A.    I think I've been introduced to
14 him once or twice.  I don't know him.  He -- I
15 know I had perhaps a little bit of a -- he may
16 have been a small owner of the building in which
17 our office is, and we may have been paying him,
18 directly or indirectly, some rent.
19   Q.    Do you know whether Mr. Levy had
20 any investments with BLMIS?
21   A.    Only from newspaper accounts that
22 appeared subsequent to late 2008.
23   Q.    Did you have any discussions
24 with --
25   A.    Although, you know what, I can't

**Page 426**

1    mother-in-law became an investor. So it was
2    ongoing conversations.
3            The Ascot investment was a, not
4    necessarily every meeting but was a fairly
5    constant motif at YU investment committee
6    meetings. I don't remember when Morris joined
7    the committee, but he was pretty diligent in
8    attendance, less diligent in attentiveness
9    because he was constantly on his phone. You
10   know, he was constantly emailing throughout the
11   meetings. But he came. Morris worked at my
12   office for a period of years and a lot of the
13   meetings were in my office.
14           So Madoff came up and Morris was a
15   fan. Morris was a fan of Ascot generally.
16   Ascot was, some of that would -- Gedale always
17   asked about, Mr. Gottesman asked about, came up,
18   conversations and so forth. Also as I've
19   previously alluded to Mr. Madoff became
20   something of a figure at Yeshiva University
21   board, chairman of the business school, officer
22   of the board when he became the treasurer, and
23   the executive committee, which was only eight or
24   nine people, included him.
25       Q.   Still on page 5, if you go to the

**Page 427**

1    top of that paragraph, the first full paragraph
2    on the page where it says, as an --
3        A.   Same paragraph, right?
4        Q.   Same paragraph. As an initial
5    part of his due diligence in monitoring, it says
6    that you met with Mr. Madoff 10, 15 times a year
7    by phone or in person. See that?
8        A.   Approximately, yes.
9        Q.   Was it your practice then to speak
10   to Mr. Madoff about once a month?
11       A.   I think I said yesterday that it
12   may well have averaged once a month but I didn't
13   necessarily speak to him once a month and
14   conversations could be bunched.
15       Q.   And does that 10 -- is that 10 to
16   15 times a year purely business conversations
17   that you had with Mr. Madoff? In other words,
18   discussions about the investments, about funds?
19       A.   You mean with no other subjects
20   ever coming up?
21       Q.   Being the primary purpose of the
22   conversation.
23       A.   Yes.
24       Q.   And so would you have other
25   conversations with Mr. Madoff purely on a

**Page 428**

1    personal nature?
2        A.   I had conversations with
3    Mr. Madoff about issues that were not -- or
4    subjects that were not business. One was
5    Yeshiva University. He knew less about Yeshiva
6    perhaps than other trustees when they first
7    joined and would ask me a lot, ask me questions
8    about Yeshiva.
9            As a member of the executive
10   committee, he was entitled to a vote on who the
11   new president would be. There were only I think
12   nine such people who had a real vote. And there
13   were one or two occasions in which he
14   interviewed prospective candidates for that job
15   and asked me to join the interview. That's the
16   one or two meetings I can think of that were
17   basically not business.
18       Q.   And what year did you start
19   speaking to Mr. Madoff 10 to 15 times per year?
20       A.   Don't remember. Fairly early on
21   but I don't remember.
22       Q.   Any recollection, starting from
23   1990?
24       A.   I can't tell you that in 1990 I
25   spoke to him 13 times, and if I spoke to him

**Page 429**

1    nine times it would have been less than 10 to
2    15. But I spoke to him regularly starting
3    fairly early on.
4        Q.   And you visited Mr. Madoff in
5    person on occasion, correct?
6        A.   Yes.
7        Q.   And were those occasions in his
8    office?
9        A.   Yes.
10       Q.   How often in a year would you go
11   to visit Mr. Madoff's offices?
12       A.   Don't remember exactly. Several.
13       Q.   So out of the 10 to 15 times --
14       A.   A minority.
15       Q.   A minority of that 10 to 15 times?
16       A.   I would think so, although it
17   doesn't mean I didn't see him at -- later on I
18   would see him, we both attended certain
19   university meetings, so I would see him there.
20   Don't think we met socially very often at all.
21   So an extraordinarily high percentage of my
22   meetings with Bernie were in his office.
23       Q.   And where were you -- where would
24   you physically meet with Mr. Madoff in his
25   office? When you say his office, that's kind of

