# EXHIBIT 5

ORIGINAL

```
 1
 2   ------------------------------------------------x
 3           IN THE MATTER OF
 4   MADOFF CHARITIES INVESTIGATION
 5   ------------------------------------------------x
 6                              120 Broadway
 7                              New York, New York
 8                              January 30, 2009
                                10:02 a.m.
 9
10           EXAMINATION UNDER OATH of J.
11   EZRA MERKIN, pursuant to Subpoena, held at
12   the above place, date and time, before
13   Alice Schulman, a Notary Public of the
14   State of New York.
15
```

CONFIDENTIAL                                    BS00001025

9

1                    J. E. Merkin
2       A.      I believe.
3       Q.      And describe how that came
4   about.
5       A.      We had had several
6   conversations, meetings or telephone in
7   which he described market making
8   activities in his office and money
9   management activities in his office.
10              He walked through a strategy
11  that he was then interested in executing
12  on behalf of clients, and the decision
13  came about that it made sense to allocate
14  some capital to him and invest some
15  capital in those strategies.
16      Q.      What was the strategy he
17  described to you?
18      A.      At that time the strategy
19  involved the purchase of individual
20  stocks, preponderantly the purchase of
21  individual stocks, puts were beneath them
22  and the puts were to be bought, the calls
23  were to be sold and the stocks were to be
24  bought.  So you would long a stock, long a
25  put option that would have a strike price

CONFIDENTIAL                                         BS00001033

10

1        J. E. Merkin
2   beneath the price of that stock and short
3   a call that had a strike price above the
4   price of the stock.
5           The put and the call had the
6   same expiration dates, the options had the
7   same expiration dates.
8        Q.   Is there a name associated with
9   that strategy?
10       A.   If it's done on individual
11  stocks, it might be called a split strike
12  strategy.  It might be called buying the
13  puts, writing the calls, something like
14  that.
15       Q.   And had you done the strategy
16  yourself?
17       A.   We had looked at options related
18  strategies and options arbitrage of
19  related strategies in which they thought
20  there may be some market inefficiencies
21  between premiums or premium on puts and
22  calls relative to stocks.  I don't think
23  we had done much with it.
24       Q.   And the split strike strategy,
25  is that one that stayed constant

CONFIDENTIAL                                          BS00001034

128

J. E. Merkin

Q. Just to clarify, what I'm understanding you to say, and tell me if this is a fair characterization, the play in execution was for the vast most part in the option trading, and the option trading that was over-the-counter or unreportable?

A. If you permit me to edit what you said, I would take out vast. I would say for the most part, I'm not sure I would say the vast most part. That was formidable on his stocks.

Maybe this is worth a word or two. When you said Madoff was a legend, he was a legendary person, he was. I don't know if you were saying that seriously or facetiously.

MR. LEVANDER: We are talking about a legend of one kind pre December 11th.

A. Fair enough. You're talking about a guy who had a broker-dealer license for 38 years. You're talking about somebody who had massive market share. He was the guy that took on the

                                                            129

1                    J. E. Merkin
2    New York Stock Exchange and eventually
3    won. They had hegemony. He shed them of
4    it. He did it by basically being a
5    wholesale upstairs trader.
6              He would say to me routinely if
7    I asked him regularly, which doesn't mean
8    every time but reasonably frequently, what
9    percentage of the New York Stock Exchange
10   volume are you doing today. The answer was
11   low teens, sometimes eight or nine.
12             At the beginning he was the
13   source, he was the beneficiary of the
14   Stock Exchange off-board trading room. So
15   if you were a member firm, if you were
16   Merrill Lynch, I'm picking on Merrill,
17   it's not meant to be any specific example,
18   you could not change New York Stock
19   Exchange stocks other than through the
20   floor, originally 24 hours a day, and then
21   nine to four.
22             He didn't have a seat. He
23   wasn't a member firm, so he could do the
24   upstairs trading all day, every day. The
25   13 percent sounds like an incredibly high

