# EXHIBIT 6

1

**** CONFIDENTIAL ****
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
In Re:
BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.
SECURITIES LLC,                           08-01789(BRL)

          Debtor.
----------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

          Plaintiff,                      Adv.Pro.No.
                                          09-1182(BRL)

          v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,
          Defendants.
----------------------------------x


          VIDEOTAPED DEPOSITION of JOEL
EHRENKRANZ, as taken by and before Monique Vouthouris,
Certified Court Reporter, RPR, CRR and Notary Public
of the States of New York and New Jersey, at the
offices of BAKER HOSTETLER, 45 Rockefeller Plaza, New
York, New York, on Thursday, March 20, 2014,
commencing at 10:07 a.m.

43

1   hour.  This is a decent break point, if you would
2   like, or I'm happy to continue.
3               THE WITNESS:  We can go on, if it's
4   okay with everyone.
5   BY MR. KITCHEN:
6        Q.       Mr. Ehrenkranz, do you know Bernard
7   Madoff?
8        A.       Please tell me the word "know."
9   Explain the word.
10       Q.       Sure.  Have you ever met him?
11       A.       Yes, sir.
12       Q.       When did you meet him?  When did you
13  first meet him?
14       A.       I met him for the only time probably
15  about 1991, '2.
16       Q.       And why did you meet him at that time?
17       A.       I met him at Ezra's suggestion to
18  consider investing with him.
19       Q.       Were you considering investing with
20  Mr. Madoff at that time?
21       A.       That is why I considered meeting him.
22       Q.       Do you recall anything said by
23  Mr. Merkin at that time regarding Madoff?
24       A.       Other than the fact that he suggested
25  that we meet with him because he considered Mr. Madoff