# EXHIBIT 7

# MAY 1996





CONFIDENTIAL



CONFIDENTIAL

JEM-AAA001663

1035.0003



CONFIDENTIAL

JEM-AAA001664

1035.0004



CONFIDENTIAL



April 1998 calendar with handwritten notes. Wednesday April 1 contains "2 Dan Straus conf. call". The weeks of April 8–9 and April 21–23 are stamped "REDACTED". April 5 notes: Palm Sunday, Daylight Saving Time Begins. April 10: Good Friday, Passover Begins at Sundown. April 11: First Day of Passover. April 12: Easter. April 13: Easter Monday (Canada). April 30 is circled with "MAY 1".

CONFIDENTIAL

JEM-AAA001666

1035.0006



# March 1999

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 Mothering Sunday (United Kingdom) | 15 Canberra Day (Australia) | 16 | 17 St. Patrick's Day (Ireland, US) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 Palm Sunday | 29 | 30 | 31 Passover begins at sundown |  |  |  |

REDACTED

REDACTED



CONFIDENTIAL

JEM-AAA001669

1035.0009



# MARCH 2000

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** 61/305 | **2** 62/304 | **3** 63/303 | **4** 64/302 |
| **5** 65/301 | **6** 66/300 | **7** 67/299 | **8** Ash Wednesday 68/298 | **9** 69/297 | **10** 70/296 | **11** 71/295 |
| **12** 72/294 | **13** 73/293 | **14** 74/292 | **15** 75/291 | **16** 76/290 | **17** St. Patrick's Day (Ireland, US) 77/289 | **18** 78/288 |
| **19** 79/287 | **20** Canberra Day (Australia) 80/286 | **21** 81/285 | **22** 82/284 | **23** 83/283 | **24** 84/282 | **25** 85/281 |
| **26** 86/280 | **27** 87/279 | **28** 88/278 | **29** 89/277 | **30** 90/276 | **31** 91/275 | |

REDACTED

REDACTED

To-Day & Hirsch

| February 2000 | March 2000 | April 2000 | May 2000 | June 2000 | July 2000 |
| August 2000 | September 2000 | October 2000 | November 2000 | December 2000 | January 2001 |

PM1-28

©1998 The AT-A-GLANCE Group, Sidney NY 13838 Made in U.S.A.

CONFIDENTIAL

JEM-AAA001671

1035.0011



# APRIL 2000

**AT·A·GLANCE**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | | **1** 92/274 |
| **2** 93/273 Mothering Sunday (United Kingdom) Daylight Saving Time begins (US) | **3** 94/272 | **4** 95/271 | **5** 96/270 | **6** 97/269 | **7** 98/268 | **8** 99/267 |
| **9** 100/266 | **10** 101/265 | **11** 102/264 | **12** 103/263 | **13** 104/262 | **14** 105/261 | **15** 106/260 |
| **16** 107/259 Palm Sunday | **17** 108/258 | **18** 109/257 | **19** 110/256 Passover begins at sundown | **20** 111/255 Passover | **21** 112/254 Good Friday | **22** 113/253 |
| **23** 114/252 Easter Sunday | **24** 115/251 Easter Monday (A, C, I, NZ, UK) | **25** 116/250 Anzac Day (A, NZ) | **26** 117/249 Professional Secretaries Day® (US) | **27** 118/248 | **28** 119/247 National Day of Mourning (Canada) | **29** |
| **30** 121/245 | | | | | | |

REDACTED

Richard Hirsch

PM1-28

AT·A·GLANCE® ©1998 The AT·A·GLANCE Group, Sidney NY 13838 Made in U.S.A.

CONFIDENTIAL

JEM-AAA001672

1035.0012



CONFIDENTIAL

# NOVEMBER 2000

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** 306/60 | **2** | **3** | **4** 309/57 |
| **5** 310/56 | **6** 311/55 | **7** 312/54 Election Day (US) | **8** | **9** 313/53 | **10** 114/52 315/51 | **11** 316/50 Veterans Day (US) Remembrance Day (Canada) |
| **12** 317/49 | **13** 318/48 | **14** 319/47 | **15** 320/46 | **16** 321/45 | **17** | **18** 323/43 |
| **19** 324/42 | **20** 325/41 | **21** 326/40 | **22** 327/39 9:30 David Jennison | **23** 328/38 Thanksgiving Day (US) | **24** 329/37 | **25** 330/36 |
| **26** 331/35 | **27** 34 | **28** 333/33 | **29** 334/32 | **30** 335/31 Dec 1 | | |

