# EXHIBIT 11

**From:** Merkin, J. Ezra
**Sent:** Wed, 03 Oct 2007 17:24:59 GMT
**To:** 'Patrick Erne'
**BCC:** Ferro, Naomi
**Subject:** RE: Meeting Request

---

If you'd like to come here at 12:00 Noon, we could meet for about three quarters of an hour, and continue by walking over to 885 Third Avenue. if that works for you, let me know, and we'll make sure to order lunch for you.

---

**From:** Patrick Erne [mailto:patrick.erne@reichmuthco.ch]
**Sent:** Wednesday, October 03, 2007 1:20 PM
**To:** Merkin, J. Ezra; Nadine Vonwyl
**Cc:** Christof Reichmuth
**Subject:** AW: Meeting Request

Dear Ezra
That's great. Thank you very much for organizing.
If you have time on Friday, I could come to your office a bit earlier to discuss Ariel and the markets. We could then go together to Mr. Madoff.
Would this work for you, or would you prefer to meet at the address below?

Regards

Patrick


Patrick Erne
Reichmuth & Co, Privatbankiers
Rütligasse 1
CH-6000 Luzern 7

Tel:   +41 41 249 49 29
Fax:   +41 41 249 49 39
http://www.reichmuthco.ch

-----Ursprüngliche Nachricht-----
**Von:** Merkin, J. Ezra [mailto:JEMerkin@gabrielcapital.com]
**Gesendet:** Mittwoch, 3. Oktober 2007 19:06
**An:** Nadine Vonwyl
**Cc:** Christof Reichmuth; Patrick Erne
**Betreff:** RE: Meeting Request

Please let Patrick know that he and I are booked for a visit with Mr. Madoff on the 19th at 1:00 PM. The address is 885 Third Avenue, corner 53d Street. Patrick and I should probably meet before, or in the lobby.

Seperately, I do not know if Patrick wants to make a date during his visit here with me; if he does, please let me know.

Confidential                                                                                                              GCC-P 0253145

**From:** Nadine Vonwyl [mailto:nadine.vonwyl@reichmuthco.ch]
**Sent:** Friday, September 28, 2007 6:22 AM
**To:** Merkin, J. Ezra
**Subject:** Meeting Request

Dear Ezra

I'm sending you an e-mail on behalf of Patrick Erne.
He will be travelling to New York on the 14th October 2007.
Is it possible to schedule a Meeting with Bernie Madoff on Friday, 19th October 2007 at 1 pm?

Kind regards from Switzerland
Reichmuth & Co
Nadine Vonwyl
Assistentin of Patrick Erne

Nadine Vonwyl
Reichmuth & Co, Privatbankiers
Rütligasse 1
CH-6000 Luzern 7

Tel:  +41 41 249 49 29
Dir:  +41 41 249 49 75
Fax:  +41 41 249 49 39
http://www.reichmuthco.ch

**Confidential**                                                                                                    GCC-P 0253146