# EXHIBIT 13

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

------------------------------------------X

THE PEOPLE OF THE STATE OF

NEW YORK BY ANDREW M. CUOMO,

ATTORNEY GENERAL OF THE STATE

OF NEW YORK,

               Plaintiff,

       -against-        Index No.:

                     450879/2009

ASCOT PARTNERS, LP,

ASCOT FUND LIMITED,

GABRIEL CAPITAL, LLC, and

GABRIEL ALTERNATIVE ASSETS,

              Defendants.

------------------------------------------X

             120 Broadway

             23rd Floor

             New York, New York 10271

             July 1, 2010

             10:11 a.m.


     EXAMINATION BEFORE TRIAL of J. EZRA

MERKIN, a representative of the Defendant in

the above-entitled action, taken on behalf

of the Plaintiff, held at the above time and

place, and taken before Binita Shrestha, a

reporter and Notary Public within and for

the State of New York.

[Page 20]

1              J. E. MERKIN

2   about options strategies, and think that I

3   understood what that strategy was, what it

4   purported to be, and how basically it

5   worked.

6          I spent a lot of time doing due

7   diligence on what the strategy was with

8   Mr. Madoff and about Mr. Madoff's firm with

9   others on Wall Street.  We had any number of

10  meetings with Mr. Madoff about the options.

11  Even late in the game when we set up

12  meetings for UBP and the fourth quarter of

13  2008, we focused on the options, we focused

14  on how they worked with the stocks, we

15  focused on how the strategy was meant to

16  deliver the kind of return it did.  I don't

17  think options were something that were new

18  to me, alien to me, or not understood by me.

19          I think Mr. Madoff's role in the

20  industry, I think Mr. Madoff's stature and

21  his firm's stature were all things we took

22  into account in considering the

23  appropriateness of the strategy.

24      Q.  Have you now finished your answer?

25      A.  Yes.