# EXHIBIT 14

```
                                                                        1

 1              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
 2

 3     ----------------------------------x
       In Re:
 4
       BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.
 5     SECURITIES LLC,                           08-01789(BRL)

 6              Debtor.
       ----------------------------------x
 7     IRVING H. PICARD, Trustee for the
       Liquidation of Bernard L. Madoff
 8     Investment Securities LLC,

 9              Plaintiff,                       Adv.Pro.No.
                                                 09-1182(BRL)
10          v.

11     J. EZRA MERKIN, GABRIEL CAPITAL,
       L.P., ARIEL FUND LTD., ASCOT
12     PARTNERS, L.P., GABRIEL CAPITAL
       CORPORATION,
13
                Defendants.
14     ----------------------------------x

15

16

17              VIDEOTAPED DEPOSITION of JOHN L.

18     STEFFENS, as taken by and before NANCY C. BENDISH,

19     Certified Court Reporter, RMR, CRR and Notary Public

20     of the States of New York and New Jersey, at the

21     offices of BAKER & HOSTETLER, 45 Rockefeller Plaza,

22     New York, New York on Tuesday, October 9, 2012,

23     commencing at 10:10 a.m.

24

25
```

**40**

1  Q. You mentioned discussing
2  diversification. Did you ever have occasion to
3  mention to Mr. Merkin your philosophy to limit the
4  concentration of investments in any particular fund
5  as part of Spring Mountain's basic philosophy?
6      MS. PRINC: Object to form.
7  A. Yes. Yeah, we talked about the
8  creation of the funds. We generally, you know, had
9  views that 25 to 30 funds were an appropriate
10 diversification structure. In some of our later
11 funds we had as many as 60 or 65 funds. So, we
12 discussed the makeup of those funds, you know,
13 certainly from time to time.
14 Q. Did you ever, during the course of
15 these conversations with Mr. Merkin, did he ever
16 explain to you the things he did in connection with
17 due diligence on the investments he was managing?
18 A. Yes. It's different from the two
19 funds, but we discussed numerous times the
20 conversations that he'd had with Bernie Madoff in
21 terms of looking at how Ascot was structured and
22 whether Bernie was going to change some of his
23 particular views and whether Ezra agreed with that
24 or didn't agree with that.
25      There was certainly one conversation

**41**

1  that I recall particularly where Bernie was going to
2  begin to use longer term options called LEAPS and
3  Ezra didn't want to do that because he felt that
4  they added illiquidity to his portfolio.
5      In the case of, in the case of
6  Gabriel and Ariel, we talked about both the private
7  equity positions in those funds, as well as some of
8  the high yield investments in those funds fairly
9  frequently.
10 Q. In these conversations, did
11 Mr. Merkin ever indicate to you that he did any kind
12 of quantitative analysis of the investments he
13 managed?
14     MS. PRINC: Object to the form.
15 A. No. He basically didn't spend much
16 time doing quantitative analysis. His was mostly
17 done on the qualitative side.
18 Q. Did he ever indicate to you who at
19 Gabriel Capital, his company, assisted him in
20 conducting qualitative evaluations of potential
21 investments?
22     MS. PRINC: Object to the form.
23 A. There were several people that helped
24 him with different aspects of certainly the high
25 yield portfolio. David Sherman was one. He had two

**42**

1  or three other people who assisted him in reviewing,
2  reviewing various and sundry company reports about
3  those kinds of debt instruments. They changed over
4  time. He had a small group of people who executed
5  trades that were within his office that traded some
6  of those types of high yield securities.
7      I had spent time with some of the
8  people at Cerberus looking at a variety of the
9  private equity yields that Cerberus had done that
10 were also included in Gabriel and Ariel.
11 Q. Did Mr. Merkin ever indicate to you
12 that anybody assisted him in connection with
13 conducting qualitative due diligence on Mr. Madoff?
14     MS. PRINC: Object to form.
15 A. No, he never indicated one way or the
16 other.
17 Q. Okay. You mentioned a number of
18 these people, Mr. Sherman and in-house traders. Did
19 he indicate any of those were involved in connection
20 with the Ascot Fund?
21     MS. PRINC: Object to form.
22 A. No, he didn't indicate that they were
23 involved in Ascot. And I saw, and specifically with
24 David Sherman, who I probably knew the best, he
25 spent the best -- in fact, probably 110 percent of

