# EXHIBIT 17

| | |
|---|---|
| From: | Michael Matlin |
| Sent: | Tue, 09 Oct 2007 03:12:33 GMT |
| To: | Merkin, J. Ezra |
| Subject: | RE: Visit to Mr. Madoff |

Dear Ezra,
Thank you for your e-mail. The suggested date and time should work for me.

A gut Yohr,
MM


-----Original Message-----
From: Merkin, J. Ezra [mailto:JEMerkin@gabrielcapital.com]
Sent: Mon 10/8/2007 7:41 PM
To: Michael Matlin
Subject: Visit to Mr. Madoff

Friday, Oct. 19th, at 1:00 PM, at 885 Third Ave., co. 53d Street, has been suggested as a date for a visit. We may be joined by one additional Ascot Fund shareholder. Please let me know whether this date works for you, or you know that the date definitely does not work.

A guten Winter,
Ezra

Confidential

GCC-P 0253157