# EXHIBIT 18

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.


SECURITIES LLC,                       08-01789(BRL)


            Debtor.
---------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

            Plaintiff,               Adv.Pro.No.
                                     09-1182(BRL)


            v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


            Defendants.
---------------------------------x


              ***CONFIDENTIAL***


        Videotaped deposition of      Redacted

as taken by and before Monique Vouthouris, Certified

Court Reporter, RPR, CRR and Notary Public of the

States of New York and New Jersey, at the offices of

BAKER & HOSTETLER, 45 Rockefeller Plaza, New York, New

York on Thursday, November 21, 2013, commencing at

10:07 a.m.

**141**

**Redacted**

03:29:33  1

03:29:38  2

03:29:39  3

03:29:40  4

03:29:50  5

03:29:53  6

03:32:05  7

03:32:06  8

03:32:07  9

03:32:08  10

03:32:12  11

03:32:19  12

03:32:22  13

03:32:25  14

03:32:28  15

03:32:28  16

03:32:30  17

03:32:32  18

03:32:32  19

03:32:45  20

03:32:49  21

03:32:50  22

03:32:50  23

03:32:57  24

03:33:02  25

Picard v. Merkin          CONFIDENTIAL          Redacted          11-21-13

142

03:33:08  1                          **Redacted**

03:33:11  2

03:33:16  3

03:33:20  4

03:33:24  5

03:33:26  6

03:33:29  7

03:33:34  8

03:33:40  9

03:33:45 10

03:33:51 11

03:34:00 12

03:34:04 13

03:34:07 14

03:34:13 15

03:34:17 16

03:34:20 17

03:34:23 18

03:34:27 19

03:34:31 20

03:34:35 21

03:34:39 22

03:34:42 23

03:34:46 24

03:34:53 25

**BENDISH REPORTING, INC.**
**877.404.2193**

Picard v. Merkin          CONFIDENTIAL          Redacted          11-21-13

143

**Redacted**

03:34:56   1

03:35:01   2

03:35:06   3

03:35:18   4

03:35:21   5

03:35:24   6

03:35:29   7

03:35:39   8

03:35:43   9

03:35:47  10

03:35:51  11

03:35:55  12

03:36:00  13

03:36:06  14

03:36:09  15

03:36:14  16

03:36:18  17

03:36:21  18

03:36:24  19

03:36:26  20

03:36:27  21

03:36:29  22

03:36:32  23

03:36:34  24

03:36:36  25

**BENDISH REPORTING, INC.**
**877.404.2193**