# EXHIBIT 20

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
SECURITIES LLC,                       08-01789(BRL)

       Debtor.

---------------------------------x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

       Plaintiff,                     Adv.Pro.No.
                                      09-1182(BRL)

       v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

       Defendants.

---------------------------------x


     VIDEOTAPED DEPOSITION of JASON L. ORCHARD, as
reported by NANCY C. BENDISH, Certified Court
Reporter, RMR, CRR and Notary Public of the States
of New York and New Jersey, at the offices of BAKER
HOSTETLER, 45 Rockefeller Plaza, New York, New York
on Tuesday, October 8, 2013, commencing at 10 a.m.

55

| | | |
|---|---|---|
| 11:30:52  1 | Q. | Yes. |
| 11:30:53  2 | A. | Yes. |
| 11:30:53  3 | Q. | Who? |
| 11:30:54  4 | A. | I believe Mr. Chait, Norman Chait has |
| 11:30:58  5 | met with Mr. Madoff, Ezra Merkin I believe has met | | |
| 11:31:02  6 | with Mr. Madoff, John Steffens I think met | | |
| 11:31:08  7 | Mr. Madoff. I'm sure there were others, but... | | |
| 11:31:17  8 | Q. | Have you ever asked Mr. Merkin to set |
| 11:31:26  9 | up a meeting with Mr. Madoff? | | |
| 11:31:30 10 | A. | I don't recall ever asking Mr. Merkin |
| 11:31:34 11 | to set up a meeting. | | |
| 11:31:43 12 | Q. | Prior to December 2008, did you have |
| 11:31:46 13 | any understanding as to what Mr. Madoff's reputation | | |
| 11:31:49 14 | was in the securities industry? | | |
| 11:31:52 15 | A. | I believed it to be quite strong. |
| 11:31:54 16 | Q. | And what's the basis of that |
| 11:31:56 17 | understanding? | | |
| 11:32:00 18 | A. | The success he had as a -- in his |
| 11:32:03 19 | business. He was also treasurer of Yeshiva | | |
| 11:32:09 20 | University and some other -- just the awards that he | | |
| 11:32:14 21 | had won, from what we had seen and heard. | | |
| 11:32:23 22 | Q. | And how did you come about that |
| 11:32:25 23 | information? | | |
| 11:32:29 24 | A. | Through just reading the newspaper, |
| 11:32:34 25 | reading -- no specific. I don't specifically recall | | |

56

| Time | Line | |
|---|---|---|
| 11:32:42 | 1 | how I came about that information. |
| 11:32:44 | 2 | Q. Did you come across this information |
| 11:32:47 | 3 | through the due diligence that you were conducting |
| 11:32:49 | 4 | on Mr. Merkin's funds? |
| 11:32:52 | 5 | MS. PRINC: Object to form. |
| 11:32:54 | 6 | A. I don't recall. |
| 11:33:11 | 7 | Q. Other than the market making |
| 11:33:13 | 8 | business, are you aware of any other business that |
| 11:33:16 | 9 | BLMIS was allegedly conducting? |
| 11:33:18 | 10 | A. No. |
| 11:33:27 | 11 | Q. Prior to December of 2008, were you |
| 11:33:30 | 12 | aware of any concerns regarding Mr. Madoff? |
| 11:33:35 | 13 | MR. KREISSMAN: Object to form. |
| 11:33:36 | 14 | Vague. |
| 11:33:42 | 15 | A. Concerning Mr. Madoff himself, no. |
| 11:33:45 | 16 | Q. Were you aware of any concerns |
| 11:33:47 | 17 | regarding BLMIS? |
| 11:33:49 | 18 | MS. PRINC: Object to form. |
| 11:33:50 | 19 | A. No. |
| 11:33:54 | 20 | Q. Were you aware of any concerns |
| 11:33:56 | 21 | regarding BLMIS's purported strategy? |
| 11:33:59 | 22 | MS. PRINC: Object to form. |
| 11:34:09 | 23 | A. When you refer to BLMIS, are you |
| 11:34:11 | 24 | referring to the broker-dealer side or the |
| 11:34:14 | 25 | investment management side? |