# EXHIBIT 22

1

                    UNITED STATES BANKRUPTCY COURT

                    SOUTHERN DISTRICT OF NEW YORK


--------------------------------x
In Re:


BERNARD L. MADOFF INVESTMENT            Adv.Pro.No.
SECURITIES LLC,                         08-01789(BRL)
              Debtor.
--------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

              Plaintiff,                Adv.Pro.No.

                                        09-1182(BRL)

              v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,


              Defendants.

--------------------------------x


                    ***CONFIDENTIAL***


        VIDEOTAPED DEPOSITION of NOREEN HARRINGTON, as
taken by and before NANCY C. BENDISH, Certified
Court Reporter, RMR, CRR and Notary Public of the
States of New York and New Jersey, at the offices of
Baker Hostetler, 45 Rockefeller Plaza, New York, New
York on Tuesday, October 1, 2013, commencing at
10:10 a.m.

145

| | | |
|---|---|---|
| 02:40:24 | 1 | worth the paper they were written on. |
| 02:40:28 | 2 | Q.        And when you say "the numbers," what |
| 02:40:30 | 3 | are you referring to? |
| 02:40:32 | 4 | A.        The returns. |
| 02:40:34 | 5 | Q.        Are you referring to BLMIS's returns? |
| 02:40:37 | 6 | A.        Yes. |
| 02:40:44 | 7 | Q.        Did -- did Merkin's reputation factor |
| 02:40:49 | 8 | into your due diligence process? |
| 02:40:56 | 9 | A.        He was -- when I went in, I have to |
| 02:40:58 | 10 | say, he was well-regarded, I had read his CV.  I |
| 02:41:02 | 11 | didn't think his CV was -- I thought his academic |
| 02:41:04 | 12 | credentials were excellent.  I didn't think his |
| 02:41:07 | 13 | street credentials were as high.  But people spoke |
| 02:41:14 | 14 | very, very highly of him.  So when I went in I had, |
| 02:41:18 | 15 | if anything, a predetermined opinion, a little bit |
| 02:41:23 | 16 | more positive.  But when I came out I had my own |
| 02:41:26 | 17 | opinion. |
| 02:41:27 | 18 | Q.        And -- and did Madoff's reputation |
| 02:41:30 | 19 | factor into your due diligence process? |
| 02:41:34 | 20 | A.        Again, he was revered by the people |
| 02:41:39 | 21 | that I worked with, and -- and I looked up his |
| 02:41:44 | 22 | credentials as well.  And the thing is, I come |
| 02:41:55 | 23 | from -- I come from a firm where I had the privilege |
| 02:41:59 | 24 | of working with what I would consider geniuses in |
| 02:42:04 | 25 | our own industry, particularly in the strategies |