# EXHIBIT 23

```
                                                                    1
 1              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
 2     -------------------------------x
       In Re
 3
       BERNARD L MADOFF              Adv. Pro. No.
 4     INVESTMENT SECURITIES LLC,    08-01789 (BRL)

 5              Debtor.
       -------------------------------x
 6     IRVING H. PICARD, Trustee
       for the Liquidation of
 7     Bernard L. Madoff Investment
       Securities LLC,
 8                                   Adv. Pro. No.
                Plaintiff,           09-1182 (BRL)
 9           v.

10     J. EZRA MERKIN, GABRIEL CAPITAL,
       L.P., ARIEL FUND LTD., ASCOT
11     PARTNERS, L.P., GABRIEL CAPITAL
       CORPORATION,
12
                Defendants.
13     -------------------------------x

14                         October 11, 2012
                           10:05 a.m.
15

16        VIDEOTAPED DEPOSITION of DANIEL HESS,

17     a Witness on behalf of Defendants, taken by

18     Plaintiffs, held at the Law Office of Gregory P.

19     Joseph, 485 Lexington Avenue, New York, New York,

20     before Eileen Mulvenna, CSR/RMR/CRR, Certified

21     Shorthand Reporter, Registered Merit Reporter,

22     Certified Realtime Reporter and Notary Public of

23     the State of New York.

24

25
```

08-01789-cgm   Doc 15989-23   Filed 05/10/17   Entered 05/10/17 18:39:14   Exhibit 23
Pg 3 of 4
PICARD v. MERKIN                                         DANIEL HESS        10/11/12

91

1    accountants?
2         A.    I believe so.
3         Q.    Would it be accurate to say it was
4    more of an accounting exercise than due
5    diligence?
6         A.    Correct.
7               MS. MOON:  Objection.
8    BY MR. KITCHEN:
9         Q.    Mr. Hess, can you identify for me
10   every discussion that you recall ever hearing
11   relating to Mr. Madoff or BLMIS?
12        A.    I mean, specifically, no.
13        Q.    Are there any --
14        A.    I guess throughout the years, you
15   know, some stories may have manifested, but I
16   really recall no -- you know, I do recall money
17   going to him and that being money we didn't have.
18   Specific conversations about him, I really -- I
19   really don't recall.  It was a long time ago.
20        Q.    I believe in -- earlier this morning
21   in your testimony, you referred to one discussion
22   you recall in the early '90s.  Do you remember
23   any such discussion regarding Mr. Madoff?
24        A.    Specifically, no.
25        Q.    As to general discussions, do you

1  remember any discussions about Mr. Madoff's
2  reputation?
3        A.    Not really.  Again, prior to the
4  Ponzi scheme becoming public, I think he had a
5  good reputation.
6        Q.    And that's actually a good point.  I
7  should clarify.  I'm asking about your knowledge
8  prior to his confession.
9        A.    I think it was -- I believe it was
10 fine.
11       Q.    Do you recall there being any
12 discussions within any of the staff at GCC
13 regarding the consistency of Mr. Madoff's
14 returns?
15       A.    We did not, no.
16       Q.    Any discussions about the fact that
17 he self-custodied the assets entrusted to him?
18       A.    No.
19       Q.    Any discussions about undue secrecy
20 within his organization?
21       A.    No.
22       Q.    Any discussions about any concerns
23 at all about Mr. Madoff?
24       A.    Not really.
25       Q.    Do you recall any discussions with