# Exhibit B

939

```
 1

 2    *** C O N F I D E N T I A L ***

 3    AMERICAN ARBITRATION ASSOCIATION

      NEW YORK, NEW YORK - COMMERCIAL RULES

 4    Arbitration No. 13 148 Y 00384 09

      -----------------------------------x

 5    CALIBRE FUND, LLC,

                  Claimant,

 6            -VS.-

      J. EZRA MERKIN AND GABRIEL CAPITAL

 7    CORPORATION,

                  Respondents.

 8    -----------------------------------x

              Dechert LLP

 9            1095 Avenue of the Americas

              New York, New York

10            November 18, 2010

              9:35 a.m.

11

12

13    B E F O R E:

14    WILLIAM L.D. BARRETT, ESQ. - The Chairman

15    JAMES M. RHODES, ESQ. - Panel Member

16    MARK LONDON, ESQ. - Panel Member

17

18

19

20

21

22

23       Amy Klein Campion - Hearing Reporter

24

25
```

CONFIDENTIAL                                        GCC-P 0493418

988

Merkin - Cross - Confidential

1  made off with the money.
2      "Question: You were doing a pun
3  on words essentially?
4      "Answer: Yes, I mean, it's just
5  the way...
6      "Question: It was your thought
7  process at that point?
8      "Answer: Yeah, and just the way
9  I look at things. I basically feel
10 that there are many indicators,
11 tangential indicators. For example,
12 Madoff was in the Lipstick Building.
13 Lipstick is a way of a woman
14 disguising what her lips really look
15 like.
16      "So, to me, like if someone says
17 the Lipstick Building. I say well,
18 why are they in the Lipstick Building.
19      "If you put Madoff's name on
20 your machine, the spellcheck says this
21 is no name at all. I mean, I put my
22 name in it, there are names like my
23 name in it.
24      "So to me, I know this may sound

989

Merkin - Cross - Confidential

1  silly, but that's the way I look at
2  things. I mean, I say, well, gee, so
3  Outlook doesn't recognize this as a
4  legitimate name. I basically look --
5  you know what I mean? It's very --
6  you just look around, that's how you
7  sort of see things, just by looking
8  at -- my approach to things is very
9  empirical.
10      "Question: Other than what
11 you've just described, was there any
12 other thoughts that went into your
13 writing that last sentence?
14      "Answer: No. No. I thought it
15 was humorous."
16      Mr. Merkin, in your discussions
17 with Mr. Teicher, did he ever indicate
18 that he knew what Mr. Madoff did?
19 A.   No.
20 Q.   Had he ever met Mr. Madoff?
21 A.   No.
22 Q.   Over time did you have a view of
23 Mr. Teicher's comments about Mr. Madoff?
24 A.   Well, we didn't have that many

990

Merkin - Cross - Confidential

1  discussions and they certainly declined in
2  number over time.
3      The last one I remember prior to
4  the December 11, 2008 period was a number
5  of years prior to that in which he sort of
6  withdrew his skepticism such as it was.
7  Q.   And over your years in the
8  investment world, can you think of any
9  other investors, managers, who had
10 volatility that was like or better than
11 Mr. Madoff?
12 A.   Yes. Certainly comparable. It
13 might even be better.
14 Q.   Can you give us just some of the
15 names?
16 A.   Well, there are managers who try
17 to run a low strategy and do so
18 effectively. So Steve Cohen did it a
19 period of time, Seth Klarman did it at
20 Baupost up in Boston, Millennium which is
21 run by Ezra Englander has had something
22 close to 90 percent of all months being up
23 and over a period of many, many years
24 it's -- it's done.

991

Merkin - Cross - Confidential

1  Q.   Now, you were also asked by
2  Mr. Susman about the Markopolis letter.
3      When was the first time you ever
4  heard about or saw the Markopolis letter?
5  A.   My guess is sometime in the
6  first quarter of 2009 after the events of
7  December 11, 2008.
8  Q.   And I think he referred to you
9  in that letter to someone from Goldman
10 Sachs. And you didn't know that
11 personally.
12 A.   Correct.
13 Q.   Did you ever have any
14 conversations with any people at Goldman
15 Sachs regarding Mr. Madoff?
16 A.   Yes.
17 Q.   What were the general nature of
18 those conversations?
19 A.   Very favorable.
20 Q.   Did anybody who was a Goldman
21 Sachs person invest with you?
22 A.   Yes. We -- I previously
23 mentioned Jonathan Kolatch had been at
24 Goldman, was a very senior person there

14 (Pages 988 to 991)

CONFIDENTIAL                                                                GCC-P 0493431