# Exhibit C

```
                                                          400
 1
 2    AMERICAN ARBITRATION ASSOCIATION
 3    NEW YORK, NEW YORK - COMMERCIAL RULES
 4    ------------------------------------x
 5    MOSHAEL J. STRAUS,
 6                    Claimant,
 7
 8            v.                       Arbitration No.
 9                                     13 148 Y 01800 10
10    J. EZRA MERKIN,
11                    Respondent.
12    ------------------------------------x
13                    June 22, 2011
14                    Cravath, Swaine & Moore LLP
15                    Worldwide Plaza
16                    825 Eighth Avenue
17                    New York, New York
18                    10:15 a.m.
19
20    B E F O R E:
21    WILLIAM A. DREIER, P.J.A.D. (ret.) - The Chairman
22    THOMAS J. FLEMING, ESQ. - Panel Member
23    RORY O. MILLSON, ESQ. - Panel Member
24
25            Amy Klein Campion - Hearing Reporter
```

CONFIDENTIAL                                          GCC-P 0494491

**681**

                J. Merkin - Cross/Levander

1      they would look like they were
2      absolute geniuses.
3          MR. BAMBERGER: I'm sure your
4      Honor understands --
5          THE CHAIRMAN: It's certainly
6      not the same as what Mr. Madoff was
7      doing, we can all understand that.
8          Let's go ahead.
9          MR. LEVANDER: Let's look at
10     Exhibit 1199.
11     Q. This is Millennium. Could you
12     see that the percentage of down months
13     over a, at least a 20-year period, is
14     11.44 percent?
15     A. Right. So that I think is a
16     point that certainly meant a great deal of
17     deference to me, which is in the ballpark
18     of approaching 90 percent of positive
19     months, there are strategies such as
20     Millennium's that run close to 90 percent
21     of all months positive.
22         What was of interest to me, for
23     example, on the prior chart was not
24     someone made a lot more money, such as if

**682**

                J. Merkin - Cross/Levander

1     you look at the percentage of down months
2     there are very, very far and few between.
3         By analogy to the Chairman's
4     observation about gold, you might make a
5     great deal of money if you were long gold
6     at the right time. If you were long gold
7     at the right time and marked it every
8     month to market, you would have a very
9     significant percentage of down months,
10    because gold was basically, like most
11    commodities, very volatile.
12        This is as much a question of
13    volatility as it is absolute performance.
14        What I'm suggesting is that
15    there were people who had Madoff's
16    volatility at his level of performance and
17    significantly higher.
18        MR. BAMBERGER: I don't object
19    given the comments the Panel has made,
20    but there's been no evidence
21    introduced that Millennium was subject
22    to anything like the collar that
23    Bernard Madoff was, that he can only
24    go long the equity, that he had to

**683**

                J. Merkin - Cross/Levander

1     sell puts at a very close price in the
2     market and that he would sell calls to
3     fund the puts.
4         I mean, this gentleman here
5     could well have taken a view in 2000
6     that the market was about to turn and
7     go monstrously short.
8         Bernie Madoff couldn't do that.
9         Once again, you're comparing
10    Madoff to gold or something along like
11    it -- similar to it.
12        We'll put in our expert evidence
13    as far as whether Madoff achieved 11
14    percent lost months or whether he
15    achieved 2 or 3 percent lost months.
16        But I know you'll wait to hear
17    from my expert before you attach too
18    much credence to this, which says it's
19    not a single strategy fund, but a
20    multi-strategy fund.
21        And, again, we should look at it
22    in context before we understand
23    whether this is proof that Mr. Madoff
24    wasn't so extraordinary.

