# Exhibit D

```
                                                                 385
 1
 2    AMERICAN ARBITRATION ASSOCIATION
      NEW YORK, NEW YORK - COMMERCIAL RULES
 3    No. 13 148 Y 01803 10
      - - - - - - - - - - - - - - - - - - - - - - -x
 4    MORRY WEISS, Individually, JUDY WEISS
      Individually and as Trustee,
 5    IRVING I. STONE FOUNDATION and
      SAPIRSTEIN-STONE-WEISS FOUNDATION,
 6
                        Claimants,
 7
              vs.
 8
      J. EZRA MERKIN,
 9
                        Respondent.
10    - - - - - - - - - - - - - - - - - - - - - - -x
               Pryor Cashman LLP
11             Seven Times Square
               New York, New York 10003-6569
12
               August 11, 2011
13             9:09 a.m.
14    B E F O R E:
15      JOHN R. HOLSINGER, ESQ. - The Chairman
        THOMAS J. FLEMING, ESQ. - Panel Member
16      DONALD S. ZAKARIN, ESQ. - Panel Member
17
        Amy Klein Campion - Hearing Reporter
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

GCC-P 0495019

## Page 670

J.E. Merkin - Direct/Levander

were supposed to get it back at the value we were supposed to get it back.

And, if anything, there were occasions when we wanted to invest additional capital and he didn't take it.

Q. Mr. Bamberger tried to suggest to you before something about how you had a one-year lockup versus Fairfield Greenwich's 30 days.

Do you remember that series of questions?

A. I do.

Q. I think Mr. Bamberger is mixing apples and oranges.

Could you tell us what the nature of Ascot's investment was with Madoff?

A. Ascot had managed account agreements with the Madoff office. Those gave us daily outs.

We had other arrangements with our investors. But one shouldn't confuse Ascot's investors and Ascot's contractual arrangements as part of, say, the limited

## Page 671

J.E. Merkin - Direct/Levander

partnership agreement, with what we were doing with Madoff.

We had the right to remove money from the Madoff office every single day.

If we were in treasuries it was a piece of cake. If we were in positions, and say we needed -- just to give an example -- needed to trim 20 percent of the positions because we had a redemption or because I wanted to do something else with the money, you gave an order. These were highly liquid securities. It's not to say that you won't make or lose something on the way out in a very small away, but T+1, T+2, T+3, you get the money.

And so the accounts were extraordinarily liquid.

I didn't know about the Tremont arrangements, but --

Q. I said the Fairfield arrangements.

A. The Fairfield arrangements, sorry.

## Page 672

J.E. Merkin - Direct/Levander

But I certainly knew that Madoff had lots of managed account clients, or his firm had a lot of managed account clients.

I wouldn't assume it's different from a managed account at Goldman Sachs account. You can call up any day and say I want the money back.

Q. I also want you to address some of the questions and suggestions and arguments Mr. Bamberger has made about your due diligence.

Mr. Bamberger has questioned whether Madoff's low volatility returns were a red flag to you, in essence.

Do you agree that they were any kind of warning sign?

A. No.

Q. Why not?

A. Because I had -- have spent time professionally looking at any number of money managers who run very low volatility portfolios that perform at Madoff-like percentages of positive months over

## Page 673

J.E. Merkin - Direct/Levander

periods of decades, and was very interested in those, precisely because I thought they made a great deal of sense for the two investment committees I was chairing, the Yeshiva University Investment Committee and UJA Investment Committee.

So looking at low volatility fund management was a significant theme in the office, and I knew of performances that were less volatile than Madoff's and had, frankly, better numbers, and I certainly knew of performances that were in line with his volatility.

Q. Could you give us the names of three or four well-known funds that had more than 10 years, maybe even 20 years, maybe even 30 years, of track records of low volatility and returns that were at least as good as Madoff's?

