# Exhibit E

364

```
 1
 2   *** C O N F I D E N T I A L ***
 3   AMERICAN ARBITRATION ASSOCIATION
 4   NEW YORK, NEW YORK - COMMERCIAL RULES
 5   ---------------------------------x
 6   NOEL M. WIEDERHORN, MD o/b/o
 7   NOEL M. WIEDERHORN, MD IRA
 8   ROLLOVER ACCOUNT,
 9                    Claimant,
10
11   vs.                         Arbitration No.
12                               13 148 Y 02937 08
13   J. EZRA MERKIN AND GABRIEL CAPITAL
14   CORPORATION,
15                    Respondents.
16   ---------------------------------x
              Willkie Farr & Gallagher, LLP
17            878 Seventh Avenue
              New York, New York
18            December 4, 2009
              9:37 a.m.
19
20   B E F O R E:
21   DAVID E. ROBBINS, ESQ. - The Chairman
22   THOMAS J. FLEMING, ESQ. - Panel Member
23   STEPHEN W. GREINER, ESQ. - The Panel Member
24
25        Amy Klein-Campion - Hearing Reporter
```

CONFIDENTIAL

CONFIDENTIAL                                GCC-P 0495461

## Page 605

- Merkin - Cross - Confidential

2  so unlikely that Mr. Madoff ever said --
3  Mr. Madoff would not talk about exercising calls
4  ever. He certainly wouldn't be a person who
5  would misstate the exercise of a call when one
6  was short and not long.
7       But it seems to get to the basic
8  lack of options experience or lack of options
9  expertise of the reporter.
10     Q.  And --
11     A.  The author of the article.
12     Q.  Excuse me?
13     A.  The author of the article.
14     Q.  Can you exercise a call when you're
15  short it?
16     A.  You cannot.
17     Q.  You were asked a lot of questions by
18  Mr. Bamberger about the lack of volatility, the
19  results, and Mr. Teicher, and so on and so
20  forth.
21         What did you do to satisfy yourself
22  about the alleged lack of volatility in
23  Mr. Madoff's funds wasn't a red flag, wasn't
24  something to be concerned about, wasn't
25  something that would drive you to take your

## Page 606

- Merkin - Cross - Confidential

2  money out of the fund?
3     A.  As an observation, it is certainly
4  not one I ignored. It was certainly one I
5  considered and thought about, examined and
6  talked to Mr. Madoff about.
7       But it starts with the basic premise
8  that Mr. Madoff's volatility wasn't what people
9  thought was on anything sort of a near-term
10 basis.
11        Again, we were posting trades and
12 creating a daily report of our Madoff P&L, and
13 the volatility there on a daily basis was up,
14 down, in significant -- significantly higher
15 volatility than one may have observed if one
16 looked at much longer reporting periods. Weekly
17 volatility was high, monthly volatility was a
18 lot lower, and quarterly volatility was a lot
19 lower still.
20        In addition to that --
21    Q.  Just stay with that for one moment.
22 Can we look at Exhibit 333.
23        And could you read into the record
24 the entry in your November 2006 note about
25 volatility of returns in the first paragraph.

## Page 607

- Merkin - Cross - Confidential

2     A.  I'll just read the whole first
3  paragraph: "As usual, reviewed the strategy.
4  Same basic concepts, referring back to the
5  Trading Directive." In initial caps. "(Check
6  copy in file). Number of stocks expands.
7  Market volatility up. Choppiness helps returns.
8  Volatility of our own returns higher, daily,
9  intra-daily (we don't see the intra-daily)
10 weekly, less. Monthly, more subdued. Pulled
11 out the sheets and reviewed with him."
12    Q.  And in addition to the fact that you
13 saw the daily volatility and the weekly
14 volatility, when you discussed this issue with
15 Mr. Madoff, what other facts and factors gave
16 you comfort that his performance was nothing
17 that alarmed you?
18    A.  I had spent a fair amount of time
19 over the years looking at the performance of
20 other managers. Overwhelmingly because I chair
21 two very large endowment investment committees,
22 one for the school, the university, and one for
23 UJA Federation of New York. One for 16 years,
24 and one for about 10 years.
25        And given annual spending

