# Exhibit F

Page 1

```
1
2                  UNITED STATES DISTRICT COURT
3                  SOUTHERN DISTRICT OF NEW YORK
4      -----------------------------------)
                                          )
5     In Re:                              ) SIPA LIQUDATION
                                          )
6     BERNARD L. MADOFF INVESTMENT        ) No. 08-01789 (BRL)
      SECURITIES LLC,                     ) (Substantively
7                                         )  Consolidated)
                      Debtor.             )
8                                         )
      -----------------------------------)
9                                         )
      IRVING H. PICARD, Trustee of the    )
10    Liquidation of Bernard L. Madoff    )
      Investment Securities LLC,          )
11                                        )
                      Plaintiff,          )
12                                        )
                   vs.                    ) Adv. Pro. No.
13                                        ) 09-01182 (BRL)
      J. EZRA MERKIN, GABRIEL CAPITAL,    )
14    L.P., ARIEL FUND LTD., ASCOT        )
      PARTNERS L.P., GABRIEL CAPITAL      )
15    CORPORATION,                        )
                                          )
16                    Defendants.         )
                                          )
17    -----------------------------------)
18
19
20
        VIDEOTAPED DEPOSITION OF STEVE POMERANTZ, Ph.D.
21                    New York, New York
                       July 8, 2015
22
23
24    Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR
      JOB NO. 95461
25
```

Page 309

1              S. Pomerantz

2   done prior to 2005, because there would be an

3   insufficient comparison set; right?

4       A    Yes.

5       Q    And when you look at the group, the

6   comparison group that you call the elite

7   investment advisors -- do you see that?

8       A    Yes.

9       Q    Were there any other investment

10  advisors that you considered including in

11  that group and decided not to?

12      A    Not that I had data for.

13      Q    Did you make any efforts to get

14  data about Elliott?

15      A    I -- that data was not -- that data

16  would not have been publicly available.

17      Q    And did you make any efforts to get

18  it through other sources?

19      A    No.  I'm restricting myself to data

20  that I believe was publicly available at the

21  time.

22      Q    And did you make -- are you

23  familiar with other successful -- and the

24  same thing for SAC Capital, you didn't

25  include that because you couldn't --

1                    S. Pomerantz

2      A      Are we going to call them

3  successful?

4      Q      Did you consider Steve Cohen to --

5  at that time period, through 2008, to be a

6  successful money manager or investor?

7      A      I think he had attractive returns.

8  I think he had a lot of investors, and his

9  returns are not publicly available.  So, I

10  would not use them in my analysis.

11      Q      Did you make any efforts to get the

12  returns?

13      A      I actually have the returns, but

14  that is a not a publicly available document.

15      Q      And how are his returns?

16      A      How are his returns?

17      Q      Yes.

18      A      Well, we all know they are

19  volatile.  They are, you know, pretty good.

20  He is making 30 to 50 percent a year.  But

21  they're fairly volatile.  There are

22  significant drawdowns.

23            It's not a part of my analysis,

24  though, because he's not -- those returns are

25  not publicly available.  They weren't in any

Page 311

1                    S. Pomerantz

2    database.

3         Q     So, you had it but you -- so you

4    had the information, you just chose not to

5    use it because it wasn't available to the

6    public?

7         A     I'm not using any information that

8    is not publicly available.

9         Q     And did you consider using -- are

10   you familiar with Baupost?

11        A     Who?

12        Q     Baupost?

13        A     No.

14        Q     Do you know someone named Seth

15   Klarman?

16        A     Yes.

17        Q     You don't know that he runs the

18   Baupost funds?

19        A     I didn't know the name of it.

20        Q     Do you consider him to be a

21   successful lead advisor?

22        A     I don't have information on it.

23        Q     And so, that is not one that you

24   considered?

25        A     That's correct.