# Exhibit 2

# Sealed pursuant to Litigation Protective Order, *SIPC v. BLMIS (In re BLMIS)*, No. 08-01789 (Bankr. S.D.N.Y. June 6, 2011), ECF No. 4137