# EXHIBIT 8

1

**** CONFIDENTIAL ****

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
In Re:
BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.
SECURITIES LLC,                           08-01789(BRL)

          Debtor.
----------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

          Plaintiff,                      Adv.Pro.No.
                                          09-1182(BRL)

          v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,
          Defendants.
----------------------------------x


          VIDEOTAPED DEPOSITION of JOEL
EHRENKRANZ, as taken by and before Monique Vouthouris,
Certified Court Reporter, RPR, CRR and Notary Public
of the States of New York and New Jersey, at the
offices of BAKER HOSTETLER, 45 Rockefeller Plaza, New
York, New York, on Thursday, March 20, 2014,
commencing at 10:07 a.m.

28

1   Fund, Ariel or Gabriel?
2         A.      Yes.
3         Q.      Which funds?
4         A.      Gabriel, Ariel and Ascot.
5         Q.      Okay.  And do you remember the names of
6   the Ehrenkranz funds that were invested?
7         A.      Yes.
8         Q.      Okay.
9         A.      It would have been Diversified
10  Arbitrage.
11        Q.      And that was invested with which Merkin
12  entities?
13        A.      And Institutional Diversified, I should
14  say, together with that.  That's the offshore piece.
15  So the onshore piece would be Diversified investing
16  with Gabriel and with Ascot, and Institutional
17  Diversified investing with the Ariel.
18        Q.      Do you remember what period of time
19  those funds invested with Ariel, Gabriel and Ascot?
20        A.      I'm not sure of the date of start with
21  Gabriel, but I would guess it would be 1990 or '91.
22  And Ariel I have a harder time with.  I'm going to
23  guess it would be many years later.  And Ascot was
24  1994 or '5.
25        Q.      Okay.  Do you remember the dates when,

29

1  if and when these investments ended?
2      A.      Yes.  The investments with Gabriel and
3  Ariel ended 2002 or 2003.  And the Ascot one ended a
4  year or so after it started, so that put that '95, '6.
5      Q.      All right.  For both of those funds,
6  DAS and IDAS, is it correct to refer to them that way?
7      A.      Yes.
8      Q.      What were their investment strategies?
9      A.      Each of them are multi-strategy fund of
10 funds that invest in a half a dozen different
11 strategies, attempting to have lower volatility and
12 reasonable returns relating to current interest rates.
13     Q.      Did those funds ever -- were they ever
14 known by a different name?
15     A.      I believe that Diversified Arbitrage,
16 the name originally was Diversified Income, and that
17 would be the only name.
18     Q.      Would the same difference have been for
19 Institutional --
20     A.      No.  I think by then we had moved to
21 Diversified Arbitrage.
22     Q.      Okay.  Did you work personally with
23 these two funds, DAS and IDAS?
24     A.      Yes.
25     Q.      Can you describe the extent of your

43

1  hour.  This is a decent break point, if you would
2  like, or I'm happy to continue.
3             THE WITNESS:  We can go on, if it's
4  okay with everyone.
5  BY MR. KITCHEN:
6      Q.     Mr. Ehrenkranz, do you know Bernard
7  Madoff?
8      A.     Please tell me the word "know."
9  Explain the word.
10     Q.     Sure.  Have you ever met him?
11     A.     Yes, sir.
12     Q.     When did you meet him?  When did you
13 first meet him?
14     A.     I met him for the only time probably
15 about 1991, '2.
16     Q.     And why did you meet him at that time?
17     A.     I met him at Ezra's suggestion to
18 consider investing with him.
19     Q.     Were you considering investing with
20 Mr. Madoff at that time?
21     A.     That is why I considered meeting him.
22     Q.     Do you recall anything said by
23 Mr. Merkin at that time regarding Madoff?
24     A.     Other than the fact that he suggested
25 that we meet with him because he considered Mr. Madoff

