# EXHIBIT 12

| | |
|---|---|
| **From:** | Song, Brian W. |
| **To:** | "O"Connell, Sarah"; Hoang, Lan; Krishna, Ganesh |
| **Cc:** | Steiner, Neil; Ha, Daphne; Bronen, Mariel; Archer, Judith A.; Schwartz, David B. |
| **Subject:** | RE: Picard v. Merkin, et al.; Adv. Pro. No. 09-01182 |
| **Date:** | Thursday, April 06, 2017 7:06:36 PM |

Sarah: I am writing to confirm our agreement that the parties stipulate to re-opening discovery to take the depositions of Ms. Meaghan Schmidt, Ms. Lauri Martin, Mr. Leon Meyers, and Mr. Gedale Horowitz with the understanding that the Trustee will not seek to depose Mr. Meyers and/or Mr. Horowitz if the Defendants withdraw them from their trial witness list within the next two weeks.

Brian

---

**From:** O'Connell, Sarah [mailto:sarah.oconnell@nortonrosefulbright.com]
**Sent:** Thursday, April 06, 2017 4:26 PM
**To:** Song, Brian W.; Hoang, Lan; Krishna, Ganesh
**Cc:** Steiner, Neil; Ha, Daphne; Bronen, Mariel; Archer, Judith A.; Schwartz, David B.
**Subject:** RE: Picard v. Merkin, et al.; Adv. Pro. No. 09-01182

Counsel,

Please see the attached correspondence.

Regards,
Sarah

**Sarah O'Connell** | Sr. Counsel
Norton Rose Fulbright US LLP
1301 Avenue of the Americas, New York, New York 10019-6022, United States
Tel +1 212 318 3093 | Fax +1 212 318 3400
sarah.oconnell@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

*A powerful combination – Norton Rose Fulbright and Chadbourne & Parke will join forces in the second quarter of 2017.*
*nortonrosefulbright.com/chadbourne*

---

**From:** Song, Brian W. [mailto:bsong@bakerlaw.com]
**Sent:** Wednesday, April 05, 2017 4:00 PM
**To:** Ha, Daphne; Krishna, Ganesh; Steiner, Neil; Bronen, Mariel; Archer, Judith A.; O'Connell, Sarah; Schwartz, David B.
**Cc:** Hoang, Lan
**Subject:** RE: Picard v. Merkin, et al.; Adv. Pro. No. 09-01182

Counsel:

I am following up on the proposal in my letter dated March 30, 2017 that the parties stipulate to re-opening discovery for the limited purpose of deposing Ms. Schmidt, Ms. Martin, Ms. Gershengoren, Mr. Horowitz, Mr. Igolnikov, and Mr. Meyers.  Please advise if you are in agreement with this proposal.

In response to Judi's email this morning, we will agree to extend the deadline to Wednesday, April 12th, for you to file a motion in limine related to Ms. Collura's testimony.  In the event that the parties do not agree to bifurcate the subsequent transfer issue, the Trustee reserves the right to file a motion in limine related to Mr. Paul Meyer should you add him to your trial witness list.

Brian

---

**From:** Song, Brian W.
**Sent:** Thursday, March 30, 2017 10:40 PM
**To:** 'Ha, Daphne'; Krishna, Ganesh; Steiner, Neil; Bronen, Mariel; judith.archer@nortonrosefulbright.com; sarah.oconnell@nortonrosefulbright.com; david.schwartz@nortonrosefulbright.com
**Cc:** Hoang, Lan
**Subject:** RE: Picard v. Merkin, et al.; Adv. Pro. No. 09-01182

Counsel:  Please see the attached correspondence.

Regards,
Brian

---

**From:** Ha, Daphne [mailto:Daphne.Ha@dechert.com]
**Sent:** Friday, March 24, 2017 9:15 PM
**To:** Krishna, Ganesh; Steiner, Neil; Bronen, Mariel; judith.archer@nortonrosefulbright.com; sarah.oconnell@nortonrosefulbright.com; david.schwartz@nortonrosefulbright.com
**Cc:** Hoang, Lan; Song, Brian W.
**Subject:** RE: Picard v. Merkin, et al.; Adv. Pro. No. 09-01182

Counsel,
Please see attached.  Have a nice weekend.


**Daphne Ha**

**Dechert LLP**
1095 Avenue of the Americas
New York, NY  10036
+1 212 698 3615 Direct
+1 212 698 3599 Fax
daphne.ha@dechert.com
dechert.com

---

**From:** Krishna, Ganesh [mailto:gkrishna@bakerlaw.com]
**Sent:** Friday, March 24, 2017 5:10 PM

**To:** Steiner, Neil <neil.steiner@dechert.com>; Bronen, Mariel <Mariel.Bronen@dechert.com>; judith.archer@nortonrosefulbright.com; sarah.oconnell@nortonrosefulbright.com; david.schwartz@nortonrosefulbright.com; Ha, Daphne <Daphne.Ha@dechert.com>
**Cc:** Hoang, Lan <lhoang@bakerlaw.com>; Song, Brian W. <bsong@bakerlaw.com>
**Subject:** Picard v. Merkin, et al.; Adv. Pro. No. 09-01182

Counsel:

Please see the attached correspondence and attachments.

Thank you,

Ganesh

**Ganesh Krishna**
Associate

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T 212.847.2823

gkrishna@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose

Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.