# EXHIBIT A

Page 1

1 UNITED STATES BANKRUPTCY COURT

2 SOUTHERN DISTRICT OF NEW YORK

3 Case No. 08-99000-smb

4 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5 In the Matter of:

6

7 ADMINISTRATIVE CASE RE: 08-01789 (SECURITIES INVEST-

8 ADVERSARY PROCEEDING),

9

10         Debtor.

11 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12

13 Adv. Case No. 10-04995-smb

14 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

15 IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

16 MADOFF INVESTMENT SECURITIES LLC,

17                 Plaintiff,

18         v.

19 TRUST u/art FOURTH o/w/o ISRAEL WILENITZ,

20                 Defendants.

21 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22

23

24

25

Page 2

1  Adv. Case No. 10-05184-smb

2  - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

3  IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

4  MADOFF INVESTMENT SECURITIES LLC,

5              Plaintiff,

6        v.

7  LAURA ANN SMITH REVOCABLE LIVING TRUST et al,

8              Defendants.

9  - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

10

11  Adv. Case No. 10-04352-smb

12  - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13  IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14  MADOFF INVESTMENT SECURITIES LLC,

15              Plaintiff,

16        v.

17  RAR ENTREPRENEURIAL FUND. LTD. et al.,

18              Defendants.

19  - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25

Page 3

```
 1              U.S. Bankruptcy Court
 2              One Bowling Green
 3              New York, NY  10004
 4
 5              May 17, 2016
 6              10:51 AM
 7
 8
 9   B E F O R E :
10   HON STUART M. BERNSTEIN
11   U.S. BANKRUPTCY JUDGE
12
13
14
15   Hearing re:  10-04995-smb, 10-05184-smb, 10-04352-smb The
16   Trustee's Request For Leave To File A Motion For a
17   Protective Order in Wilentiz.
18
19
20
21
22
23
24
25   Transcribed by:  Sonya Ledanski Hyde
```

1   half a million.

2           THE COURT:  Mm hmm.

3           MS. CHAITMAN:  You could very reasonably determine
4   that the Ponzi scheme presumption cannot apply to that year.

5           THE COURT:  Okay.  I'm not arguing with you but I
6   thought that whatever records they had had been turned over.

7           MS. CHAITMAN:  No, they have internal records that
8   they have not turned over.  They have monthly reports as to
9   what the trading volume was in the market making unit, in
10  the investment advisory unit, and in the --

11          THE COURT:  Well, the investment advisory but
12  there's no trader.

13          MS. CHAITMAN:  Excuse me, I mean the market making
14  and the proprietary trading.

15          MR. JACOBS:  We have turned over everything that
16  we have.  We scoured the ends of the earth, we have been in
17  discussion with DTC to try to find out if there are more
18  documents.  Ms. Chaitman subpoenaed DTC.  She obviously has
19  subpoena power.  She can go out into the world and conduct
20  third-party discovery...

21          THE COURT:  Okay, but she's entitled also to ask
22  you what documents you have.

23          MR. JACOBS:  Your Honor, we didn't make 4 million
24  records available because we're trying to hide anything.  We
25  have made everything we have available within the parameters

08-01789-cgm    Doc 16006-1    Filed 05/15/17    Entered 05/15/17 17:14:17    Exhibit A
Pg 6 of 9
10-04995-smb    Doc 67    Filed 05/19/16    Entered 05/24/16 12:03:01    Main Document
Pg 68 of 79

Page 68

1   BLMIS bought 100 shares of IBM and 50 shares show up on

2   Wilenitz.

3           MR. JACOBS:  Right.

4           THE COURT:  Who's to say he didn't actually own

5   that stock?

6           MR. JACOBS:  I would love to be able to --

7           THE COURT:  Which I guess would be relevant to his

8   net equity claim or his claim in the SIRA case.

9           MR. JACOBS:  I wish I could give you a

10  satisfactory answer but in the time that we have today, I

11  can't replicate the report of our expert, which, in

12  painstaking detail goes through all of the reasons why we

13  believe there was never a security traded in connection with

14  the fraudulent Ponzi scheme being operated and the IA

15  business.

16          THE COURT:  So, how does she test that conclusion?

17          MR. JACOBS:  She tests that conclusion the same

18  way our expert does, by examining the underlying records.

19  All of those records again have been made available to Ms.

20  Chaitman.  They're in the data room.  Those other records

21  are expert reports.

22          THE COURT:  Maybe that's the answer.  If there are

23  records -- because they do have the DTC records, at least

24  from the period when Wilenitz was investing.  If the records

25  show that BLMIS actually owned something, and the same stock

08-01789-cgm Doc 16006-1 Filed 05/15/17 Entered 05/15/17 17:14:17 Exhibit A
Pg 7 of 7
10-04995-smb Doc 67 Filed 05/19/16 Entered 05/24/16 12:03:01 Main Document
Pg 69 of 79

Page 69

1  shows up in Wilenitz's account statement, you can make the
2  argument that he actually owned that stock.  But you can do
3  that (indiscernible) and the information has been made
4  available to you.
5          And the sense I'm getting -- and I understand that
6  it's a lot of work -- is you want the Trustee to do this for
7  you, but you're going to have to do this yourself if this
8  stuff is available.
9          MS. CHAITMAN:  You know, Judge, with 4 million
10 pages of documents, the least the Trustee could do is
11 specify the specific Bates Numbers.  Because I don't want to
12 be in a position where we go to trial...  I mean, for all I
13 know, the data room is updated constantly and new documents
14 are added.  How am I going to prove at trial that certain
15 documents were not made available to me?  I mean, it's
16 impossible.  Why can't the Trustee be bound to tell me these
17 are the documents responsive to this request?
18         THE COURT:  But that doesn't solve your problem...
19 Well, if the Trustee has additional documents, he's got to
20 supplement the disclosure or the production, which he does
21 by adding them to the data room, and maybe you have a
22 continuing duty to check the data room.
23         But part of the problem is you've thrown such a
24 broad net over what you're looking for, instead of the
25 specific documents relevant -- that I think seem to be