# EXHIBIT C

```
                                                          Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 4   SECURITIES INVESTOR

 5   PROTECTION CORPORATION,

 6              Plaintiff,

 7   v.                              Adv. Case No. 08-01789(SMB)

 8   BERNARD L. MADOFF

 9   INVESTMENT SECURITIES

10   LLC,

11              Defendant.

12   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13              U.S. Bankruptcy Court

14              One Bowling Green

15              New York, New York

16

17              August 24, 2016

18              10:10 AM

19

20

21   B E F O R E :

22   HON STUART M. BERNSTEIN

23   U.S. BANKRUPTCY JUDGE

24

25
```

**Page 2**

1  Hearing re:   Motion for Order Authorizing Deposition of
2  Bernard Madoff by Chaitman LLP and Conference Regarding
3  Madoff Deposition
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Dawn South

1  effect.

2           THE COURT:  All right.  I'm not saying you have to

3  do it --

4           MR. MURPHY:  Okay.

5           THE COURT:  -- I was just asking.  I thought it

6  might streamline things.  But go ahead.

7           MR. MURPHY:  Why don't we just -- we have put the

8  details in our response, I don't think I need to go through

9  it here with respect to why the adversary proceedings were

10 or were not affected by 1992 given the discussion here

11 today.

12          For example, 80 of the adversary proceedings, 61

13 of those accounts that were involved in that -- in those

14 adversary proceedings were opened after 1992 and had no

15 affect from anything prior to 1992.

16          The second prong it relates to 61 of the accounts.

17 And with respect to those accounts, while they may have been

18 opened after 1992 and they may have -- or been affected by

19 something prior to 1992 such as from an interaccount

20 transfer, after all the calculations are made and taken into

21 account those people still had withdrawn more funds prior to

22 the two-year period such that there was no principal left.

23 It would not change their fictitious profit calculation.

24          Your Honor, I would just ask if a deposition is

25 authorized that we would limit the areas approved by the

1    Court, any deposition not be used for purposes of getting

2    testimony for use in other proceedings for the profit

3    withdrawal or Picauer.

4              THE COURT:  I don't know how I'd do that though.

5              MR. MURPHY:  I think maybe it would be --

6              THE COURT:  For example --

7              MR. MURPHY:  -- the questions would be --

8              THE COURT:  -- assume Ms. Chaitman has some

9    clients or maybe not where the discovery cutoff has run.  Do

10   you have any of those?

11             MS. CHAITMAN:  I have some clients where the

12   discovery cutoff has run.

13             THE COURT:  All right.  So but if we're litigating

14   in those particular cases and Mr. Madoff has said, you know,

15   the scheme began on January 1st, 1992 how do I not use that

16   information?

17             MR. MURPHY:  Right, Your Honor --

18             THE COURT:  Or anybody else for that matter.

19             MR. MURPHY:  I think maybe Your Honor would have

20   to be perhaps after the deposition when counsel goes through

21   it to see if there are any areas which either the trustee or

22   for example counsel for the Picauer find were beyond the

23   scope or would want to have --

24             THE COURT:  Well that's different.

25             MR. MURPHY:  That's a request we would make also,