# EXHIBIT E

**From:** Helen Chaitman
**Sent:** Thursday, May 11, 2017 5:12 PM
**To:** Jacobs, Edward J.; Greg Dexter
**Cc:** Cremona, Nicholas
**Subject:** RE: Meet-and-confer: Trustee's Responses and Objections to Defendants' Second Set of Requests for the Production of Documents

The documents rebut Dubinsky's insolvency analysis.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell: (908) 303-4568
Fax: (888) 759-1114

**From:** Jacobs, Edward J. [mailto:ejacobs@bakerlaw.com]
**Sent:** Thursday, May 11, 2017 5:02 PM
**To:** Greg Dexter <gdexter@chaitmanllp.com>
**Cc:** Helen Chaitman <hchaitman@chaitmanllp.com>; Cremona, Nicholas <ncremona@bakerlaw.com>
**Subject:** RE: Meet-and-confer: Trustee's Responses and Objections to Defendants' Second Set of Requests for the Production of Documents

Hi Greg,

We are always happy to have a meet and confer, but you will need to address our relevance objections by articulating why you believe these documents are discoverable under Rule 26 in the first instance before it makes sense to discuss any other issue. We don't have any obligation to search for documents that aren't discoverable. At a minimum, we request you address our relevance objection and state your position on that prior to any judicial intervention.

Please let me know when it would be convenient to speak. I am generally available on Tuesday 5/16.

Regards,
Ted

**From:** Greg Dexter [mailto:gdexter@chaitmanllp.com]
**Sent:** Thursday, May 11, 2017 12:43 PM
**To:** Cremona, Nicholas; Jacobs, Edward J.
**Cc:** Helen Chaitman
**Subject:** Meet-and-confer: Trustee's Responses and Objections to Defendants' Second Set of Requests for the Production of Documents

Nick/Ted:

I write regarding the Trustee's Responses and Objections to Defendants' Second Set of Requests for the Production of Documents (the "Requests").

We served two Requests on Trustee. The Requests seek all hold harmless and/or indemnification agreements between Bernard L. Madoff and the Four Families (Picower, Levy, Shapiro, and Chais). Madoff testified during his deposition that such documents exist and that the Four Families owed him approximately $10 billion under the hold harmless and/or indemnification agreements. This goes to the solvency of BLMIS and is at odds with certain aspects of Dubinsky's report.

The Trustee has raised a series of objections to these Requests, such as that they are not relevant. The Trustee has also indicated that he performed a "reasonable search" that did not yield responsive documents, but he does not describe what this "reasonable search" entailed.

Because the Trustee objects to the relevancy of these Requests, we are concerned that what the Trustee might consider to be a "reasonable search" is unreasonable.

Accordingly, we ask that the Trustee please clarify what steps were taken to locate responsive documents as part of the Trustee's "reasonable search."

Thank you.

Gregory M. Dexter
Chaitman LLP
465 Park Avenue
New York, New York 10022
gdexter@chaitmanllp.com
Office:  (888) 759-1114
Cell:     (201) 417-8167
Website: www.chaitmanllp.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.