# EXHIBIT G

**From:** Krishna, Ganesh [mailto:gkrishna@bakerlaw.com]
**Sent:** Wednesday, March 22, 2017 10:08 PM
**To:** Jennifer Allim <jallim@chaitmanllp.com>; Sarah Howell <showell@chaitmanllp.com>
**Cc:** Perez, Pedro J. <pperez@bakerlaw.com>; Amy Sanchez <asanchez@chaitmanllp.com>
**Subject:** RE: Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Hi Jennifer,

It is my understanding that Judge Maas' January 4, 2017 order regarding the Trustee providing deposition exhibits in advance of a deposition, pertains solely to those Defendants in those actions – the order states, "The Defendants in the above-captioned adversary proceedings…"  Further, I was not aware that Ms. Chaitman was planning to participate telephonically until I reached out today regarding the security list.  As a courtesy, I will make an effort to send a list of the potential deposition exhibits tomorrow morning, but note that our position is that we are under no obligation to do so.

Thank you,

Ganesh

1

**From:** Jennifer Allim [mailto:jallim@chaitmanllp.com]
**Sent:** Wednesday, March 22, 2017 8:38 PM
**To:** Krishna, Ganesh; Sarah Howell
**Cc:** Perez, Pedro J.; Amy Sanchez
**Subject:** RE: Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Good evening Ganesh:

Please immediately send us any Exhibits intended for use at Mr. Swerdloff's deposition as required pursuant to Judge Maas' Arbitration Order.

Thanks very much.

Best,

Jennifer

Jennifer Allim
Chaitman LLP
465 Park Avenue
New York, New York 10022
jallim@chaitmanllp.com
Office:  (888) 759-1114 ext. 7
Fax:  (888) 759-1114

**From:** Krishna, Ganesh [mailto:gkrishna@bakerlaw.com]
**Sent:** Wednesday, March 22, 2017 6:36 PM
**To:** Jennifer Allim <jallim@chaitmanllp.com>; Sarah Howell <showell@chaitmanllp.com>
**Cc:** Perez, Pedro J. <pperez@bakerlaw.com>; Amy Sanchez <asanchez@chaitmanllp.com>
**Subject:** RE: Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Understood, thank you Jennifer.  I have attached a copy of the Litigation Protective Order should Mr. Swerdloff want to see or review it in advance of the deposition.

Thanks,

Ganesh

**From:** Jennifer Allim [mailto:jallim@chaitmanllp.com]
**Sent:** Wednesday, March 22, 2017 1:12 PM
**To:** Krishna, Ganesh; Sarah Howell
**Cc:** Perez, Pedro J.; Amy Sanchez
**Subject:** RE: Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Hi Ganesh:

Ms. Chaitman will be appearing by audio conference, dial-in (908) 303-4568.

Best,

Jennifer

2

Jennifer Allim
Chaitman LLP
465 Park Avenue
New York, New York 10022
jallim@chaitmanllp.com
Office: (888) 759-1114 ext. 7
Fax: (888) 759-1114

---

**From:** Krishna, Ganesh [mailto:gkrishna@bakerlaw.com]
**Sent:** Wednesday, March 22, 2017 1:00 PM
**To:** Sarah Howell <showell@chaitmanllp.com>
**Cc:** Jennifer Allim <jallim@chaitmanllp.com>; Perez, Pedro J. <pperez@bakerlaw.com>
**Subject:** RE: Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Jennifer/Sarah – can you also please let us know the names of who will be in attendance on Friday morning for the building security? We plan to start the deposition at 9AM as previously noticed.

---

**From:** Sarah Howell [mailto:showell@chaitmanllp.com]
**Sent:** Wednesday, March 22, 2017 12:34 PM
**To:** Krishna, Ganesh
**Cc:** Jennifer Allim; Perez, Pedro J.
**Subject:** RE: Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Please try the below.

Link: https://www.dropbox.com/sh/crkrc1spirsivwg/AADKJ5YCd6riek_fSdMGXP2va?dl=0

Thanks,

Sarah Howell, Paralegal
Chaitman LLP
465 Park Avenue
New York, New York 10022
showell@chaitmanllp.com
Office: (888) 759-1114, Ext. 6

---

**From:** Krishna, Ganesh [mailto:gkrishna@bakerlaw.com]
**Sent:** Wednesday, March 22, 2017 12:28 PM
**To:** Sarah Howell <showell@chaitmanllp.com>
**Cc:** Jennifer Allim <jallim@chaitmanllp.com>; Perez, Pedro J. <pperez@bakerlaw.com>
**Subject:** RE: Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Hi Sarah,

I just realized that we were not able to download the updated production from the link below. Can you please send a new link to the production at your earliest convenience?

Thank you,

Ganesh

3

**From:** Sarah Howell [mailto:showell@chaitmanllp.com]
**Sent:** Tuesday, January 17, 2017 1:34 AM
**To:** Krishna, Ganesh
**Cc:** Helen Chaitman; Jennifer Allim; Sheehan, David J.; Murphy, Keith R.
**Subject:** Picard v. Gunther and Margaret Unflat; Adv. Pro. No. 10-05420

Good morning,

Please see attached correspondence sent in connection with the above-referenced matter. Please note the below link contains Defendants' production which is being produced pursuant to Judge Maas' Order dated January 4, 2017.

Link: https://www.dropbox.com/sh/crkrc1spirsivwg/AADKJ5YCd6riek_fSdMGXP2va?dl=0

Please download the production within 7 days of today's date, as the link will expire thereafter. Please let me know should you experience any issues downloading the production.

Thank you,

Sarah Howell, Paralegal
Chaitman LLP
465 Park Avenue
New York, New York 10022
showell@chaitmanllp.com
Office: (888) 759-1114, Ext. 6

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.