# EXHIBIT H

Page 1

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  Case No. 08-99000-smb
4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5  In the Matter of:
6
7  ADMINISTRATIVE CASE RE: 08-1789 (SECURITIES INVESTMENT
8  ADVERSARY PROCEEDING),
9
10            Debtor.
11 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
12 Adv. Case No. 08-01789-smb
13 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
14 SECURITIES INVESTOR PROTECTION CORPORATION,
15              Plaintiff,
16         v.
17 BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,
18              Defendants.
19 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
20
21
22
23
24
25

```
                                                              Page 2

 1   Adv. Case No. 10-04292-smb

 2   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 3   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

 4   MADOFF INVESTMENT SECURITIES LLC,

 5                 Plaintiff,

 6          v.

 7   ROMAN,

 8                 Defendants.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10   Adv. Case No. 10-05257-smb

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

13   MADOFF INVESTMENT SECURITIES LLC,

14                 Plaintiff,

15          v.

16   ZRAICK, JR., INDIVIDUALLY AND AS JOINT TENANT, et al.,

17                 Defendants.

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19

20

21

22

23

24

25
```

```
                                                              Page 3
 1   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 2   Adv. Case No. 10-05257-smb
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 4   IRVING H. PICARD, ESQ., TRUSTEE FOR THE SUBSTANTIV,
 5              Plaintiff,
 6         v.
 7   SHAPIRO et al.,
 8              Defendants.
 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
10
11              U.S. Bankruptcy Court
12              One Bowling Green
13              New York, NY  10004
14
15              February 7, 2017
16              2:02 PM
17
18
19
20
21
22
23   B E F O R E :
24   HON STUART M. BERNSTEIN
25   U.S. BANKRUPTCY JUDGE
```

1           MS. CHAITMAN:  And we have done that, Your Honor.
2           THE COURT:  All right.
3           MS. CHAITMAN:  We've been providing all of the
4    information about the tax payments.
5           THE COURT:  I don't know if you have or you
6    haven't, but the point is, you're supposed to be negotiating
7    this out.
8           MS. CHAITMAN:  Okay.
9           THE COURT:  You're meeting and conferring first,
10   and then, with respect to the matters that are covered by
11   Judge Moss' order, which everybody had a chance to review,
12   go back to Judge Moss on it.
13          MS. CHAITMAN:  Okay.
14          THE COURT:  If something isn't referred to Judge
15   Moss and you want me to deal with it, then I'll deal with
16   it.
17          MS. CHAITMAN:  Okay.
18          THE COURT:  All right?  So it's not really an
19   appeal from his order, because there's nothing that compels
20   you to do anything of this order.
21          MS. CHAITMAN:  Okay.
22          THE COURT:  All right?
23          MS. CHAITMAN:  All right.  Do you want to deal
24   with the Romans?
25          MR. HUNT:  Thank you, Your Honor.