**ARENT FOX LLP**
Hunter T. Carter, Esq.
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
carter.hunter@arentfox.com

*Attorneys for Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>BRENDA GURITZKY, INDIVIDUALLY, AND AS GENERAL PARTNER OF THE GURITZKY FAMILY PARTNERSHIP LP, GURITZKY FAMILY PARTNERSHIP LP, SANFORD GURITZKY, INDIVIDUALLY, AND AS GENERAL PARTNER OF THE GURITZKY FAMILY PARTNERSHIP LP,<br><br>       Defendants. | Adv. Pro. No. 10-04288 (SMB) |

AFDOCS/14958151.1

| | |
|---|---|
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Plaintiff,<br><br>        v.<br><br>DANA MANDELBAUM A/K/A DANA GURITZKY,<br><br>                      Defendant. | Adv. Pro. No. 10-04316 (SMB) |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Plaintiff,<br><br>        v.<br><br>RONALD GURITZKY,<br><br>                      Defendant. | Adv. Pro. No. 10-04318 (SMB) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF HUNTER T. CARTER, ESQ. AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance in the above-captioned cases and requests to be removed from ECF and any other service in these cases. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for these cases:

    Hunter T. Carter, Esq.
    **ARENT FOX LLP**
    1675 Broadway
    New York, New York, 10019
    Telephone: (212) 484-3900
    Facsimile: (212) 484-3990
    carter.hunter@arentfox.com

AFDOCS/14958151.1

Dated: May 16, 2017
      New York, New York

                                   **ARENT FOX LLP**

By: */s/ Hunter T. Carter*
     Hunter T. Carter, Esq.
     1675 Broadway
     New York, New York, 10019
     Telephone: (212) 484-3900
     Facsimile: (212) 484-3990
     carter.hunter@arentfox.com

*Attorneys for Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz*

AFDOCS/14958151.1