Judith A. Archer
Sarah E. O'Connell
David B. Schwartz
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 318-3000
Fax: (212) 318-3400
judith.archer@nortonrosefulbright.com
sarah.oconnell@nortonrosefulbright.com
david.schwartz@nortonrosefulbright.com

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | X | Adv. Proc. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | SIPA LIQUIDATION |
| | : | (Substantively Consolidated) |
| Debtor. | : | |
| ------------------------------------- | : | |
| PERTAINS TO THE FOLLOWING CASE: | : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| Plaintiff, | : | Adv. Proc. No. 09-1182 (SMB) |
| -v- | : | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | : | |
| Defendants. | : | |
| ------------------------------------- | X | |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE**
**THE EXPERT TESTIMONY OF LISA M. COLLURA**

62283022.1

- 2 -

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude the Expert Testimony of Lisa M. Collura, the Declaration of Judith A. Archer, dated May 17, 2017, and the exhibits thereto, and all pleadings, papers and proceedings filed in this action, Defendants Ascot Partners, L.P., through its Receiver, Ralph C. Dawson, Ascot Fund Ltd., J. Ezra Merkin and Gabriel Capital Corporation, shall move this Court for an Order excluding the expert testimony of Lisa M. Collura, pursuant to Federal Rules of Evidence 401, 403, and 702, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 9017.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date and time as scheduled by the Court, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, to the Motion shall be filed with the Bankruptcy Court no later than June 6, 2017, and reply papers, if any, shall be filed with the Bankruptcy Court no later than June 16, 2017.

| | |
|---|---|
| Dated: May 17, 2017<br>New York, New York | NORTON ROSE FULBRIGHT US LLP<br><br>By: /s/ *Judith A. Archer*<br>   Judith A. Archer<br>   Sarah E. O'Connell<br>   David B. Schwartz<br>1301 Avenue of the Americas<br>New York, New York  10019<br>Tel. No.:  (212) 318-3000<br>Fax No.:  (212) 318-3400<br>judith.archer@nortonrosefulbright.com<br>sarah.oconnell@nortonrosefulbright.com<br>david.schwartz@nortonrosefulbright.com<br><br>*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*<br><br>DECHERT LLP<br><br>By: /s/ *Neil A. Steiner*<br>      Andrew J. Levander<br>Neil A. Steiner<br>Daphne T. Ha<br>Mariel R. Bronen<br>1095 Avenue of the Americas<br>New York, New York 10036<br>(212) 698-3500<br>andrew.levander@dechert.com<br>neil.steiner@dechert.com<br>daphne.ha@dechert.com<br>mariel.bronen@dechert.com<br><br>*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation* |