UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

        Debtor.

Case No. 09-11893 (BRL)

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

v.

DIANE WILSON,

        Defendant.

Adv. Pro. No. 10-04774 (BRL)

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

I, Yan Fayerman declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 15th day of March, 2011, I caused a true and accurate copy of the:

    (i)    "Complaint", along with the relevant exhibits (Docket No. 1); and the

    (ii)   "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (Docket No. 2); and the

300108860

(iii) "Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 3); and the

(iv) "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

(v) "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

(vi) "Third Amended Notice of Omnibus Avoidance Action Hearing Dates",

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of March, 2011 at New York, New York.

By _____
Yan Fayerman

Sworn before me this
15th day of March, 2011

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM EXP. _____

300108860

Date : 3/15/2011     Adv Pro No: 10-04774 (BRL)     Page # : 1

**Exhibit 1**
**Redacted Version**

DIANE WILSON
   HELEN DAVIS CHAITMAN, ESQ.
   BECKER & POLIAKOFF, LLP
   45 BROADWAY
   NEW YORK NY 10006

Counsel - 000844 005373