## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

------------------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant,

------------------------------------------------------------------

In re:

BERNARD L. MADOFF,

       Debtor

------------------------------------------------------------------

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

       Plaintiff,

  v.

DIANE WILSON,

       Defendant,

-------------------------------------------------------------

Adv. Pro. No.08-01789 (BRL)
SIPA LIQUIDATION

(Substantively Consolidated)

Case No.09-11893 (BRL)

Adv. Pro. No.10-04774 (BRL)

## AFFIDAVIT OF SERVICE

I, **RONALD M. MWANIA** of Post Office Box Number 74580 - 00200, Nairobi in the Republic of Kenya do hereby make oath and state as follows:

1.  **THAT** I am a Licensed Process-Server duly authorised to serve Court Process.

2.  **THAT** on 8th August 2011, I received from Messrs Mohamed Madhani & Company Advocates 2 copies of Second Summons and Notice of Pre-trial Conference in an Adversary Proceeding dated 4th August 2011, Notice of Applicability of the Order Approving Litigation Case Management Procedures for avoidance actions dated 12th November 2010, Complaint dated 12th November 2010 and the exhibits attached thereto, a letter dated 4th August 2011, Order (1) establishing Litigation Case Management Procedures for avoidance actions and (2) amending the February 16, 2010 Protective Order dated 10th November 2010 and the exhibits attached thereto and Third Amended Notice of Omnibus Avoidance Action Hearing dates dated 16th February 2011 with instructions to effect service upon the Defendant herein, Ms. Diane Wilson.

-2-

3.    THAT on the same day I was given a letter by James Rimui Advocate practising in the firm of Messrs Mohamed Madhani & Company Advocates, the Plaintiff's Attorney's agent, with details on where to find the Defendant herein, Ms. Diane Wilson.

4.    THAT on the same day, I travelled to Sangare Ranch, Mweiga, North East Region in the Republic of Kenya which is approximately 200km from Nairobi with a view to effecting service of the Court Process upon the Defendant herein, Ms. Diane Wilson.

5.    THAT at around 1430 hours, at the reception of Sangare Ranch, I introduced myself and the purpose of my visit to a gentleman of African origin who disclosed his name as Mr. Tanui, the farm Manager of Sangare Ranch.  He then told me that the Defendant, Ms. Diane Wilson was not at the Ranch but he gave me her cell phone number and advised me to contact her.

6.    THAT at around 1445 hours I telephoned  Ms. Diane Wilson and explained to her the purposes of my call and the visit to Sangare Ranch. She informed me to serve the Court Process upon her lawyers in Nairobi, Messrs Kaplan & Stratton Advocates.

7.    THAT at around 1500 hours, an Advocate from Messrs Kaplan & Stratton Advocates who disclosed his name as Mr. Fred Ojiambo, Senior Counsel (SC), a senior partner in the said firm called me and requested me to serve him on behalf of his client Ms. Diane Wilson.

8.    THAT on 9th August 2011 I came back to Nairobi and at around 11.00 a.m I proceeded to the offices of Messrs Kaplan & Stratton Advocates situated at Williamson House (9th Floor), Nairobi.  In the said office, I introduced myself and the purposes of my visit to a lady who disclosed her name as Nancy Mbugua, an employee of Messrs Kaplan & Stratton Advocates.

9.    THAT after confirming to me she has instructions from Mr. Fred Ojiambo, (SC) to accept service on behalf of the Defendant, Ms. Diane Wilson, I tendered to her copies of the above-mentioned Court process and she duly accepted service on behalf of the Defendant by way of retaining copies thereof and signing and stamping on the principal copies which I herewith return duly served and signed.

-3-

10.    **THAT** what is stated herein above is true to the best of my knowledge and belief.



**SWORN** by the said                              )
**RONALD M. MWANIA**                     )
at **NAIROBI - KENYA**                        )
this 24th day of AUGUST, 2011 )................................
                                                                )  **D E P O N E N T**

**BEFORE ME**                                      )
                                                                )
                                                                )
                                                                )
                                                                )
                                                                )
**NOTARY PUBLIC**                            )

ALICE JONATHAN GULENYWA
ADVOCATE
COMMISSIONER FOR OATHS/NOTARY PUBLIC
P. O. Box 22746-00400 NAIROBI

**DRAWN BY**
MOHAMED MADHANI & COMPANY
ADVOCATES
NATION CENTRE (14TH FLOOR, TOWER A)
KIMATHI STREET
P.O BOX 48539-00100
NAIROBI, KENYA



### REPUBLIC OF KENYA

# JUDICIARY

## AUTHENTICATION OF SIGNATURE

## TO ALL TO WHOM THESE PRESENTS SHALL COME GREETING:

I, STEPHEN MURIGI KIBUNJA Chief Court Administrator  of the High Court of Kenya,

DO HEREBY CERTIFY THAT..ALICE JONATHAN GULENYWA.....................................

whose signature and seal are endorsed on the document annexed hereto is a Notary Public, duly

admitted and to all Acts, Instruments and other Writings by him signed and attested full

faith is and ought to be given in Court and without. IN FAITH AND TESTIMONY the

Seal of the Court is hereunto put and  affixed.

Dated at Nairobi this........Twenty fourth day of August Two Thousand and Eleven.

CHIEF COURT ADMINISTRATOR

**UNITED STATES BANKRUPTCY COURT**
Southern District of New York

--------------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,

                            Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                            Defendant.

--------------------------------------------------------------

In re:

BERNARD L. MADOFF,

                            Debtor.

--------------------------------------------------------------

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                            Plaintiff,

        v.

DIANE WILSON,

                            Defendant.

--------------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

Case No. 09-11893 (BRL)

Adv. Pro. No. 10-04774 (BRL)


## SECOND SUMMONS AND
## NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 60 days after the date of issuance of this summons pursuant to an Order of the Bankruptcy Court dated November 10, 2010 (the "Procedures Order") and the Notice of Applicability filed in this adversary proceeding (each of which are enclosed herewith). However, if you were served with this summons in a country outside the United States, you are required to respond to the complaint within 180 days after the date of issuance of this summons pursuant to the above-referenced Procedures Order and Notice of Applicability.

| Address of Clerk: | Clerk of the Court<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004–1408** |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of<br>Plaintiff's Attorney: | David J. Sheehan<br>Marc E. Hirschfield<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012 and the Procedures Order.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004–1408 | Room: Courtroom 623 (BRL), One Bowling Green, New York, NY 10004–1408 |
|---|---|
|  | Date and Time: **To be determined by the Court** |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 8/4/11

Vito Genna

*Clerk of the Court*

By: /s/ Tiffany Campbell

*Deputy Clerk*



Nancy mbugua
Received for and on behalf
of Fred N. Ojiambo Advocate
for Diane Wilson.