# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Administrative Case Re: 08–1789 (Securities Invest

Bankruptcy Case No.: 08–99000–smb

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

Plaintiff(s),

–against–

Diane Wilson

Defendant(s)

Adversary Proceeding No. 10–04774–smb

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Diane Wilson |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 9/10/15

Vito Genna

*Clerk of the Court*

By: /s/ Dawn McCaffrey

*Deputy Clerk*