UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Melvin H. and Leona Gale Revocable Living Trust u/a/d 1/4/94 (the "Claimant"), having filed an objection (the "Objection", ECF No. 775) to the Trustee's Notice of Determination of Claims respecting Claimant's customer claims (#002827, 009492), hereby gives notice that it withdraws such Objection.

Dated: 5/18, 2017

_____
Michael I. Goldberg
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301

{41244795;1}300434918.1