**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SRIONE, LLC, an Idaho limited liability company; DANCING $ LLC, a Montana limited liability company, and ERIC WALDMAN | Adv. Pro. No. 10-05380 (SMB) |

Defendants.

## STIPULATION AND ORDER TO VACATE DEFAULT AND ENTER CASE MANAGEMENT NOTICE

Plaintiff Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa et seq., and the estate of Bernard L. Madoff, individually, and defendants SRIONE, LLC, an Idaho limited liability company, DANCING $ LLC, a Montana limited liability company, and ERIC WALDMAN (together, the "Defendants," and, together with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS,** on December 9, 2010, the Trustee initiated the above-captioned adversary proceeding (the "Adversary Proceeding") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") by filing a Complaint against the Defendants. *See Picard v. Srione, LLC, et al.*, Adv. Pro. No. 10-05380 (SMB), ECF No. 1;

**WHEREAS,** on April 2, 2012, the Defendants filed a motion to withdraw the reference. ECF No. 13;

**WHEREAS,** the Defendants did not file an Answer following the return of the Adversary Proceeding to the Bankruptcy Court on August 1, 2014. ECF No. 16;

**WHEREAS,** on January 15, 2016, Trustee requested that the Clerk of the Court of the Bankruptcy Court enter default against the Defendants for failing to file an Answer to the Complaint. ECF No. 17;

**WHEREAS,** on January 15, 2016, the Trustee served on the Defendants the request for the Clerk of the Court of the Bankruptcy Court to enter default against the Defendants for failing to file an Answer to the Complaint. ECF No. 18;

2

**WHEREAS,** on January 19, 2016, the Clerk of the Bankruptcy Court entered the default against the Defendants. ECF Nos. 19-21;

**WHEREAS,** on January 24, 2016, the Defendants filed an untimely Answer to the Complaint. ECF No. 22;

**WHEREAS,** the Parties have not been able to resolve the Trustee's claims asserted in the Adversary Proceeding without resorting to litigation;

**WHEREAS,** the Parties have agreed to the Case Management Order attached as Exhibit A hereto; and

**WHEREAS,** except as expressly set forth herein, the Parties to this Stipulation reserve all rights and defenses they may have and entry into this Stipulation shall not impair or otherwise affect such rights and defenses;

**NOW,** the Parties agree and stipulate, and the Bankruptcy Court hereby orders that:

1. The default is hereby vacated;

2. The Answer is hereby deemed timely filed;

3. The Case Management Order attached hereto as Exhibit A shall be entered.

Dated: May 18, 2017
       New York, New York

By: */s/ Keith R. Murphy*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA*

*Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Stephen M. Goldstein*
**LAW OFFICES OF STEPHEN GOLDSTEIN**
494 Eighth Avenue, Suite 1000
New York, NY 10001
Telephone: (888) 235-4279
Facsimile: (888) 235-4279
Stephen M. Goldstein

Of Counsel:

**STILLMAN AND ASSOCIATES**
300 South Pointe Drive, Suite 4206
Miami Beach, FL 33139 |
Telephone: (888) 235-4279
Facsimile: (888) 235-4279
Philip H. Stillman
pstillman@stillmanassociates.com

*Attorneys for Srione, LLC, an Idaho limited liability company, Dancing $ LLC, a Montana limited liability company, and Eric Waldman*

**SO ORDERED**

Dated: May 18th, 2017
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4