# Exhibit A

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                          Plaintiff,<br><br>           v.<br><br>SRIONE, LLC, an Idaho limited liability company; | Adv. Pro. No. 10-05380 (SMB) |

300441299.3

| | |
|---|---|
| DANCING $ LLC, a Montana limited liability company, and ERIC WALDMAN, | |
| | Defendants. |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due by July 24, 2017.

2. Fact Discovery shall be completed by February 19, 2018.

3. The Disclosure of Case-in-Chief Experts shall be due on April 20, 2018.

4. The Disclosure of Rebuttal Experts shall be due on May 21, 2018.

5. The Deadline for Completion of Expert Discovery shall be June 19, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be on or before June 26, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before July 10, 2018.

8. The Deadline for Conclusion of Mediation shall be on or before November 7, 2018.

Dated: New York, New York
      May 18, 2017

BAKER & HOSTETLER LLP

By: _/s/ Keith R. Murphy_____
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*

300441299.3