**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 610-6300
Facsimile:    (212) 610-6399

**UNITED STATES BANKRUPCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION COPORATION, <br><br>           Plaintiff-Applicant, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>           Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L Madoff Investment Securities LLC, <br><br>           Plaintiff, <br><br>     v. <br><br> ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), <br><br>           Defendant. | Adv. Pro. No. 11-02760 (SMB) |

## DECLARATION OF SERVICE

TOBY D. MANN hereby declares under penalty of perjury, pursuant to 28 U.S.C.

§1746 as follows:

1.      I am employed as the assistant managing clerk at Allen & Overy LLP, attorneys for

ABN AMRO N.V. (presently known as The Royal Bank of Scotland, N.V.) in the above captioned

matter.

2.      On May 18, 2017, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO*

*Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 11-2760 (SMB)

ECF No. 91, a true and correct copy of *Defendant ABN AMRO Bank N.V. (presently known as The*

*Royal Bank of Scotland N.V.)'s Letter Regarding Proposed Order Settling Certification Decision*

via the CM/ECF system for the United States Bankruptcy Court for the Southern District of New

York, thereby effectuating service upon those parties set forth on the attached Schedule A.

Dated: May 19, 2017
        New York, New York

                                    /s/ Toby D. Mann
                                    Toby D. Mann

## SCHEDULE A

**Via ECF**

David J. Sheehan
Marc E. Hirschfield
Keith R. Murphy
*bhaa@bakerlaw.com*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Plaintiff Irving H. Picard, Esq.,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*