**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION

Harold A. Thau (the "Claimant"), having filed an Objection (Docket No. 450) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009522), hereby gives notice that he withdraws such Objection.

Dated: May 16, 2017

                  /s/ Matthew A. Kupillas
                Matthew A. Kupillas on behalf of Harold A. Thau
                Milberg LLP
                One Pennsylvania Plaza
                New York, NY 10119
                (213) 613-5697