## EXHIBIT 1 – ACCOUNT-HOLDING JOINT TENANT

Joint Tenant With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Joint Tenant BLMIS Account Name | Joint Tenant Name | Joint Tenant BLMIS Account Number | Claim Filed By Joint Tenant | Outstanding Docketed Objections From Investors In the Joint Tenant | Outstanding Claims of Investors in the Joint Tenant |
|---|---|---|---|---|---|
| Stanley I Lehrer & Stuart M Stein J/T WROS | Stanley I Lehrer & Stuart M Stein J/T WROS | 1L0013 | Yes (004003) | 1 | 1 |
| Jeffrey Schaffer, Donna Schaffer JT WROS[1] | Jeffrey Schaffer, Donna Schaffer JT WROS | 1ZA401 | Yes (011600 and 011773) | 3 | 2 |
|  |  |  |  | 4 | 3 |

1. The Motion seeks to overrule those portions of objection dockets 1027 and 2138 related to claims 011600 and 011773, filed by the Jeffrey Schaffer, Donna Schaffer JT WROS, only insofar as they seek customer status for the Objecting Claimants.