# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The Joint Tenants Identified In Exhibit 1

| Claim Number | Objection Party | Joint Tenant | Joint Tenant BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 011552 | Elaine Stein Roberts | Stanley I Lehrer & Stuart M Stein J/T WROS | 1L0013 | Claim for securities and/or credit balance denied (10/22/2010). | 3235 | 11/22/2010 |
| 100398 | Jeffrey Schaffer | Jeffrey Schaffer, Donna Schaffer JT WROS | 1ZA401 | Claim for securities and/or credit balance denied (11/05/2010). | 3188 | 11/17/2010 |
| 100401 | Donna Schaffer | Jeffrey Schaffer, Donna Schaffer JT WROS | 1ZA401 | Claim for securities and/or credit balance denied (11/05/2010). | 3188 | 11/17/2010 |
| N/A | Jeffrey Schaffer & Donna Schaffer JT WROS | N/A | 1ZA401 | Claim for securities and/or credit balance denied (03/15/2010). | 1027[1] | 11/30/2009 |
| N/A | Jeffrey Schaffer & Donna Schaffer JT WROS | N/A | 1ZA401 | Claim for securities and/or credit balance denied (03/15/2010). | 1027[1] | 11/30/2009 |
| N/A | Jeffrey Schaffer and Donna Schaffer | N/A | 1ZA401 | Claim for securities and/or credit balance denied (03/15/2010). | 2138[1] | 4/6/2010 |
| N/A | Jeffrey Schaffer and Donna Schaffer | N/A | 1ZA401 | Claim for securities and/or credit balance denied (03/15/2010). | 2138[1] | 4/6/2010 |

1 The Motion seeks to overrule those portions of objection dockets 1027 and 2138 related to claims 011600 and 011773, filed by the Jeffrey Schaffer, Donna Schaffer JT WROS, only insofar as they seek customer status for the Objecting Claimants.