Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number: 100398

MWPTAP00598865

**PROOF OF CLAIM**

RECEIVED
JUN 26 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE                              ) Adv. Proc. No. 08-01789-BRL
                                   )
BERNARD L. MADOFF                  ) ONE HALF OF $1,185,022.50
INVESTMENT SECURITIES LLC,         ) Amount of Claim $ 592,511.25
                                   )
        Debtor.                    ) Claimed As:  [X] General Unsecured
                                   )              [ ] Priority (see Paragraph 10)
                                   )              [ ] Secured (see Paragraph 9)

1. Name of Creditor (Print or Type): JEFFREY SCHAFFER   Act # 1-ZA401-3-0

   Mailing Address: Redacted

2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted (or liable) to this claimant in the sum of $ 592,511.25
   I am entitled to 1/2 of Nov. 2008 statement balance of $1,185,022.50

3. The consideration for this debt (or ground of liability) is as follows:

   FRAUD, CONVERSION

4. (If the claim is founded on writing.) The writing on which this claim is founded (or a duplicate thereof) is attached hereto (or cannot be attached for the reason set forth in the following statement).

   SEE NOVEMBER 2008 STATEMENT ATTACHED

50218041 1

MWPTAP00598866

5. (If appropriate,) This claim is founded on an open account, which became (or will become) due on _____, as shown by the itemized statement attached hereto. Unless it is attached hereto or its absence is explained in an attached statement, no note or other negotiable instrument has been received for the account or any part of it.

PROOF OF CLAIM    )    CLAIM NUMBER
                  )
                  )

6. No judgment has been rendered on the claim except:

7. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. This claim is not subject to any set-off or counterclaim except:

   NONE

9. No security interest is held for this claim except:

   (If security interest in property of the debtor is claimed) The undersigned claims the security interest under the writing referred to in paragraph 4 hereof. Evidence of perfection of such security interest is also attached hereto.

10. This claim is an unsecured claim, except to the extent that the security interest, if any, described in paragraph 9 is sufficient to satisfy the claim. It is not entitled to priority unless the reason for priority and the amount claimed as priority is set forth below.

-2-

502180411

11. If claimant has obtained this claim by assignment, a copy or explanation of said assignment is attached hereto.

Name of Creditor (PRINT OR TYPE) _JEFFREY SCHAFFER_

Signature: _Jeffrey Schaffer_  6/17/09

Title (Corporate Officer, Partner, or Agent): _____

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN 5 YEARS OR BOTH.

-3-

502180411

MWPTAP00598867

MWPTAP00598868

| BERNARD L. MADOFF INVESTMENT SECURITIES LLC New York □ London | 885 Third Avenue New York, NY 10022 (212) 230-2424 800 334-1343 Fax (212) 838-4061 | Madoff Securities International Limited 12 Berkeley Street Mayfair, London W1J 8DT Tel 020 7493 6222 |
|---|---|---|

JEFFREY SCHAFFER
DONNA SCHAFFER JT WROS

PERIOD ENDING 11/30/08 PAGE 1



YOUR ACCOUNT NUMBER 1-ZA401-3-0   YOUR TAX PAYER IDENTIFICATION NUMBER *******4579

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 69,245.81 | |
| 11/12 | 1,050 | | 967 | WELLS FARGO & CO NEW | 29.800 | 31,332.00 | |
| 11/12 | 750 | | 1469 | HEWLETT PACKARD CO | 34.900 | 26,205.00 | |
| 11/12 | 650 | | 5293 | WAL-MART STORES INC | 55.830 | 36,315.50 | |
| 11/12 | 425 | | 5795 | INTERNATIONAL BUSINESS MACHS | 87.270 | 37,106.75 | |
| 11/12 | 1,575 | | 9619 | EXXON MOBIL CORP | 72.880 | 114,849.00 | |
| 11/12 | 1,725 | | 10121 | INTEL CORP | 14.510 | 25,098.75 | |
| 11/12 | 825 | | 14447 | JOHNSON & JOHNSON | 59.580 | 49,186.50 | |
| 11/12 | 1,125 | | 18772 | J.P. MORGAN CHASE & CO | 38.530 | 43,391.25 | |
| 11/12 | 600 | | 23098 | COCA COLA CO | 44.660 | 26,820.00 | |
| 11/12 | 350 | | 27424 | MCDONALDS CORP | 55.370 | 19,393.50 | |
| 11/12 | 650 | | 31750 | MERCK & CO | 28.550 | 18,583.50 | |
| 11/12 | 2,375 | | 36076 | MICROSOFT CORP | 21.810 | 51,893.75 | |
| 11/12 | 1,200 | | 40402 | ORACLE CORPORATION | 17.300 | 20,808.00 | |
| 11/12 | 475 | | 53380 | PEPSICO INC | 56.410 | 26,813.75 | |
| 11/12 | 275 | | 53882 | APPLE INC | 100.780 | 27,725.50 | |
| 11/12 | 2,025 | | 57706 | PFIZER INC | 16.940 | 34,384.50 | |
| 11/12 | 475 | | 58208 | ABBOTT LABORATORIES | 54.610 | 25,958.75 | |
| 11/12 | 900 | | 62032 | PROCTER & GAMBLE CO | 64.080 | 57,708.00 | |
| 11/12 | 325 | | 62534 | AMGEN INC | 59.160 | 19,240.00 | |
| 11/12 | 625 | | 66358 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 27,275.00 | |
| 11/12 | 1,500 | | 66860 | BANK OF AMERICA | 21.590 | 32,445.00 | |
| 11/12 | 500 | | 70684 | QUALCOMM INC | 33.770 | 16,905.00 | |
| 11/12 | 1,625 | | 71186 | CITI GROUP INC | 12.510 | 20,393.75 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00598869



