Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York

# CUSTOMER CLAIM

Claim Number: 011552

Date Received: JUN 26 2009 RECEIVED

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: [Redacted]

HOME:

Elaine Stein Roberts IRA [Redacted]

Account Number: 1-L0013-3 & 1-L0013-4

Taxpayer I.D. Number (Social Security No.)

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************

1. Claim for money balances as of **December 11, 2008**:
    a. The Broker owes me a Credit (Cr.) Balance of    $ _____
    b. I owe the Broker a Debit (Dr.) Balance of    $ _____

MWPTAP00514928

c.  If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.

d.  If balance is zero, insert "None." $ __NONE__

2.  Claim for securities as of **December 11, 2008**:

    **PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

    |   | | YES | NO |
    |---|---|---|---|
    | a. | The Broker owes me securities | ✓ | |
    | b. | I owe the Broker securities | | ✓ |
    | c. | If yes to either, please list below: | | |

    | Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
    |---|---|---|---|
    | | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
    | SEE ATTACHED STATEMENT | | | |
    | | | | |
    | | | | |
    | | | | |
    | | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

10292969

MWPTAP00514929

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|    |    | YES | NO |
|----|----|-----|----|
| 3. | Please explain any differences between the securities or cash claimed... |  |  |
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever been given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

10292969

MWPTAP00514930

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim. ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: Carole Neville, Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF. *

Date  6/24/09   Signature  [signature]

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

\* This form includes and incorporates in full the attached Addendum. Customer reserves the right to amend the claim for any purpose, including without limitation, to add interest, costs and other losses associated with this account.

10292469

MWPTAP00514931

# ADDENDUM

**Customer:** Elaine Stein Roberts IRA

**Address:** [Redacted]

**Account #:** 1-L0013-3
1-L0013-4

Neuberger Berman Statement – Closing balance net equity $9,024,952.58

Elaine Stein Roberts invested her IRA funds (the "Stein Roberts IRA") in Bernard L. Madoff Investment Securities LLC ("BMIS") through the Stanley Lehrer and Stuart Stein Joint Venture Account ("Joint Venture"). The Joint Venture was the vehicle for individual investments in BMIS that were either below the investment limit set by Madoff or aggregated with other accounts in accordance with and to satisfy Madoff's investment requirements. Notwithstanding the investments through the Joint Venture, each account was treated for all purposes as a separate investment in BMIS.

US Trust became the initial custodian of the Stein Roberts IRA in 1990. In or about 2004, Neuberger Berman became the custodian for the Stein Roberts IRA. The net equity of the account is reflected in annexed Neuberger Berman statement. Based upon the above, Stein Roberts IRA account should be treated as a separate account and this claim allowed based upon the customer's net equity.

10292739v-1

MWPTAP00514932

# Client Statement

**NEUBERGER BERMAN**

For the period 04/01/2009 to 04/30/2009

F/B/O ELAINE S ROBERTS
IRA
NEUBERGER BERMAN, LLC CUST

Ridge Account : ▮▮▮▮ MHM
Base Currency : USD
NB Account Number : ▮▮▮▮

## Account Summary

| | Opening Balance | Closing Balance | Cost Basis | Estimated Annual Income Amount | % Yield |
|---|---|---|---|---|---|
| CASH | (55.15) | 0.00 | 0.00 | 0.00 | 0.00 |
| NON-DISCRETIONARY | 9,025,007.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL VALUE OF ACCOUNT** | **9,024,952.58** | **0.00** | | | |

## Account Composition

% of Portfolio

NOT AVAILABLE

## Y-T-D Market Value Change Summary

| | |
|---|---|
| PREVIOUS YEAR ENDING VALUE | 9,125,228.78 |
| NET DEPOSITS AND WITHDRAWALS | (9,125,298.44) |
| INCOME AND EXPENSE ITEMS (NET) | 69.66 |
| NET CHANGE IN ASSET VALUE | 0.00 |
| CURRENT PERIOD ENDING VALUE | 0.00 |

## Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| MONEY MKT. FUND DIVIDENDS | 0.00 | 18.03 |

## Y-T-D Net Realized Gains/Losses

| | |
|---|---|
| TOTAL LONG TERM | N/A |
| TOTAL SHORT TERM | N/A |

MWPTAP00514933

030815 NEUB 000000 020857

# Client Statement

For the period 04/01/2009 to 04/30/2009

**NEUBERGER BERMAN**

NB Account Number : ███████ Ridge Account : ███████ MHM
Base Currency    : USD
F/B/O ELAINE S ROBERTS
IRA
NEUBERGER BERMAN, LLC CUST

Neuberger Berman, LLC
605 Third Avenue
New York, NY 10158-3698

Your account cleared
through the courtesy of:
Ridge Clearing &
Outsourcing Solutions, Inc.

*Account Value Summary:*
Last Period
9,024,952.58
This Period
0.00

020857   02 AT   0.471 00080 NBDD0103

F/B/O ELAINE S ROBERTS
IRA
NEUBERGER BERMAN, LLC CUST
3600 OAKVIEW COURT
DELRAY BEACH FL  33445-3924

MESSINGER LEVINE GLEASON GROUP
Neuberger Berman, LLC
605 Third Avenue
New York, NY 10158-3698
Email : MLG@NB.COM
Phone : 212.476.5955
Fax : 212.476.5962

## Table Of Contents

| | Page |
|---|---|
| General Information | 1 |
| Statement Legend | 2 |
| Summary Of Your Account | 3 |
| Monthly Activity | 5 |
| Interested Parties | 6 |
| Special Messages | 7 |

## Items For Your Attention

Please see the Special Messages section for important items regarding your statement. The instructions for wiring funds to your account or to remit advisory fees changed in September 2008. Please contact your Neuberger Berman representative for our current instructions.

MWPTAP00514934

# Client Statement

For the period 04/01/2009 to 04/30/2009

**NEUBERGER BERMAN**

F/B/O ELAINE S ROBERTS
IRA
NEUBERGER BERMAN, LLC CUST

Ridge Account : ▇▇▇▇▇ MHM
Base Currency : USD
NB Account Number : ▇▇▇▇▇

## Monthly Activity

| OTHER ACTIVITY | Settlement Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|---|
| USD | | | | | |
| | 04/16/2009 | JOURNAL | | CR INV ADV FEE 01/01-03/31/09 | 55.15 |
| | 04/29/2009 | ADJUSTMENT | (9,025,007.73) | JOINT VENTURE PARTNERSHIP STANLEY I. LEHRER & STUART M. STEIN JOINT VENTURE REMOVE POSITION AS PER MONTHLY UPDATE | |
| **TOTAL JOURNAL** | | | | | **55.15** |
| **TOTAL NET OTHER ACTIVITY / USD** | | | | | **55.15** |



**SONNENSCHEIN NATH & ROSENTHAL LLP**

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

**Carole Neville**
212.768.6889
cneville@sonnenschein.com

June 25, 2009

**VIA FEDERAL EXPRESS**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
   Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

      Re:   **Elaine Stein Roberts IRA**
              **Customer Claim**
              **Account Numbers 1-L0013-3 & 1-L0013-4**

Dear Sir/Madam:

    Enclosed herewith please find an original and copy of the claim of Elaine Stein Roberts IRA, account numbers 1-L0013-3 & 1-L0013-4. Please file the original on our behalf and <u>return a file stamped copy to us in the enclosed self-addressed stamped envelope</u>.

    Thank you.

                          Very truly yours,

                           Carole Neville / JC

Enclosures

10293260

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix   St. Louis*
*San Francisco   Short Hills, N.J.   Silicon Valley   Washington, D.C.   West Palm Beach   Zurich*

MWPTAP00514936

PS|Ship - FedEx Label                                            Page 1 of 2

Insert airbill here ▼

From:  Origin ID: QNYA  (212)768-6700
Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas

New York, NY 10020

FedEx Express   E

Ship Date: 25JUN09
ActWgt: 1 LB
CAD: 5772073/WBUS0200
Account#: S *********

RT  **777**  1  **B**
FZ  **778**  0055
                06.26

Delivery Address Bar Code

SHIP TO: (212)398-8499      BILL SENDER

**Irving H. Picard, Esq.
Trustee for BMIS
2100 McKinney Ave Ste 800**

**Dallas, TX 752016910**

Ref #   20001068-0001.CQN
Invoice #
PO #
Dept #



TRK# 7921 5454 0055
0201

FRI - 26JUN         A1
**PRIORITY OVERNIGHT**
       DSR

75201
TX-US
DFW

**XH RBDA**



MWPTAP00514937