**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>    Defendants. | Adv. Pro. No. 09-01182 (SMB) |

**STIPULATION AND SEVENTEENTH AMENDED CASE MANAGEMENT PLAN**

Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and the consolidated Chapter 7 Estate of Bernard L. Madoff, Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Defendants Ascot Fund Ltd., J. Ezra Merkin, and Gabriel Capital Corporation ("Defendants") (collectively, "Parties") by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on February 21, 2017 this Court entered the Sixteenth Amended Case Management Plan (ECF No. 331) pursuant to Fed. R. Civ. P. 16(a)(4), as incorporated by Fed. R. Bank. P. 7016 (the "CMP"), which included a schedule for Pretrial Briefing and Disclosures.

**WHEREAS,** pursuant to the CMP, on March 10, 2017, the Parties exchanged their respective Preliminary Witness List.

**WHEREAS**, the Parties dispute whether certain witnesses were properly disclosed pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Rule 7026 of the Federal Rules of Bankruptcy Procedure.

**NOW**, **THEREFORE**, in the interest of judicial efficiency, the Parties have conferred and agree and stipulate to the following:

1. The Parties agree to re-open fact-discovery for the limited purpose of deposing Ms. Meaghan Schmidt, Ms. Lauri Martin, and Mr. Leon Meyers.

2. The depositions shall be concluded by June 30, 2017.

3. <u>Pretrial Briefing and Disclosures:</u> The following shall be the amended schedule for Pretrial Briefing and Disclosures.

   a. *April 28, 2017*:

      i. Parties exchanged Witness Lists, Exhibits, and Deposition Testimony Designations related to the issue of Subsequent Transfers, unless previously disclosed.

   b. *May 10, 2017:*

      i. Parties exchanged Objections to any Exhibits and Deposition Testimony Designations disclosed on April 28, 2017.

      ii. Parties exchanged Counter and Cross Deposition Testimony Designations for any testimony disclosed on April 28, 2017.

      iii. Oppositions to Motions *in Limine* filed on April 7, 2017 were filed.

    c. *May 17, 2017:*

        i. Motions *in Limine* related to the issue of Subsequent Transfers were filed.

    d. *June 6, 2017*:

        i. Replies in support of Motions *in Limine* filed on April 7, 2017 shall be filed.

        ii. Oppositions to Motions *in Limine* filed on May 17, 2017 shall be filed.

    e. *June 16, 2017:*

        i. Replies in support of Motions *in Limine* filed on May 17, 2017 shall be filed.

4. The parties shall file their Joint Pretrial Order and Trial Briefs by July 12, 2017.

5. <u>Final Pretrial Conference:</u> The final pretrial conference will be held on Tuesday, July 18, 2017 at 2:00 pm before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

6. <u>Trial:</u> Trial shall commence on a date to be determined before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

Dated:   May 19, 2017
        New York, New York

*/s/ David J. Sheehan*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, NY  10111  
Telephone:  (212) 589-4200  
Facsimile:  (212) 589-4201  
David J. Sheehan  
e-mail:  dsheehan@bakerlaw.com  
Lan Hoang  
e-mail:  lhoang@bakerlaw.com  
Brian W. Song  
e-mail:  bsong@bakerlaw.com  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*/s/ Judith A. Archer*  
**Norton Rose Fulbright US LLP**  
1301 Avenue of the Americas  
New York, NY 10019-6022  
Telephone:  (212) 318 3000  
Facsimile:  (212) 318 3400  
Judith A. Archer  
e-mail: judith.archer@nortonrosefulbright.com  
Sarah E. O'Connell  
e-mail: sarah.oconnell@nortonrosefulbright.com  

*Attorneys for Ralph C. Dawson, Esq., as Receiver for Defendant Ascot Partners, L.P., and for Ascot Fund Limited*

*/s/ Neil A. Steiner*  
**Dechert LLP**  
1095 Avenue of the Americas  
New York, NY  10036  
Telephone:  (212) 698-3500  
Facsimile:  (212) 698-3599  
Andrew J. Levander  
e-mail:  andrew.levander@dechert.com  
Neil A. Steiner  
e-mail:  neil.steiner@dechert.com  

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

**SO ORDERED.**

Dated:  May 22nd, 2017
      New York, New York                 ___/s/ STUART M. BERNSTEIN____  
                                                  HON. STUART M. BERNSTEIN  
                                                  United States Bankruptcy Judge