# EXHIBIT A

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  12/18/2008

BERNARD MADOFF was interviewed pursuant to a proffer agreement in the presence of his attorneys Daniel Horowitz, Ira Sorkin, and Nicole DeBello, at the offices of the United States Attorney's Office, SDNY. In addition to the standard SDNY proffer agreement, an analogous SEC civil agreement was executed. MADOFF provided the following information:

Investigation on  12/16/2008   at  New York, NY

File #

by

Date dictated

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-MADOFFSDNY000000004

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF  , On 12/16/2008 , Page 2

USAO-MADOFF-SA-002000005

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF  , On 12/16/2008 , Page  3

Since the inception of BLMIS MADOFF has managed a retail business associated with the firm. The business was initially quite small. When MADOFF first started the retail business most of the accounts were discretionary. MADOFF would, however, still generally consult clients with trade decisions prior to execution. The retail business grew and by the 1970s MADOFF was paying ridiculously high returns, in the range of 30% 50 40% per year, in order to attract business. At the time these rates of return were not unheard of at legitimate firms.

When MADOFF first began the retail business he did initially engage in some actual trades. Soon, however, he began to engage in fraud as to the entire retail business. He stopped engaging in any actual trading. For virtually the entire life of the retail business MADOFF simply did not trade and sent investors false account statements and false trade confirmations.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___BERNARD MADOFF_____, On _12/16/2008_, Page __4__

MADOFF began engaging in fraud in earnest in the 1970s. The 1980s saw a large expansion in the retail (i.e. fraudulent) portion of the business. As there was no actual trading, nothing cleared through DTCC or any clearing firm, and the only records of the purported trades are the paper confirmations.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   BERNARD MADOFF   , On 12/16/2008 , Page 5

USAO-MADOFF-SDNY-000008

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF , On 12/16/2008 , Page 6

USAO-MADOFF-SDNY-000009

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___BERNARD  MADOFF_____ , On _12/16/2008_____ , Page __7__

      When MADOFF began a retail business in about 1960 he had about a dozen clients all of whom were family and friends. The retail business morphed into a fraud as time went by. In 1962 MADOFF's retail business was wiped out in the new issue collapse. All his clients lost virtually their entire investment, which amounted to a total of about $30,000. MADOFF felt he had to pay them back, so he borrowed $30,000 from his father in law to do so. His father in law was not pleased by this development. MADOFF was able to pay all these clients back and start the market making business. At about this time he took in new retail clients. These clients were also family and friends. He began to falsely report returns of 30% to 40% annual to these customers. All or virtually all of these accounts were discretionary and MADOFF had power of attorney over them.



FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF  , On 12/16/2008 , Page 8

USAO-MADOFF-SAO008000011

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF  , On 12/16/2008 , Page 9

USAO-MADOFF SDNY000012

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF , On 12/16/2008 , Page 10

USAO-MADOFF-0000013

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF  , On 12/16/2008 , Page 11

USAO-MADOFF-SDNY0000014

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __BERNARD MADOFF__ , On __12/16/2008__ , Page __12__

USAO-MADOFF-SDNY-2000015

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  BERNARD MADOFF , On 12/16/2008 , Page 13

USAO-MADOFF-SDNY-0000016

FD-392a (Rev. 10-6-95)

Continuation of FD-302 of __BERNARD MADOFF_____, On __12/16/2008__, Page __14__

USAO-MADOFF-SDNY-4000017