# **EXHIBIT D**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2017

**VIA EMAIL**
David J. Sheehan, Esq.
Fernando A. Bohorquez, Jr., Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

      Re:    *In re* **Touhy** *Request for FBI Statements and Notes Regarding Bernard L. Madoff*

Dear Messrs. Sheehan and Bohorquez:

    Enclosed is a supplement to the Government's *Touhy* production dated May 17, 2017. The document is bates stamped USAO-MADOFF 00001A-00014A.

                               Very truly yours,

                                 JOON H. KIM
                                 Acting United States Attorney

       By:      */s/ Louis A. Pellegrino*
                                 Louis A. Pellegrino
                                 Assistant United States Attorney
                                 (212) 637-2617

Encl.