**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF KENNETH GERHARD PRABUCKI

Upon the motion of Kenneth Gerhard Prabucki to be admitted *pro hac vice* to represent Irving H. Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff") in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio, it is hereby

**ORDERED**, that Kenneth Gerhard Prabucki is admitted to practice *pro hac vice* in the above-referenced matter and in any related adversary proceedings to represent the Trustee in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing fee has been paid.

Dated: May 23rd, 2017
   New York, New York

             /s/ STUART M. BERNSTEIN
             HONORABLE STUART M. BERNSTEIN
             UNITED STATES BANKRUPTCY JUDGE