**CHAITMAN LLP**  Hearing: May 31, 2017 at 10 a.m.
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04728 (SMB) |
| Plaintiff, | |
| v. | |
| BRUNO L. DI GIULIAN, | |
| Defendant. | |

## NOTICE OF CROSS-MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the

Declaration of Helen Davis Chaitman, Esq. and exhibit thereto, the Declaration of Patsy

{00030408 1 }

DiGiulian, and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Defendant by his undersigned counsel, will cross-move for an order dismissing the complaint pursuant to Fed. R. Civ. P. 37(b), 41(b) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on May 31, 2017 at 10:00 a.m.

Dated:  New York, New York
        May 23, 2017

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     hchaitman@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

     *Attorneys for Defendant*

{00030408 1 }