**CHAITMAN LLP**  Hearing: May 31, 2017 at 10 a.m.
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04728 (SMB) |
| Plaintiff, | |
| v. | |
| BRUNO L. DI GIULIAN, | |
| Defendant. | |

## DECLARATION OF HELEN DAVIS CHAITMAN

I, Helen Davis Chaitman, hereby declare, as follows:

{00030407 1 }

1. I am a partner with Chaitman LLP, counsel to Defendant, ("Defendant"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in opposition to Trustee's Motion for Substitution of Defendant and in support of Defendant's Cross-Motion to Dismiss Complaint.

3. Attached hereto as **Exhibit A** is a true and accurate copy of emails dated January 13, 2016.

4. I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

Dated: New York, New York
      May 23, 2017                             /s/ *Helen Davis Chaitman*
                                                               Helen Davis Chaitman

{00030407 1 }