# EXHIBIT A

Lourdes Blanco

| | |
|---|---|
| **From:** | Hirschfield, Marc E. <mhirschfield@bakerlaw.com> |
| **Sent:** | Wednesday, January 13, 2016 4:05 PM |
| **To:** | Lourdes Blanco |
| **Cc:** | Helen Chaitman |
| **Subject:** | RE: Picard v. Bruno DiGiulian (10-04728) - deceased |

Thanks, Lourdes, for letting us know.

Regards,
Marc



**From:** Lourdes Blanco [mailto:lblanco@chaitmanllp.com]
**Sent:** Wednesday, January 13, 2016 4:02 PM
**To:** Hirschfield, Marc E.
**Cc:** Helen Chaitman
**Subject:** Picard v. Bruno DiGiulian (10-04728) - deceased

Dear Mr. Hirschfield:
We have just been notified that our client, Bruno DiGiulian, died on December 6, 2015.  There is no probate.

Lourdes Blanco
Chaitman LLP
465 Park Avenue
New York, New York 10022
lblanco@chaitmanllp.com
Office:  (888) 759-1114 ext. 3



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content

of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.