**CHAITMAN LLP**  Hearing:  May 31, 2017 at 10 a.m.
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BRUNO L. DI GIULIAN,<br><br>Defendant. | Adv. Pro. No. 10-04728 (SMB) |

**DECLARATION OF PATSY DIGIULIAN**

I, PATSY DIGIULIAN, declare pursuant to 28 U.S.C. § 1746, that the following is true based upon my personal knowledge:

1. I am the widow of Bruno DiGiulian, who died on December 6, 2015.

2. Bruno and I lived in Florida throughout our married life, where Bruno practiced law.

3. After Bruno's death, no probate proceeding was filed in Florida because there were no assets in Bruno's estate. However, in early 2017, the Trustee filed a Statement of Claim against Bruno's estate, which forced the opening of a probate proceeding in Broward County, Florida.

4. Bruno's IRA account was 100% invested in Madoff.

5. Each year Bruno withdrew funds from his IRA account which he used for daily living expenses.

6. When Madoff confessed, Bruno's IRA account had no value.

May 22, 2017



                                                    ___*/s/ Patsy DiGiulian*_____
                                                      Patsy DiGiulian