**CHAITMAN LLP**  Hearing: May 31, 2017 at 10 a.m.
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BRUNO L. DI GIULIAN,<br><br>Defendant. | Adv. Pro. No. 10-04728 (SMB) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2017 I caused a true and correct copy of Defendant's

following documents:

{00030409 1 }

        Notice of Cross-Motion,
        Proposed Order,
        Memorandum of Law,
        Declaration of Helen Davis Chaitman with Exhibit A,
        Declaration of Patsy DiGiulian, and
        Certificate of Service

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

        David Sheehan, Esq.
        dsheehan@bakerlaw.com
        Baker & Hostetler LLP
        45 Rockefeller Plaza, 11th Floor
        New York, New York  10111

    I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  New York, New York
         May 23, 2017

                                      */s/ Helen Davis Chaitman*
                                      Helen Davis Chaitman

{00030409 1 }