**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF,<br><br>      Defendants. | Adv. Pro. No. 10-03483 (SMB) |

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding that was previously scheduled for May 31, 2017 has been further adjourned to **June 28, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York　　By: /s/ Howard L. Simon
　　　　 May 24, 2017　　　　　　Howard L. Simon (hsimon@windelsmarx.com)
　　　　　　　　　　　　　　　　　Kim M. Longo (klongo@windelsmarx.com)
　　　　　　　　　　　　　　　　　John J. Tepedino (jtepedino@windelsmarx.com)
　　　　　　　　　　　　　　　　　Windels Marx Lane & Mittendorf LLP
　　　　　　　　　　　　　　　　　156 West 56th Street
　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　Tel:  (212) 237-1000
　　　　　　　　　　　　　　　　　Fax: (212) 262-1215

　　　　　　　　　　　　　　　　　*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*