Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -x

In re:                          :

BERNARD L. MADOFF INVESTMENT :   SIPA LIQUIDATION
SECURITIES LLC,
                             :   No. 08-01789 (SMB)
          Debtor.
- - - - - - - - - - - - - - -x   (Substantively
                                  Consolidated)
In re :                         :

BERNARD L. MADOFF,              :

          Debtor.              :

- - - - - - - - - - - - - - -x

IRVING H. PICARD, Trustee    :
for the Liquidation of          Adv. Pro. No.
Bernard L. Madoff Investment :   10-04995 (SMB)
Securities LLC,
                             :
          Plaintiff,
                             :
v.
                             :
TRUST U/ART FOURTH O/W/O
ISRAEL WILENITZ,                :

EVELYN BEREZIN WILENITZ,      :
individually, and as Trustee
and Beneficiary of the Trust :
U/ART Fourth O/W/O Israel
Wilenitz, and                   :

SARA SEIMS, as Trustee of    :
the Trust U/ART Fourth O/W/O
Israel Wilenitz,                :

          Defendants.     :
- - - - - - - - - - - - - - x
          TELEPHONE CONFERENCE

            May 10, 2017

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 2

```
 1    IRVING H. PICARD, Trustee    :
      for the Liquidation of
 2    Bernard L. Madoff Investment:   Adv. Pro. No.
      Securities LLC,                 10-04818 (SMB)
 3                                 :
                   Plaintiff,
 4                                 :
      v.
 5                                 :
      TOBY HARWOOD,
 6                                 :
                   Defendant.
 7    - - - - - - - - - - - - - - x
      IRVING H. PICARD, Trustee    :
 8    for the Liquidation of          Adv. Pro. No.
      Bernard L. Madoff Investment:   10-04914 (SMB)
 9    Securities LLC,
                                   :
10                 Plaintiff,
                                   :
11    v.
                                   :
12    EDYNE GORDON, in her
      capacity as the executrix   :
13    and primary beneficiary of
      the estate of Allen Gordon, :
14
                   Defendant.     :
15    - - - - - - - - - - - - - - x
      IRVING H. PICARD, Trustee    :
16    for the Liquidation of          Adv. Pro. No.
      Bernard L. Madoff Investment:   10-04826 (SMB)
17    Securities LLC,
                                   :
18                 Plaintiff,
                                   :
19    v.
                                   :
20    ESTATE OF BOYER PALMER,
      DIANE HOLMERS, in her        :
21    capacity as Personal
      Representative of the        :
22    Estate of Boyer Palmer, and
      BRUCE PALMER, in his         :
23    capacity as Personal
      Representative of the        :
24    Estate of Boyer Palmer,
                                   :
25                 Defendants.
```

BENDISH REPORTING
877.404.2193

Picard v Benjamin                        Telephone Conference 5/10/2017

```
                                                              Page 3

 1   IRVING H. PICARD, Trustee   :
     for the Liquidation of         Adv. Pro. No.
 2   Bernard L. Madoff Investment:  10-04644 (SMB)
     Securities LLC,
 3                               :
                 Plaintiff ,     :
 4                               :
     v.                          :
 5                               :
     RUSSELL L. DUSEK,           :
 6                               :
                 Defendant.
 7   - - - - - - - - - - - - - - x
     IRVING H. PICARD, Trustee   :
 8   for the Liquidation of         Adv. Pro. No.
     Bernard L. Madoff Investment:  10-04541 (SMB)
 9   Securities LLC,
                                 :
10               Plaintiff,      :
                                 :
11   v.                          :
                                 :
12   KENNETH W. PERLMAN; FELICE  :
     J. PERLMAN; and SANFORD S.  :
13   PERLMAN,
                                 :
14               Defendants.
     - - - - - - - - - - - - - - x
15   IRVING H. PICARD, Trustee   :
     for the Liquidation of         Adv. Pro. No.
16   Bernard L. Madoff Investment:  10-04728 (SMB)
     Securities LLC,
17                               :
                 Plaintiff,      :
18                               :
     v.                          :
19                               :
     BRUNO DIGIULIAN,            :
20                               :
                 Defendant.
21   - - - - - - - - - - - - - - x
     IRVING H. PICARD, Trustee   :
22   for the Substantively          Adv. Pro. No.
     Consolidated SIPA          :   10-04905 (SMB)
23   Liquidation of Bernard L.
     Madoff Investment Securities:
24   LLC and Bernard L. Madoff,
                                 :
25               Plaintiff,
```

Picard v Benjamin                    Telephone Conference 5/10/2017

```
                                                        Page 4
  1   v.                          :
  2   TRAIN KLAN, a Partnership;  :
      FELICE T. LONDA, in her
  3   capacity as a Partner in    :
      Train Klan; CLAUDIA HELMIG,
  4   in her capacity as a        :
      Partner in Train Klan;
  5   TIMOTHY LANDRES, in his     :
      capacity as a Partner in
  6   Train Klan; JESSICA LONDA,  :
      in her capacity as a
  7   Partner in Train Klan;      :
      PETER LONDA, in his
  8   capacity as a Partner in    :
      Train Klan; TIMOTHY HELMIG,
  9   in his capacity as a        :
      Partner in Train Klan; and
 10   WENDY LANDRES, in her       :
      capacity as a Partner in
 11   Train Klan,                 :
 12                Defendants.    :
      - - - - - - - - - - - - - - x
 13   IRVING H. PICARD, Trustee   :
      for the Substantively            Adv. Pro. No.
 14   Consolidated SIPA           :    10-04621 (SMB)
      Liquidation of Bernard L.
 15   Madoff Investment           :
      Securities LLC and Bernard
 16   L. Madoff,                  :
 17                Plaintiff,     :
 18   v.                          :
 19   DONALD A. BENJAMIN,         :
 20                Defendant.     :
      - - - - - - - - - - - - - - x
 21
 22                TRANSCRIPT of telephone conference
      as reported by SUSAN R. CHASTEK, a Certified Court
 23   Reporter, Registered Merit Reporter, and Notary
      Public of the State of New Jersey, on
 24   Wednesday, May 10, 2017, commencing at 8:30 a.m.
 25
```

Page 5

```
 1   B E F O R E:

 2          HON. FRANK MAAS (RET.), Arbitrator
                fmass@jamsadr.com
 3          620 Eighth Avenue
            34th Floor
 4          New York, New York 10018

 5

 6   A P P E A R A N C E S:

 7          BAKER & HOSTETLER LLP
            45 Rockefeller Plaza
 8          14th Floor
            New York, New York 10111-0100
 9          (212) 589-4200
            (212) 589-4201
10          BY:  DEAN HUNT, ESQ.
                dhunt@bakerlaw.com
11              EDWARD L. JACOBS, ESQ.
                ejacobs@bakerlaw.com
12              MARIE CARLISLE, ESQ.
                mcarlisle@bakerlaw.com
13          For Irving Picard, Trustee

14          CHAITMAN LLP
            465 Park Avenue
15          New York, New York 10022
            (212) 698-3500
16          (212) 698-3599
            hchaitman@chaitmanllp.com
17          BY:  HELEN CHAITMAN, ESQ.
            For the Defendants

18

19

20

21

22

23

24

25
```

Picard v Benjamin                        Telephone Conference 5/10/2017

```
                                                           Page 6

 1                    JUDGE MAAS:  Anybody else on the

 2    line?

 3                    MR. HUNT:  Your Honor, it's Dean

 4    Hunt, Marie Carlisle and Ted Jacobs for the

 5    Trustee.  And we also have our court reporter on

 6    as well.

 7                    JUDGE MAAS:  Okay.  So I guess

 8    we're waiting for Ms. Chaitman?

 9                    MR. HUNT:  That is correct, your

10    Honor.

11                    MS. CHAITMAN:  Helen Chaitman.

12                    JUDGE MAAS:  Good morning,

13    Ms. Chaitman.  This is Judge Mass.

14                    MS. CHAITMAN:  Good morning.  How

15    are you?

16                    JUDGE MAAS:  I'm well, thank you.

17    Why don't counsel for the Trustee identify

18    themselves as well.

19                    MR. HUNT:  Your Honor, this is Dean

20    Hunt with Baker Hostetler for the Trustee.  I have

21    my colleagues Ted Jacobs and Marie Carlisle on the

22    line.

23                    JUDGE MAAS:  And just so you're

24    aware, Ms. Chaitman, there's also a court

25    reporter.
```

Picard v Benjamin                    Telephone Conference 5/10/2017

     1                    I have read the letters submitted

     2     by both sides.  I know that Mr. Digiulian, if I'm

     3     pronouncing it correctly, had the 16th affirmative

     4     defense and also the 37th affirmative defense in

     5     his answer.  The 37th deals with mandatory

     6     withdrawals beyond the age of seventy and a half.

     7     The 16th relates to taxes that he paid on his

     8     fictitious return.  I guess one question I have

     9     is, and I didn't have an opportunity to go look at

    10     the docket sheet yesterday, what other affirmative

    11     defenses, if any, is he asserting?

    12                    MS. CHAITMAN:  Well, it's Bruno

    13     Digiulian that is -- the widow is the defendant

    14     now.  There are a number of -- as you can see, I

    15     mean, it goes way beyond 37.  There are a lot of

    16     different affirmative defenses, and as we've

    17     indicated in other cases, virtually all of them

    18     are based on legal argument.  The one that's

    19     related to the taxes in each case, Your Honor,

    20     we're following your procedure and we're getting a

    21     declaration from an accountant and producing the

    22     tax returns in the form that you ordered, so

    23     that's how we're dealing with that affirmative

    24     defense.

    25                    The others are most largely based

Picard v Benjamin                           Telephone Conference 5/10/2017

                                                              Page 8

 1  either upon the Trustee's documents which we're

 2  still awaiting production on and on legal

 3  argument.

 4              JUDGE MAAS:  Well, you say based

 5  largely on either the Trustee's documents or legal

 6  arguments.  That suggests that they're not based

 7  entirely on either the Trustee's documents or

 8  legal argument, but you also said that you're

 9  awaiting documents from the Trustee.  I'm not sure

10  what that refers to.

11              MS. CHAITMAN:  Well, as you may

12  recall, Judge, we have -- we claim that in fact

13  securities were purchased with the investment of

14  out-of-state customers' money and you've ordered

15  the Trustee to produce all of these microfiche

16  records and we're in the process of getting those

17  records and trying to put them in a readable

18  format which is a herculean task but we're working

19  through that right now.  So we -- obviously, we're

20  going to be depending upon the Trustee's documents

21  for some of the affirmative defenses, but these

22  are all documents that have been in the Trustee's

23  possession since 2008.

24              MR. JACOBS:  Well, Your Honor, if I

25  may, this is Ted Jacobs.  All of those records

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 9

1    from the microfiche film that Ms. Chaitman is

2    referring to have been produced in readable and

3    searchable format and they absolutely have nothing

4    to do with any of the affirmative defenses that

5    are at issue today or for which we would expect

6    documents and factual bases from the defendants,

7    so I'm not sure why she's raising that at this

8    juncture.

9                JUDGE MAAS:  Well, because she's

10   saying it's the pot calling the kettle black.  But

11   a couple of things strike me.

12               First of all, to the extent

13   additional documents were produced and your letter

14   says they were produced within the -- back at the

15   discovery deadline, but I gather they were

16   produced far longer than 30 days after the

17   document request was served and, in fact, if I'm

18   reading the email correctly, they were produced

19   after the Trustee took the deposition; is that

20   correct?

21               MS. CHAITMAN:  Yes.  And I can

22   explain why, Your Honor.  We had taken the

23   position, which I thought was accepted, that in

24   the event that a defendant conceded the accuracy

25   of Exhibit B as to the deposits and withdrawals

Picard v Benjamin                           Telephone Conference 5/10/2017

Page 10

1    except for the Inter Account Transfer issue, that

2    there was no reason for the defendant to have to

3    produce the account statements which would

4    evidence the deposits and withdrawals, so we had

5    not produced them.  Mrs. Digiulian was deposed for

6    about four hours, and at the deposition, she

7    explained that she had in fact sent the documents,

8    but having reviewed the documents, I felt we could

9    concede the accuracy of Exhibit B and I hadn't

10   produced them.  And then when Ms. Carlisle asked

11   that they be produced, we did produce them.  But

12   we had followed the --

13              MR. HUNT:  Your Honor, can I --

14              JUDGE MAAS:  Wait a minute.  Let

15   Ms. Chaitman finish, then I'll give you an

16   opportunity to speak.  Go on.

17              MS. CHAITMAN:  You know, the issue,

18   Judge, is I had thought that so long as we

19   conceded the accuracy of Exhibit B, there was no

20   reason to produce these documents, but if the

21   Trustee wants them in every case, we can produce

22   them.  It's not a problem.

23              JUDGE MAAS:  Okay.  Now, was it

24   Mr. Hunt who was speaking?

25              MR. HUNT:  Yes, sir.

Picard v Benjamin                           Telephone Conference 5/10/2017

Page 11

1             JUDGE MAAS:  Okay.  Go ahead.

2             MR. HUNT:  Sure.  This is Dean Hunt

3    on behalf of the Trustee.  What you're hearing

4    there is a bit of revisionist history, I believe.

5    The document requests were served April 1st of

6    last year, 13 months ago.  Ms. Digiulian testified

7    in her deposition that she gave them to

8    Ms. Chaitman last year sometime.  Ms. Chaitman

9    certainly had the documents in her possession in

10   December when we had our hearing and certainly

11   when you issued your orders in January.  She could

12   have produced the documents ten days after the

13   order but she didn't.  There was no agreement,

14   implied or otherwise, that she was not required to

15   produce documents.  Instead, she let us go to

16   Florida, take the deposition, where we learned

17   that there were substantial quantities of

18   documents directly relevant to this case.  She's

19   not withdrawn, as far as I know, any affirmative

20   defenses in this case and she challenges, directly

21   challenges the inter account transfers.  There is

22   no way that we can fully present our case without

23   a subsequent deposition of Ms. Digiulian based on

24   the documents that we received 13 months late in

25   my office on Monday.  So what she's telling you is

Picard v Benjamin                          Telephone Conference 5/10/2017

Page 12

1   just not accurate.

2                    JUDGE MAAS:  Well, but you see

3   there's something of a tension between some of the

4   relief you seek and other relief you seek.  Let me

5   be more specific.

6                    In part, you're seeking that

7   Ms. Chaitman and her client not be allowed to rely

8   on any other documents that may have been produced

9   in support of affirmative defenses, but yet at the

10  same time that you're seeking that preclusion

11  order, you're also seeking the production of those

12  documents and a further deposition.

13                   If she's precluded from using

14  additional documents, then it would seem to me

15  there's no purpose to be served by -- excuse me --

16  entering an order requiring a further production

17  and potentially a further deposition.  Am I

18  missing something?

19                   MR. HUNT:  Yes, Your Honor.  Again,

20  Dean Hunt.  I believe you are.

21                   JUDGE MAAS:  Okay.

22                   MR. HUNT:  The -- the issue is

23  regardless of whether she can use those documents

24  for her affirmative defenses, whatever they're

25  going to be, as she mentioned, there are a whole

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 13

1   bunch of them, we still have the burden of proof

2   on our case in chief and the documents that we

3   received in my office on Monday directly relate to

4   those -- to our affirmative burden of proof.

5               JUDGE MAAS:  Are there documents

6   that you received that go beyond the account

7   records that the Trustee himself had?

8               MR. HUNT:  Yes, sir.  Absolutely.

9               JUDGE MAAS:  Well, anything you

10  wish to add, Ms. Chaitman?

11              MS. CHAITMAN:  Yeah.  You know,

12  I -- I've been through those documents and I don't

13  believe that they do anything further than confirm

14  the testimony of Mrs. Digiulian.  She was

15  painstakingly taken through every deposit and

16  withdrawal and she conceded the accuracy of

17  Exhibit B except for the Inter Account Transfer,

18  so I'm not -- I'm not really sure what Mr. Hunt is

19  referring to but, you know, these are not

20  documents that we intended to use anyway because

21  we had conceded the accuracy of Exhibit B.  So,

22  you know, from now on, if the Trustee wants all

23  the documents, that's fine, but there's no

24  incentive for us to concede anything.  Why should

25  we relieve the Trustee of his burden of proof if

Picard v Benjamin                    Telephone Conference 5/10/2017

                                                          Page 14

 1    there's no benefit to us in doing it?

 2                 JUDGE MAAS:  Well, how did the

 3    additional documents add to the picture, Mr. Hunt?

 4                 MR. HUNT:  Additional documents

 5    being correspondence back and forth with BLMIS

 6    directly related to deposits and withdrawals,

 7    including the green cards confirming receipts of

 8    the documents -- of the letters.  They have

 9    substantial number of analyses of the accounts

10    that were apparently done by Mr. Digiulian, we're

11    not sure who, but it shows, you know, how much he

12    thinks he had, where it came from and so forth.  I

13    mean, it's a completely new set of documents that

14    are not in our files all directly related to these

15    accounts.

16                 JUDGE MAAS:  Well --

17                 MS. CHAITMAN:  Well, what Mr. Hunt

18    isn't saying is that they simply prove why we

19    conceded the accuracy of Exhibit B.  You know, the

20    only factual issue is was each deposit and

21    withdrawal made, and the documents that we've now

22    produced support the concession that we made.

23    That's why we made the concession, because our own

24    documents proved that Exhibit B was accurate

25    except for the Inter Account Transfer.

Picard v Benjamin                          Telephone Conference 5/10/2017

Page 15

1            MR. HUNT:  Whenever there's the

2    word "except" involved in a concession, excuse me,

3    it's not a concession.

4            JUDGE MAAS:  Well, I've heard

5    enough in order to rule.

6            Referring to my January Court Order

7    which was entered January 9th, in my general

8    ruling, paragraphs A (2) and A (3) dealt solely

9    with a stipulation that would avert a particular

10   defendant need -- excuse me.  I'm not sick.  I

11   just seem to have something caught in my throat.

12   Relate solely to a stipulation which had a number

13   of parts and which would then avert the need to

14   answer further interrogatories or amend the

15   interrogatory answers, and as Mr. Hunt knows, it

16   was an all or nothing proposition.  In any event,

17   those two paragraphs did not relate at all to the

18   document request.  In part, I think we didn't get

19   to that because I mistakenly made the assumption

20   that there would be a full stipulation in numerous

21   cases, which as this case demonstrates did not

22   occur.

23           Paragraph C (1), which Ms. Chaitman

24   refers to in her letter, related only to the

25   particular defense concerning payment of taxes on

Picard v Benjamin                        Telephone Conference 5/10/2017

Page 16

 1   fictitious profits, the 16th affirmative defense.

 2   So, and I also said that if there was a less than

 3   complete stipulation and the dispute which seems

 4   to be the circumstance here under paragraph A (4),

 5   I said I would rule, it's quite clear, and I don't

 6   see any ambiguity in my order, that other

 7   affirmative defenses were not covered by the

 8   order.  It's also clear that the documents weren't

 9   finally produced because notwithstanding what I

10   may have said or not said in January, the document

11   requests were served on April 1 of 2016, so the

12   responses were due and the documents were due long

13   before I got involved in the case.

14              So my ruling is going to be that

15   the subsequently produced or recently produced

16   documents not be used to support their affirmative

17   defenses in the case, but that obviously does not

18   preclude Ms. Chaitman from using the Trustee's own

19   documents for whatever purpose she sees fit during

20   the trial of this case or in connection with

21   motion practice.

22              And in terms of the other relief

23   sought, the request for production of documents is

24   mooted because the documents have been produced.

25              As to the request for a further

Picard v Benjamin                    Telephone Conference 5/10/2017

                                                          Page 17

 1   deposition, I question whether there's really a

 2   need for one, but should there be a need for one,

 3   I will permit such a further deposition to be

 4   taken.  So those are my rulings.

 5                Is there anything else I haven't

 6   addressed today, Ms. Chaitman?

 7                MS. CHAITMAN:  Just in terms of --

 8                JUDGE MAAS:  Ms. Chaitman?

 9                MS. CHAITMAN:  Just in terms of

10   whether there's a need for a ruling, can we -- can

11   you require the Trustee to put in writing what the

12   need is?  Because if it's that we have to admit

13   that the letters were sent, we will admit that.

14   It doesn't have to be another deposition.  This is

15   a woman who's in her eighties.  She's a stroke

16   victim and I hate to put her through that again.

17                JUDGE MAAS:  Well, I'm not going to

18   make that ruling, but as I said, I question

19   whether there's a need for a further deposition.

20   If there is a need, perhaps it can be obviated

21   through stipulations.  If the parties can't agree

22   on whether or not a further deposition is

23   warranted, I certainly am willing to rule on that

24   issue, but I don't think I should impose a

25   requirement now.  It seems to me that the parties

Picard v Benjamin                           Telephone Conference 5/10/2017

                                                                    Page 18

 1   should confer about that, and if there's an issue,

 2   you can bring it before me.

 3              MR. HUNT:  So, Your Honor, this is

 4   Dean Hunt again.  With respect to the deposition,

 5   we have had, as Your Honor is aware, difficulty

 6   getting deposition dates from Ms. Chaitman and her

 7   firm.  We're currently scheduled to be in Florida

 8   for a deposition related to one of her cases on

 9   May 23rd, I think.  We believe that we can handle

10   Ms. Digiulian's deposition relatively quickly

11   during that same trip and would ask that you order

12   her to appear again in the location where we took

13   her deposition before, which were the

14   accommodations that we made at -- you know, in her

15   hometown on the 24th or 25th of May.

16              JUDGE MAAS:  Ms. Chaitman?

17              MS. CHAITMAN:  I would ask that the

18   Trustee do what you just suggested, which is

19   submit in writing --

20              MR. HUNT:  No.

21              MS. CHAITMAN: -- the issues that

22   they need to address because I believe we can

23   stipulate to them.

24              MR. HUNT:  No.  I've been -- Your

25   Honor, I've been trying to stipulate with

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 19

```
 1   Ms. Chaitman for five years on things and I'm not
 2   willing to do it anymore.  If we need to take this
 3   deposition, that's -- you know, we have to decide
 4   what we need to do to present our case at trial.
 5   We've looked at the documents.  We believe that a
 6   further deposition is needed on all of this new
 7   stuff that we've got and we're going to be in her
 8   hometown or within an hour of her hometown at the
 9   end of May, and we could do this deposition
10   certainly within the four-hour window that, you
11   know, we talked about before.  We've been
12   prejudiced.  She allowed us to fly all the way to
13   Florida, take this deposition knowing she had the
14   documents in her office while she was sitting in
15   the office, in her office back in New York, and so
16   now we're going to have to fly to Florida again,
17   so --
18               JUDGE MAAS:  Well, whether
19   Ms. Chaitman knew or not, the salient fact is that
20   the documents were only produced after the
21   deposition, which is a rather unconventional
22   timing schedule for discovery.
23               MR. HUNT:  I agree.
24               JUDGE MAAS:  I am not going to
25   require that the Trustee provide you in advance in
```

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 20

1   effect with an outline of what it is he wishes to

2   pursue so that there can be a discussion about

3   whether those issues can be stipulated away.  I

4   would encourage the two sides to talk about that.

5                 As to the deposition, I would

6   imagine that there has to be considerable overlap

7   between what Ms. Chaitman produced to you and what

8   the Trustee already had and produced to

9   Ms. Chaitman, so what I'm tempted to do is -- how

10  long was the actual deposition of Ms. Digiulian?

11                MS. CHAITMAN:  Approximately four

12  hours.

13                MR. HUNT:  It wasn't four hours.

14                MS. CARLISLE:  I was going to --

15  I'm sorry.

16                JUDGE MAAS:  Yes, Ms. Carlisle.

17  Were you starting to say something?

18                MS. CARLISLE:  Your Honor, this is

19  Ms. Carlisle.  I can guarantee it was less than

20  four hours because I was there, but I'm currently

21  pulling up the deposition transcript to see if I

22  have the times.  If not, I can certainly get with

23  the court reporting service.

24                JUDGE MAAS:  Well, that's not

25  critical.  I take it from what you're saying in

Picard v Benjamin                        Telephone Conference 5/10/2017

Page 21

1   your uncertainty is that it was someplace between

2   three and four hours.  Is that your statement?

3                   MS. CARLISLE:  Yes.  Your Honor, it

4   actually concluded at 12:24 p.m. and let me see if

5   I can find the time that it started.  My

6   apologies.  It's taking my computer a moment.  We

7   went on the record at 10 a.m. so, Your Honor, it

8   was two hours -- two hours and 24 minutes not just

9   deposition because we had a couple of breaks, but

10  I would be willing to say it was about two hours

11  and 24 minutes according to the transcript.

12                  JUDGE MAAS:  Any objection to my

13  saying that the continued deposition should be

14  limited to two hours?

15                  MR. HUNT:  No, Your Honor.  I think

16  that, you know, that on-the-record time of two

17  hours would be sufficient based upon our

18  preliminary review of the documents.  I guess if

19  there was some reason that it took longer, we

20  could call you as you indicated in the past.

21                  JUDGE MAAS:  Okay.  And I'm going

22  to direct, Ms. Chaitman, that it occur on May 24th

23  unless I otherwise direct.  So if there's some

24  extraordinary problem and you can't work it out

25  with the Trustee, you can bring it to my

1   attention.  But it seems to me in particular in

2   this situation, they should be back-to-back

3   depositions which also presumably serves your

4   interest in not having a second trip to Florida or

5   third I guess it would be.

6              MS. CHAITMAN:  The only issue is I

7   just have to confirm it with the client, Your

8   Honor.  I don't know if --

9              JUDGE MAAS:  That's why I said if

10  you can't -- if for some reason that date doesn't

11  work and you can't work it out with the Trustee,

12  you can let me know that.

13             Anything else from either side?

14             MR. HUNT:  Your Honor, we also

15  have -- this is Dean Hunt again for the court

16  reporter.

17             JUDGE MAAS:  Yes.

18             MR. HUNT:  We also have -- in your

19  file are letters related to Edyne Gordon.

20  Ms. Chaitman's firm, they had indicated that they

21  were going to respond to our letters on a couple

22  of different occasions, the most recently being by

23  May 1st, but no response has been received.

24  Again, this is one that we noticed a deposition

25  back in August of 2016, and your order indicated

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 23

 1   that Ms. Gordon could be deposed.  We're now again

 2   faced with this stipulation with additional

 3   requirements specifically saying that if they

 4   stipulate to certain things, we're not allowed to

 5   take any discovery on any other things.  That

 6   seemed inconsistent with your ruling and we would

 7   just like you to reaffirm that Ms. Gordon's

 8   deposition can go forward.

 9              MS. CHAITMAN:  Your Honor, this is

10   a similar situation.  It's a woman in her eighties

11   who had nothing to do with her deceased husband's

12   account.  We have conceded the accuracy of

13   Exhibit B.  It was my understanding that if we did

14   that, there was no need for the deposition.  But

15   if I misunderstood Your Honor, then I will

16   obviously take that into consideration as we go

17   forward in terms of what I stipulate to, because

18   if there's no benefit to the client in making that

19   stipulation, there's no reason to relieve the

20   Trustee of his burden of proof.

21              JUDGE MAAS:  Well, that's your

22   decision to make.  But, clearly, as I said

23   earlier, my ruling in paragraphs A (2) and (3) had

24   nothing to do with depositions or document

25   requests.  It related only to interrogatories and,

Picard v Benjamin                          Telephone Conference 5/10/2017

                                                           Page 24

1    therefore, first of all, if the Trustee wishes to

2    depose Mr. Gordon's widow, he's entitled to do

3    that and, obviously, from the discussion today, if

4    there are documents that have not been produced,

5    they need to be produced forthwith.

6              MS. CHAITMAN:  We will do that,

7    Your Honor.

8              JUDGE MAAS:  And given that, thank

9    you for calling to my attention, Mr. Hunt, that

10   there was no response by May 1st.  But given that,

11   is there any further need to address the Gordon

12   case?

13             MR. HUNT:  No.  I think the only

14   issue there is going to be the timing of the

15   deposition.  And, again, this is one we've been

16   waiting on for a long time.  So if we could get a

17   deposition date sometime in June, Ms. Carlisle?

18             MS. CARLISLE:  Actually, this is

19   Ms. Carlisle.  How would it -- could you -- does

20   Ms. Gordon still in Sante Fe, New Mexico?

21             MS. CHAITMAN:  Yes, she does.

22             MS. CARLISLE:  I just would like to

23   offer we will be in Sante Fe deposing her

24   accountant on August 10th, so I would prefer a

25   date either the day before or the day after that,

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 25

1   if possible, so we could try to have them --

2   again, do all this in one trip instead of having

3   to make multiple trips to Sante Fe.

4              JUDGE MAAS:  Is that a deposition

5   you plan to attend in person, Ms. Chaitman?

6              MS. CHAITMAN:  No.  No.  We've been

7   doing these by telephone, but I will try to

8   arrange that, Marie.

9              MS. CARLISLE:  Okay.

10             JUDGE MAAS:  Then why don't I say

11  that within one week, you'll notify the Trustee as

12  to whether you are able to do that.

13             MS. CHAITMAN:  Sure.

14             JUDGE MAAS:  Anything else from the

15  Trustee?

16             MR. HUNT:  No, sir.  That concludes

17  our items for today.

18             JUDGE MAAS:  Okay.  Anything from

19  Ms. Chaitman?

20             MS. CHAITMAN:  No.  Thank you so

21  much, Judge.

22             JUDGE MAAS:  Okay.  Thank you all.

23  Have a good day.

24             MR. HUNT:  Thank you, your Honor.

25             JUDGE MAAS:  Bye now.

Picard v Benjamin                    Telephone Conference 5/10/2017

Page 26

1           MS. CARLISLE:   Thank you.

2           (Conference concluded at 8:58 a.m.)

3                    - - - -

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Benjamin                                    Telephone Conference 5/10/2017

Page 27

 1                    REPORTER'S CERTIFICATION

 2

 3              I, SUSAN R. CHASTEK, Certified

 4    Court Reporter and Notary Public of the State of

 5    New Jersey, do hereby certify that the foregoing

 6    is a true and accurate transcript of the telephone

 7    conference as taken stenographically by and before

 8    me at the time, place, and on the date

 9    hereinbefore set forth.

10              I DO FURTHER CERTIFY that I am

11    neither a relative nor employee nor attorney nor

12    counsel of any party in this action and that I am

13    neither a relative nor employee of such attorney

14    or counsel, and that I am not financially

15    interested in the event nor outcome of this

16    action.

17

18

19

20              SUSAN R. CHASTEK, CCR, RMR
                Certificate No. 30XI00079100
21

22    Dated:  May 10, 2017

23

24

25

Picard v Benjamin                                    Telephone Conference 5/10/2017

## A

**a.m**
4:24 21:7 26:2
**able**
25:12
**absolutely**
9:3 13:8
**accepted**
9:23
**accommodations**
18:14
**account**
10:1,3 11:21 13:6,17
    14:25 23:12
**accountant**
7:21 24:24
**accounts**
14:9,15
**accuracy**
9:24 10:9,19 13:16,21
    14:19 23:12
**accurate**
12:1 14:24 27:6
**action**
27:12,16
**actual**
20:10
**add**
13:10 14:3
**additional**
9:13 12:14 14:3,4 23:2
**address**
18:22 24:11
**addressed**
17:6
**admit**
17:12,13
**Adv**
1:12 2:2,8,16 3:1,8,15
    3:22 4:13
**advance**
19:25
**affirmative**
7:3,4,10,16,23 8:21 9:4
    11:19 12:9,24 13:4

16:1,7,16
**age**
7:6
**ago**
11:6
**agree**
17:21 19:23
**agreement**
11:13
**ahead**
11:1
**Allen**
2:13
**allowed**
12:7 19:12 23:4
**ambiguity**
16:6
**amend**
15:14
**analyses**
14:9
**answer**
7:5 15:14
**answers**
15:15
**Anybody**
6:1
**anymore**
19:2
**anyway**
13:20
**apologies**
21:6
**apparently**
14:10
**appear**
18:12
**Approximately**
20:11
**April**
11:5 16:11
**Arbitrator**
5:2
**argument**
7:18 8:3,8

**arguments**
8:6
**arrange**
25:8
**asked**
10:10
**asserting**
7:11
**assumption**
15:19
**attend**
25:5
**attention**
22:1 24:9
**attorney**
27:11,13
**August**
22:25 24:24
**Avenue**
5:3,14
**avert**
15:9,13
**awaiting**
8:2,9
**aware**
6:24 18:5

## B

**B**
5:1 9:25 10:9,19 13:17
    13:21 14:19,24 23:13
**back**
9:14 14:5 19:15 22:25
**back-to-back**
22:2
**Baker**
5:7 6:20
**BANKRUPTCY**
1:1
**based**
7:18,25 8:4,6 11:23
    21:17
**bases**
9:6
**behalf**

11:3
**believe**
11:4 12:20 13:13 18:9
    18:22 19:5
**beneficiary**
1:18 2:13
**benefit**
14:1 23:18
**BENJAMIN**
4:19
**BEREZIN**
1:17
**Bernard**
1:4,8,12 2:2,8,16 3:2,8
    3:16,23,24 4:14,15
**beyond**
7:6,15 13:6
**bit**
11:4
**black**
9:10
**BLMIS**
14:5
**Boyer**
2:20,22,24
**breaks**
21:9
**bring**
18:2 21:25
**BRUCE**
2:22
**Bruno**
3:19 7:12
**bunch**
13:1
**burden**
13:1,4,25 23:20
**Bye**
25:25

## C

**C**
5:6 15:23
**call**
21:20

Picard v Benjamin                          Telephone Conference 5/10/2017

calling
9:10 24:9
capacity
2:12,21,23 4:3,4,5,6,8
    4:9,10
cards
14:7
Carlisle
5:12 6:4,21 10:10
    20:14,16,18,19 21:3
    24:17,18,19,22 25:9
    26:1
case
7:19 10:21 11:18,20,22
    13:2 15:21 16:13,17
    16:20 19:4 24:12
cases
7:17 15:21 18:8
caught
15:11
CCR
27:20
certain
23:4
certainly
11:9,10 17:23 19:10
    20:22
Certificate
27:20
CERTIFICATION
27:1
Certified
4:22 27:3
certify
27:5,10
Chaitman
5:14,17 6:8,11,11,13
    6:14,24 7:12 8:11 9:1
    9:21 10:15,17 11:8,8
    12:7 13:10,11 14:17
    15:23 16:18 17:6,7,8
    17:9 18:6,16,17,21
    19:1,19 20:7,9,11
    21:22 22:6 23:9 24:6
    24:21 25:5,6,13,19,20

Chaitman's
22:20
challenges
11:20,21
CHASTEK
4:22 27:3,20
chief
13:2
circumstance
16:4
claim
8:12
CLAUDIA
4:3
clear
16:5,8
clearly
23:22
client
12:7 22:7 23:18
colleagues
6:21
commencing
4:24
complete
16:3
completely
14:13
computer
21:6
concede
10:9 13:24
conceded
9:24 10:19 13:16,21
    14:19 23:12
concerning
15:25
concession
14:22,23 15:2,3
concluded
21:4 26:2
concludes
25:16
confer
18:1

conference
1:24 4:22 26:2 27:7
confirm
13:13 22:7
confirming
14:7
connection
16:20
considerable
20:6
consideration
23:16
Consolidated
1:7 3:22 4:14
continued
21:13
correct
6:9 9:20
correctly
7:3 9:18
correspondence
14:5
counsel
6:17 27:12,14
couple
9:11 21:9 22:21
court
1:1 4:22 6:5,24 15:6
    20:23 22:15 27:4
covered
16:7
critical
20:25
currently
18:7 20:20
customers'
8:14

_____
D
_____

date
22:10 24:17,25 27:8
Dated
27:22
dates
18:6

day
24:25,25 25:23
days
9:16 11:12
deadline
9:15
dealing
7:23
deals
7:5
dealt
15:8
Dean
5:10 6:3,19 11:2 12:20
    18:4 22:15
Debtor
1:6,9
deceased
23:11
December
11:10
decide
19:3
decision
23:22
declaration
7:21
defendant
2:6,14 3:6,20 4:20 7:13
    9:24 10:2 15:10
defendants
1:22 2:25 3:14 4:12
    5:17 9:6
defense
7:4,4,24 15:25 16:1
defenses
7:11,16 8:21 9:4 11:20
    12:9,24 16:7,17
demonstrates
15:21
depending
8:20
depose
24:2
deposed

10:5 23:1
**deposing**
24:23
**deposit**
13:15 14:20
**deposition**
9:19 10:6 11:7,16,23
    12:12,17 17:1,3,14,19
    17:22 18:4,6,8,10,13
    19:3,6,9,13,21 20:5
    20:10,21 21:9,13
    22:24 23:8,14 24:15
    24:17 25:4
**depositions**
22:3 23:24
**deposits**
9:25 10:4 14:6
**dhunt@bakerlaw.com**
5:10
**DIANE**
2:20
**different**
7:16 22:22
**difficulty**
18:5
**Digiulian**
3:19 7:2,13 10:5 11:6
    11:23 13:14 14:10
    20:10
**Digiulian's**
18:10
**direct**
21:22,23
**directly**
11:18,20 13:3 14:6,14
**discovery**
9:15 19:22 23:5
**discussion**
20:2 24:3
**dispute**
16:3
**DISTRICT**
1:1
**docket**
7:10

**document**
9:17 11:5 15:18 16:10
    23:24
**documents**
8:1,5,7,9,20,22 9:6,13
    10:7,8,20 11:9,12,15
    11:18,24 12:8,12,14
    12:23 13:2,5,12,20,23
    14:3,4,8,13,21,24
    16:8,12,16,19,23,24
    19:5,14,20 21:18 24:4
**doing**
14:1 25:7
**DONALD**
4:19
**due**
16:12,12
**DUSEK**
3:5

_____
E
_____
**E**
5:1,1,6,6
**earlier**
23:23
**EDWARD**
5:11
**Edyne**
2:12 22:19
**effect**
20:1
**Eighth**
5:3
**eighties**
17:15 23:10
**either**
8:1,5,7 22:13 24:25
**ejacobs@bakerlaw.c...**
5:11
**email**
9:18
**employee**
27:11,13
**encourage**
20:4

**entered**
15:7
**entering**
12:16
**entirely**
8:7
**entitled**
24:2
**ESQ**
5:10,11,12,17
**estate**
2:13,20,22,24
**EVELYN**
1:17
**event**
9:24 15:16 27:15
**evidence**
10:4
**excuse**
12:15 15:2,10
**executrix**
2:12
**Exhibit**
9:25 10:9,19 13:17,21
    14:19,24 23:13
**expect**
9:5
**explain**
9:22
**explained**
10:7
**extent**
9:12
**extraordinary**
21:24

_____
F
_____
**F**
5:1
**faced**
23:2
**fact**
8:12 9:17 10:7 19:19
**factual**
9:6 14:20

**far**
9:16 11:19
**Fe**
24:20,23 25:3
**FELICE**
3:12 4:2
**felt**
10:8
**fictitious**
7:8 16:1
**file**
22:19
**files**
14:14
**film**
9:1
**finally**
16:9
**financially**
27:14
**find**
21:5
**fine**
13:23
**finish**
10:15
**firm**
18:7 22:20
**first**
9:12 24:1
**fit**
16:19
**five**
19:1
**Floor**
5:3,8
**Florida**
11:16 18:7 19:13,16
    22:4
**fly**
19:12,16
**fmass@jamsadr.com**
5:2
**followed**
10:12

Picard v Benjamin                    Telephone Conference 5/10/2017

following
7:20
foregoing
27:5
form
7:22
format
8:18 9:3
forth
14:5,12 27:9
forthwith
24:5
forward
23:8,17
four
10:6 20:11,13,20 21:2
four-hour
19:10
Fourth
1:16,19,21
FRANK
5:2
full
15:20
fully
11:22
further
12:12,16,17 13:13
   15:14 16:25 17:3,19
   17:22 19:6 24:11
   27:10

**G**

gather
9:15
general
15:7
getting
7:20 8:16 18:6
give
10:15
given
24:8,10
go
7:9 10:16 11:1,15 13:6

23:8,16
goes
7:15
going
8:20 12:25 16:14 17:17
   19:7,16,24 20:14
   21:21 22:21 24:14
good
6:12,14 25:23
Gordon
2:12,13 22:19 23:1
   24:11,20
Gordon's
23:7 24:2
green
14:7
guarantee
20:19
guess
6:7 7:8 21:18 22:5

**H**

H
1:11 2:1,7,15 3:1,7,15
   3:21 4:13
half
7:6
handle
18:9
HARWOOD
2:5
hate
17:16
hchaitman@chaitm...
5:16
heard
15:4
hearing
11:3,10
Helen
5:17 6:11
HELMIG
4:3,8
herculean
8:18

hereinbefore
27:9
history
11:4
HOLMERS
2:20
hometown
18:15 19:8,8
HON
5:2
Honor
6:3,10,19 7:19 8:24
   9:22 10:13 12:19 18:3
   18:5,25 20:18 21:3,7
   21:15 22:8,14 23:9,15
   24:7 25:24
Hostetler
5:7 6:20
hour
19:8
hours
10:6 20:12,13,20 21:2
   21:8,8,10,14,17
Hunt
5:10 6:3,4,9,19,20
   10:13,24,25 11:2,2
   12:19,20,22 13:8,18
   14:3,4,17 15:1,15
   18:3,4,20,24 19:23
   20:13 21:15 22:14,15
   22:18 24:9,13 25:16
   25:24
husband's
23:11

**I**

identify
6:17
imagine
20:6
implied
11:14
impose
17:24
incentive

13:24
including
14:7
inconsistent
23:6
indicated
7:17 21:20 22:20,25
individually
1:18
intended
13:20
inter
10:1 11:21 13:17 14:25
interest
22:4
interested
27:15
interrogatories
15:14 23:25
interrogatory
15:15
investment
1:4,12 2:2,8,16 3:2,8
   3:16,23 4:15 8:13
involved
15:2 16:13
Irving
1:11 2:1,7,15 3:1,7,15
   3:21 4:13 5:13
Israel
1:16,19,21
issue
9:5 10:1,17 12:22
   14:20 17:24 18:1 22:6
   24:14
issued
11:11
issues
18:21 20:3
items
25:17

**J**

J
3:12

**Jacobs**
5:11 6:4,21 8:24,25
**January**
11:11 15:6,7 16:10
**Jersey**
4:23 27:5
**JESSICA**
4:6
**Judge**
6:1,7,12,13,16,23 8:4
8:12 9:9 10:14,18,23
11:1 12:2,21 13:5,9
14:2,16 15:4 17:8,17
18:16 19:18,24 20:16
20:24 21:12,21 22:9
22:17 23:21 24:8 25:4
25:10,14,18,21,22,25
**juncture**
9:8
**June**
24:17

**K**
**KENNETH**
3:12
**kettle**
9:10
**Klan**
4:2,3,4,6,7,8,9,11
**knew**
19:19
**know**
7:2 10:17 11:19 13:11
13:19,22 14:11,19
18:14 19:3,11 21:16
22:8,12
**knowing**
19:13
**knows**
15:15

**L**
**L**
1:4,8,12 2:2,8,16 3:2,5
3:8,16,23,24 4:14,16
5:11

**LANDRES**
4:5,10
**largely**
7:25 8:5
**late**
11:24
**learned**
11:16
**legal**
7:18 8:2,5,8
**letter**
9:13 15:24
**letters**
7:1 14:8 17:13 22:19
22:21
**limited**
21:14
**line**
6:2,22
**Liquidation**
1:4,12 2:1,8,16 3:1,8
3:15,23 4:14
**LLC**
1:5,13 2:2,9,17 3:2,9
3:16,24 4:15
**LLP**
5:7,14
**location**
18:12
**LONDA**
4:2,6,7
**long**
10:18 16:12 20:10
24:16
**longer**
9:16 21:19
**look**
7:9
**looked**
19:5
**lot**
7:15

**M**
**MAAS**

5:2 6:1,7,12,16,23 8:4
9:9 10:14,23 11:1
12:2,21 13:5,9 14:2
14:16 15:4 17:8,17
18:16 19:18,24 20:16
20:24 21:12,21 22:9
22:17 23:21 24:8 25:4
25:10,14,18,22,25
**Madoff**
1:4,8,12 2:2,8,16 3:2,8
3:16,23,24 4:15,16
**making**
23:18
**mandatory**
7:5
**Marie**
5:12 6:4,21 25:8
**Mass**
6:13
**mcarlisle@bakerlaw...**
5:12
**mean**
7:15 14:13
**mentioned**
12:25
**Merit**
4:23
**Mexico**
24:20
**microfiche**
8:15 9:1
**minute**
10:14
**minutes**
21:8,11
**missing**
12:18
**mistakenly**
15:19
**misunderstood**
23:15
**moment**
21:6
**Monday**
11:25 13:3

**money**
8:14
**months**
11:6,24
**mooted**
16:24
**morning**
6:12,14
**motion**
16:21
**multiple**
25:3

**N**
**N**
5:6
**need**
15:10,13 17:2,2,10,12
17:19,20 18:22 19:2,4
23:14 24:5,11
**needed**
19:6
**neither**
27:11,13
**new**
1:1 4:23 5:4,4,8,8,15
5:15 14:13 19:6,15
24:20 27:5
**Notary**
4:23 27:4
**noticed**
22:24
**notify**
25:11
**notwithstanding**
16:9
**number**
7:14 14:9 15:12
**numerous**
15:20

**O**
**O**
5:1
**O/W/O**
1:16,19,21

Picard v Benjamin                    Telephone Conference 5/10/2017

**objection**
21:12
**obviated**
17:20
**obviously**
8:19 16:17 23:16 24:3
**occasions**
22:22
**occur**
15:22 21:22
**offer**
24:23
**office**
11:25 13:3 19:14,15,15
**Okay**
6:7 10:23 11:1 12:21
21:21 25:9,18,22
**on-the-record**
21:16
**opportunity**
7:9 10:16
**order**
11:13 12:11,16 15:5,6
16:6,8 18:11 22:25
**ordered**
7:22 8:14
**orders**
11:11
**out-of-state**
8:14
**outcome**
27:15
**outline**
20:1
**overlap**
20:6

—————— **P** ——————

**P**
5:6,6
**p.m**
21:4
**paid**
7:7
**painstakingly**

13:15
**Palmer**
2:20,22,22,24
**paragraph**
15:23 16:4
**paragraphs**
15:8,17 23:23
**Park**
5:14
**part**
12:6 15:18
**particular**
15:9,25 22:1
**parties**
17:21,25
**Partner**
4:3,4,5,7,8,9,10
**Partnership**
4:2
**parts**
15:13
**party**
27:12
**payment**
15:25
**PERLMAN**
3:12,12,13
**permit**
17:3
**person**
25:5
**Personal**
2:21,23
**PETER**
4:7
**Picard**
1:11 2:1,7,15 3:1,7,15
3:21 4:13 5:13
**picture**
14:3
**place**
27:8
**Plaintiff**
1:14 2:3,10,18 3:3,10
3:17,25 4:17

**plan**
25:5
**Plaza**
5:7
**position**
9:23
**possession**
8:23 11:9
**possible**
25:1
**pot**
9:10
**potentially**
12:17
**practice**
16:21
**preclude**
16:18
**precluded**
12:13
**preclusion**
12:10
**prefer**
24:24
**prejudiced**
19:12
**preliminary**
21:18
**present**
11:22 19:4
**presumably**
22:3
**primary**
2:13
**Pro**
1:12 2:2,8,16 3:1,8,15
3:22 4:13
**problem**
10:22 21:24
**procedure**
7:20
**process**
8:16
**produce**
8:15 10:3,11,20,21

11:15
**produced**
9:2,13,14,16,18 10:5
10:10,11 11:12 12:8
14:22 16:9,15,15,24
19:20 20:7,8 24:4,5
**producing**
7:21
**production**
8:2 12:11,16 16:23
**profits**
16:1
**pronouncing**
7:3
**proof**
13:1,4,25 23:20
**proposition**
15:16
**prove**
14:18
**proved**
14:24
**provide**
19:25
**Public**
4:23 27:4
**pulling**
20:21
**purchased**
8:13
**purpose**
12:15 16:19
**pursue**
20:2
**put**
8:17 17:11,16

—————— **Q** ——————

**quantities**
11:17
**question**
7:8 17:1,18
**quickly**
18:10
**quite**

16:5

---

**R**

**R**
4:22 5:1,6 27:3,20
**raising**
9:7
**read**
7:1
**readable**
8:17 9:2
**reading**
9:18
**reaffirm**
23:7
**really**
13:18 17:1
**reason**
10:2,20 21:19 22:10
  23:19
**recall**
8:12
**receipts**
14:7
**received**
11:24 13:3,6 22:23
**record**
21:7
**records**
8:16,17,25 13:7
**referring**
9:2 13:19 15:6
**refers**
8:10 15:24
**regardless**
12:23
**Registered**
4:23
**relate**
13:3 15:12,17
**related**
7:19 14:6,14 15:24
  18:8 22:19 23:25
**relates**
7:7

**relative**
27:11,13
**relatively**
18:10
**relevant**
11:18
**relief**
12:4,4 16:22
**relieve**
13:25 23:19
**rely**
12:7
**reported**
4:22
**reporter**
4:23,23 6:5,25 22:16
  27:4
**REPORTER'S**
27:1
**reporting**
20:23
**Representative**
2:21,23
**request**
9:17 15:18 16:23,25
**requests**
11:5 16:11 23:25
**require**
17:11 19:25
**required**
11:14
**requirement**
17:25
**requirements**
23:3
**requiring**
12:16
**respect**
18:4
**respond**
22:21
**response**
22:23 24:10
**responses**
16:12

**RET**
5:2
**return**
7:8
**returns**
7:22
**review**
21:18
**reviewed**
10:8
**revisionist**
11:4
**right**
8:19
**RMR**
27:20
**Rockefeller**
5:7
**rule**
15:5 16:5 17:23
**ruling**
15:8 16:14 17:10,18
  23:6,23
**rulings**
17:4
**RUSSELL**
3:5

---

**S**

**S**
3:12 5:6
**salient**
19:19
**SANFORD**
3:12
**Sante**
24:20,23 25:3
**SARA**
1:20
**saying**
9:10 14:18 20:25 21:13
  23:3
**says**
9:14
**schedule**

19:22
**scheduled**
18:7
**searchable**
9:3
**second**
22:4
**securities**
1:5,13 2:2,9,17 3:2,9
  3:16,23 4:15 8:13
**see**
7:14 12:2 16:6 20:21
  21:4
**seek**
12:4,4
**seeking**
12:6,10,11
**sees**
16:19
**SEIMS**
1:20
**sent**
10:7 17:13
**served**
9:17 11:5 12:15 16:11
**serves**
22:3
**service**
20:23
**set**
14:13 27:9
**seventy**
7:6
**sheet**
7:10
**shows**
14:11
**sick**
15:10
**side**
22:13
**sides**
7:2 20:4
**similar**
23:10

Picard v Benjamin                    Telephone Conference 5/10/2017

simply
14:18
**SIPA**
1:4 3:22 4:14
**sir**
10:25 13:8 25:16
sitting
19:14
situation
22:2 23:10
**SMB**
1:5,12 2:2,8,16 3:2,8
  3:16,22 4:14
solely
15:8,12
someplace
21:1
sorry
20:15
sought
16:23
**SOUTHERN**
1:1
speak
10:16
speaking
10:24
specific
12:5
specifically
23:3
started
21:5
starting
20:17
**State**
4:23 27:4
statement
21:2
statements
10:3
**STATES**
1:1
stenographically
27:7

stipulate
18:23,25 23:4,17
stipulated
20:3
stipulation
15:9,12,20 16:3 23:2
  23:19
stipulations
17:21
strike
9:11
stroke
17:15
stuff
19:7
submit
18:19
submitted
7:1
subsequent
11:23
subsequently
16:15
substantial
11:17 14:9
**Substantively**
1:6 3:22 4:13
sufficient
21:17
suggested
18:18
suggests
8:6
support
12:9 14:22 16:16
sure
8:9 9:7 11:2 13:18
  14:11 25:13
**SUSAN**
4:22 27:3,20

---

**T**

**T**
4:2
take

11:16 19:2,13 20:25
  23:5,16
taken
9:22 13:15 17:4 27:7
talk
20:4
talked
19:11
task
8:18
tax
7:22
taxes
7:7,19 15:25
**Ted**
6:4,21 8:25
telephone
1:24 4:22 25:7 27:6
telling
11:25
tempted
20:9
ten
11:12
tension
12:3
terms
16:22 17:7,9 23:17
testified
11:6
testimony
13:14
thank
6:16 24:8 25:20,22,24
  26:1
things
9:11 19:1 23:4,5
think
15:18 17:24 18:9 21:15
  24:13
thinks
14:12
third
22:5
thought

9:23 10:18
three
21:2
throat
15:11
time
12:10 21:5,16 24:16
  27:8
times
20:22
timing
19:22 24:14
**TIMOTHY**
4:5,8
**TOBY**
2:5
today
9:5 17:6 24:3 25:17
**Train**
4:2,3,4,6,7,8,9,11
transcript
4:22 20:21 21:11 27:6
**Transfer**
10:1 13:17 14:25
transfers
11:21
trial
16:20 19:4
trip
18:11 22:4 25:2
trips
25:3
true
27:6
**Trust**
1:16,18,21
**Trustee**
1:11,18,20 2:1,7,15 3:1
  3:7,15,21 4:13 5:13
  6:5,17,20 8:9,15 9:19
  10:21 11:3 13:7,22,25
  17:11 18:18 19:25
  20:8 21:25 22:11
  23:20 24:1 25:11,15
**Trustee's**

Picard v Benjamin                          Telephone Conference 5/10/2017

8:1,5,7,20,22 16:18
**try**
25:1,7
**trying**
8:17 18:25
**two**
15:17 20:4 21:8,8,10
  21:14,16

## U

**U/ART**
1:16,19,21
**uncertainty**
21:1
**unconventional**
19:21
**understanding**
23:13
**UNITED**
1:1
**use**
12:23 13:20

## V

**v**
1:15 2:4,11,19 3:4,11
  3:18 4:1,18
**victim**
17:16
**virtually**
7:17

## W

**W**
3:12
**Wait**
10:14
**waiting**
6:8 24:16
**wants**
10:21 13:22
**warranted**
17:23
**wasn't**
20:13
**way**

7:15 11:22 19:12
**we're**
6:8 7:20,20,23 8:1,16
  8:18,19 14:10 18:7
  19:7,16 23:1,4
**we've**
7:16 14:21 19:5,7,11
  24:15 25:6
**Wednesday**
4:24
**week**
25:11
**WENDY**
4:10
**went**
21:7
**weren't**
16:8
**widow**
7:13 24:2
**Wilenitz**
1:16,17,19,21
**willing**
17:23 19:2 21:10
**window**
19:10
**wish**
13:10
**wishes**
20:1 24:1
**withdrawal**
13:16 14:21
**withdrawals**
7:6 9:25 10:4 14:6
**withdrawn**
11:19
**woman**
17:15 23:10
**word**
15:2
**work**
21:24 22:11,11
**working**
8:18
**writing**

17:11 18:19

## X

**x**
1:2,6,10,23 2:7,15 3:7
  3:14,21 4:12,20

## Y

**Yeah**
13:11
**year**
11:6,8
**years**
19:1
**yesterday**
7:10
**York**
1:1 5:4,4,8,8,15,15
  19:15

## Z

## 0

**08-01789**
1:5

## 1

**1**
15:23 16:11
**10**
1:25 4:24 21:7 27:22
**10-04541**
3:8
**10-04621**
4:14
**10-04644**
3:2
**10-04728**
3:16
**10-04818**
2:2
**10-04826**
2:16
**10-04905**
3:22
**10-04914**

2:8
**10-04995**
1:12
**10018**
5:4
**10022**
5:15
**10111-0100**
5:8
**10th**
24:24
**12:24**
21:4
**13**
11:6,24
**14th**
5:8
**16th**
7:3,7 16:1
**1st**
11:5 22:23 24:10

## 2

**2**
15:8 23:23
**2008**
8:23
**2016**
16:11 22:25
**2017**
1:25 4:24 27:22
**212**
5:9,9,15,16
**23rd**
18:9
**24**
21:8,11
**24th**
18:15 21:22
**25th**
18:15

## 3

**3**
15:8 23:23
**30**

Picard v Benjamin                    Telephone Conference 5/10/2017

```
  9:16
30XI00079100
 27:20
34th
 5:3
37
 7:15
37th
 7:4,5
――――――――― 4 ―――――――――
4
 16:4
45
 5:7
465
 5:14
――――――――― 5 ―――――――――
589-4200
 5:9
589-4201
 5:9
――――――――― 6 ―――――――――
620
 5:3
698-3500
 5:15
698-3599
 5:16
――――――――― 7 ―――――――――

――――――――― 8 ―――――――――
8:30
 4:24
8:58
 26:2
――――――――― 9 ―――――――――
9th
 15:7
```