**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION CORPORATION,

      *Plaintiff*,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

      *Defendant*.

---------------------------------------------------------------- x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that James A. Wright III, Esq., of the firm Ropes & Gray LLP, hereby withdraws as counsel for the following parties (collectively, the "Parties"), and requests to be removed from all notice and service lists in this case:[1]

- Darren R. Scandone Trust.
- Hans L. Cartensen III, Nader F. Dareshori, and Peter P. Jenkins.
- Stichting Shell Pensioenfonds
- Trustees of Tufts College
- Arthur I. Segel
- Hans L. Cartensen III
- Nader F. Dareshorin
- Peter P. Jenkins

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to James A. Wright III, Esq., and does not impact the representation of the Parties by other Ropes & Gray LLP attorneys in the above-captioned matter.

---

[1] Mr. Wright is leaving Ropes & Gray LLP as of May 26, 2017.

63122499_1

Dated: May 26, 2017
      Boston, MA

By */s/ James A. Wright III*
James A. Wright III
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

63122499_1