**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### [PROPOSED] ORDER ON TRUSTEE'S EIGHTH OMNIBUS MOTION TO OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW

Upon consideration of the motion (the "Motion") (ECF No. 15912), by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court overrule objections filed by or on behalf of claimants ("Claimants") that withdrew less money from BLMIS than they deposited and are, in the parlance of this case, net losers, and affirm the Trustee's Claims determinations;[1] and the Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Motion having been given and it appearing that no other or further notice need be provided; and the Trustee having filed a certificate of no objection representing that no objection has been received and that no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Trustee's Claims determinations listed on Exhibit A hereto under the heading "Claims and Objections to be Finally Determined and Overruled", are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections to be Finally Determined and Overruled", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2017
      New York, New York

 

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**EIGHTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS TO BE FINALLY DETERMINED AND OVERRULED**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Allyne Schwartz 2008 Grantor Retained Annuity Trust | 004598 | 1035 | Bradley E. Turk, Esq. | Alleyne Schwartz 2008 Grantor Retained Annuity Trust | 1S0553 |
| Denise Saul | 006132 | 346 | Schulte Roth & Zabel LLP | Denise Saul | 1S0221 |
| Jonathan Schwartz | 002928 | 3041 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 |
| Jonathan Schwartz | 005186 | 3041 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 |
| Jonathan Schwartz | 010158 | 3041 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Jonathan Schwartz (84433) | 1ZR040 |
| NTC & CO. FBO Donald A Benjamin | 000980 | 291 | Pro Se Filing | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 000980 | 295 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100120 | 291 | Pro Se Filing | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100120 | 295 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100135 | 291 | Pro Se Filing | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| NTC & CO. FBO Donald A Benjamin | 100135 | 295 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Donald A Benjamin 46353 | 1CM402 |
| The Calesa Family Trust | 006665[1] | 1234 | Latham & Watkins LLP | Edward F Calesa Tstee Calesa Family Trust 7/6/00 | 1CM942 |
| The Donald Rechler & Judith Rechler Grandchildren Annual Exclusion Trust | 008938 | 3091 | Becker & Poliakoff, LLP | Donald Rechler & Judith Rechler Grandchildren | 1R0176 |
| Theresa Rose Ryan | 000814 | 429 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Theresa Rose Ryan (26632) | 1ZR039 |

---

[1] The Calesa Family Trust filed a partial withdrawal (Docket 2258) with respect to their objection, reserving their rights only with respect to the Trustees interpretation of net equity.