# Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| JAMES P MARDEN | 1M0024 |

**BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers |
| 10/17/1986 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 1,000,000 | - |
| 11/26/1986 | CHECK WIRE | 400,000 | 400,000 | - | - | - | 1,400,000 | - |
| 12/29/1986 | NEW YORK STATE HFA SPEC OBLIG 5.250 5/01/1989 RECEIVED | - | - | - | - | - | 1,400,000 | - |
| 12/29/1986 | STATE NEW YORK 9.000 6/01/1988 RECEIVED | - | - | - | - | - | 1,400,000 | - |
| 12/29/1986 | NEW JERSEY CERTIF PART 5.700 12/15/1989 RECEIVED | - | - | - | - | - | 1,400,000 | - |
| 12/29/1986 | LOUISIANA PUB FACS AUTH MULT LOC GOVT UNIT 7.250 12/31/1988 RECEIVED | - | - | - | - | - | 1,400,000 | - |
| 1/2/1987 | LOUISIANA PUB FACS AUTH MULT LOC GOVT UNIT 7.250 12/31/1988 | 521,101 | 521,101 | - | - | - | 1,921,101 | - |
| 1/2/1987 | STATE NEW YORK 9.000 6/01/1988 | 537,375 | 537,375 | - | - | - | 2,458,476 | - |
| 1/2/1987 | NEW YORK STATE HFA SPEC OBLIG 5.250 5/01/1989 | 514,448 | 514,448 | - | - | - | 2,972,924 | - |
| 1/2/1987 | LOUISIANA PUB FACS AUTH MULT LOC GOVT UNIT 7.250 12/31/1988 INT 12/31/86 | 18,125 | 18,125 | - | - | - | 2,991,049 | - |
| 1/2/1987 | NEW JERSEY CERTIF PART 5.700 12/15/1989 | 509,846 | 509,846 | - | - | - | 3,500,894 | - |
| 11/14/1988 | CHECK | (300,000) | - | (300,000) | - | - | 3,200,894 | - |
| 11/23/1988 | TRANSFER TO B MARDEN (1M0023) | (105,000) | - | - | - | (105,000) | 3,095,894 | - |
| 11/23/1988 | TRANSFER FROM P AULD (1A0044) | 87,681 | - | - | 87,681 | - | 3,183,575 | - |
| 1/18/1989 | CHECK | (50,000) | - | (50,000) | - | - | 3,133,575 | - |
| 3/16/1989 | CHECK WIRE A/O 03/15/89 | (150,000) | - | (150,000) | - | - | 2,983,575 | - |
| 10/2/1989 | CHECK | 250,000 | 250,000 | - | - | - | 3,233,575 | - |
| 10/4/1989 | CHECK | (250,000) | - | (250,000) | - | - | 2,983,575 | - |
| 12/29/1989 | TRANS TO (1M0023) | (880,000) | - | - | - | (880,000) | 2,103,575 | - |
| 12/29/1989 | TRANS FROM P. AULD (1A0044) | 100,000 | - | - | 100,000 | - | 2,203,575 | - |
| 1/3/1990 | CHECK WIRE | (125,000) | - | (125,000) | - | - | 2,078,575 | - |
| 1/16/1990 | CHECK WIRE | 40,000 | 40,000 | - | - | - | 2,118,575 | - |
| 1/23/1990 | CHECK | 34,815 | 34,815 | - | - | - | 2,153,390 | - |
| 2/27/1990 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 2,103,390 | - |
| 3/26/1990 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 2,003,390 | - |
| 4/18/1990 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 1,903,390 | - |
| 6/6/1990 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 1,853,390 | - |
| 6/20/1990 | CHECK WIRE | (175,000) | - | (175,000) | - | - | 1,678,390 | - |
| 7/2/1990 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 1,628,390 | - |
| 9/10/1990 | CHECK | 325,725 | 325,725 | - | - | - | 1,954,115 | - |
| 9/11/1990 | CHECK WIRE | 234,735 | 234,735 | - | - | - | 2,188,850 | - |
| 9/14/1990 | CHECK WIRE | (120,000) | - | (120,000) | - | - | 2,068,850 | - |
| 9/20/1990 | N Y ST HSG FIN AGY SPL OBLIG 5.800 5/01/1991 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/20/1990 | PORT AUTH N Y & N J CONS BDS 6.750 12/01/2020 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/20/1990 | PUERTO RICO INDL MED & ENVIRML 8.500 10/01/1992 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/20/1990 | MUNICIPAL ASSISTANCE CORP 7.500 2/01/1995 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/21/1990 | NEW YORK ST TAX & REV ANTIC NT 6.600 3/28/1991 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/21/1990 | U S TREASURY NOTES 9.125 2/15/1992 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/21/1990 | LOUISIANA PUB FACS AUTH HOSP 9/01/2009 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/21/1990 | PUERTO RICO INDL MED & ENVIRML 6.250 11/15/2013 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/21/1990 | P R INDL MED & ENVI POLLUTN 7.375 12/01/2018 RECEIVED | - | - | - | - | - | 2,068,850 | - |
| 9/28/1990 | CHECK | 1,333,146 | 1,333,146 | - | - | - | 3,401,996 | - |
| 10/1/1990 | PUERTO RICO INDL MED & ENVIRML 8.500 10/01/1992 INTEREST 10/01/90 | 10,625 | 10,625 | - | - | - | 3,412,621 | - |
| 10/9/1990 | CHECK TAX EXEMPT INTEREST | (10,625) | - | (10,625) | - | - | 3,401,996 | - |
| 10/10/1990 | CHECK WIRE | 343 | 343 | - | - | - | 3,402,339 | - |
| 10/22/1990 | NEW YORK ST TAX & REV ANTIC NT 6.600 3/28/1991 | 511,032 | 511,032 | - | - | - | 3,913,371 | - |
| 10/25/1990 | PORT AUTH N Y & N J CONS BDS 6.750 12/01/2020 | 514,000 | 514,000 | - | - | - | 4,427,371 | - |
| 10/25/1990 | N Y ST HSG FIN AGY SPL OBLIG 5.800 5/01/1991 | 510,767 | 510,767 | - | - | - | 4,938,137 | - |
| 10/25/1990 | MUNICIPAL ASSISTANCE CORP 7.500 2/01/1995 | 362,633 | 362,633 | - | - | - | 5,300,770 | - |
| 10/25/1990 | P R INDL MED & ENVI POLLUTN 7.375 12/01/2018 | 101,890 | 101,890 | - | - | - | 5,402,660 | - |

BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Amount as Reported in Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of Principal | Column 9<br>2-Year Fraudulent Transfers |
|---|---|---|---|---|---|---|---|---|
| 10/25/1990 | PUERTO RICO INDL MED & ENVIRML 8.500 10/01/1992 | 250,992 | 250,992 | - | - | - | 5,653,652 | - |
| 10/25/1990 | PUERTO RICO INDL MED & ENVIRML 6.250 11/15/2013 | 255,882 | 255,882 | - | - | - | 5,909,534 | - |
| 10/25/1990 | PORT AUTH N Y & N J CONS BDS 6.750 12/01/2020 | 514,000 | 514,000 | - | - | - | 6,423,534 | - |
| 10/30/1990 | LOUISIANA PUB FACS AUTH HOSP 9/01/2009 | 300,528 | 300,528 | - | - | - | 6,724,062 | - |
| 10/31/1990 | LOUISIANA PUB FACS AUTH HOSP 9/01/2009 INTEREST 10/01/90 | 1,383 | 1,383 | - | - | - | 6,725,445 | - |
| 11/5/1990 | U S TREASURY NOTES 9.125 2/15/1992 | 311,162 | 311,162 | - | - | - | 7,036,607 | - |
| 11/8/1990 | CHECK | 932 | 932 | - | - | - | 7,037,539 | - |
| 11/21/1990 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 6,987,539 | - |
| 12/10/1990 | CHECK WIRE | (250,000) | - | (250,000) | - | - | 6,737,539 | - |
| 12/20/1990 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 6,637,539 | - |
| 12/21/1990 | CHECK | 258 | 258 | - | - | - | 6,637,797 | - |
| 1/14/1991 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 6,562,797 | - |
| 1/22/1991 | CHECK WIRE | (225,000) | - | (225,000) | - | - | 6,337,797 | - |
| 4/17/1991 | CHECK WIRE | (900,000) | - | (900,000) | - | - | 5,437,797 | - |
| 4/24/1991 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 5,387,797 | - |
| 6/19/1991 | CHECK WIRE | (292,000) | - | (292,000) | - | - | 5,095,797 | - |
| 6/25/1991 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 5,070,797 | - |
| 7/22/1991 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 5,045,797 | - |
| 7/29/1991 | CHECK WIRE | (110,350) | - | (110,350) | - | - | 4,935,447 | - |
| 8/21/1991 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 4,910,447 | - |
| 9/4/1991 | CHECK WIRE | (507,050) | - | (507,050) | - | - | 4,403,397 | - |
| 9/11/1991 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 4,303,397 | - |
| 9/18/1991 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 4,278,397 | - |
| 10/16/1991 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 4,253,397 | - |
| 11/6/1991 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 4,228,397 | - |
| 12/4/1991 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 4,128,397 | - |
| 1/6/1992 | CHECK WIRE | (65,000) | - | (65,000) | - | - | 4,063,397 | - |
| 1/9/1992 | CHECK WIRE | 65,000 | 65,000 | - | - | - | 4,128,397 | - |
| 1/14/1992 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 4,088,397 | - |
| 1/15/1992 | CHECK WIRE | 40,000 | 40,000 | - | - | - | 4,128,397 | - |
| 1/29/1992 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 3,978,397 | - |
| 2/19/1992 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 3,953,397 | - |
| 2/20/1992 | CHECK | 25,000 | 25,000 | - | - | - | 3,978,397 | - |
| 2/26/1992 | CHECK WIRE A/O 2/24/92 | 150,000 | 150,000 | - | - | - | 4,128,397 | - |
| 4/15/1992 | CHECK WIRE | (12,500) | - | (12,500) | - | - | 4,115,897 | - |
| 4/17/1992 | CHECK WIRE | 12,500 | 12,500 | - | - | - | 4,128,397 | - |
| 4/22/1992 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 4,053,397 | - |
| 5/4/1992 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 4,003,397 | - |
| 5/5/1992 | CHECK WIRE | 50,000 | 50,000 | - | - | - | 4,053,397 | - |
| 5/19/1992 | CHECK WIRE | 75,000 | 75,000 | - | - | - | 4,128,397 | - |
| 5/26/1992 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 4,078,397 | - |
| 5/28/1992 | CHECK WIRE | 50,000 | 50,000 | - | - | - | 4,128,397 | - |
| 6/17/1992 | CHECK WIRE A/O 6/16/92 | (50,000) | - | (50,000) | - | - | 4,078,397 | - |
| 6/17/1992 | CHECK WIRE A/O 6/16/92 | (275,000) | - | (275,000) | - | - | 3,803,397 | - |
| 6/18/1992 | CHECK WIRE | 325,000 | 325,000 | - | - | - | 4,128,397 | - |
| 8/14/1992 | CHECK WIRE | (925,000) | - | (925,000) | - | - | 3,203,397 | - |
| 8/24/1992 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 3,153,397 | - |
| 9/8/1992 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 3,103,397 | - |
| 9/16/1992 | CHECK WIRE | (200,000) | - | (200,000) | - | - | 2,903,397 | - |
| 9/21/1992 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 2,853,397 | - |

BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers |
| 11/2/1992 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 2,803,397 | - |
| 11/16/1992 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 2,753,397 | - |
| 12/29/1992 | CHECK WIRE | (55,000) | - | (55,000) | - | - | 2,698,397 | - |
| 1/12/1993 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 2,658,397 | - |
| 1/14/1993 | CHECK WIRE | (200,000) | - | (200,000) | - | - | 2,458,397 | - |
| 1/19/1993 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 2,408,397 | - |
| 1/19/1993 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 2,308,397 | - |
| 1/19/1993 | CHECK WIRE | (220,000) | - | (220,000) | - | - | 2,088,397 | - |
| 3/17/1993 | CHECK WIRE | (850,000) | - | (850,000) | - | - | 1,238,397 | - |
| 3/24/1993 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 1,138,397 | - |
| 4/19/1993 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 988,397 | - |
| 5/10/1993 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 963,397 | - |
| 6/1/1993 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 913,397 | - |
| 6/17/1993 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 888,397 | - |
| 6/21/1993 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 788,397 | - |
| 8/23/1993 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 738,397 | - |
| 9/16/1993 | CHECK WIRE | (20,000) | - | (20,000) | - | - | 718,397 | - |
| 9/20/1993 | CHECK WIRE | (2,265,000) | - | (2,265,000) | - | - | (1,546,603) | - |
| 9/22/1993 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (1,646,603) | - |
| 10/12/1993 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (1,696,603) | - |
| 11/8/1993 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (1,746,603) | - |
| 11/22/1993 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (1,846,603) | - |
| 11/30/1993 | CHECK WRIE | (75,500) | - | (75,500) | - | - | (1,922,103) | - |
| 12/28/1993 | CHECK WIRE | (30,000) | - | (30,000) | - | - | (1,952,103) | - |
| 1/3/1994 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (2,002,103) | - |
| 1/5/1994 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (1,802,103) | - |
| 1/11/1994 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (1,842,103) | - |
| 1/20/1994 | CHECK WIRE | (55,000) | - | (55,000) | - | - | (1,897,103) | - |
| 2/28/1994 | CHECK WIRE | (75,000) | - | (75,000) | - | - | (1,972,103) | - |
| 3/16/1994 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 8,027,897 | - |
| 4/12/1994 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 7,927,897 | - |
| 4/19/1994 | CHECK WIRE | (860,000) | - | (860,000) | - | - | 7,067,897 | - |
| 5/2/1994 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 6,992,897 | - |
| 5/3/1994 | CHECK WIRE | 325,000 | 325,000 | - | - | - | 7,317,897 | - |
| 6/1/1994 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 7,242,897 | - |
| 6/17/1994 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 7,202,897 | - |
| 6/21/1994 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 7,102,897 | - |
| 7/19/1994 | CHECK WIRE | (125,000) | - | (125,000) | - | - | 6,977,897 | - |
| 8/29/1994 | CHECK WIRE | (750,000) | - | (750,000) | - | - | 6,227,897 | - |
| 9/16/1994 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 6,177,897 | - |
| 9/19/1994 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 6,077,897 | - |
| 10/19/1994 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 6,002,897 | - |
| 12/1/1994 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 5,962,897 | - |
| 12/1/1994 | TRANS FROM 1M006430 (1M0064) | 42,000 | - | - | 42,000 | - | 6,004,897 | - |
| 12/1/1994 | TRANS FROM 1M006530 (1M0065) | 128,000 | - | - | 128,000 | - | 6,132,897 | - |
| 12/16/1994 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 6,032,897 | - |
| 12/28/1994 | CHECK WIRE | (340,000) | - | (340,000) | - | - | 5,692,897 | - |
| 1/3/1995 | CHECK WIRE | (400,000) | - | (400,000) | - | - | 5,292,897 | - |
| 1/3/1995 | CHECK WIRE | (120,000) | - | (120,000) | - | - | 5,172,897 | - |
| 1/18/1995 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 5,112,897 | - |

BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers |
| 1/24/1995 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 5,072,897 | - |
| 2/13/1995 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 4,972,897 | - |
| 2/15/1995 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 4,922,897 | - |
| 3/1/1995 | CHECK WIRE | (125,000) | - | (125,000) | - | - | 4,797,897 | - |
| 4/3/1995 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 4,697,897 | - |
| 4/14/1995 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 5,197,897 | - |
| 4/18/1995 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 5,097,897 | - |
| 4/19/1995 | CHECK WIRE | (585,000) | - | (585,000) | - | - | 4,512,897 | - |
| 4/28/1995 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 4,412,897 | - |
| 5/1/1995 | CHECK WIRE | (20,000) | - | (20,000) | - | - | 4,392,897 | - |
| 5/15/1995 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 4,317,897 | - |
| 6/1/1995 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 4,267,897 | - |
| 6/19/1995 | CHECK WIRE | (35,000) | - | (35,000) | - | - | 4,232,897 | - |
| 6/22/1995 | CHECK WIRE | 450,000 | 450,000 | - | - | - | 4,682,897 | - |
| 7/3/1995 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 4,622,897 | - |
| 8/1/1995 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 4,522,897 | - |
| 8/1/1995 | CHECK WIRE | (65,000) | - | (65,000) | - | - | 4,457,897 | - |
| 8/31/1995 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 4,307,897 | - |
| 9/1/1995 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 4,247,897 | - |
| 9/18/1995 | CHECK WIRE | (10,000) | - | (10,000) | - | - | 4,237,897 | - |
| 9/18/1995 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 4,212,897 | - |
| 10/2/1995 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 4,137,897 | - |
| 10/16/1995 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 4,037,897 | - |
| 10/27/1995 | CHECK WIRE | (185,500) | - | (185,500) | - | - | 3,852,397 | - |
| 11/1/1995 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 3,802,397 | - |
| 11/1/1995 | TRANS FROM 1M006530 *(1M0065)* | 297,000 | - | - | 297,000 | - | 4,099,397 | - |
| 11/1/1995 | TRANS FROM 1M006430 *(1M0064)* | 41,000 | - | - | 41,000 | - | 4,140,397 | - |
| 12/1/1995 | CHECK WIRE | (20,000) | - | (20,000) | - | - | 4,120,397 | - |
| 12/4/1995 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 3,620,397 | - |
| 12/7/1995 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 3,470,397 | - |
| 12/27/1995 | CHECK WIRE | (615,000) | - | (615,000) | - | - | 2,855,397 | - |
| 1/2/1996 | CHECK WIRE | (64,000) | - | (64,000) | - | - | 2,791,397 | - |
| 1/2/1996 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 2,716,397 | - |
| 1/3/1996 | CHECK WIRE | (440,000) | - | (440,000) | - | - | 2,276,397 | - |
| 1/18/1996 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 2,216,397 | - |
| 2/1/1996 | CHECK WIRE | (55,000) | - | (55,000) | - | - | 2,161,397 | - |
| 2/15/1996 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 2,011,397 | - |
| 2/27/1996 | CHECK WIRE | (25,000) | - | (25,000) | - | - | 1,986,397 | - |
| 3/4/1996 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 1,936,397 | - |
| 3/29/1996 | CHECK WIRE | (175,000) | - | (175,000) | - | - | 1,761,397 | - |
| 4/1/1996 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 1,721,397 | - |
| 4/16/1996 | CHECK WIRE | (970,000) | - | (970,000) | - | - | 751,397 | - |
| 5/1/1996 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 711,397 | - |
| 6/3/1996 | CHECK WIRE | (88,000) | - | (88,000) | - | - | 623,397 | - |
| 6/17/1996 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 563,397 | - |
| 7/1/1996 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 503,397 | - |
| 7/3/1996 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 1,503,397 | - |
| 8/1/1996 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 1,453,397 | - |
| 8/1/1996 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 1,353,397 | - |
| 8/20/1996 | CHECK WIRE | 521,777 | 521,777 | - | - | - | 1,875,174 | - |

BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers |
| 9/3/1996 | CHECK WIRE | (70,000) | - | (70,000) | - | - | 1,805,174 | - |
| 9/10/1996 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 1,655,174 | - |
| 9/16/1996 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 1,595,174 | - |
| 10/1/1996 | CHECK WIRE | (55,000) | - | (55,000) | - | - | 1,540,174 | - |
| 10/18/1996 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 1,440,174 | - |
| 11/1/1996 | CHECK WIRE | (55,000) | - | (55,000) | - | - | 1,385,174 | - |
| 11/14/1996 | CHECK WIRE | (200,000) | - | (200,000) | - | - | 1,185,174 | - |
| 12/2/1996 | CHECK WIRE | (55,000) | - | (55,000) | - | - | 1,130,174 | - |
| 12/12/1996 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 1,630,174 | - |
| 12/16/1996 | TRANS FROM 1M006530 (1M0065) | 105,000 | - | - | 105,000 | - | 1,735,174 | - |
| 12/16/1996 | TRANS FROM 1M006430 (1M0064) | 105,000 | - | - | 105,000 | - | 1,840,174 | - |
| 12/30/1996 | CHECK WIRE | (571,000) | - | (571,000) | - | - | 1,269,174 | - |
| 1/2/1997 | CHECK WIRE | (70,000) | - | (70,000) | - | - | 1,199,174 | - |
| 1/2/1997 | CHECK WIRE | (390,000) | - | (390,000) | - | - | 809,174 | - |
| 1/7/1997 | CHECK WIRE | (64,000) | - | (64,000) | - | - | 745,174 | - |
| 1/15/1997 | CHECK WIRE | (35,000) | - | (35,000) | - | - | 710,174 | - |
| 1/16/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 610,174 | - |
| 1/31/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 510,174 | - |
| 2/3/1997 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 460,174 | - |
| 2/24/1997 | CHECK WIRE | 250,000 | 250,000 | - | - | - | 710,174 | - |
| 2/26/1997 | CHECK WIRE | (65,000) | - | (65,000) | - | - | 645,174 | - |
| 4/1/1997 | CHECK WIRE | (65,000) | - | (65,000) | - | - | 580,174 | - |
| 4/7/1997 | CHECK WIRE | (50,000) | - | (50,000) | - | - | 530,174 | - |
| 4/15/1997 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 380,174 | - |
| 4/16/1997 | CHECK WIRE | (730,000) | - | (730,000) | - | - | (349,827) | - |
| 4/17/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (449,827) | - |
| 4/21/1997 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (499,827) | - |
| 5/1/1997 | CHECK WIRE | (60,000) | - | (60,000) | - | - | (559,827) | - |
| 5/8/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (659,827) | - |
| 6/2/1997 | CHECK WIRE | (90,000) | - | (90,000) | - | - | (749,827) | - |
| 6/16/1997 | CHECK WIRE | (65,000) | - | (65,000) | - | - | (814,827) | - |
| 6/17/1997 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (964,827) | - |
| 7/1/1997 | CHECK WIRE | (95,000) | - | (95,000) | - | - | (1,059,827) | - |
| 7/25/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (1,159,827) | - |
| 8/1/1997 | CHECK WIRE | (80,000) | - | (80,000) | - | - | (1,239,827) | - |
| 8/28/1997 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (239,827) | - |
| 9/2/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (339,827) | - |
| 9/2/1997 | CHECK WIRE | (55,000) | - | (55,000) | - | - | (394,827) | - |
| 9/15/1997 | CHECK WIRE | (70,000) | - | (70,000) | - | - | (464,827) | - |
| 10/1/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (564,827) | - |
| 10/1/1997 | CHECK WIRE | (55,000) | - | (55,000) | - | - | (619,827) | - |
| 10/16/1997 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | (2,119,827) | - |
| 10/20/1997 | CHECK WIRE | (330,000) | - | (330,000) | - | - | (2,449,827) | - |
| 11/3/1997 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (2,489,827) | - |
| 12/1/1997 | CHECK WIRE | (45,000) | - | (45,000) | - | - | (2,534,827) | - |
| 12/9/1997 | CHECK WIRE | 1,500,000 | 1,500,000 | - | - | - | (1,034,827) | - |
| 12/11/1997 | TRANS TO 1M008530 (1M0085) | (1,500,000) [1] | - | - | - | - | (1,034,827) | - |
| 12/29/1997 | CHECK WIRE | (574,000) | - | (574,000) | - | - | (1,608,827) | - |
| 12/31/1997 | TRANS FROM 1M006430 (1M0064) | 131,500 | - | - | 131,500 | - | (1,477,327) | - |
| 12/31/1997 | TRANS FROM 1M006530 (1M0065) | 108,000 | - | - | 108,000 | - | (1,369,327) | - |

**BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN**

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Amount as Reported in Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of Principal | Column 9<br>2-Year Fraudulent Transfers |
|---|---|---|---|---|---|---|---|---|
| 1/2/1998 | CHECK WIRE | (60,000) | - | (60,000) | - | - | (1,429,327) | - |
| 1/2/1998 | CHECK WIRE | (560,000) | - | (560,000) | - | - | (1,989,327) | - |
| 1/6/1998 | CHECK WIRE | (64,000) | - | (64,000) | - | - | (2,053,327) | - |
| 1/9/1998 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (2,153,327) | - |
| 1/20/1998 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (2,203,327) | - |
| 2/2/1998 | CHECK WIRE | (45,000) | - | (45,000) | - | - | (2,248,327) | - |
| 2/6/1998 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (2,348,327) | - |
| 3/2/1998 | CHECK WIRE | (55,000) | - | (55,000) | - | - | (2,403,327) | - |
| 3/11/1998 | CHECK WIRE | 250,000 | 250,000 | - | - | - | (2,153,327) | - |
| 3/11/1998 | CHECK WIRE | 250,000 | 250,000 | - | - | - | (1,903,327) | - |
| 4/1/1998 | CHECK WIRE | (45,000) | - | (45,000) | - | - | (1,948,327) | - |
| 4/16/1998 | CHECK WIRE | (1,650,000) | - | (1,650,000) | - | - | (3,598,327) | - |
| 6/1/1998 | CHECK WIRE | (75,000) | - | (75,000) | - | - | (3,673,327) | - |
| 6/12/1998 | CHECK WIRE | (55,000) | - | (55,000) | - | - | (3,728,327) | - |
| 6/12/1998 | CHECK WIRE | (95,000) | - | (95,000) | - | - | (3,823,327) | - |
| 7/1/1998 | CHECK WIRE | (75,000) | - | (75,000) | - | - | (3,898,327) | - |
| 7/15/1998 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (3,998,327) | - |
| 8/3/1998 | CHECK WIRE | (60,000) | - | (60,000) | - | - | (4,058,327) | - |
| 8/17/1998 | CHECK WIRE | (66,700) | - | (66,700) | - | - | (4,125,027) | - |
| 8/26/1998 | CHECK WIRE | 580,000 | 580,000 | - | - | - | (3,545,027) | - |
| 8/27/1998 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (3,745,027) | - |
| 9/15/1998 | CHECK WIRE | (95,000) | - | (95,000) | - | - | (3,840,027) | - |
| 9/24/1998 | CK WIRE A/O 9/1 TR TO 1M002330 *(1M0023)* | (60,000) [1] | - | - | - | - | (3,840,027) | - |
| 10/1/1998 | CHECK WIRE | (45,000) | - | (45,000) | - | - | (3,885,027) | - |
| 10/2/1998 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (4,085,027) | - |
| 11/2/1998 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (4,235,027) | - |
| 11/2/1998 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (4,285,027) | - |
| 11/5/1998 | TRANS FROM 1M006530 *(1M0065)* | 145,000 | - | - | 145,000 | - | (4,140,027) | - |
| 11/5/1998 | TRANS FROM 1M006430 *(1M0064)* | 168,500 | - | - | 168,500 | - | (3,971,527) | - |
| 11/25/1998 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (4,171,527) | - |
| 12/1/1998 | CHECK WIRE | (55,000) | - | (55,000) | - | - | (4,226,527) | - |
| 12/22/1998 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (4,326,527) | - |
| 12/29/1998 | CHECK WIRE | (578,500) | - | (578,500) | - | - | (4,905,027) | - |
| 12/30/1998 | CHECK WIRE | (226,981) | - | (226,981) | - | - | (5,132,008) | - |
| 1/4/1999 | CHECK WIRE | (253,000) | - | (253,000) | - | - | (5,385,008) | - |
| 1/4/1999 | CHECK WIRE | (55,000) | - | (55,000) | - | - | (5,440,008) | - |
| 1/12/1999 | CHECK WIRE | (140,000) | - | (140,000) | - | - | (5,580,008) | - |
| 1/22/1999 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (5,730,008) | - |
| 2/1/1999 | CHECK WIRE | (45,000) | - | (45,000) | - | - | (5,775,008) | - |
| 2/5/1999 | CHECK WIRE | (300,000) | - | (300,000) | - | - | (6,075,008) | - |
| 3/1/1999 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (6,125,008) | - |
| 3/15/1999 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (6,275,008) | - |
| 3/26/1999 | CHECK WIRE | 250,000 | 250,000 | - | - | - | (6,025,008) | - |
| 4/1/1999 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (6,075,008) | - |
| 4/19/1999 | CHECK WIRE | (800,000) | - | (800,000) | - | - | (6,875,008) | - |
| 5/3/1999 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (6,925,008) | - |
| 5/10/1999 | CHECK WIRE | (450,000) | - | (450,000) | - | - | (7,375,008) | - |
| 5/12/1999 | CHECK WIRE | 500,000 | 500,000 | - | - | - | (6,875,008) | - |
| 5/26/1999 | TRANS TO 1A004430 *(1A0044)* | (4,606,277) [1] | - | - | - | - | (6,875,008) | - |
| 6/1/1999 | CHECK WIRE | (80,000) | - | (80,000) | - | - | (6,955,008) | - |

**BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN**

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 2-Year Fraudulent Transfers |
|---|---|---|---|---|---|---|---|---|
| 6/4/1999 | CHECK WIRE | 10,000 | 10,000 | - | - | - | (6,945,008) | - |
| 7/1/1999 | CHECK WIRE | (60,000) | - | (60,000) | - | - | (7,005,008) | - |
| 7/21/1999 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (7,105,008) | - |
| 8/2/1999 | CHECK WIRE | (30,000) | - | (30,000) | - | - | (7,135,008) | - |
| 9/1/1999 | CHECK WIRE | (35,000) | - | (35,000) | - | - | (7,170,008) | - |
| 9/13/1999 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (7,190,008) | - |
| 9/15/1999 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (7,340,008) | - |
| 10/1/1999 | CHECK WIRE | (60,000) | - | (60,000) | - | - | (7,400,008) | - |
| 10/4/1999 | TRANS FROM 1M006530 (1M0065) | 159,000 | - | - | 159,000 | - | (7,241,008) | - |
| 10/4/1999 | TRANS FROM 1M006430 (1M0064) | 187,000 | - | - | 187,000 | - | (7,054,008) | - |
| 10/18/1999 | CHECK WIRE | (142,000) | - | (142,000) | - | - | (7,196,008) | - |
| 10/28/1999 | CHECK WIRE | (30,000) | - | (30,000) | - | - | (7,226,008) | - |
| 11/9/1999 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (7,376,008) | - |
| 11/10/1999 | CHECK WIRE | (25,000) | - | (25,000) | - | - | (7,401,008) | - |
| 11/30/1999 | CHECK WIRE | (30,000) | - | (30,000) | - | - | (7,431,008) | - |
| 12/8/1999 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (7,581,008) | - |
| 12/23/1999 | CHECK WIRE | (30,000) | - | (30,000) | - | - | (7,611,008) | - |
| 12/30/1999 | TRANS TO 1M008630 (1M0086) | (196,515) [1] | - | - | - | - | (7,611,008) | - |
| 12/30/1999 | TRANS FROM 1M006430 (1M0064) | 56,000 | - | - | 56,000 | - | (7,555,008) | - |
| 12/30/1999 | TRANS FROM 1M006530 (1M0065) | 47,000 | - | - | 47,000 | - | (7,508,008) | - |
| 1/3/2000 | CHECK WIRE | (573,000) | - | (573,000) | - | - | (8,081,008) | - |
| 1/3/2000 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (8,101,008) | - |
| 1/21/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (8,251,008) | - |
| 1/31/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (8,291,008) | - |
| 2/1/2000 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (8,391,008) | - |
| 2/11/2000 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (8,411,008) | - |
| 3/1/2000 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (8,431,008) | - |
| 3/1/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (8,581,008) | - |
| 3/1/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (8,621,008) | - |
| 3/1/2000 | TRANS TO 1M008530 (1M0085) | (75,000) [1] | - | - | - | - | (8,621,008) | - |
| 3/22/2000 | CHECK WIRE | (10,000) | - | (10,000) | - | - | (8,631,008) | - |
| 4/3/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (8,671,008) | - |
| 4/11/2000 | CHECK WIRE | (15,000) | - | (15,000) | - | - | (8,686,008) | - |
| 4/18/2000 | CHECK WIRE | (1,282,000) | - | (1,282,000) | - | - | (9,968,008) | - |
| 4/18/2000 | TRANS FROM 1M006530 (1M0065) | 145,000 | - | - | 145,000 | - | (9,823,008) | - |
| 4/18/2000 | TRANS FROM 1M006430 (1M0064) | 170,000 | - | - | 170,000 | - | (9,653,008) | - |
| 5/1/2000 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (9,703,008) | - |
| 5/5/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (9,853,008) | - |
| 5/9/2000 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (9,873,008) | - |
| 5/18/2000 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (9,973,008) | - |
| 5/24/2000 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | (11,473,008) | - |
| 5/26/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (11,623,008) | - |
| 6/1/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (11,663,008) | - |
| 6/7/2000 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (11,683,008) | - |
| 7/3/2000 | CHECK WIRE | (95,000) | - | (95,000) | - | - | (11,778,008) | - |
| 7/7/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (11,928,008) | - |
| 7/27/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (11,968,008) | - |
| 8/1/2000 | CHECK WIRE | (65,000) | - | (65,000) | - | - | (12,033,008) | - |
| 8/31/2000 | CHECK WIRE | (60,000) | - | (60,000) | - | - | (12,093,008) | - |
| 9/5/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (12,243,008) | - |

BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers |
| 9/15/2000 | CHECK WIRE | (30,000) | - | (30,000) | - | - | (12,273,008) | - |
| 10/2/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (12,313,008) | - |
| 10/2/2000 | TRANS FROM 1A004430 (1A0044) | 45,000 [2] | - | - | - | - | (12,313,008) | - |
| 10/10/2000 | TRANS FROM 1M006530 (1M0065) | 17,000 | - | - | 17,000 | - | (12,296,008) | - |
| 10/10/2000 | TRANS FROM 1M006430 (1M0064) | 21,000 | - | - | 21,000 | - | (12,275,008) | - |
| 10/12/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (12,425,008) | - |
| 10/13/2000 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (12,625,008) | - |
| 11/1/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (12,665,008) | - |
| 11/28/2000 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (12,815,008) | - |
| 12/1/2000 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (12,855,008) | - |
| 12/29/2000 | TRANS TO 1M008630 (1M0086) | (170,770) [1] | - | - | - | - | (12,855,008) | - |
| 12/29/2000 | TRANS FROM 1M006530 (1M0065) | 20,000 | - | - | 20,000 | - | (12,835,008) | - |
| 12/29/2000 | TRANS FROM 1M006430 (1M0064) | 20,000 | - | - | 20,000 | - | (12,815,008) | - |
| 1/2/2001 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (12,855,008) | - |
| 1/2/2001 | CHECK WIRE | (95,000) | - | (95,000) | - | - | (12,950,008) | - |
| 1/18/2001 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (13,100,008) | - |
| 1/31/2001 | CHECK WIRE | 1,250,000 | 1,250,000 | - | - | - | (11,850,008) | - |
| 2/2/2001 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (11,890,008) | - |
| 2/20/2001 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (12,040,008) | - |
| 3/1/2001 | CHECK WIRE | (30,000) | - | (30,000) | - | - | (12,070,008) | - |
| 3/2/2001 | CHECK WIRE | 10,000 | 10,000 | - | - | - | (12,060,008) | - |
| 4/2/2001 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (12,080,008) | - |
| 4/5/2001 | TRANS FROM 1A004430 (1A0044) | 40,000 [2] | - | - | - | - | (12,080,008) | - |
| 4/12/2001 | CHECK WIRE | (430,000) | - | (430,000) | - | - | (12,510,008) | - |
| 4/16/2001 | TRANS FROM 1M006530 (1M0065) | 68,000 | - | - | 68,000 | - | (12,442,008) | - |
| 4/16/2001 | TRANS FROM 1M006430 (1M0064) | 80,000 | - | - | 80,000 | - | (12,362,008) | - |
| 5/1/2001 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (12,382,008) | - |
| 6/1/2001 | CHECK WIRE | (25,000) | - | (25,000) | - | - | (12,407,008) | - |
| 6/13/2001 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (12,507,008) | - |
| 7/2/2001 | CHECK WIRE | (10,000) | - | (10,000) | - | - | (12,517,008) | - |
| 7/3/2001 | CHECK WIRE | (40,000) | - | (40,000) | - | - | (12,557,008) | - |
| 8/1/2001 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (12,564,508) | - |
| 9/27/2001 | CHECK WIRE | (17,500) | - | (17,500) | - | - | (12,582,008) | - |
| 10/10/2001 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (12,732,008) | - |
| 10/10/2001 | TRANS FROM 1M006430 (1M0064) | 11,192 [2] | - | - | - | - | (12,732,008) | - |
| 10/10/2001 | TRANS FROM 1M006530 (1M0065) | 7,514 [2] | - | - | - | - | (12,732,008) | - |
| 11/1/2001 | CHECK WIRE | (15,000) | - | (15,000) | - | - | (12,747,008) | - |
| 12/3/2001 | CHECK WIRE | (8,500) | - | (8,500) | - | - | (12,755,508) | - |
| 12/11/2001 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (12,855,508) | - |
| 12/26/2001 | TRANS TO 1M008630 (1M0086) | (198,702) [1] | - | - | - | - | (12,855,508) | - |
| 12/28/2001 | TRANS TO 1M008630 (1M0086) | (56,532) [1] | - | - | - | - | (12,855,508) | - |
| 1/2/2002 | CHECK WIRE | (20,000) | - | (20,000) | - | - | (12,875,508) | - |
| 1/7/2002 | CHECK WIRE | 4,884,040 | 4,884,040 | - | - | - | (7,991,467) | - |
| 1/14/2002 | CHECK WIRE | 40,000 | 40,000 | - | - | - | (7,951,467) | - |
| 1/17/2002 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (8,051,467) | - |
| 1/31/2002 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (8,057,967) | - |
| 2/11/2002 | CHECK WIRE | (75,000) | - | (75,000) | - | - | (8,132,967) | - |
| 2/22/2002 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (8,382,967) | - |
| 3/1/2002 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (8,389,467) | - |

BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Amount as Reported in Customer Statement | Column 4<br>Deposits | Column 5<br>Withdrawals | Column 6<br>Transfers In | Column 7<br>Transfers Out | Column 8<br>Balance of Principal | Column 9<br>2-Year Fraudulent Transfers |
|---|---|---|---|---|---|---|---|---|
| 4/15/2002 | CHECK WIRE | (245,000) | - | (245,000) | - | - | (8,634,467) | - |
| 4/18/2002 | TRANS FROM 1M006530 (1M0065) | 95,000 [3] | - | - | 10,000 | - | (8,624,467) | - |
| 4/18/2002 | TRANS FROM 1M006430 (1M0064) | 110,000 [3] | - | - | 10,000 | - | (8,614,467) | - |
| 5/1/2002 | CHECK WIRE | (6,350) | - | (6,350) | - | - | (8,620,817) | - |
| 5/9/2002 | CHECK WIRE | (50,000) | - | (50,000) | - | - | (8,670,817) | - |
| 5/20/2002 | CHECK WIRE | (350,000) | - | (350,000) | - | - | (9,020,817) | - |
| 6/3/2002 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (9,027,317) | - |
| 6/26/2002 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (9,177,317) | - |
| 7/1/2002 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (9,183,817) | - |
| 8/1/2002 | CHECK WIRE | (5,500) | - | (5,500) | - | - | (9,189,317) | - |
| 8/13/2002 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (9,339,317) | - |
| 8/21/2002 | CHECK WIRE | (5,500) | - | (5,500) | - | - | (9,344,817) | - |
| 8/27/2002 | CHECK WIRE | (27,500) | - | (27,500) | - | - | (9,372,317) | - |
| 9/18/2002 | CHECK WIRE | (5,500) | - | (5,500) | - | - | (9,377,817) | - |
| 10/1/2002 | CHECK WIRE | (9,000) | - | (9,000) | - | - | (9,386,817) | - |
| 10/10/2002 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (9,536,817) | - |
| 11/1/2002 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (9,543,317) | - |
| 11/1/2002 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (9,693,317) | - |
| 11/21/2002 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (9,843,317) | - |
| 12/2/2002 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (9,849,817) | - |
| 12/31/2002 | TRANS TO 1M008630 (1M0086) | (23,091) [1] | - | - | - | - | (9,849,817) | - |
| 1/2/2003 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (9,999,817) | - |
| 1/2/2003 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (10,006,317) | - |
| 1/2/2003 | CHECK WIRE | (700,000) | - | (700,000) | - | - | (10,706,317) | - |
| 2/3/2003 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (10,712,817) | - |
| 2/19/2003 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (10,862,817) | - |
| 2/19/2003 | CHECK WIRE | (14,000) | - | (14,000) | - | - | (10,876,817) | - |
| 4/1/2003 | CHECK WIRE | (100,000) | - | (100,000) | - | - | (10,976,817) | - |
| 4/1/2003 | CHECK WIRE | (8,500) | - | (8,500) | - | - | (10,985,317) | - |
| 4/15/2003 | TRANS FROM 1M006530 (1M0065) | 52,000 [3] | - | - | 20,806 | - | (10,964,512) | - |
| 4/15/2003 | TRANS FROM 1M006430 (1M0064) | 81,000 [2] | - | - | - | - | (10,964,512) | - |
| 4/16/2003 | CHECK WIRE | (2,100,000) | - | (2,100,000) | - | - | (13,064,512) | - |
| 5/1/2003 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (13,071,512) | - |
| 6/2/2003 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (13,078,512) | - |
| 7/1/2003 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (13,085,512) | - |
| 7/10/2003 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (12,085,512) | - |
| 8/1/2003 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (12,092,512) | - |
| 9/2/2003 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (12,099,512) | - |
| 10/1/2003 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (12,106,012) | - |
| 10/24/2003 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (12,256,012) | - |
| 11/3/2003 | CHECK WIRE | (6,750) | - | (6,750) | - | - | (12,262,762) | - |
| 12/1/2003 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (12,269,262) | - |
| 1/2/2004 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (12,469,262) | - |
| 1/2/2004 | CHECK WIRE | (6,750) | - | (6,750) | - | - | (12,476,012) | - |
| 2/2/2004 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (12,482,512) | - |
| 3/1/2004 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (12,489,512) | - |
| 4/1/2004 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (12,496,012) | - |
| 4/19/2004 | TRANS FROM 1M006430 (1M0064) | 51,000 [2] | - | - | - | - | (12,496,012) | - |
| 4/19/2004 | TRANS FROM 1M006530 (1M0065) | 37,000 [2] | - | - | - | - | (12,496,012) | - |

BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers |
| 4/21/2004 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (13,496,012) | - |
| 4/30/2004 | CHECK WIRE | 2,947,219 | 2,947,219 | - | - | - | (10,548,792) | - |
| 5/3/2004 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (10,555,292) | - |
| 6/1/2004 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (10,561,792) | - |
| 6/8/2004 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (10,761,792) | - |
| 7/1/2004 | CHECK WIRE | (4,500) | - | (4,500) | - | - | (10,766,292) | - |
| 8/2/2004 | CHECK WIRE | 2,515,045 | 2,515,045 | - | - | - | (8,251,247) | - |
| 8/2/2004 | CHECK WIRE | (5,500) | - | (5,500) | - | - | (8,256,747) | - |
| 8/9/2004 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (8,456,747) | - |
| 8/12/2004 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (8,956,747) | - |
| 9/1/2004 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (8,964,247) | - |
| 9/20/2004 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (9,214,247) | - |
| 9/27/2004 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (9,464,247) | - |
| 10/1/2004 | CHECK WIRE | (8,500) | - | (8,500) | - | - | (9,472,747) | - |
| 10/19/2004 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | (11,472,747) | - |
| 11/1/2004 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (11,480,247) | - |
| 12/2/2004 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (11,487,747) | - |
| 12/31/2004 | CHECK WIRE | (675,000) | - | (675,000) | - | - | (12,162,747) | - |
| 12/31/2004 | TRANS TO 1M008930 (1M0089) | (500,000) [1] | - | - | - | - | (12,162,747) | - |
| 1/3/2005 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (12,170,247) | - |
| 1/5/2005 | CHECK WIRE | 4,504,749 | 4,504,749 | - | - | - | (7,665,498) | - |
| 2/1/2005 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (7,672,998) | - |
| 3/4/2005 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (7,680,498) | - |
| 4/1/2005 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (7,687,498) | - |
| 4/15/2005 | CHECK WIRE | (2,700,000) | - | (2,700,000) | - | - | (10,387,498) | - |
| 4/15/2005 | TRANS FROM 1M006430 (1M0064) | 54,000 [2] | - | - | - | - | (10,387,498) | - |
| 4/15/2005 | TRANS FROM 1M006530 (1M0065) | 52,000 [2] | - | - | - | - | (10,387,498) | - |
| 5/2/2005 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (10,394,498) | - |
| 6/1/2005 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (10,401,998) | - |
| 6/14/2005 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (10,551,998) | - |
| 7/1/2005 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (10,559,498) | - |
| 7/21/2005 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (10,709,498) | - |
| 8/1/2005 | CHECK WIRE | (8,750) | - | (8,750) | - | - | (10,718,248) | - |
| 8/22/2005 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (10,868,248) | - |
| 9/1/2005 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (10,875,748) | - |
| 9/26/2005 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (11,025,748) | - |
| 10/3/2005 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (11,033,248) | - |
| 10/24/2005 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (11,183,248) | - |
| 11/1/2005 | CHECK WIRE | (10,000) | - | (10,000) | - | - | (11,193,248) | - |
| 12/2/2005 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (11,443,248) | - |
| 1/4/2006 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (11,693,248) | - |
| 1/20/2006 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (11,843,248) | - |
| 2/21/2006 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (11,993,248) | - |
| 3/27/2006 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (12,143,248) | - |
| 4/3/2006 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (12,151,248) | - |
| 4/12/2006 | TRANS FROM 1M006530 (1M0065) | 65,000 [2] | - | - | - | - | (12,151,248) | - |
| 4/12/2006 | TRANS FROM 1M006430 (1M0064) | 65,000 [2] | - | - | - | - | (12,151,248) | - |
| 4/18/2006 | CHECK WIRE | (1,650,000) | - | (1,650,000) | - | - | (13,801,248) | - |
| 5/1/2006 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (13,809,248) | - |

**BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN**

| Column 1 Date | Column 2 Transaction Description | Column 3 Amount as Reported in Customer Statement | Column 4 Deposits | Column 5 Withdrawals | Column 6 Transfers In | Column 7 Transfers Out | Column 8 Balance of Principal | Column 9 2-Year Fraudulent Transfers |
|---|---|---|---|---|---|---|---|---|
| 5/30/2006 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (14,059,248) | - |
| 6/1/2006 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (14,067,248) | - |
| 6/22/2006 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (14,267,248) | - |
| 7/3/2006 | CHECK WIRE | (60,000) | - | (60,000) | - | - | (14,327,248) | - |
| 8/1/2006 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (14,335,248) | - |
| 8/31/2006 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (14,485,248) | - |
| 9/1/2006 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (14,493,248) | - |
| 9/29/2006 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (14,743,248) | - |
| 10/2/2006 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (14,750,748) | - |
| 11/1/2006 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (14,757,248) | - |
| 12/1/2006 | CHECK WIRE | (6,500) | - | (6,500) | - | - | (14,763,748) | - |
| 1/2/2007 | CHECK WIRE | (9,000) | - | (9,000) | - | - | (14,772,748) | (9,000) |
| 1/3/2007 | CHECK WIRE | (350,000) | - | (350,000) | - | - | (15,122,748) | (350,000) |
| 2/1/2007 | CHECK WIRE | (27,000) | - | (27,000) | - | - | (15,149,748) | (27,000) |
| 3/1/2007 | CHECK WIRE | (12,000) | - | (12,000) | - | - | (15,161,748) | (12,000) |
| 4/2/2007 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (15,411,748) | (250,000) |
| 4/2/2007 | CHECK WIRE | (9,000) | - | (9,000) | - | - | (15,420,748) | (9,000) |
| 4/13/2007 | TRANS FROM 1M006430 (1M0064) | 107,000 [2] | - | - | - | - | (15,420,748) | - |
| 4/13/2007 | TRANS FROM 1M006530 (1M0065) | 106,000 [2] | - | - | - | - | (15,420,748) | - |
| 4/16/2007 | CHECK WIRE | (1,200,000) | - | (1,200,000) | - | - | (16,620,748) | (1,200,000) |
| 5/1/2007 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (16,628,248) | (7,500) |
| 6/1/2007 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (16,635,748) | (7,500) |
| 6/21/2007 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (16,785,748) | (150,000) |
| 7/2/2007 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (16,793,248) | (7,500) |
| 7/27/2007 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (17,043,248) | (250,000) |
| 8/1/2007 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (17,050,748) | (7,500) |
| 9/4/2007 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (17,058,748) | (8,000) |
| 9/7/2007 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (17,258,748) | (200,000) |
| 10/1/2007 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (17,266,748) | (8,000) |
| 10/17/2007 | CHECK WIRE | (350,000) | - | (350,000) | - | - | (17,616,748) | (350,000) |
| 10/17/2007 | CHECK WIRE | (200,000) | - | (200,000) | - | - | (17,816,748) | (200,000) |
| 11/1/2007 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (17,824,748) | (8,000) |
| 11/9/2007 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (16,824,748) | - |
| 12/3/2007 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (16,832,748) | (8,000) |
| 12/6/2007 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (16,982,748) | (150,000) |
| 1/2/2008 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (16,990,748) | (8,000) |
| 1/3/2008 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (17,740,748) | (750,000) |
| 2/1/2008 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (17,748,748) | (8,000) |
| 3/3/2008 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (17,756,748) | (8,000) |
| 3/6/2008 | CHECK WIRE | (150,000) | - | (150,000) | - | - | (17,906,748) | (150,000) |
| 4/1/2008 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (17,914,748) | (8,000) |
| 4/17/2008 | CHECK WIRE | (3,600,000) | - | (3,600,000) | - | - | (21,514,748) | (3,600,000) |
| 4/17/2008 | TRANS FROM 1M006430 (1M0064) | 129,000 | - | - | 129,000 | - | (21,385,748) | - |
| 4/17/2008 | TRANS FROM 1M006530 (1M0065) | 128,000 | - | - | 128,000 | - | (21,257,748) | - |
| 4/22/2008 | TRANS FROM 1M008630 (1M0086) | 7,535,276 [2] | - | - | - | - | (21,257,748) | - |
| 5/1/2008 | CHECK WIRE | (7,000) | - | (7,000) | - | - | (21,264,748) | (7,000) |
| 5/9/2008 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (21,514,748) | (250,000) |
| 5/29/2008 | TRANS FROM 1M008630 (1M0086) | 249,996 [2] | - | - | - | - | (21,514,748) | - |
| 6/2/2008 | CHECK WIRE | (5,000) | - | (5,000) | - | - | (21,519,748) | (5,000) |

**BLMIS ACCOUNT NO. 1M0024 (FORMERLY 101334) - JAMES P MARDEN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 2-Year Fraudulent Transfers |
| 6/26/2008 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (21,769,748) | (250,000) |
| 6/27/2008 | TRANS FROM 1A004430 *(1A0044)* | 130,908 [2] | - | - | - | - | (21,769,748) | - |
| 7/1/2008 | CHECK WIRE | (8,500) | - | (8,500) | - | - | (21,778,248) | (8,500) |
| 7/31/2008 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (22,028,248) | (250,000) |
| 8/7/2008 | CHECK WIRE | (8,500) | - | (8,500) | - | - | (22,036,748) | (8,500) |
| 9/2/2008 | CHECK WIRE | (8,000) | - | (8,000) | - | - | (22,044,748) | (8,000) |
| 9/16/2008 | CHECK WIRE | (250,000) | - | (250,000) | - | - | (22,294,748) | (250,000) |
| 10/1/2008 | CHECK WIRE | (8,500) | - | (8,500) | - | - | (22,303,248) | (8,500) |
| 10/8/2008 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (23,303,248) | (1,000,000) |
| 11/3/2008 | CHECK WIRE | (7,500) | - | (7,500) | - | - | (23,310,748) | (7,500) |
| 11/17/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (23,810,748) | (500,000) |
| 12/1/2008 | CHECK WIRE | (8,500) | - | (8,500) | - | - | (23,819,248) | (8,500) |
| 12/9/2008 | CHECK WIRE | 1,201,358 | 1,201,358 | - | - | - | (22,617,890) | - |
| | Total: | | $ 47,597,429 | $ (71,976,806) | $ 2,746,487 | $ (985,000) | $ (22,617,890) | $ (10,312,500) |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date.  Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date.  Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred.  Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

**TRANSFERS TO JAMES P. MARDEN AND PATRICE M. AULD**
**CITIBANK ACCOUNT #xxxx6894**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 1/2/2007 | (9,000) |
| 2/1/2007 | (27,000) |
| 3/1/2007 | (12,000) |
| 4/2/2007 | (9,000) |
| 5/1/2007 | (7,500) |
| 6/1/2007 | (7,500) |
| 7/2/2007 | (7,500) |
| 8/1/2007 | (7,500) |
| 9/4/2007 | (8,000) |
| 10/1/2007 | (8,000) |
| 11/1/2007 | (8,000) |
| 12/3/2007 | (8,000) |
| 1/2/2008 | (8,000) |
| 2/1/2008 | (8,000) |
| 3/3/2008 | (8,000) |
| 4/1/2008 | (8,000) |
| 5/1/2008 | (7,000) |
| 6/2/2008 | (5,000) |
| 7/1/2008 | (8,500) |
| 8/7/2008 | (8,500) |
| 9/2/2008 | (8,000) |
| 10/1/2008 | (8,500) |
| 11/3/2008 | (7,500) |
| 12/1/2008 | (8,500) |
| | $ (212,500) |

**TRANSFERS TO JAMES P. MARDEN AND IRIS ZURAWIN**
**CITIBANK ACCOUNT #xxxx1438**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/3/2007 | (350,000) |
| 4/2/2007 | (250,000) |
| 4/16/2007 | (1,200,000) |
| 6/21/2007 | (150,000) |
| 7/27/2007 | (250,000) |
| 9/7/2007 | (200,000) |
| 10/17/2007 | (200,000) |
| 12/6/2007 | (150,000) |
| 1/3/2008 | (750,000) |
| 3/6/2008 | (150,000) |
| | **$ (3,650,000)** |