EXHIBIT "A"    Page **1** of **4**

| Adv. Pro. No. | **Defendants Chaitman LLP represents** | **Account Inception Date** | **Account Number** | **Transferror Account Number(s)** | **Transferee Account Number(s)** |
|---|---|---|---|---|---|
| 10-04292 | Robert Roman | 7/25/1997 | 1R0148 | 1R003110 | |
| 10-04302 | Joan Roman | 7/25/1997 | 1R0147 | 1R003010 1ZG01830 | |
| 10-04321 | Herbert Barbanel, et al. | 4/24/1997 | 1B0168 | 1B000210 | |
| 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | 4/24/1997 12/19/2000 7/10/1997 | 1A0086 1A0118 1S0324 | 1A001610 1A008730 (1A0087) 1A016230 (1A0162) 1S005210 (1S0052) 1ZR04030 (1ZR040) 1A008630 (1A0086) 1S032330 (1S0323) 1A004920 (1S0049) | 1S032430 1A006730 1A009030 1A008530 |
| 10-04367 | Benjamin T. Heller | 11/2/1988 | 1H0022 | 1H008530 (1H0085) 1H007530 (1H0075) 1H016630 (1H0166) | |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/91, as amended, et al. | 1/4/1993 | 1EM145 | E & M 3 1EM48930 1EM48830 | 1EM14430 1EM39630 |
| 10-04438 | Estate of Seymour Epstein, et al. | 1/4/1993 | 1CM049 | 1C006130 | |
| 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, et al. | 10/29/1991 1/11/2000 | 1K0032 1K0159 | 1K003230 | 1K015930 |
| 10-04469 | Carol L. Kamenstein, et al. | 7/8/1993 9/7/1999 12/27/2004 12/27/2004 | 1CM247 1CM597 1CM913 1CM914 | 1CM29530 (1CM295) 1CM24730 | |
| 10-04487 | Estate of Audrey Weintraub, et al. | 8/19/2003 | 1EM448 | 1EM32930 1EM44730 | |

EXHIBIT "A"  Page **2** of **4**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-04503 | Judd Robbins | 11/21/1994 | 1ZR234 | 1ZA00630<br>1ZB40830 | |
| 10-04541 | Felice J. Perlman and Sanford S. Perlman | 7/8/1997 | 1P0074 | 1P005210 | |
| 10-04545 | Jerome Goodman, et al. | 3/2/1998<br>3/2/1998<br>5/1/2003 | 1CM520<br>1CM521<br>1CM787 | 1CM52130 | |
| 10-04570 | Jacob M. Dick Rev Living Trust Dtd 4/6/01, et al. (Marks-Breen) | 4/27/1995<br>5/26/2004 | 1CM325<br>1CM883 | | 1CM88430 (1CM884) |
| 10-04614 | Robert S. Whitman | 6/16/1999 | 1W0105 | 1C104930<br>1C132030<br>1W007530 | |
| 10-04655 | Jaffe Family Investment Partnership and Bruce Jaffe | 7/23/1998 | 1EM387 | 1EM24130<br>1EM40830 | |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. | 7/31/1997 | 1K0129 | 1K001410 | 1ZA89830 |
| 10-04728 | Bruno L. DiGiulian | 12/8/1992 | 1ZR024 | 1ZA25830 | |
| 10-04748 | Mark Horowitz, individually and as a joint tenant | 10/4/1989 | 1KW009 | 1KW01530 | |
| 10-04749 | Philip F. Palmedo | 1/4/1993 | 1CM142 | 1C001930 | |
| 10-04752 | Kuntzman Family LLC, et al. | 12/14/1992 | 1ZA539 | 1ZB46730 | J SHRAGE |
| 10-04762 | Estate of James M. Goodman, et al. | 2/3/2000 | 1G0320 | 50 ACCT | |
| 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. | 1/22/1993<br>8/29/2000<br>6/30/2005 | 1EM241<br>1EM408<br>1J0064 | 1EM2830<br>1J004830<br>(1J0048) | 1EM38730 (1EM387) |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | 6/11/1998 | 1ZB352 | 1ZA97630 | |
| 10-04806 | Kenneth M. Kohl, et al. | 7/26/1996 | 1ZB286 | 1ZA84730<br>1ZA58630 | |
| 10-04809 | Edyne Gordon, et al. | 5/11/1995 | 1EM331 | n/a | |
| 10-04818 | Toby Harwood, et al. | 12/21/1992 | 1ZA716 | 1ZA71730 | |
| 10-04823 | Frank Difazio | 3/26/2003 | 1D0071 | 1D003130 | |
| 10-04826 | Estate of Boyer Palmer, et al. | 2/3/2000 | 1P0098 | 50 ACCT | |
| 10-04878 | Lisa Beth Nissenbaum Trust; Neal Kurn, in his capacity as Trustee for the Lisa Beth Nissenbaum Trust; and Lisa B. Nissenbaum | 2/28/2005 | 1EM475 | 1EM24630 | |

EXHIBIT "A"    Page **3** of **4**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-04912 | Harry Smith Revocable Living Trust, et al. | 8/7/1997 | 1S0355 | 1S011610 | 1S035330<br>1S035330 |
| 10-04920 | Glenhaven Limited, et al. | 1/4/1993 | 1CM074 | 1C006130 | |
| 10-04931 | The Estate of Muriel B. Cantor, Nancy Atlas | 7/24/1992<br>7/24/1992 | 1C1097<br>1C1098 | 1C100530<br>1C109730 | 1C109830 |
| 10-04956 | Denis M. Castelli | 7/31/2001 | 1C1301 | 1D005330 | |
| 10-04961 | Sylvan Associates LLC F/K/A Sylvan Associates Limited Partnership, et al. | 6/1/1993 | 1S0183 | 1SH16730 | |
| 10-04979 | James M. New Trust Dtd 3/19/01, et al. | 6/16/1999 | 1N0020 | 1C104930<br>1C132030 | |
| 10-04991 | Guiducci Family Limited Partnership, et al. | 12/8/1992<br>2/21/2002 | 1ZA278<br>1ZB423 | 1ZA18730 | |
| 10-04995 | Trust U/ART fourth O/W/O Israel Wilenitz, et al. | 6/30/2003<br>11/25/2003 | 1CM806<br>1CM837 | 1CM18830<br>1CM80730<br>(1CM807) | |
| 10-05026 | Walter Freshman Revocable Trust, et al. | 3/20/1997<br>3/20/1997 | 1F0092<br>1F0093 | 1F004410<br>1S041130<br>1F007010<br>(1F0070) | |
| 10-05037 | Barbara L. Savin | 1/4/1993 | 1EM180 | E&M3 | 1EM32330 |
| 10-05079 | Estate of James M. Goodman, et al. | 1/4/1993 | 1EM068 | E & M 3 | 1EM35730 |
| 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. | 4/24/1997<br>12/29/1999 | 1S0267<br>1S0399 | 1S002110<br>1A009430<br>1W007730 | 1S026930 |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | 6/10/1997<br>1/2/1998 | 1R0133<br>1R0171 | 1R007310<br>(1R0073) | |
| 10-05128 | JABA Associates LP, et al. | 11/18/1996 | 1EM357 | 1EM06830 | |
| 10-05130 | Barbara Kotlikoff Harman | 6/9/1997 | 1H0099 | 1H000810<br>1H013030<br>1H015130 | |
| 10-05133 | Fern C. Palmer, et al. | 1/26/1999 | 1EM396 | 1EM14530 | 1EM48930<br>1EM49130<br>1EM49230<br>1EM48830<br>1EM49330<br>1EM49030<br>1EM49430 |

EXHIBIT "A"　　　　　　　　　　　Page **4** of **4**

| Adv. Pro. No. | Defendants Chaitman LLP represents | Account Inception Date | Account Number | Transferror Account Number(s) | Transferee Account Number(s) |
|---|---|---|---|---|---|
| 10-05151 | Palmer Family Trust, et al. | 1/4/1993 | 1EM144 | E & M 3 1EM14530 | |
| 10-05157 | The Harnick Brothers Partnership, et al. | 7/24/1997 7/25/1997 2/27/2004 3/10/2004 3/10/2004 3/23/2004 | 1H0121 1H0123 1H0161 1B0261 1B0262 1B0264 | 1H001410 (1H0014) 1H006210 (1H0062) 1B019430 1B014330 (1B0143) | |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | 7/8/1997 | 1S0353 | 1S01170 1S035530 1S049930 | |
| 10-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. | 4/23/1997 | 1W0075 | 1C104930 | 1C132030 1W010530 1N002030 |
| 10-05312 | Doron Tavlin Turst U/A 2/4/91 | 3/14/1991 | 1T0004 | R ZAID (102601) R ZAID 2 (102615) H ZAID (102617) 1T000630 (1T0006) 1T000530 (1T0005) 70 ACCT (1T0032) 1T005730 (1T0057) | 10202730 (1T003) 1T00330 (1T0003) 1T003130 (1T0031) 1T003230 (1T0032) |
| 10-05377 | Richard G. Eaton | 1/2/1996 | 1CM366 | 1CM28730 | |
| 10-05420 | Gunther K. Unflat | 7/8/1997 7/25/1997 | 1U0017 1U0018 | 1U000410 (1U0004) 1U000810 (1U0008) | |
| 10-05435 | Keith Schaffer, Jeffrey Schaffer, and Donna Schaffer | 12/9/1992 12/10/1992 12/17/1992 12/29/1992 | 1ZA339 1ZA401 1ZA642 1ZA835 | 1ZA30930 (1ZA309) | |