DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | |
| Plaintiff, | |
| v. | |
| DEFENDANTS LISTED ON EXHIBIT A ON NOVMEBER 29 ORDER, | |
| Defendants. | |

**NOTICE OF REQUEST TO DEPOSE
BERNARD L. MADOFF ON DAY TWO DEPOSITION TOPICS**

**PLEASE TAKE NOTICE**, that pursuant to the Order Authorizing the Deposition of

Bernard L. Madoff [Docket No. 14213] entered on November 29, 2017 (the "November 29

Order"), the Defendants represented by Dentons US LLP whose fact discovery had not closed prior to July 7, 2016 seek permission to depose Bernard L. Madoff ("Madoff") on the following Day Two Deposition Topics, as defined in the November 29 Order, as they relate to each Defendant's account:

1. The extent to which Madoff or Bernard L. Madoff Investment Securities LLC ("BLMIS") bought, sold, and held actual securities shown on the customer statements from and after 1992 through December 2008.

2. The redacted FBI 302 recently produced by the Trustee.

3. The indemnification agreements Madoff had with the Four Families.

4. Interpretation of Madoff's or BLMIS's account records sent to customers, including the Defendants.

5. Day Two Deposition Topics listed by Helen Chaitman and Authorized Counsel for Participating customers.

Dated: May 30, 2017
New York, New York

DENTONS US LLP

By: /s/ Carole Neville
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendants*