**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>                    Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

| | |
|---|---|
| STATE OF TEXAS | ) |
| | )     ss: |
| COUNTY OF DALLAS | ) |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.      I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On May 26, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Certificate of No Objection to Trustee's Eighth Omnibus Motion to Overrule Objections of Claimants Who Invested More than they Withdrew (Docket Number 16083)

    B.  Certificate of No Objection to the Trustee's Ninth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 16085)

Executed on May 30, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this ___30th___ day of ___May___, 2017

(SEAL)

_____
Notary Public

Exhibit A

**Exhibit A5**
**May 26, 2017**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Arent Fox LLP | Heike M. Vogel | 1675 Broadway | New York | NY | 10019 | Counsel |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway, 11th Floor | New York | NY | 10006 | Counsel |
| BUGAJ/FISCHER | Ronald M. Bugaj | P.O. Box 390 | Honesdale | PA | 18431 | Counsel |
| DUANE MORRIS LLP | GERARD S. CATALANELLO, ESQ. | 1540 BROADWAY | NEW YORK | NY | 10036-4086 | Counsel |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022-4802 | Counsel |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| PRYOR CASHMAN LLP | Richard Levy, Jr. | 7 Times Square | New York | NY | 10036-0806 | Counsel |
| Schulte Roth & Zabel LLP | Marcy R. Harris | 919 Third Avenue | New York | NY | 10022 | Counsel |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |
| Redacted for confidentiality reasons. | | | | | | |