**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**NOTICE OF REQUEST TO DEPOSE**
**BERNARD L. MADOFF ON DAY TWO DEPOSITION TOPICS**

　　PLEASE TAKE NOTICE that, pursuant to the *Order Authorizing the Deposition of Bernard L. Madoff* [Docket No. 14213] entered on September 29, 2016 (the "September 29 Order"),[1] Defendants Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca, and Karen M. Rich (collectively, the "Defendants"), whose fact discovery had not closed prior to July 7, 2016, seek permission participate in

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the September 29 Order.

the deposition of Bernard L. Madoff ("Madoff") on any "Day 2" topics identified by Participating Customers, including, without limitation, the following Day Two Deposition Topics:

1. The extent to which Madoff or Bernard L. Madoff Investment Securities LLC bought, sold and held actual securities shown on the customer statements from and after 1992 through December 2008.

2. The redacted FBI 302 recently produced by the Trustee.

3. All Day Two Deposition Topics listed in the notices of deposition filed by Participating Customers on May 30, 2017 [Docket Nos. 16099, 16101].

Dated: May 31, 2017
New York, New York

HUNTON & WILLIAMS LLP

*/s/ Robert A. Rich*
Peter S. Partee, Sr.
Robert A. Rich
200 Park Avenue
New York, New York 10166
(212) 309-1000
Email:  rrich2@hunton.com

*Counsel for Defendants Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen M. Rich*

99997.032244 EMF_US 65347137v2