**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

                         Debtor.

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

                         Plaintiff,

        v.

DEFENDANTS LISTED ON EXHIBIT A,

                         Defendants.

**NOTICE OF REQUEST TO DEPOSE BERNARD L. MADOFF**
**ON DAY TWO DEPOSITION TOPICS**

PLEASE TAKE NOTICE that pursuant to the Order Authorizing the Deposition of

Bernard L. Madoff dated September 29, 2016 [Docket No. 14213] (the "Deposition Order") the

defendants represented by Loeb & Loeb LLP whose fact discovery had not closed prior to July 7,

2016 and identified on Exhibit A hereto (the "Defendants") seek permission to depose Bernard

L. Madoff ("Madoff") on each of the Day Two Deposition Topics, as defined in the Deposition

Order, as they relate to each Defendant's account:

13477429.1
217250-10001

1.      The extent to which Madoff or Bernard L. Madoff Investment Securities LLC ("Madoff Securities") bought, sold and held actual securities shown on the customer states from and after 1992 through December 2008.

2.      The redacted FBI 203 recently produced by the Trustee.

3.      Interpretation of Madoff's or BLMIS's account records sent to customers, including the Defendants.

4.      Day Two Deposition Topics listed by Helen Chaitman and any other Authorized Counsel for Participating Customers.

Dated:       New York, New York
             May 31, 2017

**LOEB & LOEB LLP**

By:___/s/ Daniel B. Besikof_____
        Daniel B. Besikof
        345 Park Avenue
        New York, New York 10154
        Telephone:  212.407.4000
        Facsimile:  212.407.4990
        Email:  dbesikof@loeb.com

    *Attorneys for Defendants listed on Exhibit A*

## EXHIBIT A

### DEFENDANTS

| Case Name | Adv. Proc. No. |
|---|---|

**Picard v. Kenneth Evenstad Trust, et al.**       10-4342-SMB
- Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Kenneth L. Evenstad in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust
- Grace B. Evenstad in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust
- Kenneth L. Evenstad, individually
- Grace B. Evenstad, individually

**Picard v. Kenneth Evenstad Trust, et al.**       10-4933-SMB
- Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Kenneth L. Evenstad, as Grantor and Trustee of the Kenneth L. Evenstad Revocable Trust and individually
- Grace B. Evenstad, as Trustee of the Kenneth L. Evenstad Revocable Trust and individually

**Picard v. Mark Evenstad Trust, et al.**       10-4512-SMB
- Mark B. Evenstad Revocable Trust u/a dated January 30, 2003
- Mark B. Evenstad in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust
- Shannon Mahoney Evenstad in her capacity as Trustee for the Mark B. Evenstad Revocable Trust
- Mark B. Evenstad, individually
- Shannon Mahoney Evenstad, individually

**Picard v. MBE Preferred Ltd Partnership, et al.**       10-4952-SMB
- MBE Preferred Limited Partnership
- MBE General LLC, as the General Partner of MBE Preferred Limited Partnership
- Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 as a Limited Partner of MBE Preferred Limited Partnership
- Kenneth L. Evanstad in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Grace B. Evenstad in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Kenneth L. Evenstad, individually
- Grace B. Evenstad, individually

Picard v. Serene Warren Trust, et al.                    10-4514-SMB
- Serene Warren Revocable Trust u/a/d September 15, 2005
- Serene Warren amd Christopher Warren, as trustees of the Serene Warren Revocable Trust
- Serene Warren, individually

Picard v. SEW Preferred Ltd Partnership, et al.          10-4945-SMB
- Sew Preferred Limited Partnership
- Sew General, LLC
- Grace B. Evenstad Revocable Trust
- Grace B. Evenstad, as co-trustee of the Grace B. Evenstad Revocable Trust
- Kenneth L. Evenstad, as co-trustee of the Grace B. Evenstad Revocable Trust
- Serene Warren Revocable Trust
- Serene Warren, as co-trustee of the Serene Warren Revocable Trust
- Christopher Warren, as co-trustee of the Serene Warren Revocable Trust

Picard v. Fiterman Investment Fund, et al.               10-4354-SMB
- Fiterman Investment Fund
- Verdeway Investment Partners LLC
- Steven Fiterman, individually and in his capacity as general partner of Fiterman Investment Fund
- Susan Fiterman, individually and in her capacity as general partner of Fiterman Investment Fund

13477429.1
217250-10001