**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ELINOR FRIEDMAN FELCHER,<br><br>        Defendant. | Adv. Pro. No. 10-05036 (SMB) |

### STIPULATION AND ORDER AS TO EXHIBIT B TO COMPLAINT

The plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the estate of Bernard L. Madoff, individually ("Madoff"), and defendant Elinor Friedman Felcher ("Defendant"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on December 2, 2010, Trustee commenced this adversary proceeding against Defendant seeking to avoid and recover certain initial transfers made by BLMIS and/or

Madoff to or for the benefit of Defendant relating to accounts Defendant held at BLMIS and/or with Madoff;

**WHEREAS**, Defendant raises certain defenses to the Trustee's claims in the Complaint; and

**WHEREAS**, the Parties have conferred in an attempt to resolve, where possible, certain differences and disputes between them, and the parties are entering into this Stipulation to avoid unnecessary litigation over discovery disputes in the interest of efficiency.

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. In connection with any motion practice, trial, or appeal, the Defendant: (a) will not challenge the accuracy or completeness of the deposit, withdrawal and transfer of principal related information set forth in columns 1 through 6 of Exhibit B to the Trustee's Complaint; (b) concede that the funds reflected in Column 5 of Exhibit B were withdrawn from the Defendant's BLMIS account and received by Defendant; and (c) shall withdraw the Defendant's Twenty-Fourth Affirmative Defense, alleging that the Trustee has "fail(ed) to sufficiently trace the funds that are the subject of the alleged transfers from BLMIS to the Defendant," and the Twenty-Fifth Affirmative Defense, alleging the Trustee's "failure to properly credit inter-account transfers."

2. By executing this Stipulation, Defendant in no way concedes or admits liability under the United States Bankruptcy Code, the Securities Investor Protection Act, or any other applicable law.

3. Defendant, represented in this action by counsel, has read and understands the contents of this Stipulation.

4. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  New York, New York
June 1, 2017

**BAKER & HOSTETLER LLP**

By:  ___/s/ Nicholas J. Cremona___
45 Rockefeller Plaza
New York, New York  10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**LAX & NEVILLE LLP**

By:  ___/s/ Brian J. Neville___
1450 Broadway, 35th Floor
New York, New York  10018
Telephone: 212.696.1999
Facsimile:  212.566.4531
Barry R. Lax
blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com

*Attorneys for Defendant*

*/s/ Elinor Felcher Friedman*
**ELINOR FELCHER FRIEDMAN**

SO ORDERED this 1st day of June, 2017.

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE