**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 610-6300
Facsimile:   (212) 610-6399

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),  Defendant. | Adv. Pro. No. 11-02760 (SMB) |

**DECLARATION OF SERVICE**

KURT R. VELLEK hereby declares under penalty of perjury, pursuant to 28 U.S.C.

§1746, as follows:

1. I am employed as the managing clerk at Allen & Overy LLP, attorneys for ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) in the above captioned matter.

2. On June 2, 2017, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 11-02760 (SMB), ECF No. 93, a true and correct copy of *ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)'s Letter to the Court Regarding the Trustee's Contention that the Court Lacks the Authority to Enter an Order on Direct Certification* via the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York, thereby effectuating service upon those parties set forth on the attached Schedule A.

Dated: June 5, 2017
New York, New York

/s/ Kurt R. Vellek
Kurt R. Vellek

## **SCHEDULE A**

**Via ECF**

David J. Sheehan
Marc E. Hirschfield
Keith R. Murphy
*bhaa@bakerlaw.com*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Plaintiff Irving H. Picard, Esq.,
Trustee for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*