UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES INVESTORS PROTECTION
CORPORATION,

                Plaintiff,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

                Debtor.
-------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

      v.

ALVIN J. DELARE, JR, *et al.,*

                Defendants.
-------------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 09-01305 (SMB)

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF DAVID TATGE

Upon the motion of David Tatge to be admitted *pro hac vice* to represent Richard Spring, The Spring Family Trust, and the Jeanne T. Spring Trust in the above-referenced adversary proceeding, Adv. Pro. No. 09-01305 SMB (the "Adversary Proceeding"), and upon the movant's certification that the movant is a member in good standing of the bars in the State of Virginia and in the District of Columbia, it is hereby

ORDERED, that David Tatge is admitted to practice *pro hac vice* in the above referenced Adversary Proceeding to represent Richard Spring, The Spring Family Trust, and

485581-1-W

the Jeanne T. Spring Trust in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing fee has been paid.

Dated: June 5, 2017
New York, New York

                                                /s/ STUART M. BERNSTEIN
                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY