# Exhibit 1

# Not yet available
# for public filing