**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-05110 (SMB) |
| Plaintiff, | |
| v. | |
| UNITED CONGREGATIONS MESORA, | |
| Defendant. | |

TRUSTEE'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT
UNITED CONGREGATIONS MESORA
**AND DEFENDANT'S RESPONSES AND OBJECTIONS THERETO**

- 1 -

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Rules 7026 and 7036 of the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, the Case Management Notice (Case No. 08-01789, Dkt. No. 3141), and the Litigation Protective Order (Case No. 08-01789, Dkt. No. 4137) that govern discovery in this action, Defendant United Congregations Mesora ("UCM" or "Defendant"), by and through its attorneys, K&L Gates LLP, objects and responds to Trustee's First Set of Requests for Admission to Defendant United Congregations Mesora, dated August 18, 2014 (the "RFAs") as follows.

## DEFINITIONS

1. The rules of construction and definitions in Local Rule 26.3, as adopted in Rule 7026 of the Bankruptcy Rules, are hereby incorporated by reference. All defined terms, including those defined in Local Rule 26.3, are capitalized herein.

2. "Account" or "Accounts" means the BLMIS Account set forth on Exhibit A to the Complaint and any other BLMIS account in which any Defendant has or had any interest in any capacity, whether individually, collectively, or as a fiduciary.

3. "Applicable Period" means the period from May 21, 1996 to the present.

4. "BLMIS" means Bernard L. Madoff Investment Securities LLC, Madoff Securities International Ltd., Madoff Securities International LLC, Bernard L. Madoff, Ruth Madoff, and all affiliated Persons and entities, including, but not limited to, any officers, directors, agents, representatives, employees, partners, parent companies, subsidiaries, predecessor or successor and related entities, and affiliates of the above specifically identified Persons and entities.

5. "Complaint" means the complaint and any amended complaint(s) filed by the Trustee in this adversary proceeding.

6. "Defendant" means United Congregations Mesora.

7. "Transfer(s)" means any conveyance, transmittal, disposition, remittance, payment, or payments made by BLMIS during the Applicable Period to or on behalf of Defendant by any means including, but not limited to, cash, funds, property, or other value conveyed by check, wire transfer, debit, credit to an account, the return of property, withdrawal from an Account, or by any other manner as set forth under section 101(54) of the Bankruptcy Code or section 270 of the New York Debtor & Creditor Law. See 11 U.S.C. § 101(54); N.Y. DEBT. & CRED. Law § 270. "Transfer" also includes, but is not limited to, payments or conveyances of value by BLMIS to any third parties, including intermediaries, for the benefit of Defendant.

8. "You" or "Your" means United Congregations Mesora in any capacity, and/or anyone acting on United Congregations Mesora's behalf or for United Congregations Mesora's benefit, including any predecessor(s)-in-interest.

9. For all purposes herein, spelling, grammar, syntax, abbreviations, idioms, and proper nouns shall be construed and interpreted according to their context to give proper meaning and consistency to these Requests.

10. Reference to any Person that is not a natural Person and is not otherwise defined herein refers to and includes, but is not limited to, any parent, subsidiary, affiliate, division, branch, agency, representative office, predecessor, successor, principal, member, director, officer, shareholder, manager, employee, attorney-in-fact, attorney, nominee, agent, or representative of such Person.

## GENERAL OBJECTIONS

UCM makes the following General Objections to each of the Trustee's Requests for Admission, and expressly incorporates them into its specific responses set forth below. The failure to refer to a particular General Objection in response to any individual Request for Admission should not be construed as a waiver of that General Objection, in whole or part.

1. UCM objects to the definition of "Account" or "Accounts" as vague and ambiguous in the context of the Requests for Admission below. In responding to these Requests, UCM understands "Account" to mean solely BLMIS Account No. 1U0013. If some other account is intended, UCM requests that the Trustee clarify its discovery requests.

2. In providing these responses and objections, UCM does not in any way waive or intend to waive, but rather intends to preserve and does hereby preserve:

   a. All objections as to relevancy, materiality, and admissibility; and

   b. All rights to object on any ground to the use of any responses to this RFA as evidence in this or any other action, or in any subsequent proceeding.

3. These objections and responses are limited to the information available to UCM at this time. Further discovery, investigation, and other pretrial preparation may disclose additional or different information. Accordingly, UCM expressly reserves the right to correct, clarify, amend, and/or supplement the objections and responses herein, if and when it obtains additional information.

## REQUESTS FOR ADMISSION

1. Admit that Column 4 of Exhibit B to the Complaint accurately reflects the deposits made into the Account.

**RESPONSE:**

Admit.

- 4 -

2.  Admit that Column 5 of Exhibit B to the Complaint accurately reflects the withdrawals from the Account.

**RESPONSE:**

Admit.

Dated: October 15, 2014

                              **K&L GATES LLP**

                              By: _[signature]_

                              1601 K Street NW
                              Washington, DC 20006-1600
                              Telephone: 202.661.3730
                              Facsimile: 202.778.9100
                              Richard A. Kirby
                              Email: Richard.Kirby@klgates.com
                              Laura K. Clinton
                              Email: Laura.Clinton@klgates.com
                              Martha Rodriguez Lopez
                              Email: Martha.RodriguezLopez@klgates.com

                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing TRUSTEE'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT UNITED CONGREGATIONS MESORA AND DEFENDANT'S RESPONSES AND OBJECTIONS THERETO was served this 15th day of October, 2014 by:

electronic mail to:

> David J. Sheehan
> Nicholas J. Cremona
> Christa C. Turner
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> Email: dsheehan@bakerlaw.com
> Email: ncremona@bakerlaw.com
> Email: cturner@bakerlaw.com

electronic mail and overnight delivery to:

> Sammantha Clegg
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> Email: sclegg@bakerlaw.com

_____
Martha Rodriguez Lopez
An Attorney for Defendant