# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Dean D. Hunt
Direct dial: 713.646.1346
dhunt@bakerlaw.com

June 8, 2017

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:    *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, 08-1789 (SMB) (Substantively Consolidated); *Picard v. Carol Nelson*; Adv. Pro. No. 10-04658 (SMB).

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. and the estate of Bernard L. Madoff. We write in follow up to the pre-trial conference in the above referenced matter held on May 31, 2017 to provide the Trustee's availability for trial. We propose that trial in this matter occur on November 29 and 30, 2017 and offer January 23-25, 2018, as alternative dates.

Respectfully submitted,

/s/ Dean D. Hunt

Dean D. Hunt

cc:    Helen Davis Chaitman (hchaitman@chaitmanllp.com)