**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04289 (SMB) |
| Plaintiff, | |
| v. | |
| JOHN FUJIWARA and and GLADYS FUJIWARA, | |
| Defendants. | |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated estate of

Bernard L. Madoff individually, filed the above-captioned avoidance action against, among

others, Defendant Gladys Fujiwara; and

**WHEREAS**, Gladys Fujiwara died on May 18, 2016;

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between

the Trustee and John Fujiwara, in his capacity as the Personal Representative of the Estate of

Gladys Fujiwara (the "Estate"),[1] as follows:

1.    The Estate and John Fujiwara, in his capacity as the Personal Representative of

the Estate (collectively, the "Defendants"), are hereby substituted into this action in place of

Gladys Fujiwara, deceased, and the Complaint shall be deemed so amended (the "Amended

Complaint").

2.    The Clerk of the Court is hereby directed to amend the caption to remove Gladys

Fujiwara and substitute the Estate and John Fujiwara, in his capacity as the Personal

Representative of the Estate, as reflected on Exhibit A to this Stipulation.

3.    Undersigned counsel for the Estate, and John Fujiwara, in his capacity as the

Personal Representative of the Estate: (i) expressly represents that he has the authority to accept

service of the Amended Complaint on behalf of Defendants; (ii) waives service of the summons

and the Amended Complaint on behalf of Defendants; (iii) hereby waives any defenses based on

insufficiency of process or insufficiency of service of process of the summons and Amended

Complaint on behalf of Defendants; and (iv) expressly agrees that the amendment noted in

Paragraph 1 hereof shall not be considered an amendment under Federal Rule of Civil Procedure

15(a)(1)(A) or (B).

4.    Except as expressly set forth herein, the parties to this Stipulation reserve all

rights and defenses they may have.

5.    This Stipulation may be signed by the parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

---

[1] The probate action is captioned *Estate of Gladys Y. Fujiwara,* Case No. P-17-090661-E, District Court, Clark
County, Nevada.

300443687.1

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  June 7, 2017

/s/ Nicholas Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

/s/ Brian J. Neville
**Lax & Neville, LLP**
Brian J. Neville
1450 Broadway, 35th floor
New York, New York 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Email: bneville@laxneville.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC
and the estate of Bernard L. Madoff*

*Attorney for John Fujiwara, the Estate of Gladys
Fujiwara, and John Fujiwara in his capacity as
the Personal Representative of the Estate of
Gladys Fujiwara*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: June 8, 2017
New York, New York

300443687.1

## EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04289 (SMB) |
| v. | |
| THE ESTATE OF GLADYS FUJIWARA, and JOHN FUJIWARA, in his individual capacity and as Personal Representative of the Estate of Gladys Fujiwara | |
| Defendants. | |

300443687.1