UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>      v.<br><br>THE ABBIT FAMILY TRUST; LINDA ANNE ABBIT, individually and in her capacity as Trustee of the Abbit Family Trust 9/7/90; and JEFFREY BRIAN ABBIT, individually and in his capacity as Trustee of the Abbit Family Trust 9/7/90,<br><br>                              Defendants. | Adv. Pro. No. 10-04647 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: <u>August 18, 2017.</u>

2. The Disclosure of Case-in-Chief Experts shall be due: <u>October 27, 2017.</u>

3. The Disclosure of Rebuttal Experts shall be due: <u>December 15, 2017.</u>

4. The Deadline for Completion of Expert Discovery shall be: <u>January 19, 2018.</u>

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before <u>January 26, 2018.</u>

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before <u>February 16, 2018.</u>

7. The Deadline for Conclusion of Mediation shall be: On or before <u>June 8, 2018.</u>

Dated:  New York, New York  
       June 8, 2017

BAKER & HOSTETLER LLP

By: <u>*Nicholas J. Cremona*</u>  
David J. Sheehan  
Nicholas J. Cremona  
Dean D. Hunt  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*