**REITLER**
REITLER KAILAS & ROSENBLATT LLC

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
4 Independence Way, Ste. 120
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

www.reitlerlaw.com

Yann Geron
Direct Dial: (212) 209-3092
Email Address: ygeron@reitlerlaw.com

June 13, 2017

<u>VIA ELECTRONIC CASE FILING (ECF)</u>

Vito Genna, Clerk of Court
United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004

Re:   In re Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC, et al.; Adv. Pro. No. 08-01789-smb_____

Dear Mr. Genna,

By this letter I request to be removed as counsel of record in this case and to have my email address removed from all electronic case filing (ECF) notifications in this case. The matter in which I was involved in this case has concluded or been assigned to other counsel, and I am no longer involved in this case. Do not hesitate to contact me should you need any further information to process this request.

Thank you.

Sincerely,

*/s/ Yann Geron*

Yann Geron

cc:   All parties receiving notice via ECF