# <u>**EXHIBIT 21**</u>

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------x
In Re:

BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.
SECURITIES LLC,                       08-01789(BRL)

              Debtor.
--------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

              Plaintiff,              Adv.Pro.No.
                                      09-1182(BRL)

              v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

              Defendants.
--------------------------------x

                    *   *   *

           VIDEOTAPED DEPOSITION

        OF JEFFREY M. WEINGARTEN

                *   *   *

           TRANSCRIPT of testimony as reported

by NANCY C. BENDISH, Certified Court Reporter,

RMR, CRR and Notary Public of the State of

New York, at the offices of Baker Hostetler,

45 Rockefeller Plaza, New York, New York, on

Wednesday, July 15, 2015, commencing at 10:10 a.m.

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

                                                        Page 141

1    returns.

2         Q.      And was Madoff -- is it your

3    understanding -- strike that.

4              Was Madoff running a split-strike

5    conversion strategy?

6         A.      Yes.  He was running a

7    split-strike conversion strategy.

8         Q.      When you say better than would be

9    expected from a typical split-strike, what do

10   you mean by better -- what do you mean by better

11   than?

12        A.      Well, as I said before, if the

13   split-strike conversion strategy, for example,

14   was put on at the beginning of the year and left

15   on for the entire year, I would have expected

16   returns to be not quite as good as they were.

17        Q.      So it's just the length of the

18   execution and the strategy would result in lower

19   returns; is that correct?

20        A.      I think I might say it the

21   opposite, that by being in the market at certain

22   times and being out of the market at certain

23   times, it was possible to do better than staying

24   in the markets the entire time.

25        Q.      Do you -- have you done an

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

                                                        Page 142

 1   analysis on the returns in the Merkin fund BLMIS

 2   accounts?

 3        A.    I've looked at the funds in the

 4   Merkin accounts, yes.

 5        Q.    Have you done an analysis of the

 6   transactions that occurred in the Merkin fund's

 7   BLMIS accounts?

 8        A.    I've certainly looked at some of

 9   the transactions that occurred in the account,

10   yes.

11        Q.    When you say some of the

12   transactions, what do you mean by that?

13        A.    Well, I can't say that I've looked

14   at every single transaction done over the entire

15   period in which Merkin was invested with Madoff.

16        Q.    Okay.  Can you tell me

17   approximately how many transactions you've

18   looked at?

19        A.    No, I can't.  Only because I don't

20   remember.  I've looked at a number of

21   transactions and I've looked at -- I've looked

22   at a number of transactions.  I can't tell you

23   how many of the transactions I looked at.

24        Q.    Did you look at the -- I'm sorry

25   to be flipping around, but --

Picard v Merkin                         Jeffrey Weingarten 7/15/2015

1          A.      That's okay, I can manage.

2          Q.      Take a look at the bottom of page

3     3 of your report.  It says, where it's the last

4     full paragraph, it says, "It is also clear that

5     the philosophy would forego potential higher

6     profit opportunities in order to avoid risk of

7     loss.  For example, being out of the market

8     around highly volatile periods during which

9     options expire would be part of the philosophy."

10              Did you do an analysis to

11    determine if -- strike that.

12              Do you have an understanding of

13    when Mr. Madoff was out of the market?

14         A.      I have an understanding that there

15    were times when he was out of the markets, yes.

16         Q.      And do you have an understanding

17    of what those times were?

18         A.      Well, they were generally at the

19    end of -- I believe it was the end of quarters

20    or the end of the year, for sure.

21         Q.      And were those -- did you do any

22    analysis to determine if those were highly

23    volatile periods of time when he was out of the

24    market?

25         A.      I didn't do an analysis

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 144

```
 1   specifically, but having been a fund manager

 2   myself for many years, I know that there are

 3   certain times during the year, and very

 4   definitely at the end of the year, when, for a

 5   combination of reasons markets and individual

 6   securities are unusually volatile.

 7        Q.    But you didn't do an analysis on

 8   the transactions that were occurring in

 9   Mr. Madoff -- in the Madoff fund BLMIS accounts,

10   did you?

11        A.    No.  It was sufficient for me to

12   understand that there were times when the

13   markets were volatile.  And that I would

14   understand why someone would choose not to be in

15   markets at those particular times to avoid that

16   particular volatility.

17        Q.    Did you make a determination if

18   the market was particularly volatile at the end

19   of each quarter?

20        A.    Again, my experience as a fund

21   manager is that there were times when markets,

22   and particularly individual stocks, were

23   particularly volatile at the end of each

24   quarter, largely because many funds would engage

25   in what was typically called window dressing.
```

Picard v Merkin                           Jeffrey Weingarten 7/15/2015

Page 153

1    how Mr. Merkin was able to predict the market

2    movement?

3         A.     I don't know how he was able to

4    predict the market movement, but it was pretty

5    clear to me that over the period, at least one

6    or two of the periods that I looked at, that he

7    was able to take advantage of a market movement

8    that was unusual and was not sustainable for the

9    entire year.  And that's why I was able to make

10   the statement that had he been engaging in a

11   split-strike conversion strategy and implement

12   it at the beginning of the year and took it off

13   at the end of the year, his returns might not

14   have been as good as the returns he generated,

15   or allegedly generated, because he was able to

16   take advantage of intra-year market movement

17   that enhanced his returns.

18        Q.     And did you find this to be true

19   for the handful of transactions that you looked

20   at?

21        A.     Yes.

22        Q.     And when you say you looked at

23   transactions, are you looking -- is it more than

24   ten transactions?

25        A.     No.  I actually only looked at a

Page 154

1   few -- a couple of transactions that I remember.

2   I mean, I didn't go through many of them, but I

3   looked at a couple and was able to see exactly

4   how he was able to do -- how he was able to

5   generate returns.  For example, how he was able

6   to generate positive returns in down markets.

7        Q.     Okay.  When you say a couple of

8   transactions, are you saying two or three

9   transactions?

10       A.     Yes.

11       Q.     And for what time period were

12  those transactions?

13       A.     Again, it was a while ago, so I

14  don't remember exactly.  I think one was in

15  mid-2000s, 2004, something like that, and one

16  was in 2007.  Those are the only two that I

17  remember off the top of my head.

18       Q.     So other than those two and

19  possibly a third, you didn't look at any other

20  transactions in the Merkin fund BLMIS accounts?

21       A.     I don't remember looking at any

22  others but, again, I looked at those two and I

23  got a pretty good idea of how the timing of the

24  investments would generate significant benefits

25  over a buy/hold split-strike conversion

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 160

1          A.      Could you repeat that question.

2          Q.      Did you confirm or do any analysis

3     to confirm that execution -- strike that.

4                  Did you do any analysis to confirm

5     that the returns in the Merkin fund BLMIS

6     accounts were the result of Madoff's

7     particularly good execution?

8          A.      I did not do any myself.  As I

9     said, there were enough people who did that

10    analysis or believed that execution was superior

11    and that would have enhanced the returns.

12    Again, over what you might consider

13    straightforward split-strike conversion

14    strategy.

15         Q.      And who are you referring to when

16    you say enough people did that analysis?

17         A.      Well, for example, Mr. Pomerantz

18    was one of them.

19         Q.      And you reviewed Dr. Pomerantz's

20    report?  Did you review Dr. Pomerantz's report

21    in preparation of your rebuttal report?

22         A.      Yes.  And I read his transcript, I

23    think I said, subsequent to my coming here --

24    prior to my coming here, subsequent to my

25    submitting the rebuttal.

Picard v Merkin                        Jeffrey Weingarten 7/15/2015

                                                    Page 161

 1          Q.     Take a look at page 4 of your

 2   report.

 3          A.     Yes.

 4          Q.     The top partial paragraph where it

 5   says, "Mr. Merkin understood."  Do you see that?

 6          A.     Yes.

 7          Q.     It says:  "Mr. Merkin understood

 8   that Mr. Madoff had, by virtue of his long

 9   experience, the knowledge and ability to take

10   advantage of both market timing and stock

11   selection to improve returns over that which

12   would have been generated by a formulaic putting

13   on of the trades."

14                 Do you see that there?

15          A.     Yes.

16          Q.     How did you come to that

17   understanding?

18          A.     Which understanding is that?

19          Q.     Can you explain what you mean

20   there in that sentence?

21          A.     Well, what I meant was that

22   Mr. Merkin believed, understood, that Madoff's

23   ability to predict short-term market movements

24   would be an important factor in his ability to

25   generate returns, and that the ability to

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 162

1    predict short-term market movements was some

2    combination of a model, access to order flow and

3    his vast experience in the marketplace.

4         Q.      How do you know this is what

5    Mr. Merkin believed?

6         A.      Again, in reading various of his

7    notes and testimonies, depositions, when asked

8    to explain how he thought Madoff generated

9    returns, this was my interpretation and my

10   summary of all of the various comments that

11   Mr. Merkin made.  It was certainly the inference

12   that I drew from the various comments that

13   Mr. Merkin made about the alleged returns that

14   Madoff was making.

15        Q.      Do you know if Mr. Merkin

16   confirmed that Madoff's ability to predict

17   short-term market movements and his ability

18   to -- strike that.

19              Do you know if Mr. Merkin

20   confirmed that Mr. Madoff's ability to predict

21   short-term market movements was a factor in

22   generating the returns in the BLMIS accounts?

23        A.      I don't know what Mr. Merkin or

24   how Mr. Merkin confirmed that.  As I said, I

25   inferred from many of his comments that that is

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 163

1    certainly what he believed.

2              I could certainly imagine, for

3    example, that in looking how the fund performed

4    in, for example, down markets, how he could have

5    timed things such that he could make money, he

6    would have certainly seen that there were times

7    when the market was down and Madoff did make

8    money, but exactly how he confirmed in his own

9    mind I'm not entirely sure.

10             But as I said, I inferred from the

11   many comments that he made that he actually

12   believed that some combination of vast

13   experience in the market, access to order flow,

14   perhaps a proprietary model, all contributed to

15   his ability to time the market such that he

16   could earn returns above those which a

17   straightforward split-strike conversion strategy

18   would have returned and, indeed when I looked at

19   some of the results I was able to confirm in my

20   own mind how he was able to do that, and that

21   his market timing ability clearly was

22   demonstrable.

23        Q.   Can you turn to page, in your

24   rebuttal report, which is the second exhibit,

25   take a look at page 2 of that report.

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

1    think he had an ability to time the markets, I

2    wasn't only referring to market direction.  I

3    said he was able to time pricing of some of the

4    options, and what goes into the pricing of

5    options is both direction and the implied

6    volatility in the option.

7                   And it appeared in the times that

8    I was looking at is that he was able to make

9    money in down markets because of the way he was

10   able to take advantage of the pricing of the

11   options.

12        Q.    And is that a skill set that you

13   say that you don't have?

14        A.    Among the many, yes.

15        Q.    And are there any other skill sets

16   that would attribute to making money in a down

17   market?

18        A.    Well, I'm sure there are many

19   other skill sets that could allow you to make

20   money in a down market.  So I was particularly

21   focused on what Madoff allegedly was doing in

22   order for him to have made money in a down

23   market.

24                   As I said, at the initial stages,

25   and indeed again when I was looking at that

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 211

1    array of statistics that you were showing me,

2    that I would expect that Mr. Madoff would have

3    been able to make money in up markets, perhaps

4    not as much, and would not lose as much in down

5    markets.

6         Q.      And the array of statistics, are

7    you talking about the statistics set forth in

8    the Promeo document?

9         A.      Yeah, I'm talking about the

10   statistics that you had me look at before and,

11   as I said, at the initial stages that if I think

12   about -- if I thought about the philosophy and

13   the process and procedures as he outlined, I

14   would expect to see that in terms of the

15   performance.

16              And what I was curious about was

17   how he was actually able to make money in down

18   markets, and in the couple of instances that I

19   looked at, he was able to make money because he

20   was able to time accurately the pricing of some

21   of the options.

22        Q.      Do you know if -- strike that.

23              And this is what you did in order

24   to understand how Mr. Madoff was making money in

25   a down market; is that correct?

Picard v Merkin                        Jeffrey Weingarten 7/15/2015

Page 212

```
 1        A.      It's what I looked at, yes.

 2        Q.      And do you know for a fact if

 3   Mr. Merkin was also -- went through a process

 4   similar to what you just explained?

 5        A.      I don't know what Mr. Merkin might

 6   have done but I, again, as I said, in various

 7   things that I had read, Mr. Merkin believed that

 8   through some combination of experience in the

 9   markets, access to order flow, that he was able

10   to time the pricing of securities in a way that

11   would allow him to generate returns.

12        Q.      But you don't know if Mr. Merkin

13   actually did an analysis of order flow to

14   determine if the returns in the Madoff fund

15   BLMIS accounts were the result of order flow; is

16   that correct?

17              MR. STEINER:  Objection to form.

18              MS. HOANG:  I'm sorry, let me

19   rephrase it.

20        Q.      Do you know for a fact if

21   Mr. Merkin actually did an analysis to determine

22   if the returns in the Madoff BLMIS account was

23   the result of order flow?

24              MR. STEINER:  Objection to form.

25        A.      I don't know if he did, but I
```

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 213

 1   don't know how you could possibly determine

 2   that.

 3             So, I think what I said was that

 4   in various things that I have read, I inferred

 5   that Mr. Merkin knew that Mr. Madoff had, by

 6   virtue of his long experience in the markets and

 7   potentially by virtue of his access to order

 8   flow, that he was capable of using that to time

 9   the markets in order to produce the returns that

10   he was producing.

11        Q.    Do you know if Mr. Merkin actually

12   verified that the access to order flow could

13   generate the returns that were in the Madoff

14   fund accounts?

15        A.    I'm sorry, that's not what I said.

16   What I said was that I believed that -- I

17   inferred from what Mr. Merkin said that he knew

18   that some combination of market experience and

19   knowledge and access to order flow could, and

20   indeed would be used to help him time the

21   markets and producing superior returns.  That's

22   as much as I know.

23        Q.    And you're inferring that based on

24   the documents that --

25        A.    Based on a whole array of things

Picard v Merkin                          Jeffrey Weingarten 7/15/2015

Page 215

1    returns in down markets that you consider for

2    market timing?

3         A.     The answer to that question is

4    yes, and it also -- what I indicated is that it

5    is also the pricing of individual securities,

6    and in some cases the pricing of options, which

7    is a skill that he apparently had.  And when I

8    say he apparently had, as I indicated earlier,

9    had he actually made the investments that he

10   said he made, he would have made money in a down

11   market.

12              So there was no chicanery, there

13   was no -- this was actually not influenced by

14   the fraud in any way.  That if he indeed had

15   made the investments that he allegedly made over

16   that period of time, he would have made money in

17   a down market, and the ability to do that was a

18   function of his ability to accurately take

19   advantage of the pricing of certain of the

20   instruments in which he was investing.

21        Q.     So pricing is a component of your

22   market timing, your understanding of market

23   timing --

24        A.     The timing of the pricing of those

25   instruments, yes, absolutely.

Picard v Merkin                          Jeffrey Weingarten 7/15/2015

1          Q.    Do you know for a fact whether

2    Mr. Merkin also had this same understanding?

3          A.    I don't know what Mr. Merkin's

4    understanding was, other than what I said

5    before, that I inferred that he believed that

6    amongst Mr. Madoff's abilities and amongst the

7    tools that Mr. Madoff could use to generate

8    superior returns, were his ability, by virtue of

9    his experience and perhaps access to order flow,

10   to time the markets and accurately predict price

11   movements in the instruments to generate those

12   returns.

13         Q.    Mr. Weingarten, can you take a

14   look at page 4 of your report, your initial

15   report.  It's paragraph 4 of that report.

16         A.    Page --

17         Q.    Page 4, paragraph 4.

18         A.    Beginning with?

19         Q.    Let me double check that

20   reference.  Hold on one second.

21               It's the fourth full paragraph,

22   it's the last sentence.

23         A.    "It was clear from the outset that

24   Mr. Merkin --"

25         Q.    Yes.  If you look at, "In my

Picard v Merkin                          Jeffrey Weingarten 7/15/2015

 1    opinion."

 2            A.      Yes.

 3            Q.      Is it your opinion that Mr. Merkin

 4    could rely in large part on Mr. Madoff's

 5    reputation as part of his due diligence?

 6            A.      Yes.

 7            Q.      And is it your opinion -- strike

 8    that.

 9            And do you have an understanding

10    of what Mr. Merkin's knowledge of Mr. Madoff's

11    reputation was?

12            A.      Yes, I have an understanding of

13    it.

14            Q.      Can you tell me.

15            A.      But it's my understanding, not

16    necessarily his understanding, but my

17    understanding was that, as I indicated in here,

18    there was a long-standing relationship that was,

19    in part, personal, in part professional, and in

20    part having to do with the positions of

21    responsibility that he held within the financial

22    community.  And indeed one that was augmented by

23    many in-person meetings over the period of time

24    in which he was investing.

25            Q.      Do you have an understanding of

Picard v Merkin                        Jeffrey Weingarten 7/15/2015

                                                              Page 228

1    Madoff was able to generate positive returns in

2    a down market.  And why, if those circumstances

3    were repeated, he would always generate positive

4    returns in down markets.

5          Q.     And that's based on looking at

6    those two or three transactions that you

7    referred to before in 2004, 2007; is that

8    correct?

9          A.     Looking at those transactions,

10   understanding why the underlying pricing of some

11   of the instruments in which he invested could

12   generate the kinds of returns he did, and

13   understanding that, as I said, under similar

14   conditions he would almost always, if not

15   always, generate positive returns in down

16   markets, yes.

17         Q.     And do you have an understanding

18   if Mr. Merkin performed the type of analysis

19   that you've just described in order to determine

20   the positive returns in a down market?

21         A.     As I said before, I'm not sure

22   what analysis Mr. Merkin did.  I infer from

23   everything that Mr. Merkin -- not everything.  I

24   infer from the things that Mr. Merkin has said,

25   that he understood that through some combination

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

                                                              Page 229

1   of experience, access to order flow, that Merkin

2   was able -- sorry.  That Madoff was able to use

3   a variety of tools to time markets and price

4   instruments in a way that would permit him to do

5   substantially better than the market over a

6   period of time.

7             And that presumably, and again

8   this is not -- I would infer that since he was

9   looking at the performance on a fairly regular

10  basis, he would have been aware that there were

11  occasions in which Madoff allegedly made money

12  in down markets.

13       Q.    Can you turn to page 5 of your

14  initial report.  You see that second full

15  paragraph, the first two sentences -- first

16  three.

17       A.    I'm sorry, the first full

18  paragraph?

19       Q.    The second full paragraph.

20       A.    Second full paragraph.

21       Q.    Apologize for that.  Starts,

22  "Another, but absolutely critical, part."  Do

23  you see that?

24       A.    Yes.

25       Q.    If you could take a look at --

Picard v Merkin                          Jeffrey Weingarten 7/15/2015

```
                                                    Page 230
 1   actually, just take a look at the whole
 2   paragraph.
 3        A.    Yes.
 4        Q.    And when you say in that second
 5   sentence, "by that I mean get your money back,"
 6   are you talking about redemptions?
 7        A.    Yes.
 8        Q.    Have you reviewed the redemption
 9   history of the Merkin funds?
10        A.    I have not gone through ever
11   request for redemption to see if it was met.
12        Q.    Okay.  And when we're talking
13   about redemptions, I just want to make sure
14   we're on the same page.  It's redemption request
15   to BLMIS is what we're talking about?
16        A.    Yes.
17        Q.    Are you aware that there's periods
18   of years where there was no redemptions from the
19   Merkin funds to -- no redemption request from
20   the Merkin funds to BLMIS?
21        A.    I'm not aware of it but it
22   wouldn't surprise me if that were the case.
23        Q.    Why wouldn't it surprise you?
24        A.    It would be unusual in a fund that
25   was performing consistently well to have massive
```

Picard v Merkin                    Jeffrey Weingarten 7/15/2015

Page 233

1    with -- not something I concerned myself with.

2         Q.     Okay.  Would the ability to take

3    redemptions in a hedge fund be a characteristic

4    that you expect to see in all hedge funds?

5         A.     So, hedge funds have various

6    policies with respect to redemption.  And some

7    of them limit redemptions to monthly, some to

8    quarterly, some to annually.  Some limit

9    redemptions in absolute terms.

10                So there are varying degrees in

11   which hedge funds permit redemptions from their

12   funds.

13        Q.     Do you know what the redemption

14   policy was at BLMIS?

15        A.     I'm not aware of any stated

16   redemption policy, and so I would infer from

17   that that there was monthly liquidity in the

18   Madoff funds.

19        Q.     When you mean monthly liquidity,

20   are you talking about the availability of monies

21   in the Madoff funds, or -- strike that.

22                What are you talking about when

23   you talk about monthly liquidity?

24        A.     So that if you had an investment

25   with Madoff funds and you wanted to withdraw

**Picard v Merkin**                                        **Weingarten 7/15/2015**

**CONFIDENTIAL**

Page 256

1                              ERRATA SHEET

2

WITNESS NAME:  JEFFREY M. WEINGARTEN

3

PAGE/LINE                CHANGE                REASON

4

5      **See attached errata sheet**
       _____

6      _____

7      _____

8      _____

9      _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21     _____

22     _____

23     _____

24     _____

25     _____

**CONFIDENTIAL**

*Picard v. J. Ezra Merkin, et al.*, No. 09-1182 (SMB)
**Errata to the Transcript of the Deposition of Jeffrey M. Weingarten**
**July 15, 2015**

| Cite | Original Text | Change | Reason |
|---|---|---|---|
| 20:12 | broker-dealer and asset management | broker-dealer and asset manager | Clarity/Typo |
| 28:4-5 | Goldman Sachs asset management international | Goldman Sachs Asset Management International | Typo |
| 30:21 | swarth | swath | Typo |
| 31:3 | an investment opportunities | an investment opportunity | Typo |
| 50:4 | at all time | at all times | Typo |
| 77:3-4 | I think there are three other people directly report to him. | I think there are three other people who directly report to him. | Clarity/Typo |
| 111:14 | GSAMs, Golden Sachs asset management | GSAM, Goldman Sachs Asset Management | Typos |
| 113:23-24 | A.  Um-hum.  It's the second from the last paragraph, "It is very clear." | A.  Um-hum.<br>Q.  It's the second from the last paragraph, "It is very clear." | Clarity/Typo |
| 115:16-17 | other people who investment philosophy | other people whose investment philosophy | Clarity/Typo |
| 118:23-24 | understanding of what it was his investment philosophy was | understanding of what his investment philosophy was | Clarity/Typo |
| 134:9-10 | there would be different return profile | there would be a different return profile | Clarity/Typo |
| 147:9 | times that options expiration. | times that options expire. | Clarity/Typo |
| 173:3 | would not have produced the kind of results. | would not have produced those kind of results. | Clarity/Typo |
| 189:9-10 | when Mr. Merkin was investing with Mr. Madoff was still receiving | when Mr. Merkin was investing with Mr. Madoff, I was still receiving | Clarity/Typo |
| 193:11 | from most of my tenure | for most of my tenure | Typo |
| 219:7 | offered me $400 billion | offered me $400 million | Clarity/Typo |
| 231:6-7 | you would experience massive redemptions. | you would not experience massive redemptions. | Clarity/Typo |

**Picard v Merkin**                                        **Weingarten 7/15/2015**

**CONFIDENTIAL**

Page 257

```
 1                        JURAT

 2              I, JEFFREY M. WEINGARTEN, have

 3    read the foregoing deposition and hereby affix

 4    my signature that same is true and correct,

 5    except as noted above.

 6                             JEFFREY M. WEINGARTEN

 7
      THE STATE OF  New York

 8    COUNTY OF   New York

 9
10              Before me,  Connie Liu        , on this

11    day personally appeared  Jeffrey M. Weingarten

12    known to me (or proved to me on the oath of or

13    through  passport       (description of identity

14    card or other document) to be the person whose

15    name is subscribed to the foregoing instrument

16    and acknowledged to me that he/she executed the

17    same for the purpose and consideration therein

18    expressed.

19              Given under my hand and seal of office on

20    this  13th  day of  August      ,  2015  .

21       CONNIE LIU
      NOTARY PUBLIC-STATE OF NEW YORK
22          No. 01LI6285845
         Qualified in Kings County
23   My Commission Expires July 15, 2017   NOTARY PUBLIC IN AND FOR
                             THE STATE OF  NY

24

25    My Commission Expires:  July 15, 2017  .
```

**BENDISH REPORTING**
**877.404.2193**