# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK BY ANDREW M. CUOMO, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

Plaintiff,

-against-

Index No.: 450879/2009

ASCOT PARTNERS, LP, ASCOT FUND LIMITED, GABRIEL CAPITAL, LLC, and GABRIEL ALTERNATIVE ASSETS,

Defendants.

-------------------------------------------X

120 Broadway
23rd Floor
New York, New York 10271
July 1, 2010
10:11 a.m.

EXAMINATION BEFORE TRIAL of J. EZRA MERKIN, a representative of the Defendant in the above-entitled action, taken on behalf of the Plaintiff, held at the above time and place, and taken before Binita Shrestha, a reporter and Notary Public within and for the State of New York.

J. E. MERKIN

about options strategies, and think that I understood what that strategy was, what it purported to be, and how basically it worked.

I spent a lot of time doing due diligence on what the strategy was with Mr. Madoff and about Mr. Madoff's firm with others on Wall Street. We had any number of meetings with Mr. Madoff about the options. Even late in the game when we set up meetings for UBP and the fourth quarter of 2008, we focused on the options, we focused on how they worked with the stocks, we focused on how the strategy was meant to deliver the kind of return it did. I don't think options were something that were new to me, alien to me, or not understood by me.

I think Mr. Madoff's role in the industry, I think Mr. Madoff's stature and his firm's stature were all things we took into account in considering the appropriateness of the strategy.

Q. Have you now finished your answer?

A. Yes.