# EXHIBIT 2

**Page 1**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


--------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.

SECURITIES LLC,                       08-01789(BRL)

        Debtor.

--------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

        Plaintiff,             Adv.Pro.No.

                                09-1182(BRL)

        v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


        Defendants.

--------------------------------x



        VIDEOTAPED DEPOSITION OF J. EZRA MERKIN,

as reported by Nancy C. Bendish, Certified Court

Reporter, RMR, CRR, and Notary Public of the

State of New York, at the offices of Baker

Hostetler, 45 Rockefeller Plaza, New York, New

York, on Tuesday, February 24, 2015, commencing

at 9:47 a.m.

**Page 182**

1      Q.    Did you ever look at his focus
2   reports?
3      A.    I don't remember.  Certainly
4   discussed his focus reports.  I'm not sure I
5   discussed the focus reports with him with them,
6   with the focus reports, or just discussed them
7   with him without the focus reports.
8      Q.    Did it surprise you to learn that
9   his focus reports never reported the IA
10  business?
11         MR. STEINER:  Objection to form.
12     A.    I don't know.  I don't know
13  whether I knew that or not.  I can't remember
14  whether I knew that or not.  I think he
15  discussed them -- there's one conversation I
16  have in the back of my mind which was not then
17  which would -- which would not necessarily make
18  that a surprise.  I just truly don't remember.
19     Q.    My colleague points out that you
20  keep using the term "we."  I wasn't picking up
21  on that.  When you say "we" with regard to this,
22  Mr. Merkin, did anybody assist you with regard
23  to this endeavor to do due diligence on Mr.
24  Madoff?
25     A.    Back there at the first meeting?

**Page 183**

1      Q.    Yeah.
2      A.    Probably at the first meeting it
3   was me, myself and Mr. Madoff.  Subsequently,
4   certainly once we had made investments, Mike
5   Autera who runs my back office was on the phone
6   and participated in meetings at the Madoff
7   office and had his own phone calls with
8   certainly one of the persons in the Madoff
9   organization.
10         And the overall due diligence
11  process goes far beyond, at least in my head,
12  goes far beyond me.  The discussions with
13  investors over time, you know, the ongoing work
14  on the confirmations, the trips to his office
15  with investors, the visits there, their
16  questions of him, their questionnaires to us
17  about him, visits there in the office was part
18  of the due diligence process that makes "we" not
19  figurative, but it involves a number of
20  different people.
21     Q.    I understand that, but I was
22  talking specifically about your organization,
23  whether it's GCC, which didn't exist at that
24  point, as I understand it; is that correct?
25     A.    There was probably a management

**Page 184**

1   company then.  It might have not had that name.
2      Q.    Maybe it was Ariel Capital Corp.?
3      A.    Might have been Ariel Capital
4   Corp.
5      Q.    My question is just that.  I'm not
6   talking about other people who were investors
7   you may have talked to and other things.  My
8   question when I said "we," is there anyone else
9   within your organization, like Mike Autera, who
10  did due diligence with regard to the investments
11  in Mr. Madoff?
12         MR. STEINER:  Object to the form.
13     A.    By Mike I mean Mike Autera.  Mike
14  came with me to the office, to the Madoff
15  office, bringing investors to the Madoff office
16  and listening to their questions and his
17  answers, big part of the due diligence process.
18     Q.    I understand that and I appreciate
19  that testimony.  My question very specific
20  was --
21     A.    You're saying not including that?
22     Q.    Yeah, not including any of them.
23  Who, if anyone, in your organization, whether it
24  was Ariel or Gabriel Capital Corp., did due
25  diligence with regard to BLMIS?

**Page 185**

1      A.    The Madoff relationship in our
2   organization was heavily managed by Mike and me.
3   I'm not saying to the absolute exclusion of
4   everybody else, but it was basically Mike and
5   me.
6      Q.    Let's just go back just to that
7   last answer, the penultimate answer, actually.
8   That is, when you say you went to Mr. Madoff
9   with other investors and you talked to other
10  investors, did that -- well, let me start first
11  with the other investors.  The other investors,
12  did they know anything more than you knew?
13     A.    From time to time, sure.
14     Q.    What did they know, they told you
15  that you didn't know from talking to Mr. Madoff?
16     A.    I think from time to time they had
17  insights into the process that I might have
18  learned of from them in the first instance.
19     Q.    Such as?
20     A.    Than from him.
21     Q.    Such as?
22     A.    I'm not sure.  There's
23  something -- if you leave that question with me
24  I'll try to come up with something more
25  concrete.

47  (Pages 182 to 185)

## Page 306

1   some of the Russian restructures, sovereign debt
2   restructures.
3       Q.   Okay.
4       A.   Talking about Redacted
5       Q.   Yes.  What I was asking, actually
6   your answer maybe got me distracted.  What I'm
7   asking is, did he have familiarity with the
8   Madoff investments by Ariel, Gabriel and Ascot
9   while he was working at GCC?
10      A.   He might have known about them
11  because they weren't exactly secrets in the
12  office, and as he moved toward Redact if I
13  remember the name correctly, he essentially
14  began to allocate his clients' funds to
15  strategies.  I think at some point they were
16  investors in Ascot and I think at some point
17  they were investors in Ariel.
18          So, we must have discussed them
19  and what they were and he must have had some
20  sense of them.  When that happened, over what
21  time sequence, I don't really know relative to
22  this date.
23          I can tell you, because I remember
24  it, that he and I went for a visit to Mr. Madoff
25  at Third Avenue, Redacted    and I.  I don't

## Page 307

1   think -- I'm sure there was nobody named Redact
2   Redacte on that visit.  When that fits in
3   exactly in this time frame, I can't remember
4   either, but as part of what they were doing and
5   part of what Reda was doing, he asked for a
6   visit and we set up a visit.
7       Q.   Okay.  Still on the first page
8   it's the last one that starts with a quote, and
9   it reads:  The bigger question is volume and
10  options.  Do you remember saying anything to
11  that effect when you called Redacted
12      A.   I think I've told you that I don't
13  remember the specifics today of any call --
14      Q.   Right.
15      A.   I'm sorry, of any issues or any
16  subjects I discussed on that call.  I observed
17  that the quotes are not used only to reflect a
18  direct quote, as you suggested, but can also be
19  used to frame a paraphrase, or so the
20  parenthetical suggests, about halfway in the
21  middle of the page.
22      Q.   Yup.
23      A.   That is the editor's explanation
24  of how he uses quotes.  So, you know, I don't
25  know what he quoted and I don't know what he

## Page 308

1   paraphrased.
2          I think -- let's put it this way,
3   to the extent that I can make some sense of
4   this -- I don't really -- if we discussed --
5   Madoff was, was, I don't think Madoff failed to
6   answer too many questions certainly that I put
7   to him.
8          Where he would say that's -- that
9   that is a subject that he considers somewhat
10  proprietary is what you called the algorithm.
11  In other words, he wasn't that interested in
12  training people -- he used to say, I'm not
13  interested in training people in Madoff.  And by
14  that he meant to say, in the algorithm.  In
15  other words, this is the thing that we do that
16  we think is proprietary, it comes out of the
17  totality of what we spend on the computer
18  systems and the order flow and it lets us judge
19  these turns.  That was something that he would
20  answer and consider proprietary.
21          So I'm just guessing -- doesn't
22  even relate to this, so I don't know.  I've
23  spent five minutes looking at this document, I
24  wouldn't put this at the top of the list of what
25  he got wrong.  I think the top of the list is

## Page 309

1   crowded with other things that are just
2   factually wrong.  This one I think he either --
3   just assuming that he was on the same phone
4   call.  I don't know.
5       Q.   Let me just offer that and move
6   off the document for a minute.
7          You know, did you ever have a
8   concern, from a scalability standpoint, of the
9   ability of Merkin to -- Merkin -- Mr. Madoff to
10  purchase options consistent with the strategy?
11      A.   So purchase, you mean puts?
12      Q.   Yeah, purchasing puts, or selling
13  calls.  One or the other that, since he had to
14  do both theoretically under the split-strike,
15  that the volume of those options on either side
16  of the collar, whether that volume was available
17  to him given the size of his investments?
18          MR. STEINER:  Objection to form.
19      A.   Well, we still -- we now meaning
20  Mr. Madoff and myself, not Redacted
21      Q.   Right.  No, I'm not talking about
22  Redacted   anymore.
23      A.   Mr. Madoff and I certainly
24  discussed that over time and he certainly made
25  clear that an ever evolving higher percentage of

**Page 321**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


--------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT          Adv.Pro.No.

SECURITIES LLC,                       08-01789(BRL)

         Debtor.

--------------------------------x

IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

         Plaintiff,                 Adv.Pro.No.

                             09-1182(BRL)

         v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


         Defendants.

--------------------------------x



        CONTINUED VIDEOTAPED DEPOSITION OF

J. EZRA MERKIN, as reported by Nancy C. Bendish,

Certified Court Reporter, RMR, CRR, and Notary

Public of the State of New York, at the offices

of Baker Hostetler, 45 Rockefeller Plaza, New

York, New York, on Wednesday, February 25, 2015,

commencing at 9:42 a.m.

Page 510

1  listen to it today.  Where you can sort of hear
2  him a little bit kind of working the con, in a
3  way.
4       Q.   Did you do anything as a result --
5  did you change your due diligence practices as a
6  result of Bayou?
7       A.   I don't -- I certainly spent time
8  talking to Madoff about issues that related to
9  Bayou.  I'm not sure that we announced a whole
10  new revision to our due diligence procedures.
11       MR. SONG:  Now is a good point for
12  a break.
13       THE VIDEOGRAPHER:  Off the record
14  2:52 p.m.
15       (Recess taken.)
16       THE VIDEOGRAPHER:  Back on 3:12.
17  BY MR. SONG:
18       Q.   Mr. Merkin, if you could turn to
19  Trustee's Exhibit 354 and go to page 5 of that
20  exhibit.  First full paragraph, within that
21  first full paragraph there's a discussion of the
22  meetings that you arranged and participated
23  between Mr. Madoff and certain investors in the
24  funds.  Do you see that?
25       A.   Starting with the third sentence?

Page 511

1       Q.   From time to time.
2       A.   Yes.
3       Q.   We talked about Mr. Horowitz
4  already, correct?
5       A.   Um-hum.
6       Q.   Who is Ludwig Bravmann?
7       A.   Ludwig Bravmann is a gentleman who
8  was, I must say, very proud of the fact that he
9  was Bernard Madoff's predecessor as treasurer of
10  Yeshiva University, so he used to identify
11  himself from time to time, who is now I think a
12  vice-chairman of Yeshiva University and has been
13  a member of the Yeshiva University investment
14  committee certainly all the time that I sat on
15  that committee, which is probably 18-ish plus or
16  minus years.  Has had a very long career in the
17  securities industry going back to early Op Co
18  days, Oppenheimer & Company days, probably in
19  the early '50s.
20       Q.   Are you aware whether Mr. Bravmann
21  had a BLMIS investment?
22       A.   Well, various entities that relate
23  to him, certainly fiduciarily speaking, were
24  limited partners in Ascot Partners LP.  I don't
25  know if he had any other.

Page 512

1       Q.   You're not aware of a direct
2  investment with BLMIS?
3       A.   I'm not aware of one but I would
4  not necessarily be aware of one.
5       Q.   And what were the circumstances
6  related to the meeting that you set up between
7  Mr. Bravmann and Mr. Madoff?
8       A.   Don't remember.
9       Q.   Do you recall what time frame this
10  was in?
11       A.   No.
12       Q.   Did you attend that meeting?
13       A.   I don't remember.
14       Q.   Did you have -- did you take any
15  notes of that meeting?
16       A.   I don't remember.
17       Q.   And do you know if you have any
18  documentation at all evidencing this meeting?
19       A.   Did we produce any, may I ask?
20       Q.   Would you have had an email, say,
21  with Mr. Bravmann setting up the meeting?
22       A.   I might have.  I don't know.  I
23  would not testify that we didn't but I don't --
24  I don't know that that's the way it would have
25  happened.  It may have just been telephone calls

Page 513

1  that, for all I know, my secretary did and got
2  the times that worked for both of them.
3       They were -- they meaning neither
4  Mr. Bravmann or Mr. Madoff, as best as I can
5  remember, were very big on emails.
6       Q.   The next two names on the list
7  here are Alec Hackel and Christof Reichmuth.  Do
8  you see those?
9       A.   I do.
10       Q.   Who is Alec Hackel?
11       A.   Alec Hackel is a, I think, German,
12  of German origination, possibly a spot of South
13  Africa in there as well, very senior figure in
14  the commodities industry at Philip Brothers and
15  at Marc Rich & Company, who was based, in
16  relevant times, in Zug, Switzerland or in
17  Meggen, Switzerland and was, I think, the
18  chairman of the board, but certainly the senior
19  figure from the point of view of the
20  capitalization of a money management operation,
21  later licensed Swiss bank, called Reichmuth &
22  Company that had been started by Christof
23  Reichmuth's father Carl.
24       And perhaps to save you some
25  questions, at which Patrick Erne, which is the

49  (Pages 510 to 513)

**Page 514**

1  name after Christof Reichmuth, so to take those
2  three names together rather than two names
3  together...
4      Q.   Sure.
5      A.   ...worked.
6      Q.   Did there come a time when you set
7  up a meeting between Mr. Reichmuth, Mr. Hackel
8  and Mr. Madoff?
9      A.   I set up meetings for Mr. Hackel,
10 I set up meetings for Mr. Reichmuth, I set up
11 meetings for Mr. Erne. I don't know at which
12 meetings the two of them might have overlapped.
13     Q.   Did -- I want to start with
14 Mr. Reichmuth. Do you recall when you set up
15 the meeting for Mr. Reichmuth?
16     A.   Christof?
17     Q.   Yes.
18     A.   This would have probably been not
19 that long after Reichmuth & Company was started
20 by his father. So early in the period we're
21 talking about, but I don't remember when.
22     Q.   Does the late 1990s sound correct
23 to you?
24     A.   That's early in the period we're
25 talking about, so I can't remember exactly when.

**Page 515**

1  I would have conjectured 2000 but, you know,
2  it's not a different -- not a completely
3  different answer.
4      Q.   Do you recall attending the
5  meeting with Mr. Reichmuth and Mr. Madoff?
6      A.   I recall attending meetings at
7  Mr. Madoff's office with various members of the
8  Reichmuth staff. I'm not sure I remember this
9  one specifically.
10     Q.   Okay. Do you recall what the
11 purposes were of the -- do you recall what the
12 purposes of the meeting between Mr. Reichmuth
13 and Mr. Madoff were?
14     A.   Broadly speaking, Reichmuth &
15 Company had money management clients, of which
16 possibly Mr. Hackel was one and then had a whole
17 series of clients who I didn't know, and they
18 had -- over a period of time were in the process
19 of setting up at least one and probably two what
20 became fairly large fund of funds.
21 In the first one, chronologically,
22 they had a very large position relative to the
23 size of the fund in Ascot Fund Limited.
24     Q.   Did you ever tell Mr. Reichmuth
25 that BLMIS only acted as a broker for Ascot

**Page 516**

1  Fund?
2      A.   No.
3      Q.   Do you recall how many meetings
4  you set up between Mr. Reichmuth and Mr. Madoff?
5  Mr. Christof Reichmuth.
6      A.   No.
7      Q.   Was it more than one?
8      A.   Could very well be.
9      Q.   Did you ever disclose to
10 Mr. Christof Reichmuth that Ariel had capital
11 invested with BLMIS?
12     A.   To Christof specifically?
13     Q.   Yes.
14     A.   I don't remember a specific
15 conversation with Christof.
16     Q.   Okay. Do you recall setting up a
17 meeting for Mr. Patrick Erne and Mr. Madoff in
18 October of 2007?
19     A.   Sounds right.
20     Q.   Do you know if **Redacte** attended
21 that meeting?
22     A.   I believe he did.
23     Q.   And do you recall anybody else
24 that attended that meeting?
25     A.   Me.

**Page 517**

1      Q.   Anybody else from GCC?
2      A.   Don't think so. I don't remember,
3  but -- not that I remember.
4      Q.   Why was this meeting arranged?
5      A.   I'm sorry?
6      Q.   Why was the meeting arranged?
7      A.   At some point I guess both **Redac**
8  and Patrick had asked for a meeting with
9  Mr. Madoff, and -- Patrick was not here that
10 often. He used to swing around about three
11 times to year to visit managers, and so I asked
12 Bernie if it was okay to sort of basically
13 double up and to save wear and tear all around,
14 come to his office with two different investors
15 who had no relation with each other.
16     Q.   So was the meeting -- did
17 Mr. Madoff meet with both Mr. Erne and
18 **Redacted** simultaneously?
19     A.   It was one meeting.
20     Q.   It was one meeting. And all four
21 of you were together at the meeting?
22     A.   Correct.
23     Q.   Do you have any specific
24 recollection of what was discussed?
25     A.   I think we started from scratch