# EXHIBIT 6

08-01789-cgm   Doc 16158-6   Filed 06/13/17   Entered 06/13/17 18:04:08   Exhibit 6
Pg 2 of 4
Picard v. Merkin                CONFIDENTIAL              Redacted          11-21-13

Page 1

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
In Re:


BERNARD L. MADOFF INVESTMENT         Adv.Pro.No.


SECURITIES LLC,                      08-01789(BRL)


         Debtor.
---------------------------------x
IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

         Plaintiff,                  Adv.Pro.No.
                                     09-1182(BRL)
         v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,


         Defendants.
---------------------------------x


              ***CONFIDENTIAL***


         Videotaped deposition of Redacted
as taken by and before Monique Vouthouris, Certified
Court Reporter, RPR, CRR and Notary Public of the
States of New York and New Jersey, at the offices of
BAKER & HOSTETLER, 45 Rockefeller Plaza, New York, New
York on Thursday, November 21, 2013, commencing at
10:07 a.m.
```

**Page 18**

1 name, but not much more than that.
2    Q.  Okay. Did you know -- were you
3 familiar with the investment strategy of the Ascot
4 Fund?
5    A.  Not at the time.
6    Q.  What -- how would you characterize the
7 investment strategy of the Ariel Fund during that
8 time?
9    A.  It was a well-diversified portfolio
10 invested in different strategies and just longs --
11 longs and shorts, different types of securities, and
12 -- and that's -- that's about it.
13    Q.  During that time were you aware whether
14 the Ariel Fund had any investments with Mr. Madoff?
15    A.  I didn't know anything about that.
16    Q.  Okay. Do you know who Mr. Madoff is?
17    A.  Yes.
18    Q.  Okay. When did you first become aware
19 of Mr. Madoff?
20    A.  It was a name known on the street
21 because of Madoff Securities is one of the big market
22 makers. So I knew because of just I was working for a
23 Wall Street company.
24    Q.  Was Mr. Madoff ever discussed during
25 your employment at Gabriel Capital Group?

**Page 19**

1         MR. STEINER: Objection to form.
2    A.  No.
3    Q.  Do you recall if you were aware of
4 Mr. Madoff during your employment at Gabriel Capital
5 Group?
6    A.  As I mentioned before, it is a known
7 name in the industry.
8    Q.  Did you ever have any discussions about
9 Mr. Madoff between 1995 and 1997 -- sorry. 1995 and
10 1999 did -- let me strike that. I'll re-ask more
11 clearly.
12         During your employment at Gabriel
13 Capital Group, did you ever have any discussions about
14 Mr. Madoff with any other employee of Gabriel Capital
15 Group?
16    A.  No.
17    Q.  Have you ever met Mr. Madoff in person?
18    A.  Yes.
19    Q.  On how many occasions?
20    A.  One occasion.
21    Q.  Have you ever spoken with him on the
22 phone?
23    A.  No.
24    Q.  When was the occasion where you met
25 Mr. Madoff in person?

**Page 20**

1    A.  It was a meeting with Mr. Madoff and
2 Mr. Merkin and another investor at Mr. Madoff's
3 office.
4    Q.  Do you recall when that meeting
5 occurred?
6    A.  In 2007.
7    Q.  Who was the other investor who you
8 mentioned was present?
9    A.  That's the only time I saw the person.
10 I mean, I don't know who he was.
11    Q.  Okay. Now, I believe you stated that
12 in 1999 you left Gabriel Capital Group and began
13 employment at Redac Management. Is that correct?
14    A.  Yes.
15    Q.  Are you the founder of Redac
16 Management?
17    A.  Yes.
18    Q.  Can you describe for me the
19 circumstances under which you founded Redac
20 Management?
21    A.  Sure. It was just, I guess, right
22 place at the right time. When people were looking for
23 alternative investments in stable income with a low
24 probability of losing money in a diversified way, just
25 creating -- doing research on the hedge funds and

**Page 21**

1 combining different strategies of hedge funds so that
2 you create a portfolio that gives you good risk
3 adjustment returns.
4    Q.  So would it be fair to say that Redac
5 Management is an investment advisor?
6    A.  No.
7    Q.  How would you --
8    A.  Just research and due diligence
9 company.
10    Q.  Okay. So Redac Management provided
11 research and due diligence related services for
12 clients. Is that --
13    A.  Correct.
14    Q.  -- fair? Okay. At the time Redac
15 Management was founded in 1999, did it have any
16 clients?
17    A.  Yes, we started with a client.
18    Q.  Okay. Who was that client?
19         MR. GREENWALD: I don't think that's
20 germane to any issue in this case. If there is,
21 perhaps we could talk about it at a break. But given
22 the confidentiality obligations that Redac has to
23 all its clients, I would at least at this point
24 request that there be no inquiry into the identity of
25 clients unless there is some particular reason why

Page 42

1  reviewed that new prospectus and is providing a short
2  summary of what's contained therein. Is that correct?
3          MR. STEINER: Objection to form.
4      A.  Yes.
5      Q.  Did you ask Redacted to review
6  Ascot's new prospectus?
7      A.  Yes.
8      Q.  Do you recall generally what
9  Redacted reported to you after reviewing the new
10 prospectus?
11     A.  I don't remember, but I think it's
12 similar, a good -- a good summary of what we found
13 out.
14     Q.  Okay. At the -- towards the bottom of
15 the -- of the page there is a section under the
16 heading "Comments." Do you see that?
17     A.  Yes.
18     Q.  Redacted writes, "The documents are
19 still surprisingly vague by today's hedge fund
20 standards." Do you see that?
21     A.  Yes.
22     Q.  Do you recall having any discussion
23 with Redacted about that statement?
24     A.  I don't remember.
25     Q.  Did you ever, yourself, ever review the

Page 43

1  prospectus that's being discussed in this email?
2      A.  I don't remember.
3      Q.  Below that statement we just looked at,
4  it says, "Why create a U.S. master fund? This is
5  unusual." Do you see that?
6      A.  Yes.
7      Q.  Do you recall any discussion with
8  Redacted about this comment?
9      A.  I don't remember.
10     Q.  Do you recall -- do you have a general
11 understanding of the subject matter that the -- that
12 Redacted is referring to, in other words, the
13 creation of a U.S. master fund?
14     A.  Yes.
15     Q.  Can you explain what that means?
16     A.  Sure. It's a very popular structure
17 for a hedge fund is a -- is a master feeder, feeder
18 fund, because you have onshore investors and offshore
19 investors. But the portfolio is the same, so you have
20 to combine them somehow. So there is different ways
21 to do that. Most of the time I think that master fund
22 is -- is domiciled offshore. But in this case the
23 master fund is domiciled in the United States, which
24 is unusual, but not -- nothing out of the ordinary.
25     Q.  Did you ever have an opinion that the

Page 44

1  Ascot Fund's prospectus was vague?
2          MR. STEINER: Objection to form.
3      A.  I don't remember if I had an opinion
4  about that.
5          MR. JACOBS: We can take a break now.
6          MR. GREENWALD: Sure.
7          THE VIDEOGRAPHER: Off 11:11.
8          (Recess 11:11 a.m. - 11:27 a.m.)
9          THE VIDEOGRAPHER: Back on the record
10 11:27.
11 BY MR. JACOBS:
12     Q.  Redacted before the break we were
13 discussing the types of services that Redacte
14 Management provided to its client in connection with
15 investments in Ascot. Correct? And between -- and I
16 believe you stated that Redac Management was engaged
17 to begin those services in 1999. Is that accurate?
18     A.  Yes.
19     Q.  Could you describe for me in as much
20 detail as you can specifically what due diligence
21 Redac Management did on the Ascot Fund between 1999
22 and 2008.
23     A.  We examined all the documents that
24 provided -- were provided by Ascot Fund as offering
25 documents, articles, the statements. I had meetings

Page 45

1  with Mr. Merkin about the Ascot Fund. I met
2  Mr. Madoff with Mr. Merkin once, as I mentioned
3  earlier. We were looking at the trade tickets of
4  Ascot Funds to get better idea of the execution of
5  those trades and if it makes sense.
6          Also, we were talking to another feeder
7  and trying to compare their trades with the trades
8  that Ascot did. And then we were watching general
9  publications such as the article in Barron's and other
10 articles. That's about it.
11     Q.  You mentioned that in general, and
12 correct me if I'm misstating anything you said, it's
13 not my intention, that you mentioned that as part of
14 its due diligence Redac Management would try to
15 understand the investment strategy. Correct?
16     A.  Yes.
17     Q.  And in this case in connection with
18 Ascot, which was a feeder to BLMIS, that would be the
19 split-strike strategy. Correct?
20     A.  Yes.
21         MR. STEINER: Objection to form.
22     Q.  Did Redac Management ever come to
23 fully understand that investment strategy?
24         MR. STEINER: Objection to form.
25     A.  The only way to fully understand an