# EXHIBIT 7

Page 1

```
UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:


BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.


SECURITIES LLC,                           08-01789(BRL)



              Debtor.
---------------------------------x
IRVING H. PICARD, Trustee for the

Liquidation of Bernard L. Madoff

Investment Securities LLC,

              Plaintiff,                  Adv.Pro.No.
                                          09-1182(BRL)

              v.

J. EZRA MERKIN, GABRIEL CAPITAL,

L.P., ARIEL FUND LTD., ASCOT

PARTNERS, L.P., GABRIEL CAPITAL

CORPORATION,



              Defendants.
---------------------------------x


              ***CONFIDENTIAL***


        Videotaped deposition of  Redact

      as taken by and before Monique Vouthouris,

Certified Court Reporter, RPR, CRR and Notary Public

of the States of New York and New Jersey, at the

offices of BAKER & HOSTETLER, 45 Rockefeller Plaza,

New York, New York on Friday, November 22, 2013,

commencing at 10:06 a.m.
```

Page 18

1    A.    Well, there wasn't too much to look at
2  and I didn't have the primary relationship with
3  Mr. Merkin, Redacted did as a function of
4  working for him previously. So I had very limited
5  interactions with Mr. Merkin over the years in
6  comparison to another hedge fund investment that I may
7  cover, for example.
8    Q.    You stated that you looked at audit
9  financial statements and limited reporting for Ascot?
10        MR. STEINER: Object to form.
11   A.    Yes.
12   Q.    What was the limited reporting that you
13 looked at?
14   A.    I think he would write a letter that
15 didn't say much and send it in the mail. We would
16 also get monthly statements showing our balances and
17 AVs. That's all I can think of at the moment. Any
18 new -- any new legal documents as they change, legal
19 documents, I would take a look at that probably.
20   Q.    Did you ever meet personally with
21 Mr. Merkin in person?
22   A.    I don't believe I ever met with him
23 face-to-face. I think I walked by him in the office
24 and saw him there, and, of course, I've seen him on TV
25 and everything, so I know what he looks like. But I

Page 19

1  can't recall meeting him. I don't think I have ever
2  shaken his hand, shook his hand.
3    Q.    You mentioned a phone call in June 2003
4  that you had with Mr. Merkin?
5    A.    Yes.
6    Q.    Was anyone else on that call?
7    A.    Redacted
8    Q.    Did you have any other phone calls with
9  Mr. Merkin?
10   A.    Oh, that's a good question. Not that I
11 can recall.
12   Q.    Did you ever speak with any of
13 Mr. Merkin's employees at Gabriel Capital Corporation?
14   A.    Yeah, I coordinated a little bit with
15 his CFO, Mike Autera I think is his last name.
16   Q.    Did you ever meet with Mr. Autera in
17 person?
18   A.    Yes.
19   Q.    How many times did you meet with
20 Mr. Autera in person approximately between 2003 and
21 2008?
22   A.    May have only been once.
23   Q.    Did you speak on the phone with
24 Mr. Autera?
25   A.    It was very limited, if I did. I'm

Page 20

1  sure I did, but I'm sure it was not any in-depth
2  discussions.
3    Q.    Did you exchange any emails with
4  Mr. Autera?
5    A.    Yes.
6    Q.    Was your interaction with Mr. Autera
7  part of your ongoing due diligence of Ascot?
8    A.    Yes.
9    Q.    When you met with Mr. Autera that one
10 time that you can recall, what did you speak with
11 Mr. Autera about?
12   A.    The purpose of the visit was to obtain
13 further transparency into the investment by looking at
14 monthly statements and trade tickets from Mr. Madoff.
15   Q.    When did this visit occur?
16   A.    In 2003. I don't remember the exact
17 time. Probably summer.
18   Q.    And where was this meeting?
19   A.    In New York at their offices.
20   Q.    When you spoke with Mr. Autera on the
21 phone, do you recall generally what you would discuss?
22   A.    I think it was just setting up that
23 meeting really. I don't remember discussing much
24 else. I may have asked him some questions about
25 financial statements at one point or another. But

Page 21

1  nothing substantial that I can remember.
2    Q.    What was Ascot's investment strategy?
3    A.    My understanding was -- was fully
4  investing with -- with Madoff.
5    Q.    Are you familiar with the term "feeder
6  fund"?
7    A.    Yes.
8    Q.    Was Ascot a feeder fund into Madoff?
9         MR. STEINER: Objection to form.
10   A.    Yes.
11   Q.    When did you become aware that Ascot
12 was a feeder fund into BLMIS?
13        MR. STEINER: Objection to form.
14   A.    I don't remember. Prior to 2003.
15   Q.    Do you have any understanding of the
16 organizational structure of BLMIS?
17   A.    It's pretty limited, yeah.
18   Q.    What do you mean when you say
19 "limited"?
20   A.    I just don't know how much -- that much
21 about how it was structured.
22   Q.    Did you ever ask Mr. Merkin about the
23 structure of BLMIS?
24   A.    Yes, to some extent. I don't know if I
25 asked him personally or -- Redacted   probably

6 (Pages 18 to 21)