# EXHIBIT 8

**From:** J. Ezra Merkin
**Sent:** Sun, 09 Feb 2003 19:17:21 GMT
**To:** FERRO, NAOMI
**CC:** J. Ezra Merkin
**Subject:** Odds and Ends

---

1) Somethibg we tried to do a long while ago: Please call up to Dan Forman's sc'y at YU and ask her for another copy of the book that was distributed to each YU Trustee just before his / her first Board meeting. The book contains helpful material re YU and mine never arrived. (At the time, they claimed it was sent to the Atlantic Beach address. It ain't there neither.)

2) Please set up a date with Bernard Madoff for a visit from me and Gedale Horowitz. Each of the other two are expecting you to call to set up a time at everyone's convenience.

3) By co-ordinating with Jerry Hochbaum's office, set up an Inv. Comm. meeting for his group and Mik weiss, Morris smith, and me, in our conference room. Each of these gentlemen is expecting to hear from you on the subject. From Morris' perspective, you may try for the same day as the next YU Inv Comm meeting, if there is one. See (4), next. At some point we cannot wait for the next YU date to get scheduled.

4) We do need another YU meeting resonably soon (not super urgently). Please try to talk to the folks in Socol's office to scgedule the next three dates now, so that I can book the appropriate presentations. Three should take us into June / July, I think.

5) Please mail Shelby White at home the teo most recent G'b'l lp letters, and LHzns letter of mid Dec., 2002, and its original think piece(s) and the LHzns rtecord. Organize it ligically and include a cover note, or an English card, that tlls her tha I am sending along information on three different funds, as she and I discussed recently on the telephone.

6) Pleae mail to Dr. Henry Kaufman in his office the exact package as above, with a note, perhaps on an English card, that tells him the same thing we are telling shelby, except that he and I discussed it recently in his office.

**Confidential**                                                                                                              GCC-P 0245104