# EXHIBIT 10

```
                                                              1

 1              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
 2

 3     -----------------------------------x
       In Re:
 4
       BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.
 5     SECURITIES LLC,                           08-01789(BRL)

 6              Debtor.
       -----------------------------------x
 7     IRVING H. PICARD, Trustee for the
       Liquidation of Bernard L. Madoff
 8     Investment Securities LLC,

 9              Plaintiff,                       Adv.Pro.No.
                                                 09-1182(BRL)
10              v.

11     J. EZRA MERKIN, GABRIEL CAPITAL,
       L.P., ARIEL FUND LTD., ASCOT
12     PARTNERS, L.P., GABRIEL CAPITAL
       CORPORATION,
13
                Defendants.
14     -----------------------------------x

15

16

17              VIDEOTAPED DEPOSITION of JOHN L.

18     STEFFENS, as taken by and before NANCY C. BENDISH,

19     Certified Court Reporter, RMR, CRR and Notary Public

20     of the States of New York and New Jersey, at the

21     offices of BAKER & HOSTETLER, 45 Rockefeller Plaza,

22     New York, New York on Tuesday, October 9, 2012,

23     commencing at 10:10 a.m.

24

25
```

Page 72

1   Q.  Okay. That was going to be my next
2   question.
3   A.  Okay.
4   Q.  What was your understanding of how
5   the Ascot trades were cleared?
6   A.  Initially, originally it was my
7   understanding that they were being cleared through
8   Morgan Stanley.
9   Q.  And how did you get that
10  understanding?
11  A.  Through talking with Ezra.
12  Q.  You said initially that was your
13  understanding. Did you ever have a different
14  understanding?
15  A.  Yeah, sometime probably in 2004-2005
16  it was clear that that wasn't the case. That Madoff
17  cleared those trades. The only thing that was
18  basically at Morgan Stanley were I think additions
19  and redemptions from Madoff.
20  Q.  And how did you learn in 2004, 2005
21  that Madoff was clearing his own trades?
22  A.  Came from a due diligence effort that
23  we had done and conversations with Mike Autera.
24  Q.  Was the due diligence effort on
25  behalf of Spring Mountain or some client?

Page 73

1   A.  I believe that initially -- not
2   initially. I believe it was on behalf of the Aozora
3   Bank.
4   Q.  Would you spell that.
5   A.  A-z-o-r-a, I believe.
6   Q.  Okay. And what was the reason you
7   were conducting due diligence on Madoff on behalf
8   of -- well, was it only Madoff or -- strike that.
9   A.  No, it wasn't Madoff.
10  Q.  Strike that. On whose behalf were
11  you -- strike that. Geez.
12      What was the entity on which you were
13  conducting due diligence?
14  A.  Ascot.
15  Q.  Ascot, okay.
16  A.  Yes.
17  Q.  And after it came to your attention
18  from conducting your due diligence on Ascot and
19  talking to Mr. Autera, that Mr. Madoff was clearing
20  the Ascot trades, did you have a conversation with
21  Mr. Merkin about that?
22      MS. PRINC: Object to form.
23  A.  I actually don't recall a specific
24  conversation.
25  Q.  Do you recall generally ever raising

Page 74

1   the issue with Mr. Merkin in any fashion?
2   A.  No. I think it went back to the fact
3   that I looked at -- giving me significant amount of
4   comfort was the fact that even if Madoff was
5   clearing the trades, BDO Seidman certainly gave me
6   confidence that their annual audit process was
7   accurate and appropriate.
8   Q.  Is there an advantage to having
9   someone other than the person making the trades
10  clearing the trades?
11      MS. PRINC: Object to form.
12  A.  Yes. I think that there is an
13  advantage of having someone other than -- because if
14  they said in -- if they are cleared into an
15  independent account, I think that that's beneficial.
16  Q.  And it's beneficial because it's a
17  check and balance?
18  A.  Yes, a check and balance.
19  Q.  In your conversations with Mr. Merkin
20  concerning Mr. Madoff, did you ever discuss with him
21  who Mr. Madoff's accounting firm was?
22  A.  I don't believe I ever did. As I
23  said before, I was somewhat less concerned since I
24  knew that BDO was Ezra's accounting firm.
25  Q.  Did you ever, in your conversations

Page 75

1   with Mr. Merkin, concerning Mr. Madoff, have a
2   conversation in which you discussed whether he
3   received electronic records of trades executed by
4   Mr. Madoff?
5   A.  Yes. Several times.
6   Q.  What did he tell you about that?
7   A.  Well, he got trade notification from
8   Madoff. He put them into his own forms, which I saw
9   on numerous occasions, which outlined the positions
10  that Ascot had at any given time. And I saw those
11  trade sheets, not the ones that came from Madoff,
12  but I saw the ones that Ezra produced fairly
13  frequently. And I had conversations with Mike
14  Autera over time that said that those -- that trades
15  basically always resulted in the right numbers at
16  the end and that they reviewed them from that
17  standpoint. And I felt that that was, again, a good
18  check and balance.
19  Q.  Did you understand that the trade
20  reports always came in the mail and did not come
21  electronically from Mr. Madoff, to the Ascot?
22  A.  I don't think I understood that. I'm
23  not so sure it would have made any difference, but I
24  don't think I understood that they came only in the
25  mail, not electronically.