# EXHIBIT 11

| | |
|---|---|
| **From:** | Merkin, J. Ezra |
| **Sent:** | Fri, 07 Sep 2007 19:45:43 GMT |
| **To:** | 'Patrick Erne' |
| **Subject:** | RE: 21 August 2007 letter from the Harvard Management Company |

---

The markets are open on October 8th, and you should have no problem meeting people tat day and week.

I will see what I can do with Mr. M.

All best,
Ezra

---

**From:** Patrick Erne [mailto:patrick.erne@reichmuthco.ch]
**Sent:** Wednesday, September 05, 2007 8:14 AM
**To:** Merkin, J. Ezra
**Cc:** Christof Reichmuth
**Subject:** AW: 21 August 2007 letter from the Harvard Management Company

Dear Ezra

Thanks for your visit and your insights.
I just wanted to follow up on two things:
1) I am trying to fix the dates for the New York trip. I have targeted the week of October 8-12th. However, I saw that Monday, Oct 8th, is Columbus day in the States, but markets seem to be open that day. Do you think that people are working resp are available for meetings that day? Otherwise it would probably make more sense for me to do the trip a week later...
2) Regarding Bernie Madoff: If he is in New York during this time, and if it is not too inconvenient, I would be interested in meeting with him.

Hope to catch up with you in New York in October.
Kind regards

Patrick


Patrick Erne
Reichmuth & Co, Privatbankiers
Rütligasse 1
CH-6000 Luzern 7

Tel:    +41 41 249 49 29
Fax:   +41 41 249 49 39
http://www.reichmuthco.ch

　　　　-----Ursprüngliche Nachricht-----
　　　　**Von:** Merkin, J. Ezra [mailto:JEMerkin@gabrielcapital.com]
　　　　**Gesendet:** Dienstag, 4. September 2007 18:48
　　　　**An:** Christof Reichmuth; Patrick Erne
　　　　**Betreff:** 21 August 2007 letter from the Harvard Management Company

**Confidential**

Christof and Patrick,

Thanks for all the time you spent with me this trip. Your generosity is much appreciated.

I will follow up in a few days with 'the paragraphs,' as we discussed. I may have one or two other pieces to send, as well. In the meantime, I hope you find this of interest.

All best,
Ezra

**Confidential**