# EXHIBIT 15

From:    A. Green on behalf of yeshil@bluewin.ch
Sent:    Mon, 10 Mar 2008 20:05:19 GMT
To:      Merkin; J. Ezra
Subject: Bernie Madoff - Correction

Dear Ezra
realized that 2 + 3 April not workable but could substitute 1 April., 7 or 8 April better.

Confidential

GCC-P 0254582

**From:** Merkin, J. Ezra
**Sent:** Tue, 18 Mar 2008 20:31:26 GMT
**To:** 'A. Green'
**CC:** 'LibPin Green'
**Subject:** RE: Purim

---

Cute.

Simchas Purim.

I am working on a date with Bernie. I'll keep you posted.

Information on Spinnaker to follow next day or two.

I mentioned something to Felix yesterday that surprised him. It is probably unnecessary to mention to you that Erica Jesselson passed away last week. She was buried in Tel Aviv next to her husband. The family sat shiva in Jerusalem, Bunny continues to do so until tomorrow. Michael, Danny and Erica's sister Lucy Lang returned to New York. I paid a visit last night.

---

**From:** A. Green [mailto:yeshil@bluewin.ch]
**Sent:** Tuesday, March 18, 2008 8:30 AM
**To:** Merkin, J. Ezra
**Subject:** Purim

------ Forwarded Message
**From:** Yona Green <yonsara@gmail.com>
**Date:** Tue, 18 Mar 2008 14:17:39 +0200
**To:** "A. Green" <yeshil@bluewin.ch>, LibPin Green <green@uudial.ch>, Tolmitch <twerski@netvision.net.il>

Shelo usahni goy = BUSH
Shelo usahni Uved = Obama
Shlo usahni isha = Hillary
Pokayach Ivrim = PATERSON
Malbish arumim = Spitzer
ah freilen erev peirum!

------ End of Forwarded Message

Confidential                                                                                                                                          GCC-P 0254630