# EXHIBIT 16

**From:** Merkin, J. Ezra
**Sent:** Thu, 27 Mar 2008 20:36:12 GMT
**To:** 'A. Green'
**Subject:** RE: be such

After Pesach it will be. Uncle Bernie will be in Washington parts of both the 7th and 8th, and can't say for sure exactly what hours he will be in New York.

---

**From:** A. Green [mailto:yeshil@bluewin.ch]
**Sent:** Wednesday, March 26, 2008 6:37 PM
**To:** Merkin, J. Ezra
**Subject:** Re: be such

1st is not so good.

So if the 7th or 8th don't work than we will try for after Pessach.

Ahron

On 26/3/08 20:13, "Merkin, J. Ezra" <JEMerkin@gabrielcapital.com> wrote:


Assuming I understood your e-mail regarding your upcoming visit correctly, you are interested in visiting Uncle Bernie on April 1, 7 or 8. April 1 will work on his calendar. It will be much harder to catch him here on the 7th or 8th. Does the first still work for you?

**Confidential**

GCC-P 0254690