# EXHIBIT 17

| | |
|---|---|
| From: | Igolnikov, Roman |
| Sent: | Wed, 17 Dec 2003 21:04:46 GMT |
| To: | J. Ezra Merkin |
| Subject: | Meeting with Madoff |

---

Hi Ezra,

I apologize not to remember the time window to go see Bernie. My availability is good for Tuesday the 23rd 9-11:30am and 2-3:45 pm and quite open on Wednesday, 24th. If this does not work, my January calendar is quite open.

I forgot to mention to you that my daughter Irina got accepted in Cornell School of Architecture 5 years program.

Thanks,

**Roman Igolnikov**
Union Bancaire Privée Asset Management LLC
630 Fifth Avenue, 27th Floor,
New York, NY 10111
Tel: (212) 218-6761
Fax: (212) 218-6755
ri@ubpam.com

**Confidential**                                                                                      GCC-P 0245653