# EXHIBIT 19

Page 1

```
 1            UNITED STATES BANKRUPTCY COURT

 2            SOUTHERN DISTRICT OF NEW YORK

 3   ----------------------------------x
     In Re:
 4
     BERNARD L. MADOFF INVESTMENT              Adv.Pro.No.
 5   SECURITIES LLC,                           08-01789(BRL)

 6              Debtor.
     ----------------------------------x
 7   IRVING H. PICARD, Trustee for the
     Liquidation of Bernard L. Madoff
 8   Investment Securities LLC,

 9              Plaintiff,                     Adv.Pro.No.
                                               09-1182(BRL)
10         v.

11   J. EZRA MERKIN, GABRIEL CAPITAL,
     L.P., ARIEL FUND LTD., ASCOT
12   PARTNERS, L.P., GABRIEL CAPITAL
     CORPORATION,
13
                Defendants.
14   ----------------------------------x

15

16

17       VIDEOTAPED DEPOSITION of JOSHUA L. NASH, as

18   taken by and before NANCY C. BENDISH, Certified

19   Court Reporter, RMR, CRR and Notary Public of the

20   States of New York and New Jersey, at the offices of

21   WEIL, GOTSHAL & MANGES, 767 Fifth Avenue, New York,

22   New York on Thursday, October 18, 2012, commencing

23   at 2:11 p.m.

24

25
```

Page 26

1  Q.  Did you have any involvement in your
2  father's BLMIS investment?
3      MR. ALLERHAND: In Madoff?
4      MS. TRUONG: In Madoff.
5      MR. ALLERHAND: In the decision to
6  invest in Madoff.
7  A.  No.
8  Q.  Did you and your father ever talk
9  about his investment with Madoff?
10 A.  Yes.
11 Q.  What did you discuss?
12     MS. PRINC: Object to form.
13 A.  He asked me if I could -- he asked me
14 if I could look at his statements and if I could
15 figure out how Mr. Madoff was making money
16 consistently.
17 Q.  You said your father asked if you
18 could look at his statements. Do you mean his
19 account statements?
20 A.  Correct.
21 Q.  Did your father ask you to look at
22 any other documents?
23 A.  No.
24 Q.  Did your father ask you to look at
25 any trading tickets?

Page 27

1  A.  Don't recall.
2  Q.  Did you and your father discuss the
3  investment strategy that Mr. Madoff was employing?
4      MS. PRINC: Object to the form.
5  A.  After looking at the tickets, yes.
6  We discussed what it appeared he was doing.
7      MR. ALLERHAND: You mean the
8  statements?
9      THE WITNESS: The statements.
10 Q.  And what did you believe Mr. Madoff's
11 investing strategy was?
12     MS. PRINC: Object to form.
13 A.  It wasn't clear. The statements
14 showed buying highly liquid stocks, selling call
15 options on those stocks, and buying put options on
16 those stocks.
17 Q.  Are you familiar with the term
18 "split-strike strategy"?
19     MS. PRINC: Object to form.
20 A.  Yeah, now I am, yes.
21 Q.  Did you have an understanding of what
22 a split-strike strategy was at the time that you
23 were reviewing the account statements?
24 A.  I had never heard the term then.
25 Q.  When did you first hear of the term?

Page 28

1  A.  I don't recall.
2  Q.  Based on your review of the account
3  statements, were you able to understand the strategy
4  that Mr. Madoff was using?
5      MS. PRINC: Object to form.
6  A.  No.
7  Q.  Did you discuss this with your
8  father?
9  A.  Yes.
10 Q.  What did you discuss?
11 A.  We discussed how we didn't understand
12 how, by buying stocks, selling calls and buying
13 puts, one would have made money every month.
14 Q.  Did you reach out to anyone at BLMIS
15 after reviewing the statements?
16 A.  I didn't.
17 Q.  Did your father?
18 A.  He didn't reach out.
19 Q.  Okay. What did he do?
20 A.  He told Mr. Spring, who had
21 introduced him, that he wanted to get his money back
22 because he didn't understand how the money was being
23 made, thanked him for the introduction, but that he
24 was going to withdraw his account.
25 Q.  And how did Mr. Spring react to this

Page 29

1  discussion?
2      MS. PRINC: Object to form.
3  A.  I don't recollect.
4  Q.  Did you ever visit Mr. Madoff at his
5  office after reviewing the account statements?
6  A.  Yes.
7  Q.  Did you go with your father?
8  A.  Yes.
9  Q.  How many times did you visit
10 Mr. Madoff at his office?
11 A.  Once, I believe.
12 Q.  Do you know the approximate date of
13 that meeting?
14 A.  On or around the time that my father
15 withdrew, closed the account. So I would guess
16 eight months after this was signed, but that's an
17 approximation.
18 Q.  Do you know how that meeting was set
19 up?
20 A.  Yes.
21 Q.  How?
22 A.  Mr. Spring told my father that if he
23 was willing to come over, Mr. Madoff would like to
24 explain how he made his money.
25 Q.  Did you ask Mr. Madoff how he was

Page 30

```
 1  able to make the money?
 2          MR. ALLERHAND: Why don't you
 3  describe what happened at the meeting, rather
 4  than...
 5      A.   My father and I went over to the
 6  Lipstick Building, met with Mr. Madoff, Mr. Madoff
 7  discussed his money making -- excuse me, market
 8  making activities, as well as discussed some option
 9  activities. And that was the substance of him
10  discussing his investment approach.
11      Q.   Did Mr. Madoff describe to you his
12  investment strategy?
13          MS. PRINC: Object to form.
14      A.   Vaguely. He said he had lots of
15  orders coming through, had a view and a look at the
16  market through a lot of orders that he got from
17  brokers, both in stocks and options and, therefore,
18  he was able to put these positions on.
19      Q.   Were you satisfied with his
20  explanation?
21          MS. PRINC: Object to form.
22      Q.   Let me rephrase. Were you
23  comfortable with his explanation?
24      A.   No.
25          MS. PRINC: Object to form.
```

Page 31

```
 1      Q.   Why were you not comfortable with his
 2  explanation?
 3      A.   It wasn't, it wasn't clear to us how
 4  he made the money. It also wasn't clear to us how
 5  all these trades translated into individual
 6  accounts.
 7      Q.   Did you ask Mr. Madoff how all the
 8  trades translated into individual accounts?
 9      A.   Yes. Either I asked or my father
10  asked. I don't recall which of us asked.
11      Q.   What was Mr. Madoff's response?
12      A.   Something to the effect of, I
13  wouldn't worry about that because it all balances at
14  the end of the year. Balances or evens out,
15  something to that, I don't remember the exact words,
16  but that was the gist of it.
17      Q.   What was your reaction to that
18  explanation by Mr. Madoff?
19          MS. PRINC: Object to form.
20      A.   I don't know what my reaction -- I
21  don't know what the specific reaction was, but from
22  a business that was used to a formula of how one
23  allocated trades, it wasn't -- didn't seem a
24  satisfactory answer.
25      Q.   Is there anything else you recall
```

Page 32

```
 1  about the meeting that you had with your father and
 2  Mr. Madoff that we haven't already covered?
 3      A.   We had some discussion about the
 4  accounting firm. My father in particular raised the
 5  issue that why didn't Mr. Madoff have what at the
 6  time was the Big Eight, a Big Eight accounting firm
 7  for customer money.
 8      Q.   What is the Big Eight accounting firm
 9  for customer money?
10      A.   Well, there used to be. Now it's
11  what, the Big Four, the Big Three? There used to
12  be --
13          MR. ALLERHAND: The Final Four.
14      A.   Final Four. There used to be eight
15  accounting firms that were regarded as the top major
16  firms, the Deloittes, Touche Ross. Many of these
17  have merged. Alan Andersen.
18          MR. ALLERHAND: Arthur Andersen.
19      A.   Arthur Andersen. So that's what he
20  was referring to.
21      Q.   Did your father expect that
22  Mr. Madoff would use one of the Big Eight accounting
23  firms?
24          MS. PRINC: Object to form.
25      A.   We used Deloitte and most of the
```

Page 33

```
 1  partnerships we invested in used major accounting
 2  firms.
 3      Q.   And why is that?
 4      A.   Whether it was true or not, it gave a
 5  certain sense of satisfaction and comfort to
 6  investors.
 7      Q.   When did you find out about
 8  Mr. Madoff's accounting firm?
 9      A.   When my father asked the question --
10      Q.   At the meeting?
11      A.   -- at the meeting.
12      Q.   Do you know who that accounting firm
13  was?
14      A.   It had two or three names in it that
15  I didn't recognize.
16      Q.   Were you concerned that Mr. Madoff
17  was not using one of the Big Eight accounting firms?
18          MS. PRINC: Object to form.
19      A.   Yes.
20      Q.   Why were you concerned?
21      A.   Because most other firms used Big
22  Eight accounting firms and they were firms that one
23  knew about. Didn't mean they couldn't make
24  mistakes, but they were large, independent,
25  reputable firms.
```

9 (Pages 30 to 33)