# EXHIBIT 20

From: AUTERA, MIKE
Sent: Thu, 17 Jun 2004 14:49:18 GMT
To: 's3.takahashi@aozorabank.co.jp'
CC: 'CBRODY@aol.com'
Subject: RE: Follow up

---

Substantially all of Ascot Fund's assets are allocated and held at Bernard L. Madoff Investment Securities LLC. Ascot has no clearing, trading, or prime brokerage arrangements with other investment firms at this time.

-----Original Message-----
From: s3.takahashi@aozorabank.co.jp [mailto:s3.takahashi@aozorabank.co.jp]
Sent: Thursday, June 17, 2004 5:32 AM
To: AUTERA, MIKE
Cc: 'CBRODY@aol.com'
Subject: RE: Follow up

Mike,

Thank you for your prompt response.

Could you provide us the same kind of information not only about Ariel but also about Ascot? Your DDQ says Bernard L. Madoff & Co. is the sole custodian and prime broker for Ascot Fund Limited.

We really appreciate your assistance.

Best regards,

Seiichiro
------------------------------------
SEIICHIRO TAKAHASHI
AOZORA BANK, LTD.
Credit Products Division
3-1, Kudan-minami 1-chome
Chiyoda-ku, Tokyo 102-8660, Japan
Phone: +81-3-5212-9845
Facsimile: +81-3-3222-1287
E-mail: s3.takahashi@aozorabank.co.jp
URL: http://www.aozorabank.co.jp/
------------------------------------

"AUTERA, MIKE"



Confidential                                                        GCC-P 0155285

&lt;AUTERAM@GABRIELCA  宛先: "'s3.takahashi@aozorabank.co.jp'" &lt;s3.takahashi@aozorabank.co.jp&gt;, "'CBRODY@aol.com'"

PITAL.com&gt;   &lt;CBRODY@aol.com&gt;

cc:

2004/06/17 08:17   件名: RE: Follow up

Seiichiro,

We have requested the audited financial statements and the independent auditor's report on internal control for Bernard L. Madoff

Investment Securities LLC. This is an entity at which Ascot and Ariel maintains brokerage accounts. I will forward these reports to you as soon as I receive them.

The percentage of Ariel's capital allocated to its Madoff account has varied between 10% and 25% depending upon opportunities in the strategy and the overall liquidity of the Ariel portfolio.

Ariel Fund Ltd maintains regular brokerage/trading accounts with most of the large Investment firms in the United States and Europe. In addition, Ariel has prime brokerage agreements with several firms. Morgan Stanley & Co and Bear Stearns (both in New York) are Ariel's primary prime brokers (the overwhelming bulk of Ariel's marketable and publicly traded

securities are held at one of these two firms). The prime brokers also hold cash balances on behalf of Ariel. These securities and cash serve as collateral for any amounts due to the brokers as well as collateral for any swaps or short sales.

Ariel may have counterparty risk with the firms in which it trades during the period between trade date and settlement date. Ariel may also have credit risk with those firms that hold assets (cash and fully paid for securities) on its behalf.

Please let me know if additional questions arise. Best regards,
Mike


-----Original Message-----
From: s3.takahashi@aozorabank.co.jp [mailto:s3.takahashi@aozorabank.co.jp]
Sent: Wednesday, June 16, 2004 6:33 PM
To: auteram@gabrielcapital.com
Subject: Fwd: Follow up


Michael,

Thank you very much for sending us DDQs and other materials both for Ariel and Ascot. We really appreciate your assistance.

**Confidential**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**GCC-P 0155286**

Although we've got them, we still need more information about the prime broker and the custodian. As Chris already asked you in the previous e-mail (see attached below), we would repeat the following questions;

1. Do you get audits for the entity that clears with at Bernie Madoff's? 2. What percentage of Ariel's assets are traded, cleared and kept at Madoff's? 3. Do you have any counter party risk and who else do you clear through or have counter party risk with? (Ezra mentioned Goldman Sacks and Morgan

Stanley)
(additionally) 4. Could you send us a copy of the most recent audit of the custodian ("Bernard L. Madoff & Co.") of the fund?

We would appreciate if you could provide us these information within a few days since we're preparing for our Investment Committee early next week.

Seiichiro Takahashi
------------------------------------
SEIICHIRO   TAKAHASHI
AOZORA BANK,  LTD.
Credit Products Division
3-1, Kudan-minami 1-chome
Chiyoda-ku, Tokyo 102-8660, Japan
Phone: +81-3-5212-9845
Facsimile: +81-3-3222-1287
E-mail: s3.takahashi@aozorabank.co.jp
URL: http://www.aozorabank.co.jp/
------------------------------------


-----Original Message-----
From: CBRODY@aol.com [mailto:CBRODY@aol.com]
Sent: Tuesday, June 01, 2004 10:38 PM
To: auteram@gabrielcapital.com
Cc: JEMerkin@gabrielcapital.com; s3.takahashi@aozorabank.co.jp
Subject: Follow up

Michael,

Could you please let us know when the following documents will be available:

Due diligence questionnaire on Ascot and;

Due diligence questionnaire on Ariel.

Also, in our meetings Ezra mentioned that Bernie Madoff clears his owns trades. In their due diligence review a manager mentioned he was not sure if Bernie Madoff's organization published financial audits to the public.

Do you get audits for the entity that clears with at Bernie Madoff's?

What percentage of Ariel's assets are traded, cleared and kept at Madoff's?

Do you have any counter party risk and who else do you clear through or have counter party risk with? (Ezra mentioned Goldman Sacks and Morgan Stanley)

Confidential

GCC-P 0155287

We plan on finishing our review in the next 2 weeks ad going to investment committee thereafter with the intention of funding by July 1, 2004.

Thank you for your assistance.

Christopher Brody
Aozora Bank, Ltd.

Confidential

GCC-P 0155288