# EXHIBIT 21

**From:** Autera, Michael
**Sent:** Tue, 30 Oct 2007 11:14:15 GMT
**To:** 'Renee Nadler'
**Subject:** RE: Quick Question from Tufts

Historically, the non-Madoff strategies have represented less than 5% of Ascot's gross exposure. The exposure in 2007 has been less than 5% as well.

**From:** Renee Nadler [mailto:rnadler@invoff.trustees.tufts.edu]
**Sent:** Monday, October 29, 2007 4:45 PM
**To:** Autera, Michael
**Subject:** RE: Quick Question from Tufts

Hi Mike,
Nice to see you when we were in NY last week. A quick follow up question for you:

Ezra mentioned that a portion of Ascot is being managed internally with LEAPs and other option strategies. Could you let me know what % of capital is allocated to positions beyond the capital allocated to the Madoff team. (I don't need a precise number, just trying to get a sense of what it has been on average in 2007 and how that compares to other years.)

Thanks!

Renee

_____
Renee Nadler, CFA
Director of Investments
Tufts University
151 Merrimac Street, Suite 600
Boston, MA
02114

617-627-3491 (tel)
617-627-6754 (fax)
RNadler@invoff.trustees.tufts.edu (e-mail)

Confidential

GCC-P 0193623