# EXHIBIT 23

YESHIVA UNIVERSITY
BOARD OF TRUSTEES
INVESTMENT COMMITTEE

MR. GEDALE HOROWITZ, CHAIRMAN

December 21, 1992

MINUTES

A meeting of the Board of Trustees Investment Committee was held
in the offices of Mr. David Gottesman at 4:00 p.m. on Monday
afternoon, December 21, 1992.

Present:    Mr. Robert Beren, Mr. Ludwig Bravmann, Mr. David
Gottesman, Mr. Gedale Horowitz, Ms. Billi Ivry, Mr. J. Ezra
Merkin, Dr. Sheldon E. Socol and  Ms. Abigail Mason of Cambridge
Associates.

1.   The investment performance as at November 30 was reviewed for

     each of the fund managers:

     ● OPPENHEIMER


     The Committee expressed the opinion that Oppenheimer's 1992

     performance was "very good".   Questions were raised, however,

     concerning their reporting format and Dr. Socol was asked to

     reconcile with University records their data concerning

     opening fund balances and the amount of withdrawals.   Dr.

     Socol was also asked to report at the next meeting concerning

     the policies and procedures applicable to "income" received

     by the University each year from the various fund managers.

     ● NEUBERGER AND BERMAN

        The Committee expressed its satisfaction of the

        performance of Neuberger and Berman.   To assure

1

**Confidential**
**Treatment Requested**



YU 0000724

performance reporting consistency of all the fund
managers, Dr. Socol said that he would undertake, with the
help of Cambridge Associates, to develop a more meaningful
reporting format.

● EUROPACIFIC GROWTH FUND

While it is somewhat premature to evaluate the performance
of the funds invested in the EuroPacific Growth Fund, the
value of the fund did decline by approximately 2% over the
previous 30 days, which today is, in view of the
relatively depressed condition of the foreign markets, to
be expected with global investment funds.  It was decided
to invite a representative of EuroPacific to attend the
next meeting of the Committee.

● MILLER, ANDERSON & SHERRERD

The management by Miller, Anderson & Sherrerd of 30
million dollars was undertaken only within the last 30
days, no comments could, therefore, be made concerning
their performance.  On balance, it was noted that, to
date, they appear to be investing the funds aggressively.
It was pointed out, however, that while some of the
investments held by MAS appear to be high coupon, high
quality, others are very clearly not investment grade.
It also appears that they had purchased a substantial
amount of what could be called "junk" bonds and that they,
at least, as of the November 30 reporting date appear to
have a high cash position.  Many questions were raised,

2

Confidential
Treatment Requested

YU 0000725

however, concerning their reporting format and the definitions they use to refer to "yield to maturity" and "current yield". The reporting format also did not provide crucial information such as the average life of the portfolio, the duration of maturities, and the yield to maturity based upon purchase cost.

The investment guidelines with Miller, Anderson & Sherrerd were reviewed by the Committee and it was suggested that the guidelines be modified to provide that investments should not be made in less than double "BB" obligations. These issues will be discussed with MAS by Cambridge Associates and a complete report will be prepared for the next meeting.

2.   Dr. Socol presented a schedule identifying the assets managed by the various fund managers, which indicated that in the aggregate some 36% is now invested in equities under the assumption that the 100% equity managers have indeed invested all the assets that they manage in equities.

The non-supervised assets were identified and briefly described.

It is the objective of the Committee that ultimately all the endowed assets of the Institution should be managed under the oversight and guidelines set by of the Investment Committee and that over time those that today are being managed consistent with certain donor preferences, should be consolidated as part of the investment pool to the degree it

3

Confidential
Treatment Requested

is practical to do so.

3. Dr. Socol referred to the Minutes of the December 1st meeting
and said that the Committee had previously decided that after
the national presidential election, subject to market
conditions, an additional 30 million dollars is to be
deposited for management with Miller, Anderson & Sherrerd.
In view of economic conditions and the questions raised
concerning their reporting format and the "quality" of the
investments being made, it was decided to defer the
implementation until the questions raised can be
satisfactorily answered.

4. Dr. Socol pointed out to the Committee that they had
indicated a desire to move toward an equity asset allocation
of approximately 50% and that since some 36% was now invested
in equities 14% additional percent of the market value of the
endowment fund can now be invested in the equity market.  The
Committee expressed its view that it should proceed toward a
50% equity position on a long term basis but should do so
with great caution.

The Committee agreed that on a long term basis the
equity market consistently outperforms the fixed income
market, yet the time horizon to measure equity performance
should be five years or greater.

A lengthy discussion followed concerning various investment
strategies.  Ms. Mason reviewed her report concerning
prospective "hedge fund" managers for the Committee and

4

Confidential
Treatment Requested

pointed out the various definitions and structures under the general category of hedge funds which include varying investment styles and strategies, as well as the concerns inherent in the use of such strategies.

The Committee confirmed its prior decision not to invest funds with any individual or firm which is under any investigation "cloud", which eliminated certain possible managers. Many names, as possible investment mangers, were suggested by members of the Committee and varying investment styles and approaches were discussed in considerable detail.

Ms. Ivry raised, once again, for consideration, the possible investment in mutual funds such as the Putnam Fund. Discussion followed, and it was decided to review this matter again in the future, pointing out the advantages and disadvantages of mutual funds as compared to the other investment opportunities under consideration.

5.  Mr. Ezra Merkin, in response to the request made of him to do so during the December 1 meeting of the Committees, presented his report and analysis concerning various investment strategies and potential managers for each strategy. Consistent with the Committee's earlier decision, a plan was discussed for 25 million dollars to be so invested to be divided among six or seven managers in amounts ranging from 2.5 million dollars to 5.0 million dollars.

Mr. Merkin pointed out that the objective is to increase

Confidential
Treatment Requested

YU 0000728

return at the lowest possible risk and that on a risk adjusted basis, especially in a downward or meandering market, the type of management suggested should do better than the more traditional investment opportunities. The Committee expressed its awareness of the fact that the investment approach being considered requires the recognition of certain realities. Rather than the receipt of trade notices, the University will, in their place, receive quarterly letters and reports that are often unaudited. In certain instances the University may from time to time, therefore engage an independent audit of its investment. Liquidity varies with the investment opportunity, and prior notice is required and the timing of that notice is important to assure a prompt return of principal. While communication with the fund managers of the type under discussion is certainly possible, it is not as easily achieved as with typical fund managers and the information obtained may to the unsophisticated be a source of some discomfort. The members of the Committee understood full well the characteristics of the type of investments under discussion and the names of those suggested were well known to them as was their business and professional reputation. Ms. Mason and Dr. Socol pointed out that investment in certain types of Limited Partnerships may give rise to Unrelated Business Taxable Income (UBTI).

Mr. Gottesman pointed out that it was important to select managers and investment opportunities that have proven in the past that they could stay the course since in today's highly

6

Confidential
Treatment Requested

YU 0000729

valued market, "When you fill the bathtub, all the toys float
and the problem begins when you pull the plug.".

There was unanimous agreement, after considerable discussion
and analysis, that it is in the best interest of the
University to invest 25 million dollars, consistent with the
plan being discussed, one that the University has sufficient
endowment funds to now make it prudent to do so. It was
further decided that to the degree possible, the investments
should be made by December 31st since the opportunities to
invest in the way proposed is limited and that the
representatives of several of the desirable investment
opportunities have indicated in prior conversations that
only as an accommodation to the University would they be
prepared to accept new "accounts" and that this offer should
be accepted without delay especially since December 31 is an
opportune time for such investments. It was then decided
unanimously to proceed with the following investments:

| | | |
|---|---|---|
| A. | Madoff and Company (Ascot Partners L.P.) | $5.0 million |
| B. | Ardsley Partners | $5.0 million |
| C. | J Fund | $2.5 million |
| D. | Kingdon Capital | $2.5 million |
| E. | Pequot Partner | $2.5 million |
| F. | Bentley Capital | $2.5 million |
| G. | Wellington Partners | $2.5 million |
| H. | Siegler-Collery | $2.5 million |
| | | |
| Total | | $25.0 million |

7

**Confidential**
**Treatment Requested**

**YU 0000730**

If it proves, for whatever reason, to be impractical to place any one or more of these investments at this time, the Committee agreed that the funds are to remain uninvested until the Committee meets again and makes an alternative decision.

The Committee authorized Dr. Socol with the help of Mr. Merkin to proceed to place these investments. Mr. Merkin was thanked for his valuable assistance.

The Committee decided to meet again on Monday afternoon, January 25, 1993 at 3:30 p.m. in Mr. Gottesman's office to continue its deliberations and to receive status reports concerning the implementation of prior decisions. A representative of The Euro Pacific Growth Fund will be invited to that meeting.

.Meeting was adjourned at 7:25 p.m.

Minutes prepared

Sheldon E. Socol

8

Confidential
Treatment Requested

YU 0000731

YESHIVA UNIVERSITY ENDOWMENT FUND
IN $000'S

JANUARY 1, 1993

| MANAGER | AVERAGE CAPITAL | MONTHLY CHANGE $ | % | Y-T-D CHANGE $ | % | CURRENT VALUE | PREVIOUS VALUE | % |
|---|---|---|---|---|---|---|---|---|
| **I. OPPORTUNISTIC TRADERS** | | | | | | | | |
|  | $0 | | | | | $0 | $0 | 0% |
| SUBTOTAL | $0 | | | | | $0 | $0 | 0% |
| **II. RELATIVE-VALUE** | | | | | | | | |
| MADOFF & CO | $5,000 | | | | | $5,000 | $5,000 | 20% |
| SUBTOTAL | $5,000 | | | | | $5,000 | $5,000 | 20% |
| **III. HEDGED EQUITIES** | | | | | | | | |
| ARDSLEY PARTNERS | $5,000 | | | | | $5,000 | $5,000 | 20% |
| PEQUOT PARTNERS | $2,500 | | | | | $2,500 | $2,500 | 10% |
| J FUND | $2,500 | | | | | $2,500 | $2,500 | 10% |
| BENTLEY CAPITAL | $2,500 | | | | | $2,500 | $2,500 | 10% |
| SUBTOTAL | $12,500 | | | | | $12,500 | $12,500 | 50% |
| **IV. LONG EQUITIES** | | | | | | | | |
| SIEGLER-COLLERY | $2,500 | | | | | $2,500 | $2,500 | 10% |
| SUBTOTAL | $2,500 | | | | | $2,500 | $2,500 | 10% |
| **V. SPECIAL SITUATIONS** | | | | | | | | |
| KINGDON PARTNERS | $2,500 | | | | | $2,500 | $2,500 | 10% |
| WELLINGTON PARTNERS | $2,500 | | | | | $2,500 | $2,500 | 10% |
| SUBTOTAL | $5,000 | | | | | $5,000 | $5,000 | 20% |
| **VI. DISTRESSED** | | | | | | | | |
|  | $0 | | | | | $0 | $0 | 0% |
| SUBTOTAL | $0 | | | | | $0 | $0 | 0% |
| CASH INVESTMENTS | $0 | | | | | $0 | $0 | 0% |
| **TOTAL PERFORMANCE** | $25,000 | | | | | $25,000 | $25,000 | 100% |

**Confidential
Treatment Requested**

YU 0000732

### YESHIVA UNIVERSITY

( 

| | | | |
|---|---|---|---|
| **TO:** | Mr. Jack Sproule<br>Deputy Controller | **DATE:** | December 21, 1992 |
| **FROM:** | Dr. Sheldon E. Socol<br>Vice President<br>Business Affairs | **SUBJECT:** | Board of Trustees<br>Investment Committee |

Today the Board of Trustees made, among other decisions, the following investment decisions which you should act upon today:

Call:

| | |
|---|---|
| Pequot Partners Fund L.P.<br>   Mr. Arthur Sanburg<br>   (203) 254-0091 | $2.5 million |
| J. Fund<br>   Mr. David Driscoll or his<br>   secretary, Ms. Susan Lynch<br>   (617) 261-9800 | $2.5 million |
| Bentley Capital<br>   Mr. Jerry Levine<br>   (212) 272-9440 | $2.5 million |

Advise each of them of the decision of the Investment Committee and that we want to open the account and wire the funds by December 31. Let them send the forms and information to do so right away.

You can advise that the Board Committee decision was based upon the recommendation of Mr. J. Ezra Merkin, a member of the Board. (He probably contacted them already.)

Let me know the status this afternoon.

The Minutes of the December 21 meeting will provide data concerning other investment decisions, such as the decision to invest with:

| | |
|---|---|
| Madoff & Co. | $5.0 million |
| Ardsley Partners | $5.0 million |

Do not contact them, however, until Mr. Merkin first speaks to them.

SES:ajs
cc: Mr. Bernard Pittinsky

**Confidential
Treatment Requested**

**YU 0000733**