# EXHIBIT 25

# GABRIEL CAPITAL GROUP

1992 SEP -1 PM 12:22

450 Park Avenue
New York, New York 10022

TELEPHONE 212 838-7200
FACSIMILE 212 838-9603

TO:    Mr. Ralph Kestenbaum
       011-4121-395-914

FROM:  Michael E. Autera, Jr.

DATE:  September 1, 1992

RE.:   Investment in Ascot Fund Ltd/Madoff & Co.

Per your request, the wiring instructions for Ascot Fund Ltd. are as follows:

    Chemical Bank
    New York, New York

    ABA     021-000128
    CHIPS   012

    A/C:    Pierson Heldring & Pierson
            544-7-07901

    CR.:    Ascot Fund Ltd
            238336

As I mention on the phone, your investment of $500,000 (USD) will be used to purchase participating shares of Ascot Fund Ltd. Ascot is a Cayman Island corporation whose Investment Advisor is Ezra Merkin. Ascot's sole investment is a managed account at Bernard L. Madoff & Co.

Please do not hesitate to call either Ezra or me if additional information is needed or if questions arise.

Regards,

*[signature]*

CONFIDENTIAL

GCC-P 0393132