# EXHIBIT 26

**From:** Walter Link on behalf of wlink@bluewin.ch
**Sent:** Thu, 06 Nov 2008 08:21:27 GMT
**To:** Autera; Michael
**CC:** wlink@bluewin.ch
**Subject:** M&H Propeties LLC

Dear Mr. Autera,
Just in case you didn't get my e-mail address down correctly, here it is. In the future if I have questions, shall I direct myself to you or who else should I call.

For now I understand that you send me
- Month by month performance overview for 2008 and prior years
- Each month when the numbers come out an e-mail about the return for the prior month
- The redemption info. My understanding is that I need to cancel with 30 days notice for the end of the quarter
- My understanding is also that presently you are invested 100% in Madoff and that the fee is 1,5% with no further costs or deductions on the Madoff results

Thank you, Walter Link (President M&H)

Confidential