# EXHIBIT 27

```
                                                                    1

 1                  C O N F I D E N T I A L

 2            UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK
 3

 4     ---------------------------------x
       In Re:
 5
       BERNARD L. MADOFF INVESTMENT           Adv.Pro.No.
 6     SECURITIES LLC,                        08-01789(BRL)

 7                  Debtor.
       ---------------------------------x
 8     IRVING H. PICARD, Trustee for the
       Liquidation of Bernard L. Madoff
 9     Investment Securities LLC,

10                  Plaintiff,                Adv.Pro.No.
                                              09-1182(BRL)
11              v.

12     J. EZRA MERKIN, GABRIEL CAPITAL,
       L.P., ARIEL FUND LTD., ASCOT
13     PARTNERS, L.P., GABRIEL CAPITAL
       CORPORATION,
14
                    Defendants.
15     ---------------------------------x

16

17           DEPOSITION of DAVID K. SHERMAN as

18     taken by and before MONIQUE VOUTHOURIS, Certified

19     Court Reporter, RPR, CRR and Notary Public of the

20     States of New York and New Jersey, at the offices of

21     Baker & Hostetler, 45 Rockefeller Plaza, New York,

22     New York, on Tuesday, August 30, 2011, commencing at

23     9:32 a.m.

24

25
```

2

1  A P P E A R A N C E S:

2

3       BAKER & HOSTETLER LLP
        PNC Center
        1900 East 9th Street
4       Cleveland, OH 44114-3485
        BY:  DAVID E. KITCHEN, ESQ.
5            LOUIS A. COLOMBO, ESQ.
        For Irving H. Picard, Trustee
6       for the Liquidation of BLMIS

7       AKIN, GUMP LLP
        One Bryant Park
8       New York, NY  10036
        BY:  JAMES J. BENJAMIN, JR., ESQ.
9            JACQUELINE G. YECIES, ESQ.
        For the Witness, David K. Sherman
10

        DECHERT LLP
11      1095 Avenue of the Americas
        New York, NY  10036-6797
12      BY:  NEIL A. STEINER, ESQ.
        For Gabriel Capital Corp.
13      and J. Ezra Merkin

14      REED SMITH LLP
        599 Lexington Avenue
15      New York, New York  10022
        BY:  LANCE GOTTHOFFER, ESQ.
16      For the Receiver for Ariel Fund
        and Gabriel LP

17

        GOODWIN PROCTER LLP
18      The New York Times Building
        620 Eighth Avenue
19      New York, New York  10018-1405
        BY:  KIMBERLEE MALASKA, ESQ.
20      For Ascot Partners LP

21

22

23

24

25

### 128

| | | |
|---|---|---|
| 1 | Q.   Why is that? | 12:49:37 |
| 2 | A.   III engaged in an enhanced credit | 12:49:38 |
| 3 | bias strategy, I believe using primarily credit | 12:49:45 |
| 4 | default swaps using both investment grade and high | 12:49:48 |
| 5 | yield corporates, and I can't remember if their | 12:49:52 |
| 6 | strategy was an interest rate treasury overlay, or | 12:49:56 |
| 7 | it was just pure credit. And it was generally a | 12:49:58 |
| 8 | long-short strategy using credit default swaps and | 12:50:00 |
| 9 | it was something that was not a particularly strong | 12:50:04 |
| 10 | skillset of ours, that particular type of | 12:50:10 |
| 11 | instrument, and it was a part of credit exposure | 12:50:13 |
| 12 | that Spring Mountain thought was interesting and was | 12:50:15 |
| 13 | being executed interesting, and they mentioned it to | 12:50:19 |
| 14 | Ezra. And Ezra, because I know some knowledge about | 12:50:22 |
| 15 | the credit markets, asked me for my views and | 12:50:24 |
| 16 | opinions, and Ezra asked me if I could give him | 12:50:26 |
| 17 | input from time to time on the strategy. | 12:50:29 |
| 18 | Q.   So this was -- so Ezra was asking you | 12:50:32 |
| 19 | for investment advice as to something that Spring | 12:50:35 |
| 20 | Mountain was doing? | 12:50:39 |
| 21 | MR. STEINER: Objection to the form. | 12:50:40 |
| 22 | A.   Can you rephrase the question. | 12:50:40 |
| 23 | Q.   You said III, which is a fund of | 12:50:42 |
| 24 | Spring Mountain. Is that correct? | 12:50:47 |
| 25 | A.   No. | 12:50:49 |

### 129

| | | |
|---|---|---|
| 1 | Q.   What is III? | 12:50:50 |
| 2 | A.   I believe III is a money management | 12:50:52 |
| 3 | firm in Florida. | 12:50:56 |
| 4 | Q.   Okay. | 12:50:57 |
| 5 | A.   Or something like that, or the money | 12:50:58 |
| 6 | management firm in Florida controls III. | 12:51:00 |
| 7 | Q.   Is it in any way related to Spring | 12:51:03 |
| 8 | Mountain? | 12:51:07 |
| 9 | A.   To the best of my knowledge, no. | 12:51:07 |
| 10 | Q.   The e-mail reads from Mr. Autera to | 12:51:08 |
| 11 | Jason, "In response to your voicemail message, we | 12:51:16 |
| 12 | made the following III Enhanced Credit Bias Fund | 12:51:20 |
| 13 | subscriptions as of November 1st." | 12:51:24 |
| 14 | Why would Mr. Autera be sending that | 12:51:25 |
| 15 | to Jason Orchard of Spring Mountain? | 12:51:28 |
| 16 | A.   I don't know. | 12:51:30 |
| 17 | Q.   But, nonetheless, you testified that | 12:51:31 |
| 18 | Mr. Merkin did ask you for some advice concerning | 12:51:34 |
| 19 | this subscription? | 12:51:37 |
| 20 | A.   No. I said he asked me some advice | 12:51:38 |
| 21 | regarding the strategy in III. | 12:51:42 |
| 22 | Q.   And then what specifically did he ask | 12:51:44 |
| 23 | you? | 12:51:46 |
| 24 | A.   I don't recall. | 12:51:46 |
| 25 | Q.   Did he ask was it along the lines of | 12:51:48 |

### 130

| | | |
|---|---|---|
| 1 | is this something I should consider, is this | 12:51:51 |
| 2 | something you understand? | 12:51:54 |
| 3 | A.   I think he asked me for general views | 12:51:55 |
| 4 | and thoughts and I provided it. | 12:51:57 |
| 5 | Q.   Was that a common practice for him? | 12:51:58 |
| 6 | A.   Yeah. | 12:52:01 |
| 7 | Q.   How often would he ask your advice on | 12:52:03 |
| 8 | a potential investment? | 12:52:05 |
| 9 | A.   You know, I never really measured it, | 12:52:07 |
| 10 | but it came in spurts and bouts. | 12:52:10 |
| 11 | Q.   A couple times a year? A couple | 12:52:12 |
| 12 | times a month? | 12:52:15 |
| 13 | A.   More than a couple times a year, and | 12:52:16 |
| 14 | I, you know, I don't know how to quantify whether it | 12:52:18 |
| 15 | was in a month or per week or per whatever. Often | 12:52:20 |
| 16 | enough. | 12:52:24 |
| 17 | Q.   I want to ask your understanding | 12:52:24 |
| 18 | about Mr. Madoff's organization BLMIS and direct my | 12:52:34 |
| 19 | questions to your understanding before his arrest on | 12:52:42 |
| 20 | December 11th, 2008. | 12:52:45 |
| 21 | Is it correct that at some point you | 12:52:48 |
| 22 | understood that Mr. Merkin was making investments | 12:52:53 |
| 23 | for some of his funds into BLMIS? | 12:52:56 |
| 24 | MR. STEINER: Objection to form. | 12:53:01 |
| 25 | A.   Can you repeat the question? | 12:53:02 |

### 131

| | | |
|---|---|---|
| 1 | Q.   Sure. At some point in time before | 12:53:03 |
| 2 | December 11th, 2008 you became aware that Mr. Merkin | 12:53:05 |
| 3 | was investing monies from some of his funds into | 12:53:08 |
| 4 | BLMIS? | 12:53:12 |
| 5 | MR. STEINER: Objection to form. | 12:53:13 |
| 6 | A.   No. I might -- I became aware he was | 12:53:15 |
| 7 | investing money with Bernie Madoff. I'm not sure I | 12:53:18 |
| 8 | knew the structure, the name of the entity. I mean, | 12:53:22 |
| 9 | I just knew Bernie Madoff. | 12:53:24 |
| 10 | Q.   Do you know which funds -- at those | 12:53:27 |
| 11 | times were you aware of which funds were investing | 12:53:30 |
| 12 | in Madoff? | 12:53:33 |
| 13 | MR. STEINER: Objection to form. | 12:53:34 |
| 14 | A.   Again, I don't know when I became | 12:53:36 |
| 15 | aware that Ezra had an investment relationship with | 12:53:39 |
| 16 | Madoff investments. At some point I became aware | 12:53:43 |
| 17 | that Ascot certainly had a significant exposure to | 12:53:47 |
| 18 | Madoff, and subsequent to that understanding I | 12:53:51 |
| 19 | became aware that Gabriel and Ariel may have had | 12:53:55 |
| 20 | some exposure to Madoff. | 12:54:00 |
| 21 | Q.   So you first understood as to Ascot | 12:54:04 |
| 22 | and then at some point later as to Ariel and | 12:54:07 |
| 23 | Gabriel? | 12:54:09 |
| 24 | A.   To the best of my recollection, that | 12:54:10 |
| 25 | would be correct. | 12:54:11 |