# EXHIBIT 29

Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:

BERNARD L. MADOFF INVESTMENT             Adv.Pro.No.
SECURITIES LLC,                          08-01789(BRL)

       Debtor.
---------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

       Plaintiff,                        Adv.Pro.No.
                                         09-1182(BRL)

       v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

       Defendants.
---------------------------------x


   VIDEOTAPED DEPOSITION of JASON L. ORCHARD, as
reported by NANCY C. BENDISH, Certified Court
Reporter, RMR, CRR and Notary Public of the States
of New York and New Jersey, at the offices of BAKER
HOSTETLER, 45 Rockefeller Plaza, New York, New York
on Tuesday, October 8, 2013, commencing at 10 a.m.

**Page 2**

```
 1   A P P E A R A N C E S:
 2
        BAKER & HOSTETLER, LLP
 3      45 Rockefeller Plaza
        New York, New York  10111
 4      BY: BRIAN W. SONG, ESQ.
            JOSHUA B. ROG, ESQ.
 5          ROBYN M. FELDSTEIN, ESQ.
        For Irving H. Picard, Trustee
 6      for the Liquidation of BLMIS
 7
        DECHERT, LLP
 8      1095 Avenue of the Americas
        New York, New York  10036-6797
 9      BY: NEIL A. STEINER, ESQ.
            DIANE PRINC, ESQ.
10      For Gabriel Capital Corp.
        and J. Ezra Merkin
11
12      REED SMITH LLP
        599 Lexington Avenue
13      New York, New York  10022
        BY: JOHN L. SCOTT, ESQ.
14      For Gabriel, LP and Ariel Fund, LP
15
        NORTON ROSE FULBRIGHT
16      666 Fifth Avenue
        New York, New York  10103
17      BY: DAVID I. BARRACK, ESQ.
        For the Receiver for Ascot Partners
18
19      SIMPSON THACHER & BARTLETT, LLP
        425 Lexington Avenue
20      New York, New York  10017
        BY: JAMES G. KREISSMAN, ESQ.
21          MEREDITH C. DUFFY, ESQ.
        For Spring Mountain Capital and the Witness
22
23   ALSO PRESENT:
24      MAX NICHOLAS, ESQ., Spears Imes
        GREG SANDUKAS, ESQ., Spring Mountain
25      JAMES SOTO, Video Technician
```

**Page 3**

```
 1           I N D E X
 2   WITNESS                                PAGE
 3
     JASON L. ORCHARD
 4
       Examination by Mr. Song              5
 5
         by Ms. Princ                       163
 6
 7
 8
 9
10
11
12           E X H I B I T S
13   IDENT.    DESCRIPTION                  PAGE
14
     Trustee 138  Litigation Protective Order.   7
15
     Trustee 139  Investment Recommendation
16               Document SMC-NYAG020253-65.    70
17   Trustee 140  Recommendation Document
                 SMC-NYAG020269-76.             76
18
     Trustee 141  Email 11/2/05, BS00078893-98.  77
19
     Trustee 142  Email 11/4/05, BS00078912-16.  86
20
     Trustee 143  Email 11/8/05, BS00078923-24.  91
21
     Trustee 144  Investment Summary Document
22               Entitled "Ascot,"
                 SMC-NYAG000001-04.             97
23
     Trustee 145  Email 11/30/05, BS00153305-07. 120
24
     Trustee 146  Hedge Funds Monthly Review,
25               SMC-NYAG007789-811.            132
```

**Page 4**

```
 1           E X H I B I T S (Cont'd)
 2   IDENT.    DESCRIPTION                  PAGE
 3
     Trustee 147  Diligence Memo 12/15/06,
 4               SMC-NYAG020278-81.             136
 5   Trustee 148  Email 2/14/08, BS00262900-04. 142
 6   Trustee 149  Email 10/30/08, BS00080688.   145
 7   Trustee 150  Email 11/12/08, BS00080810-12. 149
 8   Trustee 151  Email 12/14/08, BS00078815-17. 155
 9
10   Orchard-1   Email 12/13/06, SMC-NYAG020277. 166
11   Orchard-2   Email 6/17/04, GCC-P 0155285-88. 167
```

**Page 5**

```
 1           THE VIDEOGRAPHER:  Good morning,
 2   we're on the record.  The time on the monitor is
 3   10:01 a.m.  Today is the 8th day of October, 2013.
 4   We're here at 425 Lexington Avenue, New York, New
 5   York for the purposes of taking the videotape
 6   deposition of Mr. Jason Orchard in the matter of
 7   Irving H. Picard versus J. Ezra Merkin, et al. filed
 8   in the U.S. Bankruptcy Court, Southern District of
 9   New York.
10           The videographer is James Soto, the
11   court reporter is Nancy Bendish, both of Bendish
12   Reporting.
13           All counsel appearances will be noted
14   in the transcript.
15
16   J A S O N  L E E  O R C H A R D,
17      65 East 55th Street, 33rd Floor,
18      New York, New York 10022, sworn.
19   EXAMINATION BY MR. SONG:
20       Q.   Good morning, Mr. Orchard.
21       A.   Good morning.
22       Q.   My name is Brian Song and with my
23   colleagues we represent the Trustee in this matter.
24           I'm going to be taking your
25   deposition this morning.  And before we get started,
```

Page 62

1  Q. Did Mr. Merkin explain to you how
2  Ascot compensated BLMIS?
3  A. The understanding was that the assets
4  invested within that strategy helped the market
5  making business, and so that was how -- why
6  Mr. Madoff was willing to do this.
7  Q. And that's something Mr. Merkin
8  explained to you?
9  A. I believe that to be the case.
10  Q. Do you recall the first time you met
11  with Mr. Merkin?
12  A. The first time I met with Mr. Merkin
13  was probably not long after I started at Spring
14  Mountain Capital.
15  Q. And what were the circumstances of
16  that meeting?
17  A. An introduction, as I had just joined
18  Spring Mountain Capital and I think I was with
19  Launny and Greg and there was no specific agenda.
20  Q. And where was Spring Mountain
21  Capital's offices at the time?
22  A. At that time we were at 450 Park
23  Avenue on the 23rd floor.
24  Q. And do you know if Mr. Merkin had
25  offices in that same building?

Page 63

1  A. He did.
2  Q. What was the relationship between
3  Spring Mountain Capital and Ezra Merkin at the time
4  you joined?
5  MR. KREISSMAN: Objection to form.
6  MS. PRINC: Objection.
7  MR. KREISSMAN: And vague.
8  MS. PRINC: Same objection.
9  A. I understood Ezra to be a financial
10  supporter and partner of Spring Mountain Capital.
11  Q. Did Mr. Merkin have any management
12  responsibilities for Spring Mountain Capital?
13  MS. PRINC: Object to form.
14  A. None. None that I was aware of.
15  Q. When you say you understood that he
16  was a partner of Spring Mountain Capital, what do
17  you mean by that?
18  A. That he and Launny owned the
19  business.
20  Q. Did Mr. Merkin sit on the investment
21  committee for Spring Mountain Capital?
22  A. No.
23  Q. Do you know whether or not Mr. Merkin
24  had any control over the investments of Spring
25  Mountain Capital?

Page 64

1  A. I don't believe he had any.
2  Certainly in the investment committees I attended he
3  was -- there was -- he was not present, nor was he
4  referenced in any decisions that were made.
5  Q. Does Spring Mountain Capital still
6  have a relationship with Mr. Merkin today?
7  MS. PRINC: Objection.
8  A. No. Not that I'm aware.
9  Q. Do you know when the relationship
10  between Spring Mountain Capital and Mr. Merkin
11  ended?
12  A. Soon after the Madoff fraud was
13  detected.
14  Q. And that's December 2008?
15  A. I believe so.
16  Q. Did you ever report to Mr. Merkin in
17  connection with your responsibilities at Spring
18  Mountain Capital?
19  MR. KREISSMAN: Object to form.
20  A. I'm not sure what you mean by report.
21  Q. Well, if Mr. Merkin is a -- it was
22  your understanding that Mr. Merkin is a partner or
23  part owner of Spring Mountain Capital, did you
24  ever -- did Mr. Merkin have any input into your
25  reviews as an employee of Spring Mountain Capital?

Page 65

1  MR. KREISSMAN: Object to form.
2  MS. PRINC: Objection.
3  A. No, I don't believe he had any
4  reviews -- or any input in any of that.
5  Q. Do you know whether Spring Mountain
6  Capital had any investments with any funds
7  associated with Mr. Merkin?
8  A. Yes.
9  Q. This is between 2004 and 2008.
10  A. Okay.
11  Q. What funds did Spring Mountain
12  Capital have investments with Mr. Merkin?
13  A. We had both onshore and offshore
14  funds, so all the four fund of fund products that
15  Ezra offered, Ascot LP, Ascot Limited, Gabriel and
16  Ariel.
17  Q. Which of those funds are the onshore
18  funds?
19  A. Ascot Fund LP and Gabriel.
20  Q. And which are the offshores?
21  A. Ascot Fund Limited and Ariel Fund,
22  Ltd.
23  Q. Was there any difference between the
24  investment strategies of Ariel and Gabriel?
25  MR. KREISSMAN: Object to form.

Page 66

1      MR. SONG: Let me strike that.
2      Q.    Did you have an understanding as to
3  what the investment strategies were for Ariel and
4  Gabriel?
5      A.    Yes.
6      Q.    What were those investment
7  strategies?
8      A.    It was a fund focused on primarily
9  corporate credit, and within corporate credit
10 primarily distressed and opportunistic investments.
11     Q.    Do you have an understanding as to
12 what the investment strategy was for Ascot Partners?
13     A.    I understood Ascot to be primarily a
14 Madoff feeder fund.
15     Q.    And what about Ascot Fund; what was
16 your understanding of their strategy?
17     A.    The same.
18     Q.    When you used the term "Madoff feeder
19 fund," what do you mean by that?
20     A.    The fund managed by Ezra Merkin that
21 gave Bernard Madoff and his firm trading discretion
22 when opportunities within certain guidelines were
23 met.
24     Q.    What was your understanding as to the
25 amount of Ascot's allocation to BLMIS?

Page 67

1      MR. KREISSMAN: Objection, form.
2      A.    I had understood that over time it
3  became virtually all of the -- the trading was done
4  at BLMIS. When it was not traded, the assets were
5  held at -- within Ezra -- under Ezra's control.
6      MR. KREISSMAN: Are you asking that
7  question or -- that's why I objected because the
8  word allocation, I didn't know what you meant,
9  allocated as a percentage of what.
10     MR. SONG: I did mean the amount of
11 funds under Ascot's control being traded at BLMIS.
12     MR. KREISSMAN: Okay.
13     Q.    So, thank you for your answer.
14        You testified that you understood
15 that over time it became virtually all the trading
16 was done at BLMIS. When did that -- when did it
17 become virtually all at BLMIS?
18     MR. KREISSMAN: Object to form.
19     A.    I'm not sure when it became all, but
20 in my diligence meeting with Mr. Merkin it was
21 suggested that he would do -- he would attempt to
22 execute a similar strategy on his own and was not,
23 as time evolved he was not able to achieve the
24 results that Bernard Madoff and his firm were able
25 to achieve, so over time the fund became more and

Page 68

1  more managed or discretion of the trades -- more and
2  more of the assets more frequently were invested
3  with Bernard Madoff.
4      Q.    When did Spring Mountain Capital
5  first invest with Ascot?
6      A.    Prior to me joining. I don't know
7  the exact dates.
8      Q.    Were the investments with Ariel and
9  Gabriel also prior to your start with Spring
10 Mountain Capital?
11     A.    They were.
12     Q.    Do you know whether or not Spring
13 Mountain Capital conducted any due diligence on
14 Mr. Merkin's funds prior to their investments?
15     MS. PRINC: Object to form.
16     MR. KREISSMAN: Object to form.
17     A.    I believe they conducted due
18 diligence for both -- with both of those
19 investments.
20     Q.    And what's the basis of your
21 knowledge?
22     A.    The discussions with our -- other
23 members of the investment committee who suggested
24 that they did.
25     Q.    Were there any due diligence files

Page 69

1  related to Mr. Merkin's funds when you started at
2  Spring Mountain Capital?
3      MR. KREISSMAN: Object to form,
4  vague.
5      A.    I don't recall seeing any.
6      Q.    Did you conduct ongoing due diligence
7  on Ascot, Ariel or Gabriel?
8      A.    Eventually, yes.
9      Q.    When?
10     A.    Can't -- I don't remember the exact
11 dates, but as the Aozora relationship evolved I
12 became more active in that diligence process.
13     Q.    Do you know Michael Autera?
14     A.    Yes.
15     Q.    Who is Mr. Autera?
16     A.    He's the chief financial officer of
17 Gabriel Capital.
18     Q.    When did you first meet him?
19     A.    I interacted with him regularly while
20 at Rutherford Asset Management and probably never
21 actually met him until I joined Spring Mountain
22 Capital.
23     Q.    And why were you interacting with
24 Mr. Autera while you were at Rutherford Asset
25 Management?

18 (Pages 66 to 69)