UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                  Debtor.

-------------------------------------
PERTAINS TO THE FOLLOWING CASE:

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                  Plaintiff,

      -v-

J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,
ASCOT FUND LTD., GABRIEL CAPITAL
CORPORATION,

                  Defendants.
------------------------------------- X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Proc. No. 09-1182 (SMB)

## DECLARATION OF DAPHNE T. HA IN SUPPORT OF REPLY MEMORANDUM

I, Daphne T. Ha, declare as follows:

1.     I am an associate at the law firm Dechert LLP, counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation. I make this Declaration to put before the Court certain documents cited in the Reply Memorandum of Law in Further Support of Defendants' Motion *In Limine* to Exclude the Testimony, Reports, and Declaration of Steve Pomerantz.

2.     Attached to this Declaration as Reply Exhibit A is a true and correct copy of excerpts of the transcript of the deposition of Steve Pomerantz dated July 8, 2015.

Dated: New York, New York
       June 13, 2017

                                                   */s/ Daphne T. Ha*
                                                     Daphne T. Ha