# EXHIBIT A

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4    --------------------------------)
                                      )
5    In Re:                           ) SIPA LIQUDATION
                                      )
6    BERNARD L. MADOFF INVESTMENT     ) No. 08-01789 (BRL)
     SECURITIES LLC,                  ) (Substantively
7                                     )  Consolidated)
                    Debtor.           )
8                                     )
     --------------------------------)
9                                     )
     IRVING H. PICARD, Trustee of the )
10   Liquidation of Bernard L. Madoff )
     Investment Securities LLC,       )
11                                    )
                    Plaintiff,        )
12                                    )
             vs.                      ) Adv. Pro. No.
13                                    ) 09-01182 (BRL)
     J. EZRA MERKIN, GABRIEL CAPITAL, )
14   L.P., ARIEL FUND LTD., ASCOT     )
     PARTNERS L.P., GABRIEL CAPITAL   )
15   CORPORATION,                     )
                                      )
16                  Defendants.       )
                                      )
17   --------------------------------)

18

19

20

       VIDEOTAPED DEPOSITION OF STEVE POMERANTZ, Ph.D.
21                    New York, New York
                      July 8, 2015

22

23

24   Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR
     JOB NO. 95461

25

Page 46

S. Pomerantz

1  
2  harder it is to consistently do better, but
3  it's -- there is always a pendulum swinging.
4      Q    And it's possible to always do
5  worse?
6      A    It's possible to always do worse.
7      Q    The -- so you talked to the head
8  trader.  Did you go and get trade
9  confirmations when you were doing due
10  diligence on the WPG Software Fund?
11      A    I never had reason to look at his
12  confirmations.
13      Q    Why not?
14      A    There was nothing that suggested to
15  me that I would want to look at them.  I
16  understood what his strategy was.  I
17  undertook what I would call performance
18  attribution types of analyses.  In
19  particular, we were using a product called
20  Barra, B-A-R-R-A.  That is pretty standard
21  for performance attribution studies for these
22  types of products, and the performance
23  attribution analysis would pretty much
24  identify why he was making money or losing
25  money on either an absolute or relative

Page 47

S. Pomerantz

1  basis.
2      Q    And one of Barra's products, if I
3  remember correctly, is to have programs where
4  you can replicate an index by purchasing or
5  selling some much smaller subset of the
6  index; is that right?
7      A    I think they license replication
8  technology.
9      Q    So, for example, if you want to run
10  an S&P 500 Index fund, they have technology
11  that will get you to a very small tracking
12  error with maybe 80 or 100 stocks.  Is that
13  right?
14      A    I don't know the particulars of the
15  product or certainly how it's evolved today,
16  but in spirit, that's what those products do.
17  You have a targeted tracking error, and they
18  will create a basket.
19      Q    And likewise, if you wanted to
20  replicate or attempt to model the Russell
21  2000, rather than owning 2,000 stocks, they
22  will help you do it with 200 or 300; right?
23      A    Subject to tracking errors.  They
24  will also enable you to embed exposures in
25

Page 48

S. Pomerantz

1  
2  your portfolio, if you don't want to create
3  an index product or if you want an enhanced
4  index product.  They do have software that
5  does that.
6      Q    And I take it there is some
7  advantage to being able to replicate an index
8  without owning every component?
9      A    It depends on the size of your
10  portfolio.  If you have a million dollars and
11  you want to replicate the Russell 2000, you
12  are not going to buy 2,000 stocks, because
13  you are going to wind up buying $230 worth of
14  a single stock and you are going to pay
15  enormous commissions for something like that.
16      So, if the size of the portfolio is
17  very small in asset size, you can't replicate
18  it with 2,000 stocks.  You need to find a 100
19  stock solution, and then you just suffer the
20  tracking error that comes from that.
21      If the size of the portfolio and
22  assets gets large enough, then you will buy
23  all 2,000 stocks.
24      Q    Do you know whether Barra's
25  customers for these products include pension

Page 49

S. Pomerantz

1  funds that have hundreds of billions of
2  dollars under management?
3      A    If you are not actually in the
4  management of the money, you have no need for
5  this product, so I don't know if -- I mean a
6  pension fund could buy it.  Anyone could buy
7  it.  It's on the market.  But if you weren't
8  managing money, you would have no need for
9  that.
10      Q    Have you ever managed money?
11      A    Yes.
12      Q    When have you done that?
13      A    At Weiss, Peck & Greer, I was
14  involved in portfolio management
15  responsibilities for a number of fixed-income
16  products.
17      I was also involved in an equity
18  product at Weiss, Peck & Greer that
19  ultimately left the firm and became an
20  independent entity called QED.  And I
21  retained portfolio responsibilities to the
22  portfolios being managed by QED.
23      QED was subsequently acquired by
24  New York Life Investment Management, and I
25

Page 94

S. Pomerantz

1
2     Q    I take it it's your opinion that
3  that does not require in every circumstance
4  performing various quantitative analyses that
5  you have done in your report.
6     A    The only reason you wouldn't was if
7  you couldn't, it was physically impossible,
8  or if the analyses that I offer here are not
9  useful or applicable to a particular
10  strategy, or you have been able to confirm
11  information through some other method or
12  mechanism that I don't know about it.
13         I don't know how you can confirm
14  certain things without actually going through
15  these analyses.  Perhaps there are other
16  analyses that people will go through.  I'm
17  not aware of them.  I have never seen them.
18  These are all the standard types of analyses
19  that people go through to confirm certain
20  things.
21     Q    Going back to the software fund,
22  the WPG Software Fund, as an example, you had
23  transaction-level data available to you;
24  right?
25     A    I did.

Page 95

S. Pomerantz

1
2     Q    When you were doing due diligence
3  on that fund?
4     A    Yes.
5     Q    And so, you could have gone back
6  and looked at trade confirmations; right?
7     A    I would have no need to do that.
8  There was nothing about that particular
9  strategy that was contingent upon the
10  execution ability.
11     Q    So, you could have done it.  You
12  just concluded that you didn't need to.
13     A    Actually, you know, I take that
14  back.  That actually implicitly was done
15  within the analysis.  Within the performance
16  attribution framework, it would have
17  identified certainly types of -- it would
18  have identified some of the types of things
19  that are identified in this report.
20         Even though transaction-level
21  detail really is not relevant for that
22  particular strategy, the performance
23  attribution that was performed would
24  actually -- did actually identify certain
25  analyses that were transaction level, but

Page 96

S. Pomerantz

1
2  they were never significant.
3     Q    Did you go and look at individual
4  trade confirmations in your due diligence of
5  the software fund?
6     A    No, I didn't look at confirmations,
7  but I will give you as an example, I was
8  aware of where the fund traded relative to
9  VWAP.  I was aware of that.  And it just
10  didn't move me one way or another as being
11  significant.  It didn't raise a red flag.  It
12  didn't seem significant to me at all as far
13  as my understanding of that particular hedge
14  fund strategy, although implicitly, it's
15  actually being calculated, but that's just
16  because the software is doing it.
17     Q    Have you ever looked at trade
18  confirmations as part of your due diligence?
19     A    Actually, in a variety of the tax
20  shelter cases that I dealt with, the
21  confirmations were actually -- were actually
22  specifically looked at, and a variety of my
23  opinions actually centered around things that
24  were on the confirmations or that were not on
25  the confirmations that should have been.

Page 97

S. Pomerantz

1
2     Q    Those were confirmations of equity
3  trades?
4     A    Yeah.  They actually were
5  confirmations of equity trades, and there was
6  actually information on the trades that
7  should have been there and wasn't there, and
8  that was -- that was actually a part of my
9  opinion.  It was a small piece, but it was
10  actually a part of the opinion.
11     Q    Okay.  What information should have
12  been there in the tax shelter cases that
13  wasn't?
14     A    In those particular cases -- in
15  those particular cases, the stock was being
16  purchased on a forward basis, and there would
17  have been an implied interest rate, and on
18  the confirmation, there was actually a box
19  that said interest, in anticipation of a
20  forward settlement, and there was a zero in
21  that box, when there actually should have
22  been a real value.  The confirmation actually
23  did not represent the actual amount of money
24  that was supposed to move pursuant to that
25  stock transaction.

Page 98

S. Pomerantz

1
2     I mean, there were a host of other
3  red flags and issues, but actually in that
4  particular matter, there was an issue with
5  the confirmations, and I did identify it as
6  part of my due diligence of the transaction.
7     Q    Well, you didn't do due diligence
8  of the transaction in the tax shelter cases;
9  right?
10     A    Yes, I did.
11     Q    You did due diligence in connection
12  with someone entering the transaction?
13     A    I did due diligence -- I actually
14  discussed the due diligence -- there were a
15  variety of partners involved in these
16  transactions, but there is a small piece of
17  the transaction where an investment advisor
18  is actually facilitating the execution of a
19  particular strategy, and my opinions had to
20  do with the due diligence that was being
21  performed by the investment advisor regarding
22  the totality of that transaction.
23     Q    So, in those cases, who -- what
24  brokerage firm issued the confirmations?
25     A    They were mainly coming from banks

Page 99

S. Pomerantz

1
2  like UBS or Deutsche Bank, were the two large
3  banks that were involved.
4     Q    And those large banks issued faulty
5  confirmations?
6     A    I don't want to say faulty.  I'm
7  not here to assign value judgments or blames.
8  Part of my opinion was -- had to do with
9  information that was on the confirmation,
10  that should have been on the confirmation,
11  could have been on the confirmation.  I put
12  that information into my reports.  In some
13  cases, cases settled.  In some cases, the
14  courts opined as a result of litigation, and
15  it was what it was.
16     Q    What were the court opinions?
17     A    You could read Bemont versus United
18  States of America.  You could read New
19  Phoenix versus Commissioner of the IRS.
20  There is one other case that is in bankruptcy
21  court, and the plaintiff is listed on my CV.
22     Q    So back to my question, which was:
23  In connection with your due diligence of any
24  investment advisor or hedge fund, have you
25  ever reviewed trade confirmations?

Page 100

S. Pomerantz

1
2     A    Well, I just gave you examples in a
3  litigation context.
4     Q    Right.  So, my question is:  In
5  your due diligence of -- in your performing
6  due diligence on an investment advisor or
7  hedge fund manager, have you ever reviewed
8  trade confirmations?
9     A    No.  I reviewed transaction-level
10  data, and I would input transaction-level
11  data into systems to perform certain
12  analyses.  But I -- I never had a need to
13  look at the confirmations.
14     Q    So, you never asked to look at
15  confirmations in any of the due diligence
16  that you have done over the last 20 years?
17     A    I was never -- I never had a need
18  to do that.
19     Q    And in your -- in due diligence --
20  by the way, when you referred to your work as
21  an expert in the tax shelter cases as due
22  diligence, that was always a review after the
23  fact after a challenge by the IRS; correct?
24     A    Yes.
25     Q    Okay.  So in your work performing

Page 101

S. Pomerantz

1
2  due diligence on investment advisors or hedge
3  funds, have you -- have you had occasion
4  to -- strike that.
5     In your work performing due
6  diligence on hedge fund managers or on
7  investment advisors, have you ever compared
8  on a transaction-by-transaction basis
9  transaction price versus the daily high-low
10  range?  Has that been something you have done
11  in your due diligence work?
12     A    I have looked at transaction prices
13  against VWAP, but I have not looked at
14  transactions versus highs and lows.  But I
15  have looked against VWAP as part of my due
16  diligence.
17     Q    Why haven't you looked at
18  transactions versus highs and lows as part of
19  your due diligence?
20     A    I never had a reason to.
21     Q    And I take it you don't believe
22  that the due diligence that you have
23  performed has been faulty for not having
24  looked at that; correct?
25     A    It depends on the circumstances.

Page 138

S. Pomerantz

1  himself did not want to talk to me.
2
3      Q    And just to be clear, you never
4  spoke to Danziger?
5      A    Not directly.
6      Q    And so when you wrote in your
7  report -- did you write paragraph 26, or is
8  that one --
9      A    Yes.
10     Q    -- of the paragraphs that Duff &
11 Phelps wrote?
12     A    No.  I wrote that.
13     Q    And so, when you wrote that, that
14 wasn't quite accurate?
15     A    No.  I mean Danziger -- it was a
16 conference call with Arthur and Danziger, and
17 I am on the call, and I asked Arthur if I
18 could speak to Madoff, and Danziger
19 interjects and says, "That's not going to
20 happen."
21     Q    Well, what else -- tell me
22 everything you can about your conversation
23 with Danziger.
24     A    I was not talking to Danziger.
25 Danziger was on a conference call with

Page 139

S. Pomerantz

1
2  Arthur. I asked Arthur if I could talk to
3  Madoff, and Danziger said, "That's not going
4  to happen."
5      Q    How many times were you in the room
6  or on a line when Danziger or Markhoff had a
7  conversation with Arthur?
8      A    That is the only phone call I can
9  remember.
10     Q    Why were you a participant in that
11 phone call?
12     A    I just happened to be in Arthur's
13 office when he was on the phone with
14 Danziger.
15     Q    Were you in Arthur's office about
16 the Beacon investment?
17     A    I don't recall why I was in his
18 office.  It could have been to talk about
19 lots of things.
20     Q    Now, did you ask -- you understood
21 that Beacon got copies of trade confirmations
22 and monthly statements from Madoff; right?
23     A    I did not know that.
24     Q    Is that a question that you asked?
25     A    It's a question that I asked

Page 140

S. Pomerantz

1
2  Arthur, to provide me with everything that he
3  got from Danziger, and I had everything that
4  Arthur got from Danziger.
5      Q    Did you make any requests to be
6  given access to the trade confirmations or
7  monthly statements that Beacon had?
8      A    I did not know that Beacon had
9  statements.  Beacon sent us basically an
10 annual statement that would show us the
11 assets under management and represented that
12 money was invested in treasury bills, and my
13 understanding was that that is all that
14 Beacon had to provide Gordon.
15     Q    Did you -- did you ask or did you
16 have Arthur ask whether Beacon had trade
17 confirmations or monthly statements?
18     A    I asked for -- I said, "Give me
19 everything you have."
20     Q    You understood that Beacon had a
21 managed account; right?
22     A    I -- I -- actually, I don't really
23 know what Beacon had, no.  I didn't -- I
24 didn't really know.  There is a statement
25 that goes from Beacon to Gordon that shows

Page 141

S. Pomerantz

1
2  Gordon's investment.
3      I -- I think I knew that Madoff was
4  investing in separate accounts.  I knew that
5  this was not a commingled structure.  But I
6  didn't know -- I didn't know really what
7  Beacon's structure was.
8      Q    And you didn't ask?
9      A    I said, "Give me everything," and
10 all I got was the, basically -- at some
11 point, I saw an annual letter that Beacon
12 wrote to Gordon.
13     Q    I think somewhere in here you say
14 part of due diligence is understanding the
15 legal structure.  Is that right?
16     A    It's -- it's an important -- yes.
17     Q    And did you do anything in that
18 regard with respect to your due diligence on
19 Beacon?
20     A    Yeah.  You have to understand,
21 Danziger is not talking to me.  Danziger
22 won't tell me anything, and Danziger is
23 giving Gordon some information, and that is
24 what is being provided to me.
25     Q    Did you review the Beacon offering

Page 146

S. Pomerantz

1             S. Pomerantz
2  is important to know, but it -- it -- and it
3  will -- it will have some impact on the types
4  of questions that you can ask.
5          But when I look at what Madoff is
6  purporting to do and the way that everything
7  is set up, he is in essence acting like a
8  hedge fund.  He chooses to structure himself
9  as a collection of thousands of separate
10 accounts, but if you look at the definition
11 of a hedge fund, which there really isn't
12 one, but if you were to look at that
13 definition, you know, Madoff talks like one,
14 walks like one.
15   Q    A hedge fund, I believe as you put
16 in here, is a pooled vehicle in some sense;
17 correct?
18   A    A hedge fund -- well, that's not
19 what a hedge fund is; right?  It is executed
20 through a commingled vehicle, but a hedge
21 fund is an investment strategy on top of a
22 pool of assets that is tending to follow
23 certain types of investment strategies.  It
24 is -- it is then constructed and executed
25 through a partnership arrangement, but that's

Page 147

S. Pomerantz

1             S. Pomerantz
2  not what makes a hedge fund a hedge fund,
3  unless you are a lawyer.  That's not the way
4  anyone in the industry will think of it.
5    Q    You understood that Madoff was not
6  running a pooled vehicle; right?
7    A    I understood that -- I understood
8  that -- that we -- well, Danziger, actually,
9  was a separate account.
10   Q    So, you did understand that they
11 had a separate account, that Beacon had a
12 separate account?
13   A    I understood that he was -- I
14 understood that he was a separate account
15 and that Madoff was not operating as a commingled
16 fund or a commingled trust, or some structure
17 like that.
18   Q    And if someone is operating -- if
19 someone owns a separate account, do you have
20 an understanding of what types of
21 documentation they typically get for that
22 separate account and for trades in that
23 separate account?
24   A    I mean, as a separate account, you
25 would potentially receive confirmations.  You

Page 148

S. Pomerantz

1             S. Pomerantz
2  would receive monthly statements that would
3  detail the transactions you engage in, and a
4  variety of other things.  You would have ISDA
5  agreements.  You would have options
6  authorization agreements.  You would have
7  margin agreements.
8    Q    So, you understood that those
9  things, trade confirmations, monthly
10 statements, would come with a separate
11 account and that Beacon had a separate
12 account at Madoff?
13   A    I -- yes, I would agree that --
14 yeah, I understood Beacon to have a separate
15 account, and I also understand that those
16 are -- those documents are commonly provided
17 to separate account holders.
18   Q    So, in connection with your
19 diligence, why didn't you ask for those
20 specific categories of documents?
21   A    I basically was told they didn't
22 exist.  I asked for everything, and if I ask
23 for everything, then what I get is what I
24 assume to be everything.
25   Q    And based on your assumption that

Page 149

S. Pomerantz

1             S. Pomerantz
2  those things did not exist for the Beacon
3  separate account, what impact did that have
4  on your diligence assessment?
5    A    It's -- I don't know how to answer
6  that question.  I think -- I think if I had
7  documents like that, then I could have
8  pursued my analysis in more detail.  So, as I
9  have testified, I did not find the results
10 consistent with the strategy.  Documents like
11 that could have assuaged my suspicion, but
12 those documents were not provided to me.
13         The reality is, those documents
14 would not have assuaged my suspicion.  They
15 would have raised other issues, which I have
16 actually addressed in this report.  But those
17 documents were not provided to me.
18   Q    But you acknowledge that had you
19 been provided with those documents, and been
20 given access to Madoff, those things could
21 have assuaged your suspicions?
22   A    I think the reality is, they would
23 have confirmed my suspicions.  That's the
24 reality that most likely would have unfolded.
25 If I had that information, then I would have

38

Page 174

S. Pomerantz

1
2      Q     Are you familiar with the fact that
3  broker-dealers are required to be registered?
4      A     Yes.
5      Q     With whom?
6      A     I can't go into details on this.
7      Q     Do you have any understanding of
8  what the SEC does in terms of oversight of
9  broker-dealers?
10     A     I couldn't speak to that.
11     Q     Do you know that the SEC has
12  oversight responsibility for broker-dealers?
13     A     Yes.
14     Q     And how do you have that
15  understanding?
16     A     Because I have worked for
17  broker-dealers.
18     Q     And do you know what requirements
19  there are to qualify to be registered with
20  the SEC as a broker-dealer?
21     A     No.
22     Q     Do you know the type of
23  examinations the SEC does of broker-dealers?
24     A     No.
25     Q     If you look at paragraph 34 for a

Page 175

S. Pomerantz

1
2  minute.  You say in paragraph 34, "All of the
3  due diligence analyses I performed in
4  connection with this report were industry
5  customs and practices as of 1997, unless
6  otherwise indicated."
7      Do you see that?
8      A     Yes.
9      Q     And what you refer to as "industry
10  customs and practices as of 1997," that is
11  the 5P framework; right?
12     A     Yes.
13     Q     And it's not the specific
14  quantitative tests that you --
15     A     No.
16     Q     -- performed?
17     A     No.  All of the tools that are in
18  here, those are tools that existed in 1997.
19  There were a lot of other tools available in
20  1997 that are not in this report, and there
21  are probably tools that have been created
22  last year that are not in this report.
23      But all of the tools that I use in
24  my analysis existed in 1997.
25     Q     Right, but -- the tools existed,

Page 176

S. Pomerantz

1
2  but when you refer to the industry customs
3  and practices as of 1997, you are referring
4  to the 5 Ps framework; correct?
5      A     No.  I am referring to the
6  application of the tools to these particular
7  products.  Every one of these tools, so to
8  speak, was commonly available in 1997, and is
9  either something that I personally used or
10  somebody used in evaluating a product that I
11  was affiliated with.
12     Q     But, for example, as of 1997, and
13  even as of 2008, you had never compared the
14  transaction pricing to the daily high/low;
15  correct?
16     MR. SHEEHAN:  Objection as to form.
17     A     I never had the need to perform
18  that particular analysis.  There are -- VWAP
19  analysis, as an example, is something that I
20  did perform in 1997.
21     Q     Okay.  But if you focus on my
22  question, which is the comparison of the
23  transactions to the daily highs and lows,
24  that's not something that you had performed?
25     A     Right.  I just testified that that

Page 177

S. Pomerantz

1
2  is not a tool that I used in 1997, but it is
3  a tool that was available and that people
4  used in 1997.
5      Q     Who used it in 1997?
6      A     I could tell you Verizon, actually,
7  in point of fact.
8      Q     What did Verizon use it for?
9      A     They used it in evaluating Weiss,
10  Peck & Greer.  Verizon was a client of Weiss,
11  Peck & Greer, and they actually had several
12  investments with Weiss, Peck & Greer.  And
13  they performed -- admittedly, they performed
14  more due diligence than we as an investment
15  advisor would do.  They performed a lot of
16  analysis and due diligence on our
17  performance, and when we would meet
18  periodically, they would provide us with
19  their observations.
20     Q     And some of their observations
21  would be observations about how your trading
22  compared to the day's highs and lows?
23     A     High, low, VWAP.  A number of
24  metrics.
25     Q     Who did you meet with at Verizon?

S. Pomerantz

1
2      A    Are we going to call them
3  successful?
4      Q    Did you consider Steve Cohen to --
5  at that time period, through 2008, to be a
6  successful money manager or investor?
7      A    I think he had attractive returns.
8  I think he had a lot of investors, and his
9  returns are not publicly available.  So, I
10  would not use them in my analysis.
11      Q    Did you make any efforts to get the
12  returns?
13      A    I actually have the returns, but
14  that is a not a publicly available document.
15      Q    And how are his returns?
16      A    How are his returns?
17      Q    Yes.
18      A    Well, we all know they are
19  volatile.  They are, you know, pretty good.
20  He is making 30 to 50 percent a year.  But
21  they're fairly volatile.  There are
22  significant drawdowns.
23          It's not a part of my analysis,
24  though, because he's not -- those returns are
25  not publicly available.  They weren't in any

S. Pomerantz

1  database.
2
3      Q    So, you had it but you -- so you
4  had the information, you just chose not to
5  use it because it wasn't available to the
6  public?
7      A    I'm not using any information that
8  is not publicly available.
9      Q    And did you consider using -- are
10  you familiar with Baupost?
11      A    Who?
12      Q    Baupost?
13      A    No.
14      Q    Do you know someone named Seth
15  Klarman?
16      A    Yes.
17      Q    You don't know that he runs the
18  Baupost funds?
19      A    I didn't know the name of it.
20      Q    Do you consider him to be a
21  successful lead advisor?
22      A    I don't have information on it.
23      Q    And so, that is not one that you
24  considered?
25      A    That's correct.

S. Pomerantz

1
2      Q    And there were no other -- other
3  than these plus Paul Singer -- other than the
4  ones that you used and then Paul Singer and
5  Steve Cohen that you didn't use, there is no
6  one else that you considered using; right?
7      A    There is no one that I considered
8  using and rejected.  These people jump out at
9  me as having name recognition, as being large
10  funds with impressive reputations.
11      Q    And the information that you used
12  with respect to Warren Buffett wasn't on the
13  actual returns of the investments he made but
14  on the changes in stock price; right?
15      A    Yes.
16      Q    And you understand that there is a
17  difference in those two measures; correct?
18      A    Yeah.  I don't know anything about
19  his actual returns.  I just -- I just know
20  the publicly traded returns.
21      Q    Well, the -- but you understand
22  that a stock price is different than an NAV.
23      A    For an ETF.  You are talking about
24  the difference between the NAV and the
25  discount, book value versus market value?

S. Pomerantz

1
2      Q    The difference between how a stock
3  trades and how a fund that reports an NAV as
4  opposed to a price that can be higher or
5  lower than the NAV trades?
6      A    Yeah.  There is the NAV and then
7  there's a discount, and actually Buffett
8  himself talks about that issue and the
9  difference between them.
10          This analysis is based upon the NAV
11  of the stock.
12      Q    The stock price, not the NAV;
13  correct?
14      A    The NAV of the stock price as
15  opposed to the discount or the book value.
16      Q    And why did you use that?
17      A    That's what's publicly available.
18  That's what people think of when they think
19  of Berkshire.  That's what you can invest in.
20      Q    The -- and then you say in
21  paragraph 291 that Merkin's accounts
22  outperformed, often by a significant amount,
23  every lead advisor across every performance
24  metric.
25          Do you see that?