# <u>EXHIBIT 1</u>

Page 1

1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4     ----------------------------------x

      In re:                         SIPA LIQUIDATION

5

      BERNARD L. MADOFF INVESTMENT     No. 08-01789(BRL)

6     SECURITIES LLC,

7                                      (Substantively

                                       Consolidated)

8               Debtor.

      ----------------------------------x

9     IRVING H. PICARD, Trustee of the

      Liquidation of Bernard L. Madoff

10    Investment Securities LLC,

11                 Plaintiff,

                                       Adv. Pro. No.

12          vs.                        09-01182(BRL)

13    J. EZRA MERKIN, GABRIEL

      CAPITAL, L.P., ARIEL FUND LTD.,

14    ASCOT PARTNERS, L.P., GABRIEL

      CAPITAL CORPORATION,

15

                 Defendants.

16    ----------------------------------x

17

18     VIDEOTAPED DEPOSITION OF LISA M. COLLURA

19             New York, New York

20             June 18, 2015

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 94537

Page 51

1                    LISA M. COLLURA

2           I'm sorry.

3    BY MS. ARCHER:

4       Q.    Okay.  Because there were no transfers

5    in the BLMIS accounts after December 11, 2008?

6       A.    There were no investor-related

7    transfers --

8       Q.    Okay.

9       A.    -- in the BLMIS bank accounts.

10      Q.    But there may have been transfers in

11   some or all of the other bank accounts

12   maintained by the funds, the Merkin Funds,

13   correct?

14      A.    Yes, there was activity in those bank

15   accounts.

16      Q.    Okay.  In connection with forming your

17   opinions and preparing your report in the Merkin

18   matter, putting aside the other Madoff-related

19   matters, generally, what were the documents that

20   you looked at, the categories of documents?

21      A.    Specific to this case?

22      Q.    Yes.

23      A.    Bank records.  I looked at -- the

24   Merkin defendants produced QuickBooks records,

25   which was the accounting system.  I looked at

1               LISA M. COLLURA

2   other documents and correspondence that was

3   produced by the defendants in the -- in the

4   documents that were produced by the defendants.

5          The bank records that I referenced

6   were the monthly bank statements as well as wire

7   detail that was also provided or produced to the

8   trustee by Morgan Stanley as well as JPMorgan.

9   I think those are the large categories.

10      Q.    And you looked at the BLMIS account

11  statements for the funds' accounts, correct?

12      A.    Yes, correct.

13      Q.    How did you decide what documents to

14  look at?

15      A.    I was asked to identify the bank

16  accounts that received money from BLMIS.  So

17  step one in that tracing analysis was to do just

18  that, to use BLMIS records as well as bank

19  records produced to the trustee to identify the

20  bank accounts that received money from Madoff.

21          Based on available records, I was -- I

22  identified three bank accounts held by the

23  Merkin Funds that received money from Madoff, so

24  I was interested in looking at all relevant

25  records related to those three bank accounts.

Page 53

LISA M. COLLURA

1          In addition, as part of my analysis of

3  the activity in those accounts and identifying

4  transfers to another defendant in this matter,

5  Gabriel Capital Corporation -- we refer to it as

6  "GCC" for short -- the accounts held by GCC were

7  also relevant to my analysis and, therefore, any

8  records or bank records, monthly bank statements

9  related to GCC was also important in my

10  analysis.

11     Q.   Now, am I correct that you understood

12  GCC to be Mr. Merkin's wholly-owned management

13  company?

14     A.   I don't know if it was -- I don't know

15  the -- I don't quite understand the complete

16  ownership, but I understand that it was the

17  management company for the funds.

18     Q.   So you were not aware that Mr. Merkin

19  owned that company?

20     A.   It wasn't really relevant to my

21  analysis, so I -- yes, I mean, I think I

22  under- -- I don't remember understanding that or

23  even thinking about the ownership of GCC.

24     Q.   Directing you to paragraph 45 in your

25  report, it's on page 15, the second sentence

Page 70

1                        LISA M. COLLURA

2        A.    Correct.

3        Q.    What about restated LIBR, when was --

4   were you familiar with that term and methodology

5   before your work on this matter?

6        A.    No, I was not.

7        Q.    Had you ever heard the term "restated

8   LIBR"?

9        A.    No.

10       Q.    I'm going to direct your attention to

11  paragraph 96 in your report.  It starts on page

12  34.

13            In the second sentence of that

14  paragraph, you state, "I have assumed that the

15  BLMIS funds are equivalent to the trust or

16  secured funds referred to in my explanation of

17  LIBR above."

18            Can you tell me why you made that

19  assumption?

20       A.    My understanding is that LIBR is a

21  method that's used to determine who has rights

22  to the balance in an account, or in my -- an

23  example of that is to -- for a trust fund, for

24  example, or if there's secured parties that have

25  certain rights to funds, and my understanding of

LISA M. COLLURA

1   LIBR is that's one method that can be applied to

2   the activity in a bank account to really come to

3   the conclusion as to who has rights to the

4   balance in an account.  And in that example,

5   trust funds, for example, those are the funds

6   that -- that one might be tracing using LIBR to

7   come to that conclusion.

8          So, in this case, even though we're

9   applying -- I was applying LIBR for a slightly

10  different purpose than to figure out who has

11  rights to the ending balance in the account, the

12  BLMIS funds are the ones -- are the funds that

13  were the focus of the tracing, and therefore,

14  they were equivalent to my description of LIBR

15  using the trust funds or the secured funds in

16  paragraph 95 above.

17      Q.    Turning over to page 36 in your

18  report, under Restated Tracing Rules, you state

19  at the beginning of paragraph 101, "Counsel to

20  the trustee has advised me that certain rules

21  regarding tracing of funds through a commingled

22  bank account were restated in 2011."

23          Where were they restated or by whom?

24      A.    It was -- in Exhibit 2, I have

Page 86

1                  LISA M. COLLURA

2    transcript before you drafted your report?

3        A.    No, I think I started -- I think the

4    deposition happened in 2014, October 2014, and I

5    start drafting my report before that.

6        Q.    Did you review Mr. Autera's deposition

7    before you finalized your report?

8        A.    Yes.

9        Q.    Did you review any portions of Mr.

10   Autera's deposition for the first time after

11   finalizing your report?

12       A.    No, I reviewed the whole deposition

13   transcript before finalizing my report.

14       Q.    Directing you to paragraph 61 of your

15   report, page 20, you say at the end of that

16   paragraph, "I then used the Merkin defendants

17   QuickBooks records to identify the purpose of

18   each transfer, whenever possible."

19            Do you see that?

20       A.    Yes.

21       Q.    How -- why did you identify the

22   purpose of the transactions?

23       A.    Well, specific to -- right,

24   commingling.  Specific to commingling, one

25   reason was because in the GCC bank accounts I

Page 87

1                     LISA M. COLLURA

2  understood, and I did see, transfers between GCC

3  and the fund accounts -- and by "fund accounts"

4  I mean, Ariel, Gabriel, and Ascot Partners --

5  bank accounts at Morgan Stanley, that

6  represented reimbursement of expenses or fees,

7  and my understanding of GCC's role as a manager

8  of those funds was that that -- those

9  transactions would take place on a regular basis

10 or that that was something that happened on a --

11 on a regular basis.

12         So, for purposes of my commingling

13 analysis, I excluded those transactions, and so

14 that was one reason why I had to identify the

15 purpose of each transfer.

16     Q.    So you excluded the transactions that

17 you were able to identify as a reimbursement of

18 expenses or fees, correct?

19     A.    I don't know if it was always a

20 reimbursement, but if it was a transaction that

21 was related to fees or payment of expenses, I

22 excluded those from my -- from my -- the totals

23 that I have identified as commingling in the GCC

24 bank accounts.

25     Q.    So those amounts would not be included

1                    LISA M. COLLURA

2    commingling?

3         A.     No, they were not.

4         Q.     When you were attempting to quantify

5    the amount of subsequent transfers, is it

6    correct that the transfers related to fees and

7    operating expenses were not excluded?

8         A.     Correct, they were not excluded.

9         Q.     Were any transfers excluded?  Were any

10   categories excluded based on your analysis of

11   the QuickBooks or the purpose of a transaction?

12        A.     No, they were not.

13        Q.     Other than looking at the QuickBooks,

14   did you try to identify from any other source

15   the purpose of any of the transfers that you

16   were reviewing?

17        A.     I think the description on the bank

18   statement sometimes may have indicated if it was

19   related to an investor contribution or

20   distribution, for example.  For the most part,

21   the descriptions on the Morgan Stanley bank

22   statements were not that useful.  They were very

23   generic, "funds paid" or "funds transferred,"

24   but sometimes -- I think if I'm remembering

25   right, it was in the earlier periods where the

Page 90

LISA M. COLLURA

1  descriptions were a little bit better than maybe

2  the later years.  I don't know if that was a

3  change that Morgan Stanley made in terms of how

4  much description they put on their -- the

5  monthly bank statements.

6           The other source was the -- the wire

7  detail that was provided by Morgan Stanley.

8  That information was useful and helpful to me to

9  identify transfers, where the transfers were

10 going and where they were coming from.  I would

11 say it wasn't necessarily helpful in determining

12 the purpose of a transaction.

13      Q.   Other than determining which

14 transactions might have constituted a

15 reimbursement of fees or expenses, would the

16 purpose of a transaction have impacted your

17 opinions or your calculations?

18           MR. SONG:  Object to the form.

19      A.   No.

20      Q.   Did you review or analyze any capital

21 activity reports or summaries in connection with

22 your preparing your report?

23      A.   There were a number of schedules

24 referred to as Capital Summaries or Capital -- I

Page 91

1                     LISA M. COLLURA

2    think that the ones that I used in my

3    reconciliation were called Capital Allocation --

4    sorry.  I think I have it in my report.  They

5    were Capital Allocation Summaries.  It's

6    somewhere in my -- in my report.

7              But were you specifically asking about

8    capital activity?

9         Q.    Well, why don't we talk about the --

10   what you have referred to as the Capital

11   Allocation Reports or Summaries.  What was your

12   understanding of what those represented?

13        A.    Those I used in my reconciliation

14   because they reflected activity in the Madoff

15   accounts.  So, in other words, it would show

16   whether it was a quarterly basis, or maybe some

17   of them might have been annual, the total

18   withdrawals in a certain period or the total

19   deposits, and those -- those documents I used to

20   reconcile to the transactions that I saw on the

21   customer statements for the Merkin accounts.

22        Q.    The Capital Allocation Reports that

23   you reviewed, what was your understanding of who

24   drafted those?  Did you have an understanding of

25   who drafted those?

Page 95

1        LISA M. COLLURA

2      Q.    Did you reach any conclusions about

3  the relationship between transfers from BLMIS to

4  Ascot Partners and redemption requests by Ascot

5  Partners investors?

6      A.    There were redemption requests that

7  were identified as subsequent transfers as part

8  of my application of the five methods.  Some of

9  the transfers out of Ascot Partners to investors

10 were identified as subsequent transfers of BLMIS

11 funds.

12     Q.    Did you have the ability to analyze

13 the timing of the subsequent transfers to

14 investors for redemption purposes as compared to

15 the initial date of the transfer from BLMIS to

16 Ascot Partners?

17     A.    Can you clarify what you mean by did I

18 have the ability to?

19     Q.    Did -- in looking at the bank

20 statements or the other documents that you

21 reviewed, were you able to tell the time lag

22 between amounts that were transferred from BLMIS

23 to Ascot Partners and then subsequent transfers

24 that you identify from Ascot Partners to various

25 investors?

Page 96

1                      LISA M. COLLURA

2        A.      The way that we organized the Ascot

3   Partners' bank account activity that we obtained

4   from the bank statements, the monthly bank

5   statements, was in chronological order, and

6   within that, the one assumption that I needed to

7   make was transactions that happened on the same

8   day because they -- within a day, we needed

9   to -- we needed to put them in some order for

10  purposes of applying the tracing methods.

11              So within that day, we -- we used the

12  sort order as it appeared on the bank statements

13  because there were no time stamps on the bank

14  statements; so that was the most logical

15  approach to say, well, what order did the

16  transactions happen.

17              So that's all laid out in my Exhibit

18  12, which is just the list of transactions in

19  the Ascot Partners bank account from December

20  2003 forward in the order that we analyzed them.

21  So that exhibit would reflect where you see

22  money coming in from Madoff and then other

23  disbursements that many of which went to

24  investors of Ascot Partners, but some went to

25  GCC, some went to Ariel, some went to Gabriel.

Page 97

LISA M. COLLURA

1

2  So that's all laid out in the results of my

3  subsequent transfer analysis.

4     Q.    And it is the case that, at least in

5  some cases of initial transfers from BLMIS to

6  Ascot Partners, you were able to see subsequent

7  transfers for redemption purposes to Ascot

8  Partners' investors, correct?

9     A.    Yes, some of the subsequent transfers

10 were to investors.

11    Q.    They were close in time?

12    A.    They were close in time, but it -- it

13 all was based on the application of the tracing

14 method.  So just because they were close in

15 time, it depended on which tracing method we

16 were applying if the -- if that particular

17 transfer to an investor would have been

18 identified as a subsequent transfer of BLMIS

19 funds.

20    Q.    So the fact that a subsequent transfer

21 might have been close in time to the initial

22 transfer didn't necessarily impact your opinion

23 as to the proprietary of the tracing methods?

24    A.    Correct.

25          MR. SONG:  Object.  Objection to the

Page 1

```
1                    J U R A T

2

3    I, __Lisa Collura__, do hereby certify under

4    penalty of perjury that I have read the foregoing

5    transcript of my deposition taken on __June 18__, 2015;

6    that I have made such corrections as appear noted

7    herein in ink, initialed by me; that my testimony as

8    contained herein, as corrected, is true and correct.

9

10   DATED this _24_ day of _August_, 2015,

11   at _FTI Consulting  New York_, _New York_.

12

13

14

15

16

17   _____

18          SIGNATURE OF WITNESS

19

20

21

22

23

24

25
```