# **EXHIBIT 2**

**List of All Cash Transactions in Merkin Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Reconciliation Results[4]* | | | |
| 428438 | 1FN005 | ASCOT FUND LTD | 1/2/1992 | $ 4,000,000.00 | JRNL | CHECK WIRE | n/a | n/a | n/a | **Yes** | n/a | n/a | NYGSAA0051113 / GCCSAA00066719 / BS00017174 / BS00330296 / GCC-P 0513194 / GCC-P 0513807 |
| 501225 | 1FN005 | ASCOT FUND LTD | 3/23/1992 | $ 4,000,000.00 | CA | CHECK WIRE A/O 3/4/92 | n/a | n/a | n/a | **Yes** | n/a | n/a | NYGSAA0051120 / GCCSAA00066726 / BS00017181 / BS00330303 / GCC-P 0513201 / GCC-P 0513814 / NYGSAA0026537 |
| 490567 | 1FN005 | ASCOT FUND LTD | 9/2/1992 | $ 2,000,000.00 | CA | CHECK WIRE | n/a | n/a | n/a | **Yes** | n/a | n/a | GCCSAA00066711 / NYGSAA0051105 / NYGSAA0051150 / BS00017166 / BS00330288 / BS00330333 / GCC-P 0513186 / GCC-P 0513231 / GCC-P 0513799 / GCC-P 0513844 / NYGSAA0051151 / BS00017212 / BS00330334 / GCC-P 0513232 / GCC-P 0513845 / NYGSAA0026537 |
| 490568 | 1FN005 | ASCOT FUND LTD | 9/2/1992 | $ 500,000.00 | CA | CHECK WIRE | n/a | n/a | n/a | **Yes** | n/a | n/a | GCCSAA00066711 / NYGSAA0051105 / NYGSAA0051150 / BS00017166 / BS00330333 / GCC-P 0513186 / GCC-P 0513231 / GCC-P 0513799 / GCC-P 0513844 / GCCSAA00066712 / GCCSAA00066723 / NYGSAA0051106 / NYGSAA0051117 / BS00017167 / BS00017178 / GCC-P 0513187 / GCC-P 0513198 / GCC-P 0513800 / GCC-P 0513811 / NYGSAA0026537 |
| 495296 | 1A0058 | ASCOT PARTNERS LP | 1/12/1993 | $ 9,075,489.00 | CA | Check Wire | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 511589 | 1FN005 | ASCOT FUND LTD | 1/12/1993 | $ 5,924,511.00 | CA | Check Wire | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 524155 | 1FN005 | ASCOT FUND LTD | 7/7/1993 | $ 3,000,000.00 | CA | Check Wire | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 430822 | 1A0058 | ASCOT PARTNERS LP | 7/28/1993 | $ 3,000,000.00 | CA | CHECK WIRE | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 498191 | 1A0058 | ASCOT PARTNERS LP | 1/11/1994 | $ 5,000,000.00 | CA | CHECK WIRE | n/a | n/a | n/a | **Yes** | n/a | n/a | GCCSAA00028558 / NYGSAA0028574 / BS00307757 / GCCSAA00028556 |
| 468733 | 1A0058 | ASCOT PARTNERS LP | 7/6/1994 | $ 7,000,000.00 | CA | check wire | n/a | n/a | n/a | **Yes**[5] | n/a | n/a | NYGSAA0028491 |
| 523956 | 1FN005 | ASCOT FUND LTD | 8/4/1994 | $ 1,000,000.00 | CA | CHECK WIRE | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 450525 | 1FN005 | ASCOT FUND LTD | 10/4/1995 | $ 10,000,000.00 | CA | Check Wire | n/a | **Yes** | n/a | **Yes**[6] | AMF00070027 | n/a | GCCSAA00028444 / NYGSAA0028460 |

List of All Cash Transactions in Merkin Accounts

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||||  Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | | | |
| 223046 | 1A0058 | ASCOT PARTNERS LP | 12/28/1995 | $ (6,000,000.00) | CW | CHECK WIRE | n/a | Yes | n/a | n/a | MADTSS00254782 - MADTSS00254784 | n/a | n/a |
| 4571 | 1A0058 | ASCOT PARTNERS LP | 1/23/1996 | $ 6,000,000.00 | CA | CHECK WIRE | n/a | Yes | Yes | n/a | AMF00070026 | 2E-828380537 | n/a |
| 9790 | 1A0058 | ASCOT PARTNERS LP | 4/16/1996 | $ 4,500,000.00 | CA | CHECK WIRE | n/a | Yes | Yes | Yes[7] | AMF00070025 | 54-830358868 | GCCSAA00028439 / NYGSAA0028452 / NYGSAA0028453 / NYGSAA0028455 / BS00307635 / BS00307638 |
| 185235 | 1A0058 | ASCOT PARTNERS LP | 7/5/1996 | $ 15,661,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes[8] | n/a | 8B-838835033 | NYGSAA0028452 / NYGSAA0028453 / BS00307635 |
| 313149 | 1FN005 | ASCOT FUND LTD | 7/5/1996 | $ 9,339,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes[8] | n/a | 59-838833223 | NYGSAA0028452 / NYGSAA0028453 / BS00307635 |
| 312014 | 1A0058 | ASCOT PARTNERS LP | 7/24/1996 | $ 39,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes[8] | n/a | 8B-838835033 | NYGSAA0028452 / NYGSAA0028453 / BS00307635 |
| 107062 | 1FN005 | ASCOT FUND LTD | 7/25/1996 | $ 961,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes[8] | n/a | 59-838833223 | NYGSAA0028452 / NYGSAA0028453 / BS00307635 |
| 249906 | 1A0058 | ASCOT PARTNERS LP | 12/30/1996 | $ (1,600,000.00) | CW | CHECK WIRE | n/a | n/a | Yes | Yes[9] | n/a | D3-852229799 | GCCSAA00028385 / NYGSAA0028401 |
| 217717 | 1FN005 | ASCOT FUND LTD | 12/30/1996 | $ (1,200,000.00) | CW | CHECK WIRE | n/a | Yes | Yes | Yes[9] | AMF00070024 | 8D-852229492 | GCCSAA00028385 / NYGSAA0028401 |
| 307114 | 1A0058 | ASCOT PARTNERS LP | 1/7/1997 | $ (9,240,000.00) | CW | CHECK WIRE | n/a | n/a | Yes | Yes[9] | n/a | 122-858881240 | GCCSAA00028385 / NYGSAA0028401 |
| 39551 | 1FN005 | ASCOT FUND LTD | 1/7/1997 | $ (7,240,000.00) | CW | CHECK WIRE | n/a | Yes | Yes | Yes[9] | AMF00070023 | DE-858889194 | GCCSAA00028385 / NYGSAA0028401 |
| 149929 | 1A0058 | ASCOT PARTNERS LP | 1/10/1997 | $ (1,000,000.00) | CW | CHECK WIRE | n/a | n/a | Yes | Yes[9] | n/a | 122-858881240 | GCCSAA00028385 / NYGSAA0028401 |
| 287646 | 1FN005 | ASCOT FUND LTD | 3/5/1997 | $ 3,400,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | E6-858889500 | GCCSAA00028385 / NYGSAA0028401 |
| 306110 | 1A0058 | ASCOT PARTNERS LP | 4/8/1997 | $ 8,500,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 149-862325382 | GCCSAA00028385 / NYGSAA0028401 |
| 215218 | 1FN005 | ASCOT FUND LTD | 4/9/1997 | $ 3,500,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | F5-862328951 | GCCSAA00028385 / NYGSAA0028401 |
| 208915 | 1FN005 | ASCOT FUND LTD | 5/23/1997 | $ 1,900,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 109-865264564 | GCCSAA00028385 / NYGSAA0028401 |
| 13806 | 1FN005 | ASCOT FUND LTD | 6/10/1997 | $ 2,000,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 118-866754820 | GCCSAA00028385 / NYGSAA0028401 |
| 63810 | 1A0058 | ASCOT PARTNERS LP | 7/8/1997 | $ 1,400,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 181-870702304 | GCCSAA00028402 / NYGSAA0028417 / NYGSAA0028418 / NYGSAA0028419 / GCCSAA00028385 / NYGSAA0028401 |
| 92435 | 1FN005 | ASCOT FUND LTD | 7/9/1997 | $ 15,900,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 124-870703758 | GCCSAA00028402 / NYGSAA0028417 / NYGSAA0028418 / NYGSAA0028419 / GCCSAA00028385 / NYGSAA0028401 |

List of All Cash Transactions in Merkin Accounts

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||||  Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | | | |
| 27224 | 1A0058 | ASCOT PARTNERS LP | 7/10/1997 | $ 1,000,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 181-870702304 | GCCSAA00028402 / NYGSAA0028417 / NYGSAA0028418 / NYGSAA0028419 / GCCSAA00028385 / NYGSAA0028401 |
| 313317 | 1FN005 | ASCOT FUND LTD | 8/5/1997 | $ 4,000,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 13B-872868113 | GCCSAA00028385 / NYGSAA0028401 |
| 303786 | 1FN005 | ASCOT FUND LTD | 10/8/1997 | $ 3,500,000.00 | CA | CHECK WIRE | n/a | Yes | Yes | Yes | AMF00070022 | 152-878583587 | NYGSAA0028403 - 04 |
| 75342 | 1A0058 | ASCOT PARTNERS LP | 10/8/1997 | $ (2,500,000.00) | CW | CHECK WIRE | n/a | Yes | Yes | Yes | AMF00070022 | 1BD-878583220 | NYGSAA0028403 - 04 |
| 261365 | 1A0058 | ASCOT PARTNERS LP | 12/30/1997 | $ (6,000,000.00) | CW | CHECK WIRE | n/a | n/a | Yes | No[10] | n/a | 1D0-883596885 | GCCSAA00028374 / NYGSAA0028390 / NYGSAA0028432 / BS00307580 |
| 296043 | 1A0058 | ASCOT PARTNERS LP | 1/7/1998 | $ (2,500,000.00) | CW | CHECK WIRE | n/a | n/a | Yes | No[10] | n/a | 210-890766085 | GCCSAA00028374 / NYGSAA0028390 / NYGSAA0028432 / BS00307580 |
| 161517 | 1FN005 | ASCOT FUND LTD | 1/8/1998 | $ 20,000,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | No[10] | n/a | 19F-890754583 | GCCSAA00028374 / NYGSAA0028390 / NYGSAA0028432 / BS00307580 |
| 230329 | 1FN005 | ASCOT FUND LTD | 4/13/1998 | $ (26,000,000.00) | CW | CHECK WIRE | n/a | Yes | Yes | Yes | AMF00070020 | 1E9-894297145 | GCCSAA00028374 / NYGSAA0028390 / BS00307580 |
| 216373 | 1A0058 | ASCOT PARTNERS LP | 4/13/1998 | $ 26,000,000.00 | CA | CHECK WIRE | n/a | Yes | Yes | Yes | AMF00070020 | 264-894287534 | GCCSAA00028374 / NYGSAA0028390 / BS00307580 |
| 223928 | 1A0058 | ASCOT PARTNERS LP | 7/8/1998 | $ 10,000,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 2A9-901747436 | GCCSAA00028374 / NYGSAA0028390 / BS00307580 |
| 295365 | 1FN005 | ASCOT FUND LTD | 7/8/1998 | $ 10,000,000.00 | CA | CHECK WIRE | n/a | n/a | Yes | Yes | n/a | 20A-901747308 | GCCSAA00028374 / NYGSAA0028390 / BS00307580 |
| 89678 | 1A0058 | ASCOT PARTNERS LP | 4/5/1999 | $ 18,685,400.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 3D0-924545233 | GCCSAA00028366 / GCCSAA00028370 / NYGSAA0028384 / BS00307565 - 67 |
| 230747 | 1FN005 | ASCOT FUND LTD | 4/5/1999 | $ 11,314,600.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 2F0-924546194 | GCCSAA00028366 / GCCSAA00028370 / NYGSAA0028384 / BS00307565 - 67 |
| 152066 | 1A0058 | ASCOT PARTNERS LP | 4/12/1999 | $ 11,400,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 3D0-924545233 | GCCSAA00028366 / GCCSAA00028370 / NYGSAA0028384 / GCCSAA00028369 / BS00307565 - 68 |
| 258059 | 1FN005 | ASCOT FUND LTD | 4/12/1999 | $ 18,600,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 2F0-924546194 | GCCSAA00028366 / GCCSAA00028370 / NYGSAA0028384 / GCCSAA00028369 / BS00307565 - 68 |
| 91062 | 1A0058 | ASCOT PARTNERS LP | 1/10/2000 | $ 700,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 4E3-951250679 | GCC-P 0843063 / GCCSAA00028363 / GCC-P 0743507 / BS00307562 |

List of All Cash Transactions in Merkin Accounts

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||||  Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | | | |
| 60117 | 1FN005 | ASCOT FUND LTD | 1/10/2000 | $ 14,300,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 3BE-951254500 | GCC-P 0843063 / GCCSAA00028363 / GCC-P 0743507 / BS00307562 |
| 244488 | 1FN005 | ASCOT FUND LTD | 4/6/2000 | $ 8,825,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070016 | 3E6-955398350 | GCC-P 0743559 / GCC-P 0743560 / GCCSAA00028363 / BS00307562 / GCC-P 0843172 |
| 251951 | 1A0058 | ASCOT PARTNERS LP | 4/6/2000 | $ 6,175,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070016 | 520-955396526 | GCC-P 0743559 / GCC-P 0743560 / GCCSAA00028363 / BS00307562 |
| 97507 | 1A0058 | ASCOT PARTNERS LP | 8/2/2000 | $ 4,200,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 5AD-965747633 | GCCSAB00050589 / NYGSAA0102047 / NYGSAA0258833 / GCCSAA00045321 / GCC-P 0843459 / GCC-P 0843460 / BS00381230 / BS00612622 / GCC-P 0019889 / GCC-P 0069224 / GCCSAA00028363 |
| 88301 | 1FN005 | ASCOT FUND LTD | 8/2/2000 | $ 5,800,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 45A-965747547 | GCCSAB00050589 / NYGSAA0102047 / GCC-P 0843458 / GCC-P 0843460 / BS00381230 / BS00612622 / GCC-P 0019889 / GCC-P 0069224 / GCCSAA00028363 |
| 185051 | 1FR070 | ARIEL FUND LTD | 8/2/2000 | $ 46,000,000.00 | JRNL | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | BC3-965748014 | GCCSAB00050589 / NYGSAA0102047 / BS00381230 / BS00612622 / GCC-P 0019889 / GCC-P 0069224 / GCC-P 0843460 / GCC-P 0843458 |
| 307351 | 1G0321 | GABRIEL CAPITAL LP | 8/2/2000 | $ 39,000,000.00 | JRNL | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 9A9-965747859 | GCCSAB00050589 / NYGSAA0102047 / BS00381230 / BS00612622 / GCC-P 0019889 / GCC-P 0069224 / GCC-P 0843460 / GCC-P 0843459 |
| 105852 | 1FR070 | ARIEL FUND LTD | 1/8/2001 | $ 38,200,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070013 / AMF00070014 / AMF00076304 | CD8-980882261 A93-980877751 | NYGSAA0102338 / GCCSAB00050880 / GCC-P 0070297 / GCC-P 0020215 BS00612948 / BS00381521 / GCC-P 0833926-29 GCCSAA00028358 / GCCSAA00028362 / GCC-P 0833935 |

List of All Cash Transactions in Merkin Accounts

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | | Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | | | |
| 258969 | 1FN005 | ASCOT FUND LTD | 1/8/2001 | $16,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070013 / AMF00070014 / AMF00076304 | 4C3-980880050 A93-980877751 | NYGSAA0102338 / GCCSAB00050880 / GCC-P 0070297 / GCC-P 0020215 BS00612948 / BS00381521 / GCC-P 0833926-29 / GCC-P 0833936 |
| 29436 | 1G0321 | GABRIEL CAPITAL LP | 1/8/2001 | $35,800,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070013 / AMF00070014 / AMF00076304 | A93-980877751 | NYGSAA0102338 / GCCSAB00050880 / GCC-P 0070297 / GCC-P 0020215 BS00612948 / BS00381521 / GCC-P 0833926-29 GCCSAA00028358 / GCCSAA00028362 / GCC-P 0833888 |
| 310679 | 1FN005 | ASCOT FUND LTD | 4/12/2001 | $24,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070011 / AMF00076303 | 513-988212587 | NYGSAA0258358 / GCCSAA00028359 / GCC-P 0835464 |
| 285613 | 1FR070 | ARIEL FUND LTD | 4/12/2001 | $14,100,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070011 / AMF00076303 | DD1-988210982 | NYGSAA0258386 / GCCSAA00028358 / BS00307553 / GCC-P 0835451 |
| 309197 | 1G0321 | GABRIEL CAPITAL LP | 4/12/2001 | $11,900,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070011 / AMF00076303 | B8F-988212018 | GCC-P 0835460 / GCCSAA00028358 |
| 218113 | 1A0058 | ASCOT PARTNERS LP | 5/6/2002 | $2,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 8D6-1022264041 | NYGSAA0057931 / GCCSAB00007439 / NYGSAA0257660 / NYGSAA0057929 / GCCSAB00007437 / BS00337112 / GCC-P 0146662 / BS00018893 / BS00337114 / GCC-P 0146664 / GCC-P 0838547 / GCC-P 0838545 / GCC-P 0838540 |
| 309187 | 1FN005 | ASCOT FUND LTD | 5/6/2002 | $21,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 692-1022264118 | NYGSAA0057931 / GCCSAB00007439 / NYGSAA0257721 / NYGSAA0057929 / GCCSAB00007437 / BS00018893 / BS00337112 / GCC-P 0146662 / BS00337114 / GCC-P 0146664 / GCC-P 0838547 / GCC-P 0838545 / GCC-P 0838542 |
| 289650 | 1FN005 | ASCOT FUND LTD | 10/8/2002 | $18,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070006 / AMF00076299 | 703-1034277864 | NYGSAA0058052 / GCCSAB00007548 / BS00337235 / GCC-P 0838778 / BS00018902-03 / GCC-P 0146801 / GCC-P 0146804 / GCC-P 0838767 |

**List of All Cash Transactions in Merkin Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | | Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | | | |
| 287507 | 1G0321 | GABRIEL CAPITAL LP | 10/8/2002 | $ 2,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070006 / AMF00076299 | F34-1034278811 | NYGSAA0058052 / GCCSAB00007548 / BS00337235 / GCC-P 0838778 / BS00018902-03 / GCC-P 0146801 / GCC-P 0146804 / GCC-P 0838764 |
| 246969 | 1A0058 | ASCOT PARTNERS LP | 7/3/2003 | $ 30,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076295 | B1C-1059425335 | GCC-P 0837190 / GCC-P 0837193 / GCC-P 0837191 / GCC-P 0837255 |
| 17068 | 1A0058 | ASCOT PARTNERS LP | 10/7/2003 | $ 25,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076294 | BA2-1066066295 | NYGSAA0105447 / GCCSAB00053987 / GCC-P 0836931 / BS00384630 / BS00619939 / GCC-P 0027204 / GCC-P 0085818 / GCC-P 0750799 / GCC-P 0836929 |
| 17073 | 1A0058 | ASCOT PARTNERS LP | 10/8/2003 | $ 5,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076294 | BA2-1066066295 | NYGSAA0105447 / GCCSAB00053987 / GCC-P 0836931 / BS00384630 / BS00619939 / GCC-P 0027204 / GCC-P 0085818 / GCC-P 0750799 / GCC-P 0836930 |
| 156027 | 1A0058 | ASCOT PARTNERS LP | 12/2/2003 | $ (5,000,000.00) | CW | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070004 | C0E-1070910137 | GCC-P 0836622 / GCC-P 0836710 |
| 298491 | 1A0058 | ASCOT PARTNERS LP | 12/26/2003 | $ (12,000,000.00) | CW | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070003-4 | C1F-1072707387 | GCC-P 0836605 - 07 |
| 310189 | 1A0058 | ASCOT PARTNERS LP | 1/5/2004 | $ 17,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00070004 / AMF00076292 | C9F-1074711190 | NYGSAA0105618 / GCCSAB00054159 / GCC-P 0836606 / GCC-P 0832953 / GCC-P 0866580 - 81 / BS00020363 / BS00384801 / BS00528212 / BS00620442 / GCC-P 0027707 / GCC-P 0087017 / GCC-P 0832905 |
| 15358 | 1A0058 | ASCOT PARTNERS LP | 8/3/2004 | $ 15,000,000.00 | CA | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076290 | E0A-1092318103 | NYGSAA0106032 / GCCSAB00054577 / GCC-P 0832076 / BS00385215 / BS00622852 / GCC-P 0029985 / GCC-P 0092418 / GCC-P 0832083 |
| 97418 | 1A0058 | ASCOT PARTNERS LP | 1/6/2005 | $ 100,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | EED-1105568659 | GCC-P 0841202 |
| 293663 | 1A0058 | ASCOT PARTNERS LP | 4/5/2005 | $ 30,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | FB8-1112792993 | GCC-P 0841558 |

**List of All Cash Transactions in Merkin Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||||  Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | | | |
| 224009 | 1A0058 | ASCOT PARTNERS LP | 10/5/2005 | $ 50,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1103-1128517789 | NYGSAA0106662 / GCCSAB00055184 / NYGSAA0060182 / NYGSAA0051910 / GCCSAB00000288 / BS00017735 / BS00019133 / BS00331093 / BS00339365 / GCC-P 0000313 / GCC-P 0165055 / GCC-P 0840757-8 / BS00385845 / BS00626774 / GCC-P 0033904 / GCC-P 0100539 |
| 160994 | 1A0058 | ASCOT PARTNERS LP | 12/23/2005 | $ (25,000,000.00) | CW | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1180-1135698394 | NYGSAA0106763 / GCCSAB00055286 / NYGSAA0051992 / NYGSAA0061059 / GCCSAB00000370 / NYGSAA0051993 / NYGSAA0061060 / GCCSAB00000371 / BS00019173 / BS00331176 / BS00340243 / GCC-P 0000396 / GCC-P 0167346 / BS00385946 / GCC-P 0841058-59 / BS00627659 / GCC-P 0034770 / GCC-P 0102414 / BS00019179 |
| 25675 | 1A0058 | ASCOT PARTNERS LP | 1/6/2006 | $ (63,000,000.00) | CW | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1206-1136837279 | NYGSAA0235954 / GCCSAB00175063 / GCC-P 0034793 / BS00515137 / GCC-P 0830587 / GCC-P 0831045 / BS00627682 / GCC-P 0116079 |
| 32326 | 1A0058 | ASCOT PARTNERS LP | 4/4/2006 | $ (76,000,000.00) | CW | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 12E7-1144252796 | NYGSAA0107843 / GCCSAB00056366 / GCC-P 0106068 / GCC-P 0036608 / BS00629498 / BS00387026 / GCC-P 0830682 / GCC-P 0830914-15 |
| 238678 | 1FR070 | ARIEL FUND LTD | 7/10/2006 | $ 46,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1E4A-1152623438 | NYGSAA0108866 / GCCSAB00057352 / GCC-P 0109044 / BS00388049 / GCC-P 0831267-68 / GCC-P 0831270 / GCC-P 0831272 |

**List of All Cash Transactions in Merkin Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||||  Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | | | |
| 167623 | 1G0321 | GABRIEL CAPITAL LP | 7/10/2006 | $ 38,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1ABF-1152623762 | NYGSAA0108866 / GCCSAB00057352 / GCC-P 0109044 / BS00388049 / GCC-P 0831267 / GCC-P 0831269 |
| 62018 | 1A0058 | ASCOT PARTNERS LP | 7/12/2006 | $ 25,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 13ED-1152798689 | GCC-P 0831279 / GCC-P 0831274 |
| 302193 | 1A0058 | ASCOT PARTNERS LP | 12/29/2006 | $ (10,000,000.00) | CW | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076288 | 14E0-1167758418 | NYGSAA0110857 / GCCSAB00059344 / GCC-P 0113092 / BS00390040 / NYGSAA0110938 / GCCSAB00059425 / GCC-P 0831668 - 69 / GCC-P 0829391 / BS00390121 / GCC-P 0113100 |
| 14327 | 1A0058 | ASCOT PARTNERS LP | 7/6/2007 | $ 80,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 170E-1183734447 | NYGSAA0112009 / GCCSAB00060497 / GCC-P 0114534 / BS00391192 / GCC-P 0829918 |
| 78848 | 1A0058 | ASCOT PARTNERS LP | 12/31/2007 | $ (175,000,000.00) | CW | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 182B-1199116412 | NYGSAA0112677 / GCCSAB00061165 / GCC-P 0115293 / BS00391860 / GCC-P 0830470 / GCC-P 0830474 |
| 115975 | 1A0058 | ASCOT PARTNERS LP | 4/2/2008 | $ 25,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1995-1207232197 | GCC-P 0841989 |
| 254336 | 1A0058 | ASCOT PARTNERS LP | 7/2/2008 | $ (50,000,000.00) | CW | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076286 | 1A6D-1215095720 | NYGSAA0113645 / GCCSAB00062134 / GCC-P 0116081 / BS00392828 / NYGSAA0113647 / GCCSAB00062137 / GCC-P 0842287 -90 / BS00392830 / GCC-P 0116196 |
| 278724 | 1FR070 | ARIEL FUND LTD | 7/7/2008 | $ (16,200,000.00) | CW | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076286 | 2867-1215525241 | NYGSAA0160858-60 / GCCSAB00107753-55 / NYGSAA0160855-56 / GCCSAB00107750-51 / NYGSAA0113647 / GCCSAB00062137 / GCC-P 0842287-88 / BS00392830 / GCC-P 0116196 |
| 132026 | 1G0321 | GABRIEL CAPITAL LP | 7/7/2008 | $ (17,400,000.00) | CW | CHECK WIRE | Yes | Yes | Yes | Yes | AMF00076286 | 2344-1215525409 | NYGSAA0160858-60 / GCCSAB00107753-55 / NYGSAA0160855-56 / GCCSAB00107750-51 / NYGSAA0113647 / GCCSAB00062137 / GCC-P 0842287-88 / BS00392830 / GCC-P 0116196 |

**List of All Cash Transactions in Merkin Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Files | Merkin Defendants' Quickbooks | Documents Produced by Merkin Defendants | Bates Reference to BLMIS Files[4] | Merkin Defendants' Quickbooks TxnID[4] | Bates Reference to Documents Produced by the Merkin Defendants[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *Reconciliation Results[4]* | | | | | | | | | |
| 140328 | 1A0058 | ASCOT PARTNERS LP | 10/1/2008 | $ (45,000,000.00) | CW | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1B09-1222952701 | GCCSAB00062472 / NYGSAA0113982 / BS00393165 / GCC-P 0117005 / GCC-P 0842510 - 11 |
| 287916 | 1A0058 | ASCOT PARTNERS LP | 10/9/2008 | $ 10,000,000.00 | CA | CHECK WIRE | Yes | n/a | Yes | Yes | n/a | 1B37-1223650008 | BS00025635 / BS00025637 / BS00593304 / BS00593306 / GCC-P 0217050 / GCC-P 0217053 / GCC-P 0217061 / GCC-P 0842544 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconcilation to available BLMIS bank records is set forth in **Exhibit 10.**

[4] The "*n/a*" designation indicates where records could not be located and/or are otherwise unavailable.

[5] The referenced document shows this $7,000,000 cash deposit transaction dated 7/6/1994 between Ascot Partners ($1,960,291) and Ascot Fund ($5,039,709). Subsequently, there was a transfer of $5,039,709 on 7/12/1994 from Ascot Partners' BLMIS customer account (1A0058) to Ascot Fund's BLMIS customer account (1FN005).

[6] The referenced documents reflects a $10,500,000 cash deposit to the Ascot Fund BLMIS customer account. Two days prior to the 10/4/1995 cash deposit of $10,000,000 reflected on the customer statements for the Ascot Fund BLMIS customer account, there was a transfer of $500,000 from Ascot Partners' BLMIS customer account (1A0058) to Ascot Fund's BLMIS customer account (1FN005). *See also* AMF00070027.

[7] The referenced documents shows the $4,500,000 cash deposit transaction dated 4/16/1996 as a $5,000,000 capital addition to the Ascot Partners BLMIS customer account and a $500,000 capital decrease from the Ascot Fund BLMIS customer account. Also on 4/16/1996, there was a transfer of $500,000 from Ascot Fund's BLMIS customer account (1FN005) to Ascot Partners' BLMIS customer account (1A0058). *See also* AMF00070025.

[8] There is a $311 variance between the amounts reflected on the customer statements for the Ascot Partners and Ascot Fund BLMIS customer accounts compared to the amounts reflected on the referenced documents produced by the Merkin Defendants. As I have reconciled these cash transactions to the Merkin Defendants' QuickBooks records, I have also considered these cash transactions reconciled to the reference documents produced by the Merkin Defendants.

[9] The referenced documents produced by the Merkin Defendants include cash withdrawal transactions dated in December 1996 in a column for "Capital Changes 1/1/97."

[10] The referenced documents produced by the Merkin Defendants reflect a total cash withdrawal from the Ascot Partners' BLMIS customer account as $9,500,000 (compared to $8,500,000 per the BLMIS customers statements). In addition, three of the referenced documents reflect the cash deposit into the Ascot Fund BLMIS customer account as $21,000,000 (compared to $20,000,000 per the BLMIS customer statements). While I was unable to reconcile these cash transactions to the documents produced by the Merkin Defendants, I was able to reconcile them to the Merkin Defendants' QuickBooks records.