**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Charlotte Rubin (the "Claimant"), having filed an objection (the "Objection", Docket No. 665) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#000074 and #000075), hereby gives notice that she withdraws such Objection.

Dated: June 5, 2017

/s/ Charlotte Rubin
**CHARLOTTE RUBIN**
4920 Loring Drive, Apt. 1302
West Palm Beach, FL 33417