**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
Rex Lee
Lindsay M. Weber
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, *et al.* <br><br> Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**DECLARATION OF ROBERT LOIGMAN IN SUPPORT OF THE KINGATE FUNDS' UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR ANSWER**

I, Robert S. Loigman, hereby declare:

1. I am a member of the bar of the State of New York and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for the Joint Liquidators for defendants Kingate Global Fund Limited ("Kingate Global") and Kingate Euro Fund Limited ("Kingate Euro" and, together with Kingate Global, the "Kingate Funds" or "Funds").

2. This declaration is being submitted to provide the Court with certain materials in support of the Kingate Funds' motion for leave to amend their answer.

3. Attached as Exhibit A is a true and correct copy of the Kingate Funds' Amended Answer to the Trustee's Fourth Amended Complaint.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed on June 14, 2017, at New York, New York.

/s/ *Robert S. Loigman*
Robert S. Loigman