**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>Robert Roman,<br><br>     Defendant. | Adv. Pro. No. 10-04292 (SMB) |

## [PROPOSED] ORDER ON MOTION TO COMPEL

This cause having come before the Court on June 14, 2017, on the motion ("Motion") of

Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff

Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et*

*seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, for entry of an

order to compel Defendant Robert Roman to produce certain documents identified in the

Trustee's accompanying Memorandum of Law; and

Due notice of the Motion having been given and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after deliberation:

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1.      Defendant Robert Roman waived any work product protection over three communications and accompanying attachments he sent to Bernard L. Madoff; and

2.      Defendant Robert Roman is not entitled to assert the work product privilege over three communications and accompanying attachments Bernard L. Madoff, a disinterested third party, sent to Robert Roman.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.      The Motion is granted in in its entirety;

2.      Defendant Robert Roman is hereby ordered to produce the six communications identified above to the Trustee within seven days; and

3.      This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: _____2017        _____
                                  HON. STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE