# EXHIBIT E

Picard v Roman                    Robert Roman 5/17/2017

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------)
SECURITIES INVESTOR PROTECTION ) Adv. Pro. No.
CORPORATION,                   ) 08-01789 (SMB)
                               )
        Plaintiff-Applicant,   )
                               )
           v.                  )
BERNARD L. MADOFF INVESTMENT   )
SECURITIES LLC,                )
                               )
          Defendant.           )
------------------------------)
In Re:                         )
                               )
BERNARD L. MADOFF INVESTMENT   )
SECURITIES, LLC,               )
                               )
          Debtor.              )
------------------------------)
IRVING H. PICARD, Trustee for  ) Adv. Pro. No.
the Liquidation of Bernard L.  ) 10-04292 (SMB)
Madoff Investment Securities   )
LLC,                           )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )
ROBERT ROMAN,                  )
                               )
          Defendant.           )
------------------------------)

        VIDEOTAPED DEPOSITION OF ROBERT ROMAN
                May 17, 2017
              New York, New York

Reported by:

Eileen Mulvenna, CSR/RMR/CRR

BENDISH REPORTING
877.404.2193

Picard v Roman                    Robert Roman 5/17/2017

Page 2

1

2          VIDEOTAPED DEPOSITION of ROBERT ROMAN,

3   a Defendant in the above-titled action, held at

4   45 Rockefeller Plaza, New York, New York, on May 17,

5   2017, commencing at approximately 9:30 a.m., before

6   Eileen Mulvenna, CSR/RMR/CRR, Certified Shorthand

7   Reporter, Registered Merit Reporter, Certified

8   Realtime Reporter, and Notary Public of the State of

9   New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Roman                    Robert Roman 5/17/2017

```
                                                   Page 3
 1
 2    A P P E A R A N C E S:
 3        BAKERHOSTETLER LLP
          Attorneys for Irving H. Picard, Trustee for the
 4        Substantively Consolidated SIPA Liquidation of
          Bernard L. Madoff Investment Securities LLC and
 5        for the Estate of Bernard L. Madoff
              Key Tower
 6            127 Public Square
              Suite 2000
 7            Cleveland, Ohio  44114-1214
          BY:  DARREN CROOK, ESQ.
 8            dcrook@bakerlaw.com
 9                -and-
10        BAKERHOSTETLER LLP
              811 Main Street
11            Suite 1100
              Houston, Texas 77002-6111
12        BY:  DAVID F. PROAÑO, ESQ.
              david.proano@bakerlaw.com
13
14
          CHAITMAN LLP
15        Attorneys for Defendant
              465 Park Avenue
16            New York, New York  10022
          BY:  HELEN DAVIS CHAITMAN, ESQ.
17            hchaitman@chaitmanllp.com
18
19
20
21
22
23
24
25
```

Picard v Roman                    Robert Roman 5/17/2017

Page 4

1

2              THE VIDEOGRAPHER:  Good morning.  We

3       are now on the record.

4              Today is Wednesday, May 17, 2017, and

5       the time is 9:34 a.m.

6              My name is Chris Johnson, the video

7       technician in association with Bendish

8       Reporting.

9              This deposition is being held at the

10      office of BakerHostetler located at

11      45 Rockefeller Plaza, New York, New York.

12             The caption of this case is Picard

13      versus Roman filed in the United States

14      Bankruptcy Court, Southern District of

15      New York, Adversary Proceeding

16      No. 08-01789 (SMB).

17             The name of the witness is Robert

18      Roman.

19             At this time, the attorneys present

20      will identify themselves and the parties they

21      represent, and then the court reporter,

22      Eileen Mulvenna, will swear in the witness.

23             MR. PROAÑO:  David Proaño,

24      representing the plaintiff.  With me is

25      Darren Crook.

Picard v Roman                    Robert Roman 5/17/2017

Page 5

1                    Robert Roman

2              MS. CHAITMAN:  Helen Davis Chaitman on

3        behalf of the witness.

4   ROBERT ROMAN,

5      having been duly sworn by Eileen Mulvenna,

6      a Notary Public of the State of New York,

7      was examined and testified as follows:

8   EXAMINATION

9   BY MR. PROAÑO:

10        Q.     Mr. Roman, we represent Irving Picard,

11   the trustee appointed by the court to oversee the

12   liquidation of Bernard L. Madoff Investment

13   Securities, Inc.

14              Could you please state your name again

15   for the record.

16        A.     Robert -- the full name is Robert

17   David Roman.  I rarely use the middle name.

18        Q.     And you're being represented by

19   counsel today?

20        A.     Yes.

21        Q.     Your counsel is Ms. Chaitman?

22        A.     Yes.

23              MR. PROAÑO:  Before we get started,

24        the court has issued a protective order in

25        this case.  I have a copy of it here.

Picard v Roman                          Robert Roman 5/17/2017

Page 6

1                    Robert Roman

2                    (R. Roman Exhibit 1, No Bates numbers,

3            Undertaking and Consent to be Bound, marked

4            for identification.)

5    BY MR. PROAÑO:

6            Q.    Which has been marked as Exhibit 1.

7    We provided a copy of this to your attorney, and one

8    of your counsel has signed it on your behalf.    I

9    just want you to acknowledge for the record your

10   consent to be bound by the terms of this protective

11   order.

12                    (Witness peruses the exhibit.)

13                    MS. CHAITMAN:  To my knowledge, you

14            haven't designated any material as

15            confidential and so -- the protective order

16            requires that you give me five days' notice,

17            and I didn't receive any notice.  So there's

18            nothing for him to be bound by.

19   BY MR. PROAÑO:

20           Q.    To the extent there are confidential

21   materials marked, I just want an acknowledgment that

22   you agree to be bound by the protective --

23                    MS. CHAITMAN:  But, again, you haven't

24            designated any documents confidential.  I

25            just don't want to burden him with an

Picard v Roman                    Robert Roman 5/17/2017

Page 7

```
 1                 Robert Roman
 2          obligation that is a -- not warranted.  If
 3          you -- if you -- I will forgive the five days
 4          failure to notice if you show me a document
 5          which is truly confidential.  I'll talk to
 6          him about it.
 7   BY MR. PROAÑO:
 8          Q.    Is Ms. Allim one of your attorneys,
 9   Mr. Roman?
10          A.    Yes.
11          Q.    And she signed this protective order?
12          A.    Yes.
13          Q.    Your counsel may object at times
14   during the deposition.  If she does, let her finish
15   her objection before you answer so we can get a
16   clear record.
17                You should answer the question unless
18   your counsel specifically instructs you not answer.
19                Do you understand?
20          A.    Yes.
21          Q.    I'm handing you what's going to be
22   marked as Exhibit 2, which is the notice for your
23   deposition today.
24                (R. Roman Exhibit 2, No Bates numbers,
25          Revised Notice of Deposition, marked for
```

Picard v Roman                    Robert Roman 5/17/2017

Page 8

1                    Robert Roman

2           identification.)

3    BY MR. PROAÑO:

4           Q.    And are you here pursuant to this

5    notice of deposition?

6           A.    Yes.

7           Q.    Are you taking any medications or

8    other substances today that would alter your ability

9    to be truthful?

10          A.    No.

11          Q.    Preparing for this deposition, did you

12   meet or speak with anyone other than your counsel?

13          A.    No.

14          Q.    With respect to preparing with your

15   counsel -- please don't tell me what you and your

16   counsel discussed, but did you meet with your

17   counsel to prepare for today's deposition?

18          A.    Yes.

19          Q.    And how many times?

20          A.    Once.

21          Q.    Did you review any documents in the

22   course of that --

23          A.    Yes.

24          Q.    Do you recall what you reviewed?

25          A.    There was one document relating to the

Picard v Roman                    Robert Roman 5/17/2017

```
                                                    Page 9
 1                    Robert Roman
 2    balance when the account was opened.  There was --
 3    there was a disagreement as to what that opening
 4    figure should be.  And we did discuss that document.
 5              MS. CHAITMAN:  Please do not discuss
 6         anything that was said.
 7              THE WITNESS:  Okay.
 8              MS. CHAITMAN:  He simply asked you
 9         what documents you remember looking at.
10    BY MR. PROAÑO:
11         Q.    And was that a document that you had
12    in your possession, or is that a document that came
13    from us?
14         A.    I believe it came from you.
15         Q.    Was it a schedule of transfers?  Is
16    that the document you're remembering?
17         A.    Yes.
18         Q.    We'll mark this as Exhibit 3, which I
19    believe is the document you're referring to.
20              (R. Roman Exhibit 3, Bates Nos.
21         MADC0959_00000002, Spreadsheet, marked for
22         identification.)
23              THE WITNESS:  Yes, this is the
24         document that we discussed.
25
```

Picard v Roman                          Robert Roman 5/17/2017

Page 10

1                     Robert Roman

2    BY MR. PROAÑO:

3         Q.    And I'll represent to you that this is

4    an exhibit to the complaint filed against you,

5    Exhibit B.  There is, at the top there, a transfer

6    from account 1R3110 dated 7/25/1997 for about

7    1.2 million.

8               Do you see that?

9         A.    Yes.

10        Q.    That account, 1R003110, that was

11   previously your account at BLMIS?

12        A.    I can't be certain of that.  I did not

13   memorize my account numbers.

14        Q.    And do you have any evidence to

15   dispute that line item there, that July 25th, 1997,

16   line item, the accuracy of it?

17             MS. CHAITMAN:  I'm going to object to

18             the form because I don't think it's clear

19             what you're asking him.

20             MR. PROAÑO:  Sure.

21   BY MR. PROAÑO:

22        Q.    The line item there has a date of

23   July 25, 1997.  And it reflects a transfer into this

24   account, which is 1R0148.  At the top, you'll kind

25   of see it --

BENDISH REPORTING
877.404.2193

Picard v Roman                          Robert Roman 5/17/2017

Page 11

1                    Robert Roman

2          A.    I've been looking for that number.

3          Q.    See where it --

4          A.    1R0148?

5          Q.    See where it says -- it's right

6    under -- it says "page 24 of 29" at the top.  Right

7    below that you'll see a little number, 1R0148.

8          A.    No, I do not see that.

9                MS. CHAITMAN:  It's printed over, but

10         it says --

11               THE WITNESS:  Oh.  I'm sorry.  It's

12         blocked out by some other letters.  I see,

13         yes.  Okay.

14   BY MR. PROAÑO:

15         Q.    Is 1R0148 the account you remember

16   having at BLMIS?

17         A.    I don't remember my account numbers.

18         Q.    Going back to this line item then,

19   assuming that's your account, line item that's dated

20   July 25, 1997, shows a transfer from an account

21   1R0031-1-0 in the amount of $1,239,795.

22               Do you see that?

23         A.    Yes, I see that.

24         Q.    And do you have any basis to -- or any

25   evidence to dispute the accuracy of this information

Picard v Roman                          Robert Roman 5/17/2017

Page 12

```
 1                    Robert Roman
 2   that approximately $1.2 million was reported from --
 3   as a transaction from that account?
 4        A.    I'm not in possession of any written
 5   document to that figure.
 6        Q.    Do you have the possession of any
 7   documents or evidence that contradicts that figure?
 8        A.    I can't be certain.  I have looked.
 9   To date I have not found any.  That doesn't mean it
10   doesn't exist.
11        Q.    If you do locate any, you'll certainly
12   produce it to us?
13        A.    Yes.
14        Q.    You were previously deposed by counsel
15   for the trustee pursuant to a Rule 2004 --
16        A.    Yes.
17        Q.    -- subpoena?
18              Do you remember that?
19        A.    Yes.
20        Q.    And that -- I'll represent to you your
21   deposition pursuant to that subpoena took place on
22   May 3rd, 2010.
23              Does that sound about right?
24        A.    It sounds about right, yes.
25        Q.    And did you ever take a look at the
```

Picard v Roman                    Robert Roman 5/17/2017

Page 13

1                      Robert Roman

2    transcript that was made of that deposition?

3         A.     At the time I received it, yes.  I

4    have not looked at it since.

5         Q.     Was there anything in that transcript

6    you recall being inaccurate or incomplete?

7         A.     At the time I read it, back in 2010, I

8    did not find anything inaccurate.

9         Q.     We're going to try at a break to get a

10   stipulation in from your counsel that the transcript

11   that we have here that we're going to mark as an

12   exhibit is an accurate transcript.  But we might

13   come back if we can't get the stipulation.

14              MS. CHAITMAN:  I have not read that

15              transcript.  I mean, I -- I defended it, but

16              I wasn't -- I haven't read it since then.

17              I'm not able to stipulate today.  You can put

18              that off or you can ask him whatever

19              questions you want, but I'm not going to have

20              time today to reread it.

21              MR. PROAÑO:  Sure.  We can revisit

22              that.

23   BY MR. PROAÑO:

24         Q.     In your previous Rule 2004

25   examination, you indicated that you were retired.

BENDISH REPORTING
877.404.2193

Picard v Roman                                    Robert Roman 5/17/2017

Page 14

```
 1                      Robert Roman
 2                      Are you still retired?
 3          A.     Yes.
 4          Q.     And do you have any plans to resume
 5   work?
 6          A.     No.
 7          Q.     When was the last time you were
 8   employed or had any kind of employment?
 9          A.     I gave up my insurance agency in
10   approximately 1993.
11          Q.     And have you taken any employment
12   since that time?
13          A.     No.
14          Q.     And have you undertaken any jobs in
15   that time, any kind of work?
16          A.     No.
17          Q.     Were you at one time operating like a
18   taxi service to an airport?
19          A.     There was -- it was not what I would
20   call a taxi service.  I operated -- amongst friends.
21   It was never advertised.  There was no advertising.
22   There was no business phone number.  It was strictly
23   personal.
24          Q.     Do you still reside at 2444 Northwest
25   59th Street, Apartment 301 --
```

Picard v Roman                    Robert Roman 5/17/2017

Page 15

1                    Robert Roman

2          A.    No.

3          Q.    -- Boca Raton, Florida?

4          A.    That apartment was sold two and a half

5    years ago.

6          Q.    And where is your current residence?

7          A.    My current residence is 111 Mandalay

8    Way, M-A-N-D-A-L-A-Y Way, Boynton Beach, Florida

9    33437.

10         Q.    Do you reside with your spouse?

11         A.    Yes.

12         Q.    Do you reside with anyone else at that

13   address?

14         A.    No.

15         Q.    Do you recall what year you got an

16   account with BLMIS?

17         A.    PLMIS -- B.  I don't understand the

18   first part of the question.

19         Q.    Oh, sure.  When I say "BLMIS," do you

20   understand --

21         A.    What I meant is you said "Do you

22   recall."  I don't remember the first two words of

23   your sentence.

24         Q.    Okay.  Sorry if I'm soft-spoken.  Let

25   me ask it again.

Picard v Roman                    Robert Roman 5/17/2017

1                    Robert Roman

2                    Do you recall approximately which year

3   you first established an account at BLMIS?

4          A.      Yes, I did miss that whole part.

5                  Best of my recollection, 1962.

6          Q.      And do you recall how that account was

7   initially funded?

8          A.      Not really, no.  No.  I was very poor

9   in those days.  On the other -- yeah.  No, I don't

10  remember how much or when or how -- no.  It was a

11  long time ago.

12         Q.      Do you recall receiving statements

13  from BLMIS in connection with your account?

14         A.      I can't be certain when the statements

15  started.  He was a very beginning business and so

16  was I.  I don't know if he produced monthly

17  statements from back then.  I have no recollection

18  when monthly statements began.  It's -- I couldn't

19  even guess.

20         Q.      At some point, monthly statements were

21  issued?

22         A.      Yes.

23         Q.      You have produced some of those to us;

24  correct?

25         A.      Yes.

BENDISH REPORTING
877.404.2193

Picard v Roman                    Robert Roman 5/17/2017

1                    Robert Roman

2          Q.     Did you ever dispute with anyone any

3     amounts reflected on those statements you received

4     from BLMIS?

5          A.     No.

6          Q.     And did you ever have reason to

7     believe that anything in those statements was

8     inaccurate?

9          A.     No.

10         Q.     Did you get withdrawals from --

11         A.     Yes.

12         Q.     -- your account?

13                Do you recall when you began receiving

14    withdrawals?  Generally, even if it's a decade.

15         A.     Oh, it's much more than that.  We

16    probably -- my wife and I started withdrawals

17    probably ten years later, the 1970s or 1980s.

18         Q.     And do you recall the nature of the

19    withdrawals?

20         A.     Mostly it was income tax.  We made a

21    substantial withdrawal April 1st of every year.  We

22    made smaller withdrawals throughout the year.

23         Q.     And do you recall how the withdrawals

24    were accomplished?

25         A.     Yes.  I was required to put in

Picard v Roman                    Robert Roman 5/17/2017

Page 18

1                    Robert Roman

2    writing.  And I would specify amount and they --

3    within two or three days, I had a check.

4        Q.    I think we're on 4.  Exhibit 4 I'm

5    going to hand you is a compilation from the account

6    maintenance files of BLMIS.  And they purport to be

7    letters from you or your wife.  I'm just going to

8    hand them to you and have you authenticate them,

9    Mr. Roman.

10                (R. Roman Exhibit 4, Bates Nos.

11                AMF00142982 through 927, 10/13/93 Letter to

12                Annette from Roman with attachments, marked

13                for identification.)

14   BY MR. PROAÑO:

15       Q.    What I have done -- what we have done

16   is we've put the letters from the account

17   maintenance file at BLMIS in chronological order, so

18   I'd like you to take your time and flip through

19   them.

20       A.    Well, on the first page, for example,

21   this is two addresses ago.  Am I supposed to make a

22   correction on this form?

23       Q.    Not yet.  What I want you to do is

24   just take your time and flip through them.  And I

25   want you to tell me, by the end of it, whether they

Picard v Roman                    Robert Roman 5/17/2017

Page 19

1                     Robert Roman

2    appear to be copies of letters you sent or your wife

3    sent over the years to BLMIS.

4                    (Witness peruses the exhibit.)

5                    MS. CHAITMAN:  He's not asking you to

6            verify anything.  He's asking if these look

7            like the letters that you sent.

8                    THE WITNESS:  The letters look fine.

9            There's an account here I don't recognize.

10   BY MR. PROAÑO:

11           Q.    Okay.  So why don't we just start one

12   question at a time.

13           A.    Okay.  On page 4, counting -- there's

14   a letter dated May 16th --

15           Q.    Okay.

16           A.    -- from Madoff that reads "Joanne."  I

17   assume they mean "Joan."

18                    The fourth line down, "Robert Roman

19   IRA account," I have no recollection of having such

20   an account.

21           Q.    The 1Z0 --

22           A.    Yes.

23           Q.    -- 15?

24           A.    Yes.

25           Q.    Okay.  There was a Joan Roman IRA

Picard v Roman                    Robert Roman 5/17/2017

Page 20

```
 1                    Robert Roman
 2   account?
 3        A.    I don't recall.  You'll have to ask
 4   her.  I don't know.
 5              MR. PROAÑO:  And this is just for the
 6        record.  It's AMF00142976.
 7              THE WITNESS:  What number was that?
 8              MS. CHAITMAN:  It's the Bates number.
 9              THE WITNESS:  Okay.
10   BY MR. PROAÑO:
11        Q.    Just to be clear, that May 16, 1997,
12   letter is from Joan Roman to a Joanne at BLMIS.
13        A.    I am -- I'm going to guess that Joanne
14   did not prepare -- that Madoff prepared it and sent
15   it to Joan's signature.  You'll have to ask her
16   that.
17        Q.    Okay.  You've had a chance to look at
18   these letters?
19        A.    No, I'm not finished.
20        Q.    Keep going.  And when you're done,
21   just give me a heads-up and we'll go through these.
22              (Witness peruses the exhibit.)
23        A.    On the next page, she refers to a
24   Robert Roman account R01483, and I don't see that on
25   page 4.
```

Picard v Roman                     Robert Roman 5/17/2017

Page 21

1                    Robert Roman

2          Q.     Yeah, remember looking back at that

3    Exhibit B?  You see that?

4          A.     Oh.

5          Q.     Exhibit 3, I think it is.

6          A.     Yes.

7          Q.     And it has a line item at the

8    July 1997 line item --

9          A.     Yes.

10         Q.     -- that references some kind of --

11         A.     It says, "Transferred from -- from

12   1R0031-1-0."

13         Q.     Right.

14         A.     And that -- that number is on page 4,

15   the second item.

16         Q.     Correct.

17         A.     But the fourth item I don't see.  On

18   page 5, I don't see that number repeated.

19         Q.     Right.

20                Now, this page 5, you're talking about

21   the December 22nd, 1997 --

22         A.     Wait.  Wait.  Wait.  There's a number

23   similar.  I keep -- on this exhibit --

24         Q.     Yes, Exhibit 3?

25         A.     Yes.

BENDISH REPORTING
877.404.2193

Picard v Roman                         Robert Roman 5/17/2017

Page 22

1                     Robert Roman

2                     That 148-3, that is the number that's

3    on this form, except the dash 3 is missing.

4              Q.    Correct.

5              A.    Okay.  Okay.  So I apologize.  I did

6    have such -- that account number was the -- the new

7    number.  Okay.  Except for the dash 3, they do

8    match.

9                     (Witness peruses the exhibit.)

10             Q.    So let's just clarify for the record.

11                    If you look at the letter dated

12   May 16, 1997, which is AMF00142976, it references an

13   account in your name of R0031-1-0.

14             A.    Yes, I recognize that.

15             Q.    And that was an account you had at

16   BLMIS?

17             A.    Yes.

18             Q.    And then later, there was another

19   account that seemed to be the successor account --

20             A.    Yes.

21             Q.    -- which had a number of R0148?

22             A.    Yes.

23             Q.    And that was your account at BLMIS?

24             A.    Yes.

25                    (Witness peruses the exhibit.)

Picard v Roman                    Robert Roman 5/17/2017

Page 23

1                   Robert Roman

2           A.      On your page 142969, it does indicate

3    that those accounts beginning "ZW" were closed.  So

4    it appears that for one or two years -- they existed

5    in 1993 and were closed in 1999.  And I have

6    absolutely no recollection of that transaction,

7    opening or closing.

8                   (Witness peruses the exhibit.)

9           A.      There's a name here I don't recognize.

10   It's probably not material.  Your page 142935, it

11   refers to a check sent to Citibank, to an account

12   rep, Chizuko Nishio.  I have never seen that name

13   before.  I don't know that person.

14          Q.      Just going back to that page, it's got

15   a fax header with the name, "Robert Roman."

16          A.      Yes.

17          Q.      Was that a fax number you used,

18   (561)998-1390?

19          A.      On that same page, I see an account

20   number.  I assume that's a checking account number.

21   The fax number I have is -- her fax is (561)343240

22   [sic], which makes no sense.  There's no phone

23   number like that.  She's missing a digit.

24                  I think what's happening -- it looks

25   to me like she left out a 7.  One number is 347 and

Picard v Roman                    Robert Roman 5/17/2017

Page 24

1                    Robert Roman

2    the other is 343240.  So the fax number I'm going to

3    assume should have been 347.

4              But in any case, I don't recognize it.

5         Q.    Does this look like a fax that you

6    sent around November -- I'm sorry -- November 16,

7    2005?

8         A.    I can't be -- I'm trying to determine

9    who actually wrote "Please wire to my account."

10             MS. CHAITMAN:  He's referring to this

11        on the top.

12             THE WITNESS:  Oh, yes.

13             Oh, that number.  I'm sorry.

14    BY MR. PROAÑO:

15        Q.    Yes.

16        A.    Yes, that's a familiar number to me.

17    I don't remember whether it's a phone number or a

18    fax number, but that number is familiar.  It's no

19    longer a valid number, but I do recall the number.

20        Q.    So this document, AMF00142935, appears

21    to be a copy of a fax --

22        A.    Yes.

23        Q.    -- you sent; is that correct?

24        A.    Yes.

25        Q.    Okay.  If you keep flipping through.

Picard v Roman                              Robert Roman 5/17/2017

Page 25

1                    Robert Roman

2          A.      Okay.

3                  (Witness peruses the exhibit.)

4          A.      I think there's something -- I want to

5    study this page, 142930, because this letter is

6    dated September 11th.  And it refers to my account

7    number, R0148.  And as I read your Exhibit B, I

8    believe you call it, my account number was changed

9    on July 25, 1997, which would have been before

10   September --

11         Q.      I think you're looking -- if you look

12   at the letter again, Mr. Roman --

13         A.      Yes.

14         Q.      -- September 11, 2007.

15         A.      I'm sorry.  I saw 1997.

16         Q.      No problem.

17         A.      Okay.  It looked like a wrong account

18   number.

19                 You're absolutely correct, that was

20   the correct number.  In 1997, it did not change.

21   Okay.

22                 (Witness peruses the exhibit.)

23         A.      Yes, I don't -- I don't see anything

24   wrong.

25         Q.      Okay.

Picard v Roman                    Robert Roman 5/17/2017

Page 26

```
 1                     Robert Roman
 2          A.    Other than what I've just spoken --
 3          Q.    So let's -- so the record's clear,
 4   Exhibit 4 is a compilation of letters that either
 5   you or your wife or you and your wife together sent
 6   to BLMIS?
 7          A.    Yes.
 8          Q.    And the letters relate to accounts you
 9   had at BLMIS?
10          A.    Yes.
11          Q.    And those letters that reflect
12   requests for withdrawals, is that the normal way you
13   would request withdrawals from your BLMIS accounts?
14          A.    Yes.
15          Q.    And did BLMIS ever refuse a withdrawal
16   request?
17          A.    No.
18          Q.    And so the withdrawals would have been
19   made to you or your wife pursuant to these
20   instructions?
21          A.    Yes.
22          Q.    Typically, how were those withdrawals
23   accomplished?
24          A.    A check from BLMIS.
25          Q.    Was there any other way the
```

Picard v Roman                    Robert Roman 5/17/2017

Page 27

1                    Robert Roman

2    withdrawals would be accomplished?

3         A.    No.

4         Q.    And would the check be mailed to you?

5         A.    Yes.

6         Q.    And what did you do with the

7    withdrawal checks once you or your wife received

8    them?

9         A.    They were deposited into our checking

10   account.

11        Q.    Was it a joint account?

12        A.    Yes.

13        Q.    Do you recall if it was a Citibank

14   account in the later years?

15        A.    I'm trying -- we did leave Citibank.

16   I'm trying to recall the exact year.  It was

17   approximately 2009.  I just don't remember from

18   memory when we switched banks.  We left Citibank.  I

19   wanted to go to a local Florida bank.  I don't

20   recall the date.  I'm going to -- I'm going to guess

21   2009.

22        Q.    You had mentioned earlier that every

23   year you had a -- you or your wife asked for a

24   withdrawal around April --

25        A.    Yes.

Picard v Roman                    Robert Roman 5/17/2017

Page 28

1                    Robert Roman

2          Q.      -- to pay taxes?

3          A.      Yes.

4          Q.      That withdrawal, was it made pursuant

5     to the customary way of sending you a check that you

6     would deposit in you and your wife's checking

7     account?

8          A.      Yes.

9          Q.      So that check would be deposited into

10    your bank account?

11         A.      Yes.

12         Q.      And then, from there, your testimony

13    is that you used that money to pay taxes?

14         A.      It's -- most of that money.  As a

15    percentage, probably 80 or 90 percent of it paid the

16    taxes.  And the rest we used for personal expense.

17         Q.      Then when you went to actually pay the

18    taxes, did you then issue a check from your checking

19    account to the governing authorities to pay the

20    taxes?

21         A.      Yes.

22         Q.      Did you ever ask BLMIS to send a check

23    directly to the IRS or any other taxing authorities

24    to pay taxes?

25         A.      No.  No.

BENDISH REPORTING
877.404.2193

Picard v Roman                    Robert Roman 5/17/2017

Page 29

1                         Robert Roman

2              Q.     Apart from the withdrawals you say

3     were meant to pay taxes, what was the money used

4     [sic] in connection with your other withdrawals?

5                     MS. CHAITMAN:  I'm going to object to

6              the -- to the question because it goes to

7              subsequent transfer issues, which the judge

8              has ruled are not relevant.

9     BY MR. PROAÑO:

10             Q.     You may answer.

11                    MS. CHAITMAN:  I instruct him not to

12             answer.

13    BY MR. PROAÑO:

14             Q.     You had mentioned earlier you had used

15    money for living expenses; is that accurate?

16             A.     Yes.

17             Q.     Did you ever -- the checks you

18    received from BLMIS, were they generally on a

19    quarterly basis?

20             A.     No.

21             Q.     Was it just ad hoc, whenever you

22    needed money?

23             A.     Yes.

24             Q.     I'm going to hand you Exhibit 5.

25

Picard v Roman                        Robert Roman 5/17/2017

Page 30

1                    Robert Roman

2               (R. Roman Exhibit 5, No Bates numbers,

3          Responses and Objections, marked for

4          identification.)

5     BY MR. PROAÑO:

6          Q.    And what I've handed you is a copy of

7     the Responses and Objections of Robert Roman to

8     Trustee's First Set of Requests for Admission.

9               Have you seen this document before

10    today?

11         A.    I can't be certain.  Would I have

12    received it -- I assume it would have gone to my

13    counsel, who would then forward it to me; is that

14    correct?

15              MS. CHAITMAN:  You can't ask him a

16         question.

17              THE WITNESS:  Okay.

18              MS. CHAITMAN:  He asked you whether

19         you saw it.  Just answer that question.

20              THE WITNESS:  I can't be certain.  I

21         can't be certain.

22    BY MR. PROAÑO:

23         Q.    You would certainly, in any event,

24    rely on your counsel to respond to such requests?

25         A.    I would rely on my counsel to make me

Picard v Roman                        Robert Roman 5/17/2017

Page 31

1                    Robert Roman

2    aware that this exists, yes.

3         Q.    And do you recall checking for

4    information to verify whether or not you had

5    received withdrawals from BLMIS?

6         A.    Wait a minute.  You're referring to

7    the last discussion, those withdrawal letters?

8         Q.    Yes.  And also the Exhibit B.

9         A.    Yes.  Yeah.  Let me read this and see

10   if I can recall seeing it.

11        Q.    I'm just going to point you to a

12   couple of them.  We don't have to go through each

13   one.

14        A.    Okay.

15        Q.    There is -- Request No. 4, that

16   request says, "Admit that Column 4 of Exhibit B to

17   the complaint accurately reflects the deposits made

18   into the account."

19              Do you see that?

20        A.    This is Exhibit B?

21        Q.    Correct.

22        A.    Your 002?

23        Q.    Yes.

24              So you're holding Exhibit 3, which is

25   Exhibit B to our complaint.  And that request for

Picard v Roman                           Robert Roman 5/17/2017

Page 32

1                    Robert Roman

2    admission references that document.

3         A.    Okay.  Column 4.  Specifically you're

4    referring to the column that begins 300,000?

5    Column 4 is "Cash Deposits."

6         Q.    Column 4 is "Cash Deposits."

7         A.    Yes.

8               I can't be certain of that.

9         Q.    What you said and what your counsel

10   said in the response was "See answer to number 1."

11        A.    Let me see what that was.

12              (Witness peruses the exhibit.)

13        A.    It says --

14        Q.    The answer to number 1 says, "Denied.

15   Responding party does not accept the term 'principal

16   balance'" --

17        A.    All right.  Now I understand.

18        Q.    I'll continue reading the response.

19              It says, "Moreover" --

20              MS. CHAITMAN:  You have to read the

21         full response.

22              THE WITNESS:  Yeah.

23              "Verify deposits and withdrawals" --

24         yes.  Okay.  That was my response then and it

25         is still my response.

Picard v Roman                           Robert Roman 5/17/2017

Page 33

1                         Robert Roman

2    BY MR. PROAÑO:

3         Q.    So I'm just going to --

4         A.    I understand.

5         Q.    I'm going to say the response again so

6    the record's clear.

7         A.    Okay.

8         Q.    So when you responded to the request

9    or your counsel responded to the Request for

10   Admission No. 4, it referred back to the Response to

11   Request for Admission No. 1.

12        A.    Yes.

13        Q.    And the full response is, "Denied.

14   Responding party does not accept the term" --

15        A.    Yes.

16        Q.    -- "'principal balance'. Moreover,

17   responding party is unable to verify deposits and

18   withdrawals from 1960 to November 30, 2000.

19   Deposits and withdrawals from December 1, 2000

20   through December 22, 2008, are accurate."

21        A.    Yes.

22        Q.    Do you see that?

23        A.    Yes.  The response that you're quoting

24   is my response to the current question.

25        Q.    So is the response I just quoted -- is

Picard v Roman                    Robert Roman 5/17/2017

Page 34

1                    Robert Roman

2      that an accurate --

3          A.     Yes.

4          Q.     -- response?

5          A.     Yes.

6          Q.     You say you do not accept the term

7      "principal balance."

8                    What do you mean by that?

9          A.     If you go to Column 8, it leaves

10     off -- it says, "Balance of principal," and it's

11     blank.  So I'm referring to the fact that I do not

12     accept that balance.

13         Q.     So you're referring to the line -- the

14     row that's dated July 25, 1997?

15         A.     Yes.  July 25th fails to -- the

16     document filed November 26, 2010 -- I am objecting

17     to the fact that that transfer from the original

18     account was not included in Column 9.

19         Q.     Just so we're clear of what you're

20     talking about --

21         A.     Yes.

22         Q.     -- you're referring to Exhibit 3,

23     which is Exhibit B to our complaint.

24         A.     Yes.

25         Q.     You're saying the row that's dated

Picard v Roman                    Robert Roman 5/17/2017

Page 35

1                    Robert Roman

2   July 25, 1997, reflects, in Column 8, nothing --

3          A.     Yes.

4          Q.     -- for principal balance?

5          A.     That is correct.

6          Q.     And you believe that there should have

7   been something reflected in that row?

8          A.     I believe the figure quoted in

9   Column 3 should be there.  It's specific.  It's not

10  something.  It's specific, 1 million 239 dollars 795

11  dollars [sic].

12         Q.     And you believe that on what basis?

13         A.     That, as I testified earlier, my

14  account began approximately 1962.  I could be off by

15  a year, '61 or '63.  And between the opening and

16  1997, there was at least that much money in my

17  account.

18         Q.     You say there's at least 1.2 million

19  in your --

20         A.     That's correct.

21         Q.     What evidence do you have that that

22  was --

23         A.     I've already answered that question.

24  I can't -- I have searched for quite some time,

25  looking for documentation prior to 1997.  As of

Picard v Roman                    Robert Roman 5/17/2017

Page 36

1                  Robert Roman

2    today, I've not found any documentation.

3         Q.    So as of today, you have not found any

4    documentation that the principal balance in your

5    BLMIS account should have been at least 1.2 million

6    as of July 25, 1997?

7         A.    As of July 28, 1997, yes.  When the --

8    the transfer should have occurred on July 25th and

9    it did not, according to Exhibit B -- or Exhibit 3.

10        Q.    Just to ask, so the record's clear --

11        A.    Yes.

12        Q.    -- so as of today, you have not

13   located any evidence to substantiate your claim that

14   your account, as of July 25th, 1997, when you

15   received the transfer from 1R0031-1-0, should have

16   been at least 1.2 million?

17        A.    Yes, that's correct.  I have to

18   believe that someplace that evidence exists, even if

19   it's Internal Revenue.  I don't know if they keep my

20   tax returns for 50 years.  But it's worthwhile

21   making an effort, which I have not yet done, to find

22   that documentation.  It's got to exist someplace.

23        Q.    You haven't found it yet?

24        A.    I haven't found it yet.

25        Q.    And if you do find it, you'll

Picard v Roman                    Robert Roman 5/17/2017

Page 37

1                    Robert Roman

2    certainly produce it to us?

3         A.    Absolutely.

4         Q.    Do you have any records that predate

5    1997 that reflect exactly how much you deposited

6    into your BLMIS accounts?

7         A.    Sounds like the same question.

8                No, I don't.

9         Q.    And do you have any records that

10   predate 1997 that reflect how much you withdrew from

11   your BLMIS accounts?

12        A.    No.  None have been located to date.

13        Q.    Paul Konigsberg Wolf -- I'm sorry.

14               Paul Konigsberg of Konigsberg & [sic]

15   Wolf was your accountant for a period of time?

16        A.    Yes.

17        Q.    Do you recall for what time period?

18        A.    Probably from 1962, maybe even

19   earlier.  We were married in 1956, so my guess is he

20   was probably my accountant going all the way back to

21   1956.  I don't recall the year that we stopped using

22   Mr. Konigsberg.  I would hesitate to guess.  It

23   could have been someplace in the 1990s.

24        Q.    Did you ever have conversations with

25   Mr. Konigsberg about your BLMIS accounts?

Picard v Roman                          Robert Roman 5/17/2017

Page 38

1                           Robert Roman

2              A.    Yes.

3              Q.    Do you recall the substance of those

4    conversations?

5              A.    Nothing other than what was involved

6    in preparing my tax return.

7              Q.    Did he ever raise any inaccuracies or

8    issues with you about your BLMIS accounts or

9    statements?

10             A.    No.

11             Q.    And Mr. Friehling was also your

12   accountant?

13             A.    We -- when we discontinued with

14   Mr. Konigsberg, we went immediately with

15   Mr. Friehling.

16             Q.    Same thing.

17                   Did you discuss your BLMIS accounts

18   with Mr. Friehling?

19             A.    I'm not certain I know what you mean

20   by the word "discuss."

21             Q.    Have conversations with or --

22             A.    Only as regards taxes.

23             Q.    Only with respect to payment of taxes?

24             A.    Only with respect to taxes.

25             Q.    And did Mr. Friehling ever raise any

Picard v Roman                    Robert Roman 5/17/2017

Page 39

1                    Robert Roman

2    concerns about inaccuracies or issues with your

3    accounts --

4         A.    No.

5         Q.    -- or statements?

6         A.    No.

7         Q.    And Norma Berkman, do you recognize

8    that name?

9         A.    Yes.

10        Q.    Was he [sic] an accountant for you or

11   Mrs. --

12        A.    No, when I lost Mr. Friehling, we

13   switched to her.  Norma Berkman became my accountant

14   after David Friehling was no longer my accountant.

15        Q.    And do you remember when that

16   occurred?

17        A.    February 2009, because he was no

18   longer able to prepare my 2008 return.  And I needed

19   a new accountant real quick, so I found Norma

20   Berkman.

21        Q.    Why wasn't he able to repair [sic]

22   your return?

23        A.    He had a --

24        Q.    Did you say "repair" or "prepare"?

25        A.    "Prepare."

Picard v Roman                    Robert Roman 5/17/2017

Page 40

```
 1                    Robert Roman
 2                    He was no longer a CPA.  He was
 3   arrested.
 4          Q.    And did you ever have discussions with
 5   Mr. Friehling about what occurred when fraud at
 6   BLMIS was revealed?
 7          A.    No.
 8          Q.    Is --
 9                (Reporter seeks clarification.)
10   BY MR. PROAÑO:
11          Q.    Is Judah Ever your current accountant?
12          A.    Yes.  Norma Berkman was an employee of
13   his.  She retired, so I stayed with the same firm.
14   But Norma Berkman and Judah Ever, it's essentially
15   the same -- it is the same firm.
16          Q.    You're aware that Mr. Ever has
17   submitted a declaration in this case?
18          A.    Yes.
19          Q.    And did you help prepare that
20   declaration?
21          A.    No.
22          Q.    Did you provide Mr. Ever any
23   information for that declaration?
24          A.    He never asked me for any assistance
25   of any sort.
```

Picard v Roman                    Robert Roman 5/17/2017

Page 41

1                      Robert Roman

2           Q.    You're aware that he was deposed in

3    this case?

4           A.    Yes.

5           Q.    And did you help him prepare?

6           A.    No.

7           Q.    Do you recall anyone else serving as

8    your accountant?

9           A.    He has an employee now that is

10   actually my contact.  I've never met Mr. Ever.  I'm

11   trying to think of that gentleman's name.  I see him

12   once a year.  I can't recall his name.  But I was

13   there several weeks ago doing my return for this

14   year.  I can't recall his name.  If I think of it

15   later, I'll be glad to give it to you.

16               THE WITNESS:  Am I allowed to look at

17          my phone?

18               MS. CHAITMAN:  You know what, the name

19          of your current accountant is not relevant to

20          any of the issues in the case.

21               THE WITNESS:  Okay.  Okay.

22   BY MR. PROAÑO:

23          Q.    Do you plan to call any of your past

24   accountants as witnesses --

25          A.    No.

Picard v Roman                    Robert Roman 5/17/2017

Page 42

1                      Robert Roman
2          Q.     -- in this case, if it goes to trial?
3          A.     I will follow my counsel's advice.  If
4     she says do it, I will do it.
5               MS. CHAITMAN:  Well, Judah Ever may be
6          a witness.  I assume you're not asking about
7          him.  You've deposed him.
8     BY MR. PROAÑO:
9          Q.     Other than Mr. Ever.
10         A.     No.
11              MR. PROAÑO:  Why don't we take a
12         five-minute break.
13              THE WITNESS:  Sure.
14              THE VIDEOGRAPHER:  It is 10:21 a.m.
15         We are going off the record.
16              (Recess from the record.)
17              THE VIDEOGRAPHER:  It is 10:39 a.m.
18         We are back on the record.
19    BY MR. PROAÑO:
20         Q.     We're going to go back to Exhibit 5.
21    These are your responses to the trustee's requests
22    for admissions.
23         A.     Yes.
24         Q.     I would like to point you to
25    number 15.  The trustee asked you to admit that the

Picard v Roman                    Robert Roman 5/17/2017

Page 43

1                     Robert Roman

2    withdrawal from your account made on or about

3    April 2, 2007, in the amount of 150,000 was a

4    transfer to or for your benefit.

5              Do you see that request?

6         A.    Yes.

7         Q.    And you said, I'm going to quote,

8    "Denied.  That withdrawal was made to pay taxes at

9    short-term capital gains rates, and the IRS was the

10   sole beneficiary of that withdrawal."

11             Do you see that response?

12        A.    Yes.

13        Q.    You had testified earlier that when

14   you would get annual withdrawals to pay taxes, the

15   check would be made out to you from BLMIS --

16        A.    Yes.

17        Q.    -- you would deposit it in your

18   personal account, and then you'd make the payment to

19   the IRS.

20        A.    Yes.

21        Q.    Now, do you have any reason to dispute

22   that a withdrawal in the amount of $150,000 was, in

23   fact, made on April 2nd, 2007, and a check was made

24   out to you?

25        A.    Yes.

Picard v Roman                          Robert Roman 5/17/2017

```
                                                  Page 44
 1                       Robert Roman

 2              Q.    Do you have any reason --

 3              A.    Oh, the check was made out to me from

 4    BLMIS, yes.

 5              Q.    And we're going to just show you that

 6    check.

 7              A.    Yes.

 8                    (R. Roman Exhibit 6, Bates No.

 9              JPMSAF0055291, Check, marked for

10              identification.)

11    BY MR. PROAÑO:

12              Q.    I've handed you what has been marked

13    as Exhibit 6.  And it is a check from BLMIS dated

14    April 2, 2007, in the amount of $150,000.  This one

15    is made out to Ms. Roman.

16              A.    Yes.

17              Q.    Then there's another check, which I'm

18    going to hand you.

19                    MS. CHAITMAN:  I just want to correct

20              one thing.  The check is actually drawn on

21              the account of Bernard L. Madoff.  It's

22              actually not BLMIS.

23    BY MR. PROAÑO:

24              Q.    I'm handing you what's being marked as

25    Exhibit 7.
```

Picard v Roman                          Robert Roman 5/17/2017

Page 45

1                        Robert Roman
2                    (R. Roman Exhibit 7, Bates No.
3              JPMSAF0055292, Check, marked for
4              identification.)
5                    MR. PROAÑO:  And this is a check dated
6              April 2, 2007, made out to Robert Roman in
7              the amount of $150,000.
8    BY MR. PROAÑO:
9          Q.    Do you see that Exhibit 7?
10         A.    Yes.
11         Q.    Next I'm going to hand you a copy of
12   your monthly bank statement from Citibank, Account
13   No. 3105156720, in the name of Robert Roman and Joan
14   Roman marked as Exhibit 8.
15                   (R. Roman Exhibit 8, Bates Nos.
16             CITI_ROMAN00000253 through 257, Citibank
17             Statement, marked for identification.)
18   BY MR. PROAÑO:
19         Q.    Let me know when you're ready,
20   Mr. Roman.
21         A.    Yes.
22                   (Witness peruses the exhibits.)
23         Q.    So going back to Exhibit 6 --
24         A.    I was just looking for that specific
25   check on the deposit.  I assume it's in here.

Picard v Roman                    Robert Roman 5/17/2017

Page 46

1                        Robert Roman

2          Q.      If you look at deposit -- there's a

3    deposit made on April 5th on page 2 of your bank

4    account, which is Exhibit --

5          A.      Yes, 300,000.

6          Q.      300,000.

7          A.      There it is.   Okay.

8          Q.      Just so we're clear, Exhibits 6 and 7

9    reflect withdrawals made by you or your wife from

10   your BLMIS accounts; is that correct?

11         A.      Yes.

12         Q.      And those checks are made out to you

13   or your wife?

14         A.      Yes.

15         Q.      And there's a copy of the back of the

16   check.  And there's a signature that appears to be

17   yours on Exhibit 7 and a signature that appears to

18   be your wife's on Exhibit 6.

19                 Does that appear to be your

20   signatures?

21         A.      Yes.

22         Q.      And were these checks deposited in

23   your personal checking account at Citibank?

24         A.      Yes.

25         Q.      And were those checks reflected on

Picard v Roman                    Robert Roman 5/17/2017

Page 47

1                     Robert Roman

2    that account in the deposit transaction dated

3    April 5th, 2007, in the amount of $300,000?

4          A.     Yes.

5          Q.     And, finally, does Exhibit 8 appear to

6    be a copy of your bank statement for the period of

7    March 12 through April 9, 2007?

8                 (Witness peruses the exhibit.)

9          A.     This form does not give the -- okay.

10   It only gives the amounts.  It doesn't say -- it's

11   not as it is in this exhibit where it's the actual

12   check.  This doesn't give me the exact check.

13         Q.     You're talking about Exhibit 8 --

14         A.     I'm talking about Exhibit 8 does not

15   give me nearly as much information as Exhibits 6 and

16   7 because it's the actual check.

17         Q.     Sure.

18         A.     So in Exhibit 8, all I have is totals.

19         Q.     Correct.

20         A.     I don't know to whom and for what

21   and --

22         Q.     Sure.

23         A.     Okay.

24         Q.     Now, Exhibit 8, I just want to know if

25   that looks like it's a copy of your --

Picard v Roman                    Robert Roman 5/17/2017

Page 48

1                      Robert Roman

2           A.    Oh, yes, it's -- without having the

3    exact checks, I would have to say, yes, it looks

4    accurate, but it would be a lot better if I had all

5    of these specific checks.  Then I could be much more

6    certain.

7           Q.    I guess all I want to know is, does

8    Exhibit 8 appear to be a copy of the bank statement

9    for your joint checking account with your wife --

10          A.    Yes.

11          Q.    -- for the period of March through

12   April of 2007?

13          A.    Yes, it appears to be.  What I can't

14   verify is every transaction unless I had this

15   document.

16          Q.    I'm not asking you to verify every

17   transaction.

18          A.    Okay.

19          Q.    We did verify the $300,000

20   transaction.

21          A.    Yes.

22          Q.    If you look back at Exhibit 5 -- and

23   you can put those other ones to the side for now.

24   Exhibit 5 is your requests for admissions.

25          A.    1, 2, 3, 4, 5.  Okay.

Picard v Roman                          Robert Roman 5/17/2017

Page 49

1                       Robert Roman

2           Q.      And the trustee asked you to admit

3    that the withdrawal from the account -- from your

4    account made on or about March 19, 2008, in the

5    amount of $125,000 was a transfer to you --

6           A.      Which specific question number are you

7    looking at?

8           Q.      Number 21.

9           A.      That's what I -- okay.  21.

10          Q.      So just so the record's clear,

11   Exhibit [sic] 21, the trustee asked you to admit

12   that the withdrawal from the account made on or

13   about March 19, 2008, in the amount of 125,000 was a

14   transfer to or for your benefit.

15                  Do you see that?

16          A.      Yes.  When you say for my "benefit,"

17   it was the benefit of Internal Revenue.

18          Q.      That's what I meant --

19          A.      When I say for my benefit, it was for

20   my benefit in the sense that I was paying my taxes.

21   Okay.

22          Q.      What you say --

23                  MS. CHAITMAN:  Bob, where it says 21,

24          that's the trustee's language.  What's in

25          bold is our language.

Picard v Roman                          Robert Roman 5/17/2017

Page 50

1                         Robert Roman

2                    THE WITNESS:  Okay.

3    BY MR. PROAÑO:

4         Q.    And your language says, "Denied.  The

5    withdrawal -- that withdrawal was made to pay taxes

6    at short-term capital gains rates and the IRS was

7    the sole" --

8         A.    Okay.  I just want to discuss this one

9    thing with Helen.

10                   THE WITNESS:  When I look at --

11   BY MR. PROAÑO:

12        Q.    Actually --

13        A.    No, because it does say in the

14   question "transfer to or for the benefit of Robert

15   Roman" --

16                   MS. CHAITMAN:  They're asking us to

17        say admit or deny it, and we're denying it.

18                   THE WITNESS:  Okay.  And I'm just

19        saying that I want to clarify the word

20        "benefit."  That's what I'm saying.

21                   MS. CHAITMAN:  Okay.  But that's their

22        language.  It's not --

23                   THE WITNESS:  Okay.

24   BY MR. PROAÑO:

25        Q.    So you admit that the transfer was

Picard v Roman                          Robert Roman 5/17/2017

Page 51

1                    Robert Roman

2    made to you?

3         A.    Yes.

4         Q.    Your position is that it wasn't for

5    your benefit.

6         A.    It was for my benefit, to the extent

7    that I was paying my taxes.

8         Q.    Okay.

9         A.    But it wasn't -- I didn't financially

10   gain from it; I just paid my taxes.

11        Q.    Now, let's look -- we'll try to do

12   this is a little quicker, though.

13             MR. PROAÑO:  We'll mark 9, 10 and 11.

14             (R. Roman Exhibit 9, Bates No.

15        JPMSAF0065285, Check, marked for

16        identification.)

17             (R. Roman Exhibit 10, Bates No.

18        JPMSAF0065284, Check, marked for

19        identification.)

20             (R. Roman Exhibit 11, Bates Nos.

21        CITI_ROMAN000000035 through 39, Citibank

22        Statement, marked for identification.)

23   BY MR. PROAÑO:

24        Q.    I've handed you what's been marked as

25   Exhibits 9, 10, and 11.

BENDISH REPORTING
877.404.2193

Picard v Roman                    Robert Roman 5/17/2017

Page 52

1                      Robert Roman

2                      MR. PROAÑO:  Just so the record's

3            clear, Exhibit 9 is a copy of a check made

4            out to Mr. Roman for $125,000 on or about --

5            it's dated March 19, 2008.

6                      Exhibit 10 is a copy of a check made

7            out to Joan Roman on March 19, 2008, in the

8            amount of $150,000.

9                      And Exhibit 11 is a copy of a bank

10           statement for the month of March through

11           April of 2008, for Citibank Account

12           3178331846 in the name of Robert Roman and

13           Joan Roman.

14   BY MR. PROAÑO:

15           Q.     Have you had a chance to look at --

16           A.     Yes.

17           Q.     -- these documents?

18                  Do Exhibits 9 and 10 reflect

19   withdrawals that you or your wife made from your

20   BLMIS accounts?

21                      MS. CHAITMAN:  I'm going to object

22           again because these were not drawn on the

23           BLMIS account.  These were drawn on Madoff's

24           account.  So I just want the record to be

25           clear that I think your question was

Picard v Roman                    Robert Roman 5/17/2017

Page 53

1                    Robert Roman

2          inaccurate.

3                (Witness peruses the exhibits.)

4    BY MR. PROAÑO:

5          Q.    If you're trying to find -- I'll come

6    back to the checks here in a second.  If you're

7    trying to find where these deposits are reflected --

8          A.    Yes, I see --

9          Q.    -- there's a deposit for $275,000.

10   It's on page 3 of the statement.

11         A.    That's what I'm looking --

12         Q.    That is April -- I'm sorry.

13   March 25th.  Deposit with a teller at 1:57 p.m. in

14   the amount of $275,000.

15         A.    I don't have that.

16         Q.    Do you see that?

17         A.    No.

18         Q.    Look at the next page.  Page No.

19   CITI_ROMAN 37.

20         A.    37.

21         Q.    Very bottom.

22         A.    Yes.  March 25th.  275,000.

23         Q.    So on March 25th, 2008, you or your

24   wife deposited into your personal checking account

25   $275,000?

Picard v Roman                          Robert Roman 5/17/2017

Page 54

1                       Robert Roman

2           A.      That's correct.

3           Q.      And the deposit was constituted of the

4    checks that are marked as Exhibits 9 and 10?

5           A.      Yes.

6           Q.      Now, you didn't have an account with

7    Bernie Madoff personally, did you; you had it with

8    BLMIS?

9           A.      That's correct.

10          Q.      So was there -- when you received

11   withdrawals from your account, did you understand

12   that they came from BLMIS --

13          A.      Yes.

14          Q.      -- and not Bernie Madoff personally?

15          A.      Yes.

16          Q.      So Exhibit 9 and 10, do they reflect

17   withdrawals that you and your wife made from your

18   BLMIS accounts on March 19, 2008?

19          A.      We did not question it at the time.

20   These checks appear to be personal checks.  It was

21   not questioned at the time by either myself or my

22   wife, but it clearly does not say "BLMIS" on the

23   check.

24          Q.      And you believed when you received

25   these checks that they came from BLMIS?

Picard v Roman                    Robert Roman 5/17/2017

```
                                              Page 55
 1                    Robert Roman
 2           A.      It was my belief that it came from
 3    BLMIS.
 4           Q.      And these checks were deposited into
 5    your joint bank account with your wife?
 6           A.      Yes.
 7           Q.      And is Exhibit 11 a copy of the bank
 8    statement for the period of March through
 9    April 2008?
10           A.      Yes, it appears to be accurate.
11           Q.      And that's the joint bank statement
12    you held with your wife at Citibank?
13           A.      Yes.
14           Q.      Did you ever contact anyone at BLMIS
15    or did you contact Mr. Madoff and ask him why his
16    checks to you and your wife were labeled "Bernard L.
17    Madoff"?
18           A.      No, I did not.
19           Q.      Have you stayed in touch with
20    Mr. Madoff since his arrest?
21           A.      No.  I -- I had approximately three
22    letters --
23                MS. CHAITMAN:  I'm going to -- if
24           these are letters that were sent at my
25           instigation, I'm going to instruct you not to
```

Picard v Roman                        Robert Roman 5/17/2017

Page 56

1                    Robert Roman
2          testify about them.  If it's something else,
3          you should testify about it.
4                    THE WITNESS:  No, I had -- other than
5          her exception, I had no contact with him.
6    BY MR. PROAÑO:
7          Q.    Okay.  So let's make sure we're clear
8    on the record.
9                    You had three letters with Mr. Madoff?
10         A.    Yes.
11         Q.    And these are letters you sent to him?
12         A.    Yes.
13         Q.    And did you receive any response to
14   those letters?
15         A.    Yes.
16         Q.    Did Mr. Madoff send you letters back?
17         A.    He -- I was asking certain questions
18   via a letter.  He corrected what I had sent to him
19   and he sent it back to me.
20         Q.    And do you remember how many responses
21   he sent to you?
22         A.    I'm going to estimate three.  I
23   believe -- I sent him my first letter asking him
24   certain things --
25                   MS. CHAITMAN:  I don't want you to

Picard v Roman                    Robert Roman 5/17/2017

Page 57

1                    Robert Roman
2           testify -- if this relates to anything that I
3           asked you to communicate with Mr. Madoff, the
4           judge has ruled --
5                    THE WITNESS:  Okay.
6                    MS. CHAITMAN:  -- it's work product
7           and it's not discoverable.
8                    THE WITNESS:  Fine.
9                    MS. CHAITMAN:  So if it's something
10          else, you should testify to it, but, please,
11          do not testify about communications that were
12          done on my behalf.
13                   MR. PROAÑO:  I'm not sure the judge
14          has actually made that ruling, but I --
15                   THE WITNESS:  Okay.  I had --
16                   MS. CHAITMAN:  I'm going to instruct
17          him not to answer.
18  BY MR. PROAÑO:
19          Q.    Do you still have copies of these
20  letters that you sent to Mr. Madoff?
21          A.    I don't think so.  I may have.  I
22  certainly don't have them here.
23          Q.    Did you provide your counsel with any
24  copies of letters you sent to or received from
25  Mr. Madoff?

Picard v Roman                    Robert Roman 5/17/2017

Page 58

1                     Robert Roman

2          A.    Yes.

3          Q.    Do you still have personal possession

4    of any letters you received from Mr. Madoff?

5          A.    There were no personal letters.  The

6    letters were -- were legal letter -- legal

7    procedures.  Have nothing to do with personal.

8          Q.    Apart from these three letters that

9    you sent to Mr. Madoff and you said approximately

10   three you received back from him, have you had any

11   other contact with Mr. Madoff?

12         A.    No.

13         Q.    And that includes e-mail or telephone

14   calls.  Any other contact?

15         A.    That's correct.

16         Q.    And has your wife ever sent any

17   letters to Mr. Madoff since his arrest?

18         A.    My guess is no.

19         Q.    You would have known if she had?

20         A.    I most likely would have known if she

21   had written, yes.

22         Q.    And do you know if your wife has had

23   any other contact with Mr. Madoff since his arrest?

24         A.    I'm not aware of any, no.

25         Q.    You believe you would know if she did?

Picard v Roman                    Robert Roman 5/17/2017

```
                                                    Page 59
 1                        Robert Roman
 2          A.      Not necessarily.
 3          Q.      Do you and your wife stay in touch
 4     with Ruth Madoff?
 5          A.      Yes.
 6          Q.      And have you discussed your specific
 7     case with Ruth Madoff?
 8          A.      I don't know what you mean by
 9     "discussed."  In a social atmosphere, yes.  Not in a
10     legal sense, no.  But she's aware of today's
11     proceedings.  That sort of contact, yes.
12          Q.      Were the three letters that you sent
13     to Mr. Madoff -- did you do those at your counsel's
14     request?
15          A.      Yes.
16          Q.      I'm going to ask you to testify what
17     was said in each letter to Mr. Madoff.
18                  MS. CHAITMAN:  I instruct you not to
19          answer.
20     BY MR. PROAÑO:
21          Q.      I'm going to ask the question so we
22     have the record preserved.
23          A.      On the advice of counsel, I will not
24     answer.
25          Q.      What did you tell Mr. Madoff in your
```

Picard v Roman                          Robert Roman 5/17/2017

1                      Robert Roman

2    letters?

3                MS. CHAITMAN:  Same instructions.

4                THE WITNESS:  Same --

5                MS. CHAITMAN:  Same instructions.

6    BY MR. PROAÑO:

7          Q.    You're being instructed not to answer?

8          A.    That is correct.

9          Q.    And what was the substance of the

10   communications to Mr. Madoff?

11         A.    Same answer.

12         Q.    Were the letters sent to Mr. Madoff at

13   his prison?

14         A.    By me, yes.

15         Q.    Was there anyone else copied on the

16   letter or letters?

17         A.    The response -- the letters I wrote to

18   Mr. Madoff, nobody got -- nobody except him got

19   my -- got that.

20         Q.    And the letters were mailed by you

21   personally?

22         A.    I personally mailed them to his

23   prison, yes.

24         Q.    And the responses you received from

25   Mr. Madoff, were they sent only to you?

Picard v Roman                           Robert Roman 5/17/2017

```
                                                  Page 61
 1                    Robert Roman

 2           A.    Yes.

 3           Q.    And were they letters that were

 4    first-class mail?

 5           A.    Yes.

 6           Q.    And they were delivered to your home

 7    address?

 8           A.    Yes.

 9           Q.    Did he copy anyone else on the

10    letters, to your knowledge?

11           A.    No.   Not to the best of my knowledge,

12    he didn't.

13                 MR. PROAÑO:  We're going to -- I'm

14           just going to put this on the record.  We're

15           going to reserve the right to come back to

16           this line of questioning if we need to if we

17           get copies of those letters.

18                 THE WITNESS:  Sure.

19                 MR. PROAÑO:  Ms. Chaitman, just so the

20           record's clear, your instruction not to --

21           instruction to your client not to answer my

22           questions regarding the substance of the

23           letters to Mr. Madoff or the responses, is

24           that based on -- which doctrine?

25                 MS. CHAITMAN:  It's work product.  And
```

Picard v Roman                          Robert Roman 5/17/2017

Page 62

1                      Robert Roman

2           the judge -- your firm made a request for a

3           conference on it.  The judge indicated that

4           he believed it was work product.  And he said

5           if you wanted to make a motion, you were free

6           to make a motion and, to date, no motion has

7           been filed.

8                   MR. PROAÑO:  I'm sorry.  What was the

9           last part?

10                  MS. CHAITMAN:  To date no motion has

11          been filed.  That conference was at least six

12          months ago, to the best of my recollection.

13   BY MR. PROAÑO:

14          Q.    I'm handing you what's marked as

15   Exhibit 12.

16                  (R. Roman Exhibit 12, No Bates

17          numbers, Responses and Objections, marked for

18          identification.)

19                  MR. PROAÑO:  Exhibit 12 is a copy of

20          the Responses and Objections of Defendant

21          Robert Roman to Trustee's First Set of

22          Interrogatories.

23   BY MR. PROAÑO:

24          Q.    I'm going to ask you to turn to the

25   third-to-last page.  It is a verification page.  One

Picard v Roman                    Robert Roman 5/17/2017

Page 63

1                    Robert Roman

2    more page.

3               Do you see that page there?

4    A.    Yes.

5    Q.    Is that your signature at the bottom

6    of the verification page?

7    A.    Yes.

8    Q.    And if you turn to Interrogatory

9    No. 4, that interrogatory asks you to "Identify each

10   person with knowledge of any transfer, the

11   circumstances under which each person obtained such

12   knowledge and the substance of that person's

13   knowledge."

14              Do you see that?

15   A.    I see that question, too, yes.

16   Q.    And you identified, "Annette

17   Bongiorno, Bernie Madoff and possibly other Madoff

18   employees."

19              Do you see that?

20   A.    Yes.

21   Q.    And what information do you believe

22   Annette Bongiorno has that is relevant to this case?

23   A.    She knew of my deposits and

24   withdrawals.

25   Q.    Any other information?

Picard v Roman                    Robert Roman 5/17/2017

Page 64

1                    Robert Roman

2        A.    No.

3        Q.    And how about Mr. Madoff?

4        A.    I would have no idea if she informed

5   him of my deposits and withdrawals.

6        Q.    And you understand that Ms. Bongiorno

7   is in federal prison?

8        A.    Yes.

9        Q.    Have you had any discussions with her

10  about your case?

11       A.    No.

12       Q.    Have you had any contact with her

13  since --

14       A.    No.

15       Q.    -- the BLMIS fraud was exposed?

16       A.    No.

17       Q.    Do you know if your counsel has been

18  in touch with Ms. Bongiorno?

19       A.    I have no knowledge of that.

20       Q.    Did you ever ask her to do so?

21       A.    No.

22       Q.    Have you heard of a gentleman named

23  Steven Maslow?

24       A.    I know that name.  I don't think I

25  ever met the gentleman, but I know that name.

Picard v Roman                    Robert Roman 5/17/2017

Page 65

1                    Robert Roman

2          Q.     And do you know if Mr. Maslow has any

3    knowledge or information relevant to your case?

4          A.     I don't.  He certainly would not -- he

5    would know of -- I recall that name from 50 years

6    ago, and I don't even remember the context.  I have

7    no idea who he is associated with, whether it was

8    Madoff or somebody else.  All I know is I have heard

9    that name, but that was 50 years ago.

10         Q.     And you don't know whether or not

11   he's -- you have no personal knowledge of whether or

12   not he has --

13         A.     My best guess is I've never met the

14   man, yes.

15         Q.     Just so I finish my question.

16         A.     Okay.

17         Q.     You don't have any personal knowledge

18   of any facts he would have relevant to your case?

19         A.     No.

20         Q.     Other than the individuals we just

21   discussed, do you intend to call any other witnesses

22   at the trial of this matter?

23                MS. CHAITMAN:  I'm just going to

24         object because that's actually a decision

25         that I, as his trial counsel, will make.  And

Picard v Roman                    Robert Roman 5/17/2017

1                    Robert Roman

2          I don't know that the witness is -- he's

3          perfectly free to answer, but I don't think

4          he has any --

5               MR. PROAÑO:  Let me rephrase.

6    BY MR. PROAÑO:

7          Q.     Other than Annette Bongiorno,

8    Mr. Madoff and Steven Maslow, which is someone your

9    counsel has identified as a potential witness, do

10   you know of any other individuals, sitting here

11   today, that have knowledge of facts relevant to your

12   case?

13         A.     There are other -- it says so in my

14   answer.  It says, "and possibly other Madoff

15   employees."

16         Q.     Is there any you can specifically

17   name, sitting here today, that --

18         A.     I don't know if I should do that.  I

19   know the people who handled my monthly statements,

20   and that's as far as I care to go.  I don't know if

21   I'm -- it's proper to name names or not or --

22         Q.     Let me ask you this --

23         A.     This -- it says, "and possibly other

24   Madoff employees."

25               I'll stand by that answer, "possibly

Picard v Roman                    Robert Roman 5/17/2017

Page 67

1                        Robert Roman

2    other Madoff employees."

3          Q.      Understood.

4                  Who do you recall dealing with you on

5    your BLMIS accounts over the years?

6          A.      The only person I ever talked to was

7    Annette when I would direct my letters to her,

8    deposits and withdrawals.  And the only other

9    contact I had in that office was Frank DiPascali.

10   And when I could not reach Frank -- I would talk to

11   Frank only as to withdrawals -- deposits and

12   withdrawals.  I had no other conversations with

13   either one of them except for deposits and

14   withdrawals.

15                 So the answer is, yes, he probably

16   knew about some of my deposits and withdrawals.

17         Q.      Have you had any discussions with

18   Frank --

19         A.      No.

20         Q.      -- since the fraud was exposed?

21         A.      No.  I understand he's deceased.

22         Q.      Did you have any discussions with

23   Frank after the fraud was exposed?

24         A.      No.

25         Q.      Going back to Exhibit 12 before you,

Picard v Roman                          Robert Roman 5/17/2017

                                                              Page 68

1                        Robert Roman

2      just the document you have right in front of you

3      there.  I'm going to direct your attention to

4      another portion of that.

5                        If you look at the bottom of page 6,

6      and it's Interrogatory No. 13.  And what the

7      interrogatory -- I'm going to paraphrase it --

8      essentially asks is for you to identify the basis

9      for your affirmative defenses in your complaint.

10     We're just going to go through a couple of these.

11             A.     Well, I answered that my defenses are

12     based on legal arguments.

13             Q.     Correct.

14                    What I want you to know -- maybe we

15     can short-circuit this part of the examination.

16                    But if you look at Subparts A through

17     F --

18                    Do you see that?

19             A.     Yes.

20             Q.     -- here you talk about some of the

21     defenses you raised to our claims; is that correct?

22             A.     Let me read this.

23                    (Witness peruses the exhibit.)

24             A.     I have read the Answers A through F.

25     And I agree and concur with whatever -- with my

Picard v Roman                    Robert Roman 5/17/2017

Page 69

1                      Robert Roman

2      answers at that time.  I will stand by those

3      answers.

4           Q.     Could you describe for me what

5      documents you have supporting Affirmative Defenses A

6      through F, the ones you describe in your Responses A

7      through F.

8           A.     Well, it begins with it's based on

9      legal arguments.  They're not my arguments.

10     They're -- so I have read my attorney's documents

11     and I've agreed with them.  So I've read most of --

12     I shouldn't say most because I have no idea what her

13     total is.  But the documents that she sent to me --

14     based on those legal arguments that she made, I'm

15     agreeing with in A through F.

16          Q.     I guess, sitting here today, do you

17     have specific recollection of specific documents

18     that support these defenses?  That's what I'm

19     asking.

20          A.     I would have some.  I have no idea the

21     total.  I did keep -- where it says "Legal

22     arguments," when she would present a document, in

23     some cases --

24               MS. CHAITMAN:  If you're talking about

25          court papers --

Picard v Roman                    Robert Roman 5/17/2017

Page 70

1                    Robert Roman

2              THE WITNESS:  Yes.

3              MS. CHAITMAN:  Yes.  Okay.

4              Just clarify the question.

5    BY MR. PROAÑO:

6         Q.    I'll clarify it.

7         A.    Okay.

8         Q.    I'm talking about not documents your

9    counsel has generated or written --

10        A.    That's all I have.

11        Q.    Okay.  So apart from, for example,

12   briefs or arguments your counsel --

13        A.    No.

14        Q.    -- has made, do you have any

15   documents --

16        A.    No.

17        Q.    -- that you have to support these

18   defenses?

19        A.    No.  When you say do I "have," my

20   counsel has provided documentation and I concur with

21   that procedure.

22        Q.    But sitting here --

23        A.    So to the extent that she gave them to

24   you, i.e., I gave them to you.

25              MS. CHAITMAN:  I can represent that I

Picard v Roman                      Robert Roman 5/17/2017

Page 71

1                      Robert Roman
2           don't believe he has anything.  I mean, this
3           is stuff we're getting in discovery from the
4           trustee, but --
5                MR. PROAÑO:  Okay.
6                MS. CHAITMAN:  He's asking about
7           evidence which is like the underlying Madoff
8           documents.
9                THE WITNESS:  I have no basics -- I
10          have -- I have no documents that leads to her
11          conclusions.
12   BY MR. PROAÑO:
13          Q.    And when you say "her conclusions,"
14   you're --
15          A.    Her response -- the suggested
16   response -- that she gave me as suggested response,
17   this answer is -- not response, answer.  And I read
18   it carefully, I understood it, and I have no
19   objection to it.  It's right.  It's correct.
20          Q.    But you don't have any documents that
21   support --
22          A.    No.
23          Q.    -- these conclusions?
24          A.    No.
25          Q.    When I say "these conclusions," we're

Picard v Roman                    Robert Roman 5/17/2017

Page 72

1                     Robert Roman

2    referring to Subparts A through F --

3         A.    Yes.

4         Q.    -- of your response to --

5         A.    Yes.

6         Q.    -- number 13?

7         A.    No, I have no documentation from which

8    she drew her conclusions.

9         Q.    Now, other than cash deposited over

10   the years by you and your wife with BLMIS, did you

11   give anything else of value to BLMIS?

12        A.    No.

13        Q.    And if you look at Interrogatory 14 on

14   page 7, the trustee asked you to "Identify the basis

15   for your contention that the term 'principal

16   balance' as used in the trustee's Request for

17   Admission No. 1 is unacceptable."

18              And you have an answer there -- you

19   basically say the entire balance is principal, a

20   hundred percent.

21              Do you see that?

22        A.    I want to go back to number 1.

23              Yes.

24        Q.    This is number 1 of another document.

25        A.    Oh.

Picard v Roman                    Robert Roman 5/17/2017

Page 73

1                       Robert Roman

2                  (Witness peruses the exhibit.)

3         Q.    I guess what I'm trying to do is see

4    if that question relates to the same issue we had

5    already discussed --

6         A.    Yes.

7         Q.    -- about your belief or your position

8    that the transaction from your old account into

9    your --

10        A.    Yes.

11        Q.    -- more recent account should reflect

12   at some principal.

13        A.    Yes.

14        Q.    That's what this answer relates to?

15        A.    Yes.  If it relates to what we

16   discussed earlier, about that balance of 1,200,000

17   being carried over, yes.  The answer to your

18   question is, yes.

19        Q.    I think we're almost done.

20        A.    The answer that I gave you --

21              MS. CHAITMAN:  There's no question

22         pending.

23              THE WITNESS:  Okay.

24   BY MR. PROAÑO:

25        Q.    Did your -- do you recall -- your

Picard v Roman                    Robert Roman 5/17/2017

Page 74

1                    Robert Roman

2    BLMIS statements sent to you over the years, did it

3    reflect the withdrawals you took from your account?

4         A.    Yes.

5         Q.    And did you ever dispute the accuracy

6    of what was reflected in those statements?

7         A.    No.

8                    (Discussion off the record.)

9         Q.    I'm going to ask you to get this

10   Exhibit 3 back in front of you.  That's the chart

11   that shows the transactions in your Account 1R0148.

12                    Do you see that?

13                    And you had previously admitted that

14   this Exhibit B is accurate in terms of the

15   withdrawals and deposits, to the best of your

16   knowledge, from December 1, 2000, but you didn't

17   have any records to verify the prior transactions.

18                    Does that sound accurate?

19        A.    That sounds accurate.  At the present

20   time, I'm unable to locate records prior to 2000.

21        Q.    And I'm going to show you copies of

22   three checks dated April 1999, July 1999 and

23   June 2000, that reflect withdrawals of 160,000;

24   50,000; and 50,000, respectively.

25

Picard v Roman                    Robert Roman 5/17/2017

Page 75

1                    Robert Roman

2                    (R. Roman Exhibit 13, No Bates

3          numbers, Collection of Checks, marked for

4          identification.)

5                    MR. PROAÑO:  It's Exhibit 13.

6                    (Witness peruses the exhibit.)

7                    MS. CHAITMAN:  So this is just

8          Exhibit 13?

9                    MR. PROAÑO:  Yes.  Correct.

10                    MS. CHAITMAN:  Okay.

11    BY MR. PROAÑO:

12          Q.    Have you had a chance to look at this?

13          A.    Yes.

14          Q.    Does Exhibit 13 reflect copies of

15    checks that were sent to you -- strike that.

16                    Does Exhibit 13 reflect withdrawals

17    made by you or your wife?

18          A.    Yes.

19          Q.    And do they reflect withdrawals made

20    on or about April 7, 1999; July 8, 1999; and June 8,

21    2000?

22          A.    Yes.

23          Q.    And were the amounts reflected on

24    these checks received by you or your wife?

25          A.    Yes.

Picard v Roman                    Robert Roman 5/17/2017

Page 76

1                        Robert Roman

2            Q.      And were they deposited into your

3    joint bank account?

4            A.      Yes.

5            Q.      And do those amounts and those dates

6    correspond with Exhibit B to the complaint, which is

7    marked as Exhibit 3 to this deposition, the line

8    items dated April 7, 1999 for 160,000; July 8, 1999,

9    for 50,000; and June 8, 2000 for 50,000?

10           A.      These -- Exhibit 13 does appear to

11   correlate perfectly with those three lines on

12   Exhibit B.

13           Q.      So can we now agree that you received

14   the withdrawals reflected on Exhibit B dated

15   April 7, 1999 for 160,000; July 8, 1999, for 50,000;

16   and June 8, 2000, for 50,000?

17           A.      Yes.

18           Q.      I'm going want to reserve the balance

19   of my time in the event we need to come back here

20   and ask you about those Madoff letters, but other

21   than that, we're going to adjourn the deposition for

22   now.

23               MS. CHAITMAN:   Okay.   All right.   I

24          think that Joan may be here, so -- I don't

25          know how long a break you want to take,

Picard v Roman                          Robert Roman 5/17/2017

Page 77

1

2          but --

3              MR. PROAÑO:  However long you want.

4              MR. CROOK:   Ten, fifteen minutes would

5          probably be good.

6              MS. CHAITMAN:  Okay.  Let me just make

7          sure she's here.

8              MR. PROAÑO:  Let's go ahead and get

9          off the record before we get up.

10              THE VIDEOGRAPHER:  It is 11:21 a.m.

11          We are going off the record.

12              (Examination concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Roman                    Robert Roman 5/17/2017

Page 78

1

2    STATE OF NEW YORK        )

3                        ss:

4    COUNTY OF WESTCHESTER   )

5

6

7           I, ROBERT ROMAN, the witness herein,

8    having read the foregoing testimony of the pages of

9    this deposition, do hereby certify it to be a true

10   and correct transcript, subject to the correction,

11   if any, shown on the attached page.

12

13                       oOo

14

15

16

17   _____

18                       ROBERT ROMAN

19

20

21   Subscribed and sworn before me

22   this _____ day of _____, 2017

23   _____

24              I N D E X

25   WITNESS         EXAMINATION BY              PAGE

Picard v Roman                    Robert Roman 5/17/2017

```
                                                    Page 79
  1

  2
        ROBERT ROMAN
  3

  4                        MR. PROAÑO            5

  5                     E X H I B I T S

  6     R. ROMAN                          PAGE

  7

  8     Exhibit 1     No Bates numbers,           6

  9                   Undertaking and Consent to

 10                   be Bound

 11     Exhibit 2     No Bates numbers, Revised   8

 12                   Notice of Deposition

 13     Exhibit 3     Bates Nos.                  9

 14                   MADC0959_00000002,

 15                   Spreadsheet

 16     Exhibit 4     Bates Nos. AMF00142982     18

 17                   through 927, 10/13/93

 18                   Letter to Annette from

 19                   Roman with attachments

 20     Exhibit 5     No Bates numbers, Responses 30

 21                   and Objections

 22     Exhibit 6     Bates No. JPMSAF0055291,   44

 23                   Check

 24     Exhibit 7     Bates No. JPMSAF0055292,   45

 25                   Check
```

Picard v Roman                          Robert Roman 5/17/2017

Page 80

1

2    (Continued)

3                      E X H I B I T S

4    Exhibit 8      Bates Nos.                    45

5                   CITI_ROMAN00000253 through

6                   257, Citibank Statement

7    Exhibit 9      Bates No. JPMSAF0065285,      51

8                   Check

9    Exhibit 10     Bates No. JPMSAF0065284,      51

10                  Check

11   Exhibit 11     Bates Nos.                    51

12                  CITI_ROMAN000000035 through

13                  39, Citibank Statement

14   Exhibit 12     No Bates numbers, Responses   62

15                  and Objections

16   Exhibit 13     No Bates numbers,             75

17                  Collection of Checks

18

19

20

21

22

23

24

25

Picard v Roman                    Robert Roman 5/17/2017

Page 81

```
 1

 2                         ERRATA SHEET

 3

 4     I wish to make the following changes

 5     for the following reasons:

 6

 7     PAGE   LINE(S)      CHANGE              REASON

 8     _____|_____|_____|_____

 9     _____|_____|_____|_____

10     _____|_____|_____|_____

11     _____|_____|_____|_____

12     _____|_____|_____|_____

13     _____|_____|_____|_____

14     _____|_____|_____|_____

15     _____|_____|_____|_____

16     _____|_____|_____|_____

17     _____|_____|_____|_____

18                          _____

19                                 ROBERT ROMAN

20     Subscribed and sworn to before me

21     this _____ day of _____, 2017.

22

23     _____    _____
       (NOTARY PUBLIC)         MY COMMISSION EXPIRES:
24

25
```

Picard v Roman                         Robert Roman 5/17/2017

```
                                                    Page 82

 1

 2                    C E R T I F I C A T E

 3

 4    STATE OF NEW YORK        )

 5                             ) ss:

 6    COUNTY OF WESTCHESTER )

 7

 8            I, Eileen Mulvenna, CSR/RMR/CRR and a

 9    notary public within and for the State of New York,

10    do hereby certify:

11            That I reported the proceedings in the

12    within-entitled matter, and that the within

13    transcript is a true record of such proceedings.

14            I further certify that I am not related by

15    blood or marriage to any of the parties in this

16    matter and that I am in no way interested in the

17    outcome of the matter.

18            IN WITNESS WHEREOF, I have hereunto set my

19    hand this 23rd day of May, 2017.

20

21                    ------------------------------
                      Eileen Mulvenna, CSR/RMR/CRR
22

23

24

25
```

Picard v Roman                                  Robert Roman 5/17/2017

Page 83

**A**

**a.m**
2:5 4:5 42:14,17 77:10
**ability**
8:8
**able**
13:17 39:18,21
**above-titled**
2:3
**absolutely**
23:6 25:19 37:3
**accept**
32:15 33:14 34:6,12
**accomplished**
17:24 26:23 27:2
**account**
9:2 10:6,10,11,13,24
11:15,17,19,20 12:3
15:16 16:3,6,13 17:12
18:5,16 19:9,19,20
20:2,24 22:6,13,15,19
22:19,23 23:11,19,20
24:9 25:6,8,17 27:10
27:11,14 28:7,10,19
31:18 34:18 35:14,17
36:5,14 43:2,18 44:21
45:12 46:4,23 47:2
48:9 49:3,4,12 52:11
52:23,24 53:24 54:6
54:11 55:5 73:8,11
74:3,11 76:3
**accountant**
37:15,20 38:12 39:10
39:13,14,19 40:11
41:8,19
**accountants**
41:24
**accounts**
23:3 26:8,13 37:6,11
37:25 38:8,17 39:3
46:10 52:20 54:18
67:5
**accuracy**
10:16 11:25 74:5

**accurate**
13:12 29:15 33:20 34:2
48:4 55:10 74:14,18
74:19
**accurately**
31:17
**acknowledge**
6:9
**acknowledgment**
6:21
**action**
2:3
**actual**
47:11,16
**ad**
29:21
**address**
15:13 61:7
**addresses**
18:21
**adjourn**
76:21
**admission**
30:8 32:2 33:10,11
72:17
**admissions**
42:22 48:24
**admit**
31:16 42:25 49:2,11
50:17,25
**admitted**
74:13
**Adv**
1:3,12
**Adversary**
4:15
**advertised**
14:21
**advertising**
14:21
**advice**
42:3 59:23
**affirmative**
68:9 69:5
**agency**

14:9
**ago**
15:5 16:11 18:21 41:13
62:12 65:6,9
**agree**
6:22 68:25 76:13
**agreed**
69:11
**agreeing**
69:15
**ahead**
77:8
**airport**
14:18
**Allim**
7:8
**allowed**
41:16
**alter**
8:8
**AMF00142935**
24:20
**AMF00142976**
20:6 22:12
**AMF00142982**
18:11 79:16
**amount**
11:21 18:2 43:3,22
44:14 45:7 47:3 49:5
49:13 52:8 53:14
**amounts**
17:3 47:10 75:23 76:5
**and-**
3:9
**Annette**
18:12 63:16,22 66:7
67:7 79:18
**annual**
43:14
**answer**
7:15,17,18 29:10,12
30:19 32:10,14 57:17
59:19,24 60:7,11
61:21 66:3,14,25
67:15 71:17,17 72:18

73:14,17,20
**answered**
35:23 68:11
**answers**
68:24 69:2,3
**apart**
29:2 58:8 70:11
**apartment**
14:25 15:4
**apologize**
22:5
**appear**
19:2 46:19 47:5 48:8
54:20 76:10
**appears**
23:4 24:20 46:16,17
48:13 55:10
**appointed**
5:11
**approximately**
2:5 12:2 14:10 16:2
27:17 35:14 55:21
58:9
**April**
17:21 27:24 43:3,23
44:14 45:6 46:3 47:3
47:7 48:12 52:11
53:12 55:9 74:22
75:20 76:8,15
**arguments**
68:12 69:9,9,14,22
70:12
**arrest**
55:20 58:17,23
**arrested**
40:3
**asked**
9:8 27:23 30:18 40:24
42:25 49:2,11 57:3
72:14
**asking**
10:19 19:5,6 42:6
48:16 50:16 56:17,23
69:19 71:6
**asks**

Picard v Roman                                    Robert Roman 5/17/2017

Page 84

63:9 68:8
**assistance**
40:24
**associated**
65:7
**association**
4:7
**assume**
19:17 23:20 24:3 30:12
42:6 45:25
**assuming**
11:19
**atmosphere**
59:9
**attached**
78:11
**attachments**
18:12 79:19
**attention**
68:3
**attorney**
6:7
**attorney's**
69:10
**attorneys**
3:3,15 4:19 7:8
**authenticate**
18:8
**authorities**
28:19,23
**Avenue**
3:15
**aware**
31:2 40:16 41:2 58:24
59:10

--- **B** ---

**B**
10:5 15:17 21:3 25:7
31:8,16,20,25 34:23
36:9 74:14 76:6,12,14
79:5 80:3
**back**
11:18 13:7,13 16:17
21:2 23:14 33:10

37:20 42:18,20 45:23
46:15 48:22 53:6
56:16,19 58:10 61:15
67:25 72:22 74:10
76:19
**BakerHostetler**
3:3,10 4:10
**balance**
9:2 34:7,10,12 35:4
36:4 72:19 73:16
76:18
**balance'**
32:16 33:16 72:16
**bank**
27:19 28:10 45:12 46:3
47:6 48:8 52:9 55:5,7
55:11 76:3
**Bankruptcy**
1:2 4:14
**banks**
27:18
**based**
61:24 68:12 69:8,14
**basically**
72:19
**basics**
71:9
**basis**
11:24 29:19 35:12 68:8
72:14
**Bates**
6:2 7:24 9:20 18:10
20:8 30:2 44:8 45:2
45:15 51:14,17,20
62:16 75:2 79:8,11,15
79:16,20,22,24 80:4,7
80:9,11,14,16
**Beach**
15:8
**began**
16:18 17:13 35:14
**beginning**
16:15 23:3
**begins**
32:4 69:8

**behalf**
5:3 6:8 57:12
**belief**
55:2 73:7
**believe**
9:14,19 17:7 25:8 35:6
35:8,12 36:18 56:23
58:25 63:21 71:2
**believed**
54:24 62:4
**Bendish**
4:7
**beneficiary**
43:10
**benefit**
43:4 49:14,16,17,19,20
50:14,20 51:5,6
**Berkman**
39:7,13,20 40:12,14
**Bernard**
1:6,10,13 3:4,5 5:12
44:21 55:16
**Bernie**
54:7,14 63:17
**best**
16:5 61:11 62:12 65:13
74:15
**better**
48:4
**blank**
34:11
**BLMIS**
10:11 11:16 15:16,19
16:3,13 17:4 18:6,17
19:3 20:12 22:16,23
26:6,9,13,15,24 28:22
29:18 31:5 36:5 37:6
37:11,25 38:8,17 40:6
43:15 44:4,13,22
46:10 52:20,23 54:8
54:12,18,22,25 55:3
55:14 64:15 67:5
72:10,11 74:2
**blocked**
11:12

**blood**
82:15
**Bob**
49:23
**Boca**
15:3
**bold**
49:25
**Bongiorno**
63:17,22 64:6,18 66:7
**bottom**
53:21 63:5 68:5
**bound**
6:3,10,18,22 79:10
**Boynton**
15:8
**break**
13:9 42:12 76:25
**briefs**
70:12
**burden**
6:25
**business**
14:22 16:15

--- **C** ---

**C**
3:2 82:2,2
**call**
14:20 25:8 41:23 65:21
**calls**
58:14
**capital**
43:9 50:6
**caption**
4:12
**care**
66:20
**carefully**
71:18
**carried**
73:17
**case**
4:12 5:25 24:4 40:17
41:3,20 42:2 59:7

Picard v Roman                    Robert Roman 5/17/2017

Page 85

63:22 64:10 65:3,18
66:12
**cases**
69:23
**cash**
32:5,6 72:9
**certain**
10:12 12:8 16:14 30:11
30:20,21 32:8 38:19
48:6 56:17,24
**certainly**
12:11 30:23 37:2 57:22
65:4
**Certified**
2:6,7
**certify**
78:9 82:10,14
**Chaitman**
3:14,16 5:2,2,21 6:13
6:23 9:5,8 10:17 11:9
13:14 19:5 20:8 24:10
29:5,11 30:15,18
32:20 41:18 42:5
44:19 49:23 50:16,21
52:21 55:23 56:25
57:6,9,16 59:18 60:3
60:5 61:19,25 62:10
65:23 69:24 70:3,25
71:6 73:21 75:7,10
76:23 77:6
**chance**
20:17 52:15 75:12
**change**
25:20 81:7
**changed**
25:8
**changes**
81:4
**chart**
74:10
**check**
18:3 23:11 26:24 27:4
28:5,9,18,22 43:15,23
44:3,6,9,13,17,20
45:3,5,25 46:16 47:12

47:12,16 51:15,18
52:3,6 54:23 79:23,25
80:8,10
**checking**
23:20 27:9 28:6,18
31:3 46:23 48:9 53:24
**checks**
27:7 29:17 46:12,22,25
48:3,5 53:6 54:4,20
54:20,25 55:4,16
74:22 75:3,15,24
80:17
**Chizuko**
23:12
**Chris**
4:6
**chronological**
18:17
**circumstances**
63:11
**CITI_ROMAN**
53:19
**CITI_ROMAN0000...**
51:21 80:12
**CITI_ROMAN0000...**
45:16 80:5
**Citibank**
23:11 27:13,15,18
45:12,16 46:23 51:21
52:11 55:12 80:6,13
**claim**
36:13
**claims**
68:21
**clarification**
40:9
**clarify**
22:10 50:19 70:4,6
**clear**
7:16 10:18 20:11 26:3
33:6 34:19 36:10 46:8
49:10 52:3,25 56:7
61:20
**clearly**
54:22

**Cleveland**
3:7
**client**
61:21
**closed**
23:3,5
**closing**
23:7
**Collection**
75:3 80:17
**column**
31:16 32:3,4,5,6 34:9
34:18 35:2,9
**come**
13:13 53:5 61:15 76:19
**commencing**
2:5
**COMMISSION**
81:23
**communicate**
57:3
**communications**
57:11 60:10
**compilation**
18:5 26:4
**complaint**
10:4 31:17,25 34:23
68:9 76:6
**concerns**
39:2
**concluded**
77:12
**conclusions**
71:11,13,23,25 72:8
**concur**
68:25 70:20
**conference**
62:3,11
**confidential**
6:15,20,24 7:5
**connection**
16:13 29:4
**consent**
6:3,10 79:9
**Consolidated**

**3:4**
**constituted**
54:3
**contact**
41:10 55:14,15 56:5
58:11,14,23 59:11
64:12 67:9
**contention**
72:15
**context**
65:6
**continue**
32:18
**Continued**
80:2
**contradicts**
12:7
**conversations**
37:24 38:4,21 67:12
**copied**
60:15
**copies**
19:2 57:19,24 61:17
74:21 75:14
**copy**
5:25 6:7 24:21 30:6
45:11 46:15 47:6,25
48:8 52:3,6,9 55:7
61:9 62:19
**CORPORATION**
1:4
**correct**
16:24 21:16 22:4 24:23
25:19,20 30:14 31:21
35:5,20 36:17 44:19
46:10 47:19 54:2,9
58:15 60:8 68:13,21
71:19 75:9 78:10
**corrected**
56:18
**correction**
18:22 78:10
**correlate**
76:11
**correspond**

Picard v Roman                                    Robert Roman 5/17/2017

Page 86

76:6
**counsel**
5:19,21 6:8 7:13,18
8:12,15,16,17 12:14
13:10 30:13,24,25
32:9 33:9 57:23 59:23
64:17 65:25 66:9 70:9
70:12,20
**counsel's**
42:3 59:13
**counting**
19:13
**COUNTY**
78:4 82:6
**couple**
31:12 68:10
**course**
8:22
**court**
1:2 4:14,21 5:11,24
69:25
**CPA**
40:2
**Crook**
3:7 4:25 77:4
**CSR/RMR/CRR**
1:24 2:6 82:8,21
**current**
15:6,7 33:24 40:11
41:19
**customary**
28:5

_____ D _____

**D**
78:24
**Darren**
3:7 4:25
**dash**
22:3,7
**date**
10:22 12:9 27:20 37:12
62:6,10
**dated**
10:6 11:19 19:14 22:11

25:6 34:14,25 44:13
45:5 47:2 52:5 74:22
76:8,14
**dates**
76:5
**David**
3:12 4:23 5:17 39:14
**david.proano@bake...**
3:12
**Davis**
3:16 5:2
**day**
78:22 81:21 82:19
**days**
7:3 16:9 18:3
**days'**
6:16
**dcrook@bakerlaw.c...**
3:8
**dealing**
67:4
**Debtor**
1:11
**decade**
17:14
**deceased**
67:21
**December**
21:21 33:19,20 74:16
**decision**
65:24
**declaration**
40:17,20,23
**Defendant**
1:8,18 2:3 3:15 62:20
**defended**
13:15
**defenses**
68:9,11,21 69:5,18
70:18
**delivered**
61:6
**Denied**
32:14 33:13 43:8 50:4
**deny**

50:17
**denying**
50:17
**deposed**
12:14 41:2 42:7
**deposit**
28:6 43:17 45:25 46:2
46:3 47:2 53:9,13
54:3
**deposited**
27:9 28:9 37:5 46:22
53:24 55:4 72:9 76:2
**deposition**
1:20 2:2 4:9 7:14,23,25
8:5,11,17 12:21 13:2
76:7,21 78:9 79:12
**deposits**
31:17 32:5,6,23 33:17
33:19 53:7 63:23 64:5
67:8,11,13,16 74:15
**describe**
69:4,6
**designated**
6:14,24
**determine**
24:8
**digit**
23:23
**DiPascali**
67:9
**direct**
67:7 68:3
**directly**
28:23
**disagreement**
9:3
**discontinued**
38:13
**discoverable**
57:7
**discovery**
71:3
**discuss**
9:4,5 38:17,20 50:8
**discussed**

8:16 9:24 59:6,9 65:21
73:5,16
**discussion**
31:7 74:8
**discussions**
40:4 64:9 67:17,22
**dispute**
10:15 11:25 17:2 43:21
74:5
**District**
1:2 4:14
**doctrine**
61:24
**document**
7:4 8:25 9:4,11,12,16
9:19,24 12:5 24:20
30:9 32:2 34:16 48:15
68:2 69:22 72:24
**documentation**
35:25 36:2,4,22 70:20
72:7
**documents**
6:24 8:21 9:9 12:7
52:17 69:5,10,13,17
70:8,15 71:8,10,20
**doing**
41:13
**dollars**
35:10,11
**drawn**
44:20 52:22,23
**drew**
72:8
**duly**
5:5

_____ E _____

**E**
3:2,2 78:24 79:5 80:3
82:2,2
**e-mail**
58:13
**earlier**
27:22 29:14 35:13
37:19 43:13 73:16

**effort**
36:21
**Eileen**
1:24 2:6 4:22 5:5 82:8
    82:21
**either**
26:4 54:21 67:13
**employed**
14:8
**employee**
40:12 41:9
**employees**
63:18 66:15,24 67:2
**employment**
14:8,11
**entire**
72:19
**ERRATA**
81:2
**ESQ**
3:7,12,16
**essentially**
40:14 68:8
**established**
16:3
**Estate**
3:5
**estimate**
56:22
**event**
30:23 76:19
**evidence**
10:14 11:25 12:7 35:21
    36:13,18 71:7
**exact**
27:16 47:12 48:3
**exactly**
37:5
**examination**
5:8 13:25 68:15 77:12
    78:25
**examined**
5:7
**example**
18:20 70:11

**exception**
56:5
**exhibit**
6:2,6,12 7:22,24 9:18
    9:20 10:4,5 13:12
    18:4,10 19:4 20:22
    21:3,5,23,24 22:9,25
    23:8 25:3,7,22 26:4
    29:24 30:2 31:8,16,20
    31:24,25 32:12 34:22
    34:23 36:9,9 42:20
    44:8,13,25 45:2,9,14
    45:15,23 46:4,17,18
    47:5,8,11,13,14,18,24
    48:8,22,24 49:11
    51:14,17,20 52:3,6,9
    54:16 55:7 62:15,16
    62:19 67:25 68:23
    73:2 74:10,14 75:2,5
    75:6,8,14,16 76:6,7
    76:10,12,14 79:8,11
    79:13,16,20,22,24
    80:4,7,9,11,14,16
**exhibits**
45:22 46:8 47:15 51:25
    52:18 53:3 54:4
**exist**
12:10 36:22
**existed**
23:4
**exists**
31:2 36:18
**expense**
28:16
**expenses**
29:15
**EXPIRES**
81:23
**exposed**
64:15 67:20,23
**extent**
6:20 51:6 70:23

_____ **F** _____
F

3:12 68:17,24 69:6,7
    69:15 72:2 82:2
**fact**
34:11,17 43:23
**facts**
65:18 66:11
**fails**
34:15
**failure**
7:4
**familiar**
24:16,18
**far**
66:20
**fax**
23:15,17,21,21 24:2,5
    24:18,21
**February**
39:17
**federal**
64:7
**fifteen**
77:4
**figure**
9:4 12:5,7 35:8
**file**
18:17
**filed**
4:13 10:4 34:16 62:7
    62:11
**files**
18:6
**finally**
47:5
**financially**
51:9
**find**
13:8 36:21,25 53:5,7
**fine**
19:8 57:8
**finish**
7:14 65:15
**finished**
20:19
**firm**

40:13,15 62:2
**first**
15:18,22 16:3 18:20
    30:8 56:23 62:21
**first-class**
61:4
**five**
6:16 7:3
**five-minute**
42:12
**flip**
18:18,24
**flipping**
24:25
**Florida**
15:3,8 27:19
**follow**
42:3
**following**
81:4,5
**follows**
5:7
**foregoing**
78:8
**forgive**
7:3
**form**
10:18 18:22 22:3 47:9
**forward**
30:13
**found**
12:9 36:2,3,23,24
    39:19
**fourth**
19:18 21:17
**Frank**
67:9,10,11,18,23
**fraud**
40:5 64:15 67:20,23
**free**
62:5 66:3
**Friehling**
38:11,15,18,25 39:12
    39:14 40:5
**friends**

Picard v Roman                                    Robert Roman 5/17/2017

| | | | |
|---|---|---|---|
| 14:20 | 45:11,23 52:21 55:23 | **hereunto** | 13:25 62:3 |
| **front** | 55:25 56:22 57:16 | 82:18 | **individuals** |
| 68:2 74:10 | 59:16,21 61:13,14,15 | **hesitate** | 65:20 66:10 |
| **full** | 62:24 65:23 67:25 | 37:22 | **information** |
| 5:16 32:21 33:13 | 68:3,7,10 74:9,21 | **hoc** | 11:25 31:4 40:23 47:15 |
| **funded** | 76:18,21 77:11 | 29:21 | 63:21,25 65:3 |
| 16:7 | **good** | **holding** | **informed** |
| **further** | 4:2 77:5 | 31:24 | 64:4 |
| 82:14 | **governing** | **home** | **initially** |
| | 28:19 | 61:6 | 16:7 |
| **G** | **guess** | **Houston** | **instigation** |
| **gain** | 16:19 20:13 27:20 | 3:11 | 55:25 |
| 51:10 | 37:19,22 48:7 58:18 | **hundred** | **instruct** |
| **gains** | 65:13 69:16 73:3 | 72:20 | 29:11 55:25 57:16 |
| 43:9 50:6 | | | 59:18 |
| **generally** | **H** | **I** | **instructed** |
| 17:14 29:18 | **H** | **i.e** | 60:7 |
| **generated** | 1:12 3:3 79:5 80:3 | 70:24 | **instruction** |
| 70:9 | **half** | **idea** | 61:20,21 |
| **gentleman** | 15:4 | 64:4 65:7 69:12,20 | **instructions** |
| 64:22,25 | **hand** | **identification** | 26:20 60:3,5 |
| **gentleman's** | 18:5,8 29:24 44:18 | 6:4 8:2 9:22 18:13 30:4 | **instructs** |
| 41:11 | 45:11 82:19 | 44:10 45:4,17 51:16 | 7:18 |
| **getting** | **handed** | 51:19,22 62:18 75:4 | **insurance** |
| 71:3 | 30:6 44:12 51:24 | **identified** | 14:9 |
| **give** | **handing** | 63:16 66:9 | **intend** |
| 6:16 20:21 41:15 47:9 | 7:21 44:24 62:14 | **identify** | 65:21 |
| 47:12,15 72:11 | **handled** | 4:20 63:9 68:8 72:14 | **interested** |
| **gives** | 66:19 | **immediately** | 82:16 |
| 47:10 | **happening** | 38:14 | **Internal** |
| **glad** | 23:24 | **inaccuracies** | 36:19 49:17 |
| 41:15 | **hchaitman@chaitm...** | 38:7 39:2 | **Interrogatories** |
| **go** | 3:17 | **inaccurate** | 62:22 |
| 20:21 27:19 31:12 34:9 | **header** | 13:6,8 17:8 53:2 | **interrogatory** |
| 42:20 66:20 68:10 | 23:15 | **included** | 63:8,9 68:6,7 72:13 |
| 72:22 77:8 | **heads-up** | 34:18 | **Investment** |
| **goes** | 20:21 | **includes** | 1:6,10,13 3:4 5:12 |
| 29:6 42:2 | **heard** | 58:13 | **INVESTOR** |
| **going** | 64:22 65:8 | **income** | 1:3 |
| 7:21 10:17 11:18 13:9 | **held** | 17:20 | **involved** |
| 13:11,19 18:5,7 20:13 | 2:3 4:9 55:12 | **incomplete** | 38:5 |
| 20:20 23:14 24:2 | **Helen** | 13:6 | **IRA** |
| 27:20,20 29:5,24 | 3:16 5:2 50:9 | **indicate** | 19:19,25 |
| 31:11 33:3,5 37:20 | **help** | 23:2 | **IRS** |
| 42:15,20 43:7 44:5,18 | 40:19 41:5 | **indicated** | 28:23 43:9,19 50:6 |

Picard v Roman                          Robert Roman 5/17/2017

Page 89

**Irving**
1:12 3:3 5:10
**issue**
28:18 73:4
**issued**
5:24 16:21
**issues**
29:7 38:8 39:2 41:20
**item**
10:15,16,22 11:18,19
21:7,8,15,17
**items**
76:8

**J**

**Joan**
19:17,25 20:12 45:13
52:7,13 76:24
**Joan's**
20:15
**Joanne**
19:16 20:12,13
**jobs**
14:14
**Johnson**
4:6
**joint**
27:11 48:9 55:5,11
76:3
**JPMSAF0055291**
44:9 79:22
**JPMSAF0055292**
45:3 79:24
**JPMSAF0065284**
51:18 80:9
**JPMSAF0065285**
51:15 80:7
**Judah**
40:11,14 42:5
**judge**
29:7 57:4,13 62:2,3
**July**
10:15,23 11:20 21:8
25:9 34:14,15 35:2
36:6,7,8,14 74:22

75:20 76:8,15
**June**
74:23 75:20 76:9,16

**K**

**keep**
20:20 21:23 24:25
36:19 69:21
**Key**
3:5
**kind**
10:24 14:8,15 21:10
**knew**
63:23 67:16
**know**
16:16 20:4 23:13 36:19
38:19 41:18 45:19
47:20,24 48:7 58:22
58:25 59:8 64:17,24
64:25 65:2,5,8,10
66:2,10,18,19,20
68:14 76:25
**knowledge**
6:13 61:10,11 63:10,12
63:13 64:19 65:3,11
65:17 66:11 74:16
**known**
58:19,20
**Konigsberg**
37:13,14,14,22,25
38:14

**L**

**L**
1:6,10,13 3:4,5 5:12
44:21 55:16
**labeled**
55:16
**language**
49:24,25 50:4,22
**leads**
71:10
**leave**
27:15
**leaves**

34:9
**left**
23:25 27:18
**legal**
58:6,6 59:10 68:12
69:9,14,21
**let's**
22:10 26:3 51:11 56:7
77:8
**letter**
18:11 19:14 20:12
22:11 25:5,12 56:18
56:23 58:6 59:17
60:16 79:18
**letters**
11:12 18:7,16 19:2,7,8
20:18 26:4,8,11 31:7
55:22,24 56:9,11,14
56:16 57:20,24 58:4,5
58:6,8,17 59:12 60:2
60:12,16,17,20 61:3
61:10,17,23 67:7
76:20
**line**
10:15,16,22 11:18,19
19:18 21:7,8 34:13
61:16 76:7
**LINE(S)**
81:7
**lines**
76:11
**liquidation**
1:13 3:4 5:12
**little**
11:7 51:12
**living**
29:15
**LLC**
1:7,10,14 3:4
**LLP**
3:3,10,14
**local**
27:19
**locate**
12:11 74:20

**located**
4:10 36:13 37:12
**long**
16:11 76:25 77:3
**longer**
24:19 39:14,18 40:2
**look**
12:25 19:6,8 20:17
22:11 24:5 25:11
41:16 46:2 48:22
50:10 51:11 52:15
53:18 68:5,16 72:13
75:12
**looked**
12:8 13:4 25:17
**looking**
9:9 11:2 21:2 25:11
35:25 45:24 49:7
53:11
**looks**
23:24 47:25 48:3
**lost**
39:12
**lot**
48:4

**M**

**M-A-N-D-A-L-A-Y**
15:8
**MADC0959_00000002**
9:21 79:14
**Madoff**
1:6,10,13 3:4,5 5:12
19:16 20:14 44:21
54:7,14 55:15,17,20
56:9,16 57:3,20,25
58:4,9,11,17,23 59:4
59:7,13,17,25 60:10
60:12,18,25 61:23
63:17,17 64:3 65:8
66:8,14,24 67:2 71:7
76:20
**Madoff's**
52:23
**mail**

Picard v Roman                    Robert Roman 5/17/2017

Page 90

**61:4**
**mailed**
27:4 60:20,22
**Main**
3:10
**maintenance**
18:6,17
**making**
36:21
**man**
65:14
**Mandalay**
15:7
**March**
47:7 48:11 49:4,13
  52:5,7,10 53:13,22,23
  54:18 55:8
**mark**
9:18 13:11 51:13
**marked**
6:3,6,21 7:22,25 9:21
  18:12 30:3 44:9,12,24
  45:3,14,17 51:15,18
  51:22,24 54:4 62:14
  62:17 75:3 76:7
**marriage**
82:15
**married**
37:19
**Maslow**
64:23 65:2 66:8
**match**
22:8
**material**
6:14 23:10
**materials**
6:21
**matter**
65:22 82:12,16,17
**mean**
12:9 13:15 19:17 34:8
  38:19 59:8 71:2
**meant**
15:21 29:3 49:18
**medications**

**8:7**
**meet**
8:12,16
**memorize**
10:13
**memory**
27:18
**mentioned**
27:22 29:14
**Merit**
2:7
**met**
41:10 64:25 65:13
**middle**
5:17
**million**
10:7 12:2 35:10,18
  36:5,16
**minute**
31:6
**minutes**
77:4
**missing**
22:3 23:23
**money**
28:13,14 29:3,15,22
  35:16
**month**
52:10
**monthly**
16:16,18,20 45:12
  66:19
**months**
62:12
**morning**
4:2
**motion**
62:5,6,6,10
**Mulvenna**
1:24 2:6 4:22 5:5 82:8
  82:21

_____
**N**

**N**
3:2 78:24

**name**
4:6,17 5:14,16,17
  22:13 23:9,12,15 39:8
  41:11,12,14,18 45:13
  52:12 64:24,25 65:5,9
  66:17,21
**named**
64:22
**names**
66:21
**nature**
17:18
**nearly**
47:15
**necessarily**
59:2
**need**
61:16 76:19
**needed**
29:22 39:18
**never**
14:21 23:12 40:24
  41:10 65:13
**new**
1:2,22,22 2:4,4,9 3:16
  3:16 4:11,11,15 5:6
  22:6 39:19 78:2 82:4
  82:9
**Nishio**
23:12
**Norma**
39:7,13,19 40:12,14
**normal**
26:12
**Northwest**
14:24
**Nos**
9:20 18:10 45:15 51:20
  79:13,16 80:4,11
**notary**
2:8 5:6 81:23 82:9
**notice**
6:16,17 7:4,22,25 8:5
  79:12
**November**

**24:6,6 33:18 34:16**
**number**
11:2,7 14:22 20:7,8
  21:14,18,22 22:2,6,7
  22:21 23:17,20,20,21
  23:23,25 24:2,13,16
  24:17,18,18,19,19
  25:7,8,18,20 32:10,14
  42:25 49:6,8 72:6,22
  72:24
**numbers**
6:2 7:24 10:13 11:17
  30:2 62:17 75:3 79:8
  79:11,20 80:14,16

_____
**O**

**object**
7:13 10:17 29:5 52:21
  65:24
**objecting**
34:16
**objection**
7:15 71:19
**Objections**
30:3,7 62:17,20 79:21
  80:15
**obligation**
7:2
**obtained**
63:11
**occurred**
36:8 39:16 40:5
**office**
4:10 67:9
**Oh**
11:11 15:19 17:15 21:4
  24:12,13 44:3 48:2
  72:25
**Ohio**
3:7
**okay**
9:7 11:13 15:24 19:11
  19:13,15,25 20:9,17
  22:5,5,7 24:25 25:2
  25:17,21,25 30:17

Picard v Roman                              Robert Roman 5/17/2017

Page 91

| | | | |
|---|---|---|---|
| 31:14 32:3,24 33:7 41:21,21 46:7 47:9,23 48:18,25 49:9,21 50:2 50:8,18,21,23 51:8 56:7 57:5,15 65:16 70:3,7,11 71:5 73:23 75:10 76:23 77:6 | 79:6 81:7 **pages** 78:8 **paid** 28:15 51:10 **papers** 69:25 **paraphrase** 68:7 | 46:23 53:24 54:20 58:3,5,7 65:11,17 **personally** 54:7,14 60:21,22 **peruses** 6:12 19:4 20:22 22:9 22:25 23:8 25:3,22 32:12 45:22 47:8 53:3 68:23 73:2 75:6 | **predate** 37:4,10 **prepare** 8:17 20:14 39:18,24,25 40:19 41:5 **prepared** 20:14 **preparing** 8:11,14 38:6 |
| **old** 73:8 | **Park** 3:15 | **phone** 14:22 23:22 24:17 41:17 | **present** 4:19 69:22 74:19 |
| **once** 8:20 27:7 41:12 | **part** 15:18 16:4 62:9 68:15 | **Picard** 1:12 3:3 4:12 5:10 | **preserved** 59:22 |
| **ones** 48:23 69:6 | **parties** 4:20 82:15 | **place** 12:21 | **previous** 13:24 |
| **oOo** 78:13 | **party** 32:15 33:14,17 | **plaintiff** 1:15 4:24 | **previously** 10:11 12:14 74:13 |
| **opened** 9:2 | **Paul** 37:13,14 | **Plaintiff-Applicant** 1:5 | **principal** 32:15 33:16 34:7,10 35:4 36:4 72:15,19 73:12 |
| **opening** 9:3 23:7 35:15 | **pay** 28:2,13,17,19,24 29:3 43:8,14 50:5 | **plan** 41:23 | **printed** 11:9 |
| **operated** 14:20 | **paying** 49:20 51:7 | **plans** 14:4 | **prior** 35:25 74:17,20 |
| **operating** 14:17 | **payment** 38:23 43:18 | **Plaza** 2:4 4:11 | **prison** 60:13,23 64:7 |
| **order** 5:24 6:11,15 7:11 18:17 | **pending** 73:22 | **please** 5:14 8:15 9:5 24:9 57:10 | **Pro** 1:3,12 |
| **original** 34:17 | **people** 66:19 | **PLMIS** 15:17 | **Proaño** 3:12 4:23,23 5:9,23 6:5 6:19 7:7 8:3 9:10 10:2 10:20,21 11:14 13:21 13:23 18:14 19:10 20:5,10 24:14 29:9,13 30:5,22 33:2 40:10 41:22 42:8,11,19 44:11,23 45:5,8,18 50:3,11,24 51:13,23 52:2,14 53:4 56:6 57:13,18 59:20 60:6 61:13,19 62:8,13,19 62:23 66:5,6 70:5 71:5,12 73:24 75:5,9 75:11 77:3,8 79:4 |
| **outcome** 82:17 | **percent** 28:15 72:20 | **point** 16:20 31:11 42:24 | |
| **oversee** 5:11 | **percentage** 28:15 | **poor** 16:8 | |
| **P** | **perfectly** 66:3 76:11 | **portion** 68:4 | |
| **P** 3:2,2 | **period** 37:15,17 47:6 48:11 55:8 | **position** 51:4 73:7 | |
| **p.m** 53:13 | **person** 23:13 63:10,11 67:6 | **possession** 9:12 12:4,6 58:3 | |
| **page** 11:6 18:20 19:13 20:23 20:25 21:14,18,20 23:2,10,14,19 25:5 46:3 53:10,18,18 62:25,25 63:2,3,6 68:5 72:14 78:11,25 | **person's** 63:12 | **possibly** 63:17 66:14,23,25 | |
| | **personal** 14:23 28:16 43:18 | **potential** 66:9 | |

Picard v Roman                                Robert Roman 5/17/2017

**probably**
17:16,17 23:10 28:15
    37:18,20 67:15 77:5
**problem**
25:16
**procedure**
70:21
**procedures**
58:7
**Proceeding**
4:15
**proceedings**
59:11 82:11,13
**produce**
12:12 37:2
**produced**
16:16,23
**product**
57:6 61:25 62:4
**proper**
66:21
**PROTECTION**
1:3
**protective**
5:24 6:10,15,22 7:11
**provide**
40:22 57:23
**provided**
6:7 70:20
**public**
2:8 3:6 5:6 81:23 82:9
**purport**
18:6
**pursuant**
8:4 12:15,21 26:19
    28:4
**put**
13:17 17:25 18:16
    48:23 61:14

_____ Q _____

**quarterly**
29:19
**question**
7:17 15:18 19:12 29:6

30:16,19 33:24 35:23
37:7 49:6 50:14 52:25
54:19 59:21 63:15
65:15 70:4 73:4,18,21
**questioned**
54:21
**questioning**
61:16
**questions**
13:19 56:17 61:22
**quick**
39:19
**quicker**
51:12
**quite**
35:24
**quote**
43:7
**quoted**
33:25 35:8
**quoting**
33:23

_____ R _____

**R**
3:2 6:2 7:24 9:20 18:10
    30:2 44:8 45:2,15
    51:14,17,20 62:16
    75:2 79:6 82:2
**R0031-1-0**
22:13
**R0148**
22:21 25:7
**R01483**
20:24
**raise**
38:7,25
**raised**
68:21
**rarely**
5:17
**rates**
43:9 50:6
**Raton**
15:3

**reach**
67:10
**read**
13:7,14,16 25:7 31:9
    32:20 68:22,24 69:10
    69:11 71:17 78:8
**reading**
32:18
**reads**
19:16
**ready**
45:19
**real**
39:19
**really**
16:8
**Realtime**
2:8
**reason**
17:6 43:21 44:2 81:7
**reasons**
81:5
**recall**
8:24 13:6 15:15,22
    16:2,6,12 17:13,18,23
    20:3 24:19 27:13,16
    27:20 31:3,10 37:17
    37:21 38:3 41:7,12,14
    65:5 67:4 73:25
**receive**
6:17 56:13
**received**
13:3 17:3 27:7 29:18
    30:12 31:5 36:15
    54:10,24 57:24 58:4
    58:10 60:24 75:24
    76:13
**receiving**
16:12 17:13
**Recess**
42:16
**recognize**
19:9 22:14 23:9 24:4
    39:7
**recollection**

16:5,17 19:19 23:6
    62:12 69:17
**record**
4:3 5:15 6:9 7:16 20:6
    22:10 42:15,16,18
    52:24 56:8 59:22
    61:14 74:8 77:9,11
    82:13
**record's**
26:3 32:6 36:10 49:10
    52:2 61:20
**records**
37:4,9 74:17,20
**references**
21:10 22:12 32:2
**referred**
33:10
**referring**
9:19 24:10 31:6 32:4
    34:11,13,22 72:2
**refers**
20:23 23:11 25:6
**reflect**
26:11 37:5,10 46:9
    52:18 54:16 73:11
    74:3,23 75:14,16,19
**reflected**
17:3 35:7 46:25 53:7
    74:6 75:23 76:14
**reflects**
10:23 31:17 35:2
**refuse**
26:15
**regarding**
61:22
**regards**
38:22
**Registered**
2:7
**relate**
26:8
**related**
82:14
**relates**
57:2 73:4,14,15

**relating**
8:25
**relevant**
29:8 41:19 63:22 65:3
65:18 66:11
**rely**
30:24,25
**remember**
9:9 11:15,17 12:18
15:22 16:10 21:2
24:17 27:17 39:15
56:20 65:6
**remembering**
9:16
**rep**
23:12
**repair**
39:21,24
**repeated**
21:18
**rephrase**
66:5
**reported**
1:23 12:2 82:11
**reporter**
2:7,7,8 4:21 40:9
**Reporting**
4:8
**represent**
4:21 5:10 10:3 12:20
70:25
**represented**
5:18
**representing**
4:24
**request**
26:13,16 31:15,16,25
33:8,9,11 43:5 59:14
62:2 72:16
**requests**
26:12 30:8,24 42:21
48:24
**required**
17:25
**requires**

6:16
**reread**
13:20
**reserve**
61:15 76:18
**reside**
14:24 15:10,12
**residence**
15:6,7
**respect**
8:14 38:23,24
**respectively**
74:24
**respond**
30:24
**responded**
33:8,9
**responding**
32:15 33:14,17
**response**
32:10,18,21,24,25 33:5
33:10,13,23,24,25
34:4 43:11 56:13
60:17 71:15,16,16,17
72:4
**responses**
30:3,7 42:21 56:20
60:24 61:23 62:17,20
69:6 79:20 80:14
**rest**
28:16
**resume**
14:4
**retired**
13:25 14:2 40:13
**return**
38:6 39:18,22 41:13
**returns**
36:20
**revealed**
40:6
**Revenue**
36:19 49:17
**review**
8:21

**reviewed**
8:24
**Revised**
7:25 79:11
**revisit**
13:21
**right**
11:5,6 12:23,24 21:13
21:19 32:17 61:15
68:2 71:19 76:23
**Robert**
1:17,20 2:2 4:17 5:1,4
5:16,16 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1,18
20:1,24 21:1 22:1
23:1,15 24:1 25:1
26:1 27:1 28:1 29:1
30:1,7 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1,6
45:13 46:1 47:1 48:1
49:1 50:1,14 51:1
52:1,12 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
62:21 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 78:7
78:18 79:2 81:19
**Rockefeller**
2:4 4:11
**Roman**
1:17,20 2:2 4:13,18 5:1
5:4,10,17 6:1,2 7:1,9
7:24 8:1 9:1,20 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1,9
18:10,12 19:1,18,25
20:1,12,24 21:1 22:1
23:1,15 24:1 25:1,12
26:1 27:1 28:1 29:1

30:1,2,7 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1,8
44:15 45:1,2,6,13,14
45:15,20 46:1 47:1
48:1 49:1 50:1,15
51:1,14,17,20 52:1,4
52:7,12,13 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
62:16,21 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1,2 76:1
78:7,18 79:2,6,19
81:19
**row**
34:14,25 35:7
**Rule**
12:15 13:24
**ruled**
29:8 57:4
**ruling**
57:14
**Ruth**
59:4,7

————— S —————
**S**
3:2 79:5 80:3
**saw**
25:15 30:19
**saying**
34:25 50:19,20
**says**
11:5,6,10 21:11 31:16
32:13,14,19 34:10
42:4 49:23 50:4 66:13
66:14,23 69:21
**schedule**
9:15
**searched**
35:24
**second**

Picard v Roman                     Robert Roman 5/17/2017

21:15 53:6
**Securities**
1:3,7,10,13 3:4 5:13
**see**
10:8,25 11:3,5,7,8,12
11:22,23 20:24 21:3
21:17,18 23:19 25:23
31:9,19 32:10,11
33:22 41:11 43:5,11
45:9 49:15 53:8,16
63:3,14,15,19 68:18
72:21 73:3 74:12
**seeing**
31:10
**seeks**
40:9
**seen**
23:12 30:9
**send**
28:22 56:16
**sending**
28:5
**sense**
23:22 49:20 59:10
**sent**
19:2,3,7 20:14 23:11
24:6,23 26:5 55:24
56:11,18,19,21,23
57:20,24 58:9,16
59:12 60:12,25 69:13
74:2 75:15
**sentence**
15:23
**September**
25:6,10,14
**service**
14:18,20
**serving**
41:7
**set**
30:8 62:21 82:18
**SHEET**
81:2
**short-circuit**
68:15

**short-term**
43:9 50:6
**Shorthand**
2:6
**show**
7:4 44:5 74:21
**shown**
78:11
**shows**
11:20 74:11
**sic**
23:22 29:4 35:11 37:14
39:10,21 49:11
**side**
48:23
**signature**
20:15 46:16,17 63:5
**signatures**
46:20
**signed**
6:8 7:11
**similar**
21:23
**simply**
9:8
**SIPA**
3:4
**sitting**
66:10,17 69:16 70:22
**six**
62:11
**smaller**
17:22
**SMB**
1:4,13 4:16
**social**
59:9
**soft-spoken**
15:24
**sold**
15:4
**sole**
43:10 50:7
**somebody**
65:8

**someplace**
36:18,22 37:23
**sorry**
11:11 15:24 24:6,13
25:15 37:13 53:12
62:8
**sort**
40:25 59:11
**sound**
12:23 74:18
**sounds**
12:24 37:7 74:19
**Southern**
1:2 4:14
**speak**
8:12
**specific**
35:9,10 45:24 48:5
49:6 59:6 69:17,17
**specifically**
7:18 32:3 66:16
**specify**
18:2
**spoken**
26:2
**spouse**
15:10
**Spreadsheet**
9:21 79:15
**Square**
3:6
**ss**
78:3 82:5
**stand**
66:25 69:2
**start**
19:11
**started**
5:23 16:15 17:16
**state**
2:8 5:6,14 78:2 82:4,9
**statement**
45:12,17 47:6 48:8
51:22 52:10 53:10
55:8,11 80:6,13

**statements**
16:12,14,17,18,20 17:3
17:7 38:9 39:5 66:19
74:2,6
**States**
1:2 4:13
**stay**
59:3
**stayed**
40:13 55:19
**Steven**
64:23 66:8
**stipulate**
13:17
**stipulation**
13:10,13
**stopped**
37:21
**Street**
3:10 14:25
**strictly**
14:22
**strike**
75:15
**study**
25:5
**stuff**
71:3
**subject**
78:10
**submitted**
40:17
**Subparts**
68:16 72:2
**subpoena**
12:17,21
**Subscribed**
78:21 81:20
**subsequent**
29:7
**substance**
38:3 60:9 61:22 63:12
**substances**
8:8
**substantial**

Picard v Roman                                    Robert Roman 5/17/2017

Page 95

| | | | |
|---|---|---|---|
| **17:21**<br>**substantiate**<br>36:13<br>**Substantively**<br>3:4<br>**successor**<br>22:19<br>**suggested**<br>71:15,16<br>**Suite**<br>3:6,11<br>**support**<br>69:18 70:17 71:21<br>**supporting**<br>69:5<br>**supposed**<br>18:21<br>**sure**<br>10:20 13:21 15:19<br>42:13 47:17,22 56:7<br>57:13 61:18 77:7<br>**swear**<br>4:22<br>**switched**<br>27:18 39:13<br>**sworn**<br>5:5 78:21 81:20<br><br>**T**<br>**T**<br>79:5 80:3 82:2,2<br>**take**<br>12:25 18:18,24 42:11<br>76:25<br>**taken**<br>14:11<br>**talk**<br>7:5 67:10 68:20<br>**talked**<br>67:6<br>**talking**<br>21:20 34:20 47:13,14<br>69:24 70:8<br>**tax**<br>17:20 36:20 38:6 | **taxes**<br>28:2,13,16,18,20,24<br>29:3 38:22,23,24 43:8<br>43:14 49:20 50:5 51:7<br>51:10<br>**taxi**<br>14:18,20<br>**taxing**<br>28:23<br>**technician**<br>4:7<br>**telephone**<br>58:13<br>**tell**<br>8:15 18:25 59:25<br>**teller**<br>53:13<br>**ten**<br>17:17 77:4<br>**term**<br>32:15 33:14 34:6 72:15<br>**terms**<br>6:10 74:14<br>**testified**<br>5:7 35:13 43:13<br>**testify**<br>56:2,3 57:2,10,11<br>59:16<br>**testimony**<br>28:12 78:8<br>**Texas**<br>3:11<br>**thing**<br>38:16 44:20 50:9<br>**things**<br>56:24<br>**think**<br>10:18 18:4 21:5 23:24<br>25:4,11 41:11,14<br>52:25 57:21 64:24<br>66:3 73:19 76:24<br>**third-to-last**<br>62:25<br>**three**<br>18:3 55:21 56:9,22 | 58:8,10 59:12 74:22<br>76:11<br>**time**<br>4:5,19 13:3,7,20 14:7<br>14:12,15,17 16:11<br>18:18,24 19:12 35:24<br>37:15,17 54:19,21<br>69:2 74:20 76:19<br>**times**<br>7:13 8:19<br>**today**<br>4:4 5:19 7:23 8:8 13:17<br>13:20 30:10 36:2,3,12<br>66:11,17 69:16<br>**today's**<br>8:17 59:10<br>**top**<br>10:5,24 11:6 24:11<br>**total**<br>69:13,21<br>**totals**<br>47:18<br>**touch**<br>55:19 59:3 64:18<br>**Tower**<br>3:5<br>**transaction**<br>12:3 23:6 47:2 48:14<br>48:17,20 73:8<br>**transactions**<br>74:11,17<br>**transcript**<br>13:2,5,10,12,15 78:10<br>82:13<br>**transfer**<br>10:5,23 11:20 29:7<br>34:17 36:8,15 43:4<br>49:5,14 50:14,25<br>63:10<br>**Transferred**<br>21:11<br>**transfers**<br>9:15<br>**trial**<br>42:2 65:22,25 | **true**<br>78:9 82:13<br>**truly**<br>7:5<br>**trustee**<br>1:12 3:3 5:11 12:15<br>42:25 49:2,11 71:4<br>72:14<br>**trustee's**<br>30:8 42:21 49:24 62:21<br>72:16<br>**truthful**<br>8:9<br>**try**<br>13:9 51:11<br>**trying**<br>24:8 27:15,16 41:11<br>53:5,7 73:3<br>**turn**<br>62:24 63:8<br>**two**<br>15:4,22 18:3,21 23:4<br>**Typically**<br>26:22<br><br>**U**<br>**unable**<br>33:17 74:20<br>**unacceptable**<br>72:17<br>**underlying**<br>71:7<br>**understand**<br>7:19 15:17,20 32:17<br>33:4 54:11 64:6 67:21<br>**understood**<br>67:3 71:18<br>**undertaken**<br>14:14<br>**Undertaking**<br>6:3 79:9<br>**United**<br>1:2 4:13<br>**use**<br>5:17 |

Picard v Roman                    Robert Roman 5/17/2017

Page 96

**V**

**v**
1:6,16
**valid**
24:19
**value**
72:11
**verification**
62:25 63:6
**verify**
19:6 31:4 32:23 33:17
    48:14,16,19 74:17
**versus**
4:13
**video**
4:6
**VIDEOGRAPHER**
4:2 42:14,17 77:10
**VIDEOTAPED**
1:20 2:2

**W**

**Wait**
21:22,22,22 31:6
**want**
6:9,21,25 13:19 18:23
    18:25 25:4 44:19
    47:24 48:7 50:8,19
    52:24 56:25 68:14
    72:22 76:18,25 77:3
**wanted**
27:19 62:5
**warranted**
7:2
**wasn't**
13:16 39:21 51:4,9
**way**
15:8,8 26:12,25 28:5
    37:20 82:16
**we'll**
9:18 20:21 51:11,13
**we're**
13:9,11 18:4 34:19
    42:20 44:5 46:8 50:17
    56:7 61:13,14 68:10

71:3,25 73:19 76:21
**we've**
18:16
**Wednesday**
4:4
**weeks**
41:13
**went**
28:17 38:14
**WESTCHESTER**
78:4 82:6
**WHEREOF**
82:18
**wife**
17:16 18:7 19:2 26:5,5
    26:19 27:7,23 46:9,13
    48:9 52:19 53:24
    54:17,22 55:5,12,16
    58:16,22 59:3 72:10
    75:17,24
**wife's**
28:6 46:18
**wire**
24:9
**wish**
81:4
**withdrawal**
17:21 26:15 27:7,24
    28:4 31:7 43:2,8,10
    43:22 49:3,12 50:5,5
**withdrawals**
17:10,14,16,19,22,23
    26:12,13,18,22 27:2
    29:2,4 31:5 32:23
    33:18,19 43:14 46:9
    52:19 54:11,17 63:24
    64:5 67:8,11,12,14,16
    74:3,15,23 75:16,19
    76:14
**withdrew**
37:10
**within-entitled**
82:12
**witness**
4:17,22 5:3 6:12 9:7,23

11:11 19:4,8 20:7,9
    20:22 22:9,25 23:8
    24:12 25:3,22 30:17
    30:20 32:12,22 41:16
    41:21 42:6,13 45:22
    47:8 50:2,10,18,23
    53:3 56:4 57:5,8,15
    60:4 61:18 66:2,9
    68:23 70:2 71:9 73:2
    73:23 75:6 78:7,25
    82:18
**witnesses**
41:24 65:21
**Wolf**
37:13,15
**word**
38:20 50:19
**words**
15:22
**work**
14:5,15 57:6 61:25
    62:4
**worthwhile**
36:20
**writing**
18:2
**written**
12:4 58:21 70:9
**wrong**
25:17,24
**wrote**
24:9 60:17

**X**

**X**
78:24 79:5 80:3

**Y**

**yeah**
16:9 21:2 31:9 32:22
**year**
15:15 16:2 17:21,22
    27:16,23 35:15 37:21
    41:12,14
**years**

15:5 17:17 19:3 23:4
    27:14 36:20 65:5,9
    67:5 72:10 74:2
**York**
1:2,22,22 2:4,4,9 3:16
    3:16 4:11,11,15 5:6
    78:2 82:4,9

**Z**

**ZW**
23:3

**0**

**002**
31:22
**08-01789**
1:4 4:16

**1**

**1**
6:2,6 32:10,14 33:11
    33:19 35:10 48:25
    72:17,22,24 74:16
    79:8
**1,200,000**
73:16
**1,239,795**
11:21
**1.2**
10:7 12:2 35:18 36:5
    36:16
**1:57**
53:13
**10**
51:13,17,25 52:6,18
    54:4,16 80:9
**10-04292**
1:13
**10/13/93**
18:11 79:17
**10:21**
42:14
**10:39**
42:17
**10022**

Picard v Roman                          Robert Roman 5/17/2017

Page 97

| | | | |
|---|---|---|---|
| 3:16 | **18** | 3:6 33:18,19 74:16,20 | 53:9,14,22,25 |
| **11** | 79:16 | 74:23 75:21 76:9,16 | **28** |
| 25:14 51:13,20,25 52:9 | **19** | **2004** | 36:7 |
| 55:7 80:11 | 49:4,13 52:5,7 54:18 | 12:15 13:24 | **29** |
| **11:21** | **1956** | **2005** | 11:6 |
| 77:10 | 37:19,21 | 24:7 | **2nd** |
| **1100** | **1960** | **2007** | 43:23 |
| 3:11 | 33:18 | 25:14 43:3,23 44:14 | |
| **111** | **1962** | 45:6 47:3,7 48:12 | **3** |
| 15:7 | 16:5 35:14 37:18 | **2008** | **3** |
| **11th** | **1970s** | 33:20 39:18 49:4,13 | 9:18,20 21:5,24 22:3,7 |
| 25:6 | 17:17 | 52:5,7,11 53:23 54:18 | 31:24 34:22 35:9 36:9 |
| **12** | **1980s** | 55:9 | 48:25 53:10 74:10 |
| 47:7 62:15,16,19 67:25 | 17:17 | **2009** | 76:7 79:13 |
| 80:14 | **1990s** | 27:17,21 39:17 | **30** |
| **125,000** | 37:23 | **2010** | 33:18 79:20 |
| 49:5,13 52:4 | **1993** | 12:22 13:7 34:16 | **300,000** |
| **127** | 14:10 23:5 | **2017** | 32:4 46:5,6 47:3 48:19 |
| 3:6 | **1997** | 1:21 2:5 4:4 78:22 | **301** |
| **13** | 10:15,23 11:20 20:11 | 81:21 82:19 | 14:25 |
| 68:6 72:6 75:2,5,8,14 | 21:8,21 22:12 25:9,15 | **21** | **3105156720** |
| 75:16 76:10 80:16 | 25:20 34:14 35:2,16 | 49:8,9,11,23 | 45:13 |
| **14** | 35:25 36:6,7,14 37:5 | **22** | **3178331846** |
| 72:13 | 37:10 | 33:20 | 52:12 |
| **142930** | **1999** | **22nd** | **33437** |
| 25:5 | 23:5 74:22,22 75:20,20 | 21:21 | 15:9 |
| **142935** | 76:8,8,15,15 | **239** | **343240** |
| 23:10 | **1R0031-1-0** | 35:10 | 24:2 |
| **142969** | 11:21 21:12 36:15 | **23rd** | **347** |
| 23:2 | **1R003110** | 82:19 | 23:25 24:3 |
| **148-3** | 10:10 | **24** | **37** |
| 22:2 | **1R0148** | 11:6 | 53:19,20 |
| **15** | 10:24 11:4,7,15 74:11 | **2444** | **39** |
| 19:23 42:25 | **1R3110** | 14:24 | 51:21 80:13 |
| **150,000** | 10:6 | **25** | **3rd** |
| 43:3,22 44:14 45:7 | **1st** | 10:23 11:20 25:9 34:14 | 12:22 |
| 52:8 | 17:21 | 35:2 36:6 | |
| **16** | **1Z0** | **257** | **4** |
| 20:11 22:12 24:6 | 19:21 | 45:16 80:6 | **4** |
| **160,000** | | **25th** | 18:4,4,10 19:13 20:25 |
| 74:23 76:8,15 | **2** | 10:15 34:15 36:8,14 | 21:14 26:4 31:15,16 |
| **16th** | **2** | 53:13,22,23 | 32:3,5,6 33:10 48:25 |
| 19:14 | 7:22,24 43:3 44:14 | **26** | 63:9 79:16 |
| **17** | 45:6 46:3 48:25 79:11 | 34:16 | **44** |
| 1:21 2:4 4:4 | **2000** | **275,000** | 79:22 |

Picard v Roman                    Robert Roman 5/17/2017

**44114-1214**
3:7
**45**
2:4 4:11 79:24 80:4
**465**
3:15

### 5

**5**
21:18,20 29:24 30:2
   42:20 48:22,24,25
   79:4,20
**50**
36:20 65:5,9
**50,000**
74:24,24 76:9,9,15,16
**51**
80:7,9,11
**561)343240**
23:21
**561)998-1390**
23:18
**59th**
14:25
**5th**
46:3 47:3

### 6

**6**
44:8,13 45:23 46:8,18
   47:15 68:5 79:8,22
**61**
35:15
**62**
80:14
**63**
35:15

### 7

**7**
23:25 44:25 45:2,9
   46:8,17 47:16 72:14
   75:20 76:8,15 79:24
**7/25/1997**
10:6

**75**
80:16
**77002-6111**
3:11
**795**
35:10

### 8

**8**
34:9 35:2 45:14,15
   47:5,13,14,18,24 48:8
   75:20,20 76:8,9,15,16
   79:11 80:4
**80**
28:15
**811**
3:10

### 9

**9**
34:18 47:7 51:13,14,25
   52:3,18 54:4,16 79:13
   80:7
**9:30**
2:5
**9:34**
4:5
**90**
28:15
**927**
18:11 79:17