**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER APPROVING TRUSTEE'S MOTION AND**
**MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING**
**CLAIMS OF CLAIMANTS HOLDING INTERESTS IN THE LAMBETH COMPANY**

Upon consideration of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Lambeth Company (the "Motion") (ECF No. _____), dated June 15, 2017, filed by Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, and it appearing that due and proper notice of the Motion and the relief requested therein have been given; and no other or further notice needs to be given; and the Court having reviewed the Motion, the supporting Declarations of Stephanie Ackerman and Vineet Sehgal in support of the Motion, the objections to claims

determinations, and the record in this case; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is hereby granted as set forth herein; and it is further

**ORDERED**, that the Trustee's denial of the customer claims of the Objecting Claimants listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto as Exhibit A, is affirmed and such claims are disallowed; and it is further

**ORDERED**, that the objections to the Trustee's determinations of the customer claims of the Objecting Claimants listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which Exhibit is attached hereto as Exhibit A, are overruled; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
         _____, 2017

                                                    _____
                                                    HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE