## EXHIBIT 1 – ACCOUNT-HOLDING LIMITED PARTNERSHIP

Limited Partnership With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Limited Partnership BLMIS Account Name | Limited Partnership Name | Limited Partnership BLMIS Account Number | Claim Filed By Limited Partnership | Outstanding Docketed Objections From Investors In the Limited Partnership | Outstanding Claims of Investors in the Limited Partnership |
|---|---|---|---|---|---|
| The Lambeth Co | The Lambeth Co | 1L0002 | No (N/A) | 33 | 39 |
|  |  |  |  | **33** | **39** |