# EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Limited Partnership Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| ALA Investments | 007487 | 1589 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Marie-Antoinette Nelly Baers-Bright | 002326 | 1131 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Marie-Antoinette Nelly Baers-Bright | 002327 | 1131 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Marie-Antoinette Nelly Baers-Bright | 100439 | 1131 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Marie-Antoinette Nelly Baers-Bright | 100036 | 1131 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Brodsky Family Trust, Daniel Brodsky Trustee | 007086 | 1939 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Sondra Brody | 010696 | 1511 | Milberg LLP | The Lambeth Co | 1L0002 |
| Martin and Naomi Cramer | 008601 | 1519 | Milberg LLP | The Lambeth Co | 1L0002 |
| Dolores Hoffman IRA, Morgan Stanley As Trustee | 009480 | 1341 | Milberg LLP | The Lambeth Co | 1L0002 |
| Dolores Hoffman IRA, Morgan Stanley As Trustee | 009482 | 1342 | Milberg LLP | The Lambeth Co | 1L0002 |
| David Gross | 005845 | 1621 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Douglas B. Hall O/B/O Vivian Halpern Hall (Deceased) | 012067 | 1524 | Milberg LLP | The Lambeth Co | 1L0002 |
| Douglas B. Hall O/B/O Vivian Halpern Hall (Deceased) | 012688 | 1524 | Milberg LLP | The Lambeth Co | 1L0002 |
| Liza Weiman Hanks | 010800 | 1396 | Milberg LLP | The Lambeth Co | 1L0002 |
| Steven Heimoff | 009100 | 1528 | Milberg LLP | The Lambeth Co | 1L0002 |
| Hospital Learning Centers Inc., Employee Retirement Trust | 006194 | 1588 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Douglas B. Hall and Dael M. Kaufman | 012686 | 1525 | Milberg LLP | The Lambeth Co | 1L0002 |
| Douglas B. Hall and Dael M. Kaufman | 012068 | 1525 | Milberg LLP | The Lambeth Co | 1L0002 |
| The Liza Weiman Hanks IRA | 010820 | 1390 | Milberg LLP | The Lambeth Co | 1L0002 |
| Naomi Z. Newman, Trustee of Naomi Newman Trust | 014152 | 2135 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Narvid, Glickman, Scott & Frangie Profit Sharing Plan | 005523 | 1579 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Naomi Z. Newman | 014152 | 1742 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Ralph Schiller and Bernice Schiller(Deceased) | 012775 | 1146 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Karen Sherman | 008950 | 1656 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Karen Sherman | 005691 | 1656 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Russell G. Sherman | 005692 | 1655 | Pro Se Filing | The Lambeth Co | 1L0002 |

# EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Limited Partnership Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| Russell G. Sherman | 013435 | 1655 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Russell G. Sherman | 012918 | 1657 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Shirley M. Sherman | 008951 | 1654 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Shirley M. Sherman | 005690 | 1654 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Nancy Silverton | 015516 | 1555 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Amy S. Smith | 009176 | 1387 | Milberg LLP | The Lambeth Co | 1L0002 |
| Martha S. Strizich | 013031 | 1865 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Susan Brodsky SEP-IRA Account | 007497 | 1940 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Maxine H. Terner | 010438 | 1529 | Milberg LLP | The Lambeth Co | 1L0002 |
| Maxine H. Terner | 010594 | 1529 | Milberg LLP | The Lambeth Co | 1L0002 |
| Leonora Thuna | 000617 | 1530 | Milberg LLP | The Lambeth Co | 1L0002 |
| Leonora Thuna | 000617 | 1531 | Milberg LLP | The Lambeth Co | 1L0002 |
| Leonora Thuna | 000617 | 1684 | Milberg LLP | The Lambeth Co | 1L0002 |
| Leonora Thuna | 000617 | 1685 | Milberg LLP | The Lambeth Co | 1L0002 |
| Leonora Thuna | 011767 | 1531 | Milberg LLP | The Lambeth Co | 1L0002 |
| Leonora Thuna | 011767 | 1685 | Milberg LLP | The Lambeth Co | 1L0002 |
| Ellen Diamond Waldman | 003232 | 1625 | Pro Se Filing | The Lambeth Co | 1L0002 |
| Loretta Weinberg | 011303 | 1516 | Milberg LLP | The Lambeth Co | 1L0002 |