**EXHIBIT 3 – OBJECTION DETAILS**

Further Details of Outstanding Objections From Claimants Invested In The Limited Partnership Identified In Exhibit 1

| Claim Number | Objection Party | Limited Partnership | Limited Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 000617 | Leonora Thuna | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1530 | 1/7/2010 |
| 000617 | Leonora Thuna | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1531 | 1/7/2010 |
| 000617 | Leonora Thuna | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1684 | 1/12/2010 |
| 000617 | Leonora Thuna | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1685 | 1/12/2010 |
| 002326 | Marie-Antoinette Nelly Baers-Bright | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1131 | 12/28/2009 |
| 002327 | Marie-Antoinette Nelly Baers-Bright | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1131 | 12/28/2009 |
| 003232 | Ellen Diamond Waldman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1625 | 1/7/2010 |
| 005523 | Narvid, Glickman, Scott & Frangie Profit Sharing Plan | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1579 | 1/7/2010 |
| 005690 | Shirley M. Sherman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1654 | 1/8/2010 |
| 005691 | Karen Sherman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1656 | 1/8/2010 |
| 005692 | Russell G. Sherman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1655 | 1/8/2010 |
| 005845 | David Gross | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1621 | 1/7/2010 |
| 006194 | Hospital Learning Centers Inc., Employee Retirement Trust | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1588 | 1/7/2010 |
| 007086 | Brodsky Family Trust, Daniel Brodsky Trustee | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1939 | 2/9/2010 |

# EXHIBIT 3 – OBJECTION DETAILS
Further Details of Outstanding Objections From Claimants Invested In The Limited Partnership Identified In Exhibit 1

| Claim Number | Objection Party | Limited Partnership | Limited Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 007487 | ALA Investments | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1589 | 1/7/2010 |
| 007497 | Susan Brodsky SEP-IRA Account | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1940 | 2/9/2010 |
| 008601 | Martin And Naomi Cramer | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1519 | 1/7/2010 |
| 008950 | Karen Sherman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1656 | 1/8/2010 |
| 008951 | Shirley M. Sherman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1654 | 1/8/2010 |
| 009100 | Steven Heimoff | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1528 | 1/7/2010 |
| 009176 | Amy S. Smith | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1387 | 1/7/2010 |
| 009480 | Dolores Hoffman IRA, Morgan Stanley As Trustee | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1341 | 1/6/2010 |
| 009482 | Dolores Hoffman IRA, Morgan Stanley As Trustee | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1342 | 1/6/2010 |
| 010438 | Maxine H. Terner | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1529 | 1/7/2010 |
| 010594 | Maxine H. Terner | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1529 | 1/7/2010 |
| 010696 | Sondra Brody | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1511 | 1/7/2010 |
| 010800 | Liza Weiman Hanks | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1396 | 1/7/2010 |
| 010820 | The Liza Weiman Hanks IRA | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1390 | 1/7/2010 |

# EXHIBIT 3 – OBJECTION DETAILS
Further Details of Outstanding Objections From Claimants Invested In The Limited Partnership Identified In Exhibit 1

| Claim Number | Objection Party | Limited Partnership | Limited Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 011303 | Loretta Weinberg | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1516 | 1/7/2010 |
| 011767 | Leonora Thuna | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1531 | 1/7/2010 |
| 011767 | Leonora Thuna | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1685 | 1/12/2010 |
| 012067 | Douglas B. Hall O/B/O Vivian Halpern Hall (Deceased) | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1524 | 1/7/2010 |
| 012068 | Douglas B. Hall and Dael M. Kaufman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1525 | 1/7/2010 |
| 012686 | Douglas B. Hall and Dael M. Kaufman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1525 | 1/7/2010 |
| 012688 | Douglas B. Hall O/B/O Vivian Halpern Hall (Deceased) | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1524 | 1/7/2010 |
| 012775 | Ralph Schiller and Bernice Schiller(Deceased) | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1146 | 1/4/2010 |
| 012918 | Russell G. Sherman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1657 | 1/8/2010 |
| 013031 | Martha S. Strizich | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1865 | 2/3/2010 |
| 013435 | Russell G. Sherman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1655 | 1/8/2010 |
| 014152 | Naomi Z. Newman | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1742 | 1/12/2010 |
| 014152 | Naomi Z. Newman, Trustee Of Naomi Newman Trust | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 2135 | 4/5/2010 |
| 015516 | Nancy Silverton | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1555 | 1/7/2010 |

**EXHIBIT 3 – OBJECTION DETAILS**

Further Details of Outstanding Objections From Claimants Invested In The Limited Partnership Identified In Exhibit 1

| Claim Number | Objection Party | Limited Partnership | Limited Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 100036 | Marie-Antoinette Nelly Baers-Bright | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1131 | 12/28/2009 |
| 100439 | Marie-Antoinette Nelly Baers-Bright | The Lambeth Co | 1L0002 | Claim for securities and/or credit balance denied (12/08/2016). | 1131 | 12/28/2009 |