# EXHIBIT 4



1L0002-50
THE LAMBETH CO

AMF00123978

*POB*

## NAME/ADDR FILE MAINTENANCE

Action (1) *C* (Note: A = Add, C = Change, D = Delete)

Account Number (6) IL0002-10

Type (1) 1 (Note: 1 = Name/Addr, 2 = Dup1, 3 = Dup2)

Line 1 (30) *The Lambeth Co*

Line 2 (30) *C/o Stanley Chais*

Line 3 (30)

Line 4 (3

City (20)

**Redacted**

(Note: Type 1   Information Only)

Short Name (12) *Lambeth*   SS-ID # (11) **Redacted** 7582

Dividend/Interest Withholding (1) _   (Note: N = Do Not Withhold)

Group Name (10) *Chais*

Comps *P*   Memos *P*   Statements *P*   (Note: N = Do Not Print)

| | Profits | Dividends | Interest | (Note: S = Send, R = Reinvest) |
|---|---|---|---|---|
| Type 1 | R | — | — | |
| 2 | — | — | — | |
| 3 | — | — | — | |
| 4 | — | — | — | |
| 5 | — | — | — | |
| 6 | — | — | — | |

10120012 - 1

√101201

## NAME/ADDR FILE MAINTENANCE

Action (1) _        (Note: A = Add, C = Change, D = Delete)

Account Number (6) _____

Type (1) _          (Note: 1 = Name/Addr, 2 = Dup1, 3 = Dup2)

---

Line 1 (30) *Stanley Chais*

Line 2 (30) _____ _____

Line 3 (30)

Line 4

City (20    **Redacted**

---

(Note: Type 1   Information Only)

Short Name (12) _____     SS-ID # (11) _____

Dividend/Interest Withholding (1) _    (Note: N = Do Not Withhold)

Group Name (10) _____

Comps _  Memos _  Statements _     (Note: N = Do Not Print)

         Profits      Dividends     Interest (Note: S = Send, R = Reinvest)

Type 1   _           _            _

     2   _                        _

     3   _                        _

     4   _                        _

     5   _                        _

     6   _                        _

CW

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CROPI

KINDLY WIRE THE FOLLOWING ON Aug. 18, 2008

| Account | Account # | Amount |  |
|---|---|---|---|
| BRIGHTON | 1 B0161-3-0 | $8,000,000 | 9 mil |
| | 1 L0102-3-0 | $13,000,000 | 13.1 mil |
| LAMBETH | | | 4 mil |
| POPHAM | 1 P0031-3-0 | $4,000,000 | |
| | | Total | 26.1 mil |

to their respective accounts at city
National Bank.

Spoke to OK.
Frank
M.

Thanks,
Stanly Chais

8/11/08          212-838-4061

JODI THIS IS A REVISION TO LAMBETH.
IT WAS 12 NOW IT IS 13 MIL  13.1

July 22, 2008

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CROPI

KINDLY WIRE THE FOLLOWING ON 8/18/08

| ACCOUNT | ACCOUNT # | AMOUNT |
|---|---|---|
| BRIGHTON | 1 B0061-3-0 | $8,000,000 +1. mil = 9 mil |
|  | 1 L0002-3-0 | $12,000,000 +100M — 12,100,000 — |
| LAMBETH | 1 P0031-5-0 | $4,000,000 |
| POPHAM |  | Total $24,000,000 |
|  |  | 25,100,000 — |

to their respective accounts at city
JATIONAL BANK.

Thanks,
Stanly Chais

AMF00123982

BERNARD MADOFF
885 THIRD AVE
NYC, NY                          212-838-4061

ATTN JODY CRUPI

KINDLY WIRE the following on ~~8/25/08~~
                                                    8/18/08

   Brighton -  $1,000,000

   Lambeth -  $100,000

# HALPERN & MANTOVANI
## AN ACOUNTANCY CORPORATION

16530 VENTURA BOULEVARD, SUITE 611
ENCINO, CALIFORNIA 91436

TELEPHONE (818) 385-0111
FACSIMILE (818) 385-0556

# FACSIMILE COVER LETTER

**DATE:** 7/22/08

**COMPANY:** Madoff

**# OF PAGES:** 2 (including cover)

**ATTENTION:** Jodi Crupi

**FAX #:** 212- 838-4061

**FROM:** Frank Mantovani

**MESSAGE:**

JODI — SEE ATTACHED LETTER FROM STANLEY —
PLEASE CALL ME IF YOU HAVE ANY
QUESTIONS OR NEED ANY ADDITIONAL
INFO —
THE WITHDRAWAL DATE IS 8/18 —

AMF00123984

4/21/08

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN  JODY CRUPI

KINDLY WIRE THE FOLLOWING ON MAY 19, 08

| NAME | Acc # | AMOUNT |
|------|-------|--------|
| 1) BRIGHTON | 1 B0061-3-0 | 4,000,000 — 3,500,000. — |
| 2) LAMBETH | 1 L0002-3-0 | 9,000,000 — |
| 3) TOPHAM | 1 P0031-3-0 | 1,500,000 — |
| | | TOTAL 14.5 MILLION |

Thanks,
Stanley Chais

2/20/08

BERNARD MADOFF
   885 THIRD AVE
   NYC, NY

   ATTN JODY CROPI

KINDLY WIKE THE FOLLOWING ON 3/17/08

| | NAME | ACCOUNT # | AMOUNT |
|---|---|---|---|
| A) | BRIGHTON | 1 B0061-3-0 | SEVEN MILLION | ✓ |
| B) | LAMBETH | 1 L0002-3-0 | TWELVE " " | ✓ |
| C) | POPHAM | 1 P0031-3-0 | FIVE " " | ✓ |

Total 24 MILLION

Thanks,
Stanly Chais

5 - 3/17

AMF00123986

Ⓐ

1/23/08

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN. JODY CRUPI

KINDLY WIRE THE following ON FEB 18, 2008
to CNB, BEVERLY HILLS
NAME            ACCOUNT                 AMOUNT
BRIGHTON        1 B0061-3-0             2,540,000.  ͦͦXX

                                          780,270.21
LAMBETH         1L0002-3-0

Thanks,
Stanley Chais                              5-2/19

AMF00123987

11/20/07

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CRUPI

KINDLY WIRE THE FOLLOWING ON 12/17/07. AMOUNT
    NAME            Acct #
THE BRIGHTON Co - 1B0061-3-0     TEN MILLION

THE LAMBETH Co    1L 0002-3-0   twenty    " "

THE POPHAM    Co    1P 0031-3-0   SIX     " "

Total ( 36 MILLION )
to their respective ACCOUNTS AT CNB,
BEVERLY HILLS, CA ✓

Thanks,
Stanly Chais

AMF00123988

12/7/08

BERNARD MADOFF
885 THIRD AVE
NYC, N Y

ATTN: JODY CRUPI

KINDLY ADD the FOLLOWING to withdrawal
REQUEST OF 11/20/07

| NAME | Acct # | AMOUNT |
|------|--------|--------|
| THE BRIGHTON Co | 1 B 0061-3-0 | 2 MILLION |
| THE LAMBETH Co | 1 L 0002-3-0 | 4 " " |
| THE POPHAM Co | 1 P 0031-3-0 | 1 " " |

THE FINAL TOTAL IS NOW

| BRIGHTON | 12 MILLION |
| LAMBETH | 24 " " |
| POPHAM | 7 " " |

NEW Total  43 MILLION

Thanks,
Stanley Chais

10/31/07

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CRUPI

5- 11/19/07

KINDLY WIRE THE following ON 11/19/07

Acct #

✓ THE BRIGHTON Co   1-B0061-3-0   -1,075,000. 00/xx

THE LAMBETH Co   1-L0002.3.0 -21,856,691.97

THE POPHAM Co   1-P0031.3.0   4,367.70

to their accts AT ENB, BEVERLY HILLS, ea.

Stanley,
Stanley Chais

5 11/19

# REDACTED

AMF00123991

BERNARD MADOFF
885 THIRD AVE
NYC, NY

   ATTN JODY CRUPI


KINDLY WIRE THE FOLLOWING ON 8/27/07

| Acct # | Acct # | AMOUNT |
|--------|--------|--------|
| BRIGHTON | 1-B0063-0 | 3 MILLION BRIGHTON |
|          |          | 5 "  " LAMBETH |
| LAMBETH | 1-L0002-3-0 | 3 "  Popham |
| POPHAM | 1-P0031-3-0 | |

                    Total      11 MILLION

ND SEND to CNB, BEVERLY HILLS, CA

           Thanks,
           Stanly Chais

AMF00123992

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY WITHDRAW AN ADDITIONAL
4 MILLION FROM "THE LAMBETH Co" Acct # 1-L-0002-3-0
due ON AUG 27,07 to BE WIRED to ACCOUNT AT
CNB, BEVERLY HILLS.
    THE current total to BE withdrawn
From LAMBETH IS NOW NINE MILLION DOLLARS.

Thanks,
Stanly Chais

5-8/27

AMF00123993

8/15/07

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

THERE HAS BEEN A LOT OF LATE CAPITAL
REQUESTS. I AM THEREFORE CHANGING THE AMOUNTS
TO BE WIRED ON AUG 27 AS FOLLOWS:

| | Acct # | AMOUNT |
|---|---|---|
| BRIGHTON: | 1-B0061-3-0 | 5 MILLION → BRIGHTON |
| LAMBETH | 1-L0002-3-0 | 13 MILLION → LAMBETH |
| POPHAM | 1-P0031-3-0 | 4 MILLION → POPHAM |

Total 22 MILLION

THIS SUPERSEDES LETTER OF 7/24/07.

Stanley Chais

5 - 8/27

8/22/07

BERNARD MADOFF
885 THIRD AVE

NYC, NY

ATTN: JODY CRUPI

KINDLY withdraw the FOLLOWING ADDITIONAL

MONEY RE: LETTER OF 8/15/07 + wire on 8/27

LAMBETH          Acct #
                 1-L0002-3-0                    2 MILLION

BRIGHTON         1-B0061-3-0,                   1 MILLION

POPHAM           UNCHANGED                       0

THIS WILL MAKE THE TOTAL   FOR LAMBETH 15 MILLION
  "      "      "      "      FOR BRIGHTON  6 MILLION
  "      "      "      "      POPHAM       4 MILLION
                                  Total  25 MILLION

Thanks,
Stanley Chais

7/23/07

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CROPI

KINDLY WIRE THE FOLLOWING ON AUG. 13, 07:

| Acct | # | Amount |
|------|---|--------|
| THE BRIGHTON CO | 1B0061.3-0 - | 3,465,000.xx |
| THE LAMBETH CO ✓ | 1L0004-3-0 - | 420,361.56 |
| | Total | 3,885,361.56 |

Thks,

Staly Chais

5-8/13

AMF00123996

BERNARD MADOFF                          4/24/07
885 THIRD AVE
NYC, NY

   ATTN JODY CRUPI

   KINDLY WIRE THE FOLLOWING    ON 5/21/07
        NAME    CUST VERIFY #          AMOUNT
✓ THE BRIGHTON CO ——— 1-B0061-3-0- 6 MILLION

✓ THE LAMBETH CO ——— 1-L0002-3-0-18 MILLION

✓ THE POPHAM CO ——— 1-P0031-3-0-4 MILLION

                    Total    28 MILLION

                Thanks,
                Stanley Chais

                    5.5/21

AMF00123997

5/15/07

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDY withdraw an additional ONE MILLION DOLLARS FROM THE BRIGHTON Co acct #1-B0061-3-0 MAKING FOR A TOTAL of 6 MILLION FROM BRIGHTON.

LAMBETH AND POPHAM REMAIN the same.

Add to 5/21 W/D

Thanks,
Stanley Chais

AMF00123998

3/15/07

BERNARD MADOFF
885 THIRD AVE

NYC, NY

ATTN JODY CRUPI     REVISED

KINDLY LOWER THE AMOUNTS to be
wired on 3/19/07 AS FOLLOWS :

| ACCOUNT | AMOUNT REDUCED | Acct# |
|---|---|---|
| BRIGHTON | SIX MILLION | 1-B0061-3-0 |
|  | ENE MILLION | 1-L0002-3-0 |
| LAMBETH |  |  |
| POPHAM |  |  |

That LEAVES   5   MILLION FROM   BRIGHTON
                     "        "        LAMBETH
            10
             4   "        "        POPHAM

        Total  19 MILLION

WHICH LEAVES A TOTAL OF 19 MILLION to
be wired on 3/19/07

Stanley Chais

11/20/06

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CROPI

KINDLY WIRE THE FOLLOWING ON 12/18/06.

| NAME | Acct # | AMOUNT |
|---|---|---|
| ✳ THE ~~BRIGHTON~~ Freehand Co ✓ | 1-B0061-3-0  EDIT: BRIGHTON - Acct # Redacted 4-313 ✓ | 9 MILLION |
| THE LAMBETH Co ✓ Redacted 5864 | 1-L0002-3-0 | 30, MILLION |
| THE POPHAM Co ✓ Redacted 5374 | 1-IP0031.3-0 | 5, MILLION |

Total

44 MILLION DOLLARS

Thanks,
Stanley Chais

5-12/18

ABA 122016066 ✓✓✓ ALL 3 ITM CITY NAT'L BK

11/1/06

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY WIRE THE FOLLOWING ON 11/15/06

|  | Acct # | Amount |
|---|---|---|
| BRIGHTON ~~Freehand~~ Co - | 1B0061-3-0 | $710,967.59 |
| ⅁D LAMBETH Co | 1L0002.3.0 | 2,192.32 |
|  |  | ~~Mail $ on 13th or wire on 15th~~ |
| POPHAM Co | 1P0031-3-0 | ~~$~~75,000.⁰⁰/xx |
|  |  | 788,159.91 |

Thanks,
Stanley Chais

5 -11/15

11/7/06

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY ADD $80,000.— FROM THE
UPCOMING LAMBETH WITHDRAWAL —— WHICH
WOULD MAKE THE AMOUNT to be withdrawn
$82,129.32 (AND WIRED)

Thanks,
Stanley Chais

8/5/06

BERNARD MADOFF
    885 THIRD AVE
    NYC, NY

    ATTN    JODY

    KINDLY DISREGARD LETTER OF 8/4/06
the following represents the correct
withdrawal to be WIRED ON 8/28/06

| Account | Account # | AMOUNT |
|---------|-----------|--------|
| BRIGHTON | 1 B 0061-3-0 | 5 MILLION |
| LAMBETH | 1 L 0002-3-0 | 8 MILLION |
| POPHAM | 1 P 0031-3-0 | 1,500,000 |
| | | Total $14,500,000. |

Thanks,
Stanley Chais

Redacted

8/4/06

BERNARD MADOFF
 885 THIRD AVE
  NYC, NY

ATTN: JODY CRUPI                    sc
                                    8/28/06
  KINDLY WIRE THE FOLLOWING ON 8/28/06

| Account | Acct # | Amount |
|---------|--------|--------|
| THE BRIGHTON CO. | 1 B 0061-3-0 | 8 MILLION |
| THE LAMBETH CO | 1 L 0002-3-0 | 4 MILLION |
| THE POPHAM CO | 1 P 0031-3-0 | 1,200,000.— |
| | | Total 13,200,000. |

Thanks

Stanley Chais

Revised

AMF00124004

5/2/06

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY TRANSFER THE FOLLOWING AMOUNTS to
ON MAY 22,06
THE CHAIS 91 FAMILY TRUST ACCOUNT # 1C1017-3-0

FROM THE BRIGHTON CO    ACCOUNT #        AMOUNT
                        1B0061-3-0       2 MILLION

THE LAMBETH CO 1-L0002-3-0    2 MILLION
                              4 MILLION

C+S 5/22

Thanks,
Stanley Chais

AMF00124005

5/2/06

5-5/22

BERNARD MADOFF
885 THIRD AVE
NYC, NY
ATTN JODY CRUPI

KINDLY WIRE THE FOLLOWING ON MAY 22, 06.

| | Acct # | AMOUNT |
|---|---|---|
| THE BRIGHTON CO | 1-B0061-3-0 | 1 MILLION |
| THE LAMBETH CO | 1-L0002-3-0 | 6 MILLION |
| THE POPHAM CO | 1-P0031-3-0 | 1 MILLION |
| | Total | 8 MILLION |

to CITY NAT'L BANK.

Thanks,
Stanly Chais

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CRUPI

KINDLY withdraw the following on 3 dates
AND WIRE to CITY NAT'L BANK, BEVERLY HILLS, CAL

| account | acct # | Amount |
|---|---|---|
| BRIGHTON | 1 B001-3 | 3 MILLION |
| LAMBETH | 1 L001-3 | 5 MILLION |
| POPHAM | 1 P0031-3 | 3 MILLION |
| | | 11 MILLION |

IN ADDITION withdraw the FOLLOWING:

| BRIGHTON | 1 B001-3 | 7 MILLION | C+S |
| LAMBETH | 1L 0002-3 | 9 MILLION | 3/20 |
| | | 16 " | TRANSFERRED |

AND TRANSFER to
STANLEY CHAIS #1  1C 1007
TRUST  1017-3-0

Yours truly,
Stanley Chais

P.S. THIS MEANS that 10 MILLION withdrawn FROM BRIGHTON
                    14 MILLION    "    "    "    LAMBETH
                     3 MILLION    "    "    "    POPHAM
        GRAND TOTAL 27 MILLION

08-01789-cgm   Doc 16167-4   Filed 06/15/17   Entered 06/15/17 17:38:40   Exhibit 4
Pg 32 of 86

Redacted

2/6/06

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI (or ERIC)

KINDLY CHANGE THE AMOUNT to
BE WITHDRAWN FROM "THE LAMBETH Co,"
ACCT # 1-L0002-3  FROM 30 MILLION to
TEN MILLION ONE HUNDRED THOUSAND (10,100,000) to
BE WIRED ON 2/15/06.

The WITHDRAWAL FROM "THE BRIGHTON Co,"
REMAINS UNCHANGED

Thanks,
Stanley Chais

1/13/06

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN — JODY CRUPI

391 mil

→ LAMBETH

KINDLY withdraw 30 MILLION DOLLARS
FROM THE LAMBETH CO, Acct # 1L 0002-5-0, AND
$790,000 FROM THE BRIGHTON CO, Acct # 1B-0061-3-0,
to CITY NAT'L BANK
→ BRIGHTON - 296 mil
AND WIRE to their RESPECTIVE ACCOUNTS on

2/15/06

Thanks,

Stanley Chais

BERNARD MADOFF
885 THIRD AVE
NYC, NY         11/22/05

ATTN
JODY CRUPI

KINDLY withdraw the following:

| NAME | Acct # | AMOUNT |
|------|--------|--------|
| THE BRIGHTON Co. | 1 B0061-3-0 | 5 MILLION |
| THE LAMBETH Co | 1 L 0002-3-0 | 12 MILLION |
| THE POPHAM Co | 1 P 0031-3-0 | 4 MILLION |

AND WIRE To their RESPECTIVE ACCOUNTS AT
CITY NATIONAL BANK, BEVERLY HILLS, CAL ON 12/12/05

Yours Truly,

Total
21 MILLION

Stanley Chais

AMF00124010

11/23/05

BERNARD MADOFF
885 THIRD AVE
NYC, NY


ATTN
JODY CROPI

PLEASE CHANGE THE WITHDRAWAL REQUEST
FOR THE LAMBETH Co. OF 11/22/05 ACCT 1LOO28BL
FROM 12 MILLION TO FOURTEEN MILLIONS


Thanks,
Stanley Chais

AMF00124011

Redacted

7/25/05

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CROPI

KINDLY withdraw the FOLLOWING
AND WIRE TO THEIR RESPECTIVE ACCOUNTS
AT CITY NATIONAL BANK, BEVERLY HILLS, CAL ON
8/22/05

| NAME | Acc-t # | Amount |
|------|---------|--------|
| THE BRIGHTON Co | 1 B 0061-3-0 | 2.5 MIL |
| THE LAMBETH Co | 1 L 0002-3-0 | 5 MIL |
| THE POPHAM Cu | 1 P 0031-3-0 | 2 MIL |
| | | 9.5 MIL TOTAL |

Thanks,
Stanley Chais

AMF00124012

4/26/05

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

    KINDLY WITHDRAW the FOLLOWING, AND
WIRE TO THEIR RESPECTIVE ACCOUNTS AT
CITY NATIONAL BANK, BEVERLY HILLS   ON MAY 16,05

    BRIGHTON ——— 3~~5,777.23~~ 40 986.13

LAMBETH - 11,972.23

POPHAM -   0

        Thanks,
        Stanley Chais

AMF00124013

4/26/05

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY withdraw the following, and
WIRE TO THEIR RESPECTIVE ACCOUNTS AT
CITY NATIONAL BANK, BEVERLY HILLS ON MAY 16, 05

BRIGHTON ——— 35,777.23 40,986.13

LAMBETH - 11,972.23

POPHAM - 0

Thanks,
Stanley Chais

3/1/05

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CRUPI

KINDLY withdraw the FOLLOWING
AND WIRE TO THEIR RESPECTIVE ACCOUNTS
ON 3/2/05

| NAME | ACCOUNT # | AMOUNT |
|------|-----------|--------|
| THE BRIGHTON CO | 1B0061 | 9 MILLION |
| THE LAMBETH CO | 1L0002 | 12 " " |
| THE POPHAM CO | 1P0031 | 5 " " |
| | | 26 MILLION |

Thanks,
Stanley Chais

AMF00124015

1/29/05

BERNARD MADOFF
885 THIRD AVE
NYC, NY
ATTN JODY CRUPI

KINDLY MAIL A CHECK FOR 1,779.78

FROM THE LAMBETH CO ACCT # 1-L0002-3

to HALPERN + MANTOVANI AT YOUR CONVENIENCE.

Thanks,

Stanley Chais

S- 1/31/05

AMF00124016

11/18/04

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN
JODY CRUPI

KINDLY WIRE THE FOLLOWING ON 12/13/04
to their RESPECTIVE ACCOUNTS AT CITY NATIONAL
BANK, BEVERLY HILLS CAC

| | Acct # | AMOUNT |
|---|---|---|
| ✓ BRIGHTON | 1B0061-3-0 | 5 MILLION |
| ✓ LAMBETH | 1L002-3-0 | 10 MILLION |
| ✓ POPHAM | 1P0031-3-0 | 3 MILLION |

Thanks,

Stanley Chais

Redacted

8/27/04

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CRUPI

KINDLY withdraw the following:

| NAME | Acct# | AMOUNT |
|------|-------|--------|
| THE BRIGHTON Co BRIGHTON | 1-B0061-3 (5,100,000) → | 5 MILLION, 100,000 (5.100) |
| THE LAMBETH Co LAMBETH | 1-L0002-3 (3,500,000) → | 3 MILLION FIVE HUNDRED thousand (.3.500) |
| THE POPHAM Co POPHAM | 1-P0031-3 (1,600,000) → | ONE MILLION SIX HUNDRED THOUSAND 1.600 |
| total (10,200,000) | | total 10 MILLION TWO HUNDRED (10.2) |

AND WIRE TO THEIR RESPECTIVE ACCOUNTS AT
CITY NATIONAL BANK, BEVERLY HILLS, CA ON AUG 23 04

Thanks,
Stanley Chais

AMF00124018

4/30/04

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN — JODY CROPI

KINDLY WIRE THE FOLLOWING ON 5/24/04
to their respective accounts at City
NATIONAL BANK, BEVERLY HILLS, CAL

THE BRIGHTON CO ——— 2 MILLION DOLLAR

THE LAMBETH CO ——— 5 " " " "

THE POPHAM CO          1.5 " "

TOTAL — 8.5 MILLION

Thanks,
Stanley Chais

5/27/04

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN

JODY CRUPI

PLEASE WIRE $25,000.00 From BRIGHTON,
AND MAIL $414.73 From LAMBETH AT YOUR
earliest CONVENIENCE.

5-5/26
BRIGHTON

S 5/26

Thanks,
Stanly Chais          JC000230



5/3/04

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY TRANSFER $3,331.42 FROM The
POPHAM Co to THE LAMBETH Co, AT YOUR
earliest CONVENIENCE.

Thanks,

Stanley Chais

CtS 5/3

2/25/04

BERNARD MADOFF
885 THIRD AVE
NYC, NY

   ATTN   JODY CRUPI


   KINDLY WIRE THE FOLLOWING ON MAR 22, 04

| COMPANY | ACCOUNT # | AMOUNT |
|---------|-----------|--------|
| THE BRIGHTON Co | 1-B002-3-0 006/ | 8 MILLION |
| THE LAMBETH Co | 1-L 0064-3-0 002 | 11 MILLION |
| THE POPHAM Co | 1-P 00?? 31 30 | 4 MILLION |
|  |  | 23 MILLION |

to their respective accounts at CITY NATIONAL
BNK, BEVERLY HILLS, CAL

                              Thanks,
                              Stanly Chais

1/22/04

BERNARD MADOFF
885 THIRD AVE
NYC, NY

   ATTN  JODY CROPI

KINDLY WIRE THE FOLLOWING ON 2/16/04

NAME          ACCOUNT #                AMOUNT

THE BRIGHTON Co ✓  1-B0061-3          869,000.00

THE LAMBETH Co ✓  1-L0002-3            3,331.42

to their RESPECTIVE ACCOUNTS AT CITY NATIONAL BANK,
BEVERLY HILLS, CAL

      Thanks.

      Stanley Chais

AMF00124023

11/19/03

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY WITHDRAW THE FOLLOWING ON 12/12/03,
AND WIRE TO THEIR RESPECTIVE ACCOUNTS. AT
CITY NATIONAL BANK, 400 No. ROXBURY DRIVE, BEVERLY HILLS

BRIGHTON ———————— 4 MILLION

LAMETH ———————— 11 MILLION

POPHAM ———————— 3 MILLION

TOTAL 18 MILLION

Thanks,

Stanley Chais

7/28/03

BERNARD MADOFF
885 THIRD AVE
NYC, NY

KINDLY WITHDRAW THE FOLLOWING  ON 8/2/03

THE BRIGHTON CO ——— THREE MILLION DOLLARS
THE LAMBETH CO ——— FIVE MILLION DOLLARS
THE POPHM CO ——— THREE MILLION " "
                    ——————————
                    11 MILLION total

AND WIRE TO THEIR RESPECTIVE ACCOUNTS
AT CITY NATIONAL BANK, BEVERLY HILLS, CAL.

Thanks,
Stanly Chais

5/9/03

BERNARD MADOFF
  885 THIRD AVE
  NYC, NY

      ATTN: JODY CRUPI

  KINDLY WITHDRAW THE FOLLOWING
ON MAY 27, 2003 AND WIRE TO THEIR RESPECTIVE
ACCOUNTS AT CITY NATIONAL BANK.

                        AMOUNT
  BRIGHTON         3 MILLION DOLLARS
                   4 MILLION DOLLARS
  LAMBETH
  POPHAM            2 MILLION DOLLARS
                   TOTAL —9

              Thanks,
              Stanley Chais

AMF00124026

MAY 1, 03

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CROPI

5/19/03

KINDLY WIRE THE FOLLOWING ON ~~5/16~~/03
to their respective accounts at CITY NATIONAL BK
400 No. ROXBURY D.
BEVERLY HILLS, CAL
ACCOUNT #

| ACCOUNT | AMOUNT | |
|---|---|---|
| BRIGHTON — THE BRIGHTON CO | 385,000.— | 1-B-0061-3-0 |
| LAMBETH — THE LAMBETH CO | 118,450.41 | 1-L-0002-3-0 |

Thanks,

Stanley Chais

AMF00124027

2/25/06

BERNARD MADOFF
885 THIRD AVE
NYC, NY


ATTN: JODY CRUPI


KINDLY WIRE THE FOLLOWING ON
MAR 4,03 to their respective accounts at
CITY NATIONAL BANK

| NAME | Acct # | Amount |
|---|---|---|
| The BRIGHTON Co. | - 1B0061-3 | NINE MILLION BRIGHTON |
| THE LAMBETH Co | - 1L0002-3 | twelve MILLION LAMBETH |
| THE POPHAM Co | - 1P0031-3 | FIVE MILLION POPHAM |


Thanks,

Stanley Chais

1/21/03

BERNARD MADOFF
   885 THIRD AVE
   NYC, NY

   ATTN — JODY EROPI

KINDLY WIRE THE FOLLOWING to
City NATIONAL BANK on Feb 10, 2003.

|  | Amount | Acct # |
|---|---|---|
| BRIGHTON | 670,000.00 | 1-B-0061-3-0 |
| LAMBETH | 835,249.32 | 1-L-0002-3-0 |
|  |  | 1-P 0031-3-0 |
| POPHAM | 50,000.00 |  |

Thanks,

Stanley Chais

AMF00124029

# STANLEY CHAIS

## Redacted

November 25, 2002

Jodi Crupi
Bernard Madoff Investments
885 Third Avenue
New York, NY 10022

Re: Wire instructions, The Lambeth Company, The Brighton Company and The Popham Company

Dear Jodi:

On December 16, 2002, please execute the following wires:

Please wire **$9,000,000.00** from **The Lambeth Company** Account #1-L0002-3-0 to:
The Lambeth Company, City National Bank account # Redacted 3864   *LAMBETH*

Please wire **$5,000,000.00** from **The Brighton Company** Account #1-B0061-3-0 to:
The Brighton Company, City National Bank account # Redacted 9352   *BRIGHTON*

Please wire **$3,000,000.00** from **The Popham Company** Account #1-P0031-3-0 to:
The Popham Company, City National Bank account # Redacted 9374   *POPHAM*

The address and ABA # for City National Bank is:
400 North Roxbury Drive
Beverly Hills, CA 90210
ABA #: 1220 16 066
Contact person: Theresa Kodani 310/888-6124

If you have any questions, please do not hesitate to call.

Truly yours,

*Stanley Chais*
Stanley Chais

MGM/mydocs/Chais/tms-arb-made.f2

*5 - 12/16*

10/18/02

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY  WIRE  THE  FOLLOWING  ON $11/18/02

THE  BRIGHTON  CO   464,337.19
THE  LAMBETH  CO   215,625.41

Thanks,
Stanly Chais

7/31/02

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN:
   JODY CRUPI

   KINDLY WIRE THE FOLLOWING ON 8/26/02
to CITY NATIONAL BANK, BEVERLY HILLS, CAC

|  | Acct # | Amount |
|---|---|---|
| THE BRIGHTON CO — | 1-B0061-3 | 3 MILLION |
| BRIGHTON | | |
| THE LAMBETH CO- | 1-L0002-3 | 6 MILLION |
| LAMBETH | | |
| THE POPHAM CO | 1-P0031-3 | 2 MILLION |
| POPHAM | | Total 11 MILLION |

Thanks,

Stanly Chais

AMF00124032

BERNARD MADOFF
885 THIRD AVE

4/24/02

JODY CRUPI

KINDLY withdraw the following
ON MAY <u>28</u> AND WIRE TO BANK ACCOUNTS AT
CITY NATIONAL BANK

| | Account # | Amount |
|---|---|---|
| THE BRIGHTON Co | -1-B-0061-3-0 | 4 MILLION |
| THE LAMBETH Co | -1-L-0002-3 | 4 MILLION |
| THE POPHAM Co | -1-P-0031-3 | 2 MILLION |
| | | TOTAL 10 MILLION |

Thanks,

Stanley Chais

AMF00124033

BERNARD MADOFF
885 THIRD AVE
NYC, NY

2/28/02

ATTN
JODY CRUPI

KINDLY WITHDRAW THE FOLLOWING AMOUNTS:

| | ACCT # | AMOUNT |
|---|---|---|
| THE BRIGHTON CO | 1-B006C-3 | 4 MILLION |
| THE LAMBETH CO | 1-L0002-3 | 10 MILLION |
| THE POPHAM CO | 1-P0031-3 | 3 MILLION |
| | | Total 17 |

AND WIRE ON MAR 25,02 to their respective accounts AT CITY NAT'L BANK, BEVERLY HILLS, CA

Thanks,
Stanley Chais

AMF00124034

1/22/02

BERNARD MADOFF
885 THIRD AVE
NYC, NY

    ATTN JODY CRUPI

    KINDLY WIRE $2,250,000.00 (two million
two hundred fifty thousand) FROM THE LAMBETH CO.
Acct # 1-L0002-3 to its account at city national
bank, Roxbury Drive, Beverly Hills, Cal on 2/11/02

                  Thanks,

                  Stanley Chais

AMF00124035

12/4/01

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN— JODY CRUPI

KINDLY WIRE THE FOLLOWING ON 12/17/01
to CITY NAT'L BANK
400 NO. ROVOURY DI
B. H, CAL

✓ BRIGHTON — THREE MILLION
✓ LAMBETH — SIX MILLION
✓ POPHAM — THREE MILLION

Thanks,
Stanley Chais

AMF00124036

8/6/01

BERNARD MADOFF
  885 THIRD AVE
  NYC, NY
  ATTN: JODY CRUPI

KINDLY <u>withdraw</u> the FOLLOWING:

| | | Acct # | Amount |
|---|---|---|---|
| The BRIGHTON | CO | 1-B0061-3 | 4,000,000.00 |
| THE LAMBETH | CO | 1-L002-3 | 2,500,000.00 |
| THE POPHAM POPHAM | CO | 1-P0031-3 | 3,000,000.00 |

total 9.5 million

AND <u>WIRE</u> to their RESPECTIVE ACCOUNTS

AT CITY NATIONAL BANK ON <u>AUG 27, 01</u>.

Thanks,
Stanley Chais

4/25/01

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

THIS LETTER IS to SERVE AS
AUTHORIZATION FOR WILLIAM CHAIS to withdraw
MONEY (BY LETTER) FROM BRIGHTON, POPHAM, LAMBETH,
AND ALL the VARIOUS CHAIS TRUSTS, AS WELL AS
UNICYCLE TRADING COMPANY

Thanks,
Stanley Chais

P.S. I AM WIRING TODAY $30,000 to BE APPLIED to
UNICYCLE CORP MONEY PURCHASE "PLAN," Acct# 1-U 0022-3    4/25
"ONDAGAM"   "    "    "    $40,000     1-00014-3    4/25

PPS. Below please find William Chais' signature.
William Chais

AMF00124038

4/30/01

BERNARD MADOFF
885 THIRD AV
NYC, NY

ATTN: JODY CRUPI

ON MAY 14 PLEASE WIRE THE FOLLOWING:

THE BRIGHTON CO — 1,329.54 BRIGHTON

THE LAMBETH CO — 450,000.00 LAMBETH

IN ADDITION

ON MAY 28 PLEASE WIRE THE FOLLOWING:

THE BRIGHTON CO    1,500,000.00 — BRIGHTON

THE LAMBETH CO     4,000,000.00 — LAMBETH

THE POPHM CO       1,000,000.00 — POPHAM

I WILL CALL TO CONFIRM ALL THIS

ON MONDAY

Thanks,
Stanley Chais

# STANLEY CHAIS

## Redacted

March 7, 2001

Jodi Crupi
Bernard L. Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please change the withdraw from Lambeth, Brighton and Popham on March 26, 2001 as follows:

| Lambeth Company  | 1-L0002-3 | $5,000,000.00 — LAMBETH |
| Brighton Company | 1-B0061-3 | $3,000,000.00 — BRIGHTON |
| Popham Company   | 1-P0031-3 | $2,000,000.00 — POPHAM |

and wire the funds to their respective accounts at City National Bank.

If you have any questions, please call me.

Truly yours,

Stanley Chais

E:\WPDATA\CHAIS\CHAIS054.WPD

AMF00124040

2/26/01

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

THIS IS to CONFIRM THAT MY PREVIOUS
INSTRUCTIONS FOR MONEY to BE WIRED to
BRIGHTON AND LAMBETH WERE IN ERROR.
THE CORRECT AMOUNT SHOULD HAVE READ:

BRIGHTON    $567,000.00
LAMBETH    51,141.07

THANKS FOR CORRECTING MY ERROR

Stanley Chais

AMF00124041

BERARD MADOFF                    1/24/01
885 THIRD AVE.
NYC, NY


ATTN: JODY CRUPI

   AS OF FEB 15, 2001  KINDLY  withdraw:

                              Acct#          Amount

The Brighton Co      1-B0061-3        51,141.07

THE LAMBETH Co       1-L0002-3        567,000.00

AND WIRE TO THEIR RESPECTIVE ACCOUNTS
AT CITY NATIONAL BANK, BEVERLY HILLS, CAL.


              Thanks,

              Stanley Chais


FILE

AMF00124042

BERNARD MADOFF
885 . THIRD AVE
NYC, NY


ATTN: JODY CRUPI


KINDLY WIRE THE FOLLOWING ON
DEC 18,00  to their RESPECTIVE ACCOUNTS.

                    BRIGHTON
   THE BRIGHTON Co — two million, five
HUNDRED THOUSAND DOLLAR (2,500,000.00).

                    LAMBETH
THE LAMBETH Co — three million, five
HUNDRED THOUSAND DOLLARS (3,500,000.00)

                    POPHAM
THE POPHAM Co — two MILLION DOLLARS (2,000,000.00)


              Thanks,

              Stanley Chais

NOV 2, 2000

BERNARD MADOFF
885 THIRD AVE
NYC, NY        ATTN JODY CKUPI

KINDLY ~~CANCEL~~ CHANGE DATE of
withdrawal of

The BRIGHTON CO        582,000.00

THE LAMBETH CO        378,636.98
                      _____
                       960 636.98

to NOV 16, 2000.

    SORRY FOR THE MISTAKE AND HOPE
This is NOT A PROBLEM

                        Thanks,
                        Stanley Chais

P.S. AND ~~THERE~~ WILL BE NO
withdrawal FOR Feb 6, 2001

AMF00124044

7/28/00

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODI CRUPI

ON AUG 28 KINDLY WIRE THE FOLLOWING:

|                 | AMOUNT          |          | Acct #        |
| --------------- | --------------- | -------- | ------------- |
| The BRIGHTON Co | $1,700,000.00   | BRIGHTON | 1-B0061-3     |
| THE LAMBETH Co  | $4,000,000.00   | LAMBETH  | 1-L0002-3     |
| THE POPHAM Co   | $1,300,000.00   | POPHAM   | 1-P0031-3     |

7 mil

+ 1.2
8.2

Thanks,

Stanley Chais

5/2/00

BERNARD MADOFF
  885 THIRD AVE
  NYC, NY          ATTN: JODY CRUPI

KINDLY WIRE THE FOLLOWING ON MAY 26

| | Acct # | AMOUNT |
|---|---|---|
| BRIGHTON ✓ | 1 - B0061-3-0 | 2 MILLION |
| LAMBETH ✓ | 1 - L0002-3-0 | 3 MILLION |
| POPHAM ✓ | 1 - P0031-3-0 | 2 MILLION |
| | | 7 mil |

Thanks,

Stanley Chais

AMF00124046

5/1/00

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY withdraw (AND WIRE) the
FOLLOWING ON MAY 15, to    CITY NATIONAL BANK
                  Acct #

| | | AMOUNT |
|---|---|---|
| BRIGHTON ✓ | 1-B-0061-3-0 | 438,000.— |
| LAMBETH ✓ | 1-L 0002-3-0 | 400,785.26 |
| POPHAM ✓ | 1-P 0031-3-0 | 19,800.05 |

Thanks,
Stanley Chais

858 585.31

3/1/00

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI


KINDLY WIRE ON <u>MAR 29, 00</u> The
FOLLOWING:

| | Acct # | Amount |
|---|---|---|
| THE BRIGHTON Co | 1-B0061-3 | 6 MILLION |
| THE LAMBETH CO | 1-L0002-3 | 8 MILLION (8) |
| THE POPHM CO | 1-P-0031-3 | 3 MILLION |
| | | Total 17 MILLION |

Thanks,

Stanly Chais

Nov 19, 1999

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

KINDLY withdraw the Following:

BRIGHTON ———— 4 MILLION

LAMBETH ————— 4 MILLION

POPHAM ————— 3 MILLION to BE

TOTAL 11,000,000

WIRED to their RESPECTIVE BANK ACCOUNTS AT
CITY NATIONAL BANK ON DEC 15, 1999

Thanks,

Stanley Chais

AUG 9, 1999

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI      8/31

   KINDLY WIRE THE FOLLOWING
AMOUNTS ON AUG 29, 1999

      BRIGHTON ————————      1,000,000.00
                                         (1 MIL)

      LAMBETH ————————      3,500,000.00
                                         (3 ½ MIL)
POPHAM ————————      $750,000.00
                                         (SEVEN HUNDRED FIFTY

            Thanks,
            Stanley Chais

Redacted

AUG 4, 1989

BERNARD MADOFF
885 THIRD AVG
NYC, NY
ATTN: JODY CROPI

KINDLY WIRE THE FOLLOWING ON 8/16.

BRIGHTON ———— 115,200.— ✓

LAMBETH ———— 33,622.97 ✓

POPHAM ———— 0  1L0002

There WILL BE AN ADDITIONAL
withdrawal FOR THE LAST WEEK IN AUG.

LETTER WILL FOLLOW NEXT WEEK

Thanks

Stanley Chais

APR 26, 1999

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN:
JODY CRUPI

KINDLY withdraw the FOLLOWING:

| | Acct # | Amount |
|---|---|---|
| CITYNAT2 THE BRIGHTON Co | 1-B-0061-3 | $2,250,000.00 |
| CITYNAT1 THE LAMBETH Co | 1-L-0002-3 | $1,750,000.00 |
| CITYNAT3 THE POPHAM Co | 1-P0031-3 | $750,000.00 |

MONEY to BE WIRED to their RESPECTIVE
ACCOUNTS AT CITY NATIONAL BANK, BEVERLY HILLS,
ON
MAY 27, 1999

Thanks

Stanley Chais

On Acc of these use Address:

Redacted

AMF00124052

5/19/99

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI          ⟶ 1L000230

ON MAY 28, 1999 PLEASE TRANSFER 10 MILLION
DOLLARS FROM THE "LAMBETH COMPANY" AND 10 MILLION
DOLLARS FROM THE "BRIGHTON COMPANY"    1B006130
20 MILLION DOLLARS), TO:   (A TOTAL OF
          THE CHAIS 1991 FAMILY TRUST #1.   1C101730

ON the SAME DAY, KINDLY TRANSFER 10
MILLION DOLLARS FROM THE CHAIS 1991 FAMILY TRUST #1
to AN ACCOUNT to BE CALLED "CHAIS INVESTMENTS" SO
                                                      1C1284
"THE 1999 TRUST FOR THE CHILDREN OF STANLEY
AND PAMELA CHAIS."

ADDITIONALLY, TRANSFER 10 MILLION DOLLARS FROM
the CHAIS 1991 FAMILY TRUST #1, to A NEW ACCOUNT
to BE CALLED "CHAIS INVESTMENTS"  ⟶ 1C1285
TAX ID #'s WILL FOLLOW SHORTLY.

Thanks,
Stanley Chais

MAY 3, 1999

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATTN JODY CRUPI

KINDLY withdraw the FOLLOWING :

|  | | Acct # | Amount |
|---|---|---|---|
| CITYNOT2 | The BRIGHTON Co. | 1-B-0061-3 | 202,253.70 |
| CITYNAT1 | " LAMBETH " | 1-L-0002-3 | 10,904.39 |
| CITYNAT3 | " POPHAM " | 1-P-0031-3 | 7,949.06 |

MONEY to BE WIRED MAY 14, 1999

This IS IN ADDITION to previous REQUEST
OF APR 26, 1999 FOR BRIGHTON - POPHAM - LAMBETH

Thanks,

Stanley Chais

AMF00124054

3/23/99

BERNAAD MADOFF
885 THIRD AVE
NYC, NY

ATTN: JODY CRUPI

The following is the CORRECT
withdrawal:

| | | |
|---|---|---|
| BRIGHTON | 1- B0061 | 3.5 MILLION |
| LAMBETH | 1- L0002 | 3.5 " " |
| POPHAM | 1- P0031 | 2 " " |

PLEASE WIRE ON MAR 25, 1999 to
CITY NATIONAL BANK, 400 No. ROXBURY DV
BEVERLY HILLS, CAC

Thanks,
Stanley Chais

(30) AUG 20, 1998

BERNARD MADOFF
885 THIRD AVE
NYC, NY

ATT'N:
FRAN

KINDLY WIRE THE FOLLOWING ~~AS OF~~ ON 9/1/98
~~AMT~~

BRIGHTON ——— $1,250,000.— CITYNAT 2 ✓

LAMBETH ——— $2,250,000.— CITYNAT 1 ✓

POPHAM ——— $900,000.— CITYNAT 3 ✓

Thanks,

Stanley Chais

AMF00124056

BERNARD MADOFF
885 THIRD AVE
NYC, N Y

4/9/97

ATTN — JO ANN SALA

I INCORRECTLY put the LAMBETH
MONEY IN on the BRIGHTON CHECK, AND
VICE VERSA.

It is THEREFORE NECESSARY to
TRANSFER $745,033.50 FROM
THE BRIGHTON Co. ACCOUNT # 1-B0062-1
to
THE LAMBETH Co ACCOUNT # 1-L002-1

Sorry for the inconvenience,

Stanly Chais

Bernard Madoff
885 third Ave
NYC,NY

Mar 3,1997

Attn Jo-Ann Sal

Kindly withdraw the following amounts and wire to City National Bank on Mar 31.

Brighton 3 million dollars    CITYNAT 2 ✓

Lambeth 4 million dollars    CITYNAT 1 ✓

Popham 3 million dollars.    CITYNAT 3 ✓

3.5

It is possible I may revise this up or down - but to the best of my current knowledge that will do it.

If for any reason you want to reach me byphone, the number i **Redacted**

Redacted

I will be back in NYC next Monday, and will call you then

Shalom from the holy land
Stanley Chais

AMF00124058

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

The Lambeth Co.
Y/o. Stanley Chais

**Redacted**

L0005-10
3x Trade+ Cust Agree.

5/8  Spoke to Stanley
Chais

Sending us the papers

we'll ___ the ___
___
Trading +  ___ ___
Cust ___

3/31/95

___ will
call back
for copy

EVE

**Redacted**

The ___ so sorry
Chais

3/31/95

BERNARD L. MADOFF

NEW ACCOUNT

| | NO. | T | C | RR |
|---|---|---|---|---|

ENTER SOCIAL SECURITY NO.

X | **Redacted** 7582 |

ACCT. NO.
ASSIGNED

Mrs.
Mr.
Miss    Lambeth Co.

X  NA
**Redacted**
X  STR
CITY

**Redacted**

TEL.
NUMBER X  **Redacted**

TEL.
NUMBER X  **Redacted**

REG. REP.

| | Date Sent to Client | | Date Sent to Client |
|---|---|---|---|
| Margin Agreement ☐ | | Co-Partnership Form ☐ | |
| Joint Agreement ☐ | | Mail Waiver Form ☐ | |
| Corporate Account Form ☐ | | Multiple A/C Form ☐ | |

AMF00124060

We deem the questions contained in this section to be required by the "Know Your Customer" Rule of the New York Stock Exchange, and, therefore, must be answered in full.

X Residence | **Redacted**

X Name of Employer ... Retired (NONE)   X Address _____
(If housewife, must have name of husband's employer)

X Occupation ... Retired

Bank Reference
and Address X ... City National Bank   400 No. Rodbury Drive
Beverly Hills, Calif 90210

~~Other Brokerage Accts. with~~ ...........................

~~R. R.'s Estimate of Clients Net Worth~~ ...........................

Is Client Over 21 Years of Age? Yes ✓ ...... No ............   How Long Have
You Known Client ........................

Client is a Citizen of ... U.S.A   Client
Introduced by ........................

Approved by ........................

AMF00124061



**Bernard L. Madoff**
INVESTMENT SECURITIES
110 Wall Street, New York, N.Y. 10005

TELEPHONE (212) 825-3910
WATS (800) 221-2242
TELEX 235130

Congress has mandated that all interest and dividend payors including
Bank's, corporations and funds must withhold 10% of all dividends or interest
paid UNLESS you complete and return the form at the bottom of this page prior
to January 1, 1984.

### Important New Tax Information

"Under the Federal income tax law, you are subject to certain penalties
as well as withholding of tax at a 20% rate if you have not provided us with
your correct social security number or other taxpayer identification number.
Please read this notice carefully.

You (as a payee) are required by law to provide us (as payor) with your
correct taxpayer identification number. If you are an individual, your tax-
payer identification is your social security number. If you have not pro-
vided us with your correct taxpayer identification number, you may be subject
to a $50 penalty imposed by the Internal Revenue Service. In addition,
dividend payments that we make to you may be subject to backup withholding
starting on January 1, 1984.

Backup withholding is different from the 10% withholding on interest
and dividends that was repealed in 1983. If backup withholding applies, a
payor is required to withhold 20% of dividend payments made to you. Backup
withholding is not an additional tax. Rather, the tax liability of persons
subject to backup withholding will be reduced by the amount of tax withheld.
If withholding results in an overpayment of taxes, a refund may be obtained.

Enclosed is a postage-prepaid reply envelope in which you may return
the enclosed form to furnish us your correct name and taxpayer identification
number. Please sign the form and return it to us."

Even if you have already provided this information it is required by
the IRS that all information requested below be provided again.

Thank you for your cooperation.

Corporations are exempt from this requirement and should not return
this form.

---

Substitute Internal Revenue Service Form W-9

1-01201

THE LAMBETH CO
C/O STANLEY CHAIS

Taxpayer Identification
Number: Redacted 7582

*[signature: Stanley Chais]*

"Under penalties of perjury, I certify
that the number shown on this form is
my correct Taxpayer Identification Number"

Please fill in your name, address, taxpayer identification number and sign
above.