**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><span style="padding-left:4em"></span>Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><span style="padding-left:6em"></span>Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS <span style="padding-left:6em"></span>)
<span style="padding-left:18em"></span>)<span style="padding-left:2em"></span>ss:
COUNTY OF DALLAS <span style="padding-left:4em"></span>)

VANESSA A. POGUE, being duly sworn, deposes and says:

1.  I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On June 15, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.  Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Lambeth Company (Docket Number 16186)
    2.  Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Lambeth Company (Docket Number 16187)
    3.  Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Lambeth Company (Docket Number 16188)

Executed on June 16, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this **16** day of **June**, 2017



_____
(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A
June 15, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | Counsel |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |