**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendant Robert Roman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT ROMAN,<br><br>                    Defendant. | Adv. Pro. No. 10-04292 (SMB) |

### DECLARATION OF HELEN DAVIS CHAITMAN

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§1746, as follows:

{00031148 1 }

1. I am a partner with Chaitman LLP, counsel to defendant Robert Roman ("Defendant"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in opposition to the Trustee's motion to compel discovery pursuant to Fed. R. Bankr. P. 7037(a)(3)(B).

3. Attached hereto as **Exhibit A** is a true and accurate copy of relevant pages of hearing transcript dated February 7, 2017.

June 20, 2017                                   /s/ Helen Davis Chaitman

{00031148 1 }