# EXHIBIT A

**Page 1**

```
 1  UNITED STATES BANKRUPTCY COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  Case No. 08-99000-smb
 4  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 5  In the Matter of:
 6
 7  ADMINISTRATIVE CASE RE: 08-1789 (SECURITIES INVESTMENT
 8  ADVERSARY PROCEEDING),
 9
10          Debtor.
11  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
12  Adv. Case No. 08-01789-smb
13  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
14  SECURITIES INVESTOR PROTECTION CORPORATION,
15              Plaintiff,
16          v.
17  BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,
18              Defendants.
19  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
20
21
22
23
24
25
```

Page 2

```
 1   Adv. Case No. 10-04292-smb

 2   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

 4   MADOFF INVESTMENT SECURITIES LLC,

 5                   Plaintiff,

 6            v.

 7   ROMAN,

 8                   Defendants.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

10   Adv. Case No. 10-05257-smb

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

12   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

13   MADOFF INVESTMENT SECURITIES LLC,

14                   Plaintiff,

15            v.

16   ZRAICK, JR., INDIVIDUALLY AND AS JOINT TENANT, et al.,

17                   Defendants.

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19

20

21

22

23

24

25
```

```
                                                              Page 3

 1   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 2   Adv. Case No. 10-05257-smb

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 4   IRVING H. PICARD, ESQ., TRUSTEE FOR THE SUBSTANTIV,

 5                Plaintiff,

 6          v.

 7   SHAPIRO et al.,

 8                Defendants.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10

11                U.S. Bankruptcy Court

12                One Bowling Green

13                New York, NY  10004

14

15                February 7, 2017

16                2:02 PM

17

18

19

20

21

22

23   B E F O R E :

24   HON STUART M. BERNSTEIN

25   U.S. BANKRUPTCY JUDGE
```

Page 4

1  Hearing re:  08-01789-smb Conference regarding letter from
2  Chaitman LLP seeking to appeal order of discovery arbitrator
3
4  Hearing re:  10-04292-smb Discovery Conference pursuant to
5  Local Bankruptcy Rule 7007-l(b) (also applies to Adv. P. No.
6  10-04302)
7
8  Hearing re:  10-05257-smb Discovery Conference pursuant to
9  Local Bankruptcy Rule 7007-l(b)
10
11 Hearing re:  10-05383-smb Discovery Conference pursuant to
12 Local Bankruptcy Rule 7007-l(b)
13
14
15
16
17
18
19
20
21
22
23
24
25 Transcribed by:  Sonya Ledanski Hyde

Page 24

```
 1   anything that you have to provide in response.
 2              MS. CHAITMAN:  Okay.  I'd like to just inform the
 3   Court that I have been told by the client that there are no
 4   communications with Madoff, except for the communications
 5   with which Your Honor may recall, were made in connection
 6   with Mr. Madoff's declaration.
 7              And at that time, Your Honor, I had submitted to
 8   you in camera, but not to the Trustee, a few documents that
 9   contained my communications with my client, as to why I was
10   seeking Mr. Madoff's declaration.
11              And those were -- those -- that was my work
12   product, and those are the only documents of which I'm
13   aware, that are responsive to this request.  And Your Honor
14   has those documents, if you'd like me to provide them
15   sealed.
16              THE COURT:  I recall them.  You know, I don't know
17   if that satisfies the trustee or if he's looking for
18   something new.
19              MR. JACOBS:  Well, certainly those particular
20   documents, Your Honor, would be discoverable, pursuant to
21   our request in the case law --
22              THE COURT:  You have those, right?
23              MR. JACOBS:  We have them.
24              MS. CHAITMAN:  No, I did not.  As I said in my
25   papers, I was submitting through to you in camera.  I was
```

1          C E R T I F I C A T I O N

2

3   I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  February 8, 2017