**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Estate of Marion Apple (the "Claimant"), having filed an Objection (ECF No. 1083) to the Trustee's Notice of Determination of Claim with respect to Claimant's customer Claim (No. 005243), hereby gives notice that it withdraws such Objection.

Dated: June 19, 2017

                                                    GREENE ESPEL PLLP
                                                    Campbell Mithun Tower - Suite 2200
                                                    222 South Ninth Street
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 373-0830
                                                    Facsimile: (612) 373-0929
                                                    Lawrence M. Shapiro, P.A.
                                                      e-mail: lshapiro@greeneespel.com

                                                    *Attorneys for the Estate of Marion Apple*