| | |
|---|---|
| From: | Hunt, Dean D. |
| To: | Dowell, Eric D.; Kleber, Kody; Rose, David; Levy, Jr., Richard |
| Cc: | Hochmuth, Farrell; Smith, Rachel M. |
| Subject: | RE: Adv. Pro. No. 10-05439 (Goldberg) - Letter regarding discovery |
| Date: | Tuesday, January 03, 2017 2:05:05 PM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |

Eric –

Sorry I didn't get back to you sooner. I was out during the holidays. Those dates are fine. Happy New Year.

Dean

**From:** Dowell, Eric D. [mailto:EDowell@PRYORCASHMAN.com]
**Sent:** Wednesday, December 21, 2016 4:21 PM
**To:** Kleber, Kody; Rose, David; Levy, Jr., Richard
**Cc:** Hunt, Dean D.; Hochmuth, Farrell; Smith, Rachel M.
**Subject:** RE: Adv. Pro. No. 10-05439 (Goldberg) - Letter regarding discovery

Hi Dean,

I hope the holiday season is treating you well. As might have been predicted, we do in fact need additional time to respond to both the interrogatories and the document requests, due to ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Accordingly, we request that Trustee adjourn the response deadline by another two months, out to February 22, 2017, and also extend the response deadlines for the subpoenas out another month beyond that. Please confirm. On both our and our clients' behalves, thank you in advance for the courtesies.

Best regards,

**Eric D. Dowell**
**Pryor Cashman LLP**
7 Times Square
New York, NY 10036-6569
Direct Tel: (212) 326-0407
Direct Fax: (212) 798-6381
edowell@pryorcashman.com
www.pryorcashman.com


**From:** Kleber, Kody [mailto:kkleber@bakerlaw.com]
**Sent:** Tuesday, October 04, 2016 6:40 PM
**To:** Rose, David <DRose@PRYORCASHMAN.com>; Levy, Jr., Richard <RLevy@PRYORCASHMAN.com>; Dowell, Eric D. <EDowell@PRYORCASHMAN.com>



EXHIBIT C

**Cc:** Hunt, Dean D. <dhunt@bakerlaw.com>; Hochmuth, Farrell <FHochmuth@bakerlaw.com>; Smith, Rachel M. <rsmith@bakerlaw.com>
**Subject:** Adv. Pro. No. 10-05439 (Goldberg) - Letter regarding discovery

Counsel,

Please see the attached correspondence, sent on behalf of Dean Hunt. A hard copy will follow via First Class Mail.

Thank you,

**Kody Kleber**
Partner



811 Main Street | Suite 1100
Houston, TX 77002-6111
T 713.646.1359

kkleber@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.