## Kleber, Kody

| | |
|---|---|
| **From:** | Kleber, Kody |
| **Sent:** | Wednesday, March 01, 2017 3:01 PM |
| **To:** | David Rose (drose@pryorcashman.com); Levy, Jr., Richard (RLevy@PRYORCASHMAN.com); Dowell, Eric D. |
| **Cc:** | Hunt, Dean D.; Hochmuth, Farrell; Smith, Rachel M. |
| **Subject:** | RE: Adv. Pro. No. 10-05439 (Goldberg) - Letter regarding discovery conference |
| **Attachments:** | Order Appointing Discovery Arbitrator.pdf |

Counsel,

Defendants' discovery responses were due on February 22, 2017, but we have not received them. On October 4, Judge Bernstein entered the attached order permitting parties, upon agreement, to refer discovery disputes to the Honorable Frank Maas (retired). Do you agree to refer this discovery issue to Judge Maas?

**Kody Kleber**
Partner

BakerHostetler

811 Main Street | Suite 1100
Houston, TX 77002-6111
T 713.646.1359

kkleber@bakerlaw.com
bakerlaw.com



**From:** Kleber, Kody
**Sent:** Wednesday, February 08, 2017 11:10 AM
**To:** David Rose (drose@pryorcashman.com); Levy, Jr., Richard (RLevy@PRYORCASHMAN.com); Dowell, Eric D.
**Cc:** Hunt, Dean D.; Hochmuth, Farrell; Smith, Rachel M.
**Subject:** Adv. Pro. No. 10-05439 (Goldberg) - Letter regarding discovery conference

Counsel,

Please see the attached correspondence, sent on behalf of Dean Hunt. A hard copy will follow via First Class Mail.

Thank you,

**Kody Kleber**
Partner

BakerHostetler

811 Main Street | Suite 1100
Houston, TX 77002-6111
T 713.646.1359

kkleber@bakerlaw.com
bakerlaw.com





EXHIBIT E