# Kleber, Kody

| | |
|---|---|
| **From:** | Dowell, Eric D. <EDowell@PRYORCASHMAN.com> |
| **Sent:** | Wednesday, May 31, 2017 2:12 PM |
| **To:** | Kleber, Kody |
| **Cc:** | Rose, David; Hunt, Dean D.; Hochmuth, Farrell; Smith, Rachel M. |
| **Subject:** | RE: Adv. Pro. 10-05439 (Goldberg) - Rule 7007 Correspondence to Judge Bernstein |

Kody,

I hope you and yours are well. As we discussed over the phone last week, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and also have been working on several fire drills at work. The other members of the team also have been out of the office frequently over the past several weeks. That said, we have continued to drive toward finalizing Defendants' responses to both the document requests and interrogatories. We anticipate being able to serve both (10 responses in total) by week's end.

With that said, we suggest that sending the below-referenced correspondence to Judge Bernstein today would serve no point, as the issue raised therein will have been rendered moot by the time any conference took place. There also is no prejudice to the Trustee in holding off on the letter, as many of the Madoff matters, including this one, are in the very early stages of fact discovery.

Please let me know if you would like to discuss by phone.

Best regards,

**Eric D. Dowell**
**Pryor Cashman LLP**
7 Times Square
New York, NY 10036-6569
Direct Tel: (212) 326-0407
Direct Fax: (212) 798-6381
edowell@pryorcashman.com
www.pryorcashman.com


From: Kleber, Kody [mailto:kkleber@bakerlaw.com]
Sent: Thursday, May 25, 2017 4:38 PM
To: Dowell, Eric D. <EDowell@PRYORCASHMAN.com>
Cc: Rose, David <DRose@PRYORCASHMAN.com>; Hunt, Dean D. <dhunt@bakerlaw.com>; Hochmuth, Farrell <FHochmuth@bakerlaw.com>; Smith, Rachel M. <rsmith@bakerlaw.com>
Subject: Adv. Pro. 10-05439 (Goldberg) - Rule 7007 Correspondence to Judge Bernstein

Eric,

You indicated two weeks ago that we could expect Defendants' responses to the Trustee's Requests for Production and Interrogatories, along with Defendants' document production, by last week. You have provided no update since May 18. This comes on the heels of several prior representations that these outstanding items would be served/produced on dates that have since passed.

1

**EXHIBIT G**

Attached is a draft of the Rule 7007 correspondence we intend to file with the Court on Wednesday, May 31, if we do not receive Defendants' discovery responses and document production by 2 PM Eastern on Wednesday.

Likewise, Kahn, Litwin's responsive documents must be produced—the agreed abatement as to subpoenas expired on April 14, 2017.

Please give me a call if you have any questions.

Thank you,

**Kody Kleber**
Partner

BakerHostetler
811 Main Street | Suite 1100
Houston, TX 77002-6111
T +1.713.646.1359

kkleber@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.