**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>MELVIN B. NESSEL 2006 TRUST U/A/D 3/14/06; MELVIN B. NESSEL REVOCABLE TRUST; PAUL RAMPELL, in his capacity as Former Trustee for the Melvin B. Nessel Revocable Trust and as former co-Trustee of the Melvin B. Nessel 2006 Trust u/a/d 3/14/06; NORTHERN | Adv. Pro. No. 10-04351 (SMB) |

| |
|---|
| TRUST N.A., in its capacity as successor Trustee of the Melvin B. Nessel 2006 Trust u/a/d 3/14/06; GAIL NESSEL; JOHN NESSEL; GREGORY ANTONIAZZI; MICHAEL LIEB; and ROBERT LIEB,<br><br>                    Defendants. |

## STIPULATION FOR ADJOURNMENT OF
## PRETRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the pre-trial conference in this adversary proceeding will be adjourned from June 28, 2017 at 10:00 a.m. to October 25, 2017 at 10:00 a.m.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Dkt. No. 16169) in the above-captioned case (Adv. Pro. No. 08-01789 (SMB)).

*[Remainder of Page Intentionally Left Blank]*

Dated: June 22, 2017

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| By: */s/ Matthew B. Lunn*<br>Matthew B. Lunn<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: *mlunn@ycst.com*<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: *David A. Rosenzweig*<br>David A. Rosenzweig<br>666 Fifth Avenue<br>New York, New York 10103-3198<br>Telephone: (212) 318-3400<br>Facsimile: (212) 318-3400<br>Email: *drosenzweig@fulbright.com*<br><br>*Attorneys for Northern Trust, N.A. as Successor Trustee to the Melvin B. Nessel 2006 Trust* |
| By: */s/ Scott A. Ziluck*<br>Alan D. Halperin<br>Scott A. Ziluck<br>HALPERIN BATTAGLIA BENZIJA, LLP<br>40 Wall Street - 37th Floor<br>New York, New York 10005<br>Telephone: (212) 765-9100<br>Facsimile: (212) 765-0964<br>Email: *ahalperin@halperinlaw.net*<br>       *sziluck@halperinlaw.net*<br><br>*Attorneys for Gail Nessel* | By: */s/ Jonathon D. Warner*<br>Jonathon D. Warner<br>WARNER & SCHEUERMAN<br>6 West 18th Street, 10th floor<br>New York, NY 10011<br>Telephone: (212) 924-7111<br>Facsimile: (212) 924-6111<br>Email: *jdwarner@warnerandscheuerman.com*<br><br>*Attorneys for Paul Rampell, as Former Trustee for the Melvin B. Nessel Revocable Trust and as former co-Trustee of the Melvin B. Nessel 2006 Trust; John Nessel; and Gregory Antoniazzi* |