UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> HELENE SAREN-LAWRENCE, <br><br> Defendant. | Adv. Pro. No.: 10-04898 (SMB) |

## ORDER SETTING TRIAL

THIS MATTER having come before the Court on the request of counsel for the Trustee

in the above-captioned adversary proceeding and the Court having held a Pre-Trial Conference

(the "Conference") on May 31, 2017 at 10:00 a.m., and the Court having issued a bench ruling at

the Conference setting this matter for trial; and the Court having directed the Trustee to submit

an order consistent with the bench ruling issued during the Conference, it is hereby:

**ORDERED** that trial is scheduled beginning **October 3, 2017** at **10:00 a.m.** eastern time

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge; and it is further

**ORDERED** that the parties are to exchange witness lists and pre-marked exhibits seven

days in advance of trial, on or before September 26, 2017; and it is further

**ORDERED** that Defendant must file any motion to withdraw the reference within thirty

days after entry of this Order or Defendant's request for a jury trial will be deemed waived.

SO ORDERED

/s/ STUART M. BERNSTEIN_____

Dated:  June 22nd, 2017          HON. STUART M. BERNSTEIN
       New York, New York          UNITED STATES BANKRUPTCY JUDGE

2