UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br>   v.<br><br>CAROL NELSON, individually and joint tenant; and STANLEY NELSON, individually and as joint tenant,<br><br>       Defendant. | Adv. Pro. No.: 10-04377 (SMB) |

## ORDER SETTING TRIAL

THIS MATTER having come before the Court on the request of counsel for the Trustee in the above-captioned adversary proceeding and the Court having held a Pre-Trial Conference (the "Conference") on May 31, 2017 at 10:00 a.m., and the Court having issued a bench ruling at the Conference setting this matter for trial; and the Court having directed the Trustee to submit an order consistent with the bench ruling issued during the Conference, it is hereby:

**ORDERED** that trial is scheduled beginning **October 31, 2017** at **10:00 a.m.** eastern time before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge; and it is further

**ORDERED** that the parties are to exchange witness lists and pre-marked exhibits seven days in advance of trial, on or before October 24, 2017; and it is further

**ORDERED** that Defendants must file any motion to withdraw the reference within thirty days after entry of this Order or Defendants' request for a jury trial will be deemed waived.

SO ORDERED

Dated:  June 22nd, 2017
       New York, New York

/s/ STUART M. BERNSTEIN_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE