<div style="border:1px solid black; text-align:center;"><b><u>EXHIBIT A</u></b></div>

**EXHIBIT 2 – OBJECTING CLAIMANTS**
List Of Claimants Invested In The Joint Tenants Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Joint Tenant Invested In | Joint Tenant BLMIS Account Number |
|---|---|---|---|---|---|
| Elaine Stein Roberts IRA | 011552 | 3235 | SNR Denton US LLP | Stanley I Lehrer & Stuart M Stein J/T WROS | 1L0013 |
| Jeffrey Schaffer & Donna Schaffer JT WROS | N/A | 1027[1] | Phillips Nizer LLP | N/A | 1ZA401 |
| Jeffrey Schaffer & Donna Schaffer JT WROS | N/A | 1027[1] | Phillips Nizer LLP | N/A | 1ZA401 |
| Donna Schaffer | 100401 | 3188 | Becker & Poliakoff, LLP | Jeffrey Schaffer, Donna Schaffer JT WROS | 1ZA401 |
| Jeffrey Schaffer | 100398 | 3188 | Becker & Poliakoff, LLP | Jeffrey Schaffer, Donna Schaffer JT WROS | 1ZA401 |
| Jeffrey Schaffer and Donna Schaffer | N/A | 2138[1] | Becker & Poliakoff, LLP | N/A | 1ZA401 |
| Jeffrey Schaffer and Donna Schaffer | N/A | 2138[1] | Becker & Poliakoff, LLP | N/A | 1ZA401 |

1 The Motion seeks to overrule those portions of objection dockets 1027 and 2138 related to claims 011600 and 011773, filed by the Jeffrey Schaffer, Donna Schaffer JT WROS, only insofar as they seek customer status for the Objecting Claimants.