UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br>      v.<br><br>CAROL NELSON,<br><br>         Defendant. | Adv. Pro. No.: 10-04658 (SMB) |

## <u>ORDER SETTING TRIAL</u>

THIS MATTER having come before the Court on the request of counsel for the Trustee

in the above-captioned adversary proceeding and the Court having held a Pre-Trial Conference

on May 31, 2017 at 10:00 a.m., and the Court having directed the Trustee to submit an order

setting trial, it is hereby:

**ORDERED** that trial is scheduled beginning **November 29, 2017** at **10:00 a.m.** eastern

time before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge; and it is further

**ORDERED** that the parties are to exchange witness lists and pre-marked exhibits seven

days in advance of trial, on or before November 22, 2017; and it is further

**ORDERED** that Defendant must file any motion to withdraw the reference within thirty

days after entry of this Order or Defendant's request for a jury trial will be deemed waived.

SO ORDERED

**/s/ STUART M. BERNSTEIN**

Dated:  June **23rd**, 2017                          HON. STUART M. BERNSTEIN
        New York, New York                       UNITED STATES BANKRUPTCY JUDGE