**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DEFENDANTS IN THE ADVERSARY PROCEEDINGS IDENTIFIED ON EXHIBIT A, | |

**NOTICE OF HEARING ON REQUESTS TO DEPOSE**
**<u>BERNARD L. MADOFF ON "DAY TWO DEPOSITION TOPICS"</u>**

**PLEASE TAKE NOTICE** that on **June 29, 2017 at 11:00 a.m.**, a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on the following filings related to requests to depose Bernard L. Madoff on "Day Two Deposition Topics":

1. Notice of Request to Depose Bernard L. Madoff on "Day Two Topics" filed by Chaitman LLP (ECF No. 16099);

2. Notice of Request to Depose Bernard L. Madoff on Day Two Deposition Topics filed by Dentons US LLP (ECF No. 16101);

3. Notice of Request to Depose Bernard L. Madoff on Day Two Deposition Topics filed by Hunton & Williams LLP (ECF No. 16104);

4. Notice of Request to Depose Bernard L. Madoff filed by McDermott Will & Emery LLP (ECF No. 16106);

5. Trustee's Letter Request for Deposition Testimony of Bernard L. Madoff (ECF No. 16109);

6. Notice of Request to Depose Bernard L. Madoff on Day Two Deposition Topics filed by Loeb & Loeb LLP (ECF No. 16110);

7. Memorandum of Law in Opposition to Notices of Request to Depose Bernard L. Madoff on Day 2 Deposition Topics (ECF No. 16135); and Declaration of David J. Sheehan in Support of Trustee's Opposition to Notices of Request to Depose Bernard L. Madoff on Day 2 Deposition Topics (ECF No. 16136).

Dated: New York, New York
       June 23, 2017

*/s/ David J. Sheehan*
David J. Sheehan
Email: dsheehan@bakerlaw.com
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

# Exhibit A

## Adversary Proceedings

Adversary Proceedings Participating in Day 1 Day 2 of Madoff Deposition

| **Adv. Pro. No.** | **Case Name** | **Defendant Counsel** | **Day 1** | **Day 2** |
|---|---|---|---|---|
| 10-04292 | Robert Roman | Chaitman LLP | x | x |
| 10-04302 | Joan Roman | Chaitman LLP | x | x |
| 10-04306 | Angela Tiletnick | Chaitman LLP | x | |
| 10-04321 | Herbert Barbanel, et al. | Chaitman LLP | x | x |
| 10-04327 | Gertrude E. Alpern RevocableTrust, et al. | Chaitman LLP | x | x |
| 10-04335 | Aspen Fine Arts Co., et al. | Milberg LLP/Seeger Weiss LLP | x | |
| 10-04336 | The Estate (Succession) of Doris Igoin, et al. | Kelley Drye & Warren LLP | x | |
| 10-04342 | Kenneth Evenstad Trust, et al. | Loeb & Loeb LLP | | x |
| 10-04344 | Alexander Sirotkin | Chaitman LLP | x | |
| 10-04354 | Fiterman Investment Fun, et al. | Loeb & Loeb LLP | | x |
| 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP | x | |
| 10-04367 | Benjamin T. Heller | Chaitman LLP | x | x |
| 10-04397 | Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended, et al. | Chaitman LLP | x | x |
| 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP | x | x |
| 10-04415 | Barbara J. Berdon | Dentons US LLP | x | |
| 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP | x | x |
| 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, et al. | Chaitman LLP | x | x |
| 10-04469 | Carol L. Kamenstein, et al. | Chaitman LLP | x | x |
| 10-04474 | Roger Rechler Revocable Trust, et al. | Chaitman LLP | x | |
| 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP | x | |
| 10-04487 | Estate of Audrey Weintraub, et al. | Chaitman LLP | x | x |
| 10-04503 | Judd Robbins | Chaitman LLP | x | x |
| 10-04512 | Mark Evenstad Trust, et al. | Loeb & Loeb LLP | | x |
| 10-04514 | Serene Warrant Trust | Loeb & Loeb LLP | | x |
| 10-04541 | Kenneth W Perlman, et al. | Chaitman LLP | x | x |
| 10-04545 | Jerome Goodman, et al. | Chaitman LLP | x | x |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLP | x | x |
| 10-04576 | Norton A. Eisenberg | Milberg LLP/Seeger Weiss LLP | x | |
| 10-04582 | Gerald Blumenthal | Milberg LLP/Seeger Weiss LLP | x | |
| 10-04599 | The Estate of Alvin E. Shulman | Chaitman LLP | x | |
| 10-04606 | Estate of Florence W. Shulman, et al. | Chaitman LLP | x | |
| 10-04614 | Robert S. Whitman | Chaitman LLP | x | x |
| 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP | x | x |
| 10-04668 | Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95, et al. | Chaitman LLP | x | |
| 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP | x | |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP | x | x |
| 10-04728 | Bruno L. Digiulian | Chaitman LLP | x | x |
| 10-04748 | Mark Horowitz | Chaitman LLP | x | x |
| 10-04749 | Philip F. Palmedo | Chaitman LLP | x | x |
| 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP | x | x |
| 10-04762 | Estate of James M. Goodman, et al. | Chaitman LLP | x | x |
| 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. | Chaitman LLP | x | x |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | Chaitman LLP | x | x |
| 10-04806 | Kenneth M. Kohl, et al. | Chaitman LLP | x | x |
| 10-04809 | Edyne Gordon, et al. | Chaitman LLP | x | x |
| 10-04818 | Toby Harwood | Chaitman LLP | x | x |
| 10-04823 | Frank DiFazio, et al. | Chaitman LLP | x | x |
| 10-04826 | Estate of Boyer Palmer, et al. | Chaitman LLP | x | x |
| 10-04852 | Alvin E. Shulman Pourover Trust, et al. | Chaitman LLP | x | |
| 10-04859 | Bert Margolies Trust, et al. | Chaitman LLP | x | |
| I0-04861 | Harold J. Hein | Dentons US LLP | x | |
| I0-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP | x | x |
| I0-04882 | Laura E. Guggenheim er Cole | Dentons US LLP | x | |
| I0-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP | x | x |
| 10-04920 | Glenhaven Limited, et al. | Chaitman LLP | x | x |
| 10-04931 | Estate of Muriel B. Cantor, et al. | Chaitman LLP | x | x |
| 10-04933 | Kenneth Evenstad Trust, et al. | Loeb & Loeb LLP | | x |
| 10-04945 | SEW Preferred Ltd. Partnership, et al. | Loeb & Loeb LLP | | x |

The "Day 1" column indicates those parties who participated in Day 1 of Madoff's deposition.
The "Day 2" column indicates parties who noticed a request for Day 2 Deposition Topics.

| Adv. Pro. No. | Case Name | Defendant Counsel | Day 1 | Day 2 |
|---|---|---|---|---|
| 10-04946 | Stephen R. Goldenberg | Milberg LLP/Seeger Weiss LLP | x | |
| I0-04951 | Harold A. Thau | Milberg LLP/Seeger Weiss LLP | x | |
| 10-04952 | MBE Preferred Ltd. Partnership, et al. | Loeb & Loeb LLP | | x |
| 10-04956 | Denis M. Castelli | Chaitman LLP | x | x |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, et al. | Chaitman LLP | x | x |
| 10-04966 | Onesco International, LTD., et al. | Milberg LLP/Seeger Weiss LLP | x | |
| 10-04978 | Estate of Ira S. Rosenberg, et al. | Milberg LLP/Seeger Weiss LLP | x | |
| 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP | x | x |
| 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP | x | x |
| 10-04995 | Trust u/art Fourth o/w/o Israel Wilenitz, et al. | Chaitman LLP | x | x |
| 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP | x | x |
| 10-05037 | Barbara L. Savin | Chaitman LLP | x | x |
| 10-05069 | Potamkin Family Foundation Inc. | Milberg LLP/Seeger Weiss LLP | x | |
| 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP | x | x |
| I0-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. | Chaitman LLP | x | x |
| 10-05124 | The Lawrence J. Ryan and Therese R. Ryan Revocable Living Trust, et al. | Chaitman LLP | x | x |
| 10-05128 | JABA Associates LP, et al. | Chaitman LLP | x | x |
| I0-05130 | Barbara Kotlikoff Harman | Chaitman LLP | x | x |
| 10-05133 | Fern C. Palmer, et al. | Chaitman LLP | x | x |
| 10-05135 | Reckson Generation, et al. | Chaitman LLP | x | |
| 10-05151 | Palmer Family Trust, et al. | Chaitman LLP | x | x |
| I0-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP | x | x |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP | x | x |
| I0-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP | x | x |
| 10-05209 | Lapin Children LLC | Dentons US LLP | x | |
| 10-05236 | Toby T. Hobish, et al. | Dentons US LLP | x | |
| 10-05257 | Edward A. Zraick, Jr., et al. | Hunton & Williams LLP | x | x |
| 10-05309 | William Pressman, Inc., et al. | Chaitman LLP | x | |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP | x | x |
| I0-05377 | Richard G. Eaton | Chaitman LLP | x | x |
| I0-05420 | Gunther K. Unflat | Chaitman LLP | x | x |
| I0-05435 | Keith Schaffer, et al. | Chaitman LLP | x | x |

The "Day 1" column indicates those parties who participated in Day 1 of Madoff's deposition.
The "Day 2" column indicates parties who noticed a request for Day 2 Deposition Topics.

2