**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
Rex Lee
Lindsay M. Weber
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel to Joint Liquidators of Kingate Global
Fund Ltd. and Kingate Euro Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**CERTIFICATE OF NO OBJECTION TO KINGATE FUNDS' MOTION FOR LEAVE
TO FILE AMENDED ANSWER**

Defendants Kingate Global Fund, Ltd. ("Kingate Global") and Kingate Euro Fund, Ltd. ("Kingate Euro" and together with Kingate Global, the "Kingate Funds"), by and through their undersigned counsel, submit this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represent:

1.      On June 14, 2017, the Kingate Funds filed their Motion For Entry Of Order Under Rule 15 Of The Federal Rules Of Civil Procedure, As Incorporated By Rule 7015 Of The Federal Rules Of Bankruptcy Procedure, Granting Motion For Leave To File Their Amended Answer (ECF No. 301) (the "Motion"), with service effected on June 14, 2017.

2.      The deadline for filing objections to the Motion expired on June 21, 2017, at 5:00 p.m (the "Objection Deadline").

3.      Counsel for Defendants have reviewed the Court's docket not less than forty-eight (48) hours after expiration of the Objection Deadline and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon.

4.      An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was filed on June 14, 2017 (ECF No. 304), is annexed hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

-2-

WHEREFORE, the Defendants respectfully request that, pursuant to Local Bankruptcy

Rule 9075-2, the Court enter the proposed Order granting Defendant Kingate Funds' motion for

leave to file their amended answer.


Dated: New York, New York
       June 23, 2017

                                    **QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP**

                                    /s/ Robert S. Loigman
                                    Susheel Kirpalani
                                    Robert S. Loigman
                                    Rex Lee
                                    Lindsay Weber

                                    51 Madison Avenue, 22nd Floor
                                    New York, New York 10010
                                    Telephone No.:  (212) 849-7000

                                    *Counsel to Joint Liquidators of Kingate
                                    Global Fund Ltd. and Kingate Euro Fund Ltd.*