**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**ORDER GRANTING DEFENDANT KINGATE FUNDS' MOTION**
**FOR LEAVE TO FILE THEIR AMENDED ANSWER**

THIS MATTER, having come before the Court on the Motion for Leave to Amend Their Answer ("Motion for Leave"), filed by defendant Kingate Global Fund Limited ("Kingate Global") and defendant Kingate Euro Fund, Limited ("Kingate Euro" and together with "Kingate Global", the "Kingate Funds"), it is hereby ORDERED that the Motion for Leave is GRANTED. The Kingate Funds' Amended Answer, attached to the Declaration of Robert S. Loigman, is considered to have been filed as of the date of entry of this Order.

**Dated**: June 23rd, 2017
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE