**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF, <br><br> Defendants. | Adv. Pro. No. 10-03483 (SMB) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
## RUTH MADOFF FROM ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Windels Marx Lane & Mittendorf, LLP, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (making Rule 41 of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses defendant Ruth Madoff ("Madoff") from the above-captioned adversary proceeding without prejudice.

Pursuant to Bankruptcy Rule 7041, the Trustee is permitted to voluntarily dismiss Madoff from this adversary proceeding without further order of the Court by filing this Notice of Voluntary Dismissal as, as of the date hereof, Madoff has served neither an answer to the Amended Complaint nor a motion for summary judgment. The adversary proceeding shall proceed against all defendants other than Madoff. Upon the dismissal of Madoff, the caption of the above-referenced adversary proceeding shall appear as indicated in Exhibit A to this Notice.

Dated: New York, New York    By: /s/ Howard L. Simon
       June 26, 2017           Howard L. Simon (hsimon@windelsmarx.com)
                                   Kim M. Longo (klongo@windelsmarx.com)
                                   John J. Tepedino (jtepedino@windelsmarx.com)
                                   Windels Marx Lane & Mittendorf LLP
                                   156 West 56th Street
                                   New York, New York 10019
                                   Tel: (212) 237-1000
                                   Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*