**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
Rex Lee
Lindsay M. Weber
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERICO CERETTI, *et al.*<br><br>        Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**CERTIFICATE OF SERVICE**

I, Jordan Harap, certify, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the bar of the State of New York and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for the Joint Liquidators for defendants Kingate Global Fund Limited and Kingate Euro Fund Limited (together, the "Kingate Funds").

2. On June 14, 2017, I caused a true and correct copy of the foregoing pleadings:

- Notice of Motion and Motion for Entry of Order Granting Motion for Leave to Amend Answer;

- Kingate Funds' Memorandum of Law in Support of their Unopposed Motion for Leave to Amend their Answer;

- Declaration of Robert Loigman in Support of the Kingate Funds' Unopposed Motion for Leave to file their Amended Answer;

- Amended Answer and Jury Demand of Defendants Kingate Global Fund Limited and Kingate Euro Fund Limited;

- Proposed Order Granting Defendant Kingate Funds' Motion for Leave to File Amended Answer.

to be filed and served in the above-captioned adversary proceedings via the United States Bankruptcy Court for the Southern District of New York's ECF system.

3. In addition, I caused true and correct copies of the above listed documents to be served via electronic mail on the following:

    David Sheehan
    Geraldine E. Ponto
    Anthony M. Gruppuso
    Michelle Usitalo
    Baker & Hostetler LLP
    dsheehan@bakerlaw.com
    gponto@bakerlaw.com
    agruppuso@bakerlaw.com
    musitalo@bakerlaw.com
    Counsel to Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

    Andreas A. Frischknecht
    Erin E. Valentine

Peter R. Chaffetz
Scott Reynolds
Chaffetz Lindsey LLP
andreas.frischknecht@chaffetzlindsey.com
erin.valentine@chaffetzlindsey.com
peter.chaffetz@chaffetzlindsey.com
scott.reynolds@chaffetzlindsey.com
Counsel to Defendant Kingate Management Limited

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
tmoloney@cgsh.com
Counsel to Defendant HSBC Bank Bermuda Limited

Jodi Aileen Kleinick
Mor Wetzler
Barry Sher
Paul, Hastings, Janofsky & Walker LLP
jodikleinick@paulhastings.com
morwetzler@paulhastings.com
barrysher@paulhastings.com
Counsel to Defendants Carlo Grosso, Federico Ceretti, FIM Advisors LLP, FIM Limited

Samuel L. Raymond
Carmine D. Boccuzzi
Erica Klipper
Cleary Gottlieb Steen & Hamilton LLP
sraymond@cgsh.com
cboccuzzi@cgsh.com
eklipper@cgsh.com
Counsel to Defendant Citi Hedge Fund Services Limited

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
timothy.harkness@freshfields.com
Counsel to Defendants Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Ashby Holding Services Limited, Ashby Investment Services Limited, Individually and as Trustees of The Ashby Trust, El Prela Group Holding Services, El Prela Trading Investments Limited, El Prela Trust, First Peninsula, Individually and as Trustees of the Ashby Trust, Port of Hercules Ltd., Individually and as Trustee of the El Prela Trust, The Ashby Trust

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Dated: June 26, 2017
      New York, New York

                                    /s/ Jordan Harap
                                    JORDAN HARAP