# EXHIBIT I

*** CONFIDENTIAL ***

Page 1

1      UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
2
    ----------------------------------X
3                                     :
    In re:                            :
4                                     :
    SECURITIES INVESTOR PROTECTION    :
5   CORPORATION,                      :
                                      :
6              Plaintiff-Applicant,   :
                                      :
7          -vs-                       :  08-01789 (SMB)
                                      :
8   BERNARD L. MADOFF INVESTMENT      :
    SECURITIES, LLC,                  :
9                                     :
                Defendant.            :
10                                    :
    ----------------------------------X
11                                    :
    In re:                            :
12                                    :
    BERNARD L. MADOFF,                :
13                                    :
                Debtor.               :
14                                    :
    ----------------------------------X
15
16                *** CONFIDENTIAL ***
17             VIDEOTAPED DEPOSITION
18                    OF
19               BERNARD L. MADOFF
20           (Taken by the Customers)
21            Butner, North Carolina
22             December 20, 2016
23
24   Reported by:  Lisa A. DeGroat, RPR
                   Notary Public
25

*** CONFIDENTIAL ***

Page 2

```
 1                A P P E A R A N C E S
 2

    For the Customers:
 3

    HELEN DAVIS CHAITMAN, Esq.
 4  Chaitman, L.L.P.
    465 Park Avenue
 5  New York, New York  10022
    (908) 303-4568
 6  hchaitman@chaitmanllp.com
 7

    For the Trustee:
 8

    DAVID J. SHEEHAN, Esq.
 9  AMANDA E. FEIN, Esq.
    Baker & Hostetler, L.L.P.
10  45 Rockefeller Plaza
    New York, New York  10111
11  (212) 589-4616
    dsheehan@bakerlaw.com
12

13  For the Witness:
14  PETER A. GOLDMAN, Esq.
    Attorney at Law
15  12 Fairlawn Parkway
    Rye Brook, New York  10573
16  (914) 937-6857
    pagoldman45@gmail.com
17

18  The Videographer:
19  Robert Collier
20      CONFIDENTIAL VIDEOTAPED DEPOSITION OF BERNARD L.
21  MADOFF, taken by the Customers, at the Federal
22  Correctional Institution, Butner Medium I, Old NC
23  Highway 75, Butner, North Carolina, on the 20th day of
24  December, 2016, at 8:52 a.m., before Lisa A. DeGroat,
25  Registered Professional Reporter and Notary Public.
```

*** CONFIDENTIAL ***

Page 3

1                    C O N T E N T S

2      The Witness:  Bernard L. Madoff          Examination

3      By Ms. Chaitman  . . . . . . . . . . . . . . .    6

4

5

6          I N D E X   O F   T H E   E X H I B I T S

7      Madoff                              For Identification

8      Exhibit 1   Order Authorizing the Deposition  .    4

9      Exhibit 2   3/12/09 transcript  . . . . . . . .   12

10     Exhibit 3   11/21/11 transcript . . . . . . . .   21

11     Exhibit 4   8/11/09 transcript  . . . . . . . .   23

12     Exhibit 5   Handwritten notes   . . . . . . . .   52

13     Exhibit 6   Lazard article  . . . . . . . . . .   61

14     Exhibit 7   Dubinsky report . . . . . . . . . .   81

15     Exhibit 8   Order confirmation  . . . . . . . .   97

16     Exhibit 9   14.4 "The Secondary Market" . . . .  113

17     Exhibit 10  Handwritten notes . . . . . . . . .  113

18     Exhibit 11  Freeman article . . . . . . . . . .  143

19     Exhibit 12  Authorization letter  . . . . . . .  158

20     Exhibit 13  Authorization letter  . . . . . . .  158

21     Exhibit 14  Blecker account statement . . . . .  163

22

23

24

25

*** CONFIDENTIAL ***

                                                      Page 4

1                  (MADOFF EXHIBIT 1 WAS MARKED FOR

2           IDENTIFICATION.)

3                            *  *  *  *  *

4                  THE VIDEOGRAPHER:  We are now on the

5           record.

6                  Please note that the microphones are

7           sensitive, and they pick up whispering and

8           private conversations.  Please turn off all

9           cellphones or place them away from the

10          microphones, as they can interfere with the

11          deposition audio.  The recording will continue

12          until all parties agree to go off the record.

13                 My name is Bob Collier, representing

14          Veritext Legal Solutions.  The date today is

15          December 20th, 2016, and the time is

16          approximately 8:52.

17                 This deposition is being held at Butner

18          Federal Correction Facility, located at 3000 Old

19          75 Highway, Butner, North Carolina 27509 and is

20          being taken by counsel for the customers and

21          trustees.

22                 The caption of this case is In re:

23          Securities Investor Protection Corporation,

24          Plaintiff-Applicant, v. Bernard L. Madoff

25          Investment Securities, L.L.C., Defendant.

*** CONFIDENTIAL ***

Page 5

1              And this case is being held in the

2     United States Bankruptcy Court, Southern District

3     of New York.  Case number 08-01789 (SMB).  The

4     name of the witness is Bernard L. Madoff.

5              At this time the attorneys present in

6     the room and everyone attending remotely will

7     identify themselves and the parties they

8     represent.

9              MS. CHAITMAN:  Helen Davis Chaitman, of

10    Chaitman, L.L.P., on behalf of various defendants

11    in the good faith clawback actions.

12             MR. GOLDMAN:  Peter A. Goldman.  I

13    represent Bernard Madoff.

14             MR. SHEEHAN:  David J. Sheehan, with

15    Baker Hostetler, attorneys for the trustee Irving

16    Picard.

17             MS. FEIN:  Amanda Fein, Baker

18    Hostetler, for the trustee.

19             THE VIDEOGRAPHER:  Our court reporter

20    is Lisa DeGroat, representing Veritext Legal

21    Solutions, and she will swear in the witness, and

22    we can proceed.

23

24                    * * * * *

25

*** CONFIDENTIAL ***

Page 6

1                    P R O C E E D I N G S

2                         Whereupon,

3                    BERNARD L. MADOFF,

4                 having been duly sworn,

5          was examined and testified as follows:

6        DIRECT EXAMINATION BY COUNSEL FOR CUSTOMERS

7    BY MS. CHAITMAN:

8        Q.    Good morning, Mr. Madoff.  I want to hand

9    you what I've marked as Madoff Exhibit 1, which is an

10   order that was entered by Judge Bernstein permitting

11   this deposition.

12             And there are specific topics that are

13   defined in this as permitted topics of -- of

14   questioning, and I'm going to limit my questions to

15   those topics.  This is Exhibit 1.

16             Just let me know when you've finished

17   reading through seven -- the -- the permitted topics

18   on this --

19       A.    Oh.

20       Q.    Page three.  It's -- it's on page three.

21       A.    Okay.

22       Q.    Yeah.

23       A.    Understood.

24       Q.    Okay.  Good.  Thank you.

25             Mr. Madoff, it's been actually over eight

*** CONFIDENTIAL ***

Page 7

1    years since you confessed on December 11th, 2008.  At

2    that point in time can you just briefly explain what

3    your emotional state was about confessing at that

4    moment?

5         A.    Relieved, I guess you would say.

6         Q.    Can you explain that?

7         A.    Well, the -- you know, I had committed this

8    crime over a period of roughly 16 years, and the -- I

9    realized that, you know, certainly towards the end of

10   it that I could not go on any further.

11           And I was confronted by my brother and my

12   sons, because they realized that I -- I was not my

13   normal state, mental state, and that was when I

14   acknowledged, you know, my wrongdoing and the fact

15   that I was operating a -- a fraud or a Ponzi scheme.

16           And notified my wife at the same time, went

17   home that afternoon to discuss it with my wife and

18   admit this to my wife.  And then my sons turned me in

19   to the U.S. attorney at the advice of their counsel,

20   which was Paul Weiss.

21           And I, you know, met with the -- a group of

22   attorneys and the trustee and -- and the SEC and the

23   U.S. attorney a couple of days after that, and, you

24   know, discussed what had happened.

25           And they asked me the same thing that you

*** CONFIDENTIAL ***

Page 8

1   just asked me, you know, about my mental state, and I

2   said that, you know, that I was relieved to -- to have

3   this thing over and get if off my chest.  And they

4   all, you know, acknowledged, you know, that they must

5   have felt the same way.

6        Q.    Now, were you represented by counsel at the

7   time that you met with the U.S. attorney and the

8   other --

9        A.    Yes.

10       Q.    -- people?

11             Okay.  And who was your counsel?

12       A.    Ira Sorkin.

13       Q.    And --

14       A.    From -- well, at that time he was with -- he

15   changed firms.

16                   MR. GOLDMAN:  Dickstein Shapiro.

17                   THE WITNESS:  Huh?

18                   MR. GOLDMAN:  Wasn't it Dickstein

19       Shapiro?

20                   MR. GOLDMAN:  Off the record.

21                   THE VIDEOGRAPHER:  Going off the

22       record.  The time is 8:58.

23                   (RECESS FROM 8:58 A.M. TO 8:59 A.M.)

24                   THE VIDEOGRAPHER:  Back on the record.

25       The time is 8:59.

*** CONFIDENTIAL ***

Page 9

1    BY MS. CHAITMAN:

2         Q.    Let me start again with my question before

3    we were so rudely interrupted.

4              At -- at the time that you confessed to the

5    government officials were you represented by counsel?

6         A.    Yes.

7         Q.    And who was your counsel?

8         A.    Ira Sorkin.

9         Q.    How long had you known Ira Sorkin?

10        A.    Oh, many, many years.  Probably at least 20

11   years.

12        Q.    And had he ever worked for the SEC?

13        A.    I am not sure.  No.  He didn't work for the

14   SEC.  He was -- he was a U.S. attorney, though.

15        Q.    Okay.  And is that the same Ira Sorkin who

16   represented Avellino & Bienes when --

17        A.    Yes, it is.

18        Q.    -- when the SEC --

19        A.    Yes.  He --

20        Q.    -- investigated them in 19 --

21        A.    In 1992.

22        Q.    In 1992.  Let me finish my question, and

23   then I'll let you finish your answer.  Okay?  I

24   promise.

25              Now, when -- I don't want you to disclose

*** CONFIDENTIAL ***

Page 10

1    any attorney/client privileged information between you

2    and Mr. Sorkin, but was Mr. Sorkin surprised when you

3    told him that you had been operating a Ponzi scheme?

4        A.    Yes.

5        Q.    In fact, had any family members of

6    Mr. Sorkin invested through you?

7        A.    I believe his -- his -- his mother and

8    father had an account with me through Avellino &

9    Bienes.

10       Q.    Okay.  And -- so he represented Avellino &

11   Bienes with respect to the 1992 SEC investigation?

12       A.    Yes.  That's correct.

13       Q.    And thereafter his parents invested with

14   you?

15       A.    Well, I think they were a client prior to

16   that.

17       Q.    Okay.  And did they -- did they continue to

18   be clients after that?

19       A.    Yes.

20       Q.    They did?

21       A.    I believe.

22       Q.    Okay.  So is it fair to say that if

23   Mr. Sorkin had come to learn that Avellino & Bienes

24   had done something illegal, that he would not have had

25   his parents continue to invest through you?

*** CONFIDENTIAL ***

Page 11

1              MR. SHEEHAN:  Object to the form.

2              THE WITNESS:  I -- you know, I don't

3        know -- well, the -- the issue with Avellino &

4        Bienes really had nothing to do with any

5        wrongdoing by me.

6              It was the fact that they were deemed

7        to be operating an unregistered investment

8        partnership, and the SEC, you know, acknowledged

9        to me that there was nothing wrong with what I

10       was doing.

11             And that if they were willing to

12       register, I could continue register --

13       registering -- continue investing for them.  I

14       refused to at that time and insisted upon

15       returning their moneys and closing out their

16       account.

17             So, as far as the SEC, or as far as any

18       of Avellino & Bienes' clients are concerned,

19       based upon everything that happened, none of them

20       would have any reason to feel that I was doing

21       anything wrong.  It was Avellino & Bienes that

22       had the problem.

23   BY MS. CHAITMAN:

24       Q.   Now, you recall that you appeared before

25   Judge Chin and entered a guilty plea in June of 2009?

*** CONFIDENTIAL ***

```
                                                    Page 12

 1      A.    Yes.

 2              MS. CHAITMAN:  Okay.  And I'm going to

 3      mark the transcript of that proceeding as

 4      Exhibit 2.

 5              (MADOFF EXHIBIT 2 WAS MARKED FOR

 6      IDENTIFICATION.)

 7   BY MS. CHAITMAN:

 8      Q.    Mr. Madoff, do you have a good recollection

 9   of that day?

10      A.    Yes.

11      Q.    Okay.  If you'd be good enough to turn to

12   page 25.

13      A.    Okay.

14      Q.    Now, just to put this into context, you

15   confessed on December 11th, 2008, and Mr. Sorkin began

16   representing you at that time; right?

17      A.    Yes.

18      Q.    And you entered a guilty plea -- actually,

19   it was March 12th, 2009.  Do you see that, that's the

20   date --

21      A.    Uh-huh.

22      Q.    -- on the first page?

23      A.    Yeah.

24      Q.    Okay.  And during the period, from

25   December 11th until March 12th, you had been living in
```

*** CONFIDENTIAL ***

Page 13

1   your apartment; is that right?

2       A.    Yes.

3       Q.    And is it fair to say that you had a lot of

4   time to think about what you had done?

5       A.    Yes.

6       Q.    When you spoke to Judge Chin on March 12th,

7   2009, did you tell the truth about what you had done?

8       A.    Yes.

9       Q.    I want to read, beginning on line 12 of page

10  25, the -- the one paragraph.  Quote, "To the best of

11  my recollection, my fraud began in the early 1990s.

12  At that time the country was in a recession, and this

13  posed a problem for investments in the securities

14  markets."

15          "Nevertheless, I had received investment

16  commitments from certain institutional clients and

17  understood that those clients, like all professional

18  investors, expected to see their investments

19  outperform the market."

20          "While I never promised a specific rate of

21  return to my client, I felt compelled to satisfy my

22  clients' expectations at any cost.  I, therefore,

23  claimed that I employed an investment strategy I had

24  developed called the split-strike conversion strategy

25  to falsely give the appearance to clients that I had

*** CONFIDENTIAL ***

Page 14

1    achieved the results I believed they expected."

2            Is that statement 100 percent true?

3        A.    Yes.  However, there's -- if I understand

4    this statement, it said that -- that -- "to falsely

5    give the appearance," implies that I had achieved the

6    results.  When I took the money and I started the

7    strategy, the strategy -- there was nothing in the

8    strategy to give a false impression.

9            In other words, I was the -- you know, I

10   intended to invest the money.  The fact that I

11   invested -- that I couldn't invest it because of

12   market conditions, but then shorted the strategy to

13   the clients, then it was -- it -- it gave the false

14   impression, but that -- it was not my intention when I

15   first developed the strategy or made the commitments

16   to the clients to -- to not invest the money at that

17   time.

18       Q.    Okay.  So, if I understand you correctly,

19   when you developed the split-strike conversion

20   strategy, your intention was to carry it out --

21       A.    Correct.

22       Q.    -- honestly?

23       A.    Correct.

24       Q.    But you didn't have the money to do that,

25   and so you --

*** CONFIDENTIAL ***

Page 15

1    A.    I didn't have the market conditions to do

2  that.

3    Q.    Okay.  So you started sending statements to

4  clients which were not accurate, because they

5  reflected purchases of securities that did not occur?

6    A.    Yes.  That's correct.

7    Q.    Okay.  Now, you understood that this was a

8  fraud on your customers; right?

9    A.    Yes.

10   Q.    And is it your testimony that you never

11  perpetrated a fraud on your customers prior to the

12  initiation of the split-strike conversion strategy?

13   A.    That's correct.

14             MR. SHEEHAN:  Object -- object to the

15        form.

16             THE WITNESS:  I'm sorry.  I didn't hear

17        what you just --

18             MR. SHEEHAN:  I said I objected to the

19        form.

20             THE WITNESS:  Oh.

21             MR. SHEEHAN:  We have an understanding

22        that all objections are preserved, as subject to

23        objections as to form.

24             MS. CHAITMAN:  Right, but what is your

25        objection to that form?  I just want to --

*** CONFIDENTIAL ***

                                                            Page 16

1              MR. SHEEHAN:  You're testifying.

2              MS. CHAITMAN:  Okay.  Okay.

3              MR. SHEEHAN:  All right.

4    BY MS. CHAITMAN:

5        Q.    Mr. Madoff, can you tell us in your own

6    words whether you had ever -- prior to the

7    split-strike conversion strategy ever misrepresented a

8    purchase or a sale on a customer's statement so that

9    the customer was misled?

10       A.    Yes.

11       Q.    When?

12       A.    Well, basically after the market crashed in

13   1987, certain customers that were not doing the

14   split-strike conversion strategy, but were involved in

15   a -- in a normal market-hedging strategy, where there

16   were commitments on both my side and the client's side

17   to keep the strategy open, and -- because of the

18   market crash they were forcing me to liquidate part of

19   their -- their strategy in violation of a commitment

20   that -- that they had made to me and to others.

21             That was done, and that triggered in the

22   years after that, which I guess started primarily --

23   that went really from the early '90s on through, you

24   know, 2008, where those clients gave instructions to

25   do some backdating of transactions, and, you know,

*** CONFIDENTIAL ***

                                                            Page 17

1    liquidating of securities or -- and so on to generate

2    certain losses that they deemed desirable for tax

3    purposes.

4            So I was aware of the fact that those --

5    and, you know -- and told the clients that they were,

6    you know, basically, you know, running into a tax

7    violation problem.  So that had nothing to do with the

8    split-strike conversion, and that was --

9            I don't know if I've answered your question.

10   Q.    Okay.  Well, we've gone into a different

11   subject, but let me, if I may, just come back to my

12   question, and perhaps I misstated it.

13           What I was really asking you -- I'm not

14   asking you whether a client directed you to do

15   something illegal.

16   A.    Right.

17   Q.    Because that would not be a fraud on that

18   client; right?

19   A.    No.

20   Q.    Yeah.

21   A.    That's correct.

22   Q.    Okay.  So I want you to limit --

23   A.    It was a violation for probably the SEC

24   regulations on my part, but it was not a fraud.  It

25   was -- it was the clients that, you know, instructed

*** CONFIDENTIAL ***

Page 18

1    what should be done to employees in my firm.

2        Q.    Okay.

3        A.    My employees in my firm.

4        Q.    Okay.  We'll come back to that, but I want

5    you to focus now solely on the situation where you are

6    making a misrepresentation to a client and the client

7    doesn't know the truth.

8        A.    Okay.

9        Q.    Prior to the split-strike conversion

10   strategy did you ever orally or in writing make a

11   misrepresentation to the client where the client

12   didn't know the truth?

13       A.    No.

14       Q.    Are you absolutely sure about that?

15       A.    Yes.

16       Q.    Now, to the best of your recollection do you

17   remember when in 1992 you started to do the

18   split-strike conversion strategy?

19               MR. SHEEHAN:  Object to the form.

20               THE WITNESS:  No.  I would just say it

21       was the early part of '92.

22   BY MS. CHAITMAN:

23       Q.    Okay.  But we can look at statements, and we

24   would be --

25       A.    Yeah.

*** CONFIDENTIAL ***

Page 19

1      Q.    -- able to recognize that --

2      A.    Yes.

3      Q.    -- that -- a statement would show that

4    trading strategy; isn't that true?

5      A.    Correct.

6      Q.    Okay.

7      A.    It should.

8      Q.    Okay.  So is it your testimony that if we

9    found the first split-strike conversion statement,

10   that you would say that that's when the fraud began?

11     A.    When I failed -- well, it's -- I had

12   developed a strategy before '92, the split-strike

13   strategy before '92.  And I might have actually done

14   some transactions, but I was -- it wasn't until

15   sometime after '92, when the market conditions

16   changed, that I was not able to continue doing the

17   split-strike, and that's when the fraud began.

18     Q.    So how would we determine -- what market

19   conditions should we look for in order to determine

20   when you actually stopped buying the positions that

21   were reflected on the statements?

22     A.    Well, you could look for the -- you can look

23   for the transactions and -- well, you would -- you

24   could look at the market conditions that occurred, you

25   know, in '92.

*** CONFIDENTIAL ***

                                                        Page 20

1              It was actually -- this started during the

2      Gulf War situation.  I don't remember the exact dates

3      of when I -- when I started or stopped it, but

4      there -- '92 is a ballpark number.

5          Q.    What were the specific market conditions

6      that led to your not actually purchasing the

7      securities that were reflected on the statements?

8          A.    There wasn't enough volatility or really

9      volume to do what I wanted to do for the strategy.

10         Q.    Explain to me what you mean by that.  You

11     mean there weren't enough shares of the securities

12     that you were --

13         A.    It was a combination of not -- the strategy

14     was basically a strategy that required sort of an

15     upmarket, a market that would appreciate.  So at that

16     time the markets were in a very fragile state, because

17     of the -- the Gulf War, and there was -- the recession

18     had already started.

19             So in order for the strategy to work

20     successfully you basically had to have an upward bias

21     in the market for the -- for the basket of securities

22     that were involved in the strategy to move towards the

23     upward strike price of the call options that you sold

24     for the strategy.

25                 MS. CHAITMAN:  Okay.  Okay.  Now I'd

*** CONFIDENTIAL ***

                                                           Page 21

1        like to mark as Exhibit 3 the transcript of the

2        plea of Mr. DiPascali.

3                    (MADOFF EXHIBIT 3 WAS MARKED FOR

4        IDENTIFICATION.)

5    BY MS. CHAITMAN:

6        Q.    Now, Mr. Madoff, I'd like you to -- if you'd

7    look at the transcript, the first page, you can see

8    this is an August 11th, 2009 transcript before Judge

9    Sullivan in the United States of America versus Frank

10   DiPascali.  Do you remember when he plead guilty?

11       A.    Yes.

12       Q.    Okay.  If you'd be good enough to turn to

13   page 44.

14       A.    Uh-huh.

15       Q.    The -- the court is asking Mr. DiPascali

16   to -- to read his plea, and the court says, and I

17   quote, "Let me ask you to read slowly, so that the

18   court reporter can get it down."

19             And then the defendant says, Mr. DiPascali

20   says, and I quote, "I am standing here today to say

21   that from the early 1990s until December of 2008" --

22                    MR. SHEEHAN:  Where are you?

23                    THE WITNESS:  Excuse me.

24                    MS. CHAITMAN:  Page 44.

25                    THE WITNESS:  Page 44.

*** CONFIDENTIAL ***

Page 22

1                MR. SHEEHAN:  I think we may have the

2       wrong copy.

3                MS. CHAITMAN:  You have the wrong --

4                THE WITNESS:  Right.

5                MR. SHEEHAN:  This is Kugel.

6                MR. GOLDMAN:  Right.

7                MS. CHAITMAN:  Oh, this is Kugel.  Oh,

8       I'm sorry.

9                THE VIDEOGRAPHER:  Your mike.  Your

10      mike.

11               MS. CHAITMAN:  Okay.  Sorry.

12               THE WITNESS:  David, could you do me a

13      favor and just get me a soda or something to

14      drink?

15               MR. GOLDMAN:  Do you want a Pepsi?

16               THE WITNESS:  Yeah, anything is fine.

17      I'm losing my voice.

18               MR. GOLDMAN:  Could I just ask for a

19      clarification.  I know we're not using the

20      exhibit right now, but the Bates stamp, "Public,"

21      at the bottom, does that mean that's open?

22               MR. SHEEHAN:  Correct.

23               MR. GOLDMAN:  Is it under the

24      confidentiality order?  I just want to make sure

25      I'm clear on what the confidentiality --

*** CONFIDENTIAL ***

Page 23

1                   MR. SHEEHAN:  No.  That's a public

2        document.

3                   MR. GOLDMAN:  Okay.  Okay.  Fine.  You

4        can continue while I get his soda.

5                   MR. SHEEHAN:  Sure.

6                   MS. CHAITMAN:  Okay.  Are we back on

7        the record?

8                   Okay.  I'm going to mark as Exhibit 4

9        what I had intended to mark as Exhibit 3, which

10       is the DiPascali plea.

11                   THE WITNESS:  Do you want page 44

12       again?

13                   MS. CHAITMAN:  Yes.

14                   (MADOFF EXHIBIT 4 WAS MARKED FOR

15       IDENTIFICATION.)

16                   MS. CHAITMAN:  And if you'd go to page

17       44.  Everybody, just make sure that you've got

18       the right document.

19                   THE WITNESS:  Okay.

20                   MS. CHAITMAN:  Everybody is okay?

21                   MR. SHEEHAN:  Yup.

22   BY MS. CHAITMAN:

23       Q.    Good.  Okay.  So I'm going to read when the

24   judge tells DiPascali he can begin.  It's on line 18

25   of page 44.

*** CONFIDENTIAL ***

Page 24

1              "I am standing here today to say that from

2      the early 1990s until December of 2008 I helped Bernie

3      Madoff and other people carry out the fraud that hurt

4      thousands of people."

5              "I am guilty, and I want to explain a little

6      bit about what I did and how I want everybody to know

7      that I take responsibility for my conduct."

8              And then if you'd skip to page 46, line

9      nine.  And I quote, "From at least the early 1990s

10     through December of 2008 there was one simple fact

11     that Bernie Madoff knew, that I knew and that other

12     people knew, but that we never told the clients, nor

13     did we tell the regulators, like the SEC.  No

14     purchases of" -- "or" -- I think it should have

15     been -- "or sales of securities were actually taking

16     place in their accounts.  It was all fake.  It was all

17     fictitious.  It was wrong, and I knew it was wrong at

18     the time."

19             And then the court said, "When did you

20     realize that?"

21             And DiPascali said, "In the late '80s or

22     early '90s."

23             And then if you look on page 47.

24     A.      Uh-huh.

25     Q.      Page -- line five.  The -- Mr. DiPascali

*** CONFIDENTIAL ***

Page 25

1    said, "Most of the time the clients' money just simply

2    went into a bank account in New York that Bernie

3    Madoff controlled.  Between the early '90s and

4    December 2008, at Bernie Madoff's direction, and

5    together with others, I did the following things."

6            "On a regular basis I told clients over the

7    phones and using wires that transactions on national

8    securities exchanges were taking place in their

9    account when I knew that no such transactions were

10   indeed taking place."

11           "I also took steps to conceal from clients,

12   from the SEC and from auditors the fact that no actual

13   security trades were taking place and to perpetuate

14   the illusion that they actually were."

15           Now, Mr. DiPascali in one place -- in two

16   places he said it was the early '90s, and in one place

17   he said it was the late '80s or early '90s.

18           When to the best of your recollection did

19   Mr. DiPascali become involved in dealing with

20   investment advisory customers?

21   A.    Well, he -- he knew that I was doing

22   customer business, you know, you know, in the '80s.

23   Primarily the -- what I was just talking about with

24   some large clients and also the convertible arbitrage

25   clients, he was aware -- he was aware of that

*** CONFIDENTIAL ***

Page 26

1  business.

2          He was also aware that what happened in '87

3  and -- and during the crash that, you know, there was

4  some -- there was some -- there was some clients that

5  were wanting to sell out of their positions that they

6  had had because of their concern about the market.

7          And that I had, you know, objected to that,

8  telling them that this was in violation of their

9  commitments that they had made originally.  So he was

10  aware of the fact that those discussions were taking

11  place.

12          And he was also aware of the fact that I was

13  doing -- actually doing the convertible arbitrage

14  transactions prior to that.

15      Q.   Okay.  But in terms of the -- the crime that

16  he's admitting to here --

17      A.   Right.

18      Q.   -- can you shed any light on whether, in

19  fact, this began in the late '80s or the early '90s?

20      A.   Oh, it -- it began, as I said, in the '90s.

21      Q.   Okay.  All right.  And when you say in the

22  '90s, are you fairly certain it was 1992?

23      A.   That was -- yes.  That was the date -- the

24  approximate date that I said it started, because

25  that's when I really started to take in the money to

*** CONFIDENTIAL ***

Page 27

1    do the split-strike trades.

2         Q.    Okay.  All right.  Now I'd like to go to --

3                   MS. CHAITMAN:  You-all have

4        Mr. DiPascali's transcript?

5                   MR. SHEEHAN:  Mr. Kugel's.

6                   MS. CHAITMAN:  I'm sorry.  Mr. Kugel's

7        transcript?

8                   MR. SHEEHAN:  Yup.

9                   THE WITNESS:  Uh-huh.

10                   MS. CHAITMAN:  Okay.  Can I just have

11       Kugel's transcript for a second?

12   BY MS. CHAITMAN:

13        Q.    All right.  So I've marked this as

14   Exhibit 3.  Now, if you'd be good enough to look at

15   page 32.  I'm going to read, beginning on line four.

16   This is Mr. Kugel's plea, and he gave this plea on

17   November 21st, 2011.

18                   "Specifically beginning" -- it should be --

19   "in the early '70s until the collapse of BLMIS in

20   December of 2008 I helped create fake backdated

21   trades."

22                   "I provided historical trade information --

23   sorry -- first to Annette Bongiorno and later to Joann

24   Crupi and others, which enabled them to create fake

25   trades that when included on the account statements

*** CONFIDENTIAL ***

Page 28

1   and trade confirmations of investment advisory clients
2   gave the appearance of profitable trading, when, in
3   fact, no trading had actually occurred."
4           "I helped Bongiorno, Crupi and others create
5   these fake backdated trades based on historical stock
6   prices and were executed only on paper."
7           Now, during the 1970s and '80s who within
8   the firm was responsible to deal with the clients that
9   you've described were involved in transactions that
10  you felt were violations of either the tax laws or the
11  securities laws?
12      A.   Well, first of all, I was the only one that
13  dealt with the clients, period, as far as doing the
14  trading.
15      Q.   Okay.
16      A.   So none of this makes sense to me, because I
17  think David Kugel started in the '70s working for me.
18
19  REDACTED
20
21
22
23
24
25

*** CONFIDENTIAL ***

Page 29

# REDACTED

9     Q.     Okay.

10     A.     And there were some others, but primarily

11  those.

12     Q.     Okay.  And --

13     A.     Those are my four big clients.

14     Q.     And did each of the four big clients have

15  multiple accounts?

16     A.     Yes.

17     Q.     So they might have had accounts for their

18  children or their --

19     A.     Yes.  They all did.

20     Q.     Okay.  So can I refer to them as the four

21  families?

22     A.     Yes.

23     Q.     Okay.  When did you begin doing business

24  with the four families?  Was it at different times?

25     A.     Varied times.  Yeah.  It started from the

*** CONFIDENTIAL ***

Page 30

```
 1   early '60s, you know, through 2008.
 2        Q.    Okay.  Let me just take them one by one.
 3   Carl Shapiro?
 4        A.    Yes.  He was probably the first one.
 5        Q.    And would that date back to the 1960s?
 6        A.    Yes.
 7        Q.    Norman Levy?
 8        A.    Probably started in the '70s.
 9        Q.    Okay.  Stanley Chais?
10        A.    In -- in the '60s and '70s.
11
12            REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*** CONFIDENTIAL ***

Page 31

# REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*** CONFIDENTIAL ***

Page 32

# REDACTED

14     Q.    Okay.  And who among your employees dealt

15 with the four families?

16     A.    Well, I dealt with the families as -- you

17 know, initially with them, but when it came to doing

18 bookkeeping work, backdating their trades or changing

19 statements, which I looked at as an SEC violation,

20 that they were -- they were dealing directly with

21 primarily Annette Bongiorno, who was the bookkeeper at

22 that time.

23        Jodi Crupi came on -- I'm not sure. It was

24 a little bit later, but she was not really involved in

25 the -- handling the four clients, certainly with their

*** CONFIDENTIAL ***

Page 33

1    account statements and so on.  That was primarily

2    Annette -- Annette Bongiorno's responsibility.

3        Q.   Okay.  So, just to be clear, Annette

4    Bongiorno would have direct contact with the four

5    families?

6        A.   With -- yes.

7        Q.   And when we say, "the four families," are

8    you saying that Norman Levy himself would call Annette

9    directly or would he have someone in his office?

10       A.   Norman Levy or his accountant, which at that

11   time was Adam Woltz, who is no longer alive.

12       Q.   Okay.  And with respect to Picower, would it

13   be Picower directly or --

14       A.   Primarily it was Picower directly and his

15   assistant, which was -- who was April Freilich.

16       Q.   Okay.  And with respect to Stanley Chais?

17       A.   It was primarily Stanley Chais himself.

18       Q.   And with respect to Carl Shapiro?

19       A.   It was Carl Shapiro or it was his

20   accountant, who was with Coopers & Lybrand.

21       Q.   Okay.  And, just to be very clear about

22   this, because Mr. Kugel is suggesting something quite

23   different, I just want to be very clear, is it your

24   testimony that these transactions for the four

25   families were done specifically at their direction?

*** CONFIDENTIAL ***

Page 34

1        A.      Yes.   David Kugel had nothing to do with

2    these clients.   I don't think he's ever spoke to them

3    at this stage.   What did he say?

4        Q.      Okay.   Okay.

5        A.      David Kugel's work for me was strictly

6    involving arbitrage securities, convertible bond

7    arbitrage securities.   It had nothing to do with --

8    with the trades, the hedged trades that they were

9    doing to get long-term gains.

10              In other words, there's -- David Kugel was

11    hired as an arbitrageur in convertible securities, and

12    that's all he ever was involved in.   He was not

13    involved in -- and he would have no reason to give

14    Annette Bongiorno or anybody else in my firm any

15    instructions to create any trades, because they were

16    not -- because he didn't -- he only dealt in

17    convertible securities.

18              And these people were -- were primarily

19    dealing with, you know, just long positions.   They did

20    have convertible arbitrage accounts, like everybody

21    else did in the very early stages, but most of their

22    money was involved in these long position accounts, as

23    we called them, which was handled by -- by me and by

24    Annette Bongiorno.   And David Kugel, to my knowledge,

25    never touched anything with those trades.

*** CONFIDENTIAL ***

Page 35

1        Q.    Now, with respect to the convertible

2   arbitrage trading that you did for the investment

3   advisory customers from -- from the 1980s, was that

4   all actual trading that was conducted?

5        A.    Correct.

6              MR. SHEEHAN:  Object to the form.

7        Sorry.

8   BY MS. CHAITMAN:

9        Q.    Sitting here today, Mr. Madoff, are you

10   absolutely certain that the convertible arbitrage

11   trading, which was done for your investment advisory

12   customers, was executed trading which was actually

13   performed by your office?

14        A.    Correct.

15        Q.    Okay.  Is there any doubt in your mind about

16   that?

17        A.    No.

18        Q.    Now, did David Kugel report to you with

19   respect to his trading?

20        A.    Yes.

21        Q.    And was his compensation determined based

22   upon his trading performance?

23        A.    Correct.  All my traders were compensated

24   that way.

25        Q.    So tell me how that worked.  Did he have to

*** CONFIDENTIAL ***

Page 36

1   on a periodic basis supply to you reports of his

2   trades?

3       A.     He -- well, he -- you know, he doesn't -- he

4   doesn't have -- the way the -- the way the firm was

5   always operated, which was typical of all firms like

6   ours, market-making or dealer firms, each

7   market-maker, which David Kugel was one of them, that

8   made market in convertible securities, which was

9   really basically all he did.

10          They -- their compensation is based upon a

11  percentage of their net trading profits.  So I,

12  particularly at that time, when the firm was much

13  smaller, was very familiar with what the firm's

14  trading profits were with each trader.

15          And David Kugel was one of a number of

16  convertible bond traders in my firm.  You know, I

17  always monitored what their -- what their long and

18  shorts were, what their profits were and all.

19          And, of course, it was then -- each trader

20  had his -- had his own account that was kept by the

21  bookkeepers in the firm, and that -- and that was

22  Annette Bongiorno -- not Annette Bongiorno.  She had

23  nothing to do with that.

24          That was, you know, handled by the

25  operations people in the firm.  And they got a report.

*** CONFIDENTIAL ***

Page 37

1    We had a report at the end of each month, which was

2    monitored on a, you know, daily basis as to what their

3    profits were.

4        Q.    So let me just understand this.  Was there a

5    system in place where you had the ability to monitor

6    on a daily basis what David Kugel --

7        A.    Yes.

8        Q.    What trades he did?

9        A.    Yeah.

10       Q.    And how often would you monitor that?

11       A.    Pretty much daily.

12       Q.    So you would come into the office and

13   monitor on a daily basis what each of the traders had

14   done the day before?

15       A.    At the time he's talking about, yes.

16       Q.    Okay.  And when you say, "at the time he's

17   talking about," you mean the '70s and the '80s?

18       A.    Well, in -- certainly in the '70s.  You

19   know, in the '80s my sons came into the firm, and

20   the -- the SEC has very specific regulations when it

21   comes to market-making firms.

22            And it's -- the regulation requires there to

23   be a Chinese wall established with the firm, where

24   each trader is only privy to his own trading profits

25   or losses and his positions or risks.

*** CONFIDENTIAL ***

                                                        Page 38

1            And there has to be a -- we had two

2    different types of operations.  We had proprietary

3    trading, which is trading for the firm's own account,

4    and market-making, which is also for the firm's own

5    account, but involve making a two-sided market in --

6    in securities, particularly convertible securities,

7    which was our specialty at that time.

8            So the -- the trader -- each trader only

9    knows what he is buying and selling.  He has no idea

10   what the firm is buying and selling.  He has no idea

11   what the firm's -- what those positions are.  They're

12   walled off.

13           You even have to have a separate supervisor

14   for each one of those departments.  So, for example,

15   in the later years my son -- one son ran the

16   market-making department, supervised that.  One

17   firm -- one son managed the proprietary trading side

18   of the firm.

19           And then the -- the only one that was

20   familiar with the overall positions of the firm and

21   the firm's investment account was myself, because I

22   was the only one that handled that.

23           So David Kugel would only be privy, like --

24   like any other trader, to what he was buying and

25   selling, what his profit and loss was, not -- not the

*** CONFIDENTIAL ***

Page 39

1  rest of the firm.

2      Q.    Okay.  And if he did trades that were

3  fictitious, is -- was there some -- if he -- if he

4  gave you a false report as to what he had traded,

5  would you have been able to pick that up?

6      A.    Sure.

7      Q.    How?

8      A.    Well, because I was -- it's between those --

9  in the '70s is what he's talking about.  You know,

10 I -- I -- the firm was not that large that I wouldn't

11 know -- I knew what was going on everywhere in the

12 firm.

13         So I knew -- I would know whether or not he

14 had -- what he was buying and selling.  You know, I

15 could see that the firm had -- you know, had the

16 ability, you know -- we had to supervise -- I had to

17 supervise what the firm's risk was, what their

18 positions were, what their inventory was.

19         So if he was creating trades, as he -- as

20 this states, certainly I would know that the trades

21 didn't -- you know, were fictitious.

22     Q.    How could you tell -- if he gave you a

23 report, which said, I earned X dollars last month,

24 because I did all of these trades, if he put down

25 fictitious trades, how could you check to make sure

*** CONFIDENTIAL ***

Page 40

1    they were real?

2        A.      Because there were trades -- well, any

3    number of ways.  Number one, if he created -- if a

4    trader creates a ticket that is wrong, that says he

5    bought stock and sold stock and didn't, then when the

6    delivery -- when the securities were not delivered or

7    not came in, they wouldn't settle.

8            So there would be -- it would be a vacuum

9    between -- you know, because the way the stock market

10   works, when you do a trade, eventually the trades get

11   settled and the delivery is made of the securities and

12   people pay for it.

13           To say nothing of the fact that we monitor

14   what is being bought and sold for the firm on an

15   ongoing basis.  So -- so we would know what the

16   exposure of the firm was, what the profitability of

17   the firm was.

18           So a trader -- a trader can't, you know,

19   create a -- now -- nowadays, you know, with large

20   volumes and so on if you have a lot of traders, a

21   trader can put through what they call a wooden ticket

22   or a rogue trade.  That's what you hear about.

23           You can do that if the firm is very large.

24   You know, unless the firm has the proper automation,

25   which we certainly had in the later days, you know,

*** CONFIDENTIAL ***

Page 41

1   you would -- you would be able to detect that.

2       Q.    Okay.

3               MR. GOLDMAN:  Bernie, if you get tired

4       or you want to stand up and stretch at anytime,

5       just tell us.  Okay?

6               THE WITNESS:  I'm okay.

7               Can -- can I interject something that I

8       think that maybe will -- will clear up this thing

9       with David Kugel?

10              MS. CHAITMAN:  Sure.

11              THE WITNESS:  And this -- because

12      this -- this -- this issue of him creating

13      fictitious trades surfaced originally when you

14      were down here last time, seven years ago or six

15      years ago or whatever it was.

16  BY MS. CHAITMAN:

17      Q.    Okay.  When you -- when you said, "you,"

18  you -- you looked at Mr. Sheehan?

19      A.    David Sheehan.

20      Q.    Okay.

21      A.    Yes.  Where a -- a scrap of paper was handed

22  to me and to my attorney, Ike Sorkin, at that time

23  that had a handwritten scribbling of a formula with a

24  convertible bond on it that said, for example, X

25  convertible bonds equals X number of shares of stock.

*** CONFIDENTIAL ***

Page 42

1              It was a -- it was a -- it was when we were

2    setting up a -- the way we traded convertible bonds,

3    which is typical of any -- any firm like ours, for a

4    client.  You know, you buy stock into a trading

5    account, because we deal always as principal.

6              So the stock -- we go out, and we buy --

7    we -- as a market-maker we maintain positions in -- in

8    convertible bonds and also in, you know, the related

9    security for that.

10             And then those securities, if they're

11   allocated to clients after the -- the positions are

12   accumulated, you then break up -- you break up the

13   trade.  That may be 100 bonds, and you're going to

14   give each client, for example, ten bonds or 15 bonds

15   and so on.

16             So an instruction sheet is issued to --

17   basically to the operations side of the firm as to,

18   you know, how you allocate a buy and a sell.

19             All right.  So David Kugel, as one of my

20   convertible bond traders.  All right.  If the firm was

21   selling -- if -- whether it be from my investment

22   account or from another trader's account, if we were

23   going to -- if I wanted to sell a convertible bond to

24   a client from my firm's trading account or investment

25   account, then, you know, the instructions had to be

*** CONFIDENTIAL ***

Page 43

1   issued to the back office as to how many shares or

2   bonds to -- to transact for a client.

3          So this scrap of paper was an instruction

4   sheet that David Kugel, if he was one of the

5   market-makers in a particular security, would be told

6   okay by me, all right.  I want to give this bond to

7   this client and so on.

8          He would write an instruction sheet out to

9   the back office, to Annette Bongiorno or Jodi Crupi,

10  if she was there at the time, that this -- this is how

11  you convert this bond.

12         In other words, this bond -- because the

13  back office are not familiar, not being traders, with

14  what the -- what the formulas are.  So at the -- that

15  is probably one of maybe 100 different scraps of paper

16  that -- that would be issued or written by David Kugel

17  or another trader, if there was another trader

18  involved, you know, of what the allocation formula is.

19         Now, at that time, you know, when -- the

20  first meeting that I had with the attorneys down here

21  and my attorney, they showed me this piece of paper.

22  And they asked me, what is this?

23         And I looked at it.  And at first I wasn't

24  really sure what it was, because the handwriting was

25  hard for me, you know, to understand.  Then I said

*** CONFIDENTIAL ***

Page 44

1    to -- it looks like to me like a formula, and it looks

2    like David Kugel's handwriting.

3              So I -- I explained, just as I explained to

4    you now, what this was.  And I said, you'd probably

5    find a lot of them.  So they said, well, you know, so

6    he's the one that is -- that is writing this?  And I

7    said, yes.  It's an instruction sheet.

8              This is not uncommon for -- you know, this

9    is the way the business is done.  That -- now, this

10   was not a fictitious trade.  It was -- it was just

11   instructing the -- the operations side of the firm

12   what the allocation.

13             It would be no different than if I said, I'm

14   selling to Carl Shapiro, you know, 1,000 shares of IBM

15   that we had bought, you know, as a -- you know, as

16   part of our business.  I would -- I would put through

17   an -- an instruction sheet, sell 1,000 shares of IBM

18   to Carl Shapiro.

19             In David Kugel's side, if he was a trader in

20   that particular security, he would issue the same

21   instruction for that.  These are not -- there's

22   nothing fictitious about it.

23             So that -- none of that makes any sense to

24   me.  And I think that -- that, you know, one of the

25   problems that I had when I, you know, met with both

*** CONFIDENTIAL ***

Page 45

1    the proffer agreement and so on, when I gave my -- and

2    told how the firm operated, there seemed to be sort of

3    a blank stare in the room when I said certain things.

4            And for an example -- now, in fairness to

5    the people that were there, whether it be the trustee,

6    whether it be the U.S. attorney or all the other

7    people and the attorneys and all, the market-making

8    business, the dealer business is -- is a specialized

9    type of business.

10           It is not Merrill Lynch.  You know, if you

11   ask the average person how the stock markets work and

12   how Merrill Lynch works, they have no clue.  You know,

13   they actually think that every time you buy, for

14   example, a share of stock, the money goes to the

15   company, and the company, you know, invests it.

16           When the average person buys a share of

17   stock, the company gets nothing.  It's just all he's

18   doing is buying and selling, you know, from other

19   clients that have the stocks, but people never

20   understood that.

21           The market-making and dealers are a very

22   specialized type of business, and they really don't

23   have a clue.  And the best example that I can use is

24   that the U.S. -- the -- the prosecutor at the time

25   asked me, can you please explain the history of the

*** CONFIDENTIAL ***

Page 46

1    firm and how you operated?

2              And I said, well, when?  He says, from the

3    beginning.  So I started in 1960, which is when I

4    started the firm, and I went into -- then after I got

5    to a certain period, I said, like in the '70s I became

6    a market-maker, and I, you know, bought stock, and I

7    sold stock for clients, as well as the firm.

8              Sometimes I was long stock.  Sometimes I

9    shorted stock.  And I said the word short, and it was

10   like there was a magic, you know, word that I said.

11   He said, short?  And what does short mean?

12             And I'm sitting there in a room that has at

13   least three or four SEC people sitting there.  So I

14   said, you don't know what short is?  And everybody --

15   nobody said anything.

16             So I had to explain the shorts.  He said, so

17   you're selling stock, and you don't own it?  You

18   shorted it?  I said, yes.  As a market-maker I'm

19   required at times to sell a stock short.

20             It's part of my -- my job.  I have to -- I

21   am required to make a two-sided market.  Meaning I

22   have to make a bid and make an offer as a registered

23   market-maker.

24             So, yes, I do short stock for customers.  I

25   sell them stock they don't own.  Hopefully I'm going

*** CONFIDENTIAL ***

Page 47

1   to buy it back, you know, at a profit, not a loss, but

2   that is the typical way of doing business.

3            So, to get back to the -- this issue of

4   David Kugel, when you talk about, you know, him

5   putting instructions to the operations side of the

6   firm, how to allocate a position or a formula, there's

7   nothing unusual about that.

8            It's an everyday occurrence in a

9   market-making firm.  How or why he would say that he

10  was creating a fictitious trade, I'm sort of

11  dumbfounded.  You know, I just -- it doesn't make any

12  sense to me.  And the timing is -- is -- doesn't make

13  any sense to me, you know.

14       Q.    Okay.  Now, you've just said that you

15  started your business in 1960.  Can you tell us the

16  various distinctions that you achieved in the

17  securities industry?

18       A.    What do you mean distinctions?

19       Q.    Well, you were president of the NASDAQ.

20       A.    Oh, you mean the -- my --

21       Q.    Achievements.

22       A.    All right.

23       Q.    You're reading from notes.

24       A.    I'm reading from -- because, you know, my

25  brain is a little bit --

*** CONFIDENTIAL ***

Page 48

1                    MR. SHEEHAN:  Could -- could we mark

2          that note?

3                    THE WITNESS:  -- is fried.

4                    MR. SHEEHAN:  It should be part of the

5          record, if he's going to read from it.

6                    MS. CHAITMAN:  Yeah, yeah.

7                    MR. SHEEHAN:  But you read from it

8          first.  We'll mark it afterwards.

9                    THE WITNESS:  Okay.  Well, okay.  I was

10         chairman of --

11     BY MS. CHAITMAN:

12         Q.    Are these handwritten notes that you've --

13         A.    Yes.

14         Q.    -- prepared?

15               Okay.  Okay.

16         A.    The reason why I did this, by the way, is

17     I -- I understand that I have to establish my

18     credibility, you know, at this deposition, because I

19     was --

20                    MR. GOLDMAN:  Just read.

21                    THE WITNESS:  I was told that I had no

22         credibility, but apparently, from what I've read

23         in the, you know, cases that I've been reviewing,

24         people that are like David Kugel or Frank

25         DiPascali or other people in my firm, Annette

*** CONFIDENTIAL ***

Page 49

1          Bongiorno, who have been accused and admitted

2          guilt, they seem to be the witnesses that all of

3          a sudden have credibility.

4                    So -- but I have no credibility, and I

5          don't understand how -- I mean, I admitted that I

6          created a fraud, and for that I can understand

7          why there's some question about whether I have

8          credibility, but since everybody else is

9          establishing their credibility, I feel I have to

10         establish my credibility as well.

11    BY MS. CHAITMAN:

12         Q.    Well, let me ask you something, Mr. Madoff.

13    You've been in prison about seven years?

14         A.    Seven and a half years.

15         Q.    Seven and a half years.  And you've had a

16    lot of time to think, haven't you?

17         A.    Unfortunately.

18         Q.    Yeah.  And you've been provided with the

19    services of a prison psychiatrist?

20         A.    Yes.

21         Q.    And is it fair to say that you allowed a

22    number of different people who are writers and

23    scholars to interview you?

24         A.    Yes.

25         Q.    Is it fair to say that you at this point

*** CONFIDENTIAL ***

Page 50

1   have had a very long time to think about what you did?

2       A.      Uh-huh.

3       Q.      You have to say yes or no.

4       A.      Yes.

5       Q.      Okay.  And do you have any motivation at

6   this point to lie about what you did?

7       A.      No.

8       Q.      Okay.  Tell us what accomplishments you had

9   achieved.

10      A.      All right.  I served as chairman of NASDAQ

11  and the NASD board of directors, chairman of the --

12      Q.      Okay.  And can you just explain for the

13  record what NASDAQ is?

14      A.      NASDAQ is the automated marketplace for the

15  trading of non-listed securities and now listed

16  securities as well.  It's an automated part of the

17  market, like the New York Stock Exchange.

18      Q.      Okay.

19      A.      So I --

20      Q.      And when was NASDAQ formed?

21      A.      NASDAQ was formed in the late '60s, early

22  '70s.  I was one of the founders of NASDAQ.  And then

23  became its chairman and served on the -- the board of

24  directors of NASDAQ for nine years.

25              I also served as chairman on the board of

*** CONFIDENTIAL ***

Page 51

1   the National Association of Securities Dealers, also

2   for nine years, starting in the early '80s through

3   that.

4              I was also founder and chairman of the

5   National Securities Clearing Corporation and

6   Depository Trust.  I was chairman of the International

7   Securities Clearing Corporation.

8              I was chairman of the NASD trading

9   committee.  Chairman of the NASD National Market

10  Design Committee.  Chairman of the National

11  Association for Securities Business -- National

12  Business Conduct Committee, which is a regulatory arm

13  of the -- of the industry.

14             I served as chairman of an SEC Large Trader

15  Reporting Committee.  I chaired -- was -- served as

16  chairman of the NASD Small Order Execution Committee.

17  Chairman of the NASD Surveillance Committee and

18  chairman of an SEC NASD Payment for Order Flow

19  Committee.

20             I was also a member of the Securities

21  Industry Association board of directors, the

22  Securities Industry Association Trading Committee,

23  Securities Industry Association Federal Regulation

24  Committee, Security -- chairman -- a member of the SEC

25  SIAV/SIA Capital Markets Committee.

*** CONFIDENTIAL ***

Page 52

1          I was chairman and member of the SEC

2    Intermarket Trading System Committee, which is the

3    committee that links all of the exchanges, the

4    New York Stock Exchange, NASDAQ and the five regional

5    exchanges.  And I was head of the SEC NASD arbitration

6    committee.  Those were the committees that I served on

7    over the history of my firm.

8          Q.    Did you advise any foreign governments with

9    respect to the establishment of a stock exchange?

10         A.    Yes.  I was -- I served as the liaison and

11   consultant to the London Stock Exchange, the London

12   Futures Exchange, the Singapore Stock Exchange, the

13   Tokyo Stock Exchange, the Frankfort Stock Exchange,

14   the Paris boards and the Moscow Stock Exchange.

15               MS. CHAITMAN:  We have to wait a

16       second.

17               THE VIDEOGRAPHER:  Going off the

18       record.  The time is 9:56.

19               (RECESS FROM 9:56 A.M. TO 10:16 A.M.)

20               (MADOFF EXHIBIT 5 WAS MARKED FOR

21       IDENTIFICATION.)

22               THE VIDEOGRAPHER:  Back on the record.

23       The time is 10:16.

24   BY MS. CHAITMAN:

25         Q.    Mr. Madoff, we've taken a break, and do you

*** CONFIDENTIAL ***

Page 53

1    remember where we were when we were interrupted?

2        A.    Yes.  We were -- I had listed the number of

3    exchanges that I was advising on building new trading

4    platforms, and I listed, you know, basically London,

5    Singapore, Tokyo, Frankfort, Paris and Moscow.

6              This was basically partly at the request of

7    the SEC, who was asked by these various exchanges if,

8    in fact, they could have me willing to -- to travel

9    over there to consult with them on building a platform

10   that was similar to the NASDAQ platform that I was one

11   of the ones that designed that platform for -- for

12   NASDAQ.

13             And the SEC had a policy basically where

14   they would send up, you know, teams of employees to

15   come up -- basically compliance people, come up to

16   watch us into our trading room to witness us trading

17   on a daily basis and looking at the operations side of

18   the firm and the automation side of the firm.

19             So they would -- we did that for a number of

20   years, where they came and watched us trade, and we

21   consulted with them.  So --

22       Q.    Now, when you say, "they," you mean people

23   who were employed by the SEC --

24       A.    Yeah.  We had --

25       Q.    -- would come to your offices?

*** CONFIDENTIAL ***

Page 54

1    A.    The past four chairmen of the SEC have all

2    been up in my office, watching us trade and meeting

3    with us, as well as all of these foreign exchanges.

4         As a matter of fact, the -- the NASD used

5    our -- during the 9/11 crisis the SEC and the NASD

6    asked us, would we allow the NASD to -- to operate

7    their backer facility out of our backer facility that

8    we had in Queens, because that's the -- everybody was

9    having problems because of the -- you know, the -- the

10   bombing out of the -- the plane crashing into the

11   buildings.

12        So the NASD for a period of, I guess it was,

13   three months used our facilities to back up their

14   trades, and also their compliance people sat in my

15   office for a period of months, operating, you know,

16   because they didn't have -- their offices were

17   destroyed.

18   Q.    Now, Mr. Madoff, I think you know that the

19   trustee has taken the position in court he has not

20   conceded that you ever did any legitimate trading.

21   Can you explain to us -- starting in 1960 and then

22   ending on December 11th, 2008 can you explain to us

23   the volume of trading that you did in various periods

24   of time and the number of employees whose job was to

25   conduct real trades?

*** CONFIDENTIAL ***

Page 55

1      A.     Well, when I started my firm in 1960, it was

2    basically myself.  And I operated at that time out of

3    my father-in-law's accounting office, because I was in

4    law school at the time.  So in those days it was very

5    common for small brokerage firms to operate.

6            As a matter of fact, I started with $500 of

7    capital.  And that was a small amount even by the

8    SEC's standard during that time.  So I was required to

9    meet with the New York office of the SEC to explain

10   how I basically had the nerve to present a handwritten

11   balance sheet with $500 cash assets and no

12   liabilities.

13           And, you know, so they wanted to make sure

14   that I was real.  And I started with the $500 of -- of

15   capital, which in those days didn't require much,

16   because I was -- my plan was just to do a small retail

17   business basically with my family as clients.

18           That, you know, eventually grew from a

19   one-man operation to, I guess, you know, 200 some odd

20   people here and in -- in London in 2008.

21           I started this small retail firm.

22   Relatively unsuccessful the first couple of years,

23   because I ran into the Cuban missile crisis, and the

24   marketplace collapsed in 2000 -- in 1962.

25           Required me to borrow $30,000 from my

Page 56

1   father-in-law in the form of -- of municipal bonds to

2   recapitalize my firm, which I paid back, you know, a

3   year or so later.

4           And then gradually just -- and then became a

5   market-making firm in the '70s, early '70, and became

6   a market-making firm for the rest of the balance of my

7   50 years in the business.

8           At one -- we -- at the -- by the time we

9   were finished in 2008 the firm was operating -- was

10  executing a few 100,000 trades, up to 600,000 trades a

11  day at the high, but we were averaging about 300,000

12  transactions a day, and we represented ten percent of

13  the United States' volume in -- in transactions.

14      Q.   Now, we're talking about legitimate

15  transactions?

16      A.   All market-making were legitimate

17  transactions.  The -- and the firm was operating

18  basically as -- primarily most of the time as a

19  market-making and proprietary trading firm.

20          It was -- the investment advisory firm

21  really came into -- you know, into being on a gradual

22  basis, and then was my undoing basically in the early

23  '90s, because of a problem that occurred originally in

24  '80 -- as I say, the crash in '87, but perpetuated a

25  fraud that started, as I said, in the '90s, which was,

*** CONFIDENTIAL ***

Page 57

1    you know, a disaster.

2        Q.    And when -- the fraud in the '90s you're

3    referring to is the split-strike conversion?

4        A.    Correct.

5        Q.    Okay.  Now, can you just briefly explain

6    what the difference is between market-making and

7    proprietary trading?

8        A.    Well, market-making is -- in order to be a

9    market-maker, according to SEC and NASD regulations,

10   you have to maintain an inventory -- trading inventory

11   and making a two-sided market.  In other words, you --

12   you post bids and offers to the -- to the market in

13   general.

14            Originally that was done in the

15   over-the-counter market through what was called pink

16   sheets, where they were daily published bids and

17   offers of the brokerage firms in the United States,

18   listing what you were willing to buy and sell

19   securities.

20            And you had to be ready to buy and sell

21   securities, whether either long or short, for -- for

22   the market in general or for your clients.

23            Then with the development of NASDAQ, which

24   was an -- which was the first automated system,

25   basically we automated the pink sheets.

*** CONFIDENTIAL ***

Page 58

1        So electronically you put your bids and

2    offers in a -- you know, on a screen-based system, and

3    that developed what -- I was one of the firms that --

4    that developed, came up with that concept.

5            And, as a matter of fact, my brother, Peter,

6    negotiated and wrote the first contract for NASDAQ

7    with Bunker Ramo Company, who operated it at that

8    time.  While he was in law school he worked for -- for

9    me until he graduated.

10           So the -- that's how we got involved in

11   NASDAQ, but as a market-maker we traded basically

12   close to 1,100 securities, all the convertible bonds.

13   And then we got involved in making a market in listed

14   securities, and they encompassed stocks that were

15   traded on the New York Stock Exchange.

16           So we were considered to be one of the

17   largest market-makers in convertible securities in the

18   country and one of the largest market-makers in

19   general, in both listed securities and

20   over-the-counter securities.

21           We had, you know, hundreds of -- of other

22   dealer clients, like Merrill Lynch, Fidelity, Smith

23   Barney.  We had directed automatic interfaces for

24   them.  Those were our wholesale clients as part of our

25   market-making operation.

*** CONFIDENTIAL ***

Page 59

1          The proprietary side of the business is when

2     the firm trades with their own account they

3     maintain -- we maintain an inventory, you know, that

4     could be hundreds of millions of dollars on the long

5     side or short side.  The firm is trading for its own

6     account.

7          But as a market-maker you also are trading

8     for your own account with the clients, as well as

9     other dealers.  But primarily the firm was known as

10    a -- as a market-making firm, a proprietary firm that

11    traded with other brokerage firms.

12          So if you, as a client, would call up

13    Merrill Lynch to buy IBM or to buy Apple computer,

14    they would buy the stock through someone like me.  So

15    our clients were basically other brokerage firms, as

16    well as individual retail clients that we had that

17    were people like the Shapiros and the Levys of the

18    world.  Those clients, as well as smaller clients that

19    we did convertible arbitrage for as well.

20          And then in the '90s we started dealing with

21    hedge funds that were doing the split-strike

22    conversion or thought they were doing the split-strike

23    conversion trades for us, which was where the fraud

24    perpetuated.

25      Q.    Okay.  And you mentioned that you had about

*** CONFIDENTIAL ***

Page 60

1   200 people working in New York and in London?

2       A.     Right.  Approximately.

3       Q.     And was that as of 2008?

4       A.     Yes.  We -- I think we started the London

5   operation in 1983, and that was also started as

6   primarily a market-making firm in U.S. securities in

7   London.

8               We were either the first or one of the first

9   members of the London Stock -- U.S. firms that became

10  a member of the London Stock Exchange.

11      Q.     Okay.  But when -- when you -- do you

12  remember when it was that you reached the level of

13  approximately 200 people working in your firm?

14      A.     Probably, you know, towards the end.  I

15  would say in the -- in the -- in the late 2000s.

16      Q.     Okay.  Now, when was it that you brought

17  your sons into the business?

18      A.     My son, Mark, came in when he graduated from

19  the University of Michigan, which I think was in the

20  mid '80s.  My son, Andy, graduated from Wharton, I

21  think in '87 and '88, and he came with us.

22      Q.     If you had been doing the fraudulent

23  split-strike conversion in '87 and '88, would you have

24  brought Andy into the business?

25      A.     Would I have brought him into the business?

*** CONFIDENTIAL ***

Page 61

1    No.

2         Q.    My question is really, if you were doing

3    something dishonest with your customers, would you

4    have allowed your children to be brought into the

5    business?

6         A.    No.

7         Q.    Now, I had asked Mr. Goldman to give you a

8    copy of the Lazard report.

9         A.    Right.

10        Q.    And you've reviewed that, didn't you?

11        A.    Yes.

12             MS. CHAITMAN:  Okay.  I'm going to mark

13        this as Defendants' Exhibit 6, but, at

14        Mr. Sheehan's suggestion, I have put a stamp on

15        the handwritten notes that Mr. Madoff described.

16             And I didn't -- I don't have copies of

17        that, but if you -- if you e-mail it to me, I'll

18        circulate copies to everybody.

19             (MADOFF EXHIBIT 6 WAS MARKED FOR

20        IDENTIFICATION.)

21             MR. SHEEHAN:  Okay.  Thank you.

22             MS. CHAITMAN:  Thank you.

23    BY MS. CHAITMAN:

24        Q.    So I'm handing out Exhibit 6, which is the

25    Lazard report.  Mr. Madoff, do you -- this is

*** CONFIDENTIAL ***

Page 62

1    Exhibit 6 for you.  I can take those from you.

2        A.    Okay.  Uh-huh.

3        Q.    Before you received a copy of this from your

4    attorney had you ever seen the Lazard report?

5        A.    No.

6        Q.    Okay.  And do you understand that -- what it

7    is?

8        A.    Uh-huh, yes.

9        Q.    Okay.  And this is something that the

10   trustee had prepared when he was trying to sell the

11   market-making and --

12       A.    Correct.

13       Q.    -- proprietary trading units?

14       A.    (WITNESS NODS HEAD UP AND DOWN.)

15       Q.    Now, in general did you find that this was

16   an accurate description of the business?

17       A.    Yes.

18       Q.    So on the page which is Bates stamped number

19   181058, which is the business overview.

20       A.    Uh-huh.  What -- what page number?

21       Q.    It ends in 58.  It's in the very beginning.

22       A.    88?

23       Q.    58.

24       A.    Oh, 58.

25       Q.    181058.

*** CONFIDENTIAL ***

Page 63

1        A.    Yes, uh-huh.

2        Q.    You've got it?  Okay.  It says, "Business

3    overview"?

4        A.    Yeah.

5        Q.    It says, "The company's" --

6                MR. SHEEHAN:  Where are you reading?

7        I'm sorry.

8                MS. CHAITMAN:  The second paragraph.

9        I'm sorry.

10                MR. SHEEHAN:  All right.

11    BY MS. CHAITMAN:

12        Q.    "The company's market-making operation is a

13    market-maker in approximately 2,100 stocks, including

14    all of the S&P 500 stocks and in over 350 NASDAQ

15    stocks."

16        A.    Uh-huh.

17        Q.    "It has over 100 direct relationships and

18    several correspondent-clearing clients representing

19    over 1,000 correspondents.  The market-maker processes

20    approximately 300,000 to 400,000 tickets per day."

21    Excuse me.  "Peak" -- excuse me.  "Peak volume of

22    800,000 and capacity up to 1.4 million."

23                "Approximately 80 percent of the trades are

24    in listed stocks, and the remaining 20 percent of the

25    trades are in NASDAQ stocks.  Approximately 2.6

*** CONFIDENTIAL ***

Page 64

1    million shares of the daily volume is for executions

2    of shares not held, and 0.8 million shares of the

3    daily volume is executed with the company's Time

4    Slicing automated system for delivering average price

5    execution.  The market-making operation employs 17

6    professionals, including traders and support staff."

7            Is that a fair description --

8       A.    Yes.

9       Q.    -- of the business as of December 2008?

10      A.    Yes.

11      Q.    Now, what does it mean when it says, "The

12   company's Time Slicing automated system for delivering

13   average price executions"?

14      A.    That was a system that was developed by my

15   sons, Mark and Andy, that was a system that allowed

16   brokerage firms or institutional clients to deliver a

17   large order to us, let's say, to buy 100,000 shares of

18   IBM.

19            And they wanted to -- rather than -- they

20   wanted to execute that order over a certain period of

21   time.  So typically those -- the way that was executed

22   by all institutional firms is they would give it to a

23   broker on the floor of an exchange and tell them they

24   want to -- they want to execute this over the course

25   of the day.

Page 65

1          It was called a VWAP order.  It was a volume

2   weighted average price order.  But it was a

3   manually -- it was a manual execution, where you were

4   relying upon the specialist on the floor of an

5   exchange or the market-maker upstairs to use his best

6   judgment as to when to execute that order over the

7   course of the day.

8          My sons came up with the concept of rather

9   than doing it that way to -- to allow a firm to take a

10  500,000 share order and give it to us and say, we

11  want, you know, this 500 shares -- 500,000 share order

12  executed every so many minutes.  We want it sliced

13  into smaller orders and executed into the marketplace.

14         So they determined the size of the order to

15  hit the marketplace.  And in order to do that you had

16  to have the automation, which we were one of the only

17  firms that had that ability.  So that was

18  considered -- you know, it was unheard of at the time,

19  to do an executed order like that.

20         Well, my sons developed that order -- that

21  system, Time Slicing, with -- with my brother's,

22  Peter's, help.  We then brought it to the SEC and

23  asked -- met with the SEC in Washington approval to --

24  you know, how we would operate this order, and with --

25  did they have any objection to us executing the order

*** CONFIDENTIAL ***

Page 66

1  this way?

2          At first they looked at us like we were

3  crazy, because no one had ever done that before.  And

4  what was necessary was the firm was -- say like

5  Fidelity would be saying, okay, they're -- they're --

6  they're instructing us to execute 500,000 shares of

7  IBM.

8          So they had to trust us that we were not

9  going to run in front of the order, which was a common

10  problem that institutions had with giving up an order

11  to someone, letting them know that you wanted to buy,

12  you wanted to sell their order.

13          So we assured the SEC that that order would

14  be -- was loaded into our system.  The only one that

15  would see that order was not any of our individual

16  market-makers or traders, just one supervisor in the

17  firm, which would be either my brother (SIC), Mark or

18  my son, Andy, depending upon which department it was

19  going to go to.

20          And the order would be -- you can look at it

21  like in the old days, when you had computers, and you

22  would load a card -- a bunch of like cards into a

23  sorting thing, and every so many minutes the cards

24  would -- you know, would drop down into the thing and

25  then go into the order.

*** CONFIDENTIAL ***

Page 67

1          The SEC was so enthralled with this concept

2     of doing it, that they said, yes.  They said, if --

3     you know, we'd like you to, you know, build this, if,

4     in fact, you can.  We did.  We invited them to -- and

5     the head of their market-regulation department to come

6     into our office and watch the system operate.

7          And they -- they said it was terrific.  And

8     we -- we, you know, went about selling that option of

9     doing it with any one of our clients.  And we had

10    people like Fidelity and T. Rowe Price and any number

11    of our other clients operate through the Time Slicing

12    system.

13         And that was also the forerunner of us

14    developing the Primex system, which is a whole other

15    system that we -- we developed in the '90s, '97 to

16    '98, in a joint effort with Merrill Lynch, Goldman

17    Sachs, Morgan Stanley and Citicorp, where we --

18         There were five partners that we developed

19    my -- developed a -- a trading system called Primex.

20    That was the forerunner of these so-called dark pools

21    that now became very popular, where we were -- we sold

22    a ten percent interest to these five firms.

23         And between the five of us we would account

24    for 50 percent of the volume in the United States

25    between those five firms.  It was a big deal in 1998,

*** CONFIDENTIAL ***

Page 68

1    when it was announced.  It was in the front page of

2    all of the financial press.

3              And that was how we planned to operate the

4    split-strike trades through that.  Unfortunately, the

5    system once we -- we developed it and took in the

6    partners, it was such a threat to the New York Stock

7    Exchange that the New York Stock Exchange approached

8    us to buy the Primex system for us -- from us, because

9    it was going to be a major competitor to the exchange.

10             We couldn't -- we couldn't agree on terms.

11   So we never sold it to the New York Stock Exchange or

12   took them as a partner, but the New York Stock

13   Exchange, you know, had a history of trying to hold

14   back competition from us.

15             Eventually they negotiated with the -- the

16   partners.  You know, made special deals with the --

17   the four partners -- with three of the four partners,

18   Goldman Sachs, Merrill Lynch and Morgan Stanley, to

19   not go forward with it or not -- not send most of

20   their business through that exchange.  And they really

21   literally blocked us from -- from really ever

22   fulfilling our desire with that.

23             The -- Citicorp decided that they would buy

24   the -- they would continue with us.  So we went on --

25   we were going to develop it with Citicorp in

*** CONFIDENTIAL ***

Page 69

1    operation, but then my disaster of the investment

2    advisory business sort of, you know -- you know,

3    ruined that -- that whole operation.

4        Q.    What did the Primex system do?

5        A.    The Primex system was a -- an electronic

6    auction process that would compete with all of the

7    exchanges, like these dark pools.

8            I had been a major competitor for the New

9    York Stock Exchange from the time I started my firm.

10   And which is why -- really how I got involved

11   working -- my relationships with the SEC all of those

12   years.

13           The SEC -- when I went into business, the

14   New York Stock Exchange did 99 percent of all of the

15   business in -- in -- in New York Stock Exchange

16   issues.

17           The SEC had always been unhappy with the

18   fact there was no competition in the U.S. marketplace.

19   So they wanted -- all the business was done between

20   the -- there were five regional exchanges, New York,

21   Chicago, Philadelphia, Pacific, New York.

22           So there were five -- and Cincinnati.  Those

23   five exchanges traded all the securities in the

24   United States.  Plus there was the over-the-counter

25   market, which became the NASDAQ market.

Page 70

1        What happened was the SEC and congress was

2    very unhappy with there being no competition in -- in

3    listed securities.  So they decided to -- to initiate

4    a -- you know, a competitive marketplace.  And they

5    formed a committee, which they asked me to chair,

6    which became the Intermarket Trading System Committee,

7    which was the system of linking all of the exchanges.

8        In other words, it used to be that if you

9    wanted to buy -- IBM traded on both the New York Stock

10   Exchange, as well as five regional exchanges around

11   the country.

12       So you could buy IBM at one price in

13   New York, another place in Chicago, another place in

14   the Pacific.  So a customer putting an order in to buy

15   IBM at 11:00 in the morning, or whenever it was they

16   put it in, was in a situation where he may buy the

17   price at IBM at one price in New York, when he could

18   have bought it at a cheaper price, a better price, in

19   Philadelphia or the Pacific and so on.

20       So there was a great arbitrage business that

21   went on, which was, you know, somewhat initiated by my

22   firm, where we would buy IBM in Chicago and then sell

23   it in New York a second later at a -- at a profit and

24   so on and so forth.  It was a business that was done

25   by anybody that had an arbitrage operation, not only

*** CONFIDENTIAL ***

Page 71

1    myself.

2            The SEC obviously realized this was

3    ridiculous.  You know, it was unfair to the clients

4    to -- to be able to do that.  So they said, look, this

5    is -- you just -- you guys can't operate this way.  A

6    customer should be able to get the best price that

7    exists in the marketplace, you know, when he executes

8    the order.

9            So I said, well, how are we going to do

10   that?  So they said, well -- they asked me, well,

11   what -- what would you suggest?  And I said, well, you

12   could pass a rule that said that if you're going to

13   execute an order for IBM from a client, you have to

14   make sure that the client is going to get it at the

15   best price that existed between the exchanges.

16           And the order has to be routed to, you know,

17   wherever the best price is, whether it's in Chicago,

18   New York, Philadelphia.  It doesn't matter.  So they

19   said, well, that's -- that's a good idea.

20           I said, well, the problem with that is how

21   is the order going to get -- if the customer is in

22   Chicago, and the best price is in New York, how is

23   that order going to get from Chicago to New York?

24           So they said, well -- so they said, well,

25   yeah.  That's true.  But how is that going to happen?

*** CONFIDENTIAL ***

Page 72

1   I said, well, you have to link the marketplaces, so

2   that when the customer starts to -- puts the order in

3   Chicago, and the better price is in New York, the guy

4   in Chicago has to route the order to -- to New York, I

5   said.

6          And you can't do it over the telephone,

7   because that's crazy today.  So, you know, we have to

8   build a system that would electronically route it,

9   which became the Intermarket Trading System Committee.

10          So I designed the system with some other

11   firms, with Goldman Sachs at the time, to route these

12   orders, you know, through an electronic routing

13   system, and that was called ITS.

14          So I represented at that time the NASD on

15   that committee.  My brother represented the Cincinnati

16   Stock Exchange, which we were the major owners of, the

17   Cincinnati Stock Exchange, which was the first

18   electronic exchange.

19          And the -- I forgot where I -- how I got

20   involved in this --

21   Q.    I was asking you about the Primex system.

22   A.    Oh, okay.  So, I mean, the firm -- we were

23   always competing with the New York Stock Exchange.

24   And at that time I said that the -- that the idea of

25   executing orders on a floor of an exchange is

*** CONFIDENTIAL ***

Page 73

1   ridiculous.

2          And that nobody is going to, you know, want

3   to, you know, send orders down to an exchange where

4   you have hundreds of people screaming and yelling at

5   each other, you know, when you want to order --

6   when -- when you want to execute an order.

7          The more sensible way to do it is the way

8   NASDAQ operates.  And, of course, the SE -- the New

9   York Stock Exchange said, well, Bernie Madoff is

10  always complaining about the New York Stock Exchange,

11  because he built NASDAQ.  So he wants all orders to be

12  executed over NASDAQ, rather than the exchange.

13         And I said, well, that's true.  I did.  And

14  we were a big competitor of the New York Stock

15  Exchange, but it was the most efficient way of

16  executing the orders.

17         And the joke was on Wall Street was that I

18  was always -- they said, Madoff is saying that the

19  New York Stock Exchange is going to be a big roller

20  skating rink before.  No one is going to execute

21  orders on the floor of the exchange.

22         And it was true that I did make those kinds

23  of comments.  Well, eventually that's what happened.

24  The New York Stock Exchange went from operating 98

25  percent of the business, to now they operate -- they

*** CONFIDENTIAL ***

Page 74

1    execute 12 percent of the business.

2              And the stocks, when you buy IBM, very few

3    shares are bought on the floor of an exchange.

4    They're bought basically electronically off the floor

5    of the exchange through people like NASDAQ or through

6    these -- these automated dark pools that are

7    operating, what they call the high frequency traders

8    and so on.

9              So the SEC likes to always point out that no

10   good deed goes unpunished, because they blamed me --

11   everybody seems to blame me for developing the

12   electronic marketplaces.

13             So they said that now, you know, you

14   listened to Madoff, and you -- you said you didn't

15   want to operate business on the floor of the exchange.

16   So you allowed the industry to now build an electronic

17   marketplace, where everything is done electronically.

18             And where we used to take 20 minutes to

19   execute an order, it now goes in a millisecond, and

20   there's no basically exchanges being done.  And that

21   was very true.  I mean, I don't know that you can

22   blame me for that, but that was basically -- you know,

23   it's -- it's true.

24        Q.    So the Primex was an exchange?

25        A.    Primex was going to be a -- an exchange,

Page 75

1    where the five of us control 50 percent of the

2    business.  Whereas, now -- look, the idea is -- the

3    concept of any -- every brokerage firm wants to keep

4    all of their orders themselves.

5              In other words, Merrill Lynch does not want

6    to share his -- his client's orders with Goldman Sachs

7    or Morgan Stanley or with Madoff.  They want to keep

8    their orders what's called in-house or

9    internalization.

10             In other words, when a dealer -- the -- the

11   goal of every brokerage firm in the country has always

12   been to take their customer orders and handle them

13   from beginning to end.

14             They didn't want to -- they didn't like this

15   idea of sharing their orders and their information

16   with everybody in the street.  They didn't want

17   competition.

18             Everybody wanted to keep their orders, you

19   know, themselves, but the problem with doing that is

20   the customer gets -- is at a disadvantage of doing

21   that.

22             So -- because the best thing for the

23   customer is to have his orders exposed to the -- to

24   the world in general or the marketplace in general,

25   but it's more efficient for a firm to keep all of

*** CONFIDENTIAL ***

Page 76

1   their orders themselves.

2           They want to -- they want to buy the stock

3   and sell the stock through their own customers and

4   keep the stock in-house.  They don't want to go

5   through clearing corporations or organizations.  They

6   want to do everything in-house, because that's the

7   most efficient way to do business.

8           All right.  But that comes at a cost, to do

9   that.  In other words, it's -- it's very difficult,

10  you know, to do that.  You're not exposing the

11  markets -- the orders in general.

12          So there has to be a balance that is

13  developed.  So our concept was to allow orders to be

14  executed electronically efficiently and have that --

15  but have that order exposed to the marketplace in

16  general before you execute it.

17          So it's all right to say, okay.  We want to

18  keep our customer orders in-house, but we -- we want

19  to make sure that the customer is -- is getting the

20  best price.  And how do you do that?

21          The way to do that is to expose the order to

22  the street in general.  Say, we're looking to buy IBM.

23  Who is willing to supply the best price?  And you --

24  you compete electronically.

25          You have like an auction process.  You do

*** CONFIDENTIAL ***

Page 77

1   that.   The -- the technology is there to build it,

2   which we did.   So we developed this system called

3   Primex.

4           And we had these five firms, you know, to

5   all agree that before they execute the order

6   themselves in-house the order will go through this

7   electronic auction process.

8           So Madoff, Goldman, Morgan Stanley, Merrill

9   Lynch, Citicorp, Smith Barney would all compete with

10  that order.   So before any one of them could -- could

11  execute the order themselves they had to give -- they

12  had to have a bidding process to do that.

13          And that was the system.   And it was -- it

14  was, you know, a great system, but, unfortunately, it

15  would be the deathnell to the New York Stock Exchange.

16          And the New York Stock Exchange, you know,

17  tried to buy it from us, but that would have been the

18  end -- they were -- their idea was they'll -- they'll

19  buy it and never operate it, put it on the shelf.

20          But as much as we were able to compete with

21  the New York Stock Exchange and drive them literally

22  sort of out of business, they also killed the Primex

23  system.

24          So we wound up selling part of it to NASDAQ.

25  And NASDAQ operates their opening of the marketplace

*** CONFIDENTIAL ***

Page 78

1    through Primex, but Primex's big appeal to us would be

2    that we would be able to bring in all of our foreign

3    order flow.  You know, the -- all the various

4    exchanges into Primex, and that was how I hoped to

5    eventually handle the split-strike trades.

6            Had Primex gone forward I never would have

7    had this problem.  I would have been operating today

8    all the split-strike -- strike trades through Primex.

9            But my brother's -- we have the patent on

10   Primex.  And basically everybody that's operating

11   these dark pools around the country today is in

12   violation of patent infringement on Primex.

13           My brother's plan -- maybe this is

14   fantasy -- is when he finishes his ten year sentence,

15   he is going to sue all of these -- basically all of

16   Wall Street for patent infringement on Primex, because

17   all of these dark pools that are operating around the

18   country today, doing all the business, are basically,

19   according to my brother and the patent attorneys,

20   are -- are guilty of a patent infringement on Primex,

21   but we'll see what happens.

22       Q.    That's fascinating.

23           Mr. Sheehan had wanted me to ask you a

24   question.  I think it's obvious from the way you're

25   answering your questions, but are you on any

*** CONFIDENTIAL ***

Page 79

1    medication which would prevent you from testifying

2    honestly?

3         A.    No.

4         Q.    Okay.  If you -- if you'd go back to

5    Exhibit 6.  It lists on page 64 -- you're on 58.  So

6    it goes to 64.

7         A.    Okay.

8         Q.    It lists the top 20 clients.

9         A.    Uh-huh.

10        Q.    And they include Citigroup, Brown Brothers,

11   Raymond, Merrill Lynch, Oppenheimer, Wells Fargo,

12   Wachovia, Vanguard, USAA, UBS.  Is this an accurate --

13        A.    Yes.

14        Q.    -- list of the 20 top clients?

15        A.    It's the blue bloods of Wall Street.

16        Q.    Okay.  And then on the next page, which is

17   page Bates numbered 65, it -- in terms of volumes, it

18   said you execute 300,000 tickets a day.  Is that about

19   accurate?

20        A.    That's on the low side, but, yes.

21        Q.    Okay.  And you execute 85 million shares a

22   day; is that about --

23        A.    Yes.

24        Q.    That's accurate?

25              And 80 percent is listed.  And if you look

*** CONFIDENTIAL ***

Page 80

 1    at --

 2        A.    Right.

 3        Q.    I'm reading from page 65.

 4        A.    Uh-huh.  Yeah, I'm there.

 5        Q.    Yeah.  Okay.  I just want you to be on the

 6    page with me.

 7        A.    I have this memorized, all of it.

 8        Q.    Oh, you do?

 9              So it says, "80 percent listed, 20 percent

10    NASDAQ"?

11        A.    Correct.

12        Q.    Is that accurate?

13        A.    Yes.

14        Q.    Okay.  It says, "2.6 million not held shares

15    a day"?

16        A.    Uh-huh.

17        Q.    Is that accurate?

18        A.    Yeah.

19        Q.    What does that mean, not held shares?

20        A.    It means it's at our discretion on how we

21    buy and sell.  In other words, they -- it's like an

22    order going through Time Slicing, where -- where

23    Merrill Lynch will say, buy 100,000 shares of stock

24    and you determine the price and the time you want to

25    execute the order.

*** CONFIDENTIAL ***

Page 81

1      Q.    Okay.

2      A.    They're relying upon our ability to execute

3  it at the best price for the client.

4      Q.    Okay.  So would you say that the Lazard

5  report accurately reflects --

6      A.    Yes.

7      Q.    -- the business --

8      A.    Uh-huh.

9      Q.    -- as of December 2008?

10      A.    Yeah.

11      Q.    Okay.  Now, in the course of your career in

12  the securities business did you -- did you ever come

13  across Bruce Dubinsky?

14      A.    No.

15      Q.    Did you ever hear of him?

16      A.    No.

17            MS. CHAITMAN:  Okay.  We're going to

18      mark as our next exhibit --

19            MR. GOLDMAN:  Why don't you wait until

20      you come back for the microphone?

21            MS. CHAITMAN:  Yeah, you're right.

22      What did I do with the Dubinsky report?  Hold on.

23            So we're up to Exhibit 7.

24            (DISCUSSION HELD OFF THE RECORD.)

25            (MADOFF EXHIBIT 7 WAS MARKED FOR

*** CONFIDENTIAL ***

Page 82

1          IDENTIFICATION.)

2                    MS. CHAITMAN:  Oh, you know what?  I'll

3          give this to the witness, and I'll give this to

4          you.

5                    THE WITNESS:  I already have a copy.

6                    MS. CHAITMAN:  I'm sorry?

7                    THE WITNESS:  I have a copy of this

8          one.

9                    MS. CHAITMAN:  You can just give it to

10         the reporter.

11                   MR. GOLDMAN:  David, here is one you

12         can look at.

13                   MR. SHEEHAN:  I'm fine.  I brought my

14         own.

15                   MR. GOLDMAN:  Oh.

16                   THE WITNESS:  Are you still awake?

17                   MR. SHEEHAN:  Always.

18                   THE WITNESS:  The last time we were

19         together, I had a meeting with you, you fell

20         asleep during my testimony.

21                   MR. SHEEHAN:  Yeah, you warned me about

22         that.  I remember that exchange.

23                   THE WITNESS:  That's okay.  I --

24                   MR. SHEEHAN:  You told me the SEC fell

25         asleep in that meeting too.  I remember that.

*** CONFIDENTIAL ***

Page 83

1                THE WITNESS:  I -- I can -- I can put

2        people to sleep.  The chairman of the London

3        Stock Exchange fell asleep during one of my

4        meetings with him, but he said it was jet lag.

5        You don't have jet lag.  So --

6                MR. SHEEHAN:  I have no jet lag.

7    BY MS. CHAITMAN:

8        Q.    Mr. Madoff, I had sent you in advance of the

9    deposition a copy of Mr. Dubinsky's report.  Have you

10   had a chance to review it?

11       A.    Yes, I have.

12       Q.    Okay.  And did you agree with his

13   conclusions?

14       A.    Some of them.

15       Q.    Okay.  Did you agree with all of them?

16       A.    No.

17       Q.    Okay.  Did you find that overall there were

18   some mistakes that Mr. Dubinsky made?

19                MR. SHEEHAN:  Objection as to the form.

20                THE WITNESS:  Yes.

21   BY MS. CHAITMAN:

22       Q.    Okay.  Before we go into detail with respect

23   to the report can you tell me some of the mistakes

24   that you found with Mr. Dubinsky's approach?

25       A.    Well, first of all, the majority of the

*** CONFIDENTIAL ***

Page 84

1   report had to deal with the split-strike conversion

2   trades, which I was sort of at a loss for -- and this

3   report, from what I understand from -- cost a lot of

4   money to -- to produce.

5            And I had from day one acknowledged that

6   there was no split-strike trades being done and that

7   there was a fraud.  So I couldn't understand why so

8   much money was --

9            Look, let me just say that from the time

10  that I plead guilty for this -- for this fraud, I've

11  had to live with the guilt of -- of knowing what I

12  did.

13           All right.  And my decision basically to --

14  to plead guilty and to not go to trial was to be able

15  to recover as much money as possible to my -- for my

16  clients.

17           And the -- you know, rather than go to -- to

18  trial, which I knew that I was guilty of, and put my

19  family through a -- the horror of, you know, what

20  would -- what would occur with the trial, I -- I

21  decided that the best thing that I could do would be

22  to plead guilty, take my sentence and do everything

23  that I could to recover the money for the clients, who

24  I defrauded.

25       Q.    Let me just interrupt you there.

*** CONFIDENTIAL ***

Page 85

1           When you saw in -- in 2008 that the economy

2    was collapsing, and you had -- you had out-of-ordinary

3    redemptions in 2008; isn't that true?

4       A.    Yes.

5       Q.    Okay.  Would you say that the redemption

6    demand was extraordinary or --

7               MR. SHEEHAN:  Object to form.

8               THE WITNESS:  Well, yes.  I mean, look,

9          unfortunately or fortunately, however you want to

10         look at it, my commitment to the people that I

11         took the money from for the split-strike was that

12         they could have their money back at anytime.

13              In other words, most hedge funds do

14         not -- do not allow people to withdraw their

15         money.  They have what they call lockup periods.

16         They -- they say that you have to give them 90

17         days notice, sometimes six months notice before

18         you can get your money back.

19              Because of the way the split-strike

20         strategy was designed there was no reason to have

21         a lockup period if, in fact, I was doing it the

22         way I intended to do it originally.

23              So that people that gave me money,

24         whether it be an individual or whether it be a

25         hedge fund, to invest, had the ability to call me

*** CONFIDENTIAL ***

Page 86

1       up and say, you know, that they wanted their

2       money back within the settlement period of three

3       days or four days.

4              So when this -- when this bank run

5       occurred with the crisis in 2008, when everybody

6       thought the world was coming to an end, the

7       market was -- was crashing, because of the

8       Lehman -- you know, first Bear Stearns and then

9       the Lehman collapse, everybody needed money.

10             So I was one of the few places that

11      they could -- that a hedge fund could go to -- to

12      demand their money back and not have to wait with

13      a lockup period.  So everybody was calling me up,

14      saying, we want -- we need the money, you know,

15      to meet margin calls elsewhere on Wall Street.

16             They needed money back to meet their

17      margin calls on Wall Street.  So send me my money

18      back and liquidate the position, and I'll send it

19      back to you to reinvest as soon as things calm

20      down.

21             So I was the -- the one place that they

22      could go to get the money.  So I started getting

23      everybody calling me up, you know, send me 500

24      million, send me a billion dollars back.  And I

25      did.  I started sending the money back.

*** CONFIDENTIAL ***

Page 87

1                  But, obviously, you know, I couldn't

2         keep doing that, because, you know, of the -- the

3         nature of -- of the Ponzi scheme.  So I knew

4         that -- that the game was over.

5                  As it turns out, I was --

6    BY MS. CHAITMAN:

7         Q.    If I could just interrupt you.  Do you

8    recall approximately how much money you did send back

9    to customers in 2008?

10        A.    Close to six billion dollars.

11        Q.    Six billion.  Okay.

12        A.    But I knew that -- that it was over for me,

13   and --

14        Q.    At that --

15        A.    As it -- as it turns out, I was mentally --

16   I was in a mental state that I was -- I could no

17   longer continue with -- anyhow.  So it was almost like

18   a relief to say, this is it.

19                I just can't continue this charade any

20   longer.  And that's what -- that's what caused me to

21   acknowledge to my family that I had been committing

22   this fraud.

23        Q.    Okay.

24        A.    So, to continue, I decided to plead guilty

25   to this.  And when -- before the sentencing my

Page 88

1   attorneys pleaded with me to cooperate with the

2   government.

3           The government wanted -- the prosecutor

4   wanted me to -- to plea bargain with them to, you

5   know, make some sort of a deal by providing

6   information as to who else was involved in this fraud.

7           I mean, the belief was that I couldn't be

8   doing this all myself, that there had to be other

9   people involved in this fraud.  So -- because, look,

10  nobody could understand -- you know, it seems that for

11  the past eight years nobody can figure out why did

12  Bernie Madoff do this?

13          There have been books written about this.

14  Every reporter that's called me, every academic, you

15  know, that's called me from every business school

16  literally in the world, everybody says, why would

17  Bernie Madoff commit the largest fraud in history?

18          Why -- he had a very successful business

19  that was the envy of everybody on Wall Street.  He was

20  on all of these committees.  He was supposedly boy

21  wonder, of course, you know, of Wall Street at that

22  time.

23          Why would he do this?  The SEC was

24  dumbfounded.  You can speak to any of the past

25  chairmen over the past eight years and ask them, would

*** CONFIDENTIAL ***

Page 89

1   Bernie Madoff do this?  You know, they would all look

2   at you as though there was something wrong with you.

3            And that's what everybody wanted to know.

4   It didn't make any sense.  There had to be something

5   else that created this problem.  Was he blackmailed?

6   Was he, you know, involved with -- you know, with the

7   Russian mob?  Was he involved with drug dealers?

8            Something happened, you know.  You don't --

9   you don't -- you know, and when I said -- you know,

10  when I gave explanations for it, nobody really

11  understood it, you know, but I knew, you know, what

12  happened.

13           I knew, yes, there were people involved that

14  put me in this situation.  That being said, it was my

15  fault.  I can't blame anybody for -- for what

16  occurred.  I mean, I did this knowingly.

17           I was not blackmailed by any -- was not

18  involved with any mob thing.  I made a tragic error of

19  judgment that was precipitated by a number of clients

20  that, you know, put me in this situation.

21           That being said, there was not a gun to my

22  head.  You know, I could have refused to accommodate,

23  you know, some people that I tried to accommodate.

24  And -- you know, so, therefore, I have the

25  responsibility.

*** CONFIDENTIAL ***

Page 90

1           So my decision at that time was not to make

2   a plea bargain.  I was convinced that I could get the

3   money back that was involved that people lost.  I

4   couldn't get the profits back, for sure, but I

5   certainly felt I could recover the principal, you

6   know, back.

7           So -- and I knew that my clients had

8   withdrawn -- many of them over the earlier years

9   before the fraud started that they had -- they had

10  made and -- and withdrew legitimate profits over the

11  years.

12          So I felt that while people were not going

13  to make an average annual return of 12 percent, as

14  they thought that they made, they certainly would --

15  would do all right, and I certainly would be able to

16  recover everyone's principal.

17          So when I told my attorneys that, Ike

18  Sorkin, I said, look, I'm going to recover everybody's

19  money, you know, you know, but I -- I have to do this

20  my way.  I can't -- I can't establish a plea.  I don't

21  want to make any deal.

22          I said, I'm the only one that really has the

23  knowledge of what happened and what people did to put

24  me in this situation and the wrongdoing that certain

25  people were involved in, I said.

*** CONFIDENTIAL ***

Page 91

1              And if I go to these people and -- which

2    I've already done to a certain extent anyhow -- and

3    threaten them with -- you know, with their complicity,

4    I said, I'll get the money back.  Now, nobody believed

5    that I could possibly do this.

6              MS. CHAITMAN:  We're just running out

7         of the tape.  So we have to --

8              THE WITNESS:  Okay.

9              MS. CHAITMAN:  -- take a break.

10             THE VIDEOGRAPHER:  Okay.  This ends

11        media number one in the deposition of Bernie

12        L. -- Bernard L. Madoff.  Going off the record.

13        The time is 11:12.

14             (RECESS FROM 11:12 A.M. TO 11:27 P.M.)

15             THE VIDEOGRAPHER:  Back on the record.

16        This begins media number two in the deposition of

17        Bernard L. Madoff.  The time is 11:27.

18   BY MS. CHAITMAN:

19        Q.    Mr. Madoff, we've been --

20        A.    Okay.  I --

21        Q.    -- discussing a few other things, but I want

22   to come back, if I may, to the Dubinsky report.

23        A.    Right.

24        Q.    And my question is:  Are there some

25   fundamental errors that you feel Mr. Dubinsky made?

*** CONFIDENTIAL ***

Page 92

1       A.     Yes.

2       Q.     Okay.  Let's -- let's go through them one at

3    a time.

4       A.     Okay.  All right.  Basically what -- well,

5    I'd like to say is that I would -- I'm not going to

6    get involved in his -- the majority of the report that

7    deals with the split-strike conversion trades or

8    whether or not the trades were executed or not,

9    because the -- I have no objection to -- I can't find

10   fault with what he -- what his determination was,

11   because I was not executing the trades.

12          So there's no point in me, you know,

13   evaluating what he says was right or wrong.  There may

14   be errors in there, but it doesn't matter.  The fact

15   was the errors that I found were -- had to deal with

16   the beginning of the report dealing with the

17   convertible -- the trading that took place before

18   1992, which basically involved the convertible bond

19   arbitrage transactions.

20          So, first of all, let me start by saying

21   that it was quite -- I understand that his -- from his

22   CV that he has a very good CV.  All right.  In other

23   words, he seems to be -- have his references of fraud

24   reporting or -- I don't find any fault with that.  He

25   seems to have a lot of experience.

Page 93

1          That being said, it became very obvious to

2     me that his knowledge of the market-making and the

3     dealer markets and the over-the-counter trading,

4     whether it be convertibles or so on, there -- he had

5     very little experience in that.

6          And that's not a great surprise to me,

7     because it's sort of a specialized marketplace.  And

8     unless, you know, you -- you have firsthand experience

9     of how market-makers operate, how the dealer market

10    works and how the trading of convertible bonds takes

11    place, you know, that's a specialized kind of

12    marketplace.

13         And he had things that were really wrong.

14    For example, he makes the statement that Madoff sent a

15    confirmation to a client, where he -- you know, the

16    client -- he says that the client bought stock or sold

17    stock, which was opposite of what happened.

18         In other words, typically when a retail

19    client gets a confirmation from Merrill Lynch, for

20    example, it states the client bought IBM at a price or

21    sold IBM at a price.

22         When a dealer sends a confirmation to a

23    client, it says, we bought, we sold.  Meaning the

24    dealer bought or sold to the client.  So, for example,

25    there's a confirmation, and I have a -- a copy of one

*** CONFIDENTIAL ***

Page 94

1    of our confirmations.

2            Well, I don't need that.  In other words,

3    our confirmation says we bought.  That means Madoff

4    bought for the customer or from the customer or sold

5    to the customer.

6        Q.    Okay.  You know what?  I don't know if this

7    is going to help you, but --

8        A.    Here is --

9        Q.    Okay.

10       A.    Here is a confirmation.  There's a

11   confirmation --

12               MR. SHEEHAN:  Let her mark that.

13               MS. CHAITMAN:  I will.

14               THE WITNESS:  It says in the box, "We

15       sold."  All right.  Or it would say, we bought.

16       "We," referring to the firm.  Madoff.

17               Now, if we had said you bought or you

18       sold, that would be the customer bought.  You

19       know -- you know what I'm saying?

20               MR. SHEEHAN:  Uh-huh.

21               THE WITNESS:  All right.  This is a

22       standard dealer confirmation.  It also has on

23       here codes, the transaction code and a capacity

24       code.  Meaning that it has a number.

25               Meaning what is -- what -- what

\*\*\* CONFIDENTIAL \*\*\*

Page 95

1        capacity are we operating?  Where -- on the back

2        of the confirmation it says the capacity -- the

3        transaction is transacted over the counter in

4        New York and so on.  It also has a capacity code,

5        which is trading as principal or agent and so on.

6                Dubinsky -- okay -- is used to seeing a

7        retail confirmation, which would have the

8        opposite of that.  So he makes a big point in his

9        report of saying that Madoff reflected this wrong

10       for the customer.

11               All right.  He says that, you know --

12       now, that's -- there's -- nobody that was

13       familiar with the dealer markets would make that

14       kind of a statement.  It's -- it's -- quite

15       frankly, it's an embarrassment, you know, to --

16       to put that in the report.

17               All right.  He then says that it --

18       this was in violation of his agreement with the

19       customer to act as agent.  If you look at the

20       agreements that we have with our clients, and

21       there's a whole series of when a customer opens

22       an account agreement, where there's a trading

23       authorization and so on, it says that Madoff,

24       meaning Bernard L. Madoff, the client is giving

25       Madoff -- is appointing Madoff his agent to

*** CONFIDENTIAL ***

Page 96

1          transact business for the customer.

2                    So it says Madoff is the agent for the

3          customer.  It doesn't say that -- you know, so

4          that means that Bernard Madoff, myself, when --

5          he's authorizing me as the only person that is

6          authorized to transact the business with the

7          firm.

8                    So the firm is transacting business as

9          principal for their own account, which it clearly

10         states that on the confirmation.  He -- this

11         totally confused him for some reason.

12    BY MS. CHAITMAN:

13        Q.    Mr. Madoff, can I just stop you for a

14    second.

15                  I'm going to show you a statement, but if --

16    if a -- if a customer's statement says bought 100

17    shares of IBM --

18        A.    That means the customer bought it on the

19    statement.  The statement is showing it as the

20    customer bought.  Okay.  The statement is assuming the

21    customer -- that he's bought it from Madoff.

22                  He knows it, because Madoff is sending the

23    confirmation -- is sending the statement to the

24    customer, saying, you -- he's reflecting the

25    customer -- what the customer bought and sold.  It's

*** CONFIDENTIAL ***

Page 97

1    not reflecting who he --

2         Q.    Okay.

3         A.    -- bought and sold it from --

4         Q.    Okay.  So you're --

5         A.    -- because we already know that.

6         Q.    You're distinguishing between the

7    confirmation and the statements?

8         A.    The statement -- yes.  The statement is --

9    was -- the statement only shows a transaction on the

10   settlement date.  All statements are operated that way

11   with every brokerage firm.  The confirmation shows

12   both the trade date and the settlement date.

13                  MS. CHAITMAN:  Okay.  Let me mark as

14        Exhibit 8 the document to which you've been

15        referring.

16                  (MADOFF EXHIBIT 8 WAS MARKED FOR

17        IDENTIFICATION.)

18   BY MS. CHAITMAN:

19        Q.    And if I can just summarize this, this is

20   dated -- the trade date is October 14th, 2005.  The

21   settlement date is October 19th, 2005.  And it says --

22   you've crossed out the account number, but it says,

23   "Sold" -- "we sold 42 shares" --

24        A.    To the customer.

25        Q.    -- "of Wells Fargo"?

*** CONFIDENTIAL ***

Page 98

1      A.     To the customer.  Right.

2      Q.     Okay.  So, "we," is Bernard L. Madoff?

3      A.     Right.

4      Q.     So -- so let me just understand something.

5   So if the customer was buying 42 shares of Wells

6   Fargo, you wouldn't go into the marketplace and -- and

7   buy it for the customer?

8      A.     Well, we -- we could, but we buy it -- we'd

9   go into the marketplace and buy it for our own account

10  and then resell it to the customer.

11     Q.     Okay.

12     A.     That's how principal trades work.

13     Q.     Okay.  As a general statement with respect

14  to the investment advisory customers --

15     A.     Uh-huh.

16     Q.     Now, obviously from whenever in 1992 you

17  stopped executing split-strike trades, there weren't

18  any purchases and sales?

19     A.     That's correct.

20     Q.     So --

21            MR. SHEEHAN:  Object to the form.

22     Sorry.  What I'm going to do in the future is

23     just say form or object.

24            MS. CHAITMAN:  That's fine.  It doesn't

25     matter.

*** CONFIDENTIAL ***

Page 99

1           MR. SHEEHAN:  I don't want to interrupt

2       the flow.

3           MS. CHAITMAN:  Yeah, that's all right.

4    BY MS. CHAITMAN:

5       Q.    I want to exclude the period after you

6    stopped executing trades that were reflected on the

7    statement.  So whenever that was.  Okay.  Whether --

8    you know, whatever month of --

9       A.    Okay.

10      Q.    -- 1992 it was.  Let me take the time before

11   that.

12      A.    Yeah.  Well, he's -- the Dubinsky report

13   that was making the statement of a trade that was a

14   convertible bond trade that was actually made.  So the

15   example he's using -- he's not talking about a

16   split-strike.

17           He's talking -- he's saying that -- on the

18   convertible bond trade didn't really exist, because

19   Madoff's confirmation is incorrect.

20      Q.    Okay.

21      A.    So --

22      Q.    So let me -- so let me just try to

23   understand something.  I want to take the period -- I

24   want to limit my questions and your answers to the

25   period when you -- before the split-strike fraud

*** CONFIDENTIAL ***

Page 100

1  began.

2      A.    Correct.

3      Q.    Okay.  So we're going to go earlier than

4  whatever date that was in 1992, when the split-strike

5  trades were not executed.

6      A.    And the Dubinsky report that's making this

7  statement is referring to a convertible bond trade

8  that was in the period that you're talking about.

9      Q.    Okay.  So as to the convertible bond trades,

10  is it generally true that the customers were buying

11  from Madoff and selling to Madoff?

12      A.    Correct.  From Madoff's inventory that he

13  already had or that he just bought or sold.

14      Q.    Is -- is that true for everyone in the --

15  if -- if I take the convertible --

16      A.    Operating as a dealer.  Yes.

17      Q.    So with your investment advisory customers,

18  who were doing convertible arbitrage --

19      A.    Uh-huh.

20      Q.    -- their transactions always were with

21  Madoff?

22      A.    Correct.

23      Q.    So --

24      A.    All of our customers -- we always traded

25  for --

*** CONFIDENTIAL ***

Page 101

1      Q.    From your own inventory?

2      A.    Other than theoretically in options, we

3   traded from our own inventory.

4           Now, again, a dealer operates -- you -- a

5   customer may tell the -- we may decide to sell stock

6   to a customer or buy stock from a customer.

7           Now, we may already have that stock in our

8   inventory, and we're selling it to the customer from

9   inventory or the customer may -- we may not have the

10  stock in inventory.

11          So we have to go out and buy it into -- from

12  Wall Street, from the marketplace, into our inventory

13  and then resell it to the customer.  So that might

14  happen over a period of the same day or it might

15  happen over a period of a week and so on.

16          Which brings me to the next point.  Okay?

17  That --

18     Q.    Can you -- can you remember that?  Because I

19  have a question about this.

20     A.    Okay.  Go ahead.  Then give me that then.

21     Q.    Give me a word, so I can remind you about

22  your next point.

23     A.    I'll remember.

24     Q.    You promise?

25     A.    Yes.

*** CONFIDENTIAL ***

Page 102

1        Q.    Okay.  So -- so let's say that in the

2    convertible arbitrage strategy you had a need for

3    5,000 shares of IBM, because you were going to sell

4    them to the convertible arbitrage customers.

5        A.    Right.

6        Q.    Okay.  Mr. Dubinsky was looking for the

7    purchase of 5,000 shares of IBM on a specific date in

8    the market; right?

9                  MR. SHEEHAN:  Objection.

10                 THE WITNESS:  Uh-huh.

11   BY MS. CHAITMAN:

12       Q.    Is that what he should have been doing?

13       A.    I'm not sure I understand your question.

14       Q.    Okay.  Well, let me start it over again.

15             Dubinsky made the point in several instances

16   that with the convertible arbitrage strategy the

17   statements all together showed more purchases of a

18   particular security than he could find records for --

19       A.    Okay.

20       Q.    -- on the New York Stock Exchange.

21       A.    Okay.  All right.  So that's a -- that's a

22   different subject, but -- all right.  He -- if

23   we're -- he -- what Dubinsky was -- was trying to

24   establish or -- was that the -- the number of bonds

25   that we -- let's say convertible bonds, because we're

*** CONFIDENTIAL ***

Page 103

1    talking about convertibles, because we're referring to

2    bonds rather than stock.

3        Q.    Okay.

4        A.    Okay?  So Dubinsky is claiming that if we

5    show on a confirmation or in a customer account that

6    we bought stock -- we sold stock to a customer or

7    bonds to -- to a customer, that he looks to try and

8    establish that there weren't enough bonds that

9    actually traded in the marketplace at the time that we

10   claim that we bought the bonds for the customer.

11           All right.  So the way he researches that is

12   he looks on the New York Stock Exchange, you know,

13   number of bonds that traded on the New York Stock

14   Exchange, and shows that that was, let's say, 100

15   bonds, and Madoff bought 200 bonds for a customer.

16           So, therefore, he couldn't have possibly

17   bought 200 bonds for a customer, because only 100

18   bonds traded on the -- on the New York Stock Exchange.

19           All right.  Now, the -- the fallacy of that

20   is that, number one, convertible bonds, which is what

21   he's researching here, do not trade on the New York

22   Stock Exchange.  They trade over the counter.

23           And to demonstrate that I happen to -- I

24   brought this.  This is a very expensive book, I was

25   told.  I happened to find it in the library here, for

*** CONFIDENTIAL ***

Page 104

1    some strange reason.  It's the -- it's the Bible of --

2    of the bond markets.  All right.

3                   MR. GOLDMAN:  Tell us the title, so we

4        have it.

5                   THE WITNESS:  It's the, "Bond and Money

6        Markets:  Strategy, Trading, Analysis."

7    BY MS. CHAITMAN:

8        Q.    And who is the author?

9        A.    Moorad Choudhry or something of that sort.

10                  MR. SHEEHAN:  Could we have the

11       spelling of that since we won't be able to take

12       the book with us?

13                  THE WITNESS:  Moorad --

14                  MS. CHAITMAN:  Okay.  So the -- the

15       book is written by, M-o-o-r-a-d, and then his

16       last name is, C-h-o-u-d-h-r-y.  And it's

17       published by Butterworth-Heinemann Finance, and

18       it's called the, "Bond and Money Markets."

19                  MR. SHEEHAN:  What edition is it?

20       Sorry.  So I don't want to have the wrong book.

21                  MS. CHAITMAN:  You know what?  I'll let

22       you look at it.  It -- it's -- it's first

23       edition.

24                  MR. SHEEHAN:  Okay.  Fine.

25                  MS. CHAITMAN:  First edition.

*** CONFIDENTIAL ***

Page 105

1                    THE WITNESS:  All right.  You know, I

2          happened to have made a copy of this.  It's

3          discussing the secondary market, which is

4          what's -- you know, when you -- when you buy and

5          sell stock for clients, you're buying in the

6          secondary market, as opposed to the primary

7          market.

8                    The primary market is when a company

9          goes public, they sell stock in the primary

10         market.  All right.  Then after the company sells

11         that stock to the public, it then trades -- the

12         stock trades for the rest of the -- its life in

13         the secondary market.  All right.

14                   MR. GOLDMAN:  Bernie, you keep saying,

15         "stock."  You mean bond too; right?

16                   THE WITNESS:  Same thing.

17                   MR. GOLDMAN:  Okay.

18                   THE WITNESS:  You know.  So, you know,

19         it basically is talking about -- you know, this

20         section was -- was talking about convertible

21         bonds.

22                   It says here -- it says, "Corporate

23         bonds virtually everywhere are traded on an

24         over-the-counter, OTC, basis.  That is directly

25         between counterparties over the telephone."

*** CONFIDENTIAL ***

Page 106

1          Meaning people like Madoff.

2                   "Bonds are usually listed on the

3          exchange."  I'll read what it says.  "On the New

4          York Stock Exchange a low volume of trading in

5          bonds takes place on the exchange itself, but

6          this is dwarfed by the volume of trading in the

7          bonds in the over-the-counter market."

8                   In other words, what they're stating is

9          that, although, this is a bond that is listed on

10         the New York Stock Exchange, you know, most of

11         the trading takes place in that bond in the

12         over-the-counter market.

13                  It's a listed bond.  So you can buy it

14         on the New York Stock Exchange, but no one does

15         that.  It's traded over the counter.  So

16         Dubinsky, you know, looks -- when he looks -- for

17         example, it would be the same thing if he looked

18         on the equity side of the market.

19                  Let's say in -- in a split-strike

20         trade.  If he looked in -- because IBM trades on

21         the New York Stock Exchange, if you just looked

22         at the volume on the New York Stock Exchange to

23         try and account for that -- for the customer

24         trading, if the customer traded in the

25         over-the-counter market, which is where we trade,

*** CONFIDENTIAL ***

Page 107

1       and where everybody else trades today, where it

2       used to be 99 percent of the market, as I said

3       earlier, traded on the floor of the exchange, now

4       ten percent trades on the floor of the exchange,

5       and the rest of it trades everywhere else.

6               And the convertible bonds have always

7       been that way.  In other words, so that Dubinsky

8       looks at the -- in order to say, well, Madoff

9       says he bought 200 bonds for a client.

10              Now, I'm looking on -- you know, in his

11      report.  He -- he looks on the New York Stock

12      Exchange, and clearly he sees that that doesn't

13      match.

14              He's ignoring the over-the-counter

15      market.  Even though in one of his examples it

16      says the bond trading on the New York, and then

17      it also says OTC market.

18              But bonds -- that was the price range

19      he was trying to establish in that.  There is --

20      if you spoke to anybody that knew anything -- you

21      know, and I'm not trying to be -- I'm not trying

22      to, you know, be sarcastic with him, but if you

23      spoke to any other person, you know, that -- that

24      understood how the markets work, and you said,

25      I -- I just looked at the New York Stock

*** CONFIDENTIAL ***

Page 108

1      Exchange, and he said, well, wait a minute.

2      Nobody trades bonds on the New York Stock

3      Exchange.  They trade them in the

4      over-the-counter market.

5              So, you know, that was to me sort of

6      surprising, that anybody would do that.  It -- it

7      demonstrated, you know, a total lack of

8      understanding.

9              Again, this is not -- I don't want to

10     be unfair to the man.  I've had 50 years of

11     experience dealing in things like this, where

12     people who, you know, understand -- I wouldn't

13     understand how lawyers operate.

14             Okay.  So if you asked me how I'm

15     supposed to give a deposition or anything else, I

16     would not know.  Of course, now I'm becoming an

17     expert on that also, but it would not be -- I

18     wouldn't -- you know, it wouldn't mean that --

19             I'm not saying Dubinsky is not a smart

20     guy.  He may be a very smart guy.  He -- his CV

21     is very good, but I've -- I've dealt with tons of

22     people that are smart people and are experienced

23     people, but, you know, it's like a brain surgeon

24     going to a dentist for -- to have a brain surgery

25     done.

*** CONFIDENTIAL ***

Page 109

1              All right.  So, to get back to your

2        statement, his -- his lack of understanding how a

3        confirmation in a dealer market works, which is

4        clearly a mistake, or where the volume were

5        traded is another mistake.

6              He -- he goes on to make another

7        mistake when he talks about the price range.

8        Now, that's a little bit more complicated.  Now,

9        all of our transactions are -- are what's called

10       average price transactions.

11             If you look on the back of my

12       confirmation -- I'm going to take this for a

13       second again -- it states, "Customer equity

14       transactions" -- because this is an equity, being

15       it says -- so it doesn't matter.  It would be the

16       same thing with bonds.

17             It says, "As per your authorization and

18       instructions, we have executed this transaction

19       for your account."

20             All right.  It says, "Unless stated

21       otherwise on the front of this confirmation, the

22       trade price of your transaction is an average

23       price and includes a commission equivalent of

24       four cents per share markup.  Full details of

25       this transaction on request."

*** CONFIDENTIAL ***

Page 110

1              In other words, an average price

2        transaction is when we buy stock for a customer

3        or, you know, we buy stock.  We -- we may start

4        buying the stock on a Monday, and we may buy that

5        Monday, Tuesday, Wednesday, Thursday, Friday.  So

6        we may buy a -- 1,000 shares over a period of

7        three days, four days or five days.

8              We start on a Monday.  We may finish on

9        a Friday.  That's typically because we're buying

10       a large amount of bonds or stock for a client.

11       And we may start buying the -- let's say, the

12       bond at 98, and then we may wind up paying 100 by

13       the time Friday is, because as the market moves.

14             So we're accumulating stock, a number

15       of shares or bonds, over an average number of

16       days at an average price.

17             So if we start buying a bond, let's

18       say, at 98, and we wind up finishing buying it at

19       100, as the market moves up, we bought stock --

20       the bonds at 98, 99, 99 and a quarter and so on

21       and so forth.

22             When we report the trade for the

23       customer on Friday, which is when we're finished,

24       we may have paid 90 -- 99 and three-quarters on

25       the bond.  All right.  What Dubinsky -- you know,

*** CONFIDENTIAL ***

Page 111

1      that was the average that we accumulated for the

2      customer.

3                  Now, the 99 and three-quarters was

4      bought over a period of three days.  If -- if you

5      look at -- if he looks at the price, the range of

6      the stock, the price on the day that appears on

7      the confirmation, it may show 100, which was

8      where this -- the closing price was on that day.

9                  All right.  But, you know, we may -- we

10     may sell it to the customer at 99 and

11     three-quarters, which was the average price of

12     that stock.  He -- he thinks that that's a

13     mistake.

14                 How could we have bought the stock for

15     the customer at 99 and three-quarters, when it

16     shows that -- it shows that the cheapest price

17     the stock traded was 100.

18                 So he's saying that Madoff is -- is

19     buying stock cheaper than he could have bought it

20     in the marketplace.  He's not accounting for the

21     fact that we started buying it, you know, three

22     days.

23                 In other words, it wasn't -- he thinks

24     it was all bought at one price on that day.

25     Okay.  If he -- if he bothered to read the back

*** CONFIDENTIAL ***

Page 112

1          of the confirmation, which he probably never did,

2          you know, it clearly states that these are

3          average price transactions.  They're not one

4          price.

5                    Okay?  We're --

6                    MR. SHEEHAN:  I just have a little

7          housekeeping.

8                    MS. CHAITMAN:  Yeah.

9                    MR. SHEEHAN:  I'd like -- he read from

10         that.  I'd like to get that marked.  That.

11                   MS. CHAITMAN:  This -- this marked.

12                   MR. GOLDMAN:  The photocopy.

13                   MR. SHEEHAN:  And his notes too.  He's

14         reading from notes.

15                   THE WITNESS:  This is just --

16                   MS. CHAITMAN:  That page.  Okay.  Good.

17         Okay.  So I'm going to mark as Exhibit 9, this is

18         a page from the volume that we've just described.

19         It's page 323.

20                   MR. SHEEHAN:  Great.  And I think he

21         had his notes that he was reading from too.

22         So --

23                   MS. CHAITMAN:  Did you have notes that

24         you were reading from?

25                   MR. SHEEHAN:  Yeah.

*** CONFIDENTIAL ***

Page 113

1                  MR. GOLDMAN:  Yeah, there was.

2                  THE WITNESS:  Where did I put them?

3                  MS. CHAITMAN:  Were there -- I did mark

4       notes before.  Are there new notes?  I didn't

5       notice.

6                  MR. SHEEHAN:  Yeah, there were notes

7       that were part of the --

8                  THE WITNESS:  Here they are.

9                  MS. CHAITMAN:  Okay.

10                  MR. GOLDMAN:  There they are.

11                  MS. CHAITMAN:  Can I mark that?

12                  THE WITNESS:  You can have it, but it's

13      my only copy.  Okay.  I am not finished with it

14      yet.  So don't -- don't take it.

15                  MS. CHAITMAN:  No.  I'm not taking it.

16                  (MADOFF EXHIBIT 9 WAS MARKED FOR

17      IDENTIFICATION.)

18                  MS. CHAITMAN:  I'm going to mark as

19      Exhibit 10 some handwritten notes that Mr. Madoff

20      has been referring to, and I'm going to give it

21      back to Mr. Madoff.

22                  (MADOFF EXHIBIT 10 WAS MARKED FOR

23      IDENTIFICATION.)

24                  MR. SHEEHAN:  For the record, there's

25      notes on the back of that page too.

*** CONFIDENTIAL ***

Page 114

1                    MS. CHAITMAN:  Yeah, yeah.

2                    MR. SHEEHAN:  That'll be fine.

3                    MS. CHAITMAN:  But it's all one

4     exhibit.

5                    MR. SHEEHAN:  Yes.  It is one exhibit.

6                    MS. CHAITMAN:  Yeah.

7                    THE WITNESS:  Okay.  So --

8    BY MS. CHAITMAN:

9         Q.    So let -- just to catch up.  One mistake he

10   made was not understanding that on the trade

11   confirmations it -- Madoff -- the firm is buying -- if

12   it says, "bought," it means Madoff, the firm, bought?

13        A.    It means that -- it means -- yes.  The,

14   "we," refers to the firm, Madoff, bought from the

15   customer or sold to the customer.

16        Q.    To the customer.  Okay.  And -- and sold

17   from the firm's own inventory?

18        A.    That's correct.

19        Q.    Okay.  And then you've made the point that

20   Dubinsky looked for confirmation of the volume on the

21   New York Stock Exchange or the London Stock Exchange,

22   and, in fact, the convertible bonds were not sold on

23   the -- you didn't buy them on the --

24        A.    We traded in the over-the-counter market.

25        Q.    Right.

*** CONFIDENTIAL ***

Page 115

1      A.      And there was not even volume reported -- in

2   the days -- the period of time he's looking for there

3   was no volume -- actually, the majority of the volume

4   was never reported in the over-the-counter market,

5   because there was no volume requirements to report

6   volume in bonds in the over-the-counter market until a

7   later date.

8      Q.      Okay.  Do you --

9      A.      It was very -- it was a very -- I don't --

10  it was very hazy, the -- the volume reporting

11  requirements on -- on bond -- in the bond market was

12  never really -- it was that way -- to this day it's

13  sort of a gray area.

14     Q.      Okay.  All right.  Now -- now you want to

15  go -- do you have another area that you want to cover?

16     A.      We've covered the confirmations and the

17  statements, and we've covered the volume, and we've

18  covered the price.  So basically what I'm saying is

19  his -- his criticism of the price of the volume and of

20  the confirmations and statements are inaccurate.

21     Q.      Now, Mr. Dubinsky says that there's no proof

22  that the bonds were converted.

23     A.      Okay.  A -- the -- the typical strategy on

24  convertible bonds is not to convert.  In other words,

25  nobody in their right mind should ever -- if a

*** CONFIDENTIAL ***

Page 116

1    convertible bond exists, you would never buy the

2    stock, as opposed to buying the bond, if you could buy

3    the bond at a discount.

4            In other words, a convertible bond trade --

5    a convertible bond -- let's say a bond is convertible

6    into 100 shares of stock at $10 a share.  All right.

7    The -- the convertible bond always should trade at a

8    premium above what it's convertible into the price of

9    the stock at, because it has a coupon attached.  It

10   pays interest.

11           So convertible bonds typically trade at a

12   premium.  In other words, the bond theoretically would

13   be worth 100 based upon the price of the stock at ten.

14   The bond should always trade above 100.

15           It should trade at 101, 100 and a half and

16   so on, because of the fact that the convertible bond

17   is always -- is always going to be worth more than the

18   stock, you know, because of the coupon that it has to

19   it.

20           So convertible bonds sometimes trade at a

21   discount, but rarely.  Usually they trade at a

22   premium.  All right.  When you combine a bond at -- a

23   convertible bond at a -- at a discount, you could

24   theoretically buy the bond, let's say, at 98, when it

25   really should be selling at 100.

Page 117

1            All right.  Because you could buy the bond

2    at 98.  Sell the stock at ten.  Would be -- you'd make

3    a two point profit by converting it.  So ideally you

4    would say, okay.  If you -- because then you'd have no

5    risk.

6            You'd immediately buy the bond at a

7    discount, sell the common stock simultaneously at a

8    profit, and then convert one into the other.  You

9    exchange the bond by selling -- sending it to the

10   conversion agent and say, here is your bond back.  You

11   know, I want stock back.  And then you'd deliver the

12   stock out, and you'd make a profit.

13           But most bonds trade at premiums, which is

14   what they shouldn't be doing.  All right.  So the

15   typical strategy of a convertible bond trader would be

16   to -- to buy the bond either at a discount, which

17   allows you to convert it immediately and make a

18   profit, or hold the bond open and wait for the bond to

19   go to a premium, where it historically should trade

20   at, and then you sell out the bond, cover the stock

21   and un -- what's called unwinding the transaction.

22           Which Dubinsky in his report does state that

23   that is one of the -- he has that right.  That that is

24   the -- you do that kind of trading, you know, either

25   buying it and converting it or unwinding the

*** CONFIDENTIAL ***

Page 118

1  transaction.  He acknowledges -- he has that -- that

2  part right.

3          He doesn't go into the fact that most bonds

4  should not be converted, but anybody that is familiar

5  with convertible bond trading would know that.

6          All right.  The -- so what Dubinsky then

7  does is he says that Madoff, you know, who -- who did

8  buy bonds at a discount and sell the stock, you know,

9  accordingly, it had a locked-in profit, he never

10 physically converted -- he never sent the bonds in to

11 be converted, you know, and take the profit that way,

12 which he should have -- he should have done, you know.

13          But he said, there's no evidence that he

14 ever put the bonds into conversion, because typically

15 he would have found in our records, he assumes, some

16 sort of instructions to the conversion agent to

17 convert the bonds into stock.

18          All right.  And if, in fact, we did that, he

19 would -- he would find those instructions, but our

20 strategy, as he acknowledges, as most people's

21 strategy would be, to -- to not convert.  He doesn't,

22 you know, really go into the details of that.

23          So our strategy is basically buy the bond,

24 sell the stock.  And even though we have a profit and

25 could convert it and lock in the profit, is we don't

*** CONFIDENTIAL ***

Page 119

1   convert it.  We hold it open, and then we undo the

2   whole transaction when the premium goes back to where

3   it should be.

4           As a matter of fact, when David Kugel was

5   first hired by me his job was to track all of the

6   convertible bonds that traded in the marketplace.  And

7   we had a -- a whole spreadsheet that -- that we

8   developed for him that tracked what every bond that

9   was trading in the marketplace historically traded at.

10          So it would look and see that -- let's say

11  IBM bonds traded over this past two years always went

12  to a two point premium.  It always traded at a two

13  point premium.

14          You know, every now and then it -- it would

15  go to a -- a discount or a one point premium, and

16  then, you know, it would go back to that premium.  So

17  we would track them historically.

18          And we would always look to see when the

19  bond was -- you know, was changing its relationship.

20  And then we would go into the marketplace and buy

21  those bonds.  And that's what all convertible bonds

22  traded, but that was our specialty, was trading this

23  way.

24          All right.  But anybody that was a good

25  convertible bond trader did the same thing.  It was

*** CONFIDENTIAL ***

Page 120

1    not unique to us.  We happened to do more of it than

2    most people.

3              All right.  So our goal was to not convert.

4    It was -- it was basically to unwind the transaction.

5    All right.  So because he -- he could never see that

6    we were actually converting, and -- and he did find

7    some that we converted, but not -- you know, but there

8    were instances -- he made the assumption that we would

9    always convert, and that -- that's totally untrue.

10             All right.  Because what we would do would

11   be when -- when the premium went to where we expected

12   it to go to, we would, what's known as, unwind it or

13   swap the transaction, which another dealer that had

14   the transaction.

15             The problem -- the customer would make -- he

16   could make more money theoretically, you know, within

17   what we -- than what he made had we actually converted

18   it.  He could make a greater profit or he could make

19   the same profit.  It didn't matter.

20             But as a dealer our goal was to keep bonds

21   out of conversion, because the more you kept the bonds

22   out of conversion, you kept them open in the

23   marketplace to trade at a -- at a future time.

24             So -- because once you convert a bond it's

25   out of existence any longer.  So the goal of all

*** CONFIDENTIAL ***

Page 121

1    traders is to keep these bonds in circulation.  So you

2    could --

3              It would be like if a customer -- if

4    everybody took the stock that they bought, and they --

5    and they -- the company bought back more of their

6    stock, when a company, like IBM, buys back their stock

7    in the marketplace, they're taking it out of existence

8    anymore.  Nobody can trade that stock.  So everybody

9    wants to keep these bonds in circulation.

10             All right.  Now, another mistake that he

11   makes is if, in fact, we did convert -- you know, he

12   makes the assumption that we would physically put the

13   bonds ourselves into conversion, which, you know, I

14   can understand him thinking that we would do that.

15             All right.  But he makes the assumption that

16   because he didn't see any instructions from Madoff to

17   the conversion agent, that we didn't convert.

18             What he seems to not understand, which I can

19   understand him not understanding, is we had -- he

20   thinks our only bank was J.P. Morgan and Bank of

21   New York, which -- in the 2000's those were our main

22   banks.

23             J.P. Morgan was our primary bank when we

24   were dealing with customers in split-strike, and our

25   operating bank when we were dealing with our

*** CONFIDENTIAL ***

Page 122

1   market-making and dealer in -- in general, doing

2   hundreds of thousands of trades, were handled through

3   Bank of New York, which was our operating bank.

4         All right.  In the period that he's looking

5   at the convertible bonds in the '70s and the '80s, we

6   had -- our banks were Chase Manhattan Bank,

7   Continental Bank, Commercial Bank of North America,

8   Meadowbrook National Bank, Marine Midland Bank.

9         You know, we also had clearing arrangements

10  with -- with Barclays, with Carlo LaBorde (PHONETIC) &

11  Company, Edwards & Hanley (PHONETIC) and others.  In

12  other words --

13      Q.    Bear Stearns?

14      A.    Huh?

15      Q.    Bear Stearns?

16      A.    Bear Stearns.  So he like -- he doesn't see

17  any of that, because he wouldn't.  He's looking at --

18  you know, in the -- in the more recent period those

19  banks have already been merged out or don't exist any

20  longer.

21        You know, when we -- when we did convert

22  bonds -- and we did convert bonds, you know.  We

23  didn't -- you know, the -- the majority of what we

24  unwound, but we looked -- when we did convert a bond,

25  we would convert the bond through one of those agents,

*** CONFIDENTIAL ***

Page 123

1    like Commercial Bank of North America, because if the

2    bank's conversion agent was in Chicago, and we wanted

3    to convert it, we would have -- we would have had

4    to either send somebody out to Chicago or a messenger

5    to convert the bond or mail it and hope that the

6    mail -- the bonds actually got there.

7              You would never do that.  You would -- you

8    would give it to a bank, you know, and the bank would

9    convert it for you.  So we would give it to the

10   Commercial Bank of North America.

11             They had -- they were a large clearing bank,

12   and they would physically convert it with arrangements

13   through whoever the conversion agent was doing that.

14             All right.  He doesn't -- he has no way of

15   knowing that, because those banks weren't -- he

16   doesn't even know those banks existed when they were

17   there.  So the banks themselves, which we would

18   convert, would -- would draft out.

19             It was the same thing like when we would

20   deliver -- before we formed the clearing corporation

21   on equities, if you sold stock to a brokerage firm in

22   Chicago, in order to get paid for that you would have

23   to mail that stock to Chicago and hope that they sent

24   you a check while the bank -- you know, when they

25   finally got it.

*** CONFIDENTIAL ***

Page 124

1          All right.  As opposed to when we developed

2   a clearing corporation, meaning the National

3   Securities Clearing -- Clearing Corporation, NTTC, you

4   know, we would -- they would clear the whole

5   transaction.

6          So it would -- you know, of course, the

7   industry -- another thing I got blamed for was

8   founding the clearing corporation, because Wall Street

9   cleared all of their transactions through basically a

10  couple of major banks, like Citicorp, Chase and so on.

11         Nobody -- they handled -- they -- brokerage

12  firms themselves didn't all have the facilities --

13  back office facility.  So a bank used to clear those

14  trades for them.  The banks -- that was a great

15  business for banks.

16         So the industry, because of the paperwork

17  crisis, decided they had to have a -- they had to have

18  a clearing corporation developed to clear the trades

19  for the industry.

20         The major banks in the United States went

21  crazy with that concept, because they wanted to keep

22  all of the business themselves.  They wanted brokerage

23  firms to be required to -- to use the banks to clear

24  the transactions rather than have a clearing

25  corporation.

*** CONFIDENTIAL ***

Page 125

1        But finally we -- you know, the SEC put

2    enough pressure on people to develop a clearing

3    corporation.  So we formed the National Securities

4    Clearing Corporation, which I became the chairman of.

5        And then we merged also Depository Trust

6    into that.  So that brokerage firms would send their

7    deliveries of stocks rather than through the mail,

8    where you have to use the bank to do that, to use a

9    clearing corporation, which settled all of the trades

10   for the whole industry.

11       So what -- what happens today -- I'm telling

12   you more than you probably are interested or wanting

13   to know, but if I -- I may buy stock -- you know, sell

14   10,000 shares to Merrill Lynch and 10,000 shares to

15   someone else and so on and so forth.

16       And buy and sell all day long with -- you

17   know, like we did hundreds of thousands of

18   transactions as -- as the report points out.  The

19   clearing corporation nets all of these transactions,

20   you know, among the Wall Street brokerage firms.

21       And at the end of the day they net out -- I

22   may have bought and sold a million shares during the

23   day, but the net comes out to 500 shares between all

24   my buys and sells.

25       They send me a bill at the end of the day

Page 126

1    that I either have to pay on the 500 shares or get a

2    check for the 500 shares of stock.  And all of the

3    banks went out of the clearing business, and now it's

4    all handled by the National Securities Clearing

5    Corporation Depository Trust.

6        Q.    Okay.  I want to go back, because that's one

7    of the things that Dubinsky talks about, that he can't

8    find trade confirmations.  Now, we're dealing with --

9        A.    So --

10       Q.    -- the convertible arbitrage strategy --

11   strategy in the 1980s.

12               THE COURT REPORTER:  Can I ask for a

13       break?

14               MS. CHAITMAN:  Of course.  Of course.

15               THE VIDEOGRAPHER:  Going off the

16       record.  The time is 12:09.

17               (RECESS FROM 12:09 P.M. TO 12:16 P.M.)

18               THE VIDEOGRAPHER:  Back on the record.

19       The time is 12:16.

20               THE WITNESS:  Okay.  So I think we were

21       at the -- the clearing of -- oh, so that his

22       inability to find instructions to convert bonds,

23       you know, all the time was that he was not aware

24       of the fact that if we did convert bonds we had

25       the ability and did convert bonds through other

*** CONFIDENTIAL ***

Page 127

1    clearing -- other clearing banks.

2  BY MS. CHAITMAN:

3       Q.    So that you wouldn't have the records for

4  that?

5       A.    Wouldn't -- they would not exist, because

6  there would be no way that we would put the bonds

7  physically for the most part -- we did some -- some of

8  them, depending upon what the year it was and what he

9  was looking for, but, as I say, the idea was not to --

10  to actually convert, but --

11       Q.    Right.

12       A.    -- to arrange a swap arrangement --

13       Q.    Right.

14       A.    -- or a clearing arrangement.

15       Q.    Okay.  Now, he also makes the point that he

16  couldn't find trade confirmations.

17       A.    Okay.  That -- when -- one of the times

18  that -- when you first came down, if you still

19  remember --

20       Q.    And when you say, "you," are you --

21       A.    Meaning David Sheehan --

22       Q.    Sheehan.

23       A.    -- and his staff of attorneys came down

24  here.  I think it was at that time that they mentioned

25  to me that they could not find confirmations --

*** CONFIDENTIAL ***

Page 128

1   counterparty confirmations on transactions.

2        So -- and we were buying and selling stock

3   through other brokerage firms for clients.  They

4   expected us to -- they saw that we had confirmations

5   selling and buying stocks from the customer, but they

6   did not find any confirmations to the broker.

7        All right.  Now, number one, if we were

8   dealing as principal, which clearly our confirmations

9   stated, and we always did it as principal, we would --

10  there wouldn't be a counterparty on the other side of

11  the trade, because we were the counterparty on the

12  other side of the trade.

13       But when we did go out into the street to

14  buy the stock, you know, there would be a

15  counterparty, you know, on the other side of the

16  trade.  He couldn't find the confirmation.  So he saw

17  thousands of confirmations with clients, but he never

18  saw any broker confirmations, period.

19       So he said to the -- you weren't buying and

20  selling stock from anywhere.  You know, there were no

21  confirmations.  And I looked at him, and I said, well,

22  no.  You know, I was sort of -- didn't understand the

23  question, because I didn't understand why he expected

24  there to find confirmations.

25       Q.    When you say, "him," to whom are you

*** CONFIDENTIAL ***

Page 129

1    referring?

2        A.    The trustee.

3        Q.    Okay.

4        A.    And -- so it was that -- you know, I then

5    realized that, you know, he expected to find -- you

6    know, just as he found a broker confirmation, he

7    assumed that every time we went and sold or bought

8    stock from a customer we bought it from another

9    broker, which sometimes we did.

10            Sometimes we bought it out of inventory.  If

11   it was bought out of inventory, there wouldn't be --

12   there would be a customer confirmation at an earlier

13   date that -- that we put it into our inventory, but --

14            All right.  But, I said, there -- there are

15   no confirmations.  And that sort of went on deaf ears.

16   Now, number one, I said, first of all, you're looking

17   at -- we don't -- we don't keep any records of

18   customer confirmations from the past six years.

19            I said, the record retention period for the

20   industry is six years.  So after six years everybody

21   gets rid of all of their records.  You can imagine, we

22   do hundreds of thousands of trades everyday.

23            If we -- if we kept paperwork for all of

24   those transactions, you know, it would be impossible.

25   I said, so we keep customer confirmations for, you

*** CONFIDENTIAL ***

Page 130

1    know, a longer period of time, because customers need

2    that for tax purposes, audits and so on and so forth.

3            But a general policy, we don't keep records

4    for more than six years, because that's what the

5    record retention period does.  Even though we did have

6    records, because -- and I used to always yell at my

7    people.

8            I used to say, after six years, get rid of

9    everything, because I'm paying for storage on this

10   stuff.  But I said, wait a minute.  I said, you

11   won't -- you won't find confirmations for any of my

12   trades.

13           I said, I do hundreds of thousands of

14   shares -- of trades everyday.  I said, you don't

15   find -- you can't find any of those confirmations.  I

16   said, so are you now assuming because you can't find a

17   confirmation when my market-makers or proprietary

18   traders bought hundreds of thousands of trades

19   everyday that those trades didn't take place either?

20           And there was no answer.  I said, first of

21   all, are you aware of the fact that brokers stopped

22   issuing confirmations years ago?

23       Q.    How --

24       A.    Because of the clearing corporation.

25       Q.    How many years ago?

*** CONFIDENTIAL ***

Page 131

1      A.     Well, there's what's called a continuous net

2   settlement, which I started to say.  In other words,

3   when we buy and sell stock all day long, anybody buys

4   and sell stocks when they're long, they don't issue a

5   counterparty confirmation to Merrill Lynch, because

6   those trades are reported automatically through the

7   clearinghouse, and you get -- you don't get

8   confirmations.

9          Customers get -- confirmations get mailed

10  out back and forth, but the industry does not issue

11  confirmations to each other, you know, as a general

12  rule.  You can, if you want, but nobody would do that.

13          So I said, so making your supposition that

14  you can't find a confirmation from a brokerage firm on

15  the other side of a customer trade, and you can't

16  find -- you won't find a confirmation on the other

17  side of a - of a non-customer trade either, because

18  they don't -- I don't have any customer confirmations

19  in my records.

20          I said, how can you not understand that?

21  Now, maybe -- like my lawyers -- you can't expect him

22  to understand.  They're lawyers.  They're not

23  brokerage firms.

24          I said, all right, but you're asking me

25  questions -- you know, they're asking me questions

*** CONFIDENTIAL ***

Page 132

1    that they have to get somebody that explains that.

2            Now, certainly Dubinsky would know that, but

3    he doesn't even mention -- in fairness to Dubinsky, he

4    doesn't -- he doesn't mention anything about this

5    confirmation issue, because he clearly knows that

6    much.

7            This was the trustee, Irving Picard, and his

8    attorneys, or, I guess, and David's partners or

9    whatever.  And maybe they had no reason to know that

10   either, because the average person would not know

11   that.

12       Q.    When did the continuous net settlement

13   system come into place?  Was it in place in the '80s?

14       A.    Yes.  Probably in the '80s.

15       Q.    Okay.

16       A.    So --

17       Q.    So how -- how does that work?  At the end of

18   the day you just get a computerized printout --

19       A.    Right.

20       Q.    -- with -- with the net amount that you have

21   to sell --

22       A.    Right.

23       Q.    -- or receive?

24       A.    Right.

25       Q.    Okay.  Okay.  And if you were doing

*** CONFIDENTIAL ***

Page 133

1   over-the-counter purchases and sales of subordinated

2   bonds, convertible bonds --

3         A.    Yeah.

4         Q.    -- was that done on a continuous net

5   settlement basis also?

6         A.    No.

7         Q.    How was that done?

8         A.    It was just -- it was -- you wouldn't issue

9   a confirmation.  It was -- well, it depends -- you

10  want to know about a convertible bond for a -- for a

11  claim?

12        Q.    When you were doing the investment -- I'm

13  focusing on the 1980s.

14        A.    Right.

15        Q.    The convertible arbitrage transactions.

16        A.    Uh-huh.  We wouldn't have -- there wouldn't

17  be -- it -- we would issue, you know, a -- we would

18  issue a confirmation there, but we wouldn't have those

19  in our records in the '80s, because we don't hold the

20  confirmations after six years.

21        Q.    Right.  And the -- if you were -- you were

22  selling to the customer, you had a confirmation, but

23  when you were buying it --

24        A.    There wouldn't be a confirmation.

25        Q.    -- for inventory, there wouldn't be a

*** CONFIDENTIAL ***

Page 134

1    confirmation?

2        A.    No.  Not -- not after six years.

3        Q.    Okay.  Okay.  So we're -- we're going -- we

4    started out listing the mistakes that you felt --

5        A.    Right.

6        Q.    -- Dubinsky made.  Did he make a mistake

7    with respect to using the trade date versus the

8    settlement date; is that what you covered already?

9        A.    The average price.  Yes.

10       Q.    Okay.

11       A.    On the ranges?

12       Q.    Yeah.

13       A.    Well, it's -- if you look at the range on --

14   you wouldn't have -- there wouldn't be a -- there

15   wouldn't be a record of the ranges.

16            Well, first of all, you can't even use the

17   ranges, because you'd have to -- well, he -- in order

18   to -- in order -- in other words, if the SEC was doing

19   an audit, which they did all of the time as to, you

20   know, best -- what's called best execution, they would

21   actually look and see, you know, what dates you bought

22   this stock.

23            Okay.  You know, if it was an average price

24   transaction, they would have to go back and look at

25   all of the days, you know, that you accumulated the

*** CONFIDENTIAL ***

Page 135

1    stock, not just use the last day that you reported the

2    trade to the customer, because they understand what an

3    average price is.

4            Now, the only ones -- typically if you call

5    up a broker, and you tell him, buy me, you know, 50

6    shares of IBM or 200 shares of IBM, they would

7    actually -- they wouldn't do that over the course of a

8    day.

9            All right.  Because that -- you know, they

10   would just buy -- it's a small amount of a lot, but if

11   you're dealing with -- with discretionary accounts or

12   you're accumulating a larger -- with a -- a portfolio

13   of accounts, the way we always traded, you would

14   always do an average price transaction.

15           So they -- what they would have to do is go

16   back, which they would do, and see what was your real

17   average price.  They would verify what the average

18   price was, not just look at the last day, because they

19   would realize that you would never be able to find

20   a -- you would rarely be able to find a match, because

21   you'd --

22      Q.    Right.

23      A.    -- have done it, you know, at different

24   periods of time.

25      Q.    Right, right.  Are there other general

*** CONFIDENTIAL ***

Page 136

1    mistakes that you can recall from --

2         A.    Well, we -- he mentions that David -- well,

3    he talks about David Kugel as -- you know, he mentions

4    in the report that David Kugel -- in other words, he

5    acknowledges that they don't have records going back

6    to the time that David -- he's talking about David

7    Kugel, because we don't -- there are no records.

8              So he's -- he points out as a footnote that

9    he's using David Kugel's information to plea bargain

10   that he created fictitious trades.  Now, as I stated

11   before, that makes no sense to me at all.

12             And I think that David Kugel -- I'm not

13   even -- I'm not saying that he's lying.  I'm saying

14   that he misinterpreted -- what he said when he created

15   a trade, he's misinterpreting what he's saying.

16             In other words, if -- if -- if I -- if I

17   give instructions to -- you know, if I wanted -- if I

18   decide I want to sell stock to a customer out of my

19   inventory, I -- I could say to someone like David

20   Kugel, you know, I want to sell stock to -- I want to

21   sell, you know, IBM to the client.

22             So we have 100 bonds in -- 100 convertible

23   bonds in the account.  I want to sell to Carl Shapiro,

24   you know, 20 bonds.  You know, I want to do a

25   convertible trade for him.

*** CONFIDENTIAL ***

Page 137

1          Give instructions, you know, to Annette to

2    buy, you know, convertible bond, you know, for -- for

3    Carl Shapiro, and, you know, just tell her what --

4    tell them what the formula -- what the formula is, so

5    she knows how many bonds -- how to set the trade up.

6          He -- you know, he would write these

7    instruction sheet -- this -- this convertible bond,

8    you've got to -- if you're going to do 50 bonds, you

9    know, this is -- this is how many bonds, and this is

10   how much stock you sell.

11          And it gives her like -- she then looks at

12   my inventory record and sees, okay.  He -- he has X

13   number of bonds he can convert.  Takes it out of --

14   out of the investment account or the firm's trading

15   account into this customer account.

16          So David Kugel has no idea, nor has any

17   other trader, what the -- what the firm's net

18   inventory.  We could have -- we could have -- we have

19   five different traders trading IBM convert.  They're

20   all competing with each other.

21          They don't want to -- they never want David

22   to know what his position is, because he -- you know,

23   they're competing with him.  That's part of the

24   strategy of the firm, all market-making firms.

25          So he -- if -- if -- if someone says, well,

*** CONFIDENTIAL ***

Page 138

1    give them instructions, he'll give -- he'll give

2    Annette or Jodi instructions of how many bonds to --

3    to buy and sell for this customer.

4            He has no idea after that where that --

5    where it's coming from.  He doesn't know whether it's

6    coming from the firm's inventory, from his inventory

7    or someone else's inventory.  He would not know that.

8            So if -- if he says to somebody, which is a

9    very -- I'm going back to like when I told in my

10   proffer agreement that I short stock to a customer.

11   And they said, you sold stock to a customer?  How can

12   you short stock a customer?  You're selling them stock

13   that you don't own.

14           And I say, yeah, market-makers do that all

15   day long.  That's part of our business.  We're

16   shorting stock to a customer.  And he -- and an alarm

17   bell goes off and says, well, how can you sell stock

18   to a customer you don't own?

19      Q.    Okay.  Well, that --

20      A.    You know --

21      Q.    Let me ask you that.

22      A.    Okay.

23      Q.    Was that illegal, for you to be selling

24   stock to a customer that you didn't own?

25      A.    No.  I'll -- I'll -- I'll explain that too,

*** CONFIDENTIAL ***

Page 139

1   because that's -- that's another issue, but let me

2   just finish this thing.

3           So that if, in fact, David Kugel or anybody

4   is -- is giving instructions to the operations side of

5   the business, meaning Annette or Jodi, of -- of how to

6   do a trade, that doesn't mean that's a fictitious

7   trade.

8           He -- you know, he has no idea.  He's just

9   telling her how to do the allocation of the trade.

10  Not -- he doesn't know if -- you know, whether or not

11  the firm has it in inventory or doesn't have it in

12  inventory.

13          But even if I wanted to short it to the

14  customer, let's say I didn't have it in inventory,

15  there's nothing wrong with that.  I am allowed to

16  short stock to a customer.

17          Theoretically I could have shorted all of

18  these split-strike trades to the customer forever.  My

19  violation was not going short.  It was not recording

20  the short on my financial records as a liability,

21  which I guarantee you, nobody understands that.

22          To this day if I called up the prosecutor,

23  Litt, and I said to him, you know, I don't have --

24  there's nothing wrong with me shorting stock.  He

25  would look at me and say, that's not true.  You can't

Page 140

1    short to a customer.

2              And I can prove that to you, because I don't

3    know how many times, you know, I had to -- I had to

4    argue this case in front of the SEC and with the

5    issuing companies, like Apple computer and everything

6    at -- when we were at board meetings with the IBM.

7              Average company does not want you to ever

8    short stock.  In other words, every company that

9    trades on an exchange does not want a brokerage firm

10   to sell stock that he doesn't own.

11             They think that short selling is illegal, is

12   immoral and should never be done.  All right.  That's

13   what they want.  They don't want ever -- they don't

14   want anybody to be able to short stock.

15             Just like nobody wanted, you know, George

16   Soros to short Sterling and make a billion dollars

17   shorting -- you know, breaking the market on -- on

18   shorting.

19             But what they don't understand is that

20   shorting is a very -- you know, a very, you know,

21   legitimate market, you know, thing to do in the

22   marketplace, and it's required, because it keeps

23   stocks from going to artificially high prices.

24             All right.  And the -- it certainly happens

25   that as I was -- when I was looking for -- reading

*** CONFIDENTIAL ***

Page 141

1    another book, one of the things I do here is I tutor

2    people on finance and the marketplace.

3            Of course, the Bureau of Prisons only big

4    concern is that I'm teaching them a fraud.  All right.

5    So originally I was told, no, you can't tutor or teach

6    anybody here, you know, but I said, listen, I said,

7    they -- you have outside people coming in here,

8    professors, to -- to lecture, you know, as part of,

9    you know, the justice department, and they're all

10   asking, can Bernie Madoff -- you have Bernie Madoff

11   sitting here.  Let him lecture people.

12           And the Bureau of Prisons says, the

13   newspapers are going to say that Bernie Madoff is --

14   is perpetuating a fraud.  Just like when they put me

15   in charge -- when I first got here, my first job was

16   in the engraving department.

17           I was engraving signs, you know, that they

18   hung on walls here.  So the -- the Wall Street Journal

19   said, Bernie's first job is engraving, you know.  So

20   they said, take him away from the engraving

21   department.

22           And they -- I had seven jobs in seven days,

23   because no matter what I was doing, including I was in

24   charge of cleaning the computers, you know, can't do

25   that, you know, because you're reprogramming the

*** CONFIDENTIAL ***

Page 142

1   computer.

2           I couldn't reprogram my telephone number.

3   You know, that's not my -- not my strengths here.  So

4   I'm now -- my job is now cleaning the laundry room.

5   That's my job here.

6           The -- I'll -- I'll -- there's a book that

7   was written by someone like Dubinsky.  He has a very

8   big -- and he talks about --

9                   MR. GOLDMAN:  Tell us the name of the

10      book and the author, Bernie.

11                  THE WITNESS:  I don't even know what

12      it --

13                  MS. CHAITMAN:  May I mark that whole

14      thing as --

15                  THE WITNESS:  "Secret Weapon."

16                  MS. CHAITMAN:  -- the next exhibit?

17                  MR. SHEEHAN:  Could you just mark it as

18      an exhibit?

19                  MS. CHAITMAN:  Yeah.  Let me just mark

20      it.

21                  Can I mark this whole thing?

22                  THE WITNESS:  Yeah.

23                  MS. CHAITMAN:  Is it all connected?

24                  THE WITNESS:  Yeah.

25                  MS. CHAITMAN:  Is it all one --

*** CONFIDENTIAL ***

Page 143

1                    THE WITNESS:  Yeah, yeah.

2                    MS. CHAITMAN:  Okay.

3                    THE WITNESS:  Anyhow --

4                    MS. CHAITMAN:  So I'm marking as

5          Exhibit 11 --

6                       (MADOFF EXHIBIT 11 WAS MARKED FOR

7          IDENTIFICATION.)

8    BY MS. CHAITMAN:

9          Q.   -- a -- it says the author is Kevin Freeman,

10   and the title is, "Secret Weapon."  And it's pages --

11   I don't know what the first page is, but the --

12                    MR. SHEEHAN:  It's the inside cover.

13         Q.   The inside cover is 78.  78 to 83, and then

14   123 and 124.

15         A.   He's talking about how the markets work.  He

16   talks about bear runs, and he talks about naked short

17   selling, and he talks about the Madoff exemption.

18         Q.   Is that a term that's in the industry?

19         A.   Naked -- yeah, naked --

20         Q.   No, but the Madoff exemption?

21         A.   Yes.  In other words, he goes on to state,

22   "Long before he was convicted of defrauding the

23   American public of some 50 billion through a Ponzi

24   scheme, Bernie Madoff was chairman of the National

25   Association of Securities Dealers, NASD.  In that

*** CONFIDENTIAL ***

Page 144

1    capacity he appeared regularly at the SEC and served

2    on agency panels."

3            And then he quotes them as saying, "When it

4    came to Bernie, people paid more attention, said

5    Georgetown University law school professor, Donald

6    Langevoort, who worked on an SEC panel with Madoff."

7            He quoted -- then goes on to quote, saying,

8    "This was a guy who really knew how markets worked.

9    He was the grownup in the room.  If there was a

10   confession" -- "if there was confusion or a question

11   or two people on opposite sides going at each other,

12   Bernie would speak up and explain what the deal was.

13   I'm sure in some ways that may have thrown even the

14   commission off their guard."

15           "One of Madoff's key accomplishments at the

16   SEC was to get a rule approved, the so-called Madoff

17   exemption, that allowed market-makers to naked short

18   sell.  Market-makers are broker-dealer firms that gain

19   fees by holding shares of securities in order to help

20   grease the wheels of trading."

21           "If someone buys stock in a company, it is

22   the market-maker who sells the stock and then finds an

23   offsetting order.  This keeps the markets flowing

24   smoothly."

25           "In the case of short selling if the

Page 145

1   market-maker has no inventory of the shares sold, the

2   firm is allowed to create an IOU for the shares.  This

3   is a form of naked short selling legalized by the

4   Madoff market exemption."

5          Basically what he's stating, this is the --

6   he's quoting this law professor at Georgetown, who

7   served on a panel with me, that says that I could sell

8   stock short.

9          So selling stock short, not only is it

10  something that is to the benefit of the marketplace,

11  market-makers are required to sell stock short.  So

12  theoretically I don't ever have to, you know, buy

13  stock for a customer.

14         I'm responsible for producing that stock if

15  the customer ever wants it.  And any profit that the

16  customer makes in the trade I'm responsible for.

17         So in theory, which my attorney said to me,

18  Bernie, you know, you can -- you're not doing anything

19  wrong with being short these split-strike trades to

20  the client, you know.  You know, I can short all day

21  long, and I do short stock at times.  Every brokerage

22  firm short stocks to a customer.

23         My violation was not showing the IOU, the

24  liability, you know, on my balance sheet.  That's what

25  the violation was.  I would have also been out of

*** CONFIDENTIAL ***

Page 146

1   ratio, you know, by not -- if I did show that.  So --

2       Q.    So you mean that there was -- do you -- if

3   you sell short, do you have an obligation -- is it

4   your understanding that you have an obligation to the

5   customer?

6       A.    To produce that stock if the customer wants

7   it.

8       Q.    Right, but do you have an obligation -- and

9   we're talking about the investment advisory customer.

10      A.    Yes.

11      Q.    Did you have an obligation to tell the

12  customer, your statement shows 30 shares of IBM, but

13  I'm actually short that --

14      A.    No.

15      Q.    -- position?

16      A.    No.

17      Q.    So it was --

18      A.    No.  You don't -- you're not --

19      Q.    So if -- if a customer is -- if a securities

20  customer is dealing with a market-maker --

21      A.    Or anybody.

22      Q.    Well, only the market-makers have the

23  exemption.

24      A.    No, no.  That's -- that's wrong.  The

25  market -- the -- the -- anybody can sell stock short

*** CONFIDENTIAL ***

Page 147

1    to a customer, you know.  The -- it's -- they always

2    can sell stock through shorting, but he --

3              You know, what he's talking about is -- you

4    know, is that, you know, I was the one that argued for

5    the short stock selling, because what he -- he

6    confuses the situation, because there are certain

7    requirements that a market -- if a market-maker is

8    shorting stock to a customer or to anybody, he has

9    to -- his records have to show that he shorted the

10   stock.

11              MR. SHEEHAN:  Who is, "he"?

12              THE WITNESS:  Meaning the brokerage

13        firm.

14              MR. SHEEHAN:  Okay.

15   BY MS. CHAITMAN:

16      Q.   Okay.  So the brokerage -- so let's just

17   take the split-strike.  Okay?

18              MR. GOLDMAN:  Wait.  Before -- before

19        you ask the question, I think he said -- and the

20        transcript will speak for itself, obviously, but

21        I think he said that the -- the market-maker was

22        required to sell short.  Did you mean permitted

23        to sell short?

24              THE WITNESS:  Well, you -- you're

25        required to make a two-sided market.  So if, in

*** CONFIDENTIAL ***

Page 148

1      fact, you -- you're not required to sell stock to

2      the customer short.  You're allowed to sell stock

3      to a customer short.

4                MR. GOLDMAN:  That's --

5                THE WITNESS:  If -- in other words,

6      that's the difference.  You have to be -- you

7      have to sell it at a price that's related to the

8      marketplace, you know.

9                And you have to -- you -- you -- you

10     would put it on your records that you're selling

11     short on the original order ticket.  You have to

12     mark it, because it's what they call an uptake

13     rule and so on, which means you have to -- it's

14     not important.  It's confusing.

15   BY MS. CHAITMAN:

16     Q.    Okay.  So -- so basically if you take John

17   Smith.  He's a split-strike customer.  His statement

18   shows that he owns a portfolio of securities, and, in

19   fact, you don't at that time own them.

20     A.    No.

21     Q.    Are you saying that there's nothing

22   fraudulent about issuing a statement to an IA

23   customer --

24     A.    Uh-huh.

25     Q.    -- an investment advisory customer, showing

*** CONFIDENTIAL ***

Page 149

1  securities as having been purchased for the customer,

2  when, in fact, they haven't been purchased?

3      A.    That's correct.

4            MR. SHEEHAN:  Object.

5            THE WITNESS:  You don't have to --

6      you're not required.  It's not the customer's

7      business whether or not you're selling the stock

8      from long or whether you're selling it short.

9  BY MS. CHAITMAN:

10     Q.    Okay.  So what you're saying is that the

11 fact that the split-strike conversion strategy was

12 carried out from sometime in 1992 until December of

13 2008 without your actually owning the securities that

14 showed up on the statements, that was not a fraud, but

15 the fraud was that you didn't disclose to the SEC on

16 your focus reports --

17     A.    That's correct.

18     Q.    -- that you had that debt?

19     A.    Right.

20           MR. SHEEHAN:  Objection.  Objection,

21     but go ahead.

22           THE WITNESS:  That's correct.

23 BY MS. CHAITMAN:

24     Q.    Okay.  Can you put this in your own words,

25 so we don't have any confusion about it?  I just want

*** CONFIDENTIAL ***

Page 150

1   it to be very clear on the record.

2       A.    That there is nothing wrong with selling

3   stock to a customer out of a short position.  In other

4   words, you do not have -- that is not a violation.

5   The violation -- and it is typical for a brokerage

6   firm to at times sell stock to a customer short.  That

7   is not a violation itself.

8           And the customer doesn't care whether the

9   stock that you are selling him is stock that you

10  actually are long or short.  You know, the customer

11  assumes, as -- and, rightfully so, that if he wants --

12  if wants delivery of those securities, or he wants the

13  profit made from the transaction, that you're still

14  obligated to do that.

15          So had I reported this transaction on my

16  financial records as a liability, that would be --

17  that would be all right, but because I didn't, that's

18  where the violation was.

19          Now, obviously, I couldn't do that, because

20  my -- my liabilities would have been too great.  Which

21  brings me to another error, you know, that I find in

22  the Dubinsky report.  See if I can remember where it

23  was.  Related to that.  The -- well --

24      Q.    Do you -- do you want -- do you want her to

25  read back your last comment?  Maybe it'll prompt you

*** CONFIDENTIAL ***

Page 151

1    to --

2         A.    No.

3         Q.    -- to recall.

4         A.    No.  I'll think of it.  First of all, here

5    is this.  This is yours, and this is yours, I think.

6    I have too much paperwork here.

7         Q.    I just want to go back -- back to this.

8    Forgive me, but it intrigues me.

9              So the entire portfolio that was purportedly

10   owned by the investment advisory customers from 19 --

11   from whenever it was in 1992 that you stopped buying

12   the securities that showed up on the statements until

13   2008, you had always honored withdrawals?

14        A.    Right.

15        Q.    You never defaulted in any of your

16   obligations to the customers?

17        A.    Not until, you know, I went out of business.

18        Q.    Right.  Okay.  So the only violation of law

19   that you understand you committed was not disclosing

20   on your focus reports that you had sold short; is that

21   right?

22        A.    Not that I had sold short.  That I didn't --

23   I did not reflect my liabilities.  That was because of

24   the short position.

25        Q.    Right.

*** CONFIDENTIAL ***

Page 152

1        A.      The short position would have reflected a

2    liability to the customer.

3        Q.      To purchase the shares?

4        A.      I did not show that.

5        Q.      Okay.  Okay.  And I just want to ask you one

6    other thing, which is not related, except it came into

7    my mind.

8        A.      Okay.  Before you do that --

9        Q.      Oh, okay.

10       A.      -- I remembered what I was going to say.

11       Q.      Go ahead.

12       A.      Dubinsky states that -- well, he -- he -- he

13   acknowledges that he -- he doesn't have records to

14   prove this, but he infers in some language that

15   because I did not on my focus reports --

16              One of the -- one of the things that he --

17   points he makes to demonstrate that I was -- he was

18   trying to establish his theory, obviously, initiated

19   by the trustee, that my fraud went back almost to the

20   beginning of time.

21              All right.  That I didn't do any business,

22   because I did not reflect any customer business on my

23   financials -- on my focus reports.  Customers that

24   were -- you know, activity, long and shorts.

25              So -- because he says that, you know, I

*** CONFIDENTIAL ***

Page 153

1   mean, he -- he's saying he could have been doing

2   business in -- for customers in the '80s or '70s or

3   '60s, the '70s even, because my focus reports, which

4   he doesn't have, by the way, because he doesn't -- he

5   can't get that, but he's assuming that there was no

6   customer, you know, business -- no customer positions

7   shown on my focus reports.

8          All right.  But this is a common error made

9   in -- by customers in general.  I used to get calls

10   from people that would say, listen, Merrill Lynch

11   doesn't show, you know, my assets on a position.

12          He's doing all of this business with -- with

13   me or with all of these customers, and it doesn't show

14   on Merrill Lynch's financial statements, you know, any

15   of this business.

16          I said, well, are you talking about his

17   balance sheet?  He says, yeah.  I said, brokerage

18   firms do not show customer assets fully paid for

19   securities on their balance sheets.  Otherwise,

20   Merrill Lynch would have trillions and trillions of

21   dollars.

22          I said, you know, when a brokerage firm

23   files a focus report or any balance sheet, when they

24   send you, you know, they do not -- they do not show or

25   record customers' fully paid for securities.

Page 154

1            So if a customer had a margin account or

2   a -- you know, a liability, he would have to show a

3   payable or a receivable from a customer.

4            But if a customer buys IBM, pays for the

5   IBM, and the brokerage firm has that IBM in his -- you

6   know, in his box or at the clearing corporation, that

7   doesn't appear on his records anywhere.  So, you know,

8   as long -- if I was -- if I had a -- a liability, and

9   not from a short sale, because, you know, the short

10  sale -- the short sale, if it's a liability, would

11  appear on it, but if he was long and short, the

12  same -- it's another thing.

13           When you're trading in convertible

14  securities, you're -- you're allowed to net the -- the

15  receivable and payable for the same customer against

16  each other.  So that stuff does not appear on a focus

17  report.

18           Now, that's a basic accounting.  Anybody

19  that's a -- anybody that's familiar with any brokerage

20  firm accounting would know that question.  So why he

21  would think there would be a -- that would be on my --

22  on my balance sheet, it's not certain.

23           What would be on my balance sheet would be

24  if the customer owed me money, which is another thing.

25  There's a -- there's a major flaw.  And this I have to

*** CONFIDENTIAL ***

Page 155

1    address, even though you didn't ask me about it.

2              The trustee somehow or other when I read the

3    GAO report -- and I actually spoke to the treasury

4    secretary -- the inspector general of the treasury

5    department about this.

6              In the -- in the -- in the GAO report,

7    issued by the government, which is a report that he

8    issues from the general accounting -- accountability

9    office, based upon the trustee's report, there's a --

10             I have a -- this is something that -- David,

11   you might ask Irving Picard how he had managed to get

12   this thing slipped through.

13             Jeffry Picower --

14                  MR. GOLDMAN:  Tell us what you're

15        looking at, Bernie.

16                  THE WITNESS:  Oh, this is the GA -- a

17        copy -- part of the G -- the SIPC report, the GAO

18        report, which is -- took seven years to -- to

19        finally get, which my attorneys assured me was

20        going to be done immediately.  It took seven

21        years to finally get them to do the results of --

22        of the trustee's report.

23                  There's a 6.3 billion dollar liability

24        to the debit balance in Jeffrey Picower's

25        account, which was a -- a major issue was one of

*** CONFIDENTIAL ***

Page 156

1      the things that created my whole problem.  This

2      relates to them -- them not honoring their

3      commitments with me when -- and --

4              Okay.  This is on -- and I can't give

5      you -- this is my only copy, but you can find it.

6      It's on page 37 of the -- of the GAO report.

7              And I'm quoting now the General

8      Account -- Accounting Office.  It says, "As part

9      of our review of the records provided by the

10     trustee, we noted some customer accounts having a

11     negative balance."

12             "For example, in the Picower case the

13     records showed a negative balance of 6.3 billion

14     dollars.  In theory this reflected some kind of

15     margin account or debit balance."

16             "The trustee told us even though such

17     an account would not be in keeping with the

18     standard industry practice, such negative

19     balances raised the question of whether the

20     reported amounts represent a debt owed by the

21     customers to the Madoff firm."

22             Now, that clearly is a debt.  All

23     right.  Jeffry Picower owed me 6.3 billion

24     dollars.  All right.  The trustee -- I mean, the

25     GAO -- thank God.  He questioned the trustee,

*** CONFIDENTIAL ***

Page 157

1    what about the 6.3 billion dollars?

2              And for some reason the trustee

3    claimed, well, we can ignore that, you know.

4    That's not typical.

5              All right.  Now, if you look at my

6    records or any brokerage firm's records or

7    account agreements with customers, it clearly

8    states that, you know, they're responsible for

9    any debit balances or margin accounts that they

10   have with the firm.

11             It says here on my trading

12   authorization, which clients sign, it says, "The

13   undersigned hereby agrees to indemnify and hold

14   you harmless from and to pay you promptly on

15   demand any and all losses arising thereof or

16   debit balance due hereon."

17             In other words, every customer that

18   opens a margin account or has any debt with a

19   brokerage firm owes them that money.  All right.

20             MS. CHAITMAN:  Okay.  Can I just

21   mark -- okay.  I'm going to mark as Exhibit 12 --

22   can I take that?  Is that one document, the one

23   you just read from?

24             THE WITNESS:  Yeah.

25             MS. CHAITMAN:  Okay.  So I'm marking as

*** CONFIDENTIAL ***

Page 158

1      Exhibit 12 -- this is a trading authorization.

2               THE WITNESS:  Here, what -- use this

3      one, because this one is -- this copy is better.

4      It's the same type of thing.

5               MS. CHAITMAN:  Okay.  So I'm -- you

6      know what?  Can I mark them both?  Because you

7      read this one.  So --

8               THE WITNESS:  It's the same -- it says

9      the same thing.

10               MS. CHAITMAN:  Okay.  All right.  So

11      I'm marking as Exhibit 12 the one you read.

12               (MADOFF EXHIBIT 12 WAS MARKED FOR

13      IDENTIFICATION.)

14               MS. CHAITMAN:  And I'm going to mark as

15      Exhibit 13 something called, "Trading

16      authorization limited to purchases and sales."

17               (MADOFF EXHIBIT 13 WAS MARKED FOR

18      IDENTIFICATION.)

19      BY MS. CHAITMAN:

20      Q.     And can you just read in whatever the

21      language is that you want?

22      A.     Uh-huh.  All right.  So for some reason, you

23      know, the trustee convinced the GAO -- I don't --

24      maybe they didn't care that much about it -- that this

25      six -- that this debit balance was not typical at a

*** CONFIDENTIAL ***

Page 159

1   brokerage firm or that they weren't.  Now --

2       Q.    Wait.  I just want to go back to this.  I

3   don't want to lose track of it.

4               MR. SHEEHAN:  Sure.

5   BY MS. CHAITMAN:

6       Q.    You -- you said that this has better

7   language on the points.

8       A.    It doesn't -- it just shows the customer --

9   every customer agreement always has that customers are

10  responsible for any debit balance --

11      Q.    Okay.

12      A.    -- they owe the brokerage firm.

13      Q.    Okay.  Okay.

14

15  REDACTED

16

17

18

19

20

21

22

23

24

25

*** CONFIDENTIAL ***

Page 160

# REDACTED

19      Q.    Okay.

20      A.    All right.

21      Q.    So I want to go back to one other question.

22  When you stopped buying securities on the split-strike

23  customer accounts, and you said you did that for a

24  short period of time, and then you stopped.

25      A.    It wasn't a short period of time.  It was

*** CONFIDENTIAL ***

Page 161

1  from 1992 to 2008.

2      Q.   Right, but I understood your testimony to be

3  that when you initiated that program you actually were

4  buying.

5      A.   Oh.

6      Q.   Am I correct about that?

7      A.   Yes, but that was prior to that.  That was

8  before the hedge funds.  That was prior to '92.

9      Q.   Oh, okay.  Okay.  Okay.  I'm glad you

10  clarified that.

11          So what -- what were you doing with the

12  money?  Let's say that Customer A sent you a million

13  dollars for the split-strike program.

14      A.   It went into --

15      Q.   What --

16      A.   -- treasury bills.

17      Q.   It went into U.S. treasury bills?

18      A.   Well, some of it went into treasury bills.

19  Some of it went back to customers when they withdrew

20  profits --

21      Q.   Okay.

22      A.   -- that didn't exist.

23      Q.   The -- the portion that went into treasury

24  bills, were those interest-paying treasury bills?

25      A.   Yeah.

*** CONFIDENTIAL ***

Page 162

1       Q.    And do you remember in 1992 what the

2   interest rate was -- was on the treasury bills?

3       A.    Probably like two percent, something like

4   that, on -- you know, one and a half, two percent.

5       Q.    Okay.  And is it fair to say that for the

6   whole period up until 2008 that the money that wasn't

7   used to redeem customer accounts was in treasury

8   bills?

9       A.    Probably, yeah.

10      Q.    And that would have been interest-earning

11  treasury bills?

12      A.    Yeah.

13      Q.    Whatever the current interest rate was; is

14  that right?

15      A.    Uh-huh, uh-huh.

16      Q.    Were these longer-term treasury bills --

17      A.    No.

18      Q.    -- or shorter term?

19      A.    No.  They were short term.  They were

20  T-bills, you know.  You know, the short term.  One to

21  two years.

22      Q.    Okay.  So the customers' money was earning

23  some percentage?

24      A.    Yeah.

25      Q.    Whatever the treasury bill rate was?

*** CONFIDENTIAL ***

Page 163

1      A.     Yeah, but there wasn't enough treasury bills

2    to cover all of the liabilities.

3                MS. CHAITMAN:  Okay.  Does everybody --

4         do you want to take a break, and then we'll go

5         through until --

6                MR. SHEEHAN:  Sure.  As a --

7                MS. CHAITMAN:  Because I'm about to --

8         to go through the Dubinsky report, which is going

9         to be tedious.  Why don't we take --

10               MR. SHEEHAN:  Whatever.

11               MS. CHAITMAN:  -- five minutes.

12               MR. SHEEHAN:  Five minutes?

13               MS. CHAITMAN:  Yeah.

14               MR. SHEEHAN:  That's good.

15               THE VIDEOGRAPHER:  Going off the

16        record.  The time is 13:01.

17               (RECESS FROM 1:01 P.M. TO 1:18 P.M.)

18               (MADOFF EXHIBIT 14 WAS MARKED FOR

19        IDENTIFICATION.)

20               THE VIDEOGRAPHER:  Back on the record.

21        This begins media number three in the deposition

22        of Bernard L. Madoff.  The time is 13:18.

23   BY MS. CHAITMAN:

24      Q.    Mr. Madoff, I've just given you what had

25    previously been marked in your -- in a -- your

*** CONFIDENTIAL ***

Page 164

1    deposition in June, but I've renumbered it as Madoff

2    Exhibit 14.

3              This is a statement for one of my clients,

4    Arthur Blecker.  It's dated June 30th, 1986.  And what

5    is the trading strategy on this statement?

6         A.    It looks like a convertible bond, buying

7    convertible bonds and selling the -- the related

8    stock.

9         Q.    Okay.  And where it says long --

10        A.    Uh-huh.

11        Q.    On this statement, which was sent to the

12   customer, long means that the customer owns it; right?

13        A.    Correct.

14        Q.    Whereas, on the confirmation, the actual

15   trade confirmation, it would be the opposite; right?

16   It would show --

17        A.    That -- that Madoff sold it to the customer.

18   "We sold," it would say.

19        Q.    It would say the firm --

20        A.    The firm sold it to the customer.

21        Q.    -- sold to the customer.

22              Okay.  And, conversely, where it says,

23   "Short, Interco, Inc." --

24        A.    It would show we bought from the customer.

25        Q.    Okay.  And am I correct that your testimony

*** CONFIDENTIAL ***

Page 165

1    is that all of the long positions reflected on the

2    arbitrage strategy statements were actual positions

3    that you held?

4        A.    That's correct.

5        Q.    Okay.  So, if you can, I want you to take a

6    look in the Dubinsky report, which we've marked as

7    Exhibit --

8             MS. CHAITMAN:  What did we mark it as?

9             MS. FEIN:  7.

10            MS. CHAITMAN:  Dubinsky --

11            MS. FEIN:  7.

12            MR. SHEEHAN:  7.

13   BY MS. CHAITMAN:

14       Q.    7.  As Exhibit 7.  If you could, look at

15   page 16.

16       A.    Okay.

17       Q.    In paragraph 35, this is the beginning of

18   Dubinsky's factual background, and it says, "BLMIS."

19   "In 1960 Madoff founded BLMIS as a sole

20   proprietorship.  BLMIS" --

21            MS. CHAITMAN:  Page 16.

22            MR. GOLDMAN:  Okay.

23   BY MS. CHAITMAN:

24       Q.    -- "a market-making business in

25   over-the-counter stocks was registered as a

*** CONFIDENTIAL ***

Page 166

1    broker-dealer with the Securities and Exchange

2    Commission as of January 19th, 1960 and operated three

3    business units."

4           "One, a market-making business, two, a

5    proprietary trading business, and then," parentheses,

6    "together with the market-making business, known

7    inside BLMIS as House Five," end paren, "and, three,

8    an investment advisory business," paren, "known inside

9    BLMIS as House 17."

10        A.    Right.

11        Q.    Now, did people at your firm use the phrase

12   House 17?

13        A.    In the firm?

14        Q.    Yes.

15        A.    Yes.

16        Q.    And during what period of time?  From 1960

17   on?

18        A.    No.  Because the 17th floor wasn't in

19   existence in 1960.  It only came into existence, you

20   know, in the '80s.  It was -- House 17 just refers

21   to -- that was the business that operated out of the

22   17th floor.

23        Q.    Okay.  But -- and that was the business that

24   was --

25        A.    The IA business.  It was basically just

*** CONFIDENTIAL ***

Page 167

1    split-strike business, because that was -- that did --

2    I think the 17th floor came into existence after 19 --

3    in -- after '92.

4        Q.    Right.  So isn't -- isn't it a fact that

5    when you -- when you started doing the -- we'll call

6    it, the fraudulent investment advisory business, that

7    you moved the people who did that down to a separate

8    floor?

9        A.    That's correct.

10       Q.    And was your idea to separate them from

11   everyone else, so that there wouldn't be --

12       A.    Well, what happened was when we closed the

13   Avellino & Bienes' accounts in '92, the -- when we --

14   when -- I decided to take the -- those clients back

15   directly into the account.

16            So the -- in other words, after I -- I

17   returned the money to Avellino & Bienes' accounts,

18   there was an uproar from those accounts, as well as my

19   father-in-law, because they were all basically -- most

20   of them were -- were his accounting clients, and

21   they -- you know, they all wanted to continue to do

22   business.

23            The SEC had told me at the time, they said,

24   look, you -- you want to -- you want to still do

25   business with these people.  That's fine, because

*** CONFIDENTIAL ***

Page 168

1    there's nothing wrong with you doing business with

2    these people.

3           As a matter of fact, they said, if you want

4    to do business with the Avellino & Bienes' people,

5    that's -- that's fine too.  They just have to register

6    as an -- as a registered investment company, you know.

7           I said, no.  I said, I'm -- I was furious

8    with -- with them at the time, because they had never

9    told me that they had changed their mode of operation,

10   where they were now paying them, you know, interest

11   on -- on a loan.

12          That was not something that was ever agreed

13   upon with me.  So I said, I'm -- you know, I decided

14   I'm sending the money back, closing those accounts,

15   but, of course, I started getting, you know, a lot of

16   pressure from these people, who were relying upon that

17   money, you know, to live on, you know.

18          They said, no.  Why -- why can't we open a

19   direct account with you, you know?  I said, well,

20   because I'm not really equipped to handle all of these

21   individual accounts, you know.  I -- they had like 500

22   customers, you know, clients, you know.

23          So I said, look, you know, I don't want to

24   do that.  But then it was Frank DiPascali basically

25   who said -- because he was, you know, handling that

*** CONFIDENTIAL ***

Page 169

1   stuff at the time.  He said to me, look, let's -- you

2   know, let's take these -- these new clients.

3            And I said, well, you know, it's like, you

4   know -- it's -- who the hell is going to handle all of

5   that stuff?  And he was the one that said, well, you

6   know, we'll just computerize the trading, and, you

7   know, I -- I can handle all of that stuff.

8            So I operated -- I said, all right.  You

9   want to start doing that, we'll -- we'll start doing

10  that.  And that's when I -- I needed more space and

11  operated and put them on the 17th floor.

12     Q.    Okay.  So House 17 was only a term used

13  after 1992?

14     A.    Pretty much.  It's -- to my recollection,

15  yes.

16     Q.    Okay.

17     A.    Because it didn't exist, the 17th floor --

18     Q.    Okay.

19     A.    -- before then.

20     Q.    Okay.  And is it fair to say that it was

21  only after House 17 was formed, by that is you moved

22  people downstairs, that it was only after that that

23  you first began the investment advisory fraud?

24     A.    Correct.

25            MR. SHEEHAN:  Objection.  Go ahead.

*** CONFIDENTIAL ***

Page 170

1    BY MS. CHAITMAN:

2        Q.    Let me ask that in a way that Mr. Sheehan

3    won't object.

4                Was there any investment advisory fraud done

5    by your firm prior to the formation of House 17?

6        A.    No.  I mean, I'm not exactly sure how you're

7    using House 17, like in what reference, you know.

8        Q.    Well, the -- when you moved people down to

9    the 17th floor --

10       A.    Uh-huh.

11       Q.    -- it was Frank DiPascali, Jodi Crupi,

12   Annette Bongiorno?

13       A.    Yes.  And then the -- the whole -- the

14   mailroom was down there and the -- you know, part of

15   the computer operation was down there.  Anything

16   that -- anybody that was going to be related to all of

17   these accounts basically.

18       Q.    Okay.  And -- but that was -- that was done

19   sometime in 1992 --

20       A.    Right.

21       Q.    -- or '93?

22                Well, do you remember when?

23       A.    No.  I don't remember.  It was like -- I --

24   you know, I'd have to look at the leases, but

25   basically it was -- it all started basically after

*** CONFIDENTIAL ***

Page 171

1    the -- I know it was '92, because that was when the

2    Avellino & Bienes thing blew up.

3        Q.    Okay.  Okay.

4        A.    It was the summer of '92, was when the

5    Avellino & Bienes started.  So it would have to be

6    sometime after that.

7        Q.    Okay.  Now, during the period prior to 1992

8    was the investment advisory operation handled

9    separately from the market-making and proprietary

10   trading?

11       A.    Yes.  Yeah, it always was.

12       Q.    It was always handled separately?

13       A.    (WITNESS NODS HEAD UP AND DOWN.)

14       Q.    But --

15               MR. SHEEHAN:  The witness nodded yes.

16               THE WITNESS:  Huh?

17               MR. SHEEHAN:  You nodded yes.

18               MR. GOLDMAN:  You have to verbalize

19       your answer.

20               THE WITNESS:  Oh.

21               MR. GOLDMAN:  You seemed to indicate

22       while you're nodding your head.

23               THE WITNESS:  Yes.

24               MR. SHEEHAN:  Thank you.

25   BY MS. CHAITMAN:

*** CONFIDENTIAL ***

Page 172

1      Q.    During the 1980s who was responsible for the

2   investment advisory accounts, like we just looked at

3   the -- the Blecker statement, June 30th?

4      A.    Me.

5      Q.    You handled that?

6      A.    Right.

7      Q.    Okay.  Did you have traders who were in the

8   market-making or proprietary trading groups that

9   actually did the trading for the investment advisory

10  customers in the '80s?

11     A.    No.  The only one that handled the -- that

12  spoke to the clients and that made the decision of

13  what to buy and sell for the clients was myself.

14     Q.    Okay.

15     A.    Not -- none of the market-makers.  I mean,

16  market-makers might have bought stock into the

17  firm's -- into the firm's inventory, but I was the one

18  that actually made the decision as to put the -- put

19  the trade through to a client account.

20     Q.    Okay.  And since you were buying from

21  inventory, you could just look at the inventory and

22  decide what --

23     A.    Yeah.

24     Q.    -- to sell to the --

25     A.    Or if I went out and -- you know, or if it

*** CONFIDENTIAL ***

Page 173

1    went -- or if the market-maker bought it from the

2    street into -- into his account, and then I would make

3    the decision --

4         Q.    Okay.

5         A.    -- to put it into a client account.

6         Q.    Okay.  If you'd be good enough to look at

7    paragraph 119 of Dubinsky's report.

8                   MR. GOLDMAN:  One -- one --

9                   MS. CHAITMAN:  It's paragraph 119.

10                   MR. SHEEHAN:  Paragraph 119.  Okay.

11                   THE WITNESS:  Where the hell is

12        paragraph 119?

13                   MS. CHAITMAN:  The --

14                   MR. GOLDMAN:  Page 51.

15                   THE WITNESS:  What page?

16                   MR. GOLDMAN:  51.

17                   THE WITNESS:  Okay.  Uh-huh.

18    BY MS. CHAITMAN:

19         Q.    If you could, just read paragraphs 185

20    through 190.  I just want to ask you some questions

21    about --

22         A.    Paragraph one --

23         Q.    185.

24                   MR. SHEEHAN:  Okay.  So we're --

25                   MS. CHAITMAN:  You know what?  Oh,

*** CONFIDENTIAL ***

Page 174

1          we're looking at different --

2                    THE WITNESS:  I'm not with you.

3                    MS. CHAITMAN:  You know what?  I've got

4          different versions of the Dubinsky report.

5          Let -- let me do it differently.  Hold on one

6          second.

7     BY MS. CHAITMAN:

8          Q.    Okay.  If you'd be good enough to turn to

9     page 35.  So Mr. Dubinsky's -- the heading on

10    subparagraph two is that, "Purported convertible

11    security trades exceeded the entire reported market

12    volume for certain days."

13         A.    Uh-huh.

14         Q.    Do you see that heading?

15         A.    Right.

16         Q.    Okay.  And then he explains that he looked

17    at reported records on the New York Stock Exchange,

18    the daily stock price record, the --

19         A.    Uh-huh.

20         Q.    -- American Stock Exchange and the daily

21    price record from the New York Stock Exchange; do you

22    see that?

23         A.    Right.

24         Q.    And he reached the conclusion that these had

25    to be fraudulent trades, because there weren't that

*** CONFIDENTIAL ***

Page 175

1    many trades done on those days?

2        A.    Right.

3        Q.    And I believe you've already explained, but

4    can you just explain again why this conclusion is not

5    correct?

6        A.    Well, he's -- he's making -- he's

7    referencing in his footnote that the data was

8    collected from the daily stock price record from the

9    New York Stock Exchange, from the daily stock record

10   price and the American Stock Exchange, which provided

11   the month and short position of the data.

12            These trades were not executed.  There's no

13   relevance to looking at the New York Stock Exchange or

14   the American Stock Exchange, because they wouldn't

15   be -- stock would never have been transacted on

16   those -- on those exchanges anyhow.

17       Q.    Okay.  And is that a fact that's generally

18   known or -- I mean --

19       A.    Well --

20       Q.    If you --

21            MR. SHEEHAN:  Object to the form.

22            THE WITNESS:  Anybody that knew

23       Madoff's business -- I mean, anybody, including

24       the clients, it would be hard -- I mean, we were

25       relatively famous for, you know, trading off the

Page 176

1        floor of the exchanges.

2                So, I mean, with -- anybody that was a

3        client of ours or that was a regulator or that

4        was in the industry would know that our business

5        was not transacted on the floor of the New York

6        Stock Exchange.

7    BY MS. CHAITMAN:

8        Q.    Okay.  Now, looking at page 36.

9        A.    Uh-huh.

10       Q.    Dubinsky has a chart showing that most of

11   the trades that -- you know, 41 percent, there were no

12   trades occurred in the market that -- that exceeded

13   one to two times the number of trades on the account

14   statements.

15              Is that again because he's not looking at

16   the right place, he doesn't have the records to show

17   the trades?

18              MR. SHEEHAN:  Object.

19              THE WITNESS:  Yes.

20   BY MS. CHAITMAN:

21       Q.    Okay.  Now, on page 37 Mr. Dubinsky is

22   saying that the transactions reported on the

23   Avellino & Bienes' statements were -- were not

24   possible because of the volume in the market.

25              Did you make up the trades for the

Page 177

1    Avellino & Bienes' clients, or were those actual

2    trades?

3        A.    You talk -- what period of time are you

4    talking about?

5        Q.    Well, the Avellino & Bienes' clients during

6    the 1980s on the convertible --

7        A.    Right.

8        Q.    -- arbitrage, were those actual trades or

9    were those made-up trades?

10       A.    Those were actual trades.

11       Q.    Okay.  If you look on page 38.

12       A.    Uh-huh.  All right.

13       Q.    Mr. Dubinsky opines that the -- the purchase

14   prices of the convertible securities did not represent

15   market prices?

16       A.    Right.

17       Q.    I think you've spoken to this, but can you

18   just briefly summarize your position on this.

19       A.    He's -- he -- he's -- he's referencing the

20   New York Stock Exchange bonds, and none of these

21   trades would have -- you know, were executed on the

22   New York Stock Exchange.

23       Q.    Okay.  Would it be possible for someone to

24   actually check the prices?  Are there records that

25   exist or that even existed as of 2008 which would have

*** CONFIDENTIAL ***

Page 178

1  shown what the trade prices were on the

2  over-the-counter market in the 1980s?

3      A.     Would there be --

4      Q.     Is there anyplace that one could have looked

5  for that?

6      A.     On a -- if it was a convertible bond?

7      Q.     Yes.

8      A.     Probably not, because -- well, certainly you

9  wouldn't reference the New York Stock Exchange.  The

10  trade didn't take place on that.  As to -- there

11  were --

12          It depends upon -- I'm not sure when -- when

13  there was any records kept as to over-the-counter bond

14  transactions.  That was always sort of a sketchy area.

15          There was confusion in the industry whether

16  bonds that trades -- the bonds that were traded over

17  the counter were reported or not reported.  The -- I'm

18  not sure about what date that was.

19          And, then again, it depended upon how they

20  were reported, because if the bonds were done after

21  hours, they wouldn't be reported to any facility.

22          Sometimes you would have to call up the --

23  for awhile the NASD put a system in where you would

24  call them up and report them over the phone, you know,

25  after the close of the day, but there was always sort

*** CONFIDENTIAL ***

Page 179

1    of confusion about that.

2        Q.    Did the trustee or any attorney working for

3    the trustee ever ask you whether you purchased the

4    convertible bonds --

5        A.    Not to my recollection.

6        Q.    -- through the New York Stock Exchange?

7        A.    No.

8        Q.    Did they ever ask you anything about how you

9    acquired the bonds?

10       A.    I don't think so.

11       Q.    Did they ever talk to you about how the

12   bonds were priced?

13       A.    No.

14       Q.    Now, on page 40 Mr. Dubinsky states at the

15   top of the page that, "Convertible securities were

16   purportedly traded by the IA business even after they

17   were called for conversion."

18       A.    Correct.

19       Q.    Do you have any comment on that conclusion?

20       A.    No, because, you know, I don't -- I don't

21   remember this particular trade.  You know, I wouldn't

22   have -- it was so long ago that I wouldn't have

23   record.

24             And, again, I'm not sure that you -- I'm not

25   sure of whether or not you are able to trade a bond

*** CONFIDENTIAL ***

Page 180

1    after the fact that it was converted, called for

2    conversion.  I mean, you weren't forced to convert, to

3    my knowledge.

4        Q.    Okay.  Well, he only gives one example, and

5    it's McMillan.  And he writes in paragraph 100, "The

6    IA business purportedly closed out its position on

7    March 14th, 1985.  However, this" -- "the subordinated

8    debentures were converted into 1.6 million shares of

9    common stock in January 1985."

10       A.    He said it was -- it was -- it was -- what?

11   It was converted -- it was --

12       Q.    Look at paragraph 100.

13       A.    Uh-huh.  Is he saying they were called or

14   converted?

15       Q.    He's saying that the subordinated debentures

16   were converted.

17       A.    Oh, he's saying called, I think.  He said

18   they were -- they were called.  Right.  He -- he --

19   what he's pointing out to is these bonds were -- were

20   called, but it was closed out on the customer account

21   in March.

22             Now, that, to me, looks like that this bond

23   was -- was -- was unwound or swapped, and it may have

24   not been closed out.  And the customer -- looking at

25   the customer account, it just says, "Received and

*** CONFIDENTIAL ***

Page 181

1   delivered."

2            It doesn't say converted, which -- which is

3   the way it would always appear, because when we

4   were -- it means that we were unwinding the customer

5   position from -- into the firm's trading account.  It

6   was an internalized trade.

7            So, as far as -- you know, they may have

8   called the bonds, you know, then, but he was -- but he

9   was basically pointing out that we would have had to

10  physically convert it, you know, transfers, if, in

11  fact -- you know, obviously, you couldn't physically

12  convert it after the bond was called, because --

13       Q.    Right.

14       A.    -- they wouldn't do that.

15       Q.    Right.

16       A.    So that -- that points out to me that that

17  was a trade that was unwound internally.  That we were

18  just closing out the trade and the customer account

19  transaction.

20       Q.    Okay.

21       A.    It wasn't a bond that was issued to me.  You

22  know, it wasn't -- wasn't turned into the company

23  itself.

24       Q.    Okay.

25       A.    Like a conversion.

*** CONFIDENTIAL ***

Page 182

1      Q.     Okay.  In the heading above paragraph 101,

2   he wrote, "The IA business did not account for

3   dividend payments or accrued interest on the

4   convertible securities."

5      A.     Uh-huh.

6      Q.     "Thereby evidencing the fictitious" --

7   "fictitious nature of the underlying transactions."

8      A.     It depends upon whether the bond -- you

9   know, there are instances where a bond is -- is

10  bought, you know, what they call traded flat.  It

11  means traded without -- without interest.

12         It's like that with dividends also.  You can

13  trade a stock flat X dividend.  You buy it at a lower

14  price, because you're buying it without the dividend.

15         It's -- it's a transaction that you would --

16  you know, typically it would be done between dealers

17  and professionals, not for the average customer,

18  because these -- these instruments are bought to

19  trade.

20         They're not interested -- they're not bought

21  as an investment purpose to be held, which is the

22  way -- you know, which is -- if you were doing that as

23  typically an investment type of account, then,

24  obviously, you would want to, you know, get the

25  dividend for income and so on and so forth.

*** CONFIDENTIAL ***

Page 183

1          But professionals will trade what they call

2    flat -- or just like you could buy a zero coupon bond.

3    Most customers don't buy zero coupon bonds, but -- but

4    dealers, traders, like ourselves, typically will

5    trade, you know -- you know, zero coupon bonds are

6    flat, because what you're really doing is you're

7    not --

8          The idea of the trade is not to cash the

9    dividend or the interest, but basically to use the

10   instrument as a trading vehicle, but you -- when you

11   do that, obviously, you account for the dividend in

12   the price of the stock.

13         So you're -- you adjust the price of the

14   stock to the client based upon the fact that you're

15   not getting a dividend.

16   Q.   So --

17   A.   And, also, one of the things Dubinsky

18   doesn't seem to account for is that brokerage firms

19   trade what they call due bills.

20         In other words, most -- when you buy stock

21   frequently, you're not getting the -- the dividend

22   from the company, because you're buying the stock --

23   it's coming -- it's being transacted in what's known

24   as street name, which is -- it's not in -- registered

25   in -- in the client's name and so on.

*** CONFIDENTIAL ***

Page 184

1           So you -- a lot of times -- very frequently

2      you'll buy stock from a customer that pays a dividend

3      or declared a dividend, and you won't get the

4      dividend.  The company is going to pay the dividend to

5      whoever the stock's name is registered in.

6           And most stocks are not registered in

7      clients' names anymore.  They're -- they're registered

8      in a street name.  So the brokerage firms will issue

9      due bills to each other to get the monies, and then

10     you just journal it into a client account.

11          He doesn't go into any of that, which is --

12     I can understand, you know.  I'm not faulting him for

13     that.  It's not that the customer didn't -- didn't get

14     the price.

15          So our customer -- if they weren't getting

16     the dividend, they were -- they were getting a lower

17     price on the stock, you know, to account for that,

18     because the firm is going to get the dividend.

19          So you have to make the customer whole some

20     way.  When you're internalizing trades as principal,

21     that's a common way of doing business.

22     Q.    Did Mr. Dubinsky ever talk to you?

23     A.    No.  I never knew he existed until I saw the

24     report.

25     Q.    Okay.  Did anyone from the trustee's side,

*** CONFIDENTIAL ***

Page 185

1    any expert, ever question you about any of the --

2        A.    To my recollection --

3        Q.    Let me just finish the question.

4              -- any of the convertible arbitrage trade?

5        A.    No.  I never had any conversation with the

6    trustees regarding any of this trading, other than

7    when they came down here to speak to me, but I don't

8    think they ever really got into -- into the trading.

9        Q.    Okay.  Mr. Dubinsky reaches the conclusion

10   on page 41, just above paragraph 105, that there's no

11   evidence that the IA business converted the

12   convertible securities into common shares; do you see

13   that?

14       A.    Yeah.

15       Q.    And then he says, "Companies that have

16   publicly-traded securities typically use third-party

17   institutions, known as transfer agents, to keep track

18   of the individuals and entities that own their stocks

19   and bonds."

20             "Most transfer agents are banks or trust

21   companies.  Although, companies sometimes act as its

22   own transfer agent.  The transfer agent maintains

23   records of the shareholder information."

24             And then in paragraph 109, he says, "In

25   order to have converted preferred convertible stock

*** CONFIDENTIAL ***

Page 186

1  and convertible debt into common stock, the IA

2  business would have needed documentation regarding the

3  conversion of the securities."

4      A.    Uh-huh.

5      Q.    Now, did you have that documentation, or did

6  you --

7      A.    No.  As I stated earlier, if -- if we

8  converted -- when we converted stock, we typically

9  would have one of our clearing facilities convert the

10  stock.

11          Meaning, Commercial Bank of North America,

12  Bankers Trust, Irving, any one of those people.

13  Marine Midland that -- that provided that facility for

14  us.

15          So we would not, except under rare

16  occasions, physically convert the stock ourselves.

17  Doesn't mean the stock wasn't converted.

18      Q.    Okay.

19      A.    And, as far as him relating to the transfer

20  agents, the stock trades in street name.  So --

21  meaning it's -- it's traded as a negotiable

22  instrument.  It's not -- it's very rarely put in a

23  customer's name, unless the customer is going to

24  request delivery of the securities.

25          So if a customer wants to hold the

*** CONFIDENTIAL ***

Page 187

1    securities themselves, which now doesn't exist -- as a

2    matter of fact, they're eventually going to -- that's

3    never going to happen, because nobody wants to go

4    through transfer agents.

5           So I don't even know why that's in the

6    report, because very few brokerage firms put stock in

7    a customer's name.  Customers don't want to hold it.

8           If the brokerage firm is holding their

9    security, they always -- they never hold it in a

10   customer's name.  They hold it in -- in the street

11   name.  And the dividends don't -- do not go to the

12   customer directly from the -- from the company --

13      Q.    Right.

14      A.    -- transfers.  They get paid to the broker,

15   and then the broker would make the customer whole.

16      Q.    And that would have been true for the 1980s?

17      A.    Yes.

18      Q.    Okay.  Now, in paragraph 115 Dubinsky wrote,

19   "Trade confirmations fabricated by the IA business to

20   support the convertible arbitrage trades were actually

21   prepared backwards, as though BLMIS was trading as a

22   principal, rather than an agent."

23      A.    Oh, that's true.  I mean, we always trade as

24   principal, as I said before.  Doesn't mean they were

25   created backwards.

*** CONFIDENTIAL ***

Page 188

1    Q.    Right.

2    A.    I mean, it says right on the customer

3  confirmation that we're trading as principal.

4    Q.    Right.

5    A.    And that's not -- that has nothing to do

6  with whether you're trading it backwards or not.

7    Q.    Right.

8    A.    He's almost insinuating that -- from that

9  statement that trading as a principal, there was

10  something wrong with it.  That would be great news to

11  the industry.

12    Q.    I want to just interject some questions on

13  another subject.  Can you describe for us what kinds

14  of trading you did with Bear Stearns?

15    A.    Mostly market-making, proprietary trading or

16  for Bear Stearns' customers.  There's -- our trades

17  with Bear Stearns were typical of what we traded with

18  everybody.

19         It was -- we were trading basically for Bear

20  Stearns' own account or for their customers' accounts.

21  If Bear Stearns got -- wanted to buy and sell stock

22  for -- for one of their clients, they had to go to a

23  market-maker, like myself, unless Bear Stearns traded

24  the stock himself.  Then he would internalize the

25  stock himself, just as I'm doing.

*** CONFIDENTIAL ***

Page 189

1      Q.    Okay.  So Bear -- but Bear Stearns was a

2    market-maker; right?

3      A.    Some -- in some of the securities.  Yeah.

4      Q.    Okay.  And they were doing convertible bond

5    trades in the 1980s?

6      A.    Yes.

7      Q.    Okay.  So why would they need you?

8      A.    Well, because they may have not been making

9    a market in the convertible bond that we were making

10    the market in.  In other words, they -- you know,

11    there are times when we were a market-maker in a

12    convertible bond, and we bought it from somebody else

13    as well.

14          If -- if we didn't -- if we didn't have the

15    stock in inventory, and we didn't want to short it to

16    a client, we might go to Bear Stearns, and they might

17    do the same thing to us.

18          But Bear Stearns was a competitor at times,

19    and they were not a competitor, you know, at times.

20    But Bear Stearns was -- was one of our big clients.

21      Q.    Did they buy securities for you and hold --

22    and hold those securities?

23      A.    Did Bear Stearns?  We had accounts at Bear

24    Stearns.  Yes.

25      Q.    So there would have been times when you

*** CONFIDENTIAL ***

Page 190

1    purchased securities through them, and they would hold

2    those securities?

3        A.    Bear Stearns?

4        Q.    Yeah.

5        A.    Probably not.  You know, usually they would,

6    you know -- it depends upon what -- what kind of stock

7    it was and whether it was a stock that went through

8    the clearinghouse or not.

9        Q.    Or convertible bonds, would they sometimes

10   be holding some of your inventory?

11       A.    No.  They wouldn't typically be holding

12   convertible bonds for us.

13       Q.    Would you be holding convertible bonds for

14   them?

15       A.    Probably not.

16       Q.    Okay.  I'd -- I'd like to look at pages 48

17   and 49 of the report.

18       A.    Uh-huh.

19       Q.    This is -- in paragraph 117, if you can just

20   read it to yourself, and then I'll ask you some

21   questions.

22       A.    This -- this was an example that I pointed

23   to earlier where he fails to understand he's reading

24   the confirmations wrong.  He's reversing -- he's

25   confusing the we -- we to -- to you.

*** CONFIDENTIAL ***

Page 191

1        Q.    Okay.  Okay.  And he's -- he's concluding

2    that this is -- this is evidence of your fraud; right?

3        A.    Yeah.  He's -- right.  I mean, it's --

4    clearly he's -- he's not understanding that when we

5    say, "We bought," it's we bought from the customer or

6    we sold to the customer.

7             Not as he's -- so he's saying that if we --

8    if we wrote the confirmation wrong, the trade never

9    could have taken place, because he's -- he's not

10   reading it properly.

11       Q.    Right.  Can you describe for us the kinds of

12   transactions you did for Carl Shapiro's various

13   accounts that you felt uncomfortable about doing?

14                MR. SHEEHAN:  Object.

15                THE WITNESS:  Okay.  Well, I -- it

16       would be easier for me to explain the strategies

17       that I initiated for the big four accounts, which

18       Carl Shapiro would be included in that.

19                The -- we have to go back to -- this is

20       going to take a little bit of time.  How much

21       time do we have?

22                MR. SHEEHAN:  The rest of the

23       afternoon.

24                THE WITNESS:  Oh, okay.  That's fine

25       with me.  Unfortunately, I have nowhere to go.

*** CONFIDENTIAL ***

Page 192

1                 MS. CHAITMAN:  Yeah.  Do you -- are you

2       getting tired?

3                 THE WITNESS:  No.  I'm -- I'm fine.

4                 MS. CHAITMAN:  Are you getting tired?

5                 MR. SHEEHAN:  No.

6                 MS. CHAITMAN:  Okay.  Everybody is

7       okay?

8                 MR. SHEEHAN:  I haven't fallen asleep

9       once.

10                MS. CHAITMAN:  You're okay?

11                THE WITNESS:  I'm okay.

12                MS. CHAITMAN:  You're okay?  Everybody

13      is okay?

14                MR. SHEEHAN:  Yeah.  We --

15                MS. CHAITMAN:  You're getting tired?

16                MR. SHEEHAN:  We can go for a little

17      while longer.  I'm okay.

18                THE WITNESS:  Yeah, I have nowhere to

19      go.  So --

20                MR. SHEEHAN:  Sure.  That's true, but

21      it's your call.  It's your dep.

22                THE WITNESS:  No.  I'm all right.

23                MS. CHAITMAN:  Is everybody else okay?

24                MR. SHEEHAN:  Sure.

25                THE WITNESS:  Okay.

*** CONFIDENTIAL ***

Page 193

1              MS. CHAITMAN:  Why don't we -- why

2     don't we say we'll go to 2:30 and evaluate how

3     everybody is?

4              MR. SHEEHAN:  That's fine.

5              MS. CHAITMAN:  Okay.  Good.  Okay.

6              THE WITNESS:  All right.  This goes

7     back to the -- the Madoff misery.  All right.  In

8     1980 I was approached by some foreign clients,

9     basically French clients, institutional clients,

10    to -- for those of you that are old enough to

11    remember this -- that excludes you.

12             MS. CHAITMAN:  Amanda, we're excluding

13    you.

14             THE WITNESS:  That excludes you.

15             In 1980 Mitterrand came in to be -- to

16    be president of the premier of France, and

17    basically was a socialist, but, you know, also

18    being accused of being communist, and decided to

19    nationalize the banks and the industries in

20    France.

21             So there was a hysteria in France,

22    because everybody thought that France was going

23    to go down the tubes.  At -- and what -- he put

24    into place currency controls, so that French

25    citizens were not allowed to own any currencies,

*** CONFIDENTIAL ***

Page 194

1        other than the franc.

2                 So if you were a French citizen, you

3        couldn't own dollars or yen or anything else.

4        You had to own just French francs.  You couldn't

5        trade in any currency.

6                 And the French franc was going to be

7        devalued dramatically.  So there was hysteria in

8        France to get their assets out of the franc and

9        into dollars.

10                But the only way that you could do that

11       is you could own U.S. assets, like securities.

12       And in order to do that you would sell the franc

13       and buy dollars to purchase the U.S. security,

14       because U.S. securities had to be settled and

15       paid for in dollars.

16                So the -- there was an interest in

17       people taking -- selling the French franc,

18       converting the francs into dollars, and then

19       being able to buy U.S. securities, which traded

20       in dollars, and they had to be held in -- in

21       dollars.  And that way your -- your -- you now

22       had your currency -- your assets held in

23       dollar-denominated securities.

24                The -- that was the one loophole that

25       the government allowed French citizens to do, was

*** CONFIDENTIAL ***

Page 195

1    to buy U.S. stocks, and to do that you sold the

2    franc on the dollar.

3              So the -- anybody that was -- that

4    wanted to do that had to find a broker that would

5    buy U.S. securities for them.  So I was

6    approached by some large, you know, French

7    citizens that were very wealthy that wanted to do

8    this, that wanted to establish a portfolio of

9    U.S. securities, so that they could get their

10   money out of the French francs and into the

11   dollars.

12             It was a perfectly legal strategy.  It

13   was not anything unique or new, but to do this

14   you, obviously, you know, accomplished what you

15   wanted to do, but you now had your money in

16   dollars, and you ran the risk of the U.S. market,

17   because you owned -- you -- you had your money in

18   U.S. securities.

19             So because at that time our reputation

20   was as an arbitrage firm, that was -- had some

21   sort of expertise in hedging, I was approached by

22   these French citizens and some Swiss banks to

23   execute this transaction for them.

24             I did -- did this type of trade, and so

25   did Goldman Sachs and some other arbitrageurs in

*** CONFIDENTIAL ***

Page 196

1        Wall Street.  Basically it was -- they were all

2        the --

3                During that time the arbitrage business

4        and convertible bonds or any type of what's known

5        as bona fide arbitrage was controlled by the --

6        the Jewish arbitrageurs.  That was like Goldman

7        Sachs, Bear Stearns, you know, the Gruss &

8        Company.  There was a whole -- there was a list

9        of -- of firms.

10               And I had already been established as a

11       trader in convertible bonds.  I was sort of

12       minted by Gus Levy, who is a senior partner of

13       Goldman Sachs, and Cy Lewis from Bear Stearns and

14       so on and so forth.

15               So what happened was I was approached

16       by these Frenchmen to -- to do this trade for

17       them.  However, what they wanted to do was also

18       hedge this portfolio of U.S. stocks that they

19       had.

20    BY MS. CHAITMAN:

21       Q.    Can you give us the names of the people

22    you're talking about in France?

23       A.    A family known as the Igoins, Albert Igoin,

24    I-g-o-i-n.  Jacque, you know, Amseleum was another

25    one.  And then there were some other Swiss bankers --

*** CONFIDENTIAL ***

Page 197

1    Swiss bankers and French, you know, entities.

2            Eventually I owned -- I did these trades for

3    people like Christian Dior, the Bettencourts, who

4    owned L'Oreal, and so on and so forth.

5            So they came to me, and they said, okay.

6    Can you put this portfolio of securities together?

7    And I said, yes, I can put the portfolio of securities

8    to buy for you, but you're going to be involved with

9    the market risk.

10           So they said, well, how can you hedge that?

11   So I said, well, you can -- you can go short against

12   the box.  It's a strategy where you would short the

13   stock.  Or you can short similar securities.  There's

14   any number of forms -- ways you can hedge it.  Using

15   options and so on and so forth.

16           So they said, okay.  That -- that's fine.

17   Go ahead and do that for us.  So I started doing that

18   business for them.

19           It so happens at that same time I was

20   trading -- doing convertible bond arbitrage for, you

21   know, these four families, the Shapiros, Picowers,

22   Levys and the Chaises, where I was doing basically

23   general convertible bond arbitrage for them, which

24   were involved doing -- going long in convertible bonds

25   and short the common stock.

*** CONFIDENTIAL ***

Page 198

1          However, the -- the tax rate at that time in

2     the '80s was a very high rate, anyways, at that time.

3     Like an 80 percent tax rate on short-term capital

4     gains.

5          So I had one group of clients that were

6     doing -- that was doing convertible bond arbitrage,

7     but they were all short-term gains, taxed at the

8     short-term rate.

9          And then I had these French people that were

10    doing, you know, this currency arbitrage.  The U.S.

11    clients, these four big clients, were -- in order to

12    save money on taxes was using silver straddles to

13    convert short-term gains into long-term gains, which

14    is a common strategy that most sophisticated investors

15    were using at that time.

16         They were using silver straddles.  They were

17    doing that through Bear Stearns, through E.F. Hutton,

18    through Merrill Lynch.  Those were the firms -- I did

19    not trade in commodities.

20         So they were doing this -- this trading

21    through these other firms, which was, you know, using

22    these straddles to convert the short-term gains that

23    they had in the -- in the stock market trades with me

24    into long-term gains with them.

25         But the IRS, the Internal Revenue Service,

*** CONFIDENTIAL ***

Page 199

1    was questioning the use of silver straddles for

2    everybody, you know, in the United States.  They were

3    saying that there was no risk involved in these

4    trades, and they thought that these trades were --

5    boarded on being sham transactions.

6              So they were disallowing the use of silver

7    straddles to -- to offset, you know, short-term gains

8    and convert them into long-term gains.  So my -- I had

9    these -- these four families that were using these

10   silver straddles, as I said, through Bear Stearns,

11   E.F. Hutton and Merrill Lynch.

12             And they wanted to not use these -- those --

13   that method.  And Picower was using leasing shelters.

14   He had a leasing company to offset these gains.  So

15   they came to me.  They were -- they had been clients

16   of mine starting in the '60s and so on.

17             And I was generating convertible bond

18   arbitrage trading profits for them for years, where

19   they were making anywhere from 20 percent, 18 percent

20   to 15 percent.

21             So everybody was very happy and making a lot

22   of money with me, and I was happy doing it, but they

23   now were in a situation where the tax rates were very

24   high.  And they came to me and said, look, we can't

25   use the silver straddles to convert your short-term

*** CONFIDENTIAL ***

Page 200

1    gains into long-term gains.

2             You know, what can you do to -- to help us

3    on this thing?  I said, well, there's basically

4    nothing I can do, because the tax shelters that you're

5    using I don't recommend.  I'm not in the tax shelter

6    business.  I'm certainly not -- you can't -- I'm not

7    in the commodities business.

8             I said, you can't use the commodity trades

9    anymore.  The only thing that I know that you can do

10   is to generate long-term gains, rather than short-term

11   gains, but the arbitrage profits that we've been doing

12   for years are all automatically long -- short-term

13   gains.

14            So you've got to stop -- you've got to stop

15   doing that sort of trading.  If -- if you don't want

16   to pay the taxes at the short-term rate, I said,

17   you've got to use another strategy.

18            So what other -- what other strategy can we

19   use?  I said, well, you can -- you can use a -- a

20   portfolio of stocks.  You know, hold them for one

21   year.  And if the market goes up for one year, you'll

22   have long-term gains and pay the long-term gain rate.

23            They said, well, that's terrific.  I said,

24   yeah, except that you're now subject to market risk,

25   you know.  So I said, the market has to go up.  I

*** CONFIDENTIAL ***

Page 201

1   can't guarantee you the market is going to go up over

2   the next year.

3            I said, it might.  I said -- I happened to

4   be bullish at the time.  This was also 1980.  I said,

5   I can try and hedge it for you, but, again, there's no

6   guarantee, you know.

7            So they said, what kind of hedges can you

8   do?  I said, you can go short against the box, which

9   really isn't a good strategy to use, because the IRS

10  will challenge that the same way they'll challenge the

11  silver straddles, but you can go short similar

12  securities.

13           Meaning you can buy IBM and then short

14  Hewlett-Packard or Dell computer, you know, things

15  like that.  That's perfectly legal.  Perfectly --

16  it'll stand up tax wise and so on.

17           But, again, this strategy will only work if

18  the market goes up, and you have to be willing to hold

19  the stock for one year.  So they said, okay.  Let's

20  try it.

21           So I said, all right.  I said, as it turns

22  out, I have a great situation for you.  I said, I have

23  a group of French clients that are hedging their

24  currency trades with -- I'm putting together a

25  portfolio of stocks for them with their long and

*** CONFIDENTIAL ***

Page 202

1    short.

2             I said, you want to do a similar type of

3    strategy, long and short.  So now we can have a good

4    liquidity pool, you know.  I can put both of your

5    trades together.

6             I said, that's the good news.  The problem

7    is the French people, they want to -- they don't want

8    to unwind or undo their transactions, you know, right

9    away, I said.

10            So you're going to have to sort of

11   understand they're -- they want to hold it -- you want

12   to hold it for -- your period -- your stock for one

13   year.  They don't -- they also want to hold it, but

14   we're going to have to sort of, you know, coordinate

15   this thing, where, you know, we're not going to

16   unwind -- meaning we're not going to sell your

17   portfolios before they want to sell their portfolios

18   and so on.

19            So there has to be some sort of coordination

20   with this.  Now, this is a, you know, perfectly legal

21   situation to do, but, you know, you're making some

22   sort of a commitment that when you want to sell,

23   they're going to want to unwind their -- their

24   transaction together.

25            All right.  Goldman Sachs was doing a

*** CONFIDENTIAL ***

Page 203

1   similar type of arrangement, but they were doing it

2   primarily for the firm's, you know, best clients and

3   their own partners.  This was a, you know, obviously a

4   very sort of specialized type of transaction.

5        Q.    Let me just interrupt you here.  Were you

6   actually purchasing the securities for the French

7   clients?

8        A.    Everybody was buying.

9        Q.    Okay.

10       A.    These were perfectly legitimate.

11       Q.    Okay.

12       A.    Everybody was buying and selling.  The big

13   advantage, as I said, was that there was a two big

14   liquidity pools on both sides of the transaction.

15            In other words, there was -- here you had a

16   group of clients looking to accomplish pretty much the

17   same thing.  Although, one -- they were both doing it

18   for tax purposes.  Perfectly legal, but -- but

19   different, because of the way the currency -- the way

20   the tax laws were in the different countries.

21            So everybody said, fine.  Go ahead.  You

22   know, so we -- I -- we started doing this transaction,

23   and it worked out.  It was like a dream.  The market

24   from 1980 continued to march upward.

25            So the four big families had these

*** CONFIDENTIAL ***

Page 204

1   portfolios where the stocks went up.  They had

2   long-term gains on -- you know, it looked like they

3   were getting long-term gains on their long portfolio,

4   and on the short portfolio that was hedging it, they

5   were having short-term losses.

6           All right.  Which was fine, especially if

7   the long positions went up more than the short

8   positions went up.  So you had a -- you know, one

9   could go up 30 percent, and one could go up 20

10  percent, but you were making the difference of ten

11  percent.

12          So it worked like a dream.  Everybody was

13  happy, including myself.  That goes fine from 1980

14  literally through 1987.  And comes 1987, the market

15  crashes, and the -- the four families, particularly

16  really two families, Picower and Shapiro, more than

17  Levy and Chais.

18          Primarily it was the two of them, but let's

19  say three.  Throw Chais in that pool.  Decided,

20  listen, the market is crashing.  The game is over.

21  Now all of these stocks that went up over the past,

22  you know, years --

23          And some of them, they literally held these

24  positions open for almost eight years.  They -- let's

25  sell out, because the market is going to -- the market

*** CONFIDENTIAL ***

Page 205

1    is crashing, and I'm going to go -- continue to go --

2    continue to go lower.  I'm going to lose all of our

3    long-term gain advantage.  So I want to get out.

4              The problem was that this was not a good

5    time for the French people to close out their

6    transactions.  So I said, look, let's not everybody

7    panic.  The market is -- you know, is going down,

8    clearly, but it's going to recover.  Let's not sell

9    out, I said.

10             And we have commitments.  I can't, you know,

11   start liquidating you and -- and then it's going to

12   screw up my relationship with -- and your relationship

13   with the -- with the foreigners.  So let's just hold

14   on.

15             That went fine, but -- you know, for about a

16   day, but then, you know, Shapiro and Picower,

17   everybody -- they got hysterical and said, no, no, no,

18   no.  We want to sell out.

19             So I had no choice, because these

20   commitments that we had made to -- you know,

21   originally were all verbal commitments, and I couldn't

22   literally, you know, tell them, you can't sell, you

23   know.  If they wanted to sell, they wanted to sell.

24             So we started liquidating their portfolios

25   on the long side.  And they said, well, wait, you

*** CONFIDENTIAL ***

Page 206

1    know.  I said, you've got to liquidate the short side

2    also, but -- you know, you can't liquidate one side

3    without the other.

4              So, to make a long story short, they -- they

5    convinced me to -- to -- you know, to leave the

6    shorts -- to take over their short positions for them.

7    And that way -- because they wanted me -- let's get

8    out of everything.

9              And I said, no, no, no, because you're going

10   to screw up my relationship with the foreigners.  I

11   said, we can't do that.  And that was my mistake.  I

12   mean, I -- I had no recourse.

13             I mean, I could have -- could have tried to,

14   you know, sue them, but I had no legal grounds to sue

15   them.  So I -- I wound up selling their long positions

16   for them, sending the money they needed to pay their

17   taxes and taking over the short.

18             They were convinced that the short positions

19   were -- were going to go down also.  So that they --

20   they said, listen, you're -- you're worried about the

21   short positions going up.  The market is going to

22   crash.

23             We're going to -- we'll make money on the

24   long side, selling them out, and the short -- we'll

25   wind up making money on the short side also.  I said,

*** CONFIDENTIAL ***

Page 207

1    you know, that's not going to happen.

2            So for awhile they seemed -- they seemed

3    correct.  The market, you know, continued to sell off,

4    and we -- you know, you know, they weren't that

5    worried about it.

6            But then, of course, the market turned

7    around, and they started losing money -- I started

8    losing money on the short positions, because I was --

9            Oh, by the way, at that time I made -- what

10   happened was in order for them to convince me to do

11   this for them, they said, okay.  You take over the

12   short positions, and we'll hold you harmless from any

13   losses you take on it.

14           You know, they were so convinced that --

15   that they were right, that the market was never going

16   to recover, they were going to make money on the long

17   side and on the short side, you know, they said,

18   you're going to make money on the short side.  Don't

19   worry about it.

20           Well, the market turned around.  The -- they

21   did make their money.  They made huge profits on the

22   long side.  On the short side I wound up losing money.

23   It was a terribly stupid thing, you know, for me to

24   do.  I mean, people that knew me said, how on earth

25   could you do such a thing, you know?

*** CONFIDENTIAL ***

Page 208

1    Q.    Did you have a written agreement with the --

2    A.    I had --

3    Q.    -- four families --

4    A.    I had --

5    Q.    -- or --

6    A.    Yes.  As a matter of fact, Carl Shapiro's

7    attorney was a man -- was one of the senior partners

8    at Coopers & Lybrand, which then became Price

9    Waterhouse, who was also doing this type of trading

10   with me at the time.

11          And we put together hold harmless agreements

12   that said they would be responsible for any of my

13   losses that I -- that I took.

14          And, first, they wanted to do everything

15   verbal, said, don't worry, you know, we have these

16   relationships with you.  You don't have to worry about

17   it.

18          And I said, look, I said, you guys are -- Carl

19   Shapiro was -- they were older at this time.  You

20   know, they were old guys.  He was ready to die, he

21   claimed, at 60.  Still going strong at 103, but --

22          I said, look, put it -- I said, you know --

23   I said -- he said, don't worry about it.  My children

24   will make you whole.  They'll respond.  So every --

25   everybody -- their children, by the way, were my age.

*** CONFIDENTIAL ***

Page 209

1   So, you know -- and they were friends of mine.  So

2   it -- this whole thing was like a whole family type of

3   situation.

4          But I said, look, you know what?  I trust

5   everybody.  Let's put it in the trust agreements.  So

6   they -- I became the executor of their estates.  They

7   sold -- they changed their trust agreements.

8          As a matter of fact, Norman Levy -- J.P.

9   Morgan was the executor of his estate.  And I said, I

10  don't -- you know, I don't trust J.P. Morgan.  You

11  make me the executor -- executor of the estate.

12         So I became the executor of the estate, and

13  they signed agreements with -- they also had -- some

14  of the trust agreements, they guaranteed J.P.

15  Morgan -- J.P. Morgan could only trade through me for

16  their account on some of the trust agreements.

17         But J.P. Morgan was smart enough to say,

18  okay, well, we want you to hold us harmless from any

19  liability.  If Madoff makes dumb investment decisions,

20  we don't want to be responsible as the trustee.

21         So they -- all of this was done.  It was

22  fine.  Of course, by -- you know, after a period of

23  time, they probably changed all of their trust

24  agreements, you know, because -- but, in any event,

25  I --

*** CONFIDENTIAL ***

Page 210

1      Q.    Let me just interrupt.

2            So you had -- you had agreements with Norman

3    Levy, Carl Shapiro?

4      A.    Right.

5      Q.    With Jeffry Picower?

6      A.    Yes.

7      Q.    And with Stanley Chais?

8      A.    Right.

9      Q.    Okay.

10     A.    The -- of course -- you know, it really sort

11   of doesn't matter, because, you know, I never was --

12   I -- I really couldn't sue any of these people,

13   because for me to start --

14           One of my choices was, when I started taking

15   these losses, was to start suing everybody, but that

16   would have been a total disaster.  I -- I couldn't

17   start suing people, because it would have -- you know,

18   I never would have gotten paid, you know, on these

19   things.

20           So, outside of the fact they were starting

21   to trade away from me at these firms, also going short

22   and losing money, and I -- I was concerned that I was

23   ever going to get paid, you know, because Jeffry

24   Picower was saying, well, you know, I don't have the

25   money anymore and so on and so forth.

*** CONFIDENTIAL ***

Page 211

1           The -- this -- I then made the decision I

2     had to -- I had to, you know, take on new business,

3     because I was depleting my capital from the losses

4     that I was incurring from -- on these transactions.

5           And I decided to, you know, start handling

6     hedge funds.  I had -- also had put together this --

7     come up with at the same time this split-strike

8     strategy trade, which I thought was a -- you know, a

9     sensible trading strategy.  It was.

10          And I had been, you know, asked by -- by the

11    immediate world to get into this strategy.  The

12    split-strike strategy was a strategy that I sort of

13    developed, because the --

14          The -- the collar of the split-strike

15    strategy is not a new strategy, but what I decided to

16    do was build a collar strategy out of it.  I don't

17    want to bore you with all of the details, but it

18    involved hedging.

19          And so, not only -- you would buy a

20    portfolio of stocks.  You would sell calls against it

21    to take in a profit, but then you would hedge yourself

22    by buying puts on the side.

23          So it was a strategy that -- that, you know,

24    was very appealing to a lot of people.  To do the

25    strategy you had to deal with a dealer, like myself.

*** CONFIDENTIAL ***

Page 212

1   Because I was trading in the over-the-counter market,

2   I had -- was now doing all of this business away from

3   the floor of the exchange.  So everybody wanted to

4   come in to do business.

5           My concern was -- I said, okay.  This is

6   fine.  Now, everybody wants to come in.  All of a

7   sudden I can develop this investment advisory

8   business.

9           The problem that I would have is the type of

10  people that this appealed to were the foreign hedge

11  funds, and that was known as hot money.  In other

12  words, foreign hedge funds would do business with you,

13  but as soon as you had one bad quarter or one bad

14  month, they wanted their money back and they wanted to

15  disappear.

16          So I said, to do this investment strategy,

17  the split-strike strategy, you had to sort of stay the

18  course.  You had to sort of agree to keep your money

19  in it, because as soon as -- if you have one bad

20  quarter, you know, it's not going to work.

21          So these hedge funds said, Bernie, we'll

22  have no money -- giving you money and keeping it with

23  you.  You just have to make sure that you're not going

24  to return our money, you know, when you all of a

25  sudden decide you -- you -- you don't want to do this

*** CONFIDENTIAL ***

Page 213

1    anymore.

2            So I made a commitment.  I said, fine.

3    You -- you become a client.  You send me in the money.

4    I'll agree to not return it to you, you know.  In

5    other words, their biggest concern was that I was

6    going to be approached by Goldman and Merrill Lynch

7    and everything else, because at that time those firms

8    wanted me to do it for them, this strategy.

9            They said, because -- you know, even though

10   they could do it themselves theoretically, they had

11   problems doing this type of business, because it was a

12   conflict of interest for them with their other

13   institutional business.

14           I know I'm boring you with all of these --

15   these details --

16       Q.    Can I just interrupt you for just a second?

17       A.    -- but it's a complicated situation.

18       Q.    I just want to -- I just want to understand

19   something.

20           The '87 crash occurs.  You then have to work

21   through with the big four an indemnification, because

22   you're going to assume their short positions?

23       A.    Right.

24       Q.    Are you saying that the losses that you

25   suffered as a result of taking over the short

*** CONFIDENTIAL ***

Page 214

1    positions for the big four is what ultimately forced

2    you --

3         A.    Yes.

4         Q.    -- into the split-strike --

5         A.    That's correct.

6         Q.    -- fraud?

7         A.    Yeah.

8         Q.    Okay.

9         A.    Now, again, this is my own doing.  In other

10   words, this was not -- you know, no one had a gun to

11   my head.  My -- my choice was to not do this.  Go

12   after these clients, you know, for the indemnity, but

13   the clients were claiming they didn't have the money

14   to pay me, because they were -- they were losing money

15   being short themselves away from me, you know.

16             So that was -- you know, believe me, I live

17   with this everyday, you know, for the past eight

18   years, you know, trying to figure out why I was so

19   stupid to do this.

20             And -- but you had to understand, unless you

21   knew me and you knew my relationship with these

22   people, these were like -- these guys were like

23   fathers, you know, to me or brothers to me that I had

24   made literally billionaires.

25             All right.  And made myself a lot of money

*** CONFIDENTIAL ***

Page 215

1    also.  And I was like, you know, the golden boy of

2    Wall Street, supposedly, this genius.  And for me to

3    acknowledge that I was stupid enough to do this

4    situation with them would have been, you know, the end

5    of my business, the end of my relationship, you know.

6              I had a -- a firm of, you know, at that

7    time, you know, 200 people that I was responsible for

8    working.  It would have been the end of Madoff.  The

9    end of the firm, you know.

10             So I decided, you know, to risk this -- you

11   know, my whole life doing this split-strike

12   transaction.  And the -- I took in the money and

13   started to try to do the transaction.

14             The market, you know, in '90 -- '92, as I

15   started to say, wasn't receptive to it.  And I started

16   getting under pressure from the hedge funds to invest

17   the money.

18             They said, look, you know, you made this

19   commitment to take this money from us.  You told us

20   you didn't want us to take it back.  You know, we

21   don't want to -- we don't want to make treasury bill

22   interest.

23             I had put the money in treasuries, making

24   two percent.  They were expecting to make ten or 12

25   percent in the strategy.  And they kept on saying to

*** CONFIDENTIAL ***

Page 216

1    me, do something, you know.

2            And I said -- so, I said, you know -- you

3    know, I couldn't do the strategy.  I said, well, you

4    know, I'll short the strategy to them.  I'll -- I'll

5    put the trades on short.

6            Again, understand that as a market-maker I

7    frequently traded on the short side of the market.

8    That was my business.  That's the risk.  If you're a

9    market-maker, you're a risk-taker, and you long trade

10   sometimes.  You short stock to customers.  You short

11   stock in the street.  That's the way you do your

12   business.

13           And, again, keep in mind that going short is

14   not a bad thing.  It's not an illegal thing.  It's

15   something that you -- that you do.  And there's

16   nothing wrong with doing it, except when you do it the

17   way I did it, you know.

18           So to me to -- you know, to short the

19   strategy, I'm thinking, okay.  I'll short the stock

20   for these -- these clients, and then that'll be a

21   short-term thing.  It'll take me, you know, a week, a

22   month or whatever it is.

23           Eventually I'll work my way out of the --

24   you know, out of the trades, but, you know, it just

25   kept on building and building.  And, you know, what I

*** CONFIDENTIAL ***

Page 217

1    thought would take a week or a month, you know, a day,

2    all of a sudden was now, you know, getting to be a

3    year.

4            The -- the biggest problem was I had taken

5    all of these monies in, and, although, I could have

6    done the strategy, it was -- I didn't have enough

7    volume to do these kinds of trades, because you're

8    talking now hundreds of millions and billions of

9    dollars of trades.

10            And the strategy itself, the split-strike

11    strategy, was a great strategy.  It made a lot of

12    sense.  And you have to understand, this strategy was

13    so good, you know, the concept -- and it was so -- it

14    was nothing ingenious, but --

15            It was a -- a sensible strategy, but in

16    order to do it, you had to be a dealer, a wholesaler,

17    like me.  You had to be a market-maker, like I was.  I

18    was sort of in a unique position to do that.  And I

19    had a reputation of building this -- a tremendous

20    concept in -- in this business.

21            The strategy was so good, if you ever looked

22    at my client base of who I had as clients.  It wasn't

23    just some stupid people.  Henry Kaufman, who was the

24    chief economist of -- of Salomon Brothers, who moved

25    markets, was a client.

*** CONFIDENTIAL ***

Page 218

1    Almost every senior partner from Goldman

2    Sachs, Morgan Stanley, Bear Stearns, Merrill Lynch

3    were all clients of mine in the -- in the strategy.

4    So -- as a matter of fact, when the trustee

5    came down to meet with me that day, when you were

6    there, and they asked me who knew that this strategy,

7    you know, wasn't -- that you weren't doing the

8    strategy?  Who knew this didn't make sense?

9    I said, look, do yourself a favor.  Do not

10   go under the assumption that this was a -- such a

11   stupid strategy that, you know, everybody should have

12   known that you were committing a fraud, because that

13   was -- that was your concept.

14   What -- not you, David.  Irving Picard's

15   concept was this -- this whole strategy didn't make

16   any sense.  And why didn't it make any sense?  Because

17   one of the world's great idiots, Harry Markopolos, the

18   whistleblower, he --

19   He was convinced that this strategy was so

20   stupid and so dumb and that Madoff never could have

21   done it.  So he kept on going down to the SEC and

22   telling them, Madoff is committing a fraud and this

23   strategy makes no sense.  I've been studying this

24   strategy.  He can't possibly make these -- these

25   trades or make this credit.

*** CONFIDENTIAL ***

Page 219

1          Okay.  Now, he was correct, in that, you

2    know, this -- you know, I couldn't have been doing

3    these trades, but the reason I couldn't do them is

4    because I couldn't possibly put that much money to

5    work at that time, because -- you know, he had no idea

6    how much money -- nobody had how much money I had

7    working through them.

8          All right.  So when he went down to the SEC,

9    and he said, Madoff is -- is a fraud -- is a fraud,

10    the SEC kept on looking at all of the -- the strategy,

11    and they said, this strategy -- there's nothing wrong

12    with this strategy.

13          And they kept on asking everybody on Wall

14    Street, can Madoff do these trades?  And they said, of

15    course, Madoff can do these.  He's the one -- one of

16    the only ones that can do these trades.

17          He has all the -- all of his business, so on

18    and so -- so the SEC, you know, told him, you're --

19    you're nuts.  It turns out -- he turned out to be

20    right, but for the wrong reasons.  And everything

21    that -- that he told the SEC didn't make any sense.

22          All right.  In any event, I said to the

23    trustee at the time, you're never going to -- you're

24    never going to win a case that says that these people

25    should have known this strategy was a fraud to begin

*** CONFIDENTIAL ***

Page 220

1   with, because too many smart people had the ability to

2   get the confirmations, look at the trades, analyze the

3   trades, would tell you that these trades could take

4   place.  There was nothing wrong with the strategy.

5   And that was the case.

6           All right.  To make a long story short,

7   the --

8       Q.    It's too late for that.

9       A.    Exactly.  Exactly.

10          That was the disaster.

11          All right.  So what was your -- the

12  finalizing of your question with regard to this?  I

13  knew this was going to happen.  It happens all of the

14  time.

15              MR. SHEEHAN:  If you want to ask a

16      question, go right ahead.

17              MS. CHAITMAN:  You know what?  I

18      think -- I think that we've done enough for

19      today.

20              MR. SHEEHAN:  Sure.

21              MS. CHAITMAN:  I think we're all tired.

22              MR. SHEEHAN:  Yeah, I think so.  And I

23      think it -- I just want to put on the record

24      that, obviously, we're not finished with

25      Mr. Madoff, and I haven't had a chance to ask any

*** CONFIDENTIAL ***

Page 221

1        questions.

2                    And you've given me a few thoughts here

3        today about some questions I'd like to ask you.

4        So I just want to preserve my right --

5                    MS. CHAITMAN:  No.  Absolutely.

6                    MR. SHEEHAN:  -- to take time with

7        Mr. Madoff.  And it may be the next day or the

8        day after that, whatever may be the case.

9                    MS. CHAITMAN:  Yeah.  I mean, I -- I --

10                   MR. SHEEHAN:  We'll -- we'll be back.

11                   MS. CHAITMAN:  Yeah, and I haven't

12       finished.  We really appreciate your patience and

13       giving us all of this information.

14                   You and I will talk about how to deal

15       with --

16                   MR. SHEEHAN:  Yes.

17                   MS. CHAITMAN:  -- this?

18                   MR. SHEEHAN:  Yeah, yeah.

19                   MS. CHAITMAN:  Okay.  And we can go off

20       the record.

21                   THE VIDEOGRAPHER:  This ends media

22       number three in the deposition of Bernard L.

23       Madoff.  Going off the record.  The time is

24       14:36.

25                   (SIGNATURE RESERVED.)

*** CONFIDENTIAL ***

Page 222

1                    (DEPOSITION CONCLUDED AT 2:36 P.M.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*** CONFIDENTIAL ***

**Page 223**

1                    C E R T I F I C A T E

2

3           I, BERNARD L. MADOFF, do hereby certify that I

4      have read and understand the foregoing transcript and

5      believe it to be a true, accurate and complete

6      transcript of my testimony, subject to the attached

7      list of changes, if any.

8

9

10              _____

11                        BERNARD L. MADOFF

12

13

14

15           This deposition was signed in my presence by

16      _____, on the _____ day

17      of _____, 2017.

18

19

20

21              _____

22                          Notary Public

23

24      My commission expires:  _____

25

*** CONFIDENTIAL ***

Page 224

1              E R R A T A   S H E E T

2    RE:  SIPC VS. MADOFF

3    DEPOSITION OF:  BERNARD L. MADOFF

4         Please read this original deposition with care,
     and if you find any corrections or changes you wish

5    made, list them by page and line number below.  DO NOT
     WRITE IN THE DEPOSITION ITSELF.  Return the deposition

6    to this office after it is signed.  We would
     appreciate your prompt attention to this matter.

7

          To assist you in making any such corrections,

8    please use the form below.  If supplemental or
     additional pages are necessary, please furnish same

9    and attach them to this errata sheet.

10

11   Page _____ Line _____ should

12   read:  _____

13   Reason for change:  _____

14   Page _____ Line _____ should

15   read:  _____

16   Reason for change:  _____

17   Page _____ Line _____ should

18   read:  _____

19   Reason for change:  _____

20   Page _____ Line _____ should

21   read:  _____

22   Reason for change:  _____

23   Page _____ Line _____ should

24   read:  _____

25   Reason for change:  _____

*** CONFIDENTIAL ***

**Page 225**

1   Page _____ Line _____ should

2   read:   _____

3   Reason for change:   _____

4   Page _____ Line _____ should

5   read:   _____

6   Reason for change:   _____

7   Page _____ Line _____ should

8   read:   _____

9   Reason for change:   _____

10  Page _____ Line _____ should

11  read:   _____

12  Reason for change:   _____

13  Page _____ Line _____ should

14  read:   _____

15  Reason for change:   _____

16  Page _____ Line _____ should

17  read:   _____

18  Reason for change:   _____

19  Page _____ Line _____ should

20  read:   _____

21  Reason for change:   _____

22  Page _____ Line _____ should

23  read:   _____

24  Reason for change:   _____

25

*** CONFIDENTIAL ***

Page 226

1    STATE OF NORTH CAROLINA

2    COUNTY OF PERSON

3

4                    CERTIFICATE OF TRANSCRIPT

5

6            I, Lisa A. DeGroat, a Court Reporter and

7    Notary Public in and for the aforesaid county and

8    state, do hereby certify that the foregoing deposition

9    of BERNARD L. MADOFF, was taken by me and reduced to

10   typewriting under my direction; and the transcript is

11   a true record of the testimony given by the witness.

12           I further certify that I am neither attorney

13   or counsel for, nor related to or employed by any

14   attorney or counsel employed by the parties hereto or

15   financially interested in the action.

16           This the 3rd day of January, 2017.

17

18

19

20

21

22   LISA A. DeGROAT

     Registered Professional Reporter

23   Notary Public #19952760001

     Expiration Date:  December 8, 2020

24   1-888-656-DEPO

25

[& - 2:30]                                                                    Page 1

| & | 11   3:18 143:5,6 | 181058   62:19,25 | 2 |
|---|---|---|---|
| **&**   2:9 9:16 10:8,10 10:23 11:3,18,21 33:20 122:10,11 167:13,17 168:4 171:2,5 176:23 177:1,5 196:7 208:8 | **11/21/11**   3:10 | **185**   173:19,23 | **2**   3:9 12:4,5 |

**&**   2:9 9:16 10:8,10
10:23 11:3,18,21
33:20 122:10,11
167:13,17 168:4
171:2,5 176:23
177:1,5 196:7
208:8

**0**

**0.8**   64:2
**08-01789**   1:7 5:3

**1**

**1**   3:8 4:1 6:9,15
**1,000**   44:14,17
63:19 110:6
**1,100**   58:12
**1-888-656**   226:24
**1.4**   63:22
**1.6**   180:8
**10**   3:17 113:19,22
116:6
**10,000**   125:14,14
**100**   14:2 42:13
43:15 63:17 96:16
103:14,17 110:12
110:19 111:7,17
116:6,13,14,15,25
136:22,22 180:5
180:12
**100,000**   56:10
64:17 80:23
**10022**   2:5
**101**   116:15 182:1
**10111**   2:10
**103**   208:21
**105**   185:10
**10573**   2:15
**109**   185:24
**10:16**   52:19,23

**11**   3:18 143:5,6
**11/21/11**   3:10
**113**   3:16,17
**115**   187:18
**117**   190:19
**119**   173:7,9,10,12
**11:00**   70:15
**11:12**   91:13,14
**11:27**   91:14,17
**11th**   7:1 12:15,25
21:8 54:22
**12**   2:15 3:9,19
13:9 74:1 90:13
157:21 158:1,11
158:12 215:24
**123**   143:14
**124**   143:14
**12:09**   126:16,17
**12:16**   126:17,19
**12th**   12:19,25 13:6
**13**   3:20 158:15,17
**13:01**   163:16
**13:18**   163:22
**14**   3:21 163:18
164:2
**14.4**   3:16
**143**   3:18
**14:36**   221:24
**14th**   97:20 180:7
**15**   42:14 199:20
**158**   3:19,20
**16**   7:8 165:15,21
**163**   3:21
**17**   64:5 166:9,12
166:20 169:12,21
170:5,7
**17th**   166:18,22
167:2 169:11,17
170:9
**18**   23:24 199:19

**181058**   62:19,25
**185**   173:19,23
**19**   9:20 151:10
167:2
**190**   173:20
**1960**   46:3 47:15
54:21 55:1 165:19
166:2,16,19
**1960s**   30:5
**1962**   55:24
**1970s**   28:7
**1980**   193:8,15
201:4 203:24
204:13
**1980s**   35:3 126:11
133:13 172:1
177:6 178:2
187:16 189:5
**1983**   60:5
**1985**   180:7,9
**1986**   164:4
**1987**   16:13 204:14
204:14
**1990s**   13:11 21:21
24:2,9
**1992**   9:21,22 10:11
18:17 26:22 92:18
98:16 99:10 100:4
149:12 151:11
161:1 162:1
169:13 170:19
171:7
**19952760001**
226:23
**1998**   67:25
**19th**   97:21 166:2
**1:01**   163:17
**1:18**   163:17

**2**   3:9 12:4,5
**2,100**   63:13
**2.6**   63:25 80:14
**20**   1:22 9:10 63:24
74:18 79:8,14
80:9 136:24
199:19 204:9
**200**   55:19 60:1,13
103:15,17 107:9
135:6 215:7
**2000**   55:24
**2000's**   121:21
**2000s**   60:15
**2005**   97:20,21
**2008**   7:1 12:15
16:24 21:21 24:2
24:10 25:4 27:20
30:1 54:22 55:20
56:9 60:3 64:9
81:9 85:1,3 86:5
87:9 149:13
151:13 161:1
162:6 177:25
**2009**   11:25 12:19
13:7 21:8
**2011**   27:17
**2016**   1:22 2:24
4:15
**2017**   223:17
226:16
**2020**   226:23
**20th**   2:23 4:15
**21**   3:10
**212**   2:11
**21st**   27:17
**23**   3:11
**25**   12:12 13:10
**27509**   4:19
**2:30**   193:2

**[2:36 - account]**

**2:36**   222:1

**3**

**3**   3:10 21:1,3 23:9
27:14
**3/12/09**   3:9
**30**   146:12 204:9
**30,000**   55:25
**300,000**   56:11
63:20 79:18
**3000**   4:18
**303-4568**   2:5
**30th**   164:4 172:3
**32**   27:15
**323**   112:19
**35**   165:17 174:9
**350**   63:14
**36**   176:8
**37**   156:6 176:21
**38**   177:11
**3rd**   226:16

**4**

**4**   3:8,11 23:8,14
**40**   179:14
**400,000**   63:20
**41**   176:11 185:10
**42**   97:23 98:5
**44**   21:13,24,25
23:11,17,25
**45**   2:10
**46**   24:8
**465**   2:4
**47**   24:23
**48**   190:16
**49**   190:17

**5**

**5**   3:12 52:20
**5,000**   102:3,7
**50**   56:7 67:24 75:1
108:10 135:5
137:8 143:23

**500**   55:6,11,14
63:14 65:11 86:23
125:23 126:1,2
168:21
**500,000**   65:10,11
66:6
**51**   173:14,16
**52**   3:12
**58**   62:21,23,24
79:5
**589-4616**   2:11

**6**

**6**   3:3,13 61:13,19
61:24 62:1 79:5
**6.3**   155:23 156:13
156:23 157:1
160:5
**60**   208:21
**600,000**   56:10
**60s**   30:1,10 50:21
153:3 199:16
**61**   3:13
**64**   79:5,6
**65**   79:17 80:3

**7**

**7**   3:14 81:23,25
165:9,11,12,14,14
**7.2**   159:22,24
160:5
**7.3**   159:24
**70**   56:5
**70s**   27:19 28:17,25
30:8,10,12 37:17
37:18 39:9 46:5
50:22 56:5 122:5
153:2,3
**75**   2:23 4:19
**78**   143:13,13

**8**

**8**   3:15 97:14,16
226:23
**8/11/09**   3:11
**80**   56:24 63:23
79:25 80:9 198:3
**800,000**   63:22
**80s**   24:21 25:17,22
26:19 28:7 29:1,3
31:7 37:17,19
51:2 60:20 122:5
132:13,14 133:19
153:2 166:20
172:10 198:2
**81**   3:14
**83**   143:13
**85**   79:21
**87**   26:2 56:24
60:21,23 213:20
**88**   60:21,23 62:22
**8:52**   2:24 4:16
**8:58**   8:22,23
**8:59**   8:23,25

**9**

**9**   3:16 112:17
113:16
**9/11**   54:5
**90**   85:16 110:24
215:14
**908**   2:5
**90s**   16:23 24:22
25:3,16,17 26:19
26:20,22 56:23,25
57:2 59:20 67:15
**914**   2:16
**92**   18:21 19:12,13
19:15,25 20:4
161:8 167:3,13
171:1,4 215:14

**93**   170:21
**937-6857**   2:16
**97**   3:15 67:15
**98**   67:16 73:24
110:12,18,20
116:24 117:2
**99**   69:14 107:2
110:20,20,24
111:3,10,15
**9:56**   52:18,19

**a**

**a.m.**   2:24 8:23,23
52:19,19 91:14
**ability**   37:5 39:16
65:17 81:2 85:25
126:25 220:1
**able**   19:1,16 39:5
41:1 71:4,6 77:20
78:2 84:14 90:15
104:11 135:19,20
140:14 179:25
194:19
**absolutely**   18:14
35:10 221:5
**academic**   88:14
**accommodate**
89:22,23
**accomplish**   31:10
203:16
**accomplished**
195:14
**accomplishments**
50:8 144:15
**account**   3:21 10:8
11:16 25:2,9
27:25 33:1 36:20
38:3,5,21 42:5,22
42:22,24,25 59:2,6
59:8 67:23 95:22
96:9 97:22 98:9
103:5 106:23

[account - answers]                                                      Page 3

109:19 136:23
137:14,15,15
154:1 155:25
156:8,15,17 157:7
157:18 167:15
168:19 172:19
173:2,5 176:13
180:20,25 181:5
181:18 182:2,23
183:11,18 184:10
184:17 188:20
209:16
**accountability**
155:5
**accountant**  33:10
33:20
**accountants**  32:3
**accounted**  160:14
**accounting**  55:3
111:20 154:18,20
155:8 156:8
167:20
**accounts**  24:16
29:15,17 34:20,22
135:11,13 156:10
157:9 160:23
162:7 167:13,17
167:18 168:14,21
170:17 172:2
188:20 189:23
191:13,17
**accrued**  182:3
**accumulated**
42:12 111:1
134:25
**accumulating**
110:14 135:12
**accurate**  15:4
62:16 79:12,19,24
80:12,17 223:5

**accurately**  81:5
**accused**  49:1
193:18
**achieved**  14:1,5
47:16 50:9
**achievements**
47:21
**acknowledge**
87:21 215:3
**acknowledged**
7:14 8:4 11:8 84:5
**acknowledges**
118:1,20 136:5
152:13
**acquired**  179:9
**act**  95:19 185:21
**action**  226:15
**actions**  5:11
**activity**  152:24
**actual**  25:12 35:4
164:14 165:2
177:1,8,10
**adam**  33:11
**additional**  224:8
**address**  155:1
**adjust**  183:13
**admit**  7:18
**admitted**  49:1,5
**admitting**  26:16
**advance**  83:8
**advantage**  203:13
205:3
**advice**  7:19
**advise**  52:8
**advising**  53:3
**advisory**  25:20
28:1 35:3,11
56:20 69:2 98:14
100:17 146:9
148:25 151:10
166:8 167:6

169:23 170:4
171:8 172:2,9
212:7
**aforesaid**  226:7
**afternoon**  7:17
191:23
**age**  208:25
**agency**  144:2
**agent**  95:5,19,25
96:2 117:10
118:16 121:17
123:2,13 185:22
185:22 187:22
**agents**  122:25
185:17,20 186:20
187:4
**ago**  41:14,15
130:22,25 179:22
**agree**  4:12 68:10
77:5 83:12,15
212:18 213:4
**agreed**  168:12
**agreement**  45:1
95:18,22 138:10
159:9 208:1
**agreements**  95:20
157:7 208:11
209:5,7,13,14,16
209:24 210:2
**agrees**  157:13
**ahead**  101:20
149:21 152:11
169:25 197:17
203:21 220:16
**alarm**  138:16
**albert**  196:23
**alive**  33:11
**allocate**  42:18
47:6
**allocated**  42:11

**allocation**  43:18
44:12 139:9
**allow**  54:6 65:9
76:13 85:14
**allowed**  49:21
61:4 64:15 74:16
139:15 144:17
145:2 148:2
154:14 193:25
194:25
**allows**  117:17
**amanda**  2:9 5:17
193:12
**america**  21:9
122:7 123:1,10
186:11
**american**  143:23
174:20 175:10,14
**amount**  55:7
110:10 132:20
135:10
**amounts**  156:20
**amseleum**  196:24
**analysis**  104:6
**analyze**  220:2
**andy**  60:20,24
64:15 66:18
**annette**  27:23
32:21 33:2,2,3,8
34:14,24 36:22,22
43:9 48:25 137:1
138:2 139:5
170:12
**announced**  68:1
**annual**  90:13
**answer**  9:23
130:20 171:19
**answered**  17:9
**answering**  78:25
**answers**  99:24

**anybody** 34:14 70:25 89:15 107:20 108:6 118:4 119:24 131:3 139:3 140:14 141:6 146:21,25 147:8 154:18,19 170:16 175:22,23 176:2 195:3
**anymore** 121:8 184:7 200:9 210:25 213:1
**anyplace** 178:4
**anytime** 41:4 85:12
**anyways** 198:2
**apartment** 13:1
**apparently** 48:22
**appeal** 78:1
**appealed** 212:10
**appealing** 211:24
**appear** 154:7,11 154:16 181:3
**appearance** 13:25 14:5 28:2
**appeared** 11:24 144:1
**appears** 111:6
**apple** 59:13 140:5
**applicant** 1:6 4:24
**applied** 159:25
**appointing** 95:25
**appreciate** 20:15 221:12 224:6
**approach** 83:24
**approached** 68:7 193:8 195:6,21 196:15 213:6
**approval** 65:23

**approved** 144:16
**approximate** 26:24
**approximately** 4:16 60:2,13 63:13,20,23,25 87:8
**april** 33:15
**arbitrage** 25:24 26:13 34:6,7,20 35:2,10 59:19 70:20,25 92:19 100:18 102:2,4,16 126:10 133:15 165:2 177:8 185:4 187:20 195:20 196:3,5 197:20,23 198:6,10 199:18 200:11
**arbitrageur** 34:11
**arbitrageurs** 195:25 196:6
**arbitration** 52:5
**area** 115:13,15 178:14
**argue** 140:4
**argued** 147:4
**arising** 157:15
**arm** 51:12
**arrange** 127:12
**arrangement** 127:12,14 203:1
**arrangements** 122:9 123:12
**arthur** 164:4
**article** 3:13,18
**artificially** 140:23
**asked** 7:25 8:1 43:22 45:25 53:7 54:6 61:7 65:23 70:5 71:10 108:14

211:10 218:6
**asking** 17:13,14 21:15 72:21 131:24,25 141:10 219:13
**asleep** 82:20,25 83:3 192:8
**assets** 55:11 153:11,18 194:8 194:11,22
**assist** 224:7
**assistant** 33:15
**association** 51:1 51:11,21,22,23 143:25
**assume** 213:22
**assumed** 129:7
**assumes** 118:15 150:11
**assuming** 96:20 130:16 153:5
**assumption** 120:8 121:12,15 218:10
**assured** 66:13 155:19
**attach** 224:9
**attached** 116:9 223:6
**attending** 5:6
**attention** 144:4 224:6
**attorney** 2:14 7:19 7:23 8:7 9:14 10:1 41:22 43:21 45:6 62:4 145:17 159:23 179:2 208:7 226:12,14
**attorneys** 5:5,15 7:22 43:20 45:7 78:19 88:1 90:17 127:23 132:8

155:19
**auction** 69:6 76:25 77:7
**audio** 4:11
**audit** 134:19
**auditors** 25:12
**audits** 130:2
**august** 21:8
**author** 104:8 142:10 143:9
**authorization** 3:19 3:20 95:23 109:17 157:12 158:1,16
**authorized** 96:6
**authorizing** 3:8 96:5
**automated** 50:14 50:16 57:24,25 64:4,12 74:6
**automatic** 58:23
**automatically** 131:6 200:12
**automation** 40:24 53:18 65:16
**avellino** 9:16 10:8 10:10,23 11:3,18 11:21 167:13,17 168:4 171:2,5 176:23 177:1,5
**avenue** 2:4
**average** 45:11,16 64:4,13 65:2 90:13 109:10,22 110:1,15,16 111:1 111:11 112:3 132:10 134:9,23 135:3,14,17,17 140:7 182:17
**averaging** 56:11
**awake** 82:16

**[aware - better]**                                                                    Page 5

**aware**  17:4 25:25
  25:25 26:2,10,12
  126:23 130:21
**awhile**  178:23
  207:2

**b**

**b**  3:6
**back**  8:24 17:11
  18:4 23:6 28:18
  30:5 43:1,9,13
  47:1,3 52:22
  54:13 56:2 68:14
  79:4 81:20 85:12
  85:18 86:2,12,16
  86:18,19,24,25
  87:8 90:3,4,6 91:4
  91:15,22 95:1
  109:1,11 111:25
  113:21,25 117:10
  117:11 119:2,16
  121:5,6 124:13
  126:6,18 131:10
  134:24 135:16
  136:5 138:9
  150:25 151:7,7
  152:19 159:2
  160:21 161:19
  163:20 167:14
  168:14 191:19
  193:7 212:14
  215:20 221:10
**backdate**  32:12
**backdated**  27:20
  28:5
**backdating**  16:25
  31:9 32:18
**backer**  54:7,7
**background**
  165:18
**backwards**  187:21
  187:25 188:6

**bad**  212:13,13,19
  216:14
**baker**  2:9 5:15,17
**bakerlaw.com**
  2:11
**balance**  55:11
  56:6 76:12 145:24
  153:17,19,23
  154:22,23 155:24
  156:11,13,15
  157:16 158:25
  159:10 160:1,6
**balances**  156:19
  157:9
**ballpark**  20:4
**bank**  25:2 86:4
  121:20,20,23,25
  122:3,3,6,7,7,8,8
  123:1,8,8,10,11,24
  124:13 125:8
  186:11
**bank's**  123:2
**bankers**  186:12
  196:25 197:1
**bankruptcy**  1:1
  5:2
**banks**  121:22
  122:6,19 123:15
  123:16,17 124:10
  124:14,15,20,23
  126:3 127:1
  185:20 193:19
  195:22
**barbara**  159:18,25
**barclays**  122:10
**bargain**  88:4 90:2
  136:9
**barney**  58:23 77:9
**base**  217:22
**based**  11:19 28:5
  35:21 36:10 58:2

116:13 155:9
  183:14
**basic**  154:18
**basically**  16:12
  17:6 20:14,20
  29:6 36:9 42:17
  53:4,6,13,15 55:2
  55:10,17 56:18,22
  57:25 58:11 59:15
  74:4,20,22 78:10
  78:15,18 84:13
  92:4,18 105:19
  115:18 118:23
  120:4 124:9 145:5
  148:16 166:25
  167:19 168:24
  170:17,25,25
  181:9 183:9
  188:19 193:9,17
  196:1 197:22
  200:3
**basis**  25:6 36:1
  37:2,6,13 40:15
  53:17 56:22
  105:24 133:5
**basket**  20:21
**bates**  22:20 62:18
  79:17
**bear**  86:8 122:13
  122:15,16 143:16
  188:14,16,17,19
  188:21,23 189:1,1
  189:16,18,20,23
  189:23 190:3
  196:7,13 198:17
  199:10 218:2
**becoming**  108:16
**began**  12:15 13:11
  19:10,17 26:19,20
  100:1 169:23

**beginning**  13:9
  27:15,18 46:3
  62:21 75:13 92:16
  152:20 165:17
**begins**  91:16
  163:21
**behalf**  5:10
**belief**  88:7
**believe**  10:7,21
  175:3 214:16
  223:5
**believed**  14:1 91:4
**bell**  138:17
**benefit**  145:10
**bernard**  1:8,12,19
  2:20 3:2 4:24 5:4
  5:13 6:3 91:12,17
  95:24 96:4 98:2
  163:22 221:22
  223:3,11 224:3
  226:9
**bernie**  24:2,11
  25:2,4 41:3 73:9
  88:12,17 89:1
  91:11 105:14
  141:10,10,13
  142:10 143:24
  144:4,12 145:18
  155:15 212:21
**bernie's**  141:19
**bernstein**  6:10
**best**  13:10 18:16
  25:18 45:23 65:5
  71:6,15,17,22
  75:22 76:20,23
  81:3 84:21 134:20
  134:20 203:2
**bettencourts**
  197:3
**better**  70:18 72:3
  158:3 159:6

Page 6

**bias** 20:20
**bible** 104:1
**bid** 46:22
**bidding** 77:12
**bids** 57:12,16 58:1
**bienes** 9:16 10:9
  10:11,23 11:4,18
  11:21 167:13,17
  168:4 171:2,5
  176:23 177:1,5
**big** 29:13,14 67:25
  73:14,19 78:1
  95:8 141:3 142:8
  189:20 191:17
  198:11 203:12,13
  203:25 213:21
  214:1
**biggest** 213:5
  217:4
**bill** 125:25 159:23
  160:3 162:25
  215:21
**billion** 86:24 87:10
  87:11 140:16
  143:23 155:23
  156:13,23 157:1
  159:18,22,24
  160:5,5,9
**billionaires** 214:24
**billions** 217:8
**bills** 161:16,17,18
  161:24,24 162:2,8
  162:11,16,20
  163:1 183:19
  184:9
**bit** 24:6 32:24
  47:25 109:8
  191:20
**blackmailed** 89:5
  89:17

**blame** 74:11,22
  89:15
**blamed** 74:10
  124:7
**blank** 45:3
**blecker** 3:21 164:4
  172:3
**blew** 171:2
**blmis** 27:19
  165:18,19,20
  166:7,9 187:21
**blocked** 68:21
**bloods** 79:15
**blue** 79:15
**board** 50:11,23,25
  51:21 140:6
**boarded** 199:5
**boards** 52:14
**bob** 4:13
**bombing** 54:10
**bona** 196:5
**bond** 34:6 36:16
  41:24 42:20,23
  43:6,11,12 92:18
  99:14,18 100:7,9
  104:2,5,18 105:15
  106:9,11,13
  107:16 110:12,17
  110:25 115:11,11
  116:1,2,3,4,5,5,7
  116:12,14,16,22
  116:23,24 117:1,6
  117:9,10,15,16,18
  117:18,20 118:5
  118:23 119:8,19
  119:25 120:24
  122:24,25 123:5
  133:10 137:2,7
  164:6 178:6,13
  179:25 180:22
  181:12,21 182:8,9

  183:2 189:4,9,12
  197:20,23 198:6
  199:17
**bonds** 41:25 42:2
  42:8,13,14,14 43:2
  56:1 58:12 93:10
  102:24,25 103:2,7
  103:8,10,13,15,15
  103:17,18,20
  105:21,23 106:2,5
  106:7 107:6,9,18
  108:2 109:16
  110:10,15,20
  114:22 115:6,22
  115:24 116:11,20
  117:13 118:3,8,10
  118:14,17 119:6
  119:11,21,21
  120:20,21 121:1,9
  121:13 122:5,22
  122:22 123:6
  126:22,24,25
  127:6 133:2,2
  136:22,23,24
  137:5,8,9,13 138:2
  164:7 177:20
  178:16,16,20
  179:4,9,12 180:19
  181:8 183:3,5
  185:19 190:9,12
  190:13 196:4,11
  197:24
**bongiorno** 27:23
  28:4 32:21 33:4
  34:14,24 36:22,22
  43:9 49:1 170:12
**bongiorno's** 33:2
**book** 103:24
  104:12,15,20
  141:1 142:6,10

**bookkeeper** 32:21
**bookkeepers**
  36:21
**bookkeeping**
  32:18
**books** 88:13
**bore** 211:17
**boring** 213:14
**borrow** 55:25
**bothered** 111:25
**bottom** 22:21
**bought** 40:5,14
  44:15 46:6 70:18
  74:3,4 93:16,20,23
  93:24 94:3,4,15,17
  94:18 96:16,18,20
  96:21,25 97:3
  100:13 103:6,10
  103:15,17 107:9
  110:19 111:4,14
  111:19,24 114:12
  114:12,14 121:4,5
  125:22 129:7,8,10
  129:11 130:18
  134:21 164:24
  172:16 173:1
  182:10,18,20
  189:12 191:5,5
**box** 94:14 154:6
  197:12 201:8
**boy** 88:20 215:1
**brain** 47:25
  108:23,24
**break** 42:12,12
  52:25 91:9 126:13
  163:4
**breaking** 140:17
**briefly** 7:2 57:5
  177:18
**bring** 78:2

**brings** 101:16
150:21
**broker** 64:23
128:6,18 129:6,9
135:5 144:18
166:1 187:14,15
195:4
**brokerage** 32:4
55:5 57:17 59:11
59:15 64:16 75:3
75:11 97:11
123:21 124:11,22
125:6,20 128:3
131:14,23 140:9
145:21 147:12,16
150:5 153:17,22
154:5,19 157:6,19
159:1,12 183:18
184:8 187:6,8
**brokers** 130:21
**brook** 2:15
**brother** 7:11 58:5
66:17 72:15 78:19
**brother's** 65:21
78:9,13
**brothers** 79:10
214:23 217:24
**brought** 60:16,24
60:25 61:4 65:22
82:13 103:24
**brown** 79:10
**bruce** 81:13
**build** 67:3 72:8
74:16 77:1 211:16
**building** 53:3,9
216:25,25 217:19
**buildings** 54:11
**built** 73:11
**bullish** 201:4
**bunch** 66:22

**bunker** 58:7
**bureau** 141:3,12
**business** 25:22
26:1 29:23 44:9
44:16 45:8,8,9,22
47:2,15 51:11,12
55:17 56:7 59:1
60:17,24,25 61:5
62:16,19 63:2
64:9 68:20 69:2
69:13,15,19 70:20
70:24 73:25 74:1
74:15 75:2 76:7
77:22 78:18 81:7
81:12 88:15,18
96:1,6,8 124:15,22
126:3 138:15
139:5 149:7
151:17 152:21,22
153:2,6,12,15
165:24 166:3,4,5,6
166:8,21,23,25
167:1,6,22,25
168:1,4 175:23
176:4 179:16
180:6 182:2
184:21 185:11
186:2 187:19
196:3 197:18
200:6,7 211:2
212:2,4,8,12
213:11,13 215:5
216:8,12 217:20
219:17
**butner** 1:21 2:22
2:23 4:17,19
**butterworth**
104:17
**buy** 42:4,6,18
45:13 47:1 57:18
57:20 59:13,13,14

64:17 66:11 68:8
68:23 70:9,12,14
70:16,22 74:2
76:2,22 77:17,19
80:21,23 98:7,8,9
101:6,11 105:4
106:13 110:2,3,4,6
114:23 116:1,2,24
117:1,6,16 118:8
118:23 119:20
125:13,16 128:14
131:3 135:5,10
137:2 138:3
145:12 172:13
182:13 183:2,3,20
184:2 188:21
189:21 194:13,19
195:1,5 197:8
201:13 211:19
**buying** 19:20 38:9
38:10,24 39:14
45:18 98:5 100:10
105:5 110:4,9,11
110:17,18 111:19
111:21 114:11
116:2 117:25
128:2,5,19 133:23
151:11 160:22
161:4 164:6
172:20 182:14
183:22 203:8,12
211:22
**buys** 45:16 121:6
125:24 131:3
144:21 154:4

**c**

**c** 2:1 3:1 6:1
104:16 223:1,1
**call** 20:23 33:8
40:21 59:12 74:7
85:15,25 135:4

148:12 167:5
178:22,24 182:10
183:1,19 192:21
**called** 13:24 34:23
57:15 65:1 67:19
67:20 72:13 75:8
77:2 88:14,15
104:18 109:9
117:21 131:1
134:20 139:22
144:16 158:15
179:17 180:1,13
180:17,18,20
181:8,12
**calling** 86:13,23
**calls** 86:15,17
153:9 211:20
**calm** 86:19
**capacity** 63:22
94:23 95:1,2,4
144:1
**capital** 51:25 55:7
55:15 198:3 211:3
**caption** 4:22
**card** 66:22
**cards** 66:22,23
**care** 150:8 158:24
160:8 224:4
**career** 81:11
**carl** 29:6 30:3
33:18,19 44:14,18
136:23 137:3
191:12,18 208:6
208:18 210:3
**carlo** 122:10
**carolina** 1:21 2:23
4:19 226:1
**carried** 149:12
**carry** 14:20 24:3
**case** 4:22 5:1,3
140:4 144:25

156:12 219:24 220:5 221:8

**cases** 48:23

**cash** 55:11 183:8

**catch** 114:9

**caused** 87:20

**cellphones** 4:9

**cents** 109:24

**certain** 13:16 16:13 17:2 26:22 28:20,20 31:10 35:10 45:3 46:5 64:20 90:24 91:2 147:16 154:22 174:12

**certainly** 7:9 32:25 37:18 39:20 40:25 90:5,14,15 132:2 140:24 178:8 200:6

**certificate** 226:4

**certify** 223:3 226:8,12

**chair** 70:5

**chaired** 51:15

**chairman** 48:10 50:10,11,23,25 51:4,6,8,9,10,14 51:16,17,18,24 52:1 83:2 125:4 143:24

**chairmen** 54:1 88:25

**chais** 29:7 30:9 33:16,17 204:17 204:19 210:7

**chaises** 197:22

**chaitman** 2:3,4 3:3 5:9,9,10 6:7 9:1 11:23 12:2,7 15:24 16:2,4

18:22 20:25 21:5 21:24 22:3,7,11 23:6,13,16,20,22 27:3,6,10,12 30:24 35:8 41:10,16 48:6,11 49:11 52:15,24 61:12,22 61:23 63:8,11 81:17,21 82:2,6,9 83:7,21 87:6 91:6 91:9,18 94:13 96:12 97:13,18 98:24 99:3,4 102:11 104:7,14 104:21,25 112:8 112:11,16,23 113:3,9,11,15,18 114:1,3,6,8 126:14 127:2 142:13,16 142:19,23,25 143:2,4,8 147:15 148:15 149:9,23 157:20,25 158:5 158:10,14,19 159:5 163:3,7,11 163:13,23 165:8 165:10,13,21,23 170:1 171:25 173:9,13,18,25 174:3,7 176:7,20 192:1,4,6,10,12,15 192:23 193:1,5,12 196:20 220:17,21 221:5,9,11,17,19

**chaitmanllp.com** 2:6

**challenge** 201:10 201:10

**chance** 83:10 220:25

**change** 224:13,16 224:19,22,25 225:3,6,9,12,15,18 225:21,24

**changed** 8:15 19:16 168:9 209:7 209:23

**changes** 223:7 224:4

**changing** 32:18 119:19

**charade** 87:19

**charge** 141:15,24

**chart** 176:10

**chase** 122:6 124:10

**cheaper** 70:18 111:19

**cheapest** 111:16

**check** 39:25 123:24 126:2 177:24

**chest** 8:3

**chicago** 69:21 70:13,22 71:17,22 71:23 72:3,4 123:2,4,22,23

**chief** 217:24

**children** 29:18 61:4 208:23,25

**chin** 11:25 13:6

**chinese** 37:23

**choice** 205:19 214:11

**choices** 210:14

**choudhry** 104:9

**christian** 197:3

**cincinnati** 69:22 72:15,17

**circulate** 61:18

**circulation** 121:1 121:9

**citicorp** 67:17 68:23,25 77:9 124:10

**citigroup** 79:10

**citizen** 194:2

**citizens** 193:25 194:25 195:7,22

**claim** 103:10 133:11

**claimed** 13:23 157:3 208:21

**claiming** 103:4 214:13

**clarification** 22:19

**clarified** 161:10

**clawback** 5:11

**cleaning** 141:24 142:4

**clear** 22:25 33:3 33:21,23 41:8 124:4,13,18,23 150:1

**cleared** 124:9

**clearing** 51:5,7 63:18 76:5 122:9 123:11,20 124:2,3 124:3,8,18,24 125:2,4,9,19 126:3 126:4,21 127:1,1 127:14 130:24 154:6 186:9

**clearinghouse** 131:7 190:8

**clearly** 96:9 107:12 109:4 112:2 128:8 132:5 156:22 157:7 160:16 191:4 205:8

**client** 10:1,15
13:21 17:14,18
18:6,6,11,11 42:4
42:14,24 43:2,7
59:12 71:13,14
81:3 93:15,16,16
93:19,20,23,24
95:24 107:9
110:10 136:21
145:20 172:19
173:5 176:3
183:14 184:10
189:16 213:3
217:22,25
**client's** 16:16 75:6
183:25
**clients** 10:18 11:18
13:16,17,22,25
14:13,16 15:4
16:24 17:5,25
24:12 25:1,6,11,24
25:25 26:4 28:1,8
28:13 29:13,14
32:5,25 34:2
42:11 45:19 46:7
55:17 57:22 58:22
58:24 59:8,15,16
59:18,18 63:18
64:16 67:9,11
71:3 79:8,14
84:16,23 89:19
90:7 95:20 105:5
128:3,17 157:12
164:3 167:14,20
168:22 169:2
172:12,13 175:24
177:1,5 184:7
188:22 189:20
193:8,9,9 198:5,11
198:11 199:15
201:23 203:2,7,16

214:12,13 216:20
217:22 218:3
**close** 58:12 87:10
178:25 205:5
**closed** 31:24
167:12 180:6,20
180:24
**closing** 11:15
111:8 168:14
181:18
**clue** 45:12,23
**code** 94:23,24 95:4
**codes** 94:23
**collapse** 27:19
86:9
**collapsed** 55:24
**collapsing** 85:2
**collar** 211:14,16
**collected** 175:8
**collier** 2:19 4:13
**combination**
20:13
**combine** 116:22
**come** 10:23 17:11
18:4 37:12 53:15
53:15,25 67:5
81:12,20 91:22
132:13 211:7
212:4,6
**comes** 37:21 76:8
125:23 204:14
**coming** 86:6 138:5
138:6 141:7
183:23
**comment** 150:25
179:19
**comments** 73:23
**commercial** 122:7
123:1,10 186:11
**commission**
109:23 144:14

166:2 223:24
**commit** 88:17
**commitment**
16:19 85:10
202:22 213:2
215:19
**commitments**
13:16 14:15 16:16
26:9 156:3 205:10
205:20,21
**committed** 7:7
151:19
**committee** 51:9,10
51:12,15,16,17,19
51:22,24,25 52:2,3
52:6 70:5,6 72:9
72:15
**committees** 52:6
88:20
**committing** 87:21
218:12,22
**commodities**
198:19 200:7
**commodity** 200:8
**common** 55:5 66:9
117:7 153:8 180:9
184:21 185:12
186:1 197:25
198:14
**communist** 193:18
**companies** 140:5
185:15,21,21
**company** 45:15,15
45:17 58:7 105:8
105:10 121:5,6
122:11 140:7,8
144:21 168:6
181:22 183:22
184:4 187:12
196:8 199:14

**company's** 63:5
63:12 64:3,12
**compelled** 13:21
**compensated**
35:23
**compensation**
35:21 36:10
**compete** 69:6
76:24 77:9,20
**competing** 72:23
137:20,23
**competition** 68:14
69:18 70:2 75:17
**competitive** 70:4
**competitor** 68:9
69:8 73:14 189:18
189:19
**complaining** 73:10
**complete** 223:5
**compliance** 53:15
54:14
**complicated** 109:8
213:17
**complicity** 91:3
**computer** 59:13
140:5 142:1
170:15 201:14
**computerize** 169:6
**computerized**
132:18
**computers** 66:21
141:24
**conceal** 25:11
**conceded** 54:20
**concept** 58:4 65:8
67:1 75:3 76:13
124:21 217:13,20
218:13,15
**concern** 26:6
141:4 212:5 213:5

**concerned** 11:18
210:22
**concluded** 222:1
**concluding** 191:1
**conclusion** 174:24
175:4 179:19
185:9
**conclusions** 83:13
**conditions** 14:12
15:1 19:15,19,24
20:5
**conduct** 24:7
51:12 54:25
**conducted** 35:4
**confessed** 7:1 9:4
12:15
**confessing** 7:3
**confession** 144:10
**confidential** 1:16
2:20
**confidentiality**
22:24,25
**confirmation** 3:15
93:15,19,22,25
94:3,10,11,22 95:2
95:7 96:10,23
97:7,11 99:19
103:5 109:3,12,21
111:7 112:1
114:20 128:16
129:6,12 130:17
131:5,14,16 132:5
133:9,18,22,24
134:1 164:14,15
188:3 191:8
**confirmations**
28:1 94:1 114:11
115:16,20 126:8
127:16,25 128:1,4
128:6,8,17,18,21
128:24 129:15,18

129:25 130:11,15
130:22 131:8,9,11
131:18 133:20
187:19 190:24
220:2
**conflict** 213:12
**confronted** 7:11
**confused** 96:11
**confuses** 147:6
**confusing** 148:14
190:25
**confusion** 144:10
149:25 178:15
179:1
**congress** 70:1
**connected** 142:23
**considered** 58:16
65:18
**consult** 53:9
**consultant** 52:11
**consulted** 53:21
**contact** 33:4
**context** 12:14
**continental** 122:7
**continue** 4:11
10:17,25 11:12,13
19:16 23:4 68:24
87:17,19,24
167:21 205:1,2
**continued** 203:24
207:3
**continuous** 131:1
132:12 133:4
**contract** 58:6
**control** 75:1
**controlled** 25:3
196:5
**controls** 193:24
**conversation**
185:5

**conversations** 4:8
**conversely** 164:22
**conversion** 13:24
14:19 15:12 16:7
16:14 17:8 18:9
18:18 19:9 57:3
59:22,23 60:23
84:1 92:7 117:10
118:14,16 120:21
120:22 121:13,17
123:2,13 149:11
179:17 180:2
181:25 186:3
**convert** 43:11
115:24 117:8,17
118:17,21,25
119:1 120:3,9,24
121:11,17 122:21
122:22,24,25
123:3,5,9,12,18
126:22,24,25
127:10 137:13,19
180:2 181:10,12
186:9,16 198:13
198:22 199:8,25
**converted** 115:22
118:4,10,11 120:7
120:17 180:1,8,11
180:14,16 181:2
185:11,25 186:8,8
186:17
**convertible** 25:24
26:13 34:6,11,17
34:20 35:1,10
36:8,16 38:6
41:24,25 42:2,8,20
42:23 58:12,17
59:19 92:17,18
93:10 99:14,18
100:7,9,15,18
102:2,4,16,25

103:20 105:20
107:6 114:22
115:24 116:1,4,5,5
116:7,8,11,16,20
116:23 117:15
118:5 119:6,21,25
122:5 126:10
133:2,10,15
136:22,25 137:2,7
154:13 164:6,7
174:10 177:6,14
178:6 179:4,15
182:4 185:4,12,25
186:1 187:20
189:4,9,12 190:9
190:12,13 196:4
196:11 197:20,23
197:24 198:6
199:17
**convertibles** 93:4
103:1
**converting** 117:3
117:25 120:6
194:18
**convicted** 143:22
**convince** 207:10
**convinced** 90:2
158:23 206:5,18
207:14 218:19
**cooperate** 88:1
**coopers** 33:20
208:8
**coordinate** 202:14
**coordination**
202:19
**copies** 61:16,18
**copy** 22:2 61:8
62:3 82:5,7 83:9
93:25 105:2
113:13 155:17
156:5 158:3

**corporate** 105:22
**corporation** 1:5
4:23 51:5,7
123:20 124:2,3,8
124:18,25 125:3,4
125:9,19 126:5
130:24 154:6
**corporations** 76:5
**correct** 10:12
14:21,23 15:6,13
17:21 19:5 22:22
31:6 35:5,14,23
57:4 62:12 80:11
98:19 100:2,12,22
114:18 149:3,17
149:22 161:6
164:13,25 165:4
167:9 169:24
175:5 179:18
207:3 214:5 219:1
**correction** 4:18
**correctional** 2:22
**corrections** 224:4
224:7
**correctly** 14:18
**correspondent**
63:18
**correspondents**
63:19
**cost** 13:22 76:8
84:3
**counsel** 4:20 6:6
7:19 8:6,11 9:5,7
226:13,14
**counter** 57:15
58:20 69:24 93:3
95:3 103:22
105:24 106:7,12
106:15,25 107:14
108:4 114:24
115:4,6 133:1

165:25 178:2,13
178:17 212:1
**counterparties**
105:25
**counterparty**
128:1,10,11,15
131:5
**countries** 203:20
**country** 13:12
58:18 70:11 75:11
78:11,18
**county** 226:2,7
**couple** 7:23 55:22
124:10
**coupon** 116:9,18
183:2,3,5
**course** 36:19
64:24 65:7 73:8
81:11 88:21
108:16 124:6
126:14,14 135:7
141:3 168:15
207:6 209:22
210:10 212:18
219:15
**court** 1:1 5:2,19
21:15,16,18 24:19
54:19 126:12
226:6
**cover** 115:15
117:20 143:12,13
163:2
**covered** 115:16,17
115:18 134:8
**crash** 16:18 26:3
29:2 56:24 206:22
213:20
**crashed** 16:12
**crashes** 204:15
**crashing** 54:10
86:7 204:20 205:1

**crazy** 66:3 72:7
124:21
**create** 27:20,24
28:4 34:15 40:19
145:2
**created** 40:3 49:6
89:5 136:10,14
156:1 187:25
**creates** 40:4
**creating** 32:9
39:19 41:12 47:10
**credibility** 48:18
48:22 49:3,4,8,9
49:10
**credit** 218:25
**crime** 7:8 26:15
**crisis** 54:5 55:23
86:5 124:17
**criticism** 115:19
**crossed** 97:22
**crupi** 27:24 28:4
32:23 43:9 170:11
**cuban** 55:23
**currencies** 193:25
**currency** 193:24
194:5,22 198:10
201:24 203:19
**current** 162:13
**customer** 16:9
25:22 70:14 71:6
71:21 72:2 75:12
75:20,23 76:18,19
94:4,4,5,18 95:10
95:19,21 96:1,3,18
96:20,21,24,25,25
97:24 98:1,5,7,10
101:5,6,6,8,9,13
103:5,6,7,10,15,17
106:23,24 109:13
110:2,23 111:2,10
111:15 114:15,15

114:16 120:15
121:3 128:5 129:8
129:12,18,25
131:15,17,18
133:22 135:2
136:18 137:15
138:3,10,11,12,16
138:18,24 139:14
139:16,18 140:1
145:13,15,16,22
146:5,6,9,12,19,20
147:1,8 148:2,3,17
148:23,25 149:1
150:3,6,8,10 152:2
152:22 153:6,6,18
154:1,3,4,15,24
156:10 157:17
159:8,9 160:23
161:12 162:7
164:12,12,17,20
164:21,24 180:20
180:24,25 181:4
181:18 182:17
184:2,13,15,19
186:23,25 187:12
187:15 188:2
191:5,6
**customer's** 16:8
96:16 149:6
186:23 187:7,10
**customers** 1:20
2:2,21 4:20 6:6
15:8,11 16:13
25:20 29:5 35:3
35:12 46:24 61:3
76:3 87:9 98:14
100:10,17,24
102:4 121:24
130:1 131:9
151:10,16 152:23
153:2,9,13,25

156:21 157:7
159:9 161:19
162:22 168:22
172:10 183:3
187:7 188:16,20
216:10
**cv**  92:22,22 108:20
**cy**  196:13

**d**

**d**  3:6 6:1 104:15
104:16
**daily**  37:2,6,11,13
53:17 57:16 64:1
64:3 174:18,20
175:8,9
**dark**  67:20 69:7
74:6 78:11,17
**data**  175:7,11
**date**  4:14 12:20
26:23,24 30:5
97:10,12,12,20,21
100:4 102:7 115:7
129:13 134:7,8
178:18 226:23
**dated**  97:20 164:4
**dates**  20:2 134:21
**david**  2:8 5:14
22:12 28:17 34:1
34:5,10,24 35:18
36:7,15 37:6
38:23 41:9,19
42:19 43:4,16
44:2,19 47:4
48:24 82:11 119:4
127:21 136:2,3,4,6
136:6,9,12,19
137:16,21 139:3
155:10 218:14
**david's**  132:8
**davis**  2:3 5:9

**day**  2:23 12:9
37:14 56:11,12
63:20 64:25 65:7
79:18,22 80:15
84:5 101:14 111:6
111:8,24 115:12
125:16,21,23,25
131:3 132:18
135:1,8,18 138:15
139:22 145:20
178:25 205:16
217:1 218:5 221:7
221:8 223:16
226:16
**days**  7:23 40:25
55:4,15 66:21
85:17 86:3,3
110:7,7,7,16 111:4
111:22 115:2
134:25 141:22
174:12 175:1
**deaf**  129:15
**deal**  28:8 42:5
67:25 84:1 88:5
90:21 92:15
144:12 211:25
221:14
**dealer**  36:6 45:8
58:22 75:10 93:3
93:9,22,24 94:2
95:13 100:16
101:4 109:3
120:13,20 122:1
144:18 166:1
211:25 217:16
**dealers**  45:21 51:1
59:9 89:7 143:25
182:16 183:4
**dealing**  25:19
32:20 34:19 59:20
92:16 108:11

121:24,25 126:8
128:8 135:11
146:20
**deals**  68:16 92:7
**dealt**  28:13 32:14
32:16 34:16
108:21
**deathnell**  77:15
**debentures**  180:8
180:15
**debit**  155:24
156:15 157:9,16
158:25 159:10
160:1,6,10
**debt**  149:18
156:20,22 157:18
186:1
**debtor**  1:13
**december**  1:22
2:24 4:15 7:1
12:15,25 21:21
24:2,10 25:4
27:20 54:22 64:9
81:9 149:12
226:23
**decide**  101:5
136:18 172:22
212:25
**decided**  68:23
70:3 84:21 87:24
124:17 167:14
168:13 193:18
204:19 211:5,15
215:10
**decision**  84:13
90:1 172:12,18
173:3 211:1
**decisions**  209:19
**declared**  184:3
**deed**  74:10

**deemed**  11:6 17:2
**defaulted**  151:15
**defendant**  1:9
4:25 21:19
**defendants**  5:10
61:13
**defined**  6:13
**defrauded**  84:24
**defrauding**  143:22
**degroat**  1:24 2:24
5:20 226:6,22
**deliver**  64:16
117:11 123:20
**delivered**  40:6
181:1
**deliveries**  125:7
**delivering**  64:4,12
**delivery**  40:6,11
150:12 186:24
**dell**  201:14
**demand**  85:6
86:12 157:15
**demonstrate**
103:23 152:17
**demonstrated**
108:7
**denominated**
194:23
**dentist**  108:24
**dep**  192:21
**department**  38:16
66:18 67:5 141:9
141:16,21 155:5
**departments**
38:14
**depended**  178:19
**depending**  31:24
66:18 127:8
**depends**  133:9
178:12 182:8
190:6

[depleting - dramatically] Page 13

depleting 211:3
depo 226:24
deposition 1:17
2:20 3:8 4:11,17
6:11 48:18 83:9
91:11,16 108:15
163:21 164:1
221:22 222:1
223:15 224:3,4,5,5
226:8
depository 51:6
125:5 126:5
describe 188:13
191:11
described 28:9
61:15 112:18
description 62:16
64:7
design 51:10
designed 53:11
72:10 85:20
desirable 17:2
desire 68:22
destroyed 54:17
detail 83:22
details 109:24
118:22 211:17
213:15
detect 41:1
determination
92:10
determine 19:18
19:19 80:24
determined 35:21
65:14
devalued 194:7
develop 68:25
125:2 212:7
developed 13:24
14:15,19 19:12
58:3,4 64:14

65:20 67:15,18,19
68:5 76:13 77:2
119:8 124:1,18
211:13
developing 67:14
74:11
development
57:23
dickstein 8:16,18
die 208:20
difference 57:6
148:6 204:10
different 17:10
29:24 31:14 33:23
38:2 43:15 44:13
49:22 102:22
135:23 137:19
174:1,4 203:19,20
differently 174:5
difficult 76:9
dior 197:3
dipascali 21:2,10
21:15,19 23:10,24
24:21,25 25:15,19
48:25 168:24
170:11
dipascali's 27:4
direct 6:6 33:4
63:17 168:19
directed 17:14
28:24 58:23
direction 25:4
30:17 33:25
226:10
directly 32:20
33:9,13,14 105:24
167:15 187:12
directors 50:11,24
51:21
disadvantage
75:20

disallowing 199:6
disappear 212:15
disaster 57:1 69:1
210:16 220:10
disclose 9:25
149:15
disclosing 151:19
discount 116:3,21
116:23 117:7,16
118:8 119:15
discretion 80:20
discretionary
135:11
discuss 7:17
discussed 7:24
discussing 91:21
105:3
discussion 81:24
discussions 26:10
dishonest 61:3
distinctions 47:16
47:18
distinguishing
97:6
district 1:1 5:2
dividend 182:3,13
182:14,25 183:9
183:11,15,21
184:2,3,4,4,16,18
dividends 182:12
187:11
document 23:2,18
97:14 157:22
documentation
186:2,5
doing 11:10,20
16:13 19:16 25:21
26:13,13 28:13
29:23 31:1 32:4
32:17 34:9 45:18
47:2 59:21,22

60:22 61:2 65:9
67:2,9 75:19,20
78:18 85:21 87:2
88:8 100:18
102:12 117:14
122:1 123:13
132:25 133:12
134:18 141:23
145:18 153:1,12
161:11 167:5
168:1 169:9,9
182:22 183:6
184:21 188:25
189:4 191:13
197:17,20,22,24
198:6,6,10,17,20
199:22 200:11,15
202:25 203:1,17
203:22 208:9
212:2 213:11
214:9 215:11
216:16 218:7
219:2
dollar 155:23
160:6,10 194:23
195:2
dollars 39:23 59:4
86:24 87:10
140:16 153:21
156:14,24 157:1
159:18,22 160:5
161:13 194:3,9,13
194:15,18,20,21
195:11,16 217:9
donald 144:5
doubt 35:15
downstairs 169:22
draft 123:18
dramatically
194:7

**[dream - exact]**                                    Page 14

**dream**  203:23
204:12
**drink**  22:14
**drive**  77:21
**drop**  66:24
**drug**  89:7
**dsheehan**  2:11
**dubinsky**  3:14
81:13,22 83:18
91:22,25 95:6
99:12 100:6 102:6
102:15,23 103:4
106:16 107:7
108:19 110:25
114:20 115:21
117:22 118:6
126:7 132:2,3
134:6 142:7
150:22 152:12
160:14 163:8
165:6,10 174:4
176:10,21 177:13
179:14 183:17
184:22 185:9
187:18
**dubinsky's**  83:9
83:24 165:18
173:7 174:9
**due**  157:16 183:19
184:9
**duly**  6:4
**dumb**  209:19
218:20
**dumbfounded**
47:11 88:24
**dwarfed**  106:6

**e**

**e**  2:1,1,9 3:1,6,6,6
6:1,1 61:17 223:1
223:1 224:1,1,1

**e.f.**  198:17 199:11
**earlier**  90:8 100:3
107:3 129:12
186:7 190:23
**early**  13:11 16:23
18:21 21:21 24:2
24:9,22 25:3,16,17
26:19 27:19 30:1
34:21 50:21 51:2
56:5,22
**earned**  39:23
**earning**  162:10,22
**ears**  129:15
**earth**  207:24
**easier**  191:16
**economist**  217:24
**economy**  85:1
**edition**  104:19,23
104:25
**edwards**  122:11
**efficient**  73:15
75:25 76:7
**efficiently**  76:14
**effort**  67:16
**eight**  6:25 88:11
88:25 204:24
214:17
**either**  28:10 57:21
60:8 66:17 117:16
117:24 123:4
126:1 130:19
131:17 132:10
**electronic**  69:5
72:12,18 74:12,16
77:7
**electronically**  58:1
72:8 74:4,17
76:14,24
**else's**  138:7
**embarrassment**
95:15

**emotional**  7:3
**employed**  13:23
53:23 226:13,14
**employees**  18:1,3
32:6,14 53:14
54:24
**employs**  64:5
**enabled**  27:24
**encompassed**
58:14
**ends**  62:21 91:10
221:21
**engraving**  141:16
141:17,19,20
**entered**  6:10 11:25
12:18
**enthralled**  67:1
**entire**  151:9
174:11
**entities**  185:18
197:1
**envy**  88:19
**equals**  41:25
**equipped**  168:20
**equities**  123:21
**equity**  31:13,14
106:18 109:13,14
**equivalent**  109:23
**errata**  224:9
**error**  89:18
150:21 153:8
**errors**  91:25 92:14
92:15
**especially**  204:6
**esq**  2:3,8,9,14
**establish**  31:25
48:17 49:10 90:20
102:24 103:8
107:19 152:18
195:8

**established**  37:23
196:10
**establishing**  49:9
**establishment**
52:9
**estate**  209:9,11,12
**estates**  209:6
**evaluate**  193:2
**evaluating**  92:13
**event**  209:24
219:22
**eventually**  40:10
55:18 68:15 73:23
78:5 187:2 197:2
216:23
**everybody**  23:17
23:20 24:6 34:20
46:14 49:8 54:8
61:18 74:11 75:16
75:18 78:10 86:5
86:9,13,23 88:16
88:19 89:3 107:1
121:4,8 129:20
163:3 188:18
192:6,12,23 193:3
193:22 199:2,21
203:8,12,21
204:12 205:6,17
208:25 209:5
210:15 212:3,6
218:11 219:13
**everybody's**  90:18
**everyday**  47:8
129:22 130:14,19
214:17
**everyone's**  90:16
**evidence**  118:13
185:11 191:2
**evidencing**  182:6
**exact**  20:2

[exactly - factual]                                                                          Page 15

exactly   170:6
220:9,9
examination   3:2
6:6
examined   6:5
example   38:14
41:24 42:14 45:4
45:14,23 93:14,20
93:24 99:15
106:17 156:12
180:4 190:22
examples   107:15
exceeded   174:11
176:12
exchange   50:17
52:4,9,11,12,12,13
52:13,14 58:15
60:10 64:23 65:5
68:7,7,9,11,13,20
69:9,14,15 70:10
72:16,17,18,23,25
73:3,9,10,12,15,19
73:21,24 74:3,5,15
74:24,25 77:15,16
77:21 82:22 83:3
102:20 103:12,14
103:18,22 106:3,4
106:5,10,14,21,22
107:3,4,12 108:1,3
114:21,21 117:9
140:9 166:1
174:17,20,21
175:9,10,13,14
176:6 177:20,22
178:9 179:6 212:3
exchanges   25:8
52:3,5 53:3,7 54:3
69:7,20,23 70:7,10
71:15 74:20 78:4
175:16 176:1

exclude   99:5
excludes   193:11
193:14
excluding   193:12
excuse   21:23
63:21,21
execute   64:20,24
65:6 66:6 71:13
73:6,20 74:1,19
76:16 77:5,11
79:18,21 80:25
81:2 195:23
executed   28:6
35:12 64:3,21
65:12,13,19 73:12
76:14 92:8 100:5
109:18 175:12
177:21
executes   71:7
executing   56:10
65:25 72:25 73:16
92:11 98:17 99:6
execution   51:16
64:5 65:3 134:20
executions   64:1,13
executor   209:6,9
209:11,11,12
exemption   143:17
143:20 144:17
145:4 146:23
exerted   159:16
exhibit   3:8,9,10,11
3:12,13,14,15,16
3:17,18,19,20,21
4:1 6:9,15 12:4,5
21:1,3 22:20 23:8
23:9,14 27:14
52:20 61:13,19,24
62:1 79:5 81:18
81:23,25 97:14,16
112:17 113:16,19

113:22 114:4,5
142:16,18 143:5,6
157:21 158:1,11
158:12,15,17
163:18 164:2
165:7,14
exist   99:18 122:19
127:5 161:22
169:17 177:25
187:1
existed   71:15
123:16 177:25
184:23
existence   120:25
121:7 166:19,19
167:2
exists   71:7 116:1
expect   131:21
expectations
13:22
expected   13:18
14:1 120:11 128:4
128:23 129:5
expecting   215:24
expensive   103:24
experience   92:25
93:5,8 108:11
experienced
108:22
expert   108:17
185:1
expertise   195:21
expiration   226:23
expires   223:24
explain   7:2,6
20:10 24:5 45:25
46:16 50:12 54:21
54:22 55:9 57:5
138:25 144:12
175:4 191:16

explained   44:3,3
175:3
explains   132:1
174:16
explanations
89:10
expose   76:21
exposed   75:23
76:15
exposing   76:10
exposure   40:16
extent   91:2
extraordinary
85:6

f

f   3:6 223:1
fabricated   187:19
facilities   54:13
124:12 186:9
facility   4:18 54:7,7
124:13 178:21
186:13
fact   7:14 10:5 11:6
14:10 17:4 24:10
25:12 26:10,12,19
28:3 40:13 53:8
54:4 55:6 58:5
67:4 69:18 85:21
92:14 111:21
114:22 116:16
118:3,18 119:4
121:11 126:24
130:21 139:3
148:1,19 149:2,11
167:4 168:3
175:17 180:1
181:11 183:14
187:2 208:6 209:8
210:20 218:4
factual   165:18

failed  19:11
fails  190:23
fair  10:22 13:3
  30:19 49:21,25
  64:7 162:5 169:20
fairlawn  2:15
fairly  26:22
fairness  45:4
  132:3
faith  5:11
fake  24:16 27:20
  27:24 28:5
fallacy  103:19
fallen  192:8
false  14:8,13 39:4
falsely  13:25 14:4
familiar  36:13
  38:20 43:13 95:13
  118:4 154:19
families  29:21,24
  30:16 32:15,16
  33:5,7,25 197:21
  199:9 203:25
  204:15,16 208:3
family  10:5 29:6
  55:17 84:19 87:21
  196:23 209:2
famous  175:25
fantasy  78:14
far  11:17,17 28:13
  181:7 186:19
fargo  79:11 97:25
  98:6
fascinating  78:22
father  10:8 55:3
  56:1 167:19
fathers  214:23
fault  89:15 92:10
  92:24
faulting  184:12

favor  22:13 218:9
federal  2:21 4:18
  51:23
feel  11:20 49:9
  91:25
fees  144:19
fein  2:9 5:17,17
  165:9,11
fell  82:19,24 83:3
felt  8:5 13:21
  28:10 90:5,12
  134:4 191:13
fictitious  24:17
  39:3,21,25 41:13
  44:10,22 47:10
  136:10 139:6
  182:6,7
fide  196:5
fidelity  58:22 66:5
  67:10
figure  88:11
  214:18
files  153:23
finalizing  220:12
finally  123:25
  125:1 155:19,21
finance  104:17
  141:2
financial  68:2
  139:20 150:16
  153:14
financially  226:15
financials  152:23
find  44:5 62:15
  83:17 92:9,24
  102:18 103:25
  118:19 120:6
  126:8,22 127:16
  127:25 128:6,16
  128:24 129:5
  130:11,15,15,16

131:14,16,16
  135:19,20 150:21
  156:5 195:4 224:4
finds  144:22
fine  22:16 23:3
  82:13 98:24
  104:24 114:2
  167:25 168:5
  191:24 192:3
  193:4 197:16
  203:21 204:6,13
  205:15 209:22
  212:6 213:2
finish  9:22,23
  110:8 139:2 185:3
finished  6:16 56:9
  110:23 113:13
  220:24 221:12
finishes  78:14
finishing  110:18
firm  18:1,3 28:8
  34:14 36:4,12,16
  36:21,25 37:19,23
  38:10,17,18,20
  39:1,10,12,15
  40:14,16,17,23,24
  42:3,17,20 44:11
  45:2 46:1,4,7 47:6
  47:9 48:25 52:7
  53:18,18 55:1,21
  56:2,5,6,9,17,19
  56:20 59:2,5,9,10
  59:10 60:6,13
  65:9 66:4,17 69:9
  70:22 72:22 75:3
  75:11,25 94:16
  96:7,8 97:11
  114:11,12,14
  123:21 131:14
  137:24 139:11
  140:9 145:2,22

147:13 150:6
  153:22 154:5,20
  156:21 157:10,19
  159:1,12,17 160:6
  164:19,20 166:11
  166:13 170:5
  184:18 187:8
  195:20 215:6,9
firm's  36:13 38:3
  38:4,11,21 39:17
  42:24 114:17
  137:14,17 138:6
  157:6 172:17,17
  181:5 203:2
firms  8:15 32:4
  36:5,6 37:21 55:5
  57:17 58:3 59:11
  59:15 60:9 64:16
  64:22 65:17 67:22
  67:25 72:11 77:4
  124:12,23 125:6
  125:20 128:3
  131:23 137:24
  144:18 153:18
  183:18 184:8
  187:6 196:9
  198:18,21 210:21
  213:7
first  12:22 14:15
  19:9 21:7 27:23
  28:12 30:4 43:20
  43:23 48:8 55:22
  57:24 58:6 60:8,8
  66:2 72:17 83:25
  86:8 92:20 104:22
  104:25 119:5
  127:18 129:16
  130:20 134:16
  141:15,15,19
  143:11 151:4
  169:23 208:14

**firsthand** 93:8
**five** 24:25 52:4
  67:18,22,23,25
  69:20,22,23 70:10
  75:1 77:4 110:7
  137:19 163:11,12
  166:7
**flat** 182:10,13
  183:2,6
**flaw** 154:25
**floor** 64:23 65:4
  72:25 73:21 74:3
  74:4,15 107:3,4
  166:18,22 167:2,8
  169:11,17 170:9
  176:1,5 212:3
**flow** 51:18 78:3
  99:2
**flowing** 144:23
**focus** 18:5 149:16
  151:20 152:15,23
  153:3,7,23 154:16
**focusing** 133:13
**following** 25:5
**follows** 6:5
**footnote** 136:8
  175:7
**forced** 180:2 214:1
**forcing** 16:18
**foregoing** 223:4
  226:8
**foreign** 52:8 54:3
  78:2 193:8 212:10
  212:12
**foreigners** 205:13
  206:10
**forerunner** 67:13
  67:20
**forever** 139:18
**forgive** 151:8

**forgot** 72:19
**form** 11:1 15:15
  15:19,23,25 18:19
  30:20 35:6 56:1
  83:19 85:7 98:21
  98:23 145:3
  175:21 224:8
**formation** 170:5
**formed** 50:20,21
  70:5 123:20 125:3
  169:21
**forms** 197:14
**formula** 41:23
  43:18 44:1 47:6
  137:4,4
**formulas** 43:14
**forth** 70:24 110:21
  125:15 130:2
  131:10 182:25
  196:14 197:4,15
  210:25
**fortunately** 85:9
**forward** 68:19
  78:6
**found** 19:9 83:24
  92:15 118:15
  129:6
**founded** 165:19
**founder** 51:4
**founders** 50:22
**founding** 124:8
**four** 27:15 29:13
  29:14,20,24 30:16
  32:15,25 33:4,7,24
  46:13 54:1 68:17
  68:17 86:3 109:24
  110:7 191:17
  197:21 198:11
  199:9 203:25
  204:15 208:3
  213:21 214:1

**fragile** 20:16
**franc** 194:1,6,8,12
  194:17 195:2
**france** 193:16,20
  193:21,22 194:8
  196:22
**francs** 194:4,18
  195:10
**frank** 21:9 48:24
  168:24 170:11
**frankfort** 52:13
  53:5
**frankly** 95:15
**fraud** 7:15 13:11
  15:8,11 17:17,24
  19:10,17 24:3
  49:6 56:25 57:2
  59:23 84:7,10
  87:22 88:6,9,17
  90:9 92:23 99:25
  141:4,14 149:14
  149:15 152:19
  169:23 170:4
  191:2 214:6
  218:12,22 219:9,9
  219:25
**fraudulent** 60:22
  148:22 167:6
  174:25
**freeman** 3:18
  143:9
**freilich** 33:15
**french** 193:9,24
  194:2,4,6,17,25
  195:6,10,22 197:1
  198:9 201:23
  202:7 203:6 205:5
**frenchmen** 196:16
**frequency** 74:7
**frequently** 183:21
  184:1 216:7

**friday** 110:5,9,13
  110:23
**fried** 48:3
**friends** 209:1
**front** 66:9 68:1
  109:21 140:4
**fulfilling** 68:22
**full** 109:24
**fully** 153:18,25
**fund** 85:25 86:11
**fundamental**
  91:25
**funds** 59:21 85:13
  161:8 211:6
  212:11,12,21
  215:16
**furious** 168:7
**furnish** 224:8
**further** 7:10
  226:12
**future** 98:22
  120:23
**futures** 52:12

**g**

**g** 6:1 155:17
  196:24
**ga** 155:16
**gain** 32:12 144:18
  200:22 205:3
**gains** 31:10,17,18
  31:21,25 34:9
  198:4,7,13,13,22
  198:24 199:7,8,14
  200:1,1,10,11,13
  200:22 204:2,3
**game** 87:4 204:20
**gao** 155:3,6,17
  156:6,25 158:23
**general** 57:13,22
  58:19 62:15 75:24
  75:24 76:11,16,22

**[general - guaranteed]**

98:13 122:1 130:3
131:11 135:25
153:9 155:4,8
156:7 197:23
**generally**  100:10
175:17
**generate**  17:1
200:10
**generating**  199:17
**genius**  215:2
**george**  140:15
**georgetown**  144:5
145:6
**getting**  76:19
86:22 168:15
183:15,21 184:15
184:16 192:2,4,15
204:3 215:16
217:2
**give**  13:25 14:5,8
34:13 42:14 43:6
61:7 64:22 65:10
77:11 82:3,3,9
85:16 101:20,21
108:15 113:20
123:8,9 136:17
137:1 138:1,1,1
156:4 196:21
**given**  163:24
221:2 226:11
**gives**  137:11 180:4
**giving**  66:10 95:24
139:4 160:4
212:22 221:13
**glad**  161:9
**gmail.com**  2:16
**go**  4:12 7:10 23:16
27:2 28:18 42:6
66:19,25 68:19
76:4 77:6 79:4
83:22 84:14,17

86:11,22 91:1
92:2 98:6,9 100:3
101:11,20 115:15
117:19 118:3,22
119:15,16,20
120:12 126:6
128:13 134:24
135:15 149:21
151:7 152:11
159:2 160:21
163:4,8 169:25
184:11 187:3,11
188:22 189:16
191:19,25 192:16
192:19 193:2,23
197:11,17 200:25
201:1,8,11 203:21
204:9,9 205:1,1,2
206:19 214:11
218:10 220:16
221:19
**goal**  75:11 120:3
120:20,25
**god**  156:25
**goes**  45:14 74:10
74:19 79:6 105:9
109:6 119:2
138:17 143:21
144:7 193:6
200:21 201:18
204:13
**going**  6:14 8:21
12:2 23:8,23
27:15 31:25 39:11
42:13,23 46:25
48:5 52:17 61:12
66:9,19 68:9,25
71:9,12,14,21,23
71:25 73:2,19,20
74:25 78:15 80:22
81:17 90:12,18

91:12 92:5 94:7
96:15 98:22 100:3
102:3 108:24
109:12 112:17
113:18,20 116:17
126:15 134:3
136:5 137:8 138:9
139:19 140:23
141:13 144:11
152:10 155:20
157:21 158:14
159:21,25 163:8
163:15 169:4
170:16 184:4,18
186:23 187:2,3
191:20 193:22
194:6 197:8,24
201:1 202:10,14
202:15,16,23
204:25 205:1,2,7,8
205:11 206:9,19
206:21,21,23
207:1,15,16,18
208:21 210:21,23
212:20,23 213:6
213:22 216:13
218:21 219:23,24
220:13 221:23
**golden**  215:1
**goldman**  2:14 5:12
5:12 8:16,18,20
22:6,15,18,23 23:3
41:3 48:20 61:7
67:16 68:18 72:11
75:6 77:8 81:19
82:11,15 104:3
105:14,17 112:12
113:1,10 142:9
147:18 148:4
155:14 165:22
171:18,21 173:8

173:14,16 195:25
196:6,13 202:25
213:6 218:1
**good**  5:11 6:8,24
12:8,11 21:12
23:23 27:14 71:19
74:10 92:22
108:21 112:16
119:24 163:14
173:6 174:8 193:5
201:9 202:3,6
205:4 217:13,21
**gotten**  210:18
**government**  9:5
88:2,3 155:7
194:25
**governments**  52:8
**gradual**  56:21
**gradually**  56:4
**graduated**  58:9
60:18,20
**gray**  115:13
**grease**  144:20
**great**  70:20 77:14
93:6 112:20
124:14 150:20
188:10 201:22
217:11 218:17
**greater**  120:18
**grew**  55:18
**grounds**  206:14
**group**  7:21 198:5
201:23 203:16
**groups**  172:8
**grownup**  144:9
**gruss**  196:7
**guarantee**  139:21
201:1,6
**guaranteed**
209:14

**guard** 144:14
**guess** 7:5 16:22
54:12 55:19 132:8
**guilt** 49:2 84:11
**guilty** 11:25 12:18
21:10 24:5 78:20
84:10,14,18,22
87:24
**gulf** 20:2,17
**gun** 89:21 214:10
**gus** 196:12
**guy** 72:3 108:20
108:20 144:8
**guys** 71:3 208:18
208:20 214:22

**h**

**h** 3:6,6 104:16,16
224:1
**half** 49:14,15
116:15 162:4
**hand** 6:8
**handed** 41:21
**handing** 61:24
**handle** 75:12 78:5
168:20 169:4,7
**handled** 34:23
36:24 38:22 122:2
124:11 126:4
171:8,12 172:5,11
**handling** 32:25
168:25 211:5
**handwriting**
43:24 44:2
**handwritten** 3:12
3:17 41:23 48:12
55:10 61:15
113:19
**hanley** 122:11
**happen** 71:25
101:14,15 103:23
187:3 207:1

220:13
**happened** 7:24
11:19 26:2 70:1
73:23 89:8,12
90:23 93:17
103:25 105:2
120:1 160:15
167:12 196:15
201:3 207:10
**happens** 78:21
125:11 140:24
197:19 220:13
**happy** 199:21,22
204:13
**hard** 43:25 175:24
**harmless** 157:14
207:12 208:11
209:18
**harry** 218:17
**hazy** 115:10
**hchaitman** 2:6
**he'll** 138:1,1
**head** 52:5 62:14
67:5 89:22 171:13
171:22 214:11
**heading** 174:9,14
182:1
**hear** 15:16 40:22
81:15
**hedge** 31:11,11,19
59:21 85:13,25
86:11 161:8
196:18 197:10,14
201:5 211:6,21
212:10,12,21
215:16
**hedged** 34:8
**hedges** 201:7
**hedging** 16:15
195:21 201:23
204:4 211:18

**heinemann** 104:17
**held** 4:17 5:1 64:2
80:14,19 81:24
165:3 182:21
194:20,22 204:23
**helen** 2:3 5:9
**hell** 169:4 173:11
**help** 65:22 94:7
144:19 200:2
**helped** 24:2 27:20
28:4
**henry** 217:23
**hereon** 157:16
**hereto** 226:14
**hewlett** 201:14
**high** 56:11 74:7
140:23 198:2
199:24
**highway** 2:23 4:19
**hired** 34:11 119:5
**historical** 27:22
28:5
**historically**
117:19 119:9,17
**history** 45:25 52:7
68:13 88:17
**hit** 65:15
**hold** 68:13 81:22
117:18 119:1
133:19 157:13
174:5 186:25
187:7,9,10 189:21
189:22 190:1
200:20 201:18
202:11,12,13
205:13 207:12
208:11 209:18
**holding** 144:19
187:8 190:10,11
190:13

**home** 7:17
**honestly** 14:22
79:2
**honored** 151:13
**honoring** 156:2
**hope** 123:5,23
**hoped** 78:4
**hopefully** 46:25
**horror** 84:19
**hostetler** 2:9 5:15
5:18
**hot** 212:11
**hours** 178:21
**house** 75:8 76:4,6
76:18 77:6 166:7
166:9,12,20
169:12,21 170:5,7
**housekeeping**
112:7
**huge** 207:21
**huh** 8:17 12:21
21:14 24:24 27:9
28:22 50:2 62:2,8
62:20 63:1,16
79:9 80:4,16 81:8
94:20 98:15
100:19 102:10
122:14 133:16
148:24 158:22
162:15,15 164:10
170:10 171:16
173:17 174:13,19
176:9 177:12
180:13 182:5
186:4 190:18
**hundreds** 58:21
59:4 73:4 122:2
125:17 129:22
130:13,18 217:8
**hung** 141:18

**[hurt - internally]** Page 20

**hurt** 24:3
**hutton** 198:17
199:11
**hysteria** 193:21
194:7
**hysterical** 205:17

**i**

**ia** 148:22 166:25
179:16 180:6
182:2 185:11
186:1 187:19
**ibm** 44:14,17
59:13 64:18 66:7
70:9,12,15,17,22
71:13 74:2 76:22
93:20,21 96:17
102:3,7 106:20
119:11 121:6
135:6,6 136:21
137:19 140:6
146:12 154:4,5,5
201:13
**idea** 38:9,10 71:19
72:24 75:2,15
77:18 127:9
137:16 138:4
139:8 167:10
183:8 219:5
**ideally** 117:3
**identification** 3:7
4:2 12:6 21:4
23:15 52:21 61:20
82:1 97:17 113:17
113:23 143:7
158:13,18 163:19
**identify** 5:7
**idiots** 218:17
**ignore** 157:3
**ignoring** 107:14
**igoin** 196:23

**igoins** 196:23
**ike** 41:22 90:17
**illegal** 10:24 17:15
28:23 30:19 31:1
31:3 138:23
140:11 216:14
**illusion** 25:14
**imagine** 129:21
**immediate** 211:11
**immediately** 117:6
117:17 155:20
**immoral** 140:12
**implies** 14:5
**important** 30:22
148:14
**impossible** 129:24
**impression** 14:8
14:14
**inability** 126:22
**inaccurate** 115:20
**include** 79:10
**included** 27:25
191:18
**includes** 109:23
**including** 63:13
64:6 141:23
175:23 204:13
**income** 182:25
**incorrect** 99:19
**incorrectly** 30:15
**incurring** 211:4
**indemnification**
213:21
**indemnify** 157:13
**indemnity** 214:12
**indicate** 171:21
**individual** 59:16
66:15 85:24
168:21
**individuals** 185:18

**industries** 193:19
**industry** 47:17
51:13,21,22,23
74:16 124:7,16,19
125:10 129:20
131:10 143:18
156:18 176:4
178:15 188:11
**infers** 152:14
**information** 10:1
27:22 75:15 88:6
136:9 185:23
221:13
**infringement**
78:12,16,20
**ingenious** 217:14
**initially** 32:17
**initiate** 70:3
**initiated** 70:21
152:18 161:3
191:17
**initiation** 15:12
**inside** 143:12,13
166:7,8
**insinuating** 188:8
**insist** 159:23
**insisted** 11:14
**inspector** 155:4
**instances** 102:15
120:8 182:9
**institution** 2:22
**institutional** 13:16
64:16,22 193:9
213:13
**institutions** 66:10
185:17
**instructed** 17:25
32:5
**instructing** 44:11
66:6

**instruction** 42:16
43:3,8 44:7,17,21
137:7
**instructions** 16:24
32:6 34:15 42:25
47:5 109:18
118:16,19 121:16
126:22 136:17
137:1 138:1,2
139:4
**instrument** 183:10
186:22
**instruments**
182:18
**intended** 14:10
23:9 85:22
**intention** 14:14,20
**interco** 164:23
**interest** 67:22
116:10 161:24
162:2,10,13
168:10 182:3,11
183:9 194:16
213:12 215:22
**interested** 125:12
182:20 226:15
**interfaces** 58:23
**interfere** 4:10
**interject** 41:7
188:12
**intermarket** 52:2
70:6 72:9
**internal** 198:25
**internalization**
75:9
**internalize** 188:24
**internalized** 181:6
**internalizing**
184:20
**internally** 181:17

**international** 51:6
**interrupt** 84:25
  87:7 99:1 203:5
  210:1 213:16
**interrupted** 9:3
  53:1
**interview** 49:23
**intrigues** 151:8
**inventory** 39:18
  57:10,10 59:3
  100:12 101:1,3,8,9
  101:10,12 114:17
  129:10,11,13
  133:25 136:19
  137:12,18 138:6,6
  138:7 139:11,12
  139:14 145:1
  172:17,21,21
  189:15 190:10
**invest** 10:25 14:10
  14:11,16 85:25
  215:16
**invested** 10:6,13
  14:11
**investigated** 9:20
**investigation**
  10:11
**investing** 11:13
**investment** 1:8
  4:25 11:7 13:15
  13:23 25:20 28:1
  35:2,11 38:21
  42:21,24 56:20
  69:1 98:14 100:17
  133:12 137:14
  146:9 148:25
  151:10 166:8
  167:6 168:6
  169:23 170:4
  171:8 172:2,9
  182:21,23 209:19

212:7,16
**investments** 13:13
  13:18
**investor** 1:4 4:23
**investors** 13:18
  28:20 198:14
**invests** 45:15
**invited** 67:4
**involve** 38:5
**involved** 16:14
  20:22 25:19 28:9
  32:24 34:12,13,22
  43:18 58:10,13
  69:10 72:20 88:6
  88:9 89:6,7,13,18
  90:3,25 92:6,18
  197:8,24 199:3
  211:18
**involves** 31:16
**involving** 34:6
**iou** 145:2,23
**ira** 8:12 9:8,9,15
**irs** 198:25 201:9
**irving** 5:15 132:7
  155:11 186:12
  218:14
**issue** 11:3 41:12
  44:20 47:3 131:4
  131:10 132:5
  133:8,17,18 139:1
  155:25 184:8
**issued** 42:16 43:1
  43:16 155:7
  181:21
**issues** 69:16 155:8
**issuing** 130:22
  140:5 148:22
**it'll** 150:25 201:16
  216:21

**j**

**j** 2:8 5:14
**j.p.** 121:20,23
  209:8,10,14,15,17
**jacque** 196:24
**jail** 159:19
**january** 166:2
  180:9 226:16
**jeffrey** 155:24
**jeffry** 29:7 30:11
  155:13 156:23
  159:19 210:5,23
**jet** 83:4,5,6
**jewish** 196:6
**joann** 27:23
**job** 46:20 54:24
  119:5 141:15,19
  142:4,5
**jobs** 141:22
**jodi** 32:23 43:9
  138:2 139:5
  170:11
**john** 148:16
**joint** 67:16
**joke** 73:17
**journal** 141:18
  184:10
**judge** 6:10 11:25
  13:6 21:8 23:24
**judgment** 65:6
  89:19
**june** 11:25 164:1,4
  172:3
**justice** 141:9

**k**

**kaufman** 217:23
**keep** 16:17 75:3,7
  75:18,25 76:4,18
  87:2 105:14
  120:20 121:1,9

124:21 129:17,25
  130:3 185:17
  212:18 216:13
**keeping** 156:17
  212:22
**keeps** 140:22
  144:23
**kept** 36:20 120:21
  120:22 129:23
  178:13 215:25
  216:25 218:21
  219:10,13
**kevin** 143:9
**key** 144:15
**killed** 77:22
**kind** 93:11 95:14
  117:24 156:14
  190:6 201:7
**kinds** 73:22
  188:13 191:11
  217:7
**knew** 24:11,11,12
  24:17 25:9,21
  28:23 39:11,13
  84:18 87:3,12
  89:11,13 90:7
  107:20 144:8
  160:3 175:22
  184:23 207:24
  214:21,21 218:6,8
  220:13
**know** 6:16 7:7,9
  7:14,21,24 8:1,2,4
  8:4 11:2,3,8 14:9
  16:24,25 17:5,6,6
  17:9,25 18:7,12
  19:25 22:19 24:6
  25:22,22 26:3,7
  30:1,23 31:6,9,11
  31:15,16,20 32:17
  34:19 36:3,16,24

37:2,19 39:9,11,13
39:14,15,16,20,21
40:9,15,18,19,24
40:25 42:4,8,18,25
43:18,19,25 44:5,8
44:14,15,15,24,25
45:10,12,15,18
46:6,10,14 47:1,4
47:11,13,24 48:18
48:23 53:4,14
54:9,15,18 55:13
55:18,19 56:2,21
57:1 58:2,21 59:3
60:14 65:11,18,24
66:11,24 67:3,3,8
68:13,16 69:2,2
70:4,21 71:3,7,16
72:7,12 73:2,3,5
74:13,21,22 75:19
76:10 77:4,14,16
78:3 82:2 84:17
84:19 86:1,8,14,23
87:1,2 88:5,10,15
88:21 89:1,3,6,6,8
89:9,9,11,11,20,22
89:23,24 90:6,19
90:19 91:3 92:12
93:8,11,15 94:6,6
94:19,19 95:11,15
96:3 97:5 99:8
103:12 104:21
105:1,4,18,18,19
106:10,16 107:10
107:21,22,23
108:5,7,12,16,18
108:23 110:3,25
111:9,21 112:2
116:18 117:11,24
118:5,7,8,11,12,22
119:14,16,19
120:7,16 121:11

121:13 122:9,18
122:21,22,23
123:8,16,24 124:4
124:6 125:1,13,13
125:17,20 126:23
128:14,15,20,22
129:4,5,6,24 130:1
131:11,25 132:2,9
132:10 133:10,17
134:20,21,23,25
135:5,9,23 136:3
136:17,20,21,24
136:24 137:1,2,2,3
137:6,9,22,22
138:5,7,20 139:8
139:10,10,23
140:3,3,15,17,20
140:20,21 141:6,8
141:9,17,19,24,25
142:3,11 143:11
145:12,18,20,20
145:24 146:1
147:1,3,4,4 148:8
150:10,21 151:17
152:24,25 153:6
153:11,14,22,24
154:2,6,7,9,20
157:3,8 158:6,23
160:3,7,11,11,16
160:17 162:4,20
162:20 166:20
167:21 168:6,10
168:13,15,17,17
168:19,21,22,22
168:23,25 169:2,3
169:4,6,7 170:7,14
170:24 171:1
172:25 173:25
174:3 175:25
176:4,11 177:21
178:24 179:20,21

181:7,8,10,11,22
182:9,10,16,22,24
183:5,5 184:12,17
187:5 189:10,19
190:5,6 193:17
195:6,14 196:7,24
197:1,21 198:10
198:21 199:2,7
200:2,9,20,25
201:6,14 202:4,8
202:14,15,20,21
203:2,3,22 204:2,8
204:22 205:7,10
205:15,16,20,22
205:23 206:1,2,5
206:14 207:1,3,4,4
207:14,17,23,25
208:15,20,22
209:1,4,10,22,24
210:10,11,17,18
210:23,24 211:2,5
211:8,10,23
212:20,24 213:4,9
213:14 214:10,12
214:15,16,17,18
214:23 215:1,4,5,6
215:7,9,10,11,14
215:18,20 216:1,2
216:3,4,17,18,21
216:24,24,25
217:1,2,13 218:7
218:11 219:2,2,5
219:18 220:17
**knowing** 84:11
123:15
**knowingly** 89:16
**knowledge** 34:24
90:23 93:2 180:3
**known** 9:9 59:9
120:12 166:6,8
175:18 183:23

185:17 196:4,23
212:11 218:12
219:25
**knows** 38:9 96:22
132:5 137:5
**kugel** 22:5,7 28:17
33:22 34:1,10,24
35:18 36:7,15
37:6 38:23 41:9
42:19 43:4,16
47:4 48:24 119:4
136:3,4,7,12,20
137:16 139:3
**kugel's** 27:5,6,11
27:16 34:5 44:2
44:19 136:9

**l**

**l** 1:8,12,19 2:20
3:2 4:24 5:4 6:3
91:12,12,17 95:24
98:2 163:22
221:22 223:3,11
224:3 226:9
**l'oreal** 197:4
**l.l.c.** 4:25
**l.l.p.** 2:4,9 5:10
**laborde** 122:10
**lack** 108:7 109:2
**lag** 83:4,5,6
**langevoort** 144:6
**language** 152:14
158:21 159:7
**large** 25:24 39:10
40:19,23 51:14
64:17 110:10
123:11 195:6
**larger** 135:12
**largest** 58:17,18
88:17
**late** 24:21 25:17
26:19 31:7 50:21

**[late - looking]** <span style="float:right">Page 23</span>

60:15 220:8
**laundry** 142:4
**law** 2:14 55:4 56:1
58:8 144:5 145:6
151:18 167:19
**law's** 55:3
**laws** 28:10,11 31:5
203:20
**lawyers** 108:13
131:21,22
**lazard** 3:13 61:8
61:25 62:4 81:4
**learn** 10:23
**leases** 170:24
**leasing** 199:13,14
**leave** 206:5
**lecture** 141:8,11
**led** 20:6
**legal** 4:14 5:20
195:12 201:15
202:20 203:18
206:14
**legalized** 145:3
**legitimate** 54:20
56:14,16 90:10
140:21 203:10
**lehman** 86:8,9
**letter** 3:19,20
**letting** 66:11
**level** 60:12
**levy** 29:7 30:7
33:8,10 196:12
204:17 209:8
210:3
**levys** 59:17 197:22
**lewis** 196:13
**liabilities** 55:12
150:20 151:23
163:2
**liability** 139:20
145:24 150:16

152:2 154:2,8,10
155:23 160:1,17
209:19
**liaison** 52:10
**library** 103:25
**lie** 50:6
**life** 105:12 215:11
**light** 26:18
**likes** 74:9
**limit** 6:14 17:22
99:24
**limited** 158:16
**line** 13:9 23:24
24:8,25 27:15
224:5,11,14,17,20
224:23 225:1,4,7
225:10,13,16,19
225:22
**link** 72:1
**linking** 70:7
**links** 52:3
**liquidate** 16:18
86:18 206:1,2
**liquidating** 17:1
205:11,24
**liquidity** 202:4
203:14
**lisa** 1:24 2:24 5:20
226:6,22
**list** 79:14 196:8
223:7 224:5
**listed** 50:15,15
53:2,4 58:13,19
63:24 70:3 79:25
80:9 106:2,9,13
**listen** 141:6
153:10 160:4
204:20 206:20
**listened** 74:14
**listing** 57:18 134:4

**lists** 79:5,8
**literally** 68:21
77:21 88:16
204:14,23 205:22
214:24
**litt** 139:23
**little** 24:5 32:24
47:25 93:5 109:8
112:6 191:20
192:16
**live** 84:11 168:17
214:16
**living** 12:25
**llc** 1:8
**load** 66:22
**loaded** 66:14
**loan** 168:11
**located** 4:18
**lock** 118:25
**locked** 118:9
**lockup** 85:15,21
86:13
**london** 52:11,11
53:4 55:20 60:1,4
60:7,9,10 83:2
114:21
**long** 9:9 31:13,13
31:17,17 34:9,19
34:22 36:17 46:8
50:1 57:21 59:4
125:16 131:3,4
138:15 143:22
145:21 149:8
150:10 152:24
154:8,11 164:9,12
165:1 179:22
197:24 198:13,24
199:8 200:1,10,12
200:22,22 201:25
202:3 204:2,3,3,7
205:3,25 206:4,15

206:24 207:16,22
216:9 220:6
**longer** 33:11 87:17
87:20 120:25
122:20 130:1
162:16 192:17
**look** 18:23 19:19
19:22,22,24 21:7
24:23 27:14 66:20
71:4 75:2 79:25
82:12 84:9 85:8
85:10 88:9 89:1
90:18 95:19
104:22 109:11
111:5 119:10,18
134:13,21,24
135:18 139:25
157:5 165:6,14
167:24 168:23
169:1 170:24
172:21 173:6
177:11 180:12
190:16 199:24
205:6 208:18,22
209:4 215:18
218:9 220:2
**looked** 32:19
41:18 43:23 66:2
106:17,20,21
107:25 114:20
122:24 128:21
172:2 174:16
178:4 204:2
217:21
**looking** 53:17
76:22 102:6
107:10 115:2
122:4,17 127:9
129:16 140:25
155:15 174:1
175:13 176:8,15

[looking - market]                                                                           Page 24

180:24 203:16
219:10
**looks** 44:1,1 103:7
103:12 106:16,16
107:8,11 111:5
137:11 164:6
180:22
**loophole** 194:24
**lose** 159:3 205:2
**losing** 22:17 207:7
207:8,22 210:22
214:14
**loss** 32:10,13
38:25 47:1 84:2
**losses** 17:2 31:10
31:18,22 32:1,2,8
32:10 37:25
157:15 204:5
207:13 208:13
210:15 211:3
213:24
**lost** 90:3
**lot** 13:3 40:20 44:5
49:16 84:3 92:25
135:10 168:15
184:1 199:21
211:24 214:25
217:11
**low** 79:20 106:4
**lower** 182:13
184:16 205:2
**lybrand** 33:20
208:8
**lying** 136:13
**lynch** 45:10,12
58:22 59:13 67:16
68:18 75:5 77:9
79:11 80:23 93:19
125:14 131:5
153:10,20 198:18
199:11 213:6

218:2
**lynch's** 153:14

**m**

**m** 104:15
**madoff** 1:8,12,19
2:21 3:2,7 4:1,24
5:4,13 6:3,8,9,25
12:5,8 16:5 21:3,6
23:14 24:3,11
25:3 35:9 49:12
52:20,25 54:18
61:15,19,25 73:9
73:18 74:14 75:7
77:8 81:25 83:8
88:12,17 89:1
91:12,17,19 93:14
94:3,16 95:9,23,24
95:25,25 96:2,4,13
96:21,22 97:16
98:2 100:11,11,21
103:15 106:1
107:8 111:18
113:16,19,21,22
114:11,12,14
118:7 121:16
141:10,10,13
143:6,17,20,24
144:6,16 145:4
156:21 158:12,17
160:2,6 163:18,22
163:24 164:1,17
165:19 193:7
209:19 215:8
218:20,22 219:9
219:14,15 220:25
221:7,23 223:3,11
224:2,3 226:9
**madoff's** 25:4
99:19 100:12
144:15 175:23

**magic** 46:10
**mail** 61:17 123:5,6
123:23 125:7
**mailed** 131:9
**mailroom** 170:14
**main** 121:21
**maintain** 42:7
57:10 59:3,3
**maintains** 185:22
**major** 68:9 69:8
72:16 124:10,20
154:25 155:25
**majority** 83:25
92:6 115:3 122:23
**maker** 36:7 42:7
46:6,18,23 57:9
58:11 59:7 63:13
63:19 65:5 144:22
145:1 146:20
147:7,21 173:1
188:23 189:2,11
216:6,9 217:17
**makers** 43:5 58:17
58:18 66:16 93:9
130:17 138:14
144:17,18 145:11
146:22 172:15,16
**making** 18:6 36:6
37:21 38:4,5,16
45:7,21 47:9 56:5
56:6,16,19 57:6,8
57:11 58:13,25
59:10 60:6 62:11
63:12 64:5 93:2
99:13 100:6 122:1
131:13 137:24
165:24 166:4,6
171:9 172:8 175:6
188:15 189:8,9
199:19,21 202:21
204:10 206:25

215:23 224:7
**man** 55:19 108:10
208:7
**managed** 38:17
155:11
**manhattan** 122:6
**manual** 65:3
**manually** 65:3
**march** 12:19,25
13:6 180:7,21
203:24
**margin** 86:15,17
154:1 156:15
157:9,18
**marine** 122:8
186:13
**mark** 12:3 21:1
23:8,9 48:1,8
60:18 61:12 64:15
66:17 81:18 94:12
97:13 112:17
113:3,11,18
142:13,17,19,21
148:12 157:21,21
158:6,14 165:8
**marked** 4:1 6:9
12:5 21:3 23:14
27:13 52:20 61:19
81:25 97:16
112:10,11 113:16
113:22 143:6
158:12,17 163:18
163:25 165:6
**market** 3:16 13:19
14:12 15:1 16:12
16:15,18 19:15,18
19:24 20:5,15,21
26:6 31:20 36:6,7
36:8 37:21 38:4,5
38:16 40:9 42:7
43:5 45:7,21 46:6

46:18,21,23 47:9
50:17 51:9 56:5,6
56:16,19 57:6,8,9
57:11,12,15,22
58:11,13,17,18,25
59:7,10 60:6
62:11 63:12,13,19
64:5 65:5 66:16
67:5 69:25,25
86:7 93:2,9,9
102:8 105:3,6,7,8
105:10,13 106:7
106:12,18,25
107:2,15,17 108:4
109:3 110:13,19
114:24 115:4,6,11
122:1 130:17
137:24 138:14
140:17,21 144:17
144:18,22 145:1,4
145:11 146:20,22
146:25 147:7,7,21
147:25 165:24
166:4,6 171:9
172:8,15,16 173:1
174:11 176:12,24
177:15 178:2
188:15,23 189:2,9
189:10,11 195:16
197:9 198:23
200:21,24,25
201:1,18 203:23
204:14,20,25,25
205:7 206:21
207:3,6,15,20
212:1 215:14
216:6,7,9 217:17
**marketplace**
50:14 55:24 65:13
65:15 69:18 70:4
71:7 74:17 75:24

76:15 77:25 93:7
93:12 98:6,9
101:12 103:9
111:20 119:6,9,20
120:23 121:7
140:22 141:2
145:10 148:8
**marketplaces** 72:1
74:12
**markets** 13:14
20:16 45:11 51:25
76:11 93:3 95:13
104:2,6,18 107:24
143:15 144:8,23
217:25
**marking** 143:4
157:25 158:11
**markopolos**
218:17
**markup** 109:24
**match** 107:13
135:20
**matter** 32:9 54:4
55:6 58:5 71:18
92:14 98:25
109:15 119:4
120:19 141:23
160:16 168:3
187:2 208:6 209:8
210:11 218:4
224:6
**maximum** 32:12
**mcmillan** 180:5
**meadowbrook**
122:8
**mean** 20:10,11
22:21 37:17 46:11
47:18,20 49:5
53:22 64:11 72:22
74:21 80:19 85:8
88:7 89:16 105:15

108:18 139:6
146:2 147:22
153:1 156:24
170:6 172:15
175:18,23,24
176:2 180:2
186:17 187:23,24
188:2 191:3
206:12,13 207:24
221:9
**meaning** 46:21
93:23 94:24,25
95:24 106:1 124:2
127:21 139:5
147:12 186:11,21
201:13 202:16
**means** 80:20 94:3
96:4,18 114:12,13
114:13 148:13
164:12 181:4
182:11
**meant** 31:12
**media** 91:11,16
163:21 221:21
**medication** 79:1
**medium** 2:22
**meet** 55:9 86:15
86:16 218:5
**meeting** 43:20
54:2 82:19,25
**meetings** 83:4
140:6
**member** 51:20,24
52:1 60:10
**members** 10:5
60:9
**memorized** 80:7
**mental** 7:13 8:1
87:16
**mentally** 87:15

**mention** 132:3,4
**mentioned** 28:19
59:25 127:24
**mentions** 136:2,3
**merged** 122:19
125:5
**merrill** 45:10,12
58:22 59:13 67:16
68:18 75:5 77:8
79:11 80:23 93:19
125:14 131:5
153:10,14,20
198:18 199:11
213:6 218:2
**messenger** 123:4
**met** 7:21 8:7 44:25
65:23
**method** 199:13
**michigan** 60:19
**microphone** 81:20
**microphones** 4:6
4:10
**mid** 60:20
**midland** 122:8
186:13
**mike** 22:9,10
**million** 63:22 64:1
64:2 79:21 80:14
86:24 125:22
161:12 180:8
**millions** 59:4
217:8
**millisecond** 74:19
**mind** 35:15 115:25
152:7 216:13
**mine** 199:16 209:1
218:3
**minted** 196:12
**minute** 108:1
130:10

**[minutes - new]**                                                                                    Page 26

**minutes** 65:12
  66:23 74:18
  163:11,12
**misery** 193:7
**misinterpreted**
  136:14
**misinterpreting**
  136:15
**misled** 16:9
**misrepresentation**
  18:6,11
**misrepresented**
  16:7
**missile** 55:23
**misstated** 17:12
**mistake** 109:4,5,7
  111:13 114:9
  121:10 134:6
  206:11
**mistakes** 83:18,23
  134:4 136:1
**mitterrand** 193:15
**mob** 89:7,18
**mode** 168:9
**moment** 7:4
**monday** 110:4,5,8
**money** 14:6,10,16
  14:24 25:1 26:25
  34:22 45:14 84:4
  84:8,15,23 85:11
  85:12,15,18,23
  86:2,9,12,14,16,17
  86:22,25 87:8
  90:3,19 91:4
  104:5,18 120:16
  154:24 157:19
  159:17 161:12
  162:6,22 167:17
  168:14,17 195:10
  195:15,17 198:12
  199:22 206:16,23

206:25 207:7,8,16
  207:18,21,22
  210:22,25 212:11
  212:14,18,22,22
  212:24 213:3
  214:13,14,25
  215:12,17,19,23
  219:4,6,6
**moneys** 11:15
**monies** 184:9
  217:5
**monitor** 37:5,10
  37:13 40:13
**monitored** 36:17
  37:2
**month** 37:1 39:23
  99:8 175:11
  212:14 216:22
  217:1
**months** 54:13,15
  85:17
**monumental**
  159:14
**moorad** 104:9,13
**morgan** 67:17
  68:18 75:7 77:8
  121:20,23 209:9
  209:10,15,15,17
  218:2
**morning** 6:8 70:15
**moscow** 52:14
  53:5
**mother** 10:7
**motivation** 50:5
**mouth** 31:4
**move** 20:22 31:20
**moved** 167:7
  169:21 170:8
  217:24
**moves** 110:13,19

**multiple** 29:15
**municipal** 56:1

**n**

**n** 2:1 3:1,1,6 6:1
  196:24
**naked** 143:16,19
  143:19 144:17
  145:3
**name** 4:13 5:4
  104:16 142:9
  183:24,25 184:5,8
  186:20,23 187:7
  187:10,11
**names** 184:7
  196:21
**nasd** 50:11 51:8,9
  51:16,17,18 52:5
  54:4,5,6,12 57:9
  72:14 143:25
  178:23
**nasdaq** 47:19
  50:10,13,14,20,21
  50:22,24 52:4
  53:10,12 57:23
  58:6,11 63:14,25
  69:25 73:8,11,12
  74:5 77:24,25
  80:10
**national** 25:7 51:1
  51:5,9,10,11 122:8
  124:2 125:3 126:4
  143:24
**nationalize** 193:19
**nature** 87:3 182:7
**nc** 2:22
**necessary** 66:4
  224:8
**need** 86:14 94:2
  102:2 130:1 189:7
**needed** 86:9,16
  169:10 186:2

206:16
**negative** 156:11
  156:13,18
**negotiable** 186:21
**negotiated** 58:6
  68:15
**neither** 226:12
**nerve** 55:10
**net** 36:11 125:21
  125:23 131:1
  132:12,20 133:4
  137:17 154:14
**nets** 125:19
**never** 13:20 15:10
  24:12 34:25 45:19
  68:11 77:19 78:6
  112:1 115:4,12
  116:1 118:9,10
  120:5 123:7
  128:17 135:19
  137:21 140:12
  151:15 168:8
  175:15 184:23
  185:5 187:3,9
  191:8 207:15
  210:11,18 218:20
  219:23,24
**nevertheless** 13:15
**new** 1:1 2:5,5,10
  2:10,15 5:3 25:2
  32:9 50:17 52:4
  53:3 55:9 58:15
  60:1 68:6,7,11,12
  69:8,14,15,20,21
  70:9,13,17,23
  71:18,22,23 72:3,4
  72:23 73:8,10,14
  73:19,24 77:15,16
  77:21 95:4 102:20
  103:12,13,18,21
  106:3,10,14,21,22

**[new - okay]**                                                                 Page 27

107:11,16,25
108:2 113:4
114:21 121:21
122:3 169:2
174:17,21 175:9
175:13 176:5
177:20,22 178:9
179:6 195:13
211:2,15
**news** 188:10 202:6
**newspapers**
141:13
**nine** 24:9 50:24
51:2
**nodded** 171:15,17
**nodding** 171:22
**nods** 62:14 171:13
**non** 50:15 131:17
**normal** 7:13 16:15
**norman** 29:7 30:7
33:8,10 209:8
210:2
**north** 1:21 2:23
4:19 122:7 123:1
123:10 186:11
226:1
**notary** 1:24 2:25
223:22 226:7,23
**note** 4:6 48:2
**noted** 156:10
**notes** 3:12,17
47:23 48:12 61:15
112:13,14,21,23
113:4,4,6,19,25
**notice** 85:17,17
113:5
**notified** 7:16
**november** 27:17
**nowadays** 40:19
**nttc** 124:3

**number** 5:3 20:4
36:15 40:3,3
41:25 49:22 53:2
53:19 54:24 62:18
62:20 67:10 89:19
91:11,16 94:24
97:22 102:24
103:13,20 110:14
110:15 128:7
129:16 137:13
142:2 163:21
176:13 197:14
221:22 224:5
**numbered** 79:17
**nuts** 219:19

**o**

**o** 3:1,6 6:1 104:15
104:15,16 196:24
**object** 11:1 15:14
15:14 18:19 30:20
35:6 85:7 98:21
98:23 149:4 170:3
175:21 176:18
191:14
**objected** 15:18
26:7
**objection** 15:25
65:25 83:19 92:9
102:9 149:20,20
169:25
**objections** 15:22
15:23
**obligated** 150:14
**obligation** 146:3,4
146:8,11
**obligations** 151:16
**obvious** 78:24
93:1
**obviously** 71:2
87:1 98:16 147:20
150:19 152:18

181:11 182:24
183:11 195:14
203:3 220:24
**occasions** 186:16
**occur** 15:5 84:20
**occurred** 19:24
28:3 56:23 86:5
89:16 176:12
**occurrence** 47:8
**occurs** 213:20
**october** 97:20,21
**odd** 55:19 159:18
**offer** 46:22
**offers** 57:12,17
58:2
**office** 33:9 35:13
37:12 43:1,9,13
54:2,15 55:3,9
67:6 124:13 155:9
156:8 224:6
**offices** 53:25 54:16
**officials** 9:5
**offset** 32:3 199:7
199:14
**offsetting** 144:23
**oh** 6:19 9:10 15:20
22:7,7 26:20
47:20 62:24 72:22
80:8 82:2,15
126:21 152:9
155:16 161:5,9
171:20 173:25
180:17 187:23
191:24 207:9
**okay** 6:21,24 8:11
9:15,23 10:10,17
10:22 12:2,11,13
12:24 14:18 15:3
15:7 16:2,2 17:10
17:22 18:2,4,8,23
19:6,8 20:25,25

21:12 22:11 23:3
23:3,6,8,19,20,23
26:15,21 27:2,10
28:15 29:1,4,9,12
29:20,23 30:2,9,13
30:25 31:2,8
32:14 33:3,12,16
33:21 34:4,4
35:15 37:16 39:2
41:2,5,6,17,20
43:6 47:14 48:9,9
48:15,15 50:5,8,12
50:18 57:5 59:25
60:11,16 61:12,21
62:2,6,9 63:2 66:5
72:22 76:17 79:4
79:7,16,21 80:5,14
81:1,4,11,17 82:23
83:12,15,17,22
85:5 87:11,23
91:8,10,20 92:2,4
94:6,9 95:6 96:20
97:2,4,13 98:2,11
98:13 99:7,9,20
100:3,9 101:16,20
102:1,6,14,19,21
103:3,4 104:14,24
105:17 108:14
111:25 112:5,16
112:17 113:9,13
114:7,16,19 115:8
115:14,23 117:4
126:6,20 127:15
127:17 129:3
132:15,25,25
134:3,3,10,23
137:12 138:19,22
143:2 147:14,16
147:17 148:16
149:10,24 151:18
152:5,5,8,9 156:4

**[okay - paid]**                                                                 Page 28

157:20,21,25
158:5,10 159:11
159:13,13 160:19
161:9,9,9,21 162:5
162:22 163:3
164:9,22,25 165:5
165:16,22 166:23
169:12,16,18,20
170:18 171:3,3,7
172:7,14,20 173:4
173:6,10,17,24
174:8,16 175:17
176:8,21 177:11
177:23 180:4
181:20,24 182:1
184:25 185:9
186:18 187:18
189:1,4,7 190:16
191:1,1,15,24
192:6,7,10,11,12
192:13,17,23,25
193:5,5 197:5,16
201:19 203:9,11
207:11 209:18
210:9 212:5 214:8
216:19 219:1
221:19
**old**  2:22 4:18
66:21 193:10
208:20
**older**  208:19
**once**  68:5 120:24
192:9
**ones**  53:11 135:4
219:16
**ongoing**  40:15
**open**  16:17 22:21
117:18 119:1
120:22 168:18
204:24

**opening**  77:25
**opens**  95:21
157:18
**operate**  54:6 55:5
65:24 67:6,11
68:3 71:5 73:25
74:15 77:19 93:9
108:13
**operated**  36:5
45:2 46:1 55:2
58:7 97:10 166:2
166:21 169:8,11
**operates**  73:8
77:25 101:4
**operating**  7:15
10:3 11:7 54:15
56:9,17 73:24
74:7 78:7,10,17
95:1 100:16
121:25 122:3
**operation**  55:19
58:25 60:5 63:12
64:5 69:1,3 70:25
168:9 170:15
171:8
**operations**  36:25
38:2 42:17 44:11
47:5 53:17 139:4
**opines**  177:13
**oppenheimer**
79:11
**opposed**  105:6
116:2 124:1
**opposite**  93:17
95:8 144:11
164:15
**option**  67:8
**options**  20:23
101:2 197:15
**orally**  18:10

**order**  3:8,15 6:10
19:19 20:19 22:24
51:16,18 57:8
64:17,20 65:1,2,6
65:10,11,14,15,19
65:20,24,25 66:9
66:10,12,13,15,20
66:25 70:14 71:8
71:13,16,21,23
72:2,4 73:5,6
74:19 76:15,21
77:5,6,10,11 78:3
80:22,25 107:8
123:22 134:17,18
144:19,23 148:11
159:15 185:25
194:12 198:11
207:10 217:16
**orders**  65:13
72:12,25 73:3,11
73:16,21 75:4,6,8
75:12,15,18,23
76:1,11,13,18
**ordinary**  85:2
**organizations**  76:5
**original**  148:11
224:4
**originally**  26:9
41:13 56:23 57:14
85:22 141:5
205:21
**otc**  105:24 107:17
**outperform**  13:19
**outside**  141:7
210:20
**overall**  38:20
83:17
**overview**  62:19
63:3
**owe**  159:12 160:6

**owed**  154:24
156:20,23
**owes**  157:19
**owned**  151:10
195:17 197:2,4
**owners**  72:16
**owning**  149:13
**owns**  148:18
164:12

**p**

**p**  2:1,1 6:1
**p.m.**  91:14 126:17
126:17 163:17,17
222:1
**pacific**  69:21
70:14,19
**packard**  201:14
**page**  6:20,20 12:12
12:22 13:9 21:7
21:13,24,25 23:11
23:16,25 24:8,23
24:25 27:15 62:18
62:20 68:1 79:5
79:16,17 80:3,6
112:16,18,19
113:25 143:11
156:6 165:15,21
173:14,15 174:9
176:8,21 177:11
179:14,15 185:10
224:5,11,14,17,20
224:23 225:1,4,7
225:10,13,16,19
225:22
**pages**  143:10
190:16 224:8
**pagoldman45**  2:16
**paid**  56:2 110:24
123:22 144:4
153:18,25 187:14
194:15 210:18,23

**[panel - picowers]**                                                          Page 29

panel  144:6 145:7
panels  144:2
panic  205:7
paper  28:6 41:21
  43:3,15,21
paperwork  124:16
  129:23 151:6
paragraph  13:10
  63:8 165:17 173:7
  173:9,10,12,22
  180:5,12 182:1
  185:10,24 187:18
  190:19
paragraphs
  173:19
paren  166:7,8
parentheses  166:5
parents  10:13,25
paris  52:14 53:5
park  2:4
parkway  2:15
part  16:18 17:24
  18:21 31:12 32:6
  44:16 46:20 48:4
  50:16 58:24 77:24
  113:7 118:2 127:7
  137:23 138:15
  141:8 155:17
  156:8 170:14
particular  43:5
  44:20 102:18
  179:21
particularly  36:12
  38:6 204:15
parties  4:12 5:7
  226:14
partly  53:6
partner  68:12
  196:12 218:1
partners  67:18
  68:6,16,17,17

132:8 203:3 208:7
partnership  11:8
party  185:16
pass  71:12
patent  78:9,12,16
  78:19,20
patience  221:12
paul  7:20
pay  40:12 126:1
  157:14 184:4
  200:16,22 206:16
  214:14
payable  154:3,15
paying  110:12
  130:9 161:24
  168:10
payment  51:18
payments  182:3
pays  116:10 154:4
  184:2
peak  63:21,21
people  8:10 24:3,4
  24:12 34:18 36:25
  40:12 45:5,7,19
  46:13 48:24,25
  49:22 53:15,22
  54:14 55:20 59:17
  60:1,13 67:10
  73:4 74:5 83:2
  85:10,14,23 88:9
  89:13,23 90:3,12
  90:23,25 91:1
  106:1 108:12,22
  108:22,23 120:2
  125:2 130:7 141:2
  141:7,11 144:4,11
  153:10 166:11
  167:7,25 168:2,4
  168:16 169:22
  170:8 186:12
  194:17 196:21

197:3 198:9 202:7
  205:5 207:24
  210:12,17 211:24
  212:10 214:22
  215:7 217:23
  219:24 220:1
people's  118:20
pepsi  22:15
percent  14:2 56:12
  63:23,24 67:22,24
  69:14 73:25 74:1
  75:1 79:25 80:9,9
  90:13 107:2,4
  162:3,4 176:11
  198:3 199:19,19
  199:20 204:9,10
  204:11 215:24,25
percentage  36:11
  162:23
perfectly  195:12
  201:15,15 202:20
  203:10,18
performance
  35:22
performed  35:13
period  7:8 12:24
  28:13 46:5 54:12
  54:15 64:20 85:21
  86:2,13 99:5,23,25
  100:8 101:14,15
  110:6 111:4 115:2
  122:4,18 128:18
  129:19 130:1,5
  160:24,25 162:6
  166:16 171:7
  177:3 202:12
  209:22
periodic  36:1
periods  54:23
  85:15 135:24

permitted  6:13,17
  147:22
permitting  6:10
perpetrated  15:11
perpetuate  25:13
perpetuated  56:24
  59:24
perpetuating
  141:14
person  45:11,16
  96:5 107:23
  132:10 226:2
peter  2:14 5:12
  58:5
peter's  65:22
philadelphia
  69:21 70:19 71:18
phone  178:24
phones  25:7
phonetic  122:10
  122:11
photocopy  112:12
phrase  166:11
physically  118:10
  121:12 123:12
  127:7 181:10,11
  186:16
picard  5:16 132:7
  155:11
picard's  218:14
pick  4:7 39:5
picower  29:8
  30:11 33:12,13,14
  155:13 156:12,23
  159:19,19 199:13
  204:16 205:16
  210:5,24
picower's  155:24
picowers  159:16
  197:21

**[piece - probably]**                                           Page 30

**piece** 43:21
**pink** 57:15,25
**place** 4:9 24:16
  25:8,10,13,15,16
  26:11 37:5 70:13
  70:13 86:21 92:17
  93:11 106:5,11
  130:19 132:13,13
  176:16 178:10
  191:9 193:24
  220:4
**places** 25:16 86:10
**plaintiff** 1:6 4:24
**plan** 55:16 78:13
**plane** 54:10
**planned** 68:3
**platform** 53:9,10
  53:11
**platforms** 53:4
**plaza** 2:10
**plea** 11:25 12:18
  21:2,16 23:10
  27:16,16 88:4
  90:2,20 136:9
**plead** 21:10 84:10
  84:14,22 87:24
**pleaded** 88:1
**please** 4:6,8 45:25
  224:4,8,8
**plus** 69:24
**point** 7:2 49:25
  50:6 74:9 92:12
  95:8 101:16,22
  102:15 114:19
  117:3 119:12,13
  119:15 127:15
  159:18 160:9
**pointed** 190:22
**pointing** 180:19
  181:9

**points** 125:18
  136:8 152:17
  159:7 181:16
**policy** 53:13 130:3
**ponzi** 7:15 10:3
  87:3 143:23
**pool** 202:4 204:19
**pools** 67:20 69:7
  74:6 78:11,17
  203:14
**popular** 67:21
**portfolio** 135:12
  148:18 151:9
  195:8 196:18
  197:6,7 200:20
  201:25 204:3,4
  211:20
**portfolios** 202:17
  202:17 204:1
  205:24
**portion** 161:23
**posed** 13:13
**position** 31:23
  34:22 47:6 54:19
  86:18 137:22
  146:15 150:3
  151:24 152:1
  153:11 175:11
  177:18 180:6
  181:5 217:18
**positions** 19:20
  26:5 31:13,14,14
  34:19 37:25 38:11
  38:20 39:18 42:7
  42:11 153:6 165:1
  165:2 204:7,8,24
  206:6,15,18,21
  207:8,12 213:22
  214:1
**possible** 84:15
  176:24 177:23

**possibly** 91:5
  103:16 218:24
  219:4
**post** 57:12
**practice** 156:18
**precipitated** 89:19
**preferred** 185:25
**premier** 193:16
**premium** 116:8,12
  116:22 117:19
  119:2,12,13,15,16
  120:11
**premiums** 117:13
**prepared** 48:14
  62:10 187:21
**presence** 223:15
**present** 5:5 55:10
**preserve** 221:4
**preserved** 15:22
**president** 47:19
  193:16
**press** 68:2
**pressure** 125:2
  159:16 168:16
  215:16
**pretty** 37:11
  169:14 203:16
**prevent** 79:1
**previously** 163:25
**price** 20:23 64:4
  64:13 65:2 67:10
  70:12,17,17,18,18
  71:6,15,17,22 72:3
  76:20,23 80:24
  81:3 93:20,21
  107:18 109:7,10
  109:22,23 110:1
  110:16 111:5,6,8
  111:11,16,24
  112:3,4 115:18,19
  116:8,13 134:9,23

  135:3,14,17,18
  148:7 174:18,21
  175:8,10 182:14
  183:12,13 184:14
  184:17 208:8
**priced** 179:12
**prices** 28:6 140:23
  177:14,15,24
  178:1
**primarily** 16:22
  25:23 29:10 32:21
  33:1,14,17 34:18
  56:18 59:9 60:6
  203:2 204:18
**primary** 105:6,8,9
  121:23
**primex** 67:14,19
  68:8 69:4,5 72:21
  74:24,25 77:3,22
  78:1,4,6,8,10,12
  78:16,20
**primex's** 78:1
**principal** 42:5
  90:5,16 95:5 96:9
  98:12 128:8,9
  184:20 187:22,24
  188:3,9
**printout** 132:18
**prior** 10:15 15:11
  16:6 18:9 26:14
  161:7,8 170:5
  171:7
**prison** 49:13,19
**prisons** 141:3,12
**private** 4:8
**privileged** 10:1
**privy** 37:24 38:23
**probably** 9:10
  17:23 30:4,8,12
  43:15 44:4 60:14
  112:1 125:12

132:14 162:3,9
178:8 190:5,15
209:23
**problem** 11:22
13:13 17:7 56:23
66:10 71:20 75:19
78:7 89:5 120:15
156:1 202:6 205:4
212:9 217:4
**problems** 44:25
54:9 213:11
**proceed** 5:22
**proceeding** 12:3
**process** 69:6 76:25
77:7,12
**processes** 63:19
**produce** 84:4
146:6
**producing** 145:14
**professional** 2:25
13:17 226:22
**professionals** 64:6
182:17 183:1
**professor** 144:5
145:6
**professors** 141:8
**proffer** 45:1
138:10
**profit** 38:25 47:1
70:23 117:3,8,12
117:18 118:9,11
118:24,25 120:18
120:19 145:15
150:13 211:21
**profitability** 40:16
**profitable** 28:2
**profits** 36:11,14
36:18 37:3,24
90:4,10 161:20
199:18 200:11
207:21

**program** 161:3,13
**promise** 9:24
101:24
**promised** 13:20
**prompt** 150:25
224:6
**promptly** 157:14
**proof** 115:21
**proper** 40:24
**properly** 191:10
**proprietary** 38:2
38:17 56:19 57:7
59:1,10 62:13
130:17 166:5
171:9 172:8
188:15
**proprietorship**
165:20
**prosecutor** 45:24
88:3 139:22
**protection** 1:4
4:23
**prove** 140:2
152:14
**provided** 27:22
49:18 156:9
175:10 186:13
**providing** 88:5
**psychiatrist** 49:19
**public** 1:24 2:25
22:20 23:1 105:9
105:11 143:23
223:22 226:7,23
**publicly** 185:16
**published** 57:16
104:17
**purchase** 16:8
102:7 152:3
177:13 194:13
**purchased** 149:1,2
179:3 190:1

**purchases** 15:5
24:14 98:18
102:17 133:1
158:16
**purchasing** 20:6
203:6
**purported** 174:10
**purportedly** 151:9
179:16 180:6
**purpose** 182:21
**purposes** 17:3
130:2 203:18
**put** 12:14 31:4
39:24 40:21 44:16
58:1 61:14 70:16
77:19 83:1 84:18
89:14,20 90:23
95:16 113:2
118:14 121:12
125:1 127:6
129:13 141:14
148:10 149:24
169:11 172:18,18
173:5 178:23
186:22 187:6
193:23 197:6,7
202:4 208:11,22
209:5 211:6
215:23 216:5
219:4 220:23
**puts** 72:2 211:22
**putting** 32:11 47:5
70:14 201:24

**q**

**quarter** 110:20
212:13,20
**quarters** 110:24
111:3,11,15
**queens** 54:8
**question** 9:2,22
17:9,12 28:19

49:7 61:2 78:24
91:24 101:19
102:13 128:23
144:10 147:19
154:20 156:19
160:21 185:1,3
220:12,16
**questioned** 156:25
**questioning** 6:14
199:1
**questions** 6:14
78:25 99:24
131:25,25 173:20
188:12 190:21
221:1,3
**quite** 33:22 92:21
95:14
**quote** 13:10 21:17
21:20 24:9 144:7
**quoted** 144:7
**quotes** 144:3
**quoting** 145:6
156:7

**r**

**r** 2:1 6:1 104:15,16
223:1 224:1,1
**raised** 156:19
**ramo** 58:7
**ran** 38:15 55:23
195:16
**range** 107:18
109:7 111:5
134:13
**ranges** 134:11,15
134:17
**rare** 186:15
**rarely** 116:21
135:20 186:22
**rate** 13:20 162:2
162:13,25 198:1,2
198:3,8 200:16,22

**rates** 199:23
**ratio** 146:1
**raymond** 79:11
**reached** 60:12
  174:24
**reaches** 185:9
**read** 13:9 21:16,17
  23:23 27:15 48:5
  48:7,20,22 106:3
  111:25 112:9
  150:25 155:2
  157:23 158:7,11
  158:20 173:19
  190:20 223:4
  224:4,12,15,18,21
  224:24 225:2,5,8
  225:11,14,17,20
  225:23
**reading** 6:17
  47:23,24 63:6
  80:3 112:14,21,24
  140:25 190:23
  191:10
**ready** 57:20
  208:20
**real** 40:1 54:25
  55:14 135:16
**realize** 24:20
  135:19
**realized** 7:9,12
  71:2 129:5
**realizing** 32:10
**really** 11:4 16:23
  17:13 20:8 26:25
  32:24 36:9 43:24
  45:22 56:21 61:2
  68:20,21 69:10
  89:10 90:22 93:13
  99:18 115:12
  116:25 118:22
  144:8 160:8

168:20 183:6
185:8 201:9
204:16 210:10,12
221:12
**reason** 11:20
  34:13 48:16 85:20
  96:11 104:1 132:9
  157:2 158:22
  160:13 219:3
  224:13,16,19,22
  224:25 225:3,6,9
  225:12,15,18,21
  225:24
**reasons** 219:20
**recall** 11:24 87:8
  136:1 151:3
**recapitalize** 56:2
**receivable** 154:3
  154:15
**receive** 132:23
**received** 13:15
  62:3 180:25
**receptive** 215:15
**recess** 8:23 52:19
  91:14 126:17
  163:17
**recession** 13:12
  20:17
**recognize** 19:1
**recollection** 12:8
  13:11 18:16 25:18
  169:14 179:5
  185:2
**recommend** 200:5
**record** 4:5,12 8:20
  8:22,24 23:7 48:5
  50:13 52:18,22
  81:24 91:12,15
  113:24 126:16,18
  129:19 130:5
  134:15 137:12

150:1 153:25
163:16,20 174:18
174:21 175:8,9
179:23 220:23
221:20,23 226:11
**recording** 4:11
  139:19
**records** 102:18
  118:15 127:3
  129:17,21 130:3,6
  131:19 133:19
  136:5,7 139:20
  147:9 148:10
  150:16 152:13
  154:7 156:9,13
  157:6,6 174:17
  176:16 177:24
  178:13 185:23
**recourse** 206:12
**recover** 84:15,23
  90:5,16,18 205:8
  207:16
**redeem** 162:7
**redemption** 85:5
**redemptions** 85:3
**reduced** 226:9
**refer** 29:20
**reference** 170:7
  178:9
**references** 92:23
**referencing** 175:7
  177:19
**referring** 57:3
  94:16 97:15 100:7
  103:1 113:20
  129:1
**refers** 114:14
  166:20
**reflect** 151:23
  152:22

**reflected** 15:5
  19:21 20:7 95:9
  99:6 152:1 156:14
  165:1
**reflecting** 96:24
  97:1
**reflects** 81:5
**refused** 11:14
  89:22
**regard** 220:12
**regarding** 185:6
  186:2
**regardless** 160:7
**regional** 52:4
  69:20 70:10
**register** 11:12,12
  168:5
**registered** 2:25
  46:22 165:25
  168:6 183:24
  184:5,6,7 226:22
**registering** 11:13
**regular** 25:6
**regularly** 144:1
**regulation** 37:22
  51:23 67:5
**regulations** 17:24
  37:20 57:9
**regulator** 176:3
**regulators** 24:13
**regulatory** 51:12
**reinvest** 86:19
**related** 42:8 148:7
  150:23 152:6
  164:7 170:16
  226:13
**relates** 156:2
  160:12
**relating** 186:19
**relationship**
  119:19 205:12,12

206:10 214:21 215:5

**relationships** 63:17 69:11 208:16

**relatively** 55:22 175:25

**relevance** 175:13

**relief** 87:18

**relieved** 7:5 8:2

**relying** 65:4 81:2 168:16

**remaining** 63:24

**remember** 18:17 20:2 21:10 53:1 60:12 82:22,25 101:18,23 127:19 150:22 162:1 170:22,23 179:21 193:11

**remembered** 152:10

**remind** 101:21

**remotely** 5:6

**renumbered** 164:1

**report** 3:14 35:18 36:25 37:1 39:4 39:23 61:8,25 62:4 81:5,22 83:9 83:23 84:1,3 91:22 92:6,16 95:9,16 99:12 100:6 107:11 110:22 115:5 117:22 125:18 136:4 150:22 153:23 154:17 155:3,6,7,9,17,18 155:22 156:6 160:14 163:8 165:6 173:7 174:4

178:24 184:24 187:6 190:17

**reported** 1:24 115:1,4 131:6 135:1 150:15 156:20 174:11,17 176:22 178:17,17 178:20,21

**reporter** 2:25 5:19 21:18 82:10 88:14 126:12 226:6,22

**reporting** 51:15 92:24 115:10

**reports** 36:1 149:16 151:20 152:15,23 153:3,7

**represent** 5:8,13 156:20 177:14

**represented** 8:6 9:5,16 10:10 56:12 72:14,15

**representing** 4:13 5:20 12:16 63:18

**reprogram** 142:2

**reprogramming** 141:25

**reputation** 195:19 217:19

**request** 53:6 109:25 186:24

**require** 55:15

**required** 20:14 46:19,21 55:8,25 124:23 140:22 145:11 147:22,25 148:1 149:6

**requirements** 115:5,11 147:7

**requires** 37:22

**researches** 103:11

**researching** 103:21

**resell** 98:10 101:13

**reserved** 221:25

**respect** 10:11 33:12,16,18 35:1 35:19 52:9 83:22 98:13 134:7

**respond** 208:24

**responsibility** 24:7 33:2 89:25

**responsible** 28:8 145:14,16 157:8 159:10 172:1 208:12 209:20 215:7

**rest** 39:1 56:6 105:12 107:5 191:22

**result** 213:25

**results** 14:1,6 155:21

**retail** 55:16,21 59:16 93:18 95:7

**retention** 129:19 130:5

**return** 13:21 90:13 212:24 213:4 224:5

**returned** 159:17 167:17

**returning** 11:15 159:25

**revenue** 198:25

**reversing** 190:24

**review** 83:10 156:9

**reviewed** 61:10

**reviewing** 48:23

**rid** 129:21 130:8

**ridiculous** 71:3 73:1

**right** 12:16 13:1 15:8,24 16:3 17:16,18 22:4,6,20 23:18 26:17,21 27:2,13 31:15 42:19,20 43:6 47:22 50:10 60:2 61:9 63:10 76:8 76:17 80:2 81:21 84:13 90:15 91:23 92:4,13,22 94:15 94:21 95:11,17 98:1,3 99:3 102:5 102:8,21,22 103:11,19 104:2 105:1,10,13,15 109:1,20 110:25 111:9 114:25 115:14,25 116:6 116:22 117:1,14 117:23 118:2,6,18 119:24 120:3,5,10 121:10,15 122:4 123:14 124:1 127:11,13 128:7 129:14 131:24 132:19,22,24 133:14,21 134:5 135:9,22,25,25 140:12,24 141:4 146:8 149:19 150:17 151:14,18 151:21,25 152:21 153:8 156:23,24 157:5,19 158:10 158:22 159:14 160:20 161:2 162:14 164:12,15

166:10 167:4
169:8 170:20
172:6 174:15,23
175:2 176:16
177:7,12,16
180:18 181:13,15
187:13 188:1,2,4,7
189:2 191:2,3,11
192:22 193:6,7
201:21 202:8,25
204:6 207:15
210:4,8 213:23
214:25 219:8,20
219:22 220:6,11
220:16 221:4
**rightfully** 150:11
**rink** 73:20
**risk** 39:17 117:5
  195:16 197:9
  199:3 200:24
  215:10 216:8,9
**risks** 37:25
**robert** 2:19
**rockefeller** 2:10
**rogue** 40:22
**roller** 73:19
**room** 5:6 45:3
  46:12 53:16 142:4
  144:9
**roughly** 7:8
**route** 72:4,8,11
**routed** 71:16
**routing** 72:12
**rowe** 67:10
**rpr** 1:24
**rudely** 9:3
**ruined** 69:3
**rule** 71:12 131:12
  144:16 148:13
**run** 66:9 86:4

**running** 17:6 91:6
**runs** 143:16
**russian** 89:7
**rye** 2:15

**s**

**s** 2:1 3:1,6 6:1
  224:1
**s&p** 63:14
**sachs** 67:17 68:18
  72:11 75:6 195:25
  196:7,13 202:25
  218:2
**sale** 16:8 154:9,10
  154:10
**sales** 24:15 98:18
  133:1 158:16
**salomon** 217:24
**sarcastic** 107:22
**sat** 54:14
**satisfy** 13:21
**save** 198:12
**saw** 85:1 128:4,16
  128:18 184:23
**saying** 30:22 33:8
  66:5 73:18 86:14
  92:20 94:19 95:9
  96:24 99:17
  105:14 108:19
  111:18 115:18
  136:13,13,15
  144:3,7 148:21
  149:10 153:1
  160:12 176:22
  180:13,15,17
  191:7 199:3
  210:24 213:24
  215:25
**says** 21:16,19,20
  40:4 46:2 63:2,5
  64:11 80:9,14
  88:16 92:13 93:16

93:23 94:3,14
95:2,11,17,23 96:2
96:16 97:21,22
105:22,22 106:3
107:9,16,17
109:15,17,20
114:12 115:21
118:7 137:25
138:8,17 141:12
143:9 145:7
152:25 153:17
156:8 157:11,12
158:8 164:9,22
165:18 180:25
185:15,24 188:2
219:24
**scheme** 7:15 10:3
  87:3 143:24
**scholars** 49:23
**school** 55:4 58:8
  88:15 144:5
**scrap** 41:21 43:3
**scraps** 43:15
**screaming** 73:4
**screen** 58:2
**screw** 205:12
  206:10
**scribbling** 41:23
**se** 73:8
**sec** 7:22 9:12,14
  9:18 10:11 11:8
  11:17 17:23 24:13
  25:12 32:19 37:20
  46:13 51:14,18,24
  52:1,5 53:7,13,23
  54:1,5 55:9 57:9
  65:22,23 66:13
  67:1 69:11,13,17
  70:1 71:2 74:9
  82:24 88:23 125:1
  134:18 140:4

144:1,6,16 149:15
  167:23 218:21
  219:8,10,18,21
**sec's** 55:8
**second** 27:11
  52:16 63:8 70:23
  96:14 109:13
  174:6 213:16
**secondary** 3:16
  105:3,6,13
**secret** 142:15
  143:10
**secretary** 155:4
**section** 105:20
**securities** 1:4,8
  4:23,25 13:13
  15:5 17:1 20:7,11
  20:21 24:15 25:8
  28:11 34:6,7,11,17
  36:8 38:6,6 40:6
  40:11 42:10 47:17
  50:15,16 51:1,5,7
  51:11,20,22,23
  57:19,21 58:12,14
  58:17,19,20 60:6
  69:23 70:3 81:12
  124:3 125:3 126:4
  143:25 144:19
  146:19 148:18
  149:1,13 150:12
  151:12 153:19,25
  154:14 160:22
  166:1 177:14
  179:15 182:4
  185:12,16 186:3
  186:24 187:1
  189:3,21,22 190:1
  190:2 194:11,14
  194:19,23 195:5,9
  195:18 197:6,7,13
  201:12 203:6

Page 35

**security** 25:13
  42:9 43:5 44:20
  51:24 102:18
  174:11 187:9
  194:13
**see** 12:19 13:18
  21:7 39:15 66:15
  78:21 119:10,18
  120:5 121:16
  122:16 134:21
  135:16 150:22
  174:14,22 185:12
**seeing** 95:6
**seen** 62:4
**sees** 107:12 137:12
**sell** 26:5 42:18,23
  44:17 46:19,25
  57:18,20 62:10
  66:12 70:22 76:3
  80:21 101:5 102:3
  105:5,9 111:10
  117:2,7,20 118:8
  118:24 125:13,16
  131:3,4 132:21
  136:18,20,21,23
  137:10 138:3,17
  140:10 144:18
  145:7,11 146:3,25
  147:2,22,23 148:1
  148:2,7 150:6
  172:13,24 188:21
  194:12 202:16,17
  202:22 204:25
  205:8,18,22,23,23
  207:3 211:20
**selling** 38:9,10,25
  39:14 42:21 44:14
  45:18 46:17 67:8
  77:24 100:11
  101:8 116:25
  117:9 128:2,5,20

  133:22 138:12,23
  140:11 143:17
  144:25 145:3,9
  147:5 148:10
  149:7,8 150:2,9
  164:7 194:17
  203:12 206:15,24
**sells** 105:10
  125:24 144:22
**send** 53:14 68:19
  73:3 86:17,18,23
  86:24 87:8 123:4
  125:6,25 153:24
  213:3
**sending** 15:3
  86:25 96:22,23
  117:9 168:14
  206:16
**sends** 93:22
**senior** 196:12
  208:7 218:1
**sense** 28:16 44:23
  47:12,13 89:4
  136:11 217:12
  218:8,16,16,23
  219:21
**sensible** 73:7
  211:9 217:15
**sensitive** 4:7
**sent** 83:8 93:14
  118:10 123:23
  161:12 164:11
**sentence** 78:14
  84:22
**sentencing** 87:25
**separate** 38:13
  167:7,10
**separately** 171:9
  171:12
**series** 95:21

**served** 50:10,23,25
  51:14,15 52:6,10
  144:1 145:7
**service** 198:25
**services** 49:19
**set** 31:11 137:5
**setting** 42:2
**settle** 40:7
**settled** 40:11
  125:9 194:14
**settlement** 86:2
  97:10,12,21 131:2
  132:12 133:5
  134:8 159:15,22
**seven** 6:17 41:14
  49:13,14,15
  141:22,22 155:18
  155:20 159:18
  160:8
**sham** 199:5
**shapiro** 8:16,19
  29:6,7 30:3 33:18
  33:19 44:14,18
  136:23 137:3
  191:18 204:16
  205:16 208:19
  210:3
**shapiro's** 191:12
  208:6
**shapiros** 59:17
  197:21
**share** 45:14,16
  65:10,11 75:6
  109:24 116:6
**shareholder**
  185:23
**shares** 20:11 41:25
  43:1 44:14,17
  64:1,2,2,17 65:11
  66:6 74:3 79:21
  80:14,19,23 96:17

  97:23 98:5 102:3
  102:7 110:6,15
  116:6 125:14,14
  125:22,23 126:1,2
  130:14 135:6,6
  144:19 145:1,2
  146:12 152:3
  180:8 185:12
**sharing** 75:15
**shed** 26:18
**sheehan** 2:8 5:14
  5:14 11:1 15:14
  15:18,21 16:1,3
  18:19 21:22 22:1
  22:5,22 23:1,5,21
  27:5,8 30:20 35:6
  41:18,19 48:1,4,7
  61:21 63:6,10
  78:23 82:13,17,21
  82:24 83:6,19
  85:7 94:12,20
  98:21 99:1 102:9
  104:10,19,24
  112:6,9,13,20,25
  113:6,24 114:2,5
  127:21,22 142:17
  143:12 147:11,14
  149:4,20 159:4
  163:6,10,12,14
  165:12 169:25
  170:2 171:15,17
  171:24 173:10,24
  175:21 176:18
  191:14,22 192:5,8
  192:14,16,20,24
  193:4 220:15,20
  220:22 221:6,10
  221:16,18
**sheehan's** 61:14
**sheet** 42:16 43:4,8
  44:7,17 55:11

**[sheet - somebody]**

137:7 145:24
153:17,23 154:22
154:23 224:9
**sheets** 57:16,25
153:19
**shelf** 77:19
**shelter** 200:5
**shelters** 199:13
200:4
**short** 31:14,17,18
31:19,23 46:9,11
46:11,14,19,24
57:21 59:5 138:10
138:12 139:13,16
139:19,20 140:1,8
140:11,14,16
143:16 144:17,25
145:3,8,9,11,19,20
145:21,22 146:3
146:13,25 147:5
147:22,23 148:2,3
148:11 149:8
150:3,6,10 151:20
151:22,24 152:1
154:9,9,10,11
160:24,25 162:19
162:20 164:23
175:11 189:15
197:11,12,13,25
198:3,7,8,13,22
199:7,25 200:10
200:12,16 201:8
201:11,13 202:1,3
204:4,5,7 206:1,4
206:6,17,18,21,24
206:25 207:8,12
207:17,18,22
210:21 213:22,25
214:15 216:4,5,7
216:10,10,13,18
216:19,21 220:6

**shorted** 14:12 46:9
46:18 139:17
147:9
**shorter** 162:18
**shorting** 138:16
139:24 140:17,18
140:20 147:2,8
**shorts** 31:22 36:18
46:16 152:24
206:6
**show** 19:3 32:2,2,3
96:15 103:5 111:7
146:1 147:9 152:4
153:11,13,18,24
154:2 159:15
164:16,24 176:16
**showed** 43:21
102:17 149:14
151:12 156:13
**showing** 96:19
145:23 148:25
176:10
**shown** 153:7 178:1
**shows** 97:9,11
103:14 111:16,16
146:12 148:18
159:8
**sia** 51:25
**siav** 51:25
**sic** 66:17
**side** 16:16,16
31:19,21,22 38:17
42:17 44:11,19
47:5 53:17,18
59:1,5,5 79:20
106:18 128:10,12
128:15 131:15,17
139:4 184:25
205:25 206:1,2,24
206:25 207:17,17
207:18,22,22

211:22 216:7
**sided** 38:5 46:21
57:11 147:25
**sides** 144:11
203:14
**sign** 157:12
**signature** 221:25
226:21
**signed** 209:13
223:15 224:6
**signs** 141:17
**silver** 198:12,16
199:1,6,10,25
201:11
**similar** 53:10
197:13 201:11
202:2 203:1
**simple** 24:10
**simply** 25:1
**simultaneously**
117:7
**singapore** 52:12
53:5
**sipc** 155:17 224:2
**sitting** 35:9 46:12
46:13 141:11
**situation** 18:5 20:2
70:16 89:14,20
90:24 147:6
199:23 201:22
202:21 209:3
213:17 215:4
**six** 41:14 85:17
87:10,11 129:18
129:20,20 130:4,8
133:20 134:2
158:25 160:9
**size** 65:14
**skating** 73:20
**sketchy** 178:14

**skip** 24:8
**sleep** 83:2
**sliced** 65:12
**slicing** 64:4,12
65:21 67:11 80:22
**slipped** 155:12
**slowly** 21:17
**small** 51:16 55:5,7
55:16,21 135:10
**smaller** 36:13
59:18 65:13
**smart** 108:19,20
108:22 159:23
160:4 209:17
220:1
**smb** 1:7 5:3
**smith** 58:22 77:9
148:17
**smoothly** 144:24
**socialist** 193:17
**soda** 22:13 23:4
**sold** 20:23 40:5,14
46:7 67:21 68:11
93:16,21,23,24
94:4,15,18 96:25
97:3,23,23 100:13
103:6 114:15,16
114:22 123:21
125:22 129:7
138:11 145:1
151:20,22 164:17
164:18,20,21
191:6 195:1 209:7
**sole** 165:19
**solely** 18:5
**solutions** 4:14
5:21
**somebody** 123:4
132:1 138:8
189:12

[somewhat - stock]                                                                 Page 37

**somewhat** 70:21
**son** 38:15,15,17
  60:18,20 66:18
**sons** 7:12,18 37:19
  60:17 64:15 65:8
  65:20
**soon** 86:19 212:13
  212:19
**sophisticated**
  198:14
**sorkin** 8:12 9:8,9
  9:15 10:2,2,6,23
  12:15 41:22 90:18
**soros** 140:16
**sorry** 15:16 22:8
  22:11 27:6,23
  35:7 63:7,9 82:6
  98:22 104:20
**sort** 20:14 45:2
  47:10 69:2 77:22
  84:2 88:5 93:7
  104:9 108:5
  115:13 118:16
  128:22 129:15
  178:14,25 195:21
  196:11 200:15
  202:10,14,19,22
  203:4 210:10
  211:12 212:17,18
  217:18
**sorting** 66:23
**southern** 1:1 5:2
**space** 169:10
**speak** 88:24
  144:12 147:20
  185:7
**special** 68:16
**specialist** 65:4
**specialized** 45:8
  45:22 93:7,11
  203:4

**specialty** 38:7
  119:22
**specific** 6:12 13:20
  20:5 37:20 102:7
**specifically** 27:18
  33:25
**spelling** 104:11
**split** 13:24 14:19
  15:12 16:7,14
  17:8 18:9,18 19:9
  19:12,17 27:1
  57:3 59:21,22
  60:23 68:4 78:5,8
  84:1,6 85:11,19
  92:7 98:17 99:16
  99:25 100:4
  106:19 121:24
  139:18 145:19
  147:17 148:17
  149:11 160:22
  161:13 167:1
  211:7,12,14
  212:17 214:4
  215:11 217:10
**spoke** 13:6 34:2
  107:20,23 155:3
  172:12
**spoken** 177:17
**spreadsheet** 119:7
**staff** 64:6 127:23
**stage** 34:3
**stages** 34:21
**stamp** 22:20 61:14
**stamped** 62:18
**stand** 41:4 201:16
**standard** 55:8
  94:22 156:18
**standing** 21:20
  24:1
**stanley** 29:7 30:9
  33:16,17 67:17

68:18 75:7 77:8
  210:7 218:2
**stare** 45:3
**start** 9:2 92:20
  102:14 110:3,8,11
  110:17 169:9,9
  205:11 210:13,15
  210:17 211:5
**started** 14:6 15:3
  16:22 18:17 20:1
  20:3,18 26:24,25
  28:17 29:2,25
  30:8 31:1,6 46:3,4
  47:15 55:1,6,14,21
  56:25 59:20 60:4
  60:5 69:9 86:22
  86:25 90:9 111:21
  131:2 134:4 167:5
  168:15 170:25
  171:5 197:17
  203:22 205:24
  207:7,7 210:14
  215:13,15,15
**starting** 32:1 51:2
  54:21 199:16
  210:20
**starts** 72:2
**state** 7:3,13,13 8:1
  20:16 87:16
  117:22 143:21
  226:1,8
**stated** 109:20
  128:9 136:10
  186:7
**statement** 3:21
  14:2,4 16:8 19:3,9
  93:14 95:14 96:15
  96:16,19,19,20,23
  97:8,8,9 98:13
  99:7,13 100:7
  109:2 146:12

148:17,22 164:3,5
  164:11 172:3
  188:9
**statements** 15:3
  18:23 19:21 20:7
  27:25 32:19 33:1
  97:7,10 102:17
  115:17,20 149:14
  151:12 153:14
  165:2 176:14,23
**states** 1:1 5:2 21:9
  39:20 56:13 57:17
  67:24 69:24 93:20
  96:10 109:13
  112:2 124:20
  152:12 157:8
  179:14 199:2
**stating** 106:8
  145:5
**stay** 212:17
**stearns** 86:8
  122:13,15,16
  188:14,16,17,20
  188:21,23 189:1
  189:16,18,20,23
  189:24 190:3
  196:7,13 198:17
  199:10 218:2
**steps** 25:11
**sterling** 140:16
**stock** 28:5 40:5,5,9
  41:25 42:4,6
  45:11,14,17 46:6,7
  46:8,9,17,19,24,25
  50:17 52:4,9,11,12
  52:13,13,14 58:15
  59:14 60:9,10
  68:6,7,11,12 69:9
  69:14,15 70:9
  72:16,17,23 73:9
  73:10,14,19,24

**[stock - supplemental]**

76:2,3,4 77:15,16
77:21 80:23 83:3
93:16,17 101:5,6,7
101:10 102:20
103:2,6,6,12,13,18
103:22 105:5,9,11
105:12,15 106:4
106:10,14,21,22
107:11,25 108:2
110:2,3,4,10,14,19
111:6,12,14,17,19
114:21,21 116:2,6
116:9,13,18 117:2
117:7,11,12,20
118:8,17,24 121:4
121:6,6,8 123:21
123:23 125:13
126:2 128:2,14,20
129:8 131:3
134:22 135:1
136:18,20 137:10
138:10,11,12,12
138:16,17,24
139:16,24 140:8
140:10,14 144:21
144:22 145:8,9,11
145:13,14,21
146:6,25 147:2,5,8
147:10 148:1,2
149:7 150:3,6,9,9
164:8 172:16
174:17,18,20,21
175:8,9,9,10,13,14
175:15 176:6
177:20,22 178:9
179:6 180:9
182:13 183:12,14
183:20,22 184:2
184:17 185:25
186:1,8,10,16,17
186:20 187:6

188:21,24,25
189:15 190:6,7
197:13,25 198:23
201:19 202:12
216:10,11,19
**stock's** 184:5
**stocks** 45:19 58:14
63:13,14,15,24,25
74:2 125:7 128:5
131:4 140:23
145:22 165:25
184:6 185:18
195:1 196:18
200:20 201:25
204:1,21 211:20
**stop** 96:13 200:14
200:14
**stopped** 19:20
20:3 98:17 99:6
130:21 151:11
160:22,24
**storage** 130:9
**story** 206:4 220:6
**straddles** 198:12
198:16,22 199:1,7
199:10,25 201:11
**strange** 104:1
**strategies** 191:16
**strategy** 13:23,24
14:7,7,8,12,15,20
15:12 16:7,14,15
16:17,19 18:10,18
19:4,12,13 20:9,13
20:14,19,22,24
31:12,16 85:20
102:2,16 104:6
115:23 117:15
118:20,21,23
126:10,11 137:24
149:11 164:5
165:2 195:12

197:12 198:14
200:17,18 201:9
201:17 202:3
211:8,9,11,12,12
211:15,15,16,23
211:25 212:16,17
213:8 215:25
216:3,4,19 217:6
217:10,11,11,12
217:15,21 218:3,6
218:8,11,15,19,23
218:24 219:10,11
219:12,25 220:4
**street** 73:17 75:16
76:22 78:16 79:15
86:15,17 88:19,21
101:12 124:8
125:20 128:13
141:18 173:2
183:24 184:8
186:20 187:10
196:1 215:2
216:11 219:14
**strengths** 142:3
**stretch** 41:4
**strictly** 34:5
**strike** 13:24 14:19
15:12 16:7,14
17:8 18:9,18 19:9
19:12,17 20:23
27:1 57:3 59:21
59:22 60:23 68:4
78:5,8,8 84:1,6
85:11,19 92:7
98:17 99:16,25
100:4 106:19
121:24 139:18
145:19 147:17
148:17 149:11
160:22 161:13
167:1 211:7,12,14

212:17 214:4
215:11 217:10
**strong** 208:21
**studying** 218:23
**stuff** 130:10
154:16 169:1,5,7
**stupid** 207:23
214:19 215:3
217:23 218:11,20
**subject** 15:22
17:11 102:22
188:13 200:24
223:6
**subordinated**
133:1 180:7,15
**subparagraph**
174:10
**successful** 88:18
**successfully** 20:20
**sudden** 49:3 212:7
212:25 217:2
**sue** 78:15 206:14
206:14 210:12
**suffered** 213:25
**suggest** 71:11
**suggesting** 33:22
**suggestion** 61:14
**suing** 210:15,17
**sullivan** 21:9
**summarize** 30:14
30:18 97:19
177:18
**summarizing**
30:15
**summer** 171:4
**supervise** 39:16,17
**supervised** 38:16
**supervisor** 38:13
66:16
**supplemental**
224:8

**[supply - things]**

**supply** 36:1 76:23
**support** 64:6
    187:20
**supposed** 108:15
**supposedly** 88:20
    215:2
**supposition**
    131:13
**sure** 9:13 18:14
    22:24 23:5,17
    32:23 39:6,25
    41:10 43:24 55:13
    71:14 76:19 90:4
    102:13 144:13
    159:4 163:6 170:6
    178:12,18 179:24
    179:25 192:20,24
    212:23 220:20
**surfaced** 41:13
**surgeon** 108:23
**surgery** 108:24
**surprise** 93:6
**surprised** 10:2
**surprising** 108:6
**surveillance** 51:17
**swap** 120:13
    127:12
**swapped** 180:23
**swear** 5:21
**swiss** 195:22
    196:25 197:1
**sworn** 6:4
**system** 37:5 52:2
    57:24 58:2 64:4
    64:12,14,15 65:21
    66:14 67:6,12,14
    67:15,19 68:5,8
    69:4,5 70:6,7 72:8
    72:9,10,13,21 77:2
    77:13,14,23
    132:13 178:23

**t**

**t** 3:1,1,6,6 67:10
    162:20 223:1,1
    224:1,1
**take** 24:7 26:25
    30:2 62:1 65:9
    74:18 75:12 84:22
    91:9 99:10,23
    100:15 104:11
    109:12 113:14
    118:11 130:19
    141:20 147:17
    148:16 157:22
    163:4,9 165:5
    167:14 169:2
    178:10 191:20
    206:6 207:11,13
    211:2,21 215:19
    215:20 216:21
    217:1 220:3 221:6
**taken** 1:20 2:21
    4:20 52:25 54:19
    191:9 217:4 226:9
**taker** 216:9
**takes** 93:10 106:5
    106:11 137:13
**talk** 47:4 177:3
    179:11 184:22
    221:14
**talking** 25:23
    37:15,17 39:9
    56:14 99:15,17
    100:8 103:1
    105:19,20 136:6
    143:15 146:9
    147:3 153:16
    177:4 196:22
    217:8
**talks** 109:7 126:7
    136:3 142:8
    143:16,16,17

**tape** 91:7
**tax** 17:2,6 28:10
    31:5 130:2 198:1
    198:3 199:23
    200:4,5 201:16
    203:18,20
**taxed** 198:7
**taxes** 198:12
    200:16 206:17
**teach** 141:5
**teaching** 141:4
**teams** 53:14
**technology** 77:1
**tedious** 163:9
**telephone** 32:7
    72:6 105:25 142:2
**tell** 13:7 16:5
    24:13 30:14 35:25
    39:22 41:5 47:15
    50:8 64:23 83:23
    101:5 104:3 135:5
    137:3,4 142:9
    146:11 155:14
    205:22 220:3
**telling** 26:8 125:11
    139:9 218:22
**tells** 23:24
**ten** 42:14 56:12
    67:22 78:14 107:4
    116:13 117:2
    204:10 215:24
**term** 31:17,17,17
    31:18 34:9 143:18
    162:16,18,19,20
    169:12 198:3,7,8
    198:13,13,22,24
    199:7,8,25 200:1
    200:10,10,12,16
    200:22,22 204:2,3
    204:5 205:3
    216:21

**terms** 26:15 68:10
    79:17
**terribly** 207:23
**terrific** 67:7
    200:23
**testified** 6:5 30:13
    30:16 31:3
**testifying** 16:1
    79:1
**testimony** 15:10
    19:8 33:24 82:20
    161:2 164:25
    223:6 226:11
**thank** 6:24 61:21
    61:22 156:25
    171:24
**theoretically**
    101:2 116:12,24
    120:16 139:17
    145:12 213:10
**theory** 145:17
    152:18 156:14
**thereof** 157:15
**thing** 7:25 8:3 41:8
    66:23,24 75:22
    84:21 89:18
    105:16 106:17
    109:16 119:25
    123:19 124:7
    139:2 140:21
    142:14,21 152:6
    154:12,24 155:12
    158:4,9 171:2
    189:17 200:3,9
    202:15 203:17
    207:23,25 209:2
    216:14,14,21
**things** 25:5 45:3
    86:19 91:21 93:13
    108:11 126:7
    141:1 152:16

**[things - trader]**                                          Page 40

156:1 183:17
201:14 210:19
**think**  10:15 13:4
22:1 24:14 28:17
31:4 34:2 41:8
44:24 45:13 49:16
50:1 54:18 60:4
60:19,21 78:24
112:20 126:20
127:24 136:12
140:11 147:19,21
151:4,5 154:21
167:2 177:17
179:10 180:17
185:8 220:18,18
220:21,22,23
**thinking**  121:14
216:19
**thinks**  111:12,23
121:20
**third**  185:16
**thought**  59:22
86:6 90:14 193:22
199:4 211:8 217:1
**thoughts**  221:2
**thousands**  24:4
122:2 125:17
128:17 129:22
130:13,18
**threat**  68:6
**threaten**  91:3
**three**  6:20,20
46:13 54:13 68:17
86:2 110:7,24
111:3,4,11,15,21
163:21 166:2,7
204:19 221:22
**throw**  204:19
**thrown**  144:13
**thursday**  110:5

**ticket**  40:4,21
148:11
**tickets**  63:20
79:18
**time**  4:15 5:5 7:2
7:16 8:7,14,22,25
9:4 11:14 12:16
13:4,12 14:17
20:16 24:18 25:1
32:1,22 33:11
36:12 37:15,16
38:7 41:14,22
43:10,19 45:13,24
49:16 50:1 52:18
52:23 54:24 55:2
55:4,8 56:8,18
58:8 64:3,12,21
65:18,21 67:11
69:9 72:11,14,24
80:22,24 82:18
84:9 88:22 90:1
91:13,17 92:3
99:10 103:9
110:13 115:2
120:23 126:16,19
126:23 127:24
129:7 130:1
134:19 135:24
136:6 148:19
152:20 160:24,25
163:16,22 166:16
167:23 168:8
169:1 177:3
191:20,21 195:19
196:3 197:19
198:1,2,15 201:4
205:5 207:9
208:10,19 209:23
211:7 213:7 215:7
219:5,23 220:14
221:6,23

**times**  29:24,25
32:11 46:19
127:17 140:3
145:21 150:6
176:13 184:1
189:11,18,19,25
**timing**  30:22
47:12
**tired**  41:3 192:2,4
192:15 220:21
**title**  104:3 143:10
**today**  4:14 21:20
24:1 35:9 72:7
78:7,11,18 107:1
125:11 220:19
221:3
**tokyo**  52:13 53:5
**told**  10:3 17:5
24:12 25:6 43:5
45:2 48:21 82:24
90:17 103:25
138:9 141:5
156:16 167:23
168:9 215:19
219:18,21
**tons**  108:21
**top**  79:8,14 179:15
**topics**  6:12,13,15
6:17
**total**  108:7 210:16
**totally**  96:11 120:9
**touched**  34:25
**track**  119:5,17
159:3 185:17
**tracked**  119:8
**trade**  27:22 28:1
32:11 40:10,22
42:13 44:10 47:10
53:20 54:2 97:12
97:20 99:13,14,18
100:7 103:21,22

106:20,25 108:3
109:22 110:22
114:10 116:4,7,11
116:14,15,20,21
117:13,19 120:23
121:8 126:8
127:16 128:11,12
128:16 131:15,17
134:7 135:2
136:15,25 137:5
139:6,7,9 145:16
164:15 172:19
178:1,10 179:21
179:25 181:6,17
181:18 182:13,19
183:1,5,8,19 185:4
187:19,23 191:8
194:5 195:24
196:16 198:19
209:15 210:21
211:8 216:9
**traded**  39:4 42:2
58:11,15 59:11
69:23 70:9 100:24
101:3 103:9,13,18
105:23 106:15,24
107:3 109:5
111:17 114:24
119:6,9,11,12,22
135:13 178:16
179:16 182:10,11
185:16 186:21
188:17,23 194:19
216:7
**trader**  36:14,19
37:24 38:8,8,24
40:4,18,18,21
43:17,17 44:19
51:14 117:15
119:25 137:17
196:11

**trader's** 42:22
**traders** 35:23
  36:16 37:13 40:20
  42:20 43:13 64:6
  66:16 74:7 121:1
  130:18 137:19
  172:7 183:4
**trades** 25:13 27:1
  27:21,25 28:5
  31:1,9 32:12,18
  34:8,8,15,25 36:2
  37:8 39:2,19,20,24
  39:25 40:2,10
  41:13 54:14,25
  56:10,10 59:2,23
  63:23,25 68:4
  78:5,8 84:2,6 92:7
  92:8,11 98:12,17
  99:6 100:5,9
  105:11,12 106:20
  107:1,4,5 108:2
  122:2 124:14,18
  125:9 129:22
  130:12,14,18,19
  131:6 136:10
  139:18 140:9
  145:19 174:11,25
  175:1,12 176:11
  176:12,13,17,25
  177:2,8,9,10,21
  178:16 184:20
  186:20 187:20
  188:16 189:5
  197:2 198:23
  199:4,4 200:8
  201:24 202:5
  216:5,24 217:7,9
  218:25 219:3,14
  219:16 220:2,3,3
**trading** 19:4 28:2
  28:3,14 32:4 35:2

  35:4,11,12,19,22
  36:11,14 37:24
  38:3,3,17 42:4,24
  50:15 51:8,22
  52:2 53:3,16,16
  54:20,23 56:19
  57:7,10 59:5,7
  62:13 67:19 70:6
  72:9 92:17 93:3
  93:10 95:5,22
  104:6 106:4,6,11
  106:24 107:16
  117:24 118:5
  119:9,22 137:14
  137:19 144:20
  154:13 157:11
  158:1,15 164:5
  166:5 169:6
  171:10 172:8,9
  175:25 181:5
  183:10 185:6,8
  187:21 188:3,6,9
  188:14,15,19
  197:20 198:20
  199:18 200:15
  208:9 211:9 212:1
**tragic** 89:18
**transact** 43:2 96:1
  96:6
**transacted** 95:3
  175:15 176:5
  183:23
**transacting** 96:8
**transaction** 31:19
  31:25 94:23 95:3
  97:9 109:18,22,25
  110:2 117:21
  118:1 119:2 120:4
  120:13,14 124:5
  134:24 135:14
  150:13,15 181:19

  182:15 195:23
  202:24 203:4,14
  203:22 215:12,13
**transactions** 16:25
  19:14,23 25:7,9
  26:14 28:9,21
  30:17 31:11 33:24
  56:12,13,15,17
  92:19 100:20
  109:9,10,14 112:3
  124:9,24 125:18
  125:19 128:1
  129:24 133:15
  176:22 178:14
  182:7 191:12
  199:5 202:8 205:6
  211:4
**transcript** 3:9,10
  3:11 12:3 21:1,7,8
  27:4,7,11 147:20
  223:4,6 226:4,10
**transfer** 185:17,20
  185:22,22 186:19
  187:4
**transfers** 181:10
  187:14
**travel** 53:8
**treasuries** 215:23
**treasury** 155:3,4
  161:16,17,18,23
  161:24 162:2,7,11
  162:16,25 163:1
  215:21
**tremendous**
  217:19
**trial** 84:14,18,20
**tried** 77:17 89:23
  206:13
**triggered** 16:21
**trillions** 153:20,20

**true** 14:2 19:4
  71:25 73:13,22
  74:21,23 85:3
  100:10,14 139:25
  187:16,23 192:20
  223:5 226:11
**trust** 51:6 66:8
  125:5 126:5
  185:20 186:12
  209:4,5,7,10,14,16
  209:23
**trustee** 2:7 5:15,18
  7:22 45:5 54:19
  62:10 129:2 132:7
  152:19 155:2
  156:10,16,24,25
  157:2 158:23
  159:22 160:7
  179:2,3 209:20
  218:4 219:23
**trustee's** 155:9,22
  184:25
**trustees** 4:21
  185:6
**truth** 13:7 18:7,12
**try** 99:22 103:7
  106:23 201:5,20
  215:13
**trying** 62:10 68:13
  102:23 107:19,21
  107:21 152:18
  214:18
**tubes** 193:23
**tuesday** 110:5
**turn** 4:8 12:11
  21:12 174:8
**turned** 7:18
  181:22 207:6,20
  219:19
**turns** 87:5,15
  201:21 219:19

**tutor** 141:1,5
**two** 25:15 38:1,5
46:21 57:11 91:16
117:3 119:11,12
119:12 144:11
147:25 162:3,4,21
166:4 174:10
176:13 203:13
204:16,18 215:24
**type** 45:9,22 158:4
182:23 195:24
196:4 202:2 203:1
203:4 208:9 209:2
212:9 213:11
**types** 38:2
**typewriting**
226:10
**typical** 36:5 42:3
47:2 115:23
117:15 150:5
157:4 158:25
188:17
**typically** 64:21
93:18 110:9
116:11 118:14
135:4 182:16,23
183:4 185:16
186:8 190:11

**u**

**u** 104:16
**u.s.** 7:19,23 8:7
9:14 45:6,24 60:6
60:9 69:18 161:17
194:11,13,14,19
195:1,5,9,16,18
196:18 198:10
**ubs** 79:12
**uh** 12:21 21:14
24:24 27:9 28:22
50:2 62:2,8,20
63:1,16 79:9 80:4

80:16 81:8 94:20
98:15 100:19
102:10 133:16
148:24 158:22
162:15,15 164:10
170:10 173:17
174:13,19 176:9
177:12 180:13
182:5 186:4
190:18
**ultimately** 214:1
**un** 117:21
**uncomfortable**
191:13
**uncommon** 44:8
**underlying** 182:7
**undersigned**
157:13
**understand** 14:3
14:18 37:4 43:25
48:17 49:5,6 62:6
84:3,7 88:10
92:21 98:4 99:23
102:13 108:12,13
121:14,18,19
128:22,23 131:20
131:22 135:2
140:19 151:19
160:15 184:12
190:23 202:11
213:18 214:20
216:6 217:12
223:4
**understanding**
15:21 108:8 109:2
114:10 121:19
146:4 191:4
**understands**
139:21
**understood** 6:23
13:17 15:7 30:18

45:20 89:11
107:24 161:2
**undo** 119:1 202:8
**undoing** 56:22
**unfair** 71:3 108:10
**unfortunately**
49:17 68:4 77:14
85:9 191:25
**unhappy** 69:17
70:2
**unheard** 65:18
**unique** 120:1
195:13 217:18
**united** 1:1 5:2 21:9
56:13 57:17 67:24
69:24 124:20
199:2
**units** 62:13 166:3
**university** 60:19
144:5
**unpunished** 74:10
**unrealized** 31:18
**unregistered** 11:7
**unsuccessful**
55:22
**untrue** 120:9
**unusual** 47:7
**unwind** 120:4,12
202:8,16,23
**unwinding** 117:21
117:25 181:4
**unwound** 122:24
180:23 181:17
**upmarket** 20:15
**uproar** 167:18
**upstairs** 65:5
**uptake** 148:12
**upward** 20:20,23
203:24
**usaa** 79:12

**use** 45:23 65:5
124:23 125:8,8
134:16 135:1
158:2 166:11
183:9 185:16
199:1,6,12,25
200:8,17,19,19
201:9 224:8
**usually** 106:2
116:21 190:5

**v**

**v** 4:24
**vacuum** 40:8
**vanguard** 79:12
**varied** 29:25
**various** 5:10 47:16
53:7 54:23 78:3
191:12
**vehicle** 183:10
**verbal** 205:21
208:15
**verbalize** 171:18
**verify** 135:17
**veritext** 4:14 5:20
**versions** 174:4
**versus** 21:9 134:7
**videographer** 2:18
4:4 5:19 8:21,24
22:9 52:17,22
91:10,15 126:15
126:18 163:15,20
221:21
**videotaped** 1:17
2:20
**violated** 31:5,8
**violation** 16:19
17:7,23 26:8
32:19 78:12 95:18
139:19 145:23,25
150:4,5,7,18
151:18

[violations - withdraw]                                                      Page 43

violations  28:10
virtually  105:23
voice  22:17
volatility  20:8
volume  20:9 54:23
   56:13 63:21 64:1
   64:3 65:1 67:24
   106:4,6,22 109:4
   112:18 114:20
   115:1,3,3,5,6,10
   115:17,19 174:12
   176:24 217:7
volumes  40:20
   79:17
vs  1:7 224:2
vwap  65:1

        w
wachovia  79:12
wait  52:15 81:19
   86:12 108:1
   117:18 130:10
   147:18 159:2
   205:25
wall  37:23 73:17
   78:16 79:15 86:15
   86:17 88:19,21
   101:12 124:8
   125:20 141:18
   196:1 215:2
   219:13
walled  38:12
walls  141:18
want  6:8 9:25 13:9
   15:25 17:22 18:4
   22:15,24 23:11
   24:5,6 30:14,14
   31:4 33:23 41:4
   43:6 64:24,24
   65:11,12 73:2,5,6
   74:15 75:5,7,14,16
   76:2,2,4,6,17,18

80:5,24 85:9
86:14 90:21 91:21
99:1,5,23,24
104:20 108:9
115:14,15 117:11
126:6 131:12
133:10 136:18,20
136:20,23,24
137:21,21 140:7,9
140:13,13,14
149:25 150:24,24
151:7 152:5
158:21 159:2,3
160:8,9,21 163:4
165:5 167:24,24
168:3,23 169:9
173:20 182:24
187:7 188:12
189:15 200:15
202:2,7,7,11,11,13
202:17,22,23
205:3,18 209:18
209:20 211:17
212:25 213:18,18
215:20,21,21
220:15,23 221:4
wanted  20:9 32:2
32:3,8,12 42:23
55:13 64:19,20
66:11,12 69:19
70:9 75:18 78:23
86:1 88:3,4 89:3
123:2 124:21,22
136:17 139:13
140:15 167:21
188:21 195:4,7,8
195:15 196:17
199:12 205:23,23
206:7 208:14
212:3,14,14 213:8

wanting  26:5
   125:12
wants  73:11 75:3
   121:9 145:15
   146:6 150:11,12
   150:12 186:25
   187:3 212:6
war  20:2,17
warned  82:21
washington  65:23
watch  53:16 67:6
watched  53:20
watching  54:2
waterhouse  208:9
way  8:5 32:8
   35:24 36:4,4 40:9
   42:2 44:9 47:2
   48:16 64:21 65:9
   66:1 71:5 73:7,7
   73:15 76:7,21
   78:24 85:19,22
   90:20 97:10
   103:11 107:7
   115:12 118:11
   119:23 123:14
   127:6 135:13
   153:4 170:2 181:3
   182:22 184:20,21
   194:10,21 201:10
   203:19,19 206:7
   207:9 208:25
   216:11,17,23
ways  40:3 144:13
   197:14
we've  17:10 52:25
   91:19 112:18
   115:16,17,17
   165:6 200:11
   220:18
wealthy  195:7

weapon  142:15
   143:10
wednesday  110:5
week  101:15
   216:21 217:1
weighted  65:2
weiss  7:20
wells  79:11 97:25
   98:5
went  7:16 16:23
   25:2 46:4 67:8
   68:24 69:13 70:21
   73:24 119:11
   120:11 124:20
   126:3 129:7,15
   151:17 152:19
   161:14,17,18,19
   161:23 172:25
   173:1 190:7 204:1
   204:7,8,21 205:15
   219:8
wharton  60:20
wheels  144:20
whispering  4:7
whistleblower
   218:18
wholesale  58:24
wholesaler  217:16
wife  7:16,17,18
willing  11:11 53:8
   57:18 76:23
   201:18
win  219:24
wind  110:12,18
   206:25
wiped  160:9
wires  25:7
wise  201:16
wish  224:4
withdraw  85:14

**[withdrawals - york]**                                                          Page 44

**withdrawals**
  151:13
**withdrawn**  90:8
**withdrew**  90:10
  161:19
**witness**  2:13 3:2
  5:4,21 8:17 11:2
  15:16,20 18:20
  21:23,25 22:4,12
  22:16 23:11,19
  27:9 30:21 41:6
  41:11 48:3,9,21
  53:16 62:14 82:3
  82:5,7,16,18,23
  83:1,20 85:8 91:8
  94:14,21 102:10
  104:5,13 105:1,16
  105:18 112:15
  113:2,8,12 114:7
  126:20 142:11,15
  142:22,24 143:1,3
  147:12,24 148:5
  149:5,22 155:16
  157:24 158:2,8
  171:13,15,16,20
  171:23 173:11,15
  173:17 174:2
  175:22 176:19
  191:15,24 192:3
  192:11,18,22,25
  193:6,14 226:11
**witnesses**  49:2
**woltz**  33:11
**wonder**  88:21
**wooden**  40:21
**word**  46:9,10
  101:21
**words**  14:9 16:6
  31:4 34:10 43:12
  57:11 70:8 75:5
  75:10 76:9 80:21

85:13 92:23 93:18
94:2 106:8 107:7
110:1 111:23
115:24 116:4,12
122:12 131:2
134:18 136:4,16
140:8 143:21
148:5 149:24
150:4 157:17
167:16 183:20
189:10 203:15
212:12 213:5
214:10
**work**  9:13 20:19
  32:18 34:5 45:11
  98:12 107:24
  132:17 143:15
  201:17 212:20
  213:20 216:23
  219:5
**worked**  9:12 35:25
  58:8 144:6,8
  203:23 204:12
**working**  28:17
  60:1,13 69:11
  179:2 215:8 219:7
**works**  40:10 45:12
  93:10 109:3
**world**  59:18 75:24
  86:6 88:16 211:11
**world's**  218:17
**worried**  206:20
  207:5
**worry**  207:19
  208:15,16,23
**worth**  116:13,17
**wound**  77:24
  206:15 207:22
**write**  43:8 137:6
  224:5

**writers**  49:22
**writes**  180:5
**writing**  18:10 44:6
**written**  32:6 43:16
  88:13 104:15
  142:7 208:1
**wrong**  11:9,21
  22:2,3 24:17,17
  40:4 89:2 92:13
  93:13 95:9 104:20
  139:15,24 145:19
  146:24 150:2
  168:1 188:10
  190:24 191:8
  216:16 219:11,20
  220:4
**wrongdoing**  7:14
  11:5 90:24
**wrote**  58:6 182:2
  187:18 191:8

| **x** |

**x**  1:2,10,14 3:6,6
  39:23 41:24,25
  137:12 182:13

| **y** |

**y**  104:16
**yeah**  6:22 12:23
  17:20 18:25 22:16
  29:25 37:9 48:6,6
  49:18 53:24 63:4
  71:25 80:4,5,18
  81:10,21 82:21
  99:3,12 112:8,25
  113:1,6 114:1,1,6
  133:3 134:12
  138:14 142:19,22
  142:24 143:1,1,19
  153:17 157:24
  161:25 162:9,12
  162:24 163:1,13

171:11 172:23
185:14 189:3
190:4 191:3 192:1
192:14,18 200:24
214:7 220:22
221:9,11,18,18
**year**  56:3 78:14
  127:8 200:21,21
  201:2,19 202:13
  217:3
**years**  7:1,8 9:10
  9:11 16:22 38:15
  41:14,15 49:13,14
  49:15 50:24 51:2
  53:20 55:22 56:7
  69:12 88:11,25
  90:8,11 108:10
  119:11 129:18,20
  129:20 130:4,8,22
  130:25 133:20
  134:2 155:18,21
  162:21 199:18
  200:12 204:22,24
  214:18
**yell**  130:6
**yelling**  73:4
**yen**  194:3
**york**  1:1 2:5,5,10
  2:10,15 5:3 25:2
  50:17 52:4 55:9
  58:15 60:1 68:6,7
  68:11,12 69:9,14
  69:15,20,21 70:9
  70:13,17,23 71:18
  71:22,23 72:3,4,23
  73:9,10,14,19,24
  77:15,16,21 95:4
  102:20 103:12,13
  103:18,21 106:4
  106:10,14,21,22
  107:11,16,25

**[york - zero]**                                                    Page 45

108:2 114:21
121:21 122:3
174:17,21 175:9
175:13 176:5
177:20,22 178:9
179:6
**yup**   23:21 27:8

**z**

**zabel**   159:23 160:3
**zero**   183:2,3,5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.