# EXHIBIT P

| Date | Date | Qty | Qty | Security | Price | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/11 | 1/18 | | 1327 | 115 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 114,453.75 |
| 1/11 | 1/18 | | 3795 | 115 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 327,405.00 |
| 1/11 | 1/18 | 1480 | | 215 JOHNSON CTLS INC | 37 | | 54,760.00 | |
| 1/11 | 1/18 | 8650 | | 215 JOHNSON CTLS INC | 37 | | 320,050.00 | |
| 1/11 | 1/18 | | 1160 | 215 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 100,050.00 |
| 1/11 | 1/18 | | 1273 | 215 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 109,796.25 |
| 1/11 | 1/18 | 1220 | | 215 JOHNSON CTLS INC | 36 | 7/8 | 44,987.50 | |
| 1/11 | 1/18 | | 3188 | 215 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 274,965.00 |
| 1/11 | 1/18 | 3681 | | 215 JOHNSON CTLS INC | 37 | | 136,197.00 | |
| 1/11 | 1/18 | 1750 | | 215 JOHNSON CTLS INC | 36 | 7/8 | 64,531.25 | |
| 1/11 | 1/18 | 1110 | | 215 JOHNSON CTLS INC | 36 | 3/4 | 40,792.50 | |
| 1/11 | 1/18 | 291 | | 315 JOHNSON CTLS INC | 36 | 7/8 | 10,730.63 | |
| 1/11 | 1/18 | 1179 | | 315 JOHNSON CTLS INC | 36 | 7/8 | 43,475.63 | |
| 1/11 | 1/18 | 74 | | 315 JOHNSON CTLS INC | 36 | 7/8 | 2,728.75 | |
| 1/11 | 1/18 | 380 | | 315 JOHNSON CTLS INC | 36 | 3/4 | 13,965.00 | |
| 1/11 | 1/18 | | 4260 | 315 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 367,425.00 |
| 1/11 | 1/18 | | 476 | 315 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 41,055.00 |
| 1/11 | 1/18 | | 1879 | 315 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 162,063.75 |
| 1/11 | 1/18 | 1150 | | 315 JOHNSON CTLS INC | 36 | 3/4 | 42,262.50 | |
| 1/11 | 1/18 | 489 | | 315 EMHART CORP VA | 48 | 1/2 | 23,716.50 | |
| 1/11 | 1/18 | 954 | | 315 JOHNSON CTLS INC | 36 | 7/8 | 35,178.75 | |
| 1/11 | 1/18 | 1610 | | 415 JOHNSON CTLS INC | 37 | | 59,570.00 | |
| 1/11 | 1/18 | 989 | | 415 JOHNSON CTLS INC | 36 | 7/8 | 36,469.38 | |
| 1/11 | 1/18 | 1980 | | 415 JOHNSON CTLS INC | 37 | | 73,260.00 | |
| 1/11 | 1/18 | | 1159 | 415 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 99,963.75 |
| 1/11 | 1/18 | 480 | | 415 JOHNSON CTLS INC | 37 | | 17,760.00 | |
| 1/11 | 1/18 | 590 | | 415 EMHART CORP VA | 48 | 5/8 | 28,589.75 | |
| 1/11 | 1/18 | | 6956 | 415 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 599,955.00 |
| 1/11 | 1/18 | 328 | | 415 JOHNSON CTLS INC | 36 | 7/8 | 12,095.00 | |
| 1/11 | 1/18 | | 576 | 415 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 49,680.00 |
| 1/11 | 1/18 | 1531 | | 415 JOHNSON CTLS INC | 36 | 3/4 | 56,264.25 | |
| 1/11 | 1/18 | 9710 | | 515 JOHNSON CTLS INC | 36 | 7/8 | 358,056.25 | |
| 1/11 | 1/18 | 7540 | | 515 JOHNSON CTLS INC | 36 | 7/8 | 278,037.50 | |
| 1/11 | 1/18 | 7811 | | 515 JOHNSON CTLS INC | 36 | 7/8 | 288,030.63 | |

CONTINUED ON PAGE 25

MF00844851

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/11 | 1/18 |  | 881 | 515 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 75,986.25 |
| 1/11 | 1/18 | 550 | | 515 JOHNSON CTLS INC | 36 | 7/8 | 20,281.25 | |
| 1/11 | 1/18 | | 2424 | 515 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 209,070.00 |
| 1/11 | 1/18 | 4600 | | 515 EMHART CORP VA | 48 | 1/2 | 223,100.00 | |
| 1/11 | 1/18 | 142 | | 515 JOHNSON CTLS INC | 36 | 7/8 | 5,236.25 | |
| 1/11 | 1/18 | 1310 | | 515 JOHNSON CTLS INC | 36 | 7/8 | 48,306.25 | |
| 1/11 | 1/18 | 1560 | | 615 JOHNSON CTLS INC | 37 | | 57,720.00 | |
| 1/11 | 1/18 | 1500 | | 615 JOHNSON CTLS INC | 37 | | 55,500.00 | |
| 1/11 | 1/18 | 3708 | | 615 JOHNSON CTLS INC | 37 | | 137,196.00 | |
| 1/11 | 1/18 | | 1449 | 615 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 124,976.25 |
| 1/11 | 1/18 | | 343 | 615 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 29,583.75 |
| 1/11 | 1/18 | 5573 | | 615 EMHART CORP VA | 48 | 5/8 | 270,987.13 | |
| 1/11 | 1/18 | 4320 | | 615 JOHNSON CTLS INC | 37 | | 159,840.00 | |
| 1/11 | 1/18 | 980 | | 615 JOHNSON CTLS INC | 37 | | 36,260.00 | |
| 1/11 | 1/18 | 240 | | 715 JOHNSON CTLS INC | 36 | 7/8 | 8,850.00 | |
| 1/11 | 1/18 | 5965 | | 715 JOHNSON CTLS INC | 36 | 7/8 | 219,959.38 | |
| 1/11 | 1/18 | | 281 | 715 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 24,236.25 |
| 1/11 | 1/18 | 186 | | 715 JOHNSON CTLS INC | 36 | 3/4 | 6,835.50 | |
| 1/11 | 1/18 | 40 | | 715 JOHNSON CTLS INC | 36 | 7/8 | 1,475.00 | |
| 1/11 | 1/18 | | 1295 | 715 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 111,693.75 |
| 1/11 | 1/18 | 6270 | | 715 JOHNSON CTLS INC | 36 | 3/4 | 230,422.50 | |
| 1/11 | 1/18 | 6272 | | 715 JOHNSON CTLS INC | 36 | 7/8 | 231,280.00 | |
| 1/11 | 1/18 | 1605 | | 815 JOHNSON CTLS INC | 37 | | 59,385.00 | |
| 1/11 | 1/18 | 1220 | | 815 JOHNSON CTLS INC | 36 | 7/8 | 44,987.50 | |
| 1/11 | 1/18 | 8630 | | 815 JOHNSON CTLS INC | 37 | | 319,310.00 | |
| 1/11 | 1/18 | 1190 | | 915 JOHNSON CTLS INC | 37 | | 44,030.00 | |
| 1/11 | 1/18 | | 242 | 815 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 20,872.50 |
| 1/11 | 1/18 | 242 | | 815 JOHNSON CTLS INC | 37 | | 8,954.00 | |
| 1/11 | 1/18 | | 1850 | 815 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 159,562.50 |
| 1/11 | 1/18 | 9450 | | 815 JOHNSON CTLS INC | 36 | 7/8 | 348,468.75 | |
| 1/11 | 1/18 | 240 | | 915 JOHNSON CTLS INC | 36 | 7/8 | 8,850.00 | |
| 1/11 | 1/18 | 4759 | | 915 JOHNSON CTLS INC | 36 | 7/8 | 175,488.13 | |
| 1/11 | 1/18 | | 289 | 915 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 24,926.25 |
| 1/11 | 1/18 | 521 | | 915 JOHNSON CTLS INC | 36 | 3/4 | 19,146.75 | |
| 1/11 | 1/18 | | 1828 | 915 LEAR SIEGLER INC PFD CONV $2.25 | 86 | 1/4 | | 157,665.00 |

CONTINUED ON PAGE 26

MF00844852

```
1/31/83   NATIONAL BANK OF NO AMERICA #2                                    3-00000-1-2              26

1/11  1/18    110         915 JOHNSON CTLS INC              36   7/8      4,056.25
1/11  1/18                902 915 LEAR SIEGLER INC          86   1/4                      77,797.50
                              PFD CONV $2.25
1/11  1/18    186         915 JOHNSON CTLS INC              36   3/4      6,835.50
1/12  1/19     70          15 TRW INC                       72            5,040.00
1/12  1/19   8640          15 ROCKWELL INTL CORP            45   7/8    396,360.00
1/12  1/19    130          15 LEAR SIEGLER INC              36            4,680.00
1/12  1/19   4990          15 LEAR SIEGLER INC              36          179,640.00
1/12  1/19     37          15 LEAR SIEGLER INC              36            1,332.00
1/12  1/19     20          15 TRW INC                       71   1/2      1,430.00
1/12  1/19   1600          15 LEAR SIEGLER INC              35   7/8     57,400.00
1/12  1/19    142          15 LEAR SIEGLER INC              36            5,112.00
1/12  1/19     54          15 TRW INC                       71   1/2      3,861.00
1/12  1/19   1500          15 TRW INC                       71   5/8    114,600.00
1/12  1/19   3052         115 LEAR SIEGLER INC              35   7/8    109,490.50
1/12  1/19   1103         115 TRW INC                       71           78,313.00
1/12  1/19   1019         115 TRW INC                       71           72,349.00
1/12  1/19    140         115 TRW INC                       71   3/8      9,992.50
1/12  1/19    780         115 LEAR SIEGLER INC              35   7/8     27,932.50
1/12  1/19   5500         115 LEAR SIEGLER INC              36          198,000.00
1/12  1/19    350         115 TRW INC                       71   3/8     24,981.25
1/12  1/19   3107         115 LEAR SIEGLER INC              35   7/8    111,463.63
1/12  1/19   2620         115 TRW INC                       71   3/8    187,002.50
1/12  1/19    140         115 LEAR SIEGLER INC              36   1/8      5,057.50
1/12  1/19     10         215 TRW INC                       71   1/2        715.00
1/12  1/19    530         215 TRW INC                       71   1/8     37,696.25
1/12  1/19     27         215 TRW INC                       71   1/2      1,930.50
1/12  1/19    130         215 LEAR SIEGLER INC              36            4,680.00
1/12  1/19   2120         215 LEAR SIEGLER INC              36           76,320.00
1/12  1/19    227         215 TRW INC                       71   1/2     16,230.50
1/12  1/19    130         215 LEAR SIEGLER INC              36            4,680.00
1/12  1/19    570         215 TRW INC                       71   1/8     40,541.25
1/12  1/19   3990         215 LEAR SIEGLER INC              36   1/8    144,138.75
1/12  1/19    562         215 LEAR SIEGLER INC              36   1/4     20,372.50
1/12  1/19    540         315 TRW INC                       71   3/8     38,542.50
1/12  1/19   2165         315 LEAR SIEGLER INC              35   7/8     77,669.38
1/12  1/19    151         315 TRW INC                       71   3/8     10,777.63
1/12  1/19   2870         315 LEAR SIEGLER INC              35   7/8    102,961.25
1/12  1/19    160         315 TRW INC                       71   3/8     11,420.00
1/12  1/19   1612         315 TRW INC                       71   3/8    115,056.50
1/12  1/19   1140         315 LEAR SIEGLER INC              35   7/8     40,897.50
1/12  1/19   5180         315 LEAR SIEGLER INC              35   3/4    185,185.00
1/12  1/19    165         315 LEAR SIEGLER INC              35   7/8      5,919.38
1/12  1/19   5280         315 TRW INC                       71   3/8    376,860.00
1/12  1/19     50         415 LEAR SIEGLER INC              36            1,800.00
```

CONTINUED ON PAGE 27

MF00844853

1/31/83  NATIONAL BANK OF NO AMERICA #2                                              3-00000-1-2           27

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/12 | 1/19 | 2790 | 415 LEAR SIEGLER INC | 35 | 7/8 | 100,091.25 |
| 1/12 | 1/19 | 13 | 415 TRW INC | 71 | 1/2 | 929.50 |
| 1/12 | 1/19 | 7780 | 415 LEAR SIEGLER INC | 36 | | 280,080.00 |
| 1/12 | 1/19 | 90 | 415 LEAR SIEGLER INC | 36 | | 3,240.00 |
| 1/12 | 1/19 | 451 | 415 TRW INC | 71 | 1/2 | 32,246.50 |
| 1/12 | 1/19 | 42 | 415 TRW INC | 71 | 1/2 | 3,003.00 |
| 1/12 | 1/19 | 440 | 415 LEAR SIEGLER INC | 36 | | 15,840.00 |
| 1/12 | 1/19 | 20 | 415 TRW INC | 71 | 1/2 | 1,430.00 |
| 1/12 | 1/19 | 140 | 415 TRW INC | 71 | 1/2 | 10,010.00 |
| 1/12 | 1/19 | 400 | 515 TRW INC | 71 | 3/8 | 28,550.00 |
| 1/12 | 1/19 | 142 | 515 LEAR SIEGLER INC | 36 | 1/8 | 5,129.75 |
| 1/12 | 1/19 | 4510 | 515 LEAR SIEGLER INC | 35 | 7/8 | 161,796.25 |
| 1/12 | 1/19 | 2780 | 515 LEAR SIEGLER INC | 35 | 7/8 | 99,732.50 |
| 1/12 | 1/19 | 2087 | 515 TRW INC | 71 | | 148,177.00 |
| 1/12 | 1/19 | 2042 | 515 LEAR SIEGLER INC | 35 | 7/8 | 73,256.75 |
| 1/12 | 1/19 | 4440 | 515 LEAR SIEGLER INC | 35 | 7/8 | 159,285.00 |
| 1/12 | 1/19 | 290 | 515 TRW INC | 71 | 3/8 | 20,698.75 |
| 1/12 | 1/19 | 540 | 515 TRW INC | 71 | 3/8 | 38,542.50 |
| 1/12 | 1/19 | 3490 | 515 LEAR SIEGLER INC | 36 | 1/8 | 125,715.00 |
| 1/12 | 1/19 | 13910 | 615 LEAR SIEGLER INC | 36 | 1/4 | 504,237.50 |
| 1/12 | 1/19 | 42 | 615 TRW INC | 71 | 1/2 | 3,003.00 |
| 1/12 | 1/19 | 187 | 615 LEAR SIEGLER INC | 36 | | 6,732.00 |
| 1/12 | 1/19 | 1080 | 615 TRW INC | 71 | 1/8 | 76,815.00 |
| 1/12 | 1/19 | 117 | 615 LEAR SIEGLER INC | 36 | | 4,212.00 |
| 1/12 | 1/19 | 37 | 615 TRW INC | 71 | 1/2 | 2,645.50 |
| 1/12 | 1/19 | 5530 | 615 LEAR SIEGLER INC | 36 | | 199,080.00 |
| 1/12 | 1/19 | 26 | 615 TRW INC | 71 | 1/2 | 1,859.00 |
| 1/12 | 1/19 | 580 | 615 LEAR SIEGLER INC | 36 | 1/4 | 21,025.00 |
| 1/12 | 1/19 | 185 | 615 LEAR SIEGLER INC | 36 | | 6,660.00 |
| 1/12 | 1/19 | 1834 | 715 TRW INC | 71 | 7/8 | 131,818.75 |
| 1/12 | 1/19 | 1017 | 715 LEAR SIEGLER INC | 35 | 7/8 | 36,484.88 |
| 1/12 | 1/19 | 1590 | 715 TRW INC | 71 | 5/8 | 113,883.75 |
| 1/12 | 1/19 | 2112 | 715 LEAR SIEGLER INC | 35 | 7/8 | 75,768.00 |
| 1/12 | 1/19 | 1380 | 715 LEAR SIEGLER INC | 35 | 7/8 | 49,507.50 |
| 1/12 | 1/19 | 2970 | 715 LEAR SIEGLER INC | 35 | 3/4 | 106,177.50 |
| 1/12 | 1/19 | 1640 | 715 LEAR SIEGLER INC | 35 | 7/8 | 58,835.00 |
| 1/12 | 1/19 | 3260 | 715 TRW INC | 71 | 7/8 | 234,312.50 |
| 1/12 | 1/19 | 1833 | 715 TRW INC | 71 | | 130,143.00 |
| 1/12 | 1/19 | 2190 | 715 LEAR SIEGLER INC | 35 | 7/8 | 78,566.25 |
| 1/12 | 1/19 | 1600 | 815 LEAR SIEGLER INC | 35 | 7/8 | 57,400.00 |
| 1/12 | 1/19 | 950 | 815 TRW INC | 71 | 1/8 | 67,568.75 |
| 1/12 | 1/19 | 4420 | 815 LEAR SIEGLER INC | 36 | | 159,120.00 |
| 1/12 | 1/19 | 90 | 815 LEAR SIEGLER INC | 36 | | 3,240.00 |
| 1/12 | 1/19 | 60 | 815 LEAR SIEGLER INC | 36 | | 2,160.00 |
| 1/12 | 1/19 | 90 | 815 LEAR SIEGLER INC | 36 | | 3,240.00 |

CONTINUED ON PAGE 28

MF00844854

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/12 | 1/19 | 754 | | 815 TRW INC | 72 | | 54,289.00 |
| 1/12 | 1/19 | 2750 | | 815 LEAR SIEGLER INC | 36 | | 99,000.00 |
| 1/12 | 1/19 | 7170 | | 915 TRW INC | 71 | 3/4 | 514,447.50 |
| 1/12 | 1/19 | 430 | | 915 TRW INC | 72 | | 30,960.00 |
| 1/12 | 1/19 | 294 | | 915 TRW INC | 71 | 7/8 | 21,131.25 |
| 1/12 | 1/19 | 640 | | 915 TRW INC | 71 | 3/8 | 45,680.00 |
| 1/12 | 1/19 | 3480 | | 915 LEAR SIEGLER INC | 35 | 7/8 | 124,845.00 |
| 1/12 | 1/19 | 207 | | 915 TRW INC | 71 | 3/8 | 14,774.63 |
| 1/12 | 1/19 | 2970 | | 915 LEAR SIEGLER INC | 35 | 3/4 | 105,177.50 |
| 1/12 | 1/19 | 820 | | 915 LEAR SIEGLER INC | 35 | 7/8 | 29,417.50 |
| 1/12 | 1/19 | 5138 | | 915 ROCKWELL INTL CORP | 45 | 3/4 | 235,063.50 |
| 1/12 | 1/19 | 3187 | | 915 LEAR SIEGLER INC | 35 | 7/8 | 114,333.63 |
| 1/12 | 1/19 | 1963 | | 915 TRW INC | 71 | 1/2 | 140,354.50 |
| 1/12 | 1/19 | 1840 | | 915 LEAR SIEGLER INC | 35 | 7/8 | 66,010.00 |
| 1/13 | 1/20 | 283 | | 15 MCI COMMUNICATIONS CORP | 39 | | 11,037.00 |
| 1/13 | 1/20 | 257 | | 315 MCI COMMUNICATIONS CORP | 38 | 7/8 | 9,990.88 |
| 1/13 | 1/20 | 210 | | 415 MCI COMMUNICATIONS CORP | 39 | | 8,190.00 |
| 1/13 | 1/20 | 429 | | 515 MCI COMMUNICATIONS CORP | 38 | 7/8 | 16,677.38 |
| 1/13 | 1/20 | 350 | | 615 MCI COMMUNICATIONS CORP | 39 | | 13,650.00 |
| 1/13 | 1/20 | 1410 | | 715 MCI COMMUNICATIONS CORP | 38 | 7/8 | 54,813.75 |
| 1/13 | 1/20 | 1163 | | 815 MCI COMMUNICATIONS CORP | 39 | | 45,357.00 |
| 1/13 | 1/20 | 340 | | 915 MCI COMMUNICATIONS CORP | 38 | 7/8 | 13,217.50 |
| 1/20 | 1/20 | 3414 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 1268 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | | 19216 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 737 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 9737 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | 390 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 1204 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | | 6829 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 3609 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 2506 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | 3609 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | | 2886 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 780 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | 2145 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | | 1268 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 3414 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 1756 | RIO GRANDE INDS INC | DELV | | |

CONTINUED ON PAGE 29

MF00844855

| | | | | | |
|---|---|---|---|---|---|
| 1/20 | 1/20 | | 1268 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | | 2145 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | | 1268 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | | 629 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | 19216 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 2243 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | | 2092 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | 23106 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | | 1951 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | | 1335 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | 3902 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 1756 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 2092 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 1951 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 643 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 2886 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 1258 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | | 11259 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | 1951 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 1898 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 2506 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | 780 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | | 2243 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | | 3902 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | 9649 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |
| 1/20 | 1/20 | | 2841 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | | 1898 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | | 1560 | RIO GRANDE INDS INC | DELV |
| 1/20 | 1/20 | 1268 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD |

CONTINUED ON PAGE 30

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/20 | 1/20 | | 643 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 9649 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 1204 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 390 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | 11259 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 737 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 2251 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 1335 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | | 23106 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 1951 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | | 2251 | RIO GRANDE INDS INC | DELV | | |
| 1/20 | 1/20 | 2841 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 6829 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 629 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 1560 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/20 | 1/20 | 9737 | | RIO GRANDE INDS INC PFD SER A CONV $0.80 | RECD | | |
| 1/14 | 1/21 | 780 | | 15 MCI COMMUNICATIONS CORP | 39 | 1/4 | 30,615.00 |
| 1/14 | 1/21 | 730 | | 15 MCI COMMUNICATIONS CORP | 39 | 1/8 | 28,561.25 |
| 1/14 | 1/21 | 915 | | 15 MCI COMMUNICATIONS CORP | 39 | 1/8 | 35,799.38 |
| 1/14 | 1/21 | 7400 | | 15 MCI COMMUNICATIONS CORP | 39 | 1/8 | 289,525.00 |
| 1/14 | 1/21 | 470 | | 115 MCI COMMUNICATIONS CORP | 39 | | 18,330.00 |
| 1/14 | 1/21 | 852 | | 115 MCI COMMUNICATIONS CORP | 39 | 1/8 | 33,334.50 |
| 1/14 | 1/21 | 15 | | 115 MCI COMMUNICATIONS CORP | 39 | | 585.00 |
| 1/14 | 1/21 | 4410 | | 115 MCI COMMUNICATIONS CORP | 39 | | 171,990.00 |
| 1/14 | 1/21 | 8921 | | 115 MCI COMMUNICATIONS CORP | 39 | 1/4 | 350,149.25 |
| 1/14 | 1/21 | 153 | | 215 MCI COMMUNICATIONS CORP | 39 | 1/8 | 5,986.13 |
| 1/14 | 1/21 | 2895 | | 215 MCI COMMUNICATIONS CORP | 39 | 1/4 | 113,432.50 |
| 1/14 | 1/21 | 530 | | 215 MCI COMMUNICATIONS CORP | 39 | 1/8 | 20,736.25 |
| 1/14 | 1/21 | 1204 | | 215 MCI COMMUNICATIONS CORP | 39 | 1/8 | 47,106.50 |
| 1/14 | 1/21 | 9090 | | 215 MCI COMMUNICATIONS CORP | 39 | 3/8 | 357,918.75 |
| 1/14 | 1/21 | 623 | | 315 MCI COMMUNICATIONS CORP | 39 | 1/8 | 24,374.88 |
| 1/14 | 1/21 | 940 | | 315 MCI COMMUNICATIONS CORP | 39 | | 36,660.00 |
| 1/14 | 1/21 | 6678 | | 315 MCI COMMUNICATIONS CORP | 39 | 1/8 | 261,276.75 |
| 1/14 | 1/21 | 19392 | | 315 MCI COMMUNICATIONS CORP | 39 | 1/4 | 761,136.00 |
| 1/14 | 1/21 | 1940 | | 315 MCI COMMUNICATIONS CORP | 39 | | 75,660.00 |
| 1/14 | 1/21 | 290 | | 415 MCI COMMUNICATIONS CORP | 39 | | 11,310.00 |

CONTINUED ON PAGE 31

| Date | Date | Qty | | Security | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1/14 | 1/21 | 42100 | 415 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 1,647,162.50 |
| 1/14 | 1/21 | 633 | 415 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 24,766.13 |
| 1/14 | 1/21 | 19750 | 415 | MCI COMMUNICATIONS CORP | 39 | 3/8 | 777,656.25 |
| 1/14 | 1/21 | 19130 | 415 | MCI COMMUNICATIONS CORP | 39 | 1/4 | 750,852.50 |
| 1/14 | 1/21 | 99 | 515 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 3,873.38 |
| 1/14 | 1/21 | 6920 | 515 | MCI COMMUNICATIONS CORP | 39 | | 269,880.00 |
| 1/14 | 1/21 | 5590 | 515 | MCI COMMUNICATIONS CORP | 39 | | 218,010.00 |
| 1/14 | 1/21 | 8807 | 515 | MCI COMMUNICATIONS CORP | 39 | 1/4 | 345,674.75 |
| 1/14 | 1/21 | 970 | 515 | MCI COMMUNICATIONS CORP | 39 | 3/8 | 38,193.75 |
| 1/14 | 1/21 | 8970 | 615 | MCI COMMUNICATIONS CORP | 39 | 3/8 | 353,193.75 |
| 1/14 | 1/21 | 1890 | 615 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 73,946.25 |
| 1/14 | 1/21 | 1817 | 615 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 71,090.13 |
| 1/14 | 1/21 | 355 | 615 | MCI COMMUNICATIONS CORP | 39 | 1/2 | 14,022.50 |
| 1/14 | 1/21 | 1803 | 615 | MCI COMMUNICATIONS CORP | 39 | 3/8 | 70,993.13 |
| 1/14 | 1/21 | 21 | 715 | MCI COMMUNICATIONS CORP | 39 | | 819.00 |
| 1/14 | 1/21 | 1940 | 715 | MCI COMMUNICATIONS CORP | 39 | | 75,660.00 |
| 1/14 | 1/21 | 770 | 715 | MCI COMMUNICATIONS CORP | 39 | 1/2 | 30,415.00 |
| 1/14 | 1/21 | 2394 | 715 | MCI COMMUNICATIONS CORP | 39 | 3/8 | 94,263.75 |
| 1/14 | 1/21 | 230 | 715 | MCI COMMUNICATIONS CORP | 39 | 3/8 | 9,056.25 |
| 1/14 | 1/21 | 81 | 815 | MCI COMMUNICATIONS CORP | 39 | 1/2 | 3,199.50 |
| 1/14 | 1/21 | 183 | 815 | MCI COMMUNICATIONS CORP | 39 | | 7,137.00 |
| 1/14 | 1/21 | 1070 | 815 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 41,863.75 |
| 1/14 | 1/21 | 880 | 815 | MCI COMMUNICATIONS CORP | 39 | 1/2 | 34,760.00 |
| 1/14 | 1/21 | 633 | 815 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 24,766.13 |
| 1/14 | 1/21 | 233 | 915 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 9,116.13 |
| 1/14 | 1/21 | 20 | 915 | MCI COMMUNICATIONS CORP | 39 | | 780.00 |
| 1/14 | 1/21 | 2232 | 915 | MCI COMMUNICATIONS CORP | 39 | | 87,048.00 |
| 1/14 | 1/21 | 50 | 915 | MCI COMMUNICATIONS CORP | 39 | 1/8 | 1,956.25 |
| 1/14 | 1/21 | 14822 | 915 | MCI COMMUNICATIONS CORP | 39 | | 578,058.00 |
| 1/21 | 1/21 | | 135 | SUN INC | DELV | | |
| 1/21 | 1/21 | | 17952 | SUN INC | DELV | | |
| 1/21 | 1/21 | | 4616 | SUN INC | DELV | | |
| 1/21 | 1/21 | | 2400 | SUN INC | DELV | | |
| 1/21 | 1/21 | | 9347 | SUN INC | DELV | | |
| 1/21 | 1/21 | 4103 | | SUN INC PFD CONV $2.25 | RECD | | |
| 1/21 | 1/21 | 65 | | SUN INC PFD CONV $2.25 | RECD | | |
| 1/21 | 1/21 | 4481 | | SUN INC PFD CONV $2.25 | RECD | | |
| 1/21 | 1/21 | 8606 | | SUN INC PFD CONV $2.25 | RECD | | |
| 1/21 | 1/21 | | 4530 | SUN INC | DELV | | |
| 1/21 | 1/21 | 180000 | | MCI COMMUNICATIONS CORP SUB DEB 10.000 5/15/2002 | RECD | | |

CONTINUED ON PAGE 32

MF00844858

| | | | | | |
|---|---|---|---|---|---|
| 1/21 | 1/21 | 6593 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 3452 | SUN INC | DELV |
| 1/21 | 1/21 | | 3033 | SUN INC | DELV |
| 1/21 | 1/21 | | 1712 | SUN INC | DELV |
| 1/21 | 1/21 | | 836 | SUN INC | DELV |
| 1/21 | 1/21 | | 1987 | SUN INC | DELV |
| 1/21 | 1/21 | | 7641 | SUN INC | DELV |
| 1/21 | 1/21 | | 1889 | SUN INC | DELV |
| 1/21 | 1/21 | | 8698 | SUN INC | DELV |
| 1/21 | 1/21 | 953 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 1583 | SUN INC | DELV |
| 1/21 | 1/21 | | 8000 | MCI COMMUNICATIONS CORP | DELV |
| 1/21 | 1/21 | | 4324 | SUN INC | DELV |
| 1/21 | 1/21 | | 17096 | SUN INC | DELV |
| 1/21 | 1/21 | 1985 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | 401 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | 2213 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 6372 | SUN INC | DELV |
| 1/21 | 1/21 | 918 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 8558 | SUN INC | DELV |
| 1/21 | 1/21 | | 1708 | SUN INC | DELV |
| 1/21 | 1/21 | | 2642 | SUN INC | DELV |
| 1/21 | 1/21 | 556 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 4140 | SUN INC | DELV |
| 1/21 | 1/21 | 3055 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 3208 | SUN INC | DELV |
| 1/21 | 1/21 | | 10192 | SUN INC | DELV |
| 1/21 | 1/21 | 3663 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | 819 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 13753 | SUN INC | DELV |
| 1/21 | 1/21 | 8196 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |
| 1/21 | 1/21 | | 1159 | SUN INC | DELV |
| 1/21 | 1/21 | | 1914 | SUN INC | DELV |
| 1/21 | 1/21 | 1655 | | SUN INC | RECD |
| | | | | PFD CONV $2.25 | |

CONTINUED ON PAGE  33

MF00844859

| Date | Date | Qty | | Description | | Action | Amount |
|---|---|---|---|---|---|---|---|
| 1/21 | 1/21 | 2073 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | | 14620 | SUN INC | | DELV | |
| 1/21 | 1/21 | 4886 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | | 11719 | SUN INC | | DELV | |
| 1/21 | 1/21 | 1267 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | | 19842 | SUN INC | | DELV | |
| 1/21 | 1/21 | 1538 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 9512 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 5618 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 1151 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 906 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 2172 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 759 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 7009 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 1454 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 4170 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/21 | 1/21 | 821 | | SUN INC PFD CONV $2.25 | | RECD | |
| 1/17 | 1/24 | | 552000 | 15 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | | 293 | 1,642,349.48 |
| 1/17 | 1/24 | | 72000 | 15 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | | 293 | 214,219.50 |
| 1/17 | 1/24 | | 113000 | 15 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | | 293 | 336,205.60 |
| 1/17 | 1/24 | | 4000 | 115 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | | 293 | 11,901.08 |
| 1/17 | 1/24 | | 228000 | 115 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | | 293 | 678,361.74 |

CONTINUED ON PAGE 34

MF00844860

| Date | | Shares | Security | Code | Amount |
|---|---|---|---|---|---|
| 1/17 | 1/24 | 3000 | 215 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 8,925.81 |
| 1/17 | 1/24 | 14000 | 215 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 41,653.79 |
| 1/17 | 1/24 | 12000 | 315 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 35,703.25 |
| 1/17 | 1/24 | 502000 | 415 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 1493,585.94 |
| 1/17 | 1/24 | 17000 | 515 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 50,579.60 |
| 1/17 | 1/24 | 6000 | 515 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 17,851.62 |
| 1/17 | 1/24 | 10000 | 615 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 29,752.71 |
| 1/17 | 1/24 | 42000 | 615 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 124,961.37 |
| 1/17 | 1/24 | 285000 | 715 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 296 | 856,502.18 |
| 1/17 | 1/24 | 33000 | 715 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 98,183.94 |
| 1/17 | 1/24 | 8000 | 815 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 23,802.17 |
| 1/17 | 1/24 | 231000 | 815 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 687,287.55 |
| 1/17 | 1/24 | 7000 | 915 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 20,826.90 |
| 1/17 | 1/24 | 331000 | 915 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 984,814.63 |
| 1/18 | 1/25 | 5000 | 15 MCI COMMUNICATIONS CORP SUB DEB CONV 10.250 8/15/2001 | 293 | 14,877.78 |

CONTINUED ON PAGE 35.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/18 | 1/25 | | 33000 115 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 98,193.33 |
| 1/18 | 1/25 | | 38000 215 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 113,071.11 |
| 1/18 | 1/25 | | 8000 315 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 23,804.44 |
| 1/18 | 1/25 | | 33000 415 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 98,193.33 |
| 1/18 | 1/25 | | 95000 515 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 282,677.78 |
| 1/18 | 1/25 | | 33000 615 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 98,193.33 |
| 1/18 | 1/25 | | 13000 715 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 38,682.22 |
| 1/18 | 1/25 | | 48000 815 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 142,826.67 |
| 1/18 | 1/25 | | 8000 915 | MCI COMMUNICATIONS CORP SUB DEB CONV 10.250  8/15/2001 | 293 | | 23,804.44 |
| 1/24 | 1/25 | | 3395 15 | CONSOLIDATED FOODS CORP PFD SER A CONV $4.50 | 93 | 1/8 | 316,159.38 |
| 1/24 | 1/25 | | 15 115 | CONSOLIDATED FOODS CORP PFD SER A CONV $4.50 | 93 | 1/8 | 1,396.88 |
| 1/24 | 1/25 | | 4563 615 | CONSOLIDATED FOODS CORP PFD SER A CONV $4.50 | 93 | 1/8 | 424,929.38 |
| 1/24 | 1/25 | | 536 715 | CONSOLIDATED FOODS CORP PFD SER A CONV $4.50 | 93 | 1/8 | 49,915.00 |
| 1/24 | 1/25 | | 112 815 | CONSOLIDATED FOODS CORP PFD SER A CONV $4.50 | 93 | 1/8 | 10,430.00 |
| 1/24 | 1/25 | | 7263 915 | CONSOLIDATED FOODS CORP PFD SEP A CONV $4.50 | 93 | 1/8 | 676,366.88 |
| 1/19 | 1/26 | 2170 | 15 | TRW INC | 72 | 1/8 | 156,511.25 |
| 1/19 | 1/26 | 90 | 15 | TRW INC | 71 | 3/4 | 6,457.50 |
| 1/19 | 1/26 | 1940 | 15 | TRW INC | 72 | 1/8 | 139,922.50 |
| 1/19 | 1/26 | 938 | 15 | TRW INC | 72 | 1/8 | 67,653.25 |
| 1/19 | 1/26 | 2730 | 15 | TRW INC | 71 | 3/4 | 195,877.50 |
| 1/19 | 1/26 | 13 | 15 | TRW INC | 71 | 3/4 | 932.75 |

CONTINUED ON PAGE 36

MF00844862