# EXHIBIT Q



```
8/31/82   ARTHUR & SOFIE BLECKER                              1-00214-1-8
          50 GREAT MILL LANE
          GREAT NECK LI 11023

T/DT   S/DT   LONG   SHORT                                    DEBIT        CREDIT

                            BALANCE FORWARD                                43,935.34
8/04   8/04   911           LOCKHEED CORP            RECD
8/04   8/04          317    LOCKHEED CORP            DELV
                            PFD CONV $11.25
8/03   8/10          565  135 LEAR SIEGLER INC       23  5/8               13,348.13
8/03   8/10         1290  136 LEAR SIEGLER INC       23  3/4               30,637.50
8/06   8/13   742         190 LEAR SIEGLER INC       57       42,294.00
                            PFD CONV $2.25
8/24   8/24                 CHECK                    PW        1,585.01

                            NEW BALANCE                                    44,041.96


                            SECURITY POSITIONS       LONG      SHORT       DIFFERENCE

LEAR SIEGLER INC                  1855                                     43,985.63
LEAR SIEGLER INC          742                        42,294.00
PFD CONV $2.25

                            END OF POSITIONS         42,294.00 43,985.63   56.33CR
```

| T/DT | S/DT | LONG | SHORT | | | | DEBIT | CREDIT |
|------|------|------|-------|---|---|---|--------|--------|
| 10/29/82 | | | | ARTHUR & SOFIE BLECKER<br>50 GREAT MILL LANE<br>GREAT NECK, LI 11023 | | 1-0025-1-8 | | 1 |
| | | | | BALANCE FORWARD | | | | 44,041.96 |
| 10/04 | 10/04 | 1855 | | LEAR SIEGLER INC | RECD | | | |
| 10/04 | 10/04 | | 742 | LEAR SIEGLER INC | DELV | | | |
| 10/05 | 10/13 | 375 | | PFD CONV $2.25<br>106 AMERADA HESS CORP | | 112 3/4 | 2,281.25 | |
| 10/12 | 10/19 | 949 | 136 | PFD CONV $3.50<br>AMERADA HESS CORP | | 27 | | 25,623.00 |
| 10/12 | 10/19 | 680 | 137 | AMERADA HESS CORP | | 27 1/8 | | 18,445.00 |
| 10/19 | 10/19 | | | AMERADA HESS CORP<br>FRACTIONAL SHARES | JRNL | | | 10.26 |
| 10/19 | 10/19 | | | CHECK | | PW | 1,691.63 | |
| | | | | NEW BALANCE | | | | 44,147.34 — |

| SECURITY POSITIONS | | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|---|
| AMERADA HESS CORP | | 1629 | | 44,078.26 | |
| AMERADA HESS CORP<br>PFD CONV $3.50 | 375 | | 2,281.25 | | 1797.01 |
| END OF POSITIONS | | | 2,281.25 | 44,078.26 | 69.08CR — |

```
12/31/82   ARTHUR & SOFIE BLECKER                                    1-00214-L-8         L
           50 GREAT MILL LANE
           GREAT NECK LI 11023
```

| T/DT | S/DT | LONG | SHORT |  |  |  | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  |  | 44,147.34 |
| 12/06 | 12/06 | 1629 |  | AMERADA HESS CORP |  | RECD |  |  |
| 12/06 | 12/06 |  | 375 | AMERADA HESS CORP |  | DELV |  |  |
|  |  |  |  | PFD CONV $3.50 |  |  |  |  |
| 12/03 | 12/10 | 23000 |  | MCI COMMUNICATIONS CORP | 144 | 181 | 41,789.72 |  |
|  |  |  |  | SUB DEB |  |  |  |  |
|  |  |  |  | 10.000  5/15/2002 |  |  |  |  |
| 12/06 | 12/13 |  | 700 | MCI COMMUNICATIONS CORP | 177 | 42 3/8 |  | 29,662.50 |
| 12/06 | 12/13 |  | 322 | MCI COMMUNICATIONS CORP | 178 | 42 1/2 |  | 13,685.00 |
| 12/13 | 12/13 |  |  | MCI COMMUNICATIONS CORP |  | JRNL |  | 9.32 |
|  |  |  |  | FRACTIONAL SHARES |  |  |  |  |
| 12/16 | 12/16 |  |  | CHECK |  | PW | 1,797.01 |  |
|  |  |  |  | NEW BALANCE |  |  |  | 43,917.43 |

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| MCI COMMUNICATIONS CORP | 23000 | 41,789.72 |  |  |
| SUB DEB |  |  |  |  |
| 10.000  5/15/2002 |  |  |  |  |
| MCI COMMUNICATIONS CORP | 1022 |  | 43,356.82 | 1,567.10CR |
| END OF POSITIONS |  | 41,789.72 | 43,356.82 | 560.61CR |

MF00362702

```
2/29/83   ARTHUR & SOFIE BLECKER                                    1-00214-1-8              1
          50 GREAT MILL LANE
          GREAT NECK LI 11023


T/DT  S/DT   LONG    SHORT                                              DEBIT        CREDIT
                            BALANCE FORWARD                                         43,917.43
2/04  2/04   1022            MCI COMMUNICATIONS CORP        RECD
2/04  2/04           23000   MCI COMMUNICATIONS CORP        DELV
                             SUB DEB
                                10.000   5/15/2002
2/02  2/09   791         45  WHEELABRATOR FRYE INC          53  1/2    42,318.50
                             COM PAR $0.30
2/07  2/14          890  45  SIGNAL COS INC                 27  7/8                 24,808.75
2/07  2/14          692 945  SIGNAL COS INC                 27  3/4                 19,203.00
2/15  2/15                   CHECK                          PW          1,567.10
2/18  2/18                   TRANS FROM A & A               CA                      35,000.00
                            NEW BALANCE                                             79,043.58


                            SECURITY POSITIONS              LONG        SHORT        DIFFERENCE

SIGNAL COS INC                     1582                                44,011.75    44,011.75CR
WHEELABRATOR FRYE INC               791                    42,318.50                42,318.50
COM PAR $0.30

                            END OF POSITIONS               42,318.50   44,011.75    35,031.83CR
```

MF00365536