# EXHIBIT R

```
2/28/85   ARTHUR BLECKER                                         1-00215-1-0           1
          & SOFIE BLECKER
          50 GREAT MILL LANE
          GREAT NECK         NY 11023

          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

                                                                 DEBIT            CREDIT
T/DT   S/DT   LONG   SHORT
                            BALANCE FORWARD                                    286,190.20
2/07   2/07   5500          ATLANTIC RICHFIELD CO      RECD
2/07   2/07    968          ATLANTIC RICHFIELD CO      RECD
2/07   2/07          2695   ATLANTIC RICHFIELD CO      DELV
                            PFD CONV $2.80
2/06   2/11   7572       10 AMR CORP           36  5/8       277,324.50
                            PFD 2.125
2/05   2/13          3600 11 AMR CORP          37  7/8                         136,350.00
2/05   2/13          4010 12 AMR CORP          37  3/4                         151,377.50
2/13   2/13               AMR CORP             JRNL                                   .43
                          FRACTIONAL SHARES
2/22   2/22               CHECK ATLANTIC RICHFIELD  PW         8,839.87

                          NEW BALANCE                                          287,753.76


                          SECURITY POSITIONS          LONG        SHORT        DIFFERENCE

AMR CORP                         7610                          287,727.93
AMR CORP          7572                         277,324.50
PFD 2.125                                                                    10,403.43CR

                          END OF POSITIONS     277,324.50      287,727.93        25.83CR
```

```
4/30/85   ARTHUR BLECKER                                        1-00215-1-0          1
          & SOFIE BLECKER
          50 GRIST MILL LANE
          GREAT NECK      NY 11023

          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

  T/DT   S/DT    LONG    SHORT                                          DEBIT           CREDIT
                                    BALANCE FORWARD                                  287,753.76
  4/11   4/11            7572    AMR CORP                       DELV
                                 PFD 2.125
  4/11   4/11   3600             AMR CORP                       RECD
  4/11   4/11   4010             AMR CORP                       RECD
  4/09   4/16   2101          22 INTERCO INC                    132               277,332.00
                                 PFD SER D CONV $7.75
  4/11   4/18            2742 23 INTERCO INC                    62  5/8                171,717.75
  4/11   4/18            1800 24 INTERCO INC                    62  3/4                112,950.00
  4/18   4/18                    INTERCO INC                    JRNL                        35.83
                                 FRACTIONAL SHARES
  4/25   4/25                    CHECK AMR CORP                 PW        10,403.43

                                    NEW BALANCE                                      284,721.91


                                 SECURITY POSITIONS                 LONG        SHORT          DIFFERENCE

INTERCO INC                              4542                                  284,703.58
INTERCO INC                      2101
PFD SER D CONV $7.75                                            277,332.00
                                                                                               7,371.58CR
                                    END OF POSITIONS            277,332.00     284,703.58      18.33CR
```

```
5/31/85   ARTHUR BLECKER                                    1-00215-1-0        1
          & SOFIE BLECKER
          50 GRIST MILL LANE
          GREAT NECK        NY 11023

          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

T/DT  S/DT   LONG   SHORT                                        DEBIT        CREDIT
                            BALANCE FORWARD                                284,721.91
5/24  5/24           2101   INTERCO INC                    DELV
                            PFD SER D CONV $7.75
5/24  5/24   1800           INTERCO INC                    RECD
5/24  5/24   2742           INTERCO INC                    RECD
5/21  5/29   2689       30  ASSOCIATED DRY GOODS CORP    103 1/8  277,303.13
                            PFD SER A CONV $4.75
5/24  5/31           3202 31 ASSOCIATED DRY GOODS         67                214,534.00
5/24  5/31           1100 32 ASSOCIATED DRY GOODS         67 1/9             73,837.50
5/31  5/31                  ASSOCIATED DRY GOODS         JRNL                    26.80
                            FRACTIONAL SHARES

                            NEW BALANCE                                    295,817.08


                            SECURITY POSITIONS                LONG       SHORT       DIFFERENCE

ASSOCIATED DRY GOODS                 4302                              288,398.30
ASSOCIATED DRY GOODS CORP     2689                         277,303.13
PFD SER A CONV $4.75                                                                 11,095.17CR

                            END OF POSITIONS              277,303.13   288,398.30    7,418.78CR
```