# EXHIBIT T

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING NOVEMBER 30, 2000

PAGE 1 OF

Your Financial Advisor
REDACTED

Account Number     FA
REDACTE           RF

BERNARD L MADOFF
ATTENTION: REDACTED
885 3RD AVE
NEW YORK NY 10022

ASSET DETAILS

| Your Investments | | | | Current Price | | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|---|---|---|
| 50000000 | US TSY BILL | 00000 | 01FB15 | 98.62500 | | 246,562,500.00 | | |
| 82000000 | US TSY NOTE | 5625 | 01MY15 | 99.75000 | | 81,795,000.00 | 4612,500.00 | 5.63% |
| 50000000 | US TSY BILL | 00000 | 01MY17 | 97.12500 | | 242,812,500.00 | | |
| Total Value of Priced Investments | | | | | | $571,170,000.00 | $612,500.00 | .80% |

| Custodial Holdings | Symbol | Current Price | Date | Value | Custodian | Dividend Cap Gains Option | Fund Plan Number |
|---|---|---|---|---|---|---|---|
| 8469969.15  MSDW LIQUID ASSET FUND | ILAF | 1.00 | 11/30/00 | 8,469,969.15 | MSDWT | Reinv/ N/A | REDAC |
| Total Custodial Holdings | | | | $8,469,969.15 | | | |

| Asset Summary | Value | Est Yrly Income |
|---|---|---|
| Cash | 92,738.25 | |
| Total Account Valuation | $579,732,707.40 | $4,612,500.00 |

MS 0000111

MSY SAB0000111

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2006

BERNARD L MADOFF

| Realized Gain/(Loss) | | Quantity | Date Acquired | Date Sold | Total Cost Original / Adjusted* | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|
| Short Term | | | | | | | | |
| US TSY BILL | .000 | 2-23-0625000,000 | 08-24-05 | 01-04-06 | 24,545,002.50 | 24,864,219.75 | 319,217.25 | Short Term |
| US TSY BILL | .000 | 3-02-0650000,000 | 08-31-05 | 01-04-06 | 49,087,450.00 | 49,684,594.75 | 597,144.75 | Short Term |
| US TSY BILL | .000 | 3-02-0650000,000 | 08-31-05 | 01-04-06 | 49,087,455.25 | 49,684,600.00 | 597,144.75 | Short Term |
| US TSY BILL | .000 | 2-23-0625000,000 | 08-24-05 | 01-06-06 | 24,545,002.50 | 24,875,619.75 | 330,617.25 | Short Term |
| Sub Total Short Term | | | | | $147,264,910.25 | $149,109,034.25 | $1,844,124.00 | |
| Totals for closing transactions with cost data available | | | | | $147,264,910.25 | $149,109,034.25 | $1,844,124.00 | |
| Total Proceeds | | | | | | $149,109,034.25 | | |

| Summary | | Short Term | Long Term | Total |
|---|---|---|---|---|
| Unrealized gain | ..................... | $0.00 | $0.00 | $0.00 |
| Unrealized (loss) | ..................... | $0.00 | $0.00 | $0.00 |
| Realized gain YTD | .......... | $1,844,124.00 | $0.00 | $1,844,124.00 |
| Realized (loss) YTD | .......... | $0.00 | $0.00 | $0.00 |

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to
increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

MS 0000387

MSYSAB0000387