# EXHIBIT U



OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

BERNARD L. MADOFF

6 of 6

October 27, 2001
November 30, 2001

## Transaction Detail

037-72698 163
On File
October 26, 2001

**INVESTMENT ACTIVITY**

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/02/01 | 11/01/01 | BOUGHT | UNITED STATES TREASURY BILL DUE 02/28/2002 SPECIAL INSTRUCTIONS YIELD 1.56 % TO MATURITY GVER REF # G3050219 B1 | 912795HJ3 | 4,000,000 | 99.49850 | 3,979,940.00 | |
| 11/15/01 | 11/13/01 | BOUGHT | FEDERAL HOME LOAN BANK DUE 08/15/2003 04.125% FA 15 SPECIAL INSTRUCTIONS YIELD 2.47 % TO MATURITY GVER REF # G3170323 B1 | 3133MGV37 | 4,500,000 ACCR. INT. | 102.82130 | 4,626,958.50 46,406.25 | |
| TOTAL | | | | | | | $-8,653,304.75 | |

**INTEREST**

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE (%) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 11/01/01 | FEDERAL HOME LOAN BANK DUE 05/01/2002  6.750 REG INT  ON 100000000.00000 BND REC 10/31/01 PAY 11/01/01 | 3133MBER4 | | 6.7500 | | 3,375,000.00 |
| 11/15/01 | FEDERAL HOME LOAN BANK DUE 11/15/2002  6.375 REG INT  ON 150000000.00000 BND REC 11/14/01 PAY 11/15/01 IFM 11/08/00 F/C 11/15/01 | 3133MCHF5 | 50,000,000 | 6.3750 | | 4,781,250.00 |
| 11/21/01 | INTEREST ON CREDIT BALANCE AT 1 1/2% 11/06 THRU 11/20 | | | 1.5000 | | 47.03 |
| 11/21/01 | INTEREST ON CREDIT BALANCE AT 2.000% 10/21 THRU 11/05 | | | 2.0000 | | 619.26 |
| TOTAL | | | | | | $8,156,916.29 |

BSTSAC0000014



OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

October 1, 2005
October 31, 2005

## Transaction Detail

037-72698 163
On File
September 30, 2005

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10/03/05 | 10/03/05 | SOLD | FEDERAL HOME LOAN BANK DUE 02/15/2006 02.375% FA 15 UNRATED AND SPECULATIVE SPECIAL INSTRUCTIONS YIELD 4.454 % TO MATURITY GVER REF # G2762735 A1 | 3133MW2M2 | -42,000,000 | 99.24490 ACCR. INT. | | 41,682,858.00 133,000.00 |
| 10/28/05 | 10/27/05 | BOUGHT | UNITED STATES TREASURY BILL DUE 04/06/2006 UNSOLICITED SPECIAL INSTRUCTIONS YIELD 4.108 % TO MATURITY GVER REF # G3004645 A1 | 912795WW7 | 5,000,000 | 98.23111 | 4,911,555.56 | |
| 10/28/05 | | DELIVERED | UNITED STATES TREASURY BILL DUE 04/06/2006    0.000 DUE 04/06/06 03772698   REF # G301A001MO 0377269816 | 912795WW7 | -5,000,000 | | | |
| TOTAL | | | | | | | $-4,911,555.56 | $41,815,858.00 |

### DEPOSITS AND WITHDRAWALS

| DATE | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 10/03/05 | FND WIRED | MDA#CT834182 FNDS WIRED TO JPMORGAN CHASE BANK, NA AC140081703   C#218386 | 41,815,858.00 | |
| 10/27/05 | FUNDS REC | FNDS WIRED TO CITIBANK FROM BANK OF NEW YORK C0053003545101 | | 4,911,555.00 |
| TOTAL | | | $-41,815,858.00 | $4,911,555.00 |

027    11/01/05;08:34  001    V897

BSTSAC0000323