# EXHIBIT V

**PremiumServices**

**Investment Report**

February 1, 2000 - February 29, 2000

**Ultra Service Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL

**Holdings** (Symbol) as of February 29, 2000

| | Performance February 29, 2000 | Quantity February 29, 2000 | Price per Unit February 29, 2000 | Total Cost Basis | Total Value February 1, 2000 | Total Value February 29, 2000 |
|---|---|---|---|---|---|---|
| Total Market Value | | | | | | $421,307,947.22 |

*All positions held in cash account unless indicated otherwise.*

**Transaction Details**    (for holdings with activity this period)

**Core Account**    - *Fidelity NY Muni Money Mkt*

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| Beginning | | $14,948,730.89 | Core account income | 40,157.83 | |
| Investment Activity | | | Income | 6,848,437.50 | |
| Securities bought | -$119,934,829.00 | | Subtotal of Investment Activity | -$13,046,233.67 | |
| Securities sold | 100,000,000.00 | | Ending | | $1,902,497.22 |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per unit | Transaction amount |
|---|---|---|---|---|---|
| 2/ 15 | U S TREAS NTS DTD 02/15/1998 5.375% 02/15/2001 | Interest | | | $4,098,437.50 |
| 2/ 29 | FEDL FARM CREDIT BK CONS BD 7.17% 08/08/2002 | You bought Accrued interest: - $83,650.00 | 20,000,000.0000 | $100.36923 | -20,157,496.00 |
| 2/ 29 | FIDELITY NY MUNI MONEY MARKET | Dividend received | | | 40,157.83 |
| 2/ 29 | U S TREAS BILL DUE 03/16/2000 | You bought | 50,000,000.0000 | 99.77733 | -49,888,666.50 |
| 2/ 29 | U S TREAS BILL DUE 03/16/2000 | You bought | 50,000,000.0000 | 99.77733 | -49,888,666.50 |
| 2/ 29 | U S TREAS NTS DTD 02/28/98 5.50% 02/29/2000 REDEMPTION PAYOUT | Redeemed | | | 100,000,000.00 |
| 2/ 29 | U S TREAS NTS DTD 02/28/98 5.50% 02/29/2000 REDEMPTION PAYOUT | Redeemed | -90,000,000.0000 | | 0.00 |

FMR_SIPC_001532
FMRSAA0001532
Confidential Treatment Requested



**Investment Report**

July 1, 2001 - July 31, 2001

**Ultra Service Account**  X08-289043   BERNARD L MADOFF - INDIVIDUAL

## Transaction Details
### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 6/29 | VANGUARD SHORT TERM TREASURY | Reinvestment | 407.5770 | 10.37000 | -4,226.57 |
| 7/02 | DREYFUS US TREASURY INTERMEDIATE TERM CONF:007001367 + | You bought | 407,497.9630 | 12.27000 | -5,000,000.00 |
| 7/05 | FEDL HOME LOAN BANK DISC NOTES DUE 07/05/2001 REDEMPTION PAYOUT | Redeemed | | | 100,000,000.00 |
| 7/05 | FEDL HOME LOAN BANK DISC NOTES DUE 07/05/2001 REDEMPTION PAYOUT | Redeemed | -90,000,000.0000 | | 0.00 |
| 7/05 | FEDL HOME LOAN BANK DISC NOTES DUE 07/05/2001 REDEMPTION PAYOUT | Redeemed | -10,000,000.0000 | | 0.00 |
| 7/05 | FEDL HOME LN BK DISC NOTE ZERO CPN 08/23/2001 + | You bought | 50,000,000.0000 | 99.50455 | -49,752,277.50 |
| 7/05 | FEDL HOME LN BK DISC NOTE ZERO CPN 08/23/2001 + | You bought | 50,000,000.0000 | 99.50455 | -49,752,277.50 |
| 7/05 | FEDL HOME LN BK DISC NOTE ZERO CPN 08/23/2001 + | You bought | 50,000,000.0000 | 99.50455 | -49,752,277.50 |
| 7/05 | US TREAS BILL DUE 07/05/2001 REDEMPTION PAYOUT | Redeemed | -50,000,000.0000 | | 50,000,000.00 |
| 7/17 | VANGUARD SHORT TERM TREASURY CONF:01197BTGPV 0 + | You bought Transaction cost: -$250.00 | 33,653.8460 | 10.40000 | -350,250.00 |
| 7/31 | FIDELITY NY MUNI MONEY MARKET | Dividend received | | | 2,463.15 |

+ Prospectus sent under separate cover.

0001    REDACTED    Page 3 of 4

FMR_SIPC_114476
CONFIDENTIAL TREATMENT REQUESTED
FMRSAA0114476