# EXHIBIT W

The Chase Manhattan Bank  **Statement of Account**

in US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 DEC 2001 |
| Statement End Date: | 31 DEC 2001 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |

Page 14 of 48

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 07DEC | 07DEC | USD | | YOUR: JODI  OUR: REDACTED | 600,000.00 | | FEDWIRE DEBIT VIA: PNCBANK PHIL /REDACTED REDACTED REF: SWEIDEL/TIME/09:37 IMAD: REDACTED |
| 07DEC | 07DEC | USD | | YOUR: CDS FUNDING  OUR: REDACTED | 1,631,669.00 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK SYRACUSE NY 13206- REF: /TIME/11:00 FEDBK |
| 07DEC | | USD | | OUR: REDACTED | 15,000,000.00 | | PURH OF/SALE OF JPMORGAN CHASE CP REF: PURCHASE OF  CHEMICAL C.P. TICKET # 001633 |
| 07DEC | | USD | | YOUR: REDACTED  OUR: | 20,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO ESTABLISH YOUR DEPOSIT FR 0 11207 TO 011210 RATE 1.8125 |
| 07DEC | | USD | | OUR: REDACTED | 35,000,000.00 | | DEBIT MEMORANDUM REF: PURCHASE OF TICKET # 001502 |
| 07DEC | | USD | | | 82,145,900.00 | | CHECK PAID #  13585 |
| 07DEC | | USD | | | 84,088,600.00 | | CHECK PAID #  13586 |
| 07DEC | | | | | **** Balance **** | 10,347,011.85 | CLOSING LEDGER BALANCE |
| 07DEC | | | | | **** Balance **** | 8,768,201.85 | CLOSING COLLECTED BALANCE |
| 10DEC | | USD | | OUR: REDACTED | | 2,187.82 | INTEREST REF: INTEREST  COMMERCIAL PA PER  TICKET # 001633 |
| 10DEC | | USD | | OUR: | | 11,375.00 | INTEREST REF: INTEREST TICKET # 001398 |
| 10DEC | 10DEC | USD | | YOUR: O/B CITIBANK NYC  OUR: REDACTED | | 40,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: REDACTED MELVILLE NY 117472334 USA REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=CSP INVESTMENT ASSOCIA TES LLC/AC-1-CM348-3-0 RFB=O/B CITI IMAD: 1210B1Q8022C004300 |
| 10DEC | 10DEC | USD | | YOUR: O/B CITIBANK NYC  OUR: REDACTED | | 300,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: RABB PARTNERS |

18Dec08-372
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372
18-Dec-08
JPMSAB0000014

18Dec08-344



JPMorgan Chase Bank, N.A.

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

In US Dollars
Account No:         140-081703
Statement Start Date:  01 MAR 2007
Statement End Date:   30 MAR 2007
Statement Code:       000-USA-11
Statement No:         003
Page 27 of 64

| Ledger Date | Adj Ledger Date | Value Date | F | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | A/C: REDACTED REF: TELEBEN SSN: REDACTED BOOK TRANSFER DEBIT A/C: REDACTED |
| 13MAR | 13MAR | USD | | YOUR: CAP OF 07/03/13 OUR: 0988800072J0 | 1,991,688.15 | | |
| 13MAR | 13MAR | USD | | YOUR: CAP OF 07/03/13 OUR: 1137700072J0 | 3,246,626.00 | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 REF: REF: CDS FUNDING |
| 13MAR | | USD | | YOUR: 31Y9998666072 OUR: 0724004999ZE | 7,020,159.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. CPSWP031307 |
| 13MAR | | USD | | OUR: 0000066703ST | 24,682,250.00 | | PURCHASE OF SECURITIES GIS REF: T307072A9P7 CUSTODY ACT: G 13414    PURC TD: 03/13/07   SETTLE DATE: 03/13/07 BKR:   NATIONAL FINL SVCS CORP UNITS:   25,000,000.00 CUSIP NO: 912795ZL8 UNITED STATES TREASURY BILLS UNITED |
| 13MAR | | USD | | YOUR: ND0423795603130701 OUR: 0707200575AN | 320,000,000.00 | | JPMORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR O 70313 TO 070314 RATE 5.1407 |
| 13MAR | 13MAR | USD | | YOUR: M042328221366828 OUR: 3002400072JK | 560,000,000.00 | | BOOK TRANSFER DEBIT A/C: D323522645 REDACTED ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 |
| 13MAR 13MAR | | | | | **** Balance **** **** Balance **** | 1,118,416.31 .31 | CLOSING LEDGER BALANCE CLOSING COLLECTED BALANCE |
| 14MAR | | USD | | YOUR: 31Y9973080073 OUR: 0731003080XP | | 910.67 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $7,020,159.00 AT AIP RATE=04.67% FOR AIP INVESTMENT DATED 03/13/07 AIP REFERENCE=CPSWP031307 EFFECTIVE YIELD=04.78%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003731



**Priced Positions with Equivalent Currency**
Summary
As Of: 03-Apr-2008

Page 2 of 3

REDACTED

**Custody**
**Account:** REDACTED **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

Priced Positions with Equivalent Currency

| Security ID ISIN | Security Name<br>Coupon Rate Maturity Date Pool Number | Settled Units<br>Total Units | Settled Market Value (Local)<br>Total Market Value (Local)<br>Market Price<br>Price Date | | Settled Market Value (Base)<br>Total Market Value (Base)<br>Exchange Rate (Base)<br>Exchange Rate Date (Base) | | Settled Market Value (Equivalent)<br>Total Market Value (Equivalent)<br>Exchange Rate (Equivalent)<br>Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/APR/2008<br>17-Apr-2008 | 300,000,000.000<br>300,000,000.000 | 299,856,000.00<br>299,856,000.00<br>99.952000<br>03-Apr-2008 | USD<br><br>USD | 299,856,000.00<br>299,856,000.00<br>1.000000<br>03-Apr-2008 | USD<br>USD | 299,856,000.00<br>299,856,000.00<br>1.000000<br>03-Apr-2008 | USD<br>USD |
| | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD<br>08-May-2008 | 200,000,000.000<br>200,000,000.000 | 199,710,000.00<br>199,710,000.00<br>99.855000<br>03-Apr-2008 | USD<br><br>USD | 199,710,000.00<br>199,710,000.00<br>1.000000<br>03-Apr-2008 | USD<br>USD | 199,710,000.00<br>199,710,000.00<br>1.000000<br>03-Apr-2008 | USD<br>USD |

| | Settled Units Market Value:<br>Total Units Market Value: | 2,894,936,000.00<br>2,794,905,000.00 | USD<br>USD | 2,894,936,000.00<br>2,794,905,000.00 | USD<br>USD |
|---|---|---|---|---|---|

| Cash Account | Cash Account Name | Cash Balance (Local) | | Cash Balance (Base)<br>Exchange Rate (Base)<br>Exchange Rate Date (Base) | | Cash Balance (Equivalent)<br>Exchange Rate (Equivalent)<br>Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| REDACTED | US DOLLAR DDA | 32,614,162.66 | USD | 32,614,162.66<br>1.000000<br>03-Apr-2008 | USD | 32,614,162.66<br>1.000000<br>03-Apr-2008 | USD |

| | Cash Balance Totals: | 32,614,162.66 | USD | 32,614,162.66 | USD |
|---|---|---|---|---|---|

| | Settled Units Market Value (Assets And Cash):<br>Total Units Market Value (Assets And Cash): | 2,927,550,162.66<br>2,827,519,162.66 | USD<br>USD | 2,927,550,162.66<br>2,827,519,162.66 | USD<br>USD |
|---|---|---|---|---|---|

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

REDACTED

04-Apr-2008 10:12:44




**JPMorganChase**

November 01, 2008 - November 28, 2008

Page 21 of 48

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 11/12 | | SALE OF SECURITIES GIS REF: T308317B1PW CUSTODY ACT: G 13414 SALE TD: 11/12/08 SETTLE DATE: 11/12/08 BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795K83 UNITED STATES TREASURY BILLS UNITED TRN: 0000093550ST | | $49,954,138.89 |
| 11/12 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP111008 . TRN: 3152003212XN YOUR REF: 31Y9996801315 | | $9,064,855.00 |
| 11/12 | | FED WIRE CREDIT VIA: THE BANK OF NEW YORK MELLON/021000018 B/O: BERNARD L MADOFF ATTN REDACTED REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK OF NYC BBI=/BNF/AZD474039/TIME/13:28 IMAD: 1112B1Q8153C007408 TRN: 4131609317FF YOUR REF: O/B BK OF NYC | | $99,500,000.00 |
| 11/12 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: REDACTED REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC BBI=/TIME/10:18 IMAD: 1112B1Q8021C005301 TRN: 2073609317FF YOUR REF: O/B CITIBANK NYC | | $5,000,000.00 |
| 11/12 | | BOOK TRANSFER CREDIT B/O: REDACTED REF: FBO REDACTED 1-CM135-3-0/BNF/FBO REDACTED REDACTED TRN: 0119400317ES YOUR REF: BPL OF 08/11/12 | | $500,000.00 |
| 11/12 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: REDACTED 12/16 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=REDACTED RFB=O/B MELLON BANK BBI=/IMAD: 1112B1B7TQ1C001470 TRN: 1192009317FF YOUR REF: O/B MELLON BANK | | $150,000.00 |

**J.P.Morgan**

## All Trade Activity
### Summary by Trade Date
From: 01-Nov-2008  To: 30-Nov-2008

Custody                                                                                                                All Trade Activity

**Account: G 13414** BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name | | | Transaction Category Transaction Type | | | Trade Date Contractual S/D | Units Current Face | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| | Coupon Rate | Maturity Date | Pool Number | Transaction Status Broker | Age (Days) | Transaction Number | Actual S/D Autosettle Date | | |

Trade Date: 12-Nov-2008  CCY: USD

Transaction Category: SALE    Transaction Status: SETTLED

| 912795K67 US912795K677 | UNITED STATES TREAS BILL 0% TB 05/MAR/2009 USD1000 | | | SALE DELIVER VS PAYMENT | | | 12-Nov-2008 12-Nov-2008 | 50,000,000.000 | USD  49,967,041.67 |
| | | 05-Mar-2009 | | SETTLED NATIONAL FINL SVCS CORP | | T308317B1MN | 12-Nov-2008 | | |

**Account Number:** REDACTED
**Account Name:** MADOFF
**Statement Date:** 11/01/2008 to 11/30/2008

**J.P.Morgan**

### Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 11/12/08 | DVP | RECEIVED VS PAYMENT | UNITED STATES TREAS BILLS 0.00000% 03/12/2009 DT | 50,000,000 | ($49,958,333.33) | | |
| 11/12/08 | DVP | RECEIVED VS PAYMENT | UNITED STATES TREAS BILLS 0.00000% 03/19/2009 DT | 50,000,000 | ($49,954,138.89) | | |
| 11/12/08 | DVP | RECEIVED VS PAYMENT | UNITED STATES TREAS BILLS 0.00000% 03/19/2009 DT | 50,000,000 | ($49,954,138.89) | | |

**Net Other Additions and Withdrawals** ($2,296,841,861.12)

**NET ADDITIONS AND WITHDRAWALS** ($2,296,841,861.12)

### EQUITY RESEARCH RATINGS

Independent, third party research is available for 18 months after J.P. Morgan Securities Inc. terminates coverage. Clients can access this research at www.jpmorganonline.com or can call their JPMorgan representative at their toll free number to request that a copy of this research be sent to them. Equity Research Ratings for any company where JPMSI has terminated coverage are not included in this section. For third party ratings systems, see specific third party research at www.jpmorganonline.com.

### MESSAGES

Important Information Regarding Auction Rate Securities, ARS. ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements. Accordingly, investors should not rely on pricing information appearing in their statements with respect to ARS.

### FOOTNOTES AND COST BASIS INFORMATION

NFS-provided estimated cost basis (including cost basis and short sale proceeds information provided to NFS by customers), realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. NFS does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other securities. Customers should consult their tax advisors for further information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.



**Confidential Treatment Requested**

FMR_SIPC_001498
FMRSAA0001498