# EXHIBIT Z

```
  5,750  3/31/1986
CITY NORFOLK VA GO           350000                         389,487.00                              108,315.00CR
  YIELD 7.0
CITY NORFOLK VA GO           150000                         289,125.00
  YIELD 7.8
 10.000 10/01/1992                                                                                  554,610.00
OVERSEAS SHIPHOLDING GROUP      500
PAN AMERICAN WORLD AIRWAYS INC 4000
REGAL INTL INC                 1080
ROBOTIC VISION SYS INC        10000
TEXAS INTL CO                  2160
U S TREASURY BILLS           180000                                         175,638.00              175,638.00CR
       6/27/1985

                    END OF POSITIONS                        554,610.00      377,163.64              554,610.00
```

```
4/30/85  NATIONAL WESTMINSTER BANK USA                      2-90000-3-0      1
         160 BROADWAY
         NEW YORK           NY

          0000000000

T/DT   S/DT   LONG    SHORT                                          DEBIT               CREDIT
                            BALANCE FORWARD                                      31,547,256.23

3/25  4/01  12000           10 DATA GENERAL CORP          42          504,000.00
3/26  4/02  30000            5 DATA GENERAL CORP          43         1290,000.00
3/26  4/02   9000            7 DATA GENERAL CORP          42 1/4      380,250.00
3/26  4/02           6273   20 SUN INC                   102                            639,846.00
                               PFD CONV $2.25
3/26  4/02  44000           27 SEARLE G D & CO            46 3/4     2057,000.00
3/26  4/02   7750           32 WESTINGHOUSE ELEC CORP     29 1/2      228,625.00
3/26  4/02  44500           33 WESTINGHOUSE ELEC CORP     29 1/2     1312,750.00
3/26  4/02  13200           34 WESTINGHOUSE ELEC CORP     29 1/2      389,400.00
4/02  4/02   8493              MARTIN MARIETTA CORP       RECD
                               PFD CONV EXCHANGEABLE $4.875
4/02  4/02           2539      MARTIN MARIETTA CORP       DELV
4/02  4/02          10200      MARTIN MARIETTA CORP       DELV
3/29  4/08   1900            4 SEARS ROEBUCK & CO         34 3/4       66,025.00
3/29  4/08    585           21 SUN INC                    50           29,250.00
3/29  4/08          12500   22 SUN INC                    50 1/8      626,562.50
4/01  4/09           2200    3 GENERAL MOTORS CORP        73 3/4                        162,250.00
4/01  4/09           2200    4 GENERAL MOTORS CORP        73 3/4                        162,250.00
4/01  4/09           4500    5 SEARS ROEBUCK & CO         34 3/4                        156,375.00
4/01  4/09           4500    6 SEARS ROEBUCK & CO         34 3/4                        156,375.00
4/01  4/09           1700    7 PHILIP MORRIS INC          93 7/8                        159,587.50
4/01  4/09           1700    8 PHILIP MORRIS INC          93 7/8                        159,587.50
4/01  4/09           3400    9 WAL-MART STORES INC        45 1/8                        153,425.00
4/01  4/09           3400   10 WAL-MART STORES INC        45 1/8                        153,425.00
4/02  4/10   4500            1 SEARS ROEBUCK & CO         34 3/4      156,375.00
4/02  4/10   4500            2 SEARS ROEBUCK & CO         34 3/4      156,375.00
4/08  4/15           4500    3 SEARS ROEBUCK & CO         33 3/4                        151,875.00
4/08  4/15           4500    4 SEARS ROEBUCK & CO         33 3/4                        151,875.00
4/08  4/15           7165    4 CHRYSLER CORP              35                            250,775.00
4/08  4/15           2700    5 SEARS ROEBUCK & CO         33 1/2                         90,450.00
4/08  4/15          15550    5 ATLANTIC RICHFIELD CO      49 1/8                        763,893.75
4/08  4/15           1200    6 GENERAL MOTORS CORP        72 7/8                         87,450.00
4/08  4/15           1000    7 PHILIP MORRIS INC          93 1/2                         93,500.00
4/08  4/15            700    8 CHRYSLER CORP              35                             24,500.00
4/08  4/15           1400   12 PHILIP MORRIS INC          93 1/2                        130,900.00
4/08  4/15           1800   13 GENERAL MOTORS CORP        72 7/8                        131,175.00
4/08  4/15           4000   14 SEARS ROEBUCK & CO         33 1/2                        134,000.00
4/15  4/15           5700      ASSOCIATED DRY GOODS       DELV
4/15  4/15   6360              ASSOCIATED DRY GOODS CORP  RECD
                               PFD SER A CONV $4.75
4/15  4/15           4476      ASSOCIATED DRY GOODS       DELV

                     CONTINUED ON PAGE    2
```

CONTINUED ON PAGE    2

```
4/30/85  NATIONAL WESTMINSTER BANK USA                      2-90000-3-0      2
         160 BROADWAY
         NEW YORK           NY

          0000000000

4/09  4/16           4354    1 INTERCO INC               132 1/2                        576,905.00
                               PFD SER D CONV $7.75
4/09  4/16           3459    1 CHUBB CORP                 57 3/4                        199,237.50
4/10  4/17           1980    1 INTERNATIONAL BUSINESS MACHS 126 1/8                     249,727.50
4/10  4/17           3300    1 MCDONALDS CORP             60 1/4                        198,825.00
4/10  4/17   1300            1 INTERNATIONAL BUSINESS MACHS 126         163,900.00
4/10  4/17           6200    2 AMR CORP                   40 1/4                        249,550.00
4/10  4/17           3300    2 GENERAL ELECTRIC CO        59 1/8                        195,112.50
4/10  4/17   1200            2 INTERNATIONAL BUSINESS MACHS 126        151,200.00
4/10  4/17           3300    3 GENERAL ELECTRIC CO        59 1/8                        195,112.50
4/10  4/17           5680    3 XEROX CORP                 44                            249,920.00
4/10  4/17           3300    4 MCDONALDS CORP             60 1/4                        198,825.00
4/10  4/17            200    5 INTERNATIONAL BUSINESS MACHS 126 1/8                      25,225.00
4/10  4/17            620    6 AMR CORP                   40 1/4                         24,955.00
4/10  4/17            570    7 XEROX CORP                 44                             25,080.00
4/11  4/18           2500    1 TEXAS INSTRS INC          113 1/2                        283,750.00
4/11  4/18   4513            2 INTERCO INC                62 3/4      283,190.75
4/11  4/18    700            2 TEXAS INSTRS INC          113 1/2       79,450.00
4/11  4/18           4800    2 CHUBB CORP                 59                            283,200.00
4/11  4/18   4900            3 INTERCO INC                62 7/8      308,087.50
4/11  4/18           6200    3 GENERAL MOTORS CORP        73                            598,500.00
4/11  4/18   1400            3 TEXAS INSTRS INC          113 1/2      158,900.00
4/11  4/18           1350    3 CHUBB CORP                 59                             79,650.00
4/11  4/18           6300    4 PHILIP MORRIS INC          93                            585,900.00
4/11  4/18   1225            4 TEXAS INSTRS INC          113 1/2      139,037.50
4/11  4/18           2930    4 CHUBB CORP                 59                            172,870.00
4/11  4/18          18000    5 SEARS ROEBUCK & CO         33                            594,000.00
```

MF00965244

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/01 | 4/09 | | 2200 | 3 GENERAL MOTORS CORP | 73 | 3/4 | 162,250.00 |
| 4/01 | 4/09 | | 2200 | 4 GENERAL MOTORS CORP | 73 | 3/4 | 162,250.00 |
| 4/01 | 4/09 | | 1700 | 7 PHILIP MORRIS INC | 93 | 3/4 | 159,587.50 |
| 4/01 | 4/09 | | 1700 | 8 PHILIP MORRIS INC | 93 | 3/4 | 159,587.50 |
| 4/01 | 4/09 | | 3400 | 9 WAL-MART STORES INC | 45 | 1/8 | 153,425.00 |
| 4/01 | 4/09 | | 3400 | 10 WAL-MART STORES INC | 45 | 1/8 | 153,425.00 |
| 4/02 | 4/10 | 4500 | | 1 SEARS ROEBUCK & CO | 34 | 3/4 | 156,375.00 |
| 4/02 | 4/10 | 4500 | | 2 SEARS ROEBUCK & CO | 34 | 3/4 | 156,375.00 |
| 4/08 | 4/15 | | 4500 | 3 SEARS ROEBUCK & CO | 33 | 3/4 | 151,875.00 |
| 4/08 | 4/15 | | 4500 | 4 SEARS ROEBUCK & CO | 33 | 3/4 | 151,875.00 |
| 4/08 | 4/15 | | 7155 | 4 CHRYSLER CORP | 35 | | 250,775.00 |
| 4/08 | 4/15 | | 2700 | 5 SEARS ROEBUCK & CO | 33 | 1/2 | 90,450.00 |
| 4/08 | 4/15 | | 15550 | 5 ATLANTIC RICHFIELD CO | 49 | 1/8 | 763,893.75 |
| 4/08 | 4/15 | | 1200 | 6 GENERAL MOTORS CORP | 72 | 7/8 | 87,450.00 |
| 4/08 | 4/15 | | 1000 | 7 PHILIP MORRIS INC | 93 | 1/2 | 93,500.00 |
| 4/08 | 4/15 | | 700 | 8 CHRYSLER CORP | 35 | | 24,500.00 |
| 4/08 | 4/15 | | 1400 | 12 PHILIP MORRIS INC | 93 | 1/2 | 130,900.00 |
| 4/08 | 4/15 | | 1800 | 13 GENERAL MOTORS CORP | 72 | 7/8 | 131,175.00 |
| 4/08 | 4/15 | | 4000 | 14 SEARS ROEBUCK & CO | 33 | 1/2 | 134,000.00 |
| 4/15 | 4/15 | | 5700 | ASSOCIATED DRY GOODS | DELV | | |
| 4/15 | 4/15 | | 6360 | ASSOCIATED DRY GOODS CORP PFD SER A CONV $4.75 | RECD | | |
| 4/15 | 4/15 | | 4476 | ASSOCIATED DRY GOODS | DELV | | |

CONTINUED ON PAGE   2

4/30/85    NATIONAL WESTMINSTER BANK USA                           2-90000-3-0           2
           150 BROADWAY
           NEW YORK            NY

0000000000

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/09 | 4/16 | | 4354 | 1 INTERCO INC PFD SER D CONV $7.75 | 132 | 1/2 | 576,905.00 |
| 4/09 | 4/16 | | 3450 | 1 CHUBB CORP | 57 | 3/4 | 199,237.50 |
| 4/10 | 4/17 | | 1980 | 1 INTERNATIONAL BUSINESS MACHS | 126 | 1/8 | 249,727.50 |
| 4/10 | 4/17 | | 3300 | 1 MCDONALDS CORP | 60 | 1/4 | 198,825.00 |
| 4/10 | 4/17 | 1300 | | 1 INTERNATIONAL BUSINESS MACHS | 126 | | 163,800.00 |
| 4/10 | 4/17 | | 6200 | 2 AMR CORP | 40 | 1/4 | 249,550.00 |
| 4/10 | 4/17 | | 3300 | 2 GENERAL ELECTRIC CO | 59 | 1/8 | 195,112.50 |
| 4/10 | 4/17 | 1200 | | 2 INTERNATIONAL BUSINESS MACHS | 126 | | 151,200.00 |
| 4/10 | 4/17 | | 3300 | 3 GENERAL ELECTRIC CO | 59 | 1/8 | 195,112.50 |
| 4/10 | 4/17 | | 5680 | 3 XEROX CORP | 44 | | 249,920.00 |
| 4/10 | 4/17 | | 3300 | 4 MCDONALDS CORP | 60 | 1/4 | 198,825.00 |
| 4/10 | 4/17 | | 200 | 5 INTERNATIONAL BUSINESS MACHS | 126 | 1/8 | 25,225.00 |
| 4/10 | 4/17 | | 620 | 6 AMR CORP | 40 | 1/4 | 24,955.00 |
| 4/10 | 4/17 | | 570 | 7 XEROX CORP | 44 | | 25,080.00 |
| 4/11 | 4/18 | 2500 | | 1 TEXAS INSTRS INC | 113 | 1/2 | 283,750.00 |
| 4/11 | 4/18 | 4513 | | 2 INTERCO INC | 62 | 3/4 | 283,190.75 |
| 4/11 | 4/18 | 700 | | 2 TEXAS INSTRS INC | 113 | 1/2 | 79,450.00 |
| 4/11 | 4/18 | | 4800 | 2 CHUBB CORP | 59 | | 283,200.00 |
| 4/11 | 4/18 | 4900 | | 3 INTERCO INC | 62 | 7/8 | 308,087.50 |
| 4/11 | 4/18 | | 8200 | 3 GENERAL MOTORS CORP | 73 | | 598,500.00 |
| 4/11 | 4/18 | 1400 | | 3 TEXAS INSTRS INC | 113 | 1/2 | 158,900.00 |
| 4/11 | 4/18 | | 1350 | 3 CHUBB CORP | 59 | | 79,650.00 |
| 4/11 | 4/18 | | 6300 | 4 PHILIP MORRIS INC | 93 | | 585,900.00 |
| 4/11 | 4/18 | 1225 | | 4 TEXAS INSTRS INC | 113 | 1/2 | 139,037.50 |
| 4/11 | 4/18 | | 2930 | 4 CHUBB CORP | 59 | | 172,870.00 |
| 4/11 | 4/18 | | 18000 | 5 SEARS ROEBUCK & CO | 33 | | 594,000.00 |
| 4/11 | 4/18 | 1000 | | 5 TEXAS INSTRS INC | 113 | 1/2 | 113,500.00 |
| 4/11 | 4/18 | 700 | | 5 TEXAS INSTRS INC | 113 | 7/8 | 79,712.50 |
| 4/11 | 4/18 | | 14100 | 6 WAL-MART STORES INC | 44 | 7/8 | 632,737.50 |
| 4/11 | 4/18 | 53 | | 6 TEXAS INSTRS INC | 113 | 1/2 | 6,015.50 |
| 4/11 | 4/18 | | 10100 | 7 GENERAL ELECTRIC CO | 59 | 3/4 | 603,475.00 |
| 4/11 | 4/18 | 90 | | 7 TEXAS INSTRS INC | 113 | 1/2 | 10,215.00 |
| 4/11 | 4/18 | | 10200 | 8 MCDONALDS CORP | 59 | 7/8 | 610,725.00 |
| 4/11 | 4/18 | 23 | | 8 TEXAS INSTRS INC | 113 | 1/2 | 2,610.50 |
| 4/11 | 4/18 | 44 | | 9 TEXAS INSTRS INC | 113 | 1/2 | 4,994.00 |
| 4/11 | 4/18 | 19 | | 10 TEXAS INSTRS INC | 113 | 1/2 | 2,156.50 |
| 4/11 | 4/18 | 25 | | 11 TEXAS INSTRS INC | 113 | 1/2 | 2,837.50 |
| 4/11 | 4/18 | 58 | | 12 TEXAS INSTRS INC | 113 | 1/2 | 6,583.00 |
| 4/11 | 4/18 | 4400 | | 13 TEXAS INSTRS INC | 113 | 1/2 | 499,400.00 |
| 4/11 | 4/18 | 3050 | | 14 TEXAS INSTRS INC | 113 | 1/2 | 346,175.00 |
| 4/11 | 4/18 | 4000 | | 15 TEXAS INSTRS INC | 113 | 1/2 | 454,000.00 |
| 4/11 | 4/18 | 4400 | | 16 TEXAS INSTRS INC | 113 | 1/2 | 499,400.00 |
| 4/11 | 4/18 | 4800 | | 17 TEXAS INSTRS INC | 113 | 1/2 | 544,800.00 |
| 4/11 | 4/18 | 4000 | | 18 TEXAS INSTRS INC | 113 | 1/2 | 454,000.00 |

CONTINUED ON PAGE   3

4/30/85    NATIONAL WESTMINSTER BANK USA                           2-90000-3-0           3
           150 BROADWAY
           NEW YORK            NY

0000000000

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/11 | 4/18 | 2000 | | 19 TEXAS INSTRS INC | 113 | 1/2 | 227,000.00 |
| 4/11 | 4/18 | 2200 | | 20 TEXAS INSTRS INC | 113 | 1/2 | 249,700.00 |
| 4/11 | 4/18 | 2000 | | 21 TEXAS INSTRS INC | 113 | 1/2 | 227,000.00 |
| 4/11 | 4/18 | 3050 | | 22 TEXAS INSTRS INC | 113 | 1/2 | 346,175.00 |
| 4/11 | 4/18 | 2400 | | 23 TEXAS INSTRS INC | 113 | 1/2 | 272,400.00 |
| 4/11 | 4/18 | 4400 | | 24 TEXAS INSTRS INC | 113 | 1/2 | 499,400.00 |
| 4/11 | 4/18 | 4900 | | 25 TEXAS INSTRS INC | 113 | 1/2 | 556,150.00 |
| 4/11 | 4/18 | 5700 | | 26 TEXAS INSTRS INC | 113 | 1/2 | 646,950.00 |
| 4/11 | 4/18 | 6700 | | 27 TEXAS INSTRS INC | 113 | 1/2 | 760,450.00 |
| 4/11 | 4/18 | 2350 | | 28 TEXAS INSTRS INC | 113 | 1/2 | 266,725.00 |
| 4/11 | 4/18 | 4400 | | 29 TEXAS INSTRS INC | 113 | 1/2 | 499,400.00 |
| 4/11 | 4/18 | 4900 | | 30 TEXAS INSTRS INC | 113 | 1/2 | 556,150.00 |
| 4/11 | 4/18 | 4100 | | 31 TEXAS INSTRS INC | 113 | 1/2 | 465,350.00 |
| 4/11 | 4/18 | 10500 | | 32 TEXAS INSTRS INC | 113 | 1/2 | 1,191,750.00 |
| 4/11 | 4/18 | 4000 | | 33 TEXAS INSTRS INC | 113 | 1/2 | 454,000.00 |
| 4/11 | 4/18 | 6500 | | 34 TEXAS INSTRS INC | 113 | 1/2 | 737,750.00 |
| 4/11 | 4/18 | 4100 | | 35 TEXAS INSTRS INC | 113 | 1/2 | 465,350.00 |
| 4/11 | 4/18 | 450 | | 35 TEXAS INSTRS INC | 113 | 1/2 | 51,075.00 |
| 4/11 | 4/18 | | 9080 | 36 CHUBB CORP | 59 | 3/8 | 539,125.00 |
| 4/11 | 4/18 | 6700 | | 37 TEXAS INSTRS INC | 113 | 1/2 | 760,450.00 |
| 4/11 | 4/18 | | 10000 | 37 ATLANTIC RICHFIELD CO | 48 | 1/2 | 485,000.00 |
| 4/11 | 4/18 | 1800 | | 38 TEXAS INSTRS INC | 113 | 1/2 | 204,300.00 |
| 4/11 | 4/18 | 15095 | | 39 TEXAS INSTRS INC | 113 | 1/2 | 1,713,282.50 |
| 4/11 | 4/18 | | 15700 | 45 ATLANTIC RICHFIELD CO | 48 | 1/2 | 761,450.00 |
| 4/11 | 4/18 | | 18200 | 50 CHUBB CORP | 59 | 3/8 | 1,080,625.00 |
| 4/11 | 4/18 | | 20000 | 61 ATLANTIC RICHFIELD CO | 48 | 1/2 | 970,000.00 |
| 4/12 | 4/19 | 1400 | | 3 DIGITAL EQUIP CORP | 107 | | 149,800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/11 | 4/18 | 4900 | | 3 INTERCO INC | 52 7/8 | | |
| 4/11 | 4/18 | | 6200 | 3 GENERAL MOTORS CORP | 73 | | 598,500.00 |
| 4/11 | 4/18 | 1400 | | 3 PHILIP MORRIS INC | 113 1/2 | 156,900.00 | |
| 4/11 | 4/18 | 1225 | | 4 TEXAS INSTRS INC | 113 1/2 | 139,037.50 | |
| 4/11 | 4/18 | | 2930 | 4 CHUBB CORP | | | 172,870.00 |
| 4/11 | 4/18 | | 18000 | 5 SEARS ROEBUCK & CO | 33 | | 594,000.00 |
| 4/11 | 4/18 | 1000 | | 5 TEXAS INSTRS INC | 113 1/2 | 113,500.00 | |
| 4/11 | 4/18 | 700 | | 5 TEXAS INSTRS INC | 113 7/8 | 79,712.50 | |
| 4/11 | 4/18 | | 14100 | 6 WAL-MART STORES INC | 44 7/8 | | 632,737.50 |
| 4/11 | 4/18 | 53 | | 6 TEXAS INSTRS INC | 113 1/2 | 6,015.50 | |
| 4/11 | 4/18 | | 10100 | 7 GENERAL ELECTRIC CO | 59 3/4 | | 603,475.00 |
| 4/11 | 4/18 | 90 | | 7 TEXAS INSTRS INC | 113 1/2 | 10,215.00 | |
| 4/11 | 4/18 | | 10200 | 8 MCDONALDS CORP | 59 7/8 | | 610,725.00 |
| 4/11 | 4/18 | 23 | | 9 TEXAS INSTRS INC | 113 1/2 | 2,610.50 | |
| 4/11 | 4/18 | 44 | | 9 TEXAS INSTRS INC | 113 1/2 | 4,994.00 | |
| 4/11 | 4/18 | 19 | | 10 TEXAS INSTRS INC | 113 1/2 | 2,156.50 | |
| 4/11 | 4/18 | 25 | | 11 TEXAS INSTRS INC | 113 1/2 | 2,837.50 | |
| 4/11 | 4/18 | 58 | | 12 TEXAS INSTRS INC | 113 1/2 | 6,583.00 | |
| 4/11 | 4/18 | 4400 | | 13 TEXAS INSTRS INC | 113 1/2 | 499,400.00 | |
| 4/11 | 4/18 | 3050 | | 14 TEXAS INSTRS INC | 113 1/2 | 346,175.00 | |
| 4/11 | 4/18 | 4000 | | 15 TEXAS INSTRS INC | 113 1/2 | 454,000.00 | |
| 4/11 | 4/18 | 4400 | | 16 TEXAS INSTRS INC | 113 1/2 | 499,400.00 | |
| 4/11 | 4/18 | 4800 | | 17 TEXAS INSTRS INC | 113 1/2 | 544,800.00 | |
| 4/11 | 4/18 | 4000 | | 18 TEXAS INSTRS INC | 113 1/2 | 454,000.00 | |

CONTINUED ON PAGE   3

4/30/85   NATIONAL WESTMINSTER BANK USA                    2-90000-3-0             3
          150 BROADWAY
          NEW YORK          NY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/11 | 4/18 | 2000 | | 19 TEXAS INSTRS INC | 113 1/2 | 227,000.00 | |
| 4/11 | 4/18 | 2200 | | 20 TEXAS INSTRS INC | 113 1/2 | 249,700.00 | |
| 4/11 | 4/18 | 2000 | | 21 TEXAS INSTRS INC | 113 1/2 | 227,000.00 | |
| 4/11 | 4/18 | 3050 | | 22 TEXAS INSTRS INC | 113 1/2 | 346,175.00 | |
| 4/11 | 4/18 | 2400 | | 23 TEXAS INSTRS INC | 113 1/2 | 272,400.00 | |
| 4/11 | 4/18 | 4400 | | 24 TEXAS INSTRS INC | 113 1/2 | 499,400.00 | |
| 4/11 | 4/18 | 4900 | | 25 TEXAS INSTRS INC | 113 1/2 | 556,150.00 | |
| 4/11 | 4/18 | 5700 | | 26 TEXAS INSTRS INC | 113 1/2 | 646,950.00 | |
| 4/11 | 4/18 | 6700 | | 27 TEXAS INSTRS INC | 113 1/2 | 760,450.00 | |
| 4/11 | 4/18 | 2350 | | 28 TEXAS INSTRS INC | 113 1/2 | 266,725.00 | |
| 4/11 | 4/18 | 4400 | | 29 TEXAS INSTRS INC | 113 1/2 | 499,400.00 | |
| 4/11 | 4/18 | 4900 | | 30 TEXAS INSTRS INC | 113 1/2 | 556,150.00 | |
| 4/11 | 4/18 | 4100 | | 31 TEXAS INSTRS INC | 113 1/2 | 465,350.00 | |
| 4/11 | 4/18 | 10500 | | 32 TEXAS INSTRS INC | 113 1/2 | 1191,750.00 | |
| 4/11 | 4/18 | 4000 | | 33 TEXAS INSTRS INC | 113 1/2 | 454,000.00 | |
| 4/11 | 4/18 | 6500 | | 34 TEXAS INSTRS INC | 113 1/2 | 737,750.00 | |
| 4/11 | 4/18 | 4100 | | 35 TEXAS INSTRS INC | 113 1/2 | 465,350.00 | |
| 4/11 | 4/18 | 450 | | 36 TEXAS INSTRS INC | 113 1/2 | 51,075.00 | |
| 4/11 | 4/18 | | 9080 | 36 CHUBB CORP | 59 3/8 | | 539,125.00 |
| 4/11 | 4/18 | 6700 | | 37 TEXAS INSTRS INC | 113 1/2 | 760,450.00 | |
| 4/11 | 4/18 | | 10000 | 37 ATLANTIC RICHFIELD CO | 48 1/2 | | 485,000.00 |
| 4/11 | 4/18 | 1800 | | 38 TEXAS INSTRS INC | 113 1/2 | 204,300.00 | |
| 4/11 | 4/18 | 15095 | | 39 TEXAS INSTRS INC | 113 1/2 | 1713,282.50 | |
| 4/11 | 4/18 | | 15700 | 45 ATLANTIC RICHFIELD CO | 48 1/2 | | 761,450.00 |
| 4/11 | 4/18 | | 18200 | 60 CHUBB CORP | 59 3/8 | | 1080,625.00 |
| 4/11 | 4/18 | | 20000 | 61 ATLANTIC RICHFIELD CO | 48 1/2 | | 970,000.00 |
| 4/12 | 4/19 | 1400 | | 3 DIGITAL EQUIP CORP | 107 | 149,800.00 | |
| 4/12 | 4/19 | | 7840 | 5 CHUBB CORP | 59 1/4 | | 464,520.00 |
| 4/12 | 4/19 | 2500 | | 11 DIGITAL EQUIP CORP | 107 | 267,500.00 | |
| 4/12 | 4/19 | | 7840 | 12 CHUBB CORP | 59 1/4 | | 464,520.00 |
| 4/12 | 4/19 | | 7840 | 35 CHUBB CORP | 59 1/4 | | 464,520.00 |
| 4/12 | 4/19 | | 10000 | 38 ATLANTIC RICHFIELD CO | 48 3/4 | | 487,500.00 |
| 4/12 | 4/19 | | 7840 | 49 CHUBB CORP | 59 1/4 | | 464,520.00 |
| 4/12 | 4/19 | | 15700 | 59 CHUBB CORP | 59 1/4 | | 930,225.00 |
| 4/12 | 4/19 | | 20000 | 62 ATLANTIC RICHFIELD CO | 48 3/4 | | 975,000.00 |
| 4/15 | 4/22 | 1700 | | 1 PHILIP MORRIS INC | 93 3/4 | 159,375.00 | |
| 4/15 | 4/22 | 3700 | | 1 AMP CORP | 42 | 155,400.00 | |
| 4/15 | 4/22 | | 38900 | 3 MCI COMMUNICATIONS CORP | 9 | | 350,100.00 |
| 4/15 | 4/22 | 1100 | | 5 INTERNATIONAL BUSINESS MACHS | 129 1/4 | 142,175.00 | |
| 4/15 | 4/22 | | 3180 | 6 CHUBB CORP | 59 1/4 | | 188,415.00 |
| 4/15 | 4/22 | 1450 | | 7 INTERNATIONAL BUSINESS MACHS | 129 1/4 | 187,412.50 | |
| 4/15 | 4/22 | 7000 | | 9 AMP CORP | 42 | 294,000.00 | |
| 4/15 | 4/22 | 1900 | | 13 INTERNATIONAL BUSINESS MACHS | 129 1/4 | 245,575.00 | |
| 4/15 | 4/22 | | 3990 | 13 CHUBB CORP | 59 1/4 | | 236,407.50 |
| 4/15 | 4/22 | 1700 | | 22 PHILIP MORRIS INC | 93 3/4 | 159,375.00 | |

CONTINUED ON PAGE   4

4/30/85   NATIONAL WESTMINSTER BANK USA                    2-90000-3-0             4
          150 BROADWAY
          NEW YORK          NY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/15 | 4/22 | | 3180 | 34 CHUBB CORP | 59 1/4 | | 188,415.00 |
| 4/15 | 4/22 | | 15000 | 39 ATLANTIC RICHFIELD CO | 49 1/4 | | 738,750.00 |
| 4/15 | 4/22 | | 6360 | 58 CHUBB CORP | 59 1/4 | | 376,830.00 |
| 4/15 | 4/22 | | 30000 | 63 ATLANTIC RICHFIELD CO | 49 1/4 | | 1477,500.00 |
| 4/19 | 4/22 | 25400 | | 2 DOW CHEMICAL CO | 28 5/8 | 727,075.00 | |
| 4/19 | 4/22 | 30600 | | 3 WANG LABS INC CLASS B | 25 | 765,000.00 | |
| 4/16 | 4/23 | 6300 | | 3 PHILIP MORRIS INC | 93 | 585,900.00 | |
| 4/16 | 4/23 | | 15000 | 3 PHILIP MORRIS INC | 92 | | 1380,000.00 |
| 4/16 | 4/23 | | 15000 | 4 PHILIP MORRIS INC | 92 | | 1380,000.00 |
| 4/16 | 4/23 | 1400 | | 5 PHILIP MORRIS INC | 93 1/2 | 130,900.00 | |
| 4/16 | 4/23 | | 2650 | 5 CHUBB CORP | 58 3/4 | | 155,687.50 |
| 4/16 | 4/23 | 1000 | | 7 PHILIP MORRIS INC | 93 1/2 | 93,500.00 | |
| 4/16 | 4/23 | | 3650 | 7 CHUBB CORP | 59 | | 215,350.00 |
| 4/16 | 4/23 | | 980 | 8 CHUBB CORP | 58 3/4 | | 57,575.00 |
| 4/16 | 4/23 | | 2650 | 9 CHUBB CORP | 58 3/4 | | 155,687.50 |
| 4/16 | 4/23 | 1200 | | 14 MCI COMMUNICATIONS CORP | 9 1/8 | 10,950.00 | |
| 4/16 | 4/23 | | 3650 | 14 CHUBB CORP | 59 | | 215,350.00 |
| 4/16 | 4/23 | 23652 | | 15 NATIONAL SEMICONDUCTOR CORP | 11 3/8 | 269,041.50 | |
| 4/16 | 4/23 | | 3650 | 17 CHUBB CORP | 59 | | 215,350.00 |
| 4/16 | 4/23 | | 2690 | 19 CHUBB CORP | 59 | | 158,710.00 |
| 4/16 | 4/23 | | 2360 | 20 CHUBB CORP | 59 | | 139,240.00 |
| 4/16 | 4/23 | | 1900 | 21 CHUBB CORP | 59 | | 112,100.00 |
| 4/16 | 4/23 | | 100 | 22 CHUBB CORP | 59 | | 5,900.00 |
| 4/16 | 4/23 | | 170 | 23 CHUBB CORP | 59 | | 10,030.00 |
| 4/16 | 4/23 | | 44 | 24 CHUBB CORP | 59 | | 2,596.00 |
| 4/16 | 4/23 | | 85 | 25 CHUBB CORP | 59 | | 5,015.00 |

```
4/11  4/18   6700           37 TEXAS INSTRS INC              113  1/2            780,450.00
4/11  4/18          10000   37 ATLANTIC RICHFIELD CO          48  1/2                         485,000.00
4/11  4/18   1800           45 TEXAS INSTRS INC              113  1/2            204,300.00
4/11  4/18                  45 ATLANTIC RICHFIELD CO          56  1/2            751,450.00
4/11  4/18          15700   50 CHUBB CORP                                                     1080,625.00
4/11  4/18          18200   61 ATLANTIC RICHFIELD CO          48  1/2                          970,000.00
4/12  4/19   1400            3 DIGITAL EQUIP CORP            107                 149,800.00
4/12  4/19           7840    5 CHUBB CORP                                                      464,520.00
4/12  4/19   2500           11 DIGITAL EQUIP CORP            107                 267,500.00
4/12  4/19           7840   12 CHUBB CORP                     59  1/4                          464,520.00
4/12  4/19           7840   35 CHUBB CORP                     59  1/4                          464,520.00
4/12  4/19          10000   38 ATLANTIC RICHFIELD CO          48  3/4                          487,500.00
4/12  4/19           7840   49 CHUBB CORP                     59  1/4                          464,520.00
4/12  4/19          15700   59 CHUBB CORP                     59  1/4                          930,225.00
4/12  4/19          20000   62 ATLANTIC RICHFIELD CO          48  3/4                          975,000.00
4/15  4/22   1700            1 PHILIP MORRIS INC              93  3/4            159,375.00
4/15  4/22   3700            1 AMR CORP                       42                 155,400.00
4/15  4/22          38900    3 MCI COMMUNICATIONS CORP         9                               350,100.00
4/15  4/22   1100            5 INTERNATIONAL BUSINESS MACHS  129  1/4            142,175.00
4/15  4/22           3180    6 CHUBB CORP                     59  1/4                          188,415.00
4/15  4/22   1450            7 INTERNATIONAL BUSINESS MACHS  129  1/4            187,412.50
4/15  4/22   7000            9 AMR CORP                       42                 294,000.00
4/15  4/22   1900           13 INTERNATIONAL BUSINESS MACHS  129  1/4            245,575.00
4/15  4/22           3990   13 CHUBB CORP                     59  1/4                          236,407.50
4/15  4/22   1700           22 PHILIP MORRIS INC              93  3/4            159,375.00
```

CONTINUED ON PAGE    4

4/30/85  NATIONAL WESTMINSTER BANK USA                    2-90000-3-0       4
         160 BROADWAY
         NEW YORK            NY

```
4/15  4/22           3180   34 CHUBB CORP                     59  1/4                          188,415.00
4/15  4/22          15000   39 ATLANTIC RICHFIELD CO          49  1/4                          738,750.00
4/15  4/22           6360   58 CHUBB CORP                     59  1/4                          376,830.00
4/15  4/22          30000   63 ATLANTIC RICHFIELD CO          49  1/4                         1477,500.00
4/19  4/22  25400            2 DOW CHEMICAL CO                28  5/8            727,075.00
4/19  4/22  30600            3 WANG LABS INC                  25                 765,000.00
                               CLASS B
4/15  4/23   6300            3 PHILIP MORRIS INC              93                 585,900.00
4/15  4/23          15000    3 PHILIP MORRIS INC              92                              1380,000.00
4/16  4/23          15000    4 PHILIP MORRIS INC              92                              1380,000.00
4/16  4/23   1400            5 PHILIP MORRIS INC              93  1/2            130,900.00
4/15  4/23           2650    6 CHUBB CORP                     58  3/4                          155,687.50
4/16  4/23   1000            7 PHILIP MORRIS INC              93  1/2             93,500.00
4/16  4/23           3650    7 CHUBB CORP                     59                              215,350.00
4/16  4/23            980    8 CHUBB CORP                     58  3/4                           57,575.00
4/16  4/23           2650    9 CHUBB CORP                     58  3/4                          155,687.50
4/16  4/23   1200           14 MCI COMMUNICATIONS CORP         9  1/8             10,950.00
4/16  4/23           3650   14 CHUBB CORP                     59                              215,350.00
4/15  4/23  23652           15 NATIONAL SEMICONDUCTOR CORP    11  3/8            269,041.50
4/16  4/23           3650   17 CHUBB CORP                     59                              215,350.00
4/16  4/23           2690   19 CHUBB CORP                     59                              158,710.00
4/16  4/23           2360   20 CHUBB CORP                     59                              139,240.00
4/15  4/23           1900   21 CHUBB CORP                     59                              112,100.00
4/16  4/23            100   22 CHUBB CORP                     59                                5,900.00
4/15  4/23            170   23 CHUBB CORP                     59                               10,030.00
4/15  4/23             44   24 CHUBB CORP                     59                                2,596.00
4/16  4/23             85   25 CHUBB CORP                     59                                5,015.00
4/16  4/23             36   26 CHUBB CORP                     59                                2,124.00
4/16  4/23             48   27 CHUBB CORP                     59                                2,832.00
4/16  4/23            111   28 CHUBB CORP                     59                                6,549.00
4/16  4/23           3650   33 CHUBB CORP                     59                              215,350.00
4/16  4/23          15000   40 ATLANTIC RICHFIELD CO          48  3/4                          731,250.00
4/15  4/23          15600   43 ATLANTIC RICHFIELD CO          48  3/4                          760,500.00
4/16  4/23           7300   57 CHUBB CORP                     59                              430,700.00
4/16  4/23          30000   64 ATLANTIC RICHFIELD CO          48  3/4                         1462,500.00
4/17  4/24    990            6 MERRILL LYNCH & CO INC         30  5/8             30,318.75
4/17  4/24  30000            8 MERRILL LYNCH & CO INC         30  5/8            918,750.00
4/17  4/24           5910    9 CHUBB CORP                     59  1/8                          349,428.75
4/17  4/24            500   11 CHUBB CORP                     59  1/8                           29,562.50
4/17  4/24   3900           15 MERRILL LYNCH & CO INC         30  5/8            119,437.50
4/17  4/24           5910   15 CHUBB CORP                     59  1/8                          349,428.75
4/17  4/24           6061   18 SEARS ROEBUCK & CO             33                              200,013.00
4/17  4/24           5910   18 CHUBB CORP                     59  1/8                          349,428.75
4/17  4/24           5910   32 CHUBB CORP                     59  1/8                          349,428.75
4/17  4/24          17300   41 ATLANTIC RICHFIELD CO          48  7/8                          845,537.50
```

CONTINUED ON PAGE    5

4/30/85  NATIONAL WESTMINSTER BANK USA                    2-90000-3-0       5
         160 BROADWAY
         NEW YORK            NY

```
4/17  4/24           6900   49 CHUBB CORP                     59  1/8                          407,962.50
4/17  4/24           5130   52 ATLANTIC RICHFIELD CO          59  1/8                          303,311.25
4/17  4/24          11900   56 CHUBB CORP                     59  1/8                          697,675.00
4/18  4/25  10100            1 GENERAL ELECTRIC CO            59  3/4            603,475.00
4/18  4/25   2200            1 GENERAL MOTORS CORP            73  3/4            162,250.00
4/18  4/25   8200            2 GENERAL MOTORS CORP            73                 598,600.00
4/18  4/25   2200            2 GENERAL MOTORS CORP            73  3/4            162,250.00
4/18  4/25   1800            4 GENERAL MOTORS CORP            72  7/8            131,175.00
4/18  4/25   3800            5 APPLE COMPUTER INC             23                  87,400.00
4/18  4/25   1200            5 GENERAL MOTORS CORP            72  7/8             87,450.00
4/18  4/25           4570   31 CHUBB CORP                     59  1/4                          270,772.50
4/18  4/25          13350   42 ATLANTIC RICHFIELD CO          48  1/2                          647,475.00
4/18  4/25           1053   44 ATLANTIC RICHFIELD CO          48  1/2                           51,070.50
4/18  4/25           4570   47 CHUBB CORP                     59  1/4                          270,772.50
4/18  4/25           4570   51 ATLANTIC RICHFIELD CO          59  1/4                          270,201.50
4/18  4/25           9100   55 CHUBB CORP                     59  1/4                          539,175.00
4/19  4/26   6400            1 TELEDYNE INC                  244  5/8           1565,600.00
4/19  4/26           2540    9 CHUBB CORP                     58  3/4                          149,225.00
4/19  4/26           2540   30 CHUBB CORP                     58  3/4                          149,225.00
4/19  4/26           2540   50 ATLANTIC RICHFIELD CO          58  3/4                          149,225.00
4/19  4/26           5000   54 CHUBB CORP                     58  3/4                          293,750.00
4/22  4/29   8200            7 GENERAL ELECTRIC CO            59  1/4            485,850.00
4/22  4/29           8200    7 GENERAL ELECTRIC CO            59  1/4                          485,850.00
4/22  4/29           6530   10 CHUBB CORP                     58  5/8                          382,821.25
4/22  4/29           6530   21 CHUBB CORP                     58  5/8                          382,821.25
4/22  4/29           6530   23 CHUBB CORP                     58  5/8                          382,821.25
4/22  4/29           6530   46 CHUBB CORP                     58  5/8                          382,821.25
```

MF00965247

| Date | Date | Qty | Qty2 | # | Security | Price | | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| 4/16 | 4/23 | | 3650 | 17 | CHUBB CORP | 59 | | | 215,350.00 |
| 4/16 | 4/23 | | 2690 | 19 | CHUBB CORP | 59 | | | 158,710.00 |
| 4/16 | 4/23 | | 2310 | 20 | CHUBB CORP | 59 | | | |
| 4/16 | 4/23 | | 100 | 22 | CHUBB CORP | 59 | | | 5,900.00 |
| 4/16 | 4/23 | | 170 | 23 | CHUBB CORP | 59 | | | 10,030.00 |
| 4/16 | 4/23 | | 44 | 24 | CHUBB CORP | 59 | | | 2,596.00 |
| 4/16 | 4/23 | | 85 | 25 | CHUBB CORP | 59 | | | 5,015.00 |
| 4/16 | 4/23 | | 36 | 26 | CHUBB CORP | 59 | | | 2,124.00 |
| 4/16 | 4/23 | | 48 | 27 | CHUBB CORP | 59 | | | 2,832.00 |
| 4/16 | 4/23 | | 111 | 28 | CHUBB CORP | 59 | | | 6,549.00 |
| 4/16 | 4/23 | | 3650 | 33 | CHUBB CORP | 59 | | | 215,350.00 |
| 4/16 | 4/23 | | 15000 | 40 | ATLANTIC RICHFIELD CO | 48 3/4 | | | 731,250.00 |
| 4/16 | 4/23 | | 15600 | 43 | ATLANTIC RICHFIELD CO | 48 3/4 | | | 760,500.00 |
| 4/16 | 4/23 | | 7300 | 57 | CHUBB CORP | 59 | | | 430,700.00 |
| 4/16 | 4/23 | | 30000 | 64 | ATLANTIC RICHFIELD CO | 48 3/4 | | | 1,462,500.00 |
| 4/17 | 4/24 | 990 | | 6 | MERRILL LYNCH & CO INC | 30 5/8 | | 30,318.75 | |
| 4/17 | 4/24 | 30000 | | 8 | MERRILL LYNCH & CO INC | 30 5/8 | | 918,750.00 | |
| 4/17 | 4/24 | | 5910 | 9 | CHUBB CORP | 59 1/8 | | | 349,428.75 |
| 4/17 | 4/24 | | 500 | 11 | CHUBB CORP | 59 1/8 | | | 29,562.50 |
| 4/17 | 4/24 | 3900 | | 13 | MERRILL LYNCH & CO INC | 30 5/8 | | 119,437.50 | |
| 4/17 | 4/24 | | 5910 | 15 | CHUBB CORP | 59 1/8 | | | 349,428.75 |
| 4/17 | 4/24 | | 6061 | 18 | SEARS ROEBUCK & CO | 33 | | | 200,013.00 |
| 4/17 | 4/24 | | 5910 | 18 | CHUBB CORP | 59 1/8 | | | 349,428.75 |
| 4/17 | 4/24 | | 5910 | 32 | CHUBB CORP | 59 1/8 | | | 349,428.75 |
| 4/17 | 4/24 | | 17300 | 41 | ATLANTIC RICHFIELD CO | 48 7/8 | | | 845,537.50 |

CONTINUED ON PAGE 5

4/30/85  NATIONAL WESTMINSTER BANK USA                2-90000-3-0          5
         160 BROADWAY
         NEW YORK          NY

| Date | Date | Qty | Qty2 | # | Security | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4/17 | 4/24 | | 6900 | 49 | CHUBB CORP | 59 1/8 | | 407,962.50 |
| 4/17 | 4/24 | | 5130 | 52 | ATLANTIC RICHFIELD CO | 59 1/8 | | 303,311.25 |
| 4/17 | 4/24 | | 11800 | 56 | CHUBB CORP | 59 1/8 | | 697,675.00 |
| 4/18 | 4/25 | 10100 | | 1 | GENERAL ELECTRIC CO | 59 3/4 | 603,475.00 | |
| 4/18 | 4/25 | 2200 | | 1 | GENERAL MOTORS CORP | 73 3/4 | 162,250.00 | |
| 4/18 | 4/25 | 8200 | | 2 | GENERAL MOTORS CORP | 73 | 598,600.00 | |
| 4/18 | 4/25 | 2200 | | 2 | GENERAL MOTORS CORP | 73 3/4 | 162,250.00 | |
| 4/18 | 4/25 | 1800 | | 4 | GENERAL MOTORS CORP | 72 7/8 | 131,175.00 | |
| 4/18 | 4/25 | 3800 | | 5 | APPLE COMPUTER INC | 23 | 87,400.00 | |
| 4/18 | 4/25 | 1200 | | 6 | GENERAL MOTORS CORP | 72 7/8 | 87,450.00 | |
| 4/18 | 4/25 | | 4570 | 31 | CHUBB CORP | 59 1/4 | | 270,772.50 |
| 4/18 | 4/25 | | 13350 | 42 | ATLANTIC RICHFIELD CO | 48 1/2 | | 647,475.00 |
| 4/18 | 4/25 | | 1053 | 44 | ATLANTIC RICHFIELD CO | 48 1/2 | | 51,070.50 |
| 4/18 | 4/25 | | 4570 | 47 | CHUBB CORP | 59 1/4 | | 270,772.50 |
| 4/18 | 4/25 | | 4570 | 51 | ATLANTIC RICHFIELD CO | 59 1/8 | | 270,201.25 |
| 4/18 | 4/25 | | 9100 | 55 | CHUBB CORP | 59 1/4 | | 539,175.00 |
| 4/19 | 4/26 | | 6400 | 1 | TELEDYNE INC | 244 5/8 | | 1,565,600.00 |
| 4/19 | 4/26 | | 2540 | 9 | CHUBB CORP | 58 3/4 | | 149,225.00 |
| 4/19 | 4/26 | | 2540 | 30 | CHUBB CORP | 58 3/4 | | 149,225.00 |
| 4/19 | 4/26 | | 2540 | 50 | ATLANTIC RICHFIELD CO | 58 3/4 | | 149,225.00 |
| 4/19 | 4/26 | | 5000 | 54 | CHUBB CORP | 58 3/4 | | 293,750.00 |
| 4/22 | 4/29 | 8200 | | 7 | GENERAL ELECTRIC CO | 59 1/4 | 485,850.00 | |
| 4/22 | 4/29 | 8200 | | 7 | GENERAL ELECTRIC CO | 59 1/4 | | 485,850.00 |
| 4/22 | 4/29 | | 6530 | 10 | CHUBB CORP | 58 5/8 | | 382,821.25 |
| 4/22 | 4/29 | | 6530 | 16 | CHUBB CORP | 58 5/8 | | 382,821.25 |
| 4/22 | 4/29 | | 6530 | 29 | CHUBB CORP | 58 5/8 | | 382,821.25 |
| 4/22 | 4/29 | | 6530 | 46 | CHUBB CORP | 58 5/8 | | 382,821.25 |
| 4/22 | 4/29 | | 13000 | 53 | CHUBB CORP | 58 5/8 | | 762,125.00 |
| 4/23 | 4/30 | 3600 | | 2 | AMERICAN EXPRESS COMPANY | 43 1/2 | 156,600.00 | |
| 4/23 | 4/30 | 402 | | 4 | GENERAL ELECTRIC CO | 60 5/8 | 24,371.25 | |
| 4/23 | 4/30 | | 12390 | 10 | MCI COMMUNICATIONS CORP | 8 7/8 | | 109,961.25 |
| 4/23 | 4/30 | 3700 | | 10 | AMERICAN EXPRESS COMPANY | 43 1/2 | 160,950.00 | |
| 4/23 | 4/30 | | 300 | 12 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,662.50 |
| 4/23 | 4/30 | 4200 | | 12 | GENERAL ELECTRIC CO | 60 5/8 | 254,625.00 | |
| 4/23 | 4/30 | | 300 | 13 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,662.50 |
| 4/23 | 4/30 | | 525 | 14 | MCI COMMUNICATIONS CORP | 8 7/8 | | 4,659.38 |
| 4/23 | 4/30 | | 100 | 15 | MCI COMMUNICATIONS CORP | 8 7/8 | | 887.50 |
| 4/23 | 4/30 | | 250 | 16 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,218.75 |
| 4/23 | 4/30 | | 575 | 17 | MCI COMMUNICATIONS CORP | 8 7/8 | | 5,103.13 |
| 4/23 | 4/30 | | 275 | 18 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,440.63 |
| 4/23 | 4/30 | | 270 | 19 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,396.25 |
| 4/23 | 4/30 | | 375 | 20 | MCI COMMUNICATIONS CORP | 8 7/8 | | 3,328.13 |
| 4/23 | 4/30 | 3800 | | 20 | AMERICAN EXPRESS COMPANY | 43 1/2 | 165,300.00 | |
| 4/23 | 4/30 | | 125 | 21 | MCI COMMUNICATIONS CORP | 8 7/8 | | 1,109.38 |
| 4/23 | 4/30 | | 150 | 22 | MCI COMMUNICATIONS CORP | 8 7/8 | | 1,331.25 |

CONTINUED ON PAGE 6

4/30/85  NATIONAL WESTMINSTER BANK USA                2-90000-3-0          6
         160 BROADWAY
         NEW YORK          NY

| Date | Date | Qty | # | Security | Price | Credit |
|---|---|---|---|---|---|---|
| 4/23 | 4/30 | 150 | 23 | MCI COMMUNICATIONS CORP | 8 7/8 | 1,331.25 |
| 4/23 | 4/30 | 500 | 24 | MCI COMMUNICATIONS CORP | 8 7/8 | 4,437.50 |
| 4/23 | 4/30 | 275 | 25 | MCI COMMUNICATIONS CORP | 8 7/8 | 2,440.63 |
| 4/23 | 4/30 | 550 | 26 | MCI COMMUNICATIONS CORP | 8 7/8 | 4,881.25 |
| 4/23 | 4/30 | 125 | 27 | MCI COMMUNICATIONS CORP | 8 7/8 | 1,109.38 |
| 4/23 | 4/30 | 125 | 28 | MCI COMMUNICATIONS CORP | 8 7/8 | 1,109.38 |

NEW BALANCE                                                           41,212,803.77

SECURITY POSITIONS                          LONG            SHORT           DIFFERENCE

| Security | Shares | Long | Short | Difference |
|---|---|---|---|---|
| AMR CORP | 526450 | | 17,077,590.00 | 17,077,590.00CR |
| ADVANCED MICRO DEVICES INC | 53190 | | 65,606.25 | 65,606.25CR |
| AMERADA HESS CORP | 142000 | | | |
| AMDAHL CORP | 90000 | 1,434,750.00 | | 1,434,750.00 |
| AMERICAN ECOLOGY | 314 | 84,990.75 | | 84,990.75 |
| AMERICAN ELEC PWR INC | 122150 | | 2,562,175.00 | 2,562,175.00CR |
| AMERICAN EXPRESS COMPANY | 899152 | | 24,129,060.01 | 24,129,060.01CR |
| AMERICAN HOIST & DERRICK CO | 21000 | | | |
| AMERICAN INFORMATION TECH CORP | 2343 | | | |
| AMERICAN TEL & TELEG CO | 23435 | | | |
| ANHEUSER BUSCH COS INC | | | | |

| Trade | Settle | Qty1 | # | Security | Price | Amount1 | Amount2 |
|---|---|---|---|---|---|---|---|
| 4/19 | 4/26 | 2540 | 50 | ATLANTIC RICHFIELD CO | 58 3/4 | | 149,225.00 |
| 4/19 | 4/26 | 5000 | 54 | CHUBB CORP | 58 3/4 | | 293,750.00 |
| 4/22 | 4/29 | 8200 | 7 | GENERAL ELECTRIC CO | 59 1/4 | 485,850.00 | |
| 4/22 | 4/29 | | 15 | CHUBB CORP | 58 3/4 | | 382,921.25 |
| 4/22 | 4/29 | 6530 | 16 | CHUBB CORP | 58 5/8 | | 382,821.25 |
| 4/22 | 4/29 | 6530 | 29 | CHUBB CORP | 58 5/8 | | 382,821.25 |
| 4/22 | 4/29 | 6530 | 46 | CHUBB CORP | 58 5/8 | | 382,821.25 |
| 4/22 | 4/29 | 13000 | 53 | CHUBB CORP | 58 5/8 | | 762,125.00 |
| 4/23 | 4/30 | 3600 | 2 | AMERICAN EXPRESS COMPANY | 43 1/2 | 156,600.00 | |
| 4/23 | 4/30 | 402 | 4 | GENERAL ELECTRIC CO | 60 5/8 | 24,371.25 | |
| 4/23 | 4/30 | 12390 | 10 | MCI COMMUNICATIONS CORP | 8 7/8 | | 109,961.25 |
| 4/23 | 4/30 | 3700 | 10 | AMERICAN EXPRESS COMPANY | 43 1/2 | 160,950.00 | |
| 4/23 | 4/30 | 300 | 12 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,662.50 |
| 4/23 | 4/30 | 4200 | 12 | GENERAL ELECTRIC CO | 60 5/8 | 254,625.00 | |
| 4/23 | 4/30 | 300 | 13 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,662.50 |
| 4/23 | 4/30 | 525 | 14 | MCI COMMUNICATIONS CORP | 8 7/8 | | 4,659.38 |
| 4/23 | 4/30 | 100 | 15 | MCI COMMUNICATIONS CORP | 8 7/8 | | 887.50 |
| 4/23 | 4/30 | 250 | 16 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,218.75 |
| 4/23 | 4/30 | 575 | 17 | MCI COMMUNICATIONS CORP | 8 7/8 | | 5,103.13 |
| 4/23 | 4/30 | 275 | 18 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,440.63 |
| 4/23 | 4/30 | 270 | 19 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,396.25 |
| 4/23 | 4/30 | 375 | 20 | MCI COMMUNICATIONS CORP | 8 7/8 | | 3,328.13 |
| 4/23 | 4/30 | 3800 | 20 | AMERICAN EXPRESS COMPANY | 43 1/2 | 165,300.00 | |
| 4/23 | 4/30 | 125 | 21 | MCI COMMUNICATIONS CORP | 8 7/8 | | 1,109.38 |
| 4/23 | 4/30 | 150 | 22 | MCI COMMUNICATIONS CORP | 8 7/8 | | 1,331.25 |

CONTINUED ON PAGE 6

4/30/85  NATIONAL WESTMINSTER BANK USA          2-90000-3-0         6
          160 BROADWAY
          NEW YORK         NY

| Trade | Settle | Qty | # | Security | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 4/23 | 4/30 | 150 | 23 | MCI COMMUNICATIONS CORP | 8 7/8 | | 1,331.25 |
| 4/23 | 4/30 | 500 | 24 | MCI COMMUNICATIONS CORP | 8 7/8 | | 4,437.50 |
| 4/23 | 4/30 | 275 | 25 | MCI COMMUNICATIONS CORP | 8 7/8 | | 2,440.63 |
| 4/23 | 4/30 | 550 | 26 | MCI COMMUNICATIONS CORP | 8 7/8 | | 4,881.25 |
| 4/23 | 4/30 | 125 | 27 | MCI COMMUNICATIONS CORP | 8 7/8 | | 1,109.38 |
| 4/23 | 4/30 | 125 | 28 | MCI COMMUNICATIONS CORP | 8 7/8 | | 1,109.38 |

NEW BALANCE                                             41,212,803.77

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| AMR CORP | 526450 | | 17,077,590.00 | 17,077,590.00CR |
| ADVANCED MICRO DEVICES INC | 53190 | | 65,606.25 | 65,606.25CR |
| AMERADA HESS CORP | 142000 | | | |
| AMDAHL CORP | 90000 | 1,434,750.00 | | 1,434,750.00 |
| AMERICAN ECOLOGY | 314 | 84,990.75 | | 84,990.75 |
| AMERICAN ELEC PWR INC | 122150 | | 2,562,175.00 | 2,562,175.00CR |
| AMERICAN EXPRESS COMPANY | 899152 | | 24,129,060.01 | 24,129,060.01CR |
| AMERICAN HOIST & DERRICK CO | 21000 | | | |
| AMERICAN INFORMATION TECH CORP | 2343 | | | |
| AMERICAN TEL & TELEG CO | 23435 | | | |
| ANHEUSER BUSCH COS INC | 109600 | 722,562.50 | | 722,562.50 |
| APPLE COMPUTER INC | 449800 | | 2,008,850.00 | 2,008,850.00CR |
| ATLANTIC RICHFIELD CO | 240793 | | 11,880,164.25 | 11,880,164.25CR |
| AVNET INC | 117100 | | 1,835,025.00 | 1,835,025.00CR |
| BANKAMERICA CORP | 165500 | | 3,165,187.50 | 3,165,187.50CR |
| BELL ATLANTIC CORP | 2343 | | | |
| BELL SOUTH CORP | 7029 | | | |
| BOEING CO | 50000 | | | |
| CBS INC | 26000 | | 2,119,000.00 | 2,119,000.00CR |
| CATERPILLAR TRACTOR CO | 24000 | 123,975.00 | | 123,975.00 |
| CHRYSLER CORP | 532115 | 2,913,306.25 | | 2,913,306.25 |
| CHUBB CORP | 249584 | | 14,738,471.00 | 14,738,471.00CR |
| CITICORP | 258600 | 9,636,475.00 | | 9,636,475.00 |
| COMPACT VIDEO SYS INC | 20000 | | | |
| CONSOLIDATED EDISON CO N Y INC | 101600 | | 3,111,500.00 | 3,111,500.00CR |
| DATA GENERAL CORP | 136200 | | 3,181,375.00 | 3,181,375.00CR |
| DELTA AIR LINES INC DEL | 133300 | | 3,794,375.00 | 3,794,375.00CR |
| DIGITAL EQUIP CORP | 366315 | | 29,652,423.75 | 29,652,423.75CR |
| DIGITAL SWITCH CORP | 120500 | | 351,250.00 | 351,250.00CR |

CONTINUED ON PAGE 7

4/30/85  NATIONAL WESTMINSTER BANK USA          2-90000-3-0         7
          160 BROADWAY
          NEW YORK         NY

| SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|
| EASTMAN KODAK CO | 245995 | | 8,946,862.50 | 8,946,862.50CR |
| FEDERAL EXPRESS CORP | 7600 | 347,150.00 | | 347,150.00 |
| FLOW GEN INC | 75860 | | | |
| FORD MOTOR CO DEL | 537400 | | 23,309,912.50 | 23,309,912.50CR |
| GTE CORP | 251538 | 3,983,500.00 | | 3,983,500.00 |
| GENERAL DYNAMICS CORP | 49600 | | 2,093,000.00 | 2,093,000.00CR |
| GENERAL ELECTRIC CO | 891580 | | 40,254,092.50 | 40,254,092.50CR |
| GENERAL MOTORS CORP | 459289 | | 16,534,917.50 | |
| GENERAL MOTORS CORP CLASS E | 11218 | | | 16,534,917.50CR |
| GLOBAL MARINE INC | 15500 | | | |
| GULF & WESTN INDS INC | 78100 | | | |
| HALLIBURTON CO | 5200 | 104,975.00 | | 104,975.00 |
| HAZLETON LABS CORP | 2051 | | | |
| HEWLETT PACKARD CO | 78600 | 1,568,768.75 | | 1,568,768.75 |
| ITT CORP | 369700 | | 7,731,550.00 | 7,731,550.00 |
| INTEL CORP | 821948 | | 7,332,887.50 | 7,332,887.50CR |
| INTERCO INC | 9413 | | | |
| INTERCO INC | 4354 | 591,278.25 | 576,905.00 | |
| PFD SER D CONV $7.75 | | | | 14,373.25 |
| INTERNATIONAL BUSINESS MACHS | 1137213 | | 114,288,310.00 | 114,288,310.00CR |
| JERRICO INC | 110875 | | | |
| K MART CORP | 231700 | 1,720,100.00 | | 1,720,100.00 |
| LTV CORPORATION | 80000 | | | |
| LILLY ELI & CO | 20100 | | 1,484,887.50 | 1,484,887.50CR |
| LITTON INDS INC | 49000 | | 3,053,766.50 | 3,053,766.50CR |

```
AMERADA HESS CORP                       142000
AMDAHL CORP                              90000                   1,434,750.00              1,434,750.00
AMERICAN ECOLOGY INC                                                64,990.75                 64,990.75
AMERICAN EXPRESS COMPANY                899152                  24,129,060.01             24,129,060.01CR
AMERICAN HOIST & DERRICK CO              21000
AMERICAN INFORMATION TECH CORP            2343
AMERICAN TEL & TELEG CO                  23435
ANHEUSER BUSCH COS INC                  109600     722,562.50                                722,562.50
APPLE COMPUTER INC                      449800                   2,008,850.00              2,008,850.00CR
ATLANTIC RICHFIELD CO                   240793                  11,880,164.25             11,880,164.25CR
AVNET INC                               117100                   1,835,025.00              1,835,025.00CR
BANKAMERICA CORP                        165500                   3,165,187.50              3,165,187.50CR
BELL ATLANTIC CORP                        2343
BELL SOUTH CORP                           7029
BOEING CO                                50000
CBS INC                                  26000                   2,119,000.00              2,119,000.00CR
CATERPILLAR TRACTOR CO                   24000     123,975.00                                123,975.00
CHRYSLER CORP                           532115                   2,913,306.25              2,913,306.25
CHUBB CORP                              249584                  14,738,471.00             14,738,471.00CR
CITICORP                                258600   9,636,475.00                              9,636,475.00
COMPACT VIDEO SYS INC                    20000
CONSOLIDATED EDISON CO N Y INC          101500                   3,111,500.00              3,111,500.00CR
DATA GENERAL CORP                       136200                   3,181,375.00              3,181,375.00
DELTA AIR LINES INC DEL                 133300                   3,794,375.00              3,794,375.00CR
DIGITAL EQUIP CORP                      366315                  29,652,423.75             29,652,423.75CR
DIGITAL SWITCH CORP                     120500                     351,250.00                351,250.00CR

                          CONTINUED ON PAGE     7


   4/30/85   NATIONAL WESTMINSTER BANK USA              2-90000-3-0         7
            160 BROADWAY
            NEW YORK          NY


EASTMAN KODAK CO                        245995                   8,946,862.50              8,946,862.50CR
FEDERAL EXPRESS CORP                      7600     347,150.00                                347,150.00
FLOW GEN INC                             75860
FORD MOTOR CO DEL                       537400                  23,309,912.50             23,309,912.50CR
GTE CORP                                251538   3,983,500.00                              3,983,500.00
GENERAL DYNAMICS CORP                    49600                   2,093,000.00              2,093,000.00CR
GENERAL ELECTRIC CO                     891580                  40,254,092.50             40,254,092.50CR
GENERAL MOTORS CORP                     459289                  16,534,917.50
GENERAL MOTORS CORP                      11218
 CLASS E                                                                                  16,534,917.50CR
GLOBAL MARINE INC                        16500
GULF & WESTN INDS INC                    78100
HALLIBURTON CO                            5200                     104,975.00                104,975.00
HAZLETON LABS CORP                        2051
HEWLETT PACKARD CO                       78600   1,568,768.75                              1,568,768.75
ITT CORP                                369700                   7,731,550.00              7,731,550.00CR
INTEL CORP                              821948                   7,332,887.50              7,332,887.50CR
INTERCO INC                 9413
INTERCO INC                               4354     591,278.25                              576,905.00
 PFD SER D CONV $7.75                                                                         14,373.25
INTERNATIONAL BUSINESS MACHS           1137213                 114,288,310.00            114,288,310.00CR
JERRICO INC                             110875
K MART CORP                             231700   1,720,100.00                              1,720,100.00
LTV CORPORATION                          80000
LILLY ELI & CO                           20100                   1,484,887.50              1,484,887.50CR
LITTON INDS INC                          49000                   3,053,766.50              3,053,766.50CR
MCI COMMUNICATIONS CORP                1267894                   8,008,741.79              8,008,741.79CR
MCDONALDS CORP                           42800                   2,555,375.00              2,555,375.00CR
MERCK & CO INC                            2500      91,575.00                                 91,575.00
MERRILL LYNCH & CO INC                  951150                  14,471,816.87             14,471,816.87CR
MILLIPORE CORP                           75700
NATIONAL SEMICONDUCTOR CORP             515700   2,051,041.50                              2,051,041.50
NORTHROP CORP                           112700                   3,875,537.50              3,875,537.50CR
NYNEX CORP                                2343      90,400.00                                 90,400.00
OWENS ILL INC                            46590                   1,786,198.75              1,786,198.75CR
PACIFIC TELESIS CORP                      2343
PEPSICO INC                              14300     407,450.00                                407,450.00
PHILIP MORRIS INC                        30000                   2,760,425.00              2,760,425.00CR
PHILLIPS PETE CO                         13900     648,575.00                                648,575.00
PRIME COMPUTER INC                       13200
RCA CORP                                 75000     196,762.50                                196,762.50
ROCKWELL INTL CORP                       14000
SCHLUMBERGER LTD                         16100                   2,073,100.01              2,073,100.01CR
SEARS ROEBUCK & CO                      375151                   2,998,975.50              2,998,975.50CR
SONY CORP                               182970                   2,891,567.50
AMERN SH NEW                                                                               2,891,567.50CR

                          CONTINUED ON PAGE     8


   4/30/85   NATIONAL WESTMINSTER BANK USA              2-90000-3-0         8
            160 BROADWAY
            NEW YORK          NY


SOUTHWESTERN BELL CORP                    2343     171,000.00                                171,000.00
STORER COMMUNICATIONS                    88000      27,300.00                                 27,300.00
SUN INC                     13085                  655,812.50
SUN INC                                   6273                     639,846.00
 PFD CONV $2.25                                                                               15,966.50
SYNTEX CORP                              45300     200,000.00                                200,000.00
TRW INC                                   7500     450,672.00                                450,672.00
TANDY CORP                               12500     578,512.50                                578,512.50
TELEDYNE INC                             12600   6,638,550.00                              6,638,550.00
TIDEWATER INC                            57100     583,087.50                                583,087.50
TRANS WORLD AIRLINES INC                242242
TRANS WORLD AIRLS INC                    92633
 A PREF $0.05
TRANSWORLD CORP DEL                     260400
TRAVELERS CORP                          235900                   7,870,537.50              7,870,537.50CR
UAL INC                                 109600                   3,313,300.00              3,313,300.00CR
UNITED STATES STEEL CORP                108700                   2,950,487.50              2,950,487.50CR
U S TREASURY NOTES          9935000
 8.000  2/15/1985
U S TREASURY NOTES                       91000                      91,718.51
 8.875  2/15/1986                                                                             91,718.51CR
U S WEST INC                              2343
UNOCAL CORP                               3100   1,226,275.00                              1,226,275.00
UPJOHN CO                                79050                   5,604,313.76              5,604,313.76CR
USLIFE CORP                 3038                   119,876.00
```

MF00965250

| | | | | |
|---|---|---|---|---|
| INTERCO INC | 4354 | | 576,905.00 | |
| PFD SER D CONV $7.75 | | | | 14,373.25 |
| INTERNATIONAL BUSINESS MACHS | 1137213 | | 14,288,310.00 | 14,288,310.00CR |
| ITT CORP | 231700 | | 1,720,100.00 | 1,720,100.00 |
| LTV CORPORATION | 80000 | | | |
| LILLY ELI & CO | 20100 | | 1,484,887.50 | 1,484,887.50CR |
| LITTON INDS INC | 49000 | | 3,053,766.50 | 3,053,766.50CR |
| MCI COMMUNICATIONS CORP | 1267894 | | 8,008,741.79 | 8,008,741.79CR |
| MCDONALDS CORP | 42800 | | 2,555,375.00 | 2,555,375.00CR |
| MERCK & CO INC | 2500 | 91,575.00 | | 91,575.00 |
| MERRILL LYNCH & CO INC | 951150 | | 14,471,816.87 | 14,471,816.87CR |
| MILLIPORE CORP | 76700 | | | |
| NATIONAL SEMICONDUCTOR CORP | 515700 | 2,051,041.50 | | 2,051,041.50 |
| NORTHROP CORP | 112700 | | 3,875,537.50 | 3,875,537.50CR |
| NYNEX CORP | 2343 | 90,400.00 | | 90,400.00 |
| OWENS ILL INC | 46580 | | 1,786,198.75 | 1,786,198.75CR |
| PACIFIC TELESIS CORP | 2343 | | | |
| PEPSICO INC | 14300 | 407,450.00 | | 407,450.00 |
| PHILIP MORRIS INC | 30000 | | 2,760,425.00 | 2,760,425.00CR |
| PHILLIPS PETE CO | 13900 | 648,575.00 | | 648,575.00 |
| PRIME COMPUTER INC | 13200 | | | |
| RCA CORP | 75000 | 196,762.50 | | 196,762.50 |
| ROCKWELL INTL CORP | 14000 | | | |
| SCHLUMBERGER LTD | 16100 | | 2,073,100.01 | 2,073,100.01CR |
| SEARS ROEBUCK & CO | 375151 | | 2,998,975.50 | 2,998,975.50CR |
| SONY CORP | 182970 | | 2,891,567.50 | |
| AMERN SH NEW | | | | 2,891,567.50CR |

CONTINUED ON PAGE    8

4/30/85   NATIONAL WESTMINSTER BANK USA                               2-90000-3-0                     8
          150 BROADWAY
              NEW YORK              NY

| | | | | |
|---|---|---|---|---|
| SOUTHWESTERN BELL CORP | 2343 | 171,000.00 | | 171,000.00 |
| STORER COMMUNICATIONS | 88000 | 27,300.00 | | 27,300.00 |
| SUN INC | 13085 | 655,812.50 | | |
| SUN INC | 6273 | | 639,846.00 | |
| PFD CONV $2.25 | | | | 15,966.50 |
| SYNTEX CORP | 45300 | 200,000.00 | | 200,000.00 |
| TRW INC | 7500 | 450,672.00 | | 450,672.00 |
| TANDY CORP | 12500 | 578,512.50 | | 578,512.50 |
| TELEDYNE INC | 12600 | 6,638,550.00 | | 6,638,550.00 |
| TIDEWATER INC | 57100 | 583,087.50 | | 583,087.50 |
| TRANS WORLD AIRLINES INC | 242242 | | | |
| TRANS WORLD AIRLS INC | 92633 | | | |
| A PREF $0.05 | | | | |
| TRANSWORLD CORP DEL | 260400 | | | |
| TRAVELERS CORP | 235900 | | 7,870,537.50 | 7,870,537.50CR |
| UAL INC | 109600 | | 3,313,300.00 | 3,313,300.00CR |
| UNITED STATES STEEL CORP | 108700 | | 2,950,487.50 | 2,950,487.50CR |
| U S TREASURY NOTES | 9935000 | | | |
| 8.000  2/15/1985 | | | | |
| U S TREASURY NOTES | 91000 | | 91,718.51 | |
| DATED 02/15/83 | | | | |
| 9.875  2/15/1986 | | | | 91,718.51CR |
| U S WEST INC | 2343 | | | |
| UNOCAL CORP | 3100 | 1,226,275.00 | | 1,226,275.00 |
| UPJOHN CO | 79050 | | 5,604,313.76 | 5,604,313.76CR |
| USLIFE CORP | 3038 | 119,876.00 | | |
| USLIFE CORP | 3495 | | 114,898.13 | |
| PFD SER D CONV $2.25 | | | | 4,977.87 |
| WAL-MART STORES INC | 20900 | | 939,587.50 | 939,587.50CR |
| WANG LABS INC | 153400 | | 385,200.00 | |
| CLASS B | | | | 385,200.00CR |
| WESTINGHOUSE ELEC CORP | 27100 | | 1,027,437.50 | 1,027,437.50CR |
| WOOLWORTH F W CO | 23500 | | | |
| XEROX CORP | 6250 | | 275,000.00 | 275,000.00CR |
| | END OF POSITIONS | 37,368,721.00 | 409,913,208.58 | 368,700,404.81 |

---

4/30/85   NATIONAL WESTMINSTER BANK USA                              4-00000-4-0             1
          150 BROADWAY
              NEW YORK              NY

| | | | | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| T/DT | S/DT | LONG | SHORT | | | | |
| | | | | BALANCE FORWARD | | 6,886,807.03 | |
| | | | | 8 PHILIP MORRIS | 2 15/16 | 2,957.50 | |
| 4/01 | 4/02 | 10 | | JUNE 95 CALLS | | | |
| | | | | 9 GENERAL MOTORS CORP | 2  3/8 | 2,874.00 | |
| 4/01 | 4/02 | 12 | | JUNE 75 CALLS | | | |
| | | | | 10 SEARS ROEBUCK & CO | 1  3/8 | 3,766.50 | |
| 4/01 | 4/02 | 27 | | JUNE 35 CALLS | | | |
| | | | | 11 GENERAL MOTORS CORP | 2  3/8 | 5,269.00 | |
| 4/01 | 4/02 | 22 | | JUNE 75 CALLS | | | |
| | | | | 12 GENERAL MOTORS CORP | 2  3/8 | 5,269.00 | |
| 4/01 | 4/02 | 22 | | JUNE 75 CALLS | | | |
| | | | | 13 SEARS ROEBUCK & CO | 1  3/8 | 6,277.50 | |
| 4/01 | 4/02 | 45 | | JUNE 35 CALLS | | | |
| | | | | 14 SEARS ROEBUCK & CO | 1  3/8 | 6,277.50 | |

MF00965251