# EXHIBIT AA

**From:** Sabella, Michael A. [mailto:msabella@bakerlaw.com]
**Sent:** Sunday, June 25, 2017 11:33 AM
**To:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Cc:** McDonald, Heather J. <hmcdonald@bakerlaw.com>; Tranbaugh, Molly <mtranbaugh@bakerlaw.com>; McGourty, Cara <cmcgourty@bakerlaw.com>; Keranen, Kristin L. <kkeranen@bakerlaw.com>; Huttenlocher, Michael <MHuttenlocher@mwe.com>; Azman, Darren <Dazman@mwe.com>; Helen Chaitman <hchaitman@chaitmanllp.com>
**Subject:** RE: Microfilm Productions

Andrew,

As an initial matter, the Trustee has never represented that there were only 201 microfilm reels in the BLMIS records. The Trustee is in possession of nearly 5,300 reels of microfilm. We had previously restored nearly 400 reels of microfilm, based on their labels and dates, including reels from the pre-1992 time period. The 201 reels of microfilm recently restored and produced to you in their entirety were a separate production focused on identifying additional pre-1992 reels, bringing the total number of reels of microfilm restored to approximately 600. We have produced to you (1) the entire restored 201 reels of microfilm, and (2) documents from the restored 400 reels of microfilm that were responsive to the list of 147 search terms, as explained in my email of April 6, 2017. With the restoration of the recent 201 reels, all pre-1992 microfilm reels have been restored.

I hope this explanation clears up any confusion.

Regards,

Michael

**Michael Sabella**
Associate

BakerHostetler

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4625

msabella@bakerlaw.com
bakerlaw.com



**From:** Kratenstein, Andrew [mailto:AKratenstein@mwe.com]
**Sent:** Monday, June 19, 2017 1:47 PM
**To:** Sabella, Michael A.
**Cc:** McDonald, Heather J.; Tranbaugh, Molly; McGourty, Cara; Huttenlocher, Michael; Azman, Darren; Helen Davis Chaitman (hchaitman@chaitmanllp.com)
**Subject:** Microfilm Productions

Michael,

We have been reviewing the Trustee's microfilm production and are concerned that there may be substantial gaps in it. Specifically, Mr. Jacobs' March 8, 2017 letter to Judge Bernstein (attached) identifies "201 reels of microfilm" that the Trustee's counsel was then in the process of restoring and producing. We understood based on Mr. Shifrin's letters dated March 6, 2017 and April 26, 2017 (also attached) that the Trustee's microfilm production was completed on April 26, 2017.

We recently located in the microfilm production the attached certification from Tri Microfilm referencing a processed reel number 321. Accordingly, we have the following requests/questions:

1. Please explain why your firm has represented that there were only 201 reels of microfilm when it appears that there were at least 321 microfilm reels.

2. Please confirm whether there is any microfilm that the Trustee's counsel has not restored and produced.

3. Please confirm whether the microfilm production was limited in any way. For example, were all microfilmed Madoff or BLMIS bank records produced?

Thank you.

Andrew

**Andrew B. Kratenstein**
Partner

**McDermott Will & Emery LLP** | 340 Madison Avenue | New York, NY 10173-1922
Tel +1 212 547 5695 | Mobile +1 646 338 4871 | Fax +1 212 547 5444

**Biography** | **Website** | **vCard** | **Email** | **Twitter** | **LinkedIn** | **Blog**

******************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
******************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content

of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.