**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                      Plaintiff,<br>v.<br>DEFENDANTS LISTED ON EXHIBIT A TO NOTICE OF MOTION [ECF 13603-1],<br>                      Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the following documents:

- Defendants; Memorandum in Further Support of Their Request to Depose Bernard L. Madoff on Day 2 Deposition Topics, and

- Declaration of Helen Davis Chaitman with Exhibits A through AA,

to be served by electronic mail upon the parties listed below:

{00031270 1 }

>David Sheehan, Esq.
>dsheehan@bakerlaw.com
>Amanda E. Fein, Esq.
>afein@bakerlaw.com
>Stacy Dasaro, Esq.
>sdasaro@bakerlaw.com
>Baker & Hostetler LLP
>45 Rockefeller Plaza, 11th Floor
>New York, New York  10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   June 26, 2917                                                     */s/ Helen Davis Chaitman*
         New York, New York

{00031270 1 }