## **Exhibit B-1**

**Andrew Madoff Customer Claim No. 015306**

| | Bernard L. Madoff Investment Securities LLC |
|---|---|
| | Case No 08-01789-BRL |
| | U S Bankruptcy Court for the Southern District of New York |
| **CUSTOMER CLAIM** | Claim Number        **015306** |

Date Received **RECEIVED**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

**JUL 0 2 2009**

In Liquidation

**DECEMBER 11, 2008**

**(Please print or type)**

Name of Customer:  Andrew Madoff

Mailing Address: ▇▇▇▇▇▇▇▇

City: ▇▇▇▇    State: ▇▇▇    Zip: ▇▇▇

Account No.: 1-M0107-3

Taxpayer I.D. Number (Social Security No.): ▇▇▇▇

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ
CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A
SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT
AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA,
ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON
OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE,
BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS
FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM
BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of            $6,136,759.89

b.    I owe the Broker a Debit (Dr.) Balance of            $_____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.            $_____

1

MWPTAP00045203

      d.    If balance is zero, insert "None."                              _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | X |
| b. | I owe the Broker securities | _____ | X |
| c. | If yes to either, please list below: |  |  |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

2

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | See Attachment | |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | See Attachment | |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | See Attachment | |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

3

MWPTAP00045205

MWPTAP00581229

MWPTAP00581227

Please list the full name and address of anyone assisting you in the preparation of this claim form: Martin Flumenbaum, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064

4

MWPTAP00045206

MWPTAP00581230

MWPTAP00581227

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date   6-23-09            Signature _____

Date   _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045207

**MWPTAP00581231**

MWPTAP00581227

## ATTACHMENT TO CUSTOMER CLAIM OF
## ANDREW MADOFF (ACCOUNT NO. 1-M0107-3)

1.    Reference is made to Question 4 of the *Madoff Customer Claim Form*
to which this attachment is made (the "SIPC Customer Claim Form"). Claimant Andrew
Madoff ("Claimant") was a director in the market-making and proprietary trading businesses
at Bernard L. Madoff Investment Securities LLC ("BLMIS"). The market-making and
proprietary trading businesses were separate from BLMIS's investment advisory business.
Claimant was not a director, partner, shareholder, lender to or capital contributor of the
broker.

2.    Reference is made to Question 5 of the *SIPC Customer Claim Form*.
Claimant did not "directly or indirectly and through agreement or otherwise, exercise or
[have] the power to exercise a controlling influence over the management or policies of the
broker." Claimant was a director in the market-making and proprietary trading businesses,
which, as set forth above, were separate from BLMIS's investment advisory business.

3.    Reference is made to Question 6 of the *SIPC Customer Claim Form*.
Claimant is the son of Bernard L. Madoff; nephew of Peter Madoff; cousin of Shana Madoff;
and brother of Mark Madoff.

4.    Reference is made to the instruction in Question 2 of the *SIPC
Customer Claim Form* to provide documentation or information regarding withdrawals made
or payments received from BLMIS. As reflected in the statement attached hereto, a
withdrawal of $192,000.00 was made in April 2000.

5.    Claimant hereby asserts a contingent claim in respect of the possible
assertion of any avoidance cause of action (or any similar cause of action seeking recovery of

MWPTAP00045208

**MWPTAP00581232**

MWPTAP00581227

any transfers to Claimant) against Claimant and a claim, in an amount to be determined, based

upon the avoidance of transfers to Claimant; provided, however, that Claimant's assertion of

such claims shall not constitute an admission of any kind whatsoever by Claimant of the

avoidability of any transfers made to Claimant or any wrongdoing on Claimant's part.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

_____
Andrew Madoff

2

MWPTAP00045209

**MWPTAP00581233**

MWPTAP00581227

| | BERNARD L. MADOFF INVESTMENT SECURITIES LLC New York □ London | | 885 Third Avenue New York, NY 10022 (212) 230-2424 800 334-1343 Fax (212) 838-4061 | | | | Affiliated with Madoff Securities International Limited 12 Berkeley Street Mayfair, London W1J 8DT Tel 020 7493 6222 |

ANDREW MADOFF

885 THIRD AVENUE 18TH FLOOR
NEW YORK        NY  10022

Period Ending: 11/30/08    Page: 1    H

1-N0107-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TXN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .37 |
| 11/20 | | 6,125,000 | | U S TREASURY BILL DUE 11/20/08 11/20/2008 | DELV | | |
| 11/20 | | | | REDEEMED U S TREASURY BILL DUE 11/20/08 11/20/2008 | JRNL | | 6,125,000.00 |
| 11/20 | 6,125,000 | | 77032 | REDEEMED U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.941 | 6,121,386.25 | |
| 11/20 | 3,614 | | 77033 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | J | 3,614.00 | |
| 11/20 | 6,125,000 | | 77086 | U S TREASURY BILL DUE 5/21/2009 5/21/2009 | 99.767 | 6,109,503.75 | |
| 11/20 | | 6,125,000 | 77086 | U S TREASURY BILL DUE 5/21/2009 5/21/2009 | 99.767 | | 6,109,503.75 |
| | | | | NEW BALANCE | | | .14 |
| | 13,536 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE J | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045210

MWPTAP00581234

MWPTAP00581227

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 4222

ANDREW MADOFF

11/30/08    2    H

885 THIRD AVENUE 18TH FLOOR
NEW YORK        NY  10022

1-40107-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TAX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
|  | 6,125,000 |  |  | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.971 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG        SHORT  8,136,759.75 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045211

MWPTAP00581235

MWPTAP00581227

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW MADOFF

885 THIRD AVENUE 18TH FLOOR
NEW YORK        NY  10022

11/30/08                H

1-40177-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TBN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,139,634 |
| | | | | GROSS PROCEEDS FROM SALES | | | 18,297,705.50 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00581236

MWPTAP00045212

MWPTAP00581227



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

ANDREW MADOFF

885 THIRD AVENUE 18TH FLOOR
NEW YORK    NY 10022

4/30/00    1    M

1-N0107-3-0

| DATE | BOUGHT | SOLD | | | | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | 29,566.50 | |
| 4/03 | | | | COCA COLA CO | | 208.25 |
| | | | | DIV 3/15/00 4/01/00 | DIV | |
| 4/10 | | | | WAL-MART STORES INC | DIV | 136.50 |
| | | | | DIV 3/17/00 4/10/00 | | |
| 4/12 | | | | CHECK | 192,000.00 | |
| 4/20 | | | | FIDELITY SPARTAN | | 30.28 |
| | | | | U S TREASURY MONEY MARKET | | |
| | | | | DIV 04/28/00 | | |
| 4/28 | | 1,375,000 | 1.490 | U S TREASURY BILL | | 1,349,287.50 |
| | | | | DUE 8/24/2000 | | |
| | | | | 8/24/2000 | | |
| 4/28 | | 1,375,000 | 5298 | U S TREASURY BILL | 98 | 1,347,500.00 |
| | | | | DUE 8/31/2000 | | |
| | | | | 8/31/2000 | | |
| 4/28 | 1,280,000 | | 9240 | U S TREASURY BILL | 97.650 | 1,249,920.00 |
| | | | | DUE 9/21/2000 | | |
| | | | | 9/21/2000 | | |
| 4/28 | 1,280,000 | | 13143 | U S TREASURY BILL | 97.530 | 1,248,384.00 |
| | | | | DUE 9/28/2000 | | |
| | | | | 9/28/2000 | | |
| 4/28 | 14,172 | | 17210 | FIDELITY SPARTAN | 1 | 14,172.00 |
| | | | | U S TREASURY MONEY MARKET | | |
| 4/28 | | 7,313 | 97641 | FIDELITY SPARTAN | 1 | 7,313.00 |
| | | | | U S TREASURY MONEY MARKET | | |
| | | | | CONTINUED ON PAGE    2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE    2

MWPTAP00045213

MWPTAP00581237

MWPTAP00581227

**BERNARD L. MADOFF**
Investment Securities
New York & London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493-6222

ANDREW MADOFF

885 THIRD AVENUE 18TH FLOOR
NEW YORK        NY  10022

PERIOD ENDING 4/30/00

PAGE 2  H

YOUR ACCOUNT NUMBER 1-M010T-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN CODE | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | 29,566.97 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 14,172 | | | FIDELITY SPARTAN | 1 | | |
| | 1,280,000 | | | U S TREASURY MONEY MARKET | | | |
| | | | | U S TREASURY BILL | 97.650 | | |
| | | | | DUE 9/21/2000 | | | |
| | | | | 9/21/2000 | | | |
| | 1,280,000 | | | U S TREASURY BILL | 97.530 | | |
| | | | | DUE 9/28/2000 | | | |
| | | | | 9/28/2000 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG           SHORT | | | |
| | | | | 2,512,670.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00581238

MWPTAP00045214

MWPTAP00581227



MWPTAP00581239

MWPTAP0004S215

MWPTAP00581227

# Exhibit B-2

## Andrew and Deborah Madoff Customer Claim No. 015382

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number    015382

## CUSTOMER CLAIM

Claim Number _____

Date Received

**RECEIVED**

**JUL 0 2 2009**

By _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** Andrew and Deborah Madoff _____

**Mailing Address of A. Madoff:** ███████████████ _____

**City:** █████████ **State:** ███████ **Zip:** ████████

**Mailing Address of D. Madoff:** ███████████████ _____

**City:** █████████ **State:** ███████ **Zip:** ████████

**Account No.:** 1-M0108-3 _____

**Taxpayer I.D. Number (Social Security No.) of A. Madoff:** ████████████

**Taxpayer I.D. Number (Social Security No.) of D. Madoff:** ████████████

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

      a.    The Broker owes me a Credit (Cr.) Balance of          $1,387,683.26

      b.    I owe the Broker a Debit (Dr.) Balance of          $_____

      c.    If you wish to repay the Debit Balance,
         please insert the amount you wish to repay and
         attach a check payable to "Irving H. Picard, Esq.,
         Trustee for Bernard L. Madoff Investment Securities LLC."
         If you wish to make a payment, **it must be enclosed**
         with this claim form.          $_____

1

    d.    If balance is zero, insert "None."             _____

2.    Claim for securities as of **December 11, 2008**:

### PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | **X** |
| b. | I owe the Broker securities | _____ | **X** |
| c. | If yes to either, please list below: | _____ | _____ |

| | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

2

MWPTAP00045316

**MWPTAP00582613**

MWPTAP00582612

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED
EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS
ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR
YOUR COMPLETION.**

|  | A. MADOFF | | D. MADOFF | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| 3. Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |  | X |
| 4. Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | See Attachment |  |  | X |
| 5. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | See Attachment |  |  | X |
| 6. Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | See Attachment |  | See Attachment |  |
| 7. Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |  | X |
| 8. Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |  | X |
| 9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |  | X |

3

MWPTAP00045317

Please list the full name and address of anyone assisting you in the
preparation of this claim form: <u>Martin Flumenbaum, Paul, Weiss, Rifkind,</u>
<u>Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-</u>
<u>6064</u>

4

MWPTAP00045318

**MWPTAP00582615**

MWPTAP00582612

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____ 6 - 23 - 09 _____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045319

MWPTAP00582616

MWPTAP00582612

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date June 14, 2005    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045320

MWPTAP00582617

MWPTAP00582612

**Joint Account**

**Andrew Madoff – 50% ownership**

Date ___6 - 23 - 09___    Signature _____

**Deborah Madoff - 50% ownership**

Date _____    Signature _____

6

MWPTAP00045321

**MWPTAP00582618**

MWPTAP00582612

**Joint Account**

**Andrew Madoff – 50% ownership**

Date _____   Signature _____

**Deborah Madoff - 50% ownership**

Date _Jvne 24 2009_   Signature _Deborah Madoff_

6

MWPTAP00045322

**MWPTAP00582619**

MWPTAP00582612

## ATTACHMENT TO CUSTOMER CLAIM OF
## ANDREW AND DEBORAH MADOFF (ACCOUNT NO. 1-M0108-3)

1.      Reference is made to Question 4 of the *Madoff Customer Claim Form*
to which this attachment is made (the "SIPC Customer Claim Form"). Claimant Andrew
Madoff ("A. Madoff") was a director in the market-making and proprietary trading businesses
at Bernard L. Madoff Investment Securities LLC ("BLMIS"). The market-making and
proprietary trading businesses were separate from BLMIS's investment advisory business. A.
Madoff was not a director, partner, shareholder, lender to or capital contributor of the broker.

2.      Reference is made to Question 5 of the *SIPC Customer Claim Form*.
A. Madoff did not "directly or indirectly and through agreement or otherwise, exercise or
[have] the power to exercise a controlling influence over the management or policies of the
broker." A. Madoff was a director in the market-making and proprietary trading businesses,
which, as set forth above, were separate from BLMIS's investment advisory business.

3.      Reference is made to Question 6 of the *SIPC Customer Claim Form*.
A. Madoff is the son of Bernard L. Madoff; nephew of Peter Madoff; cousin of Shana
Madoff, and brother of Mark Madoff. Claimant Deborah Madoff ("D. Madoff" and together
with A. Madoff, the "Claimants") is married to A. Madoff.

4.      Reference is made to the instruction in Question 2 of the *SIPC
Customer Claim Form* to provide documentation or information regarding withdrawals made
or payments received from BLMIS. As reflected in the statement attached hereto, a
withdrawal of $58,000 was made in April 2000.

5.      Claimants hereby assert a contingent claim in respect of the possible
assertion of any avoidance cause of action (or any similar cause of action seeking recovery of

MWPTAP00045323

**MWPTAP00582620**

MWPTAP00582612

Attachment to Customer Claim
of Andrew and Deborah Madoff
Account No. 1-M0108-3

any transfers to Claimants) against Claimants and a claim, in an amount to be determined,

based upon the avoidance of transfers to Claimants; provided, however, that Claimants'

assertion of such claims shall not constitute an admission of any kind whatsoever by

Claimants of the avoidability of any transfers made to Claimants or any wrongdoing on

Claimants' part.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

_____
Andrew Madoff

_____
Deborah Madoff

2

MWPTAP00045324

**MWPTAP00582621**

MWPTAP00582612

Attachment to Customer Claim
of Andrew and Deborah Madoff
Account No. 1-M0108-3

any transfers to Claimants) against Claimants and a claim, in an amount to be determined,

based upon the avoidance of transfers to Claimants; provided, however, that Claimants'

assertion of such claims shall not constitute an admission of any kind whatsoever by

Claimants of the avoidability of any transfers made to Claimants or any wrongdoing on

Claimants' part.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

_____
Andrew Madoff

Deborah Madoff

2

MWPTAP00045325

**MWPTAP00582622**

MWPTAP00582612

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW MADOFF
& DEBORAH MADOFF J/T WROS

885 THIRD AVENUE 18TH FLR
NEW YORK          NY 10022

| DATE | SOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .74 |
| 11/20 | | 1,375,000 | | U S TREASURY BILL DUE 11/20/08 11/20/2007 | DELV | | |
| 11/20 | | | | REDEEMED U S TREASURY BILL DUE 11/20/08 11/20/2007 | JRNL | | 1,375,000.00 |
| 11/20 | 1,375,000 | | 77034 | REDEEMED U S TREASURY BILL DUE 03/26/2009 3/26/2009 | .99.943 | 1,374,188.75 | |
| 11/20 | 812 | | 77035 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 312.00 | |
| 11/20 | 1,375,000 | | 77087 | U S TREASURY BILL DUE 5/21/2009 5/21/2009 | 99.747 | 1,371,521.25 | |
| 11/20 | | 1,375,000 | 77087 | U S TREASURY BILL DUE 5/21/2009 5/21/2009 | 99.747 | | 1,371,521.25 |
| | | | | NEW BALANCE | | | .01 |
| | 13,032 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045326

MWPTAP00582623

MWPTAP00582612

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW MADOFF
& DEBORAH MADOFF J/T WROS

885 THIRD AVENUE 18TH FLR
NEW YORK        NY  10022

11/30/93    2

T-M0108-3-9

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,375,000 | | | U S TREASURY BILL DUE 03/26/2009    3/26/2009    MARKET VALUE OF SECURITIES    LONG    SHORT    1,387,689.25 | 99.071 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045327

MWPTAP00582624

MWPTAP00582612



MWPTAP00045328

MWPTAP00582625

MWPTAP00582612

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 930-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

ANDREW MADOFF
& DEBORAH MADOFF J/T WROS

4/30/00    PAGE 1    H

YOUR ACCOUNT NUMBER  1-N0108-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 4,161.89 | |
| 4/03 | | | | COCA COLA CO DIV - 3/15/00  4/01/00 | DIV | | 47.60 |
| 4/10 | | | | WAL-MART STORES INC DIV - 3/17/00  4/10/00 | DIV | | 31.20 |
| 4/12 | | | | CHECK | CW | 58,000.00 | |
| 4/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/28/00 | DIV | | 199.75 |
| 4/28 | | 300,000 | 1491 | U S TREASURY BILL DUE 8/24/2000 8/24/2000 | 98.130 | | 294,390.00 |
| 4/28 | | 300,000 | 5299 | U S TREASURY BILL DUE 8/31/2000 8/31/2000 | 98 | | 294,000.00 |
| 4/28 | 290,000 | | 9241 | U S TREASURY BILL DUE 9/21/2000 9/21/2000 | 97.650 | 283,185.00 | |
| 4/28 | 290,000 | | 13144 | U S TREASURY BILL DUE 9/28/2000 9/28/2000 | 97.530 | 282,837.00 | |
| 4/28 | 12,887 | | 17111 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,887.00 | |
| 4/28 | | 48,240 | 97662 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 48,240.00 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MWPTAP00582626
MWPTAP00045329
MWPTAP00582612





MWPTAP00045331

MWPTAP00582628

MWPTAP00582612

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS • NEW YORK, NY 10019-6064

# HAND DELIVERY

PS|Ship - Voucher                                                      Page 1 of 2

**To**
Alix Partners LLP
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York , NY  10111  US
212-373-3512

**From**
HANNAH S. SHOLL
(04796)
Paul Weiss LLP
1285 Avenue of the
Americas
New York, NY  10019  US

**PWRWG0164486**

**Service**
Roundtrip
Hand Delivery by 11:00 AM

**Reference**
018997 . 00001

**Instructions**
May be left unattended in a
safe place
Messenger needs to wait for
signature. SUPER RUSH

**Operator**
CLAUDETTE W WILSON
2072
cwilson@paulweiss.com

**Options**
Signature required

Vendor

Tracking

Price

Packaging/dimensions

Other

| | Signature | Name | Date | Time |
|---|---|---|---|---|
| Delivered to | | | | |
| Delivered by | | | | |

MWPTAP00582629

MWPTAP00045332

MWPTAP00582612

## **Exhibit B-3**

**Andrew Madoff Customer Claim No. 015383**

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U S Bankruptcy Court for the Southern District of New York

Claim Number          **015383**

Date Received   RECEIVED

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

JUL 0 2 2009

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

Name of Customer: Andrew Madoff

Mailing Address: ▮▮▮▮▮▮▮▮

City: ▮▮▮▮      State: ▮▮      Zip: ▮▮

Account No.: 1-M0107-3

Taxpayer I.D. Number (Social Security No.): ▮▮▮▮

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ
CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A
SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT
AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA,
ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON
OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE,
BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS
FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM
BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of          $6,136,759.89

b.    I owe the Broker a Debit (Dr.) Balance of          $_____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.          $_____

1

MWPTAP00045333

**MWPTAP00582630**

MWPTAP00582630

    d.   If balance is zero, insert "None."         _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | **X** |
| b. | I owe the Broker securities | | **X** |

c.    If yes to either, please list below:

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

2

MWPTAP00045334

MWPTAP00582631

MWPTAP00582630

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | See Attachment | |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | See Attachment | |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | See Attachment | |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

3

MWPTAP00045335

**MWPTAP00582632**

MWPTAP00582630

Please list the full name and address of anyone assisting you in the preparation of this claim form: <u>Martin Flumenbaum, Paul, Weiss, Rifkind,</u> <u>Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-</u> <u>6064</u>

4

MWPTAP00045336

**MWPTAP00582633**

MWPTAP00582630

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6-23-09            Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045337

**MWPTAP00582634**

MWPTAP00582630

## ATTACHMENT TO CUSTOMER CLAIM OF
## ANDREW MADOFF (ACCOUNT NO. 1-M0107-3)

1.    Reference is made to Question 4 of the *Madoff Customer Claim Form*
to which this attachment is made (the "SIPC Customer Claim Form"). Claimant Andrew
Madoff ("Claimant") was a director in the market-making and proprietary trading businesses
at Bernard L. Madoff Investment Securities LLC ("BLMIS"). The market-making and
proprietary trading businesses were separate from BLMIS's investment advisory business.
Claimant was not a director, partner, shareholder, lender to or capital contributor of the
broker.

2.    Reference is made to Question 5 of the *SIPC Customer Claim Form*.
Claimant did not "directly or indirectly and through agreement or otherwise, exercise or
[have] the power to exercise a controlling influence over the management or policies of the
broker." Claimant was a director in the market-making and proprietary trading businesses,
which, as set forth above, were separate from BLMIS's investment advisory business.

3.    Reference is made to Question 6 of the *SIPC Customer Claim Form*.
Claimant is the son of Bernard L. Madoff; nephew of Peter Madoff; cousin of Shana Madoff,
and brother of Mark Madoff.

4.    Reference is made to the instruction in Question 2 of the *SIPC
Customer Claim Form* to provide documentation or information regarding withdrawals made
or payments received from BLMIS. As reflected in the statement attached hereto, a
withdrawal of $192,000.00 was made in April 2000.

5.    Claimant hereby asserts a contingent claim in respect of the possible
assertion of any avoidance cause of action (or any similar cause of action seeking recovery of

MWPTAP00045338

**MWPTAP00582635**

MWPTAP00582630

any transfers to Claimant) against Claimant and a claim, in an amount to be determined, based

upon the avoidance of transfers to Claimant;  provided, however, that Claimant's assertion of

such claims shall not constitute an admission of any kind whatsoever by Claimant of the

avoidability of any transfers made to Claimant or any wrongdoing on Claimant's part.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

_____
Andrew Madoff

2

MWPTAP00045339

**MWPTAP00582636**

MWPTAP00582630

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 4DT
Tel 020 7493 6222

ANDREW MADOFF

| | |
|---|---|
| | 11/30/08 |
| | 1 |

885 THIRD AVENUE 18TH FLOOR
NEW YORK          NY  10022

1-N0107-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | *37 |
| 11/20 | | 6,125,000 | | U S TREASURY BILL DUE 11/20/08 11/20/2008 | DELV | | |
| 11/20 | | | | REDEEMED U S TREASURY BILL DUE 11/20/08 11/20/2008 | JRNL | | 6,125,000.00 |
| 11/20 | 6,125,000 | | 77032 | REDEEMED U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.941 | 6,121,386.25 | |
| 11/20 | 3,614 | | 77033 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | J | | 3,614.00 |
| 11/20 | 6,125,000 | | 77086 | U S TREASURY BILL DUE 5/21/2009 5/21/2009 | 99.767 | 6,109,503.75 | |
| 11/20 | | 6,125,000 | 77086 | U S TREASURY BILL DUE 5/21/2009 5/21/2009 | 99.767 | | 6,109,503.75 |
| | | | | NEW BALANCE | | | *14 |
| | 13,596 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045340

MWPTAP00582637

MWPTAP00582630

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 4222

ANDREW MADOFF

11/30/08    2    H

885 THIRD AVENUE 18TH FLOOR
NEW YORK    NY 10022

1-40107-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 6,125,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 6,136,759.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00582638

MWPTAP00045341

MWPTAP00582630



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

ANDREW MADOFF

885 THIRD AVENUE 18TH FLOOR
NEW YORK    NY 10022

4/30/00    1    H

1-N0107-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | | | PRICE | | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 29,566.50 | |
| 4/03 | | | | COCA COLA CO | DIV | | 208.25 |
| | | | | DIV 3/15/00-4/01/00 | | | |
| 4/10 | | | | WAL-MART STORES INC | DIV | | 136.50 |
| | | | | DIV 3/17/00, 4/10/00 | | | |
| 4/12 | | | | CHECK | DIV | | 30.28 |
| 4/28 | | | | FIDELITY SPARTAN | | 192,000.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 06/28/00 | | | |
| 4/28 | | 1,375,000 | 1490 | U S TREASURY BILL | | | 1,349,287.50 |
| | | | | DUE 8/24/2000 | | | |
| 4/28 | | 1,375,000 | 5298 | U S TREASURY BILL | 98 | | 1,347,500.00 |
| | | | | DUE 8/31/2000 | | | |
| 4/28 | 1,280,000 | | 9240 | U S TREASURY BILL | 97.650 | 1,249,920.00 | |
| | | | | DUE 9/21/2000 | | | |
| 4/28 | 1,280,000 | | 15143 | U S TREASURY BILL | 97.530 | 1,248,384.00 | |
| | | | | DUE 9/28/2000 | | | |
| 4/28 | 14,172 | | 17110 | FIDELITY SPARTAN | 1 | 14,172.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 4/28 | | 7,313 | 97641 | FIDELITY SPARTAN | 1 | | 7,313.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045343

MWPTAP00582640

MWPTAP00582630



MWPTAP00045344

MWPTAP00582641

MWPTAP00582630



MWPTAP00045345

MWPTAP00582642

MWPTAP00582630

'EISS, RIFKIND, WHARTON & GARRISON LLP
AVENUE OF THE AMERICAS • NEW YORK, NY 10019-6064

HAND DELIVERY

PS|Ship - Voucher                                                Page 1 of 2

**To**
Alix Partners LLP
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York , NY  10111  US
212-373-3512

**Service**
Roundtrip
Hand Delivery by 11.00 AM

**Instructions**
May be left unattended in a
safe place
Messenger needs to wait for
signature. SUPER RUSH

**Options**
Signature required

**From**
HANNAH S  SHOLL
(04796)
Paul Weiss LLP
1285 Avenue of the
Americas
New York, NY  10019  US

**Reference**
018997 . 00001

**Operator**
CLAUDETTE W WILSON
2072
cwilson@paulweiss.com

**PWRWG0164486**

Vendor

Tracking

Price

Packaging/dimensions

Other

NY – 016

NY – 016

| | Signature | Name | Date |
|---|---|---|---|
| Delivered to | | | |
| Delivered by | | | |

MWPTAP00045346

**MWPTAP00582643**

MWPTAP00582630

## **Exhibit B-4**

**Andrew Madoff Customer Claim No. 070065**

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York

Claim Number    **070065**

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**    **RECEIVED**

In Liquidation    **JUL 0 6 2009**

**DECEMBER 11, 2008**

(Please print or type)

Name of Customer: Andrew Madoff _____

Mailing Address: ███████████████

City: ████████  State: ████████    Zip: █████

Account No.: 1-M0107-3

Taxpayer I.D. Number (Social Security No.): ███████████

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ
CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A
SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT
AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA,
ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON
OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE,
BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS
FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM
BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $6,136,759.89

    b.    I owe the Broker a Debit (Dr.) Balance of    $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

1

MWPTAP00045439

MWPTAP00593207

MWPTAP00593207

d.   If balance is zero, insert "None."

2.   Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | X |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

Number of Shares or
Face Amount of Bonds

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

2

MWPTAP00045440

**MWPTAP00593208**

MWPTAP00593207

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | See Attachment |  |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | See Attachment |  |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | See Attachment |  |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

3

MWPTAP00045441

Please list the full name and address of anyone assisting you in the preparation of this claim form:  Martin Flumenbaum, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064

4

MWPTAP00045442

**MWPTAP00593210**

MWPTAP00593207

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date    6-23-09            Signature _____

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045443

**MWPTAP00593211**

MWPTAP00593207

## ATTACHMENT TO CUSTOMER CLAIM OF
## ANDREW MADOFF (ACCOUNT NO. 1-M0107-3)

1.       Reference is made to Question 4 of the *Madoff Customer Claim Form*
to which this attachment is made (the "SIPC Customer Claim Form"). Claimant Andrew
Madoff ("Claimant") was a director in the market-making and proprietary trading businesses
at Bernard L. Madoff Investment Securities LLC ("BLMIS"). The market-making and
proprietary trading businesses were separate from BLMIS's investment advisory business.
Claimant was not a director, partner, shareholder, lender to or capital contributor of the
broker.

2.       Reference is made to Question 5 of the *SIPC Customer Claim Form*.
Claimant did not "directly or indirectly and through agreement or otherwise, exercise or
[have] the power to exercise a controlling influence over the management or policies of the
broker." Claimant was a director in the market-making and proprietary trading businesses,
which, as set forth above, were separate from BLMIS's investment advisory business.

3.       Reference is made to Question 6 of the *SIPC Customer Claim Form*.
Claimant is the son of Bernard L. Madoff; nephew of Peter Madoff; cousin of Shana Madoff,
and brother of Mark Madoff.

4.       Reference is made to the instruction in Question 2 of the *SIPC
Customer Claim Form* to provide documentation or information regarding withdrawals made
or payments received from BLMIS. As reflected in the statement attached hereto, a
withdrawal of $192,000.00 was made in April 2000.

5.       Claimant hereby asserts a contingent claim in respect of the possible
assertion of any avoidance cause of action (or any similar cause of action seeking recovery of

MWPTAP00045444

any transfers to Claimant) against Claimant and a claim, in an amount to be determined, based

upon the avoidance of transfers to Claimant; provided, however, that Claimant's assertion of

such claims shall not constitute an admission of any kind whatsoever by Claimant of the

avoidability of any transfers made to Claimant or any wrongdoing on Claimant's part.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Andrew Madoff

2

MWPTAP00045445

**MWPTAP00593213**

MWPTAP00593207

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
□ New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 753-4061

ANDREW MADOFF

885 THIRD AVENUE 18TH FLOOR
NEW YORK

| DATE | AMOUNT | SOLD | TRN | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|--------|------|-----|-------------|-------|----------------|------------------|
| | | | | BALANCE FORWARD | | | |
| 11/20 | | 6,125,000 | | U S TREASURY BILL DUE 11/20/08 | DTLV | | 6,125,000.00 |
| 11/20 | | | | REDEEMED 11/20/2008 U S TREASURY BILL DUE 11/20/08 | .3681 | | |
| | | | | 11/20/2008 | | | |
| 11/20 | 6,125,000 | | 77952 | REDEEMED U S TREASURY BILL DUE 03/26/2009 | 99.041 | 6,121,336.25 | |
| 11/20 | 3,514 | | 77953 | 3/26/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,514.00 | |
| 11/20 | 6,125,000 | | 77986 | U S TREASURY BILL DUE 5/21/2009 | 99.747 | 6,109,593.75 | |
| | | | | 5/21/2009 | | | |
| 11/20 | | 6,125,000 | 77986 | U S TREASURY BILL DUE 5/21/2009 | 99.747 | | 6,109,593.75 |
| | | | | 5/21/2009 | | | |
| | | | | NEW BALANCE | | | |
| 11/20 | 13,916 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE | | |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045446

MWPTAP00593214

MWPTAP00593207



MWPTAP00045447

MWPTAP00593215

MWPTAP00593207



MWPTAP00045448

**MWPTAP00593216**

MWPTAP00593207

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

ANDREW MADOFF

885 THIRD AVENUE 18TH FLOOR
NEW YORK          NY 10022

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | | TRANSACTION | PRICE | | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 29,566·50 | |
| 4/03 | | | | COCA COLA CO | DIV | | 208·25 |
| 4/10 | | | | WAL-MART STORES INC | DIV | | 136·50 |
| 4/12 | | | | CHECK | | 192,000·00 | |
| 4/28 | | | | FIDELITY SPARTAN | | | 30·28 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 4/28 | | 1,375,000 | 1490 | U S TREASURY BILL DUE 8/24/2000 | | | 1,349,287·50 |
| 4/28 | | 1,375,000 | 5298 | U S TREASURY BILL DUE 8/31/2000 | 98 | | 1,347,500·00 |
| 4/28 | 1,280,000 | | 9240 | U S TREASURY BILL DUE 9/21/2000 | 97·650 | 1,249,920·00 | |
| 4/28 | 1,280,000 | | 13343 | U S TREASURY BILL DUE 9/28/2000 | 97·530 | 1,248,384·00 | |
| 4/28 | 14,172 | | 17310 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,172·00 | |
| 4/28 | | 7,313 | 97641 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 7,313·00 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045449

MWPTAP00593217

MWPTAP00593207



MWPTAP00045450

MWPTAP00593218

MWPTAP00593207



MWPTAP00045451

MWPTAP00593219

MWPTAP00593207



Thank you for using Return Receipt Service

MWPTAP00045452

**MWPTAP00593220**

MWPTAP00593207







MWPTAP00045453

MWPTAP00593221

MWPTAP00593207

## **Exhibit B-5**

**Andrew and Deborah Madoff Customer Claim No. 070066**

Bernard L. Madoff Investment Securities L.
Case No 08-01789-BRI

U.S. Bankruptcy Court for the Southern District of Ne

**CUSTOMER CLAIM**

Cla          Claim Number          **070066**

Date Received _____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

**RECEIVED**

In Liquidation

**JUL 0 6 2009**

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Andrew and Deborah Madoff_

Mailing Address of A. Madoff: ▮

City: ▮          State: ▮          Zip: ▮

Mailing Address of D. Madoff: ▮

City: ▮          State: ▮          Zip: ▮

Account No.: _1-M0108-3_

Taxpayer I.D. Number (Social Security No.) of A. Madoff: ▮

Taxpayer I.D. Number (Social Security No.) of D. Madoff: ▮

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************

1.  Claim for money balances as of **December 11, 2008**:

    a.  The Broker owes me a Credit (Cr.) Balance of          $1,387,683.26

    b.  I owe the Broker a Debit (Dr.) Balance of          $_____

    c.  If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, **it must be enclosed**
        with this claim form.          $_____

1

MWPTAP00045454

**MWPTAP00593222**

MWPTAP00593222

d.   If balance is zero, insert "None."                                              _____

2.   Claim for securities as of **December 11, 2008**:

### PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | **X** |
| b. | I owe the Broker securities | _____ | **X** |
| c. | If yes to either, please list below: | _____ | _____ |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*(Number of Shares or Face Amount of Bonds)*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim.  In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

2

MWPTAP00045455

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED
EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS
ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR
YOUR COMPLETION.

| | | A. MADOFF | | D. MADOFF | |
|---|---|---|---|---|---|
| | | YES | NO | YES | NO |
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | See Attachment | | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | See Attachment | | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | See Attachment | | See Attachment | |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X | | X |

3

MWPTAP00045456

**MWPTAP00593224**

MWPTAP00593222

Please list the full name and address of anyone assisting you in the preparation of this claim form: Martin Flumenbaum, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064

4

MWPTAP00045457

**MWPTAP00593225**

MWPTAP00593222

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date   6 - 23 -09       Signature _____

Date _____      Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045458

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _June 14, 2009_   Signature _____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5

MWPTAP00045459

**Joint Account**

**Andrew Madoff – 50% ownership**

Date  6 - 23 - 09          Signature

**Deborah Madoff - 50% ownership**

Date _____          Signature _____

6

MWPTAP00045460

**Joint Account**

**Andrew Madoff – 50% ownership**

Date _____    Signature _____

**Deborah Madoff - 50% ownership**

Date  June 24 2009  Signature _____

6

MWPTAP00045461

**MWPTAP00593229**

MWPTAP00593222

## ATTACHMENT TO CUSTOMER CLAIM OF
## ANDREW AND DEBORAH MADOFF (ACCOUNT NO. 1-M0108-3)

1.    Reference is made to Question 4 of the *Madoff Customer Claim Form*
to which this attachment is made (the "SIPC Customer Claim Form"). Claimant Andrew
Madoff ("A. Madoff") was a director in the market-making and proprietary trading businesses
at Bernard L. Madoff Investment Securities LLC ("BLMIS"). The market-making and
proprietary trading businesses were separate from BLMIS's investment advisory business. A.
Madoff was not a director, partner, shareholder, lender to or capital contributor of the broker.

2.    Reference is made to Question 5 of the *SIPC Customer Claim Form*.
A. Madoff did not "directly or indirectly and through agreement or otherwise, exercise or
[have] the power to exercise a controlling influence over the management or policies of the
broker." A. Madoff was a director in the market-making and proprietary trading businesses,
which, as set forth above, were separate from BLMIS's investment advisory business.

3.    Reference is made to Question 6 of the *SIPC Customer Claim Form*.
A. Madoff is the son of Bernard L. Madoff, nephew of Peter Madoff, cousin of Shana
Madoff, and brother of Mark Madoff. Claimant Deborah Madoff ("D. Madoff" and together
with A. Madoff, the "Claimants") is married to A. Madoff.

4.    Reference is made to the instruction in Question 2 of the *SIPC
Customer Claim Form* to provide documentation or information regarding withdrawals made
or payments received from BLMIS. As reflected in the statement attached hereto, a
withdrawal of $58,000 was made in April 2000.

5.    Claimants hereby assert a contingent claim in respect of the possible
assertion of any avoidance cause of action (or any similar cause of action seeking recovery of

MWPTAP00045462

any transfers to Claimants) against Claimants and a claim, in an amount to be determined,

based upon the avoidance of transfers to Claimants; provided, however, that Claimants'

assertion of such claims shall not constitute an admission of any kind whatsoever by

Claimants of the avoidability of any transfers made to Claimants or any wrongdoing on

Claimants' part.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

_____
Andrew Madoff

_____
Deborah Madoff

2

MWPTAP00045463

**MWPTAP00593231**

MWPTAP00593222

Attachment to Customer Claim
of Andrew and Deborah Madoff
Account No. 1-M0108-3

any transfers to Claimants) against Claimants and a claim, in an amount to be determined,

based upon the avoidance of transfers to Claimants; provided, however, that Claimants'

assertion of such claims shall not constitute an admission of any kind whatsoever by

Claimants of the avoidability of any transfers made to Claimants or any wrongdoing on

Claimants' part.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Andrew Madoff

Deborah Madoff

2

MWPTAP00045464

**MWPTAP00593232**

MWPTAP00593222



MWPTAP00045465

MWPTAP00593233

MWPTAP00593222



MWPTAP00045466

MWPTAP00593234

MWPTAP00593222



MWPTAP00045467

MWPTAP00593235

MWPTAP00593222



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel (071) 493 2222

BERNARD L. MADOFF
Investment Securities
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

ANDREW MADOFF
& DEBORAH MADOFF J/T WROS

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TSN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 4,161.89 | |
| 4/03 | | | | COCA COLA CO | DIV | | 47.60 |
| 4/10 | | | | DIV 3/15/00 WAL-MART STORES INC | DIV | | 31.20 |
| 4/12 | | | | DIV 3/17/00 CHECK | CW | 59,000.00 | |
| 4/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 199.75 |
| 4/28 | | 300,000 | 1491 | DIV 04/28/00 U S TREASURY BILL DUE 07/24/2000 | 98.139 | | 294,370.00 |
| 4/28 | | 300,000 | 5239 | U S TREASURY BILL DUE 8/24/2000 | 98 | | 294,000.00 |
| 4/28 | 290,000 | | 9241 | U S TREASURY BILL DUE 8/31/2000 4/27/2000 | 97.650 | 285,185.00 | |
| 4/28 | 290,000 | 13144 | | U S TREASURY BILL DUE 9/21/2000 4/27/2000 | 97.550 | 252,637.00 | |
| 4/28 | 12,887 | | 17111 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 9/28/2000 | 1 | 12,887.00 | |
| 4/28 | 48,240 | | 97642 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 49,260.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00045468

MWPTAP00593236

MWPTAP00593222



MWPTAP00045469

MWPTAP00593237

MWPTAP00593222



MWPTAP00045470

**MWPTAP00593238**

MWPTAP00593222