# **Exhibit D**

## **Andrew Madoff Estate Asset Summary**

## EXHIBIT D

## ANDREW MADOFF ESTATE ASSET SUMMARY

### I. Current Accounts at Financial Institutions

| Institution | Owner | Account Type | Balance as of May 31, 2017 | |
|---|---|---|---|---|
| Wells Fargo | Estate of Andrew Madoff | Securities | $ 4,546,327.37 | |
| Pershing / Barclays | Estate of Andrew Madoff | Brokerage | $ 220,537.41 | |
| TD Bank | Estate of Andrew Madoff | Checking | $ 455,620.60 | |
| JP Morgan Chase | Estate of Andrew Madoff | Checking | $ 87,567.51 | |
| JP Morgan Chase | Estate of Andrew Madoff | Savings | $ 541,035.50 | |
| TD Bank | AHM Ventures LLC | Checking | $ 154,315.94 | |
| Citibank | Paul Weiss - Escrow | Checking | $ 5,002,753.82 | * |
| | **TOTAL** | | **$ 11,008,158.15** | |

\* *Net proceeds from sale of residential condominium, unit number 5A of 433 East 74th Street, LLC.*

### II. Partnership and Business Ownership Interests

| | Entity | Ownership/ Membership Interest |
|---|---|---|
| 1. | LB Diversified Arbitrage Fund (SPV) LLC | 0.10060% |
| 2. | NB Thomas H. Lee Equity Fund VI LLC | 2.877698% |
| 3. | NB Crossroads Fund XVII - Asset Allocation LP | 0.455599% |
| 4. | AHM Ventures LLC | 100.00% |
| 5. | Madoff Energy Holdings LLC | 33.33% |
| 6. | Madoff Family LLC | 24.75% |
| 7. | 4th & Forty LLC (f/k/a JK Capital, LLC) | 1.50% |
| 8. | NME Delta LLC (f/k/a Nehst Media Enterprises, LLC) | 6.25% |
| 9. | Underpar LLC | 2.004% |
| 10. | P&C Restaurants | 6.250% |
| 11. | Madoff Brokerage and Trading LLC | 22.275% |
| 12. | Northern Waters, LLC (d/b/a Royal Coachman Lodge) **Owned by AHM Ventures, LLC** | 7.3839% |

I have authorized the preparation of this asset summary in my capacity as Executor of the Estate of Andrew Madoff in good faith to accurately identify the current accounts and partnership and business ownership interests of the Estate of Andrew Madoff as of the date set forth below. I am not aware of any current accounts or partnership and business ownership interests as of this date other than what are set forth herein. I have authorized the preparation of this asset summary with the understanding that the Trustee of Bernard L. Madoff Investment Securities LLC and the U.S. Attorney's Office are relying on the accuracy of this asset summary in entering into the Stipulation and Order of Settlement. I hereby declare under penalty of perjury that the foregoing disclosures are true and correct, to the best of my knowledge.

Dated: June 16, 2017

_____
MARTIN FLUMENBAUM