# **Exhibit E-1**

**Assignment and Assumption Agreement for
LB Diversified Arbitrage Fund (SPV) LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 23rd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS**, pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS**, the Madoff Estate maintains a certain ownership interest in LB Diversified Arbitrage Fund (SPV) LLC (the "Entity Interest"); and

**WHEREAS**, the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.      Title Assignment.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.      Acceptance by the Trustee.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.      Successors and Assigns.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.      Governing Law and Dispute Resolution.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.    <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.    <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

IN WITNESS WHEREOF, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

**TRUSTEE**

IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF

By: _____

Irving H. Picard

Sworn and subscribed before me this
23ʳᵈ day of June, 2017.

_____

Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

**MARTIN FLUMENBAUM**

**Executor of the Estate of Andrew H. Madoff**

By: _____

Name: Martin Flumenbaum
Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_____
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4883337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

4

## **Exhibit E-2**

**Assignment and Assumption Agreement for
NB Thomas H. Lee Equity Fund VI LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 22nd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 1/2, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS**, pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS**, the Madoff Estate maintains a certain ownership interest in NB Thomas H. Lee Equity Fund VI LLC (the "Entity Interest"); and

**WHEREAS**, the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.     Title Assignment. Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.     Acceptance by the Trustee. The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.     Successors and Assigns. This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.     Governing Law and Dispute Resolution. This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof. Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.      <u>Entire Agreement</u>.      This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.      <u>Counterparts</u>.      This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

TRUSTEE

IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF

By: _____
     Irving H. Picard

Sworn and subscribed before me this
23rd day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

**Executor of the Estate of Andrew H. Madoff**

By: _____

Name: Martin Flumenbaum

Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_____
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

4

## **Exhibit E-3**

**Assignment and Assumption Agreement for
NB Crossroads Fund XVII – Asset Allocation LP**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 23rd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS**, pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS**, the Madoff Estate maintains a certain ownership interest in NB Crossroads Fund XVII – Asset Allocation LP (the "Entity Interest"); and

**WHEREAS**, the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.    Title Assignment.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.    Acceptance by the Trustee.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.    Successors and Assigns.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.    Governing Law and Dispute Resolution.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.      <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.      <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

**TRUSTEE**

> **IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF**
>
> By: _____
> Irving H. Picard

Sworn and subscribed before me this
23rd day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

Executor of the Estate of Andrew H. Madoff

By: _____

Name: Martin Flumenbaum
Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
_____ day of June, 2017.

_____
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 23, 2019

## **<u>Exhibit E-4</u>**

**Assignment and Assumption Agreement for
AHM Ventures LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 23ʳᵈ day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS**, pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS**, the Madoff Estate maintains a certain ownership interest in AHM Ventures LLC (the "Entity Interest"); and

**WHEREAS**, the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.    Title Assignment.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.    Acceptance by the Trustee.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.    Successors and Assigns.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.    Governing Law and Dispute Resolution.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District
Court for the Southern District of New York.

5.      <u>Entire Agreement</u>.    This Assignment, together with the Stipulation,
represents the full understanding of the parties and supersedes any other prior or
contemporaneous understandings or agreements with respect to the subject matter hereof
and thereof, whether written, oral or otherwise.

6.      <u>Counterparts</u>.    This Assignment may be executed in any number of
counterparts and by the different Parties hereto on separate counterparts, each of which
when so executed and delivered shall be an original, but all of which together shall
constitute one and the same instrument, and it shall not be necessary in making proof of
this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

IN WITNESS WHEREOF, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

TRUSTEE

IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF

By: _____
    Irving H. Picard

Sworn and subscribed before me this
23rd day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

Executor of the Estate of Andrew H. Madoff

By: _Martin Flumenbaum_

    Name: Martin Flumenbaum

    Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_Norma Soto_

Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

4

# **Exhibit E-5**

**Assignment and Assumption Agreement for
Madoff Energy Holdings LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"),
made and entered into as of this 23rd day of June, 2017 (the "Effective Date"), by and
between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation
of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the
substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the
Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum,
in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate")
(each of the Trustee and the Madoff Estate being referred to herein individually as a
"Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Trustee and the Madoff Estate are parties to that certain
Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the
Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS**, pursuant to the Stipulation, the Madoff Estate is required to transfer
business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS**, the Madoff Estate maintains a certain ownership interest in Madoff
Energy Holdings LLC (the "Entity Interest"); and

**WHEREAS**, the Parties desire that the Madoff Estate assign the Entity Interest to
the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises
and provisions set forth in this Assignment, the Parties agree as follows:

1.    Title Assignment.  Subject to the rescission rights set forth Section 3(d) of
the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its
right, title, ownership, management, and economic interests in and to the Entity Interest,
which represents 100% of all rights, title, ownership, management, and economic
interests in the Entity Interest held by the Madoff Estate.

2.    Acceptance by the Trustee.  The Trustee hereby accepts this Assignment
of all the Madoff Estate's right, title, ownership, management, and economic interests in
and to the Entity Interest.

3.    Successors and Assigns.  This Assignment shall bind and inure to the
benefit of the Parties and their respective successors and assigns.

4.    Governing Law and Dispute Resolution.  This Assignment shall be
governed by and construed in accordance with the laws of the State of New York,
without regard to the conflicts of laws provisions thereof.  Any disputes between the
parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.    <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.    <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

IN WITNESS WHEREOF, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

**TRUSTEE**

IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF

By: _____

Irving H. Picard

Sworn and subscribed before me this
22nd day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

<u>**MARTIN FLUMENBAUM**</u>

**Executor of the Estate of Andrew H. Madoff**

By: _____
      Name: Martin Flumenbaum
      Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_____
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

4

# **Exhibit E-6**

**Assignment and Assumption Agreement for
Madoff Family LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 23rd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS,** the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June __, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS,** pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS,** the Madoff Estate maintains a certain ownership interest in Madoff Family LLC (the "Entity Interest"); and

**WHEREAS,** the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.    <u>Title Assignment</u>.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.    <u>Acceptance by the Trustee</u>.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.    <u>Successors and Assigns</u>.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.    <u>Governing Law and Dispute Resolution</u>.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.    <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.    <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

2

IN WITNESS WHEREOF, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

**TRUSTEE**

**IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF**

By: _____
    Irving H. Picard

Sworn and subscribed before me this
23rd day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

**Executor of the Estate of Andrew H. Madoff**

By: _Martin Flumenbaum_

Name: Martin Flumenbaum

Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_Norma Soto_

Notary Public

**NORMA SOTO**
**Notary Public, State of New York**
**No. 01SO4893337**
**Qualified in Queens County**
**Certificate Filed in New York County**
**Commission Expires June 22, 2019**

4

## __Exhibit E-7__

**Assignment and Assumption Agreement for
4th & Forty LLC (f/k/a JK Capital, LLC)**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 23rd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS,** the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS,** pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS,** the Madoff Estate maintains a certain ownership interest in 4th & Forty LLC (f/k/a JK Capital, LLC) (the "Entity Interest"); and

**WHEREAS,** the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.     <u>Title Assignment</u>.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.     <u>Acceptance by the Trustee</u>.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.     <u>Successors and Assigns</u>.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.     <u>Governing Law and Dispute Resolution</u>.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.    <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.    <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

IN WITNESS WHEREOF, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

**TRUSTEE**

IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF

By: _____

Irving H. Picard

Sworn and subscribed before me this
23rd day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

**Executor of the Estate of Andrew H. Madoff**

By: _____
Name: Martin Flumenbaum
Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_____
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

## Exhibit E-8

**Assignment and Assumption Agreement for
NME Delta LLC (f/k/a Nehst Media Enterprises, LLC)**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 28th day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS**, pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS**, the Madoff Estate maintains a certain ownership interest in NME Delta LLC (f/k/a Nehst Media Enterprises, LLC) (the "Entity Interest"); and

**WHEREAS**, the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.    <u>Title Assignment</u>.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.    <u>Acceptance by the Trustee</u>.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.    <u>Successors and Assigns</u>.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.    <u>Governing Law and Dispute Resolution</u>.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.      <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.      <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

IN WITNESS WHEREOF, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

**TRUSTEE**

IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF

By: _____
       Irving H. Picard

Sworn and subscribed before me this
23rd day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

Executor of the Estate of Andrew H. Madoff

By: _____
Name: Martin Flumenbaum
Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_____
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

4

# **Exhibit E-9**

**Assignment and Assumption Agreement for
Underpar LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 23rd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS,** the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS,** pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS,** the Madoff Estate maintains a certain ownership interest in Underpar LLC (the "Entity Interest"); and

**WHEREAS,** the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.    Title Assignment.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.    Acceptance by the Trustee.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.    Successors and Assigns.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.    Governing Law and Dispute Resolution.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.    <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.    <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

**TRUSTEE**

                               **IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF**

By: _____
        Irving H. Picard

Sworn and subscribed before me this
22ⁿᵈ day of June, 2017.

_____
Notary Public

**RAMON CABRERA**
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

**Executor of the Estate of Andrew H. Madoff**

By: _____

Name: Martin Flumenbaum

Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
___ day of June, 2017.

_____
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

# **Exhibit E-10**

**Assignment and Assumption Agreement for
P&C Restaurants LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 2nd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS**, pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS**, the Madoff Estate maintains a certain ownership interest in P&C Restaurants LLC (the "Entity Interest"); and

**WHEREAS**, the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.    Title Assignment.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.    Acceptance by the Trustee.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.    Successors and Assigns.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.    Governing Law and Dispute Resolution.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.      <u>Entire Agreement</u>.    This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.      <u>Counterparts</u>.    This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

2

**IN WITNESS WHEREOF**, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

<u>**TRUSTEE**</u>

**IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF**

By: _____
      Irving H. Picard

Sworn and subscribed before me this
23rd day of June, 2017.

_____
Notary Public

**RAMON CABRERA**
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

**MARTIN FLUMENBAUM**

**Executor of the Estate of Andrew H. Madoff**

By: _Martin Flumenbaum_
Name: Martin Flumenbaum
Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_Norma Soto_
Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

4

# Exhibit E-11

**Assignment and Assumption Agreement for
Madoff Brokerage and Trading Technology LLC**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "Assignment"), made and entered into as of this 23rd day of June, 2017 (the "Effective Date"), by and between Irving H. Picard, in his capacity as the Trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities ("BLMIS") and the substantively consolidated Chapter 7 estate of Bernard L. Madoff ("Madoff") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Martin Flumenbaum, in his capacity as Executor of the Estate of Andrew H. Madoff (the "Madoff Estate") (each of the Trustee and the Madoff Estate being referred to herein individually as a "Party" and, collectively, the "Parties").

### WITNESSETH:

**WHEREAS,** the Trustee and the Madoff Estate are parties to that certain Stipulation and Order of Settlement, dated as of June 16, 2017, by and among the Trustee, the Madoff Estate and the other parties named therein (the "Stipulation");

**WHEREAS,** pursuant to the Stipulation, the Madoff Estate is required to transfer business entity interests currently held by the Madoff Estate to the Trustee;

**WHEREAS,** the Madoff Estate maintains a certain ownership interest in Madoff Brokerage and Trading Technology LLC (the "Entity Interest"); and

**WHEREAS,** the Parties desire that the Madoff Estate assign the Entity Interest to the Trustee.

**NOW, THEREFORE,** in consideration of the above statements and the promises and provisions set forth in this Assignment, the Parties agree as follows:

1.    <u>Title Assignment</u>.  Subject to the rescission rights set forth Section 3(d) of the Stipulation, as of the Effective Date, the Madoff Estate assigns to the Trustee all of its right, title, ownership, management, and economic interests in and to the Entity Interest, which represents 100% of all rights, title, ownership, management, and economic interests in the Entity Interest held by the Madoff Estate.

2.    <u>Acceptance by the Trustee</u>.  The Trustee hereby accepts this Assignment of all the Madoff Estate's right, title, ownership, management, and economic interests in and to the Entity Interest.

3.    <u>Successors and Assigns</u>.  This Assignment shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.    <u>Governing Law and Dispute Resolution</u>.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to the conflicts of laws provisions thereof.  Any disputes between the parties arising under or related to this Assignment shall be asserted in the United States

Bankruptcy Court for the Southern District of New York or the United States District Court for the Southern District of New York.

5.      <u>Entire Agreement</u>.   This Assignment, together with the Stipulation, represents the full understanding of the parties and supersedes any other prior or contemporaneous understandings or agreements with respect to the subject matter hereof and thereof, whether written, oral or otherwise.

6.      <u>Counterparts</u>.   This Assignment may be executed in any number of counterparts and by the different Parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Assignment to produce or account for more than one such counterpart.

[Signature Page Follows]

IN WITNESS WHEREOF, the Parties hereto have each caused a duly authorized representative to execute and deliver this Assignment as of the Effective Date.

TRUSTEE

IRVING H. PICARD, IN HIS CAPACITY AS THE TRUSTEE FOR THE LIQUIDATION OF THE BUSINESS OF BERNARD L. MADOFF INVESTMENT SECURITIES AND THE SUBSTANTIVELY CONSOLIDATED CHAPTER 7 ESTATE OF BERNARD L. MADOFF

By: _____
    Irving H. Picard

Sworn and subscribed before me this
22ʳᵈ day of June, 2017.

_____
Notary Public

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2018

3

**MARTIN FLUMENBAUM**

Executor of the Estate of Andrew H. Madoff

By: _____

    Name: Martin Flumenbaum

    Title: Executor of the Estate of Andrew H. Madoff

Sworn and subscribed before me this
19th day of June, 2017.

_____

Notary Public

NORMA SOTO
Notary Public, State of New York
No. 01SO4893337
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2019

4