## Exhibit F

## Withdrawal of Customer Claims with Prejudice

## Exhibit F

## Withdrawal of Customer Claims with Prejudice

## EXHIBIT F

### Withdrawal of Customer Claims with Prejudice

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                         Plaintiff,<br>v.<br><br>THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff,<br><br>                         Defendants. | Adv. Pro. No. 09-1503 (SMB) |

### NOTICE OF WITHDRAWAL OF CUSTOMER CLAIMS WITH PREJUDICE

Martin Flumenbaum ("Mr. Flumenbaum"), as Executor of the Estate of Andrew H. Madoff, hereby permanently withdraws the Customer Claim Nos. 015306, 015383, and 070065 Andrew H. Madoff ("Mr. Madoff") filed with Irving H. Picard, the Trustee for the substantively consolidated liquidation proceeding pending in the United States Bankruptcy Court for the

Southern District of New York under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, with prejudice. Mr. Flumenbaum and Deborah West ("Ms. West") hereby permanently withdraw the Customer Claim Nos. 015382 and 070066 Mr. Madoff and Ms. West jointly filed with the Trustee, with prejudice.

Dated: June 23, 2017

                                        MARTIN FLUMENBAUM

BY: _/s/ Martin Flumenbaum_
      Paul, Weiss, Rifkind, Wharton & Garrison LLP
      1285 Avenue of the Americas
      New York, New York 10019-6064
      Telephone: (212) 373-3191
      Facsimile: (212) 492-0191
      Email: mflumenbaum@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

BY: _/s/ Martin Flumenbaum_
      1285 Avenue of the Americas
      New York, New York 10019-6064
      Telephone: (212) 373-3191
      Facsimile: (212) 492-0191
      Martin Flumenbaum, Esq.
      Email: mflumenbaum@paulweiss.com
      Andrew Ehrlich, Esq.
      Email: aehrlich@paulweiss.com

*Attorneys for Defendants the Estate of Andrew H. Madoff, Martin Flumenbaum as Executor, and the Estate of Mark D. Madoff, David Blumenfeld as Successor Executor*

**DEBORAH WEST**

BY: ___*Deborah West*___
Deborah West
10 Gracie Square, Apt. 10G
New York, New York 10028-8031

**COHEN & GRESSER LLP**

BY: ___*Dal Tak*___
Daniel H. Tabak, Esq.
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7606
Facsimile: (212) 957-4514
Email: dtabak@cohengresser.com

*Attorneys for Deborah West*

3