# Exhibit G

## Withdrawal of Creditor Claims with Prejudice

## EXHIBIT G

### Withdrawal of Creditor Claims with Prejudice

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff,<br><br>       Defendants. | Adv. Pro. No. 09-1503 (SMB) |

### NOTICE OF WITHDRAWAL OF CREDITOR CLAIMS WITH PREJUDICE

Martin Flumenbaum, as Executor of the Estate of Andrew H. Madoff, hereby permanently withdraws the Creditor Claim Nos. 100329 and 100427 Andrew H. Madoff filed with Irving H. Picard, the Trustee for the substantively consolidated liquidation proceeding pending in the United States Bankruptcy Court for the Southern District of New York under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, with prejudice. David Blumenfeld, as Executor for the Estate of Mark D. Madoff, hereby permanently withdraws the Creditor Claim Nos. 100328 and 100482 Mark D. Madoff filed with the Trustee, with prejudice.

Dated: June 16, 2017

**MARTIN FLUMENBAUM**

BY: _/s/ Martin Flumenbaum_____
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3191
Facsimile: (212) 492-0191
Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

**DAVID BLUMENFELD**

BY: _____
101 Whitney Lane
Old Westbury, New York 11568

*Successor Executor of the Estate of Mark D. Madoff*

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, with prejudice. David Blumenfeld, as Executor for the Estate of Mark D. Madoff, hereby permanently withdraws the Creditor Claim Nos. 100328 and 100482 Mark D. Madoff filed with the Trustee, with prejudice.

Dated: June __, 2017

**MARTIN FLUMENBAUM**

BY: _____
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3191
Facsimile: (212) 492-0191
Email: mflumenbaum@paulweiss.com

*Executor of the Estate of Andrew H. Madoff*

**DAVID BLUMENFELD**

BY: _____
101 Whitney Lane
Old Westbury, New York 11568

*Successor Executor of the Estate of Mark D. Madoff*

2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: ___/s/ Martin Flumenbaum___
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3191
Facsimile: (212) 492-0191
Martin Flumenbaum, Esq.
Email: mflumenbaum@paulweiss.com
Andrew Ehrlich, Esq.
Email: aehrlich@paulweiss.com

*Attorneys for Defendants the Estate of Andrew H. Madoff, Martin Flumenbaum as Executor, and the Estate of Mark D. Madoff, David Blumenfeld as Successor Executor*