# **Exhibit H**

## **Mark Madoff Estate Asset Summary**

**EXHIBIT H**

**MARK MADOFF ESTATE ASSET SUMMARY**

**I.  Current Accounts at Financial Institutions**

| Institution | Owner | Account Type | Balance as of May 31, 2017 | |
|---|---|---|---|---|
| Wells Fargo | Estate of Mark Madoff | Securities | $ 8,254,248.01 | * |
| TD Bank | Estate of Mark Madoff | Checking | $ 2,496,619.26 | |
| Citibank | Paul Weiss - Escrow | Checking | $ 1,611,689.35 | ** |
| | **TOTAL** | | $ 12,362,556.62 | |

\*     The account previously held at Fidelity was closed and the balance transferred to Wells Fargo.

\*\*    Net proceeds from sale of house and lot located at 21 Cherry Valley Road, Greenwich, CT.

**II.  Partnership and Business Ownership Interests**

| | Entity | Ownership/ Membership Interest |
|---|---|---|
| 1. | LB Diversified Arbitrage Fund (SPV) LLC | 0.2002% |
| 2. | NB Thomas H. Lee Equity Fund VI LLC | 2.877698% |
| 3. | NB Crossroads Fund XVII - Asset Allocation LP | 0.911198% |
| 4. | Madoff Energy Holdings LLC | 33.33% |
| 5. | Madoff Family LLC | 24.75% |
| 6. | Madoff Brokerage and Trading LLC | 22.275% |
| 7. | 4th & Forty LLC (f/k/a JK Capital, LLC) | 1.50% |

I have authorized the preparation of this asset summary in my capacity as Successor Executor of the Estate of Mark D. Madoff in good faith to accurately identify the current accounts and partnership and business ownership interests of the Estate of Mark D. Madoff as of the date set forth below.  I am not aware of any current accounts or partnership and business ownership interests as of this date other than what are set forth herein. I have authorized the preparation of this asset summary with the understanding that the Trustee of Bernard L. Madoff Investment Securities LLC and the U.S. Attorney's Office are relying on the accuracy of this asset summary in entering into the Stipulation and Order of Settlement. I hereby declare under penalty of perjury that the foregoing disclosures are true and correct to the best of my knowledge.

Dated: 6/ 1 ⌐    , 2017

DAVID BLUMENFELD