# Exhibit K

## Affidavit of David Blumenfeld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IN RE CERTAIN ASSETS TRANSFERRED BY
BERNARD MADOFF TO MARK D. MADOFF,
ANDREW H. MADOFF, and STEPHANIE
MACK

17 MISC. ____ ( )

------------------------------------------------------------- x

## AFFIDAVIT OF DAVID BLUMENFELD

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DAVID BLUMENFELD, being duly sworn, deposes and says:

1.  I am the Executor of the Estate of Mark D. Madoff (the "Estate"). In my capacity as Executor of the Estate, I have personal knowledge of the assets, liabilities, and distributions of the Estate.

2.  On June 16, 2017, I executed a Stipulation and Order of Settlement (the "Stipulation") which resolved claims maintained by the United States Attorney's Office for the Southern District of New York (the "Government") and the Trustee for the substantively consolidated liquidation proceeding pending in the United States Bankruptcy Court for the Southern District of New York under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "Trustee") against the Estate and me in my capacity as Executor of the Estate.

3.  In anticipation of entering into the Stipulation, on June 16, 2017, I provided a financial accounting of the Estate to the Government and Trustee (the "Accounting"). I certify that:

    a.  I authorized the preparation of the Accounting in my capacity as Executor of the Estate in good faith to accurately identify all the assets, liabilities, and distributions of the Estate through May 31, 2017, with the understanding that the Government and Trustee would rely on the accuracy of the Accounting in entering into the Stipulation;

    b.  the disclosures I made in the Accounting are true and accurate, to the best of my knowledge; and

    c.  except as provided in Paragraph 4 below, I am not aware of any other assets, liabilities, or distributions of the Estate that have not been disclosed to the Government and Trustee.

**Draft 05/03/17**
**Subject to FRE 408**

4. Under the terms of the Stipulation, on _____, \_\_, 2017, I caused the transfer of all assets of the Estate to the Government and Trustee, except for the amount the Estate was permitted to retain and reserve under the Stipulation. I certify that the only assets remaining in the Estate as of the date of this Affidavit are the amount the Estate was permitted to retain and reserve pursuant to the Stipulation.

I hereby affirm under penalty of perjury that the foregoing representations are true and correct.

Dated: _____, \_\_, 2017

_____
David Blumenfeld

Sworn and subscribed before me this
\_\_ day of _____, 2017


_____
Notary Public

2