# **EXHIBIT 2**

**ANDREW AND DEBORAH MADOFF'S BLMIS CUSTOMER CLAIMS**

| BLMIS Account Number | BLMIS Account Name | Claim Filed By | Date Claim Filed | Claim Number (s) | Status of Claim | Date Objection Filed |
|---|---|---|---|---|---|---|
| 1M0107 | ANDREW MADOFF | Andrew Madoff | 7/2/2009 | 015306, 015383 | Deemed Determined | N/A |
| 1M0107 | ANDREW MADOFF | Andrew Madoff | 7/6/2009 | 070065 | Deemed Determined | N/A |
| 1M0108 | ANDREW MADOFF & DEBORAH MADOFF J/T WROS | Andrew Madoff (and Deborah Madoff) | 7/2/2009 | 015382 | Deemed Determined | N/A |
| 1M0108 | ANDREW MADOFF & DEBORAH MADOFF J/T WROS | Andrew Madoff (and Deborah Madoff) | 7/6/2009 | 070066 | Deemed Determined | N/A |