# EXHIBIT 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

                Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01503 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF MARK D. MADOFF and ANDREW H. MADOFF, individually and as Executor of the Estate of Mark D. Madoff, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-03483 (SMB) |
| Plaintiff, | |
| v. | |
| MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF, | |
| Defendants. | |

1

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A STIPULATION BY AND BETWEEN THE TRUSTEE, THE UNITED STATES GOVERNMENT, AND THE SETTLING DEFENDANTS IN THE ABOVE-CAPTIONED PROCEEDINGS**

Upon the motion ("Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the consolidated Chapter 7 Estate of Bernard L. Madoff ("Madoff," and together with BLMIS, collectively, the "Debtors"), seeking entry of an order pursuant to Section 105(a) of the Bankruptcy Code, 11 U.S.C. §§101 *et seq*., and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving a Stipulation and Order of Settlement ("Stipulation") by and between the Trustee, the United States Government, and the Settling Defendants in the above-captioned proceedings [ECF No.    ]; and it appearing that due and sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the Affidavit of Irving H. Picard in support of the Motion, dated June 26, 2017; [and no objection having been filed]; and it further appearing relief sought in the Motion is appropriate based upon the record of the hearing held before this Court to consider the Motion; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; it is:

ORDERED that the Motion is granted;

ORDERED that the Stipulation between the Trustee, the United States Government, and the Settling Defendants in the above-captioned proceedings is hereby approved and authorized; and it is further

ORDERED that the Trustee and Settling Defendants shall each comply with and carry

out the terms of the Stipulation.


**SO ORDERED.**


Dated: _____, 2017
         New York, New York                    _____
                                               HONORABLE STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE

3