**Settlement Deadline: June 29, 2017 at 12:00 PM**
**Objection Deadline: June 28, 2017 at 12:00 PM**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF SETTLEMENT OF ORDER GRANTING TRUSTEE'S**
**MOTION *IN LIMINE* NUMBER 4 TO EXCLUDE THE TRUSTEE AS**
**WITNESS AND DEFERRING RULING ON TRUSTEE'S MOTION *IN LIMINE***
**NUMBER 2 TO EXCLUDE CERTAIN TESTIMONY OF JOEL AND NORMAN BLUM**

**PLEASE TAKE NOTICE** that pursuant to this Court's Memorandum Decision Regarding Motions *In Limine* signed on June 15, 2017, ECF No. 16180, granting the Trustee's Motion *In Limine* Number 4 to Exclude the Trustee as Witness, ECF No. 14357, and Deferring its Ruling on Trustee's Motion *In Limine* Number 2 to Exclude Certain Testimony of Joel and Norman Blum, ECF No. 14355, in the above-referenced proceeding, and upon direction of the Court, the undersigned counsel to Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, individually, will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his Chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **June 29, 2017.**

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or objections to the proposed order must be in writing and must be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 by no later than **June 28, 2017** (with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 1667 K St. N.W., Suite 1000, Washington, D.C. 20006, Attn: Kevin H. Bell, Esq.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the proposed order.  Unless a counter-proposed order and/or written

objection to the proposed order are received before the objection deadline, the proposed order may be signed and entered.

Dated: New York, New York
       June 26, 2017

      /s/ David J. Sheehan

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

To:

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, NY 10022
Telephone: 888-759-1114
Email hchaitman@chaitmanllp.com

Richard Kirby
Laura Clinton
Baker & McKenzie
815 Connecticut Avenue, NW
Washington, D.C. 20006
Telephone: (202) 452-7020
Email: richard.kirby@bakermckenzie.com
Email: laura.clinton@bakermckenzie.com

*Counsel for Participating Claimants*

3