**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
Ona T. Wang
M. Elizabeth Howe
Lauren R. Weinberg

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>JEFFREY HINTE,<br><br>       Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## SEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were made on or before: November 30, 2015.

2. Fact Discovery closed on: July 27, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: October 3, 2017.

4. The Disclosure of Rebuttal Experts shall be due: November 2, 2017.

5. The Deadline for Completion of Expert Discovery shall be: December 4, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: January 3, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 2, 2018.

8. The Deadline for Conclusion of Mediation shall be: June 4, 2018.

|  |  |
|---|---|
| Dated: New York, New York<br>June 26, 2017 | BAKER & HOSTETLER LLP<br><br>By: */s/ Keith R. Murphy*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Ona T. Wang<br>Email: owang@bakerlaw.com<br>M. Elizabeth Howe<br>Email: bhowe@bakerlaw.com<br>Lauren R. Weinberg<br>Email: lweinberg@bakerlaw.com<br><br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and for the Estate of Bernard*<br>*L. Madoff* |