# EXHIBIT D

## STARTERS

Roll (2) ............ 4.00
*Stuffed w Chicken w Plum & Curry Dipping*

Curry Puff .......... 5.00
*Stuffed w Chicken, Potato, Onion & Curry Cooked w Puff Pastry*

Masaman Chicken or Beef Satay ...... 6.00
*Marinated Chicken or Beef Grilled on Skewer*

Crystal Shrimp Dumplings (4) ...... 4.50

Dim Sum Sampler (8) ...... 6.00
*2 of each Crystal Shrimp Dumpling/Pork Shumai/Steamed Dumpling*

Peking Duck Spring Roll (2) .......... 5.00

Chicken / Thai Seafood Lettuce Wrap 6.00 / 8.00
*Sauteed veggies & Pinenuts w Lettuce Wrapper*

Green Salad w. Thai Peanut Dressing 4.00
*Vietnamese Summer Roll with Vege / Shrimp ...... 4.00 / 6.00*

Egg Roll .......... 1.25

Crispy Vegetable Roll .......... 1.25

Chicken Wings .......... 3.25

Boneless Spare Ribs .......... 6.00

B.B.Q Spare Ribs .......... 9.95

Scallion Pancake .......... 4.00

Fried Wonton (6) (12) ...... 2.50 / 4.50

Szechuan Wonton in Hot Sauce(10) ... 4.50
*Cold Noodle w. Spicy Sesame Sauce 4.50*

Fried or Steamed Dumplings ......... 4.50
*Choice of Pork, Chicken or Vegetables*

Mixed 2 of Each (6) $1.00 Extra

Assorted Appetizers (for two) ...... 10.50
*Spring Roll (2) Spare Ribs (2) Beef Skewer (2) Salad Fried Dumpling (2) Crispy Shrimp (2)*

## SOUP

To Fu or Shrimp Tom Yum Soup 3.00 / 4.00
*Thai Hot & Sour Soup BowVLemon Grass/Tomato Onion/Mushroom*

Chicken Coconut Soup .......... 3.00
*Chicken Broth / Coconut Milk / Lime Juice / Pepper/ Mushroom*

Wonton Soup .......... 1.50

Egg Drap Soup .......... 1.50

Hot & Sour Soup .......... 1.95

Vegetable To Fu Soup .......... 2.50

## PORK

Crispy Pork w. Thai Tasty Sauce ...... 9.50
*Fried Pineapple / Onion / Broccoli*

Sauteed Roasted Pork & Green Bok Choy .. 8.95
*w. Thai Oyster Sauce*

Moo shoo Pork w. 4 Crepes .......... 8.25

Twice Cooked Pork w Vegs .......... 8.25

Pork w. Garlic Sauce .......... 8.25

Hunan Pork .......... 8.25

## BEEF

Thai Spicy Basil Beef .......... 10.00
*Green Bell Pepper / Onion / Fresh Basil/Thai Chili Paste*

Beef & Chinese Broccoli .......... 10.00
*W Thai Oyster Sauce*

Beef To Fu Hot Pot .......... 10.00
*Onion / Mushroom / Scallion / Thai Hot & Sour Sauce*

Beef w. Vietnamese Satay Sauce .... 10.00

Beef w Broccoli .......... 9.25

Crispy Sesame Beef .......... 12.95

Pepper Steak .......... 9.25

Beef w. Scallions .......... 9.25

## VEGETABLES

Sauteed Roast w Spicy Basil Sauce ... 8.00

To Fu & Mixed Vegetable in Red Curry Sauce 8.00

Eggplant & To Fu w. Thai Chili Paste 8.00
*w. Fresh Garlic & Jalapeno.*

Sauteed Green Bok Choy .......... 8.00

Moo Shoo Vegetable w 4 Crepes ....... 8.00

Dry Sauteed String Beans .......... 7.50

Broccoli w.Garlic Sauce .......... 7.50

Bean Curd Szechuan Style .......... 7.50

Sauteed Mixed Vegetable w. .......... 7.50
*(or with out Bean Curd)*

## SEAFOOD

Golden Shrimp w. Pepper Corn Salt 14.95

Spicy Mango Shrimp .......... 13.95
*Fresh Mango / Asparagus / Onion*

Green Curry Shrimp .......... 13.95
*String Bean / Eggplant / Bamboo Shoot*

Shrimp w. Vietnamese Satay Sauce ... 13.95
*Baby Corn / Bell Pepper / Onoig / Straw Mush room*

Shrimp w. Spicy Tasty Sauce .......... 13.95

Shrimp in Lobster Sauce .......... 13.95
*Scallop & Vegetable w White Wine Sauce 12.95*

Scallop w.Garlic Sauce .......... 12.95

Baby Shrimp w. Cashnuts .......... 10.95

Kong Bo Baby Shrimp w. Peanut .... 10.95

## POULTRY

Grilled Spicy Boneless Chicken .... 11.00
*Eggplant / Tomato / Chinese Broccoli*

Spicy Mango Chicken .......... 9.25
*Fresh Mango / Asparagus / Onion*

Thai Basil Chicken .......... 9.25

Thai Red Curry Chicken .......... 9.25

Sauteed Chicken String Bean & .... 9.25
*Tomato / Zucchini*

Thai Chili Paste .......... 9.25
*w.Toast of Pineapple & Julienne/ Ginger*

Chicken Eggplant Thai Style .......... 9.25
*Tomato / Zucchini*

Crispy Sesame Chicken .......... 9.25

General Tso's Chicken .......... 8.75

Kong Bo Chicken w. Peanut .......... 8.75
*Water Chestnut / Onion / Dark Meat Mild Meat $1.50 Extra*

Chicken w. Broccoli .......... 8.75

Chicken w. Garlic Sauce .......... 8.75

Sweet & Sour Chicken .......... 8.75

Moo Shoo Chicken w 4 Crepes ....... 8.95

Thai Green Curry Duck .......... 11.00

Pineapple Lichee Duck .......... 11.00

## CLASSICAL DISHES

Chow Mein or Egg Foo Young, Choice of –

Chicken .......... 8.75

Pork or Roast Pork. .......... 8.75

Beef .......... 7.95

Shrimp .......... 10.75

or Assorted .......... 9.95

## FORGOTTEN MENU

*The Following Menu is Especially Planned for Our Customers on a Low Calorie & Low Carbohydrate, Low Cholesterol or Low Sodium Diet*

Steamed Crystal Shrimp Dumplings (4) ...... 4.50

Vegetable Lettuce Wrap .......... 5.95

Steamed Shrimp w Black Mushrooms ... 13.95

Steamed Chicken w. Black Mushrooms .. 8.75

Shrimp w. Snow Peas & Water Chestnuts .. 13.95

Three Flavor Mushrooms .......... 13.95

## HOUSE SPECIALITIES

**GRAND MARINER SHRIMPS** 18.95

**PEKING DUCK** .......... 28.95
*A young duckling slowly grilled until crispy A golden color brown in front of you then served w the white meat and chashu & scallions, hoisin cucumber & hoisin sauce.*

**HOME STYLE CHICKEN** .......... 12.95

**HOME STYLE CHICKEN** .......... 11.95
*Large chunks of fresh chicken slightly fresh red pepper & scallions in hot & spicy sauce.*

**FU LEMON CHICKEN** .......... 12.95
*w. water chest nuts flour, fried to a crisp served w a heavenly lemon sauce.*

**BEEF & SCALLOP W. OYSTER SAUCE** .......... 13.95
*3 Oysters Served w. Dark Meat Mild Meat $1.50 Extra*

**HAPPY FAMILY W. VIETNAMESE SATAY SAUCE** .......... 16.00
*Jumbo shrimp, scallops, beef, chicken, pork sauteed in hoisin spicy satay sauce.*

**FU'S STEAK** .......... 14.95
*Boiled Sirloin steak sliced & garnished water chest nuts bamboo shoots, garden fresh snow peas & mush- rooms cook in a light sauce.*

**JUMBO SHRIMP FU'S STYLE** 15.95
*Large shrimp sauteed w mushroom, snow water chestnuts, ginger & scallions a rice wine. Baked in aluminum foil a few extra minutes to seal in the sauce for ex- quisite flavor.*

**THAI BASIL SEAFOOD COMBO** 15.00
*Jumbo shrimp, scallops, salmon fillet, crisp & spicy Thai basil sauce.*

**CRISPY SAUTEED SHREDDED BEEF HUNAN STYLE** 12.95
*Shredded beef deep fried w hot crispy spiced w. tangy sauce w a touch of orange essence.*

**CRISPY ORANGE BEEF** .......... 13.95
*Sliced fillet of beef done to crispy glazed w. tangy sauce w a touch of orange essence.*

**SCALLOP DELIGHT** .......... 13.95
*Fresh scallops sauteed w a shredded ginger, pork & pepper in rich brown sauce.*

**CRISPY SESAME TOFU & ASIAN GREEN** .......... 8.95

# Asian Bowl

GRAND OPENING

Sunday - Friday
11am - 11pm

(212) 752-1142
752-1058
752-7321

155 E. 52 Street
New York, NY 10022

## Thai

### LUNCH SPECIAL
(Mon. - Fri. 11: AM - 4:00 PM)
Served with: Tolo Tum Tum Soup, Miso Soup
or Crispy Vegetable Roll
Steamed Jasmine or Brown Rice (Brown by request & 50¢ extra)
Choice of Any One Preparation / Sauce below and:

Vegetable & Tofu 6
Chicken or Beef 7
Baby Shrimp / Prawn 8/10

| | | D |
|---|---|---|
| TL 1.* Fresh Mango Flavored | | |
| TL 2.* Chef's Special Sauce | | |
| TL 3.* Red Curry | | |
| TL 4.* Green Curry | | |
| TL 5.* Spicy Thai Basil | | |
| TL 6.* String Bean & Thai Chili Paste | | |
| TL 7. East & West Broccoli | | |
| TL 8.* Eggplant Thai Style | | |

## Noodles
& FRIED RICE

| | | L | D |
|---|---|---|---|
| Pad Thai | | 7.00 | 8.00 |
| Black Noodle (Pad See Yu) | | 7.00 | 8.00 |
| Singapore Rice Noodle | | 5.75 | 7.00 |
| Mei Fun | | 5.75 | 7.00 |
| Chow Fun | | 5.75 | 7.00 |
| Lo Mein | | 5.25 | 6.00 |
| Fried Rice | | 5.75 | 7.00 |
| Singapore Fried Rice | | 5.25 | 6.00 |
| | | 5.75 | 7.00 |
| Spicy Thai Basil Fried Rice | | 7.00 | 8.00 |
| Pineapple Fried Rice | | 7.00 | 8.00 |

## Roast Meat
& OVER RICE

| | Half | Order | Over Rice |
|---|---|---|---|
| Roast Duck | 11.00 | 6.50 | 5.26 |
| Soy Sauce Chicken | 11.00 | 6.50 | 5.26 |
| Roast Pork | | 6.00 | 5.26 |
| Beef Stew Chinese Style | | 6.00 | 5.26 |
| Double Delight | | | 5.75 |
| Pickled Cabbage & Pork Over Rice | | | 5.26 |

## Cantonese
NOODLE SOUP

| | |
|---|---|
| Cantonese Wonton Soup | 4.35 |
| Cantonese Wonton Noodle Soup | 5.26 |
| Roast Duck Noodle Soup | 5.26 |
| Soy Sauce Chicken Noodle Soup | 5.26 |
| Chicken Noodle Soup | 5.26 |
| Roast Pork Noodle Soup | 5.26 |
| Pickled Cabbage w. Pork Noodle Soup | 5.26 |
| Beef Stew Noodle Soup | 5.26 |
| Beef Noodle Soup | 5.26 |
| Little Bit of Everything Noodle Soup | 5.26 |
| Vegetable w. (or without) | 5.26 |
| Bean Curd Noodle Soup | 6.75 |
| Jumbo Shrimp Noodle Soup | |

## Desserts

| | |
|---|---|
| Pineapple | 3.00 |
| Lichees | 3.50 |
| Crispy Banana | 3.00 |
| Ice Cream | 3.50 |
| Spring Roll | 3.50 |

## Beverage

| | |
|---|---|
| Hot Green Tea | 1.00 |
| Spring Water | 1.25 |
| Soda | 1.25 |
| Perrier | 1.50 |
| Snapple | 1.50 |

## Express

| | w. Egg Roll Pork Fried Rice or Brown Rice | White Rice |
|---|---|---|
| Chicken Chow Mein | 5.48 | 4.98 |
| Chicken Wing | 5.48 | 4.98 |
| Sweet & Sour Chicken | 5.75 | 5.26 |
| Chicken with Broccoli | 5.75 | 5.26 |
| Chicken with Shing Bean | 5.75 | 5.26 |
| Chicken with Garlic Sauce | 5.75 | 5.26 |
| Hunan Chicken | 5.75 | 5.26 |
| Kung fo Chicken & Baby Shrimp | 5.75 | 5.26 |
| Boneless Ribs | 5.75 | 5.26 |
| Spicy Ribs w. Black Bean Sauce | 5.75 | 5.26 |
| Twice Cooked Pork (w. Veg. | 5.75 | 5.26 |
| Beef w. Broccoli | 5.75 | 5.26 |
| Beef w. Bean Curd | 5.75 | 5.26 |
| Beef w. Garlic Sauce | 5.75 | 5.26 |

## Family Special
Served with White Rice or Plain Fried Rice

| | |
|---|---|
| General Tso's Chicken | 5.75 |
| Sesame Chicken | 5.75 |
| Malaysian Curry Chicken | 5.75 |
| Chicken with Cashew Nuts | 5.75 |
| Chicken with Mixed Vegetables | 5.75 |
| Roast Pork with Broccoli | 5.75 |
| Beef with Lobster Sauce | 5.75 |
| Beef & Snow Peas with Oyster Sauce | 5.75 |
| Baby Shrimp with Spicy Tasty Sauce | 5.75 |
| Baby Shrimp w. Pepper & Onion in Black Bean Sauce | 5.75 |
| Jumbo Shrimp w. Broccoli | 6.95 |
| Jumbo Shrimp w. Lobster Sauce | 6.95 |
| Jumbo Shrimp w. Garlic Sauce | 6.95 |
| Sauteed Mixed Vegetables | 4.98 |
| Broccoli with Garlic Sauce | 4.98 |
| Mo Po Tofu (Vegetarian Dish) | 4.98 |
| Tofu w. Mixed Vegetables | 4.98 |

MADTSS01100886





## Desserts & Sodas

**SODA**    COKE · DIET COKE · SPRITE · DIET SPRITE · GINGER ALE · SUNKIST    **CAN 1.25**

**BOTTLED WATER 1.25    SNAPPLE 1.50**

**DOMESTIC BOTTLED BEER    ·    IMPORTED BOTTLED BEER**

**BEN & JERRY'S PINTS** Large Selection **5.50**    ·    **CHIPWICH 2.50**

## Lunch Specials

**ALL 7.25**  (Soaked in our Hot Sauce add 50¢)  Mon - Fri  11 am - 4 pm

1. **BURGER · TURKEY BURGER · VEGGIE BURGER or GRILLED CHICKEN SANDWICH** With a side of fries or salad
2. **GRILLED CHICKEN BREAST SALAD**
3. **CUP OF SOUP** or **CHILI** with a side salad
4. **REGULAR** (No Sauce) or **ATOMIC** (Soaked in our Hot Sauce) **CHICKEN LITTLES** with a side of fries and one dipping sauce
   HONEY MUSTARD · RANCH · BARBECUE · SWEET & SOUR · ATOMIC · ITALIAN · BLUE CHEESE · HORSERADISH
5. **6 ATOMIC WINGS** with a side of fries

Substitute **FRESH FRUIT SALAD** with any Lunch Special · Add .50¢

## LOCATIONS

| | | |
|---|---|---|
| ATOMIC WINGS @ THE BLUE ROOM | 212.888.5777 | 1140 Second Avenue (corner of 60th) |
| ATOMIC WINGS | 212.760.9090 | 528 Ninth Avenue (bet. 39th & 40th) |
| ATOMIC WINGS | 212.571.7667 | 311 Broadway (bet. Duane & Thomas) |
| ATOMIC WINGS | 212.505.7272 | 184 First Avenue (bet. 11th & 12th) |
| @ DOWN THE HATCH | 212.627.9500 | 179 West 4th Street (bet. 6th & 7th) |
| @ BAR COASTAL | 212.772.8400 | 1495 First Avenue (corner of 78th) |

www.atomicwings.com

TEN DOLLAR MINIMUM DELIVERY ORDER,  WE ACCEPT ALL MAJOR CREDIT CARDS
CORPORATE ACCOUNTS WELCOME.  ASK FOR OUR CATERING MENU

*ATOMIC WINGS* **FREE DELIVERY** with $10 minimum

## Starters

**OUR FAMOUS WAFER FRIES**  REG $3.25  LARGE **4.75**  with CHEESE SAUCE or GRAVY ADD **75¢**

**ONION FRIES** A cross between onion rings and an onion loaf  SMALL **3.25**  LARGE **4.75**  HORSERADISH DRESSING **50¢**

**SMOTHERED FRIES** Our famous Wafer Fries topped with cheese, chili, & Jalapenos  **6.95**

**COMBO BASKET OF WAFER FRIES AND ONION FRIES 6.50**

**MOZZARELLA STICKS** 6 with marinara **4.75**  •  EXTRA MARINARA **75¢**

**FRIED CALAMARI** Served with marinara **7.95**

**POPCORN SHRIMP** Served with cocktail sauce  REG or ATOMIC **7.95**

**COLE SLAW**  SMALL **1.25**  LARGE **2.25**

## Salads

**YOUR BASIC TOSSED SALAD 4.25**  •  **CAESAR SALAD 5.50**

**GRILLED CHICKEN CAESAR SALAD 8.95**  •  **GRILLED CHICKEN SALAD 7.95**

**MESCLUN SALAD WITH GOAT CHEESE 5.50** ADD chicken **8.95**

**GRILLED TUNA CAESAR SALAD 9.95**

**FRUIT SALAD**  •  SMALL **2.50**  •  LARGE **4.75**

**FRESH VEGGIES & DIP** • SMALL (Serves 1-2) **4.75**  •  LARGE (4-6) **8.95**  •  PARTY PLATTER (10+) **22.50**

## Burgers & Sandwiches

• **BURGER** • **TURKEY BURGER** • **VEGGIE BURGER**

• **GRILLED BREAST OF CHICKEN** Regular or Atomic (Soaked in our Hot Sauce)

All burgers are half lb. and served on a hearty bun with
our famous wafer fries, cole slaw, pickle, lettuce and tomato **7.50**
or served alone, with a pickle **5.25**

TOPPINGS: American Cheese • Swiss Cheese • Jack Cheese • Mozzarella • Cheddar Cheese • Blue Cheese **50¢**
Jalapeños • Sour Cream • Chopped or Grilled Onions • Grilled Mushrooms
Grilled Zucchini • Grilled Green Peppers • Broccoli **75¢** • Bacon or Chili **1.00**

## Chili & Soups

**ALWAYS HOMEMADE CHICKEN NOODLE SOUP AND TWO DAILY SPECIAL SOUPS**

CUP **3.50**  BOWL **6.50**

**ATOMIC CHILI** Beef or Vegetarian  CUP **3.50**  BOWL **6.50**

Includes tortilla chips & choice of one topping. Each additional topping 75¢

JALAPENOS • SOUR CREAM • CHEDDAR CHEESE • CHOPPED ONIONS • GRILLED ONIONS
GRILLED MUSHROOMS • CHOPPED BACON • BROCCOLI

## Buffalo Chicken Wings

All served with famous Buffalo blue cheese dressing and heaps of celery and carrots

| | | | |
|---|---|---|---|
| **SINGLE ORDER** (10) | **7.25** | **BUCKET** (50) | **32.00** |
| **DOUBLE ORDER** (20) | **13.50** | **PARTY PLATTER** (100) | **62.00** |

FOR THE SANE: MILD • MEDIUM • HOT
FOR THE INSANE: ABUSIVE • NUCLEAR • SUICIDAL
HONEY MUSTARD • BARBEQUE
EXTRA CELERY AND CARROTS **1.25** • EXTRA BLUE CHEESE **50¢**

## Chicken Littles

A Sliced Skinless Breast of Chicken with a choice of 7 sauces from DIPMANIA!

REGULAR (No Sauce) or ATOMIC (Soaked in our Hot Sauce)

**SMALL** (8) **7.25**  **LARGE** (16) **13.50**  **PARTY PLATTER** (75) **62.00**

Orders come with 2 dips. Extra dips 50¢

HONEY MUSTARD • RANCH • BARBECUE • SWEET & SOUR • ATOMIC • ITALIAN • BLUE CHEESE • HORSERADISH

## Mexico by Way of Buffalo

**SALSA AND CHIPS 4.25**  •  **GUACAMOLE AND CHIPS 5.75**

**NACHOS** Corn chips with melted jack cheese, jalapenos, salsa, and sour cream **5.95** • ADD CHILI **1.00** • ADD GUACAMOLE **2.00**

Chicken or Beef add **2.00**

**QUESADILLAS** Hot soft flour tortilla with jack cheese **4.75** • Chicken (Regular or Atomic) or Beef  Add **2.00** • Veggie Add **1.00**

MADTSS01100888





# TRATTORIA

**663 LEXINGTON AVENUE**
(BET. 55TH & 56TH STS.)
TEL: (212) 888-4292,
4526, 4527, 4528
FAX: (212) 980-3242
**BUSINESS HOURS:**
MON.-FRI. 11AM - 11PM
SATURDAY 11AM - 10PM
SUNDAY - PRIVATE PARTIES

## Zuppe

| | |
|---|---|
| MINESTRONE | 3.95 |
| vegetable soup | |
| ZUPPA DEL GIORNO | P/A |
| soup of the day | |

## Panini


| | |
|---|---|
| TUNA CAPRI | 6.25 |
| tuna salad, lettuce & tomato on grilled pita bread | |
| MISTO GENOVESE | 7.25 |
| Italian style cold cuts, provolone cheese, roasted peppers, lettuce, tomato & balsamic dressing on a baguette | |
| CAPONATA WRAP | 6.95 |
| marinated grilled vegetables, fresh field greens, grilled chicken & tomato in an herb garlic wrap | |
| FRESH SALMON WRAP | 9.55 |
| grilled fresh salmon with avocado, fresh arugula, tomato & red onion in an herb garlic wrap with cilantro lime mayo | |
| TURKEY LUMETTO | 7.25 |
| roast turkey off the home, smoked mozzarella cheese, roasted peppers, lettuce, herb mayonnaise on tuscan bread | |
| ROAST BEEF BEL PAESE | 8.25 |
| rare roast beef with bel paese cheese, watercress & tomato on a black russian pumpernickel roll with picante mayo | |
| CHICKEN CASALINGA | 7.25 |
| grilled chicken breast, fresh mozzarella cheese, lettuce, tomato, herb mayonnaise on a baguette | |
| SALSALITO TURKEY BREAST | 7.25 |
| low fat cracked pepper turkey with grilled eggplant, lettuce & roasted peppers on a 7 grain baguette with three pepper mayonnaise | |
| TRATTORIA WRAP | 7.95 |
| chicken cutlet with leaf lettuce, avocado & fontina cheese with fresh Basil's salsa | |

## Panini Caldi

SERVED WITH PASTA SALAD OF THE DAY



| | |
|---|---|
| EGGPLANT PARMIGIANA | 6.55 |
| eggplant, marinara sauce & mozzarella cheese on a toasted baguette | |
| CHICKEN PARMIGIANA | 7.55 |
| chicken breast, marinara sauce & mozzarella cheese on a toasted baguette | |
| VEAL PARMIGIANA | 8.95 |
| veal scallopini with marinara sauce & mozzarella cheese on a toasted baguette | |
| GRILLED CHICKEN TUSCANO | 8.55 |
| grilled marinated chicken breast with bacon & smoked mozzarella cheese on toasted tuscan bread | |
| CHICKEN FONTARINA | 8.25 |
| grilled chicken breast with fresh Basil's salsa on a toasted baguette | |
| GRILLED STEAK PANINI | 9.95 |
| with caramelized onions & melted provolone cheese on a toasted garlic panini roll | |
| GRILLED PORTABELLO PANINI | 7.55 |
| with fresh mozzarella cheese, roasted peppers & fresh basil, drizzled with virgin olive oil on a toasted panini roll | |
| GRILLED SHRIMP CAESAR WRAP | 10.25 |
| marinated grilled baby shrimp, crisp romaine lettuce, shaved imported parmesan cheese & creamy caesar dressing in an herb garlic wrap | |

SERVED WITH FRESH BASIL'S ROASTED POTATOES

---





# TRATTORIA

## Dolci

| | |
|---|---|
| TORTA DI CIOCCOLATO | 6.25 |
| dark chocolate butter cookie crust filled with light, creamy chocolate cappuccino mousse | |
| SORBETTO DI FRUTTA | 3.95 |
| fresh fruit sorbet - tangerine, lemon, pineapple, peach or coconut | |
| CREME CARAMEL | 2.75 |
| egg custard with caramel sauce | |
| TORTINE DI FRUTTA | 4.75 |
| fresh fruit tart | |
| CANNOLI | P/A |
| crispy pastry tube filled with ricotta cream | |
| TIRAMISU | 4.75 |
| espresso-soaked ladyfingers & mascarpone cheese | |
| TAZZA DI FRUTTA | 4.75 |
| fresh fruit cup of the day | |
| TORTA DI FORMAGGIO | 4.75 |
| cheesecake | |
| PIATTI DI FRUTTI | 6.95 |
| assorted fresh fruit platter | |

## Caffè

| | |
|---|---|
| CAFFE | 1.50 |
| regular or decaffeinated | |
| CAPPUCCINO | 3.00 |
| espresso with hot steamed milk, topped with milk foam | |
| TEA | 1.50 |
| HERBAL TEA | 3.25 |
| CAFFE LATTE | 3.00 |
| espresso with hot steamed milk | |
| ESPRESSO | 2.50 |
| pressure-brewed Italian black coffee | |
| CAFFE MOCHA | 3.75 |
| chocolate flavored cappuccino dusted with sweet cocoa powder | |
| DOPPIO ESPRESSO | 3.50 |
| double espresso | |



# TRATTORIA



CATERING AVAILABLE
ON OR OFF PREMISES

## Antipasti

**MOZZARELLA CAPRESE** — 6.95
homemade fresh mozzarella cheese & fresh plum tomato slices, drizzled with virgin olive oil

**ROAST PEPPERS & ANCHOVIES** — 6.95
charcoal roasted in our kitchen, fresh mozzarella cheese in a crispy parmesan crust - garnished with anchovies, capers & marinara sauce

**ANTIPASTO ALLA GRIGLIA** — 6.95
grilled vegetables, virgin olive oil & aged balsamic vinegar

**INSALATA DI MARE** — 9.95
calamari, conch, shrimp & scallops, olive oil & lemon dressing

**JUMBO SHRIMP COCKTAIL** — 9.55
chilled jumbo shrimp served with a hearty cocktail sauce

**BRUSCHETTA AL SALMONE** — 8.55
smoked salmon with onions, capers & plum tomato

**MUSHROOM RIPIENI** — 6.25
homemade fresh mozzarella, parmesan cheese & seasoned bread crumbs

**SPIEDINO ALLA ROMANA** — 6.25
fried mozzarella cheese in a crispy parmesan crust - garnished with anchovies, capers & marinara sauce

**BAKED CLAMS OREGANATA** — 7.55
little neck clams topped with chef's special bread crumbs

**EGGPLANT ROLLATINI** — 6.55
rolled eggplant stuffed with ricotta cheese topped with melted mozzarella & marinara sauce

**FRIED CALAMARI** — 6.95
mild or spicy marinara sauce on the side

**ANTIPASTO CALDO** — 9.95
stuffed mushroom, baked clams, scallops, mussels & shrimp scampi

---

## Insalate

**I INGREDIENT SALAD** — 9.95
mesculin greens with grilled chicken, fresh vegetables & brie with dijon dressing

**ORTOLANA** — 7.95
fresh vegetables on a bed of fradicioe salad with dijon dressing

**SALMON AL FRESCO** — 9.55
fresh poached salmon, avocados, fresh vegetables & tomato with creamy dill dressing on a bed of fradicioe salad

**CHICKEN RUSTICO** — 8.55
grilled chicken, eggplant, roasted peppers & sun-dried tomatoes with mixed greens & balsamic dressing

**CHICKEN CAESAR** — 8.55
grilled chicken breast, romaine lettuce & croutons with creamy caesar dressing

**DELLA CASA** — SM. 2.95 / LG. 5.95
mixed greens with balsamic

**TRICOLORE** — SM. 3.55 / LG. 6.25
arugula, radicchio, endive with balsamic dressing

**FIELD GREEN SALAD** — SM. 3.55 / LG. 6.25
mesculin greens with balsamic dressing

**CAESAR** — 6.25
romaine lettuce, croutons with creamy caesar dressing

**GORGONZOLA** — 7.25
romaine lettuce, fresh plum tomatoes, red onion & olives with balsamic dressing

**CALABRESE** — 7.95
olive oil, garlic, fresh plum tomatoes, capers & olives

---

## Pasta

**MARINARA** — 7.95
plum tomatoes, oil, garlic, fresh basil

**BOLOGNESE** — 8.25
tomato sauce with ground beef

**ARRABBIATA** — 8.95
plum tomatoes, onion & prosciutto

**CAMERERII** — 10.95
baby shrimp in a pink sauce

**CAMERERII** — 8.95
baby shrimp in a pink sauce

**ITALIAN SAUSAGE SMOKED MOZZARELLA** — 9.95
in marinara sauce

**SICILIANO** — 8.25
marinara sauce with eggplant

**QUATTRO FORMACCI** — 9.25
marinara sauce with four cheeses & cream

**MODO MIO** — 9.25
prosciutto, mushrooms, peas in pink sauce

*Choice of Penne, Rigatoni, Fusilli or Spaghetti.*

---

## Piatti Della Casa

**RIGATONI AL FORNO** — 8.25
hot and peppered pasta filled with ricotta cheese in a cream sauce topped with melted mozzarella cheese & shiitake mushrooms

**LASAGNA** — 8.55
pasta layered with bolognese sauce

**MANICOTTI FIORENTINA** — 8.55
crepes stuffed with ricotta cheese & fresh spinach

**GNOCCHI AURORA** — 8.95
homemade pasta dumpling in pink sauce

**PENNE ALLA VODKA** — 9.25
with prosciutto in a pink vodka sauce

**WHOLE WHEAT PENNE** — 12.95
with grilled chicken, fresh spinach, corns, mussels, shrimp & scallops in special marinara sauce

**LINGUINE AI FRUTTI DI MARE** — 13.95
clams, mussels, shrimp & scallops in special marinara sauce

**TORTELLINI EMILIANA** — 9.95
baked rigatoni topped with ricotta cheese in cream sauce with fresh asparagus tips

---

## Dalla Casa

**EGGPLANT PARMIGIANA** — 9.55
eggplant in marinara sauce and mozzarella cheese

**CHICKEN ALLA NERONE** — 12.25
roasted 1/2 chicken with fresh basil's, sun-dried tomatoes

**COMBO DUO** — 14.25
combination of veal & chicken parmigiana & eggplant rodatini

**FILET MICNON SAVINI** — 22.95
8 oz. grilled filet mignon with portobello mushrooms & homemade roasted peppers

**NEW ZEALAND BABY LAMB CHOPS ROSEMARINO (3)** — 22.95
sauteed with red wine & fresh rosemary

**SOLE FRANCESE** — 13.95
filet of sole in a light lemon sauce

**SHRIMP SCAMPI** — 17.95
jumbo jumbo, olive oil, garlic & lemon

**SEAFOOD MISTO** — 18.25
combination of filet of sole, baby shrimp & scallops in a lemon-butter sauce

**SALMON ALLA GRIGLIA** — 18.25
grilled salmon filet brushed with olive oil & fresh herbs

**SHRIMP SPIEDINO** — 17.95
jumbo shrimp grilled with lemon, garlic, olive oil, served over fresh spinach

---

## Chicken Breast or Veal Scallopini

**ALLA GRIGLIA** — 14.25 / 17.25
grilled, brushed with olive oil & fresh herbs

**FRANCESE** — 13.95 / 16.95
in a light lemon sauce

**MARSALA** — 13.95 / 16.95
with mushrooms in a marsala wine sauce

**PIZZIOLA** — 13.95 / 16.95
mushrooms & roasted peppers in a zesty marinara sauce

**PICCATA** — 13.95 / 16.95
light lemon sauce with artichoke hearts

**PARMIGIANA** — 13.55 / 16.55
with marinara sauce & mozzarella cheese

**SORRENTINA** — 14.55 / 17.55
with eggplant, marinara sauce & fontina cheese

**RUCCANTINO** — 14.55 / 17.55
with proscuitto, fontina cheese in a white wine sauce

**CARDINALE** — 14.55 / 17.55
with fontina cheese, roasted peppers in a white wine sauce

**PORTOBELLO** — 14.55 / 17.55
in a brandy cream sauce with portobello mushrooms

---

*SERVED WITH MIXED GREEN SALAD, CHOICE OF RIGATONI, FUSILLI, SPAGHETTINI, PENNE, LINGUINE WITH MARINARA SAUCE OR MIXED VEGETABLES*

## Contorni

**PORTABELLO TRIFOLATI** — 7.25
& cultivated mushrooms with olive oil & garlic

**FRESH SPINACH** — 5.55
steamed or with garlic & oil

**CHEF'S SPECIAL VEGETABLES** — 7.95
combination of portobello, shiitake, zucchini, carrots & artichoke hearts - steamed or olive oil & garlic

**FRESH BROCCOLI** — 4.95
steamed or olive oil & garlic

**BROCCOLI SUN-DRIED TOMATO** — 8.55
olive oil & garlic

**212-308-8882**
Free Delivery
Catering
Private Parties

# LUNA PIENA
### Take Out Menu
243 East 53th Street (Between 2nd & 3rd Ave)

**212-308-8882**
Outdoor
**Garden Seating**

## *Antipasti*

**Portobello alla Griglia  9.75**
Grilled portobello mushroom over mixed greens

**Bufala con Pomodori e basilico  11.75**
Buffalo mozzarella with cherry tomatoes and basil

**Melanzane alla Parmigiana  11.50**
Eggplant parmigiana

**Calamari alla Griglia  10.50**
Grilled calamari over mixed greens

**Cozze alla Marinara  9.75**
Black mussels in tomato sauce

**Carpaccio di Manzo  10.50**
Thinly sliced beef over cherry tomatoes, avocado,
hearts of palm with shaved parmesan cheese

**Carciofini e Funghi Saltati con Aglio e Olio  11.25**
Baby artichoke with mixed mushroom saute in olive
oil and garlic and parmigiana cheese

**Bruschetta con Pomodoro e Mozzarella  7.50**
Bruschetta topped with tomato, mozzarella,
black olives and basil

**Asparagi e Gorgonzola  10.50**
Asparagus topped w/fresh melted gorgonzola cheese

**Gamberi con Prosciutto e Arancio  12.50**
Shrimp sautéed with prosciutto and orange

**Rollatini di Melanzane  9.75**
Eggplant rolls stuffed with goat cheese and tomato
sauce served with mesculin salad

**Fritto Misto  12.50**
Fried shrimp, calamari, zucchini and mushroom

**Carpaccio di Tonno  10.50**
Tuna carpaccio over arugula salad, sliced
parmigiana cheese with fennel seed dressing

**Gamberi Luna Piena  12.50**
Shrimp cocktail in cognac sauce

**Antipasto dello Chef  P.A.**
Mixed antipasto platter

**Polpetta di Granseola  10.75**
Crab cake with aromatic olive oil

**Zuppa de Giorno  P.A.**
Chef's soup of the day

**Minestrone  6.50**          **Broccoli Puree  6.50**
Vegetable soup                Broccoli soup

**Prosciuto di Parma con Melone  10.50**
Prosciutto with cantaloupe melon

## *Insalate*

**Insalata Luna Piena  8.50**
Arugula topped with gorgonzola, walnuts and pears

**Insalata Arlecchino  9.75**
Mixed green salad, roasted peppers, asparagus,
black olives, hearts of palm & sliced parmesan cheese

**Insalata Romana  7.95**
Caesar salad with croutons and parmesan cheese

**Insalata alla Ortolana  6.50**
Field greens with Barolo vinaigrette dressing

**Insalata di Mare  12.50**
Assorted mixed seafood salad

**Spinaci e Fragole  10.50**
Baby spinach with strawberries, caramelized
almonds and sliced pecorino cheese

**Insalata Faraglioni  12.50**
Arugula with grilled shrimp, cannelini beans,
chopped tomatoes and lemon dressing

**Insalata Esotica  9.75**
Arugula, endive, avocado and hearts of palm
topped with parmesan cheese

**Insalata Tricolore  9.75**
Arugula, radicchio, endive, toasted walnuts, blue
cheese and sliced pears in a balsamic dressing

## *Vegetali*  7.00

**Patate Arrosto**
Roasted potatoes

**Broccoli di Rape, Spinaci, or Asparagi Saltati**
Vegetables sauteèd in virgin olive oil and garlic, unless requested otherwise.

## PLEASE ASK ABOUT OUR DAILY SPECIALS
Any changes can be made upon request.
We specialize in catering & private parties inquire within.
Enjoy our outdoor garden.

MADTSS01100891

**212-308-8882**
**Free Delivery**
**Catering**
**Private Parties**

# LUNA PIENA
**Take Out Menu**
243 East 53rd Street (Between 2nd & 3rd Ave)

**212-308-8882**
**Outdoor**
**Garden Seating**

## *Paste*

**Capellini al Pomodoro e Basilico  9.75**
Angel hair pasta with tomato sauce and fresh basil

**Fettuccine al Pesto  13.50**
Homemade fettuccine in a basil sauce

**Linguine alle Vongole  14.50**
Linguine with baby clams, virgin olive oil, garlic,
white wine and parsley

**Bucatini alla Barese  14.50**
Bucatini with Italian sweet sausage, broccoli rabe,
virgin olive oil, garlic, tomato sauce

**Agnolotti ai Porcini  16.75**
Halfmoon ravioli stuffed with porcini mushrooms
served in a white truffle cream sauce

**Cavatelli alla Bolognese  14.75**
Homemade pasta with meat sauce

**Gnocchi di Patate  14.50**
Fresh homemade potato dumpling with brasaola and
radicchio in pink sauce

**Penne alla Siciliana  13.75**
Penne pasta with eggplant, tomato sauce and buffalo
ricotta cheese

**Farfalle alla Vegetariana  13.75**
Bowtie pasta with wild mushroom, zucchini, garlic,
black olives and tomato

**Pappardelle al Ragu di Anatra con Funghi
Selvatici al Vino Rosso Barolo  15.50**
Pappardelle pasta sautéed with duck breast and
wild mushroom in a red wine sauce

**Penne alla Norvegese  14.95**
Penne pasta sautéed with smoked salmon in a pink sauce

**Lasagna della Mamma  16.75**
Fresh homemade lasagna in a meat sauce e
parmesan and beseiamel

**Linguine nere ai Frutti di Mare  17.50**
Black ink linguine with mixed seafood and
chopped arugula in a tomato sauce

**Linguine Luna Piena  16.50**
Linguine pasta with sea scallops and zucchini in
fresh tomato sauce

**Rigatoni all'Matriciana  13.50**
Rigatoni pasta sautéed with pancetta, braised onions
and tomato sauce and pecorino cheese

**Raviolone con Burro e Salvia  14.50**
Ravioli filled with smoked mozzarella and
asparagus sautéed with butter and sage

**Rigatoni Norcia  14.50**
Rigatoni with sweet & hot Italian sausage in a
creamy tomato sauce

**Risotto del Giorno  P.A.**
Risotto of the day

## *Secondi*

**Galetto Arrosto  17.75**
Roasted Cornish hen with fresh sage and
rosemary on a bed of field greens

**Pollo Contadino  16.50**
Chicken breast sautéed with asparagus and
sun- dried tomatoes in a wine sauce

**Pollo Rollatini  17.50**
Breast of chicken filled with fontina cheese and
ham, served with a mushroom sauce

**Pollo del Macellaio  17.50**
Chicken breast sautéed with Italian sausage and
roasted peppers in a white wine sauce

**Vitello Gorgonzola  21.75**
Veal medallions served with a creamy
gorgonzola sauce

**Vitello alla Milanese Malfatta  23.50**
Veal cutlet covered with cherry tomatoes, arugula
salad and melted buffalo mozzarella

**Vitello alla Parmigiana  20.75**
Veal parmesan with fresh tomato sauce and buffalo
mozzarella cheese

**Scaloppini di Vitello alla Sorrentina  21.50**
Veal medallions with eggplant, prosciutto and
mozzarella in a white wine sauce

**Scalloppine di Manzo Dello Chef  19.75**
Black Angus steak, sliced, and sautéed with braised
onion, tomatoes and oregano

**Tagliata Toscana  22.50**
Sliced black Angus steak served with grilled
zucchini and Italian style home fries

**Guazzetto di Pesce alla Barese  24.50**
Mixed seafood stew with shellfish in a tomato sauce,
served with garlic bread

**Salmone alla Griglia  19.50**
Grilled wild salmon served with asparagus and
roasted potatoes

**Pesce del Giorno  P.A.**
Fish of the day

**Salsiccia e Broccoli di Rape  19.75**
Oven roasted sweet and hot Italian sausage with
broccoli di rape in garlic and oil

**Osso Buco al Vino Rosso  28.50**
Veal shank in a red wine sauce served with fresh
home made pappardelle pasta

**Battuta di Vitello con Insalata  19.50**
Grilled veal paillard served with arugula, endive,
cremini mushrooms and sliced parmesan cheese

**Gamberoni dello Chef  28.50**
Sautéed Jumbo Shrimp with White Beans
and Chopped Tomato

# Lin's Gourmet
### CHINESE CUISINE

T. 212.752.5586
752.5580

1097 2nd Avenue
New York, NY 10022
(Bet. 57th - 58th St.)

## FREE DELIVERY
Minimum $5.00

Open 7 Days A Week
Mon. - Sat.:
11:00Am - 11:00Pm
Sunday:
12:00 Noon - 11:00Pm

*We Also Serve Brown Rice*
(Min. $10)

## Diet Health Dishes

(Steam, Cook without Oil or Corn Starch, Ginger Sauce on the Side)
(Served w. Whole Rice Except H6)

| | | Lg. | Sm. |
|---|---|---|---|
| H1. | Mixed Vegetable | 4.25 | 6.50 |
| H2. | Diced Chicken & Shrimp Combo | 5.25 | 8.00 |
| H3. | Chicken w. Broccoli | 5.25 | 8.00 |
| H4. | Shrimp Chow Mein | 5.25 | 8.00 |
| H5. | Chicken w. Mixed Vegetable | 5.25 | 8.00 |
| H6. | Mixed Vegetable Lo Mein | 4.00 | 6.25 |

*Hot & Spicy*

## Combination Platter

(Served with Pork Fried Rice & Egg Roll) **$7.00**

- C1. Chicken w. Garlic Sauce
- C2. Shrimp in Szechuan Style
- C3. Pepper Steak w. Onion
- C4. Beef w. Broccoli
- C5. Moo Goo Gai Pan
- C6. Sweet & Sour (Choice of chicken, pork, beef or shrimp)
- C7. B.B.Q. Spare Ribs
- C8. Boneless Spare Ribs
- C9. Chow Mein (Choice of chicken, pork, beef or shrimp)
- C10. Egg Foo Young (Choice of chicken, pork, beef or shrimp)
- C11. Chicken w. Chinese Vegetable
- C12. Chicken & Shrimp Blended
- C13. General Tso's Chicken
- C14. Sesame Chicken
- C15. Shrimp w. Broccoli
- C16. Beef w. String Bean
- C17. Chicken w. Black Bean Sauce
- C18. Roast Pork w. Mixed Vegetable
- C19. Shredded Beef w. Hot Sauce
- C20. Chicken w. Cashew Nuts

## Lunch Special ($5.25)

Served From 11:00Am - 4:00PM
All Served w. Pork Fried Rice and Choice of Wonton,
Egg Drop, Hot & Sour Soup or Egg Roll or Soda (Can only)

- L1. Chicken Chow Mein
- L2. Shrimp Chow Mein
- L3. Shrimp w. Lobster Sauce
- L4. Moo Goo Gai Pan
- L5. Pepper Steak w. Onion
- L6. Roast Pork w. Mixed Vegetable
- L7. Beef w. Broccoli
- L8. Broccoli w. Garlic Sauce
- L9. Chicken w. Broccoli in Garlic Sauce
- L10. Beef w. Garlic Sauce
- L11. Sweet & Sour Chicken
- L12. Chicken w. Mixed Vegetable
- L13. Shrimp w. Cashew Nuts
- L14. Beef w. Chinese Vegetable
- L15. Fried Spare Rib Tips
- L16. General Tso's Chicken
- L17. Sesame Chicken
- L18. Chicken & Shrimp Blended
- L19. String Bean w. Beef
- L20. Shrimp w. Garlic Sauce
- L21. Shrimp w. Mixed Vegetable
- L22. Sweet & Sour Pork
- L23. Flavor Shrimp in Szechuan Style
- L24. Diced Chicken with Peanuts
- L25. Chicken with Cashew Nuts
- L26. Shrimp with Peanuts
- L27. Hunan Beef
- L28. Curry Chicken
- L29. Chicken with Broccoli
- L30. LO MEIN (Choice of chicken, shrimp or pork)

# Lin's Gourmet
## CHINESE CUISINE

1-212-



### CHEF'S SUGGESTIONS
(w. White Rice)

- S1. HUNAN TRIPLE DELIGHT ..... 9.50
- S2. PERFECT MATCH ..... 9.50
- S3. ORANGE FLAVOR CHICKEN ..... 8.75
- S4. HAPPY FAMILY ..... 9.50
- S5. CHINESE GREEN VEGETABLE ..... 9.50
- S6. FLAVOR SHRIMP IN SZECHUAN STYLE ..... 9.50
- S7. JUMBO SHRIMP ..... 9.50
- S8. SEAFOOD COMBINATION ..... 10.25
- S9. SEAFOOD CANTONESE ..... 9.00
- S10. ORANGE FLAVOR BEEF ..... 9.00
- S11. GENERAL TSO'S CHICKEN ..... 8.75
- S12. SESAME CHICKEN ..... 8.75
- S13. SESAME SHRIMP ..... 9.50
- S14. SCALLOP W. MIXED VEG. ..... 9.50
- S15. LEMON CHICKEN ..... 8.50
- S16. TAI-CHIEN CHICKEN ..... 8.75
- S17. BREADED BONELESS CHICKEN ..... 8.50

### APPETIZER
1. Shrimp Roll (1) ..... 1.10
2. Roast Pork Egg Roll ..... 1.10
3. Vegetable Fried Roll ..... 1.00
3a. Fried or Boiled Dumpling (8) ..... 4.00
4. Seafood Dumpling (10) ..... 4.50
5. Shrimp Toast (8) ..... 4.00
6. Roast Spare Ribs ..... (S) 6.00 (L) 10.00
7. Roast Pork ..... (Sm.) 5.25 (Lg.) 9.25
8. Boneless Spare Ribs ..... 8.00
9. Fried Wonton (10) ..... 2.75
9a. Roast Duck ..... (1/4) 5.00 (1/2) 9.00 (Whole) 17.00

### SOUP
(w. Fried Noodles)
10. Wonton Soup ..... 1.30
11. Egg Drop Mixed ..... 1.75
12. Hot & Sour Soup ..... 3.25
13. Chinese Vegetable Soup ..... 3.00
14. House Special Soup ..... 3.50
15. Egg Drop Soup ..... 1.30
16. Chicken (Noodle or Rice) Soup ..... 1.50

### CHOW MEIN
|  | Pt. | Qt. |
|---|---|---|
| 17. Vegetable Chow Mein |  | 6.25 |
| 18. Chicken Chow Mein | 3.25 | 7.00 |
| 19. Roast Pork Chow Mein | 3.75 | 7.25 |
| 20. Beef Chow Mein | 3.75 | 7.50 |
| 21. Shrimp Chow Mein | 3.75 | 7.50 |
| 22. Lobster Chow Mein | 3.75 | 8.50 |
| 22a. House Special Chow Mein | 5.00 | 8.00 |

### LO MEIN
(Soft Noodles)
|  | Sm. | Lg. |
|---|---|---|
| 23. Vegetable Lo Mein | 4.05 | 6.50 |
| 24. Chicken Lo Mein | 4.75 | 7.00 |
| 25. Roast Pork Lo Mein | 4.75 | 7.00 |
| 26. Shrimp Lo Mein | 4.75 | 7.50 |
| 27. Beef Lo Mein | 4.75 | 7.50 |
| 28. Lobster Lo Mein | 4.75 | 8.50 |
| 29. House Special Lo Mein | 5.00 | 8.00 |
| 30. Cold Sesame Noodles |  | 5.00 |

### MAI FUN & CHOW FUN
(Thin Noodle) (Rice Noodle)
|  | Sm. | Lg. |
|---|---|---|
| 31. Vegetable Chow Fun | 4.25 | 7.00 |
| 31a. Pork Mai Fun |  | 5.25 |
| 32. Chicken Mai Fun |  | 5.00 |
| 33. Shrimp Mai Fun |  | 5.50 |
| 34. Singapore Mai Fun |  | 5.50 |
| 35. Chicken Chow Fun | 4.25 | 7.00 |
| 36. Roast Pork Chow Fun | 4.25 | 7.00 |
| 37. Shrimp Chow Fun | 4.75 | 7.50 |
| 38. Beef Chow Fun | 4.75 | 7.50 |
| 39. Vegetable Chow Fun | 4.25 | 7.00 |
| 40. House Special Chow Fun | 5.00 | 8.00 |
| 41. Roast pork, chicken & shrimp | | 6.50 |

### FRIED RICE
(w. White Rice)
|  | Sm. | Lg. |
|---|---|---|
| 42. Vegetable Fried Rice | 3.50 | 5.50 |
| 43. Roast Pork Fried Rice | 3.50 | 6.25 |
| 44. Chicken Fried Rice | 3.75 | 6.75 |
| 45. Beef Fried Rice | 3.75 | 6.75 |
| 46. Shrimp Fried Rice | 4.50 | 8.50 |
| 47. Lobster Fried Rice | 4.75 | 8.50 |
| 48. House Special Fried Rice | 4.75 | 8.50 |
| 48a. Young Chow Fried Rice |  | 8.50 |

### PORK
(w. White Rice)
|  | Sm. | Lg. |
|---|---|---|
| 49. Roast Pork w. Chinese Vegetable | 4.95 | 7.50 |
| 50. Roast Pork w. Broccoli | 4.95 | 7.50 |
| 51. Roast Pork w. Mushroom | 4.95 | 7.50 |
| 52. Roast Pork w. Mixed Vegetable | 4.95 | 7.50 |

### POULTRY
(w. White Rice)
|  | Sm. | Lg. |
|---|---|---|
| 53. Moo Goo Gai Pan | 5.25 | 8.00 |
| 54. Chicken w. Broccoli | 5.25 | 8.00 |
| 55. Curry Chicken w. Onion | 5.25 | 8.00 |
| 56. Chicken w. Cashew Nuts | 5.25 | 8.00 |
| 57. Chicken w. Mixed Vegetable | 5.25 | 8.00 |
| 58. Curry Chicken w. Peanuts | 5.25 | 8.00 |
| 59. Diced Chicken w. Peanuts | 5.25 | 8.00 |
| 60. Chicken w. Garlic Sauce | 5.25 | 8.00 |
| 61. Szechuan Chicken | 5.25 | 8.00 |

### BEEF
(w. White Rice)
|  | Sm. | Lg. |
|---|---|---|
| 62. Bamboo Shoots | | 8.50 |
| 63. Beef w. Chinese Vegetable | 5.50 | 8.50 |
| 64. Beef w. Broccoli | 5.50 | 8.50 |
| 65. Pepper Steak w. Onions | 5.50 | 8.50 |
| 66. Curry Beef with Onions | 5.50 | 8.50 |
| 67. Beef w. Garlic Sauce | 5.50 | 8.50 |
| 68. Beef w. Oyster Sauce | 5.50 | 8.50 |
| 69. Beef w. Mushroom & Bamboo Shoots | 5.50 | 8.50 |
| 70. Mongolian Beef | | 8.50 |
| 71. Beef w. Hot Sauce | | 8.50 |
| 72. Beef w. Garlic Sauce | | 8.50 |
| 73. Szechuan Beef | | 8.50 |

### SEAFOOD
(w. White Rice)
|  | Sm. | Lg. |
|---|---|---|
| 74. Shrimp w. Cashew Nuts | 5.75 | 9.50 |
| 75. Shrimp w. Chinese Veg. | 5.75 | 9.50 |
| 76. Shrimp w. Lobster Sauce | 5.75 | 9.50 |
| 80. House Special Egg Foo Young | | 7.00 |
| 81. Shrimp w. Garlic Sauce | 5.75 | 9.50 |
| 82. Jumbo Shrimp w. Broccoli | 5.75 | 9.50 |
| 83. Jumbo Shrimp w. Cashew Nuts | 5.75 | 9.50 |
| 84. Black Bean Sauce | | |
| 85. Jumbo Shrimp w. Snow Peas | 5.75 | 9.50 |
| 86. Jumbo Shrimp w. Peanuts | 5.75 | 9.50 |
| 87. Jumbo Shrimp in Spicy Sauce | 5.75 | 9.50 |
| 88. Baby Shrimp w. Mixed Veg. | 5.75 | 9.50 |

### EGG FOO YOUNG
(w. Rice & Gravy)
Per Order
| 76. Vegetable Egg Foo Young | 6.00 |
| 77. Roast Pork Egg Foo Young | 6.00 |
| 78. Chicken Egg Foo Young | 6.00 |
| 79. Beef Egg Foo Young | 6.50 |
| Shrimp Egg Foo Young | 6.50 |
| Lobster Egg Foo Young | 7.00 |

### VEGETABLE
Per Order
| 89. Mixed Vegetable Hunan Style | 6.00 |
| 90. Bean Curd Home Style | 6.00 |
| 91. Broccoli w. Garlic Sauce | 6.00 |
| 92. Bean Curd in Szechuan Style w. Meat | 6.00 |
| 93. Sauteed Broccoli | 6.00 |
| 94. String Bean w. Garlic Sauce | 6.00 |
| 95. Sweet & Sour Combination | 7.25 |

### MOO SHU
Per Order
| 99. Moo Shu Pork | 5.25 |
| 100. Moo Shu Chicken | 5.25 |
| 101. Moo Shu Beef | 5.25 |
| 102. Moo Shu Shrimp | 6.05 |
| 104. Moo Shu Vegetable | 5.25 |

### SWEET & SOUR
Per Order
| 105. Sweet & Sour Pork | 8.00 |
| 106. Sweet & Sour Chicken | 8.00 |
| Sweet & Sour Shrimp | 6.50 |
| Sweet & Sour Combination | 7.25 |

### CHINATOWN STYLE NOODLE SOUP
(Choice of Noodles: Thin Egg Noodles or Chow Fun Noodles)
| A. Wonton w. Noodle Soup | 4.50 |
| B. Mixed Vegetable Noodle Soup | 4.25 |
| C. Roast Pork with Noodle Soup | 5.00 |
| D. Sliced Chicken w. Noodle Soup | 5.50 |
| E. Wonton & Roast Pork Noodle Soup | 5.50 |
| F. Beef or Shrimp with Noodle Soup | 5.50 |
| G. Seafood with Noodle Soup | 6.00 |

❀ Hot & Spicy



# TANG TANG

唐 綾 子 擔 擔 麵



FREE OUT-GOING DELIVERY
($7.00 Minimum Delivery)

**BUSINESS HOUR**
Sunday - Thursday: 11:30 am to 11:00 pm
Friday & Saturday: 11:30 am to 11:15 pm

Tel: (212) 249-2102
(212) 249-2103
(212) 249-2104
Fax: (212) 249-2105

We accept Credit Cards
(Minimun $10.00)

MASTERCARD  VISA  AMEX

1328 THIRD AVENUE
(Corner of 76th St.)

## LUNCH SPECIAL
### $5.25

(Served Monday to Saturday 11:30 am to 4:00 pm)
(You may substitute fried rice or brown rice $0.25 extra)
FREE CHOICE of Soup (Wonton, Egg Drop or Hot & Sour) OR
Soda (Coke or Diet Coke or Sprite or Diet Style)

199. Lo Mein
(Choice of Chicken, Pork, Beef, Shrimp and Veg)
200. Roast Pork Over Rice
201. Roast Duck Over Rice
202. Chao Chow Duck Over Rice
203. Soy Sauce Chicken Over Rice
204. Roast Chicken Over Rice
205. Any Two Roast Meats Over Rice
206. Curry Chicken Over Rice
207. Pork Chop Over Rice
208. Stewed Beef Over Rice
209. Beef with Tomato Over Rice
210. Shredded Beef Szechuan Style Over Rice
211. Fried Rice
(Choice of Chicken, Pork, Beef, Shrimp, or Veg)
212. Mixed Vegetables with Chicken or Pork Over Rice
213. Ribs with Black Bean Sauce
214. Sautéed Bean Sprout w Chicken or Pork Over Rice
215. Chicken with Cashew Nuts Over Rice
216. Beef with Tofu Over Rice
217. Chicken or Pork or Beef w Black Bean Sauce Over Rice
218. Double Sautéed Pork or Beef w Garlic Sauce Over Rice
219. Chicken or Pork or Beef w Garlic Sauce Over Rice
220. Pepper Steak Over Rice
221. Chicken or Pork or Beef w Broccoli Over Rice
222. Chicken or Pork or Beef w Chinese Eggplant Over Rice

### $5.50

223. Chicken & Baby Shrimp Over Rice
224. Baby Shrimp with Tofu Over Rice
225. Baby Shrimp with Lobster Sauce Over Rice
226. Baby Shrimp with Black Bean Sauce Over Rice
227. Baby Shrimp with Garlic Sauce Over Rice
228. Baby Shrimp with Broccoli Over Rice
229. Baby Shrimp with Hot Pepper Over Rice
230. Baby Shrimp with Hot Pepper Over Rice
231. Sweet & Sour Chicken Over Rice
232. Hunan Chicken Over Rice
233. Crispy Sesame Chicken

## CASSEROLE (HONG KONG STYLE)



165. Green Mussels w. Black Bean & Hot Pepper Casserole · · · · · · · · · 13.95
166. Seafood and Tofu Casserole · · · · · · · · · 11.95
167. Tofu, Cellophane Noodles & Vegetables Casserole · · · · · · · · · 9.95
168. Amazing Spicy Chicken Casserole · · · · · · · · · 9.95
(w. black beans & scallions in fresh garlic sauce)

## CHICKEN

169. Chicken w. String Beans in Garlic Sauce · · · 8.45
170. Sesame Chicken w. Zucchini · · · · · · · · · 8.45
171. Curry Chicken w. Potato · · · · · · · · · 8.45
172. Diced Chicken w.Cashew Nuts or Walnuts · · · 8.45
173. Shredded Chicken w. Garlic Sauce · · · · · · 8.45
174. Sliced Chicken w. Broccoli · · · · · · · · · 8.45
175. Diced Chicken w. Hot Pepper · · · · · · · · · 8.45
Sauté & Peanuts
176. Sliced Chicken w. Snow Peas · · · · · · · · · 8.45
177. Moo Shu Chicken (w. 4 Pancakes) · · · · · · · 8.45
178. Sweet & Sour Chicken · · · · · · · · · 8.45
179. Moo Goo Gai Pai · · · · · · · · · 8.45

## PORK



180. Moo Shu Pork · · · · · · · · · 7.95
(w. 4 Pancakes)
181. Sweet & Sour Pork · · · · · · · · · 7.95
182. Shredded Pork w. Dry Bean Curd · · · · · · · 7.95
183. Double Sautéed Pork w. Cabbage · · · · · · · 7.95
184. Shredded Pork w. Garlic Sauce · · · · · · · 7.95
185. Shredded Pork, w. Peking Sauce · · · · · · · 7.95
186. Ma-Pow Tofu with Minced Pork · · · · · · · 7.95

## BEEF

187. Beef w. Chinese Jalapenos · · · · · · · · · 8.95
188. Beef w. Garlic Sauce · · · · · · · · · 8.95
189. Pepper Steak · · · · · · · · · 8.95
190. Beef w. Scallion · · · · · · · · · 8.95
191. Spicy Shredded Beef Szechuan Style · · · · · 8.95
192. Beef w. Broccoli · · · · · · · · · 8.95
193. Beef Sautéed w. Fresh Tomato · · · · · · · 8.95
194. Beef w. Sa Cha Sauce · · · · · · · · · 8.95

## GRILLED

195. Grilled Salmon · · · · · · · · · 13.95
196. Grilled Shrimp (10) Kebab · · · · · · · · · 13.95
197. Grilled Fillet Mignon Kebab · · · · · · · · · 13.50
198. Grilled Chicken Kebab · · · · · · · · · 9.95
(One of the following sauces: Black Bean, Scallion Ginger, Fresh Garlic, Teriyaki or Ber B-Q Sauce)

## SIZZLING PLATTERS

234. Beef & Scallops · · · · · · · · · 11.25
Sliced beef & scallops sautéed w. green pepper, snow peas, straw mushroom, carrots, onion in garlic, oyster sauce.

235. Shrimp · · · · · · · · · 11.25
Shrimp sautéed w. scallion & garlic, snow peas carrots, served with house special house.

236. Tofu · · · · · · · · · 8.95
Pan fried tofu mixed w. mushrooms, carrots, bamboo shoots.

237. Fish Fillet · · · · · · · · · 11.25
Fresh fillet Breaded & fried, sautéed w. snow peas, carrot, mushrooms in wine sauce.

238. Seafood · · · · · · · · · 12.25
Squid, scallops, shrimp, and crabmeat in spicy brown sauce.

## BEVERAGES

Spring Water · · · · · · · · · 1.00
Soda · · · · · · · · · 1.00
Beer · · · · · · · · · 3.00
House Wine Per Glass · · · · · · · · · 3.00
(Red or White)



# HOUSE SPECIALTIES

## VEGETARIAN

1. Sauteed Asparagus — 8.25
2. Seafood Water Spinach w. Fresh Garlic — 8.25
3. Water Spinach w. Bean Curd — 8.25
4. Sauteed Baby Bok Choy w. Fresh Garlic — 8.00
5. Steamed Baby Bok Choy w. Oyster Sauce — 8.00
6. Baby Bok Choy w. Mushrooms — 8.00
7. Shanghai Bok Choy w. Bean Curd — 8.00
8. Shanghai Bok Choy w. Mushrooms — 8.00
9. Sauteed Chinese Broccoli w. Oyster Sauce — 7.95
10. Steamed Chinese Broccoli w. Oyster Sauce — 7.95
11. Steamed Chinese Broccoli w. Fresh Garlic — 7.95
12. Chinese Broccoli w. Bean Curd — 7.95
13. Steamed Yu Choy w. Oyster Sauce — 7.75
14. Curry with Mixed Vegetables — 7.75
15. Home Style Potato w. Dry Bean Curd — 7.75
16. Sauteed Spinach w. Fresh Garlic — 7.25
17. Sauteed Spinach w. Fresh Garlic — 7.25
18. Spinach w. Fresh Garlic — 7.25
19. Broccoli w. Bean Curd Sauce — 7.25
20. Moo Shu Vegetables (w. 4 Pancakes) — 7.25
21. Sauteed Fresh String Beans — 7.25
22. Bean Curd Home Style — 7.25
23. Bean Curd w. Black Bean Sauce — 7.25
24. Bean Curd w. Black Bean Sauce — 7.25
25. Steamed Bean Sprout — 4.75
26. Steam or Sauteed Mixed Vegetables — 7.25

## CANTONESE WONTON SOUP
### (WITH ROAST MEAT)
(Same Price to substitute wonton for noodle, mai fun, chow fun, categorize noodles, spinach noodle or udon noodles, $0.50 Extra for each)

27. Cantonese Wonton Noodle Soup — 3.95
28. Wonton & Roast Duck — 5.50
29. Wonton & Chow Chow Style Duck — 5.50
30. Wonton w. Roast Duck — 5.50
31. Wonton w. Roast Pork — 5.25
32. Wonton & Fish Ball — 4.75
33. Wonton & Soy Sauce Chicken — 5.50
34. Wonton & Rice Chicken Wings — 5.50
35. Wonton & Stewed Beef — 5.50
36. Wonton w. Any Two Roast Meats — 6.00
37. Wonton & Fish Ball — 6.00
38. Wonton & Shrimp (5) — 6.00
39. Shanghai Wonton — 4.75

## B.B.Q. ROAST MEATS
### (CANTONESE STYLE)

40. Roast Pork Cantonese Style —
    (Quarter) 6.75  (Half) 9.75  (Whole) 16.50
41. Roast Chicken Wing, Honey Flavor (5) — 3.95
42. B.B.Q. Spare Ribs —
    (Half) 9.75  (Whole) 16.50
43. Roast Duck —
    (Quarter) 6.75  (Half) 9.75  (Whole) 16.50
44. Chao Chow Style Duck —
    (Quarter) 6.75  (Half) 9.75  (Whole) 16.50
45. Roast Chicken —
    (Quarter) 6.75  (Half) 9.75  (Whole) 16.50
46. Soy Sauce Chicken —
    (Quarter) 6.75  (Half) 9.75  (Whole) 16.50

## MANDARIN NOODLES

47. Cold Noodles with Sesame Sauce — 4.00
    (Voted best in N.Y. by Sunday News Magazine)
48. Cold Shredded Chicken w. Sesame Noodles — 4.00
49. Stewed Beef with Noodles in Broth — 5.50
50. Chicken w. Noodles in Broth — 5.00
51. Roast Pork with Noodles in Soup — 5.00
52. Pickled Cabbage & Shredded Pork Noodle Soup — 5.25
53. Seafood with Noodle Soup — 6.00
54. Vegetable Noodle Soup — 5.00
55. Tang Tang Noodles (most popular in China) — 5.00
56. Noodles with Peking Meat Sauce — 5.00
57. Little Bit of Everything Noodle Soup — 5.00
58. Noodles with Vegetable and Udon Noodle Soup 6.00
59. Shredded Pork & Preserved Mustard Noodle Soup — 5.50

## DIM SUM

60. Crystal Shrimp Dumplings (4) (Hal Kow) — 4.00
61. Steamed Pork Siu Mai (4) — 4.00
62. Steamed Shrimp Sui Mai (4) — 4.25
63. Steamed Short Rib in Black Bean Sauce — 4.50
64. Steamed Pork Buns (2) (Baked or Steamed) — 2.75
65. Fried Shrimp w. Bacon Wrap (2) — 4.50
66. Crispy Pork Bun (1) (Baked or Steamed) — 1.25
66. Crispy Bean Curd — 3.50
68. Boiled Spinach Cold — 4.00
69. Julienne Flavor Bean with Mixed Fruit (Sweet) — 2.50
70. Pan Fried Pork Buns — 2.80
71. Crispy Fried To-Fu Stuffed with Shrimp (2) — 3.25

## HOT & SPICY

## APPETIZERS

72. Egg Roll or Shrimp or Vegetable Roll — 1.30
73. Scallion Pancake — 3.25
74. Steamed Vegetable Dumplings (8) — 4.00
75. Steamed Vegetable Dumplings (8) — 4.00
76. Steamed Seafood Dumplings (8) — 4.75
77. Steamed Shrimp Dumpling (8) — 4.75
78. Pan Fried Sweet & Sour Sea Bass —
79. Fried Dumplings (Steamed or Fried) (8) — 4.00
80. Steamed Little Juicy Buns (8) with Meat — 5.00
81. Steamed Little Juicy Vegetables Buns (8) — 5.00
82. Sauteed Sliced Filet Mignon w. Black Pepper — 6.95
83. Sauteed Conch with Black Bean Sauce — 3.50
84. Won Ton in Spicy Szechuan Sauce — 3.50
85. Wonton with Sesame Sauce — 5.75
86. Honey Bbq Spare Ribs (Sweet & Sour) — 6.75
87. Calamari with Szechuan Sauce — 6.95
88. Fish Fillet Szechuan Style — 6.95
89. Dry Sauteed Tangy Crispy Beef (a must) — 6.95
90. Fried Wonton (8) — 3.25
91. Mandarin Style Pan Fried Pork Chop — 7.25
92. Chicken Soong in Lettuce Leaf — 7.25
93. Chinese Eggplant (Sauteed w. Shrimp) — 10.50

## SEASON'S SPECIALS

114. Sauteed Water Spinach with Beef or Chicken — 10.50
115. Sauteed Water Spinach with Shrimp or Scallops — 11.50
116. Asparagus with Shrimp or Scallop — 11.50
117. Asparagus with Beef or Chicken — 10.50

## NOODLES, FRIED RICE AND MORE

118. Sliced Udon — 8.50
119. Lo Mein — 6.50
     (Choice of Chicken, Pork, Beef, Veg. or Shrimp)
120. Singapore Mai Fun (Curry Flavor) — 6.95
121. Pork Chow Fun with Black Bean Sauce — 6.95
122. Curry Chicken with Noodle Soup — 6.95
123. Curry Noodle Soup w. Vegetables — 6.95
124. Chow Fun — 6.95
125. Chinese Sausage Fried Rice — 6.95
126. Fried Rice — 5.75
     (Choice of Chicken, Pork, Beef, Veg. or Shrimp)

## SOUP

127. Hot and Sour Soup — 1.50
128. Corn Egg Drop Soup — 1.30
129. Bean Curd and Seaweed Soup — (S)9.25
130. Wonton Soup — 1.25
131. Tofu Vegetables Soup — 3.75
132. Chinese Sausage Fried Rice — 
133. Fish Ball Soup (5) — (S)2.25 (L)3.75
134. Seafood Soup (for 2) —

## SEAFOOD

135. Lobster (Any Style) — S.P.
     (Your choice cooked w. ginger & scallion sauce, black bean sauce, or spicy garlic sauce)
144. Sauteed Shrimp w. Broccoli — 9.75
145. Shrimp w. Spinach — 9.75
146. Shrimp w. Szu-Chix Sauce — 9.75
147. Shrimp w. Garlic Sauce — 9.75
148. Shrimp w. Black Bean Sauce — 9.75
149. Lake Tang Ting Shrimp — 9.75
150. Sauteed Scallops w. Hot Pepper Sauce & Peanuts — 10.75
152. Sauteed Scallops w. Vegetables — 9.25
153. Baby Shrimp in Cashew Nuts — 9.25
154. Baby Shrimp w. Mixed Vegetables — 9.25
155. Sauteed Calamari w. Hot Pepper Sauce & Peanuts — 9.25
156. Sauteed Calamari w. Xut Pepper Sauce — 9.25
157. Sauteed Baby Shrimp w. Chicken in Brown Sauce — 9.25
158. Sliced Shrimp w. Bean Curd — 9.25
159. Shrimp w. Szu-Chix Sauce — 9.25
160. Green Mussels w. Oyster Sauce — 9.75
161. Green Mussels w. Black Bean Sauce — 9.75
162. Shrimp w. Mixed Vegetables — 11.25
163. Shrimp w. Garlic Sauce — 11.25
164. Sweet & Sour Shrimp — 11.25

## Vegetable Side Items

| | |
|---|---|
| Fresh Steamed Vegetables | 2.00 |
| Marinated Grilled Vegetables | 2.00 |
| Steamed Baby Carrots | 2.00 |
| Steamed Broccoli | 2.00 |
| Collard Greens (New) | 2.00 |
| Kernel Corn | 2.00 |
| Green Beans | 2.00 |
| Cream of Spinach | 2.00 |
| Sauted Okra (New) | 2.00 |

## Potato Side Items

| | |
|---|---|
| Real Mashed Potatoes | 2.00 |
| Whipped Sweet Potatoes | 2.00 |
| Baked Potatoes | 2.00 |
| Garlic Parsley Potatoes | 2.00 |
| Seasoned Fries | 2.00 |
| Sweet Potato Fries | 2.00 |

## More Hot Side Items

| | |
|---|---|
| Sweet Plantains | 2.00 |
| Yellow, White or Pilaf Rice | 2.00 |
| Stuffing | 2.00 |
| Macaroni & Cheese | 2.00 |
| Refried Beans | 2.00 |
| Honey Baked Beans | 2.00 |
| Vegetarian Platter (Your Choice of 3 Side Dishes) Served w/Cornbread | 5.25 |

## Cold Side Items

| | |
|---|---|
| Small Tossed Salad | 2.00 |
| Cole Slaw | 2.00 |
| Potato Salad | 2.00 |
| Pasta Salad | 2.00 |
| Tomato & Cucumber Salad | 2.00 |
| Cranberry Sauce | 2.00 |
| Corn Bread | 0.75 |

## Beverages

| | |
|---|---|
| Pink Lemonade (16 oz.) | 1.00 |
| Bottled Spring Water (1pt. 9oz.) | 1.00 |
| Soda (12 oz. Can) | 1.00 |
| Soda (20 oz. Bottle) | 1.35 |
| Stewart Root Beer | 1.35 |



The Big Taste of TEXAS In a New York Minute!

## Lunch Special
### 11 am - 4 pm

## 396-0700

$10 Minimum Delivery Order
1315 1st Ave. (Bet. 70th & 71st Sts.)

WWW.TEXASROTISSERIE.com

   

MADTSS01100897

## Appetizers

| | |
|---|---|
| Chicken Fingers with French Fries | 5.95 |
| Buffalo Wings (8 pcs) with French Fries | 5.95 |
| Onion Rings (10 pcs) with French Fries | 5.95 |
| Mozzarella Sticks (6 pcs) | 3.95 |
| Jalapeno Peppers (6 pcs) | 3.95 |
| Potato Skin Bacon Cheese | 4.95 |

## Soups & Chili

Served w/Choice of Bread

| | |
|---|---|
| Chicken Vegetable | 3.95 |
| Louisiana Style Chicken Gumbo | 3.95 |
| Vegetable | 3.95 |
| Chili Con Carne with Rice | 4.95 |

## Char-Grilled Chicken Tenders

| | |
|---|---|
| Char-Grilled Chicken w/Steamed Vegetables | 7.95 |
| Char-Grilled Chicken w/Pasta Salad | 7.95 |
| Char-Grilled Chicken w/Ceaser Salad | 7.95 |
| Char-Grilled Chicken w/Cucumber & Tomato Salad | 7.95 |

## Texas Wraps

| | |
|---|---|
| Grilled Chicken | 5.95 |
| Bar-B-Q Chicken or Beef | 5.95 |
| Grilled Chicken Caesar | 5.95 |
| Teriyaki Chicken | 5.95 |
| Jerk Chicken | 5.95 |

## Salads

| | |
|---|---|
| Fresh Fruit Salad | 4.45 |
| Tossed Salad | 3.95 |
| Caesar Salad | 4.95 |
| Greek Salad (New) | 4.95 |

## Texas Carvers

Served w/Any 1 Side Item and Choice of Bread

| | |
|---|---|
| Carved Turkey | 8.25 |
| Smoked Carved Brisket of Beef | 8.25 |
| Meat Loaf Platter | 7.95 |
| Bar-B-Q Pulled Pork | 7.95 |
| Bar-B-Q Pulled Chicken | 7.95 |

## Rotisserie Chicken

| | |
|---|---|
| Quarter Chicken Served w/Any 2 Side Items and Corn Bread | 5.25 |

## Fried Chicken

| | |
|---|---|
| 2 Piece Platter Served w/Any 2 Side Items and Corn Bread | 5.95 |

## Bar-B-Q Baby Back Ribs

| | |
|---|---|
| Half Rack Baby Back Ribs Served w/Any 2 Side Items & Corn Bread | 10.25 |

## Charbroiled Burgers

Served w/Seasoned Fries

| | |
|---|---|
| Angus Beef Burger | 4.95 |
| Turkey Burger | 4.95 |
| Veggie Burger | 4.95 |
| Add Onion/Cheese/Bacon/Mushrooms | .50/.50/1.25/1.00 |
| Beef Burger 8oz | 5.95 |

## Sandwiches

Served with 1 Side Item

| | |
|---|---|
| Bar-B-Q Chicken | 5.95 |
| Bar-B-Q Pork | 5.95 |
| Bar-B-Q Beef | 6.25 |
| Philly Style Steak or Chicken | 7.25 |
| Grilled Chicken | 6.95 |

## Seafood Special

Served with 2 Side Items

| | |
|---|---|
| Baked Salmon | 7.25 |
| Blakend Salmon | 7.25 |
| Crab Cake | 7.00 |
| Fried Shrimp | 7.25 |
| Fried Flounder | 6.95 |

## Free Lemonade
## Eat In & Take Out Only
## Soda 50¢ with Lunch

MADTSS01100898





# Panda
## CHINESE RESTAURANT

11:30 am -11:00 pm



353 E. 54th St. (1st Ave. Corner) New York, NY 10022
(987 1st Ave.)

**TEL.: (212) 752 - 8822**
        **(212) 752 - 9156**
**FAX: (212) 230 - 1303**

**FREE FAST DELIVERY**
BY CAR AND MOPED
(Small or Large Party Orders Welcome)

WE SERVE BROWN RICE
NO M.S.G.

## Special Health Lunch
Weekdays Only
(11:30 am to 4:00 pm)
**$5.95 PER ORDER**

Combination Served with
A. Apple, Banana, Egg Roll or Spring Roll
B. Brown Rice or White Rice or Pork Fried Rice

L21.   Steamed Mixed Fresh Vegetable
L22.   Steamed Chicken Mixed Vegetable
L23.   Steamed Shrimp Mixed Vegetable
L24.   Steamed Bean Curd w.
          Snow Pea Pods
L25.   Steamed Vegetable Dumpling
          (8) (No Rice)
L26.   Steamed Pork Dumpling (8) (No Rice)
L27.   Steamed Broccoli
L28.   Steamed Broccoli & Bean Sprout

NO OIL, NO FAT, NO M.S.G.
HEALTH FOOD!



# Panda
## Weekdays
## Lunch Special
11:30 AM TO 4:00 PM
**$5.95 PER PERSON**

Served with white Rice or Pork Fried Rice or Brown Rice
Daily Fruit: Apple, Banana, Egg Roll or Spring Roll

L 1. ★ General Tso's Chicken
L 2. ★ Chicken & Broccoli w. Garlic Sauce
L 3.    Chicken w. Mixed Vegetable
L 4.    Sweet & Sour Chicken
L 5.    Sweet & Sour Pork
L 6. ★ Cashew Chicken
L 7. ★ Shredded Pork w. Hot Sauce & Peanuts
L 8.    Roast Pork w. Mixed Vegetables
L 9.    Shrimp w. Mixed Vegetables
L10. ★ Sauteed Beef, Hunan Style
L11.    Beef w. Broccoli
L12.    Mixed Vegetables, Peking Style
L13. ★ Baby Shrimp w. Hot Black Bean Sauce
L14.    Chicken & Shrimp w. Straw Mushroom
L15. ★ Shrimp & Broccoli w. Garlic Sauce
L16.    Roast Pork Over Rice
L17.    Roast Duck Over Rice
L18.    Roast Pork with Duck Over Rice
L19.    Lo Mein (Pork, Chicken, Beef, Shrimp, Veg.) (No Rice)
L20.    Mei Fun (Pork, Chicken, Beef, Shrimp, Veg.) (No Rice)
          (Angel Hair Noodle)
L30.    Beef w. Tomato
L31. ★ Chinese Eggplant w. Garlic Sauce
L32. ★ Sauteed Hot & Spicy String Beans
L33.    Bean Curd Home Style
L34. ★ Bean Curd Szechuan Style

★ Hot and Spicy Dishes

## OUR CHEF'S SUGGESTIONS

A.   **GRAND MARINER SHRIMP** .......... 13.95
    *Creamy Sauce.*

B. ★ **TRIPLE DELIGHT** .......... 12.95
    *Shrimp, scallops & lobster w. garlic sauce & some vegetables.*

C.   **PEKING DUCK (FOR 2)** .......... 32.00
    *Duck served in two courses.*

D. ★ **DRAGON & PHOENIX** .......... 12.95
    *Shrimp, Spicy chicken w. vegetable.*

E. ★ **PEKING HOT PLATE** .......... 12.95
    *Beef & scallops w. Chef's sauce.*

F.   **THREE KINGS OF THE SEA** .......... S.P.
    *Shrimp, lobster meat & scallops & fit only the connoisseur*

G. ★ **HOT CRISPY WHOLE FISH** .......... 12.95
    *Whole fish deep fried until crisp, served w. special hot & sweet sauce. (Sea Bass)*

H.   **SUBGUM WONTON** .......... 12.95
    *Fried wonton, chicken, beef, roast pork, shrimp sauteed w. brown sauce.*

I. ★ **GENERAL TSO'S SHRIMP** .......... 13.95
    *Large spicy shrimp w. special sauce.*

J. ★ **GENERAL TSO'S CHICKEN** .......... 12.95
    *Chunks of chicken sauteed w. special sauce.*

K. ★ **BUTTERFLY SHRIMP** .......... 12.95
    *Shrimp w. spicy onion sauce.*

L. ★ **SZECHUAN SESAME BEEF** .......... 13.95
    *Filet of beef w. spicy sesame sauce.*

M.   **HOUSE SPECIAL CHICKEN SHUNG.** 12.95

N.   **TUNG TING SHRIMP** .......... 12.95
    *Jumbo shrimp, marinated broccoli, mushrooms, ham, bamboo placed in white sauce.*

O.   **PINEAPPLE CHICKEN** .......... 12.95
    *Slice chicken delicately sweet w. pineapple, snow pea & water chestnuts in light tangy sauce.*

P.   **ROAST PORK & CHINESE BROCCOLI**
    **IN WHITE SAUCE** .......... 11.95
    **CHICKEN OR BEEF** .......... 12.95
    **SCALLOP OR SHRIMP** .......... 13.95

Q. ★ **ROAST PORK W. ASPARAGUS, BROCCOLI**
    **IN BROWN SPICY SAUCE** .......... 11.95
    **CHICKEN OR BEEF** .......... 12.95
    **SHRIMP OR SCALLOP** .......... 13.95

## SOUP

| | |
|---|---|
| Wonton Egg Drop Soup (mixed) | 1.95 |
| ★ Hot & Sour Soup | 1.95 |
| Wonton Soup | 1.95 |
| Egg Drop Soup | 1.95 |
| Bean Curd w. Vegetable (for 2) | 4.00 |
| Sun Sheen Sizzling Rice (for 2) | 4.00 |
| Minced Chicken Corn Soup (for 2) | 4.00 |

## APPETIZERS

| | |
|---|---|
| Sesame Shrimp Roll (1) | 1.95 |
| Egg Roll (1) | 1.95 |
| Spring Roll (1) (vegetable) | 1.95 |
| Fried or Boiled Dumplings (6) | 4.25 |
| Steamed Vegetable Dumplings (6) | 4.25 |
| Wonton w. Hot Sauce | 3.95 |
| Puffy Fried Shrimp (4) | 5.95 |
| Bar-B-Q Beef | 5.25 |
| Barbecued Spareribs (6) | 5.00 |
| ★ Spicy Cold Vegetable | 3.25 |
| Sesame Noodles | 3.75 |

## BARBECUED & SIDE DISHES

| | |
|---|---|
| Roast Pork | 6.95 |
| Roast Duck | (1/4) 6.50  (Half) 12.00 |
| Smoke Duck | 7.00 |

## DIM SUM MENU

| | |
|---|---|
| Steamed Chicken Bean (3) | 3.75 |
| Steamed Roast Pork Bun (3) | 3.75 |
| Steamed Mushroom with Shrimp (3) | 4.75 |
| Steamed Crystal Shrimp Dumpling (Har Kow) (4) | 4.75 |
| Steamed Bean Curd Skin Roll (Beef) (3) | 4.75 |
| Steamed Shui Mai (4) | 4.75 |

## SALAD

| | |
|---|---|
| Side Order Vegetable Salad | 3.95 |
| Roast Pork Salad | 9.95 |
| Steamed Chicken Salad | 9.95 |
| Shrimp Salad | 11.95 |

## CANTONESE NOODLE SOUP

(Our Cantonese Wonna Shrimp & Chicken)

| | |
|---|---|
| Fine Egg Noodle Soup w. Wonton | 6.95 |
| Chow Fun with Roast Pork or Roast Duck or Wonton Soup | 6.95 |
| Mei Fun with Roast Pork or Roast Duck or Wonton Soup | 6.95 |

## CHOW FUN (Flat Rice Noodle)

| | |
|---|---|
| Chow Fun (Chicken, Pork, Beef, Veg. or Shrimp) | 9.95 |
| Satay Chow Fun (Chicken, Pork, Beef, Veg. or Shrimp) | 10.95 |

## CHOW FUN (Thin Rice Noodle)

★ Singapore Mei Fun
(Chicken, Shrimp, Pork w. Curry)

| | |
|---|---|
| Mei Fun (Chicken, Shrimp, Pork, Beef, Veg.) | 9.95 |

## RICE & NOODLES

| | |
|---|---|
| Lo Mein (Chicken, Pork, Beef, Veg. or Shrimp) | 8.35 |
| Fried Rice (Chicken, Pork, Beef, Veg. or Shrimp) | 6.95 |
| Subgum Fried Rice | 8.95 |
| Pan Fried Noodles | 10.95 |
| Barbecued Spareribs | 8.35 |
| Young Chow Fried Rice (no Soy Sauce) | 8.35 |
| Chinese Sausage Fried Rice | 8.35 |

## CLASSIC

| | |
|---|---|
| Sweet and Sour Pork | 8.35 |
| Sweet and Sour Chicken | 9.95 |
| Sweet and Sour Shrimp | 11.95 |
| Moo Goo Gai Pan | 9.95 |

## EGG FOO YOUNG

| | |
|---|---|
| Vegetable Egg Foo Young | 9.95 |
| Pork Egg Foo Young | 9.95 |
| Chicken Egg Foo Young | 10.95 |
| Beef Egg Foo Young | 11.95 |
| Shrimp Egg Foo Young | 12.95 |

## CHOW MEIN

| | |
|---|---|
| Vegetable Chow Mein | 7.95 |
| Steamed Chicken Chow Mein | 8.95 |
| Chicken Chow Mein | 9.95 |
| Beef Chow Mein | 10.95 |
| Shrimp Chow Mein | 11.95 |

## DRINKS

| | |
|---|---|
| Coke or Diet Coke | 1.00 |
| Sprite or Diet Sprite | 1.00 |
| Pepsi | 1.00 |
| Gingerale | 1.00 |
| Orange Soda | 1.00 |
| Spring Water | 1.50 |
| Perrier Water | 2.00 |
| Snapple Iced Tea | 2.00 |

## SPECIAL HEALTH & DIET MENU

Dishes Especially Prepared for Health - Conscious Diners:
Steamed Without Oil No Cornstarch, No Salt

| | |
|---|---|
| Steamed Mixed Vegetable | 7.95 |
| Steamed Spiced Chicken | 9.95 |
| Steamed Shrimp Vegetable | 9.95 |
| Steamed Broccoli | 7.95 |
| Steamed Chicken with Mixed Vegetable | 8.95 |
| Steamed Chicken with Broccoli | 8.95 |
| Steamed Shrimp with Broccoli | 11.95 |
| Steamed Chicken with String Beans | 8.95 |
| Steamed Shrimp with Mixed Vegetable | 11.95 |
| Steamed Shrimp with Broccoli | 11.95 |
| Steamed Shrimp with Snow Peas | 12.95 |
| Steamed Shrimp with String Beans | 12.95 |

## DISHES STEAMED W. SEASONING

| | |
|---|---|
| Steamed Broccoli w. Garlic Sauce | 8.35 |
| Steamed Chicken w. Bean Curd (Chop Garlic) | 13.95 |
| Steamed Scallops with Bean Curd | 13.95 |
| Steamed Sea Bass with Ginger & Scallion | 14.95 |
| Steamed Lobster with Ginger & Scallion | S.P. |
| Steamed Salmon in Black Bean Sauce | 13.95 |

## VEGETARIAN'S CHOICE

| | |
|---|---|
| Moo Shu Vegetable (w. 4 Pancakes) | 7.95 |
| Bean Curd, Szechuan Style | 7.95 |
| Bean Curd, Home Style | 7.95 |
| Mixed Vegetables, Home Style | 9.95 |
| ★ Sautéed Hot Spicy String Beans | 9.95 |
| ★ Sautéed Broccoli w. Garlic Sauce | 7.95 |
| ★ Sautéed Broccoli w. Oyster Sauce | 7.95 |
| ★ Sautéed Eggplant w. Garlic Sauce | 9.95 |
| ★ Chicken Eggplant w. Garlic Sauce | 9.95 |
| ★ Sautéed Chinese Spinach w. Fresh Garlic | 9.95 |

## GRILLED

| | |
|---|---|
| Grilled Daily Fresh Fish | 14.95 |
| Grilled Salmon | 13.95 |
| ★ Fresh Soft Shell Crab In Spicy Ginger & Garlic Sauce or Ginger and Black Bean Sauce | S.P. |

## DESSERTS

★ Hot and Spicy Dishes

| | |
|---|---|
| Sesame Banana (for 2) | 2.95 |
| Sesame Apple (for 2) | 2.95 |
| Pineapple Chunks | 1.50 |
| Almond Cookies | 2.00 |
| Lichees | 1.50 |

## PORK

| | |
|---|---|
| Moo Shu Pork (w. 4 Pancakes) | 8.35 |
| ★ Double Fried Pork | 8.95 |
| ★ Pork in Hot Sauce w. Peanuts | 8.35 |
| ★ Shrimp & Broccoli w. Ginger & Garlic Sauce | 8.35 |
| Steamed Pork w. Ginger & Garlic Sauce | 8.35 |
| Shredded Pork w. Green Pepper | 8.95 |
| Roast Pork w. Mixed Vegetables | 8.95 |

## BEEF

| | |
|---|---|
| Moo Shu Beef (w. 4 Pancakes) | 10.35 |
| ★ Sautéed Beef, Hunan Style | 10.95 |
| Shredded Beef w. Green pepper | 10.95 |
| Beef w. Snow Peas Pods | 10.95 |
| Beef w. Oyster Sauce | 10.95 |
| Beef w. Scallions | 10.95 |
| ★ Beef w. Hot & Spicy Sauce | 10.95 |
| ★ Beef w. Ginger & Garlic Sauce | 10.95 |
| Beef w. Mixed Vegetables | 10.95 |
| Beef w. Broccoli | 10.95 |
| Beef w. Fresh Tomato | 10.95 |

## POULTRY

| | |
|---|---|
| Moo Shu Chicken | 9.35 |
| ★ Chicken & Broccoli w. Ginger & Garlic Sauce | 9.95 |
| ★ Tai-Chien Chicken | 9.95 |
| Lemon Chicken | 9.95 |
| Orange Chicken | 9.95 |
| ★ Chicken in Hot Sauce w. Peanuts | 9.95 |
| ★ Chicken & Cashew Nuts | 9.95 |
| Chicken w. Cashew Nuts | 9.95 |
| ★ Chicken in Ginger & Garlic Sauce | 9.95 |
| White Meat Chicken w. Mixed Veg. | 9.95 |
| ★ Chicken w. Curry Sauce | 9.95 |
| ★ Crispy Duck (half) | 12.95 |

## SEAFOOD

| | |
|---|---|
| Lobster in Black Bean Sauce | S.P. |
| Lobster, Cantonese Style | S.P. |
| ★ Lobster in Hot Spicy Sauce w. Shell (1½ lbs.) | S.P. |
| ★ Shrimp & Broccoli w. Garlic Sauce | 11.95 |
| ★ Shrimp in Hot Spicy Sauce | 11.95 |
| ★ Shrimp w. Garlic Sauce | 11.95 |
| ★ Shrimp & Cashew Nuts | 11.95 |
| ★ Shrimp in Hot Sauce & Peanuts | 11.95 |
| ★ Shrimp w. Curry Sauce | 11.95 |
| Shrimp w. Lobster Sauce | 11.95 |
| ★ Shrimp w. Pea Pods | 11.95 |
| Shrimp w. Mixed Vegetables | 11.95 |
| Moo Shu Shrimp (w. 4 Pancakes) | 11.95 |
| ★ Scallops w. Garlic Sauce | 12.95 |
| ★ Scallops in Hot Spicy Sauce | 12.95 |
| Scallops w. Mixed Vegetables | 12.95 |

# iwasaki
## Japanese Cuisine

## FAST FREE DELIVERY

T. 212.308.0828
212.308.3574
F. 212.308.8611

BUSINESS HOURS:
Monday – Thursday 11:00am - 11:00pm
Friday 11:00am - 11:30pm
Saturday 12:00 Noon - 11:30pm
Sunday 12:00 Noon - 11:00pm

Major Cards Accepted (Min. $10.00)

Order from us online at seamlessweb.com
delivery.com
Food At Your Fingertips

1105 FIRST AVE, NYC

---

# SPECIAL ROLL

**God Father Roll** 7.95
Eel, salmon, tuna, spicy salmon & 4 ways.

**Godzilla Roll** 6.95
Lightly fried spicy tuna, avocado, scallion, tobiko w/ special sauce.

**So Ho Roll** 6.95
Deep fried salmon, avocado, tobiko w/ special sauce.

**Naruto Roll** 7.95
Choice of tuna, salmon, yellowtail or avocado, tobiko & crab wrapped in thin sliced cucumber.

**Rainbow Roll** 7.95
(salmon, avocado, cucumber topped w/ raw fish.

**Dragon Roll** 7.95
(shrimp tempura or eel, avocado, tobiko & special sauce.

**Rock N' Roll** 7.95
Lightly fried raw fish, tobiko w/ special sauce.

**Valentine Roll** 7.95
(salmon, avocado, cucumber, topped w/ spicy tuna.

**Tiger Roll** 7.95
(sashimi, avocado, cucumber, topped w/ salmon.

**Red Bull Roll** 8.95
Salmon, eel, avocado, crunch w/ tuna on top.

**White Tuna Tempura Roll** 8.95
White tuna tempura, cream cheese, chilled, eel & crab, avocado lightly fried w/ special sauce.

**Rainbow Naruto Roll** 8.95
Tuna, yellowtail, fish, avocado, wrapped w/ cucumber

**Manhattan Roll** 9.95
Salmon, cucumber, avocado w/ yellowtail on top.

**Phoenix Roll** 7.95
Spicy tuna, salmon & avocado on top.

**Christmas Roll** 7.95
Eel, avocado, tuna, topped w/ salmon & spicy tuna on top.

**Lobster Roll** 8.00
Lobster, lettuce & mayo-scallion.

**Eagle Roll** 10.95
Spicy crab, avocado, cucumber w/ spicy tuna on top.

**Crystal Roll** 9.95
Shrimp tempura, avocado, cucumber w/ raw fish & salmon.

**Tuna Special** 10.95
Spicy tuna, crunchy wrapped w/ tuna & avocado.

**Volcano Roll** 9.95
Spicy crab, avocado, cucumber w/ spicy crab & avocado & volcano on top.

tks **Mango Deluxe** 11.95
Spicy tuna & avocado, salmon, eel & mango tobiko & crunch wrapped w/ spicy crabmeat, avocado & mango.

tks **Summer Roll** 11.95
Spicy yellowtail, jalapeno, salmon, avocado, tobiko & crunch wrapped w/ any 3 color seaweed.

**Spicy Lover Roll** 11.95
Fish lovers mixed, spicy salmon, yellowtail, jalapeno, tobiko & crunch wrapped w/ spicy tuna & spicy scallop.

**House Special Roll** 11.95
Spicy tuna, salmon, yellowtail, avocado, tobiko & crunch wrapped w/ crabmeat seaweed.

**First Ave. Roll** 11.95
Spicy tuna, salmon, yellowtail, avocado, tobiko & crunch wrapped w/ crabmeat seaweed.

tks **Tuna Lover Roll** 11.95
Spicy white tuna & avocado topped w/ crunchy spicy tuna.

tks **Dynamite Roll** 11.95
Spicy yellowtail & tuna wrapped w/ spicy salmon & tuna.

**Hawaii Roll** 11.95
triple color, cucumber, spineweed & salad wrap w/ spicy tofu, banana.

---

# Lunch Special

SERVED W/ SOUP OR SALAD

## Bento $7.25
SERVED W/ MISO SOUP & SALAD, 2 PCS SHRIMP SHUMAI, 4 PCS CALIFORNIA ROLL, SHRIMP & VEGETABLE TEMPURA

Chicken Teriyaki
Beef Teriyaki
Salmon Teriyaki
Beef Negimaki
Shrimp Tempura
Chicken or Pork Katsu
Yakitori

## Lunch Don Special
SERVED W/ SOUP

Oyako Don   7.25
Unagi Don   8.95
Katsu Don   7.95

## Noodle Soup $6.95
SERVED W/ SALAD

Vegetable-Tofu Udon
Chicken Udon / Shrimp Udon / Beef Udon
Nabei Udon   7.95
Tempura Udon   7.95

## Sushi Lunch Special
SERVED W/ MISO SOUP OR SALAD

Sushi (A)   7.95
5 pcs of sushi & California roll

Sushi (B)   9.95
7 pcs of sushi & California roll

Sashimi Lunch   10.95
9 assorted raw fish, 12 pcs

Chirashi   9.95
Assorted raw fish over seaweed bed.

Sushi & Sashimi Combo   11.95
9 pcs sushi & 9 pcs of sashimi & tuna roll.

Tri-Color Sushi   8.95
Tuna, salmon & yellowtail, 2 pcs of each & 1 salmon roll.

---

## Lunch Special Maki
SERVED W/ MISO SOUP OR GINGER DRESSING SALAD

Any 2 Rolls for $7.25
Any 3 Rolls for $9.25

To Add Crunch by 50¢ Extra

California Roll
Boston Roll
East Roll
Shrimp Avocado Roll
Shrimp & Kani Roll
Shrimp & Cucumber Roll
Shrimp & Oshinko Roll
Shrimp Roll
Shrimp Tempura Roll
Yellowtail & Scallion Roll
Eel & Cucumber Roll
Eel & Avocado Roll
Eel Roll
Alaska Roll
Philadelphia Roll
Salmon Roll
Salmon & Cucumber Roll
Salmon Avocado Roll
Tuna Roll
Tuna & Cucumber Roll
Tuna & Avocado Roll
Spicy Tuna Roll
Tuna & Salmon Roll
Spicy Shrimp Tempura Roll
Spicy Shrimp Roll
Spicy Yellowtail Roll
Spicy Salmon Roll
Kani Cucumber Roll
Spicy California Roll
Cucumber Roll
Avocado Roll
Oshinko Roll
Yamagobo Roll
Carrot & Cucumber Roll

---

## Beverages & Dessert

Soda   1.25
Mineral Water   1.50
Snapple Ice tea   1.50
Ice Cream   2.00
(Choice of vanilla, chocolate or green tea.
Fried Banana   3.00
Tempura Ice Cream   3.50
(Choice of red bean, green tea or vanilla.
Mochi Ice Cream 2 pcs.   X.00
(Choice of red bean, green tea or vanilla.



MENU PRINTED BY UNIMAX/iMENU@XOOMEX 312.555.5515   04.09

# iwasaki
### Japanese Cuisine

## Soup

| | |
|---|---|
| Miso Soup | 1.75 |
| Shrimp Soup | 3.25 |
| Tofu & Veg. Soup | 3.25 |
| House Soup | 4.95 |
| *Shrimp, scallop, vegetable, fish cake, tofu & egg in clear soup* | |

## Salad

| | |
|---|---|
| Green Salad | 2.95 |
| Avocado Salad | 2.95 |
| Seaweed Salad | 4.95 |
| House Garden Salad | 4.95 |
| *Avocado, tomato, cucumber, crabmeat & cheese* | |
| Kani Salad | 4.95 |
| *Crabmeat, cucumber, avocado & masago* | |
| Black Pepper Tuna | |
| Salad | 7.95 |

## Kitchen Appetizers

| | |
|---|---|
| Edamame | 3.95 |
| *Steamed soy beans* | |
| Haru Maki | 3.95 |
| *Japanese spring rolls* | |
| King Crab Dumpling | 6.00 |
| Vegetable Gyoza | 4.00 |
| *Pan fried Japanese pork dumpling* | |
| Age Chicken | 4.35 |
| Miso Eggplant | 5.35 |
| Mussel Yaki | 5.95 |
| *Grilled mussel in spicy fish sauce* | |
| Tempura | 5.95 |
| *Deep fried shrimp & vegetable* | |
| Vegetable Tempura | 4.95 |
| Fried Oyster | 5.95 |
| Fried Calamari | 5.95 |
| Age Tofu | 3.50 |
| Yakko Tofu | 3.50 |
| Oshitashi | 3.50 |
| Steamed Broccoli | 3.95 |
| Soft Shell Crab | 8.50 |
| *Crispy soft shell crab sautéed in sweet & sour garlic sauce* | |

## Sushi Bar Entrees
*SERVED W/MISO SOUP OR SALAD*

| | |
|---|---|
| Sushi Regular | 13.95 |
| *7 pcs. assorted sushi & one roll* | |
| Sushi Deluxe | 14.95 |
| *9 pcs. assorted sushi & one roll* | |
| Sashimi Regular | 15.95 |
| *18 pcs. assorted sashimi* | |
| Sashimi Deluxe | 17.95 |
| *21 pcs. assorted sashimi* | |
| Chirashi Sushi | |
| *Variety of raw fish over sushi rice* | |
| Tri-Color Sushi | 16.95 |
| *3 pcs. of tuna, 3 pcs. of salmon, 3 pcs. of yellowtail & 1 tuna roll* | |
| Sushi Sashimi Combo for 2 | 36.95 |
| *18 pcs. of sushi & 18 pcs. of sashimi & 2 rolls* | |
| Sushi for Two People | 34.95 |
| *18 pcs. total 2 rolls & assorted sushi* | |
| Sashimi Deluxe Platter | 48.95 |
| *45 pcs. of assorted sashimi* | |

## Sushi Combination Box
*SERVED W/ SOUP OR SALAD SHRIMP/VEGETABLE TEMPURA, SALAD & SHRIMP OR CHICKEN & RICE*

| | |
|---|---|
| Box #1 Chicken Teriyaki, 2 pcs. Tuna, 2 pcs. Salmon & 4 pcs. California Roll | 12.95 |
| Box #2 Shrimp Tempura, 2 pcs. Tuna, 2 pcs. salmon & 4 pcs. California Roll | 13.95 |
| Box #3 Salmon Teriyaki, 2 pcs. Tuna, 2 pcs. Salmon & 4 pcs. California Roll | 13.95 |

## Special Roll Combo
*SERVED W/ SOUP OR SALAD*

| | |
|---|---|
| Sushi 4 pcs. | 5.50 |
| Sashimi 4 pcs. | 8.50 |
| Sashimi 8 pcs. | |
| Unzanbari | |
| *Thin slices of fish over sushi rice rolled with asparagus & avocado* | 10.95 |
| Tartar | 7.00 |
| *Choice of tuna, salmon or yellowtail w/ special sauce & quail egg* | |
| Tako Sunomono | 5.95 |
| *Octopus, seaweed, cucumber w/ ponzu sauce* | |

## Special Combo
*SERVED 2 PCS. SUSHI, 6 PCS. SASHIMI*

| | |
|---|---|
| Yellowtail Jalapeño | 9.95 |
| Mix Sunomono | 6.95 |
| *Assorted raw fish* | |
| Chirashi Special | 10.95 |
| Pepper Tuna Sashimi | 7.95 |
| Tuna/White Tuna | |
| Tataki | 7.95 |
| *Seared fish tuna or white tuna* | |

**C.** Spicy Tuna, Spicy Yellowtail, Spicy Salmon
**D.** Hand Roll Combo

# Kitchen Entrees

## Teriyaki
*SERVED W/ SOUP OR SALAD & WHITE OR BROWN RICE*

| | |
|---|---|
| Beef | 12.95 |
| Chicken | 10.95 |
| Salmon | 11.95 |
| Shrimp | 12.95 |
| Seafood | 13.95 |
| Tofu | 8.95 |
| Beef Negimaki | 13.95 |

## Hibachi

| | |
|---|---|
| Chicken | 11.95 |
| Beef or Shrimp | 13.95 |
| Scallop | 14.95 |

## Tempura or Katsu

| | |
|---|---|
| Chicken Tempura | 11.95 |
| Shrimp Tempura | 12.95 |
| Vegetable Tempura | 9.25 |
| Tempura Assorted | 11.95 |
| Chicken Katsu | 9.95 |
| Pork Katsu | 9.95 |

## Don Buri
*Fresh fish served over rice*

| | |
|---|---|
| Oyako Don | 8.95 |
| *Grilled chicken over eggs & veggies over rice* | |
| Katsu Don | 8.95 |
| *Chicken cutlet in vegetable & egg over rice* | |
| Una Ju Don | 15.95 |
| *Broiled eel over rice w/ special eel sauce* | |
| Tekka or Sake Don | 14.95 |

## Noodle Soup
*SERVED W/ SALAD*

| | |
|---|---|
| Hanachi Don | |
| *Fresh fish served over rice* | |
| Nabe Yaki Udon | 11.95 |
| *Noodle in soup w/ lightly battered veggie & shrimp* | |
| Tempura Udon | 8.95 |
| *Noodle soup in vegetable & shrimp tempura* | |
| Yose Nabe | 11.95 |
| *Assorted seafood, noodles, vegetable in miso broth* | |
| Sukiyaki | 10.95 |
| *Choice of chicken or beef & assorted vegetable simmered in adzuki sauce* | |
| Vegetable Tofu Udon | 7.95 |
| Udon / Soba | 6.95 |
| *Choice of chicken or beef in soup w/ vegetable* | |

## Pan Fried Noodle
*SERVED W/ SOUP*

| | |
|---|---|
| Yaki Udon / Soba | 8.95 |
| *Choice of chicken, pork, beef or shrimp w/ vegetable* | |

## Roll or Hand Roll

| | |
|---|---|
| California | 3.95 |
| Tuna | 4.00 |
| Tuna Avocado or Cucumber | 2.95 |
| Salmon Avocado or Cucumber | 4.95 |
| Smoked Salmon | 3.95 |
| Salmon Skin | 3.95 |
| Yellowtail | 4.00 |
| Yellowtail Jalapeño | 5.95 |
| King Crab Avocado | 6.50 |
| Eel Avocado or Cucumber | 4.00 |
| Spicy Roll | 4.50 |
| *Choice of tuna, salmon, spicy yellowtail* | |
| Spicy Crunchy Roll | 4.50 |
| *Choice of tuna, salmon, salmon, yellowtail* | |
| Spicy Shrimp | 4.50 |
| Alaska | 4.50 |
| *Salmon, avocado* | |
| Boston | 4.00 |
| *Shrimp, cucumber, mayo & cucumber* | |
| Philadelphia | 4.50 |
| *Smoked salmon, cream cheese* | |
| Futomaki | 5.95 |
| *Tuna, cucumber, avocado, masago, oshinko, kanpyo, egg & spinach* | |
| Vegetable Roll | 3.25 |
| *Cucumber, avocado, oshinko, spinach, kanpyo, asparagus & squash, lettuce, carrot* | |
| Peanut Avocado | 4.00 |
| Pepper Tuna Avocado | 6.95 |

## A la Carte

## Sushi or Sashimi

| | |
|---|---|
| Tuna Maguro | 2.50 |
| Fatty Tuna | O/P.G. |
| White Tuna | 2.75 |
| Spicy Tuna | 2.25 |
| Smoked Salmon | 2.75 |
| Spicy Salmon | 2.75 |
| Yellowtail Hamachi | 2.50 |
| Flake Hamachi | 2.25 |
| Stripped Bass | 2.25 |
| Mackerel Saba | 2.25 |
| Octopus Tako | 2.00 |
| Squid Ika | 2.00 |
| Eel Unagi | 2.50 |
| Crab Stick Kani | 1.50 |
| Red Clam Hokkigai | 2.00 |
| Egg Custard Tamago | |
| Shrimp Ebi | 2.00 |
| Jumbo Sweet Shrimp | O/P.G. |
| Bonita Eki | |
| King Crab | O/P.G. |
| Sea Urchin Uni | O/P.G. |
| Salmon Roe Ikura | 2.75 |
| Flying Fish Roe Tobiko | 2.00 |
| Spanish Mackerel | |
| Savory | 2.25 |
| Black Pepper Tuna | 2.75 |

*TO AVOID FOOD BORNE ILLNESS, THOROUGHLY COOK MEAT, POULTRY, EGGS & FISH TO A PROPER TEMPERATURE. REMINDER: CONSUMING RAW OR UNDERCOOKED MEATS, POULTRY, SEAFOOD, SHELLFISH OR EGGS MAY INCREASE YOUR RISK OF FOODBORNE ILLNESS.*



# PEKING DUCK HOUSE

**236 EAST 53RD STREET**
*(Bet. 2nd & 3rd Aves.)*
**NEW YORK, N.Y. 10022**

**TEL.: (212) 759-8260/1**
**FAX:(212) 753-0236**

www. Pekingduckhousenyc.com

## Take Out & Delivery

## MENU

Mon - Fri. 12 noon to 3 p.m.
5 p.m. to 9:00 p.m.

Sat. & Sun.
5 p.m. to 9:00 p.m. only

**MINIMUM ORDER $15.00**

**ZAGAT SURVEY:**
MIDTOWN CHINESE
EXCELLENT FOOD,
REASONABLE PRICES



## MEAT

| | | |
|---|---|---|
| 68. | Pork-Chop Peking Style | 13.95 |
| 69. | Pork-Chop w. Pepper & Salt | 13.95 |
| 70. | Moo Shu Pork (w. 4 Pancakes) | 13.95 |
| 71. ★ | Sliced Pork Double Sauteed w. Chili Sauce | 13.95 |
| 72. | Sliced Pork, Sauteed w. Green Scallions | 13.95 |
| 73. | Sliced Pork w. Black Bean Sauce | 13.95 |
| 74. ★ | Shredded Pork w. Garlic Sauce | 13.95 |
| 75. | Sliced Pork, Chicken and Shrimp w. Green Scallions | 13.95 |

## VEGETABLES

| | | |
|---|---|---|
| 76. | Sauteed Spinach | 12.50 |
| 77. | Chinese Broccoli w. Oyster Sauce | 12.50 |
| 78. | Sauteed Chinese Vegetables | 12.50 |
| 79. | Sauteed Broccoli | 12.50 |
| 80. | Crispy String Beans w. Minced Pork | 12.50 |
| 81. ★ | Eggplant, Garlic Sauce w. Minced Pork | 12.50 |
| 82. | Mixed Vegetables | 12.50 |
| 83. | Bean Curd Home Style | 12.50 |
| 84. ★ | Hot Bean Curd w. Minced Beef | 12.50 |
| 85. ★ | General Tso's Tofu | 12.50 |



## NOODLES & FRIED RICE

| | | |
|---|---|---|
| 86. | Sauteed Home Made Noodles (w. Beef, Chicken, Vegetable, *Assorted or *Shrimp) | 9.50 |
| 87. | Fried Rice (w. Pork, Shrimp, Beef, Chicken Ten Ingredients or Vegetable) | 9.50 |

## DESSERTS

| | | |
|---|---|---|
| 88. | Fried Banana w. Walnuts | 4.00 |
| 89. | Assorted Chinese Fruits | 4.00 |
| 90. | Coke, Diet Coke or Spring Water | 1.50 |

## Peking Duck...

One of The most sophisticated arts of Chinese Cooking.

We prepare well in advance. Firstly air is pumped into the duck to stretch and loosen the skin, then boiled water is repeatedly spread over the bird, which is then carefully dried. The dried skin is rubbed all over with maltose and the duck is then roasted in a hot oven for a period of time until the skin is tender and the skin crispy.

The duck is served with house-made pancakes, green scallions, fresh cucumbers and special sauce.

Since we have only limited supplies every day. First come first served - Thank you.

### SPECIALTIES

| | |
|---|---|
| Peking Duck........................... | 40.00 |

### COLD APPETIZERS

樂 主 皆 絲 1. Cold Sesame Noodles........................... 7.50
碧 芹 香 芹 2. Duck Feet Skin & Celery w. Special Sauce..... 7.50
珍 香 牛 肉 3. Spiced Cold Beef........................... 11.95
怡 香 白 魚 4. ★ Tientsin Bok Choy w. Special Hot Sauce....... 6.95
紙 包 魚 5. Sliced Jelly Fish........................... 12.50
香 辣 白 菜 6. Vegetarian Duck........................... 10.95
什 錦 拼 盤 7. ★ Assorted Meat and Vegetable
with Tiensin Mung Bean Sheets........... 13.50

### HOT APPETIZERS

椒 鹽 蝦 8. Lute-Shaped Prawns (4)..................... 7.95
乾 燒 蝦 9. Fried Deep Sea Scallop and Seaweed....... 7.50
蝦 多 士 10. Shrimp Toast........................... 7.50
水 餃 11. Steamed Shrimp Dumplings (6)........... 7.50
粉 果 12. Steamed Chicken Dumplings (6)......... 7.50
沙 茶 牛 肉 13. ★ Barbecued Beef (4)..................... 7.95
煎 堆 14. — Fried Pork Dumplings (6)............... 7.50
上 海 粉 15. — Steamed Pork Dumplings (6)........... 7.95
素 菜 餃 16. Vegetable Steamed Dumplings (6)....... 7.50
春 卷 17. Spring Roll (Veg.)........................... 1.95
蜜 汁 燒 排 18. — Fried Spare Ribs w. Honey.............. 10.95

### SOUP

蛋 花 湯 19. Egg Drop Soup........................... 3.25
酸 辣 湯 20. ★ Peking Hot and Sour Soup.............. 3.25
雲 吞 湯 21. — Wonton Soup........................... 3.25
生 菜 牛 肉 湯 S14. Shrimp w. Sizzling Rice Soup (For 2)...... 7.50
什 錦 鍋 巴 湯 22. Assorted Sizzling Rice Soup (For 2)...... 7.50
什 菜 豆 腐 湯 23. Special Duck Soup w. Vegetable (For 2)... 7.50
三 鮮 豆 腐 湯 24. Shrimp, Scallops and Crab Meat
Soup (For 2)........................... 14.95
蟹 肉 豆 腐 湯 25. Shrimp, Scallops and Crab Meat
with Bean Curd Soup (For 2).............. 7.95

★ Hot & Spicy



### NEW CREATION

鮮 汁 明 蝦 S 1. Grand Mariel Prawns........................... 20.50
Jumbo prawns flash-fried to perfect done and finished in a refreshing sauce with a hint of citrus.

XO 醬 明 蝦 S 2. ★ X.O. Prawns........................... 20.50
Jumbo prawns, lightly crispy, then sautéed in garlic, ginger, scallions and dried scallops, garnish w. vegetables.

四 川 明 蝦 S 3. ★ Prawns Szechuan Style........................... 20.50
Jumbo prawns sautéed w. dry Szechuan spice adorned w. Chinese vegetables.

椒 鹽 明 蝦 S 4. Salt and Pepper Prawns........................... 20.50
Jumbo prawns work roasted w. spiced pepper salts on bed of lettuce.

XO 醬 龍 蝦 S 5. ★ X.O. Lobster........................... 24.95
Fresh lobster, cut and sautéed in garlic, ginger, scallions and black bean in minced pork.

松 子 桂 魚 S 7. Fish Filet w. Pine Nuts........................... 22.95
Sliced filet, lightly crispy w. chef homemade sweet and sour sauce.

生 炒 龍 蝦 S 6. Lobster, Old Cantonese Style........................... 23.95
Fresh lobster, cut and sautéed in garlic, ginger, scallions and peppers and dried scallops.

上 海 桂 魚 S 8. Fish Filet, Shanghai Style........................... 22.95
Crispy fish fillet coated w. seaweed, serve w. pepper salt.

麻 辣 帶 子 S 9. ★ Ma-La Scallops........................... 18.95
Fresh scallops, lightly sautéed in ma-la Szechuan spice, served on a bed of watercress.

四 川 帶 子 S10. ★ Szechuan Scallops w. Crispy Bean Curd. 18.95
Sea scallops cooked until crispy, coated with a delicate, tangy spice sauce, served with fried bean curd.

芝 麻 帶 子 S11. Sesame Scallops........................... 18.95
Fresh scallops, lightly fried and sautéed topped w. sesame seeds, in our special oyster sauce.

鴛 鴦 雙 蝦 S12. Double Wonder........................... 18.95
A combination of fresh scallops and crab meat lightly sautéed in white sauce and adorned with broccoli.

黑 椒 牛 柳 S13. Paradise Beef (Filet Mignon)........................... 19.50
Strips of tender filet mignon sautéed in garlic, pepper and adorned w. broccoli.

黑 椒 牛 柳 S14. Filet Mignon w. Black Pepper........................... 19.50
Strips of tender filet mignon sautéed with fresh pepper and black pepper adorned w. shanghai bok choy.

麻 辣 雞 Ma-La Chicken........................... 14.95
Shredded chicken w. snow peas, waterchestnuts, red pepper, baby corn, sautéed in Szechuan pepper sauce.

### SEAFOOD

龍 脷 扒 時 菜 26. Fillet of Flounder w. Vegetables........... 22.95
清 蒸 海 鱸 27. Steamed Sea Bass........................... 22.95
椒 鹽 香 脆 皮 28. ★ Hot Fish Crispy Skin..................... 22.95
薑 蔥 龍 蝦 29. Lobster w. Ginger & Green Scallions....... 23.95
京 都 龍 蝦 30. Lobster in Hot Spicy Sauce................ 23.95
北 京 龍 蝦 31. ★ Lobster Peking Style and Sliced Prawns
w. Hot, Spicy Sauce........................... 23.95
北 京 片 皮 鴨 32. ★ Fried Sliced Prawns w. Chili Sauce....... 16.95
Peking Style
薑 蔥 明 蝦 33. Sliced Prawns w. Ginger and Gr Scallion.. 16.95
龍 蝦 明 蝦 34. Shrimp w. Lobster Sauce................... 16.95
京 都 明 蝦 35. ★ Shrimp in Hot Spicy Sauce.............. 16.95
四 川 明 蝦 36. ★ Shrimp Szechuan Style.................. 16.95
北 京 明 蝦 37. Sautéed Sliced Shrimp, Peking Style....... 16.95
薑 蔥 蝦 蟹 38. Baby Shrimp & Peanuts w. Garlic Sauce... 16.95
椒 鹽 魷 魚 39. Crispy Squid with Salt and Pepper......... 16.95
薑 蔥 帶 子 40. ★ Scallops in Garlic Sauce................ 16.95
四 川 帶 子 41. ★ Sautéed Scallops, Shrimp & Crab Meat... 17.95
西 蘭 蝦 蟹 42. Sautéed Scallops, Shrimp & Crab Meat.... 17.95
乾 燒 蝦 蟹 43. Crab Meat w. Straw Mushrooms........... 17.95
西 蘭 蟹 肉 44. Crab Meat w. Broccoli..................... 17.95

### BEEF

薑 蔥 牛 45. Sliced Beef w. Scallops................... 15.50
京 都 牛 46. Dried Sliced Beef w. Orange Flavor....... 14.95
西 蘭 牛 47. Sliced Beef w. Broccoli................... 14.95
沙 茶 牛 48. Sliced Beef w. Spinach in Sha Cha Sauce.. 14.95
北 菇 牛 49. Sliced Beef w. Black Mushrooms
and Winter Bamboo Shoots............... 14.95
芥 蘭 牛 50. Sliced Beef Sautéed w. Green Scallions.... 14.95
西 洋 菜 牛 51. ★ Sliced Beef w. Watercress
in Hot Garlic Sauce........................... 14.95
豉 椒 牛 52. Sliced Beef w. Black Bean Sauce.......... 14.95
京 都 牛 53. ★ Sliced Beef w. Hot Spicy Sauce......... 14.95
椒 鹽 牛 54. ★ Dried Shredded Beef w. Spice........... 14.95
黑 椒 牛 扒 55. Pepper Steak........................... 14.95

### POULTRY (All White Meat)

左 宗 雞 56. ★ General Tso's Chicken................... 13.95
蒜 茸 雞 57. ★ Shredded Chicken w. Garlic Sauce....... 13.95
腰 果 雞 58. Diced Chicken w. Cashew Nuts........... 13.95
合 桃 雞 59. Diced Chicken w. Walnuts in Brown Sauce. 13.95
花 生 雞 60. ★ Diced Chicken w. Peanuts
in Hot Pepper Sauce........................... 13.95
西 蘭 雞 61. Sliced Chicken w. Broccoli............... 13.95
京 都 雞 62. ★ Sliced Chicken w. Orange Flavor........ 13.95
雪 豆 雞 63. Sliced Chicken w. Snow Peas............. 13.95
芝 麻 雞 64. Sesame Chicken........................... 13.95
甜 酸 雞 65. Sweet and Sour Chicken................. 13.95
豉 椒 雞 66. Sliced Chicken w. Black Bean,
w. Hoisin Sauce........................... 13.95
脆 皮 鴨 67. Crispy Fried Duck (Half Duck)............. 13.95



## Who is Angelo?

Angelo came to this country in the late 1930's, settling in New York. He has worked a lifetime making great pizza, first at pizza shops around the city and then at his own store, Pizza Chef, on Brooklyn's Fulton Street. As time passed, Angelo lamented that there were only a handful of places left like his that made what he calls *real pizza*. "The crust has to be blackened and crisp! Only fresh mozzarella and tomatoes...!" he often pleaded. This genuine passion for pizza has passed on to the family's next generations, as his children and nephews continue his tradition of excellent pizza making.

**1043 2nd Avenue
New York, NY
10022
212-521-3600**

*Corporate Accounts Welcomed*



1043 2nd Avenue • New York, NY • 10022
Tel: (212) 521-3600
Fax: (212) 207-4358

### PICK UP / TAKE OUT SERVICE AVAILABLE DURING STORE HOURS

MON - THURS    11:30 - 10:45
FRI - SAT       11:30 - 11:45
SUNDAY          11:30 - 10:45

### DELIVERY SERVICE AVAILABLE WITHIN OUR AREA

7 DAYS A WEEK  12:00 - 10:00

***MINIMUM ORDER FOR DELIVERY ~ $20.00***

For Any Comments or Information
Please Call Our Main Office:
(212) 988-5916
-- NOT FOR ORDERING --

6/17/05

# Pizza

Small ~ $13.50          Large ~ $15.50

## White Pies (Ricotta or Mozzarella)

Small ~ $14.00          Large ~ $16.00

## Calzone ~ $12.00

*Any Topping ~ $2.50 extra for each (Same price on Half or Whole)*

| | |
|---|---|
| • Mushrooms | • Olives |
| • Pepperoni | • Onions |
| • Sausage | • Ricotta |
| • Broccoli | • Extra Mozzarella |
| • Mixed Fresh Roasted Peppers | • Anchovies |

| | |
|---|---|
| • Extra Tomato Sauce | |
| • Sun-Dried Tomatoes | |
| • Garlic $1.00 | |
| • Grated Cheese $1.00 | |
| • Prosciutto di Parma $3.75 | |

# Appetizers

Fried Calamari ~ 9.95

Grilled Portobello Mushrooms ~ 6.95

Fried Zucchini & Eggplant with Garlic Yogurt Dipping ~ 8.95

# Salads

| | Individual | Family |
|---|---|---|
| **Insalata Caprese.** | 17.95 | 17.95 |
| *Fresh Mozzarella, Vine Ripened Tomatoes, and Fresh Basil with a drizzle of Extra Virgin Olive Oil* | | |
| **Insalata Antipasti.** | 8.95 | 17.95 |
| *Bococcini, Roasted Peppers, Prosciutto, Mortadella, Salami, Fresh Tomatoes, Olives, Artichoke Hearts on a Bed of Mixed Salad* | | |
| **Insalata Mista.** | 5.95 | 12.95 |
| *Mixed Greens, Fine Herbs, Red Wine Vinegar and Extra Virgin Olive Oil, Olives, Carrots & Tomatoes* | | |
| **Insalata Romana.** | 6.95 | 15.95 |
| *Romaine lettuce with Caesar Dressing and Shaved Parmesan Cheese* | | |
| **Insalata di Arugula.** | 6.95 | 15.95 |
| *Arugula, Endive, Radicchio, Sun-dried Tomatoes with Honey Vinaigrette Dressing and Shaved Parmesan Cheese* | | |
| **Insalata di Mesclun.** | 7.95 | 17.95 |
| *Mesclun with Balsamic Vinegar, Olive Oil Dressing and Walnuts* | | |
| **Insalata Siciliana.** | 7.95 | 17.95 |
| *Green Salad with Mozzarella, Roasted Peppers, Black Olives, Capers, Anchovies, Carrots, Tomatoes, and Artichokes with Homemade Italian Dressing* | | |

*Any salad can be served with sliced grilled chicken, Additional.* ....4.00    8.00

# Soups

**Zuppa Del Giorno ~ 5.95**
*(Soup of the Day)*

**Pasta e Fagioli ~ 5.95**
*(Pasta, beans, and Pancetta)*

# Pasta

| | Individual | Family |
|---|---|---|
| **Spaghetti al Pomodoro e Basilico.** | 8.50 | 19.95 |
| *Spaghetti with Fresh Plum Tomato Sauce* | | |
| **Fettuccine Alfredo.** | 9.95 | 20.95 |
| *A Classic Italian recipe of fettuccine blended with heavy cream & parmesan cheese* | | |
| **Penne alla Greca.** | 10.50 | 21.95 |
| *Fresh plum tomato sauce with mozzarella or feta cheese* | | |
| **Fettuccine Carbonara.** | 10.50 | 21.95 |
| *White or Spinach Fettuccine with carbonara sauce, green peas, wild mushroom and pancetta* | | |
| **Penne alla Vodka.** | 11.50 | 23.95 |
| *Penne with tomato sauce, a touch of cream, pancetta and vodka* | | |
| **Gemelli alla Fiorentina.** | 12.50 | 24.95 |
| *Twisted pasta with arugula, in a light tomato and sliced chicken* | | |
| **Rigatoni Bolognese.** | 12.50 | 24.95 |
| *Rigatoni with tomato meat sauce and parmesan cheese* | | |
| **Spaghetti di Grano Duro con i Vegetali.** | 11.95 | 23.95 |
| *Whole wheat homemade pasta with vegetables, garlic, and olive oil* | | |
| **Rigatoni Campagnola.** | 12.50 | 24.95 |
| *Sweet Italian sausage with spinach, broccoli, olive oil, and garlic in a wine sauce* | | |
| **Spaghetti é Pollo Cacciatore.** | 12.50 | 24.95 |
| *Peppers, onions, mushrooms, tomatoes, and white wine in a light tomato sauce and sliced chicken* | | |
| **Pappardelle alla Toscanese.** | 12.50 | 24.95 |
| *Pappardelle with sun-dried tomatoes, wild mushrooms, marsala wine, aged parmigiano and pecorino cheese in a creamy sauce* | | |
| **Linguine Scampighiola.** | 14.95 | 30.95 |
| *Linguine with shrimp, garlic, olive oil, white wine, and herbs. White or Red sauce* | | |
| **Linguine alla Vongole.** | 13.50 | 27.95 |
| *Linguine with clams, garlic & olive oil in a white or red sauce* | | |
| **Linguine del Pescatore.** | 14.50 | 30.95 |
| *Linguine with calamari, scallops, shrimps, & clams in a fresh spicy tomato sauce* | | |
| **Ravioli Ripieni di Spinaci é Formagio.** | 12.50 | 24.95 |
| *Homemade ravioli with sage or pomodoro sauce* | | |

## PLEASE ASK OUR STAFF ABOUT OUR DAILY SPECIALS

# Desserts

Cannoli ~ 5.95          Tiramisu ~ 5.95

Cheesecake ~ 5.00   Chocolate Truffle ~ 5.00   Carrot Cake ~ 5.00

# Beverages

| | | |
|---|---|---|
| Coffee or Tea ~ 2.00 | Espresso ~ 2.75 | Double Espresso ~ 4.00 |
| Cappuccino ~ 4.00 | Ice Cappuccino ~ 4.50 | |
| Sodas ~ 2.50 | Mineral Water ~ 2.00 / 6.00 | |
| Bottled Beer ~ 3.50 | Draft Beer ~ 4.50 | |

*Subject to change without notice – Gratuity is customary for good service.*

(FULL BAR AVAILABLE)

(FULL BAR AVAILABLE)

# Fusion Grills

## FOOD COURT




875 3rd Avenue, New York, NY 10002

### Tel.: 212.355.0666
### Fax: 212.355.0068

**FREE DELIVERY** (Min. $10.00)

**STORE HOURS**
Monday - Friday
11:00 am - 8:00 pm

COOK FRESH, EAT FRESH
(ALL DISHES PREPARED W/O MSG)

55th St.
54th St.
53rd St.
52nd St.
51st St.
1st Ave.
2nd Ave.
3rd Ave.
Lexington Ave.
Park Ave.

FUSION GRILL

## Entrees

*Portion ideal for two people. Served with steamed rice or vegetable fried rice.*

### Seafood

87. Shrimp with Broccoli ......7.85
88. Shrimp w/ Lobster Sauce ......7.85
89. Shrimp w/ Garlic Sauce ......7.85
90. Shrimp w/ Mixed Vegetable ......7.85
91. Shrimp w/ Bean Curd ......7.85
92. Shrimp with Eggplant ......7.85
93. Shrimp with Hot Pepper
    and Peanuts ......7.85
94. Shrimp w/ Cashew Nuts ......7.85
95. Shrimp w/ Black Bean Sauce ......7.85
96. Shrimp w/ String Bean
    with Garlic Sauce ......7.85

### Chicken

97. Chicken w/ Garlic Sauce ......7.38
98. General Tso's Chicken ......7.38
99. Sesame Chicken ......7.38
100. Chicken w/ Cashew Nuts ......7.38
101. Chicken w/ Broccoli ......7.38
102. Chicken w/ Snow Peas ......7.38
103. Chicken w/ Mixed Vegetables ......7.38
104. Chicken w/ String Beans
     in Garlic Sauce ......7.38
105. Chicken w/ Choy Sum ......7.38
106. Curry Chicken ......7.38
107. Diced Chicken w/ Hot Pepper
     Sauce and Peanuts ......7.38
108. Chicken Sauteed w/ Eggplant ......7.38
109. Chicken w/ Mushrooms ......7.38
110. Chicken w/ Chinese Broccoli ......7.38

### Foo Yong Young

111. Vegetable Egg Foo Young ......5.54
112. B.B.Q. Pork Egg Foo Young ......6.46
113. Chicken Egg Foo Young ......6.46
114. Shrimp Egg Foo Young ......7.38

### BBQ Pork / Duck

115. Roast Duck ......7.38
116. B.B.Q. Pork ......7.38
117. Double Sauteed Pork w/ Cabbage ......7.38
118. Pork w/Garlic Sauce ......7.38
119. B.B.Q. Pork w/Mixed Vegetable ......7.38
120. Chinese Sausage with
     Chinese Broccoli ......7.38
121. B.B.Q. Pork with Eggplant ......7.38

### Beef

122. Beef with Tofu ......7.38
123. Beef with Broccoli ......7.38
124. Pepper Steak ......7.38
125. Shredded Beef and String Beans
     with Spicy Garlic Sauce ......7.38
126. Beef with Mixed Vegetable ......7.38
127. Beef with Snow Peas ......7.38
128. Beef with Chinese Broccoli ......7.38
129. Beef with Choy Sum ......7.38
130. Beef with Ginger and Scallion ......7.38
131. Spicy Shredded Beef
     Szechuan Style ......7.38
132. Beef with Garlic Sauce ......7.38
133. Beef Sauteed with Fresh Tomato ......7.38
134. Beef with Eggplant ......7.38
135. Beef with Oyster Sauce ......7.38

### Vegetarian

136. Sauteed Mixed Vegetable ......6.00
137. Sauteed Eggplant
     with Garlic Sauce ......6.00
138. Broccoli with Garlic Sauce ......6.00
139. Sauteed Fresh String Beans ......6.00
140. Tofu w/ Mixed Vegetables ......6.00
141. Ma Po Tofu ......6.00
142. Steamed Fresh Vegetable ......6.00
143. Buddhist Delight ......6.00

SPICY







# Appetizer

| | | |
|---|---|---|
| 春卷 | 1. | Pork Egg Roll (1) .....................1.00 |
| 上海春卷 | 2. | Vegetable Spring Roll (1) ...........0.92 |
| 水餃 | 3. | Fried or Steamed Meat Dumpling (6) |
| 蒸餃 | 4. | Fried or Steamed Vegetable Dumpling (6) ......4.62 |
| 炸鷄翼 | 5. | Fried Chicken Wings (4) ...........3.23 |
| 叉燒 | 6. | B.B.Q. Pork...............................5.54 |

## Sizzling Sensation

*(Served with Steamed Rice, Vegetable Fried Rice, or Noodle and Vegetables)*

| | | |
|---|---|---|
| 鐵板鷄 | 11. | Sizzling Chicken & Shrimps |
| 鐵板牛 | 10. | Sizzling Beef.................................5.54 |
| 鐵板蝦 | 9. | Sizzling Shrimps ...........................5.54 |
| 鐵板鷄 | 8. | Sizzling Chicken ...........................4.61 |
| 鐵板蝦鷄牛 | 7. | Sizzling Chicken & Shrimps & Beef ...6.46 |

## Soups

| | | |
|---|---|---|
| 雲吞湯 | 12. | Wonton Soup...............................1.15 |
| 酸辣湯 | 13. | Hot & Sour Soup.........................1.38 |
| 蛋花湯 | 14. | Egg Drop Soup...........................1.15 |

## Hong Kong Style Noodle Soups

*(Choice of egg noodle, mai fun, lo fun, lai fun, or udon noodle)*

| | | |
|---|---|---|
| 雲吞湯麵 | 15. | Wonton Noodle Soup ..............4.61 |
| 燒鴨湯麵 | 16. | Roast Duck Noodle Soup .........4.61 |
| 叉燒湯麵 | 17. | B.B.Q. Pork Noodle Soup ........4.61 |
| 牛肉湯麵 | 18. | Sliced Beef Noodle Soup .........4.61 |
| 鮮蝦湯麵 | 19. | Shrimp Noodle Soup .............4.61 |
| 牛腩湯麵 | 20. | Stewed Beef Noodle Soup .......4.61 |
| 榨菜肉絲湯麵 | 21. | Pickled Cabbage and Shredded Pork with Noodle Soup........4.61 |
| 綠菜湯麵 | 22. | Sliced Chicken with Vegetable and Noodle Soup ..............4.61 |
| 海鮮湯麵 | 23. | Seafood Noodle Soup...............4.61 |
| 排骨湯麵 | 24. | Vegetable Noodle Soup............4.61 |
| 鷄絲湯麵 | 25. | Soy Sauce Chicken Noodle Soup..4.61 |

# Chef's Daily Specialties

*Served with steamed rice, vegetable fried rice, lo mein, or brown rice @50¢ extra*

## Seafood

| | | |
|---|---|---|
| 芥蘭蝦 | 26. | Sauteed Shrimp with Broccoli ...5.54 |
| 龍蝦蝦 | 27. | Shrimp w/ Lobster Sauce...........5.54 |
| 魚香蝦 | 28. | Shrimp w/ Garlic Sauce.............5.54 |
| 什菜蝦 | 29. | Shrimp w/ Mixed Vegetable ......5.54 |
| 豆腐蝦 | 30. | Shrimp with Bean Curd.............5.54 |
| 茄子蝦 | 31. | Shrimp with Eggplant ..............5.54 |
| 宮保蝦 | 32. | Shrimp with Hot Pepper and Peanuts .......................5.54 |
| 腰果蝦 | 33. | Shrimp w/ Cashew Nuts ...........5.54 |
| 豆豉蝦 | 34. | Shrimp w/ Black Bean Sauce ....5.54 |
| 魚香玉子蝦 | 35. | Shrimp w/ String Bean with Garlic Sauce....................5.54 |

## Chicken

| | | |
|---|---|---|
| 魚香鷄 | 36. | Chicken w/ Garlic Sauce...........5.54 |
| 左宗鷄 | 37. | General Tso's Chicken ..............5.54 |
| 芝麻鷄 | 38. | Sesame Chicken ......................5.54 |
| 腰果鷄 | 39. | Chicken w/ Cashew Nuts...........5.54 |
| 芥蘭鷄 | 40. | Chicken w/ Broccoli.................5.54 |
| 雪豆鷄 | 41. | Chicken w/ Snow Peas..............5.54 |
| 什菜鷄 | 42. | Chicken w/ Mixed Vegetables ...5.54 |
| 四季鷄 | 43. | Chicken w/ String Beans in Garlic Sauce.....................5.54 |
| 芥菜鷄 | 44. | Chicken w/ Choy Sum..............5.54 |
| 咖喱鷄 | 45. | Curry Chicken.........................5.54 |
| 宮保鷄 | 46. | Chicken w/ Hot Pepper Sauce and Peanuts...................5.54 |
| 茄子鷄 | 47. | Chicken Sauteed w/ Eggplant.....5.54 |
| 蘑菇鷄 | 48. | Chicken w/ Mushrooms .............5.54 |
| 唐芥蘭鷄 | 49. | Chicken w/ Chinese Broccoli ....5.54 |

## Fried Rice & Noodles

| | | |
|---|---|---|
| 炒飯 | 50. | Fusion deluxe Fried Rice...........5.08 *Choice of chicken, beef, shrimp, pork or vegetarian.* |
| 揚州炒飯 | 51. | Young Chow Fried Rice............6.00 *Choice of chicken, beef, shrimp, pork or vegetarian.* |
| 撈麵 | 52. | Lo Mein.................................5.08 *Choice of chicken, beef, shrimp, pork or vegetarian.* |
| 河粉 | 53. | Stir-fry Chow Fun w/ Beef or Chicken .....................6.45 *Choice of black bean sauce* |
| 星洲炒米粉 | 54. | Singapore Rice Noodles ...........6.45 |
| 蝦炒米粉 | 55. | Stir-fry Rice Noodle w/ Shrimps ..6.45 |
| 泰式炒粉 | 56. | Pad Thai................................6.45 |
| 蔬菜炒麵 | 57. | Pan Fried Noodle w/ Vegetable...6.45 |

## Roast Pork / Duck

| | | |
|---|---|---|
| 燒鴨 | 58. | Roast Duck..............................5.54 |
| 叉燒 | 59. | B.B.Q. Pork.............................5.54 |
| 四寶鴨 | 60. | Double Sauteed Pork w/ Cabbage ...5.54 |
| 魚香叉燒 | 61. | Pork w/Garlic Sauce.................5.54 |
| 什菜叉燒 | 62. | B.B.Q. Pork w/Mixed Vegetable ...5.54 |
| 臘腸炒芥蘭 | 63. | B.B.Q. Pork w/Chinese Sausage with Chinese Broccoli.........5.54 |
| 茄子叉燒 | 64. | B.B.Q. Pork with Eggplant .......5.54 |

## Beef

| | | |
|---|---|---|
| 豆腐牛 | 65. | Beef with Tofu.........................5.54 |
| 芥蘭牛 | 66. | Beef with Broccoli...................5.54 |
| 干炒牛 | 67. | Pepper Steak...........................5.54 |
| 四季豆牛 | 68. | Shredded Beef and String Beans with Spicy Garlic Sauce ......5.54 |
| 什菜牛 | 69. | Beef with Mixed Vegetable .......5.54 |
| 雪豆牛 | 70. | Beef with Snow Peas................5.54 |
| 唐芥蘭牛 | 71. | Beef with Chinese Broccoli ......5.54 |
| 芥菜牛 | 72. | Beef with Choy Sum.................5.54 |
| 葱薑牛 | 73. | Beef with Ginger and Scallion ...5.54 |
| 干煸牛 | 74. | Spicy Shredded Beef Szechuan Style....................5.54 |
| 魚香牛 | 75. | Beef with Garlic Sauce.............5.54 |
| 蕃茄牛 | 76. | Beef Sauteed with Fresh Tomato ..5.54 |
| 茄子牛 | 77. | Beef with Eggplant...................5.54 |
| 蠔油牛 | 78. | Beef with Oyster Sauce.............5.54 |

## Vegetarian

| | | |
|---|---|---|
| 素什錦 | 79. | Sauteed Mixed Vegetable ..........5.54 |
| 魚香茄子 | 80. | Sauteed Eggplant w/ Garlic Sauce ..5.54 |
| 芥蘭 | 81. | Broccoli with Garlic Sauce ........5.54 |
| 四季豆 | 82. | Sauteed Fresh String Beans........5.54 |
| 什菜豆腐 | 83. | Tofu w/ Mixed Vegetables ........5.54 |
| 麻婆豆腐 | 84. | Ma Po Tofu.............................5.54 |
| 清蒸蔬菜 | 85. | Steamed Fresh Vegetable...........5.54 |
| 羅漢齋 | 86. | Buddhist Delight ......................5.54 |

☞ SPICY

713 Grand Avenue
Ho-Ho-Kus, NJ 39th
Tel 212.207.1880
Fax 212.297.1883

Grand Opening

Zagat Rated

Asian Cuisine  Sushi Bar  Cocktail Lounge

We Deliver

Lunch 11:30AM–3:30PM • Dinner 5:00PM–11:30PM

## L1. Lunch Platter $8

Your Choice of Entrée

| | Gyoza | Tofu | Rice | Soup | Salad | Fruit |
|---|---|---|---|---|---|---|
| A. Satay Chicken | | | | | | |
| B. Pad Thai Chicken, Shrimp or Vegetable | | | | | | |
| C. Sashimi | | | | | | |
| D. Sushi | | | | | | |
| E. Tempura | | | | | | |
| F. Teriyaki Chicken, Beef or Salmon | | | | | | |

## Sushi Bar Lunch
Served with Miso Soup & Salad

L2. Any Two Roll $8 - L3. Any Three Roll $10
Choose From —
Tuna / California / Salmon Avocado / Tuna Avocado / Yellowtail Scallion
Spicy Tuna Crunch / Spicy Salmon Crunch / Spicy Yellowtail Crunch
Salmon Skin / Eel Avocado / Philadelphia / Alaska / Boston
Veggie Tempura / Kani Cucumber / Shrimp Cucumber
Avocado / Cucumber / AAC

L4. Sushi Lunch //
7 pcs of sushi & a California roll.

L5. Sashimi Lunch //
11 pcs of assorted sashimi.

L6. Chirashi Lunch 13
11 pcs of assorted sashimi w. sushi rice on the side.

L7. Sushi & Sashimi Lunch 13
7 pcs of sashimi, 3 pcs of sushi & a California roll.

## Lunch Over Rice $7.5
Served with Soup or Salad

L8. Sambal Sauce
With chicken, beef, shrimp or scallops.

L9. Thai Curry Sauce
Vegetable & tofu / shrimp or scallop or chicken or beef.

L10. Thai Sesame Peanut Sauce
Chicken/beef/shrimp or scallops.

L11. Thai Sesame Brown Sauce
Chicken or beef w. broccoli or eggplant.

L12. Thai Mango Chicken or Shrimp

## L13. Stir-Fried Noodle $7.5
Served with Iced & Soup or Salad
Your Choice of — Pad Thai / Flat Noodle / Vermicelli / Udon
With chicken, shrimp or vegetable.

## L14. Light Lunch
Choose Your Salad Plus — a California Roll or Spicy Salmon Roll

A. Fried Green Salad 8
B. Mango & Grilled Chicken Salad 10
C. Duck Salad w. Greens 10

---

Zagat Rated

713 Second Ave. (bet. 38th & 39th St.)
212-297-1880

Offering reasonably priced sushi and sizzling platters, this new Murray Hill Japanese fusion practitioner is keeping up with the current vogue for splashy Asian decor; its modern design employs the liberal use of pebbles, seashells and birch with a soothing water wall as its centerpiece.

Asian Cuisine  Sushi Bar  Cocktail Lounge

### Side Order
Whither Brown Rice /
Sushi Rice 2

### Desserts &
Ice Cream 4
Soda 1.5

### Beverages
Sparkling Water (28 oz.) 6.5 (12 oz.) 3
Poland Spring (1/2 Liter) 1.5

## Teriyaki
58. Chicken 13
59. Salmon 17
60. Beef 18
61. Shrimp 18

## Tempura
62. Shrimp (6) 15
63. Vegetable //
64. Shrimp (4) & Vegetable 15

## Vegetable
65. Asparagus & Yu Long Beans Thai Style 10
66. Sauteed Asian Vegetable Thai Style 10
67. Mild Curry Vegetable & Tofu Casserole 10
68. Sauteed Broccoli Thai Style 10
69. Sauteed Okra w. Spicy Shrimp Paste 11
70. Sauteed String Beans w. Spicy Shrimp Paste 10
71. Sauteed Eggplant & Tofu Malaysian Style 10
72. Sizzling Tofu Delight 12

## Stir-Fried Noodle
73. Japanese Yaki Udon 10
Choice of shrimp, chicken or vegetable.
74. Thai Vermicelli 10
Choice of shrimp, chicken, duck or vegetable.
75. Malaysian Flat Noodle 10
Choice of shrimp, chicken, duck or vegetable.
76. Pad Thai 11
Choice of shrimp, duck, chicken or vegetable.

## Noodle Soup
77. Curry Chicken & Shrimp Noodle Soup 9
78. Curry Grilled Chicken Noodle Soup 9
79. Seafood Udon Soup 11
Shrimp, scallops, bean sprout & Chinese broccoli.
80. Tempura Udon Soup 9

## Fried Rice
81. Pineapple Shrimp Fried Rice 10
82. Duck Fried Rice 10
83. Chicken Fried Rice 10
84. Vegetable Fried Rice 10



MADTSS01100909

## Appetizer

10. Octopus Salad 7
9. Japanese Seaweed Salad 5
8. Hawaii Roll Salad 7.5
7. Mango & Grilled Chicken Salad 7.5
13. Crispy Chicken Wrap 6.5
Chicken breast sautéed in chili beans, green chili peppers, pineapple & scallions, wrapped w/ local green lettuce.
14. Chicken or Beef Spring 5.5
Deep fried w/ pan fried Japanese pork dumpling.
15. Duck Spring Roll 5.5
16. Vegetable Spring Roll w. Plum Sauce 5
17. Shrimp & Vegetable Tempura 8.5
With creamy spicy dressing.
18. Rock Shrimp Tempura 11
Rock shrimp in our special sauce.
19. Crispy Calamari 8
With roasted garlic Thai chili sauce.
20. Gyoza 5
Steamed or pan fried.
21. Vegetable Gyoza 5
Steamed or pan fried.
22. Jumbo Shumai 6
23. Grilled Eggplant w. Thai Basil Sauce 8
11. Edamame 5
12. Roll Kaya 5.5
Indian pancake in curry chicken sauce.

## Soup

1. Miso Soup 2
Wakame seaweed, tofu & shitake mushrooms.
2. Crab Chaa 3
Red & white soup w. bean sprout, celery, mushrooms, tomatoes.
3. La Su Tan 4
Hot & sour soup w. bean curd of chicken, shrimp or vegetable.
4. La Sa Ga 4
Curry chicken soup w. coconut milk.
5. House Special Shrimp Wonton Soup 5

## Salad

6. Green Salad w. Ginger Dressing 5

## Sushi Bar Entree

24. Tuna Tartar 13
25. Sashimi Delux 12
Assorted 16 pieces w. wasabi.
26. Fresh Yellowtail w. Serrano Chili 14
With young sprout & citrus dressing.
27. Pepper Crusted Tuna 13
28. Sashimi Wrap 11
Tuna, salmon or white tuna wrapped by white seaweed, served w. eel dipping sauce.
29. House Special Shrimp Wonton Soup 5
Tuna, salmon, whitefish, crab stick & tobiko, avocado, salmon roe, wrapped by thin sliced cucumber.

### Sushi or Sashimi (Order by Piece)

Tuna 1.75
Spicy Tuna 2
Seared Tuna 2.25
White Tuna 2.25
Toro MP
Salmon 1.75
Seared Salmon 2.25
Smoked Salmon 2.25
Salmon Roe 2.25
Flake 1.75
Yellowtail 2.25
Eel 2.25
Eel Avocado 1.75
Sea Eel 2.75
Shrimp 1.75
Sweet Shrimp MP
Spicy Shrimp 2.25
Crab Stick 1.75
Spicy Snow Crab 2.25
King Crab 3.25
Mackerel 2.25
Spanish Mackerel 2.50
Sea Scallop 2.25
Live Scallop MP
Live Orange Clam MP
Flying Fish Roe 2.75
Sea Urchin 4.25
Squid 2.25
Octopus 2.50
Omelette 1.75
Red Snapper 2.75
Striped Bass 2.75

## Aquamarine Platter

31. Sashimi Classic 23
3 pc. each of tuna, salmon, whitefish, 2 pc. each of yellowtail & mackerel, 1 pc. each of salmon roe & snow crab.
32. Chirashi 18
A variety of sashimi over sushi rice.
33. Roll Classic 13
Yellowtail scallion, tuna avocado & California roll.
34. Roll Aquamarine 16
Eel avocado, spicy tuna & salmon avocado roll.
35. Sushi & Sashimi Platter for One 25
9 pcs. of sashimi, 4 pcs. of sushi & spicy tuna roll.
36. Sushi & Sashimi Platter for Two 48
16 pcs. of sashimi, 8 pcs. of sushi & a spicy tuna roll.
37. Sushi for Two 44
Tuna, salmon, yellowtail, whitefish, shrimp, mackerel, scallop & salmon roe 8 pcs. of tuna sushi.

## Almost Japanese

R1. Tuna 4.75
R2. Salmon 4.75
R3. Salmon Jalapeno 5.25
R4. California 4.75
R5. Boston 5.75
R6. Alaska 5.25
R7. Salmon Skin 4.75
R8. Soft Shell Crab w. 5.75
R9. Tuna Scallion 8.25
R10. Crunchy Spicy Tuna 6.25
R11. Crunchy Spicy
Yellowtail 6.25
R12. Vegetable Roll 5.25
R13. Sweet Potato Roll 4.25
R14. Shiitake Roll 4.25
R15. Tuna Avocado or
Cucumber 5.25

### Classic Roll

R16. Salmon Avocado or
Cucumber 5.25
R17. Yellowtail Jalapeno 5.75
R18. California 4.75
R19. Philadelphia 6.25
R20. Fried Oyster Roll 6.25
R21. Shrimp Tempura 6.75
R22. Spicy Snow Crab 5.75
R23. Rainbow Roll 11.75
R24. Crunchy Spicy Salmon 6.25
R25. King Crab Avocado
R26. Avocado Roll 3.75
R27. Cucumber Roll 3.75
R28. Futo Maki 6.25

## Entrée

38. Tropical Mango Chicken or Jumbo Shrimp 14/17
Shrimp, scallops, tofu in our special sauce.
39. King of Sea 27
Shrimp & scallops in our special sauce.
40. Curry Seafood 19
Shrimp, scallops, salmon in vegetable, mushrooms, string beans, potatoes & bean curd.
41. Crispy Thai Red Snapper or Chilean Sea Bass 28/30
Thai style chicken or beef sautéed w. broccoli, onions, peppers, red bean sauce & basil leaves.
42. Seafood Jumbo Shrimp w. Red Curry 17
Steamed sea bass in bundled ginger, cilantro, peppers in black bean sauce.
43. Chilean Sea Bass w. Black Bean Sauce 20
44. Salmon or Shrimp w. Scented Beans 17
With serrano, pineapple, onions, yard long beans &
45. Chicken and Beef w. String Sauce 10/11
Chicken or beef sautéed w. yard long beans, sweet peas, onions & peppers in a peanut sauce.
46. Seafood Chicken or Beef w. Basil Leaves 10/11
Thai style chicken or beef sautéed w. broccoli, onions, peppers, yard long beans & basil leaves.
47. Seafood Jumbo Shrimp or Chilean Sea Bass 17/20
With sweet peas, asparagus, onions & peppers in red chili sauce.
48. Sizzling Double Delight 22
Grilled jumbo shrimp & rib loin w. Thai red chili sauce.
49. Shrimp & Steak in Crispy Taro Basket 15
With green chili peppers, onions, scallions & black beans in
50. Sizzling Tender Beef w. XO Sauce 15
Sliced tender beef sautéed w. mushrooms, onions,
chef's special banana leaves.
51. Sizzling Salmon Steak 17
Grilled salmon, asparagus & sweet peas in chili sauce.
52. Sizzling Jumbo Shrimp w. Thai Sauce 17
With sweet peas, onions & peppers in garlic sauce.
53. Seafood Chicken, Beef or Shrimp w.
Spicy Shrimp Paste 11/15/17
Wok sauce w. eggplant.
54. Crispy Jumbo Shrimp w. Walnuts 20
With honey dew, cantaloupe & creamed banana w.
chef's special mayonnaise sauce.
55. Saigon Grilled Pork Chop 9
Grilled pork chops, served w. Vietnamese
sweet & sour sauce.
56. Thai Curry Chicken or Beef 10/11
With vegetable, yard long beans, bean curd, tofu &
fried potatoes in spicy curry sauce.
57. Seafood Chicken or Beef w. Lemongrass 10/11
With spears of red pepper, sweet peas & coconut curry.

### Aquamarine Special Roll

R29. Santa Cruise Roll 16
Crunch spicy snow crab topped w. eel & white tuna.
R30. Hawaiian Roll 15
Spicy salmon tempura with topped in avocado & spicy mayo.
R31. Valentine Roll 15
Lobster salad & seaweed salad topped w. strawberry
& seaweed flakes.
R32. Old Country Roll 13
Smoked salmon, eel, mango, lettuce & cream, sprinkled
w. seaweed flakes.
R33. Tropical Roll 14
Eel, avocado lobster w. fresh mango, eel & wasabi tobiko on top.
R34. Buffalo Roll 14
Spicy chicken tempura roll topped in spicy tuna, chili pepper sprinkled
R35. Manhattan Roll 14
R36. Pyramid Roll 17
Spicy tuna & yellowtail topped w. crunchy spicy snow crab.
R37. Lady Lobster Roll 19
Lobster tempura, eel tobiko, wasabi tobiko, avocado, cucumber
& spicy mayo rolled in pink dry paper.

### Hot and Spicy



**Japanese Restaurant**

# Tanaka

222 East 51st Street
New York, NY 10022
Between 2nd & 3rd Ave

Tel. (212) 308-6976
(212) 308-6977
Fax (212) 888-1089

**Open Hours**
Mon. - Fri.
11:30 am - 11:00 pm
Saturday
12:30 pm - 11:00 pm
Sunday
3:30 pm - 11:00 pm
7 Days a Week

**Free Delivery**

www.seamlessweb.com

## Luncheon Special Menu
11:30 am - 3:30 pm
All Lunch Served w. Soup & Salad

| | | |
|---|---|---|
| A. | **Sushi Lunch** *3 pcs. sushi & california roll* | 8.95 |
| B. | **Sashimi Lunch** *9 pcs. of sliced raw fish & rice* | 8.95 |
| C. | **Una-Ju or Tekka Don** | 8.95 |
| D. | **Chirashi** | 8.95 |
| E. | **Salmon Don** | 7.95 |
| F. | **Yaki Udon** *Chicken, beef, shrimp & vegetable* | 7.25 |
| G. | **Udon Soup** *Chicken, beef, shrimp & vegetable* | 7.25 |

## Lunch Box $7.95
Any one item w. rice, california roll
Two fried dumplings, soup & salad

Beef Teriyaki • Salmon Teriyaki
Chicken Teriyaki • Tofu Teriyaki
Vegetable Teriyaki • Vegetable Tempura
Shrimp Tempura • Chicken Katsu
Ton Katsu • Beef Negimaki
Shrimp Teriyaki

## Maki Roll Special
Choice of any two rolls $7.95
Any three rolls $9.50

All Lunch Served w. Soup & Salad
Cucumber • Cucumber Avocado • Oshinko
Avocado • Sweet Potato • Spinach
Kanpyo • Asparagus • Yamagobo
Tuna • Salmon • Salmon Skin • California
Tuna Avocado • Salmon Avocado
Spicy Salmon • Spicy Tuna • White Fish
Eel Avocado or Cucumber • Mexican • Boston

Homemade Salad Dressing
5oz. 1.00   12 pt.3.00   qt 5.00

### Bento Special
## Combination Boxes $15.95
Choice of any one items w. shumai, california roll, salad,
white rice & soup, 3pcs. sushi

| | |
|---|---|
| Chicken Teriyaki | Eel Teriyaki |
| Salmon Teriyaki | Tonkatsu |
| Tofu Teriyaki | Chicken Katsu |
| Beef Teriyaki | Shrimp Tempura |
| Beef Negimaki | Vegetable Tempura |
| Shrimp Teriyaki | Sushi or Sashimi |

## KITCHEN ENTREES
*Served w. Salad or Soup & White Rice*

### Teriyaki

| | |
|---|---|
| Tofu Teriyaki | 9.95 |
| Vegetable Teriyaki | 9.95 |
| Chicken Teriyaki | 10.95 |
| Beef Teriyaki | 12.95 |
| Shrimp Teriyaki | 13.95 |
| Salmon Teriyaki | 13.95 |
| Lobster Teriyaki | 18.95 |
| Beef Negimaki | 12.95 |
| Chicken Yakitori | 10.95 |

| | |
|---|---|
| Seafood Teriyaki | 15.95 |
| *Shrimp, salmon & scallop* | |
| Filet Mignon | 17.95 |
| Scallop Teriyaki | 14.95 |
| Eel Teriyaki | 13.95 |
| Shrimp & Beef Steak or Chicken | 14.95 |
| Grill Chileans Sea Bass | 18.95 |
| w. Miso Sauce | 17.95 |
| Miso Black Cod | 12.95 |
| w. Miso Sauce | 17.95 |

### Tempura & Katsu
*Served w. Salad or Soup & White Rice*

| | |
|---|---|
| Vegetable Tempura | 8.95 |
| Chicken Tempura | 10.95 |
| Shrimp Tempura | 11.95 |
| Seafood Tempura | 14.95 |

| | |
|---|---|
| Katsu (chicken or pork) | 10.95 |
| Shrimp, Katsu | 13.95 |
| Scallop Katsu | 14.95 |
| Fish Katsu | 12.95 |

### Hibachi
*Served w. rice, soup or salad, red and green pepper mushroom & zucchini, onion*

| | |
|---|---|
| Chicken | 11.95 |
| Salmon | 14.95 |
| Shrimp | 14.95 |
| Beef Steak | 14.95 |
| Scallop | 14.95 |
| Shrimp & Beef | 15.95 |

| | |
|---|---|
| Chicken & Shrimp | 14.95 |
| Beef & Chicken | 14.95 |
| Filet Mignon | 17.95 |
| Lobster | 18.95 |
| Shrimp & Scallop | 16.95 |

### Noodles
*Yaki Udon or Soda or Noodle soup served w. soup or salad*

| | |
|---|---|
| Chicken | 9.95 |
| Shrimp | 10.95 |
| Beef | 11.95 |

| | |
|---|---|
| Nabeyaki Udon | 11.95 |
| *Shrimp tempura, chicken, vegetable & egg in noodle soup.* | |
| Tempura Udon | 10.95 |
| *Shrimp tempura, vegetable in noodle soup.* | |

### Don Buri
*Served w. Salad or Soup*

| | |
|---|---|
| Oyako Don | 9.95 |
| Ten Don | 9.95 |
| Unagi Don | 12.95 |

| | |
|---|---|
| Chicken Katsu Don | 9.95 |
| Pork Katsu Don | 9.95 |

### Dessert & Drink

| | |
|---|---|
| Mochic | 3.50 |
| *strawberry, red bean, green tea, vanilla* | |
| Fried Banana | 3.50 |
| Perrier | 2.50 |
| Soda | 1.10 |
| Honey Green Tea | 1.50 |
| Spring Water | 1.30 |
| Wine | 5.00 |

| | |
|---|---|
| Beer | 3.95 |
| *Asahi (Japan), kirin ichiban (Japan), kirin light (Japan), sapporo (Japan)* | |
| Sake (S) 4.00 (L) 6.00 | |
| *hot sake or cold sake.* | |
| Tempura Ice Cream | 3.50 |
| *Green Tea, vanilla, red bean* | |
| Ice Cream | 2.50 |

## Soup

| | |
|---|---|
| Miso Soup | 1.50 |
| Clam Soup | 3.50 |
| Vegetable Tofu Soup | 3.50 |
| Seafood Soup for 2 | 5.95 |
| Miso Soup for 2 | 6.95 |
| Kimchee Seafood | |

## Salad

| | |
|---|---|
| Green Salad | 2.95 |
| Seaweed Salad | 4.25 |
| Avocado Salad | 4.95 |
| Tofu Salad | 4.50 |
| Kani Salad | 5.50 |

## Kitchen Appetizer

| | |
|---|---|
| Agedashi Tofu | 3.95 |
| Edamame | 3.50 |
| Harumaki | 3.95 |
| Shumai | 4.50 |
| Gyoza | 4.50 |
| Yasai Gyoza | 4.50 |
| Beef Negimaki | 5.95 |
| Wasabi Dumpling | 5.95 |
| Nasu | 4.95 |
| Steamed Broccoli | 4.95 |
| Golden Lemon Scallop | 6.95 |
| Ika Maruyaki | 6.95 |
| Soft Shell Crab | 6.95 |
| Calamari Age | 6.95 |
| Ika Fried | 5.95 |
| Oshitashi | 4.95 |
| Shrimp & Vegetable Tempura | 6.95 |
| Vegetable Tempura | 4.95 |
| Rock Shrimp | 6.95 |
| Tempura Bites | 5.95 |
| Yakitori | 4.95 |

## Sushi Bar Appetizer

| | |
|---|---|
| Sushi | 7.95 |
| Sashimi | 8.95 |
| Pepper Tuna Tataki | 7.95 |
| Sashimi Appetizer 3 way | 10.95 |
| Red or White Tuna Tartar | 8.95 |
| Salmon or Yellowtail Tartar | 8.95 |
| Takosu | 6.95 |
| Sunomono | 7.50 |
| Usuzukuri | 6.95 |
| Tuna or White Tuna Tataki | 7.95 |
| Naruto | 7.95 |
| Black Pepper Tuna Tataki Salad | 8.95 |

# SUSHI BAR SPECIAL ENTREE

*Including Soup or Salad*

| | |
|---|---|
| Sushi Regular | 12.95 |
| Sushi Deluxe | 15.95 |
| Sashimi regular | 13.95 |
| Sashimi Deluxe | 16.95 |
| Sushi & Sashimi Combo | 18.95 |
| Triple Sushi | 18.95 |
| Sushi & Sashimi for two | 42.95 |
| Spicy Combo | 14.95 |
| Maki Combo | 12.95 |
| Sushi a la King | 16.95 |
| Tekka, Salmon or Yellowtail Don | 14.95 |
| Sushi for Two | 36.95 |
| Chirashi | 14.95 |
| Rainbow Roll | 7.95 |

## Sushi or Sashimi A La Carte

| | |
|---|---|
| Maguro Tuna | 2.50 |
| Hamachi Yellowtail | 2.75 |
| Ebi Shrimp | 2.00 |
| Ika Squid | 2.00 |
| Saba Mackerel | 2.00 |
| Toro Tuna Belly | 4.95 |
| Uni Sea Urchin | 3.75 |
| Hotategai Scallop | 2.50 |
| White Tuna | 2.50 |
| Wasabi Caviar | 2.25 |
| Tobiko Flying Fish Roe | 2.25 |
| Kani Crab Stick | 1.75 |
| Red Snapper | 2.00 |
| Striped Bass | 2.25 |
| Sake Salmon | 2.00 |
| Hokkigai Red Clam | 2.00 |
| Tako Octopus | 2.25 |
| Hirame Flake | 1.75 |
| Tamago Egg Cake | 1.75 |
| Ikura Salmon Roe | 2.50 |
| Unagi Eel | 2.25 |
| Smoked Salmon | 2.50 |
| Black Caviar | 2.25 |
| King Crab | 3.95 |
| Amaebi Sweet Shrimp | 2.95 |
| Inari Tofu Skin | 1.75 |

## Roll & Hand Roll

| | |
|---|---|
| California Roll | 3.75 |
| Tuna Roll | 3.95 |
| Yellowtail Scallion Roll | 4.95 |
| Tuna Avocado Roll | 4.95 |
| Salmon Avocado Roll | 4.95 |
| Salmon Skin Roll | 4.95 |
| Shrimp Avocado Roll | 4.50 |
| Spicy White Tuna | 5.95 |
| Eel Avocado Roll | 5.95 |
| Spicy Tuna Roll | 5.95 |
| Spicy King Crab Avocado Roll | 7.95 |
| Spicy Scallop Roll | 5.95 |
| Spicy Salmon Roll | 5.95 |
| Futo Roll | 4.95 |
| Boston Roll | 4.95 |
| Philadelphia Roll | 6.25 |
| Alaskan Roll | 5.95 |

## Vegetable Roll & Hand Roll

| | |
|---|---|
| Avocado Roll | 3.00 |
| Cucumber Roll | 3.00 |
| Avocado Cucumber Roll | 3.50 |
| Sweet Potato Roll | 4.50 |
| Kanpyo Roll | 3.00 |
| Oshinko Roll | 3.00 |
| Yamagobo Maki | 3.00 |
| Asparagus Roll | 3.00 |
| Special Vegetable Roll | 4.50 |
| Spinach Roll | 3.00 |
| Peanut Roll | 3.25 |
| Mango Roll | 3.25 |

# Chef's Special Roll

| | |
|---|---|
| Banana Roll | 5.95 |
| Shrimp Tempura Roll | 5.95 |
| Volcano Special Roll | 10.95 |
| Spider Roll | 9.95 |
| Dynamite Roll | 6.95 |
| Dragon Roll | 10.95 |
| Rainbow Roll | 7.95 |
| Manhattan Roll | 11.95 |
| Tiger Roll | 11.95 |
| Nuclear Roll | 10.95 |
| Fashion Roll | 6.95 |
| Third Avenue Roll | 10.95 |
| Lobster Roll | 10.95 |
| Sex on the Beach Roll | 12.95 |
| White River Roll | 10.95 |
| Fantasy Roll | 12.95 |
| Rocky II Roll | 9.95 |
| Sweet Heart Roll | 11.95 |
| Samurai Special Roll | 12.95 |
| Yankee Roll | 11.95 |
| Dancing Tuna Roll | 10.95 |
| Crazy 2008 | 11.95 |
| 2006 Roll | 10.95 |
| Chicago Roll | 10.95 |
| Tanaka Roll (1) | 9.95 |
| I Chiro Roll | 11.95 |
| Spicy Girl Roll | 12.95 |
| Snow White Roll | 12.95 |



# Panda

## CHINESE RESTAURANT

353 E. 54th St. (1st Ave. Corner) New York, NY 10022
(987 1st Ave.)

**TEL.: (212) 752 - 8822**
**752 - 9156**
**FAX: (212) 230 - 1303**

**FREE FAST DELIVERY**
BY CAR AND MOPED
(Small or Large Party Orders Welcome)

WE SERVE BROWN RICE
NO M.S.G.

11:30 am - 11:00 pm

## Special Health Lunch

Weekdays Only
(11:30 am to 4:00 pm)
**$5.75 PER ORDER**

Combination Served with
A. Mixed Fresh Fruit
B. Brown Rice or White Rice or Pork Fried Rice

- L21. Steamed Mixed Fresh Vegetable
- L22. Steamed Chicken Mixed Vegetable
- L23. Steamed Shrimp Mixed Vegetable
- L24. Steamed Bean Curd w. Snow Pea Pods
- L25. Steamed Vegetable Dumpling (8) (No Rice)
- L26. Steamed Pork Dumpling (8) (No Rice)
- L27. Steamed Broccoli
- L28. Steamed Broccoli & Bean Sprout



NO OIL, NO FAT, NO M.S.G.
HEALTH FOOD!

# Panda

## Weekdays
## Lunch Special

11:30 AM TO 4:00 PM
**$5.75 PER PERSON**

Served with White Rice or Pork Fried Rice or Brown Rice
Daily Fruit: Apple, Banana, Orange or Egg Roll.

- L. 1.★ General Tso's Chicken
- L. 2.★ Chicken & Broccoli w. Garlic Sauce
- L. 3. Chicken w. Mixed Vegetable
- L. 4. Sweet & Sour Chicken
- L. 5. Sweet & Sour Pork
- L. 6.★ Cashew Chicken
- L. 7.★ Shredded Pork w. Hot Sauce & Peanuts
- L. 8. Roast Pork w. Mixed Vegetables
- L. 9. Shrimp w. Mixed Vegetables
- L.10.★ Sauteed Beef, Hunan Style
- L.11. Beef w. Broccoli
- L.12. Mixed Vegetables, Peking Style
- L.13.★ Baby Shrimp w. Hot Black Bean Sauce
- L.14. Chicken & Shrimp w. Straw Mushroom
- L.15.★ Shrimp & Broccoli w. Garlic Sauce
- L.16. Roast Pork Over Rice
- L.17. Roast Duck Over Rice
- L.18. Roast Pork with Duck Over Rice
- L.19. Lo Mein (Pork, Chicken, Beef, Shrimp, Veg.) (No Rice)
- L.20. Mei Fun (Pork, Chicken, Beef, Shrimp, Veg.) (No Rice)
  *(Angel Hoa Noodle)*
- L.30. Beef w. Tomato
- L.31.★ Chinese Eggplant w. Garlic Sauce
- L.32.★ Sauteed Hot & Spicy String Beans
- L.33. Bean Curd Home Style
- L.34.★ Bean Curd Szechuan Style

★ Hot and Spicy Dishes

## OUR CHEF'S SUGGESTIONS

- A. **GRAND MARNIER SHRIMP** ......... 13.95
  *Creamy Sauce.*
- B. ★ **TRIPLE DELIGHT** ......... 12.95
  *Shrimp, scallops & lobster w. garlic sauce & some vegetables.*
- C. **PEKING DUCK (FOR 2)** ......... 32.00
  *Duck served in two courses.*
- D. ★ **DRAGON & PHOENIX** ......... 12.95
  *Shrimp, spicy chicken w. vegetable.*
- E. ★ **PEKING HOT PLATE** ......... 12.95
  *Beef & scallops w. Chef's sauce.*
- F. **THREE KINGS OF THE SEA** ......... 12.95
  *Shrimp, lobster meat & scallops fil only the consistent.*
- G. ★ **HOT CRISPY WHOLE FISH** ......... S.P.
  *Whole fish deep fried until crisp, served w. special hot & sweet sauce (Gee Bass)*
- H. **SUBGUM WONTON,** ......... 12.95
  *Fried wonton, chicken, beef, roast pork, shrimp sauted in brown sauce.*
- I. ★ **GENERAL TSO'S SHRIMP** ......... 13.95
  *Large spicy shrimp w. special sauce.*
- J. ★ **GENERAL TSO'S CHICKEN** ......... 12.95
  *Chunks of chicken sauted w. special sauce.*
- K. ★ **BUTTERFLY SHRIMP** ......... 12.95
  *Shrimp w. spicy onion sauce.*
- L. ★ **SZECHUAN SESAME BEEF** ......... 12.95
  *Filet of beef w. spicy sesame sauce.*
- M. **HOUSE SPECIAL CHICKEN SHUNG** 12.95
- N. **TUNG TING SHRIMP** ......... 12.95
  *Jumbo shrimps, marinated broccoli, mushrooms, ham, bamboo shoots in white sauce.*
- O. **PINEAPPLE CHICKEN** ......... 12.95
  *Slice chicken delicately sauted w. pineapple, snow peas & water chestnuts in light tangy sauce.*
- P. **ROAST PORK & CHINESE BROCCOLI**
  **IN WHITE SAUCE** ......... 10.95
  **CHICKEN OR BEEF** ......... 11.95
  **SCALLOP OR SHRIMP** ......... 13.95
- Q. ★ **ROAST PORK W. ASPARAGUS, BROCCOLI**
  **IN BROWN SPICY SAUCE** ......... 10.95
  **CHICKEN OR BEEF** ......... 11.95
  **SHRIMP OR SCALLOP** ......... 13.95

MADTSS01100913

## SOUP

| | |
|---|---|
| Wonton Egg Drop Soup (mixed) | 1.95 |
| ★ Hot & Sour Soup | 1.95 |
| Fine Egg Noodle Soup w. Wonton | 6.95 |
| Wonton Soup | 1.95 |
| Egg Drop Soup | 1.95 |
| Bean Curd w. Vegetable (for 2) | 4.00 |
| Sun Shien Sizzling Rice (for 2) | 4.00 |
| Minced Chicken Corn Soup (for 2) | 4.00 |

## APPETIZERS

| | |
|---|---|
| Sesame Shrimp Roll (1) | 1.95 |
| Egg Roll (1) | 1.95 |
| Spring Roll (1) (vegetable) | 1.95 |
| Fried or Boiled Dumplings (6) | 4.25 |
| ★ Scallion Pancake | 4.25 |
| Chicken w. Hot Sauce | 3.95 |
| Puffy Fried Shrimp (4) | 4.95 |
| Bar-B-Q Beef | 5.25 |
| Barbecued Spareribs (3) | 9.00 |
| ★ Spicy Cold Vegetable | 3.25 |
| ★ Sesame Noodles | 3.75 |
| ★ Hack Noodles | 4.95 |
| Scallion Pancake | 3.50 |
| Fried Bean Curd | 3.95 |
| Fried Wonton (8) | 3.95 |
| Edamame | 4.00 |

## BARBECUED & SIDE DISHES

| | |
|---|---|
| Roast Pork | 6.95 |
| Roast Duck | 6.95 |
| Smoke Duck | 7.00 |

## DIM SUM MENU

| | |
|---|---|
| Steamed Chicken Bun (3) | 3.75 |
| Steamed Roast Pork Bun (3) | 3.75 |
| Steamed Mushroom with Shrimp (3) | 3.75 |
| Steamed Crystal Shrimp Dumpling (Har Kow) (4) | 4.75 |
| Steamed Bean Curd Skin Roll (Beef) (3) | 4.75 |
| Steamed Shui Mai (4) | 4.75 |

## SALAD

| | |
|---|---|
| Side Order Vegetable Salad | 3.95 |
| Roast Pork Salad | 9.95 |
| Steamed Chicken Salad | 9.95 |
| Shrimp Salad | 11.95 |

## CANTONESE NOODLE SOUP

*(Our Cantonese Wonton, Shrimp & Chicken)*

| | |
|---|---|
| Chow Fun with Roast Pork or Roast Duck or Wonton Soup | 6.95 |
| Mei Fun with Roast Pork or Roast Duck or Wonton Soup | 6.95 |

## CHOW FUN (Flat Rice Noodles)

| | |
|---|---|
| Chow Fun (Chicken, pork, beef, veg. or shrimp) | 9.95 |
| Satay Chow Fun | |
| (Chicken, pork, beef, veg. or shrimp) | 9.95 |

## MEI FUN (Thin Rice Noodle)

| | |
|---|---|
| ★ Singapore Mei Fun (chicken, Shrimp, Pork with Curry) | 10.95 |
| Beef Mei Fun | 10.95 |
| Shrimp Mei Fun | 9.95 |
| Chicken Mei Fun | 9.95 |
| Vegetable Mei Fun | 9.95 |

## RICE & NOODLES

| | |
|---|---|
| Lo Mein (Chicken, Pork, Beef, Veg. or Shrimp) | 6.95 |
| Fried Rice (Chicken, Pork, Beef, Veg. or Shrimp) | 6.95 |
| Subgum Fried Rice | 8.95 |
| (Chicken, Pork, Beef or Vegetable or Shrimp) | |
| ★ Young Chow Fried Rice (No Soy Sauce) | 8.95 |
| Chinese Sausage Fried Rice | 8.95 |

## CHOW MEIN

| | |
|---|---|
| Vegetable Chow Mein | 7.95 |
| Pork Chow Mein | 9.95 |
| Chicken Chow Mein | 9.95 |
| Beef Chow Mein | 9.95 |
| Shrimp Chow Mein | 11.95 |

## CLASSIC

| | |
|---|---|
| Sweet and Sour Pork | 8.95 |
| Sweet and Sour Chicken | 9.95 |
| Sweet and Sour Shrimp | 11.95 |
| Moo Goo Gai Pan | 9.95 |

## DRINKS

| | |
|---|---|
| Coke or Diet Coke | 1.00 |
| Sprite or Diet Sprite | 1.00 |
| Pepsi | 1.00 |
| Gingerale | 1.00 |
| Orange Soda | 1.00 |
| Spring Water | 1.50 |
| Perrier Water | 2.00 |
| Snapple Iced Tea | 2.00 |

★ Hot and Spicy Dishes

## SPECIAL HEALTH & DIET MENU

*Dishes Especially Prepared for Health Conscious Diners*
*Steamed Instead Of No Condiment, No Salt*

| | |
|---|---|
| Steamed Mixed Vegetable | 7.95 |
| Steamed Snow Peas | 8.95 |
| Steamed String Beans | 8.95 |
| Steamed Broccoli | 7.95 |
| Steamed Chicken with Mixed Vegetable | 7.95 |
| Steamed Chicken with Bean Curd | 7.95 |
| Steamed Chicken with Snow Peas | 11.95 |
| Steamed Chicken with String Beans | 11.95 |
| Steamed Chicken with Broccoli | 11.95 |
| Steamed Shrimp with Mixed Vegetable | 11.95 |
| Steamed Shrimp with Snow Peas | 12.95 |
| Steamed Shrimp with String Beans | 12.95 |

## DISHES STEAMED W. SEASONING

| | |
|---|---|
| Steamed Lemon Chicken | 9.95 |
| Steamed Shrimp w. Bean Curd (Chop Garlic) | 13.95 |
| Steamed Sea Bass with Ginger & Scallion | 14.95 |
| Steamed Scallops with Bean Curd | 13.95 |
| Steamed Lobster with Ginger & Scallion | S.P. |
| Steamed Salmon in Black Bean Sauce | 13.95 |

## VEGETARIAN'S CHOICE

| | |
|---|---|
| Moo Shu Vegetable (w. 4 Pancakes) | 7.95 |
| Mixed Vegetables, Home Style | 7.95 |
| ★ Sautéed Hot Spicy String Beans | 8.95 |
| Bean Curd, Szechuan Style | 7.95 |
| ★ Sautéed Broccoli w. Garlic Sauce | 7.95 |
| Sautéed Asparagus | 8.95 |
| Sautéed Eggplant w. Garlic Sauce | 8.95 |
| ★ Chinese Eggplant w. BBQ Sauce | 8.95 |
| Sautéed Chinese Spinach w. Fresh Garlic | 8.95 |

## GRILLED

| | |
|---|---|
| Grilled Daily Fresh Fish | 14.95 |
| Grilled Salmon | 13.95 |
| ★ Fresh Soft Shell Crab in Spicy Ginger & Garlic Sauce or Ginger and Black Bean Sauce | S.P. |

★ Hot and Spicy Dishes

## DESSERTS

| | |
|---|---|
| Sesame Banana (for 2) | 2.95 |
| Sesame Apple (for 2) | 2.95 |
| Pineapple Chunks | 1.50 |
| Almond Cookies (4) | 2.00 |
| Lichees | 1.50 |

## PORK

| | |
|---|---|
| Moo Shu Pork (w. 4 Pancakes) | 8.95 |
| ★ Double Fried Pork | 8.95 |
| Shredded Pork w. Peanuts | 8.95 |
| ★ Shredded Pork w. Ginger & Garlic Sauce | 8.95 |
| Pork w. Scallion | 8.95 |
| Shredded Pork w. Green Pepper | 8.95 |
| Roast Pork w. Mixed Vegetables | 8.95 |

## BEEF

| | |
|---|---|
| Moo Shu Beef (4 Pancakes) | 9.95 |
| Beef w. Snow Pea Pods | 9.95 |
| ★ Beef w. Snow Peppers | 10.95 |
| Beef w. Oyster Sauce | 9.95 |
| ★ Beef w. Ginger & Garlic Sauce | 9.95 |
| ★ Beef w. Hot & Spicy Sauce | 9.95 |
| Beef w. Mixed Vegetables | 9.95 |
| ★ Beef w. Hot Sauce & Peanuts | 9.95 |
| Beef w. Fresh Tomato | 9.95 |

## POULTRY

| | |
|---|---|
| Moo Shu Chicken (w. 4 Pancakes) | 9.95 |
| ★ Chicken & Broccoli w. Ginger & Garlic Sauce | 9.95 |
| Tai-Chien Chicken | 9.95 |
| ★ Orange Chicken | 9.95 |
| ★ Chicken in Hot Sauce w. Peanuts | 9.95 |
| ★ Chicken in Ginger & Garlic Sauce | 9.95 |
| ★ Chicken w. Cashew Nuts | 9.95 |
| Chicken w. Walnuts | 10.95 |
| ★ Chicken w. Snow Peapods | 10.95 |
| White Meat Chicken w. Mixed Veg. | 9.95 |
| ★ Chicken w. Curry Sauce | 9.95 |
| Crispy Duck (half) | 12.95 |

## SEAFOOD

| | |
|---|---|
| Lobster in Black Bean Sauce | S.P. |
| Lobster, Cantonese Style | S.P. |
| ★ Lobster in Hot Spicy Sauce w. Shell (1 1/2 lbs.) | S.P. |
| ★ Shrimp & Broccoli w. Garlic Sauce | 11.95 |
| ★ Shrimp in Hot Spicy Sauce | 11.95 |
| Shrimp w. Garlic Sauce | 11.95 |
| Shrimp in Hot Sauce & Peanuts | 11.95 |
| ★ Shrimp w. Curry Sauce | 11.95 |
| Shrimp w. Lobster Sauce | 11.95 |
| ★ Shrimp w. Pea Pods | 12.95 |
| ★ Shrimp w. Mixed Vegetables | 11.95 |
| Moo Shu Shrimp (w. 4 Pancakes) | 11.95 |
| ★ Scallops w. Cashew Nuts | 11.95 |
| ★ Scallops in Hot Spicy Sauce | 12.95 |
| Scallop w. Mixed Veg. | 12.95 |



# SIX HAPPINESS
### Chinese Restaurant & Noodle House

212.973.0885
212.973.0887

FAST FREE DELIVERY

711 Second Avenue, New York, NY 10016
MONDAY—SATURDAY 11:00 AM—11:00 PM
SUNDAY 12:00 NOON—11:00 PM

Charge Cards Min. $10

© design & printed by theMenuFactory™ 718.591.5701

---

## Noodle Soup
Please Specify Noodles of Your Choice –
4 lo Mein  4 Chow Ho Fun  4 Mei Fun

| | | |
|---|---|---|
| N 1. | Cantonese Wonton w. Vegetable Noodle Soup | 5.75 |
| N 2. | Picked Cabbage w. Pork or Chicken Noodle Soup | 5.75 |
| N 3. | Shredded Chicken w. Vegetable Noodle Soup | 5.75 |
| N 4. | Sliced Beef w. Noodle In Broth | 5.75 |
| N 5. | Roast Pork w. Noodle In Broth | 5.75 |
| N 6. | Vegetable Noodle Soup | 5.75 |
| N 7.K | Curry Flavor Noodle Soup | |
| | Choice of Chicken, Beef, Shrimp or Vegetable. | |
| N 8. | Wonton & Roast Pork w. Vegetable Noodle Soup | 6.25 |
| N 9. | Wonton w. Fish Ball Noodle Soup | 6.95 |
| N10. | Wonton w. Roast Duck Noodle Soup | 6.95 |
| N11. | Wonton w. Seafood Noodle Soup | 6.25 |
| N12. | Roast Duck w. Vegetable Noodle Soup | 6.25 |
| N13. | Seafood w. Vegetable Noodle Soup | 6.95 |
| N14. | Vegetable Noodle Soup | 6.95 |

## Vegetables
Served w. Rice

| | | Pt. | Qt. |
|---|---|---|---|
| 119. | Sauteed Mixed String Beans | 4.65 | 7.55 |
| 120. | Eggplant w. Garlic Sauce | 4.65 | 7.55 |
| 121. | Fried Chicken or Vegetable Pan-Fried Noodle | 4.65 | 7.55 |
| 222. | Sauteed Broccoli in Garlic Sauce | 4.65 | 7.55 |
| 223. | Broccoli, Mushroom & Eggplant w. Garlic Sauce | 4.65 | 7.55 |
| 123. | Green Jade Vegetable | 4.65 | 7.35 |
| | Broccoli, snow peas, string beans. | | |
| 124. | Mixed Vegetables | 4.65 | 7.35 |
| 125. | Sauteed Snow Peas w. Water Chestnuts | 4.65 | 7.55 |
| 126.K | Bean Curd w. Country Style | 4.65 | 7.55 |
| 127. | Bean Curd w. Broccoli & Snow Peas | 4.65 | 7.35 |
| 128. | Sauteed Bean Sprouts | 4.65 | 7.35 |
| 131. | Bean Curd w. Cashew Nuts | 4.65 | 7.35 |
| 132. | Bean Curd w. Black Bean Sauce | 4.65 | 7.35 |
| 133. | Sauteed Chinese Broccoli | | |
| 134. | Sauteed Zucchini | | |
| 135. | Sauteed Spinach | | |
| 134. | Dry Sum w. Oyster Sauce | | |

## Fried Rice
Served w. White Rice & Crispy Noodle

| | | Pt. | Qt. |
|---|---|---|---|
| 155. | Roast Pork Fried Rice | 3.75 | 6.25 |
| 156. | Chicken Fried Rice | 3.75 | 6.25 |
| 157. | Vegetable Fried Rice | 3.75 | 6.25 |
| 158. | Beef or Shrimp Fried Rice | 4.75 | 6.95 |
| 159. | House Special Fried Rice | 4.75 | 6.95 |
| 160. | Young Chow Fried Rice | 4.75 | 6.95 |
| 161. | Lobster Fried Rice | 6.25 | 8.25 |

## Chow Mein
Served w. White Rice or Crispy Noodle

| | | Pt. | Qt. |
|---|---|---|---|
| 142. | Chicken Chow Mein | 5.25 | 8.35 |
| 143. | Roast Pork Chow Mein | 5.25 | 8.35 |
| 144. | Vegetable Chow Mein (no meat) | 5.25 | 8.35 |
| 145. | Fresh Shrimp Chow Mein | 5.75 | 8.95 |
| 146. | Beef Chow Mein | 5.75 | 8.95 |
| 147. | House Special Chow Mein | 5.75 | 8.95 |
| 148. | Lobster Chow Mein | 6.25 | 9.95 |

---

## Steamed Platters $7.95
Dishes Especially Prepared for Health-conscious Diner
Steamed without Oil, No Corn Starch, No Salt, No M.S.G.
Choice of Sauce on the Side – Brown Sauce, Garlic Sauce, White Sauce,
Black Bean Sauce, Ginger Sauce or Fresh Garlic Sauce

Choose 4 items from the following selections –

| | | | | |
|---|---|---|---|---|
| D 1. Baby Carrot | D 2. Tofu | D 3. Broccoli | D 4. Spinach | |
| D 5. Asparagus | D 6. Mushrooms | D 7. String Bean | | |
| D 8. Baby Corn | D 9. Bok Choy | D10. Snow Pea Pods | | |
| D11. Zucchini | D12. Water Chestnuts | D13. Choy Sum | | |

**Sea Delight**

| | | |
|---|---|---|
| Sliced White Meat Chicken | 3.50 | 9 pc. Jumbo Shrimp  3.50 |
| 5 pcs. Jumbo Shrimp, 6 Chicken Combo | 3.50 | |
| 4 pcs. Jumbo Shrimp, Chicken & Beef Combo | 4.25 | |
| Scallop only  5.50 | Scallops & Shrimp  4.25 | |

## Mei Fun or Chow Ho Fun

| | | |
|---|---|---|
| 149. | Vegetable | 6.55 |
| 151. | Roast Pork or Chicken | 6.55 |
| 152. | Shrimp or Beef | 6.75 |
| 153. | House Special | 6.75 |
| 154. | Roast Pork or Chicken or Vegetable Pan-Fried Noodle | 6.75 |
| 154.K | Singapore Style Mei Fun (Rice Noodle) | 6.25 |
| 155. | Pan-Fried Noodle w. Seafood or House Special | 8.55 |
| 156. | Seafood Combo | 8.55 |

## Lo Mein

| | | Pt. | Qt. |
|---|---|---|---|
| 157. | Roast Pork, Chicken or Vegetable | 3.75 | 6.25 |
| 158. | Vegetable Lo mein | 3.75 | 6.25 |
| 159. | Shrimp or Beef Lo Mein | 4.75 | 6.95 |
| 160. | House Special Lo Mein | 4.75 | 6.95 |
| 161. | Lobster Lo Mein | 6.25 | 8.25 |

## SPECIAL COMBO PLATTERS  7.35
Served w. Pork Fried Rice or White Rice & Egg Roll

| | | |
|---|---|---|
| C 1. | Chicken or Pork Chow Mein | |
| C 2. | Shrimp or Beef Chow Mein | |
| C 3. | Pepper Steak w. Onion | |
| C 4. | Shrimp w. Lobster Sauce | |
| C 5. | Bar-B-Q Spareribs | |
| C 6. | Bar-B-Q Spareribs | |
| C 7. | Sweet & Sour Chicken or Pork | |
| C 8. | Beef, Chicken or Pork w. Broccoli | |
| C 9. | Diced Chicken w. Shrimp Combo | |
| C10.K | Shrimp w. Mixed Vegetable In Garlic Sauce | |
| C11.K | Broccoli w. Garlic Sauce | |
| C12.K | Chicken w. Garlic Sauce | |
| C13. | Egg Foo Young Chicken or Pork | |
| C14.K | General Tso's Chicken | |
| C15. | Boneless Ribs | |
| C16.K | Shrimp w. Garlic Sauce w. Chicken or Beef | |

### We Do Not Use M.S.G.
### in the Preparation of Our Food

---

## LUNCH SPECIAL
11:00 am – 4:00 pm
Served w. Pork Fried Rice or Brown Rice or White Rice or Soup
–Wonton, Egg Drop or Hot & Sour Soup or Egg Roll

| | | |
|---|---|---|
| L 1. | Sauteed Broccoli w. Garlic Sauce | 5.55 |
| L 2. | Mixed Vegetables | 5.55 |
| L 3. | Dried Sauteed String Beans | 5.55 |
| L 4. | Sauteed Broccoli w. Bean Curd | 5.55 |
| L 5. | Sweet & Sour Chicken | 5.55 |
| L 6. | Chow Fun | 5.55 |
| | Choice of Pork, Chicken, Pork or Beef | |
| L 7. | Mei Noodles | 5.55 |
| | Choice of Pork, Chicken, Shrimp or Beef | |
| L 8. | Double Sauteed Sliced Pork | 5.55 |
| L 9. | Shredded Pork w. Garlic Sauce | 5.55 |
| L10. | Sweet & Sour Pork | 5.55 |
| L11. | Sliced Pork w. Hunan Style | 5.55 |
| L12. | Sliced Pork w. Garlic Sauce | 5.55 |
| L13. | Chicken w. Curry Sauce | 5.55 |
| L14. | Diced Chicken w. Cashew Nuts | 5.55 |
| L15. | Diced Chicken w. Peanuts | 5.55 |
| L16. | Sauteed Chicken w. Baby Shrimp | 5.55 |
| L17. | Chicken w. Broccoli | 5.95 |
| L18. | Sliced Chicken w. Mixed Vegetable | 5.95 |
| L19. | Shredded Chicken w. String Beans | 5.95 |
| L20. | General Tso's Chicken (White Meat) | 5.95 |
| L21. | Orange Flavor Chicken (White Meat) | 5.95 |
| L22. | Sweet & Sour Chicken | 5.95 |
| L23. | Sesame Chicken (White Meat) | 5.95 |
| L24. | Sliced Beef w. Broccoli | 5.95 |
| L25. | Sliced Beef w. Snow Peas | 5.95 |
| L26. | Pepper Steak | 5.95 |
| L27. | Sliced Beef Hunan Style | 5.95 |
| L28. | Shredded Beef w. String Beans | 5.95 |
| L29. | Shredded Beef, Szechuan Style | 5.95 |
| L30. | Baby Shrimp w. Bean Curd | 5.95 |
| L31. | Baby Shrimp w. Curry Sauce | 5.95 |
| L32. | Baby Shrimp w. Peanuts | 5.95 |
| L33. | Baby Shrimp w. String Beans | 5.95 |
| L34. | Baby Shrimp w. Cashew Nuts | 5.95 |
| L35. | Baby Shrimp w. Black Bean Sauce | 6.25 |
| L36. | Jumbo Shrimp w. Broccoli | 6.25 |
| L37. | Jumbo Shrimp w. Mixed Vegetables | 6.25 |
| L38. | Jumbo Shrimp w. Lobster Sauce | 6.25 |
| L39. | Jumbo Shrimp, Hunan Style | 6.25 |
| L40. | Jumbo Shrimp, Hunan Style | 6.25 |
| L41. | General Tso's Chicken | 6.25 |
| L42. | Bar-B-Q Spareribs | 6.25 |

MADTSS01100915



MADTSS01100916

## Soup

1. Miso Soup 2
   Wakame seaweed, tofu & shitake mushroom.
2. Sunk Chsu 3
   Hot & sour soup w. bean sprout, celery, mushroom, tomatoes, & pineapple. Your choice of chicken, shrimp or vegetable.
3. Lu Sa Tom 4
   Curry shrimp soup w. coconut milk.
4. Lu SuGa 4
   Curry chicken soup w. coconut milk.
5. House Special Shrimp Wonton Soup 5

## Salad

6. Green Salad w. Ginger Dressing 5
   Iceberg, cucumber w. savory ginger sauce.
7. Mango & Grilled Chicken Salad 7.5
   Chicken under sautéed w. mini beans, green chili peppers, pineapple & scallions, served w. fresh green lettuce.
8. House Duck Salad 7.5
9. Japanese Seaweed Salad 5
10. Dotopus Salad 7

11. Edamame 5
12. Roll Kaga 6.5
    Indico pancake w. curry chicken sauce.
13. Chicken Wrap 6.5
    Chicken order sautéed w. mini beans, green chili peppers, pineapple & scallions, served w. fresh green lettuce.
14. Chicken or Beef Satay 7.5
15. Duck Spring Roll 5.5
16. Vegetable Spring Roll w. Plum Sauce 5
17. Shrimp & Vegetable Tempura 11
18. Rock Shrimp Tempura 11
19. Crispy Calamari 7
    Served w. sweet & spicy chili sauce.
20. Ogara 5
    Steamed or pan-fried Japanese pork dumpling.
21. Vegetable Gyoza 5
    Steamed or pan-fried.
22. Jumbo Shumai 5
23. Grilled Eggplant w. Thai Basil Sauce 8

## Almost Japanese

24. Tuna Tartar 13
25. Sashimi Salsa 13
    Shrimp, snow crab, octopus & whitefish.
26. Fresh Yellowtail w. Serrano Chili 14
27. Pepper Crusted Tuna 17
    With peppery sprout & onion dressing.
28. Sashimi Wrap 11
    Tuna, salmon or white tuna wrapped by water seaweed, served w. dill dipping sauce.
29. Sashimi Cucumber Roll 10
    Tuna, salmon, whitefish, crab stick & tobiko.

### Sushi or Sashimi Order by Piece

| | |
|---|---|
| Tuna 2.75 | Eel Avocado 2.75 |
| Spicy Tuna 2.75 | Sea Eel 2.75 |
| Seared Tuna 2.75 | Spanish Mackerel 2.50 |
| White Tuna 2.75 | Sea Scallop 2.75 |
| Toro M/P | Sweet Shrimp 2.75 |
| Salmon 2.75 | Live Scallop M/P |
| Seared Salmon 2.75 | Live Orange Clam M/P |
| Smoked Salmon 2.75 | Flying Fish Roe 2.75 |
| Salmon Roe 2.75 | Sea Urchin 4.25 |
| Yellowtail 2.75 | Squid 2.25 |
| Eel 2.75 | Octopus 2.50 |
| | Striped Bass 2.75 |
| | Red Snapper 2.75 |
| | Mackerel 2.75 |
| | Crab Stick 2.75 |
| | King Crab 3.75 |
| | Fluke 2.75 |
| | Omelette 1.75 |

### Sushi Bar Entree

30. Sushi Classic 18
    Tuna, red & 3 pcs of tobiko, 2 pc. each of tuna & salmon, 1 pc. each of yellowtail, whitefish, shrimp, mackerel & tobiko.
31. Sashimi Classic 23
    3 pcs. each of tuna, salmon, whitefish, 2 pc. each of yellowtail & mackerel, 1 pc. each of salmon roe & snow crab.
32. Chirashi 17
    A variety of sashimi over sushi rice.
33. Roll Classic 13
    Yellowtail scallion, tuna avocado & California roll.
34. Roll Aquamarine 16
    Eel avocado, spicy tuna & tuna avocado.
35. Sushi & Sashimi Platter for One 25
    9 pcs. of sashimi, 4 pcs. of sushi & a salmon avocado roll.
36. Sushi & Sashimi Platter for Two 48
    2 pcs. each of salmon, yellowtail, whitefish, shrimp, mackerel, scallop & salmon roe & 6 pcs. of futo maki.
37. Sushi for Two 44
    2 pcs. each of tuna, salmon, yellowtail, whitefish, shrimp, mackerel, scallop & salmon roe & 6 pcs. of futo maki.

## Classic Roll

| | | | |
|---|---|---|---|
| R1. | Tuna 4.75 | R16. | Salmon Avocado or Cucumber 5.25 |
| R2. | Salmon 4.75 | R17. | Yellowtail Jalapeno 5.25 |
| R3. | Salmon Jalapeno 5.25 | R18. | California 4.75 |
| R4. | Eel Avocado 5.25 | R19. | Philadelphia 6.25 |
| R5. | Boston 5.75 | R20. | Fried Oyster Roll 6.25 |
| R6. | Alaska 5.25 | R21. | Shrimp Tempura 6.75 |
| R7. | Salmon Skin 4.75 | R22. | Spicy Snow Crab 5.75 |
| R8. | Soft Shell Crab w. Tobiko 8.75 | R23. | Rainbow Roll 11.75 |
| R9. | Tuna Scallion 8.25 | R24. | Crunchy Spicy Salmon 6.25 |
| R10. | Crunchy Spicy Tuna 6.25 | R26. | Avocado Roll 3.75 |
| R11. | Crunchy Spicy Yellowtail 6.25 | R27. | Cucumber Roll 3.75 |
| R12. | Vegetable Roll 5.25 | R28. | Futo Maki 6.25 |
| R13. | Sweet Potato Roll 4.25 | | |
| R14. | Shiitake Roll 4.25 | | |
| R15. | Tuna Avocado or Cucumber 5.25 | | |

## Aquamarine Special Roll

¢ Hot and Spicy

R29. Santa Chaser Roll 16
    Crunch spicy snow crab topped w. red & white tuna.
R30. Hawaiian Roll 13
    Salmon & pineapple roll topped w. avocado & spicy mayo.
R31. Valentine Roll 13
    Tuna & avocado & seaweed salad topped w. strawberry.
R32. Old Country Roll 13
    Shrimp tempura roll, salmon, flower & onion, sprinkled w. crunch flakes.
R33. Tropical Roll 14
    Salmon avocado w. fresh mango, eel & wasabi tobiko on top.
R34. Buffalo Roll 14
    Spicy chicken tempura roll topped w. spicy tuna, chili pepper sprinkled on top.
R35. Manhattan Roll 14
    Shrimp tempura, crab meat, cucumber, tuna, spicy mayo & eel tobiko.
R36. Dynamite Roll 15
    Baked scallop, salmon, topped w. crunchy spicy snow crab.
R37. Lady Lobster Roll 17
    Lobster tempura, eel, tobiko, wasabi tobiko, avocado, cucumber & spicy mayo rolled w. pink soy paper.

## Entrée

38. Tropical Mango Chicken or Jumbo Shrimp 14/17
    With bell pepper in chef's special sauce.
39. King of the Sea 27
    Shrimp, scallop, fish in w. bell pepper, asparagus, onions & scallion in butter sauce.
40. Curry Seafood 19
    Shrimp, scallop, salmon w. eggplant, mushrooms, string beans, potatoes & bean curd.
41. Crispy Thai Red Snapper or Chilean Sea Bass 18/20
    With bell peppers, onions, asparagus & pineapple in red chili sauce.
42. Seafood Jumbo Shrimp w. Red Curry 17
    With basil leaves, bean curd, eggplant, mushrooms & okra.
43. Chilean Sea Bass w. Black Bean Sauce 20
    Steamed sea bass w. shredded ginger, chives, peppers in black bean sauce.
44. Salmon or Chicken w. Special Sauce 17
    With tomatoes, pineapple, onions, yard long beans & eggplant in spicy red sauce.
45. Chicken or Beef w. Satay Sauce 13/17
    Chicken or beef sautéed w. yard long beans, sweet pea, onions & peppers in a peanut sauce.
46. Seafood Chicken or Beef w. Basil Leaves 13/17
    Thai style chicken or beef sautéed w. broccoli, onions, peppers, yard long beans & basil leaves.
47. Sizzling Jumbo Shrimp or Chilean Sea Bass 18/20
    With sweet peas, asparagus, onions & peppers in red chili sauce.
48. Sizzling Double Delight 22
    With sweet peas, onions, asparagus & peppers in red chili sauce.
49. Shrimp's Steak in Crispy Taro Basket 18
    Shrimp & chunks of tender beef steak sautéed w. mushrooms, sweet peas, pepper & asparagus garnished w. cashew nuts.
50. Sizzling Tender Beef w. XO Sauce 15
    With fresh peppers, onions, scallion & black beans in chef's special brown sauce.
51. Sizzling Salmon Steak 17
    With peppers, onions, asparagus & sweet peas in red chili sauce.
52. Sizzling Jumbo Shrimp w. Satay Sauce 17
    With sweet peas, onions & peppers in peanut sauce.
53. Seafood Chicken, Beef or Shrimp w.
54. Spicy Shrimp Pasta 11/13/17
    With your choice of eggplant, broccoli or asparagus.
54. Crispy Jumbo Shrimp w. Walnuts 20
    With honey peas, cantaloupe & seaweed broccoli w. chef's special mayonnaise sauce.
55. Saigon Grilled Pork Chop 9
    Grilled pork chops, served w. Vietnamese sweet & sour sauce.
56. Thai Curry Chicken or Beef 13/17
    With eggplant, yard long beans, bean curd, basil & fried potatoes in a spicy curry sauce.
57. Seafood Chicken or Beef w. Lemongrass 13/17
    With green & red peppers, sweet pea, broccoli & onions.

## Fried Rice

81. Pineapple Shrimp Fried Rice  10
82. Duck Fried Rice  10
83. Chicken Fried Rice  10
84. Vegetable Fried Rice  10

## Noodle Soup

77. 🌶 Curry Chicken & Shrimp Noodle Soup  11
78. 🌶 Curry Grilled Chicken Noodle Soup  9
79. 🌶 Seafood Udon Soup  11
Shrimp, scallops, clean spinach & Crab meat broccoli.
80. 🌶 Tempura Udon Soup  9

## Stir-Fried Noodle

73. Japanese Yaki Udon  10
Choice of shrimp, chicken or vegetable.
74. 🌶 Thai Vermicelli  10
Choice of shrimp, chicken, duck or vegetable.
75. Malaysian Flat Noodle  10
Choice of shrimp, chicken, duck or vegetable.
76. 🌶 Pad Thai  11
Choice of shrimp, duck, chicken or vegetable.

## Vegetable

65. 🌶 Asparagus & Vert Long Beans Thai Style  10
66. Sauteed Asian Vegetable Thai Style  10
67. 🌶 Mild Curry Vegetable & Tofu Casserole  10
68. 🌶 Sauteed Broccoli Thai Style  10
69. 🌶 Sauteed Okra w. Spicy Shrimp Paste  11
70. 🌶 Sauteed String Beans w. Spicy Shrimp Paste  10
71. 🌶 Sauteed Eggplant & Tofu Malaysian Style  10
72. Sizzling Tofu Delight  12

## Tempura

62. Shrimp (6)  15
63. Vegetable  11
64. Shrimp (4) & Vegetable  15

## Teriyaki

58. Chicken  13
59. Salmon  18
60. Beef  18
61. Shrimp  18

---

713 Second Ave. Btwl. 38th & 39th St.,
212-297-1880

ZAGAT RATED

Offering reasonably priced sushi and sizzling platters,
this new Murray Hill Japanese fusion practitioner is
keeping up with the current vogue for splashy Asian
decor: its modern design employs the liberal use of
pebbles, seashells and birch with a soothing water
wall as its centerpiece.

---

## Side Order

White or Brown Rice  /
Sushi Rice  2

## Desserts & Beverages

Ice Cream  4
Soda  /.5
Sparkling Water (12 oz.) 5.5  (12 oz.) 3
Poland Spring (1/2 Liter)  1.5

---

ASIAN CUISINE · SUSHI BAR · COCKTAIL LOUNGE

---

## L1. Lunch Platter  $10

Served with Miso Soup & Salad

| | | | |
|---|---|---|---|
| Gyoza | Tofu | Rice | Soup | Salad |

Your Choice of Entree
A.  Sting Chicken
B.  Pad Thai Chicken, Shrimp or Vegetable
C.  Sashimi
D.  Sushi
E.  Tempura
F.  Teriyaki Chicken, Beef or Salmon   Fruit

## Sushi Bar Lunch

L2. Any Two Roll  $8 · L3. Any Three Roll  $10
Choose From—
Tuna / California / Salmon Avocado / Tuna Avocado / Yellowtail Scallion
Spicy Tuna Crunch / Spicy Salmon Crunch / Spicy Yellowtail Crunch
Salmon Skin / Eel Avocado / Philadelphia / Alaska / Boston
Veggie Tempura / Kani Cucumber / Shrimp Cucumber
Avocado / Cucumber / AAC

L4. Sushi Lunch  //
7 pcs. of sushi & a California roll.

L5. Sashimi Lunch  /2
11 pcs. of assorted sashimi.

L6. Chirashi Lunch  /3
11 pcs. of assorted sashimi
w. sushi rice on the side.

L7. Sushi & Sashimi Lunch  /3
7 pcs. of sashimi, 3 pcs. of sushi & a
California roll.

## Lunch Over Rice  $7.5

Served with Soup or Salad

L8. 🌶 Sauteed Sauce
With chicken, beef, shrimp
or scallops.

L9. 🌶 Thai Curry Sauce
Vegetable & tofu / shrimp or
scallop or chicken or beef.

L10.  Thai Sesame Peanut Sauce
Chicken/beef/shrimp or scallops.

L11.  Thai & Sesame Brown Sauce
Chicken or beef & broccoli
or eggplant.

L12.  Thai Mango Chicken or Shrimp

## L13. Stir-Fried Noodle  $7.5

Served with Hot & Sour Soup or Salad
Your Choice of — Pad Thai / Flat Noodle / Vermicelli / Udon
With chicken, shrimp or vegetable.

## L14. Light Lunch

Choose Your Salad Plus — a California Roll or Spicy Salmon Roll
Ⓐ Field Green Salad  8
Ⓑ Mango & Grilled Chicken Salad  10
Ⓒ Duck Salad w. Greens  10

---

DESIGN & PRINTED BY M2 GRAPHICS & OFFSET 516.555.6078    1963

---

ASIAN CUISINE · SUSHI BAR · COCKTAIL LOUNGE

Grand Opening

ZAGAT RATED

713 Second Avenue
New York, NY
tel. 212.297.1880
fax. 212.297.1883

We Deliver

Lunch 11:30AM – 3:30PM · Dinner 5:00PM – 11:30PM

---

MADTSS01100918



# AQUAMARINE

**ASIAN CUISINE ● SUSHI BAR ● COCKTAIL LOUNGE**

**WE DELIVER**
major credit cards accepted

212.297.1880
212.297.1883

713 Second Avenue
btwn. 38th & 39th

*Grand Opening*
LUNCH 11:30–3:30 / DINNER 5–11:30

design & printed by themenufactory [718.591.6701]

---

## L1 LUNCH PLATTER $10

**Your Choice of Entree:**

| | Gyoza | Tofu | | Salad |
|--|--|--|--|--|
| | A | Satay Chicken | | |
| Rice | B | Pad Thai Chicken, Shrimp or Vegetable | | |
| | C | Sashimi | | |
| | D | Sushi | | Fruit |
| Soup | E | Tempura | | |
| | F | Teriyaki Chicken, Beef or Salmon | | |

## SUSHI BAR LUNCH
Served with Miso Soup & Salad

L2 Any Two Roll $9   L3 Any Three Roll $10

Choose from –

Tuna / California / Salmon Avocado / Tuna Avocado / Yellowtail Scallion
Spicy Tuna Crunch / Spicy Salmon Crunch / Spicy Yellowtail Crunch
Salmon Skin / Eel Avocado / Philadelphia / Alaska / Boston
Veggie Tempura / Kani Cucumber / Shrimp Cucumber
Avocado / Cucumber / AAC

L4  Sushi Lunch  11
       7 pcs sushi & a California roll

L5  Sashimi Lunch  12
       11 pcs assorted sashimi

16  Chirashi Lunch  13
       11 pcs. assorted sashimi w/ sushi
       rice on the side

17  Sushi & Sashimi Lunch  15
       7 pcs sashimi, 3 pcs sushi & a
       California roll

## LUNCH OVER RICE $7.50
Served with Soup or Salad

L8  Sambal Sauce
       With Chicken, Beef, Shrimp or Scallops

L9  Thai Curry Sauce
       Vegetable & Tofu / Shrimp or Scallops
       Chicken or Beef

L10  Thai Sesame Peanut Sauce
        Chicken / Beef / Shrimp or Scallops

L11  Thai Sesame Brown Sauce
        Chicken or Beef w/ broccoli or eggplant

L12  Thai Mango Chicken or Shrimp

## L13 STIR-FRIED NOODLE $7.50
Served with Hot & Sour Soup or Salad
Your Choice of – Pad Thai / Flat Noodle
Vermicelli / Udon
With Chicken, Shrimp or Vegetable

## L14 LIGHT LUNCH
Choose Your Salad Plate – a California Roll or Spicy Salmon Roll

⑮  Field Green Salad  8

⑯  Mango & Grilled Chicken Salad  10

⑰  Duck Salad w/ Greens  10

---

## TERIYAKI
56 · Chicken  13        58 · Beef  18
57 · Salmon  18        59 · Shrimp  18

## TEMPURA
60  Shrimp (6)  15
61  Vegetable  11
62  Shrimp (4) & Vegetable  15

## VEGETABLE
63 · Asparagus & Yard Long Beans Thai Style  10
64  Sauteed Asian Vegetable Thai Style  10
65  Mild Curry Vegetable & Tofu Casserole  10
66  Sauteed Broccoli Thai Style  10
67  Sauteed Chive w/ Spicy Shrimp Paste  10
68  Sauteed String Beans w/ Spicy Shrimp Paste  10
69  Sauteed Eggplant & Tofu Malaysian Style  10
70  Sizzling Tofu Delight  12

## STIR-FRIED NOODLE
71  Japanese Yaki Udon  9
       Order of shrimp, chicken or vegetable
72  Thai Vermicelli  10
       Order of shrimp, chicken, duck or vegetable
73  Malaysian Flat Noodle  10
       Order of shrimp, chicken, duck or vegetable
74  Pad Thai  9
       Order of shrimp, duck, chicken or vegetable

## NOODLE SOUP
75  Curry Chicken & Shrimp Noodle Soup  9
76  Curry Grilled Chicken Noodle Soup  9
77  Seafood Udon Soup  11
       Shrimp, scallops, spinach & bean sprout
78  Tempura Udon Soup  9

## FRIED RICE
79  Pineapple Shrimp Fried Rice  10
80  Duck Fried Rice  10
81  Chicken Fried Rice  10
82  Vegetable Fried Rice  10

---

## AQUAMARINE

**ASIAN CUISINE ● SUSHI BAR
& COCKTAIL LOUNGE**

**WE DELIVER**
212.297.1880
212.297.1883

### SIDE ORDER
White or Brown Rice  1
Sushi Rice  2

### DESSERTS & BEVERAGES
Ice Cream  4
Soda  1.5
Sparkling Water  .20 or .55 / 1.2 or .5
Poland Spring  1/2 liter 1.5 v

## SOUP

1 Miso Soup 2 — Wakame seaweed, tofu & shiitake mushrooms
2 Canh Chua 3 — Hot & sour soup w/ bean sprout, celery, mushrooms, tomatoes & pineapple
3 Tom Ka Soup 4 — Your choice of chicken, shrimp or vegetable
4 La Sa Tom 4 — Curry shrimp soup w/ coconut milk
5 La Sa Ga 4 — Curry chicken soup w/ coconut milk
5 House Special Shrimp Wonton Soup 5

## SALAD

6 Green Salad w/ Ginger Dressing 5
7 Mango & Grilled Chicken Salad 7.5
8 House Duck Salad 7.5
9 Japanese Seaweed Salad 5
10 Octopus Salad 7

## APPETIZERS

11 Edamame 5
12 Roti Saga 5.5 — Indian pancake w/ curry chicken sauce
13 Chicken Wrap 6.5
14 Chicken or Beef Satay 7.5
15 Duck Spring Roll 5.5
16 Vegetable Spring Roll w/ Plum Sauce 5
17 Shrimp & Vegetable Tempura 8.5
18 Rock Shrimp Tempura 11
19 Crispy Calamari 8
20 Gyoza 5
21 Vegetable Gyoza 5
22 Jumbo Shumai 6

## COLD DISHES

23 Tuna Tartar 12
24 Sashimi Salsa 12
25 Yellowtail w/ Serrano Chili 13
26 Pepper Crusted Tuna 14
27 Sashimi Wrap 9

## SUSHI OR SASHIMI

| | |
|---|---|
| Tuna 2.75 | Eel 2.75 |
| Kani (Crab) 4 | Yellowtail 2.75 |
| Salmon 2.75 | Octopus 2.75 |
| Mackerel 2.25 | Striped Bass 2.75 |
| Fluke 2.75 | Flying Fish Roe 2.75 |
| Scallop 2.75 | Shrimp 2.25 |
| Spicy Tuna 2.75 | Sea Urchin 4.25 |
| White Tuna 2.75 | Salmon Roe 2.75 |
| Smoked Salmon 2.75 | Omelette 1.75 |

## SUSHI BAR ENTREE

28 Sushi Classic 19
29 Sashimi Classic 23

## AQUAMARINE PLATTER

30 Chirashi 17
31 Roll Classic 13
32 Rock Shrimp Tempura Roll
33 Sushi & Sashimi Platter for One 25
34 Sushi Sashimi Platter for Two 46
35 Sushi for Two 44

## CLASSIC ROLL

R1 Tuna 4.75
R2 Salmon 4.75
R3 Salmon Jalapeno 5.25
R4 Eel Avocado 5.25
R5 Boston 4.75
R6 Alaska 5.25
R7 Salmon Skin 4.75
R8 Soft Shell Crab w/ Gobo 8.75
R9 Toro Scallion 8.5
R10 Crunch Spicy Tuna 6.25
R11 Crunch Spicy Yellowtail 6.25
R12 Vegetable Roll 5.25
R13 Sweet Potato Roll 4.25
R14 Shiitake Roll 4.25
R15 Tuna Avocado or Cucumber 5.25
R16 Salmon Avocado or Cucumber 5.25
R17 Yellowtail Jalapeno 5.25
R18 California 4.75
R19 Philadelphia 5.25
R20 Fried Oyster Roll 6.25
R21 Shrimp Tempura 6.75
R22 Spicy Snow Crab 5.75
R23 Rainbow Roll 11.75
R24 Crunch Spicy Salmon 6.25
R25 King Crab Avocado in Wasabi Tobiko 7.75
R26 Avocado Roll 3.75
R27 Cucumber Roll 3.75
R28 Futo Maki 6.25

## AQUAMARINE SPECIAL ROLL

R29 Santa Claus Roll 16
R30 Hawaiian Roll 13
R31 Valentine Roll 13
R32 Old Country Roll 16
R33 Tropical Roll 12
R34 Buffalo Roll 14
R35 Manhattan Roll 14
R36 Oyamma Roll 15
R37 Lady Lobster Roll 19

## ENTREE

37 Beef Mango Chicken or Jumbo Shrimp 14/17
38 Curry Seafood Casserole 19
39 Thai Red Snapper or Chilean Sea Bass 18/20
40 Sauteed Jumbo Shrimp w/ Red Curry 17
41 Chilean Sea Bass w/ Black Bean Sauce 20
42 Salmon or Shrimp w/ Sambal Sauce 17
43 Chicken or Beef w/ Satay Sauce 10/11
44 Sauteed Chicken or Beef w/ Lemon Grass or Basil 10/11
45 Sizzling Jumbo Shrimp or Chilean Sea Bass 17/20
46 Sizzling Double Delight 22
47 Shrimp & Chicken in Crispy Taro Basket 18
48 Sizzling Tender Beef w/ XO Sauce 15
49 Sizzling Salmon Steak 17
50 Sizzling Jumbo Shrimp w/ Satay Sauce 17
51 Sauteed Chicken or Beef w/ Spicy Shrimp Paste 11/13
52 Thai Style Shrimp w/ Asparagus or Eggplant 17
53 Crispy Jumbo Shrimp w/ Walnuts 20
54 Vietnamese Grilled Pork Chop 9
55 Thai Curry Chicken or Beef 10/11



Order on Line
www.PortofinoPasta.com

# PORTOFINO
## PIZZA RESTAURANT

### FINE ITALIAN FOOD

Appetizers ◊ Soups ◊ Salads,
Sandwiches ◊ Heros ◊ Pizza ◊ Pasta,
Grill ◊ Burgers ◊ Clubs ◊ Gyros

## 1091 Second Ave.
(Bet. 57th & 58th Street)

TEL.(212)355-2501
FAX.(212)813-1603

Corporate Charge Accounts are Welcome
Catering for all Occasions

Where knowing your orders. Please write your name,
address, and phone number.

### FREE DELIVERY
(Minimum $6.00)

### DELIVERY HOURS
Mon.-Fri.:10:30AM - 10:24PM
Sat. & Sun.: 11:00AM-12:30PM

WWW.PORTOFINOPASTA.COM

© Copyright Printed by S & J Press Co.

---

## THE PIZZA MADNESS

| | 10" | 14" | 18" |
|---|---|---|---|
| Classic Pizza (Tomato Sauce & Cheese) | $5.50 | $9.95 | $11.95 |
| Sicilian Pizza (Tomato Sauce & Cheese) | | $12.95 | $15.95 |
| Bianca (Ricotta & mozzarella cheese, no sauce) | $7.00 | $11.95 | $16.85 |
| Basil (Tomato sauce, basil, cheese) | $5.95 | $11.95 | $13.95 |
| Regular Topping: Green Pepper, Mushroom, Black Olives, Onions, Hot Cherry Peppers, Broccoli, Spinach, Eggplant, Fresh Garlic, Fresh Tomato | $1.00 | $2.00 | $2.50 |
| Special Toppings: Fresh Mozzarella, Anchovies Roast, Sun-Dried Tomatoes, Feta Cheese, Prosciutto, Bacon, Ham, Salami. | | | |

## SPECIAL PIZZA

| | 10" | 14" | 18" |
|---|---|---|---|
| 81. | Margherita Pizza Fresh mozz., fresh basil, (crushed tomato for sauce) | $7.95 | $13.95 | $16.95 |
| 82. | Spinach Bianca Spinach, cheese, ricotta cheese (no sauce) | $7.95 | $13.95 | $16.95 |
| 83. | Caprese Pizza Fresh mozzarella cheese, fresh tomatoes, fresh basil, sauce & cheese | $8.50 | $14.50 | $17.50 |
| 84. | Portobello Pizza Onions, Portobello mushrooms, sauce and cheese | $8.50 | $14.50 | $17.50 |
| 85. | Arrabiata Pizza Black olives, mushroom, hot cherry peppers, sauce & cheese | $8.50 | $14.50 | $17.50 |
| 86. | Quatro Stagione Pizza Broccoli, fresh tomatoes, fresh basil, fresh garlic, sauce and cheese. | $8.50 | $14.50 | $17.50 |
| 87. | Verona Pizza Artichoke hearts, sun-dried tomatoes, fresh basil, sauce and cheese. | $8.50 | $14.50 | $17.50 |
| 88. | Veggie Feast Pizza Fresh green peppers, onions, fresh mushrooms, black olives, extra cheese & sauce | $8.95 | $18.95 | $19.95 |
| 89. | Sausage Combo Italian sweet sausage, onions, green peppers, sauce & cheese | $8.50 | $14.50 | $17.50 |
| 90. | Sorrentina Pizza Eggplant, ricotta, fresh basil, fresh mozzarella cheese & sauce | $8.50 | $14.50 | $17.50 |
| 91. | Florentina Pizza Chicken, spinach, fresh mozzarella, fresh garlic, sauce & cheese. | $8.95 | $18.95 | $18.50 |
| 92. | Delicpuess Pizza Meatball, onions, fresh garlic, sauce & cheese. | $8.50 | $14.50 | $17.50 |
| 93. | Hawaiian Pizza Pineapple &ham, fresh mozzarella cheese & sauce | $8.50 | $14.50 | $17.50 |
| 94. | Portofino Special Pizza Chicken cutlet, fresh tomatoes, green peppers, onions and italian herbs, sauce & cheese. | $9.95 | $18.95 | $19.95 |
| 95. | Meat Feast Pizza Pepperoni, italian sausage, ham, meat ball, extra cheese & sauce. | $9.95 | $18.95 | $19.95 |
| 96. | Broccciilna Pizza Chopped fresh tomatoes, fresh garlic, fresh basil, fresh mozzarella (no sauce) | $8.95 | $19.95 | $17.95 |
| 97. | Chicken Marsala Pizza Sautéed boneless chicken, mushrooms, marsala wine, blend of herbs, sauce and cheese | $8.50 | $14.50 | $17.50 |
| 98. | Baked Ziti Pizza | $8.50 | $14.50 | $17.50 |
| 99. | Taco Pizza Bacon, meatball, hot cherry peppers, american cheese, sauce and cheese | $9.50 | $14.50 | $17.50 |

## CALZONES

| | |
|---|---|
| 100. | Classic Calzone Stuffed with Mozzarella Cheese and Ricotta ... $4.50 |
| 101. | Spinach Calzone Sautéed Spinach with Olive oil, touch of fresh garlic, Mozzarella Cheese, ... $5.50 |
| 102. | Ham Calzone Stuffed with Ham Ricotta Cheese and Mozzarella Cheese ... $5.50 |

## STUFFED ROLLS, MADE WITH PIZZA DOUGH

| | |
|---|---|
| 103. | Chicken Roll ... $5.00 |
| 104. | Spinach Roll Sautéed spinach, mozzarella cheese and cheese ... $4.50 |
| 105. | Sausage Roll Sausage, peppers, onions, cheese ... $4.50 |
| 106. | Spinach Roll Sautéed spinach/ touch of fresh garlic, ricotta cheese, mozzarella cheese ... $4.50 |
| 107. | Eggplant Roll Eggplant, marinara sauce, mozzarella cheese ... $2.00 |
| 108. | Pepperoni Roll Pepperoni and Mozzarella cheese ... $2.00 |
| 109. | Hot Dog Roll 100% Beef hot dog, with mozzarella cheese ... $2.00 |

## BURGER CORNER, FLAME BROILERS

(American Cheese, Mozzarella Cheese, Swiss Cheese, Provolone Cheese, Cheddar Cheese)
All above platters are served w/ French Fries, Lettuce, Tomatoes and Pickles.

| | | 6 oz. Sandwich | Deluxe |
|---|---|---|---|
| 110. | Hamburger Plain | $2.75 | $4.50 |
| 111. | Cheeseburger | $3.00 | $4.75 |
| 112. | Bacon Swiss Burger | $3.50 | $5.00 |
| 113. | Pizza Burger Burger topped with our marinara sauce and mozz. cheese | $3.50 | $5.00 |
| 114. | Texas Burger Burger topped with BBQ sauce, bacon & cheddar cheese | $3.50 | $5.00 |
| 115. | Burger with Grilled Mushroom | $3.50 | $5.00 |
| 116. | Philly Burger Burger topped w/ grilled onions, mushrooms, peppers w/ American cheese | $3.50 | $5.00 |
| 117. | Veggie Burger with Cheese | $1.75 | |
| | Turkey Burger 100% Turkey | $3.50 | $5.00 |

---

## CLUBS

| | | |
|---|---|---|
| 118. | Turkey Club (Turkey Breast & Cheese) | $6.50 |
| | Double Burger Club | $6.95 |
| 119. | Sicilian (Genovi) Salami & Cheese | $6.50 |
| | Bianca & mozzarella cheese, no sauce | $6.50 |
| 120. | Tuna Club | $6.95 |
| | w/ Cheese | $6.95 |

## WRAPS

| | | |
|---|---|---|
| 121. | Chicken with Roasted Pepper & Mozzarella Wrap | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| 122. | Mediterranean Wrap Roasted chicken cutlet, red roasted peppers, and shredded mozzarella cheese | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| 123. | Grilled Chicken Wrap Grilled chicken, romaine lettuce, red onion, fresh tomatoes and feta cheese | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| 124. | Grilled Chicken Wrap | $5.95 |
| | Grilled chicken with caesar salad | $7.50 |
| 126. | Chicken Milanese Wrap | $5.55 |
| | with French Fries or Onion Rings | $7.50 |
| 125. | Grilled Chicken Steak Wrap Chicken cutlet, lettuce, fresh tomatoes & mayonnaise | $5.55 |
| | with French Fries or Onion Rings | $7.50 |
| | Grilled chicken, grilled mushrooms, grilled onions & American cheese | |
| 126. | Italian Sausage & Pepper Wrap | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| | Italian sausage, peppers, onions and marinara sauce | |
| 127. | Portofino Wrap | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| | Roast beef, turkey, Swiss cheese, lettuce, tomatoes and Russian dressing | |
| 128. | Capri Wrap | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| | Turkey, sun-dried tomatoes, red onions, lettuce, tomatoes with balsamic vinegar | |
| 129. | Italian Supreme Wrap | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| | Prosciutto, ham, salami, provolone cheese, lettuce, tomatoes, fresh basil and mozzarella | |
| 130. | Cuban Wrap | $5.55 |
| | with French Fries or Onion Rings | |
| | Ham, salami, Swiss cheese, pickles & mustard | |
| 131. | Grilled vegetable Wrap | $5.95 |
| | with French Fries or Onion Rings | $7.50 |
| | Grilled eggplant, green peppers, onions, mushroom with balsamic vinegar | |

## SIDE ORDERS

| | | |
|---|---|---|
| 132. | Meat Balls Each. | $1.50 |
| 133. | Sausage Each. | $1.50 |
| 134. | Broccoli Sautéed with Garlic And Olive Oil | $3.55 |
| 135. | Spinach Sautéed with Garlic And Olive Oil | $3.55 |
| 136. | Fresh Vegetables with Garlic And Olive Oil | $3.55 |
| 137. | French Fries | $1.75 |
| 138. | French Fries with Cheese | $2.95 |
| 139. | Onion Rings | $1.75 |
| 140. | Meat Sauce 10 oz. | $2.95 |
| 141. | Marinara Sauce | 4 oz. $0.50  10 oz $1.00 |
| 142. | Garlic Knots | 5 For $1.00 |

## Hot Appetizers

| | 1/2 Tray | Full Tray |
|---|---|---|
| 1. Fried Mozzarella Sticks | $4.95 | $20 | $35 |
| 2. Fried Zucchini Sticks | $4.95 | $20 | $35 |
| 3. Fried Calamari | $4.95 | $40 | $70 |
| 4. Fried Bread | $1.75 | | |
| 5. Garlic Bread | $1.75 | | |
| 6. Garlic Bread with Cheese | $2.50 | | |
| 7. Bruschetta | $3.50 | | |

Sautéed Hot's Tomatoes with Slices of Melted mozzarella cheese on Garlic Bread & Italian herbs

## Cold Appetizers

| | 1/2 Tray | Full Tray |
|---|---|---|
| 7. Cypress | Sm. $4.50 | Lg. $6.50 | $40 | $70 |

Fresh mozzarella, sun-dried tomatoes, fresh basil, red onions, and vinaigrette

| 8. Fresca | Sm. $4.50 | Lg. $6.50 | $40 | $70 |

Fresh mozzarella, sun-dried tomatoes, fresh basil, red onions, and vinaigrette

| 9. Antipasto | Sm. $5.25 | Lg. $8.95 | $45 | $75 |

Salami, provolone, roasted peppers, black olives

## Soups

| | |
|---|---|
| 10. Minestrone Soup | $2.95 |

Red Kidney Beans, Celery, Carrots, Onions in a Tomato Puree

| 11. Lentil Soup | $2.95 |

Lentils, Onions, Celery, Spinach, Garlic in a Tomato Puree

| 12. Chicken Noodle Soup | $2.95 |

## Salads

| | 1/2 Tray | Full Tray |
|---|---|---|
| 13. House Salad | Sm. $2.95 | Lg. $4.95 | $30 | $40 |

Iceberg Lettuce, Tomatoes, Black Olives, Cucumbers

| 14. Caesar Salad | Sm. $3.50 | Lg. $5.50 | $35 | $45 |

Romaine Lettuce, Seasoned Croutons, Parmigiana cheese, Caesar Dressing

| 15. Greek Salad | Sm. $3.50 | Lg. $5.95 | $35 | $55 |

Lettuce, Tomatoes, Black Olives, Cucumbers, Green Peppers, Feta Cheese

| 16. Mediterranean Salad | Sm. $3.50 | Lg. $5.85 | $35 | $55 |

Chicken, Fresh Mozzarella, Roasted Sweet Peppers

| 17. Pollo Santi Fredio Salad | $6.95 |

Grilled Chicken, Chopped Tomato, Red onion served over lettuce

| 18. Acapulco Salad | Sm. $5.50 | Lg. $8.95 | $45 | $65 |

Lettuce, Red Onions, Red Cabbage, Black Olives, American Cheese, Carrots

| 19. Chef Salad | Sm. $5.50 | Lg. $8.95 | $45 | $65 |

Slices of ripe tomatoes, red onions and American cheese, cucumbers, tomatoes, cheese served over lettuce

| 20. Tuna Salad | Sm. $5.25 | Lg. $8.95 | $45 | $65 |

Tuna Salad, Green Peppers, Cucumbers, Black Olives, Tomatoes

| 21. Avocado Salad | Sm. $5.25 | Lg. $8.55 | $40 | $60 |

Avocado, ripe tomatoes, red onions served over lettuce with blue cheese dressing

## Buffalo Chicken Wings

| | | 1/2 Tray | Full Tray |
|---|---|---|---|
| 6 pc. | $3.95 | | |
| 12 pc. | $7.75 | | |
| 18 pc. | $11.25 | | |
| 24 pc. | $14.50 | | |
| 30 pc. | $17.75 | | |

Mild or Hot, Served with Blue Cheese Dressing and Celery
BBQ Sauce, Blue Cheese or Celery

## Pasta and Sautee

Served with suggested pasta or your choice of Spaghetti,
Penne, Rigatoni, Ziti, Angel Hair, Linguini
Add Chicken $2.00

| | 1/2 Tray | Full Tray |
|---|---|---|
| 22. Pasta with Butter Sauce | $5.00 | $30 | $40 |
| 23. Marinara Sauce with Spaghetti | $5.00 | $30 | $40 |
| 24. Meatballs w/Marinara Sauce/Spaghetti | $7.35 | $33 | $55 |
| 25. Bolognese Sauce with Spaghetti | $7.35 | $33 | $55 |
| 26. Arrabiata Sauce with Spaghetti | $7.35 | $33 | $55 |
| 27. Amatriciana Sauce with Spaghetti | $7.35 | $33 | $55 |
| 28. Puttanesca Sauce with Spaghetti | $7.35 | $33 | $55 |
| 29. Alfredo Sauce with Fettuccine | $7.95 | $35 | $55 |
| 30. Carbonara Sauce with Fettuccine | $7.95 | $35 | $55 |
| 31. Sauce with Angel Hair | $7.95 | $35 | $55 |
| 32. Toscana Sauce with Rigatoni | $7.35 | $33 | $55 |
| 33. Filetto di Pomodoro with Spaghetti | $7.95 | $35 | $55 |
| 34. Rosa Sauce with Penne | $7.95 | $35 | $55 |
| 35. Mushrooms & Onions with Angel Hair | $7.95 | $35 | $55 |
| 36. Broccoli with Angel Hair | $7.90 | $35 | $55 |
| 37. Primavera with Angel Hair | $7.95 | $35 | $55 |
| 38. Alla Vodka with Penne | $7.95 | $35 | $55 |
| 39. Portofino Sauce with Angel Hair | $7.95 | $35 | $65 |
| 40. Puttanesca Sauce with Angel Hair | $7.95 | $35 | $65 |
| 41. Angelica Sauce with Angel Hair | $7.95 | $35 | $65 |

## Desserts

ASK FOR DETAILS

## Pollo (Chicken)

| | 1/2 Tray | Full Tray |
|---|---|---|
| 42. Chicken Cordon Bleu | $9.95 | $50 | $100 |
| 43. Chicken Delfi Cazo with Angel Hair | $9.95 | $50 | $100 |
| 44. Chicken Florentina with Rigatoni | $9.50 | $50 | $80 |
| 45. Chicken Cacciatore with Spaghetti | $9.50 | $50 | $80 |
| 46. Chicken Marsala | $9.95 | $50 | $80 |
| 47. Chicken Francese | $9.55 | $50 | $100 |

## Home Baked Specialties

| | 1/2 Tray | Full Tray |
|---|---|---|
| 48. Baked Ziti | $5.50 | $30 | $55 |
| 49. Baked Ziti with Meatballs | $7.50 | $40 | $70 |
| 50. Baked Ziti with Sausage | $7.50 | $40 | $70 |
| 51. Baked Ziti with Meat Sauce | $7.50 | $40 | $70 |
| 52. Baked Ziti with Spinach | $8.50 | $40 | $70 |
| 53. Baked Ziti with Eggplant | $8.50 | $40 | $70 |
| 54. Baked Ziti with Broccoli | $8.50 | $40 | $70 |
| 55. Baked Stuffed Shell | $8.50 | $40 | $70 |
| 56. Baked Meat Lasagna | $8.55 | $40 | $70 |
| 57. Baked Manicotti | $8.50 | $40 | $70 |

## Greek Corner

| | 1/2 Tray | Full Tray |
|---|---|---|
| 58. Gyro Sandwich | $6.50 | $35 | $60 |
| 59. Chicken Gyro Sandwich | $3.55 | | |
| 60. Gyro Platter | $5.55 | | |
| 61. Chicken Gyro Platter | $5.55 | | |

### 1/2 Tray Serves 8 People
### Full Tray Serves 15 People

Chicken Kabob on Sticks with French Fries with Small Salad — $3.50 / $5.00 / $5.95

## Cold Hero

| | 1/2 Tray | Full Tray |
|---|---|---|
| 64. Italian Hero | $6.50 | | |
| 65. Italian Supreme Hero | $8.95 | | |
| 66. Cuban Hero | $6.50 | | |
| 67. Portofino Special Hero | $6.50 | | |
| 68. Capri Hero | $6.50 | | |
| 69. Tuna Salad Hero | $6.50 | | |
| 70. Monte Cristo Hero | $6.95 | | |

## Hot Hero

| | 1/2 Tray | Full Tray |
|---|---|---|
| 71. Chicken Mozzarella Hero | $6.85 | | |
| 72. Pizza Chicken Steak | $6.85 | | |
| 73. Caesar Hero | $6.50 | | |
| 74. Chicken Cordon Bleu Cheese Hero | $6.85 | | |
| 75. Chicken Roll or Eggplant | $6.85 | | |
| 76. Chicken Avocado Hero | $6.85 | | |
| 77. Philly Cheese Steak Hero | $6.85 | | |
| 78. Roast Beef on Garlic Bread | $6.85 | | |
| 79. Veggie Hero | $6.50 | | |

## The Parmigiana Corner

| | Small | Large | Hero | 1/2 Tray | Full Tray |
|---|---|---|---|---|---|
| 80. Veal Cutlet | $5.95 | $8.50 | | $45 | $80 |
| 81. Chicken Cutlet | $5.95 | $8.50 | $6.75 | $45 | $75 |
| 82. Shrimp | $5.50 | $8.50 | $6.75 | $50 | $80 |
| 83. Meatball | $5.50 | $8.25 | $6.75 | $45 | $75 |
| 84. Eggplant | $5.50 | $8.25 | $6.75 | $45 | $75 |
| 85. Sausage & Peppers | $5.50 | $8.25 | $6.75 | $45 | $75 |
| 86. Tuna Cheese Melt | $5.95 | $8.25 | | | |

## Beverages

| | 1/2 Tray | Full Tray |
|---|---|---|
| Canned Soda | $1.00 | | |
| Water | $1.00 | | |
| Hot Coffee | $1.00 | | |
| 2 lbr oz. Soda | $1.50 | | |
| Gatorade | $1.75 | | |
| Hot Tea | $1.00 | | |



## homemade dressings

### classic • • •
balsamic vinaigrette
white balsamic vinaigrette
red wine vinaigrette
clementine vinaigrette
dijon vinaigrette
caesar dressing
classic italian dressing
ranch dressing
smoky bacon russian dressing
organic honey dijon dressing
extra-virgin olive oil
aged balsamic vinegar
fresh squeezed lemon juice

*extra dressing +$.25

### spa • • • (fat free)
rocket fuel dressing
balsamic vinaigrette
caesar dressing
ranch dressing
raspberry dressing
russian dressing

### exotic • • •
avocado dressing
chop't secret house blend
carrot ginger dressing
5 flavor asian dressing
jalapeño honey dijon dressing
tex-mex ranch dressing
sweet & smoky chipotle vinaigrette
spanish cucumber vinaigrette
(see card)

## chop't soups
MEDIUM $3.75   LARGE $5.60   COMBO $3.50 8oz soup

Butternut Squash
Carrot Ginger
Chicken Noodle
Green Pea
Three Bean Chili
Tomato Basil

White Bean & Escarole
Beef Barley and Vegetable
Lentil
Grandma Evelyn's Vegetable
Gazpacho
Pasta Fagioli

## chop't sweet treats and snacks
SWEETS
ROUTE 11 CHIPS
Lightly Salted, Salt & Vinegar, Barbecue,
Dill Pickle, Sour Cream & Chive,
Mama Zuma's Red Habanero

Fat Wich Mini Brownies
Fat Wich Mini Blondies
Stretch Island Fruit Leathers

TERRA CHIPS

## chop't drinks
Keeper Springs Water
Coke, Diet Coke, Diet Dr Pepper, Fresca, Ginger Ale, Diet Ginger Ale

IZZE SODAS
Clementine, Grapefruit, Lemon

BOYLAN SODAS
Orange Seltzer, Lemon Seltzer, Plain Seltzer, Ginger Ale, Diet Cherry
Black Cherry, Diet Black Cherry, Root Beer, Diet Root Beer

TEA AND OTHER DRINKS
Fresh Brewed Iced Tea
Arnold Palmer (Half Iced Tea & Half Lemonade)
Ito En Green Tea
Homemade Lemonade
Cranberry Juice

24 east 17th street nyc 10003 (between 5th & broadway)
P 646.336.5523   F 646.336.5513
60 east 56th street nyc 10022 (between madison and park)
P 212.750.CHOP (2467)   F 212.750.4355
165 east 52nd street nyc 10022 (between lexington and 3rd)
P 212.421.2300   F 212.421.2521
www.choptsalad.com

TAKEAWAY   PICK UP / DELIVERY

NOW DELIVERING

chop't



## custom craft salads & salad sandwiches

**salad** $6.55    **salad sandwich** $5.55

step 1 --- Choose your lettuce
step 2 --- Choose up to 4 ingredients
step 3 --- Choose your dressing

Each additional chopping $0.50
Additional charges apply when noted, the fee charged if noted before sure.

**lettuce**
mesclun mix
spinach
arugula
iceberg
romaine

**choppings**
anchovy fillets +$0.50
artichokes +$0.75
avocado +$0.75
beets
broccoli
carrots
celery
corn
chickpeas
cucumbers
crumbled egg
edamame +$0.50
fried onions
green peas
grilled asparagus +$0.50
hearts of palm +$0.75
kalamata olives +$0.50
radishes
red onions

**choppings (continued)**
red & green peppers
red bliss potatoes
snow peas
string beans
sundried tomatoes +$0.75
tomatoes
white beans
white mushrooms

**meats & non-meats**
grilled chicken +$2.00
cajun chicken +$3.25
grilled angus steak +$3.25
grilled shrimp +$3.25
albacore tuna +$2.50
tuna fish salad +$2.50
home fried chicken +$2.25
black forest ham +$1.75
italian salami +$1.75
house roasted turkey +$2.00
smoked tofu +$1.50
tofu +$1.50
grilled portabella +$1.50
smoked bacon +$1.75

**crunch**
chinese noodles
croutons
slivered almonds
sunflower seeds
tortilla chips
wasabi peas +$5.75

**fruits**
craisins
granny smith apples
grapes
raisins
real oranges +$5.75

**cheeses**
crumbled bleu +$5.75
crumbled feta +$5.50
low-fat swiss +$5.50
mozzarella +$1.75
parmesan +$1.50
monterey jack +$1.50
goat cheese +$1.00
white cheddar +$1.00

## chef designed salads & salad sandwiches

| | salads | sandwiches |
|---|---|---|
| **dagwood** ••• iceberg lettuce, ham, salami, white cheddar, red and green peppers and red onions — *we recommend red wine vinaigrette* | $8.85 | $7.85 |
| **ivy league** ••• Romaine lettuce, grilled asparagus, avocado, tomato, cucumber and corn — *we recommend balsamic or white balsamic vinaigrette* | $8.25 | $7.25 |
| **monterey** ••• iceberg lettuce, grilled chicken, jack cheese, tortilla strips and red onions — *we recommend tuscan ranch dressing or sweet & smoky chipotle vinaigrette* | $8.75 | $7.75 |
| **raw energy** ••• iceberg & romaine lettuce, cucumber, radish, carrots, celery and tomatoes — *we recommend rocket fuel dressing* | $6.95 | $5.95 |
| **santa fe** ••• Romaine lettuce, jack cheese, avocado, tomato, corn and fried onion — *we recommend sweet & smoky chipotle vinaigrette or jalapeño honey dijon dressing* | $8.50 | $7.50 |
| **blt** ••• Romaine lettuce, house croutons, smoked bacon and double tomatoes — *we recommend smoky bacon ranch dressing* | $7.95 | $6.95 |

**grilled asian** ••• a blend of spinach and romaine lettuces, carrots, slivered almonds, real oranges, snow peas and crispy chinese noodles — *we recommend 5 flavor asian or carrot ginger dressing*

| | salads | sandwiches |
|---|---|---|
| salad | $7.25 | $6.25 |
| chicken | $8.45 | $7.65 |
| duck | $9.25 | $8.25 |
| salmon | $9.25 | $8.25 |

## chef designed salads & salad sandwiches

| | salads | sandwiches |
|---|---|---|
| **beverly hills chef** ••• iceberg lettuce, grilled chicken, italian salami, mozzarella cheese, tomatoes and chickpeas — *we recommend red wine or dijon vinaigrette* | $9.45 | $8.45 |

**caesar** ••• Romaine lettuce, shaved parmesan cheese, and house croutons — *we recommend caesar or spa caesar dressing*

| | salads | sandwiches |
|---|---|---|
| salad | $6.75 | $5.75 |
| chicken | $7.50 | $6.50 |
| duck | $8.35 | $7.35 |
| shrimp | $8.35 | $7.35 |

| | salads | sandwiches |
|---|---|---|
| **cobb** ••• iceberg & romaine lettuce, grilled chicken, avocado, smoked bacon, crumbled egg, crumbled blue cheese and tomatoes — *we recommend dijon vinaigrette or steakhouse blue cheese dressing* | $9.45 | $8.45 |
| **palm beach shrimp** ••• Romaine lettuce, cucumber, tomato, avocado, hearts of palm and grilled shrimp — *we recommend spanish cucumber vinaigrette* | $9.75 | $8.75 |
| **chop't po'boy** ••• Romaine lettuce, home fried chicken, tomatoes, red onions and white cheddar — *we recommend tuscan parmesan ranch dressing* | $8.45 | $7.65 |
| **steakhouse** ••• Romaine lettuce, grilled steak, fried onions and tomatoes — *we recommend steakhouse blue cheese dressing* | $8.95 | $7.95 |
| **chop't ten vegetable** ••• iceberg lettuce, grilled asparagus, green peas, hearts of palm, carrots, broccoli, beets, white mushrooms, cucumbers, tomatoes and corn — *we recommend chop't secret house blend* | $9.25 | $8.25 |

## 小吃 APPETIZERS

- 01. Shanghai Spring Roll (1) ...... 1.20
- 02. Roast Pork Egg Roll (1) ...... 1.20
- 03. Roast Pork Bun ...... 1.20
- 04. Steamed or Baked (1) (Steamed Red Bean Bun) ...... 1.20
- 05. Steamed Big Vegetable Bun (1) ...... 1.20
- 06. Steamed Big Chicken Bun (1) ...... 1.20
- 07. Steamed Little Juice Bun (8) ...... 4.95
- 08. Vegetable Dumpling (Fried or Steamed) (8) ...... 3.95
- 09. Crystal Shrimp Dumpling (4) ...... 3.95
- 10. Chicken Dumpling (Fried or Steam)(8) ...... 3.95
- 11. Seafood Dumpling (Fried or Steam) (8) ...... 4.95
- 12. Pork Dumpling (Fried or Steamed) (8) ...... 3.95
- 13. Beef Dumpling (Fried or Steamed) (8) ...... 3.95
- 14. Amazing Steamed Dumpling (4) ...... 4.50
- 15. Steamed Dumpling in Hot Sauce ...... 4.95
- 16. Mixed Dumpling (Fried or Steamed) (1) ...... 4.95
- 17. Scallion Pancake (1) ...... 3.95
- 18. Shrimp Toast (4) ...... 3.95
- 19. Szechuan Dan Dan Noodles ...... 3.95

## COLD APPETIZERS

- 20. Sliced Scungilli w. Chili Vinaigrette ...... 6.95
- 21. Ox Tongue & Tripe w. Chili Vinaigrette ...... 6.95
- 22. Beef Tendon w. Roasted Chili Vinaigrette ...... 6.95
- 23. Shredded Chicken w. Spicy Sesame Vinaigrette ...... 5.95
- 24. Baby Shrimp w. Scallion Sauce 6.95
- 25. Seaweed w. Fresh Garlic ...... 5.95
- 26. Snow Pea Pods w. Ginger Sauce ...... 4.95
- 27. Jelly Fish w. Scallion Pesto ...... 5.95
- 28. Dried Sautéed Chinese Green Pepper ...... 5.95
- 29. Spring Bamboo Shoots w. Sesame Oil ...... 5.95
- 30. Cold Sesame Noodle ...... 3.95

## 名菜 HOUSE SPECIALTIES

- 1. BRAISED WHOLE FISH W. CHILI MISO PASTE.
- 2. BRAISED WHOLE FISH PRESERVED VEGETABLE. ...... 12.95
- 3. CRISPY FRIED WHOLE FISH W. SWEET SOUR SAUCE. ...... 12.95
- 4. GRAND MARNIER PRAWNS ...... 11.95
- 5. JUMBO SHRIMP W. SZECHUAN CHILI SAUCE. ...... 11.95
- 6. FRIED JUMBO SHRIMP W. BLACK PEPPER SALT. ...... 10.95
- 7. SALT BAKED SCALLOPS W. CHILI. ...... 9.95
- 8. CRISPY SEA SCALLOPS W. BLACK PEPPER CORN SAUCE. ...... 9.95
- 9. TRIPLE CHILI CHICKEN ...... 8.95
- 10. SHREDDED DUCK W. YOUNG GINGER ...... 10.95
- 11. SZECHUAN DOUBLE SAUTEED PORK. ...... 8.95
- 12. BRAISED BEEF FILET & NAPA CABBAGE W. CHILI. ...... 8.95
- 13. BEIJING DUCK (1/2) ...... 13.95
- 14. TEA SMOKED DUCK. ...... 12.95
- 15. SZECHUAN FILET MIGNON ...... 11.95
- 16. FILET MIGNON W. BLACK PEPPER SAUCE. ...... 11.95
- 17. FRESH LOBSTER ANY STYLE W. SHELL.(?) ...... S.P.
- 18. STEAMED SALMON (IN GINGER & CAYENNE CHILI) ...... 12.95
- 19. DUCK TONGUE W. MINCED PORK. ...... 9.95
- 20. SLICED SCUNGILLI W. MINCED PORK. ...... 9.95

## 家禽類 POULTRY

- 31. General Tso's Chicken ...... 8.95
- 32. Sesame Chicken ...... 8.95
- 33. Chicken in Garlic Sauce ...... 7.95
- 34. Chicken w. Broccoli ...... 7.95
- 35. Lemon Chicken ...... 8.95
- 36. Chicken w. Fresh Mushroom & Broccoli ...... 7.95
- 37. Chicken w. Black Bean Sauce ...... 7.95
- 38. Moo Shu Chicken ...... 7.95
- 39. Orange Chicken ...... 8.95
- 40. Chicken w. Snow Pea Pods. ...... 7.95
- 41. Chicken w. Asparagus ...... S.P.
- 42. Chicken w. Eggplant ...... 7.95
- 43. Chicken w. String Bean ...... 7.95
- 44. Chicken w. Mixed Vegetables ...... 8.95
- 45. Chicken in Hot Sauce w. Peanut ...... 7.95
- 46. Chicken w. Cashew Nuts ...... 7.95
- 47. Sweet & Sour Chicken ...... 7.95
- 48. Chicken w. Ginger & Scallion ...... 7.95

## 牛肉類 BEEF

- 49. Shredded Beef w. Cayenne Chili. 9.95
- 50. Hunan Beef. ...... 8.45
- 51. Pepper Steak w. Onion. ...... 8.45
- 52. Beef w. Broccoli. ...... 8.45
- 53. Beef w. Scallion. ...... 8.45
- 54. Beef w. Snow Peas. ...... 8.45
- 55. Beef w. Garlic Sauce ...... 8.45
- 56. Beef w. String Bean ...... 8.45
- 57. Beef w. Eggplant ...... 8.45
- 58. Moo Shu Beef ...... 8.45
- 59. Sesame Beef ...... 9.95
- 60. Beef w. Orange Flavor ...... 9.95

## 豬肉類 PORK

- 61. Moo Shu Pork ...... 7.25
- 62. Double Sautéed Pork ...... 7.25
- 63. Shredded Pork w. Garlic Sauce. 7.25
- 64. Sweet Sour Pork ...... 7.25
- 65. Roast Pork w. Mixed Vegetables. 7.25
- 66. Shredded Pork w. Cayenne Chili. 8.25

## 海鮮類 SEAFOOD

- 67. Jumbo Shrimp w. Peanuts ...... 9.95
- 68. Jumbo Shrimp w. Cashew Nuts ... 9.95
- 69. Jumbo Shrimp w. Asparagus ...... S.P.
- 70. Jumbo Shrimp w. Snow Peas. ...... 9.95
- 71. Prawn w. Garlic Sauce ...... 9.95
- 72. Jumbo Shrimp w. Broccoli ...... 9.95
- 73. Prawn w. Lobster Sauce. ...... 9.95
- 74. Scallop w. Garlic Sauce ...... 8.95
- 75. Jumbo Shrimp w. Black Bean Sauce ...... 9.95
- 76. Sweet Sour Shrimp ...... 9.95
- 77. Scallop in Hot Sauce w. Peanut ... 9.95
- 78. Moo Shu Shrimp. ...... 9.95
- 79. Jumbo Shrimp & Vegetable ...... 10.95
- 80. Jumbo Shrimp w. Toasted Rice ...... 10.95
- 81. Steamed Whole Sea Bass or Flounder ...... 12.95
- 82. Steamed Gray Sole ...... 11.95
- 83. Scallop & Shrimp w. Garlic Sauce ...... 9.95

## 蔬菜類 VEGETARIAN

- 84. Eggplant w. Garlic Sauce ...... 6.95
- 85. Dried Sautéed String Bean ...... 7.95
- 86. Ma Po Tofu w. Minced Pork. ...... 7.95
- 87. Braised Pan-fried Bean Curd w. Szechuan Chili Minced Pork. 6.95
- 88. Sautéed Spinach w. Fresh Garlic 6.95
- 89. Chinese Cabbage w. Fresh Mushroom & Black Mushroom... 6.95
- 90. Mixed Vegetables ...... 6.95
- 91. Moo Shu Vegetable ...... 6.95
- 92. Broccoli in Garlic Sauce or Brown Sauce ...... 6.95
- 93. String Bean in Brown Sauce or Garlic Sauce ...... 6.95
- 94. Cellophane Noodle w. Chinese Cabbage ...... 6.95

# 罜 Szechuan Palace
## 鍇宗宮

SINCE 1972

Fine Chinese Cuisine

## (New Menu)

1329 2nd Ave., N.Y, NY 10021

Tel: 628-8652
628-8706
628-1736
Fax: 772-3546

## Fast Free Delivery

Corporate Accounts Welcome
Catering or Party Orders Welcome
Mon.~ Thurs. & Sun.: 11:00am - 11:00pm
Fri. & Sat.: 11:00am - 11:30pm

## REVOLUTION DIET

(Served Without Salt, Sugar, Corn Starch)                    Price

R1.  Lemon Flavor chicken w.
     Broccoli & Bean Sprout ............... 8.95
R2.  Prawns w. Snow Peas, Broccoli &
     Bean Sprouts Spicy Szechuan Style ... 9.95
R3.  Chicken w. Waterchestnuts, Broccoli &
     Spicy Orang Flavor ................... 8.95
R4.  Prawns w. Broccoli, Mushrooms &
     Mo Shu Seasonings .................... 9.95
R5.  Buddha Plus Sesame Tofu Snow Peas,
     Green Bean, Baby Corn, Mushrooms,
     Bean Sprouts & Broccoli Combined W.
     Sesame Baked Tofu .................... 7.95
R6.  Scallops w. Broccoli & Bean Sprouts
     in Garlic sauce ...................... 9.95
R7.  Protein Trio of Scallops, Chicken,
     Shrimp w. Snow Peas & Bean Sprouts
     in Spicy Hunan sauce ................. 9.95

## DIET FOOD

## $7.95

Create Your Own Dishes

Selected up to 4 Items for Mix Steamed
(Sauce on the Side) or Sautéed
* in Garlic Sauce * in Black Bean Sauce *
* in Brown Sauce * in White Sauce *

| | |
|---|---|
| Chinese Broccoli | Black Mushrooms | Mushrooms |
| Snow Peas | Bean Sprouts | String Beans |
| Eggplant | Carrot | Spinach |
| Broccoli | Asparagus | Zucchini |
| Pepper | | |

...You May Add...

Chicken ............................ 1.00
Roast Park ......................... 1.00
Shrimp or Beef ..................... 2.00
Jumbo Shrimp ....................... 3.00

## ~ HOT AND SPICY
We can alter the spice to suit your taste.

## 粉麵飯\類 RICE, NOODLE, FUN

| | | | |
|---|---|---|---|
| 場州炒飯 | 95. | Young Chow Fried Rice | 5.95 |
| 星洲炒米粉 | 96.~ | Singapore Rice Noodle | 6.95 |
| 兩面黃 | 97. | Pan Fried Noodle w. Shrimps or Beef or Chicken or Pork or Veg. | 7.95 |
| 河粉 | 98. | Chow Fun w. Beef or Shrimps | 8.95 |
| 米粉 | 99. | Mai Fun w. Shrimps or Chicken or Beef or Pork or Vegetable | 5.95 |
| 撈麵 | 100. | Soft Noodle (Lo Mein) w. Shrimps or Chicken or Beef or Pork or Veg. | 5.50 |
| 炒麵 | 101. | Fried Rice w. Pork or Chicken or Shrimps or Beef or Vegetable | 5.50 |

## 湯麵\類 NOODLES IN SOUP

| | | | |
|---|---|---|---|
| 海鮮湯麵 | 102. | Seafood w. Veg. & Noodles Soup | 6.95 |
| 炸醬麵 | 103. | Zha Jiang Mein | 5.95 |
| 榨菜肉絲麵 | 104. | Shredded Pork & Szechuan | 5.95 |
| 紅燒牛肉麵 | 105.~ | Cabbage Noodle Soup | 5.95 |
| | | Beef Noodles Soup Home Style | 5.95 |
| 雲吞麵 | 106. | Cantonese Wonton Noodle Soup | 4.95 |
| 大滷麵 | 107. | Roast Pork Noodle Soup | 5.95 |
| 什錦湯麵 | 108. | Chicken w. Bean Sprouts Noodle Soup | 5.95 |
| 大雜燴 | 109. | Little Bit of Everything Soup | 5.95 |
| 大鴨麵 | 110. | Roast Duck Noodles in Soup | 5.95 |
| 雪菜肉絲 | 111. | Soy Sauce Chicken w. Noodle in Soup | 5.95 |
| 素菜湯麵 | 112. | Vegetable Noodle in Soup | 4.95 |

## 甜點類 DEESSERTS

| | | | |
|---|---|---|---|
| 豆沙鍋餅 | 114. | Red Bean Paste Pastry | 2.95 |
| 炸香蕉 | 115. | Fried Banana | 2.95 |
| 菠蘿 | 116. | Pineapple | 2.00 |
| 荔枝 | 117. | Lichee | 2.00 |
| 冰淇淋 | 118. | Ice Cream | 2.50 |

(Green Tea, Vanilla, Red Bean)

## LUNCH SPECIAL

11:30A.M.-4:00P.M. (Everyday)
The Following Orders Served w. White Rice or Fried Rice
.Wok Fried Rice Extra $1.00    (Egg Roll or Soup Extra 50¢)
米飯

| | | |
|---|---|---|
| L. 1. | Chicken Wings | 4.25 |
| L. 2.~ | Broccoli with Garlic Sauce | 4.25 |
| L. 3.~ | Bean Curd Szechuan Style | 4.25 |
| L. 4. | Fried Rice (Choice of Roast Pork, Chicken, Shrimp or Beef) | 4.25 |
| L. 5. | Lo Mein (Choice of Roast Pork, Chicken, Shrimp or Beef) (No Rice) | 4.25 |
| L. 6. | Chow Mein (Choice Roast Pork, Chicken, Shrimp or Beef) | 4.25 |
| L. 7. | Beef or Pork with Broccoli | 4.25 |
| L. 8. | Beef Steak with Green Pepper | 4.25 |
| L. 9. | Spare Ribs with Black Bean Sauce | 4.25 |
| L.10. | Moo Goo Gai Pan (Chicken w. Mushroom) | 4.25 |
| L.11. | Assorted Fancy Vegetables | 4.25 |
| L.12.~ | Curry Chicken, Beef, shrimp | 4.25 |
| L.13.~ | Double Sautéed Pork | 4.25 |
| L.14.~ | General Ching's Chicken | 4.25 |
| L.15.~ | Shredded Beef Szechuan Style | 4.25 |
| L.16. | Chicken with Broccoli | 4.25 |
| L.17. | Lemon Chicken | 4.25 |
| L.18. | Sautéed Fresh String Beans | 4.25 |
| L.19.~ | Shredded Chicken with black Bean Sauce | 4.25 |
| L.20. | Shrimp with Lobster Sauce | 4.25 |
| L.21.~ | General Tso's Chicken | 4.25 |
| L.22.~ | Diced Chicken & Shrimp | 4.25 |
| L.23. | Beef, Chicken, Pork, Shrimp Etc. w. Bean Curd | 4.25 |
| L.24. | Chow Fun (Choice of Roast Pork) | 4.25 |
| L.25.~ | Shrimp with Broccoli | 4.25 |
| L.26. | Shrimp with Broccoli | 4.25 |
| L.27.~ | Sweet & Sour Shrimp, Chicken or Pork | 4.25 |
| L.27. | Singapore Chow Mai Fun | 4.25 |
| L.28. | Bean Sprouts w. Chicken or Roast Pork or Baby Shrimp | 4.25 |
| L.29. | Roast Pork Egg Foo Young | 4.25 |
| L.30. | Noodle Soup w. (Choice of Roast Pork, Chicken, Shrimp or Beef) | 4.25 |
| L.31.~ | Sesame Chicken | 4.25 |

## ~ HOT AND SPICY
We can alter the spice to suit your taste.

## 湯類 SOUPS

| | | | |
|---|---|---|---|
| 蛋花湯 | 119. | Egg Drop Soup | 1.25 |
| 酸辣湯 | 120.~ | Hot & Sour Soup | 1.95 |
| 粟米玉米湯 | 121. | Velvet Corn Soup w. Minced Chicken | 6.00 |
| 雲吞湯 | 122. | Wonton Soup | 1.50 |
| 什菜素湯 | 123. | To Fu w. Mixed Vegetable Soup (For two) | 5.95 |
| 魚生菜片湯 | 124. | Sour Cabbage Sliced Fish Soup (For two) | 6.95 |
| 龍鳳燴料湯 | 125. | Dragon & Phoenix Soup (For two) | 5.95 |
| 西湖牛肉羹 | 126. | West Lake Beef Soup (For two) | 5.95 |
| 海鮮酸辣湯 | 127.~ | Seafood Hot & Sour Soup (For two) | 5.95 |

## B. Q. ROAST MEAT

| | | | |
|---|---|---|---|
| 叉 燒 | B.1 | Honey Roast Pork | 5.50 |
| 排 骨 | B.2 | Barbecued Honey Spare Ribs (6) | 6.50 |
| 燒排骨 | B.3 | Boneless Spare Ribs | 6.00 |
| 燒 鴨 | B.4 | Roast Duck (1/4) | 5.95 |
| | | (1/2) | 9.95 |
| 油雞 | B.5 | Roast Chicken (1/4) | 5.95 |
| | | (1/2) | 9.95 |



MADTSS01100927

**(212) 921-5800**  Free Delivery $5.00 min
10:30–10:30 weekday / 12:00 weekend

# APPETIZERS

| | | |
|---|---|---|
| 201 春卷 | Egg Roll | 1.95 |
| 202 上海春卷 | Shanghai Spring Roll (2) | 1.95 |
| 205 煎蝦 | Shrimp Toast (4) | 5.75 |
| 206 煎蝦片 | Shrimp Toast (8) | 5.75 |
| 211 蝦腸粉 | Jumbo Cake with sausages (3) | 4.95 |
| 113 炸雲吞 | Mini Peking Duck E | 4.95 |
| 115 大陽包 | Steamed Roast Pork Buns (3) | 4.25 |
| 112 蝦餃 | Chicken Satay (4) | 6.25 |

# VEGETARIAN APPETIZERS

| | | |
|---|---|---|
| 105 菜餃 | Steamed Vegetable Dumplings (6) E | 5.75 |
| 203 素菜卷 | Vegetarian Roll (2) | 2.75 |
| 204 素蔥餅 | Scallion Pancake E | 4.25 |
| 209 涼麵 | Cold Sesame Noodle E | 4.95 |

# ROASTED MEATS

| | | |
|---|---|---|
| 208 排骨 | B.B.Q. Spare Ribs | 8.50 |
| 213 蜜汁叉燒 | Honey Glazed Roast Pork | 6.95 |
| 212 烤鴨 A.B. | Roast Duck | |
| | Quart (0.75 Half) 13.95 Whole 20.95 | |

# SOUPS

| | | |
|---|---|---|
| 301 雲吞湯 | Wonton Soup | 2.00 |
| 302 雞絲玉米湯 | Velvet Chicken Corn Soup | 1.95 |
| 303 酸辣湯 | Hot & Sour Soup | 2.25 |
| 304 菜豆腐湯 | Vegetables Soup | 2.00 |
| 305 菠菜豆腐湯 | Spinach & Bean Curd Soup (for 2) | 4.95 |

# SALAD

| | | |
|---|---|---|
| 401 主廚沙拉 | Oriental Garden Salad | 6.95 |
| 402 京燒雞沙拉 | Peanut Asian Chicken Salad w. E | 6.95 |
| 403 京燒蝦沙拉 | Peanut Asian Shrimp Salad w. E | 8.95 |

All Salad Dishes are Served w. Chinese Style Dressing

E.Our Signature Dishes

※ Hot & Spicy

# CHEF'S SPECIALITIES

| | | |
|---|---|---|
| C1A 北京鴨 | Peking Duck | |
| | (Half) 16.95 (Whole) 27.95 | |
| | Crispy Skin of the whole duck is carved | |
| | the crispy skin of the whole roast is carved | |
| | & served tableside w cucumber strips | |
| C501A 海鮮水晶 | Seafood Crystal Frame... | 14.95 |
| C502 核桃蝦 | Honey Walnut Shrimp ... | 14.95 |
| C517 京都牛 | "Kung Pao" Chicken ※ | 14.95 |
| | Shredded Beef ※ | |
| C05 千層牛肉絲 | Happy Family | 14.95 |
| C06 海鮮豆腐 | Triple Delight | 14.95 |
| C07 海鮮全家福 | Seafood Neptune | 14.95 |
| C08 蝦龍鳳呈祥 | Beef & Shrimp in a Sizzling Platter | 14.95 |
| C09 左宗雞 | General Tso 's Delight ※ | 14.95 |
| C10 陳皮雞 | Dragon & Phoenix | 14.95 |

# PORK

| | | |
|---|---|---|
| 706 木須肉 | Moo Shu Pork | 9.50 |
| 702 魚香肉絲 | Sweet & Sour Pork ※ | 9.50 |
| 705 豉汁排骨 | Shredded Pork w. Garlic Sauce ※ | 9.50 |
| 703 京都排骨 | Pork Chop Peking Style | 10.95 |
| 704 椒鹽排骨 | Boneless Pork Chop | 10.95 |

# BEEF

| | | |
|---|---|---|
| 504 芥蘭牛 | Chicken w. Broccoli | 10.25 |
| 501 左宗雞 | General Tso's Chicken ※ E | 11.25 |
| 503 芝麻雞 | Sesame Chicken | 11.25 |
| 505 甜酸雞 | Sweet & Sour Chicken | 10.25 |
| 516 腰果雞 | Chicken w. Cashew Nuts | 10.25 |
| 505 什菜雞 | Chicken w. Mixed Vegetable | 10.25 |
| 517 陳皮雞 | Tangerine Chicken ※ E | 11.95 |
| 502 宮保雞 | Chicken w. Fresh Asparagus E | 11.95 |
| 510 四季豆雞 | Chicken w. String Beans | 10.25 |
| 513 魚香雞 | Chicken in Garlic Sauce ※ | 10.25 |
| 518 木須雞 | Moo Shu Chicken (No 4 pancakes) | 10.25 |
| 506 雪豆雞 | Chicken w. Snow Peas | 10.25 |
| 515 檸檬雞 | Lemon Chicken | 10.25 |
| 508 黑椒牛 | Chicken w. Black Bean Sauce | 10.25 |
| 509 芥蘭牛 | Chicken w. Mushroom | 10.25 |
| 520 茄汁雞 | Banana Chicken E | 11.25 |

# FISH

| | | |
|---|---|---|
| 615 清蒸魚 | Steamed Flounder w. | |
| | Ginger & Scallion | 16.95 |
| 616 豉汁魚 | Pan-Fried Flounder w. | |
| | Ginger & Scallion | 16.95 |
| 617 千燒魚 | Steamed Whole Sea Bass | |
| | w. Ginger & Scallion | 17.95 |
| 618 椒鹽魚 | Crispy Whole Sea Bass | |
| | Hunan Style | |
| 627 湖南魚 | Fish Filet in Hunan Style ※ | 14.95 |

# POULTRY (BEEF)

| | | |
|---|---|---|
| 533 芥蘭牛 | Beef w. Broccoli | 11.25 |
| 535 黑椒牛 | Pepper Steak | 11.25 |
| 531 陳皮牛 | Tangerine Beef ※ E | 12.95 |
| 532 魚香牛 | Beef w. Garlic Sauce ※ | 11.25 |
| 537 芝麻牛 | Sesame Beef | 10.25 |
| 536 湖南牛 | Hunan Beef ※ E | 11.25 |
| 538 四季豆牛 | Beef w. String Beans | 11.25 |
| 539 豉汁牛 | Beef w. Oyster Sauce | 11.25 |
| 540 薑蔥牛 | Beef w. Ginger | 11.25 |
| 509 什菜牛 | Beef w. Mixed Vegetable ※ | 11.25 |
| 545 沙爹牛 | Satay Sauce ※ | 11.25 |
| 534 菜牛 | Beef w. Scallion | 11.25 |

# VEGETARIAN DISHES

| | | |
|---|---|---|
| 816 炒青菜 | Steamed Seasonal Vegetable | |
| | Choice of spinach, baby bok choy or | |
| | Chinese broccoli. | 8.95 |
| 808 羅漢齋 | Buddha's Delight | 8.95 |
| 802 芥蘭 | Fresh Broccoli in Garlic Sauce ※ | 8.95 |
| 807 干燒四季豆 | Dry Sauteed String Beans ※ | 8.95 |
| 801 麻婆豆腐 | Bean Curd Szechuan Style w. | |
| | w. Black Mushroom | 9.95 |
| 803 豉汁豆腐 | Chinese Broccoli w. Oyster Sauce | 8.95 |
| 810 砂鍋豆腐 | Tofu Casserole in Szechuan Style | 10.95 |
| 817 脆皮豆腐 | Crispy Roast Gluten E | 8.95 |

# BAMBOO STEAMERS SPECIAL

| | | |
|---|---|---|
| M01 蒸蝦菜 | Steamed Jumbo Shrimp | |
| | & Steamed Vegetables | 13.95 |
| M02 蒸雞菜 | Steamed Chicken & Shrimp | |
| | & Fresh Broccoli | 13.95 |
| M03 蒸雞菜 | Steamed Chicken | |
| | & Mixed Vegetables | 10.25 |
| M04 蒸魚菜 | Steamed Chicken & Broccoli | 10.25 |
| M05 蒸素菜 | Steamed Bean Curd | |
| | & Mixed Vegetables | 9.25 |
| M06 蒸豆腐菜 | Steamed Bean Curd & Broccoli | 9.25 |

MADTSS01100928



U.S. POSTAGE
BULK RATE
PAID
PERMIT # 03421
N.Y.

# AUTHENTIC THAI MENU

## CHEF HO

**CHEF Ho**
148 W. 49th Street
New York, NY 10001

Free Delivery $5.00 min
Fax: (212) 575-2012

(212) 921-5800

www.takeoutline.com

# Special $6.55

10-4 Daily

### Pad Thai
Choice of chicken, shrimp or vegetables. Famous Thai noodle sautéed with egg, scallions, dried beancurd, bean sprouts and crushed peanuts

### Pad See-Yue
1  Choice of chicken or beef
Sautéed with flat rice noodles, Chinese broccoli and egg

### Pad Ga Prow
2  Choice of chicken or beef.
3  Sautéed with fresh basil leaves, onions and chili peppers

### Pad King
4  Choice of Chicken or Shrimp
Stir-fried with ginger, vegetables in Chef's sauce.

### Pad Ga Tiam Shrimp
5  Sautéed with baby shrimp with garlic over lettuce, tomato & cucumber

### Pad Pik King
6  Choice of chicken or beef
Sautéed with string bean and Thai chilies

### Pad-Bai-Ga-Prow-Chicken
7  Chicken served with straw mushrooms & baby corns.

### Green Curry
8  Choice of chicken, beef or pork.
In coconut milk, green curry, bamboo shoots, green peas, basil and pepper

### Panang Curry Tofu
9  Tofu & pepper basil with home made Panang sauce.

### Bangkok Curry Noodle
10  Green curry, coconut milk, with chicken, eggplant, basil, pepper over buckwheat noodles.

# LUNCH

## NOODLES

### Pad Thai
Choice of chicken $8.95 and Shrimp $9.95
Sautéed thin rice noodle with chicken or shrimp, egg, scallions, dried beancurd, crushed peanuts and bean sprouts. T31

### Vegetarian Pad Thai 8.25
Sautéed thin rice noodle with mixed vegetables, dried beancurd, bean sprouts and crushed peanuts. T35

### Pad See-Yue 8.95
Choice of chicken or beef
Sautéed broad noodles with Chinese broccoli and eggs. T32

### Pad Kee Mao 8.95
Choice of chicken, beef or shrimp
Sautéed flat rice noodles with onions, fresh basil, chili paste and eggs. T33

### Sen Yai Noodles Soup 7.95
Choice of chicken, beef or shrimp
Broad noodles soup with bean sprouts, scallions and Chinese parsley. T36

### Yen Tao Fo 9.75
Seafood noodle soup
Broad rice noodles soup with fish balls, squid, shrimps and vegetables. T37

# RICE

### Thai Fried Rice 6.95
Choice chicken or beef Shrimp Add $0.50
Stir-fried rice with eggs, onions, scallions, tomato and carrots. T41

### Basil Fried Rice 6.95
Choice of chicken or beef.
Fried rice with basil, eggs, chili, onions and scallions. T42

### Vegetable Fried Rice 6.50
Fried rice with mixed vegetable without egg. T43

### Special Thai-Fried Rice 8.75
Shrimp Add $0.50
Stir-fried rice with Thai dried yellow curry powder, chicken, carrots, onions, scallions, lemongrass and peanuts. T44

### Pineapple Fried Rice 8.75

**Hot & Spicy**
We can adjust the spice according to your taste.

(212) 921-5800

Free Delivery $5.00 min
10-10:30 weekdays 12-10 weekends

(212) 921-5800

MADTSS01100929

# APPETIZERS

(212) 921-5800

**Free Delivery $5.00 min**
10-10:30 weekdays / 12-10 weekends

**Tod Mum's (4) 6.50**
Fish cake (ground red fish fillers mixed with red curry, coconut milk with a cucumber, sweet sauce and grounded peanuts. 114

**Satay (4) 6.50**
Chicken or beef skewers marinated Thai style served with peanut sauce and cucumber on the side. 112

**Summer-Roll (2) 5.75**
Soft salad roll with shrimp, mint, basil, vermicelli noodles. 113

**Shrimp Mermaid (2) 5.75**
Deep-fried marinated shrimp with home-made fish sauce. 114

**Po Pia Tod (3) 5.75**
Spring Roll
Thai crispy egg roll stuffed with vegetable, served with sweet chili sauce. 115

**Thai Tofu 4.95**

**Curry-Puff 4.95**

## SOUP

**Tom Yum Goong 4.25**
Spicy shrimp flavored with mushroom and Thai herbs. This spicy Thai soup will satisfy your palate. 101

**Tom Yum Pak 3.55**
Mixed vegetables simmered with lime leaf and lemongrass. 104

**Tom Kha Gai 3.55**
Chicken in coconut milk soup with galanga and lemongrass. 103

**Tom Kha Gai 3.55**
Mixed vegetables and galanga with coconut milk soup with fresh basil leaf. 105

**Tom Kha Gai 3.55**
Chicken in coconut milk soup with galanga, lime juice and fresh mushroom. 102

## SALAD

**Gai Salad 6.95**
Sliced chicken with cucumber, tomato, lettuce in famous peanut dressing.

**Yum Nua 7.95**
Grilled sliced beef with red onions, tomato, lettuce and Thai herbs marinated in spicy lime juice. 126

**Yum Ped Crob 8.95**
Duck Salad
Sliced crispy duck mixed in a dressing of lime juice, pineapple, orange, red onions, scallion and parsley. 1112

**Yum Talay 5.75**
Seafood Salad
Tender jumbo shrimp, body flavored with mint juice, chili, onion, scallion served on a bed of lettuce. 1111

## CURRIES

Choice of chicken, beef or

**Gang 12.95**
Yellow Curry
Coconut milk with potatoes, green beans, onions and bell peppers. 176

**Gang Kiew-Wan 12.95**
Green Curry
Green curry with coconut milk, bamboo shoots and string beans. 177

**Massaman 12.95**
Choice of chicken, beef or shrimp. Coconut milk with eggplant and basil. 179

**Panang Curry 12.95**
Sautéed in Panang curry and coconut milk, with basil, green and bell peppers. 180

**Gang Pa's 12.95**
Jungle Curry

## SEAFOOD

**Goong Ga Tiem 15.95**
Sautéed shrimp with garlic and pepper over the curry sauces.

**Song Sa Hab's 15.95**
Shrimp and squid with mixed vegetable in spicy sauce.

**Goong Ga Prow 15.95**

**Pla Lard Prik's 19.25**
Deep fried whole fish with basil chili garlic sauce. 144

**Ching Mai Fillet of Sole's 18.95**
Fillet of sole topped with peppers, onions and lemongrass.

**Bangkok Seafood 18.95**
Shrimp, squid and scallops sautéed with mixed vegetable and string-bean noodles in the basket. 147

**Chef Seafood Delights 18.95**
Shrimp, scallops, squid with chef's special curry. 148

## MEAT

**Pad King 11.95**
Choice of Chicken, Beef, Duck sautéed with fresh ginger, mushrooms, onions and bell peppers.

**Gai Cashew Nut 11.50**
Sautéed chicken with cashew nuts, dried peppers, snow peas, onions, carrots, celery, scallions in chef's sauce. 157

**Thai Wok 11.95**
Choice of Chicken or Beef sautéed with snow peas, onions, carrots, hot peppers and peanuts. 158

**Gai Lemongrass 11.95**
Marinated chicken breast with lemongrass sauce and salad.

**Prew Whan 11.50**
Sweet & Sour
Choice of Chicken or Beef sautéed with tomatoes, onions, pineapples and fresh cucumber in tomato sauce. 156

**Pad Bai Ga-Prow Chicken's 11.95**
Chicken served with straw mushroom & baby corns. 153

**Thai Chicken with Vegetable 11.50**

## DESSERT

**Fried Banana Rolls 4.95**

**Mango Pudding 3.55**
Home made with fresh mango. D4

**Coconut Cakes (3) 3.95**

## BEVERAGE

**Thai Ice Coffee 3.00**
**Thai Ice Tea 3.00**
**Lemon Ice 2.50**
**Coke 1.25**
**Diet Coke 1.25**
**Sprite 1.25**
**Ice Tea 1.25**
**Spring Water 1.75**
**Perrier 2.00**
**Pepsi 1.25**

## Useful terms

Khao: Steam rice
Gai: Chicken
Op: Duck
Nua: Beef
Pla: Fish
Goong: Shrimp
Talay: Seafood

(212) 921-5800

MADTSS01100930



## HOUSTON - NEW YORK

# AH! CHIHUAHUA'S

## 330 East 53rd Street
(Bet. 1st and 2nd Avenue)

## TEX - MEXICAN CUISINE
Celebrating Our 16TH Anniversary

## FULL BAR SERVICE

All our rice is made with 100% vegetable oil.

**FREE DELIVERY**
Minimum Order $8.00

Private Parties Available

MONDAY TO FRIDAY: 12:00 NOON - 10:00 PM
SATURDAY: 4:00 PM - 10:00 PM

**Call 888-6807**

SUNDAY DELIVERY
PLEASE CALL: 772-1006
any questions, please call:
1-646-594-6564

---

## LUNCH SPECIALS

### (2) MEXICAN QUESADILLAS  $6.95
Stuffed w/Mexican Sausage and Guacamole
Served with Rice, Beans, Chips & Salsa

### (2) TACOS  $5.95
(crispy) Chicken, Beef, or Beans
Served with Rice, Beans, Chips & Salsa

### (2) ENCHILADAS  $6.25
(soft) Beef, Cheese, or Chicken
Served with Rice, Beans, Chips & Salsa

### COMBO #1  $6.95
(1) Crispy Beef Taco
(1) Chicken Burrito
Served with Rice, Beans, Chips & Salsa

### COMBO #2  $6.95
(1) Chicken Chimichanga & S.C.
(1) Soft Beef Taco
Served with Rice, Beans, Chips & Salsa

### GRILLED CHICKEN  $7.95
Breast of Chicken with Tomato, Onions,
Pepper & White Melted Cheese.
Served with Rice, Beans, Chips & Salsa

### VEGGI COMBO  $6.95
(1) Bean Burrito
(1) Cheese Quesadilla
Served with Rice, Beans, Chips & Salsa

### NEW COMBINATIONS

Rio Grande  $5.95
Beef Burrito & Beef Tostada

Old Mexico  $5.95
Chicken Tostada & Beef Taco

Texas  $5.95
Chicken Fluata & Beef Enchilada

San Antonio  $5.95
Guacamole Tostada & Cheese Enchilada
Served with Rice and Beans.

Items in this offer may be different from originals items.

## NO SUBSTITUTIONS PLEASE!

---

## STEAK & CHICKEN

|  | Lunch | Dinner |
|---|---|---|
| 26. TAMPIQUENA | 11.95 | 14.95 |

Beef grilled to your taste. Topped with tampiquena
sauce accompanied with enchilada.

| 27. FAJITA PLATE | 11.95 | 14.95 |

Tender marinated beef skirt steak.

| 28. FAJITAS TOREADAS | 11.95 | 14.95 |

Skirt steak grilled with tomato, onions and
bell pepper.

| 29. FAJITAS RANCHERAS | 11.95 | 14.95 |

Skirt steak sauteed with tomato & onions.

| 30. POLLO MEXICANO | 11.95 | 14.95 |

Chicken breast with tomato, onions cooked
in our special sauce.

| 31. FAJITAS DE CAMARON | 11.95 | 15.95 |

Shrimps, tomato, onions, and peppers.

| 32. FAJITAS POLLO | 11.95 | 14.95 |

Marinated strips of chicken breast grilled
with tomato, onions and green peppers.

| ANY MIX FAJITAS | 12.95 | 15.95 |

| 33. CAMARON AL MOJO DE AJO | 11.95 | 14.95 |

Shrimp cooked in garlic sauce.

---

Introducing one of our greatest hits,
that made us famous in Texas

### BOTANA PLATTER FOR TWO

A huge combination of Fajitas, Nachos,
Burritos, Onions, Guacamole, Tomatoes, & Jalapenos
(Also available with Chicken Fajitas at Customer Request)

$19.95  $26.95

Our Food is made to your order, Please be patient!
Please allow ample time for preparations

---

## BEVERAGES / SIDE ORDERS

Side - Orders - Sc or Jal or Cheese (each) $1.25
Rice and Beans (plate) ........................... 4.25
Guacamole (side) .................................. 2.95
All Soft Drinks .................................... 1.75

## APERITIVOS APPETIZERS

|  | Lunch | Dinner |
|---|---|---|
| **NACHOS** Melted Cheese on Tortilla with Jalapeño with Beef or Chicken. | $5.25 | $5.95 |
| **GUACAMOLE.** Mashed Avocado & Tomatoes. | $6.95 | $7.95 |
| **QUESADOS** Triangles of Flour Tortillas Stuffed with Cheese, Topped with Sour, Cream & Guacamole. | $5.25 | $5.95 |
| **PANCHOS.** Nachos Topped with Fresh Tomato, Onions and Guacamole. | $5.25 | $5.95 |
| **GRILLED CHICKEN FAJITA QUESADO.** Grilled Chicken, Cheese, Sour Cream, and Guacamole | $7.95 | $9.95 |
| **GRILLED STEAK FAJITA QUESADO.** Grilled Steak, Cheese, Sour Cream and Guacamole | $7.95 | $9.95 |
| **TAQUITOS (6) Pcs.** Crispy Tortillas Stuffed w/Chicken, topped w/Sour Cream and Guacamole | $6.95 | $7.95 |
| **QUESO CON CHORIZO** Mexican Sausage & white Melted Cheese Served w/3 Flour Tortillas & Guacamole. | $5.95 | $6.95 |
| **QUESADO/TAQUITO COMBO** 2 Quesados, 2 Taquitos, Sour Cream and Guacamole. | $6.95 | $7.95 |
| **CHILE CON QUESO DIP** (salsa con queso) | $5.95 | $6.95 |
| **GREEN SALAD** Lettuce, Onions, Tomatoes, Pepper and House Dressing. | $4.25 | $4.50 |

---

### AH! CHIHUAHUA FIESTA MEXICANA FOR TWO
### $16.95          $19.95

ONE TACO
ONE FLAUTA
ONE TACO COMPUESTO
ONE QUESADILLA
ONE TACO AHI CHIHUAHIA
ONE TOSTADA
ONE CHIMICHANGA

---

## PLATILLOS MEXICANOS MEXICAN PLATES

|  |  | Lunch | Dinner |
|---|---|---|---|
| 1. | **TACOS** Crisp Folded Corn Tortillas Stuffed with Ground Beef. | $5.95 | $9.95 |
| 2. | **AH! TACOS CHIHUAHUA** Flour Tortillas Stuffed w/Tasty Shredded, Beef Beans, Melted, White Cheese & Guacamole. | $6.95 | $10.95 |
| 3. | **TACOS POLLO** Soft Corn or Flour Tortillas Stuffed with Chicken, Lettuce & Tomato. | $5.95 | $9.95 |
| 4. | **TACOS COMPUESTOS.** Soft Tortillas Filled with Chicken or Beef with Guacamole. | $6.95 | $10.50 |
| 5. | **TACOS TERNERA** Soft Tortillas Topped w/Shredded Beef with Lettuce & Tomato. | $5.95 | $10.50 |
| 6. | **AH! CHIHUAHUA ENCHILADAS** Soft Corn Tortillas Stuffed w/Yellow Cheese & Topped w/Chile con carne Sauce. | $5.95 | $10.50 |
| 7. | **AH! CHIHUAHUA BEEF ENCHILADAS** Soft Corn Tortillas Stuffed w/Beef & Topped with Chile carne Sauce | $5.95 | $10.50 |
| 8. | **ENCHILADAS** Soft Corn Tortillas Stuffed w/Chicken Melted Cheese, Topped w/Mild Mexican Sauce. | $5.95 | $9.95 |
| 9. | **ENCHILADAS MEXICO.** Soft Corn Tortillas Stuffed w/Chicken & Yellow Cheese. | $5.95 | $9.95 |
| 10. | **ENCHILADAS SUIZAS** Soft Corn Tortillas Stuffed w/Chicken Topped w/Green Tomato Sauce. | $6.95 | $10.95 |
| 11. | **MEXICAN BURRITOS** Flour Tortillas Filled with Marinated Pork and Guacamole. | $6.95 | $10.95 |
| 12. | **BURRITOS (2)** Soft Flour Tortilla Stuffed w/Beef, Beans Topped w/Chile con carne & Yellow Melted Cheese | $5.95 | $10.95 |
| 13. | **CHALUPAS (2)** Open Crispy Corn Tortillas Topped w/ Beans & Yellow Melted Cheese, Choice of Beef or Chicken, Lettuce & Tomato. | $5.95 | $10.95 |
| 14. | **CHIMICHANGAS** Deep Fried Flour Tortillas w/Beef Topped with Sour Cream | $5.95 | $10.95 |
| 15. | **FLAUTAS** Crispy Rolled Corn Tortillas Sautéed with Shredded Chicken, Sour Cream. | $5.95 | $10.95 |

*All of Above Served with Rice, Beans.*

---

## COMBINATIONS

|  |  | Lunch | Dinner |
|---|---|---|---|
| 16. | **PANCHITAS** Chimichanga, Enchilada, and Tostada. | $7.25 | $10.95 |
| 17. | **MEXICO CITY** Enchilada, Burrito, and Taco. | $7.25 | $10.95 |
| 18. | **MONTERREY** Flauta, Quesadilla, and Chimichanga. | $7.25 | $10.95 |
| 19. | **MAZATLAN** Tostada, Enchilada, and Chicken Enchilada. | $7.25 | $10.95 |
| 20. | **MEXICAN PLATE** Taco, 1 Enchilada, and 1 Enchilada Beef. | $7.25 | $10.95 |

> LUNCH'S COMBINATIONS PLATES ARE SERVED ONLY WITH THE FIRST TWO ITEMS.

## VEGETABLES PLATES

|  |  | Lunch | Dinner |
|---|---|---|---|
| 21. | **QUESADILLAS** Soft Tortillas, Stuffed w/White Melted Cheese. | $5.95 | $9.95 |
| 22. | **ENCHILADAS** Soft Corn Tortillas Stuffed w/White Melted Cheese Topped w/Mild Mexican Sauce. | $5.95 | $9.95 |
| 23. | **TACOS GUACAMOLE** Tacos Stuffed w/Fresh Guacamole. | $6.95 | $10.50 |
| 24. | **BURRITOS FRIJOL.** Soft Flour Tortilla Stuffed with Tasty Refried Beans. | $5.95 | $9.95 |
| 25. | **TOSTADAS (2)** Open Crispy Corn Tortillas Topped w/Beans, White Melted Cheese. | $5.95 | $10.50 |
| * | Any Combination (2) | $7.95 | $9.95 |
| * | Any Combination (3) | $8.95 | $10.95 |

Lunch: 12 to 4:00 pm., Plates are made of two items.
Dinner: Start 4:00 to 10:00 pm., Plates are made of three items.
(Except 12, 13, 24, and 25)

*Sharing Charge (Extra Plate) $5.00 Extra*

*All of Above Served with Rice, Beans.*

# Healthy & Delicious

## Party Platters

P. 1. Sushi & Roll ............................................ $44.95
  28 pcs of Assorted Sushi with California Roll (16 pcs),
  Tuna Roll (8 pcs) & Salmon Roll (8 pcs).

P. 2. Mix'n Match ............................................ $49.95
  Choose 100 pcs of Roll from The Following:
  California Roll, Tuna, Salmon, Cucumber, Avocado &
  Cucumber, Oshinko, & Nori Maki

P. 3. Sushi Sashimi and Roll ........................... $49.95
  15 pcs Sushi, 20 pcs Sashimi, 12 pcs Tuna Roll,
  12 pcs California Roll

P. 4. Route 16 .................................................. $44.95
  16 pcs Spicy Tuna Roll, 16 pcs Alaskan Roll,
  16 pcs Eel Roll, 16 pcs California Roll

## Japanese Canned Drink

Green Tea ......................................... $1.75
Jasmine Green Tea ............................ $1.75
Oolong Tea ....................................... $1.75
Milk Coffee ....................................... $1.75
Aloe Vera Juice (Blueberry, peach, grape) ... $1.75
Carrot Fruit Juice (Canned) ............... $1.75

## Homemade Drink

Fresh Brewed Ginger Ale "THE MUST" ... $2.50
Cranberry Iced Tea ............................ $2.25
Lemon Iced Tea ................................. $2.25
Homemade Lemonade ...................... $1.75
Hot Tea (Jasmine or Green or Oolong) ... $1.75
Ice Cream (Green Tea, Red Bean and Ginger)
  2 Scoops ....................................... $2.50
  3 Scoops ....................................... $2.90
Daifuku (Red Bean Cake) ................. $1.75

11:30 a.m.–11:00 p.m.
FREE DELIVERY
(Min. $6.00) 7 Days Week

---

## Salad

S. 1. House Salad ............................................ $2.75
  Iceberg Lettuce Tossed with Ginger Dressing

S. 2. Go Soba Salad ........................................ $3.75
  Buckwheat Noodle with Sesame Peanuts Dressing

S. 3. Chicken Salad ......................................... $6.50
  White-meat Chicken with Mesclun Greens in Sesame
  Shoyu Vinaigrette

S. 4. Mixed Sashimi Salad .............................. $6.75
  Tuna, Shrimp, Salmon, White Fish Tossed with
  Mesclun Greens in Sesame Shoyu Vinaigrette

S. 5. Tuna Avocado Salad ............................... $6.50
  Diced Tuna Tossed with Mesclun & Avocado in Sesame
  Shoyu Vinaigrette

S. 6. Salmon Avocado Salad ........................... $6.50
  Sliced Salmon Tossed with Mesclun and Avocado in
  Sesame Shoyu Vinaigrette

## Salad & Roll $6.75

(Served with Miso Soup)

### Choice:

Mix Sashimi Salad        Tuna Roll
Tuna Avocado Salad       Salmon Roll
Salmon Avocado Salad     California Roll
Ebi Avocado Salad        Avocado / Cucumber Roll
Chicken Salad

## Mix Your Own Roll

Four & Four $6.95

Spicy California Roll (4)     Tuna Avocado Roll (4)
Green Cheese California Roll (4)   Salmon Avocado Roll (4)
Salmon Skin Roll (4)         Eel Roll (4)
Spicy Tuna Roll (4)          Alaskan Roll (4)
Crunchy Spicy Tuna Roll (4)  Spicy Salmon Roll (4)
Philadelphia Roll (4)        Go Sushi Roll (4)
Hamachi Roll (4)             Vegetables Roll (4)

---

# Japanese Cuisine



Go Sushi

982 Second Avenue

Tel: 593-3883 / 758-9289
Fax: 758-1326

3 Greenwich Avenue
982 Second Avenue
511 Third Avenue
755 Ninth Avenue
1049 Second Avenue

Please show photo I.D when we deliver
www.Gosushi.net

---

PRSRT STS
U.S. POSTAGE
PAID
NEW YORK, NY
PERMIT NO. 588

982 Second Avenue,
New York, NY 10022

Go Sushi

## Go Appetizer

| | |
|---|---|
| A 1. Gyoza (4 pcs) 'THE BEST' | $3.50 |
| | Pan Fried or Steamed Pork Dumplings |
| A 2. Steamed Vegetable Gyoza (4 pcs) 'THE MUST' | $3.50 |
| | Steamed Vegetable Dumplings |
| A 3. Steamed Vegetable Dumplings | |
| A 4. Shumai (4 pcs) (Steamed Shrimp Dumpling) | $2.75 |
| A 5. Tofu Salad (Cold tofu with house special sauce) | $1.75 |
| A 6. Golden Fried Shrimp Dumplings (4 pcs) | $3.50 |
| A 7. Spring Roll (4) | $3.50 |
| A 8. Miso Soup ... (Cup) $1.50 (Bowl) | $2.50 |
| A 9. Vegetable Noodle Soup | $4.95 |
| A10. Shrimp Tempura (3 pcs) | $5.75 |
| A11. Vegetable Tempura | $3.80 |
| A12. Seaweed Salad | $2.50 |
| A13. Beef Negimaki Appetizer | $4.95 |
| A14. Chicken Teriyaki Appetizer | $4.75 |
| A15. Kani | $4.75 |
| A16. Baby Octopus | $4.50 |
| A17. Ika Salad | $4.50 |
| A18. Soybean Salad | $3.50 |
| A19. Steamed Mixed Vegetable | $4.25 |
| A20. Edamame | $3.50 |
| A21. Oshinko (Japanese Pickles) | $1.75 |
| A22. Crab Salad with Caviar | $3.75 |

## Go Sushi's Combination Box

(Served with Miso Soup, Seaweed Shrimp Dumplings,
White or Brown Rice, and Salad)

| | |
|---|---|
| Box A. Chicken Teriyaki, 2 pcs Tuna, 2 pcs Salmon | |
| | 8 4 pcs California Roll | $11.95 |
| Box B. Shrimp Tempura, 2 pcs Tuna, 2 pcs Salmon | |
| | 4 pcs California Roll | |
| Box C. Chicken Teriyaki & Shrimp Tempura, 2 pcs Tuna, | |
| | 2 pcs Salmon, & 4 pcs California Roll | $13.50 |
| Box D. Vegetable Tempura, • | |
| | & Avocado/Cucumber Roll (12 pcs) | $9.95 |
| Box E. Salmon Teriyaki, 2 pcs Tuna, 2 pcs Salmon | |
| | & 4 pcs California Roll | |
| Box F. Unagi Box, • | |
| | 2 pcs Tuna, 2 pcs Salmon & 4 pcs California Roll | $14.95 |

## Go Big Noodle Soup

Udon (White, Thick Noodles) or Soba (Buckwheat Noodle)

| | |
|---|---|
| N 1. Chicken Teriyaki Noodle Soup | $5.95 |
| N 2. Chicken Cutlet Noodle Soup | $5.95 |
| N 3. Shrimp Tempura Noodle Soup | $6.50 |
| N 4. Vegetable Tempura Noodle Soup* | $5.95 |
| N 5. Beef Noodle Soup | $5.50 |
| N 6. Pork Cutlet Noodle Soup | $5.95 |
| N 7. Vegetable Noodle Soup* | $4.95 |
| N 8. Chicken Teriyaki & Shrimp Noodle Soup | $7.95 |
| N 9. Chicken Teriyaki & Beef Noodle Soup | $7.95 |
| N10. Vegetable & Shrimp Tempura Noodle Soup... | $7.95 |
| N11. Yaki Soba (Stir fried noodles w. chicken or beef) | $5.50 |
| N12. Yaki Soba Combo | |
| | (Cucumber, Avocado, Carrot & Miso Soup |
| N13. Curry Chicken Katsu Over Rice | $5.95 |

## Bento Box

(Served with 2 Steamed Shrimp Dumplings,
White or Brown Rice, and Salad)

| | |
|---|---|
| B 1. Beef Teriyaki Box | $5.95 |
| B 2. Chicken Cutlet Box | $5.95 |
| B 3. Pork Cutlet Box | $5.95 |
| B 4. Chicken Teriyaki Box | $5.95 |
| B 5. Shrimp Tempura Box | $6.50 |
| B 6. Vegetable Tempura Box* | $5.50 |
| B 7. Beef Negimaki Box | |
| | Thin Slices of Beef Rolled with Scallions |
| B 8. Unagi Box (Eel Box) | $8.95 |
| B 9. Salmon Teriyaki Box | $5.95 |
| B10. Chicken Teriyaki & Shrimp Tempura Box | $7.95 |
| B11. Chicken Cutlet & Shrimp Tempura Box | $7.95 |
| B12. Vegetable Tempura & Shrimp Tempura Box | $7.95 |
| B13. Chicken Teriyaki & Vegetable Tempura Box | $7.95 |
| B14. Chicken Teriyaki & Beef Teriyaki Box | $7.95 |
| B15. Beef Teriyaki & Vegetable Tempura Box | $7.95 |

*Vegetarian Favorites

## Roll

Sushi / Sashimi Same Price

| | |
|---|---|
| R 1. Inside-Out California Roll (8) | $3.80 |
| R 2. Spicy Inside-Out California Roll with Caviar (8) | $4.50 |
| R 3. Cream Cheese California Roll (8) | $4.50 |
| R 4. Vegetable California Roll (8) | $3.80 |
| R 5. Tuna Maki (8) | $3.80 |
| R 6. Cucumber Roll (12) | $3.80 |
| R 7. Avocado & Cucumber Roll (12) | $3.80 |
| R 8. Ohshinko Roll (12) | $3.80 |
| R 9. Nori Maki (12) | $3.80 |
| R10. Boston Roll (8) | $4.95 |
| R11. Sweet Potato Tempura Roll (8) | $4.95 |
| | (Shrimp, Lettuce, Cucumber) |
| R12. Futo Maki (8) | $4.95 |
| | (Crabstick, Egg, Vegetable & Tobiko) |
| R13. Vegetable Tempura Roll (8) | $4.75 |
| | (Cucumber, Avocado, Carrot & Lettuce) |
| R14. Salmon Skin Roll with Cucumber (8) | $5.95 |
| R15. Spicy Salmon Roll with Caviar (8) | $5.95 |
| R16. Spicy Chicken Roll with Cucumber (8) | $5.95 |
| R17. Spicy Tuna Roll with Caviar (8) 'THE BEST' | $5.95 |
| R18. Crunchy Spicy Tuna Roll (8) | $6.50 |
| R19. Manhattan Roll with Scallions (8) | $5.95 |
| | (Smoked Salmon, Cream Cheese & Scallion) |
| R20. Philadelphia Roll (8) | $6.25 |
| R21. Spicy Lobster Roll (6) 'THE BEST' | $4.75 |
| | (Fresh Lobster, Avocado with Caviar) |
| R22. Fried Calamari Roll (8) | $5.95 |
| | (Cooked Salmon, Avocado with Caviar) |
| R23. Spicy Crunchy Roll (8) | $6.50 |
| R24. Shrimp Tempura Roll (8) | $5.95 |
| R25. Spicy Shrimp Tempura Roll with Caviar (8) | $5.95 |
| R26. Eel with Cucumber Roll (8) | $5.95 |
| R27. Alaskan Roll (8) (Salmon, Avocado with Caviar) | $5.95 |
| R28. Go Sushi Roll (8) | $5.95 |
| | (Crab Stick, Avocado, Cucumber, Tuna, Salmon, Hamachi) |
| R29. Rainbow Roll (8) | $8.95 |
| R30. Spider Roll (8) (Soft Shell Crab, Caviar, Avocado) | $8.95 |
| R31. Dragon Roll (8) | $10.95 |
| | (Inside Shrimp Tempura, Outside Eel, Avocado & Caviar) |
| R32. Phoenix Roll (8) | $10.95 |
| | (Inside Shrimp Tempura, Outside Salmon, Avocado & Tuna) |

## A La Carte

Sushi / Sashimi Same Price

| | |
|---|---|
| L 1. Tuna Sushi | $1.50 |
| L 2. Salmon Sushi | $1.50 |
| L 3. White Tuna Sushi | $1.50 |
| L 4. Red Snapper | $1.50 |
| L 5. Tamago Sushi | $1.50 |
| L 6. Crab Stick Sushi | $1.50 |
| L 7. Squid Sushi | $1.50 |
| L 8. Octopus | $2.00 |
| L 9. Hoagai Sushi | $1.50 |
| L10. Ikura Sushi | $2.00 |
| L11. Hamachi Sushi | $2.00 |
| L12. Scallop | $2.00 |
| L13. Eel Sushi | $2.00 |
| L14. Hamachi Sushi | $2.00 |
| L15. Tobiko Sushi | $2.00 |
| L16. Smoked Sushi | $2.00 |

## Go Sushi

| | |
|---|---|
| G 1. Go Sushi Box | $5.95 |
| | 1 Tuna, 1 Salmon, 4 California Rolls, Soba Noodle, Salad |
| G 2. Go Vegetarian Box | $4.95 |
| | Avocado & Cucumber Roll, Soba Noodle, Salad |
| G 3. Manhattan (2 Shrimp, 2 Salmon & 4 California Roll) | $5.95 |
| G 4. Go-Go Girl | $5.95 |
| | 2 Tuna, 2 Salmon & 4 California Roll |
| G 5. Go-Go Boy (2 Tuna, 2 Shrimp & 4 California Roll) | $5.95 |
| G 6. Sushi Regular | $5.95 |
| | 3 Salmon, 1 Tuna, 1 Shrimp, 4 Salmon Roll & 4 California Roll |
| G 7. Sushi Deluxe | $8.95 |
| G 8. Sashimi Deluxe (5 Salmon & 8 Salmon Roll) | $8.95 |
| G 9. Eel Deluxe (8 Eel & 8 Eel Roll) | $8.95 |
| G10. Vegetable Deluxe | $5.95 |
| | 2 pcs Maki, 4 pcs Oshima Roll, 4 pcs Cucumber, 4 pcs Nori Maki |

## Sashimi

(Served with Miso Soup, White or Brown Rice or Salad)

| | |
|---|---|
| G11. Sashimi Deluxe (9 pcs) | $11.95 |
| G12. Sashimi Regular (7 pcs) | $9.95 |
| G13. Sushi Sashimi Combo | $16.95 |
| | 5 pcs Sushi, 7 pcs Sashimi, 4 pcs California Roll |
| | & 4 pcs California Roll |

MADTSS01100934




# HARU HANA

PRSRT STD
US POSTAGE
P A I D
PERMIT #9012
NEW YORK, NY

**☎ 212.752.7721**

972 SECOND AVENUE NYC ❶

MONDAY THRU FRIDAY 11:00 AM–11:00 PM  SATURDAY & SUNDAY 12:00 NOON–11:00 PM

**FREE DELIVERY** MIN. $10.00

## LUNCH SPECIAL

11:00am–3:30pm Daily / Other Time Add $1.00 Extra

### KITCHEN SPECIAL
Served w. Miso Soup, Salad & Rice

|  |  |  |
|---|---|---|
| L1. | TONKATSU  *Tender deep fried pork cutlet with tonkatsu sauce.* | 6 |
| L2. | PORK GINGER YAKI  *Sautéed pork in ginger sauce.* | 6 |
| L3. | BEEF STEAK TERIYAKI | 7.5 |
| L4. | BEEF NEGIMAKI  *Broiled beef rolled in scallions.* | 7.5 |
| L5. | CHICKEN KATSU  *Chicken breast breaded in deep fried.* | 6 |
| L6. | CHICKEN TERIYAKI | 6 |
| L7. | CHICKEN WITH MUSHROOM | 6 |
| L9. | CURRY CHICKEN | 6 |
| L10. | VEGETABLE TEMPURA | 6 |
| L11. | SAUTÉED MIXED VEGETABLES | 6 |
| L12. | SEAFOOD COMBO TERIYAKI  *Jumbo shrimp, scallops, salmon & vegetable.* | 7.5 |
| L13. | SALMON TERIYAKI | 7.5 |
| L15. | SHRIMP & VEGETABLE TEMPURA | 7.5 |

### HARU HANA BENTO
Choose One Entree from L1–L15, Add $2.00 for One California Roll, Salad & Rice as a Lunch Box w. Miso Soup

### SUSHI BAR SPECIAL
Served w. Miso Soup & Salad

|  |  |  |
|---|---|---|
| L16. | SASHIMI | 8.0 |
| L17. | 1 CALIFORNIA ROLL & 4 PCS. OF SUSHI | 7.5 |
| L18. | 1 KAPPA ROLL, 1 TUNA ROLL & 2 PCS. SUSHI | 7.5 |
| L19. | VEGGIE ROLL *(Choice of Two Rolls Asparagus Roll, Sweet Potato Roll, Cucumber Roll, Oshinko Roll, Avocado Roll.)* | 6.5 |
| L20. | FANCY ROLL *(Choice of Two Rolls Tuna Roll / Salmon Roll / Yellowtail & Scallion Roll / California Roll / Boston Roll / Spicy Tuna Roll / Spicy Salmon Roll, Eel & Cucumber Roll / Salmon Skin Roll)* | 7.5 |

## KITCHEN ENTREES
Serve w. Salad or Miso Soup & White or Brown Rice

### TERIYAKI

|  |  |
|---|---|
| TOFU STEAK TERIYAKI | 8 |
| CHICKEN TERIYAKI | 11 |
| BEEF STEAK TERIYAKI | 13 |
| SALMON TERIYAKI | 13 |
| SHRIMP TERIYAKI | 13 |
| TERIYAKI COMBO  *Choose any two from above.* | 15 |
| BEEF or CHICKEN NEGIMAKI | 13 |
| SEAFOOD TERIYAKI | 15 |

### TEMPURA

|  |  |
|---|---|
| SHRIMP & VEGGIE TEMPURA | 12 |
| CHICKEN & VEGGIE TEMPURA | 11 |
| VEGETABLE TEMPURA | 8 |

### KATSU

|  |  |
|---|---|
| TONKATSU  *Pork filet cutlet.* | 11 |
| CHICKEN KATSU | 11 |
| CHICKEN MAKI | 13 |

### TASTY DISHES

|  |  |
|---|---|
| PORK OR CHICKEN SHOGAYAKI  *Pork, or chicken & vegetable sautéed in our ginger sauce.* | 11 |
| GOMAITADE  *Crispy chicken w. spicy sesame sauce.* | 11 |
| CURRY TOFU  *Japanese curry chicken.* | 11 |
| SAUTÉED MIXED VEGETABLE & TOFU | 8 |

### BEVERAGES & DESSERT

|  |  |
|---|---|
| ICE CREAM  *Red bean, Green Tea or Ginger.* | 2.50 |
| BANANA TEMPURA | 2.50 |
| MOCHI  *2 pcs. Ice cream in sticky rice dough.* | 3.00 |
| SODA | 1.25 |
| HOT GREEN TEA | 0.75 |
| FRIED ICE CREAM TEMPURA | 4.00 |
| SPRING WATER  Sm.1.25 Lg.2.00 | |

## SOUP & SALAD

|  |  |
|---|---|
| MISO SOUP | 2 |
| SEAFOOD SOUP | 5 |
| GREEN SALAD | 3 |
| SEAWEED SALAD | 5 |
| GARDEN SALAD  *Avocado, tomato, carrot, cucumber & lettuce.* | 5 |
| KANI TOBIKO SALAD  *Crabmeat, cucumber, caviar & mayo.* | 6 |

## APPETIZERS

|  |  |
|---|---|
| HARUMAKI 2  *Japanese spring roll.* | 4 |
| TEMPURA  *Battery fried shrimp & vegetables.* | 6 |
| FRIED OYSTER *3 pcs.* | 6 |
| BEEF or Chicken NEGIMAKI  *Sliced beef or chicken rolled in scallions in teriyaki sauce.* | 6 |
| GYOZA  *Shrimp or vegetable pan-fried dumplings.* | 4 |
| YAKI TORI  *Grilled chicken with scallions & a teriyaki sauce.* | 4 |
| OHITASHI  *Cold spinach in a special sauce w. bonito flakes.* | 4 |
| STEAMED MIXED VEGETABLE 4 | |
| VEGETABLE TEMPURA | 4 |
| OSHINKO  *Assorted pickled vegetable.* | 4 |
| HIJIKI  *Delicately cooked seaweed.* | 4 |
| SHUMAI  *Steamed pork or shrimp dumplings.* | 4 |
| EDAMAME  *Boiled soybeans.* | 4 |
| AGE TOFU  *Fried bean curd with ginger sauce.* | 4 |

## JAPANESE NOODLE

|  |  |
|---|---|
| NABE YAKI UDON  *Noodle with shrimp, chicken, vegetable & egg cooked stew style.* | 9 |
| YAKI UDON OR SOBA  *Sautéed noodles w. chicken & vegetable.* | 7 |
| BEEF UDON OR SOBA  *Noodle with sliced beef, egg and vegetable in soup.* | 8 |
| TEMPURA UDON OR SOBA  *Noodle w. vegetable tempura. Served w. shrimp tempura.* | 8 |
| ZARU SOBA  *Japanese cold noodle w. special sauce.* | 8 |

## DONBURI

|  |  |
|---|---|
| UNAGI DON  *Broiled eel over white rice.* | 12 |
| EBI DON  *Cooked shrimp, vegetable & egg over rice.* | 8 |
| TER DON  *Slices of vegetable tempura over rice.* | 8 |
| KATSU DON  *Battered fried pork cutlet, vegetable & egg over rice.* | 8 |
| OYAKO DON  *Battery fried chicken, veggies & egg over rice.* | 8 |
| SHRIMP, CHICKEN OR PORK  FRIED RICE | 8 |

MADTSS01100935

## ROLL OR HAND ROLL

### MAKI

Seaweed Outside Roll, Cut in 6 pcs.

**FISH MAKI  $4**
- Tuna Maki
- Salmon Maki

**VEGETABLE MAKI  $3**
- Lime Shizo Maki — Plum sauce & cucumber
- Nori Maki — Gobo & squash

- Kappa Maki — Cucumber
- Oshinko Maki — Pickled radish

### URAMAKI
Inside Out Roll, with Rice & Sesame Outside

| | |
|---|---|
| California Roll | 4 |
| Alaskan Roll — Salmon, avocado, cucumber | 4 |
| Boston Roll — Shrimp, cucumber, lettuce & mayo | 4 |
| Salmon Skin Roll — With cucumber & scallion | 4 |
| Asparagus, Avocado & Cucumber Roll | 4 |
| Sweet Potato Tempura Roll | 5 |
| Eel & Cucumber Roll | 5 |
| Eel & Avocado Roll | 5 |

| | |
|---|---|
| East Roll — Shrimp tempura, avocado, cucumber | 5 |
| Philadelphia Roll — Smoked salmon, cucumber, scallion & cream cheese | 5 |
| Mackerel Ginger Roll | 4 |
| Spicy Crunch Roll — Choice of tuna, salmon, yellowtail or scallop | 5 |
| King Roll — Crab, avocado & cucumber | 6 |
| Spicy Lobster Roll | 7 |

### VEGETABLE MAKI $3
- Yellowtail & Scallion
- White Tuna & Scallion

Sushi 4 pcs.

- Asparagus Maki
- Avocado Maki

## FUSION SUSHI ROLL

| | |
|---|---|
| Vegetable Rainbow Roll — Sun-dried tomato, asparagus & special onion sauce, wrapped w/ cucumber, orange & avocado | 9 |
| Vegetable Red Dragon Roll — Sweet potato tempura, asparagus, cucumber & special onion sauce, rolled w/ roasted red pepper on top | 8 |
| Spicy Grilled Tuna Roll | 5 |
| Blackened Yellowtail Roll | 5 |
| Roasted Maple Salmon Roll | 5 |
| Chipotle Shrimp Roll | 5 |
| Shrimp Cocktail Roll | 5 |
| Roasted Red Pepper, Onion & Asparagus Roll | 5 |
| Grilled Portobello, Goat Cheese & Jalapeno Roll | 5 |
| Honey Roll — Honey, peanut, avocado & cream | 5 |

## FUTO BIG ROLL

| | |
|---|---|
| Lobster Tail Tempura Roll | 7 |
| Oyster Tempura Roll | 7 |
| Shrimp Tempura Roll | 6 |
| Mixed Vegetable Roll | 6 |
| Fuji Roll — Tuna, rockfish, crab stick, cucumber & carrot | 6 |
| Spider Roll — Soft shell crab tempura. Add $2.00 for baked roll, inside & outside are w/ spicy sauce, raw w. sauce | 7 |

**FUSION ROLL SAMPLER**

**TUNA  $10**
- 3 pcs. Spicy Grilled Tuna, 3 pcs. White Tuna & Scallion,
- 3 pcs. Blackened Yellowtail, 3 pcs. Spicy Tuna Crunch

**SPICY  $10**
- 3 pcs. Spicy Grilled Shrimp, 3 pcs. Spicy Grilled Tuna,
- 3 pcs. Blackened Yellowtail, 3 pcs. Tuna Roll

**VEGGIE  $7**
- 3 pcs. Grilled Portobello & Goat Cheese,
- 3 pcs. Roasted Pepper, Onion & Asparagus,
- 3 pcs. Cucumber Roll

**SWEET  $10**
- 3 pcs. Chipotle Shrimp, 3 pcs. Spicy Grilled Tuna,
- 3 pcs. Roasted Maple Salmon, 3 pcs. Shrimp Cocktail,
- 3 pcs. Honey Roll, 3 pcs. California Roll

**BONSAI ROLL** — Eel, salmon skin, avocado & radish sprout, rolled in rice, flavored w/ ginger then cucumber around, served in Chef's spicy sauce on the side — 9

### Variety of Sushi Sauce Offer You A New Tasty Experience—
• Spicy Mayo  • Spicy & Sour  • Wasabi B-B-Q
• Jalapeno Salsa  • Scallion Garlic Soy  • Ginger Sesame

All above can be made Tonkatsu Hand Roll, Cone Shaped.
To add Fish Roe, Quail Egg, Vegetable or Kewpack, 50¢ Extra.
Feel One Sauce Cup, Soybean Onions $1.00 or More/75¢ for Each Additional.

## SUSHI BAR APPETIZERS

| | |
|---|---|
| Tuna Tataki — Thinly sliced tuna w/ spicy ponzu sauce | 8 |
| Tuna Tartar | 8 |
| Kanisu — Crab & cucumber w/ ponzu sauce | 5 |
| Pepper Tuna Sashimi — Served w/ special sauce | 8 |
| Baby Octopus | 7 |

## HARU HANA GOURMET ROLL

| | |
|---|---|
| Tri-Tropical Roll — Whole grilled, spicy tuna, spicy salmon & spicy yellowtail combo roll w/ three color cones. Labels beautiful & taste delicious | 10 |
| Lovely Roll — Blackened salmon outside, shrimp tempura, cream cheese, lettuce & special sauce inside | 10 |
| Snow Flower Roll — Flaky crab meat, avocado & caviar roll, lightly fried w. tempura & special sauce inside | 9 |
| Sunny Volcano Roll — Sun-dried tomato, asparagus & avocado roll, wrapped w. spicy salmon, sprinkled w. tempura crunch & caviar | 11 |
| Silver Dream Roll — Spicy yellowtail crunch roll topped w. yellowtail | 13 |
| Crazy Tuna Roll — Spicy tuna crunch roll w. black pepper tuna & avocado on top | 12 |
| Fantasy Lobster Roll — Whole w. steamed lobster meat, avocado, crunch, cucumber & spicy sauce, topped w. baked salmon, cream cheese & scallion | 13 |
| Crystal Amber Roll — Crab stick tempura, avocado, cucumber & mango roll w. sweet shrimp on top | 13 |
| Spicy Lover's Roll — Spicy yellowtail, avocado & jalapeno roll covering w. spicy tuna, crunch & caviar | 12 |
| Tiffany Hot Roll — Baked jumbo shrimp, avocado & cucumber roll, lightly grilled w. sweet sauce on the side | 10 |
| Yellowtail & Jalapeno Roll — Spicy w. black caviar | 6 |
| Summer Roll — Salmon, crab stick, avocado, cucumber rolled in seaweed & sauce on the side | 6 |
| King Crab Rainbow Roll — Covered jumbo king crab, cucumber rolled over w. salmon, tuna, white fish, shrimp & avocado, imitated crab stick $3.00 less (outside & cucumber roll) | 12 |
| Christmas Roll — Salmon & cucumber roll w/ tuna, avocado, eel & green caviar on top | 12 |
| Green Dragon Roll — Sliced avocado over eel & cucumber roll | 8 |
| Golden Dragon Roll — Sliced avocado over eel & cucumber roll | 9 |
| Black Dragon Roll — Roasted maple salmon, cucumber, avocado roll w/ eel on top | 10 |
| Spicy Rainbow Dragon Roll — Eel, cucumber, avocado, tempura, mango, avocado w/ ground pepper & spicy sauce | 11 |

## HARU HANA SUSHI & SASHIMI SET
Served w. Soup or Salad $1.00 Extra

| | |
|---|---|
| Chirashi Sushi — A variety of raw fish over seasoned rice | 15 |
| Tuna Donburi — Tuna slices over seasoned rice | 15 |
| Vegetable Sushi Set — 6 pcs. of vegetable sushi, 1 pcs. of California roll & 1 pc. of vegetable roll | 10 |
| Sushi A — 8 pcs. of assorted sushi, 1 pcs. of California roll, 1 pcs. of tuna roll & 1 pcs. of vegetable roll | 11 |
| Sushi B — 9 pcs. of assorted sushi, 1 pcs. of California roll, 1 pcs. of tuna roll & 1 pcs. of vegetable roll | 14 |
| Sushi C — 9 pcs. of assorted sushi, 1 pcs. of spicy tuna roll & 1 pcs. of California roll | 14 |
| Sushi & Sashimi Combo — 1 tuna roll, 9 pcs. of sashimi & 9 pcs. of assorted sushi | 17 |
| Sashimi A — Assortment of raw fish | 13 |
| Sashimi B — An even larger assortment of fish | 16 |

## SUSHI OR SASHIMI A LA CARTE
Price Per Piece

| | | |
|---|---|---|
| **TUNA** | | |
| Tuna | | 2.0 |
| White Tuna | Maguro | 2.5 |
| Pepper Tuna | | 2.5 |
| Tuna Belly | Toro | 4.0 |
| **SALMON** | | |
| Salmon | Sake | 2.0 |
| Smoked Salmon | | 2.5 |
| Salmon Toro | | 3.0 |
| **YELLOWTAIL** | | |
| Yellowtail | Hamachi | 2.5 |
| Wild Yellowtail | | 3.5 |
| Japanese Aji | Kanpachi | 4.0 |
| **VARIETY** | | |
| Spanish Mackerel | Sawara | 2.0 |
| Mackerel | | 1.8 |
| Eel | Unagi | 2.0 |
| Egg | Tamago | 1.5 |
| Bean Curd | Inari | 1.5 |
| **WHITE FISH** | | |
| Fluke | Hirame | 2.0 |
| Striped Bass | Suzuki | 2.0 |
| Red Snapper | Tai | 2.0 |
| Japanese Snapper | | 3.5 |
| **SHELLFISH** | | |
| Shrimp | Ebi | 2.0 |
| Jumbo Sweet Shrimp | Botan ebi | 3.0 |
| Red Clam | Hokkigai | 2.0 |
| Scallops | Hotategai | 2.0 |
| Squid | Ika | 2.0 |
| Octopus | Tako | 2.0 |
| Crab Stick | Kani | 1.8 |
| King Crab | | 4.0 |
| **CAVIAR** | | |
| Flying Fish Roe | Tobiko | 2.0 |
| Black Flying Fish Roe | | 2.5 |
| Salmon Roe | Ikura | 3.0 |
| Sea Urchin | Uni | 4.0 |





# Kami SUSHI

*A Natural Taste From Kami*
*Kami Makes Your Life Much More Exciting*

CORPORATE ACCOUNT WELCOME
FREE DELIVERY

TEL **212.371.8538/7788**
FAX **212.371.8533**

1047 2nd Avenue
New York, NY 10022

OPEN HOURS:
mon – thurs 11:30am – 11:00pm
friday 11:30am – 12:00mid
saturday 12:30pm – 12:00mid
sunday 3:00pm – 11:00pm

charge card minimum $15

## LUNCH SPECIAL
monday – saturday 11:30am-3:30pm

### BENTO $7.25
Served w. Shumai, Salad, Soup, White Rice,
California Roll, or 3 Pcs. Sushi or 4 Pcs. Sashimi

| | |
|---|---|
| Chicken Teriyaki | Salmon Teriyaki |
| To Fu Teriyaki | Beef Teriyaki |
| Vegetable Teriyaki | Tempura |
| Chicken or Pork Katsu | |
| Beef Negimaki | Chicken Negimaki |
| Yaki Udon | Yaki Soba |

### SUSHI LUNCH SPECIAL
Served w. Soup & Salad.

| | |
|---|---|
| Sushi Lunch | 8.95 |
| Sashimi Lunch | 10.95 |
| Chirashi Lunch | 11.95 |
| Unagi Don Lunch | 10.95 |
| Sushi & Sashimi Lunch | 10.95 |

### ROLL LUNCH SPECIAL
Served w. Soup & Salad

CHOOSE ANY 2 ROLLS $7.95
CHOOSE ANY 3 ROLLS $10.75

| | |
|---|---|
| Salmon Skin | Yellow Tail Scallion |
| Spicy Tuna | Spicy Yellow Tail |
| Spicy Salmon | Eel Avocado |
| Eel Cucumber | Tuna Avocado |
| California | Salmon Avocado |
| Ebi Cucumber | Ebi Avocado |

### LUNCH VEGETABLE ROLL
Served w. Soup & Salad

CHOOSE ANY 2 ROLLS $5.95
CHOOSE ANY 3 ROLLS $7.75

| | |
|---|---|
| Avocado | Oshinko |
| Natto | Yamagobo |
| Spinach | Kampyo |
| Umeshiso | Asparagus |
| Cucumber | |

### LUNCH DON BURI $6.95
Choice of Soup & Salad
Oyako Don • Ten Don • Katsu Don

### NOODLE $6.95
Served w. Salad

| | |
|---|---|
| Vegetable Udon | Chicken Udon |
| Shrimp Udon | Beef Udon |
| Tempura Udon | |

## SUSHI OR SASHIMI
### A LA CARTE

| | | |
|---|---|---|
| Tuna | Maguro | 2.50 |
| Fatty Tuna | Toro | M.P. |
| Salmon | Sake | 2.25 |
| Yellow Tail | Hamachi | 2.50 |
| Fluke | Hirame | 2.00 |
| Striped Bass | Suzuki | 2.00 |
| Red Snapper | Tai | 2.25 |
| Mackerel | Saba | 2.00 |
| Spanish Mackerel | Sawara | 2.25 |
| Octopus | Tako | 2.25 |
| Squid | Ika | 2.25 |
| Crab Stick | Kani | 1.75 |
| Sea Urchin | Uni | 3.50 |
| Salmon Roe | Ikura | 2.50 |
| Flying Fish Roe | Tobiko | 2.25 |
| Egg | Tamago | 1.50 |
| Red Clam | Hokkigai | 2.25 |
| Shrimp | Ebi | 2.25 |
| Eel | Unagi | 2.50 |
| Bean Curd | Inari | 1.50 |
| Sweet Shrimp | Amaebi | 2.95 |
| White Tuna | | 2.50 |
| Albacore | | 3.00 |
| King Crab | | 3.75 |
| Smoke Salmon | | 2.50 |
| Spicy Scallop | | 2.50 |
| Spicy Tuna | | 2.25 |

## BEVERAGE & DESSERT

| | |
|---|---|
| Soda | 1.00 |
| Spring Water | 1.25 |
| Ice Cream | 3.00 |
| Choice of vanilla, red bean or green tea | |
| Fried Banana | 3.00 |
| Tempura Ice Cream | 3.50 |
| Mochi Ice Cream | 3.00 |
| Choice green tea or red bean. | |

## SPECIAL ROLL
NO HAND ROLLS

1. **Spicy Girl Roll** 8 Pcs. — 13.95
Spicy eel, cucumber, crunchy roll in the sweet bean curd skin.

2. **Mexican Dream Roll** 8 Pcs. — 13.95
Spicy crunch yellowtail w. tempura green pepper and top w. fresh yellowtail & jalapeño.

3. **White Rose Roll** 8 Pcs. — 13.95
Tempura shrimp, cucumber, mint leaf inside, top w. fresh red tuna & spicy plum sauce.

4. **Blackened Tuna Roll** 8 Pcs. — 6.95
Blackened tuna, tobiko, asparagus, scallion, wasabi, soy mayo.

5. **Green River Roll** 8 Pcs. — 13.95
Eel, tuna, salmon, yellowtail, cucumber, avocado wrapped in special green rice skin.

6. **Crispy Spicy Salmon Roll** 8 Pcs. — 7.95
Served w. special spicy sauce.

7. **Godzilla Roll** 8 Pcs. — 11.95
Spicy crunch crab meat wrapped with eel and eel sauce.

8. **Dynamite Roll** 8 Pcs. — 10.95
Spicy yellow tail and spicy tuna topped with spicy crunchy crab meat.

9. **Spicy Control Roll** 8 Pcs. — 10.95
Shrimp tempura inside topped with crab meat and eel sauce.

10. **Black Dragon Roll** 8 Pcs. — 11.95
Shrimp tempura, cucumber topped with eel and avocado, tobiko and eel sauce.

11. **Magical Roll** 8 Pcs. — 28.95
Spicy crunchy tuna inside topped with eel, shrimp, avocado, tobiko and scallion.

12. **Fancy Roll** 8 Pcs. — 12.95
Tuna, salmon, cucumber, avocado inside topped with assorted tobiko.

13. **Volcano Roll** 6 Pcs. — 9.95
Rice roll topped with spicy shrimp, crab meat, tobiko toasted.

14. **Fire Island Roll** 8 Pcs. — 10.95
Spicy eel, avocado, crunchy inside topped with wasabi, mayo with spicy sauce.

15. **Post Roll** 8 Pcs. — 14.95
Spicy crunchy salmon and fresh mango inside topped with blackened tuna, sweet shrimp, and spicy sauce with eel sauce.

16. **Emperor Roll** 8 Pcs. — 13.95
King crab, asparagus inside, topped w. blackened tuna, avocado, tobiko, scallions.

17. **Crazy Roll** 8 Pcs. — 12.95
Calamari, cucumber, avocado inside, topped w. spicy tuna crunch.

MADTSS01100937

## APPETIZER

### FROM KITCHEN

| | | |
|---|---|---|
| 1. | Edamame | 3.95 |
| 2. | Shu Mai | 4.25 |
| 3. | Wasabi Shumai | 4.75 |
| 4. | Gyoza | 4.25 |
| 5. | Yasai Gyoza | 4.25 |
| 6. | Age Tofu | 3.95 |
| 7. | Cold Tofu | 3.95 |
| 8. | Oshitashi | 3.95 |
| 9. | Jijja | 3.75 |
| 10. | Zaru Soba | 5.95 |
| 11. | Haru Maki | 3.50 |
| 12. | Nasu | 4.50 |
| 13. | Oshinbo | 4.25 |
| 14. | Fried Calamari | 5.25 |
| 15. | Chicken Negimaki | 5.25 |
| 16. | Beef Negimaki | 5.95 |
| 17. | Tempura | 5.95 |
| 18. | Fried Oyster | 5.75 |
| 19. | Yakitori | 3.95 |
| 20. | Tatsuta Age | 4.50 |
| 21. | Iba Maru Yaki | 4.50 |
| 22. | Steamed Yasai | 3.95 |
| 23. | Soft Shell Crab | 8.50 |

### FROM SUSHI BAR

| | | |
|---|---|---|
| 1. | Blackened Tuna | 7.95 |
| | Served w. chef's special sauce. | |
| 2. | New World Appetizer | 9.95 |
| | Fresh yellow tail and white fish finely sliced with jalapeno special sauce. | |
| 3. | Kamil Mussel | 6.95 |
| | Green mussel, mayonnaise, tobiko topped with chef's special sauce. | |
| 4. | Tiger's Eye | 6.95 |
| | Spicy seaweed smoked salmon and scallion toasted. | |
| 5. | White Tuna Tar Tar | 7.95 |
| 6. | Tuna Tataki | 8.95 |
| 7. | Iba Natto | 7.25 |
| 8. | Tako Su | 6.25 |
| 9. | Kani Su | 5.95 |
| 10. | Sunomono | 6.25 |
| 11. | Usuzukuri | 7.95 |
| 12. | Sushi Appetizer | 5.95 |
| 13. | Sashimi Appetizer | 7.50 |
| 14. | Baby Octopus | 5.50 |

## SOUP

| | | |
|---|---|---|
| 1. | Miso Soup | 1.75 |
| 2. | Clear Soup | 1.75 |
| 3. | Crab Soup | 2.75 |
| 4. | Seafood Soup | 6.50 |
| 5. | Mussel Soup | 3.75 |

## SALAD

| | | |
|---|---|---|
| 1. | Green Salad | 3.00 |
| 2. | Avocado Salad | 4.25 |
| 3. | Seaweed Salad | 4.50 |
| 4. | Kani Salad | 4.95 |
| | Salmon roe, cucumber, tobiko, carrot & mayonnaise. | |
| 5. | Salmon Shin Salad | 5.25 |
| 6. | Spicy Sashimi salad | 6.75 |

## ROLLS OR HAND ROLLS

| | | |
|---|---|---|
| 1. | Tuna Roll | 4.00 |
| 2. | Salmon Roll | 3.95 |
| 3. | Yellow Tail Roll | 4.00 |
| 4. | California Roll | 3.95 |
| 5. | Alaskan Roll | 4.25 |
| 6. | Boston Roll | 4.50 |
| 7. | Philadelphia Roll | 4.50 |
| 8. | Eel Roll | 4.25 |
| | With cucumber or avocado. | |
| 9. | Shrimp Roll | 4.25 |
| | With cucumber or avocado. | |
| 10. | Spider Roll | 6.50 |
| 11. | Shrimp Tempura Roll | 6.95 |
| 12. | Sweet Potato Roll | 3.75 |
| 13. | Salmon Shin Roll | 4.00 |
| 14. | Spicy Roll | 4.50 |
| | Choice of tuna, salmon or yellow tail. | |
| 15. | Spicy Crunch Roll | 4.75 |
| | Choice of tuna, salmon or yellow tail. | |
| 16. | Spicy Scallop Roll | 5.25 |
| 17. | Spicy Shrimp Roll | 5.25 |
| 18. | Oyster Tempura Roll | 5.95 |
| 19. | Salmon Tempura Roll | 6.50 |
| 20. | Dragon Roll (No Hand Roll) | 8.95 |
| | Eel, cucumber topped with avocado, tobiko and eel sauce. | |
| 21. | Rainbow Roll (No Hand Roll) | 9.95 |
| | Tuna, salmon, avocado inside topped with assortment of raw fish. | |
| 22. | Cucumber Special Roll | 8.95 |
| | (No Hand Roll) | |
| | Choice of salmon or tuna w avocado, tobiko, crab meat wrapped at thin sliced cucumber. | |

## ENTREES

### FROM SUSHI BAR

| | | |
|---|---|---|
| Kamil Sushi A | | 11.95 |
| 8 pcs. California or tuna roll. | | |
| Kamil Sushi B | | 15.95 |
| 9 pcs. sushi, California or tuna roll. | | |
| Tuna Teriyaki | | 14.95 |
| Salmon Teriyaki | | 11.95 |
| Shrimp Teriyaki | | 11.95 |
| Kamil Sashimi B | | 18.95 |
| 15 pcs. of assorted raw fish. | | |
| Tuna or Salmon Sushi Dinner | | 14.95 |
| 7 pcs. tuna or salmon sushi, 1 tuna or salmon roll. | | |
| New York Platter | | 12.95 |
| 9 pcs. tuna, yellowtail, 9 pcs. salmon & 1 spicy tuna roll. | | |
| California Platter | | 11.95 |
| Kamil Platter A | | 13.95 |
| 1 pc. tuna, 1 pc. salmon, 1 pc. eel, 1 pc. yellowtail, 1 pc. shrimp & 1 California roll. | | |
| Chirashi | | 15.95 |
| Tekka Don | | 15.95 |
| Kamil Platter B | | 19.95 |
| 18 pcs. sushi, 1 tuna roll and 1 chef's special roll. | | |
| Vegetable Sushi | | 9.95 |
| 7 vegetable sushi and 1 cucumber roll. | | |
| Triple Sushi | | 26.95 |
| 3 pcs. tuna, 3 pcs. yellowtail, 3 pcs. salmon. | | |
| Triple Sashimi | | 13.95 |
| 4 pcs. tuna, 4 pcs. yellowtail, 4 pcs. salmon. | | |
| Sushi Sashimi (For 4) | | 13.95 |
| Sushi Sashimi (For 2) | | 48.00 |
| 30 pcs. sashimi, 10 pcs. sushi, 1 California roll & 1 tuna roll. | | |
| Kamil Platter | | 42.00 |
| 40 pcs. of assorted fish. | | |

### VEGETABLE ROLLS OR HAND ROLLS

| | | |
|---|---|---|
| Cucumber Roll | 3.00 | Avocado Roll 3.00 |
| Spinach Roll | 3.00 | Oshinbo Roll 3.00 |
| Shiitake Roll | 3.00 | Kampyo Roll 3.00 |
| Umeshiso Roll | 3.00 | Natto Roll 3.00 |
| Asparagus Roll 3.00 | | Yamagobo Roll 3.00 |
| A.A.C. Roll | 4.00 | Peanut Avocado 4.00 |
| Avocado, Asparagus, Cucumber. | | |

### ROLL COMBO

Served w. Soup or Salad

| | | |
|---|---|---|
| Roll A | | 12.95 |
| Eel cucumber, spicy tuna crunchy & California roll. | | |
| Roll B | | 13.95 |
| Shrimp tempura, Alaskan, tuna avocado roll. | | |
| California Roll 3 Rolls | | 10.95 |
| Mahi Combo | | 10.95 |
| California roll, tuna roll and salmon roll. | | |
| Temaki Combo | | 10.95 |
| 5 different fresh hand roll, tuna, salmon, California, spicy tuna & eel cucumber. | | |
| Spicy Roll Combo | | 13.95 |
| 1 spicy tuna, 1 spicy salmon, & 1 spicy California roll. | | |

## KITCHEN ENTREES

### TERIYAKI

Served w. Rice, Soup or Salad

| | |
|---|---|
| Chicken Teriyaki | 10.95 |
| Beef Teriyaki | 12.95 |
| Salmon Teriyaki | 11.95 |
| Tuna Teriyaki | 14.95 |
| Shrimp Teriyaki | 11.95 |
| Tofu Teriyaki | 8.95 |
| Chicken & Beef Teriyaki | 11.95 |
| Chicken & Salmon Teriyaki | 11.95 |
| Beef & Salmon Teriyaki | 12.95 |
| Chicken & Shrimp Teriyaki | 12.95 |
| Beef & Shrimp Teriyaki | 12.95 |
| Seafood Teriyaki | 13.95 |
| Chicken Negimaki | 11.95 |
| Beef Negimaki | 12.95 |
| Yasai Itame | 7.95 |

### TEMPURA

Served w. Soup or Salad

| | |
|---|---|
| Chicken Tempura | 7.95 |
| Vegetable Tempura | 7.95 |
| Chicken & Veg. Tempura | 10.95 |
| Shrimp & Veg. Tempura | 13.95 |
| Seafood Tempura | 13.95 |

### DON BURI

Served w. Soup or Salad

| | |
|---|---|
| Oyako Don | 7.95 |
| Katsu Don | 8.95 |
| Ten Don | 8.95 |
| Chicken Katsu | 10.95 |
| Tonkatsu | 10.95 |
| Unagi Don | 12.95 |

### NOODLE

Served w. Salad

| | |
|---|---|
| Zaru Soba | 8.95 |
| Yaki Soba | 8.95 |
| Udon | 8.95 |
| Nabeyaki Udon | 9.95 |
| Sukiyaki | 10.95 |
| Tempura Udon | 8.95 |
| Yosenabe | 12.95 |



# Master Yap
## Express Chinese Restaurant
### Noodles Shop 麵

**FREE DELIVERY**
Min. Delivery $8.00
**We Do Catering**

**155 East 52nd Street, New York, NY 10022**
(Bet. Lexington & 3rd Avenues)

**Tel. (212) 752 - 1142 / 1058**

We accept credit cards
(Min. $10.00)
VISA

~ OPEN HOURS ~
Monday - Friday: 10:00 am - 9:00 pm
Saturday: 11:00 am - 8:00 pm
Sunday: Closed

Address ..................
Room ............... Floor ...............
Company ............... Tel. ...............
Name ...............

---

## Dinner Special

### CHICKEN (w. White Rice)
1. Chicken with Snow Peas ..................7.58
2. Chicken, Chinese Mushroom & Snow Peas...8.25
3. Chicken with Broccoli ..................7.58
4. Chicken with Cashew Nuts ..................7.58
5. Sweet & Sour Chicken ..................7.58
6. Chicken with Mixed Vegetable ..................7.58
7. Chicken with String Bean ..................7.58
8. Chicken w. Onion in Oyster Sauce ..................7.58
9. Chicken with Garlic Sauce ..................7.58
10. Curry Chicken ..................7.58
11. Kung Po Chicken ..................7.58
12. Hunan Chicken ..................7.58
13. Sesame Chicken ..................7.58
14. General Tso's Chicken ..................7.58
15. Chicken with Chinese Mushroom ..................8.25

### PORK (w. White Rice)
16. Chicken w. Pepper & Onion in Black Bean Sc...7.58
17. Chicken w. Eggplant w. Garlic Sauce ..................8.25
18. Chicken w. Choy Sum (Chinese Veg.) ..................8.25
1. Roast Pork w. Mixed Vegetables ..................7.58
2. Roast Pork w. String Bean ..................7.58
3. Pork with Mushroom & Vegetable ..................7.95
4. Pork Chop with Mixed Vegetables ..................7.58
5. Spare Ribs with Black Bean Sauce ..................7.58
6. Pork with Garlic Sauce ..................7.58
7. Ginger & Scallions Pork ..................7.58
8. Roast Pork w. Choy Sum (Chinese Vegs.)..8.25

### VEGETABLES (w. White Rice)
1. Sauteed Mixed Vegetables ..................5.96
2. Sauteed Mixed Vegetables Bean Curd ......6.98
3. Sauteed Broccoli with Bean Curd ..................6.98
4. Eggplant with Garlic Sauce ..................6.98
5. EggPlant with Mixed Vegetables ..................6.98
6. String Bean Oyster Sauce ..................6.98

*Hot and Spicy (Please Mention Dinner Special When Ordering)*

### BEEF (w. White Rice)
1. Beef with Broccoli ..................7.58
1. Pepper Steak with Onion ..................7.58
2. Beef with Snow Peas ..................7.58
3. Ginger & Scallion Beef ..................7.58
4. Beef with String Bean ..................7.58
5. Beef with Mixed Vegetables ..................7.58
6. Beef with Mushrooms ..................7.58
7. Hunan Beef ..................7.58
8. Beef with Pepper & Onion
   in Black Bean Sauce ..................7.58
9. Beef w. Chinese Mushroom ..................8.25
10. Beef w. Eggplant w. Garlic Sauce ..................7.58
11. Beef w. Choy Sum (Chinese Vegetable) 8.25

### SEAFOOD (w. White Rice)
1. Baby Shrimp with Cashew Nuts ..................7.50
1. Jumbo Shrimp with Mixed Vegetables ..8.97
3. Jumbo Shrimp with Broccoli ..................8.97
4. Jumbo Shrimp with Lobster Sauce ..................8.97
5. Jumbo Shrimp with Garlic Sauce ..................8.97
6. Hunan Jumbo Shrimp ..................8.97
7. Sweet & Sour Shrimp ..................8.97
8. Jumbo Shrimp with Snow Peas ..................8.97
9. Kung Po Jumbo Shrimp ..................8.97
10. Jumbo Shrimp with Chinese Mushroom ..9.75
11. Baby Shrimp with Pepper & Onion
    in Black Bean Sauce ..................8.97
12. Jumbo Shrimp with Pepper & Onion ..8.97
13. Jumbo Shrimp w. Choy Sum (Chinese Veg.) 9.75

### EGG FOO YOUNG (w. White Rice)
1. Shrimp Egg Foo Young ..................6.98
2. Egg Foo Young ..................5.96
   Choice of Chicken, Beef, Vegetable or Pork

MADTSS01100939

## SOUP

1. Egg Drop Soup .......... 1.25
2. Wonton Soup .......... 1.25
3. Hot & Sour Soup .......... 1.48
4. Vegetable Soup .......... 1.48
5. Mixed Soup .......... 1.48

## APPETIZER

6. Boneless Ribs .......... 5.16
7. Chicken Wings (6) .......... 2.77
8. Fried Wontons (6) .......... 2.36
9. Egg Roll .......... 1.16
10. Fried or Steamed Dumplings .......... 4.07
11. Cold Noodles w. Sesame Sauce .......... 3.70

## ROAST MEAT

Whole Duck or Soy Chicken .......... 18.00
1/2 Duck or Soy Chicken .......... 9.00
1/4 Duck or Soy Chicken .......... 5.00

## EXPRESS

COMBINATIONS ON A LA CARTE

(Combo Served with Vegetable Fried Rice and Egg Roll) (A La Carte Served with White Rice Only)

| | Combo | A La Carte |
|---|---|---|
| 1. Chicken Chow Mein. | 4.35 | 3.99 |
| 2. Chicken Wings | 4.35 | 3.99 |
| 3. Roast Pork Egg Foo Young | 4.35 | 3.99 |
| 4. Baby Shrimp Chow Mein | 4.75 | 4.38 |
| 5. Roast Pork Lo Mein | 4.75 | 4.38 |
| 6. Sweet and Sour Chicken | 4.79 | 4.43 |
| 7. Pepper Steak | 4.79 | 4.38 |
| 8. Kung Po Chicken & Baby Shrimp | 4.79 | 4.38 |
| 9. Boneless Ribs | 5.09 | 4.62 |
| 10. Chicken with Broccoli | 4.79 | 4.38 |
| 11. Spare Ribs w. Black Bean Sauce | 4.79 | 4.38 |
| 12. Beef with Broccoli | 4.79 | 4.38 |
| 13. Chicken with String Beans | 4.79 | 4.38 |
| 14. Boneless Ribs & Chicken Wings | 5.09 | 4.62 |
| 15. Hunan Chicken | 4.79 | 4.38 |
| 16. Beef with Bean Curd | 4.79 | 4.38 |
| 17. Chicken with Garlic Sauce | 4.79 | 4.38 |
| 18. Beef with Garlic Sauce | 5.09 | 4.38 |
| 19. Fried Pork Chop | 5.09 | 4.53 |

## BEVERAGES

Coke .......... 99¢
Sprite .......... 99¢
Grape .......... 99¢
Mountain Dew .......... 99¢
Sprite .......... 99¢
Diet Pepsi .......... 99¢

Lemon Iced Tea .......... 1.25
Mango .......... 1.25
Orange .......... 1.25
Fruit Punch .......... 1.25
Diet Iced Tea .......... 1.25

Pepsi .......... 99¢
Sunkist .......... 99¢
Seltzer .......... 99¢
7 Up .......... 99¢
Diet Coke .......... 99¢
Diet 7 Up .......... 99¢

## SAMPLE

Strawberry Kiwi .......... 1.25
Grape .......... 1.25
Peach .......... 1.25
Pink Lemonade .......... 1.25
Diet Peach .......... 1.25

## DAILY SPECIAL
(Served with White or Vegetable Fried Rice Only)

1. General Tso's Chicken .......... 5.11
2. Curry Chicken or Beef or Pork .......... 5.11
3. Shrimp with Lobster Sauce .......... 6.19
4. Sesame Chicken .......... 5.11
5. Shrimp with Broccoli .......... 6.19
6. Roast Pork with Broccoli .......... 5.09
7. Baby Shrimp with Cashew Nut .......... 5.09
8. Chicken with Cashew Nuts .......... 5.09
9. Beef with Lobster Sauce .......... 4.85
10. Chicken with Mixed Vegetable .......... 5.09
11. Jumbo Shrimp with Garlic Sauce .......... 6.19
12. Baby Shrimp w. Pepper & Onion in Black Bean Sauce .......... 6.19
13. Eggplant w. Chicken or Beef in Garlic Sauce .......... 5.22
14. Straw Peas with Chicken or Beef .......... 5.22
15. Beef or Chicken w. Choy Sum (Chinese Vegetable) .......... 5.36
16. Beef or Chicken w. Oyster Sauce (No Vegetable) .......... 4.85

## VEGETABLE DELIGHT
(Served with White Rice Only)

1. Mixed Vegetables .......... 4.35
2. Bean Curd with Black Bean Sauce .......... 4.35
3. Broccoli with Garlic Sauce .......... 4.07
4. Broccoli with Oyster Sauce .......... 4.35
5. Bok Choy with Bean Curd Sauce .......... 4.07
6. Mixed Vegetable, with Bean Curd .......... 4.35
7. Mo Po Tu Fu (Vegetable Boxes can be Steamed) .......... 4.07
8. Sauteed Eggplant with Garlic Sauce .......... 4.53
9. Sauteed String Bean with Oyster Sauce .......... 4.16
10. Choy Sum (Chinese Vegetable) with Oyster Sauce .......... 4.26

Sauce on the Side Extra (Plus Sales Tax + Add Baby Shrimp $2.00 Extra + Add Meat $1.50 Extra)
(Price Subject Change Without Notice)

## NOODLE SPECIAL

1. Vegetable Singapore Rice Noodles .......... 5.08
2. House Special Singapore Rice Noodles .......... 5.55
3. Roast Pork or Beef Rice Noodles .......... 5.08
4. Vegetable, Chicken or Beef Rice Noodles .......... 4.61
5. Chicken or Beef Lo Mein .......... 4.61
6. Vegetable Lo Mein .......... 4.61
7. Beef or Chicken Chow Fun .......... 5.18
8. Shrimp Lo Mein .......... 5.55
9. House Special Lo Mein .......... 5.55
10. Shrimp Rice Noodles .......... 5.08
11. House Special Chow Fun .......... 6.19

## FRIED RICE

1. Beef or Chicken Fried Rice .......... 4.07
2. Vegetable or Pork Fried Rice .......... 4.07
3. Shrimp Fried Rice .......... 5.08
4. House Special Fried Rice .......... 5.55

## CANTONESE STYLE ROAST MEAT OVER RICE

1. Roast Duck Over Rice .......... 4.83
2. Roast Pork Over Rice .......... 4.83
3. Soy Chicken - Roast Pork Over Rice .......... 5.35
4. Roast Pork & Soy Chicken Over Rice .......... 5.35
5. Beef Stew Chinese Style Over Rice .......... 4.83
6. Roast Pork Over Rice .......... 4.83

## CANTONESE NOODLE SOUP

CHOOSE ONE KIND NOODLES ONLY:
Please Mention if Dry Mixed or (Curry Soup Extra 25¢)
Thin Noodles, Udon, Chow Fun (Flat Noodle)

1. Cantonese Wonton Soup (No Noodles) .......... 3.70
2. Cantonese Wonton Noodles Soup .......... 4.43
3. Roast Duck Noodles Soup .......... 4.83
4. Soy Chicken Noodles Soup .......... 4.83
5. Roast Pork Noodles Soup .......... 4.83
6. Roast Pork Chop Noodles Soup .......... 4.83
7. Beef Stew Noodles Soup .......... 4.83
8. Shredded Chicken Mushroom Noodles Soup .......... 4.61
9. Pickled Cabbage w. Pork Noodles Soup .......... 4.61
10. Chicken Noodles Soup (White Meat) .......... 4.61
11. Chicken & Bean Curd Noodles Soup .......... 4.61
12. Vegetables & Bean Curd Noodles Soup .......... 4.61
13. Jumbo Shrimp Noodles Soup .......... 6.19
14. Vegetables Noodles Soup .......... 4.61
15. Beef Ball Noodles Soup .......... 4.83

MADTSS01100940

# Market Cafe
# &
# Brick Oven Pizzeria

AT CITIGROUP'S CENTER

Unusual Combination Sandwiches
Hot Entrees and Side Dishes

## DELIVERY MENU

153 East 53rd Street
[Between Lex. & 3rd Aenue]
Tel. 212-935-1744 / 1745
Fax. 212-935-5670

We Provide Catering For all Occasions.

Corporate Charge Accounts Welcome
All Major Credit Cards Accepted

Minimum Delivery $5.00
Minimum Credit Card Charge $15.00

Prices may be subject to change 2-3% Annually

Revised 11/03

---

## Market Cafe
## BRICK OVEN PIZZA

### SLICES
| | 16" Personal | 18" Large |
|---|---|---|
| Cheese Slice | 2.00 | Sicilian ... 2.25 |
| Margaria Slice | 2.25 | Combo Slice of the Day ... 2.95 |

Additional .60 Per Topping

### WHOLE PIES
| | 16" Personal | 18" Large |
|---|---|---|
| Cheese | 8.95 | 12.95 |
| (Fresh Peeled Tomato, Pure Virgin Olive Oil & | | |
| Grande Mozzarella Cheese) | | |
| Margaria | 9.95 | 12.95 |
| (Grande Mozzarella, Fresh Tomato & Basil) | | |
| Sicilian | 7.95 | 15.95 |
| (Grande) | | 17.95 |
| Meat Lovers | | 17.95 |
| (Pepperoni, Sausage & Meatball) | | |
| Chicken | 7.95 | 16.95 |
| (Diced Chicken, Tomato Sauce & Mozzarella) | | |
| Vegetarian | 8.95 | 14.95 |
| (Ricotta & Mozzarella) | | |
| Hawaiian | 7.95 | 17.95 |
| (Ham, Sliced Pineapple & Ricotta Cheese) | | |

Additional 2.00 Per Topping

### TOPPINGS
| | | |
|---|---|---|
| Pepperoni | Fresh Garlic | Mushrooms |
| Sausage | Spinach | Fresh Tomato |
| Red / Green Peppers | Anchovies | Pineapple |
| Meatball | Prosciutto | Ham |
| Broccoli | Black Olives | Sun-Dried Tomato |
| Eggplant | Extra Cheese | Chicken |

Additional 4.00 for Chicken Topping)

### SPECIAL COMBO PIES
10" Personal   7.95 / 16" Large   16.95

1. Quatro Stagioni (Artichoke Hearts, Mushrooms, Prosciutto and Olives)
2. Bianca E Verdi (Sauteed Spinach, Ricotta and Mozzarella)
3. Prosciutto E Pomodori (Prosciutto, Fresh Tomato and Green Onions)
4. Vegitalli Mista (Sauteed Broccoli, Peppers and Mushrooms)
5. Il Carnivoglie (Italian Sausage, Sauteed Onions and Broccoli)
6. La Siciliana (Eggplant, Tomato, Mozzarella and Basil)
7. Il Affricano (Mushrooms, Pepperoni and Fresh Mozzarella)
8. Moda Mia (Sauteed Spinach, Sauteed Ham, Mushrooms and Onions)

### CALZONES
| | | |
|---|---|---|
| Cheese | 4.25 | Pepperoni & Cheese ... 4.50 |
| Spinach & Cheese | 4.50 | Spinach & Cheese ... 4.50 |
| Sausage & Cheese | 4.50 | Broccoli & Cheese ... 4.50 |

All Calzones made with Ricotta & Mozzarella Cheese

### STUFFED ROLLS
Chicken (Sauteed Onions, Peppers & Mozzarella Cheese) ... 4.25
Broccoli (Sauteed Broccoli, Ricotta & Mozzarella Cheese) ... 4.25
PEPPEEZ (Sliced Pepperoni & Mozzarella Cheese) ... 4.25
Spinach (Sauteed Spinach, Ricotta & Mozzarella Cheese) ... 4.25
Sausage (Sliced Sausage, Ricotta & Mozzarella Cheese) ... 4.25
Eggplant (Ricotta & Mozzarella Cheese) ... 4.25

### STROMBOLI (Ground Beef, Pepperoni, Sauteed Onions
and Peppers, Mozzarella & Mozzarella Cheese) ... 5.95

### GARLIC KNOTS ............ 3 for 1.50

---

## Market Cafe
## CREATE YOUR OWN SALAD
"You Choose It... We'll Toss It"

### STEP 1 - CHOOSE YOUR BASE
Mixed Greens - Romaine - Spinach

### STEP 2 - SIZE   Small 2.95 - Large 3.95

### STEP 3 - TOPPINGS
$ .60
| | | |
|---|---|---|
| Sliced Mushrooms | Cherry Tomatoes | Red Onions |
| Broccoli | Green Peas | Corn |
| Tomatoes | Shredded Carrot | Scallions |
| Chick Peas | Sunflower Seeds | Baby Corn |
| Cucumber | Red Kidney Beans | Celery |
| Red Green Peppers | String Beans | |

Additional 1.75 with Garden Salad

$ .75
| | |
|---|---|
| Roasted Peppers | Black Olives |
| Crispy Bacon | Shredded Cheddar |
| Mandarin Oranges | Feta Cheese |
| Blue Cheese | Hard Boiled Eggs |
| Crumbled | Toasted Almonds |
| Avocado | Grated Parmesan Cheese |
| Grilled Tofu | Artichoke Hearts |
| Asparagus | Beets |
| Marinated Portabello | Raisins |
| Walnuts | Shaved Romano Cheese |

$ 1.50
| |
|---|
| Grilled Cajun Chicken | Fresh Mozzarella |
| Grilled Chicken | Honey Maple |
| Albacore Tuna | Fresh Roasted Turkey |
| Sun-Dried Tomatoes | |

$ 2.00
Grilled Shrimp          Grilled Salmon

### STEP 4 - DRESSINGS
* Croutons are on the house
| | |
|---|---|
| Balsamic Vinaigrette | Fat Free Caesar |
| French | Sesame Ginger |
| Caesar | Shanghai Dijon |
| Bleu Cheese | Fat Free Italian |
| Light Lemon Herb | Fat Free Honey Dijon |
| Raspberry Vinaigrette | Virgin Olive Oil & Red Wine Vinaigrette |

Italian
Russian
Honey Miso
Creamy Italian
Ranch

### DESSERTS
| | |
|---|---|
| N.Y. Style Cheesecake | 2.95 |
| Strawberry or Cherry Cheesecake | 3.25 |
| Carrot Cake | 2.95 |
| Chocolate Mousse Cake | 3.25 |
| Tiramisu | Sm. 2.75  Lg. 3.75 |
| Lowfat Plain Yogurt, Fresh Mixed Berries and Granola | 1.95 |
| Rice Pudding | 1.95 |
| Chocolate Pudding | 1.95 |
| Vanilla Pudding | 1.95 |
| Jello | 1.95 |

### Whole Cakes
7"...(serves 6 - 10) ... 19.50    16"...(serves 14 - 16)...37.50
(I.X.L. Cheese, Carrot Cake, Chocolate Mousse & White
Mousse, Strawberry Shortcake, Napoleon, Lemon Layer, Double
Chocolate Chip, Chocolate Rasberry, Shallow Layer)

Please Call in Advance for Special Occasion
Customized Cake Orders

---

## Homemade Soups
Choose from our daily variety of four soups served with homemade rolls
Cup 2.75  ◆  16 oz 3.25

Monday: Yankee Bean, Cream of Spinach, Beef Barley
Tuesday: Minestrone Barley, Cream of Turkey, Vegetable Orzo
Wednesday: Lentil, Cream of Broccoli, Lobster Bisque
Thursday: Split Pea, Cream of Asparagus, Minestrone
Friday: Pasta Fagiole, Cream of Turkey, Manhattan Clam Chowder

Chicken Noodle Served Daily

### STUFFED BAKED POTATOES
| | |
|---|---|
| Plain | 2.50 |
| Sour Cream | 2.75 |
| Broccoli & Cheddar | 3.50 |
| Bacon & Cheddar | 3.50 |

Additional $2.50 with Garden Salad

### QUICHES
| | |
|---|---|
| Broccoli & Cheddar | 4.25 |
| Loraine (Ham & Cheese) | 4.25 |
| Spinach & Mushroom | 4.25 |

Additional $1.75 with Garden Salad

Homemade Spinach Pie ............ 4.25    w/Salad ... 6.95

### HOT PLATTER ENTREES
| | |
|---|---|
| Chicken Marsala in a Brown Mushroom Sauce served over Rice or Spaghetti | 8.95 |
| Fresh Roasted Turkey served with Stuffing, Mashed Potatoes & Gravy | 8.95 |
| Roast Beef Platter served with Mashed Potatoes, Veggies & Gravy | 8.95 |
| Chopped Sirloin Steak with Sauteed Mushrooms and Onions served with Mashed Potatoes & Gravy | 8.95 |
| Grilled Cajun Steak with Sauteed Onions | 7.95 |
| Chicken Parmigiana served over Spaghetti or Ziti | 8.45 |
| Eggplant Parmigiana served over Spaghetti or Ziti | 7.95 |
| Meat Lasagna | 7.95 |
| Roasted Chicken Platter served with Rice or Mixed | 7.95 |
| Meat Loaf with Mashed Potatoes and Gravy served with Mashed Potatoes | 8.45 |
| Baked Ziti | 5.95 |
| Baked Virginia Ham served with Mashed Potatoes or Rice | 8.45 |
| Meat Loaf with Brown Gravy served with Mashed Potatoes | 7.95 |
| Sirloin of Beef with Brown Gravy served over Mashed Potatoes | 8.95 |
| Penne with Meatball or served with Spaghetti or Ziti | 5.95 |
| Meat Balls served with Spaghetti or Ziti | 5.95 |
| Stuffed Shells | 5.95 |

Please Call for Availability

### SALAD PLATTERS
| | Small | Large |
|---|---|---|
| M1 | Garden Salad | 3.95 | 4.95 |
| M2 | Greek Salad | 4.25 | 5.95 |
| M3 | Deluxe Greek Salad | 4.95 | 5.95 |
| M4 | Chef Salad | 5.25 | 7.25 |
| M5 | Grilled Chicken over Salad (Caesar or Garden) | 5.25 | 7.45 |
| M6 | Fresh Roast Turkey Salad over Garden Salad | 5.25 | 7.25 |
| M7 | White Meat Chicken Salad over Garden Salad | 5.25 | 7.25 |
| M8 | Light Chicken Tuna over Garden Salad | 5.25 | 7.25 |
| M9 | Crab Salad over Mixed Greens | 5.95 | 7.95 |
| M10 | Fresh Fruit Salad | 5.95 | 7.95 |
| M11 | California Fruit Salad | | |
| | (Fresh Fruit, Cottage Cheese & Jello) | 4.25 | 6.25 |

MADTSS01100941

## COFFEE BAR

| | Reg. | Lg. |
|---|---|---|
| Fresh Brewed Coffee | .80 | |
| Gourmet Flavored Coffee | .80 | |
| Iced Coffee | .80 | 1.25 |
| Herbal Teas (Made with 100% milk) | .85 | 1.25 |
| Cappuccino | 2.00 | 3.25 |
| Espresso (Lavazza Bar) | 1.50 | |
| Café Mocha | 2.00 | 3.25 |

## COLD BEVERAGES

| | Reg. | Lg. |
|---|---|---|
| Iced Coffee | | 1.50 |
| Iced Flavored Coffee | | 1.50 |
| Iced Cappuccino | | 2.25 |
| Fresh Squeezed Orange Juice | .200 | 3.25 |
| Bottled Water (16oz) | | 1.50 |
| Snapple | | 1.50 |
| Vitamin Water | | 2.00 |
| Soy Milk (Plain or Vanilla) | | 1.75 |

## BAKERY

| | |
|---|---|
| Yogurt Muffins | 1.50 |
| Fat Free Muffins | 1.75 |
| Danish, Strudel, Authority | 1.50 |
| Croissants | 1.50 |
| Bagels, Cheese, Apple | 1.10 |
| Low Fat Yogurt | 1.95 |
| Brownies & Blondies | 1.95 |
| Jumbo Cookies | 1.95 |
| Homemade Mini Cookies | .60 |
| Biscotti | 1.25 |

## BAGEL CORNER

| | Sm. | Lg. |
|---|---|---|
| Hand Rolled Bagels | .75 | |
| Whole Wheat, Bagel | | 1.50 |
| with Cream Cheese Spread | | 2.00 |
| with Nova Scotia & Cream Cheese | 4.95 | |
| with Bacon, Ham or Sausage | 2.75 | |

## Hot Cereal Bar

Sm. 2.25   Lg. 2.35

## BREAKFAST SANDWICHES

| | |
|---|---|
| One Egg Any Style | 1.45 |
| Egg Whites Any Style | 2.25 |
| Egg & Cheese Omelette | 3.25 |
| Bacon, Ham or Sausage Omelettes | 3.25 |
| Peanut Butter & Jelly Sandwich | 2.00 |

Extras: Cheese or Sausage ... 1.00

## BREAKFAST PLATTERS

| | |
|---|---|
| Two Eggs Any Style | 3.25 |
| Egg White Platter | 3.50 |
| Old-Fashioned French Toast | 3.50 |

Extras: Egg Whites, Ham, Bacon or Sausage

## OMELETTES

| | |
|---|---|
| Cheese Omelette (Cheddar or Mozzarella) | 3.95 |
| Western Omelette (Ham, Peppers & Onions) | 4.25 |
| Bacon Omelette (Bacon & Cheese) | 4.25 |
| Greek Omelette (Feta & Vegetables) | 4.25 |
| Garden Omelette (Tomatoes & Onions) | 4.25 |

All Egg and Omelettes Platters are served with Potatoes & Toast

Sandwiches served on a roll, bagel, wrap, english muffin or toast

## Market Café
### HOT SANDWICHES

| | |
|---|---|
| C1 Corned Beef | 5.75 |
| C2 Pastrami | 5.75 |
| C3 Grilled Chicken Cutlet | 5.75 |
| C4 Eggplant Parmigiana | 5.75 |
| C5 Meatball Parmigiana | 5.75 |

## CHEESE SANDWICHES

| | |
|---|---|
| B1 American | 4.95 |
| B2 Provolone | 4.95 |
| B3 Muenster | 4.25 |
| B4 Swiss | 4.25 |

## PREMIUM DELI MEAT SANDWICHES

| | |
|---|---|
| A1 Roast Beef | 5.75 |
| A2 Boiled Ham | 5.75 |
| A3 Black Forest Ham | 5.75 |
| A4 Bologna | 4.75 |
| A5 Genoa Salami | 4.75 |
| A6 Prosciutto | 6.45 |
| A7 Baked Virginia Ham | 5.75 |

## Market Café
### SALAD SANDWICHES

| | |
|---|---|
| D1 White Meat Tuna Salad | 5.45 |
| D2 Light Italian Tuna Salad | 5.45 |
| D3 Chicken Salad | 5.45 |
| D4 Sun-Dried Tomato Chicken Salad | 5.75 |
| D5 Crab Salad | 5.75 |

### On Meat Sandwiches:

BREAD CHOICES: Rye, White, Whole Wheat, Roll, Bagel
EXTRAS: Pita, Baguette, Onion Roll

## CLUB SANDWICHES

| | |
|---|---|
| E1 Turkey Club with Bacon, Lettuce & Tomatoes | 7.50 |
| E2 Roast Beef Club | 7.50 |
| E3 Grilled Chicken Club with Cheddar, Lettuce, Tomatoes & Coleslaw | 7.50 |
| E4 Grilled Ham Club | 7.50 |

Served with French Fries, Potato Salad or Coleslaw

No Extra Charge for Lettuce & Tomatoes

## SPECIALTY SANDWICHES

| | |
|---|---|
| F1 Prosciutto & Fresh Mozzarella with Roasted Peppers | 6.95 |
| F2 Fresh Mozzarella with Roasted Peppers | 6.95 |
| F3 Grilled Chicken with Fresh Mozzarella and Sun Dried Tomatoes | 6.25 |
| F4 Grilled Marinated Eggplant with Fresh Mozzarella | 6.25 |
| F5 Roasted Breast of Chicken with Fresh Mozzarella | 6.25 |
| F6 Nova Scotia Salmon with Cream Cheese, Onion, and Tomatoes | 6.95 |
| F7 BBQ Chicken Breast with Italian Cheese | 6.25 |
| F8 Baked Virginia Ham with Brie Cheese | 6.25 |

Additional $1.50 for DELUXE

## GOURMET WRAPS

| | |
|---|---|
| J1 Chicken w/ Roasted Peppers & Mozzarella Wrap | 5.95 |
| J2 Grilled Chicken & Vegetable Wrap | 5.95 |
| J3 Tuna Salad Wrap | 5.95 |
| J4 Grilled Vegetable Wrap | 5.95 |
| J5 Tuna Salad Wrap | 5.95 |
| J6 Buffalo Style Sausage & Peppers Wrap | 5.95 |
| J7 Grilled Chicken Caesar Wrap | 5.95 |
| J8 Turkey Club Wrap | 6.25 |
| J9 Mediterranean Wrap | 6.25 |
| J10 Chicken Fajita Wrap | 6.25 |
| J11 Southwestern Wrap | 6.25 |

## BURGER CORNER

| | Plain | with |
|---|---|---|
| L1 Beef Burger | 4.25 | 4.75 |
| L2 Turkey Burger | 4.25 | 4.75 |
| L3 Veggie Burger | 4.25 | 4.75 |
| L4 Pizza Burger | 7.25 | |
| L5 Western Burger | 5.25 | 5.75 |
| L6 Bacon Burger | 5.25 | 5.75 |
| L7 Mushroom Burger (Sauteed Mushrooms) | | |

## SIDE ORDERS

| | |
|---|---|
| French Fries | 1.95 |
| Cheese Fries | 2.75 |
| Onion Rings | 2.50 |
| Pasta Salad | 1.25 |
| Coleslaw | 1.95 |
| Macaroni or Potato Salad | 1.95 |
| Grilled or Steamed Vegetables | 3.75 |
| Homemade Mashed Potatoes | 2.50 |



# FUSIA Asian Cuisine

## APPETIZERS

1. Vegetable Spring Rolls — Lime dipping sauce — 3.5
2. Crabmeat Spring Rolls — Wasabi dip — 6
3. Grilled Chicken or Beef Sates — Peanut sauce — 6
4. Roasted Portobello Mushrooms — Garlic soy glaze — 5
5◊. Jerk Beef — Double marinated deep-fried w. Vietnamese chili sauce — 5
6. Lemongrass Wings — Citrus lemongrass dip — 5
7. Eggplant & Smoked Tofu Skewers — Brushed w. chef special marinade served — 4
8. Thai Salted Shrimps — Stuffed butterfly shrimps w. sweet chili sauce — 7
9. Thai Crab Cakes — Served w. avocado salsa — 7
10. Broiled Sea Scallops — Top with creamy citra sauce — 7
11. Thai Calamari — Sweet chili sauce — 5
12. Garlic Grilled Eggplant — Pineapple miso sauce — 4
13◊. Honey Grilled Short Ribs — Glazed w. honey soy sauce — 5
14◊. Thai Mussels — Marinated in Asian spices, served chilled — 5

## DIM SUM

21. Sui Mai — Shrimp, pork, dried shiitaki mushroom — 4
22. Har Gow — Shrimp, bamboo shoot — 4.5
23. Sticky Rice Dumplings — Chinese sausage, dried shiitaki mushroom, dried shrimp — 3.5
24. Steam Watercress Seafood Dumplings — Scallop, shrimp, dried shiitaki mushroom, bamboo shoot — 4.5
25. Steam Mushroom Dumplings — Mixed mushrooms and vegetables — 4
26. Pan-Fried Chive Dumplings — Shrimp, pork, and vegetables — 4
27. Turnip Cake — Chinese sausage, dried shrimp, five spice — 3.5
28. Pork Dumplings — Steam or pan-fried — 4
29. Scallion Pancake — Dumpling sauce — 4

## SALADS

31◊. Green Papaya Salad — Tossed w. spicy garlic vinaigrette and crushed peanut — 5
32. Watercress Salad — Served w. miso dressing — 5
33. Asian Chicken Salad — Romaine, carrot, bean sprouts served w. peanut dressing — 6
34◊. Mango Shrimp Salad — Mango dill vinaigrette — 7
35◊. Calamari Salad — Tossed w. garlic, shallots, mint, lime juice — 6

## SOUPS

(Choice of tofu or chicken $3.5, shrimp or salmon $4.5)

41◊. Tom Yum — Thai spicy and sour soup, w. lemongrass, shiitaki and enoki mushrooms, red pepper — 5
42◊. Canh Chua — Vietnamese spicy and sour soup w. pineapple, shiitaki mushrooms, basil, vegetables — 5
43◊. Coconut Tom Kha — Galanga, shiitaki and enoki mushroom, red pepper — 5
44. House Vegetable Soup — Chicken broth, shiitaki and enoki mushroom, seasonal vegetables — 4.5
45. Miso Soup — Shiitaki, seaweed, tofu — 3.5

## NOODLE SOUPS

51. Vietnamese Sliced Beef — Rice noodle w. lightly braised meat, Asian basil, cilantro, bean sprouts — 8
52◊. Tom Yum Seafood — Vermicelli w. Thai hot & sour broth, lemongrass, pepper — 9
53. Shrimp Wonton — Thin egg noodle w. clear chicken broth, baby bok choy, sesame oil — 7
54. Peach Salmon — Vermicelli w. creamy coconut milk, bok choy, scallion, fried shiitaki — 9
55. Mixed Vegetables — Spinach noodle w. shiitaki & enoki, served — 7
56◊. Malaysian Curry Chicken — Egg noodle w. spicy curry, creamy coconut milk — 8

## NOODLES

61. Teriyaki Beef — w. traditional Japanese soy sauce, onion, carrot, bean sprouts — 9
62. Ginger Chicken — Thai glass noodle w. oyster sauce, fresh ginger, scallion, mushroom, bean sprouts — 8
63. BBQ Pork — Warm vermicelli w. lime sauce, bean sprouts, cucumber, carrot, mint — 9
64. Pad Thai — Rice noodle w. shrimp, chicken, egg, bean sprouts, sprinkled w. crushed peanuts — 9
65◊. Curry Duck Noodle — Egg noodle w. mild curry, bean sprouts, carrot, celery, scallion, cilantro, mint — 9
66. Chow Fun — Wide stir-fried flat rice noodle w. beef or chicken, aged soy sauce, scallion, bean sprouts — 9
67. Cold Noodle — Vermicelli w. hoisin peanut sauce, cucumber, carrot, celery, egg strips, sesame — 9

## FRIED RICE

(Choice of tofu, chicken or beef $12, shrimp $13)

71◊. Thai Fried Rice — Traditional Thai vegetables fried rice w. hot pepper and various fresh herbs — 8
72. Diced Smoked Salmon Fried Rice — Egg white, sprinkled w. pine nuts and golden raisins — 14
73. Pineapple Seafood Fried Rice — Mild w. light curry sauce served on fresh pineapple bowl — 14
74◊. Chinese Fried Rice — Vegetables, chicken or beef, shrimp (+1) — 8

## SAUCES

(Choice of tofu, chicken or beef $12, shrimp $13)

81◊. Thai Basil — Spicy w. onion, pepper, garlic — 16
82. Teriyaki — Stir-fried w. Japanese teriyaki sauce, served on a sizzling plate — 15
83. Fresh Ginger & Garlic — Chinese style stir-fried — 15
84◊. Peppercorn Sauce — Cracked black pepper sauce — 16
85◊. Fresh Garlic Sauce — Spicy garlic glazed w. Chinese wine sauce — 16
86◊. Penang Curry — Mild curry w. coconut milk sauce — 16
87. Lemongrass — Mixed vegetables w. lemongrass sauce — 16
88. Wild Ginger & Pineapple — Sweet and tangy w. a hint of spiciness — 16

## CHEF SPECIALS

93. Herb Spring Chicken — Marinated and basted w. special spices — 13
94◊. Spicy Gulf Shrimps — Garlic jumbo shrimp w. mixed vegetables — 17
95. Broiled Chilean Sea Bass — Lime crusted w. lemon zest — 18
96◊. Red or Green Curry — Choice of tofu, chicken, beef, or shrimp (+2) — 13
97◊. Mango Shrimps — Refreshing sweet & spicy w. fresh mango, pepper, basil — 17
98◊. Pineapple Duck Wrap — Served w. tamarind & sweet chili sauce — 16
99. Royal Beef — Seared fillet mignon cubes slathered w. asparagus and shiitaki mushroom — 18
100. Seared Tuna Steak — Herb crusted tuna seared to perfection — 17
101◊. Thai Cashew Chicken — Celery, peppers, Thai chili paste, basil — 13
102. Vietnamese Grilled Pork Chops — Marinated w. lemongrass, garlic & fish sauce — 13
103. Glazed Grand Marnier Shrimps — w. honey roasted walnut, & sesame — 17
104. Salmon with Red Curry — Seared fillet of salmon w. spicy curry sauce — 17
105. Rainbow Chicken — Battered chicken strips cooked w. orange zest — 14
106. Sizzled Ginger Beef — Chinese-style beef marinated w. orange zest — 15
107. Five Spices Duck — Marinated w. five herbs and spices served w. lemongrass aged soy sauce — 16
108. Lychee Duck with Plum Sauce — Lychee crusted duck w. refreshing lychee and plum sauce — 17
109. Crunchy Flounder — Deep fried whole flounder in finger strips served w. ginger soy sauce — 15

## BEVERAGES

122. Thai Iced Tea — 2.5
123. Fusia Blend — Special blend of vegetables & fruits juice — 3.5
124. Fresh Fruit/Vegetable Juice — Choice of a combo of two: cantaloupe, honeydew, papaya, orange, pineapple, carrot, celery with tapioca (+1) — 3.5
127. Soda — 1.5



# Our Evergreen Shanghai Restaurant

918 2nd Ave.
New York, NY 10017
Tel.: 212-223-0888/8844V
Fax.: 212-223-6060

"City's Best Royal Chinese Secret"
"The atmosphere is comfortable, the cuisine impeccable, and the service non-intrusive. They price is reasonably reasonable. I have wandered that the dishes are truly traditional and healthy, with the freshness of ingredients stressed..."

★★★★ Still Shown With Daily Name

All Dishes Can Be Steamed and
Sauce on the Side

Open 7 Days A Week
11:00 am - 11:00 pm

We Cater and Host Corporate Parties
House Accounts Welcome

## Our Lunch Special

Served From 11:00 am - 4:00 pm
Choice of White, Brown or Fried Rice and Choice of Soup
Egg Drop, Wonton Soup, Egg Drop Soup or
Hot & Sour Soup

| | | |
|---|---|---|
| L01. | 干扁四季豆 Sauteed String Beans | 4.95 |
| L02. | 芥蘭牛/雞/肉 Sauteed Broccoli w. Garlic Sauce | 4.95 |
| L03. | 魚香茄子 Family Style Eggplant | 4.95 |
| L04. | 家常豆腐 Bean Curd Home Style | 4.95 |
| L05. | 木須肉/雞/蝦 Mu Shu Pork or Chicken | 5.25 |
| | (w. Crepe) | |
| L06. | 雞/牛/肉酸甜 Sweet & Sour Chicken or Pork | 5.25 |
| L07. | 芥蘭牛/雞/肉 Shredded Pork w. Garlic Sauce | 5.25 |
| L08. | 左宗棠雞 General Tso's Chicken | 5.25 |
| L09. | 宮保雞 Gai Po Chicken | 5.25 |
| L10. | 四川雞 Szechuan Peppery Chicken | 5.25 |
| L11. | 芝麻雞 Sesame Chicken | 5.25 |
| L12. | 腰果雞 Sliced Chicken w. Garlic Sauce | 5.25 |
| L13. | 腰果雞 Chicken w. Cashew Nuts | 5.25 |
| L14. | 滑蛋雞 Slippery Chicken | 5.25 |
| L15. | 芥蘭牛 Filet of Beef w. Broccoli | 5.25 |
| L16. | 乾扁牛 Crispy Shredded Beef | 5.25 |
| L17. | 雜菜牛 Sauteed Sliced Beef w. Mixed Vegetables | 5.25 |
| L18. | 什菜蝦 Sauteed Baby Shrimps w. Mixed Vegetables | 5.25 |
| L19. | 干貝什菜 Sauteed Scallops w. Mixed Vegetables | 7.95 |
| L20. | 蝦龍糊 Prawns House Style | 7.95 |
| L21. | 芥蘭蝦 Prawns w. Broccoli | 7.95 |
| L22. | 豆豉蝦 Jumbo Prawns w. Black Bean Sauce | 7.95 |
| L23. | 回鍋肉 Twice Cooked Pork | 5.25 |
| L24. | 青椒牛 Sliced Beef w. Green Pepper | 5.25 |
| L25. | 咖喱雞 Curry Chicken | 5.25 |
| L26. | 北京片 Fish Filet w. Hearts of Pak Choy | 5.25 |
| L27. | 撈麵 Lo Mein | 5.25 |
| | (Beef, Chicken, Pork or Shrimp) | |
| L28. | 香酥肉 Shredded Pork w. Aromatic Dry Bean Curd | 4.95 |
| L29. | 芥蘭雞 Chicken w. Broccoli | 5.25 |
| L30. | 宮保雞 Chicken w. Peanuts & Vegs. | 5.25 |
| L31. | 什菜 Mixed Vegetables Lightly Sauteed | 4.95 |
| L32. | 冬菇雞 Chicken w. Mushroom | 5.25 |
| L33. | 酸甜蝦 Sweet & Sour Shrimp | 5.80 |
| L35. | 辣子蝦 Baby Shrimp w. Chili Sauce | 5.80 |

### COUPON

Order $15 or More: Free Soda or Egg Roll
Order $30 or More: Free Cold Sesame Noodle

Not Valid on Lunch Specials
Please Mention Coupon with Phone Order

## 甜點 Our Dessert

| | | | |
|---|---|---|---|
| D01. | 拔絲香蕉/蘋果 Sesame Bananas / Apples | 3.95 |
| D02. | 荔枝 Litchies | 2.25 |
| D03. | 杏仁餅 Almond Cookies | 2.25 |
| D04. | 菠蘿 Fresh Pineapple | 2.75 |
| D05. | 冰淇淋 Ice Cream | 2.50 |
| D06. | 奶茶 Pearl Milk Tea | 2.25 |

## 麵 Our Rice, Noodle & Pan Fried Noodles

| | | |
|---|---|---|
| 501. | 炒飯 Fried Rice | 5.95 |
| | Beef, chicken, pork, shrimp or veg. | |
| 502. | 揚州炒飯 Yang Chow Fried Rice | 6.95 |
| | Roast pork, shredded chicken, ham & veg. | |
| 503. | 上海粗炒 Shanghai Lo Mein | 6.95 |
| | Baby shrimp, shredded chicken, ham & veg. | |
| 504. | 撈麵 Lo Mein | 5.55 |
| | Beef, chicken, pork, shrimp or veg. | |
| 505. | 本地炒麵 Our Style Rice Noodles | 6.95 |
| | Angel hair noodles | |
| 506. | 星州炒米粉 Singapore Style Rice Noodles | 6.95 |
| | Curry flavor | |
| 507. | 菜炒飯 Vegetable Rice Noodle | 6.95 |
| 508. | 北京炒麵 Noodles Peking Style | 6.95 |
| 509. | 上海兩面黃 Shanghai Thick Noodles | 6.95 |
| 510. | 蝦麵 Mixed Meat & Shrimp Noodle Soup | 7.95 |
| 511. | 生煎 Pan Fried Noodles | 7.95 |
| | Choice of Chicken, Beef or Pork | |
| 512. | 海鮮煎麵 Seafood Pan Fried Noodles | 9.95 |
| 513. | 上海炒年糕 Stir Fried Rice Cakes | |
| | Shanghai Style | 6.95 |
| 514. | 河粉 Chow Fun | 5.55 |
| | Beef, chicken, pork, shrimp or veg. | |
| 515. | 什錦炒河粉 Ten Ingredient Chow Fun | 6.95 |

## 湯 Our Noodles Soups

| | | |
|---|---|---|
| 601. | 雪菜肉絲麵 Shredded Pork & Preserved Mustard | 5.95 |
| | Hot noodles, from Thin Noodle, Vermicelli | |
| 602. | 雪菜肉絲湯 Shredded Pork & Preserved Cabbage | 5.95 |
| 603. | 蝦仁三鮮麵 Shrimp Noodle Soup | 6.95 |
| 604. | 海鮮麵 Mixed Seafood Noodle Soup | 6.95 |
| 605. | 燻魚麵 Smoked Fish Noodle Soup | 5.55 |
| 606. | 排骨麵 Pan Fried Spare Ribs Noodle Soup | 5.55 |
| 607. | 牛肉湯麵 Sliced Aromatic Beef Noodle Soup | 5.55 |
| 608. | 上海湯麵 Shanghai Style Noodle Soup | 6.95 |

## 煲 Our Casserole (Table de Four Two)

| | | |
|---|---|---|
| 901. | 什菜砂煲 Subgum Casserole | 13.95 |
| | Mixed shrimp, pork, beef, chicken, bean curd & mixed vegs. | |
| 902. | 海鮮砂煲 Mixed Seafood Casserole | 13.95 |
| 903. | 鹹魚雞粒豆腐煲 Preserved & Fresh Pork Casserole | 12.95 |
| | w. Bamboo Shoot, Mixed Vegs. & Bean Curd Dumplings | |

# Our Evergreen

## Our Hot Appetizers

| 101. | 五香牛肉 | Steamed Soup Dumplings w. Crabmeat/Pork (6) | 6.55 |
| 102. | | Steamed Soup Dumplings w. Pork (6) | 6.55 |
| 103. | | Pan Fried Mini Soup Dumplings w. Vegetable (6) | 5.55 |
| 104. | | Spring Roll or Vegetable Spring Roll (1) | 1.25 |
| 105. | | Egg Roll | 1.25 |
| 106. | | Pan Fried Pork Buns (4) | 4.95 |
| 107. | | Steamed Vegetable Buns (2) | 1.25 |
| 108. | | Steamed Vegetable Pork Dumplings (6) | 3.25 |
| 109. | | Steamed or Pan Fried Dumplings (6) | 3.55 |
| 110. | | Shiu Mai (4 Pork Dumplings) | 4.25 |
| 111. | | Har Gaw (4 Shrimp Dumplings) | 4.25 |
| 112. | | Fried Shrimp Ball (2) | 4.25 |
| 113. | | Paper Wrapped Shrimp (2) | 4.25 |
| 114. | | Grand Mariner Prawns (2) | 4.55 |
| 115. | | Fried Wontons | 3.55 |
| 116. | | Scallion Pancake (1) | 2.95 |
| 117. | | Crispy Red Bean Paste Pancake (2) | 2.95 |
| 118. | | Jumbo Prawns in Black Bean Sauce or Ginger & Scallion (2) | 5.00 |
| 119. | | Barbecued Spare Ribs or Boneless Spare Ribs | 4.55 |
| 120. | | Chicken Soong | 5.55 |
| 121. | | Vegetable Soong | 5.55 |
| 122. | | Szechuan Wontons (or Veg. Wontons) | 3.55 |
| 123. | | Scallops w. Ginger & Scallion (4) | 4.55 |
| 124. | | Steamed Shanghai Style Sticky Rice (2) | 2.95 |
| 125. | | Steamed Chicken Roll | 4.55 |
| 126. | | Eight Treasure Rice Pudding | 5.55 |

## Our Cold Appetizers

| 201. | | Aromatic Beef | 5.55 |
| 202. | | Drunken Chicken (in Rice Wine) | 5.55 |
| 203. | | Marinated Bean Curd | 5.55 |
| 204. | | Mock Chicken, Semi-dried | 5.55 |
| 205. | | Mock Duck | 5.55 |
| 206. | | General Tso's Chicken | 8.95 |
| 207. | | Shredded Chicken & Cucumber | 5.55 |
| 208. | | Cold Sesame Noodles | 4.55 |
| 210. | | Hot & Sour Cabbage | 3.95 |
| 211. | | Jelly Fish | 5.55 |
| 212. | | Tangy Spicy Shrimp | 5.55 |

## Our Soups

| 301. | | Shanghai Wonton Soup (S) | 3.55 |
| 302. | | Mixed Seafood & Bean Curd Soup | 14.95 |
| 303. | | Spicy Crispy Sea Bass or Steamed Sea Bass | |
| 304. | | Hot & Sour Soup | 2.25 |
| 305. | | Wonton Soup or Vegetable Wonton Soup | 1.25 |
| 306. | | Egg Roll | 1.25 |
| 307. | | Corn Soup | 2.25 |
| 308. | | Yellow Fish in Bean Sauce | 3.95 |
| 309. | | Winter Melon Soup w. Chinese Ham | 4.95 |
| 310. | | Shark Fin Soup | 6.55 |

## Our Vegetable

| 401. | | Sauteed Spinach w. Bean Curd Sauce | 6.55 |
| 402. | | Sauteed Bean Sprouts | 4.55 |
| 403. | | Sauteed String Beans | 6.55 |
| 404. | | Sauteed Mixed Vegetable | 6.55 |
| 405. | | Broccoli w. Garlic Sauce | 6.55 |
| 406. | | Moo Shu Vegetable w. Crepes | 7.55 |
| 407. | | Sauteed Bamboo Shoots & Chinese Mushrooms | |
| 408. | | Dry Bean Curd w. Black Mushroom & Bamboo Shoot | 8.55 |
| 409. | | Stewed Baby Bok Choy | 8.55 |
| 410. | | Black Mushroom w. Bean Curd | 7.55 |
| 411. | | Sauteed Bean Curd w. Sizzling Platter | 7.55 |
| 412. | | Szechuan Style Bean Curd (with/without Meat) | 7.55 |
| 413. | | Fried Bean Curd Sauteed w. Mixed Vegetables | 7.55 |

## Our Poultry

| 701. | | Curry Chicken | 7.55 |
| 702. | | Crispy Spring Chicken in House Sauce | 9.55 |
| 703. | | Sesame Chicken (Fried) | 8.95 |
| 704. | | Amazing Chicken | 8.95 |
| 705. | | General Tso's Chicken | 8.95 |
| 706. | | Shredded Pork w. Fresh Vegetables | 8.95 |
| 707. | | Lemon Chicken (Fried) | 7.95 |
| 708. | | Family Style Eggplant | 7.95 |
| 709. | | Sliced Chicken w. Garlic Sauce | 7.95 |
| 710. | | Chicken Chow Mein | 7.55 |
| 711. | | Chicken w. Broccoli | 7.55 |
| 712. | | Diced Chicken w. Peanuts & Vegetables | 7.55 |
| 713. | | Chicken w. Cashew Nuts | 8.95 |

## Our Seafood

| 501. | | Red Cooked Buffalo Carp Tail | 12.95 |
| 502. | | Steam Flounder or Sliced w. Ginger & Scallion | 14.95 |
| 503. | | Spicy Yellow Fish w. Pinenuts | 14.95 |
| 504. | | Shanghai Garden Delight | |
| 505. | | Fried Yellow Fish w. Pinenuts | 13.55 |
| 506. | | Buffalo Carp in Bean Sauce | 13.55 |
| 507. | | Fish of the Season in West Lake Style | 13.55 |
| 508. | | Yellow Fish in Dry Rice Wine Sauce | 13.55 |
| 509. | | Sliced Fish in Wine Sauce | |
| 510. | | Scallop & Jumbo Shrimp in Garlic Sauce | 12.55 |
| 511. | | Prawns House Style | 12.55 |
| 512. | | Prawns w. Fresh Garlic | 13.55 |
| 513. | | Jumbo Prawns Sauteed w. Mixed Vegs. | 13.55 |
| 514. | | Shrimp w. Ginger & Scallion | 13.55 |
| 515. | | Shrimp in Garlic Sauce | 13.55 |
| 516. | | Shrimp in Lobster Sauce | 13.55 |
| 517. | | Lobster w. Ginger & Scallion | Mkt Price |
| 518. | | Squid Prepared in Salted Pepper | |
| 519. | | Ocean Fresh Scallops w. Fresh Vegetables | 13.55 |
| 520. | | Scallops Chardonnay | |
| 521. | | Sliced Sauteed Beef/Scallop | 10.95 |

## Our Beef & Pork

| 801. | | Shredded Pork & Bean Curd Sheets | |
| 802. | | Preserved Cabbage & Green Soy Bean | 9.55 |
| 803. | | Sauteed Beef w. Chili Peppers | |
| 804. | | Shredded Pork w. Aromatic Bean Curd | 10.95 |
| 805. | | Shredded Pork w. Garlic Sauce | 8.55 |
| 806. | | Mandarin Paradise | 12.95 |
| 807. | | Shredded Beef Sauteed w. Mixed Vegs. | 9.55 |
| 808. | | Shredded Beef Szechuan (Sauteed) | |
| 809. | | Sliced Beef w. Green Pepper | 9.55 |
| 810. | | Sliced Beef w. Fresh Broccoli | 8.95 |
| 811. | | Sliced Beef w. Green Pepper | |
| 812. | | Crispy Shredded Beef w. Crepes | 7.55 |
| 813. | | Pork Chops w. Chef's Sweet & Sour Sauce | 7.55 |

## Our Specialties

| H01. | | Lettuce w. Pinenuts | 7.55 |
| H02. | | Shanghai Garden Delight | 9.55 |
| H03. | | Duet Prawns | 13.55 |
| H04. | | Lobster & Prawns in Garlic House Style | 13.55 |
| H05. | | Crispy Prawns Frames | 13.55 |
| H06. | | Dragon & Phoenix | 13.55 |
| H07. | | Crispy Flounder Filet | 13.55 |
| H08. | | Birds Nest Delicacies | 13.55 |
| H09. | | Red Crispy Buffalo Carp. | 13.55 |
| H10. | | Pork Shoulder Simmered in Chef's Brown Sauce | |
| H11. | | Chrysanthemum Beef | 13.55 |
| H12. | | Tangerine Beef | 14.55 |
| H13. | | Steamed Pork in an Earthenware Pot | 11.55 |
| H14. | | Evergreen Steak | 11.55 |
| H15. | | Szechuan Peppery Chicken | 10.95 |
| H16. | | Peking Duck (Half) 11.50 (Whole) 22.00 | |
| H17. | | Duck in Black Mushroom/Bamboo Shoots | 7.55 |
| H18. | | Shanghai Style Pan Fried Noodles | 11.55 |
| H19. | | Fish Head Casserole | 11.55 |
| | | | |

# Ray Bari Pizza

## We Welcome
## Corporate Accounts

**Phone Orders**
**Ready in Minutes!**

**Catering**
**Menu Available**

**All Major Credit Cards Accepted**



# Free Delivery

# Locations

1330 Third Avenue
(Corner of 76th Street)
New York City
212.988.3337

930 Third Avenue
(Corner of 56th Street)
New York City
212.755.2390

201 Amsterdam Avenue
(Corner of 69th Street)
New York City
212.595.8400

400 West 42nd Street
(Corner of 9th Avenue)
New York City
212.695.0300



**Full Catering Menu Available**
**Private Room for Parties and Events**







# Free Delivery within minutes!

MADTSS01100947



# Ray Bari Pizza

## Neopolitan:
Traditional round pizza pie with tomato sauce & mozzarella cheese

### Sicilian:
Traditional thick square pizza pie with tomato sauce & mozzarella cheese

### Toppings:
Sausage - Pepperoni - Fresh Mushroom - Onions - Meatball - Spinach - Broccoli
Green Peppers - Fresh Plum tomato - Black Olives - Anchovies - Diced Chicken
Eggplant - Garlic - White - Extra Cheese - Hawaiian

|  | Small Pie $7.75 | Large Pie $13.00 |
|---|---|---|
|  | Family Pie $9.75 | Sicilian Pie $18.00 |

| Neopolitan | $2.00 |  | ½ Topping add | $1.00 | 1½ Topping add | $1.50 |
|---|---|---|---|---|---|---|
| Sicilian Slice | $2.50 |  | 1 Topping add | $1.50 | 2 Toppings add | $5.00 |
| 1 Topping add | $0.55 |  | 2 Toppings add | $3.00 | 3 Toppings add | $7.50 |
| 2 Toppings add | $1.10 |  | 3 Toppings add | $4.50 | 4 Toppings add | $10.00 |
| 3 Toppings add | $1.65 |  | 4 Toppings add | $6.00 | Healthy Topping |  |
| 4 Toppings add | $2.20 |  | Healthy Topping |  | Primavera add | $5.00 |
| Veg. Monster add | $2.40 |  | Primavera add | $3.00 | Veg. Mnstr add | $2.50 |
| Meat Monster add | $2.40 |  | Veg. Monster add | $4.50 | Meat Mnstr add | $12.00 |
| Monster add | $2.40 |  |  |  | Monster add | $12.00 |
|  |  |  | Meat Monster add | $6.00 |  |  |
|  |  |  | Monster add | $6.00 |  |  |

### Leggera:
Not the traditional pizza pie. It has a very light crust baked in a special black pan to a golden color. It comes in 7 varieties:

Leggera Slice $3.00     Leggera Pie $21.00

**Diced Chicken:**
Fresh tomato sauce, Baked diced chicken breast, Mozzarella cheese

**Chicken Broccoli:**
Fresh tomato, Grilled chicken breast, fresh broccoli & Mozzarella cheese

**Mushroom & Onions:**
Fresh tomato, Black olives, fresh mushroom, basil, parsley & Mozzarella cheese

**Sausage & Peppers:**
Fresh tomato, Italian sausage & peppers and mozzarella cheese

**Spinach & Tomato:**
Fresh tomato, fresh green spinach & mozzarella cheese

**Eggplant:**
Fresh tomato sauce, eggplant & Mozzarella cheese

**Healthy:**
Fresh tomato, Zucchini, Carrots, Onions, Broccoli & Mozzarella cheese



## Heros
| | |
|---|---|
| Meatball | $5.00 |
| Eggplant | $5.00 |
| Sausage | $5.00 |
| Sausage with Green Peppers & Onions | $5.50 |
| Chicken | $5.50 |
| Chicken Francese | $5.50 |
| Grilled Chicken | $5.50 |
| Parmigiana add | $0.75 |

## Specialties
| | |
|---|---|
| Cheese Calzone | $4.00 |
| Spinach Calzone | $4.50 |
| Sausage Roll | $4.00 |
| Broccoli Roll | $4.00 |
| Chicken Roll | $4.00 |
| Rice Ball | $3.00 |
| Garlic Knots (4) | $1.00 |
| Sicilian Garlic Bread | $1.00 |

## Salads
| | |
|---|---|
| Fresh Garden | $3.25 |
| Grilled Chicken | $4.50 |
| Caesar | $3.75 |
| Antipasto | $4.50 |
| Seafood | $8.00 |

### Dressings
Italian - Creamy Italian - Ranch
Caesar - French - Italian Fat Free
- Blue Cheese

## Pasta
| | |
|---|---|
| Spaghetti | $5.00 |
| Penne | $5.00 |
| Rigatoni | $5.50 |
| Farfalle | $5.50 |
| Ziti | $5.50 |
| Lasagna | $6.25 |
| Cheese Tortellini | $5.75 |
| Baked Ziti | $5.75 |
| Stuffed Shells | $5.75 |
| Parmigiana | $0.75 |

| | |
|---|---|
| Meatball Combo | $8.00 |
| Eggplant Combo | $8.00 |
| Sausage Combo | $8.50 |
| Chicken Combo | $8.50 |
| Fish Combo | $8.75 |

### Sauces
| | |
|---|---|
| Italian Tomato | $0.00 |
| Italian Meat Sauce | $1.00 |
| Italian Chunky Marinara | $1.00 |
| Alfredo | $1.00 |
| Garlic & Oil | $1.00 |

All pasta dishes are served with our own Homemade Sicilian Garlic Bread. Any pasta with any Entree is also available in a combo plate.

## Beverages
| | |
|---|---|
| Fresh Brewed Coffee | $1.00 |
| Cappuccino | $1.15 |
| Espresso | $1.65 |
| Hot Tea | $2.30 |
| Hot Chocolate | $1.30 |

| | |
|---|---|
| Cans Soda | $1.00 |
| Small Soda | $1.15 |
| Medium Soda | $1.65 |
| Large Soda | $2.30 |
| 12 oz Bottle | $1.30 |
| 20 oz Bottle | $1.60 |
| Liter Bottle | $2.25 |
| San Pellegrino Water | $1.60 |

**Ray Bari Brand Drinks**
Bottle $1.30

**Mistic Drinks**
| | |
|---|---|
| Iced Tea - Diet Ice Tea | $3.25 |
| Fruit Punch - Kiwi Strawberry | $4.50 |
| Mango Mania - Pink Lemonade - Orange Carrot - Grape Strawberry | $3.75 |

Drinks $1.50

Classic Coke - Diet Coke
Sprite - Diet Sprite
Dr. Pepper - Diet Dr. Pepper
Ginger Ale
Cream - Orange -
Root Beer - Spring Water -
Sparkling Water



Enjoy! Coca-Cola®

All items are not available in all stores.

MADTSS01100948



# T A N A K A

AS SEEN IN *New York*

Japanese Cuisine

Eat in & Take out
222 East 51 st Street
New York, NY 10022
Between 2 & 3 Ave
Tel. (212) 308-6976
(212) 308-6977

Open Hours
11:30 am to 11:00 pm
7 Days a Week

Free Delivery

Any Purchase over $10.00 with Free Soda
Any purchase over $15.00 with Free California Roll
& 4pcs Tuna Maki
Any Purchase over $20.00 with Free California Roll
& 8pcs Tuna Maki
Any Purchase over $30.00 with Free Chicken
Teriyaki Box (2pcs shumai)
Lunch Special are NOT INCLUDED  *FREE DELIVERY*

---

## Sushi Special

1. Maki Combo (w. Miso Soup ) ............. $7.95
   ( 1 California Roll & 1 Alaskan Roll )
   ( 1 California, 1 Tuna Avocado & 1 Alaskan Roll ) ...$9.95
2. Sushi Regular ............. $6.95
   ( 1 Salmon, 1 Tuna, 1 Kani, 1 Shrimp,
   8 Pcs California )
3. Sushi Deluxe ............. $8.25
   ( 2 Salmon, 2 Tuna, 1 Kani, 1 Shrimp,
   1 Tamago, 8 Pcs California )
4. Sushi a La King ............. $11.95
   ( 6 Assorted Sushi Pieces, 6 Pieces of Tuna Roll,
   6 Pieces of California Roll )
5. Sashimi Regular ............. $9.95
   ( 7 Assorted Sashimi Pieces of Fresh Fish w. Rice
   or Soup )
6. Sashimi Deluxe ............. $11.95
   ( 10 Assorted Sashimi Pieces of Fresh Fish w.
   Rice or Soup )
7. Sushi & Sashimi Combo ............. $14.95
   ( 4 Assorted Sushi, 6 Pcs California roll &
   5 Pcs Fresh Sashimi )
8. Vegetarian Box ............. $5.25
   ( 6 Pcs Avocado Cucumber Roll, Green Salad &
   Soba Potato )
9. Triple Sushi ............. $12.95
   ( 3 pcs Tuna, 3 pcs Salmon, 3 pcs Yellow Tail,
   8 pcs of Alaskan Roll )
10. Chirashi Sushi ............. $12.95
    ( Assorted raw fish on top of Seasoned
    Sushi Rice )
11. Salmon Combo. ............. $6.95
    ( 2 pcs Tuna, 2 pcs, Salmon, 8 pcs California
    Roll )
12. Spicy Soluntoil Combo (w. Soup) ............. 12.95
    ( 1 spicy Salmon, 4 Spicy Tuna, 1 Spicy Yellowtail )
13. Sushi For Two (w. Soup & Salad) ............. $26.95
    ( 16 pcs Sushi, 6pcs California Roll, 6 pcs
    Teriyaki Roll )
14. Sushi & Sashimi For Two (w. Soup & Salad) ...$30.95
    ( 8pcs Sushi, 10pcs Sashimi, 6pcs Salmon Skin Roll,
    6pcs Spicy Salmon Roll, 6pcs California Roll)

## Maki

1. Tuna Maki. ............. $3.25
2. Salmon Maki ............. $3.25
3. Vegetable Maki ............. $2.95

Free Delivery Service Min. $6.00

---

## Lunch Special

A. CHICKEN TERIYAKI BOX — $7.95
   8 Pcs of California Roll with Soup
B. SHRIMP TEMPURA BOX — $7.95
   8 Pcs of California Roll with Soup
C. YAKITORI BOX — $7.95
   8 Pcs of California Roll with Soup
D. BEEF NEGIMAKI BOX — $8.95
   8 Pcs of Philadelphia Roll with Soup
E. BEEF TERIYAKI BOX — $8.95
   8 Pcs of Spicy Tuna Maki with Soup
F. CHICKEN TERIYAKI NOODLE SOUP — $6.95
   8 Pcs of California Roll
G. 7 PCS SUSHI & 8 PCS CALIFORNIA ROLL
   WITH SOUP & SALAD — $9.95

## Beverage

1. Soda (Can)* ............. $1.10
2. Hot Green Tea ............. $1.00
3. Spring Water ............. $1.35
4. Japanese Drink (Can) ............. $1.50
   ( Green Tea, Jasmine, Green Tea )
5. Ice Cream (Green Tea) ............. $1.50

## Catering & Corporate Box Platter




Tanaka Sushi Chef Assortment Corporate Platter

A. 65.95 ( 4 People )
B. 85.95 ( 5 People )
C. 95.95 ( 6 People )

CATERING AND CORPORATE ACCOUNTS ARE WELCOME
Order over $100 Come with 2 Free Soda (2 Liter)

* Prodxiox information is available at the counter
Taxes Are Not Included In Price
Your orders are important to us.

---

## A La Carte

(Sushi, Sashimi Some Price)

1. Tuna (Teka) ............. $1.50
2. Salmon (Sake) ............. $1.50
3. Salmon Roe (Ikura) ............. $2.00
4. Shrimp (Ebi) ............. $1.75
5. Eel (Unagi) ............. $2.00
6. Yellowtail (Hamachi) ............. $2.00
7. Caviar (Tobiko) ............. $2.00
8. Egg Omelet (Tamago) ............. $1.50
9. Crab Stick (Kani) ............. $1.50
10. Octopus (Tako) ............. $1.75
11. Alaskan Red Clam (Hokkigai) ............. $1.50
12. Squid (Ika) ............. $1.75
13. Front (Tofu-Skin) ............. $1.50
14. Saba (Mackerel) ............. $1.75
15. Red Snapper ............. $1.75
16. Sweet Shrimp (Amaebi) ............. $2.00

## Party Special

1. Party Platter A ............. $34.95
   (2 California roll, 2 Tuna Avocado Roll,
   2 Alaskan Roll, 2 Eel Cucumber Roll, and
   2 Avocado Roll 8 pcs )
2. Party Platter B ............. $39.95
   (22 Pieces of Assorted Sushi w. California Roll
   8 pcs, Tuna Roll 8 pcs, & Alaskan Roll 8 pcs )
3. Party Platter C ............. $49.95
   (34 Pieces of Assorted Sushi w. California Roll
   8 pcs, Tuna Avocado Roll 8 pcs, & Salmon
   Avocado Roll 8 pcs )
4. Party Platter D ............. $59.95
   (Choose any 30 pcs Sushi, & any 6 Roll From
   The Menu )

## Appetizer



1. Shrimp Shumai ...........................................$2.75
   *(Steamed or Fried Shrimp Dumplings - 5 pcs)*
2. Gyoza *(Pan Fried Dumplings - 5 pcs)* ...........$2.95
3. Steamed Vegetable Gyoza *(5 pcs)* .................$2.75
4. Shrimp Kushiyaki *(2 Skewers)* ....................$4.75
   *(Grilled Shrimp & Scallion w/ Teriyaki Sauce on a Stick)*
5. Chicken Yakitori *(2 Skewers)* ......................$2.75
   *(Grilled Chicken & Scallion in Teriyaki Sauce on a Stick)*
6. Beef Negimaki *(Slice Beef Roll inside Scallions)* ...$4.75
7. Edamame *(Steamed Soy Bean)* ......................$2.25
8. Ebi Fried *(Fried Shrimp 4 pcs)* .....................$4.95
9. Vegetable Tempura ....................................$4.25
10. Mix Tempura *(Shrimp & Vegetable)* ...............$5.95
11. Steamed Mix Vegetable ..............................$3.95
12. Age Tofu *(Deep Fried Tofu)* .......................$3.95
13. Sashimi *(4 pcs Fresh Slice of Raw Fish)* ..........$4.95
14. Tuna Blossom *(4 Fresh Slice of Salmon Sashimi)* ..$4.95
15. Chicken katsu .........................................$4.25
16. Chicken Teriyaki .....................................$4.25
17. Chicken ala Chibo ....................................$4.95
    *(Deep-Fried Chicken w/Melted Cheese)*
18. Pinky Oshisho ........................................$3.50
    *(Oshish w/ Sushi Ginger)*

## Soup & Salad



1. Miso Soup .............................(S) $1.50 (L) $2.25
   *(Soybeans, bean curd, seaweed & scallion)*
2. Vegetable Tofu Soup .................................$4.95
3. House Salad ...........................................$3.25
4. Avocado Salad ........................................$4.95
   *(Avocado, Crab Stick, and Caviar w/ Ginger Dressing)*
5. Soba Salad ............................................$3.75
   *(Buckwheat Noodle w/ Sesame Dressing)*
6. Seaweed Salad ........................................$3.75
7. Kani Salad (1) .........................................$3.25
   *(Crab Sticks, Caviar, Seaweed, Salad Lettuces)*
8. Kani Salad (2) .........................................$3.50
   *(Crab Sticks, Caviar, Mayonnaise)*

## Noodle (Udon or Soba)



Udon *(Thick white noodle)*    Soba *(Buckwheat noodle)*

1. Chicken Teriyaki Noodle Soup .......................$5.50
2. Pork Katsu Noodle Soup .............................$5.50
3. Ebi Fried Noodle Soup ...............................$5.75
4. Chicken Cutlet Noodle Soup .........................$5.75
5. Beef Teriyaki Noodle Soup ...........................$5.75
6. Vegetable Noodle Soup ...............................$5.25
7. Vegetable Tempura Noodle Soup .....................$4.95
8. Eel Noodle Soup ......................................$5.75
9. Yakitori Noodle Soup .................................5.50
10. Beef Negimaki Noodle Soup ..........................6.25
    *(Chicken or Shrimp Skewer of each)*
11. Shrimp & Vegetable Tempura .......................

## Bento Box



Served w. House Salad, 3 Shrimp Dumplings, and White or Brown Rice)

1. Chicken Teriyaki Box .................................$5.95
2. Beef Teriyaki Box .....................................$5.95
3. Ebi Fried Box ..........................................$5.95
4. Vegetable Tempura Box ...............................$5.50
5. Chicken or Pork Katsu Box ...........................$5.95
6. Yakitori Box ...........................................$5.95
   *(Chicken and Shrimp, 1 Skewer of each)*
7. Yakitori & Ebi Fried Box ..............................$7.95
8. Vegetable Tempura & Chicken Teriyaki Box ..........$7.75
9. Ebi Fried & Chicken Teriyaki Box .....................$7.75
10. Beef & Chicken Teriyaki Box .........................$7.95
11. Salmon Teriyaki ......................................$7.95
12. Beef Negimaki .........................................$7.95
    *(Slice Beef Roll inside Scallions)*
13. Salmon Negimaki ......................................$6.50
14. Beef Negimaki & Ebi Fried Box ......................$8.95

## Sushi Combination Box



Served w. House salad, 3 Shrimp Dumplings, Rice & 1 pcs Salmon, 1 pcs Tuna, 1 pcs Shrimp, 6 pcs California Rolls

1. Chicken Teriyaki .....................................$10.95
2. Ebi Fried .............................................$10.95
3. Yakitori ..............................................$10.95
4. Beef Teriyaki .........................................$10.95
5. Chicken Cutlet .......................................$10.95
6. Salmon Teriyaki .......................................$9.95
7. Vegetable Tempura .....................................$9.95
8. Salmon Teriyaki ......................................$12.95
9. Beef Negimaki ........................................$11.95
10. Chicken Teriyaki & Ebi Fried ........................$12.95
11. Shrimp & Vegetable Tempura ........................$12.95

## Donburi

Served w. Miso Soup

1. Katsu Don ............................................$5.95
   *(Pork or Chicken Cutlet in Egg & Vegetable Over Rice)*
2. Ebi Fried Don ........................................$5.95
   *(Fried Shrimp in Egg & Vegetable Over Rice)*
3. Beef Don .............................................$5.95
   *(Sliced Beef in Egg & Vegetable Over Rice)*
4. Chicken Don .........................................$5.95
   *(Grilled Chicken in Egg & Veg. Over Rice)*
5. Eel Don ..............................................$8.95
   *(B.B.Q. Eel Over Rice)*
6. Tekko Don ...........................................$7.95
   *(Slice Tuna Sashimi Over Rice)*
7. Salmon Don ..........................................$7.95
   *(Slice Salmon Sashimi Over Rice)*
8. Hamachi Don .........................................$8.95
   *(Slice Yellow Tail Sashimi Over Rice)*
9. Sclmonball Don .......................................8.95
   *(Slice Salmon, Tuna, yellow Tail, Sashimi Over Rice)*

## Roll or Handroll

1. California Roll *(Crab, Cucumber, Avocado)* ..........$3.25
2. Spicy California Roll ..................................$3.75
3. Tuna Avocado Roll ...................................$4.95
4. Salmon Avocado Roll .................................$4.95
5. Shrimp Tempura Roll ................................$4.95
   *(Fried Shrimp, Cucumber, Avocado)*
6. Alaskan Roll .........................................$4.95
   *(Salmon, Avocado, Cucumber)*
7. Dream Roll ...........................................$4.95
   *(Crab, Shrimp, Avocado & Cucumber)*
8. New York Roll .......................................$4.95
   *(Shrimp, Salmon, Avocado w. Mayonnaise)*
9. Rainbow Roll .........................................$5.95
   *(Crab Stick, Avocado, Covered in Tuna, Salmon, Red Snapper & Avocado)*
10. Boston Roll ..........................................$4.95
    *(Lettuces, Shrimp, Cucumber, Crab)*
11. Spicy yellow Tail Scallion Roll *(outside Caviar)* ....$5.25
12. Hamachi and Scallion Roll ...........................$4.95
13. Philadelphia Roll ....................................$4.95
    *(Smoked Salmon, Cream Cheese)*
14. King Roll .............................................$8.95
    *(Lobster Salad, Caviar, Cucumber, Avocado, Crab)*
15. Crazy Roll ...........................................$7.95
    *(Spicy tuna, Eel & Caviar)*
16. Eel Cucumber Roll or Eel Avocado Roll .............$4.95
17. Eel Roll ..............................................$5.95
    *(Eel, Cucumber, Avocado)*
18. Spider Roll ..........................................$6.95
    *(Soft Shell Crab, Avocado, Cucumber Caviar)*
19. Dragon Roll ..........................................$9.95
    *(Shrimp Tempura Cucumber Inside, Eel Avocado outside)*
20. Salmon Skin Roll .....................................$4.95
    *(Broiled Salmon skin, cucumber, roboko, scallion)*
21. Tiger Eyes ............................................$5.95
    *(Squink, Sweeined Salmon)*
22. Tanika Roll (1) ........................................$7.95
    *(Spicy Salmon on Top w/Crunchy Inside Spicy Tuna w/Cucumber)*
23. Tanika Roll (2) ........................................$7.95
    *(Grilled Salmon)*

MADTSS01100950



# GOURMET 53
## KITCHEN & BAKERY

**875 3rd Avenue**

Between 52nd & 53rd Street
(in food court - lower level)

We Accept All Major Credit Cards

### MENU

*HAND ROLLED BAGELS*
*BAKED ON PREMISES*

CORPORATE CATERING - BREAKFAST &
LUNCH IS OUR SPECIALTY

### FREE DELIVERY
- 5 BLOCK RADIUS
- Min. Delivery
  - Breakfast $2.50
  - Lunch $5.00

CORPORATE CHARGE ACCOUNTS WELCOME
MONDAY - FRIDAY

TEL (212) 207-8888 / 207-3692
FAX (212) 207-3724
*Send Us Your Fax # & We Will Fax You Our Daily Specials!*



## *Hand Rolled FRESHLY Made*
### BAGELS

| | |
|---|---|
| Home Made Bagel - served W/ Cream Cheese | 1.25 |
| with Scallion or Vegetable Spread | 1.45 |
| with Low Fat Cream Cheese | 1.75 |
| with Low Fat Scallions or Vegetable | 1.75 |

### BREAKFAST SPECIALS
Served From 6:AM to 11:AM

| | |
|---|---|
| 2 Eggs Any Style W/ Home Fries, Toast, & Coffee | 2.50 |
| with Bacon, Ham, or sausage | 3.25 |
| 2 Eggs on a roll | 1.50 |
| with Bacon, Ham, or Sausage | 2.00 |

### BREAKFAST HOT FROM THE GRILL

| | |
|---|---|
| Pancakes W/Coffee | 2.75 |
| Blueberry Pancakes W/Coffee | 3.50 |
| Strawberry Pancakes W/Coffee | 3.50 |
| French Toast W/Coffee | 2.75 |
| French Toast W/Strawberry & Coffee | 3.50 |
| Croissant W/Ham & Cheese and Coffee | 3.25 |

### BAKED ON PREMISES

| | Served |
|---|---|
| Low Fat Muffins W/Coffee | 1.75 |
| Muffins W/Coffee | 1.50 |
| Assorted Danish Served W/Coffee | 1.40 |
| Assorted Pound Cake Served W/coffee | 1.75 |
| Croissant Served W/coffee | 1.75 |
| Chocolate Croissant Served W/coffee | 2.25 |

### JUICES & BEVERAGES
*Freshly Squeezed Juices*

| | Small | Large |
|---|---|---|
| Carrot | 1.25 | 2.15 |
| Orange | 1.50 | 2.15 |
| Tomato | 1.25 | 1.45 |
| Apple | 1.25 | 2.15 |
| Lemonade | 1.00 | 2.00 |
| Exotic Mixed Juice | 1.50 | 2.75 |
| Coffee or Tea | 0.65 | .95 |
| Espresso | 0.65 | .90 |
| Hot Chocolate | 1.00 | 1.35 |
| Snapple (Assorted) | 0.75 | 1.00 |
| Mystic (Assorted) | | 1.35 |
| Iced Tea / Coffee | | 1.25 |



### SIDE ORDERS

| | |
|---|---|
| 1.Rice | 2.25 |
| 2.Onion Rings | 2.25 |
| 3.Steak Fried Potatoes | 1.75 |
| 4.Saute Veg. | 2.75 |
| 5.Knish Potato, Kasha, Spinach | 1.75 |
| 6.Potato, Cole Slaw, Macaroni Salad | 1.50 |

### GOURMET BAKED POTATO CORNER

| | |
|---|---|
| 1.Plain & Butter | 2.25 |
| 2.With Sour Cream | 2.50 |
| 3.Broccoli | 2.95 |
| 4.Bacon | 2.95 |

with Cheese .50¢ Extra

**DESSERT MENU**

By The Slice

| | |
|---|---|
| 1.N.Y. Cheese Cake | 1.75 |
| 2.Rice Pudding | 1.75 |
| 3.Jello | 1.75 |
| 4.Brownie | 1.25 |

ANY CAKE MADE TO ORDER / CUSTOM MADE.
FOR ALL OCCASIONS.
DELIVERED IN TWO HOURS.

MADTSS01100951



## SOUP

1. Dutch Pea ........................... 2.25
2. Matzah Ball ........................ 2.25
3. French Onion ..................... 2.50

4. Chicken Noodle ................. 2.25
5. Cream of Vegetables ......... 2.25
6. Lentil Soup ....................... 2.25

## OVER STUFFED SANDWICHES

### ASK FOR OUR SOUP DU JOUR

1. Hot Corned Beef .............. 5.50
2. Hot Brisket of Beef .......... 5.50
3. Smoked Turkey ................ 5.50
4. Chicken Salad .................. 4.45
5. Smoked Chicken Salad ..... 4.45
6. Beef Salami ..................... 4.25
7. Turkey Club ..................... 5.95
8. B.L.T. ............................... 4.45

9. Hot Pastrami ................... 5.50
10. Roast Turkey .................. 5.50
11. Roast Beef ..................... 5.50
12. Tuna Salad ..................... 4.45
13. Egg Salad ...................... 3.95
14. Chicken Cutlet ............... 5.50
15. Genoa Salami ................ 4.50
16. Junior Club .................... 5.50
17. Ham & Cheese .............. 4.95

Extra Cheese .75, Tomato .30, Hero .50

## LIGHT DELIGHT SALAD



1. Cobb Salad ................................................................. 5.75
2. Grilled Chicken Breast Over Mixed Greens ............. 5.50
3. Tuna Salad - Served on a bed of Lettuce & a slice of Fruit .. 5.50
4. Chicken Salad ............................................................ 6.25
5. Low Fat Caesar Chicken Salad - Served on a bed of Lettuce & a slice of Fruit
6. Tri Color Pasta - Mixed with Fresh Vegetables & Italian Dressing ... 5.50
7. Tuna Nicoise - Served with Fresh String Beans & Hard Boiled Eggs, Potato and Select Greens .......................... 4.95
8. Mediterranean Salad - Hummus, Babaganoush, Taboli with Crispy Pita Bread ...................................... 6.25
9. California Salad - Fresh Fruit w/Cottage Cheese and Jello ............................................. 5.75
10. Trio-Salad Combination of Egg Salad, Chicken Salad and Tuna Salad .. 5.75

## FRESH HOME MADE PASTA
### (SERVED WITH BREAD)

1. Rigatoni w/Eggplant, Sundried Tomato & Garlic & Olive Oil ........ 5.95
2. Penne w/ Arugula & herbs, Mozzarella & Chopped tomato ......... 5.95
3. Spaghetti Bolognese ...................... 5.95
4. Chicken Pasta Primavera ............... 5.95
5. Chicken Parmigian with Spaghetti ... 5.95

## LOW FAT PASTA

1. Pasta Angel Hair w/Clam Sauce (White or Red) ....... 5.95
2. Whole Wheat Pasta w/Marinated Chopped Tomato & Garlic ... 5.95
3. Bowtie w/Chicken & Broccoli ................................... 5.95
4. Pasta w/Tomato Sauce & Fresh Basil ...................... 5.95

## HOUSE SPECIALTY
## COMBINATION SANDWICHES
## ON YOUR CHOICE OF BREAD

1. Grilled Smoked Chicken Breast W/Honey Mustard .............. 5.75
2. Prosciutto & Fresh Mozzarella, Sundried Tomato & Vinaigrette .. 5.95
3. Smoked Turkey w/Swiss Cheese Sundried Tomato & Mustard Vinaigrette ... 5.95
4. Grilled Eggplant W/Fresh Mozzarella Fresh Basil & Dill Mayonnaise ... 5.75
5. Rare Roast Beef, Swiss Cheese Horse Radish .............. 5.95
6. Black Forest Ham w/Brie Cheese Lettuce & Honey Mustard ... 5.95
7. Smoked Chicken Salad w/Fresh Bacon, Lettuce & Tomato ... 5.75
8. Fresh Turkey w/Cranberry Relish Arugula ................. 5.75
9. Grilled Turkey w/Brie Cheese & Honey Mustard ....... 5.75
10. Fresh Mozzarella W/Tomato & Fresh Basil with Oil Vinaigrette ... 5.50

breads: Semolina Baguette, Brioche, flat bread, Multi Grain, Pumpernickel, Olive Focaccia

## HOME MADE POT PIE

1. Chicken Pot Pie ........................ 5.50
2. Turkey Pot Pie .......................... 5.50

## QUICHE

| Spinach Quiche | 4.50 |
| Quiche Lorraine | 4.50 |
| Broccoli & Mushroom | 4.50 |

All Quiche served with House Salad

## FROM THE CHARCOAL GRILL
All Burgers Served with Steak Fries, Lettuce, Tomato, Bermuda Onion, on a Toasted Kaiser Roll.
### (6 OZ. BURGER)

A. Beef Burger ......................................... 4.50
B. Cheese Burger: American, Cheddar-Blue .. 4.95
C. Bacon Cheese Burger ........................... 5.75
D. Pizza Burger ........................................ 5.25
E. Mushroom Swiss Burger ....................... 4.50
F. Turkey Burger ...................................... 4.50

All Sandwiches Served on Choice Of:
Pita, Rye, Roll, Hero, White, Wheat

| | Sand | Platter |
|---|---|---|
| 1. Chicken Kebab w/ Grilled Tomato, Onion, Green Pepper | 5.50 | 6.25 |
| 2. Grilled Cajun Chicken Breast | 5.50 | 6.25 |
| 3. Grilled Chicken w/ Garlic & 4 Herb | 5.50 | 6.25 |
| 4. Grilled Chicken w/Melted Mozzarella | 5.50 | 6.50 |
| 5. Grilled BBQ Chicken Breast | 5.50 | 6.50 |

## FROM THE GRILL

1. Grilled Cheese Steak on Garlic Hero Bread w/Sauce, Onion, Green Pepper ........ 5.50
2. Grilled Cheese Steak served w/French Fries .. 5.95
3. Hot Tuna Melt on Pita ............................. 4.50
4. Hot Tuna melt w/ bacon on Pita ............... 5.25
5. Hot Open Reuben: Corned Beef or Pastrami with Sauerkraut, Melted Swiss .............. 6.25
6. Grilled American Cheese W/Tomato ...... 3.25
   Grilled American Cheese W/Bacon or Ham .. 3.50
7. Mushroom Cheese Omelette ................. 4.00
   Mushroom Cheese Omelette W/Tomato ... 4.25
8. Mixed Vegetables Omelette ................... 4.25

## HOT PLATTERS
All Platters served w/Two Choices of: Rice, Steam Mix Veg.,
Hummus, Baba Ganoush, House Salad, French Fries, Noodles.

1. Chicken Finger in Basket served w/French Fries, B.B.Q. Sauce .... 5.50
2. Hot pastrami Or Corned Beef served w/ Cole Slaw Or Potato Salad .......... 6.25
3. 1/2 Roast Chicken w/Mashed Potatoes & Vegetables ......... 5.95
4. Hot Open Turkey w/Mashed potato es & Vegetables .......... 5.95
5. Meatballs w/ Mashed Potatoes & Vegetables ................... 6.25
6. Meatloaf w/ Mashed Potatoes & Vegetables ..................... 5.50



# Primavera

## Pizza & Pasta



1005 2nd Avenue
At 53rd Street

## FREE DELIVERY

☎: 753-2772

Fax: 753-2774

We Accept All Major Credit Cards

HAVING A PARTY?
SEE OUR CATERING MENU!!

## HOT HEROS

| | |
|---|---|
| MEATBALL | 4.50 |
| MEATBALL PARMIGIANA | 5.25 |
| SAUSAGE & PEPPERS | 5.25 |
| CHICKEN CUTLET PARMIGIANA | 5.50 |
| VEAL CUTLET PARMIGIANA | 5.95 |
| EGGPLANT PARMIGIANA | 5.25 |

## COLD HEROS

| | |
|---|---|
| HAM, SALAMI & PROVOLONE CHEESE, WITH LETTUCE & TOMATO, OIL & VIN | 5.50 |
| ITALIAN COMBO: CAPICOLA, SALAMI, PROVOLONE & PEPPERS W/OIL& VIN | 5.50 |
| CHICKEN CUTLET WITH LETTUCE, TOMATO, AND MAYO | 5.50 |

## CALZONE & ROLLS

| | |
|---|---|
| CALZONE WITH CREAMY RICOTTA, & MOZZARELLA CHEESE | 3.95 |
| WITH ANY EXTRA FILLING | 4.75 |
| SAUSAGE ROLL | 4.25 |
| PEPPERONI ROLL | 4.25 |
| SPINACH ROLL | 4.25 |
| CHICKEN ROLL | 4.50 |
| STROMBOLI: STUFFED WITH HAM, SAUSAGE, PEPPERONI, & MOZZARELLA CHEESE | 4.50 |

## CATERING MENU

| | 1/2 Tray | Full Tray |
|---|---|---|
| BAKED ZITI | 30.00 | 55.00 |
| BAKED LASAGNA | 40.00 | 70.00 |
| ZITI WITH BROCCOLI, OIL & GARLIC | 30.00 | 55.00 |
| MEATBALLS | 20.00 | 35.00 |
| SAUSAGE & PEPPERS | 35.00 | 60.00 |
| EGGPLANT PARMIGIANA | 35.00 | 60.00 |
| CHICKEN CUTLET PARMIGIANA | 45.00 | 80.00 |
| PASTA PRIMAVERA | 35.00 | 60.00 |
| CRISPY CHICKEN SALAD | 35.00 | 65.00 |
| GARDEN SALAD | 20.00 | 35.00 |

1/2 TRAY FEEDS 8-10 PEOPLE
FULL TRAY FEEDS 16-20 PEOPLE

*Prices Subject To 8.25% N.Y.S. Sales Tax*

MADTSS01100953

# PRIMAVERA'S GOURMET PIZZA

| | Sm.(14") | Lg.(18") |
|---|---|---|
| **SPINACH PIZZA:** Our specially prepared spinach and mozzarella cheese | 12.00 | 15.00 |
| **BROCCOLI PIZZA:** Our specially prepared broccoli and mozzarella cheese | 12.00 | 15.00 |
| **PIZZA BIANCO:** All white pizza smothered with seasoned ricotta and mozzarella cheese. | 14.00 | 17.00 |
| **SAN GENNARO:** Fresh italian sweet sausage with peppers and onions | 14.00 | 17.00 |
| **HAWAIIAN PIZZA:** Ham, pineapple chunks, and mozzarella cheese | 15.00 | 18.50 |
| **LA PRIMAVERA:** Spinach or broccoli with ricotta cheese, mozzarella cheese and sauce. | 15.00 | 18.00 |
| **PIZZA PESCATORE:** Baby clams and anchovies, over mozzarella cheese | 15.00 | 18.00 |
| **LASAGNA PIZZA:** Creamy ricotta, mozzarella, and chopped beef with tomato sauce | 15.00 | 18.00 |
| **GARDEN SALAD PIZZA:** Lettuce, tomato, red onions, black olives, & carrots, seasoned with our house dressing (no mozzarella cheese) | 15.00 | 18.00 |
| **POMODORO SPECIAL:** Fresh plum tomatoes, with fresh garlic & oil and grated cheese (no mozzarella cheese) | 15.00 | 18.00 |
| **ITALIAN TOMATO SALAD PIZZA:** Our classic pizza, smothered with fresh diced tomatoes, red onions, and italian seasoning | 15.00 | 18.00 |
| **BAKED ZITI PIZZA:** Our classic pizza loaded with baked ziti and ricotta cheese | 16.50 | 19.50 |
| **PIZZA ROMANO:** Freshly sliced tomatoes and provolone cheese, with black olives, fresh garlic and basil over mozzarella cheese | 16.00 | 19.00 |
| **ANTIPASTO PIZZA:** Ham, salami, black olives, provolone, & mozzarella cheese, with our house italian dressing | 16.50 | 19.50 |
| **CHICKEN PARM PIZZA:** Sliced chicken breast, with tomato sauce, and mozzarella cheese | 16.50 | 19.50 |
| **MEXICAN PIZZA:** Spicy seasoned ground beef, jalapeno peppers, cheddar and mozzarella cheese, tomatoes, red onions and black olives | 16.50 | 19.50 |
| **PORK LOVERS PIE:** Bacon and ham with mozzarella and cheddar cheese | 16.50 | 19.50 |
| **PIZZA CAPRICOSA:** Ham, sausage, sliced meatballs, and pepperoni over mozzarella cheese | 17.50 | 20.50 |
| **MEGA VEGGIE:** Loaded with fresh vegetables, light on the mozzarella | 19.50 | 22.50 |
| **PRIMAVERA'S PIZZA WORKS:** Everything on it "AND THE KITCHEN SINK"! | 19.50 | 22.50 |

*Prices Suject To 8.25% N.Y.S. Sales Tax*

# CLASSIC PIZZA

**PIZZA TOPPINGS:**
Pepperoni - Fresh Mushrooms - Sausage - Anchovies -
Black Olives - Fresh Peppers - Onions - Fresh Garlic - Extra Cheese

| | Sm.(14") | Lg.(18") |
|---|---|---|
| **Our specially prepared classic pizza** | 10.00 | 12.50 |

Each additional Classic Topping ... sm. add $2.00   lg. add $3.00

**MARGARITA:** Our original cheese pizza

**SICILIAN PIZZA:** Thick crust square pizza ... 15.00    Each additional Classic Topping .. add $3.00

# ITALIAN ENTREES

| | Lunch | Dinner |
|---|---|---|
| **VEAL CUTLET PARMIGIANA:** Breaded veal cutlets baked with tomato sauce and mozzarella cheese | 7.50 | 9.50 |
| **CHICKEN CUTLET PARMIGIANA:** Breaded chicken cutlets baked with tomato sauce and mozzarella cheese | 6.95 | 8.95 |
| **EGGPLANT PARMIGIANA:** Breaded eggplant baked with tomato sauce and mozzarella cheese | 6.50 | 8.50 |
| **BAKED ROLLED EGGPLANT:** Sliced eggplant, stuffed with spinach and ricotta cheese, then baked with tomato sauce and mozzarella cheese | 6.95 | 8.95 |

**THE ABOVE DISHES** served with CHOICE OF SPAGHETTI, ZITI,
LINGUINE, OR GARDEN SALAD

# PASTA

| | Sm. | Lg. |
|---|---|---|
| SPAGHETTI, ZITI, or LINGUINE with TOMATO SAUCE | 3.95 | 5.75 |
| MEAT SAUCE | 5.25 | 5.75 |
| MUSHROOM SAUCE | 5.25 | 5.75 |
| OIL & GARLIC | 3.95 | 5.75 |
| RED or WHITE CLAM SAUCE | 5.95 | 7.75 |
| ZITI with BROCCOLI, OIL & GARLIC | 5.25 | 5.75 |
| PASTA PRIMAVERA | 5.50 | 6.95 |
| BAKED ZITI | 5.50 | 6.95 |
| BAKED LASAGNA | 5.50 | 6.95 |
| BAKED MANICOTTI PARM | (3) 4.75 | (5) 6.95 |
| BAKED STUFFED SHELLS PARMIGIANA | (2) 4.75 | (3) 6.95 |
| CHEESE RAVIOLI (12) | 5.95 | 5.95 |
| BAKED CHEESE RAVIOLI (12) | 5.95 | 6.50 |
| SIDE ORDER MEATBALL (4) SAUSAGE (3) | | 3.75 |

**MEATBALLS or SAUSAGE with any PASTA add 2.00**

# BREADS & SALADS

| | Sm. | Lg. |
|---|---|---|
| GARDEN SALAD | 2.95 | 3.95 |
| CRISPY CHICKEN SALAD | 5.50 | 6.95 |
| ANTIPASTO | 4.95 | 6.50 |
| GARLIC BREAD | | 1.95 |
| GARLIC & MOZZARELLA BREAD | | 2.75 |
| GARLIC STICKS | | 3 for 1.00 |

# The Original
# CLASSIC BURRITO
Est. 1993

Beer & Wine Bar
235 E. 53rd Street (Basement)
Between 2nd & 3rd Ave.

(212) 758-6714 • Tel / Fax (212) 758-6726
www.clickatwork.com/sites/classicburrito

**OPEN** Mon. - Fri.  11:30am - 10:30pm
Sat. & Sun.  12:00noon - 10:00pm
Last Delivery 10:25pm

Eat In • Take Out

_FREE DELIVERY_
from 70th to 38th St. & 1st Ave. to 6th Ave.
Minimum for Delivery $7.00

## We Do Catering & Parties!
Visa, Mastercard, Diners Club, AMEX and Discover are accepted

---

## Lunch Special
Sun. to Wed. 11:00 am - 4:00 pm

1. CHICKEN, BEEF OR VEGETABLE
   BURRITOS  (with Soda) .................7.10

2. REGULAR QUESADILLA
   (with House Salad) ....................7.10

3. CHICKEN HALF QUESADILLA
   (with Organic Salad and Soda) .......7.10

4. CHICKEN OR BEEF
   TOSTADO SALAD (with Soda) ..........7.10

---

## Tokyo Joe's
## CLASSIC BURRITO

_where you can enjoy great_
_Mexican food AND be health conscious!_

"Unlike you run-of-the-mill Mexican Food, usually greasy, full of cholesterol and over spiced, Classic cuisine is healthier and jumbo sized. The chefs are Mexican, so they know the taste by instinct. All the ingredients are freshly made each day; crying chefs chop tons of onions and avocados and create dished by hand."
NEW YORK TIMES

"Classic Burrito's fame is serving the full size, twelve inch flour or whole wheat Quesadillas. A novel idea, they are light wafers, even when loaded with spinach or crammed with tomatoes and tangy shrimp."
VILLAGE VOICE

"But it's the Burritos that are worth writing about: eight different varieties, each a meal in itself, wrapped up to full dinner size."
OUR TOWN

"Classic Burrito serves healthy mixture of vegetarian Burritos and Quesadillas. To cut down on fat, he uses soy cheese and low fat dairy cheese for health conscious, maintaining taste and flavour."
FOX TV NEWS ATTEN

"This newish midtown Mexican with Blade Runner decor leans heavily on blimp-size San Francisco burritos.
1996 ZAGAT NEW YORK RESTAURANT SURVEY

---

## Mex-Tra's

| | |
|---|---|
| GUACAMOLE | 3.00 |
| WHOLE WHEAT TORTILLA (6) | 2.50 |
| SOUR CREAM | 1.00 |
| SALSA RANCHERO | 1.00 |
| TOFU SOUR CREAM | 1.00 |
| PICO DE GALLO | 1.00 |
| SOY CHEESE | 1.00 |
| CHIPS WITH SALSA | 2.50 |
| SPINACH | 2.00 |
| CHIPS, GUACAMOLE, SALSA | 4.50 |
| RICE | 2.00 |
| BLACK BEANS | 2.00 |
| REFRIED BEANS | 2.00 |

## Beverages
### Beer

| | | | |
|---|---|---|---|
| SAM ADAMS | 2.95 | CORONA | 2.95 |
| BASS ALE | 2.95 | TECATE | 2.95 |
| BUD LITE | 2.25 | XX | 2.95 |
| COOR LITE | 2.25 | NEGRA MODELO | 2.95 |
| HEINEKEN | 2.95 | SAKE MARGARITA | 5.00 |

### Soft Drinks
COKE, DIET COKE, PEPSI,
BOTTLE WATER, GINGER ALE,
CRANBERRY JUICE, COFFEE, TEA ...... 1.25

### Mexican Soda
JARRITOS SANGRIA, SIDRAL ............ 1.25

_Wines by the Glass ..._ **$4.00**

## Dessert

| | |
|---|---|
| HOMEMADE FLAN | 2.25 |
| HOMEMADE BANANA PINATA | 2.95 |

## Burritos

Available in our freshly baked 12 inch flour or wheat tortilla.
Choice of dairy or soy cheese and tofu sour cream.

**CLASSIC** ..................................................................... 7.40
Stuffed with ground beef, rice, refried beans, jack cheese,
guacamole, sour cream & pico de gallo. (We do our best to hand-
pick the bones, but you may find one from time to time)

**NEW EGG BURRITO** ......................................................... 6.40
Mexican style with scrambled egg, rice, cheese, guacamole, sour cream
and pico de gallo.

**BEAN** ............................................................................ 6.40
Whole wheat tortilla with beans, jack cheese, lettuce, pico de gallo,
guacamole & sour cream.

**VEGETABLE (NON-DAIRY)** ................................................. 7.40
Whole wheat tortilla stuffed with mixed vegetables, rice, beans,
lettuce, pico de gallo, soy cheese, guacamole & tofu sour cream.

**SPINACH** ....................................................................... 7.40
Whole wheat tortilla stuffed with spinach, beans, rice, jack cheese,
guacamole, sour cream and pico de gallo.

**CHILI** ............................................................................ 7.40
Stuffed with chili con carne, rice, beans, jack cheese, guacamole,
sour cream & pico de gallo.

**STEAK** .......................................................................... 8.60
Grilled skirt steak with beans, rice, jack cheese, lettuce, pico de
gallo, guacamole & sour cream.

**GRILLED CHICKEN** .......................................................... 8.60
White breast meat grilled, rice, beans, lettuce, jack cheese, pico
de gallo, sour cream & guacamole.

**CHIMICHANGAS** .............................................................. 8.60
**(Any of the Above)**
Flash fried burritos with guacamole, pico de gallo & sour cream topping.
Add $1.00 to the above prices.

## Tortas

Delicious Mexican Sandwiches (Come with French Fries)

**MILANESE CHICKEN (Torta)** ............................................. 7.40
Chicken, lettuce, tomato, roasted red onion & herb mayonnaise.

**CHICKEN CUTLET (Torta)** ................................................ 7.40
Grilled chicken, bacon,tomato, lettuce, melted jack cheese and
herb mayonnaise.

**BLACKENED CHICKEN (Torta)** ........................................... 7.40
Blackened chicken, lettuce, tomato, sautéed onion, BB
Mayonnaise.

## Saladas

**CLASSIC TACO SALAD** ..................................................... 8.60
Choice of grilled chicken, steak or shrimp. Include lettuce, pico
de gallo, jack cheese, guacamole, sour cream and taco vinaigrette.
Served in a large wheat tortilla shell.

**TOSTADO SALAD** ............................................................ 7.40
Mexican style salad served on corn tortilla with beans, melted
jack cheese. Choice of chicken, beef or veggie.

**CEVICHE** ....................................................................... 7.95
Cured salmon, sweet fish, tuna, shrimp in Mexican cocktail sauce
garnished with avocado.

**AVOCADO SALAD** ........................................................... 6.40
3 slices of avocado with lettuce, carrot, red onion, jack cheese
and house dressing.

**CHICKEN SALAD** ............................................................ 6.40
3 slices of grilled chicken, lettuce, tomato, cucumber and house
dressing.

## Chilis

Served with jack cheese, rice and our fresh chips

**CHILI CON CARNE** .......................................................... 6.40
**CORN CHOWDER** ............................................................ 2.95
**BLACK BEAN SOUP** ........................................................ 2.95

## Enchiladas

Served with rice, black or pinto beans and salad

**CHEESE** ........................................................................ 6.40
**SHREDDED CHICKEN, BEEF OR VEG.** ................................ 7.40
**GRILLED CHICKEN** .......................................................... 8.60
**STEAK** .......................................................................... 8.60
**SHRIMP** ........................................................................ 8.60
**TOMATILLO ENCHILADA** ................................................. 7.40
Serve with rice, black or pinto beans and salad. Choice of chicken,
beef or vegetables.

**QUESO FUNDIDO VEGETABLE** .......................................... 7.95
Grilled vegetables, zucchini,yellow squash, red onion, mushroom,
jack cheese served with rice, pinto beans and tortillas.

**QUESO FUNDIDO COMBO** ................................................ 8.50
Grilled vegetables, grilled chicken, jack or cheddar cheese served
with rice, pinto beans and tortillas.

## Fajitas

Served with rice, black or pinto beans, vegetables
and 2 tortillas of wheat, flour or corn.

**GRILLED CHICKEN, STEAK OR SHRIMP.** ............................. 9.60
**VEGETABLE CHICKEN FAJITA** ......................................... 9.60
Grilled vegetables, chicken served w rice, pinto beans and tortillas.

## Appetizer

**CHICKEN HOT WING** ......................................... (12 pcs.) 5.95
(Large orders available)
Hot Sauce with butter, spices, chicken fried in 100% vegetable oil.
All served with celery, carrot and blue cheese dressing.

**TEXAS NACHOS** ............................................................. 5.50
Crispy chips topped with spicy Jalapeño velveeta cheese.
Xtra Topping ........................................ $1.00 extra

## Nachos SINGLE 5.95

Crispy chips topped with refried beans, jack cheese,
guacamole and sour cream
(or choice of any other topping for $1.00 per each extra item)

## Tacos

Choice of hard shell or soft taco shell;
Filled with jack cheese, lettuce and pico de gallo

**BEEF, CHICKEN OR VEGGIE** ............................................. 3.75

## Classic Quesadillas

12" individual size Mexican pizza. Flour or whole wheat tortilla
filled with cheese, guacamole and pico de gallo

**REGULAR** ...................................................................... 7.40
**CHICKEN** ...................................................................... 8.60
**GROUND BEEF** .............................................................. 8.60
**SPINACH** ...................................................................... 8.60
**VEGETABLES** ................................................................ 8.60
**BEANS OR RICE** ............................................................ 7.50
**STEAK** .......................................................................... 9.60
**SHRIMP** ........................................................................ 9.60
**GRILLED CHICKEN** .......................................................... 9.60

## Traditional Quesadillas

**HALF QUESADILLA** ......................................................... 8.35
Flour or whole wheat tortilla filled with cheese. Include organic
salad with slice of cucumber & tomatoes. (Choice of Chicken, beef,
vegetable, spinach, beans or rice)

*(Note: Prices subject to change without notice)*

# zagat.com™

http://www.zagat.com

http://newyork.citysearch.com

まちナビ
http://exciteyplanet.com/machinavi

## Sushi Rose 薔薇寿司

| | |
|---|---|
| Tel | 212-813-1800 |
| Fax | 212-813-0348 |
| Add. | 248 E 52 nd Street 2 Floor |
| | New York NY-10022 |
| Lunch | 11:45 am. To 2:30 pm. |
| Dinner | 5:30 pm. To 10:30 pm. |
| Open | Monday to Saturday |
| | ( Except Saturday Lunch ) |

You may have some question, complaint, request
please contact us! ⇒ sushi_rose@hotmail.com



212-813-1800

◇◇◇◇◇ ❖ Caution ❖ ◇◇◇◇◇

❖ Minimun order for delivery is
$10.00 .( before tax.)

❖ Delivery services are available
from Monday to Friday,
between.5:45pm to 10:00pm.

❖ Your delivery address must be
within 5 blocks radius.

❖ We are not held liable for the
foods left for more than
2hours after serving.

Thank you for
your order !

# Take Out & Delivery Menu
## Call to 212-813-1800

## Appetizer

| # | Item | Price |
|---|---|---|
| #1 | Miso Soup | $2.00 |
| #2 | Clear Soup | $3.00 |
| #3 | House Salad | $2.00 |
| #4 | Rose Salad | $4.50 |
| #5 | Mixed Green Salad | $4.00 |
| #6 | Seaweed Salad | $5.00 |
| #7 | Avocado & King Crab Salad | $6.50 |
| #8 | Hijiki | $3.00 |
| #9 | Oshitrashi | $4.50 |
| #10 | Eda Mome | $3.50 |
| #11 | King Crab Dumpring | $6.50 |
| #12 | Wasabi Shumai | $5.00 |
| #13 | Chiki Shumai | $5.00 |
| #14 | Nasu Agedashi | $4.50 |
| #15 | Tofu Agedashi | $4.50 |
| #16 | Koimo Agedashi | $4.50 |
| #17 | Hamachi (TY) Kama Yaki | $7.50 |
| #18 | Salmon Kama Yaki | $6.50 |
| #19 | Octopus Fried | $6.50 |
| #20 | Checken Tatsuta (deep Fried) | $6.50 |
| #21 | Rice | $0.75 |

## Entrée

| # | Item | Price |
|---|---|---|
| #22 | Tempra Dinner | $13.00 |
| #23 | Tempra Appetizer | $6.50 |
| #24 | Beef Negimaki Dinner | $13.00 |
| #25 | Beef Negimaki Appetizer | $6.50 |
| #26 | Chicken Teriyaki Dinner | $13.00 |
| #27 | Salmon Teriyaki Dinner | $13.00 |

## Assortment of Sushi & Sashimi

| # | Item | Price |
|---|---|---|
| #28 | Sushi Special (10 Pcs Sushi & 1 Roll) | $18.00 |
| #29 | Sushi Rose (6 Pcs Sushi & 2 Rolls) | $19.00 |
| #30 | Sashimi Special (7 Kind of Sashimi) | $18.00 |
| #31 | Sashimi & Sushi Comb. | $16.00 |
| #32 | Chidashi | $13.00 |

## Roll A La Carte

| # | Item | Price |
|---|---|---|
| #33 | Tuna Roll | $4.50 |
| #34 | California Roll | $4.00 |
| #35 | Yellow Tail w/Scallion | $5.25 |
| #36 | Salmon Roll | $3.75 |
| #37 | Salmon Skin Roll | $4.50 |
| #38 | Eel Roll | $4.50 |
| #39 | Shrimp Roll | $6.50 |
| #40 | Shrimp Tempra Roll | $6.25 |
| #41 | Toro w/Scallion Roll | $7.00 |
| #42 | King Crab Roll | $8.50 |
| #43 | Salmon Roe Roll | $5.50 |
| #44 | Mushroom w/ Avocado Roll | $4.00 |
| #45 | Oshinko Roll | $3.25 |
| #46 | Natto Roll | $3.25 |
| #47 | Dried Squash Roll | $3.25 |
| #48 | Futomaki (Half Size) | $9.00 |
| #49 | Spicy Vegetable Roll | $4.00 |
| #50 | Asparagus w/Mayo Roll | $3.75 |
| #51 | Rainbow Roll | $7.50 |
| #52 | Spider Roll | $7.50 |
| #53 | Rose Special Roll | $5.00 |

## Sushi A La Carte

| # | Item | Price |
|---|---|---|
| #54 | Toro | M/P |
| #55 | Tuna | $3.75 |
| #56 | Salmon | $3.75 |
| #57 | Shrimp | $2.50 |
| #58 | King Crab | $4.50 |
| #59 | Mackerel | $2.00 |
| #60 | Spanish Mackerel | $3.00 |
| #61 | Yellow Tail | $4.50 |
| #62 | Fluke | $2.25 |
| #63 | Egg Cake | $2.00 |
| #64 | Eel | $3.50 |
| #65 | Salmon Roe | $3.00 |
| #66 | Sea Urchin | $4.25 |
| #67 | Octopus | $3.25 |
| #68 | Squid | $2.50 |
| #69 | Orange Clam | $2.25 |
| #70 | Baby Scallop | $2.50 |
| #71 | Sardine | $3.00 |
| #72 | Anchovy | $2.75 |
| #73 | Abalone | $4.50 |

## Today's Special Items etc.

Ask!

## Topping for Roll

| Item | Price |
|---|---|
| Spicy sauce | $1.00 |
| Avocado | $0.75 |
| Cucumber | $0.50 |
| Tempra Crunchy | $0.50 |
| Tobiko Out Side | $1.50 |

We have a lot of items out of list. Let's you ask!

MADTSS01100958

# THE PRESS BOX

932 Second Ave, Between 49th & 50th
New York City

## Classic American Cuisine

### TAKEOUT MENU

We Accept Visa, Mastercard, Amex, Diners, Discover
& JCB Credit Cards

Takeout Hours
Mon—Sun
11.30am – 11.00pm

Delivery Zone:
44th-St-To-55th-St.
Beekman Place To Lexington Avenue
Delivery Minimum $10

## 212 317 1826

The Press Box Is A New Restaurant And Bar On Second Avenue Between 49th & 50th Streets and we are proud to offer our superb lunch, dinner and takeout menu to local residents and office workers alike.

You are welcome to come and relax here while enjoying a bite to eat in our cozy bar which boasts a selection of twelve tap beers and a fine choice of wines by the glass and bottle. Perhaps you would prefer to come for brunch to sample our famous Traditional Irish Breakfast or how about our popular three course prix fixe dinner which, priced at $19.95 is one of the best deals in Midtown Manhattan.

If you're looking for somewhere to host a party or event, please come and see our beautiful second floor "Press Room" with hand crafted mahogany woodwork, exposed brick work and a glass frontage opening on to the Avenue. We cater parties from 10—100. Call Kim or Joe to plan your birthday party, office event, rehearsal dinner, christening etc. We'll take care of everything!

We have 6 plasma TV's and a projection screen for coverage of a wide selection of sports and a plasma TV and projection screen in our second floor room which may be booked for large groups for sporting events.

- OPEN 7 DAYS A WEEK
- BEAUTIFUL DINING ROOM
- SHOWING ALL MAJOR SPORTS EVENTS
- FREE DELIVERY WITHIN "ZONE"
- CORPORATE EVENTS
- LUNCHEONS
- PRIVATE FUNCTIONS
- BRUNCH SERVED EVERY WEEKEND
- THE NEW PLACE TO BE ON SECOND AVENUE!

## IN ADDITION

| | |
|---|---|
| CHICKEN TENDERS | 6.00 |
| BUFFALO WINGS | 6.00 |
| POTATO SKINS | 6.00 |
| MOZZARELLA STICKS | 6.00 |
| CALAMARI | 8.00 |
| "THE POST" PLATTER | 25.00 |
| COMBO OF CHICKEN TENDERS, BUFFALO WINGS, POTATO SKINS & MOZZARELLA STICKS | |

## SPECIALS

PLEASE ASK ABOUT OUR DAILY SPECIALS

## DRINKS

| | |
|---|---|
| COKE | 1.75 |
| DIET COKE | 1.75 |
| 7UP | 1.75 |
| CARBONATED WATER | 3.00 |
| POLAND SPRING NON-CARBONATED WATER | 2.50 |

MADTSS01100959



## LEADING THE NEWS

| | |
|---|---|
| Soup Du Jour | 4.00 |
| Mozzarella & Tomato Salad | 7.00 |
| Steamed Long Island Mussels Choice Of Wine & Garlic Broth, Or Tomato, Basil & Garlic Broth | 6.00 |
| Crisp Calamari Served With A Marinara Sauce | 8.00 |
| Classic Jumbo Shrimp Cocktail | 9.00 |
| Mixed Baby Greens With A Sherry Vinaigrette | 6.00 |
| Caesar Salad | 6.00 |
| Pan Fried Crab Cake Over Local Baby Greens With A Spicy Remoulade Sauce | 9.00 |
| Grilled Portobella Mushrooms & Goat Cheese With A Red Pepper & Tomato Relish | 7.00 |

## SANDWICHES

| | |
|---|---|
| Classic Burger | 8.00 |
| Press Box Burger With Red Onion Relish | 9.00 |
| Bourbon Burger Stuffed With Garlicky Cream Cheese | 9.00 |
| BLT | 8.00 |
| Steak Sandwich Au Jus | 11.00 |
| Grilled Chicken Sandwich | 8.00 |
| Tuna Melt | 8.00 |
| Vegetarian Portobella Burger With Chipotle Mayo | 8.00 |
| Turkey Club | 8.00 |
| All Served With Fries And 75¢ Each For Cheese & Bacon | |

## THE MAIN HEADLINES

| | |
|---|---|
| Dry Aged 12oz NY Strip Steak | 24.00 |
| Filet Mignon With A Classic Demi Glaze | 23.00 |
| Classic Shrimp Caesar Salad | 14.00 |
| Steak Frites 8oz Strip Steak With French Fries | 14.00 |
| Thai Chicken Stir Fry With Rice | 14.00 |
| Stuffed Chicken With Smoked Ham & Swiss Cheese | 15.00 |
| Shepherd's Pie Made With Ground Beef | 11.00 |
| Chicken Pot Pie | 11.00 |
| Beef & Guinness Pie | 11.00 |
| Fish & Chips With Tartare Sauce | 11.00 |
| Grilled Atlantic Salmon With A Fresh Herb Coulis | 16.00 |
| Sauteed Crabcakes Over Local Baby Greens On Rice With A Spicy Remoulade Sauce | 18.00 |
| Sliced Filet Mignon Over Baby Greens | 23.00 |
| Steamed Long Island Mussels In A Choice Of Wine & Garlic Broth, Or Tomato, Basil & Garlic Broth Served With Garlic Bread | 12.00 |

## LOW CARB MENU

| | |
|---|---|
| Ask About Our Low Carb Special Of The Day! | |
| Grilled Chicken Platter With Steamed Vegetables & Baby Greens | 11.00 |
| Burger Platter With Steamed Vegetables & Baby Greens | 9.00 |

## OTHER NEWS

| | |
|---|---|
| Pasta Du Jour | PA |
| Penne A La Vodka With Chicken | 13.00 |
| Classic Chicken Caesar Salad | 12.00 |
| Classic Cobb Salad Chicken, Bacon, Egg, Tomato, Olives & Baby Greens With Choice Of Dressing | 11.00 |
| Warm Shrimp & Bacon Salad Over Baby Spinach With A Balsamic Vinaigrette | 14.00 |

## LATE NEWS

| | |
|---|---|
| NY Cheesecake | 5.00 |
| Carrot Cake | 5.00 |
| Apple Pie With Ice Cream | 6.00 |
| Key Lime Pie | 5.00 |
| Chocolate Mousse Cake | 5.00 |
| All Our Desserts Our Home Made! | |

212 317 1826

MADTSS01100960



☎ 212.421.2324   YOU RING WE BRING MIN. $10

# Spicy Republic

972 SECOND AVENUE NYC

PRSRT STD
US POSTAGE
P A I D
NEW YORK, NY
PERMIT #9012

MONDAY THRU FRIDAY 11:00 AM-11:00 PM  SATURDAY & SUNDAY 12:00 NOON-11:00 PM

## Noodles in Broth

| | Lunch | Dinner |
|---|---|---|
| **Spicy Beef** �

Rice noodle, bean sprout, fresh basil, lemon & chili pepper. | 7 | 8 |
| **Curry Duck** �

Chicken broth, glass noodle, curry & bean sprouts. | 8 | 9 |

| | Lunch | Dinner |
|---|---|---|
| **Seafood** �

Udon noodle, shrimp, scallops, squid, bean sprout & mushroom in
hot & sour fish broth. | 8 | 9 |
| **Coconut Chicken**

Chicken broth, bean sprout, rice vermicelli, coconut milk & lime
juice w. chili pepper on the side. | 7 | 8 |

## Noodles

| | Lunch | Dinner |
|---|---|---|
| **Pad Thai**

Choice of Vegetable, Chicken, Beef or Shrimp
Rice noodle, bean sprouts, egg strips, garlic & peanut. | 7 | 8 |
| **Black Noodle** �

Broad noodle, bell pepper, onion, broccoli & bean sauce. | | |

## Fried Rice

| | Lunch | Dinner |
|---|---|---|
| **Spicy Basil Fried Rice** �

Choice of Vegetable, Chicken, Beef or Shrimp
Fresh basil, onion, egg & chili paste.
Prawn, Duck or Assorted | 7 | 8 |
| | 8 | 9 |
| **Pineapple Fried Rice**

Tomato, onion, pears, egg w. tomato sauce. | | |
| **Neo-Thai Fried Rice**

Onion, pears, egg, bean sprout, herbs & peanuts. | | |

**LUNCH DAILY** 11:00 am - 3:30 pm
*All Lunch Dishes Served with~*
*White or Brown Rice (except Rice or Noodle Dishes) and Choose One*
*Free Appetizers~ Crispy Spring Roll or Fried Wonton or Green Salad*

**DINNER DAILY** 3:30 pm - 11:00 pm
*All Dinner Dishes Served w. White or Brown Rice, Except Rice &*
*Noodle Dishes.*

## Soup

**Tom Yum Soup** 🌶
*Hot & sour lemon grass broth w. lime juice, peppers & mush-rooms.*

| | |
|---|---|
| ~ Chicken or Tofu | 3 |
| ~ Daily Dumplings or Shrimp | 4 |

**Coconut Chicken Soup**     3
*Thai chicken soup w. coconut milk, lime juice, pepper & mush-room.*

**Southern Soup**     5
*Shrimp, squid, scallops w. pineapple, tomato, celery, straw mush-room, bean sprouts, fresh herbs.*

## Salad

**Duck Salad** 🌶     6
*Warm duck, romaine lettuce, tomato w. chili lime juice.*

**Calamari Salad**     6
*Thai calamari salad w. dressing of lime juice, fish sauce, lemon grass chili & mint leaves.*

**Thai Green Salad**     3
*Thai green salad w. bean sprouts, tomato, cucumber topped w. peanut dressing.*

**Chicken Salad**     5
*w. shredded cabbage, carrot, onion, roasted peanuts herbs w. chef special sauce.*

## Appetizers

**Vegetable Summer Roll**     4
*Filled w. bean sprout, lettuce, fresh herbs & rice vermicelli, served w. house plum sauce.*

**Vegetable Spring Roll, Vietnamese Style (2)**     4

**Peking Duck Spring Roll (2)**     5

**Spicy Crispy Calamari** 🌶     5
*Crispy calamari w. tomato salsa.*

**Satay**     5
*Chicken or beef or tofu grilled on skewers, served w. pickled carrots & daikon.*

**Golden Fritters**     5
*Minced shrimp dumpling w. honey chili sauce.*

**Steamed or Pan-fried Dumplings**

| | |
|---|---|
| ~ Vegetable or Chicken or Pork | 4 |
| ~ Seafood or Assorted | 5 |

**Curry Puff** 🌶     5
*Stuffed w. chicken, potato, onion & curry powder cooked w. puff pastry.*

**Martini Crispy Shrimp** 🌶     6
*Finger shrimp wrapped in rice dough served w. honey chili sauce.*

# Entree

| | Lunch | Dinner |
|---|---|---|
| Mixed Vegetable & Tofu | 6 | 8 |
| Chicken or Beef (Sliced Flank Steak) | 7 | 9 |
| Jumbo Shrimp or Scallop | 10 | 13 |

## Curry

**Green Curry** 🌶
*The spiciest curry w. Basil, eggplant, bamboo shoot.*

**Red Curry** 🌶
*Spicy curry w. bamboo shoots & tomato.*

**Panang Curry** 🌶
*Medium spicy curry w. string bean & lime leaf.*

**Malay Massaman Curry** 🌶
*Thick sweet & mild curry w. peanut & potato.*

## Sauteed

**Queen of Thai Basil** 🌶
*Chili pepper, bell pepper, onion & spicy basil sauce.*

**Rama the King** 🌶
*Combination of peanut sauce & red curry w. mixed vegetable.*

**Asian Broccoli & Ginger Garlic Sauce.**

**Ginger, Pineapple & String Bean**

**Mild Mango Sauce** 🌶

DESIGN & PRINTED BY MK GRAPHICS ©COPYRIGHT 212.233.0213 04/04

# Specialties

| | | | |
|---|---|---|---|
| **Duck w. Chef's Milk Curry Sauce** 🌶 | 14 | **Duck Fajitas, Asian Style** | 16 |
| **Crispy Fish** 🌶 | 20 | **Crispy Chicken Home Style** 🌶 | 13 |

*Glazed w. Spicy Lemon grass Sauce.*



# Blockheads
### Burritos, prepare to life!

www.blockheads.com

**499 2nd Avenue**
btw 28th & 29th
212-213-3332
Fax 212-213-3353
Delivery Area
20th-40th/5th-East Ave.

**954 2nd Avenue**
btw 50th & 51st
212-750-3000
Fax 212-750-3001
Delivery Area
40th-60th/5th-East Ave.

**Worldwide Plaza**
309 W. 50th & 8th
212-307-7029
Fax 212-307-7236
Delivery Area
42nd-62nd/5th-10th Ave.

**1563 2nd Avenue**
btw 81st & 82nd
212-879-1999
Fax 212-879-0237
Delivery Area
66th-96th/5th-East Ave.

**4 World Financial Center**
250 Vesey St.
212-619-0022
Fax 212-619-0033
Delivery Area
Battery Park City

## catering menu
### call 212.213.3332
### all platters serve 10 people

**BLOCKHEADS BURRITO BONANZA**
A great assortment of our famous burritos.
Add chips, 2 salsas, guacamole and sour cream $105.00 (10.50 per person) ............ 20 pieces $75 (7.50 per person)

**SUPERLATIVE SANDWICH WRAPS**
A beautiful tray of assorted sandwich wraps.
Add chips, 2 salsas, guacamole and sour cream $105.00 (10.50 per person) ............ 20 pieces $75 (7.50 per person)

**COOL COMBO**
Mix & match superlative wraps and famous burritos.
Add chips, 2 salsas, guacamole and sour cream $105.00 (10.50 per person) ............ $75 (7.50 per person)

**MAKE YOUR OWN TACO PARTY**
Includes 20 crisp taco shells, grilled chicken and ground beef picadillo, Monterey jack cheese, ................ $85 (8.50 per person)
Spanish rice, creamy black beans, shredded lettuce, fresh salsa cruda and sour cream.
Add guacamole, chips, extra salsa and sour cream $115.00 (11.50 per person)

**CHICKEN FINGERS**
Tender strips of chicken breast coated with Japanese-style breadcrumbs and lightly fried, ................ $55 (5.50 per person)
served with Blockheads own chili-mustard BBQ sauce.
Add chips, 2 salsas, guacamole and sour cream $85.00 (8.50 per person)

**WINGS, WINGS, WINGS** ................ $55 (5.50 per person)
Requires 24 hours notice.
Pia and match: Hot, Buffalo, Jamaican Jerk, Tangy BBQ, all with blue cheese dressing.
Add chips, 2 salsas, guacamole and sour cream $85.00 (8.50 per person)



### sides
Fresh corn tortilla chips ....... 14.95
Slow-cooked salsa & fresh chips ....... 23.95
Spanish rice ....... 25.00
Roasted vegetable medley ....... 24.95
zucchini, yellow squash, mushrooms, peppers,
carrots, onions, tomatoes and corn
Salsa cruda & fresh chips ....... 24.95
Guacamole & fresh chips ....... 32.95
Creamy black beans ....... 25.00
House salad ....... 24.95
Mixed field greens and chopped tomato
with our own balsamic vinegrette dressing

---

**60** amazing lunch deals!
### served until 4pm

**#1 Chicken Burrito** ....... .875
Served with chips & soda

**#2 Good Burrito** ....... .775
Served with chips & soda

**#3 Two Double Shell Tacos** ....... .850
Choice or beef served with rice & beans and chips & soda

**#4 Mini-Burrito & Salad** ....... .875
Served with chips & soda

**#5 Mexican Chicken Wrap** ....... .875
Served with tea and chips & soda

**#6 Mini-Quesadilla Grande** ....... .875
Served with chips & soda

### sides
Chips ....... 1.00
Salsa Cruda ....... 1.25
Salsa Bambino ....... 1.75

Guacamole ....... 3.75
Sour Cream ....... 1.25
Small Sour Cream ....... 0.50
Tofu Sour Cream ....... 1.25
Small Tofu Sour Cream ....... 0.50
Roasted Vegetables ....... 2.50
Creamy Black Beans ....... 2.50
Spanish Rice ....... 2.50
Brown Rice ....... 2.50
Cajun Fries ....... 3.25
Green Sauce ....... 1.25
Sofrito Sauce ....... 1.25
BBQ Sauce ....... 1.25
Jalapeños ....... .25
Flour Tortilla ....... 0.50
Whole Wheat Tortilla ....... 0.50
Flavored Tortilla ....... 0.75
2 Corn Tortillas ....... 0.75

### beverages
....... .175

Snapwater Root Beer & Diet ....... 1.75

**TAZO**
Gina Peach, Passion, Rambleberry, Lemon-Ginger, Organic Iced ....... 1.95
Tea (hot on), Organic Iced Green Tea (low on)
Bottled Water ....... 1.50
Canned Soda ....... 1.25
Beer Imported ....... 2.50
Beer Domestic ....... 2.00

### homemade desserts
Original Flan ....... 2.00
Chocolate Kahlua Flan ....... 2.00

**9 visit us in the West Village at**
**Benny's Burritos**
113 Greenwich Ave.
212.633.9110



## appetizers

Salsa Cruda & Chips .................. 2.50
Salsa Bandido & Chips ............... 2.50
Guacamole & Chips .................... 4.50
Naked Sweet Potato Fries ........... 2.95
Crispy Chicken w/ BBQ Dipping Sauce .. 5.50
Crispy Jerk Chicken w/ ................ 5.50

## quesadillas & nachos

Quesadilla ................................ 4.25
Nachos .................................... 4.25
Quesadilla Grande ..................... 8.95
Mini Quesadilla Grande with salad .. 8.95
Nachos Grande ......................... 8.95

**CREATE YOUR OWN QUESADILLA OR MACHOS ADD:**



## salads

House Salad ............................. 2.95
Mexican Taco Salad ................... 7.75
Super Chicken ......................... 9.25
Crispy Chicken Salad ................ 10.25
Jamaican Jerk Chicken .............. 10.25
Crispy Jerk Chicken Salad ......... 10.25
NEW Crispy Shrimp Salad .......... 11.75

## tacos

Plate of Two ............................. 8.25

Crispy Chicken
Havana Chicken
Shredded Beef
Beef Picadillo

## burritos

CHICKEN
Chicken with Salad ..................... 8.75
Mini Chicken with Salad ............. 8.75
Super Chicken .......................... 9.75
Crispy Chicken ......................... 9.25
Jamaican Jerk Chicken .............. 10.25
Crispy Jerk Chicken ................. 8.25

VEGETARIAN
Good Burrito ............................. 7.75
Good No-Dairy Burrito ............... 7.75
Mini-Good or Mini-Good No-Dairy with Salad .. 7.75
Chile's Super Veg ..................... 9.50
Super Veg No-Dairy ................... 9.50

BEEF
Fresh Vegetable with Salad ........ 8.95
Ground Beef Picadillo ............... 8.95
Mini Shredded Beef with Salad ... 8.95
BBQ Beef ................................ 8.95
Super Shredded Beef ................ 9.95

Chicken Fajita Burrito ............... 11.50
Havana Chicken
NEW Crispy Shrimp Burrito ...... 11.59

## wraps

Mexican Chicken Wrap ............... 8.25
Crispy Chicken Ranch Wrap
NEW Crispy Jerk Chicken Wrap .. 8.25
Crispy Chicken .......................... 8.25

## platters

ENCHILADAS
Red or Green Enchilada
Chicken Enchilada ................... 10.95
Shredded Beef Enchilada ......... 10.95
Roasted Vegetable Enchilada ... 10.95

LOW CARB
Low Carb Burrito Platter ......... 10.95
Roasted Vegetable Platter
Beef Picadillo Platter

MADTSS01100964

**SAVOR THE CONTRADICTIONS**

The ingredients are the finest available.
The price is affordable.

The preparation takes hours.
The service is instant.

The focus is burritos and tacos.
The choices are endless.

You move through a quick line to order.
You sit and relax as long as you like.

The food is fresh and hot.
The atmosphere is cool.

Gourmet food,
you eat with your hands.

Chipotle.

To find a Chipotle or speak your mind:
**CHIPOTLE.COM**

MADTSS01100965





## BURRITO
Giant flour tortilla, cilantro-lime rice, choice
of pinto or vegetarian black beans, choice of
meat, choice of salsa, cheese or sour cream.
The vegetarian burrito comes with guacamole.

## FAJITA BURRITO
Just like a burrito but with sautéed peppers and
onions instead of beans. The vegetarian fajita has
both sautéed veggies and black beans instead of
meat, and comes with guacamole.

## BURRITO BOL
Burrito or fajita in a bowl, no tortilla.
Swap romaine lettuce for rice and voilá...salad!

## TACOS
Three soft flour or four crispy corn tortillas,
choice of meat, choice of salsa, cheese or sour
cream, and romaine lettuce.

--- WITH ---

### CARNITAS                               6.50
Niman Ranch free-range pork, seasoned with thyme,
bay leaves, juniper berries and freshly cracked
black pepper — seared, then braised for hours.

### BARBACOA                              6.75
Spicy shredded beef, braised with our own chipotle adobo,
cumin, cloves, garlic and oregano.

### CHICKEN                               6.50
Bell & Evans humanely raised chicken, marinated for hours in
our chipotle pepper adobo, then simply grilled.

### STEAK                                 6.75
Marinated for hours in our chipotle adobo, then grilled.

### VEGETARIAN                            5.95
Includes our fresh-made guacamole and vegetarian black beans.
Add sautéed peppers and onions for a vegetarian fajita.

*Chipotle serves only naturally raised, vegetarian-fed meats
free of subtherapeutic antibiotics and growth-promoting hormones.

## SALSAS
| | |
|---|---|
| Roasted Chili-Corn | medium |
| Tomatillo-Green Chili | medium |
| Tomatillo-Red Chili | hot |
| Fresh Tomato | mild |

## EXTRAS
| | |
|---|---|
| Chips & Guacamole | 2.25 |
| Chips & Salsa | 1.50 |
| Guacamole | 1.50 |
| Extra Salsa | .75 |

## DRINKS
| | |
|---|---|
| Margarita | 3.75 |
| Specialty Beer | 3.75 |
| Domestic Beer | 3.25 |
| Bottled Drinks | 1.75 |
| Soda | 1.25/1.50 |

## 2 THINGS, THOUSANDS OF WAYS.
Don't see what you want? Just ask and we'll put
together something special for you.

# China Fun RESTAURANT

1239 2nd Avenue (Corner of 65th St.)
Tel: (212) 752-0810 / 0819 / 1825
Fax: (212) 752-0821

**BUSINESS HOURS:**
Sun – Thurs: 11:00am - 12:00midnight
Fri & Sat: 11:00am - 1:00am
Free Delivery
Minimum for Delivery $7.00

We Take Visa, Master, American Express Card

### WEEKEND SPECIAL
Served From (Noon – 4 pm, Saturday and Sunday

1. Soy Bean Milk .................................... Pt. 1.20 Qt. 1.95
2. Soy Bean Milk (Cold) ......................... Pt. 1.20 Qt. 1.95
3. Soy Bean Soup Shanghai Style ...... Pt. 2.25 Qt. 3.95
4. Plain Cruller Chinese Style .............................. 1.25
5. Baked Sesame Flat Bread (Plain or Sweet) .......... 1.95
6. Sweet Rice Ball .............................................. 2.50
7. Rice Ball Stuffed w/ Dried Meat ....................... 2.95
8. Shanghai Style Pork and Leek Fried
   Dumplings (6) ................................................ 4.95

No. Chinese Plum Juice w/ a Slightly Smoky Flavor ...... 1.95

### B.B.Q. ROAST MEATS
After 4:00pm, eating utensils and paper plates are
available for Take Out orders only upon request.

The roast meat are traditionally served at room temperature.
The best service and flavor. If you want it to be served warm
please let us know in advance.

1. Soy Sauce Chicken Wings (4) ........................ 3.50
2. Roasted Chicken Leg ..................................... 3.95
3. Roast Pork ...................................................... 5.95
4. Barbecued Honey Spare Ribs ......... (S) 6.25 (L) 8.95
5. Soy Sauce Chicken ......... (½) 6.25 (¾) 9.25 (1) 16.95
6. Roast Chicken ................ (½) 6.25 (¾) 9.25 (1) 16.95
7. Crispy Chicken ............... (½) 6.25 (¾) 9.25 (1) 16.95
8. Roast Duck ..................... (½) 6.95 (¾) 9.95 (1) 18.95
9. Crispy Duck .................... (¾) 7.25 (½) 10.25 (1) 19.25
10. Assortment of Roast Meats ............................. 11.95
    (Roast Duck, Roast Chicken, & Roast Duck)

---

## SIZZLING HOT PLATES

94. Coated Jumbo Shrimp in Mandarin Ginger S ... 10.95
95. Happy Family
    Sliced beef, chicken, roast pork, and shrimp w/ broccoli,
    waterchestnut and bell pepper. ........................ 10.95
96. Sizzling Garlic Fried Chunky Beef ..................... 11.95
97. Mixed Seafood ............................................... 12.95
98. Lobster in Garlic Sauce ................................... 13.95

## VEGETABLES

99. Pickled Cabbage (Appetizer Portion) ................. 2.95
100. Mixed Vegetables .......................................... 6.95
101. Pi Bean Curd w/ Minced Pork ......................... 6.95
102. Broccoli in Garlic Sauce ................................. 6.95
103. Bean Curd Home Style ................................... 6.95
104. Bean Curd Sauteed w/ Fresh Mushrooms
     and Tomatoes ............................................... 6.95
105. Ma Shu Vegetable (2 Pancakes) ..................... 6.95
106. Chinese Cabbage Sauteed w/ Black Mushroom ... 7.25
107. Cellophane Noodle Sauteed w/ Minced Pork ..... 7.25
108. Chinese Cabbage Sauteed w/ Cellophane Noodle . 7.25
109. Dry Sauteed String Beans in Garlic Sauce ....... 7.25
110. General Tso's Fu Fu (Not Spicy) ..................... 7.25
111. Hot & Spicy Chinese Baby Eggplant in Garlic Sc 7.50
112. Steamed Chinese Broccoli in Oyster Sauce ...... 7.50
113. Sauteed Chinese Broccoli w/ Fresh Garlic ........ 7.50
114. Sauteed Spinach w/ Fresh Garlic ..................... 7.50
115. Braised Lettuce ............................................. 7.50
116. Sauteed Asparagus ........................................ 7.50
117. Tofu Gluten Sauteed w/ Fresh Mushroom &
     Snow Peas .................................................... 7.95

## PORK

118. Snow Peas, String Beans and Broccoli Sauteed
     in White Garlic Sauce .................................... 7.95
119. Vegetable Deluxe ........................................... 7.95
     Vegetarian delicacy specially prepared in three different flavors.
     Chinese baby eggplant in garlic sauce, string beans in white sauce
     and fresh mushroom in curry sauce.
120. Plain Sauteed Snow Peas ............................... 8.25
121. Sweet & Sour Pork ......................................... 7.25
122. Shredded Pork in Garlic Sauce ....................... 7.25
123. Mou Shu Pork (w/ 2 Pancakes) ....................... 7.25
124. Roast Pork w/ Mixed Vegetable in Sa Chin Sauce 7.25
125. Shredded Pork w/ Dry Bean Curd and
     Winter Bamboo Shoots in Spicy Bean Paste ...... 8.95
126. Crispy Chop Hong Kong Style .......................... 9.95

## BEEF

127. Shredded Beef in Garlic Sauce ........................ 8.25
128. Shredded Beef w/ Peanuts in Spicy Sauce ........ 8.25
129. Mou Shu Beef (2 Pancakes) ............................ 8.25
130. Beef w/ Broccoli ............................................ 8.25
131. Pepper Steak ................................................. 8.25
132. Beef w/ Mixed Vegetables Sauteed in
     Sa Chin Sauce .............................................. 8.25
133. Shredded Beef w/ Green Pepper in
     Black Bean Sauce .......................................... 8.25
134. Beef Sauteed w/ Chinese Baby Eggplant ......... 9.25
135. Beef in Oyster Sauce ..................................... 9.25
136. Beef w/ Black Mushrooms and
     Winter Bamboo Shoots .................................... 9.25
137. Shredded Beef Sauteed w/ Winter Bamboo Sheets
     and Dry Bean Curd in Spicy Bean Paste Sauce .. 9.25
138. Orange Flavor Beef ........................................ 9.95
139. Sesame Seed Beef ......................................... 10.25

## CHICKEN

140. Sweet & Sour Chicken ..................................... 7.95
141. Shredded Chicken in Garlic Sauce ................... 7.95
142. Kung Po Chicken ........................................... 7.95
     (w/ White Meat $1.50 extra)
143. Chicken w/ Mixed Vegetables in Sa Chin Sauce .. 7.95
144. Sliced White Meat Chicken in Curry Sauce ....... 7.95
144a. Spicy Chicken China Fun Style ....................... 7.95
145. Chicken w/ Broccoli ....................................... 7.95
146. Moo Goo Gai Pan ........................................... 7.95
147. Mou Shu Chicken (2 Pancakes) ....................... 7.95
148. Diced Chicken w/ Cashewnuts .......................... 8.25
     (w/ White Meat $1.50 extra)
149. Lemon Chicken ............................................... 8.25
150. Chicken w/ Chinese Baby Eggplant ................... 8.50
151. Butter Leaves w/ Chicken and Pinenuts ............. 8.95
152. Sesame Seed Chicken ..................................... 9.25
     (w/ White Meat $1.50 extra)
153. General Tso's Chicken ..................................... 8.95
     (w/ Appetizer Portion - in spicy brown sauce)
154. Chunky Orange Flavor Chicken ......................... 9.25
     (w/ White Meat $1.50 extra)
155. Chicken in Peach Sauce Garnished w/
     Sesame Seeds ............................................... 9.95
     Light meat chicken cooked while meat crispy chicken in peach flavor
     sauce garnished w/ sesame seeds.

## SEAFOOD

156. Kung Po Baby Shrimp ...................................... 8.25
157. Calamini Sauteed in Garlic Sauce .................... 8.25
158. Sauteed Chicken and Baby Shrimp w/ Pinenuts .. 8.50
159. Baby Shrimp Sauteed w/ Chinese Eggplant ....... 9.25
160. Shrimp Sauteed w/ Broccoli ............................ 9.25
161. Shrimp Sauteed in Garlic Sauce ...................... 9.25
162. Sweet & Sour Shrimp ...................................... 9.25
163. Shrimp in Lobster Sauce ................................. 9.25
164. Shrimp Sauteed w/ Mixed Vegetables in
     Sa Chin Sauce .............................................. 9.25
165. Shrimp Sauteed in Home Made Sesame Sauce ... 9.95
166. Scallops or Scallops ....................................... 9.25
167. Scallops Sauteed in Garlic Sauce ..................... 9.25
168. Sliced Filet of Fish (Thin Fish) Sauteed in
     Garlic Sauce ................................................. 9.95
169. Baby Clams in its Shell w/ Black Bean Sauce ... 10.95
170. Shrimp, Scallops, Squid and Sliced Fish Sauteed
     w/ Winter Bamboo Shoots, Black Mushroom
     and Chinese Vegetables ................................. 12.95
171. Mixed Seafood Papillote (Baby Clams, Shrimp,
     Scallops, & Calamari) in Delicate Curry Sauce .. 12.95
172. Lobster in Black Bean Sauce (in Shell) ............. 13.95
     The mainland of the lobster may vary depending upon the season.
173. Mixed Pork (in Shell) ..................................... 13.95
     The mainland of the lobster may vary depending upon the season.
174. Lobster Cantonese (in Shell) ........................... 13.95
     The mainland of the lobster may vary depending upon the season.
175. Crispy Whole Sea Bass or Red Snapper ........... 13.95
176. Steamed Whole Sea Bass or Whole Red Snapper 13.95
     in Ginger and Scallion Sauce or Spicy Bean Paste Sauce.

## DIET DISHES
(Brown Sauce on the Side, Served w/ Brown Rice)

D 1. Steamed Broccoli ............................................ 4.25
     (Appetizer Portion, No Rice)
D 2. Steamed Plain To Fu ...................................... 4.25
     (Appetizer Portion, No Rice)
D 3. Steamed Plain Sliced White Meat Chicken ......... 6.95
     (w/ Appetizer Portion No Rice)
D 4. Barbecued Honey Spare Ribs ........................... 7.25
D 5. Steamed Chicken w/ Mixed Vegetables ............. 8.50
D 6. Steamed Chicken w/ Broccoli ........................... 8.50
D 7. Steamed Baby Shrimp w/ Mixed Vegetables ...... 8.95
D 8. Steamed Shrimp w/ Mixed Vegetables ............. 9.95
D 9. Steamed Mixed Seafood w/ Vegetables ............ 12.95

**PRICES SUBJECT TO CHANGE WITHOUT NOTICE.**

We Take Visa, Master, American Express Card
Minimum Credit Card Charge $15.00
We Do Not Accept Personal Checks

**☆ HOT & SPICY**
We can alter the spice to suit your taste.

## LUNCH SPECIAL

W/ Lunch Special, You have a choice of Soup or Egg Roll,
White Rice, Brown Rice or Fried Rice and Fruit

Served Monday to Friday 11:00am to 4:00pm

| L 1. | Mixed Vegetable | 4.25 |
| L 2. | Beef w/ Vegetable | 4.25 |
| L 3. | Roast Pork w/ Broccoli | 4.25 |
| L 4. | Chicken w/ Broccoli | 4.25 |
| L 5. | Beef w/ Tomato | 4.25 |
| L 6. | Chicken w/ Black Bean Sauce | 4.25 |
| L 7. | Beef w/ Bean Curd | 4.25 |
| L 8. | Shrimp w/ Lobster Sauce | 4.25 |
| L 9. | Chicken w/ Broccoli | 4.25 |
| L 10. | Roast Pork w/ Broccoli | 4.25 |
| L 11. | Chicken w/ Zucchini | 4.25 |
| L 12. | Curry Chicken w/ Onion | 4.25 |
| L 13. | Kung Po Chicken | 4.25 |
| L 14. | Vegetable w/ Bean Curd | 4.25 |

## SOUP

| 12. | Vegetable Soup (Cup) | 1.10 |
| 13. | Wonton Soup (Cup) | 1.10 |
| 14. | Wonton Soup (Cup) | 1.25 |
| 15. | Egg Drop Soup (small pint or sweet corn) | 1.25 |
| 15a. | Velvet Chicken Corn Soup (Cup) | 1.50 |
| 16. | Seafood Hot and Sour Soup (Cup) | 1.50 |
|  | (2 Veg. 2 Pork, 2 Chicken, & 2 Bee) | |
| 16. | Plain Crystal Skin Wonton Soup (Bowl) | 1.50 |
| 17. | Crystal Skin Wonton Soup (Bowl) | 5.25 |
|  | (Choice of Roast Duck, Roast Pork or Soy Sauce Chicken) | |
| 17. | Steamed Crystal Skin Pork Buns (8) | 5.25 |

## DIM SUM

| 18. | Chinese Sausage Bun (1) | 0.95 |
| 19. | Roast Pork Bun (Steamed or Baked) (1) | 1.25 |
| 20. | Red Bean Bun (1) | 1.25 |
| 21. | Steamed Big Vegetable Bun (1) | 1.25 |
| 22. | Chicken Big Bun (1) | 1.25 |
| 23. | Egg Custard (Sweet) (2) | 1.25 |
| 24. | Egg Roll (1) | 1.20 |
| 25. | Vegetable Roll (1) | 1.20 |
| 26. | Shrimp and Vegetable Spring Roll (1) | 1.50 |
| 27. | Almond Flavor Jello w/ Lee Chee Nuts | 1.75 |
| 28. | Beef Wrapped in Lotus Leaves Stuffed w/ Red Bean Paste | 2.75 |
| 29. | Steamed Short Ribs in Black Bean Sauce | 2.95 |
| 30. | Pan Fried Turnip Cake (2) | 2.95 |
| 31. | Sticky Rice Roll (2) | 2.95 |
| 32. | Sesame Seeds Peanut Butter Pancake (Sweet) | 2.95 |
| 33. | Scallions Pancake (1) | 2.95 |
| 34a. | Curry Chicken Pastry (2) | 3.25 |
| 35. | Baby Shrimp w/ Lobster Sauce | 3.25 |
| 36. | Crispy Fried To Fu Stuffed w/ Shrimp (2) | 3.25 |
| 37. | Fried Jumbo Shrimp w/ Sesame Seeds (2) | 3.50 |
| 38. | Mandarin Style Pan Fried Pork Chop | 3.75 |
| 39. | Pan Fry Chicken Wonton (8) | 3.95 |
| 40. | Roast Duck | 4.75 |
| 41. | Mushroom & Shrimp Sui Mai (3) | 3.95 |
| 42. | Chinese Sausage Fried Rice | 3.95 |
| 43. | Fried Corn Cakes (3) | 3.95 |
| 44. | Roast Pork w/ Duck | 3.95 |
| 45. | Crystal Shrimp Dumplings (4) | 3.95 |
| 46. | Vegetable Dumplings (Fried or Steamed) (8) | 3.95 |
| 47. | Pork Dumplings (Fried or Steamed) (8) | 3.95 |
| 48. | Chicken Dumplings (Fried or Steamed) (8) | 3.95 |
| 49. | Beef Dumplings (Fried or Steamed) (8) | 3.95 |
| 50. | Seafood Dumplings (Fried or Steamed) (8) | 4.95 |
| 51. | Mixed Dumplings (Fried or Steamed) (8) | 4.95 |
| 52. | Shanghai Style Pork and Chive Fried Dumplings (6) | 4.95 |
| 53. | Crispy Skin Wonton (8) | 4.50 |
| 54. | Steamed Crystal Skin Pork Buns (8) | 4.95 |

## SZECHUAN STYLE NOODLE

| 55. | Wonton in Spicy Light Peanut Sauce (6) | 4.25 |
| 56. | Chicken Stuffed Wonton in Spicy Chinese Parsley Sauce (6) | 4.25 |
| 57. | Stone Forest Chow Fun | 4.25 |

## GRILLED

| 63. | Grilled Vegetable Stick (2) (Appetizer) | 2.75 |
| 64. | Grilled Beef Stick (2) (Appetizer) | 3.50 |
| 65. | Grilled Chicken Sticks Singapore Style | 9.25 |
| 66. | Grilled Salmon (or Pickled Cabbage) | 11.95 |
| 67. | Grilled Mixed Seafood (w/ Pickled Cabbage) | 11.95 |
| 68. | Grilled Salmon (w/ Pickled Cabbage) | 11.95 |
| 69. | Grilled Whole Sea Bass (w/ Pickled Cabbage) | 13.95 |

## NOODLES AND FRIED RICE

| 70. | Pork Sung & Cashew Nuts | 5.25 |
| 71. | Pineapple Curry Fried Rice | 6.50 |
| 72. | Chinese Sausage Fried Rice | 5.50 |
| 73. | Lo Mein | 5.50 |
| 74. | Chow Fun Noodle | 5.95 |
| 75. | Chow Mei Fun | 5.95 |

## MANDARIN NOODLE SOUP

| 80. | Roast Pork over Noodle Soup | 5.50 |
| 81. | Curry Chicken Wonton Noodle Soup | 5.50 |
| 82. | Roast Chicken over Noodle Soup | 5.75 |
| 83. | Roast Duck Noodle Soup | 5.95 |
| 84. | Roast Pork, Roast Duck, or Roast Chicken | 5.95 |
| 85. | Roast Duck over Noodle Soup | 5.95 |
| 86. | Chicken Leg over Noodle Soup | 5.95 |
| 87. | Roast Pork, Roast Duck | 6.50 |
| 88. | Shredded Chicken w/ Vegetable Noodle Soup | 5.25 |
| 89. | Noodle Soup | 5.25 |
| 90. | Seafood Noodle Soup | 5.25 |
| 91. | Vegetable Noodle Soup | 5.25 |
| 92. | Seafood Noodle Soup | 5.35 |
| 93. | Chow Fun | 7.25 |

We Take Visa, Master, American Express Card
Minimum Credit Card Charge $15.00
We Do Not Accept Personal Checks

☆ HOT & SPICY

PRICE SUBJECT TO CHANGE WITHOUT NOTICE

We can Alter the Spice to Suit your Taste.

Tel: (212) 752-0810 / 0819

Minimum of Delivery $7.00

Turn Back for More...

*spring & summer*

# 2000
# FREE DELIVERY

cosi
SANDWICH BAR

# MENU

## how to order

*mix and match any one, two, or three of our*

### sandwich ingredients

| **Cosí one**<br>(one ingredient)<br>**$5.95** | **Cosí two**<br>(two ingredients)<br>**$6.95** | **Cosí three**<br>(three ingredients)<br>**$7.95** |
|---|---|---|

### Chicken
grilled chicken
buffalo chicken
tandoori grilled chicken
pesto grilled chicken

### Turkey
oven roasted turkey breast
roasted whole grain Dijon turkey
smoked turkey

### Vegetables
cole slaw
grilled & roasted vegetables
caramelized onions
roasted red peppers
marinated mushrooms

### Spreads
sundried tomato
blue cheese & celery
eggplant feta
cucumber dill

### Fish
tuna
smoked Nova salmon (*add $1*)

### Cheeses
brie
Swiss
cheddar
fresh mozzarella

### Beef & Ham
ham
roast beef

goat cheese & cucumber
tomato, basil, & fresh mozzarella

### Uptown Locations

11 West 42 Street (5th & 6th Ave)      tel: 398.6660

685 3rd Ave (44th Street)      tel: 697.8449

38 East 45 Street (Madison & Vanderbilt)      tel: 949.7400

61 West 48 Street (5th & 6th Ave)      tel: 265.Cosí

1633 Broadway (51st Street)      tel: 397.Cosí

165 East 52 Street (Lexington & 3rd Ave)      tel: 758.7800

60 East 56 Street (Madison & Park Ave)      tel: 588.0888

MADTSS01100969

## favorite Cosi combinations

| No.10 | Buffalo Chicken with Blue Cheese & Celery Spread & Caramelized Onions | 7.95 |
| No.11 | Grilled Chicken with Tomato, Basil, & Fresh Mozzarella & Cosi Vinaigrette | 6.95 |
| No.22 | Tandoori Grilled Chicken, Roasted Red Peppers, & Cosi Vinaigrette | 6.95 |
| No.33 | Smoked Turkey with Brie & Honey Mustard | 6.95 |
| No.44 | Tuna, Cheddar Cheese, & Cosi Vinaigrette | 6.95 |
| No.55 | Oven Roasted Turkey, Swiss Cheese, & Cole Slaw | 7.95 |
| No.66 | Tomato, Basil, & Fresh Mozzarella with Cosi Vinaigrette | 5.95 |
| No.77 | Goat Cheese & Cucumbers, Roasted Red Peppers, & Cosi Vinaigrette | 6.95 |
| No.88 | Roasted Whole Grain Dijon Turkey & Caramelized Onions | 6.95 |
| No.99 | Our Favorite Salad - Caesar Salad with Grilled Chicken | 7.95 |
| No.100 | The Monthly Special | |

## salads & soups

| | |
|---|---|
| Caesar Salad | 5.95 |
| Caesar Salad with Grilled Chicken | 7.95 |
| Mixed Leaf | 2.25/4.95 |
| Mixed Leaf with Grilled Chicken (or other Cosi ingredient) | 4.25/6.95 |
| Seasonal Fresh Fruit Salad | 2.25 |
| Pasta Salad, Potato Salad, or Cole Slaw | 2.25 |
| Soup of the Day | 3.25/3.95 |

## coffee bar

| | |
|---|---|
| Coffee | .90/1.35 |
| Hazelnut Coffee | 1.00/1.45 |
| Iced Coffee | 1.40/1.70 |
| Cappuccino/Iced | 1.95/2.95 |
| Cafe Latte | 1.95/2.95 |
| Espresso | 1.25/2.25 |
| Mochaccino/Iced | 2.55/3.55 |
| Hot Tea | .85/1.25 |
| Hot Chocolate | .95/1.45 |

## chips

| | |
|---|---|
| Terra Chips | 1.95 |
| Veggie Chips | 1.25 |
| Potato Chips | .95 |
| Guacamole Chips | .95 |

## desserts

| | |
|---|---|
| Cookies | 1.65 |
| Chocolate Chip, Ginger, Oatmeal Raisin, & Peanut Butter | |
| Biscotti | 1.55 |
| Chocolate Biscotti | 1.65 |
| Brownies, Blondies | 2.50 |
| Assorted Bars | 2.50 |

## beverages

| | |
|---|---|
| Iced Tea | 1.60 |
| Fresh O.J. | 1.75/2.50 |
| Fresh Lemonade | 2.25 |
| Coke, Diet Coke | 1.00 |
| Snapple | 1.75 |
| Boylans | 1.50 |
| Nantucket Nectars | 1.95 |
| San Pellegrino | 1.50 |
| Poland Spring | 1.50 |

## pastries

| | |
|---|---|
| Bagels | .85 |
| Plain, Onion, Poppy, Sesame, & Cinnamon Raisin, | |
| with butter or jam | .95 |
| with cream cheese | 1.35 |
| Muffins | 1.60 |
| Blueberry, Cranberry, Corn, and Other Assorted | |
| Lowfat Muffins | 1.60 |
| Blueberry, Cranberry, and Other Assorted | |
| Scones | 1.60 |
| Blueberry, Chocolate Chip, and Other Assorted | |
| Crumb Cake | 1.95 |
| Traditional, Chocolate Marble | |

○House & corporate accounts available.

○Free delivery to your office or home for minimum orders of $10.

○A 7% delivery gratuity is added to all house accounts & all orders over $100.

# Panda

## CHINESE RESTAURANT



11:30 am – 11:00 pm

353 E. 54th St. (1st Ave. Corner) New York, NY 10022
(907 1st Ave.)

**TEL.: (212) 752 - 8822**
**752 - 9156**
**FAX: (212) 230 - 1303**

### FREE FAST DELIVERY
BY CAR AND MOPED
(Small or Large Party Orders Welcome)

WE SERVE BROWN RICE
NO M.S.G.

---

# Panda

## Special Health Lunch

Weekday Only
(11:30 am to 4:00 pm)
**$5.75 PER ORDER**

Combination Served with
A. Mixed Fresh Fruit
B. Brown Rice or White Rice or Pork Fried Rice

L21. Steamed Mixed Fresh Vegetable
L22. Steamed Chicken Mixed Vegetable
L23. Steamed Shrimp Mixed Vegetable
L24. Steamed Bean Curd w. Snow Pea Pods
L25. Steamed Vegetable Dumpling (8) (No Rice)
L26. Steamed Pork Dumpling (8) (No Rice)
L27. Steamed Broccoli
L28. Steamed Broccoli & Bean Sprout

NO OIL, NO FAT, NO M.S.G.
HEALTH FOOD!

---

# Panda

## Weekday Lunch Special

11:30 AM TO 4:00 PM
**$5.75 PER PERSON**

Served with White Rice or Pork Fried Rice or Brown Rice
Daily Fruit, Apple, Banana, Orange or Egg Roll.

L 1. ☆ General Tso's Chicken
L 2. ☆ Chicken & Broccoli w. Garlic Sauce
L 3. Chicken w. Mixed Vegetable
L 4. Sweet & Sour Chicken
L 5. Sweet & Sour Pork
L 6. ☆ Cashew Chicken
L 7. ☆ Shredded Pork w. Hot Sauce & Peanuts
L 8. Roast Pork w. Mixed Vegetables
L 9. Shrimp w. Mixed Vegetables
L 10. ☆ Sauteed Beef, Hunan Style
L 11. Beef w. Broccoli
L 12. Mixed Vegetables, Peking Style
L 13. ☆ Baby Shrimp w. Hot Black Bean Sauce
L 14. Chicken & Shrimp w. Straw Mushroom
L 15. ☆ Shrimp & Broccoli w. Garlic Sauce
L 16. Roast Pork Over Rice
L 17. Roast Duck Over Rice
L 18. Roast Pork with Duck Over Rice
L 19. Lo Mein (Pork, Chicken, Beef, Shrimp, Veg.) (No Rice)
L 20. Mei Fun (Pork, Chicken, Beef, Shrimp, Veg.) (No Rice)
(Vegl Hair Noodle)
L 30. Beef w. Tomato over Rice
L 31. ☆ Chinese Eggplant w. Garlic Sauce
L 32. ☆ Sauteed Hot & Spicy String Beans
L 33. Bean Curd Home Style
L 34. ☆ Bean Curd Szechuan Style

☆ Hot and Spicy Dishes

---

# Panda

## OUR CHEF'S SUGGESTIONS

A. ☆ CHICKEN & SHRIMP SZECHUAN STYLE ............. 11.95
Baby shrimp w. chicken sauced w. special Szechuan sauce.

B. ☆ TRIPLE DELIGHT ............. 11.95
Shrimp, scallops & lobster w. garlic sauce & snow vegetables.

C. PEKING DUCK (FOR 2) ............. 25.00

D. ☆ DRAGON & PHOENIX ............. 11.95
Shrimp, spicy chicken w. vegetable.

E. ☆ PEKING HOT PLATE ............. 11.95
Beef & scallops w. Chef's sauce.

F. THREE KINGS OF THE SEA ............. 11.95
Shrimp, lobster meat & scallops fit only the connoisseur.

G. ☆ HOT CRISPY WHOLE FISH ............. S.P.
Whole fish deep fried until crispy, served w. special hot & sweet sauce. (Sea Bass)

H. SUBGUM WONTON ............. 11.95
Fried wonton, chicken, beef, roast pork, shrimp sauced w. brown sauce.

I. ☆ GENERAL TSO'S SHRIMP ............. 13.95
Large spicy shrimp w. special sauce.

J. ☆ GENERAL TSO'S CHICKEN ............. 10.95
Chunks of chicken sauced w. special sauce.

K. ☆ BUTTERFLY SHRIMP ............. 11.95
Shrimp w. spicy onion sauce.

L. ☆ SZECHUAN SESAME BEEF ............. 11.95
Filet of beef w. spicy sesame sauce.

M. House Special Chicken Shung ............. 11.95

N. TUNG TING SHRIMP ............. 10.95
Jumbo shrimp, marinated broccoli, mushrooms, ham, bamboo shoot in white sauce.

O. PINEAPPLE CHICKEN ............. 11.95
Slice chicken delicately sauced w. pineapple, snow pea & water chestnut in light tangy sauce.

P. ☆ ROAST PORK & ASPARAGUS, BROCCOLI IN BROWN SPICY SAUCE ............. 10.95

Q. ☆ CHICKEN & ASPARAGUS, BROCCOLI IN BROWN SPICY SAUCE ............. 11.95

R. ☆ BEEF & ASPARAGUS, BROCCOLI IN BROWN SPICY SAUCE ............. 11.95

S. ☆ SHRIMP & ASPARAGUS, BROCCOLI IN BROWN SPICY SAUCE ............. 12.95

T. Grand Marnier Shrimp ............. 13.95
Creamy sauce.



## SOUP

| | |
|---|---|
| Wonton Egg Drop Soup (mixed)........ | 1.85 |
| ★ Hot & Sour Soup ........ | 1.85 |
| Wonton Soup ........ | 1.85 |
| Egg Drop Soup ........ | 1.85 |
| Bean Curd w. Vegetable (for 2) ........ | 3.75 |
| Mei Fun with Roast Pork or Roast Duck or Sun Shien Sizzling Rice (for 2) ........ | 3.75 |
| Minced Chicken Corn Soup (for 2) ........ | 3.75 |

## APPETIZERS

| | |
|---|---|
| ★ Sesame Shrimp Roll (1) ........ | 1.95 |
| Egg Roll (1) (vegetable) ........ | 1.95 |
| Egg Roll (1) ........ | 1.85 |
| Spring Roll (1) (vegetable) ........ | 1.85 |
| Steamed Vegetable Dumplings (6) ........ | 4.25 |
| Fried or Boiled Dumplings (6) ........ | 4.25 |
| Wonton w. Hot Sauce ........ | 4.95 |
| Puffy Fried Shrimp (4) ........ | 4.95 |
| Bar-B-Q Beef ........ | 5.25 |
| Barbecued Spareribs (5) ........ | 8.50 |
| ★ Spicy Cold Vegetable ........ | 3.25 |
| Sesame Noodles ........ | 3.75 |
| ★ Hack Chicken ........ | 4.95 |
| Satellite Chicken ........ | 3.95 |
| Fried Bean Curd ........ | 3.95 |
| Fried Wonton (6) ........ | 3.95 |
| Edamame ........ | 4.00 |

## BARBECUED & SIDE DISHES

| | |
|---|---|
| Roast Pork ........ | 5.95 |
| Roast Duck ........ | (1/4) 8.50 (Half) 12.00 |

## DIM SUM MENU

| | |
|---|---|
| Steamed Chicken Bun (3) ........ | 3.50 |
| Steamed Roast Pork Bun (3) ........ | 3.50 |
| Steamed Mushroom with Shrimp (3) ........ | 4.35 |
| Beef Chow Mein ........ | 4.35 |
| Steamed Crystal Shrimp Dumpling (Har Kow) (4) ........ | 4.35 |
| Steamed Bean Curd Skin Roll (Beef) (3) ........ | 4.35 |
| Steamed Shui Mai (4) ........ | 4.35 |

## SALAD

| | |
|---|---|
| Side Order Vegetable Salad ........ | 3.95 |
| Roast Pork Salad ........ | 9.95 |
| Scallion Pancake ........ | 9.95 |
| Steamed Chicken Salad ........ | 9.95 |
| Shrimp Salad ........ | 10.95 |

★ Hot and Spicy Dishes

## CANTONESE NOODLE SOUP

(Our Cantonese Wonton, Shrimp & Chicken)

| | |
|---|---|
| Fine Egg Noodle Soup w. Wonton ........ | 5.95 |
| Fine Egg Noodle Soup w. Roast Pork or Roast Duck or ........ | 5.95 |
| Wonton Soup ........ | 5.95 |
| Mei Fun with Roast Pork or Roast Duck or ........ | 5.95 |
| Wonton Soup ........ | 5.95 |

## CHOW FUN (Flat Rice Noodles)

| | |
|---|---|
| Beef Chow Fun ........ | 8.55 |
| Shrimp Chow Fun ........ | 8.55 |
| Chicken Chow Fun ........ | 8.55 |
| Vegetable Chow Fun ........ | 8.55 |

## MEI FUN (Thin Rice Noodle)

| | |
|---|---|
| ★ Singapore Mei Fun (Chicken, Shrimp, Pork with Curry) ........ | 8.55 |
| Beef Mei Fun ........ | 8.55 |
| Chicken Mei Fun ........ | 8.55 |
| Vegetable Mei Fun ........ | 8.55 |

## RICE & NOODLES

| | |
|---|---|
| Lo Mein (Chicken, Pork, Beef, Veg. or Shrimp) ........ | 6.95 |
| Fried Rice (Chicken, Pork, Beef, Veg. or Shrimp) ........ | 6.95 |
| Sukgum Fried Rice ........ | 7.95 |
| Pan Fried Noodles (Chicken, Pork, Beef or Vegetable or Shrimp) ........ | 9.95 |
| Young Chow Fried Rice (No Soy Sauce) ........ | 9.95 |
| Chinese Sausage Fried Rice ........ | 7.95 |

## CLASSIC

| | |
|---|---|
| Sweet and Sour Pork ........ | 8.95 |
| Sweet and Sour Chicken ........ | 8.95 |
| Sweet and Sour Shrimp ........ | 10.95 |
| Moo Goo Gai Pan ........ | 9.95 |

## DRINKS

| | |
|---|---|
| Coke or Diet Coke ........ | 1.00 |
| Sprite or Diet Sprite ........ | 1.00 |
| Pepsi ........ | 1.00 |
| Gingerale ........ | 1.00 |
| Orange Soda ........ | 1.00 |
| Spring Water ........ | 1.50 |
| Perrier Water ........ | 2.00 |
| Snapple Iced Tea ........ | 2.00 |

## SPECIAL HEALTH & DIET MENU

Dishes Especially Prepared for Health - Conscious Diners:
Steamed in Pure Spring Water, No Oil, No Cornstarch, No Salt

| | |
|---|---|
| Steamed Mixed Vegetable ........ | 7.95 |
| Steamed Mixed Veg. w. Chicken ........ | 7.95 |
| Steamed String Beans ........ | 7.95 |
| Steamed Broccoli ........ | 7.95 |
| Steamed Broccoli with Bean Curd ........ | 7.95 |
| Steamed Mixed Vegetable ........ | 7.95 |
| Steamed Chicken with Broccoli ........ | 9.95 |
| Steamed Chicken with Snow Peas ........ | 9.95 |
| Steamed Chicken with String Beans ........ | 9.95 |
| Steamed Shrimp with Broccoli ........ | 10.95 |
| Steamed Shrimp with Mixed Vegetable ........ | 11.95 |
| Steamed Sea Bass with Snow Peas ........ | 11.95 |
| Steamed Shrimp with String Beans ........ | 11.95 |

## DISHES STEAMED W. SEASONING

| | |
|---|---|
| Steamed Lemon Chicken ........ | 9.95 |
| Steamed Shrimp w. Bean Curd (Chop Garlic) ........ | 13.95 |
| Steamed Scallops with Garlic ........ | 13.95 |
| Steamed Vegetable w. Broccoli ........ | 12.95 |
| Steamed Hot & Spicy Shrimp ........ | 14.95 |
| Steamed Lobster with Ginger & Scallion ........ | S.P. |
| Steamed Salmon with Ginger & Scallion ........ | 13.95 |

## VEGETARIAN'S CHOICE

| | |
|---|---|
| Moo Shu Vegetable (w. 4 Pancakes) ........ | 7.95 |
| Bean Curd Home Style ........ | 7.95 |
| Bean Curd, Szechuan Style ........ | 7.95 |
| Mixed Vegetable ........ | 7.95 |
| ★ Sauteed Broccoli w. Garlic Sauce ........ | 7.95 |
| ★ Sauteed Broccoli w. Oyster Sauce ........ | 7.95 |
| ★ Sauteed Broccoli w. String Beans ........ | 7.95 |
| Sauteed Asparagus ........ | 7.95 |
| ★ Sauteed Eggplant w. Garlic Sauce ........ | 7.95 |
| ★ Sauteed Chinese Spinach w. Fresh Garlic ........ | 8.95 |

## GRILLED

| | |
|---|---|
| Grilled Daily Fresh Fish ........ | 14.95 |
| Grilled Salmon........ | 13.95 |
| ★ Fresh Soft Shell Crab in Spicy Ginger & Garlic Sauce or Ginger and Black Bean Sauce ........ | S.P. |

## DESSERTS

| | |
|---|---|
| Sesame Banana (for 2) ........ | 2.95 |
| Sesame Apple (for 2) ........ | 2.95 |
| Pineapple Chunks ........ | 1.50 |
| Almond Cookies (4) ........ | 2.00 |
| Lichees ........ | 1.50 |

## PORK

| | |
|---|---|
| Moo Shu Pork (w. 4 Pancakes) ........ | 8.55 |
| ★ Pork in Hot Spicy Sauce w. Peanuts ........ | 8.95 |
| ★ Shredded Pork w. Ginger & Garlic Sauce ........ | 8.95 |
| Pork w. Scallion ........ | 8.55 |
| Roast Pork w. Green Pepper ........ | 8.55 |
| Roast Pork w. Mixed Vegetables ........ | 8.55 |

## BEEF

| | |
|---|---|
| Moo Shu Beef (4 Pancakes) ........ | 9.55 |
| Sauteed Beef, Hunan Style ........ | 9.95 |
| Beef w. Snow Pea Pods ........ | 10.95 |
| Shredded Beef w. Green Pepper ........ | 9.95 |
| Beef w. Scallions ........ | 9.55 |
| ★ Beef w. Hot & Spicy Sauce ........ | 9.95 |
| ★ Beef w. Ginger & Garlic Sauce ........ | 9.95 |
| ★ Beef w. Peanuts ........ | 9.95 |
| Beef w. Broccoli ........ | 9.55 |
| ★ Beef w. Fresh Tomato ........ | 9.55 |

## POULTRY

| | |
|---|---|
| Moo Shu Chicken (w. 4 Pancakes) ........ | 9.95 |
| ★ Chicken & Broccoli w. Ginger & Garlic Sauce ........ | 9.95 |
| Lemon Chicken ........ | 9.95 |
| ★ Orange Chicken ........ | 9.95 |
| ★ Chicken in Hot Sauce w. Peanuts ........ | 9.95 |
| Chicken w. Garlic Sauce ........ | 9.95 |
| ★ Chicken w. Cashew Nuts ........ | 9.95 |
| Chicken w. Walnuts ........ | 9.95 |
| Chicken w. Snow Peapods ........ | 10.95 |
| White Meat Chicken w. Mixed Veg. ........ | 9.95 |
| ★ Chicken w. Curry Sauce ........ | 9.95 |
| ★ Hunan Chicken ........ | 9.95 |
| ★ Crispy Duck (half) ........ | 12.95 |

## SEAFOOD

| | |
|---|---|
| Lobster in Black Bean Sauce........ | S.P. |
| Lobster, Cantonese Style ........ | S.P. |
| ★ Lobster in Hot Spicy Sauce w. Shell (1" lbs.) ........ | S.P. |
| ★ Shrimp & Broccoli w. Garlic Sauce ........ | 10.95 |
| ★ Shrimp in Hot Spicy Sauce ........ | 10.95 |
| ★ Shrimp w. Garlic Sauce ........ | 10.95 |
| ★ Shrimp in Hot Sauce w. Peanuts ........ | 10.95 |
| ★ Shrimp w. Curry Sauce ........ | 10.95 |
| ★ Shrimp w. Lobster Sauce ........ | 10.95 |
| Shrimp w. Pea Pods ........ | 11.95 |
| ★ Shrimp w. Mixed Vegetables ........ | 10.95 |
| Moo Shu Shrimp (w. 4 Pancakes) ........ | 10.95 |
| ★ Scallops w. Garlic Sauce ........ | 10.95 |
| Scallops in Hot Spicy Sauce ........ | 10.95 |
| Scallop w. Mixed Veg. ........ | 10.95 |



THE CLASSIC AMERICAN STEAK HOUSE

*Palm Lunch Menu*

## — STARTERS —

| | |
|---|---|
| Jumbo Shrimp Cocktail | 13.00 |
| Hearts of Palm | 9.00 |
| Mixed Green Salad | 6.00 |
| Caesar Salad | 7.00 |
| Calamari Fritti | 10.00 |
| Shrimp Bruno | 12.00 |

## — SOUPS —

| | |
|---|---|
| Lobster Bisque | 6.00 |
| Soup of the Day | 5.00 |

## — SALADS —

| | |
|---|---|
| Roasted Salmon Salad with Baby Greens, Fennel, Danish Blue and Spiced Pears | 14.00 |
| Lobster and Mango Salad | 17.00 |
| Crab, Endive and Raddichio Salad with Creamy Cognac Dressing | 16.50 |
| Grilled Chicken Caesar Salad | 11.50 |
| Gigi Salad | 12.50 |
| Sesame Seared Ahi Tuna Cobb Salad | 14.50 |

### Jumbo Lobsters, Prime Aged Steaks and Chops
### "Our Specialties"

## — ENTREES —

| | |
|---|---|
| Veal Scallopine Marsala with Wild Mushrooms, Pinenuts and Thyme | 16.00 |
| Broiled Swordfish with Roasted Corn Salsa and Sun-Dried Tomato Tapenade | 18.00 |
| Broiled Crab Cakes with Mango Salsa | 19.00 |
| Sliced Cajun Filet Mignon with Roasted Shallot Mashed Potatoes | 17.00 |
| Philly Cheese Steak with Shoestring Fries | 13.50 |
| Penne a la Vodka with Herbed Grilled Chicken | 13.50 |
| Spaghettini with Shrimp, Sun-Dried Tomatoes, Broccoli and Goat Cheese | 16.50 |
| Pistachio-Crusted Salmon with Sautéed Escarole and Saffron Tomato Broth | 14.50 |

## — PALM BUSINESS LUNCH —

| | |
|---|---|
| Chicken Parmigiana | Filet Mignon |
| Steak Caesar Tostada | Prime Aged Rib-Eye Steak |
| Prime Aged New York Strip | Veal Piccata |

Chef Brian McCardle's Specials of the Day
**$20.95**
*Above served with Salad, Vegetable, Potato and Cheesecake*

## — SIDES —

*served family-style for two or more*

| | | | |
|---|---|---|---|
| Leaf Spinach | 6.50 | Baked Potato | 4.00 |
| Creamed Spinach | 7.50 | Hash Browns | 6.00 |
| Broccoli | 6.00 | Mashed Potatoes | 6.00 |
| String Beans | 6.50 | Half and Half | 7.50 |

837 SECOND AVENUE  NEW YORK, NY 10017  212-687-2953

MADTSS01100973

New York Palm

## — SALADS —

| | |
|---|---|
| Gigi Salad | 12.50 |
| Hearts of Palm | 9.00 |
| Caesar Salad | 8.00 |
| Hearts of Lettuce | 6.00 |
| Chopped Tomato and Onion Salad | 6.00 |
| Sliced Tomato and Onion Salad | 6.00 |
| Mixed Green Salad | 6.00 |
| Monday Night Salad | 9.00 |
| Clams Capri with Fresh Basil and Virgin Olive Oil | 10.00 |

*Oil and Vinegar, Blue Cheese, Russian, Ranch or Garlic Vinaigrette*

## — ITALIAN SPECIALTIES —

| | |
|---|---|
| Veal Milanese | 21.00 |
| Veal Martini | 23.00 |
| Veal Parmigiana | 22.00 |
| Veal Marsala | 21.00 |
| Veal Piccata | 21.00 |
| Clams and Shrimp Posilipo - *served over linguine* | 24.00 |
| Linguine Aglio E Olio | 15.00 |
| Spaghettini Marinara | 15.00 |
| Linguine with Red or White Clam Sauce | 18.00 |

## — VEGETABLES AND POTATOES —

*served family-style for two or more*

| | |
|---|---|
| Asparagus Fritti | 8.00 |
| Mashed Potatoes | 6.00 |
| Half & Half - *Cottage Fries and Fried Onions* | 9.00 |
| Cottage Fries | 6.00 |
| String Beans | 7.00 |
| Hash Browns | 6.00 |
| Baked Potato | 5.00 |
| French Fried Onions | 6.00 |
| Broccoli | 6.50 |
| French Fries | 6.00 |
| Creamed Spinach | 8.00 |
| Leaf Spinach | 7.00 |

*Gift Certificates Available*

New York Palm

## — APPETIZERS —

| | |
|---|---|
| Jumbo Lump Crabmeat Cocktail | 16.50 |
| Shrimp Bruno | 12.00 |
| Calamari Fritti | 10.00 |
| Clams Casino | 10.00 |
| Oysters on the Half Shell | 9.50 |
| Lobster Bisque | 6.00 |
| Soup of the Day | 4.00 |
| Clams on the Half Shell | 8.00 |
| Clams Oreganata | 10.00 |
| Shrimp Cocktail | 14.00 |
| Slater Special | 14.00 |

## — HOUSE SPECIALTY —

| | |
|---|---|
| Jumbo Nova Scotia Lobster *four pounds and larger* | *market* |

## — STEAKS AND CHOPS —

| | |
|---|---|
| Prime Aged New York Strip - *18 ounce* | 33.00 |
| Prime Aged Porterhouse Steak - *28 ounce* | 38.00 |
| Double Steak - *36 ounce New York Strip served for two* | 66.00 |
| Lamb Chops - *three double chops* | 34.00 |
| Steak a la Stone | 34.00 |
| Prime Rib of Beef | 35.00 |
| Prime Aged Rib-Eye Steak - *24 ounce* | 34.00 |
| Filet Mignon - *16 ounce* | 33.00 |
| Filet Mignon - *10 ounce* | 29.50 |

## — SEAFOOD —

| | |
|---|---|
| Salmon Fillet | 24.00 |
| Tuna Steak | 25.00 |
| Shrimp Sauté | 24.00 |
| Swordfish Steak | 26.00 |
| Broiled Crab Cakes | 29.00 |

*Private Dining Rooms Available*

MADTSS01100974



# 837 C·L·U·B

Palm
RESTAURANT

*Join the Legend of The Palm*

## THE CLASSIC AMERICAN STEAK HOUSE

## Enjoy 837 and Reap the Rewards

The 837 Club has been designed to reward our most loyal customers with the special club awards they have earned. The most discriminating tastes are sure to find the 837 Club much to their liking.

Each time you dine with us, you will be given Club Points for every dollar spent on food and beverages (tax and gratuity not included). As your Club Points add up, you become eligible for awards and special membership benefits courtesy of The Palm. In addition, you will receive updates on your Club Palm stores, and information on special events, offers and Palm merchandise. These may include double-points days, theme dinners, wine tasting parties, members-only dinners, complimentary wine selections and entrees, plus, surprise Bonus Awards.

## Start Rewarding Yourself Right Now

You can start earning your Club Points right now for just $20. Simply fill out the application provided, sign your 837 Club Membership Card and return it to your server. You will then receive a temporary membership card. The Palm will send you a permanent membership card in the mail, along with a $20 Gift Certificate!

To earn your Club Points, your membership card must be presented each time you dine at The Palm. If you should forget your card, you can still earn points by providing your account number. Each time you dine at The Palm and present your 837 Card, you will receive an updated status of your total points in the Club.



Part of The Palm Family
Walter Ganzi, John Ganzi and Bruno Bozzi

## Rules and Regulations

- Membership may be cancelled after 6 months of no account activity and benefits may cease including receiving promotional offers, 837 Club awards and birthday lobster certificates. Members must accumulate 500 lifetime points in order to be eligible to receive birthday lobster certificates.
- Points will expire after 18 months of no activity.
- Club benefits and awards available at participating Palms only.
- Members cannot get credit for visits prior to enrollment.
- Restaurants are not permitted to add points to a member's account for prior visits. Original receipts must be sent to Palm Management Corporation or to the Palm's 837 Club Customer Service Department.
- Points earned or redeemed don't apply to tax or gratuity.
- Only the member paying the bill may accumulate points.
- Awards may vary by Palm Restaurant location.
- Points may be earned at non-participating 837 Club Palm Restaurant(s) by forwarding original receipts to Member Services or Palm Management Corporation.
- Points are non-transferable.
- Points have no cash value and may not be redeemed for cash.
- Points are automatically credited to your account when presenting your 837 Club card to Palm management.
- Points are accumulated at the rate of 1 point for $1.00 spent on food and beverages.
- Federal and State tax liabilities are the responsibility of the cardholder. State laws may prohibit accumulation of points from alcohol purchases only.
- Check your point receipts. Any errors must be adjusted on the day the transaction was made.
- Only one card issued per person.
- Palm employees and their family members or people living in the same household as Palm employees are not eligible to participate.
- Members must be 18 years of age or older.
- Program is intended for individual use only. Points may not be accumulated for a business entity.
- The Palm reserves the right to audit any account at any time.
- The Palm may terminate any membership if fraud is suspected.
- The Palm may cancel the program at any time.
- Not presenting card at time of purchase may delay point accumulation.
- The Palm is not liable for points or awards lost due to fraudulent or unauthorized use. This includes fraud caused by lost cards.

## Palm Locations

Atlanta • Boston • Cancun • Charlotte • Chicago • Coral Gables • Dallas • Denver
East Hampton • Houston • Las Vegas • Los Angeles • Mexico City • Miami • Nashville
New York • Northbrook • Orlando • Philadelphia • San Antonio • San Juan • Tampa Bay
Troy • Tysons Corner • Washington, D.C. • Coming Soon: Atlantic City
www.thepalm.com





## EXCEPTIONAL — EXCLUSIVE — EXTRAORDINARY

You are cordially invited to join one of the most anticipated, talked-about, exclusive clubs in town. Welcome to the 837 Club — the members-only dining club at The Palm. Here, exclusivity and exceptional dining go hand-in-hand to create a very special dining experience.

## DISCOVER THE SECRET BEHIND THE NUMBERS

When you become a member of the 837 Club, you'll have the opportunity to earn special Club Points that will entitle you to awards and special member-only benefits courtesy of The Palm. The 837 Club was designed for our most valued customers, like yourself. So whether succulent jumbo lobster or tender juicy steak is your passion, here's one more reason to make a visit to The Palm.

## 837 — AN ADDRESS TO IMPRESS

The origin of the name 837 Club harkens back to the original Palm. The address of the very first Palm location in New York City is 837 Second Avenue, and the original still stands today as it did when it opened its doors in 1926. Its enduring influence is a testament to the lasting tradition of quality, exceptional service and an unmatched atmosphere that have made The Palm "The Classic American Steak House." But did you know that The Palm began as something completely different? When the Ganzi and Bozzi families founded The Palm, there generations ago, they intended to call their restaurant "Parma," after their hometown in Italy. However, a bureaucratic mix-up led to the restaurant being registered with the city as "Palm." From the start, The Palm built a renowned reputation for delectable tidbits, a lively atmosphere and one-of-a-kind service. Attracting a mix of colorful personalities, the legendary caricatures got their start at the original Palm when local newspaper men would draw a cartoon on the wall as a way to pay for their meals. The rest, as they say, is history.



Palm Servers are in a league of their own, serving up generous portions of good humor daily.



Three generations of The Palm family invite you to join the 837 Club.





## 837 POINTS REDEMPTION PROCEDURES

**Redeeming Club Points from Member Services**
To redeem your points through our Member Services Department, call us at 1-866-333-7256 Monday-Friday 10AM-8PM EST. We'll offer you an array of fantastic rewards to choose from, then mail your selection to you. Please Note: All rewards take 2 weeks for processing and mailing. Restaurants are not permitted to redeem points for immediate awards or issue credit. So plan ahead.

**Redeeming Club Points On-Line**
To redeem your points on-line, simply log in to your 837 Club account. You will be supplied with your account history and issues. You will also be provided with a list of available rewards which you may redeem your club points for, simply by pressing a button. Your reward will then be mailed to you.

**Redeeming Club Points by Mail**
You may redeem Club Points by filling out the 837 Club Award Request form on the back of your Account Statement. You must write in your name and check the desired Award Box, sign the certificate and return it to the address shown.

## STACK UP THE POINTS AND EARN 837 CLUB AWARDS

**Cash in your Club Points for the following Awards:**

| Points | Award |
|---|---|
| 500 pts. | $35 Palm gift certificate, or |
| 750 pts. | Hard cover copy of the new Palm Restaurant Cookbook |
| 1,000 pts. | $75 Palm gift certificate, or |
| | $100 Palm gift certificate, or |
| 2,500 pts. | Autographed copy of the new Palm Restaurant Cookbook |
| 3,000 pts. | Chef Special from Palm Pak |
| 8,000 pts. | Night on the town for two |
| 12,000 pts. | $300 gift certificate to Neiman Marcus |
| 20,000 pts. | A private party at your convenience |
| | Weekend trip to one of The Palm's Country Inns, or |
| | Trip to Inter-Continental Resort in Cancun |
| 30,000 pts. | Trip to The Colony Beach & Tennis Resort, or |
| 35,000 pts. | Trip to Palm of your choice |
| | Universal Orlando Hard Rock Hotel Vacation Package |

*Look for your account statement and newsletter for Club Award Point levels and more exciting special benefits.*

## 837 CLUB MEMBERSHIP INFORMATION

Please fill out this card to activate your membership. Please print clearly.

**60125500769604178652**

Name: _____

Mailing Address: _____

City: _____ State: ____

Zip: _____

Telephone: _____

In what year (F1)  ☐ Home Address (A)  ☐ Business Address (B)

Birthday  Month ____ Day ____

Spouse's Name: _____

E-mail Address: _____

Frequency of visits (F2)
☐ First visit (A)  ☐ Less than once a month (B)  ☐ Once a month (C)  ☐ 2-3 times a month (D)  ☐ 4 times a month (E) or more

Favorite Entrees: Select One (F3)
☐ Steak (A)  ☐ Lobster (B)  ☐ Chicken (C)  ☐ Veal (D)  ☐ Other Seafood (E)  ☐ Pasta (F)

Special Interests
The 837 Club would like to get to know you better. Please let us know you and your special interests and favorite activities. This information is for our internal use only!

☐ Golf (F4)  ☐ Travel (F5)  ☐ Cooking (F6)  ☐ Theater (F7)  ☐ Politics (F8)  ☐ Movies (F9)  ☐ Business Topics (F10)
☐ Art (F11)  ☐ Fashion (F12)  ☐ Music (F13)  ☐ Tennis (F14)  ☐ Sports (F15)  ☐ Wine Tasting (F16)

E-mail Promotions (F7)
Do you prefer to receive communications from the 837 Club via e-mail?
☐ Yes (A)  ☐ No (B)

**AmericanAirlines®
AmericanWay®**
The official airline of the 837 Club.
All air travel courtesy of American Airlines.

**60125500769604178652**

*Temporary Membership Card*
**JOIN THE LEGEND OF THE PALM**
For account inquiries call 1-866-333-PALM

MADTSS01100976

## Locations

**55 Broad Street**
tel: 212.344.5000
(Beaver & Exchange Street)

**54 Pine Street**
tel: 212.809.Cosí (2674)
(Williams Street)

**3 World Financial Center**
tel: 212.571.2001

**4 World Trade Center**
tel: 212.466.6615

**13th & Broadway**
tel: 212.614.8544

**13th & 6th Avenue**
tel: 212.462.4188

**17th between 5th & Broadway**
tel: 212.614.8468

**21st & Park Avenue South**
tel: 212.598.9300

**31st & Park Avenue South**
tel: 212.634.3467

**36th & 7th Avenue**
tel: 212.967.9444

**42nd between 5th & 6th**
tel: 212.398.6660

**44th & 3rd Avenue**
tel: 212.697.8449

**45th between Madison & Vanderbilt**
tel: 212.949.7400

**48th between 5th & 6th**
tel: 212.265.Cosí (2674)

**51st & Broadway**
tel: 212.397.Cosí (2674)

**51st and Park Avenue**
tel: 212.754.6144

**52nd between 3rd & Lexington**
tel: 212.758.7800

**56th between Park & Madison**
tel: 212.588.0888

**76th & Broadway**
tel: 212.595.5616

---

**116 Montague Street, Brooklyn Heights**
tel: 718.875.9577

# C O S Í
## C L A S S I C
## CATERING MENU
### SUMMER & FALL 2001

MADTSS01100977

# BREAKFAST

**Cosí Breakfast Buffet** $7.50 per person
An assorted breakfast basket with coffee, decaffeinated coffee, or tea service and freshly squeezed orange juice.

**Assorted Breakfast Basket** $3.95 per person
Freshly baked muffins, biscotti, and squagels* (square bagels made with Cosí bread) served with sweet cream butter, fruit preserves, and cream cheese. (With fresh fruit $5.95 per person)

**Cosí Breakfast Bread Basket** $3.95 per person
Cosí's signature squagels* - dried fruit, cinnamon raisin, parmesan, and plain served with lowfat garden veggie, plain, and cinnamon raisin cream cheeses. (With fresh fruit $5.95 per person)

**Simply Muffin Basket** $3.95 per person
An assortment of our freshly baked muffins served with sweet cream butter and fruit preserves. (With fresh fruit $5.95 per person)

**Fresh Seasonal Fruit Platter**

| Small serves 8-12 | Medium serves 14-18 | Large serves 20-25 |
|---|---|---|
| $50.00 | $80.00 | $110.00 |

## BEVERAGES

**Freshly Squeezed Orange Juice** $2.25 per person

**Cosí Coffee or Tea** $2.00 per person
Regular, decaffeinated, or assorted teas

# LUNCH & DINNER

**Cosí Sandwich Buffet** $14.50 per person
An assorted Cosí sandwich basket with your choice of our seasonal pasta, potato, or caesar salad and an assorted dessert platter.

**Assorted Sandwich Basket** $8.75 per person
All sandwiches are served on our famous brick oven-baked Cosí bread and stuffed with a selection of freshly prepared ingredients. Served with our homemade balsamic vinaigrette, mayonnaise, and dijon mustard.

## SANDWICH INGREDIENTS

| Chicken | Turkey | Vegetables |
|---|---|---|
| grilled chicken | cranberry roasted turkey | cole slaw |
| buffalo chicken | smoked turkey | caramelized onions |
| barbeque chicken | | roasted red peppers |
| tandoori grilled chicken | **Spreads** | grilled & roasted vegetables |
| pesto grilled chicken | tuscan salsa | portabello mushrooms (add 50¢) |
| | roasted apple chutney | |
| **Beef & Ham** | sundried tomato | |
| ham | blue cheese & celery | **Cheeses** |
| roast beef | spinach artichoke | brie |
| | | swiss |
| **Fish** | **Vegetables & Cheeses** | cheddar |
| white tuna salad | tomato, basil, & fresh mozzarella | fresh mozzarella |
| smoked nova salmon (add $1) | goat cheese & cucumber | |

## SIDES
$3.75 per person

| | |
|---|---|
| Seasonal Pasta Salad | Caesar Salad |
| Seasonal Potato Salad | Seasonal Fruit Salad |
| Cole Slaw | Mixed Leaf Salad with Tomatoes and Cucumbers |

**Grilled Vegetable Platter** $4.50 per person
A selection of grilled and roasted seasonal vegetables with caramelized onions and sliced portabello mushrooms. Served with a Cosí bread basket.

**Tomato, Basil, and Fresh Mozzarella Platter** $4.75 per person
Sliced tomatoes, fresh basil, and mozzarella. Served with a Cosí bread basket.

**Basket of Chips** $2.00 per person
Terra chips, veggie chips, guacamole chips, or potato chips.

\* Where available. Coming soon to all locations.

# ENTRÉES

**Antipasto Platter**                                              $7.95 per person
Pesto grilled chicken, buffalo chicken, cranberry turkey, ham, and smoked breast of turkey
with grilled and roasted seasonal vegetables, roasted red peppers, tomatoes, basil,
and fresh mozzarella and brie. Served with a Cosí bread basket.

**Pesto Grilled Chicken Caesar Salad**                            $7.75 per person
Romaine lettuce, parmesan cheese, and croutons topped with pesto grilled chicken. Served
with classic caesar dressing on the side and a Cosí bread basket with sundried tomato spread.

**Caesar Salad with Grilled Chicken**                             $7.75 per person
Romaine lettuce, parmesan cheese, and croutons topped with grilled chicken. Served with
classic caesar dressing on the side and a Cosí bread basket with sundried tomato spread.

**Tandoori Grilled Chicken and Mixed Greens**                     $7.75 per person
Mesclun greens with tomatoes and cucumbers, topped with tandoori grilled chicken. Served
with balsamic vinaigrette on the side and a Cosí bread basket with spinach artichoke spread.

# DESSERTS

**Dessert Platter**                                               $3.95 per person
The perfect ending to every meal. A lavish assortment of freshly baked cookies,
chocolate chip brownies, tollhouse blondies, and selected dessert bars, garnished
with vineyard grapes and berries. (With fresh fruit $5.95 per person)

**Brownies and Berries**                                          $3.95 per person
Chocolate, chocolate, and more chocolate, featuring our chocolate chip brownies
and toll house blondies combined with selected seasonal berries.

**Cookies and Fruit**                                             $3.75 per person
A selection of freshly baked chocolate chip, oatmeal raisin, ginger spice, peanut butter,
sugar, and almond drop cookies with seasonal fruit, berries, and vineyard grapes.

# EVENTS

**Cosí Cocktail Sandwiches**                                      $4.35 per person
Tomato, basil, and mozzarella with sundried tomato spread and romaine lettuce / smoked
nova salmon with spinach artichoke spread and baby spinach / smoked turkey with roasted
apple chutney and mesclun / brie and caramelized onions with baby spinach / custom fillings

**Fruit and Cheese Platter**
Selected seasonal fresh fruits and berries with fresh mozzarella, brie, farmhouse
cheddar, swiss, and goat cheeses. Served with a Cosí bread basket.

| Small serves 8-12 | Medium serves 14-18 | Large serves 20-25 |
|---|---|---|
| $90.00 | $135.00 | $190.00 |

**Smoked Salmon Platter**                                         $7.50 per person
Smoked nova salmon, spinach artichoke spread, lemon, and capers.
Served with a Cosí bread basket.

**Cosí Corners with S'breadables**                                $3.75 per person
Three of Cosí's s'breadables with Cosí bread triangles.

# COSÍ LUNCH BOXES

**Cosí box 1**                                                    $11.00 per person
A Cosí sandwich with potato chips and a giant cookie. Served with cutlery,
a napkin, and a handiwipe.

**Cosí box 2**                                                    $13.00 per person
A Cosí sandwich with our seasonal pasta or potato salad and a chocolate chip brownie.
Served with cutlery, a napkin, and a handiwipe.

**Cosí box 3**                                                    $15.25 per person
A Cosí sandwich with our seasonal pasta or potato salad, fresh fruit salad,
and a chocolate chip brownie. Served with cutlery, a napkin, and a handiwipe.

**Please observe: The minimum catering order is for 6 people.**

**A 7% delivery gratuity is added to all orders of $100 or more
and to all corporate charge account orders.**

# Xando Cosi, Inc.
# Corporate Charge
# Account Application
# Payment Agreement

**Please note the following information regarding your account.**

Please allow five business days to process your corporate account application.

A 7% delivery gratuity is added to all corporate charge account holders.

Your account number must be given to the Cosí representative when placing an order.

Invoices may only be signed by authorized personnel on the account. Please retain the original invoice received with each order. The signed copy of the invoice must be returned with the delivery person.

Cosí is not responsible for your internal accounting information.

Cosí reserves the right to cancel your account if the above conditions are not met.

Please note: We accept house account charges, credit cards or cash for catering and delivery services. We do not accept corporate or personal checks.

**Payment terms:**

A) A statement of charges will be mailed to applicant every 30 days indicating charges incurred during the previous 30 days. All amounts more than 15 days past due shall accrue interest at the lower of (i) 1.5% per month; or, (ii) the highest rate permissible by law until paid in full.

B) Applicant authorizes Xando Cosí, Inc., to charge the credit card supplied herein for all balances (charges and accrued interest) not paid in full within 30 days of invoice.

C) Applicant is responsible for informing Xando Cosí, Inc., should any individual identified as an authorized signatory cease to have such authority. In connection with foregoing, applicant agrees to pay for all charges incurred on the account by authorized signatories.

D) All checks should be made payable to Xando Cosí, Inc., P.O. Box 31677 Hartford, CT 06150-1677

E) Xando Cosí, Inc., reserves the right to reduce or terminate credit to customers in its sole discretion.

Please fax or mail your corporate charge account application to: Lynn Cashman
**242 West 36th Street New York, NY 10018**
Phone: 212.653.1600  Fax: 212.653.1666

For event/private party/consultation, call Rammy Harwood at 212.653.1600, ext. 7147.

For additional information about catering offerings, call Stefan Hartman at 212.653.1625.

## COMPANY INFORMATION

Applicant's name: _____

Applicant's type of entity: _____

Duns #: _____

Address: _____

Suite/floor: _____

State: _____ City: _____ Zip: _____

Phone: _____ Fax: _____

E-mail: _____

Contact/Title: _____

## BILLING ADDRESS (IF DIFFERENT):

Address: _____

State: _____ City: _____ Zip: _____

## CREDIT CARD (CHECK ONE):

Visa ○     MC ○     Amex ○     Discover ○

Account number: _____ Exp. date: _____

## AUTHORIZED SIGNATORIES

_____

_____

## TRADE REFERENCE

Include: Company name/phone number/contact

1. _____

_____

2. _____

## BANKING INFORMATION

Bank name: _____

Account name: _____

Account number: _____

Bank address: _____

Bank contact: _____

## DATE: _____

## SIGNATURE: _____

## NAME: _____

## TITLE: _____

## ACCOUNT NUMBER: _____

MADTSS01100980