28  (Pages 426 to 429)

**Page 430**

1  a broad term.  Where would you actually sit down
2  and talk to him?
3      A.    In his office.
4      Q.    In his actual office?
5      A.    Well, his office, if I remember,
6  migrated over the years that I met with him.
7      Q.    In other words, you didn't meet
8  with him in a conference room or walking on the
9  trading floor?
10     A.    I mean, do you want this in some
11 detail?  I mean, I met with him in his office, I
12 met with him adjoining the -- I'll just take the
13 examples that you brought up.
14         So, earlier on he had an office
15 immediately adjacent to his trading room, which
16 was separated by glass and I think the glass
17 could be opened but it was partitioned off.  It
18 wasn't like a wall.  And I walked through the
19 trading room with him certainly once that I can
20 remember, maybe more than -- once, twice, maybe
21 three times but not more than that, I don't
22 think, and I had a series of meetings with him
23 over the years there.  His office within their
24 complex at 85 Third moved a floor away and then
25 I would meet with him there.  And depending on

**Page 431**

1  how many people I was bringing in to visit, if
2  the number of people exceeded what his own
3  office could hold, let's say comfortably, we
4  would go a couple of doors down and sit in a
5  conference room.
6          So, the answer to your question I
7  guess is all of the above.
8      Q.    Yes.  Other than Mr. Madoff, did
9  you meet with anybody else during these
10 sessions?
11     A.    From his office?
12     Q.    From his office.
13     A.    No.
14     Q.    Mr. DiPascali -- do you know Frank
15 DiPascali?
16     A.    No.  To answer your question, I
17 believe I met him once.  He was passing by and
18 poked his head in the door and Madoff said Frank
19 and I said, that must be Mr. DiPascali.
20     Q.    Did you know Peter Madoff?
21     A.    I met Peter Madoff maybe once or
22 twice.  I remember in a conference room we were
23 sitting with a number of people, he poked his
24 head in the door and mostly wanted to ask Bernie
25 something and all these people here or

**Page 432**

1  something.
2          Peter Madoff's son died, his son
3  Roger died in the spring of, I don't remember,
4  and I went with somebody who very much wanted to
5  pay a condolence call, so I joined them and saw
6  Peter then, say within a few days after his son
7  had died.  And then I think Peter came -- so I
8  came to these -- get the right name -- Gift of
9  Life Foundation meetings from time to time, and
10 Bernie was the chairman and I think Mrs. Madoff
11 was the vice-chairman of that foundation.
12         So I would see there, you know,
13 some fairly sophisticated investors who were
14 investors of Bernie who were either supporters
15 of the foundation or on the board.  Richard Joel
16 who was the president of Yeshiva University
17 would be there, I think Michael Jesselson was
18 there, a son of Ludwig's, and a brother of
19 Benjamin's.  I think Fred Wilpon was there, I
20 was there, and I think Bernie was there -- I'm
21 sorry, Peter was there.
22     Q.    And you're referring to a specific
23 meeting of the Gift of Life?
24     A.    (Witness nods.)
25     Q.    Was that meeting in December of

**Page 433**

1  2008?
2      A.    Yes.
3      Q.    Who did you understand -- who did
4  you understand operated the computer algorithm
5  that Mr. Madoff purportedly used?
6      A.    I'm not sure I -- in the sense
7  that you mean, I'm not sure I understood that
8  anybody in particular did.  If there was such a
9  person, I'm not sure I have a name to report to
10 you.
11     Q.    Did Mr. Madoff ever show you how
12 the computer algorithm worked?
13     A.    Not that I recall.
14     Q.    And did Mr. Madoff ever express to
15 you that he had employees of BLMIS who helped
16 either create the algorithm or monitor the
17 algorithm?
18     A.    Mr. Madoff talked about how many
19 employees he had, how many people worked at the
20 organization, including the wholesale end of the
21 business and over time that number went up.  So
22 I remember stops along the way, you know,
23 perhaps 85 to 100 and then 200 and then 300.
24         Talked about the computer system,
25 didn't really tell me specifically who was

Page 510

1  listen to it today.  Where you can sort of hear
2  him a little bit kind of working the con, in a
3  way.
4       Q.    Did you do anything as a result --
5  did you change your due diligence practices as a
6  result of Bayou?
7       A.    I don't -- I certainly spent time
8  talking to Madoff about issues that related to
9  Bayou.  I'm not sure that we announced a whole
10 new revision to our due diligence procedures.
11      MR. SONG:  Now is a good point for
12 a break.
13      THE VIDEOGRAPHER:  Off the record
14 2:52 p.m.
15      (Recess taken.)
16      THE VIDEOGRAPHER:  Back on 3:12.
17 BY MR. SONG:
18      Q.    Mr. Merkin, if you could turn to
19 Trustee's Exhibit 354 and go to page 5 of that
20 exhibit.  First full paragraph, within that
21 first full paragraph there's a discussion of the
22 meetings that you arranged and participated
23 between Mr. Madoff and certain investors in the
24 funds.  Do you see that?
25      A.    Starting with the third sentence?

Page 511

1       Q.    From time to time.
2       A.    Yes.
3       Q.    We talked about Mr. Horowitz
4  already, correct?
5       A.    Um-hum.
6       Q.    Who is Ludwig Bravmann?
7       A.    Ludwig Bravmann is a gentleman who
8  was, I must say, very proud of the fact that he
9  was Bernard Madoff's predecessor as treasurer of
10 Yeshiva University, so he used to identify
11 himself from time to time, who is now I think a
12 vice-chairman of Yeshiva University and has been
13 a member of the Yeshiva University investment
14 committee certainly all the time that I sat on
15 that committee, which is probably 18-ish plus or
16 minus years.  Has had a very long career in the
17 securities industry going back to early Op Co
18 days, Oppenheimer & Company days, probably in
19 the early '50s.
20      Q.    Are you aware whether Mr. Bravmann
21 had a BLMIS investment?
22      A.    Well, various entities that relate
23 to him, certainly fiduciarily speaking, were
24 limited partners in Ascot Partners LP.  I don't
25 know if he had any other.

Page 512

1       Q.    You're not aware of a direct
2  investment with BLMIS?
3       A.    I'm not aware of one but I would
4  not necessarily be aware of one.
5       Q.    And what were the circumstances
6  related to the meeting that you set up between
7  Mr. Bravmann and Mr. Madoff?
8       A.    Don't remember.
9       Q.    Do you recall what time frame this
10 was in?
11      A.    No.
12      Q.    Did you attend that meeting?
13      A.    I don't remember.
14      Q.    Did you have -- did you take any
15 notes of that meeting?
16      A.    I don't remember.
17      Q.    And do you know if you have any
18 documentation at all evidencing this meeting?
19      A.    Did we produce any, may I ask?
20      Q.    Would you have had an email, say,
21 with Mr. Bravmann setting up the meeting?
22      A.    I might have.  I don't know.  I
23 would not testify that we didn't but I don't --
24 I don't know that that's the way it would have
25 happened.  It may have just been telephone calls

Page 513

1  that, for all I know, my secretary did and got
2  the times that worked for both of them.
3       They were -- they meaning neither
4  Mr. Bravmann or Mr. Madoff, as best as I can
5  remember, were very big on emails.
6       Q.    The next two names on the list
7  here are Alec Hackel and Christof Reichmuth.  Do
8  you see those?
9       A.    I do.
10      Q.    Who is Alec Hackel?
11      A.    Alec Hackel is a, I think, German,
12 of German origination, possibly a spot of South
13 Africa in there as well, very senior figure in
14 the commodities industry at Philip Brothers and
15 at Marc Rich & Company, who was based, in
16 relevant times, in Zug, Switzerland or in
17 Meggen, Switzerland and was, I think, the
18 chairman of the board, but certainly the senior
19 figure from the point of view of the
20 capitalization of a money management operation,
21 later licensed Swiss bank, called Reichmuth &
22 Company that had been started by Christof
23 Reichmuth's father Carl.
24      And perhaps to save you some
25 questions, at which Patrick Erne, which is the

BENDISH REPORTING
877.404.2193

**Page 514**

1  name after Christof Reichmuth, so to take those
2  three names together rather than two names
3  together...
4      Q.   Sure.
5      A.   ...worked.
6      Q.   Did there come a time when you set
7  up a meeting between Mr. Reichmuth, Mr. Hackel
8  and Mr. Madoff?
9      A.   I set up meetings for Mr. Hackel,
10  I set up meetings for Mr. Reichmuth, I set up
11  meetings for Mr. Erne.  I don't know at which
12  meetings the two of them might have overlapped.
13      Q.   Did -- I want to start with
14  Mr. Reichmuth.  Do you recall when you set up
15  the meeting for Mr. Reichmuth?
16      A.   Christof?
17      Q.   Yes.
18      A.   This would have probably been not
19  that long after Reichmuth & Company was started
20  by his father.  So early in the period we're
21  talking about, but I don't remember when.
22      Q.   Does the late 1990s sound correct
23  to you?
24      A.   That's early in the period we're
25  talking about, so I can't remember exactly when.

**Page 515**

1  I would have conjectured 2000 but, you know,
2  it's not a different -- not a completely
3  different answer.
4      Q.   Do you recall attending the
5  meeting with Mr. Reichmuth and Mr. Madoff?
6      A.   I recall attending meetings at
7  Mr. Madoff's office with various members of the
8  Reichmuth staff.  I'm not sure I remember this
9  one specifically.
10      Q.   Okay.  Do you recall what the
11  purposes were of the -- do you recall what the
12  purposes of the meeting between Mr. Reichmuth
13  and Mr. Madoff were?
14      A.   Broadly speaking, Reichmuth &
15  Company had money management clients, of which
16  possibly Mr. Hackel was one and then had a whole
17  series of clients who I didn't know, and they
18  had -- over a period of time were in the process
19  of setting up at least one and probably two what
20  became fairly large fund of funds.
21      In the first one, chronologically,
22  they had a very large position relative to the
23  size of the fund in Ascot Fund Limited.
24      Q.   Did you ever tell Mr. Reichmuth
25  that BLMIS only acted as a broker for Ascot

**Page 516**

1  Fund?
2      A.   No.
3      Q.   Do you recall how many meetings
4  you set up between Mr. Reichmuth and Mr. Madoff?
5  Mr. Christof Reichmuth.
6      A.   No.
7      Q.   Was it more than one?
8      A.   Could very well be.
9      Q.   Did you ever disclose to
10  Mr. Christof Reichmuth that Ariel had capital
11  invested with BLMIS?
12      A.   To Christof specifically?
13      Q.   Yes.
14      A.   I don't remember a specific
15  conversation with Christof.
16      Q.   Okay.  Do you recall setting up a
17  meeting for Mr. Patrick Erne and Mr. Madoff in
18  October of 2007?
19      A.   Sounds right.
20  ████████████████████████████████████████
21  ████████████████████████████████████████
22  ████████████████████████████████████████
23      Q.   And do you recall anybody else
24  that attended that meeting?
25      A.   Me.

**Page 517**

1      Q.   Anybody else from GCC?
2      A.   Don't think so.  I don't remember,
3  but -- not that I remember.
4      Q.   Why was this meeting arranged?
5      A.   I'm sorry?
6      Q.   Why was the meeting arranged?
7  ████████████████████████████████████████
8  ████████████████████████████████████████
9  ████████████████████████████████████████
10  ████████████████████████████████████████
11  ████████████████████████████████████████
12  ████████████████████████████████████████
13  ████████████████████████████████████████
14  ████████████████████████████████████████
15  ████████████████████████████████████████
16  ████████████████████████████████████████
17  ████████████████████████████████████████
18  ████████████████████████████████████████
19      A.   It was one meeting.
20      Q.   It was one meeting.  And all four
21  of you were together at the meeting?
22      A.   Correct.
23      Q.   Do you have any specific
24  recollection of what was discussed?
25      A.   I think we started from scratch