CONFIDENTIAL                                BS00001153

```
                                                              130
 1                    J. E. Merkin
 2    figure but it's really incredibly
 3    understated because that's the whole stock
 4    exchange trading in the 150 (check) names
 5    that he cared about he could be 40 percent
 6    of the volume.
 7              When we were in the merger
 8    arbitrage business, okay, when there was
 9    just more to do in the merger arbitrage
10    business, which has relevance to Bernie's
11    strategy, we would occasionally get a name
12    which was Bernie's name, Pfizer is buying
13    Wyeth.  If Wyeth was a name of Bernie's
14    150 names, he was 40 or 50 percent of the
15    volume in the wholesale area, not in what
16    we were doing together but in that
17    incredible market making business he had,
18    and that was the real legend.
19              And at the end of the Madoff
20    investigation we'll find out if the market
21    making business was for real or not real,
22    but I bet you it was.  This is just a
23    hunch.  That was where a lot of the
24    executions came and it played off on
25    options, that's where you really had
```

CONFIDENTIAL                                    BS00001154

```
                                                        131
 1                  J. E. Merkin
 2   the --
 3           MR. LEVANDER:  To put it in
 4      perspective, we have given you, among
 5      other things that we've given you,
 6      articles that were thrown into the due
 7      diligence file.  And if you look at
 8      those articles in 1990, and I may be
 9      off, but I think this is right, the
10      Wall Street Journal and New York Times
11      said that five entities got together
12      to create an electronic trading
13      exchange.  Those were Citi, which were
14      Soloman Smith Barney, Merrill, Goldman
15      Sachs, Morgan Stanley and Bernie
16      Madoff.  And that's the scope and
17      stature he had in that business.
18           MR. CORNGOLD:  I think we
19      understand that.
20           MR. LEVANDER:  Fine.  I'm trying
21      to be helpful.
22      A.      I would only amend what Andy
23   said.  You look at him and tick off his
24   fingers, those four were half the
25   business, he was the other half.  He
```

CONFIDENTIAL                                BS00001155

```
                                                    132
 1                  J. E. Merkin
 2   wasn't 20 percent. Those four guys came
 3   to him and said would he like to do a
 4   joint venture on the market making side.
 5   EXAMINATION BY
 6   MR. SANGEAP:
 7        Q.    Was he a market maker in
 8   options?
 9        A.    I think the answer is yan,
10   meaning yes and no. Bernie didn't boast
11   much. Bernie claimed to me he had a very
12   significant role in inventing the OEX.
13              If you know about the history of
14   options, it would be a very big thing. I
15   asked a couple of guys in Chicago, I said
16   is this right or wrong, they said more
17   right than wrong. This is all third-hand
18   conversations. They don't mean a lot.
19              He had a significant volume in
20   options that he was doing as a market
21   maker, significant volume when the big
22   board refused to let their floor
23   specialists make markets in options in the
24   names that they were specialists in at the
25   same time.
```

CONFIDENTIAL                                    BS00001156

133

1           J. E. Merkin

2           It was called side-by-side

3   market making, and it was forbidden on the

4   floor. For whatever policy reasons that I

5   don't know, and the little I do know don't

6   make a lot of sense. So when he had this,

7   when the cartel gave him this opportunity,

8   he sat and made options.

9           This goes back quite awhile, but

10  I remember a visit to Bernie and his

11  traders when he showed me what they called

12  a Madoff screen which was a proprietary

13  screen on which they spent fortunes every

14  year upgrading and keeping up the same

15  thing where they would show stocks and

16  their options on the same screen. It was

17  like a quarter panel that was the options

18  screen, and they were making option

19  markets in the options. But those were in

20  stocks and not necessarily OEX's.

21          Later on, I mean later on the

22  whole thing changed. Later on the

23  off-board trading changed. Nothing stays

24  that static in markets. The whole New

25  York Stock Exchange thing, and that was a

CONFIDENTIAL                                    BS00001157

```
                                                           134
1                      J. E. Merkin
2      lot of conversations, where do changes in
3      these markets bring the strategy.
4           Q.     Just focussing on the last five
5      years.  Are you aware of whether Mr.
6      Madoff made a market in --
7           A.     OEX's?
8           Q.     -- OEX's or the 100 stocks --
9                  MR. LEVANDER:  Let him finish
10     his question.
11          Q.     -- stock options?
12          A.     I don't know for sure.
13          Q.     Did you have any conversations
14     with him concerning whether he made
15     markets for S&P 100 options?
16          A.     My most recent conversation with
17     him about that subject, okay, was so near
18     the end that I'm not sure today I believe
19     anything said in, in the fourth quarter of
20     '08.  It was either October or November.
21          Q.     What did he say in that
22     conversation?
23          A.     We had a conversation about the
24     contraparty risk in the puts, what
25     percentage of listed puts I was using
```