REDACTED

| October 2000 | November 2000 | December 2000 | January 2001 | February 2001 | March 2001 |
|---|---|---|---|---|---|

| April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 |
|---|---|---|---|---|---|

PM1-28   Time to Reorder! If you are unable to obtain the PM1-28 wall calendar where you purchase stationery products, send $12.00 per calendar (check payable to Calendars, or credit card information), your name, address & phone to: Calendars, P.O. Box 400, Sidney, NY 13838. Or call 1-800-880-2472 for information. www.at-a-glance.com

AT·A·GLANCE ©1998 The AT-A-GLANCE Group, Sidney NY 13838 Made in U.S.A.

CONFIDENTIAL

JEM-AAA001674

1035.0014

# FEBRUARY 2001

✓ AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | **1** 32/333 | **2** 33/332 | **3** 34/331 |
| **4** 35/330 | **5** 36/329 | **6** 37/328 Waitangi Day (New Zealand) | **7** 38/327 | **8** 39/326 | **9** 40/325 | **10** 41/324 |
| **11** 42/323 | **12** 43/322 Lincoln's Birthday (US) | **13** 44/321 | **14** 45/320 Valentine's Day (C, UK, US) | **15** | **16** 47/318 | **17** 48/317 |
| **18** 49/316 | **19** 50/315 Presidents' Day (US) Hirsch-an... | **20** 51/314 | **21** | **22** 53/312 Washington's Birthday (US) | **23** 54/311 | **24** 55/310 |
| **25** 56/309 | **26** 57/308 | **27** | **28** 59/306 Ash Wednesday | | | |

REDACTED

| January 2001 | February 2001 | March 2001 | April 2001 | May 2001 | June 2001 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

| July 2001 | August 2001 | September 2001 | October 2001 | November 2001 | December 2001 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

PM1-28

**FEBRUARY**

✓ AT·A·GLANCE ©1999 The AT·A·GLANCE Group, Sidney NY 13838 Made in USA

CONFIDENTIAL

JEM-AAA001675

1035.0015

# MAY 2001

AT-A-GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| APR 30 | **1** | **2** 122/243 | **3** 123/242 | **4** 124/241 | **5** 125/240 |  |
| **6** 126/239 | **7** 127/238 | **8** 128/237 | **9** 129/236 | **10** 130/235 | **11** 131/234 | **12** 132/233 |
| | **May Day, Bank Holiday (Ireland, UK)** | REDACTED | | | | |
| **13** 133/232 Mother's Day (C, US) | **14** 134/231 | **15** 135/230 Canada Census | **16** 136/229 | **17** 137/228 | **18** 138/227 | **19** 139/226 Armed Forces Day (US) |
| | | | 30. Dan Strauss | | | |
| **20** 140/225 | **21** 141/224 Victoria Day (Canada) | **22** 142/223 | **23** 143/222 | **24** 144/221 | **25** 145/220 | **26** 146/219 |
| | | | Marty Weiss Joel Ehrenkranz | | | |
| **27** 147/218 | **28** 148/217 Memorial Day Observed (US) Spring Bank Holiday (United Kingdom) | **29** 149/216 | **30** 150/215 | **31** 151/214 | JUNE 1 | JUNE 2 |

| April 2001 | May 2001 | June 2001 | July 2001 | August 2001 | September 2001 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

| October 2001 | November 2001 | December 2001 | January 2002 | February 2002 | March 2002 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

PM1-28                                    **MAY**                    AT-A-GLANCE ®1999 The AT-A-GLANCE Group, Sidney NY 13838. Made in USA

# AUGUST 2001

AT-A-GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** 213/152 | **2** 214/151 | **3** 215/150 | **4** 216/149 |
| **5** 217/148 | **6** 218/147 Civic Holiday (Canada) Bank Holiday (Ireland) | **7** 9/146 | **8** 220/145 | **9** 221/144 | **10** 222/143 | **11** 223/142 |
| **12** 224/141 | **13** | **14** 226/139 | **15** 227/138 | **16** 228/137 | **17** 229/136 | **18** 230/135 |
| **19** 231/134 | **20** 232/133 | **21** | **22** 234/131 | **23** 235/130 | **24** 236/129 | **25** 237/128 |
| **26** 238/127 | **27** Summer Bank Holiday (United Kingdom) | **28** 240/125 | **29** 241/124 | **30** 242/123 | **31** 243/122 | |

REDACTED

2- M. Jesselson

Nov R. Hirsch

AUGUST

JEM-AAA001677

1035.0017

# OCTOBER 2001

AT-A-GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | **1** 274/91 | **2** 90 | **3** 275/90 | **4** 277/88 | **5** 278/87 | **6** 279/86 |
| **7** 280/85 | **8** 281/84 Columbus Day, Observed (US) Thanksgiving Day (Canada) | **9** 282/83 | **10** | **11** 284/81 | **12** 285/80 | **13** 286/79 |
| **14** 287/78 | **15** 288/77 | **16** 289/76 National Boss Day (US) | **17** 290/75 | **18** 291/74 | **19** 292/73 | **20** 293/72 |
| **21** 294/71 | **22** 295/70 | **23** 296/69 | **24** /68 United Nations Day (US) | **25** 298/67 | **26** 299/66 | **27** 300/65 |
| **28** 301/64 Daylight Saving Time ends (US) | **29** 302/63 Holiday (Ireland) | **30** 303/62 | **31** 304/61 Halloween | | | |

REDACTED

REDACTED

| September 2001 | October 2001 | November 2001 | December 2001 | January 2002 | February 2002 |
|---|---|---|---|---|---|

| March 2002 | April 2002 | May 2002 | June 2002 | July 2002 | August 2002 |
|---|---|---|---|---|---|

PM1-28

OCTOBER

©1999 The AT-A-GLANCE Group, Sidney NY 13838 Made in USA

CONFIDENTIAL

JEM-AAA001678

1035.0018



# JANUARY 2002

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1 New Year's | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 8:15 - Morey Weiss | 17 | 18 | 19 |
| 20 | 21 Martin Luther King, Jr. Day (US) | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

REDACTED



CONFIDENTIAL

JEM-AAA001680

1035.0020

# MAY 2002

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** Labor Day (M) | **2** | **3** | **4** |
| **5** | **6** Battle of Puebla (M) | **7** May Day Bank Holiday (UK) | **8** | **9** | **10** Mother's Day (M) | **11** |
| **12** Mother's Day (C, US) | **13** | **14** | **15** | **16** | **17** | **18** Armed Forces Day (US) |
| **19** | **20** Victoria Day (C) | **21** | **22** 8:15 – Drake Morry Weiss | **23** | **24** | **25** |
| **26** | **27** Memorial Day Observed (US) Spring Bank Holiday (UK) | **28** | **29** | **30** | **31** | |

REDACTED

REDACTED

| April 2002 | May 2002 | | July 2002 | August 2002 | September 2002 |
|---|---|---|---|---|---|

| October 2002 | November 2002 | December 2002 | January 2003 | February 2003 | March 2003 |
|---|---|---|---|---|---|

PM1-28

MAY

JEM-AAA001681

1035.0021



CONFIDENTIAL

JEM-AAA001682

1035.0022

# OCTOBER 2002

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | SEPT 30 Docs to Jerselson → | **1** 274/91 | **2** 275/90 | **3** 276/89 | **4** | **5** 278/87 |
| **6** 279/86 | **7** 290/85 | **8** | **9** 31/84 | **10** | **11** 283/82 | **12** 284/81 Day of the Race (M) 285/80 |
| **13** 286/79 | **14** 287/78 Columbus Day, Observed (US) Thanksgiving (Canada) | **15** | **16** 289/76 National Boss Day (US) | **17** | **18** 290/75 | **19** 291/74 292/73 |
| **20** 293/72 | **21** 294/71 | **22** 295/70 | **23** 296/69 | **24** 297/68 United Nations Day | **25** 298/67 | **26** 299/66 |
| **27** 300/65 Daylight Saving Time ends | **28** 301/64 | **29** 301/63 | **30** 303/62 | **31** 304/61 Halloween  Nov.1 | | |

REDACTED

REDACTED

OCTOBER



CONFIDENTIAL

JEM-AAA001684

1035.0024



CONFIDENTIAL

# JUNE 2003

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 *152/213* | 2 *153/212* | 3 *154/211* Joel Jesserson | 4 *155/210* | 5 *156/209* | 6 *157/208* | 7 *158/207* |
|  |  | REDACTED |  |  |  |  |
| 8 *159/206* | 9 *160/205* | 10 *161/204* | 11 | 12 *163/202* | 13 | 14 *165/200* Flag Day (US) |
| 15 *166/199* Father's Day | 16 | 17 | 18 | 19 *169/196* | 20 *170/195* | 21 *172/193* Summer begins |
|  |  | REDACTED |  |  | *171/194* |  |
| 22 *173/192* | 23 Dittysch, M Schar Bg 10-Conf. call | 24 | 25 *176/189* St Jean Baptiste (Québec) | 26 | 27 *177/18?* | 28 *179/186* |
| 29 *180/185* | 30 *181/184* | JULY 1 | JULY 2 | JUN 3 | JULY 4 |  |

CONFIDENTIAL

JEM-AAA001686

1035.0026



CONFIDENTIAL

JEM-AAA001687

1035.0027

# AT·A·GLANCE® NOVEMBER 2003

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | | **1** 305/60 All Saints Day (M) |
| **2** 306/59 Day of the Dead (M) | **3** 307/58 | **4** 308/57 Election Day (US) | **5** 309/56 | **6** | **7** 310/55 | **8** 311/54 |
| **9** 313/52 | **10** 314/51 | **11** 315/50 Veterans' Day (US) Remembrance Day (C) _8 Morry Weiss_ | **12** 316/49 | **13** 317/48 | **14** 318/47 | **15** 319/46 |
| **16** 320/45 | **17** | **18** | **19** 323/42 | **20** 324/41 Revolution Anniversary (M) _5 561 852 1430_ _2-Benj Jesselson_ | **21** 325/40 | **22** 326/39 |
| **23** 327/38 | **24** 328/37 | **25** 329/36 (Eid) al Fitr | **26** 330/ | **27** 331/34 Thanksgiving (US) | **28** 332/33 | **29** 333/32 |
| **30** 334/31 | | | | | | |

REDACTED

REDACTED

# DECEMBER 2003

AT·A·GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | **1** 335/30 | **2** 336/29 | **3** 337/28 | **4** 338/27 | **5** 339/26 | **6** 340/25 |
| | | 2 Richard Born 917 640 2182 | | REDACTED | | |
| **7** 341/24 Pearl Harbor Remembrance Day (US) | **8** 342/23 | **9** 343/22 | **10** 344/21 | **11** 345/20 | **12** 346/19 Virgin of Guadalupe (M) | **13** 347/18 |
| **14** 348/17 | **15** 349/16 | **16** | **17** 351/14 | **18** | **19** 353/12 Hanukkah | **20** 354/11 Hanukkah |
| | REDACTED | | | | | |
| **21** 355/10 | **22** 356/9 Winter begins | **23** 357/8 | **24** 358/7 | **25** 359/6 Christmas | **26** 360/5 Boxing Day (C, UK) Kwanzaa begins | **27** 361/4 |
| **28** 362/3 | **29** 363/2 | **30** 364/1 | **31** 365/0 | | | |

| November 2003 | December 2003 | January 2004 | February 2004 | March 2004 | April 2004 |
|---|---|---|---|---|---|
| May 2004 | June 2004 | July 2004 | August 2004 | September 2004 | October 2004 |

PM1-26

**DECEMBER**

Mead Consumer & Office Products, 101 O'Neil Rd, Sidney NY 13838   www.at-a-glance.com   Made in USA   © 2001 The Mead Corporation

CONFIDENTIAL

JEM-AAA001689

1035.0029



CONFIDENTIAL

JEM-AAA001690

1035.0030

# MARCH 2004

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | **1** 61/305 Ashura | **2** 62/304 | **3** | **4** 02 | **5** 65/301 | **6** 66/300 |
| | | | REDACTED | | | |
| **7** 67/299 | **8** 68/298 | **9** | **10** 70/296 | **11** 71/295 | **12** 72/294 | **13** 73/293 |
| **14** 74/292 | **15** 75/291 | **16** 76/290 | **17** 77/289 St. Patrick's Day | **18** 78/288 | **19** 79/287 | **20** 80/286 Spring begins |
| **21** 81/285 Benito Juarez Birthday (M) Mothering Sunday (UK) | **22** | **23** 34 | **24** | **25** 84/282 | **26** 85/281 | **27** 86/280 87/279 |
| | | | REDACTED | | | |
| **28** 88/278 | **29** | **30** 89/277 90/276 | **31** /275 | | | |

## MARCH

# AT·A·GLANCE® JUNE 2004

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
|  |  | **1** 153/213 | **2** 154/212 | **3** 155/211 | **4** 156/210 | **5** 157/209 |
|  |  |  |  | REDACTED |  |  |
| **6** 158/208 | **7** 159/207 | **8** 160/206 | **9** 161/205 | **10** 162/204 — Daniel O'Davis | **11** 163/203 | **12** 164/202 |
|  |  |  | 350-b, Josephson |  |  |  |
| **13** 165/201 | **14** 166/200 Flag Day (US) | **15** | **16** 167/199 | **17** 168/198 | **18** 169/197 | **19** 171/195 |
| **20** 172/194 Father's Day | **21** 173/193 Summer begins | **22** 174/192 | **23** 175/191 | **24** 176/190 St. Jean Baptiste (Québec) | **25** 177/189 | **26** 178/188 |
|  |  |  | REDACTED |  |  |  |
| **27** 179/187 | **28** 180/186 | **29** 181/185 | **30** 182/184 July |  |  |  |

| May 2004 | June 2004 | July 2004 | August 2004 | September 2004 | October 2004 |
| December 2004 | January 2005 | February 2005 | March 2005 | April 2005 |

November 2004

JUNE

CONFIDENTIAL

JEM-AAA001692

1035.0032



1035.0033

# AT-A-GLANCE® NOVEMBER 2004

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | **1** 306/60 All Saints Day (M) *S+t Morry West David Swenson Palace Hotel* | **2** 307/59 Day of the Dead (M) Election Day (US) | **3** 308/58 | **4** 309/57 | **5** 310/56 | **6** 311/55 |
| | | | | REDACTED | | |
| **7** 312/54 | **8** 313/53 | **9** | **10** *10 - David Hirsch* | **11** 316/50 Veterans' Day (US) | **12** 317/49 | **13** 318/48 (Eid) al Fitr |
| **14** 19/47 | **15** 320/46 | **16** | **17** | **18** 7/44 | **19** 323/43 | **20** 325/41 Revolution Anniversary (M) |
| **21** 326/40 | **22** | **23** /28/36 | **24** /329/37 | **25** 330/36 Thanksgiving (US) | **26** 331/35 | **27** 332/34 |
| | REDACTED | | | | | |
| **28** 333/33 | **29** 334/32 | **30** | *DEC 1* | *DEC 2* | *DEC 3* | |



CONFIDENTIAL



# FEBRUARY 2005

AT-A-GLANCE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | 31 Jan | **1** 32/333 8³⁰ Paris Wiss | **2** 33/332 | **3** 34/331 | **4** 35/330 | **5** 36/329 Anniversary of the Constitution (M) |
| **6** ✓ 37/328 | **7** 38/327 | **8** 39/326 | **9** /325 Ash Wednesday Chinese New Year | **10** 41/324 First of Muharram | **11** 42/323 | **12** 43/322 Lincoln's Birthday (US) |
| **13** 44/321 | **14** Valentine's Day | **15** 5/320 | **16** | **17** | **18** 48/317 | **19** 49/316 Ashura 50/315 |
| **20** 51/314 | **21** 52/313 Presidents' Day (US) | **22** 53/312 Washington's Birthday (US) | **23** | **24** /10 Flag Day (M) | **25** 56/309 | **26** 57/308 |
| **27** 58/307 | **28** 59/306 | MAR | 2 MAR | 3 MAR | 4 MAR | |

REDACTED

REDACTED

| January 2005 | February 2005 | March 2005 | April 2005 | May 2005 | June 2005 |
|---|---|---|---|---|---|

| July 2005 | August 2005 | September 2005 | October 2005 | November 2005 | December 2005 |
|---|---|---|---|---|---|

PM1-28

**FEBRUARY**



# MARCH 2005

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | 28 FEB | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 St-Patrick's Day | 18 | 19 |
| 20 Palm Sunday Spring begins | 21 Benito Juarez Birthday (M) | 22 | 23 | 24 | 25 Good Friday | 26 |
| 27 Easter | 28 Easter Monday (C) | 29 | 30 | 31 | APR 1 | APR 2 |

REDACTED

REDACTED

CONFIDENTIAL

JEM-AAA001697

1035.0037



MAY 2005

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **1** 121/244 Eastern Orthodox Easter Labor Day (M) | **2** 122/243 | **3** 123/242 | **4** /241 | **5** 25/240 Holocaust Remembrance Day | **6** 126/239 | **7** 127/238 |
| **8** 128/237 Mother's Day (C, US) | **9** 129/236 | **10** Mother's Day (M) | **11** 131/234 | **12** 132/233 | **13** | **14** 134/231 |
| **15** 135/230 | **16** 136/229 | **17** 137/228 | **18** 138/227 | **19** 139/226 | **20** 140/225 | **21** 141/224 Armed Forces Day (US) |
| **22** 142/223 | **23** 143/222 Victoria Day (C) | **24** 144/221 | **25** 145/220 | **26** 146/219 | **27** 147/218 | **28** 148/217 |
| **29** 149/2 | **30** 150/215 Memorial Day, Observed (US) | **31** | | | | |

REDACTED

REDACTED

9. Morty Weiss

April 2005 / May 2005 / June 2005 / July 2005 / August 2005 / September 2005 / October 2005 / November 2005 / December 2005 / January 2006 / February 2006 / March 2006

**MAY**

PM1-28



CONFIDENTIAL

JEM-AAA001699

1035.0039



CONFIDENTIAL



CONFIDENTIAL



## NOVEMBER 2005

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | **1** 305/60 All Saints Day (M) | **2** 306/59 Day of the Dead | **3** 307/58 (Eid) al Fitr | **4** 308/57 | **5** 309/56 |
| **6** 310/55 | **7** 311/54 | **8** 312/53 Election Day (US) | **9** 313/52 | **10** 314/51 | **11** 315/50 Veterans' Day (US) Remembrance Day (C) | **12** 316/49 |
| **13** 317/48 | **14** 318/47 | **15** 319/4 | **16** | **17** | **18** 322/43 | **19** 323/42 |
| **20** 324/41 Revolution Anniversary (M) | **21** | **22** 325/4 | **23** 327/38 | **24** 328/37 Thanksgiving (US) | **25** 329/36 | **26** 330/35 |
| **27** 331/34 | **28** 332/33 | **29** 333/32 | **30** 334/31 | | | |

Handwritten notes:
- (Nov 2 area) 11 - Benj Jesserson
- (Nov 9) 11 - Richard Born
- (Nov 10) 9 - Michael Straus
- (Nov 23 area) 11 - Hughes
- (Nov 30) Dec 1
- (Nov 30) 12 - Jan Schotten...

REDACTED

REDACTED

| October 2005 | November 2005 | December 2005 | January 2006 | February 2006 | March 2006 |
|---|---|---|---|---|---|

| April 2006 | May 2006 | June 2006 | July 2006 | August 2006 | September 2006 |
|---|---|---|---|---|---|

PM1-28    **NOVEMBER**

CONFIDENTIAL

JEM-AAA001702

1035.0042



# JANUARY

## 2006

| SUNDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
| | 2/363 **3** | 3/362 **4** | 4/361 **5** | 5/360 **6** | 6/359 **7** 7/358 |
| **8** 8/357 | **9** 9/356 | **10** (Eid) al Adha 10/355 | **11** 11/354 | **12** 12/353 | **13** 13/352 **14** 14/351 |
| **15** 15/350 | **16** Martin Luther King, Jr. Day (US) 16/349 | **17** 17/348 | **18** 18/347 | **19** 19/346 **20** 20/345 | **21** 21/344 |
| **22** 22/343 | **23** 23/342 | **24** 24/341 | **25** 25/340 | **26** 26/339 **27** 27/338 | **28** 28/337 |
| **29** Chinese New Year 29/336 | **30** 30/335 First of Muharram | **31** 31/334 | | | |

REDACTED

REDACTED

9³⁰ - B. Jesselson.

| December 2005 | January 2006 | February 2006 | March 2006 | April 2006 | May 2006 |
|---|---|---|---|---|---|

| June 2006 | July 2006 | August 2006 | September 2006 | October 2006 | November 2006 |
|---|---|---|---|---|---|

JANUARY

CONFIDENTIAL

JEM-AAA001704

1035.0044

# ✔AT·A·GLANCE® FEBRUARY 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** 32/333 | **2** 32 | **3** 34/331 | **4** 35/330 |
| **5** 36/329 Anniversary of the Constitution (M) | **6** | **7** 38/327 *9 Bob Stark + M. Weiss* | **8** 39/326 | **9** Ashura | **10** 41/324 | **11** 42/323 |
| **12** 43/322 Lincoln's Birthday (US) | **13** | **14** 4/321 *1:30 M Weiss + R. Joel* | **15** | **16** 5/319 | **17** 48/317 | **18** 49/316 |
| **19** 50/315 | **20** 51/314 Presidents' Day (US) | **21** 315 | **22** 53/312 Washington's Birthday (US) | **23** | **24** 55/310 Flag Day (M) | **25** 56/309 |
| **26** 57/308 | **27** 58/307 | **28** 59/306 | | | | |

REDACTED

| January 2006 | February 2006 | March 2006 | April 2006 | May 2006 | June 2006 |
|---|---|---|---|---|---|

| July 2006 | August 2006 | September 2006 | October 2006 | November 2006 | December 2006 |
|---|---|---|---|---|---|

FEBRUARY

CONFIDENTIAL

JEM-AAA001705

1035.0045

# AT·A·GLANCE ® — MARCH 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** 60/305 Ash Wednesday | **2** 61/304 | **3** 62/303 | **4** 63/302 |
| | | | | 11:30 E. Jacobson | B:30 Diane Straus | |
| **5** 64/301 | **6** 65/300 Eastern Orthodox Lent begins | **7** 66/299 10 Morry Weiss | **8** 298 | **9** 297 | **10** 69/296 | **11** 70/295 |
| | | | REDACTED | | | |
| **12** 71/294 | **13** 72/293 | **14** 73/292 | **15** 74/291 | **16** 75/290 | **17** 76/289 St. Patrick's | **18** 77/288 |
| **19** 78/287 | **20** 79/286 Spring begins | **21** 80/285 Benito Juarez Birthday (M) | **22** 81/284 | **23** 82/283 | **24** 83/282 | **25** |
| | | | REDACTED | | | |
| **26** 85/280 | **27** 86/279 | **28** 87/278 | **29** 88/277 12 Jay Schottenstein | **30** | **31** | |

| February 2006 | March 2006 | April 2006 | May 2006 | June 2006 | July 2006 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

| August 2006 | September 2006 | October 2006 | November 2006 | December 2006 | January 2007 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

PM1-28

**MARCH**

MeadWestvaco Consumer & Office Products, Sidney,    © 2004 MeadWestvaco Corporation
CONFIDENTIAL

JEM-AAA001706

1035.0046

# APRIL 2006

AT·A·GLANCE®

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | | 1 91/27 |
| 2 92/273 Daylight Saving Time begins | 3 93/272 | 4 94/271 | 5 95/270 | 6 94/269 | 7 97/268 | 8 98/267 |
| 9 99/2... Palm Sunday | 10 | 11 1/264 | 12 1/264 | 13 102/263 Passover begins at | 14 103/262 Passover | 15 104/261 Good Friday |
| 16 106/259 Easter | 17 107/258 Easter Monday (C) | 18 108/257 | 19 109/256 | 20 110/255 | 21 111/254 | 22 112/253 |
| 23 113/252 Eastern Orthodox Easter | 24 114/251 | 25 115/250 Holocaust Remembrance Day | 26 116/249 Administrative Professionals Day (C, US) | 27 | 28 118/247 | 29 119/246 |
| 30 120/2 | | | | | | |

REDACTED

Morey Weiss

REDACTED

3-Murray Weis 754-8118

| March 2006 | April 2006 | May 2006 | June 2006 | July 2006 | August 2006 |
|---|---|---|---|---|---|
| September 2006 | October 2006 | November 2006 | December 2006 | January 2007 | February 2007 |

APRIL

CONFIDENTIAL

JEM-AAA001707

1035.0047



CONFIDENTIAL

# JUNE 2006

AT·A·GLANCE®

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | 152/213 **1** | 153/212 **2** | 154/211 **3** |
| 155/210 **4** | 156/209 **5** | 157/208 **6** | 158/207 **7** | 159/206 **8** | 160/205 **9** | 161/204 **10** |
| 162/203 **11** | 163/202 **12** | **13** | 165/200 **14** Flag Day (US) | **15** | 167/198 **16** | 168/197 **17** |
| 169/196 **18** Father's Day | **19** | **20** | 171/194 **21** Summer begins | **22** | **23** | 175/190 **24** St. Jean Baptiste (Québec) |
| 176/189 **25** | 177/188 **26** | **27** | 178/187 **28** | 179/186 **29** | 180/185 **30** | 181/184 |

REDACTED

Handwritten notes (Thursday June 8):
June 8 →
D am —
ILR, MORRY W,
PRES. JOEL
@ ILR OFFICE

Handwritten notes (Wednesday June 21):
8⁰ D. Straus
J Heller

10:15 Ben Kessel @
(here)
751-324?

13 - Berné Inv
@ D.K. Straus

CONFIDENTIAL

JEM-AAA001709

1035.0049

# AT·A·GLANCE®

# AUGUST 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | **1** 213/152 | **2** 214/151 | **3** 215/150 | **4** 216/149 | **5** 217/148 |
| **6** 218/147 | **7** 219/146 Civic Holiday (C) | **8** 220/145 | **9** 221/144 | **10** 222/143 | **11** 223/142 | **12** 224/141 |
| **13** | **14** 226/139 | **15** 227/138 | **16** 228/137 | **17** 229/136 | **18** 230/135 | **19** 231/134 |
| **20** 232/133 | **21** 233/132 *10 Mary Weiss* | **22** 234/131 | **23** | **24** 236/129 *30 M&M* *10 M.Weiss* *Rick Prins* *PQ 128* | **25** 237/128 | **26** 238/127 |
| **27** 239/126 | **28** 240/125 | **29** 241/124 | **30** 242/123 | **31** 243/122 | | |

REDACTED

| July 2006 | August 2006 | September 2006 | October 2006 | November 2006 | December 2006 |
|---|---|---|---|---|---|

| January 2007 | February 2007 | March 2007 | April 2007 | May 2007 | June 2007 |
|---|---|---|---|---|---|

PM1-28

**AUGUST**

MeadWestvaco Consumer & Office Products, Sidney, NY 13838    www.at-a-glance.com    © 2004 MeadWestvaco Corporation

CONFIDENTIAL

JEM-AAA001710

1035.0050



CONFIDENTIAL

JEM-AAA001711

1035.0051



CONFIDENTIAL

JEM-AAA001712

1035.0052

# AT·A·GLANCE NOVEMBER 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | **1** 305/60 All Saints Day (M) | **2** 306/59 Day of the Dead (M) | **3** | **4** 308/57 |
| **5** 309/56 | **6** ↓ 310/55 | **7** ↓ 311/54 Election Day (US) | **8** 312/53 | **9** 313/52 | **10** 314/51 | **11** 315/50 Veterans' Day (US) Remembrance Day (C) |
| **12** 316/49 | **13** 317/48 | **14** 318/47 | **15** 319/48 | **16** 320/45 10:30 R. Hirsch | **17** 321/44 | **18** |
| | | | REDACTED | | | |
| **19** 123/4 | **20** /41 Revolution Anniversary (M) | **21** | **22** 326/39 | **23** 327/38 Thanksgiving (US) | **24** 328/37 | **25** 329/36 |
| **26** | **27** 331/34 | **28** | **29** | **30** | | |
| | | | REDACTED | | | |

| October 2006 | November 2006 | December 2006 | January 2007 | February 2007 | March 2007 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

| April 2007 | May 2007 | June 2007 | July 2007 | August 2007 | September 2007 |
|---|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |

PM1-28

**NOVEMBER**

CONFIDENTIAL

JEM-AAA001713

1035.0053





CONFIDENTIAL

JEM-AAA001715



CONFIDENTIAL





JEM-AAA001718

1035.0058



CONFIDENTIAL



JEM-AAA001720

1035.0060



# FEBRUARY 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | **1** 32/334 | **2** |
| **3** 34/332 | **4** | **5** 5/331 | **6** | **7** 37/329 Ash Wednesday | **8** 38/326 Lunar New Year | **9** 39/327 |
| | | | Anniversary of the Constitution (M) | REDACTED | | |
| **10** 41/325 | **11** | **12** 43/323 Lincoln's Birthday (US) | **13** | **14** 45/321 | **15** 46/320 Valentine's Day | **16** |
| | 915 Morry Weiss | | | | | |
| **17** 318 | **18** 49/317 | **19** | **20** | **21** 52/314 | **22** 53/313 Washington's Birthday (US) | **23** |
| | Presidents' Day (US) | | REDACTED | | | |
| **24** 55/311 Flag Day (M) | **25** | **26** 56/310 | **27** 57/309 | **28** 58/308 | **29** | |

| January 2008 | February 2008 | March 2008 | April 2008 | May 2008 | June 2008 |
|---|---|---|---|---|---|

CONFIDENTIAL

JEM-AAA001721

1035.0061



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

JEM-AAA001725



CONFIDENTIAL



NOVEMBER 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | | **1** All Saints Day |
| **3** Day of the Dead (M) Daylight Saving Time ends | **4** | **5** Election Day (US) | **6** | **7** | **8** | |
| **10** | **11** Veterans Day (US) Remembrance Day (C) | **12** | **13** | **14** | **15** | |

REDACTED

| **6** | **17** | **18** | **19** | **20** | **21** Revolution Anniversary | **22** |
| **3** | **24** | **25** | **26** | **27** Thanksgiving (US) | **28** | **29** |
| **0** | | | | | | |

REDACTED



CONFIDENTIAL