**43**

1  his time on the high yield debt side and, to the
2  best of my knowledge, had nothing to do with Ascot.
3  Q. So the high yield debt side was Ariel
4  and Gabriel?
5  A. Right.
6      MR. COLOMBO: Mark this as Trustee's
7  Exhibit 3.
8      (Exhibit Trustee-3 marked for
9  identification.)
10 Q. Mr. Steffens, we've marked as
11 Trustee's Exhibit 3 an email dated March 14, 2007.
12 It's an email chain, March 14, 2007. Have you seen
13 this document?
14 A. No.
15 Q. If you look at the second email
16 address, not the top one but underneath where it
17 says from Greg Ho to Adam Gleicher with a copy to
18 you and a copy to Mr. Merkin. Does that refresh
19 your recollection that you've seen this?
20 A. No.
21 Q. Do you know Adam Gleicher?
22 A. Yes.
23 Q. Who is he?
24 A. He was involved in the portfolio at
25 Yeshiva University.

BENDISH REPORTING, INC.
877.404.2193

**Page 80**

1  segregated but they were kept at Madoff instead of
2  Morgan Stanley?
3        A.    After 2004-2005.
4        Q.    All right.  If you look under
5  "Impressions and Conclusions" on that same page, the
6  second one says Mr. Merkin is a close friend of Mr.
7  Madoff.  Was that your understanding also?
8        A.    Yes.
9              MS. PRINC:  Object to form.
10       Q.    How did you obtain that
11 understanding?
12       A.    From things that -- conversations
13 that Ezra and I had, my understanding is he met with
14 him, you know, numerous times during the year.
15 Probably, you know, I would say 10 to 12 times a
16 year, one on one, to discuss these strategies, and
17 Ezra related some of those meetings or the results
18 of some of those meetings to me, so I made the
19 assumption that they were close, more than
20 acquaintances, they were close business
21 relationships and friends.
22       Q.    Now, the last statement here under
23 "Impressions and Conclusions" is, "We believe that
24 if there were ever any issue with the Madoff
25 accounts, Mr. Merkin would be the first to know."

**Page 81**

1  Was that your sense also?
2              MS. PRINC:  Object to form.
3        A.    Yes, I would agree that that would
4  have been my sense.
5        Q.    And, again, that's based on what
6  you've already told me in terms of relationship
7  between Mr. Madoff and Mr. Merkin?
8        A.    Right.
9              MS. PRINC:  Object to form.
10             MR. COLOMBO:  Mark that as Trustee's
11 Exhibit 7, please.
12             (Exhibit Trustee-7 marked for
13 identification.)
14       Q.    Mr. Steffens, we've marked as Exhibit
15 Trustee-7 a document produced out of Spring
16 Mountain's files.  It's an email and an attachment
17 from Greg Ho to Jason Orchard dated March --
18       A.    No.  From Jason Orchard --
19       Q.    I'm sorry, thank you.  From Jason
20 Orchard to Greg Ho with a copy to Christian
21 Strzelecki.  Have you ever seen this document
22 before?
23       A.    I don't recall ever seeing it before.
24       Q.    Can you tell me who Christian is?
25       A.    He was one of the analysts that we

**Page 82**

1  had within the investment group.
2        Q.    Look on page 1 of the document.  I
3  understand you've never seen it before, but I want
4  to see if your understanding is the same as set
5  forth in this email.
6              In the second paragraph under
7  "Strategy Review," in talking about Ascot funds it
8  says, "Cash balances are held at Morgan Stanley and
9  are not aggressively managed."  Was that your
10 understanding as to where the cash balances of the
11 Ascot funds were held?
12       A.    At the date of this memo, that
13 wouldn't have been my understanding.
14       Q.    What is your understanding where they
15 were held as of the date of this memo?
16       A.    At Madoff.
17       Q.    And does this go back to what you
18 were talking about earlier when you were conducting
19 the due diligence for Aozora Bank and talked to Mr.
20 Autera?
21       A.    Right.
22       Q.    Turn to the second page of the
23 document.  Look at the first paragraph that begins
24 on that page.  It's talking about what it refers to
25 as a bull spread trade.

**Page 83**

1        A.    Um-hum.
2        Q.    And it says, in the second sentence,
3  "As Ezra described it, essentially Ascot is no
4  different than flipping a coin, but trades are
5  structured so that Ascot can be right only 25
6  percent of the time and still be able to break
7  even," end of quote.
8              Did you ever have a conversation with
9  Mr. Merkin in which he made that sort of a statement
10 to you?
11       A.    Not the part about flipping a coin.
12 But I believe that he felt that Ascot could be right
13 a relatively small percentage of the time and still
14 be able to break even.
15       Q.    Based on how the strategy was
16 executed?
17       A.    Yes.
18       Q.    Look at the third page, the paragraph
19 that begins with 4 and a close parenthesis.
20       A.    Um-hum.
21       Q.    It talks about a trade structured
22 around the options of the S & P 100, OEX options.
23       A.    Um-hum.
24       Q.    Was it your understanding that in
25 executing his strategy, Madoff was using OEX

**148**

1  A. We had never discussed what our role
2  was going to be, whether it would be -- we were
3  going to be a third-party manager or not, but it
4  never went very far.
5  Q. Okay.
6  Do you know a man named Fabio
7  Savoldelli?
8  A. Yes.
9  Q. Did you and he ever have any
10 discussions concerning Bernie Madoff that you can
11 recall?
12 A. No, we did not.
13 Q. In connection with the potential
14 levered Madoff funds that you heard about or were
15 peripherally involved in, were you ever aware that
16 anybody did any due diligence on Madoff in
17 connection with any of those proposals?
18 A. Not that I know of.
19 MR. COLOMBO: We're out of tape.
20 Let's stop, change the tape.
21 THE VIDEOGRAPHER: Going off the
22 record, the time is 3:04. This ends tape number 3.
23 (Recess taken.)
24 THE VIDEOGRAPHER: We are back on the
25 record. The time is 3:16. This is tape number 4.

**149**

1  MR. COLOMBO: I've concluded my
2  questioning for now.
3
4  EXAMINATION BY MS. PRINC:
5  Q. Mr. Steffens, good afternoon. My
6  name is Diane Princ. I represent J. Ezra Merkin and
7  Gabriel Capital Corporation. I'm just going to ask
8  you a few questions on behalf of them.
9  I just first want to ask you a little
10 bit about Mr. Madoff. When did you first hear about
11 him?
12 A. Probably 1994. I was the chairman of
13 Security Industry Association. Mr. Madoff was a
14 committee head, I believe for the third party market
15 group. And so I met him in conjunction with that
16 role I played as the chairman of the SIA. And he
17 was certainly in that community well respected, well
18 thought of. His third party market making was,
19 again -- I'd say he was in the top four or five
20 firms that did third-party market making at the time
21 and, as I said, was generally well thought of.
22 Q. And from that time until his
23 confession in December 11, 2008, did his reputation
24 change at all within the market?
25 A. Well, you know, it's not one that I

**150**

1  really followed particularly, but I would say I
2  think that his third party market making firm was
3  probably less of a factor than it had been in the
4  '90s, but I don't think that his overall image until
5  that time in December had changed materially.
6  Q. Were you aware of his position as
7  chairman of NASDAQ?
8  A. Yes, I was.
9  Q. Were you aware of any other official
10 or public roles he held?
11 A. No.
12 Q. I'd like to ask you about the
13 Wolfsons.
14 A. Yes.
15 Q. You mentioned them earlier in your
16 deposition. Who are they?
17 A. They're a -- well, Zev Wolfson is an
18 investor in New York City in real estate, private
19 equity and hedge funds, has been quite successful.
20 Recently passed away. His sons still run that
21 business, as far as I know.
22 Q. Do you know the approximate value of
23 their family's business?
24 A. No.
25 Q. Would it be fair to say it's around a

**151**

1  billion or more?
2  MR. COLOMBO: Objection.
3  A. I would say it's probably a billion
4  or more, yes.
5  Q. And what is your relationship with
6  them?
7  A. I was an advisor to them for an
8  extended period of time on an unpaid basis. We have
9  invested some money for them from time to time, so
10 they were an investor in some of the Spring Mountain
11 funds, and I've known the family for, as of today,
12 probably for 20 years.
13 Q. Would you call them sophisticated
14 investors?
15 A. I would.
16 Q. And why?
17 A. Well, they have a significant real
18 estate business. My attitude, anybody that's
19 invested in real estate should be considered
20 sophisticated. But in addition to that they have an
21 extensive hedge fund portfolio and an extensive
22 private equity portfolio that probably has anywhere
23 from 30 to 50 managers on both sides.
24 Q. And so what's the approximate size of
25 their hedge fund portfolio?