**684**

                J. Merkin - Cross/Levander

1         THE CHAIRMAN: Admit this into
2     evidence subject to the same comments
3     I made before.
4         (Respondent's Exhibit 1199
5     received in evidence.)
6         MR. LEVANDER: Understood.
7     A. I just want to observe on this
8     Millennium chart, you're talking about a
9     15¾ percent compounded return over 20
10    years with 11½ percent down months.
11        I'm familiar with the fund,
12    familiar with the shop, familiar with the
13    manager.
14        We previously talked about their
15    having had some capital in Ascot all the
16    through to the end.
17        It's all arbitrary -- it's
18    overwhelmingly arbitrage strategies. It's
19    extremely similar in terms of arbitrage
20    concepts to some of the things that we
21    used here and elsewhere.
22        I just merely point out
23    there's --
24        MR. BAMBERGER: Real arbitrage.

CONFIDENTIAL

GCC-P 0494562

685

J. Merkin - Cross/Levander

1 A. There's compounding at an
2 absolute level and then there's
3 volatility.
4     MR. LEVANDER: Mr. Bamberger,
5 could you wait your turn? The man is
6 speaking. It's totally inappropriate.
7     MR. BAMBERGER: You're right.
8     MR. LEVANDER: One last one
9 1200. This is the record of Elliott
10 Associates.
11 Q. Again, if you go through, it's
12 got remarkable consistency performance and
13 remarkable performance.
14     And if we go --
15 A. Elliott Associates is a fund
16 that has an over 30-year audited record
17 that compounds at right around 14, 15. I
18 don't know percentages as what up months
19 and down months, but I would wager he had
20 lower volatility over those 32 or 33 years
21 than Madoff's performance.
22 Q. If you would go to the next
23 page. What's the last page?
24     So it goes from 77 and then we

686

J. Merkin - Cross/Levander

1 go back to the first page again and go to
2 the top.
3     In that 30 years the cumulative
4 is 80 -- so it's about over 20 percent; is
5 that right?
6 A. The cumulative return
7 annualized?
8 Q. Yes.
9 A. I think it's still around 15.
10 You have to adjust for those compounding
11 effects for over 32 or 33 years.
12     I would just observe it's also
13 on size capital. You're talking about
14 assets that are up near 6 billion. This
15 is the domestic limited partnership and
16 there's a parallel offshore fund.
17     But there is no volatility.
18 There are no down months of any real
19 significance.
20 Q. Now, Mr. Bamberger asked you
21 some questions about option trading and
22 red flags and so on and so forth.
23     Did you ever discuss option
24 trading with Mr. Madoff?

687

J. Merkin - Cross/Levander

1 A. Yes.
2 Q. What did he tell you?
3 A. Option trading is what I
4 discussed with Mr. Madoff many, many times
5 over the long period of years, some of
6 which I have already testified to. I
7 think it's probably -- I shouldn't repeat
8 myself.
9     We've had discussions of how
10 options can be used both to hedge risk and
11 create a rate of return.
12 Q. I think you've maybe touched
13 upon this in response to Mr. Bamberger's
14 questions, but over the years did
15 Mr. Madoff tell you he was using less or
16 more over-the-counter options?
17 A. Over the years, the trend was
18 away from listed options and toward
19 over-the-counter options.
20 Q. At some point, according to one
21 of your notes, he suggested to you that
22 maybe something around 20 percent of the
23 options was still being Exchange traded
24 and the rest were over-the-counter,

688

J. Merkin - Cross/Levander

1 correct?
2 A. Something like that I think is
3 correct.
4 Q. Did you understand that to mean
5 that on any given day when he was trading
6 options, 80 percent had to be
7 over-the-counter and 20 percent exactly
8 had to be Exchange or did you understand
9 that to be a rough approximation from
10 Mr. Madoff?
11 A. No. I think this is
12 something -- this was not a snapshot view
13 on a static basis. This was the moving
14 picture on a dynamic basis over long
15 periods of time.
16 Q. Did you ever have conversations
17 with investors in Madoff, direct or
18 indirect investors in Madoff, that you
19 thought were options experts?
20 A. About? That I would have
21 thought were options experts?
22 Q. Yes.
23     THE COURT REPORTER: I'm
24 sorry -- I apologize...

73 (Pages 685 to 688)

CONFIDENTIAL                                              GCC-P 0494563