A. Well, long track records of low volatility that come to mind are Millennium, which probably had something close to 90 percent up months, and that

73 (Pages 670 to 673)

VERITEXT REPORTING COMPANY
(212) 279-9424    www.veritext.com    (212) 490-3430

CONFIDENTIAL

GCC-P 0495091

**Page 674**

    1    J.E. Merkin - Direct/Levander
    2    would probably be something like a 20-year
    3    record.
    4         Elliott Associates, which was
    5    Paul Singer's original domestic limited
    6    partnership, I think is at year -- today
    7    is at year number 33 or 34 with positive
    8    compounding at extraordinarily high levels
    9    of positive months year after year after
   10    year and period after period after period.
   11         We look for these kinds of
   12    funds. Those are two that come to mind.
   13    I can think of more.
   14    Q.   What about Steve Cohen?
   15         MR. BAMBERGER: Objection;
   16    leading.
   17         THE CHAIRMAN: What about what?
   18         MR. LEVANDER: Steve Cohen.
   19         MR. BAMBERGER: Objection;
   20    leading.
   21         THE CHAIRMAN: Overruled.
   22    A.   SAC is certainly one that I had
   23    in mind when I said I can think of some
   24    more.
   25         Steve had, through into the '08

**Page 675**

    1    J.E. Merkin - Direct/Levander
    2    period -- I can't say this for a fact, but
    3    I'm guessing -- a smaller percentage of
    4    down months than Madoff did, and returns
    5    that probably started at twice his returns
    6    and moved up from there.
    7         And we're talking about periods
    8    measured in decades.
    9    Q.   Have you ever heard of a company
   10    called Baupost?
   11         THE CHAIRMAN: What's the name
   12    of it?
   13         MR. LEVANDER: Baupost.
   14    A.   Baupost is managed by Seth
   15    Carmen up in Boston.
   16         These are all names --
   17    Millennium, Baupost -- that we used for
   18    the endowments that I had recommended for
   19    consideration by the investment
   20    committees for their folks.
   21         Seth has been doing this
   22    original stuff, I think it's over 20
   23    years, I think it's close to 25 years,
   24    with just extremely favorable, positive
   25    compounding over that entire period of

**Page 676**

    1    J.E. Merkin - Direct/Levander
    2    time.
    3         MR. LEVANDER: Again, we have
    4    records that corroborate what he just
    5    said --
    6         THE CHAIRMAN: You can point
    7    that out to us in briefs.
    8         MR. LEVANDER: That's exactly my
    9    intention.
   10         THE CHAIRMAN: Fair enough.
   11    BY MR. LEVANDER:
   12    Q.   Mr. Bamberger asked you about
   13    Madoff skeptics.
   14         Can you first tell us what your
   15    view is in terms of the number of people
   16    you spoke to that had very positive views
   17    about Mr. Madoff versus the number of
   18    skeptics?
   19    A.   The sheer number of people who
   20    were -- who were positive about Madoff was
   21    much larger in number and is a significant
   22    multiple of the people who expressed some
   23    skepticism. Four or five times. It is a
   24    much, much larger number of persons.
   25         The skeptics and the skepticism

**Page 677**

    1    J.E. Merkin - Direct/Levander
    2    actually declined over time. As the
    3    performance kept coming, people just --
    4    there was -- one heard less of skepticism.
    5         And some of the skeptics carped
    6    at Madoff. Some of that was back-biting,
    7    fault-finding, and forms of competition
    8    within the industry.
    9    Q.   Did anyone that talked to you
   10    prior to December 11, 2008 ever suggest
   11    that Mr. Madoff was engaged in a Ponzi
   12    scheme?
   13    A.   No. Absolutely not.
   14    Q.   Mr. Bamberger has put into his
   15    exhibits some statements of Mr. Markopolos
   16    which he sent to the SEC prior to December
   17    11, 2008.
   18         Did you see anything from
   19    Mr. Markopolos, or hear about
   20    Mr. Markopolos, prior to December 11,
   21    2008?
   22    A.   No. I didn't hear anything
   23    about that until the end of 2009.
   24    Q.   Those were sent to the SEC; is
   25    that right?

74 (Pages 674 to 677)