## Page 608

- Merkin - Cross - Confidential

2  requirements of both institutions that were a
3  percentage of their endowments, lower volatility
4  money management strategies were broadly of
5  interest to me.
6         And this is partly in answer to the
7  question you asked me before, what did you talk
8  about.
9         THE CHAIRMAN: Right.
10    A.  Well, I talked about money
11 management strategies, and in some cases, with
12 some people and in some times, would have
13 focused on volatility-adjusted returns.
14        So there were a number of funds and
15 a number of fund managers whom I had been
16 interested in who had come to the office and
17 discussed what they were doing, and in making
18 presentations to the committees that I chaired,
19 that exhibited volatility characteristics,
20 worldly in keeping with Mr. Madoff's, and at
21 levels of returns that were in some cases
22 substantially higher.
23    Q.  Can you give us the names of some of
24 those money managers that you're talking about?
25    A.  Some that came to mind the other day

62 (Pages 605 to 608)

CONFIDENTIAL                                                GCC-P 0495521

609

1  - Merkin - Cross - Confidential
2  when Mr. Bamberger asked me something about that
3  were Elliott Associates, the Paul Singer
4  Millennium, the fund run by Israel Englander.
5  SAC. That's Steve Cohen's fund.
6      Certainly anything that Jim Simons
7  had been doing at Medallion over the years had
8  extraordinary returns and extraordinarily low
9  volatility. Black box it might have been.
10     With all these funds, certainly for
11 the periods of time we're talking about, one had
12 a great deal less transparency than one had with
13 Mr. Madoff.
14     THE CHAIRMAN: Which one thought you
15 had with Mr. Madoff.
16     THE WITNESS: Correct.
17  Q. In addition to the names you've
18 mentioned, were there other managers that you
19 were familiar with? And can you tell us a
20 little bit about their results as compared to
21 Mr. Madoff?
22     How about Soros?
23  A. Soros was in the investing business,
24 not so much in the trading business. Soros had
25 a 17-year track record of up years with very,

610

1  - Merkin - Cross - Confidential
2  very low volatility, and was able to handle
3  significant increases in the size of capital
4  over the period of those years in ways that
5  produced a very steady and very attractive
6  return.
7   Q. Do you know an entity called
8  Baupost?
9   A. Baupost is a fund that's based up in
10 Boston. It's run by a gentleman whose name is
11 Seth Klarman, who produced possibly better
12 returns over a period of years and had very low
13 volatility.
14  Q. What about Tudor?
15  A. Tudor, they were two sets of funds
16 there. One -- one was a Tudor futures fund, one
17 was more an equity fund, almost alone among
18 futures managers, able to squeeze volatility
19 down, and was interested in a low volatility
20 return.
21  Q. And they were successful?
22  A. Yes.
23  Q. What about D.E. Shaw?
24  A. I know less about them. They were
25 much more of a black box, for example, than some

611

1  - Merkin - Cross - Confidential
2  of the funds we talked about. They had a very
3  low volatility return. I'm not quite sure I
4  knew what they were doing.
5      THE CHAIRMAN: Reference was made
6  throughout your testimony to black box.
7  For the record, can you define what that
8  means?
9      THE WITNESS: Well, let's take
10 either D.E. Shaw or Jim Simons.
11     Jim Simons ran an operation called
12 Medallion for many, many years. Had
13 absolutely extraordinary returns, possibly
14 compounding in the high 30's. And I may be
15 a little bit off there, and I may be a bit
16 low. With -- and that's net, after very
17 high fee structures, with almost no trace
18 of at least monthly volatility.
19     However, if you then said, fine,
20 what do I own, where was my transparency, I
21 would, for the sake of these conversations,
22 combine and contrast transparency and black
23 box.
24     So to the extent one had no
25 transparency, one was investing in a black

612

1  - Merkin - Cross - Confidential
2  box. And to the extent that one was
3  investing in a black box, one had no
4  transparency.
5      THE CHAIRMAN: And as far as you
6  were concerned, Mr. Madoff had full
7  transparency daily?
8      THE WITNESS: Yes.
9      I missed --
10     THE CHAIRMAN: He had full
11 transparency daily?
12     THE WITNESS: Let's understand what
13 transparency meant in Mr. Madoff's case.
14     Transparency meant you received
15 every confirmation and you received the
16 monthly. If there was no activity that
17 day, there was nothing to report. So what
18 we had on that day was our report that we
19 prepared internally.
20     There were many, many, many days
21 when we received nothing from Mr. Madoff.
22     THE CHAIRMAN: Thank you.
23 BY MR. LEVANDER:
24  Q. I'm going to ask you one more
25 question and then I'm going to send you home for

63 (Pages 609 to 612)

CONFIDENTIAL                                                                 GCC-P 0495522