48

1   calls, puts and other transactions, ending balance,
2   and I thought it was a -- a wonderfully transparent
3   report.
4        Q.     Did anything that you discussed at that
5   meeting raise concerns with you?
6        A.     Yes.  The slips which he sent out, he
7   described that he would send slips were from Madoff
8   and company, and the statement, the monthly statement
9   was from Madoff and company.
10       Q.     And why was that a concern?
11       A.     Because I said where is the independent
12  verification?  And I said to him that this is -- his
13  strategy was a very interesting strategy for us, and
14  that we could be an investor with him if he cleared
15  his trades through some entity like a Merrill Lynch or
16  a Morgan Stanley or Goldman Sachs or one of the major
17  clearing firms.
18       Q.     Was it typical of you to inquire into
19  potential investors -- I'm sorry, investment managers
20  as to whether or not there was independent
21  verification of trades?
22       A.     Absolutely.
23       Q.     Why?
24       A.     Because that's the only way you can
25  assure yourself that, in fact, what is occurring, what

49

1   you believe is occurring, is, in fact, occurring.
2       Q.      So even though you believed that he
3   gave his clients significant amount of transparency,
4   that's what you testified to before, you still had a
5   concern because that transparency was not
6   independently verified.  Is that accurate?
7       A.      Yes.
8       Q.      Did you discuss any other concerns with
9   Mr. Madoff?
10      A.      No, other than probably how big he
11  could be in the -- in the -- in what he was doing, and
12  there was some recollection, which I'm not as clear
13  about, about the auditing firm that audited the
14  statements.  I was not as clear about it because I
15  cared about the independent verification.
16      Q.      What do you recall about -- I assume
17  you're talking about Mr. Madoff's auditor?
18      A.      Yes.  I don't really recall much of
19  that conversation other than asking -- or having seen
20  the auditor and having it not be a name of any
21  recognition and having that as what I'm going to call
22  a minor concern.
23              My big issue was if it was done through
24  a Merrill Lynch or Morgan Stanley, I would have had a
25  somewhat different point of view.  I might have

50

1   treated that differently, but I don't know.
2         Q.       Was it typical when you made inquiries
3   into potential investment managers to ask about their
4   auditors?
5         A.       We only would invest with someone if we
6   reviewed an audited statement of a recognized
7   accounting firm.
8         Q.       And can you give me an example of
9   recognized accounting firms?
10        A.       Typically then I think it might have
11  been the big six.  Today I don't -- I mean, today it
12  would be one of the big four.  But there is about
13  three or four others that are fairly recognized in
14  this area that --
15        Q.       I'm sorry.  Finish.
16        A.       Yeah.  -- that would be part of the
17  group.  There is probably seven or eight or nine
18  accounting firms that audit -- typically audit firms
19  like this.
20        Q.       But is it accurate that you did not
21  recognize the name of Mr. Madoff's --
22        A.       For certain.
23               MR. STEINER:  Objection to form.
24        Q.       Do you recall how Mr. Madoff responded
25  to the issue of this auditor?

55

1   A.   My brother reporting to me --
2        MR. STEINER:  Objection to form.
3   A.   -- that Mr. Madoff said he wasn't going
4   to do it for the very reason I reported.
5   Q.   Did you ultimately decide not to invest
6   with Mr. Madoff then?
7   A.   Correct.
8   Q.   Following that meeting and phone call,
9   do you recall having discussions with anyone at
10  Ehrenkranz regarding your discussions with Madoff?
11  A.   Other than we probably reported to
12  Larry Cohen our meeting.
13  Q.   Did you express to him the concerns
14  that you had had --
15  A.   Of course.
16  Q.   Do you recall after that having any
17  discussions with Ezra Merkin regarding --
18  A.   Definitely telling him we weren't doing
19  it for those reasons.
20  Q.   And specifically the reasons as to
21  clearing?
22  A.   Yes.
23  Q.   And the auditor?
24  A.   Yes.  Not the auditor, but the reasons
25  of the independent clearing.

58

1   Q.   Did he ever suggest that you invest
2  with Mr. Madoff indirectly through Ascot?
3   A.   Yes.
4   Q.   When did he make that recommendation?
5   A.   I'm going to guess that was the year --
6  I'm going to put it in '94.
7   Q.   And what did he say?
8   A.   He said that he was creating a fund to
9  invest with Mr. Madoff and that he encouraged us to
10 invest in that fund and that he would provide the
11 independent verification that we found lacking in a
12 satisfactory mode.
13  Q.   Did he explain how that independent
14 verification would be done?
15  A.   He said he was going to have someone in
16 his office go ahead and monitor the trades that were
17 made by Mr. Madoff at the time he made them and have
18 an accounting firm go ahead and monitor it also, give
19 independent verification of it, a recognized
20 accounting firm.
21  Q.   Do you recall who that firm was?
22  A.   I don't.
23  Q.   Do you recall if they had a
24 relationship with Mr. Madoff, I'm sorry, with
25 Mr. Merkin or his --

64

1   Q.   Sure. You said you recalled paying a
2   management fee but not an incentive fee.
3   A.   To Ascot?
4   Q.   To Ascot, correct.
5   A.   But your question related to something
6   else.
7   Q.   I appreciate that. Let me rephrase.
8        Why did you pay that fee? What was its
9   purpose?
10  A.   Well, we paid a fee to Mr. Merkin,
11  Ascot Fund to him to do the due diligence, arrange the
12  auditing and do all the things that had to be done
13  with governance of any pool of assets.
14  Q.   Was it your understanding that
15  Mr. Merkin kept that fee himself or at least his
16  management company kept that fee?
17       MR. STEINER: Objection to form.
18  A.   I assume that, sure.
19  Q.   Did he ever express that that fee was
20  being passed along to Mr. Madoff?
21  A.   No.
22  Q.   You previously testified that DIS fully
23  redeemed from Ascot Partners towards the end of 1995.
24  Is that correct? Why did you redeem then?
25  A.   I don't remember the markets as well in

1  that period of time. But the stability of the returns
2  began to belie any understanding of how it was
3  possible to achieve, and we just became sufficiently
4  uncomfortable with the whole idea of his ability to do
5  this. And notwithstanding Merkin's feeling that it
6  was okay, we just were sufficiently uncomfortable. We
7  just didn't want to be there.
8        Q.    Okay. Can you explain further what you
9  mean by stability of the return?
10       A.    It's hard, it's almost unimaginable in
11 the financial markets to go ahead and get the kind of
12 positive returns on a monthly basis that Mr. Madoff
13 seemed to be able to get, and at some point in time it
14 just belied logic and it had belied logic, and I
15 really couldn't care less, if we weren't invested,
16 hearing about it. But once we were invested, it
17 really was -- it made us very, very uncomfortable, and
18 there is no reason to be uncomfortable.
19       Q.    Did you have any discussions with
20 Mr. Merkin regarding that?
21       A.    Oh, yes, many.
22       Q.    What did you say to him?
23       A.    I said what I just said, that it was
24 very hard to achieve these kinds of returns and just
25 almost impossible. And Mr. Merkin thought Mr. Madoff

1  had a wonderful touch, I guess, and had indicated all
2  that he was doing this our great concern about the
3  independent verification.  But, nevertheless, was very
4  cordial and gentlemanly when we said we really would
5  like to be out.
6        Q.      Did he ever provide an explanation for
7  the reason for Mr. Madoff's consistency?
8        A.      No.
9        Q.      Did he ever provide an explanation for
10 how BLMIS could generate positive returns even in a
11 down market?
12       A.      No.
13       Q.      During the time of that investment, did
14 you maintain your -- the concerns we previously
15 discussed about the clearing firm and the auditor?
16             MR. STEINER:  Objection to form.
17       A.      No.  It was -- during the term that we
18 were invested?
19       Q.      Yes.
20       A.      No, no.  We relied upon Mr. Merkin.
21       Q.      Did you continue to discuss those
22 issues with Mr. Merkin at all?
23       A.      If I can take your question to be, you
24 used the word "continue," did we ever once again
25 during that period of time discuss that, I don't