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JEFFREY SCHAFFER
DONNA SCHAFFER JT WROS

PERIOD ENDING: 11/30/08  PAGE: 2

YOUR ACCOUNT NUMBER: 1-ZA401-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4579

Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 375 | | 75010 | SCHLUMBERGER LTD | 49.480 | 18,570.00 | |
| 11/12 | 900 | | 75512 | COMCAST CORP CL A | 16.510 | 14,895.00 | |
| 11/12 | 1,775 | | 79336 | AT&T INC | 27 | 47,996.00 | |
| 11/12 | 450 | | 79838 | CONOCOPHILIPS | 52.510 | 23,647.50 | |
| 11/12 | 300 | | 83662 | UNITED PARCEL SVC INC CLASS B | 52.040 | 15,624.00 | |
| 11/12 | 1,825 | | 84164 | CISCO SYSTEMS INC | 16.730 | 30,605.25 | |
| 11/12 | 525 | | 87988 | U S BANCORP | 29.530 | 15,524.25 | |
| 11/12 | 625 | | 88490 | CHEVRON CORP | 73.430 | 45,918.75 | |
| 11/12 | 300 | | 92314 | UNITED TECHNOLOGIES CORP | 53.160 | 15,960.00 | |
| 11/12 | 3,175 | | 92816 | GENERAL ELECTRIC CO | 19.630 | 62,452.25 | |
| 11/12 | 850 | | 96640 | VERIZON COMMUNICATIONS | 30.410 | 25,882.50 | |
| 11/12 | 75 | | 97142 | GOOGLE | 337.400 | 25,308.00 | |
| 11/12 | | 1,100,000 | 23574 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 1,099,296.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 52.06 |
| 11/12 | | 46,549 | 18677 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 46,549.00 |
| 11/12 | 8,631 | | 28045 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,631.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.06 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00598870

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JEFFREY SCHAFFER
DONNA SCHAFFER JT WROS

Redacted

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZA401-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4579

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 11/19 | | 8,631 | 53560 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,631.00 |
| 11/19 | 75,000 | | 58050 | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 8,587 | | 62596 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,587.00 | |
| | | | | NEW BALANCE | | 139,095.44 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,775 | | | AT&T INC | 28.560 | | |
| | 475 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 325 | | | AMGEN INC | 55.540 | | |
| | 275 | | | APPLE INC | 92.670 | | |
| | 1,500 | | | BANK OF AMERICA | 16.250 | | |
| | 625 | | | CHEVRON CORP | 79.010 | | |
| | 1,825 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,625 | | | CITI GROUP INC | 8.290 | | |
| | 600 | | | COCA COLA CO | 46.870 | | |
| | 900 | | | COMCAST CORP CL A | 17.340 | | |
| | 450 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,575 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,175 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00598871

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JEFFREY SCHAFFER
DONNA SCHAFFER JT WROS

Redacted

PERIOD ENDING 11/30/08    PAGE 4

YOUR ACCOUNT NUMBER 1-ZA401-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER *******4579

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 75 | | | GOOGLE | 292.960 | | |
| | 750 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,725 | | | INTEL CORP | 13.800 | | |
| | 425 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,125 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 825 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 350 | | | MCDONALDS CORP | 58.750 | | |
| | 650 | | | MERCK & CO | 26.720 | | |
| | 2,375 | | | MICROSOFT CORP | 20.220 | | |
| | 1,200 | | | ORACLE CORPORATION | 16.090 | | |
| | 475 | | | PEPSICO INC | 56.700 | | |
| | 2,025 | | | PFIZER INC | 16.430 | | |
| | 625 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 900 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 500 | | | QUALCOMM INC | 33.570 | | |
| | 375 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 8,587 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 525 | | | U S BANCORP | 26.980 | | |
| | 300 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 75,000 | | | U S TREASURY BILL DUE 03/26/2009     3/26/2009 | 99.971 | | |
| | 300 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00598872

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JEFFREY SCHAFFER
DONNA SCHAFFER JT WROS

Redacted

PERIOD ENDING 11/30/08    PAGE 5

YOUR ACCOUNT NUMBER 1-ZA401-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER ********4579

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|--------------------------------|----------------------------------|
|      | 850                     |                         |     | VERIZON COMMUNICATIONS | 32.650 | | |
|      | 650                     |                         |     | WAL-MART STORES INC | 55.880 | | |
|      | 1,050                   |                         |     | WELLS FARGO & CO NEW | 28.890 | | |
|      |                         |                         |     | MARKET VALUE OF SECURITIES | | | |
|      |                         |                         |     | LONG           SHORT | | | |
|      |                         |                         |     | 1,185,022.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MWPTAP00598874

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JEFFREY SCHAFFER
DONNA SCHAFFER JT WROS

Redacted

PERIOD ENDING: 11/30/08    PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA401-4-0    YOUR TAX PAYER IDENTIFICATION NUMBER: *******4579

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 69,246.00 |
| 11/12 | | 25 | 44728 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 39,475.00 |
| 11/12 | 25 | | 49054 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 44,525.00 | |
| 11/19 | | 25 | 35158 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 64,975.00 |
| 11/19 | 25 | | 39483 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 75,025.00 | |
| 11/19 | 25 | | 43808 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 7,525.00 | |
| 11/19 | | 25 | 48133 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 92,475.00 |
| | | | | NEW BALANCE | | | 139,096.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 25 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 25 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 41,250.00   SHORT 58,250.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES