# EXHIBIT E



# WHERE
## · BOSTON ·

SCENES OF SEPTEMBER

Tall Ships and Viking Vessels

Tommy Tune in Bye Bye Birdie

The 7th Annual Boston Film Festival

Essential Maps

MADTBB03316415



# Start Your Travels with Stops at the World's Finest Stores.

**W**elcome to the Atrium where you can experience the best the world has to offer with 50 uniquely affordable shops and restaurants like **Henri Bendel • Bogner Lillie Rubin • Abercrombie & Fitch Escada/Laurel • Fenzi • J. Crew Gap • GapKids and more!**

- Minutes from downtown Boston in beautiful Chestnut Hill.
- Winner of several prestigious architectural awards, a "must see" during your visit.
- Named "Best of Boston" for outstanding service.

### The Atrium is easily accessible.

**FROM BOSTON:** Take the Mass. Pike to Route 128 South to Route 9 East. The Atrium is 2 miles from the exit ramp on your right.

**FROM THE WEST:** Take the Mass. Pike East to Route 128 South to Route 9 East. The Atrium is 2 miles from the exit ramp on your right.



SHOPS AT THE
ATRIUM

Free Indoor Parking. 300 Boylston Street. Route 9 Inbound.
Chestnut Hill. MA. Telephone: (617) 527-1400
Mall hours: Monday-Saturday 10 am-9:30 pm. Sunday noon-6 pm.

Managed by New England Development

MADTBB03316416



# Ever Wonder Why The Ocean Is So Big?

If you want to see Boston's biggest attraction, come aboard the next New England Aquarium Whale Watch. This year, our new boat, Voyager II, makes whale watching even more spectacular. With on board films, expert Aquarium naturalists, a wet lab, and even a navigation station complete with ocean maps and radar. Call 973-5277 for reservations. Because some things are too big to miss. **AQUARIUM WHALE WATCH**

MADTBB03316417

# WHAT TO SEE IN
# BOSTON
# &
## HOW TO SEE IT





Old Town Trolley makes convenient stops along its route including the Faneuil Hall Marketplace.



Relive the most important event leading to the American Revolution at the Boston Tea Party Ship. For information call (617) 338-1773.

### Clang! Clang! Clang!

Step aboard the orange and green **Old Town Trolley** and become a very special guest of Boston. Your journey takes you through historical facts, humorous anecdotes, trivia and current information.

Once aboard you are welcomed by your tour "Conductor." Following brief pre-trip safety instructions you are off on the most enjoyable 90 minutes in the city. You can board the trolley at any of twelve (12) stops throughout the city. Guests may disembark at any stop and catch a later trolley to complete their tour or travel to the next stop.

As you travel alongside the Boston Common you'll pass the **Boston Welcome Center** located at 140 Tremont Street. The cheerful green awning welcomes guests to Boston and beckons you to enter. Inside a marvelous collection of Boston memorabilia greets guests, postcards, t-shirts, posters, and mementos of all sorts abound. A significant feature of the Boston Welcome Center is its ability to assist you with reservations for anything from rental cars to hotels and events in and around Boston. For information call (617) 451-2227.

Old Town Trolley is the only trolley to stop at **Museum Wharf and The Boston Tea Party Ship and Museum** which is located on



For Boston's best gifts visit the Boston Welcome Center at 140 Tremont St., or call (617) 451-2227.

the Congress Street Bridge. The actual Boston Tea Party took place in December 1773 and is considered to be one of the most significant events in the fight for American freedoms. The Boston Tea party Ship and Museum offers guests an opportunity to taste the birth of freedom and to partake in a reenactment of the event. Whooping and hollering guests storm down the gangplank and toss "crates of tea" in the sea. The museum itself contains memorabilia and video presentations to delight guests of all ages. While there, don't forget to visit the Boston Tea Party Ship Store where you can obtain your own commemorative bit o'tea or the popular "No New Taxes" t-shirt.

What a great way to spend a day really getting to know the city of Boston. The city's history, culture and unique facets are recounted superbly. The tour "Conductors" are extensively trained to provide for your comfort and safety as well as your enjoyment of this city and its rich American heritage. You leave the trolley absolutely energized, the Conductor's enthusiasm is catching!

A visit to Boston would not be complete without a trip across the Charles River to Cambridge. The orange and green **Old Town Trolley** provides the same caliber of service on this side of the river. A one hour continuous tour through Cambridge begins and ends in the colorful Harvard Square and takes in such highlights as Longfellow's House, Mount Auburn Cemetery and MIT. The tour is filled with historical tidbits and interesting little known facts such as: Do you know what a Smoot is? Take the tour and find out.

A trolley tour aboard the orange and green Old Town Trolley is a trip through American history aboard a little bit of Americana.

Old Town Trolley Tours is a member of the Historic Tours of America family.

Convenient stops to catch the Trolley are:
- New England Aquarium
- U.S.S. Constitution
- Faneuil Hall Market
- Boston Common
- Back Bay Hilton/Sheraton
- Marriott at Copley
- Copley Place
- Copley Plaza
- Boston Tea Party Ship
- Park Plaza
- Boston Harbor Hotel

For more information call (617) 269-7010.

A D V E R T I S E M E N T

MADTBB03316418

# WHERE
· BOSTON ·

Editor Marjorie Alonso Jackson
Fashion Editor Mary Lawlor
Assistant Editor Brian Dygon
Art Director Bruce Jones
Illustrator Michael Buckley

Publisher Elizabeth Carey

Account Manager Robert Mucci
Account Manager Linda Kaufman
Special Projects Manager
Maureen Sheppard
Sales & Marketing Consultant Gerard Sperry
International Advertising Director
David Titcombe

**COVER:** Photo by Stephanie Haines, Hull, MA September 14th marks the 275th lighting of Boston Light, one of the oldest lighthouses in the country, the only remaining manned lighthouse in the United States.

WHERE Boston is part of a network of magazines published expressly for visitors and distributed in over 1500 leading hotels in the cities of:

ATLANTA / BOSTON
CHICAGO / LOS ANGELES
MINNEAPOLIS-ST. PAUL
NEW ORLEANS / NEW YORK
ST. LOUIS / U.S. VIRGIN ISLANDS
WASHINGTON D.C.
BANFF-JASPER / CALGARY
HALIFAX / MONTREAL
OTTAWA / TORONTO / VANCOUVER
VICTORIA / WINNIPEG
LONDON, ENGLAND

Published monthly by
Visitor Marketing Inc.,
Suite 630, Statler Office Building
Boston, Massachusetts 02116
(617) 482-6777

Visitor Marketing, Inc., Boston, MA
All rights reserved.
Reproduction in whole or in part
expressly prohibited.

WHERE Boston is pleased to be a member of:
The Greater Boston Convention & Visitors
Bureau, Boston's HarborWalk Association,
Newbury Street League, Harvard Square Business
Association, and Back Bay Association.

WHERE Boston is audited by the
Business Publications
Audit of Circulation, Inc.
▼ BPA



MADTBB03316419



# For the freshest se

Fourteen out of fifteen years, readers of Sales & Marketing magazine voted Anthony's PIER 4 winner of the Bus

---

### WHERE

## *Welcome to Boston*



*The dunes and grasses of Cape Cod, lovely at all times of the year.*

Welcome!

I'm thrilled that you've chosen to visit Boston, and especially pleased that you've opted to come in at this time of year, a great time to enjoy the best of what Boston has to offer.

You can tour the Boston Public Gardens, explore Beacon Hill and Back Bay, stroll along the Charles River and the Esplanade, or try one of the many walking tours available all season long. You might also visit one of the world's most famous schoolyards; Cambridge's Harvard Yard, Harvard Square and beyond.

It's also a great time to take a drive out of the city, perhaps to Lexington and Concord greens, echoing with Revolutionary War history. Or catch the beauty of the Atlantic and Cape Cod, Martha's Vineyard and Nantucket as the summer season comes to a close, one of the nicest times to be by the ocean.

Experience some of the many shows going on at our museums, picnic in a park, and settle down to any and all of the literally dozens of indoor and outdoor musical events around the city.

Sidle up to a "Raw Bar" and sample Boston's world famous seafood, straight from the sea and incredibly fresh, or wander into an open air café for a light meal and a drink. Later, if you're in the mood, you can dine in elegant splendor, or sample any number of wonderful ethnic cuisines available. You might also pay a visit to Boston's North End, also known as Little Italy, or to Chinatown, one of the largest in the country.

Take a drive in the "country," never more than a few minutes away in New England, and pick the most perfect apples and tomatoes you'll ever find, or simply enjoy the scenery of the leaves just starting to turn.

Whatever you choose to do, be sure to take WHERE along as your companion and guide. Maps of Boston, Cambridge, public transportation and the Rt. #128 area, helpful listings of what to see and do, and informative articles on a number of topics will, I trust, help you to get the most out of Boston, and to remember your stay for a long time to come.

Enjoy!

*Elizabeth Carey*

Elizabeth Carey
Publisher

MADTBB03316420



**food, go to the pier**

140 NORTHERN AVE.

*Anthony's*
**PIER 4**
IN BOSTON · 617-482-6262

*Photo by Wine*

WHERE

# SEPTEMBER *in Boston*

## Features

THIS MONTH IN BOSTON
*Special events highlights* ........................................ 6
BACK TO BUSINESS
*Fashion and accessories for the new season* ........ 8
LOCAL FLAVOR
*Neighborhood dining in the city* .......................... 14
NEWBURY STREET
*The twelfth Annual Fall Newbury Street* .............. 16
NORTHERN SIGHTS
*Discover the beauty and history of Marblehead* .. 18
CAMBRIDGE SQUARES
*A tour of Cambridge* ............................................ 21
STAY AN EXTRA DAY
*There's so much more to see and do!* ................. 22
FANEUIL HALL MARKETPLACE
*Touring the Marketplace* ..................................... 46

## Directories

THEATRE AND DINNER THEATRE ...................... 26
MUSIC AND DANCE ............................................ 27
SPECIAL EVENTS .............................................. 27
SPORTS AND RECREATION ............................... 28
SHOPS AND SERVICES ...................................... 29
SIGHTS AND ATTRACTIONS .............................. 33
MUSEUMS ......................................................... 34
DINING AND NIGHTLIFE .................................... 37
MAPS .......................................................... 52-55
ESSENTIAL RELOCATION NUMBERS ................. 25
NUMBERS TO NOTE ......................................... 54

MADTBB03316421

# THIS MONTH IN

# BOSTON

*Festivals, feasts*

*music and museums -*

*celebrate September in Boston!*

*The last vestiges of summer remain in September, a perfect combination of summery-hot days and autumn-crisp nights. Stroll the waterfront, parks and historic sites in the sunshine, and then warm up to some hot theatre, music and dancing in the evening hours.*

## Sail Away

The H.M.S. Rose will be docked at Rowes Wharf through September 16. This will be a four month cruise of the east coast by the largest Tall Ship in the world, commemorating the 200th anniversary of the ratification of the Bill Of Rights. Visitors may tour the ship and view one of the original twelve precious documents of the Bill Of Rights still known to be in existence.

Built in 1970, the full sized 24 gun frigate is an exact replica of the original H.M.S. Rose, commissioned in 1756 and floating defender of North American interests during the French and Indian War. 1-800-242-ROSE.

Three other vessels from the past will dock in Boston this month. At 2 p.m. on September 11, the **Viking Ships** Gaia, Oseberg and Saga Siglar will come into harbor. commemorating the voyages of Lief Eiriksson (yes that's how you really spell it) 1000 years ago. The ships will dock at around 3:30 adjacent to the U.S.S. Constitution and the

Charlestown Navy Yard.

The flagship Gaia left Bergen, Norway on May 17. It will stop in the Orkneys, the Shetlands, the Faroes, Iceland, Greenland and Labrador, meeting up with the other two ships in Newfoundland. They will then sail on to Nova Scotia and make their first U.S. stop here in Boston.

A two day celebration of Scandinavian life will take place


*Tommy Tune and Ann Reinking star in the musical sensation Bye Bye Birdie. at the Colonial Theatre September 24 - October 13.*

on the pier next to the ships on the 14th and 15th, with music and dance, a recreation of a Viking encampment, a multi-media dramatization of Viking life, crafts, storytelling and food. The ships will depart on the afternoon of the 17th.

The sail hopes to strengthen ties on both sides of the Atlantic. as well as focusing our commitment to environmental concerns.

## Museums

While you're visiting the H.M.S. Rose and enjoying Scandinavian life and lore, be sure to stop by the **U.S.S. Constitution Museum**, dedicated to the preservation of naval history and to the world's oldest commissioned warship, Old Ironsides, located right next to the museum.

**William Wegman** has delighted us for a number of years with his witty and whimsical photographs of his loyal (and extremely patient) dogs Man Ray, Fay Ray and her pups. Wegman, Massachusetts born and educated, has many more talents in the arts, and all are on display at the Institute for Contemporary Art through October 6th, the first American stop after an exclusive European tour 266-5152.

Beginning September 7th The Museum of Fine Arts presents **The Age of Sail**: Ship Models and Marine Arts. Featured will be examples of ship models from the Museum's remarkable collection, representing American and European warships and merchant vessels from the late 17th to early 19th centuries. Also showing at the MFA, through September 29th, is *American Screenprints: 1930's through 1960's*, which highlights the varied imagery. ranging from social commentary to surrealism and abstraction, between the screenprint's

MADTBB03316422



*Visit the H.M.S.Rose, the world's largest Tall Ship, on her two week stay here in Boston. The ship can be boarded for viewing.*

beginnings and its zenith in the 60's. Such well known artists as Andy Warhol, Ralston Crawford and Roy Lichtenstein will be on display. 267-9300.

Starting September 10th, visitors to The Museum of Science can gain a better understanding of the complex social and personal questions concerning human sexuality and reproductive processes at the **Two Of Every Sort** exhibit, which examines the anthropology of sex, gender and human diversity. Also at the Museum of Science, through October 27th, is the spectacular **GEMS** exhibit, with $40 million dollars worth of gems, over 900 items in all, including some of the world's largest and most exquisite gemstones in existence today. On hand are films, hands-on displays, and the jewelry of notables such as the Duchess of Windsor and Catherine the Great. 523-6664.

And the DeCordova Museum in nearby Lincoln opens **Land, Sea and Sky** September 14. The exhibit explores the use of maps within paintings, sculpture, prints and multi-media presentation by contemporary artists. While ancient cartographers used art to embellish their maps, recent artists have turned to the reverse, using maps, charts and globes to clarify their own messages, with many pieces in the exhibit adopting a political tone. 259-8355



# Showtime!

The seventh Annual **Boston Film Festival** returns September 9-19 with all new quality films from around the world. Featured this year will be an Independent Filmmaker Symposium at Boston University on the 19th, and the First Annual Piper Heidsieck award to an outstanding film actor or actress followed by a gala event on the 16th at the Institute For Contemporary Art, complete with an exhibit of William Wegman's video works.

Over 50 films are scheduled to be shown, including Boston's



# And . . .

Have you ever wanted to write the Great American Novel? Well, now's your chance, at least to be a part of it. So far some 5,281 authors have contributed a sentence each to **The Great American Novel**, sponsored by MontBlanc pens. (*Leslie grabbed the smoking gun from*

and musicians from the Soviet Union is generally credited with elevating folk dance to an art form. The dancers will be performing at the Wang Center September 19-22 for five performances. 482-9393.



*Eric Bogosian's Sex, Drugs and Rock and Roll is one of the many highlighted films at the 7th Annual Boston Film Festival. 266-2533.*

own Eric Bogosian in *Sex, Drugs and Rock and Roll,* shot here in town, and *Homicide* by David Mamet. Films show morning, noon and night, roughly from 10 a.m.-midnight, and most air at Loews Copley Place. Call 266-2533 for details, schedules and prices.

The record-breaking musical **Bye Bye Birdie** comes to the Colonial Theatre September 24-October 13. Set in the "far-away" 1960's, the country's biggest rock and roll star moves to Sweet Apple, Ohio to give a lucky girl a last kiss before being drafted into the army. The show stars Tommy Tune and Ann Reinking. Call 426-9366 for times and tickets.

The Bank of Boston Celebrity Series brings us the **Moiseyev Dance Company.** This renowned group of 150 dancers

Henderson's cold grasp, just knowing the dalmation would live to tell all. . .) While many well known personalities have contributed to the work, everyone is invited to add one sentence, free of charge, to the chapter appropriately entitled "Boston." To date, the longest sentence contains some 1,004 words, while the shortest reads simply "Oh." (*Overcome by Proctor's parting words in Belize, Eunice leapt from the plane, forgetting her parachute. . .*) From September 23-27, 9 a.m.-5 p.m., the book will be at the Grand Lobby of 75 State Street, ready and waiting for your literary genius to grace its pages. How about *'It was a dark and stormy night . . .'*

For more events going on in and around Boston, see Happenings in the Hub page 26.



*The Moiseyev Dance Company, the Soviet Union's premier native folk dancers, lands in town September 19-22 at the Wang Center.*

MADTBB03316423

**WHERE SHOPPING**

# BACK TO BUSINESS!

*Remember when Back to School
meant all sorts of new goodies?
Well Back to Business can mean the same thing-
just look at what we've got in store for you!*

BY MARY LAWLOR

This month we went shopping for corporate climbers, both men and women. And boy, did we find some great items - fashion plus accessories that are bound to make an impression, or at least make you feel good. We found out you can rent a status briefcase by the day for important interviews. We checked out new, lightweight luggage done in linen and leather, discovered a dual combination hair dryer/iron , looked at business suits that may help you clinch the deal.

At the busy corner of Newbury and Arlington Streets is Burberrys. The prestigious firm, founded in England, is still best known for its classic trench coat designed for British officers in World War I. The trench continues to sell to both men and women in various colors and a variety of fabrics. Also well worth mentioning are the new business suits for women. They're created in wool serge and imported from Italy. Paul Senecal, manager of the Boston store, says more and more career women are building quality wardrobes these days. They start with a blazer - single or double buttoned - and then add skirts. The skirts come in three styles, straight, pleated and the version that is multi-stitched from the waist to the hips. Jackets start at $895, and skirts are tagged at $395 and up. There are also coordinated blouses and sweaters. You might want to look at the black worsted jacket that's priced at $495 and has matching pants that start at $295. These separates are ideal for travel.

Business women are fast finding out that they don't have to pack many pieces if their wardrobes are well planned. Many women, for instance, wear a blazer without a blouse in the evening. Since the blazers are buttoned in such a way that a blouse isn't needed, they often add pearls or their favorite piece of jewelry. The jackets are so well balanced that they pack flat and unpack without a trace of a wrinkle. American women are discovering what European women have known for years: that you don't need a huge wardrobe to be well dressed. As Senecal says, "You can build a great wardrobe if you sacrifice quantity for quality." 236-1000.

Here's a first. If you're a corporate climber with an interview coming up, take note. You can now *rent* a status briefcase. Thanks to John McManmon of the **London Harness Company**, who came up with the idea, you can attend an interview or conference complete with a handsome briefcase that would retail for anywhere from $150 to $950. Here's how it works: the case can be borrowed for daily payments of 4% of its cost, which can later be applied toward purchase. There's even free insurance. "One of the statistics about the recession that doesn't get much attention is the fact that 75% of the people out of work are white collar," says McManmon. "A lot of people are interviewing for jobs and might not want to spring $500 for a bag." McManmon's marketing strategy is clicking, with some renters becoming buyers. In most cases the customers have been middle-aged men wanting to look good for an important meeting. Granted, the briefcase may not



*Burberrys light-weight wool serge suits feel almost like silk - perfect for the traveling business woman. The suits are available in seven colors, from ruby to jade.*

8

MADTBB03316424



MADTBB03316425



☒ *The beauty,
comfort and
elegance of
Cole-Haan
Shoes.*

☐ *100 years of
quality make
Jos. A. Bank
a life-time buy.*

☒ *Desk sets made
of two-tone
leather or
domestic
ostrich - a
touch of luxury
for the office
from Mark
Cross.*





clinch the deal, but it's sure a boost to morale for the person carrying it. As the London Harness ad says, you'll make a lasting impression. The store is located at 60 Franklin St., Downtown Crossing. 542-9234. (Also in Peabody, Braintree and Wellesley.)

"There's no status in overpaying." That's the motto of **Jos. A. Bank Clothiers**, a firm that opened in the late 19th century as a wholesale manufacturer. Bank sold its traditional men's clothing to companies with well established labels. The operation then expanded with the opening of several retail stores along the mid-Atlantic coast. In the 1950's came the mail order business that put Jos. A. Bank on the map, with a highly professional telephone staff taking orders and providing customers with fashion advice. Today, Bank is a leader in traditional style suits and sport coats as well as men's furnishings - everything from shirts to ties. Manager Henri Lesperance says one of the biggest trends for fall is the return of the three piece suit. "The last time the vested suit was strong was ten years ago," he said. "These suits are not only good looking, they make good sense if the thermostat in the office is turned down. It's a dressy, finished look, and we're excited about it." These new suits are available in pinstripes, windowpane, glen plaid, flannels and more. For fall, the company has expanded its range of models, with such highlights as the "Chelsea" style, bridging the gap between traditional American suits and the distinct English silhouette. Designed in 100% wool broken herringbone twill, it's priced at $385. It offers subtly squared and full English shoulder expression, a slightly longer shaped silhouette, ticket pocket and pleated trousers. Located at 122 Newbury Street. 536-5050.

No place in the world can have a better collection of luggage than Gucci, located at Copley Place. Our favorite: the new linen and vegetable dye leather set. These pieces include two pullman size suitcases, a hat box, a shirt case and a beauty case. The line is known as the "Rolls Royce" due to its luxury and appeal. All the pieces have sueded interiors and are produced in crocodile, cinghiale (pig skin) and couio leathers. Colors consist of green, brown and black. Handbag customers will be happy to hear there are 21 silhouettes designed in leathers, precious skins and suedes. Career women especially like the shoulder bags such as the "Hobo," a roomy shoulder inspired by a 1955 saddlebag and recently reintroduced. Another functional shoulder model is called the "Mold" bag. It's entirely hand stitched using 26 pieces of leather, and has adjustable shoulder straps. A long time classic, it's created in novocalf in dark or medium brown. Handbags are priced at $396 and up. For fall, you'll find that the traditional ideas from past seasons have been uniquely interpreted in new shapes. 247-3000.

If you're looking for a gift for the corpo-

MADTBB03316426

rate woman; the place to go it's Tiffany & Co. at Copley Place. There's everything from jewelry to accessorize business suits to desk objects. The greatest part of it all is the fact that there's a full price range. For instance, for those who like sterling silver desk items there's a handsome, diamond-textured retractable ballpoint purse pen at $35. We also saw smart looking belt buckles in sterling. A basic, square buckle, which could be monogrammed, was tagged at $95. The belts were available in red or black calf at $40. The Paloma Picasso fine jewelry, available in both gold and silver, continues to make news. These pieces are dramatic, yet not too overpowering for a quiet business suit. One of the best sellers is still the sterling "scribble" pin, at $195. The matching earrings (for pierced ears) are $95. Naturally the gold jewelry in the line carries higher price tags, such as the 18 karat "X" ear clips at $825. For special desk gifts we liked the black nickel clock with quartz movement, 3" high, at $125. Remember, all of the store's goods are gift packaged in a Tiffany blue box with ribbon at no extra charge. When you're visiting the city, don't miss a trip to Tiffany & Co. 353-0222.

**Brookstone**, known for everything functional, offers a variety of handy items designed for the traveling executive. One of the most exciting is the unisex hair dryer/iron. Imagine being able to keep your hair and your clothes looking great as you travel with just one dual-purpose accessory. This combination unit takes up less space than a single normal sized hair dryer or iron. The iron pre-heats in five minutes and has a non-stick soleplate to glide over your clothes. To use it as a hair dryer, simply push a slide button to release the soleplate from the control panel. This unfolds to become the handle for the powerful, 1000 watt hair dryer. For travel it stores in its own drawstring pouch, and the cost is only $30. Another item that caught our eye was the travel steamer. What separates this from others is the high steam output and convenient crease attachment. You simply fill the detachable water tank and plug it in. It heats in 90 seconds and can be used on any fabric. The crease attachment puts sharp creases where you want them. There's even a lint remover built in. When not traveling you can use it to revive drapes and upholstery, 600 watts. UL tested, it comes with a durable, zippered carry pouch and sells for $55. Marketplace Center, 439-4460. (Also at 29 School St., 742-0055, and 100 CambridgeSide Place, Cambridge, 621-6959.)

It's always exciting when a new fashion season comes along. This is especially true of shoes because the shoe designers have caught up with the fashion designers, and it's going to be difficult to choose between all the new collections. At **Neiman Marcus**, located in Copley Place, the Yves St. Laurent line is featuring patent-metallic pumps. These are certainly a change from leather and team with



© T&CO. 1991

### The Tiffany Tesoro

*The definitive sports watch
in eighteen karat gold or stainless steel
and eighteen karat gold.*

# TIFFANY & CO.

NEW YORK   BEVERLY HILLS   SAN FRANCISCO   SOUTH COAST PLAZA   DALLAS
HOUSTON   WASHINGTON, D.C.   CHICAGO   ATLANTA   BOSTON   PHILADELPHIA   800-526-0649

MADTBB03316427

just about everything for both day and evening. $190. Customers may want to check out the Di Sandro shoes. The line has just been introduced to the store, and if shoes such as Bruno Magli fit you well these will have the same feeling. Especially pretty are the two-tone leather pumps with the 2 1/2" Louie heel. The nave with black tip is one of the most chic in the collection, $195. DiSandro has also done some nice suedes in red, black and taupe for $180. The colored suedes look great when worn with coordinated hose. For those who might be looking for an attractive, comfortable flat, there's a woven leather slip-on by Cole-Haan. Called "Carlton," it comes in a full range of colors at $195. (Cole-Haan is opening their own store on Newbury Street this month, filled with more of their wonderful styles.) The fashion forward customer will love the new combination lycra stretch boot with above-the-knee hose. In other words, the boot and the hose are one piece. Designed by Anne Klein, they retail for $165 and look terrific with a swingy, short skirt. 536-3660.

**Mark Cross**, with a Boston base at the Westin Hotel, is known the world over as a retailer of luxury leather goods. With some 19 freestanding stores, the company has added different items to its inventory this year, with still more on the drawing board. One reason for this is that the firm wants to reach out to the career woman, so it recently revamped the women's leather goods selection and added such items as scarves, small leather goods and the like. The highlight of our visit was viewing the desk sets. Piéce de resistance was a five piece (farm bred) ostrich set consisting of a desk pad, memo box, pen stand, small tray and pencil cup. It came with the price tag of $4,500 - definitely designed for the well-dressed desk. The two-tone leather sets were also elegant and could be bought individually. The business organizers, at $170, were well thought out with sections for yearly planning, names, addresses and expenses. There was a matching pen case which was a good value. At $35, it's ideal to tuck into a briefcase or even give as a gift. Leather business card cases and credit card cases were also available, at $45. The list goes on for all those who love leather goods. 262-2063.

Let's not forget the importance of business services. When busy people need a limousine, the name that generally comes to mind is **Carey Limousine**. The firm, which operates in 326 cities world-wide, has a Boston base headed up by general manager Larry Willwerth. "Our family has been in business for 62 years," says Willwerth, who is fourth generation. "Ninety-five percent of our customers are from the corporate world." The Boston office operates seven days a week, around the clock. . .so much so that the phone also rings at Willwerth's home. You can be sure that there are no slip-ups. As Willwerth says, "We guarantee service." He also prides himself that the company has a reputation for the best short notice response. There's no question that each customer gets a bit of gracious living in one of the Carey limousines - from being chauffeured to having a phone, reading lights and more in each car. And for those who might find a limo a bit much, there's always a quiet sedan. 623-8700.

Companies supplying transportation are outdoing themselves these days. Case in point: **Beechcraft East-Hanscom**. Serving corporate and general aviation needs, the company offers everything from aircraft sales and line services to management and maintenance. Located at Hanscom Field in Bedford, MA, the passenger terminal includes such amenities as a conference room with every type of service imaginable. One company from out of state recently called ahead to say it wanted to conduct its meeting there. The staff went ahead and set up a projector, got the phones and fax ready, had a secretary on hand and even handled the catering. More and more companies are using this facility. For those who have meetings planned in Boston or nearby areas, the staff can handle hotel reservations and other details. 274-0010.





*The place to go once you've arrived.*

Copley Place. The best of Boston,
all under one roof. World renowned shops,
including Neiman Marcus and Tiffany's.
Wonderful restaurants, both casual and elegant.
Cinemas, too.

# C O P L E Y  P L A C E
*In Boston's Back Bay*

MADTBB03316429

# LOCAL FLAVOR

*Boston's many neighborhoods
offer history, beauty,
gardens and architecture,
and some of the best restaurants to be found.*

BY MARJORIE ALONSO JACKSON and BRIAN DYGON

The many neighborhoods of Boston offer much in the way of variety and local charm, and each neighborhood boasts restaurants representing the style of the area. This month we visited a few neighborhoods and their unique eating spots. What better way to get to know a town than to feast on all it's neighborhoods have to offer!

## Back Bay

Situated at the foot of the impressive, towering new and old John Hancock buildings, both visible through the restaurant windows, **Skipjack's** is a seafood restaurant designed with plenty of options in mind. Glance at the menu and you'll see that there are easily eighty seafood entrees and appetizers from which to choose.

Mako Shark, Mahi-Mahi, Bluefish, Flounder, Rainbow Trout, Orange Roughy, Sunshine Tilapia, Lemon Sole, Opah (Moonfish), and Salmon are the basis of a rainbow of possibilities for your table, prepared in several different ways. Grilled and broiled selections are, of course, offered, as is fish done the Skipjack's way, dipped in lemon flavored soy sauce, coated with slightly spicy flour and grilled. All fried foods are prepared in 100% Canola oil, cholesterol free, and there are steamed and poached selections as well. For those not in the mood for fish, there are also a few meat and poultry items available.

And then there are the steamers and lobsters. A true New Englander knows that the only way to eat a lobster is steamed or boiled, but Baked Stuffed Lobsters are available for those in the mood. The Steamer Clams arrive in an enormous pile, with plenty of drawn butter for dipping.

The restaurant has a very nice Spa Menu, featuring about a dozen entrees and a few appetizers. All items on the Spa Menu contain less than 30% of their calories from fat, less than 100 mg of cholesterol, minimal salt and less than 400 calories, and are prepared with plenty of flavor and style. The Snapper Barbados, fresh Red Snapper topped with Key Lime juice, Cayenne Pepper,



*Joyce Chen's Theatre District location, where regional Chinese dishes mix perfectly with a night out on the town.*

Garlic, Spanish Onion and other spices; Grouper With Seasonal Chutney; Coho Salmon with Fresh Salsa; and Shrimp and Scallop Kebab with Bell Peppers are all on the Spa Menu, and are clearly no sacrifice. The Steamed Mussel appetizer with White Wine and Garlic is the perfect preparation of these tender mollusks, flavorful and sweet, and still "sin" free.

Skipjack's also hosts a Sunday Jazz Brunch from 11-3, the music starting around noon. Whether dieting, splurging, or relaxing to music, this is a seafood haven in the heart of Back Bay.
*199 Clarendon St., 536-3500*
*2 Brookline Place, Brookline, 232-8887*
*Price Range: $10.95-32.95 regular dinner entrees*

## Theatre District

Tastes of the Orient come wonderfully alive at **Joyce Chen**, a Chinese restaurant that has been a local favorite since 1958. If the name sounds familiar, it's probably because you have seen Joyce herself on her PBS series "Joyce Chen Cooks," or

even purchased her popular cookware and cooking sauces in nationwide department stores and supermarkets. The establishment is currently run by son Stephen, who, along with his talented staff, makes sure that his mother's commitment to authentic, healthful Chinese cooking is carried on.

Much is to be said about Joyce Chen's new menu and selections; a few words that come to mind are innovative, unique and downright delicious. Because the menu's offerings are so extensive, our waiter, John, brought us several samplings of new and popular items. We started off with a medley of appetizers that included Peking Ravioli, Shanghai Spring Rolls filled with shrimp and vegetables, Barbecue Boneless Spare Ribs, and the new Scallion Pie. All were top choices and very tasty. Twelve additional appetizers are also available.

For dinner, we were presented with a total of five entrees that proved to be pure delights. First came the Sesame Sauteed Beef, cooked to a near-crispy texture and tossed in a spicy sweet sauce, followed by Soft Shell Crab with Scallions and Ginger. A first for me, the crab was to be eaten in its entirety - soft "shell" and all; it's an experience in itself! Next up was a savory dish called Happiness Noodles, in which Chinese egg noodles were served with a light white sauce containing shrimp, scallops, lobster meat and fish fillets; and Stir Fry Shrimp with Orange Zest, tangy sweet and served with crisp pea pods. The colors and arrangement of this dish made it a work of art. Our final dish was Peppercorn Pork, a surprisingly light creation of sliced pork, fresh cilantro, leeks and baby corn.

Any entree ordered at Joyce Chen will undoubtedly be flavorful, creative and reflect the culinary traditions of various Chinese regions. It's certainly a trip to China via your palate.
*115 Stuart St., 720-1331*
*390 Rindge Ave., Cambridge, 492-7373*
*Price Range: $5.75-28.50.*

## Little Italy

There's a place like no other when it comes to Italian culture and cuisine: Boston's historic North

14

MADTBB03316430

End, often-times called our Little Italy. (In fact, it's one of the largest Italian regions in the country.) One particular restaurant has captured the essence and beauty of this area by serving wonderful Italian dishes in an intimate atmosphere. I'm referring to **Ristorante Saraceno**, where delicious pasta, seafood, poultry and veal selections await.

From the moment you enter this cozy eatery, you'll feel relaxed and at home. In fact, owner Frank Pezzano can often be seen personally greeting and seating guests as they walk through the entry-way. The dining areas are highlighted by exposed brick-walls, dimmed lighting and Italian music piped softly into the background. It is these particulars, along with some of the finest food this side of Pisa and Rome, that will have any visitor coming back for more.

This list of antipasti choices offered an assortment of classic choices like Baked Calamari, Prosciutto and Melon, and Octopus and Italian Antipasto. We opted for the Mozzarella and Tomato plate, which had the light cheese coupled with plump, hearty tomato slices topped with fresh herbs and a hint of olive oil. Heading the entree possibilities on the menu were numerous homemade pasta dishes, featuring an endless array of varieties: spaghetti, linguine, tagliatelle, rigatoni, fettucine and lasagne to name a few, all served in a wide variety of sauces. After examining all our options, we decided upon the Lobster and Shrimp Fra Diavlo, and the Petti de Pollo al Vino Bianco - chicken breasts sauteed in white wine. The seafood dish, which was a special that evening, consisted of generous chunks of lobster and shrimp served on a bed of fettucine, and smothered in a mildly spicy sauce (which can be prepared even spicier, at the diner's request). At my end of the table, the chicken proved to be rich in flavor, with just enough of the light white wine sauce covering each piece. This came with a side of roasted sliced potatoes and broccoli, and proved to be an extremely flavorful treat. Bravos were given to both dishes, and to our dessert of Tiramisu cake that ended the meal. Bravo to Ristorante Saraceno.
*286 Hanover St., 227-5353*
*Price Range: $6-24.95.*

## Charles Street

If you think the name **AhanThai and Hong Kong Café** promises several Oriental foods, you're right. In fact, AhanThai also has Japanese grilled and noodle dishes to compliment the multi-Asian fare.

The bulk of the food served at this restaurant is Thai. Like most Thai food, it can be ordered not spicy to very spicy, and when these people say very spicy they don't fool around. For those who are not in the mood for spice, the Shrimp In Love, a tasty mild dish of butterflied shrimp, garlic, broccoli, onions, mushrooms and cashews, is an excellent choice. If, however, you want some heat, you must try the Dancing Squid, a fiery concoction of squid, ginger, baby corn, broccoli and mushrooms. Several other seafood entrees are available, but if none of those hit the spot you can create your own dishes



*Striking decor, fabulous fish, and eclectic art and entertainment are the signatures of Skipjack's. Check out the Sunday jazz brunch for great Bloody Marys and Eggs Benedict.*

by combining meats and vegetables of your choice, as listed on the menu, convenient for vegetarian diners as well.

Thai curries are delicious, and the AhanThai offers Emerald, Ruby, Masaman and Star curry to go with selections of vegetables and meats such as Duck, Seafood, Chicken, Pork or Beef. And of course Pad Thai, a national dish of very slightly sweet rice noodles with peanuts, egg, tofu, scallions and Thai spices, is always a good bet.

The appetizers on the menu are not extensive, but those offered are very good. A stand out was the Shrimp in a Blanket, delicate, crispy homemade sheets of won-ton-like dough wrapped around whole shrimp and fried. The dough remained very light and not oily. The Siamese Peking Ravioli, stuffed with ground chicken, are meaty, juicy and also quite good, all in all an excellent indication of things to come.

AhanThai is redesigning their menu, and at the time of our visit the Chinese menu was still in development, but the Japanese dishes were available and quite good. And rest assured that there's plenty of Singha, a good Thai beer, to wash down that spicy food.

This is a perfect, quite inexpensive mid-shopping lunch or pre-walk-in-the-Public-Gardens dinner spot.
*26 Charles St., 723-5939*
*Price Range: $4.95-8.95*

## Cambridge

Chef and owner Bruce Frankel has been providing Bostonians with exquisite, stunningly prepared foods for many years, and his latest incarnation, **798 Main**, is no exception.

The fairly small, intimate dining room, with its pure white stucco walls nicely accented with New England quilts, baskets and dried flowers,

has a wide-open, airy feel, an unusually pleasant setting in itself. The food is, in a word, exceptional.

At a recent dinner at 798 Main we started off with the Hubbardston (MA) Chevre, served with grilled flatbread and sun dried tomatoes, a signature appetizer as well it should be: a creamy and flavorful dish complimented by whole roasted pieces of garlic. The Sautéed Wild Mushrooms with Green Noodles and Curry were subtle and delicious, with large pieces or whole mushrooms crowning the plate, and the Baby Lettuce and Exotic Green salad was bursting with fresh flavors. Several other appetizers were also offered, many featuring New England ingredients.

The entrees, too, were varied and innovative. The Native Lobster with Spaetzle (a kind of noodle-dumpling) and Herbed Cream was one of the best lobster meals I've ever had: light, fresh, and substantial enough for even the hardiest of eaters. Sautéed Medallions of Lamb, served with a French Tian of zucchini and tomato and Fried Socca, a chic pea polenta, was tender and cooked to perfection. Some of the other entrees offered the night we were there were Striped Bass with Fennel and Jasmine Rice, Fricasee of Game Hen with Garlic and Chives, and a Grilled Venison with Corn Pudding and Asparagus - you can't get much more regional than that.

A good wine list accompanies the food selections, and the desserts are refreshing and delicious, with selections such as Hard Apple Cider Sorbet with Raspberries, Mango Chiffon Cake with Rum Cream or Maple Cornbread Pudding with Dried Cherries. All of the dishes, from appetizer to dessert, were beautifully prepared, a feast for the eyes as well as the tastebuds.

If you get the chance, do pay a visit to this restaurant, and have yourself a wonderful meal.
*798 Main St., Central Square, Cambridge. 492-9500*
*Price Range: $14-20*

MADTBB03316431

MADTBB03316432

## WHERE SPOTLIGHT



# NEWBURY STREET

*Art exhibits, fine galleries,
and hot places to shop
make Newbury Street one-of-a-kind.*

### BY BRIAN DYGON

As days become shorter and the air a bit cooler, the entire city begins to look ahead towards the coziness and beauty of the fall and winter months. The same holds true for all of Newbury Street, often described as an upscale, outdoor mall. From chic clothiers to the finest in arts and antiques, chances are you'll find whatever you're looking for in the new season - and have an wonderful time doing so.

Newbury Street spans a total of eight city blocks, starting at Arlington Street in front of the Boston Public Garden and ending at Massachusetts Avenue. Along the street are countless boutiques, galleries, restaurants and cafés. Interesting to note is the fact that a majority of the stores and restaurants are housed in beautiful Victorian brownstones, and because of limited space, several merchants have taken up residence on second or third floor levels. Towards the Massachusetts Avenue end of Newbury Street, many businesses are situated in age-old horse and carriage houses from times gone by. These are signified by large, intricate brick archways, which now serve as front windows and entrances to some of the most unique shops in Boston.

Most visitors are unaware of the diversity of Newbury Street merchants. Strolling from store to store, you will discover a vast array of shopping possibilities. For the avid clothing connoisseur, there are over 20 boutiques and nationally reknowed stores featuring such as Banana Republic, The Gap, Rodier and Cartier, providing the latest fashion and accessories.

Known for its art offerings, Newbury Street houses an impressive 35-plus group of intimate and beautiful galleries filled with decorative and original paintings, furnishings, sculptures and other works in many mediums. Visitors can even take Boston home with them by way of lovely watercolors or oil paintings depicting local landscapes and scenery, many by local artists.

Odds and ends of all sorts and items of particular interest can also be obtained at various locales. If it's a new hat, perfume, leather goods or books you're looking for, the search is over. On Newbury Street you can walk out of a store with chocolate roses, tropical fish or even a deep tan!

The restaurants on Newbury are as diverse and exciting as the retail stores. Those opting for lighter fare can stop by Café Florian (the first outdoor café in the city), Rebecca's and the Harvard Bookstore Café, where lunch can be enjoyed over a good book. If a larger meal is in order, fear not; Newbury Street is home to several upscale restaurants including the Ritz-Carlton dining room and café, the more intimate 29 Newbury Street, Ciao Bella for Italian fare and Du Barry for un peu de Francais.

This month, you won't want to miss the 12th annual Fall Art Newbury Street on Sunday, Sept. 15. This event, held from 1-5 p.m., allows both art aficionados and novices to enjoy special art and gallery exhibits representing a wide sampling of eras, cultures, styles and media. Featured this year will be works in sculpture, oils, graphics, and watercolors, all by local and internationally recognized artists. Recent artwork by internationally renowned, Boston-educated artist William Wegman will also be on display, coinciding with his current special showing at the Institute of Contemporary Art, and jazz and classical music will be performed along the sidewalks throughout the day as an added attraction. The 33 participating galleries will be identified by colorful Art Newbury Street banners, and are open free of charge to the public. For more information, call the Newbury Street League at 267-7961.

Nearly a century ago, Newbury Street was the only place to shop. Today, with over 300 salons, galleries, and restaurants, it still is. The ambience and service of Newbury Street is truly unique.

*Newbury Street watercolor painting is by Kevin John Shea. Limited edition prints by Mr. Shea available at Art Newbury Street, or by calling (508) 462-0656.*

### ENJOY THESE FINE ESTABLISHMENTS ON NEWBURY STREET

**30 NEWBURY** 30 Newbury 437-7775
*Your address for relaxation/rejuvenation - massages, manicures, pedicures and facials.*

**BANG & OLUFSEN** 30 Newbury 262-4949
*Audio and video systems of award winning design and masterful technology.*

**BEST OF SCOTLAND** 115 Newbury (Suite 202) 536-3048 *Wholesale showroom open to the public offering quality Scottish cashmeres.*

**BETSYS** 184 Newbury 536-1050
*Great clothes, friendly and fun!*

**BOODLES** 40 Dalton **BOO-DLES**
*Authentic English Grille in the Back Bay Hilton.*

**BROOKS BROTHERS** 46 Newbury 267-2600
*The country's premier retailer of classic American clothing for men, women and boys.*

**BURBERRYS** 2 Newbury 236-1000
*Fine quality men's and women's clothing, outerwear and accessories.*

**CARTIER** 40 Newbury 262-3300
*One of the world's most prestigious names in fine jewelry and luxury goods.*

**CHARLES SUMNER** 16 Newbury 536-6225
*Upscale fashion boutique carrying designer clothing for the well dressed woman.*

**CIAO BELLA** 242 Newbury 536-2626
*Exceptional Italian cuisine; pastas, seafood, chicken and grilled specials.*

**COLE-HAAN** 109 Newbury 536-7826
*Three floors of fine footwear and accessories for men, women and children.*

**COUNTRY ROAD AUSTRALIA** 140 Newbury 262-3820 *Clothes created for living. Menswear - Womenswear - Accessories.*

**GUY LAROCHE** 32 Newbury 262-0610
*Parisian designed fashion for elegant women around the world.*

**JOHN DELLARIA SALON** 33 Newbury 267-5100 *Innovative hair designs for over 25 years in Boston.*

**JOS. A. BANK CLOTHIERS** 122 Newbury 536-5050 *Merchants of fine classic clothing for men and women.*

**LEE JAY BED & BATH** 361 Newbury 421-9442 *A full range of products for your bed and bath as well as varied accessories.*

**MCM - MICHAEL CROMER** 4 Newbury 262-7276 *Handcrafted luggage, handbags and accessories manufactured and imported from Munich.*

**ON THE EDGE** 223 Newbury 247-1860
*A new store featuring fine quality kitchen cutlery, sporting knives, games and puzzles.*

**SOLO** 170 Newbury 247-9296
*An uncommon selection of fine leather handbags, luggage, knapsacks and accessories.*

**ZODIAC, U.S.A.** 180 Newbury 262-0023
*An electrifying experience in concept shoe stores.*

## NEWBURY STREET

THE WORLD ON A STREET

*Nearly a century ago, it was the only place to shop in Boston. Today, it still is. Newbury Street begins at Arlington Street, across from the Public Garden, and stretches eight exhilarating blocks. Featuring more than 300 stores; including antique shops and jewelers, over forty galleries, fifty*

## BOSTON'S FIRST MALL HAS REAL TREES, NATURAL LIGHTING, CENTRAL AIR, AND A VERY HIGH ROOF.



*salons, and more than thirty of the city's finest restaurants. It's a world of style all its own. Where international designers and personally owned Boston boutiques flourish side by side in inviting 19th century townhouses. From classic to couture, enduring to eclectic, the ambience and service of Newbury Street is truly unique. You won't find a shopping destination like Newbury Street under any roof. Not even the sky.*

## NEWBURY STREET
### THE WORLD ON A STREET

*For your Newbury Street shopping guide and event information, call the Newbury Street League at 617-267-7961*

MADTBB03316433

08-01789-cgm  Doc 16243-5  Filed 06/26/17  Entered 06/26/17 15:59:08  Exhibit E
Pg 21 of 61

# NORTHERN SIGHTS

*The birthplace of the American navy
has history, beauty, the finest harbor,
and the original Yankee Doodle.*

BY MARJORIE ALONSO JACKSON

Marblehead, just 17 miles north of Boston, is a town incredibly rich in history and beauty.

Rumor has it that the first settler to Marblehead was a fisherman, who came across the bay from Salem and lived in a hogshead barrel on what is now Peach's Point. Be that as it may, many English settlers also came from the Channel Islands of Jersey and Guernsey as early as 1629, and twenty years later Marblehead was incorporated as a town.

Marblehead prospered as a fishing village, and was home to many clipper ship "merchant princes," who reaped the benefits of the clipper ships' lucrative journeys around the seven seas. But the boom times in Marblehead were cut short by the American Revolution. Staunchly patriotic and fervently anti-British, the citizens of Marblehead backed the Revolution 100%, driving out or killing those loyal to The Crown. Much of the wealth accrued beforehand was given to the cause, and the town of Marblehead sent an entire regiment to the front. Lead by General John Glover, this was the regiment made famous by crossing George Washington and his army over the Delaware River. Glover became the first General of the Marines. In 1775, Washington commissioned the first-ever American warship from Marblehead. Manned and owned by men from the town, Marblehead truly is "The Birthplace of the American Navy."

Today, Marblehead's history is beautifully intertwined with modern times. Marblehead Harbor is one of the most popular stops for sailors. This quaint New England town is so nautically inclined, in fact, that it is home to not one but four yacht clubs, three of the oldest in the country, as well as five beaches. Known all over the world for its sailing activities, Marblehead Harbor moors some four thousand boats



*The picturesque town of Marblehead, just 17 miles north of Boston, offers scenic views, sailing, shopping, and history come alive.*

during the summer months when many gather for races and other special events. Working fishing and lobster boats add to the charm and timeless feel of the harbor.

A walk through the historic Old Town is absolutely a must when visiting. Brimming with historical treasures and points of interest, mansions and simpler relics of the past, few towns have so truly adhered to their historical integrity. The first stop should be Abbott Hall, where the famous painting *Spirit of '76*, also known as Yankee Doodle, hangs in permanent residence, painted for the nation's centennial by A.M. Willard and donated to the town by General John Devereux in 1880. It was Devereux's son, by the way, that posed as the Drummer Boy in the *Spirit*. From there, walk down the hill into the old town, and enjoy such sites as the Lafayette House, which had its corner removed to allow the General to pass in his carriage. There are romantic spots like the Agnes Surraige well, where the fisherman's daughter and a nobleman fell in love in 1742; the domed Old Powder House; and numerous

houses and churches belonging to fascinating people important to our history and past.

Elbridge Gerry's house is also in town. Vice President under Madison, our fourth President, Gerry was one of the signers of the Declaration of Independence. He was also Governor of Massachusetts, and became so by cleverly cutting new district lines to his advantage (hence the word Gerrymandering).

A splendid view of the sea and the harbor is to be enjoyed at Fort Sewell. Established in the mid 17th century, the fort has withstood the French and Indian wars as well as the Revolution. The frigate Constitution, partly manned by Marblehead men and boys, sought shelter from British men o' war at the fort. Crocker Park, at the mouth of the harbor, affords even better views and picnic areas.

Marblehead stands as a reminder of our past, a lovely place to stroll, dine, learn, sail, or simply gaze the day or night away.

To get to Marblehead by car, go through the Callahan Tunnel, located by the waterfront and Faneuil Hall Marketplace, to Route 1A North. Go 9 1/2 miles to Lynn, and then follow Route 129 along the coast through Swampscott to Marblehead.

Should you not feel like driving, or if you're without a car, there's a bus to Marblehead. The stop is located at the Haymarket T stop, also by Faneuil Hall, the #441 and #442 buses. The buses leave at quarter of and quarter past the hour every hour until midnight, Saturdays and Sundays until 11 p.m. After 4:15 the buses arrive slightly more frequently, and weekend hours are also slightly different, so call the MBTA for more information, 722-3200. After a 50 minute ride, the buses drop you off at Franklin and Front Streets in Marblehead, right in the heart of the Old Town section.

MADTBB03316434



# Marblehead

1) **AMMENHEUSER'S** - 86 Washington St., 631-8462. An unusual mix of fine gifts, crafts and clothing.

2) **ARNOULD GALLERY & FRAMERY** - 80 Washington St., 631-6366. Discover for yourself why we're New England's most complimented gallery.

3) **BUS STOP** - 2 Market Square, 639-0637. Clothing, jewelry, accessories for women! Fun and affordable.

4) **DEVEREUX STATION** - 155 Atlantic Ave., 631-6653. Casual men's fashions including unique Marblehead tee shirts and tank tops.

5) **FRANCIE** - 164 Washington St., 639-0032. Unique infants & children's fashions, accessories, and gifts.

6) **LA ROSETTA** - 5 School St., 639-0442. Italian-Mediterranean cuisine featuring fresh fish with a seasonal menu.

7) **THE LANDING** - 81 Front St., 631-1878. Overlooking picturesque Marblehead Harbor, offering choice selections of seafood and landlubber's fare.

8) **MARBLEHEAD HANDPRINTS** - 111 Washington St., 631-7912. Locally designed fabrics, ceramics, accessories and gifts.

9) **MARBLEHEAD KITE COMPANY** - One Pleasant St., 631-7166. Handmade kites and flags, Marblehead tee shirts, and many unique gifts!

10) **MICAWBER'S** - 84 Washington St., 631-6768. For the kid in all of us! Toys, candy, tee shirts, balloons and gifts.

11) **THE ROCKMORE** - 639-0600. Charter our 63' boat for your special occasions!

12) **THE SEA GULL** - 146 Washington St., 631-7749. Fine gifts, crystal, china, decorative accessories; everything for your home.

13) **WICKER UNLIMITED/OLD TOWN ANTIQUES** - 108 Washington St., 631-9728. Nationally known, specializing in antique: wicker, quilts, furniture. We ship!

A visitor information booth is located in Marblehead at the corner of Essex and Pleasant Streets (14). Brochures and copies of WHERE Magazine are available there.

For more information about what to do and where to go in Marblehead, contact the Marblehead Chamber of Commerce, 62 Pleasant St., P.O. Box 76, Marblehead, MA 01945. (617) 631-2868.

MADTBB03316435

# THE SOUTH END

## *Experience the hidden treasures of Boston's most unique neighborhood.*

Just a few steps away from many of the better known shopping areas of Boston, the South End is a treasure trove of eclectic stores and restaurants. Here you'll find everything from an old fashioned ice cream parlor to the latest in contemporary clothing boutiques.

The South End's main streets are Tremont and Columbus, located behind Prudential Plaza, Copley Place and the Colonnade Hotel on Huntington Avenue. The South End roams for quite a stretch, and cabbing it to the center of Tremont, near Dartmouth and Clarendon Streets, and wandering up and down the avenues is often a good idea, and a very pleasant way to get to know the neighborhood.



Great gifts,
Bath and body products for
men and women from
around the world

552 Tremont St., Boston MA 02118
**617-482-9411**





FOR MEN AND WOMEN
540 Tremont St., South End, Boston 617 482 6803
FOR WOMEN
150 Main St., Thornes Marketplace, Northampton 413 584 7803

---

## RETROSPECTIVE
### A Century of Design and Art

**"The most interesting, completely unique store that I've ever seen."**

**Jonathan Fox**

542 Columbus Ave., Boston MA 02118
617/437-7520



*Hamersley's bistro*

**"LIFE IS NOTHING WITHOUT GARLIC."**

578 Tremont Street, Boston, MA 0211
267-6068

---

## St CLOUD
### Restaurant

Serving lunch Monday - Friday
Brunch on Saturday and Sunday
Dinner until midnight everyday
**557 Tremont Street, Boston**
**617-353-0202**



**TREMONT ICE CREAM**

Serving breakfast and lunch daily
(closed Mondays)
**584 TREMONT STREET, BOSTON**
**(617) 247-8414**

## DIVINE DECADENCE



TWENTIETH CENTURY
INTERIORS

535 Columbus Ave., Boston, MA 02118  617/266-1477

MADTBB03316436

WHERE FOCUS

# CAMBRIDGE SQUARES



*Just across the Charles river,
but a city unto itself,
Cambridge neighborhoods
are as diverse as they are exciting*

BY MARJORIE ALONSO JACKSON

Saying that Cambridge is eclectic is like saying that the Great Pyramid at Giza is big. It may be true, but it doesn't nearly begin to describe the situation. Cambridge is a world of its own, incredibly diverse and full of culture, and so established and defined that residents often consider Boston to be one of their biggest suburbs.

The primary neighborhoods in Cambridge are identified by five Squares: Harvard, Central, Porter, Inman, and Kendall. I suppose that a tour of Cambridge should start at Harvard Square, often referred to simply as The Square.

Harvard Square is undoubtedly one of the most famous neighborhoods in the United States. In its center, of course, lies Harvard University. The ivy-league school was founded in 1636, and the red brick buildings, plush, landscaped lawns, winding paths, grassy quadrangles and sweeping trees give it a unique and timeless feel. Just outside the University's boundaries is The Square itself.

The number and types of stores, theatres, restaurants, parks, libraries and historic homes in and around Harvard Square are staggering. J.F.K. St. runs through the center of the Square, and houses two shopping malls, The Galleria and The Garage. Also in the center is an Out Of Town ticket agency and a kiosk that sells newspapers from all over the world, as well as international restaurants, bookstores, and the Harvard Co-op (pronounced coop), a soup to nuts department store. Brattle Street, running Southwest out of The Square, is lined with stately mansions of the Revolutionary War era. These beautiful houses also have the distinction of having once belonged to many famous Americans; Henry Wadsworth Longfellow's home is just outside the Square. Just behind Brattle St. is Charles Square, a Square inside a Square, the home of the Charles hotel as well as a shopping area of specialty stores such as Crabtree & Evelyn, Talbots and Laura Ashley.

Massachusetts Avenue, on its Northwesterly route from Harvard, leads directly to



*Nearly 400 years of history and tradition lend Cambridge a unique charm. Pictured above is Harvard University.*

Porter Square, and offers boutiques, funky restaurants and bars, and fun gift shops. Porter Square is where many students and professors live, and the neighborhood reflects this through its merchants. Linens, books, toys and clothing, inexpensive food, bicycles and stationery are all available. There are also the Porter Exchange, Porter Arcade, and the Porter Square shopping centers, offering the Southwestern Cottonwood Cafe, other American and ethnic restaurants, specialty stores, and larger chains such as Conran's.

Running Southwest from Harvard Square, Mass. Ave will take you directly to Central Square, by-passing countless shops and restaurants, including vendors of '50's memorabilia, seafood and ethnic restaurants, furniture, computers and clothing. Central Square is a wild combination of ethnic cultures and longstanding merchants. Putnam Furniture, a

tradition for the last fifty years, is surrounded by the wonderful sights, smells and sounds of Chinese, Indian, Japanese, Greek, Haitian, American and Italian restaurants. Nightstage, a music theatre, calls Central Square its home, along with jewelry, new age furniture and discount clothing stores. Unusual combinations, such as the Middleast restaurant that features jazz, are the norm in Central Square.

A few blocks north of Central is Inman Square, relatively unknown to anyone but the locals until a few years ago. Inman Square hosts Ryles jazz club, as well as the Latin/jazz club Cantares, and the S&S deli, established in 1919 and long a favorite dining spot, especially for brunch, for all of Cambridge. Inman has a large Brazilian and Portuguese population, and therefore hosts some incredible bakeries and informal seafood spots. The choices of restaurants are plentiful, including Casa Portugal, East Coast Grill, the Cajun Yankee, Cafe China and a host of others from Korean to homemade ice cream.

Heading due east from Inman is Kendall Square, also known as Tech Square. Located on the banks of the Charles River, it is the home of M.I.T.'s Draper laboratories and countless other high-tech businesses, and is therefore perfect for a great quick lunch. There is a Harvard Coop there as well, from which free shuttle buses leave every 15 minutes taking shoppers to the new CambridgeSide Galleria Mall. The CambridgeSide, a fun and attractive complex, contains Filene's, Lechmere Sales and Sears, as well as 120 smaller specialty shops from which to choose.

Lacking in these descriptions are all of the great things to be found *between* the Squares; the one-of-a-kind shops and markets, the street performers and surprising parks and gardens, the ancient churches and Frank Lloyd Wright houses. But a drive or walk down any street will always get you to one Square or another, and offer an opportunity to catch a glimpse of 360 years of Cambridge history along the way.

MADTBB03316437

# We're Specialists...



## In Family Medicine.

Continuity of care by the same physician... Family Practice represents the rebirth of the traditional General Practice. For today's treatment of the vast majority of medical problems and promotion of health and wellness. Wouldn't you like a physician who specializes in you? Family Practice is committed to the care of the very young to the very elderly...but...we also have specialists in all other disciplines whenever referral is appropriate or necessary. Best of all...afternoon or evening hours. TAHPS, Bay State and Blue Cross providers and other insurance plans where applicable. We're located at 388 Commonwealth Avenue near the Green Line. For your appointment with your personal physician. ..call 267-7171 ...today.

**BOSTON EVENING MEDICAL CENTER**
64th Year serving the community

---

## RELOCATING?

Specializing in apartment rentals and condominium sales in Boston's prime residential areas.

**cabot & company**

Real Estate Services
213 Newbury Street
Boston, MA 02116
• 617-262-6200 •
FAX: 617-536-8410

---

## BOSTON'S BRAVE NEW HOTEL ALTERNATIVE

* Luxury, furnished apartments fully accessorized
* T.V., telephone, many with marble baths, jacuzzis, fireplaces, garden patios or roof decks.
* Exclusive Back Bay or Historic North End Locations
* NO EXTRA COSTS: No 9.7% tax, No phone charges...
* Express check in/out
* Available: Daily, Weekly and Monthly
* More than just a ROOM

CORPORATE RENTALS
335 BEACON ST.
BOSTON, MA 02116

617-536-5020
800-487-5020



# STAY AN EXTRA DAY!

*Martha's Vineyard and Nantucket. Lexington and Concord - there's so much more to do while you're here!*

BY BRIAN DYGON



*The Gloucester Fisherman keeps a keen watch on the harbor from his vantage point on Stacey Boulevard in Gloucester.*

Boston. So much to see, so much to do. But if you have been to every possible destination in the city, there are many popular "must-see" attractions and sights scattered throughout our outlying areas. So many, that you just might want to stay an extra day.

Lovers of history and eras gone by should by all means head west. The towns of Concord and Lexington await! Actually these heritage towns are northwest of Boston and Cambridge, only three to four miles away. All aspects of classic Americana are present in every detail in **Lexington**, including stately Colonial houses, powder-white churches with soaring steeples and sprawling, plush lawns. One of this area's most famed sights is the Battle Green, where America's Minutemen fought the Redcoats back in April of 1775. The famous statue of Minuteman Capt. John Parker is also at the town green, serving as a constant symbol of bravery and freedom.

About one mile from the Green and definitely worthy of a visit is the Lexington Gardens, 862-7000. Open year-round, this giant nursery offers hundreds of flowers, produce and plants, from basic herbs and ferns to orchids, bonsai and cacti. This arboretum should seem familiar, as it is the setting for the PBS series, *Victory Garden*. And your "Things To Do in Lexington" list should also include a stop at the Museum of Our National Heritage, 861-6559. Here, American history is repre-

sented via various exhibits, decorative and folk art, toys and political cartoons. Call for a complete run-down of exhibits and times.

While in this locale most day-trippers combine a trip to Lexington with one to **Concord**, home of the Old North Bridge where "The Shot Heard 'Round the World" was heard, signifying the start of the Revolution. Nearby is the North Bridge Visitor Center, (508) 369-6993, where films and audiovisual programs offer informative insight to the battle that was fought some 200 years ago. Book enthusiasts will see the former homes of such literary greats as Nathaniel Hawthorne, Ralph Waldo Emerson, and Louisa May Alcott. Most are open to the public.

And by all means, don't forget to stop at Walden Pond on Route 126, as author Henry David Thoreau's paradise is still just as breathtaking as he described. Walk along the nature trails that wind around the pond, or even go fishing or swimming. The site of the tiny cabin in which Thoreau spent two years of his life starting in 1845 can also be seen. This is commemorated by a small pile of stones. Call (508) 369-3254 for more details.

A bit further west, but always worth the trip is Old Sturbridge Village in **Sturbridge**, (508) 347-3362. Located right on Exit 9 off the Mass Pike, this 200-acre "living museum" is an outstanding re-creation of a typical rural New England town in the 1830's. In between

MADTBB03316438

the fields of grazing cattle and herb and vegetable gardens are over 40 restored houses, mills, meeting places and craft stores, all open to curious visitors. Watch as costumed "villagers" shear sheep, spin thread from cotton, make candles from bubbling wax and much more. And as the seasons change, so does the village, enabling guests to experience the 19th century year-round. This is truly a treat for visitors of all ages.

The **North Shore** of Massachusetts offers a slightly different change of pace: crisp sea air, sandy beaches, crashing waves and sailing harbors - all only an hour north of Boston. One favorite spot in this area is **Gloucester**, which happens to be the largest town on the North Shore. Here is where you will find the popular landmark statue of a weary fisherman gripping his captain's wheel. Other popular destinations are the Hammond Castle Museum and the Rocky Neck Art Colony. Brimming with Medieval art and architecture, Hammond Castle is a wonderful place to spend an afternoon. Guided tours are given daily, and children will especially enjoy the drawbridge extending over an authentic moat. Making the museum complete are various exhibits and a magnificent 10,000-pipe organ. Call the museum at (508) 283-2080.

**Rocky Neck**, actually in East Gloucester, is the home to the oldest working art colony in the United States and boasts charming galleries, shops and restaurants. Artists from all over come in droves to this area to capture the scenic beauty of the Rocky Neck sea-scapes and shore lines on canvas, and they do so with incredible passion and accuracy. Most of these paintings are sold in studios that were at one time old fishing shacks, and make for perfect souvenirs. Boston's A.C. Cruise Line has a Rocky Neck Cruise that docks for 2 1/2 hours at the Studio Restaurant, allowing ample time to see the many stores and works of art. For additional details call 1-800-422-8418.

Yet another fishing village that attracts shoppers and walkers is rustic **Rockport**, which has since been popularized by its unique nautical craft shops and art galleries. This main resort town of the North Shore also has several beaches and the Halibut Point State Park that features expansive ocean views and quarries of granite rock. There are also paths lined with blueberry bushes and tide pools, making the mood and scenery delightfully tranquil. You may not want to leave!

In the opposite direction, areas south of Boston are known for miles of beaches, island getaways and the original "hometown" in America. Also called the First Neighborhood in the United States, the town of **Plymouth** is embedded in history as the first permanent English settlement, thanks to the passengers and crew of the Mayflower who arrived there from England in December of 1620. Today, visitors can climb aboard the Mayflower II, a



# Relocation Headaches?
# We Have The Cure!

# Universal
## Furniture Rentals, inc.

### Providing...

**Quick Delivery**

**Long and Short Term Leases**

**Variety of Styles**

**Personal Service**

**Brand Name Furniture**

540 Altantic Avenue
Boston, Ma. 02210

1590 Concord Street
Framingham, Ma. 01701

**(800) 734-0766**
(toll free in Ma.)

**(508) 788-0700**

## Relocating to Boston?

Are you planning to relocate to the metro Boston area soon? Fill in the following and return to: Maureen Sheppard, WHERE Magazine, 20 Park Plaza, Suite 630, Boston, MA 02116. The appropriate information will be sent to you.

**BUYING/RENTING:**
___ Furnished Rental
___ Unfurnished Rental
___ Condo Purchase
___ House Purchase
___ New Construction

**RENTAL NEEDS:**
___ Studio
___ 1 Bedroom
___ 2 Bedroom
___ 3+ Bedroom
___ House

**MY BUYING RANGE IS:**
___ less than $150,000
___ $150,000-250,000
___ $250,000-350,000
___ over $350,00

**PERSONAL INFORMATION:**
___ Married
___ Single ( M./F )

_____ Age

**AREA:**
___ Boston
___ Cambridge
___ Charlestown
___ Metro West
___ North Shore
___ South Shore
___ Cape Cod & Islands
___ New England
___ Other
___ Undecided

**INFORMATION REQUESTED:**
___ Resident Real Estate
___ Commercial Real Estate
___ Banking Services
___ Mortgage Lending
___ Day Care
___ Schools/Universities
___ Physicians/Dentists
___ Hospitals
___ Home Furnishings
___ Auto Leasing
___ Moving Storage
___ Public Transportation
___ Cultural Information
___ Restaurant/Nightlife
___ Furniture Rental
___ Designer/Decorator
___ Insurance
___ Employment
___ Other (Please Specify)

Approx. Arrival date:_____

Company:_____

Work Phone:_____

Name:_____

Home Phone:_____

Address:_____

City:_____

State:_____

Zip:_____

full-scale replica of its predecessor, take a peek at famous Plymouth Rock, and wander around Plimoth Plantation, (508) 746-1622, a vivid replica of a Pilgrim village.

Just beyond Plymouth is the **Cape Cod** region, often called a Year-Round Playground. This is largely due to the fact that "The Cape" has more public beaches than anywhere else in New England - over 300 miles! All towns that make up Cape Cod are distinctly different, but have one thing in common: a serene atmosphere that keeps visitor coming back for more. Highlights include Sandwich, the Cape's oldest town with an impressive glass museum; Hyannis, home to the Kennedy compound; the famed lighthouse of Chatham; Woods Hole, where you'll find the National Marine Fisheries Aquarium and the Woods Hole Oceanographic Institute; and, at the very tip of the Cape, Provincetown.

Often called "P-town," Provincetown has everything from heritage museums, specialty boutiques and galleries to a granite tower that watches over the town and a visitor center that is part of the National Seashore. Locally, the Bay State Cruise Co., 723-7800, is the only cruise line that offers excursions to Provincetown. Call for information.

For the romantic and adventuresome and everyone in between, two vacation wonderlands lie off the shores of the Cape: Martha's Vineyard and Nantucket Island. **Martha's Vineyard** has a certain storybook feel, with bright and cheery "gingerbread" cottages, thick forests and moors, and breath-taking vistas. While on Martha's Vineyard, don't miss the colorful cliffs at Gay Head; stately Edgartown with its many yachting ports; and the oldest working carousel, the Flying Horses, in Oak Bluffs. There are a total of six towns on the island, all connected by narrow winding roads.

Further out in the Atlantic is **Nantucket**, a peaceful island that has a character all its own. All the hustle and bustle of everyday life will be left behind once you step onto this dreamland-come-true. Homes on Nantucket are very diverse, ranging from Georgian- to Federal- to Greek Revival-styled mansions. They are a sight to be seen. Further away are weathered cottages surrounded by meadows and marshes, many of which are the object of a painter's masterpiece in the making. You'll find that the cobbled streets, pine woods, lush beaches and 350-acre cranberry bog are just a few of the things to look forward to.

Boats to Martha's Vineyard leave from Woods Hole at Cape Cod, while Nantucket is reachable by taking a ferry from Hyannis. For more information, call the Mass. Steamship Authority at (508) 548-5011.

These are only a sampling of what the areas just outside of Boston have to offer the curious traveler who has "seen everything." Better call the folks back home and tell them you'll be a day or two late.

MADTBB03316440

# WHERE

# ESSENTIAL RELOCATION NUMBERS

*The area code for the Boston area is 617. Central Massachusetts' area code is 508, and the code for the Western part of the state is 413. Unless otherwise noted, the area code for the following numbers is 617.*

## GOVERNMENT & LICENSES

| | |
|---|---|
| City Hall: Boston | 725-4000 |
| Cambridge | 349-4000 |
| Brookline | 730-2000 |
| Driver/Vehicle Registration | 727-3700 |
| Federal Information Center | 565-8121 |
| Marriage Licenses | 725-4179 |
| Parking Permit Information | 725-4682 |
| State Information Center | 727-2121 |
| Voter Registration | 725-4635 |

## FINANCING

| | |
|---|---|
| BayBank | (800) 342-8888 |
| CDM Mortgage Service | 270-3531 |
| Citicorp Mortgage | 246-5005 |
| FHA Housing Loans | 565-5256 |

## REALTY/MANAGEMENT

| | |
|---|---|
| Boston Appraisal Bureaus | 227-3339 |
| Boston Rent Equity Board | 725-4200 |
| Cabot & Company | 262-6200 |
| Carlson Relocation and Corporate Services | (508) 741-1920 |
| Corporate Rentals | 536-5020 |
| Flatley Company | 848-2000 |
| MA Association of Realtors | 890-3700 |

## EDUCATION AND DAY CARE

| | |
|---|---|
| Archdiocese of Boston | 536-5417 |
| Boston Public Schools: | |
| East Zone Parent Center | 282-6031 |
| North Zone Parent Center | 426-5552 |
| West Zone Parent Center | 325-5571 |
| High School Parent Center | 442-4572 |
| Boston School of Modern Languages | 536-5505 |
| Childcare Choices of Boston | 357-6000 ex 477 |
| Childcare Resource Center | 547-9861 |
| Independent School Association of MA | 849-3080 |
| MA Association of Daycare Agencies | 422-0711 |
| MA Dept. of Education - Div. of Special Education | 770-7432 |
| Mulberry Child Care Centers | 248-9775 |

## PHYSICIANS/EMERGENCIES

| | |
|---|---|
| American Red Cross | 262-1234 |
| The Boston Doctor Line | 735-5356 |
| Boston Evening Medical Center | 267-7171 |
| Fire/Police | 911 |
| Harvard Community Health Plan | (800) 431-1070 |
| Mass General Hospital | 726-2000 |
| MEDICAID Information | 348-5500 |
| New England Medical Center | 956-5000 |
| New England Dental Assoc. | 734-3500 |
| Newbury Dental Assoc. | 262-0106 |

| | |
|---|---|
| Poison Control | 232-2120 |
| Phillip's Drug Store (24 hour) | 523-4372 |
| Shriners Hospital for Crippled Children | 722-3000 |
| Tufts Associated Health Plan | 466-9400 |

## HOME FURNISHINGS/DESIGN

| | |
|---|---|
| Allmilmö | 247-1234 |
| The Boston Design Center | 338-5062 |
| Filene's | 357-2100 |
| Jordan's Furniture | (508) 580-4600 |
| Kitchens Direct | 1-800-783-6596 |
| Mass. Remodeling Co. | 1-800-640-3040 |
| Pier 1 Imports | 542-8874 |
| Universal Furniture Rental | 508-788-0700 |

## SERVICES

| | |
|---|---|
| Boston Welcome Center | 451-2227 |
| Franklin Pierce Associates | 523-2001 |
| Greater Boston Chamber of Commerce | 227-4500 |
| Management Recruiters | 262-5050 |
| Olsten Temporary Services | 426-3010 |
| Time | 637-1234 |
| Weather | 936-1234 |
| Zip Code Info | 654-5767 |

## TRANSPORTATION

| | |
|---|---|
| Amtrak | (800) 872-7245 |
| Caravan for Commuters | 227-7665 |
| Greyhound/Trailways Terminal | 423-5810 |
| MA Bay Transportation Authority (MBTA) | 722-3200 |
| Senior and Access Pass Office | 722-5438 |

## UTILITIES

| | |
|---|---|
| Boston Edison | 262-0696 |
| Boston Gas | 523-1010 |
| Boston Water & Sewer Commission | 330-9400 |
| Commonwealth Gas | (800) 572-9300 |
| New England Telephone | 956-8000 |

## UNIVERSITIES

| | |
|---|---|
| Berklee School of Music | 266-1400 |
| Boston College | 552-8000 |
| Boston University | 353-2000 |
| Harvard | 495-1000 |
| Massachusetts Institute of Technology | 253-1000 |
| Northeastern | 437-2000 |
| Tufts | 628-5000 |
| University of Massachusetts | 287-5000 |



CARLSON

RELOCATION and CORPORATE SERVICES

- Relocation Counseling
- Home Search Assistance
- Rental Tours
- Orientation Tours
- Group Move Consulting
- National Referrals

Serving 90 Greater Boston Communities

(800) 722-0072

148 Washington St., Salem MA 01970



Beechcraft East-Hanscom
Serving all your corporate and general aviation needs...
*Line Services        *Aircraft Sales
*Management        *Maintenance
*Parts

Hanscom Field, Bedford, MA 01730
(617) 274-0010

Boston's Most Unusual Store


Alma Mater
B O S T O N

College Specialties from over 300 schools worldwide!
Sweats, Tees, Hats, Shorts

FEATURING LEATHER VARSITY LETTERMAN JACKETS

We sell Cheers and Pro items

ALMA MATER

201 Newbury Street, Prince Building
( near Exeter Street )  Boston, MA 02116
(617) 266-0909
PHONE ORDERS ACCEPTED • OPEN EVERY DAY

MADTBB03316441



## THE TWO BEST
### DINNER SHOWS IN BOSTON.

**BOSTON'S #1 COMEDY CLUB**
— BOSTON GLOBE READERS POLL

# NICK'S COMEDY STOP

**SHOWS EVERY NIGHT!**

• Shows Every Thurs, Fri & Sat

**OR**

## Don't Touch That Dial!

"Hilarious
...Go!"
DIXIE WHATLEY
CH. 5 ABC-TV

**1991 • A Musical Comedy Revue!**
Spoofing 50 Years of Television

TICKETS TO SHOWS ONLY. ALSO AVAILABLE
THE "FAB-SAKS". "THE FOOD IS TERRIFIC!...BRAVO!

**BOX OFFICE: (617) 482-0930**
**NICK'S STAGE I**    100 WARRENTON ST. BOSTON

TWO MINUTES FROM EVERY MAJOR T.
DOWNTOWN HOTEL IN THE HEART
OF THE THEATRE DISTRICT



## Reopens September 18!

227-9872
GROUPS:
426-6444

# First Night
### THE PLAY
**THEATRE LOBBY**    216 HANOVER ST
NORTH END



## MURDER MYSTERY
## DINNER THEATRE
IN BOSTON and CAMBRIDGE

Dinner and Show $27-$32

"The best. . .good fun!"
Boston Globe

Every Thurs-Sun
(617) 262-1826

Next to
the Boston Tea
Party ship!

# HAPPENINGS IN THE HUB

*Theatre, music and dance,*

*a host of special events,*

*and sports and recreation for every season.*

---

Special holiday performances, closings or last-minute changes in bookings may supersede the following information. Theatre ticket prices listed here reflect general admission for matinees and evening performances; in many cases, ticket prices are lower for previews, matinees, students, senior citizens or group sales. Tickets for major shows may be purchased with American Express, Mastercard and Visa credit cards through Ticketron, 720-3434 and Ticketmaster, 931-2000.

## Tickets

**BOSTIX**-Faneuil Hall Marketplace, 723-5181. This service offers tickets and information on more than 180 area performing art centers, plus museums and attractions. Half-price tickets (cash only) are sold on the day of the performance (subject to availability). Bostix is also a full-time Ticketron Outlet, which offers tickets to shows across New England and in New York City. Open Tues.-Sat., 11 a.m.-6 p.m., Sun., noon-4 p.m.

**OUT OF TOWN TICKETS**-Harvard Square, Cambridge, 492-1900. This service provides tickets for most of the concerts, sporting events and theatre performances in and around Boston. In person they accept cash only but if you call them on the phone they will take credit cards. Open Mon.-Fri., 9 a.m.-7 p.m. and Sat. 9 a.m.-6 p.m.

## Theatre

**A ROOM OF ONE'S OWN** - American Repertory Theatre, Loeb Drama Center, 64 Brattle St., Cambridge, 547-8300. In 1928, Virginia Woolf gave two witty, passionate lectures to a group of young women at Girton College, Cambridge, insisting that, in a male dominated world, any woman wanting to be a writer must have a yearly 500 pounds and "a room of one's own." Now Eileen Atkins, formerly of the London Shakespeare Company, recreates these lectures in a thunderbolt of wisdom, passionate irony, humor and common sense. A much looked forward to, virtuoso one-woman performance. Sept. 24, 25, 26 at 8 p.m., 29 at 7 p.m. Call for prices.

**BLUE WINDOW** - Boston Center for the Arts, 539 Tremont St., 720-0500. Seven neurotic New Yorkers meet at a simple dinner party which turns out to be a mismatched comedy teetering on disaster. Craig Lucas, author of this year's smash Broadway hit *Prelude to a Kiss*, brings us this play of infectious humor and gentle pathos. Sept. 19-22, 25, 27-29, Oct. 2-6, 9-13. Call for times and tickets.

**BYE BYE BIRDIE** - Colonial Theatre, 106 Boylston St., 426-9366. Nine-time Tony Award winner Tommy Tune and *All That Jazz* star Ann Reinking co-star in this musical, featuring show-stopping numbers like *Put On A Happy Face*, *Kids*, and *A Lot Of Living To Do*. Tony Award winner

Gene Saks directs. Sept. 24, 25, 26 (two shows), Oct. 1-2. Call for times and tickets.

**COMING SOON** - Back Alley Theatre, 1253 Hampshire St., Inman Square, Cambridge, 491-8166. Author Debbie Klien describes her work as "putting the sex back into sexual politics." Two roommates are looking for a third woman to share an apartment. As the story progresses, nice, normal lesbians fall in lust with a wild cast of characters. A combination bedroom farce and soap opera, originally written for London's Gay Pride celebration of 1986. Sept. 12-15, 19-22, 26-29, Oct. 3-5. Call for times and tickets.

**EASTERN STANDARD** - Nora Theatre Co., Theatre at the Harvard Union, Quincy and Harvard Sts., Cambridge, 495-4530. When a successful architect tires of corrupting the city skyline he flees to his beach house, joined by three other refugees from the city; a beautiful stockbroker falsely accused of insider trading; her screenwriter brother who has just announced that he's dying, and the architect's best friend, a flamboyant artist who falls in love with the dying man. When the four of them invite an aspiring actress and a street person to visit, their notions of social justice are challenged in this wryly comic play. Sept. 5-7, 13-15, 20-22, 26-28, Call for time and ticket information.

**FIRST NIGHT** - Theatre Lobby, 216 Hanover St., 227-9872. Starting Sept. 18 the Theater Lobby will be showing *First Night*, an off-beat variation of "boy meets girl, boy looses girl, boy may just get girl back again." In this romantic comedy, which takes place on New Year's Eve, a nun and a video clerk *meet up* after being apart for many years. Ongoing. Wed.-Fri., 8 p.m., Sat., 6 and 9 p.m. Matinees, Wed., 2 p.m., Sun. 3 p.m. Tickets $15.50-22.50.

**FROM THIS MOMENT ON** - Boston Baked Theatre, 255 Elm St., Davis Square, Somerville, 628-9575. Back by popular demand, this is a 100th birthday celebration of everything Cole Porter. A splendid and romantic musical romp through four decades of wit and sophistication. Sept. 20-22, 27-28.

**LEONARDO: ANATOMY OF A SOUL** - Cahners Theatre, Museum of Science, Museum Park, Msgr. O'Brian Highway, 723-2500. The spirit of human creativity is exemplified in the scientific and artistic works of da Vinci is celebrated in this innovative multi-media performance. The Renaissance Man is captured through evocative imagery based on Leonardo's paintings, sketches and descriptions of movement, with text drawn from his notebooks. The play has received wide European acclaim. Sept. 4-5, 12-15, 18, 22. Tickets $9, children and seniors $7.

**NUNSENSE** - Charles Playhouse, 74 Warrenton St., 426-6912. Come and spend an evening at a convent like no other! Performed in the style of a fund raiser, the whacky Sisters of Hoboken will easily make you laugh 'til you cry in this delightful comedy/musical, set in a Convent full of not-so-ordinary nuns. Ongoing. Tues. through Sun. $15.50-23.50. Call for show times.

**SHEAR MADNESS**-Charles Playhouse, Stage II, 74 Warrenton St., 426-5225. Acknowledged by the Guinness

MADTBB03316442

*Book of World Records* as the world's longest running non-musical play in U.S. history. now in its 12th season. The ongoing play takes place in a fashionable Newbury Street Salon, where upstairs an eccentric concert pianist has been murdered. Downstairs, in the salon, the wacky occupants try to figure out whodunit - with the help of the audience. Dinner/theatre/theatre packages are available. Performances Tues.-Fri. at 8 p.m., Sat. a 6:30 and 9:30 p.m. and Sunday at 3 and 7:30 p.m. Ticket prices are $18-23. For special performances and ticket information call the box office or call Charge-Tix at 542-8511.

**THE SNOW BALL** - Huntington Theatre Company. 264 Huntington Ave., 266-0800. From A.R. Gurney, author of *Love Letters*, comes a new play with old music and dancing, capturing times remembered. Dance partners from by-gone days are brought together at a much-anticipated reunion in a newly restored ballroom, and deep feelings and past dreams are rekindled in this stylish and witty story, guaranteed to send you into the night tapping your toes and humming a favorite tune. Sept. 20, 21, 22, 26, 28. Call for times and ticket prices.

**TREASURE ISLAND** - Emerson Majestic Theatre, 219 Tremont St., 578-8727. The Tony Award winning National Theatre of the Deaf celebrates their silver anniversary with an original adaptation of Robert Louis Stevenson's captivating adventure of high stakes on the high seas. Talented NTD actors add sign language to the spoken word so that this classic can be enjoyed by the hearing and hearing-impaired alike. This mad-cap production is accessible to all ages, with larger-than-life characters, romantic sea voyages, mysterious benefactors and dynamic duels, all done with a gleeful touch. Sept. 21, 2 p.m. Call for ticket prices.

# Dinner Theatres

**NICK'S DINNER THEATRE** - 100 Warrenton St., 482-0930. From Gilligan and the Beverly Hillbillies to Geraldo and Barry and Elliot, a fun evening awaits at *DON'T TOUCH THAT DIAL!*, an irreverent romp through your T.V. Italian dinner available before the show. Fri., 8 p.m., Sat. 7:30 Tickets $17.50-19.50 show only. $29.95-31.95 dinner and show. Ongoing.

**MYSTERY CAFE** -290 Congress St., 262-1826, and 1667 Massachusetts Ave., Cambridge. Informal. Prices: $27.50-32.50 for dinner and show. Have a delicious meal and help solve the crime in this comical murder mystery that relies on audience participation. The performers double as waiters and a different murder occurs every week. In *Boston, see Lights, Camera, Murder*, where murder steals the show in this Hollywood whodunit. Tickets for show only also available. $15-18. Ongoing. Showtimes: Thurs., 7:30, Fri., 8, Sat., 6 and 9, Sun., 6. Parking available. (Credit cards: MC, V)

# Music and Dance

**BANK OF BOSTON CELEBRITY SERIES** - varied locations, 482-2595. The renown concert series opens this month with the Moiseyev Dance Company at the Wang Center for the Performing Arts, 270 Tremont St., from Sept. 19-22. This 150-member group is the Soviet Union's most popular cultural export, and will appear with a full orchestra in a program of celebrated Soviet folk dances and highly skilled acrobatic feats that have won international acclaim. Tickets are $25.75-40.75, and can be purchased at the Wang Center Box office or by calling Ticketmaster, 931-2000. And on Sept. 20, see Yo-Yo Ma join Germany's *Junge Deutsche Philharmonie* as they perform selections by Brahms, Schubert and more at Symphony Hall, 301 Massachusetts Ave. Tickets for this one-night performance are $15-29, and are available at the Symphony Hall box office or by calling SymphonyCharge at 266-1200.

**BOSTON ACADEMY OF MUSIC** - First and Second Church, on the corner of Marlborough and Berkeley Streets, 242-0055. On Sept. 13 and 14 at 8 p.m., the Boston Academy of Music will present **The Best of Gilbert and Sullivan**, a gala evening that boasts scenes from all G&S operas, surprise guests and a preview scene from Sullivan's grand opera *Ivanhoe*. Tickets for this memorable show are $12 at the door on the evening of each performance.

**GREAT WOODS**-Mansfield, MA, (508) 339-2333. Located about 40 minutes south of Boston, this open-air, roofed, 15,000-seat amphitheater is a wonderful place to enjoy a picnic and concert. This year's series concludes with: ZZ Top, Sept. 1 and 2; the Allman Brothers, Sept. 6; Manhattan Transfer, Sept. 8; and Sting, Sept. 13 and 14. All concerts are held rain or shine. For tickets, call Ticketmaster at 931-2000.

**LONGY SCHOOL OF MUSIC** - Pickman Concert Hall, 27 Garden St., Cambridge, 876-0956. Throughout the month, the Longy School proudly presents Septemberfest 1991, a series of commemorative concerts for the entire family. On Sept. 12, 8 p.m., see the Candlelight Concert commemorating the 200th anniversary of Mozart's death: an All-Prokofiev concert in celebration of the 100th anniversary of his birth, Sept. 15, 8 p.m.; an All-Dvorák concert featuring biblical songs and Moravian Duets, Sept. 20, 8 p.m.; and on Sept. 21 at 3 p.m., children and grown-ups alike will want to catch the family concert "Make Way for Ducklings," in celebration of the world-famous children's story's 50th anniversary, which will be presented in a musical setting. Ducklings' author Robert McCloskey is scheduled to be in attendance. All performances are free of charge.

**PRO ARTE CHAMBER ORCHESTRA** - Sanders Theatre, 45 Quincy St. near Harvard Yard, Cambridge, 661-7067. Pro Arte will open its new season on Sept. 29 with an all "No Mozart" homage to Amadeus. The program is to include Chopin's Variations on Mozart's La ci darem la Mano, Ibert's Homage to Mozart, and Tchaikovsky's Mozartiana Suite. An added attraction will be the world premiere of "Changes," a Mozart-inspired piece by Boston composer Elizabeth Vercoe. Tickets range from $8-22, and are available at BOSTIX/Ticketron outlets, Harvard's Holyoke Center, or at the door.

**THE PARK AT POST OFFICE SQUARE** - 0 Post Office Square, across from the Meridien Hotel, 423-1500. Boston's newest park will present free musical performances on Tues. and Thurs. afternoons, from 12:15-1:45. Highlighting this month are the Bostonian Wind Trio, Sept. 12; the Bel Canto Chamber Players, Sept. 19; jazz concerts on Sept. 17 and 24; and a classical music performance, Sept. 26.

**WORLD MUSIC** - varied locations, 876-4275. Join World Music as they launch their fall season, which explores music and dance from Africa, Asia, Eastern Europe and the British Isles. This month's performances take place at the Somerville Theatre, 55 Davis Square in Somerville; or at Nightstage, 823 Main St. in Cambridge. Now showing: I.K. Dairo, Sept. 6, Nightstage; Tannahill Weavers, Sept. 12, Somerville Theatre; Fatala and Les Tetes Brulees, Sept. 13, Somerville Theatre; Mouth Music, Sept. 14, Somerville Theatre; Papa Wemba, Sept. 20, Nightstage; and Kanda Bongo Man, Sept. 27, Nightstage. Tickets are priced between $15-17.50. Call for additional details and concert times.

# Special Events

**A.S.I.D. DESIGNERS BENEFIT AUCTION** - Skinner Auction Gallery, Bolton, 508-897-3784. This year's benefit by the American Society of Interior Design for the rehabbing of low income housing will feature designer treasures from the Boston Design Center's exclusive show-rooms, as well as from artisans and craftsmen from around New England. Offered will be furniture, accessories, art and luxury services. Oct. 1.

**BOSTON LIGHT'S 275th LIGHTING CELEBRATION** - M.V. Bostonian II, Bay State Cruise dock, Long Wharf, 523-8386. The Friends of Boston Harbor Islands will take you out to this oldest lighthouse in North America, the last manned lighthouse in the United States, located on Brewster Island in the Harbor. Wear comfy shoes and long pants for hiking around the Island. Bring a picnic lunch - drinks and snacks available on the boat. Rain or shine September 14, 4-9 p.m. Adults $12, children under 12 $9, seniors and groups of 12 or more $11. Call to reserve, or buy tickets dockside 1 hour prior to departure. Other tours also available.

**BROTHER JASON'S ONE-MAN SHOW** - Michael Allen



BOX OFFICE: 426-5225
CHARG · TIX: 542-8511
Dinner Packages and
Group Discounts Available
**Charles Playhouse Stage II**
**74 Warrenton St., Boston, MA 02116**



The Mother Church
## The First Church
## of Christ, Scientist

*Church Services, Sunday School,*
*Tours, Bible Exhibit, Mapparium,*
*Christian Science Reading Rooms*
*See listings in this issue for information*

**250 Massachusetts Avenue, Boston**

MADTBB03316443

Galleries, 300 Harvard St. (rear), 232-2070. Xaverian monk-Brother-Jason-turns-102 this-year, and to celebrate, he will be giving the first-ever show of his representational landscape watercolors. Well schooled in the arts, Brother Jason paints 100 paintings a year, and his works have been sold at monastery auctions to support scholarships and retirement residences. Through Sept. 8, Reception for the artist Sept. 8, 1-5 p.m.

**COLLECTION QUILTS** - New England Quilt Museum, 256 Market St., Lowell, 508-452-4207. In January, 1991, the N.E. Quilt Museum received 33 quilts collected by Gail Binney-Stiles and her late father, Edward Binney III. The quilts, from one of the most significant quilt collections in the country, offer an in-depth view of design, creativity and the craftsmanship of American quiltmaking of the 18th, 19th, and 20th centuries.-Sept. 6-Oct. 31. Admission $2, seniors and students $1.

**COLLEGE FEST** - Hynes Convention Center, 900 Boylston St., 859-5767. Thousands of 17-24 year olds, and many of their parents, will gather at the Hynes for this weekend of everything collegiate. Exhibits, live music, celebrities, product sampling, giveaways, fashion shows and entertainment allow new and returning students to get a quick take on Boston, checking out computer and stereo equipment, travel and ski packages, the hottest fashions, and city services. A must for newcomers to the city. Nominal entrance fee, Sept. 21-22.

**HARVARD SQUARE U.S.A. ART SHOW** - 491-3434. Brattle Square will be closed to street traffic for this afternoon-long artistic event. Approximately 60 local fine artists will display their works for sale and viewing in an attempt to offset budget cuts in the arts. Paintings, photographs, sculptures and more, created by Boston and Cambridge artists of all styles, will be set up at booths along Brattle Street. Sept. 22. Rain Date: Sept. 29.

**TROLLEY BALL** - 267-7150. Jim Bailey, master illusionist, singer, dancer, comedian and impersonator is the headlining act for this gala annual charity event. Old

Town Trolley will transport revelers to the Boston Park Plaza Hotel for an evening of fun and entertainment. Also performing will be the Dixie Jazz Kings. surprise jazz performances and the Winiker Swing Orchestra. Excellent foods will be offered at the "trolley stops" set up in the ballroom, each representing cities around the country. Door prizes will be offered, including a grand prize of a week in the Cayman Islands. Please call for much more information. White tie and tails/gowns. Tickets $100-per person. Sept. 28.

**18th ANNUAL WORLD KIELBASA FESTIVAL** - Route 33, behind the Fairfield Mall, Chicopee, information (413) 594-2101. It takes eight workers an entire shift to make the ever-growing King Kielbasa, weighing in last year at 553 pounds (!). This year's weight will be unveiled just before the festival, as is the tradition. In addition to Kielbasa, there will be Polish foods, dancing, music and festivities, all in the lovely rural setting about 90 minutes out of Boston. Sept. 5-8, evening and nighttime hours during the weekdays, mornings-and-evenings-weekend days. Tickets $3-5. Call for directions and more details.

## Sports and Recreation

**BASEBALL** - Boston Red Sox-Fenway Park, 4 Yawkey Way, 267-8661. America's favorite past-time can not be matched at historic and picturesque Fenway Park (the Green Monster is world-famous!). This season continues with 12 home games. Opponents include: California, Sept. 3-4; Seattle, Sept. 5-8; Baltimore, Sept. 16-18; and New York, Sept. 20-22. To get to Fenway Park, take the Green Line to Kenmore Square.

**FOOTBALL** - New England Patriots - Foxboro Stadium, Rte. 1, Foxboro, (508) 543-1776. An afternoon at Foxboro Stadium with the Pats can't be beat. This month there are 2 home games lined up. Opponents include: Cleveland, Sept. 8, 1 p.m.; and Houston, Sept. 22, 1 p.m.

**GOLF** - Grab your clubs and caddy for an enjoyable morning or afternoon of golf. Public courses in the area include Braintree Municipal Golf Course, 101 Jefferson St., Braintree, 843-9781; Colonial Hilton Hotel and Resort, Rt. 128, Audobon Rd., Wakefield, 245-9300; Fresh Pond Golf Club, 691 Huron Ave., Cambridge, 354-8876; Newton Commonwealth Golf, 212 Kenrick Rd., Newton, 244-4763; and Putterham Meadows Golf Course, 1281 West Roxbury Parkway, Chestnut Hill, 730-2078. Be sure to call each course for directions, rental costs and admission.

**RITZ-CARLTON BOSTON JUMPER CLASSIC** - Fox Hollow Farm, Hamilton. An audience of 10,000 people is expected for this elegant horse jumping event held on Sept. 8 at 1:30 p.m. Intermission in between the events will feature the Budweiser Clydesdales and a thrilling vaulting demonstration. General admission price is $12.50. Call 338-2288 for more information and directions.

**ROLLER SKATING** - Franklin Park, Jamaica Plain, 725-4505. One of the best ways to explore this scenic park - and get lots of exercise while you're at it - is on wheels! Roll past Scarborough Pond, a golf course, several wooded areas and the Playstead. Skate rentals are available on site.

**SAILING** - Community Boating-Charles River, behind the Hatch Shell at the Charles Station T (Red Line), 523-1038. Docks are open to the public through Nov. 1, marking the 50th year of Community Boating on the Charles. Throughout the month, enjoy special events, tours and classes. Sailing hours: Weekdays, 1 p.m.-sunset; weekends, 9 a.m.-sunset. Courageous Sailing Center of Boston - Pier 4, Charlestown Navy Yard, 725-3263. For a reasonable fee, sail away on the fleet of J/22, Rhodes 19 or Laser sailboats daily through Oct. Instructions are offered in basic and advanced sailing, racing and coastal navigation. Open weekdays, 2 p.m.- sunset and weekends from 9 a.m.-sunset. Jamaica Pond Sailing and Rowing-Jamaica Way, Jamaica Plain, 522-6258. Through Labor Day, sail away on this 63-acre pond. For $6/hour, rent a rowboat or sailboat daily from noon-dusk. Lessons and reduced rates for youth and seniors are available.



# It's okay to dream.

Because dreams are a measure of the size of our hopes and goals and aspirations. The life of a man who dreamed dreams for all of us is celebrated in a museum in the city where he rose to prominence. Phone 617-929-4523 in Boston to find out more about The John F. Kennedy Library, where he lives on.

## The Museum at The John F. Kennedy Library

MADTBB03316444

WHERE

**BOSTON'S**

# SHOPS
# AND SERVICES

*Visit Boston's favorite gift shops,*

*find the latest in the season's fashions,*

*business services at your fingertips.*

## Boylston Street

*Running the length of the Back Bay is the street where you'll find a number of the city's best department stores and access to several major shopping centers. It is also the Northern border of the newly renovated Copley Square, and the sight of some of the city's best restaurant and nightlife options.*

**CUSTOM SHOP SHIRTMAKERS**-352 Boylston St., 423-4476. Also in Copley Place. One of 81 stores throughout the country, Custom Shop shirtmakers tailors shirts and suits custom-made to individual measurement and priced the same as ready-made of comparable quality. Now in their 54th year of giving more without charging more. Open Mon.-Sat., 9-6

**EDDIE BAUER**-500 Boylston St., 262-6700. This widely popular men's and women's store specializes in clothing for the Great Outdoors. Seasonal merchandise includes parkas, windbreakers, flanel shirts, socks, rain-wear and sweaters. They also carry a fine line of watches, sunglasses and anything else you'll need for outdoor enjoyment. Open Mon.-Sat., 10-6 (Wed. 'til 8); Sun., noon-5.

**FAO SCHWARZ**-440 Boylston St., 262-5900 (Corner Berkeley and Boylston). If you've never been in an FAO Schwarz, you've got to visit this brand new, 22,000 foot location! It has to be one of the classiest toy stores in the world, famous for its incredible selection of toys and excellent customer service. Open Mon.-Sat., 10-7, Sun., 12-6.

**LORD & TAYLOR**-760 Boylston St., 262-6000. This well-known department store carries the most fashionable clothing for men, women, juniors and children, plus housewares, cosmetics and jewelry - all of the finest quality. Open Mon. and Wed., 10-9; Tues. and Thurs.-Sat., 10-7; Sun., noon -6.

**PRUDENTIAL CENTER**-800 Boylston St., 236-3302. This indoor shopping plaza in the Back Bay houses two major department stores, over twenty gift and specialty stores, as well as a dozen lounges, restaurants and food shops. Store hours vary.

**ROCHESTER BIG & TALL**-399 Boylston St., 247-2727. As the premier fashion clothier for the big and tall man, Rochester Big & Tall offers everything from suits to sportswear, tuxedos to shoes, in sizes 46 regular to 60 extra long. Designers include Perry Ellis, Canali, Lubiam, Adolfo, Pierre Cardin, Gant and Levi's, Shoes by Cole-Haan, Bally and Nike. Open Mon.-Sat., 10-6; and Sun., noon-5.

**SAKS FIFTH AVENUE**-Prudential Center, 262-8500. Saks Fifth Avenue-Boston is one of 48 Saks stores across the United States. In addition to the best of American and European designs for women, Saks also has the finest collection of children's clothing, a total Men's Shop and an elegant gift gallery. Open Mon., Tues., Thurs.-Sat., 10-7; Wed., 10-9; Sun., noon-5.

## Copley Place

*This ritzy indoor shopping arcade houses over 100 of Boston's more prestigious shops, as well as one of the country's favorite department stores, Neiman Marcus, several excellent restaurants and eateries, and even a movie cinema. Listed are stores in and around Copley Place, located at 100 Huntington Avenue.*

**BALLY OF SWITZERLAND**-Copley Place, 437-1910. Men's and women's shoes, luggage, handbags, personal accessories, and leather apparel, with a worldwide reputation for expert handcrafting and the finest materials. Open Mon.-Sat., 10-7; Sun., 12-5.

**NEIMAN MARCUS**-Copley Place, 536-3660. Texas flash, quality merchandise and high fashion is what is in store at this favorite shopping destination where you'll find brand name clothing, shoes, accessories and more for everyone. Open Mon.-Sat., 10-7, Sun., 12-5.

**NORTH BEACH**-Copley Place, 267-7449. Innovative designs and fine leather and suede fashions are in store at North Shore, a company with the reputation of being a distictive statement on the American style scene. Items available include leather bomber jackets, dresses, suede jackets, cycle pants and complete lines of swimwear. Open Mon.-Sat., 10-7, Sun., noon-5.

**TIFFANY & CO.**-Copley Place, 353-0222. Tiffany and Company has over a 150-year history of providing the finest jewelry, silver, china, crystal, and timepieces to discriminating shoppers. Their specialty is their commitment to quality and tradition. Open Mon.-Sat., 10-5:30.

**TRAVEL DAYS BOOKSHOP**-Copley Place, 247-2291. If you want to read up on a future destination or relive memories from a past trip, this is the place to go. Travel Days has books from every locale imaginable, and a host of maps, videos and foreign language dictionaries, too. Lots of picture books, maps and information on Boston are also available. Open Mon.-Thurs., 10-9; Fri.-Sat., 10-10; Sun., noon-6.

## Downtown Crossing

*The hub of Boston shopping is the pedestrian zone known as Downtown Crossing, the heart of which is at Washington and Winter Streets, where you'll find brick-paved streets, pushcarts selling souvenirs and unique jewelry, the world famous Filene's Basement and Jordan Marsh next door. Following is a list of stores in and around the Downtown Crossing area.*

**FANEUIL HALL HERITAGE SHOP**- 278 Washington St., 723-1770. A visit to New England calls for a stop at Boston's oldest and finest pewter shop, located between the Old State House and the Old South Meeting House. Specializing in pewter, pewter sculptures, scrimshaw, hand-



**HEROIC**
**MAJESTIC**
**POWERFUL**

For men such as you, there is Rochester Big & Tall. Suits, Sportswear, Activewear and Shoes, in sizes you've sought for years. Perry Ellis. Canali. Lubiam. Mondo. Tallia. Bill Robinson. Gleves & Hawkes. Boston Traders. Bally. New Balance. Finally, a store that fits!

# ROCHESTER
# BIG & TALL

399 BOYLSTON, between Arlington & Berkeley

**(617) 247-2727**

BOSTON • CHICAGO • NEW YORK
SAN FRANCISCO • BEVERLY HILLS
For a catalog or store location call 800-282-8200

29

MADTBB03316445



**ART DECO**

**ANTIQUERS · III**
**20TH CENTURY DECORATIVE ARTS**

ART
GLASS

ART
POTTERY

FINE ART

FURNITURE &
ACCESSORIES

171A Harvard Street
Brookline, MA 02146
(617) 738-5555



*Est 1870*

**L.J. PERETTI CO., INC.**
Tobacconists
• Blends of Fine Tobacco •
• Pipe Makers •
• International Selection of Choice Cigars •
2½ Park Square, Boston, MA 02116
482-0218
Across the Street from the Four Seasons Hotel



**One Hour Photo**
Free pick up & delivery to
most hotels in Boston.

**Laser Craze, 33 West
St., Boston. 338-9820**

---

crafted decoys, copper weathervanes and estate jewelry. Corporate accounts invited. Open: Daily, 9-7.

**FILENE'S BASEMENT**-426 Washington Street, in Downtown Crossing, 542-2011. Directly below Filene's Department Store is this world-famous bargain basement, featuring overstocks, closeouts and clearances from some of the country's most prestigious stores. The automatic markdown pricing means the prices become lower the longer the merchandise goes unsold. Open: Mon.-Sat., 9:30-7, Sun., noon-6, with early openings on special sale days.

**FILENE'S**-426 Washington St., in Downtown Crossing, 357-2100. This renowned up-scale, full-service department store offers high quality men's, women's and children's clothing and accessories, housewares, jewelery and cosmetics. Open: Mon.-Sat., 9:30-7, Sun., noon-6.

**H SQUARE JEWELRY**-339 Washington St., 523-8727. One of the area's largest selections of fine quality jewelry, conveniently located near Downtown Crossing. A goldsmith is on the premises and repairs are done while you wait at this family-owned and operated business. Open Mon.-Sat., 10-6:30, Sun., 12-5.

**JORDAN MARSH CO.**-450 Washington St., Downtown Crossing, 357-3000. New England's largest department store, which is over 138 years old. An impressive selection of European and U.S. designer fashions, home furnishings and unique gifts will be found. Browse the six floors of their Boston store. Open Mon.-Sat., 8:30-7, Sun., noon-6.

**JOSEPH GANN JEWELERS**-387 Washington St., 426-9027. Joseph Gann has everything from china and crystal to diamonds and watches - all at greatly reduced prices. Open Mon.-Sat., 9-6.

**LASER CRAZE**-33 West St., 338-9820. This full-service video store specializes in laser discs, VHS and 8mm cassettes. Also offered is a one-hour photo service, using Agfa 4"X6" paper. Free pick up and delivery to and from hotels. Open Mon.-Thurs., 10-7; Fri., 10-8; Sat., 11-7; and Sun., 11-6.

**STODDARD'S**-50 Temple Place, 426-4187 (also at Copley Place, 536-8688 and Chestnut Hill, 244-4187). Visit this oldest cutlery store in the U.S., established in the 1800's, offering a large selection of pocket and hunting knives, kitchen knives, scissors, visual aids and magnifiers, and many unusual items from the world over. Open Mon.-Sat., 9-5:30. Copley Place store open Mon.-Sat., 10-7; Sun., 12-5. Chestnut Hill store open Mon.-Fri., 10-9:30; Sat., 10-6; Sun., 12-5.

## F aneuil Hall Marketplace

The largest tourist attraction in Boston, offers shopping, dining and entertainment options to visitors and Bostonians alike. Make your first stop the Faneuil Hall Information Booth, located at the South Canopy next to Cityside Restaurant, 523-3886. Here you'll find maps of the Marketplace, maps of the city in five different languages, the video "Boston Is," posters, shopping bags and Old Town Trolley tickets. They will also validate parking for the 75 State Street parking garage.

**CELTIC WEAVERS**-Street level, North Market Building, 720-0750. Some of Ireland's top designers are represented in this classic store. They have become famous for their large range of imported caps, capes, kilts, shawls and ties, with an enormous selection of handknit fisherman sweaters. Reliable world wide shipping available. Open Mon.-Sat., 10-9, Sun., noon-6.

**CHEERS STUFF**-Second floor, South Market Building, 742-9894. Second location in Copley Place. Officially licensed "Cheers" products ranging from casual sportswear of every size and shape to assorted giftware, including pub glassware and accessories, are featured at this conveniently located store. Currently available items include rugby-style sweatshirts, sweaters, golf shirts, jackets, fashion T-shirts, hats, coffee and beer mugs, shot glasses, pens, ashtrays and more. Open Mon.-Sat., 10-9, and Sun., noon-6.

**CHRISTMAS DOVE**- South Market Building, 523-2173. This Christmas and gift shop features Byers' Choice, Ltd., Carolers, Department 56 villages and Annalee Mobilitee

---



**Creative American
Cuisine...With a
Supporting Cast
of Stars!**

**THE
BAY TOWER
ROOM**
— 33 Floors Above Faneuil Hall Marketplace —
60 STATE STREET • BOSTON • (617) 723-1666



310 Congress Street
Boston, MA 02210
Tel: 350-6001

= **LIGHTSHIPS** =
Boston's only Floating Restaurant
Featuring
**FRESH SEAFOOD & PRIME RIB**
Best View of Boston Skyline
Outside Deck Dining
Full 12 Item Childrens Menu $ 1.95
Sunday Brunch
T.V. Satellite Dish
Function Room
Wedding Receptions
Boat Dockage
Tea Party Stop on Old Town Trolly
Located between the Tea Party Museum
and The Childrens Museum
Five minute walk from Faneuil Hall
*LIGHTSHIPS*
310 Congress Street
Boston, MA 02210

---

MADTBB03316446



# Faneuil Hall Heritage Shop

**Handblown Cranberry Glass**

**Specializing in unique gifts with a flair for New England craftsmanship**

Located on the Freedom Trail!

278 Washington Street
Boston, MA 02108
(617) 723-1770 and 723-1776



THE ACCENT IS ON ELEGANCE

236 Clarendon Street
Boston, MA 02116
266-2504

*Darée*

Dolls. Discover their sleeping Santa, German nutcrackers, thousands of ornaments from around the world. Open Mon.-Sat., 10-9; Sun., noon-6.

**CITY ZOO**-7 North Market Building, 720-0456. Don't be alarmed by sounds of roaring lions or screaming cheetahs - you've just entered City Zoo, the Faneuil Hall shop that sells animal everythings. See their collection of primitive animal carvings, metal sculpture, papier-mache, baskets and jewelry. There's also a special selection of books, videos and educational games and toys that encourages children and adults to get involved with the environment. A portion of City Zoo's proceeds are donated to environmental organizations. Open Mon.-Sat., 10-9; Sun., 11-6.

**RAND MCNALLY MAP AND TRAVEL STORE**-84 State St., adjacent to Faneuil Hall Marketplace, 720-1125. If you're a frequent flier, armchair explorer or anywhere in between, this is the store for you. In the tradition and reputation of Rand McNally, this impressive store has a world of travel guides, foreign city and wall maps, travel videos, games and accessories, language tapes, and the largest selection of globes in New England. Open Mon.-Fri., 8-6; Sat., 10-5; Sun., noon-5.

**SIGNATURE & GROHE GLASS GALLERY**-24 North St., Dock Square, 227-4885, across from Faneuil Hall. The Signature Gallery contains American crafts representing over 650 Craftspeople, specializing in art glass and handcrafted jewelry. The Grohe Glass Gallery is a fine art glass gallery representing 25 internationally recognized artists. Open Mon.-Thurs., 10-9; Fri.-Sat., 10-10; Sun., noon-6.

# Newbury Street

*This ultra-trendy shopping street runs parallel to Boylston Street. It is a good place for people-watching, as the best-dressed Bostonians are seen here. A stroll down Newbury St. allows for art gallery viewing and some of the most unique shopping to be found.*

**ABBOUD, JOSEPH**-37 Newbury St., 266-4200. Surrounded by an atmosphere of classic decorating details with bold contemporary architectural strokes, you will find a complete collection of men's and women's clothing and accessories. The men's selection offers exciting Euro-American couture clothing, furnishings luxurious leathers and hand-woven sweaters, while the women's collection is filled with elegant eveningwear, casual and sophisticated sportswear, and exquisite scarves and jewelry. Special collectibles include fabric-covered picture frames, jewel boxes and potpourri sachets. And with the in-house tailor, perfect fits are assured. Open Mon.-Sat., 10-6; Wed., 10-8.

**ALMA MATER**-201 Newbury St., 266-0909. Certainly one of the most unusual stores in town. College imprinted T-shirts, sweatshirts, sportswear, boxer shorts, hats, bags, and more, representing over 300 colleges and universities, you're bound to find your alma mater or a unique gift for an adult or child. Featuring top brands like "Champion," "Starter," and "Gear." Alma Mater is now an authorized agent for Red Sox, Celtics and Bruins items, and specializes in "Boston" and "Cheers" T's and sweats. They also stock more varsity letterman jackets than any other place in the area. Open every day. Phone orders are welcome from home or away. When out of town, call (800) 457-9797.

**BEST OF SCOTLAND**-115 Newbury St., Suite 202, 536-3048. This friendly and cozy store is the place to go for the finest quality and largest selection of Scottish cashmere sweaters for women and men, available at mill prices. Their wholesale showroom is now open to the public. Open Mon.-Sat., 10-6; Sun., noon-5.

**CARTIER**-40 Newbury St., 262-3300. This internationally recognized jewelry boutique has found a home in Boston. Designed in the style of its Parisian mother company, this full line Cartier store carries a complete range of prestigious products such as pins, necklaces, watches, pens, leather goods, fragrances and tabletop items. Open Mon.-Sat., 10-5:30.

**DARÉE**-236 Clarendon St. on the corner of Newbury and Clarendon, 266-2504. This stylish shop specializes in fashions for the "over 40" woman, but women of all ages will find an interesting selection here as well. Their emphasis is



# Most of Boston is right here.

At Prudential Center, we have Saks Fifth Avenue and Lord & Taylor department stores. Numerous gift and specialty stores.

Plus, dining at over eight different restaurants and lounges, including Top of the Hub. And 50 stories up, the Prudential Skywalk, with the only 360° view of Boston.

In fact, we even have the Sheraton Boston Hotel & Towers. Because once you've seen most of Boston, you'll want to stay and see the rest.



**PRUDENTIAL
CENTER**
BOSTON

Owned by The Prudential Insurance Company of America and managed and leased by R.M. Bradley & Co.

MADTBB03316447

on excellent quality, lasting style and a conservative look in sizes 6-22. Also coats, hats, gowns, and lovely accessories. The sales staff is expert and considerate; the alteration department is excellent; and problem figures do not faze them. For overseas visitors, Spanish, Italian, French, Swedish and German are spoken here. Open Mon.-Sat., 9:30-5.

MCM - 4 Newbury St., 262-7276. Germany's famous luggage and leather goods maker. MCM, offers exciting product lines designed by Michael Cromer. From the new "Nature" leather handbags and signature MCM and Patricia collections to fragrances, scarves and accessories, everyone's needs are covered. MCM is a lasting creation that is truly becoming a collectible classic. Open Mon.-Sat., 10-6.

RODIER, PARIS - 144 Newbury St., 266-7080. This world-known exclusive shop offers women's clothing and accessories that stand apart as uniquely European. Fine wools, classic and novelty knits, silks and blends are all available in new and exciting colors and styles. Open Mon.-Sat., 10-6; Sun., noon-5.

TOWER RECORDS - 360 Newbury St., above the Auditorium T stop, 247-5900. This is the nationally known, multi-level music store where you'll find everything you could possibly want in records, tapes, compact discs, and now there's Tower Video on the first level where you can rent or purchase your favorite videos. Open Mon.-Sat., 9-midnight, Sun., noon-midnight.

## Theatre District

*The historical Theatre District area has a lot more to offer than just theatre, with some great shopping areas and stores throughout the area.*

L.J. PERETTI CO. - 2 1/2 Park Sq., at the corner of Boylston and Charles, 482-0218. Since 1870, Peretti's has been furnishing the smoking requisites for the most discriminating clientele. Should you demand a custom-blended pipe

tobacco or a selection of the world's finest cigars, the expert staff will assist you. Open Mon.-Fri., 8:30-9; Sat., 8:30-6.

LEGAL SEAFOODS WINE & SPIRITS - Statler Office Building, 20 Park Plaza, Boston, 426-5566 or the Lobster Emporium at Terminal C Logan Airport, 569-4622. The famous Legal Seafoods offers Boston visitors two ways to take home their live lobsters; at the Legal Seafoods located at Logan Airport or at the Legal Seafoods market in the Park Plaza, for delivery to your hotel. All lobsters are packed in specially chilled carry-on boxes for your trip home.

## Suburban Shopping

*There is plenty of shopping to do in the areas surrounding Boston, and whether you venture out of the inner city by T or by car, you're sure to find interesting shops and good bargains.*

ANTIQUERS III - 171A Harvard St., Brookline, 738-5555. Showing fine 20th century collectibles. Antiquers III has an extensive collection of bronzes, glass art by Lalique, Schneider, Daum and Gallé and Louis Icart etchings. They specialize in art Deco, so expect to find furniture, lighting and accessories. Located three miles from Boston. Open Mon.-Fri., 10-5; Sat., 11-5.

ATRIUM - 300 Boylston St., Rte. 9, Chestnut Hill, 527-1400. This luxurious shopping destination in Chestnut Hill is a delightful place to dine, browse and relax. Come and be pampered in over 45 unique and affordable shops and restaurants from around the world, including Henri Bendel, Abercrombie & Fitch, Black, Starr & Frost, Sfuzzi and the Forgotten Woman. Also available is a Personal Shopper, when your busy lifestyle makes it imperative to save time. Open Mon.-Fri., 10-9:30; Sat., 10-8; Sun, noon-6.

BURLINGTON MALL - 1 Burlington Mall, Burlington, exit 32B off Rte. 128, 272-8667. Described as the "Shopping Center of Choice" and center of fashion, innovation

and entertainment, the Burlington Mall has over 160 shops for men, women, children, home fashion, electronics, fine food and unique gifts. Home to department stores such as Filene's, Jordan Marsh, Lord & Taylor and Sears, and specialty shops like Banana Republic, DeJaiz, Eddie Bauer, Laura Ashley, and Williams-Sonoma. There's even a cinema complex. Open Mon.-Sat., 10-10; Sun., noon-6.

CHESTNUT HILL MALL - 199 Boylston St., 965-3037. This mall houses prestigious stores like Filene's, Bloomingdale's, and Polo Ralph Lauren, as well as several restaurants including Charlie's Eating and Drinking Saloon and Atlantic Seafood, both popular Boston eating spots. Open Mon.-Fri., 10-9:30, Sun., noon-6.

## Services

BEECHCRAFT EAST-HANSCOM - Hanscom Field, Bedford, 247-0010. This full service facility offers comprehensive, top-flight services for all corporate and general aviation needs. A convenient alternative to Logan, Hanscom is easily accessible to major highways and high-tech areas, just 22 miles from downtown Boston. Services offered include aircraft sales, full Beechcraft product lines, maintenance, extensive parts inventory, aircraft management and line services and conference facilities for corporate and private travelers. Open daily from 6 a.m.-11 p.m.

DOLLAR RENT A CAR - 569-5300. Four Boston locations at Logan Airport, Government Center, the Sheraton Hotel in Back Bay and on High Street in the Financial District. They offer quality rental service of top-line automobiles at reasonable prices.

SARNI CLEANERS - Citywide, 523-8584. Boston's oldest and largest chain of cleaners/launderers. Guaranteed same-day service at all Boston locations. Call for the location nearest you.



Options.

DJ's
FASHION CENTER FOR MEN

Lafayette Place
Methuen
North Shore

Dejaiz
The Young Man's Store
For The 90's

Burlington
North Dartmouth

## WHERE
### BOSTON'S

# SIGHTS AND ATTRACTIONS

*See Boston from an ocean view point,*

*explore a world of museums,*

*visit the sites and lives of America's past.*

## Trails

**BLACK HERITAGE TRAIL** - *Tours of the Black Heritage Trail can be arranged by calling the Boston African American National Historic Site at 742-5415. More information about the history and contributions of the blacks in Boston and Massachusetts is available by contacting the Museum of Afro-American History at 46 Joy St., 742-1854.*

**BOSTON WOMEN'S HERITAGE TRAIL** - *Honoring the women who have helped shape our country and our state over four centuries. Tours of the North End, Downtown, Downtown Crossing, Chinatown and Back Bay are included, and range from 1-2 miles with 6-12 stops each. Learn about dozens of interesting and important historical figures ranging in topic from mental health to politics to teaching, writing and philosophy. You'll even learn about Rose Kennedy and Mother Goose, two prominent, and very different, Boston natives. Maps are available at the tourist booth at Boston Common. 341-9054.*

**FREEDOM TRAIL** - *A red painted path from Boston Common to the Bunker Hill, The Freedom Trail begins at the Boston Common Information Center. (1-800-0200), National Park Service rangers offer free ninety-minute tours of the Freedom Trail, beginning at the National Park Service Visitor Center (617-242-5642) next to the Old State House, 15 State St., The Visitor Center is open seven days a week, 9 a.m.-5 p.m.*

**BOSTON COMMON**-423-4659. America's oldest public park (approximately 50 acres) was set aside in 1634 as a military "trayning" ground and common pasture land. The Common is popular for events, civil protests, neighborhood baseball games and various activities. Across Charles Street, bounded by Arlington, Boylston and Beacon Streets is the Public Garden, the nation's oldest botanical garden. The man-made lagoon, framed by lawns and gardens containing more than 750 trees and shrubs, is the seat of Boston's famous Swan Boats, which have taken passengers around the pond since 1877.

**THE STATE HOUSE**-Beacon Street, 727-3676. The "new" State House, designed by Charles Bulfinch and completed in 1798, features a 23-karat gilded dome, with an under layer of copper installed by Paul Revere. The building teems with historic facts. Free tours are offered weekdays, 10 a.m.-4 p.m. (year round), starting from Doric Hall. Located opposite the Boston Common near Park Street.

**PARK STREET CHURCH**-Park and Tremont Sts., 523-3383. Gunpowder was stored in the basement of this 1809 church during the War of 1812. William Lloyd Garrison gave his first anti-slavery address here in 1829. This also is where the hymn "America" was sung publicly for the first time in 1831. Open for church services Sun. at 10:30 a.m. and 6 p.m.

**GRANARY BURYING GROUND**-Tremont St., opposite Bromfield St. This two-acre, 17th century graveyard is the burial site of Paul Revere, Samuel Adams, John Hancock, the Boston Massacre victims and the woman believed to be the "Mother Goose." Open 8 a.m.-4 p.m.

**KING'S CHAPEL**- School and Tremont Sts., 227-2155. Boston's first Anglican Church (now it is Boston's first Unitarian Church) was founded in 1686. The present structure was built in 1754, following the taking of land from the adjacent burying ground. Buried in the graveyard are Gov. Winthrop, William Dawes, Mary Chilton, the first woman to step on Plymouth Rock, and Elizabeth Pain, the reputed model for Hester Prynne in Nathaniel Hawthorne's "The Scarlet Letter." Open Tues.-Sat. 10 a.m.-2 p.m Classical music recitals are held every Tues. at noon, and mid-week services are held every Wed. at 12:15 p.m.

**GLOBE CORNER BOOKSTORE**-School and Washington Sts., 523-6658. Formerly known as the Old Corner Bookstore, authors Emerson, Hawthorne, Holmes, Stowe and others who made Boston the "Athens of America" used to gather here 130 years ago. You can see some first editions of their books, as well as a variety of new editions, from Boston history to today's bestsellers. The Bookstore is now the largest dealer of travel books in the country, with volumes and maps on U.S. and abroad, open 9 a.m.-6 p.m.

**OLD SOUTH MEETING HOUSE**-Washington and Milk Sts., 482-6439. Built in 1729, Old South was a church and a major meeting house in the Colonial days. It was also the point from which the Boston Tea Party was launched. See the exhibit "In Prayer and Protest: Old South Meeting House Remembers," featuring a multi-media display, highlighting what the walls would have heard since Old South's founding. Open 9:30 a.m.-4:45 p.m. Admission: adults, $1.75; students and seniors, $1.25 and children, 6-16, $.50.

**OLD STATE HOUSE**-206 Washington St., 720-3291. Built in 1713, this was the home of the "royal offices" before the Revolution. A beautiful spiral staircase leads to a second floor museum of maritime, colonial and revolutionary memorabilia, including prints, ship models, war artifacts and more. Also just outside is where the Boston Massacre took place in 1770. A circle of paving stones marks the spot. Open Mon.-Fri., 10 a.m.-4 p.m., Sat. 9:30 a.m.-5:00 p.m., and Sun., 11 a.m.-5 p.m. Admission: adults, $1.25; seniors and students, $.75; children 6-16, $.50.

**FANEUIL HALL**-Originally built in 1742, as a gift from Peter Faneuil, the building was intended to serve as a place for town meetings and a public market. In 1772, Samuel Adams stood here and first suggested that Massachusetts and the other colonies unite against the hardening of British repression. In the year's to follow many famous Bostonian have pleaded their cases from the steps of Faneuil Hall. In 1805 it was enlarged by Charles Bulfinch. Today it still serves as meeting place and market, take a tour of the building and browse in the shops.

**PAUL REVERE HOUSE**-19 North Square, 523-1676. Built around 1680, this is the last standing Boston house of the 17th century. Patriot and silversmith Paul Revere bought it in 1770. Interpreters will tell you about his ride, plus many other interesting details. Open 9:30 a.m.-4:15 p.m. daily. Admission: adults, $2; seniors, $1.50; children, $.50.

**OLD NORTH CHURCH**-193 Salem St., 523-6676. Also known as Christ Church, it was from the steeple of this 1723



**THE ONLY TROLLEY THAT ALLOWS YOU TO RIDE THE COMPLETE TOUR MORE THAN ONCE!**

## BEANTOWN TROLLEYS

Tour the Freedom Trail, board the U.S.S. Constitution, visit Faneuil Hall Marketplace, Beacon Hill, and many other Historical Sites. See beautiful Boston for one low price. Professionally narrated 1½ hour tours.

**Ride all day, get on and off as many times as you want on the Red Trolleys.**

☆



## BOSTON'S LARGEST SIGHTSEEING COMPANY
### Established 1920

## TOURS DAILY TO:

○ Boston & Cambridge
○ Lexington & Concord
○ Plymouth & Outlet Shopping
○ Salem & Marblehead
○ Cape Cod & Provincetown
○ Newport Mansions
○ Fall Foliage Tours

**For Reservations & Information** contact your hotel concierge/bellman or call:

**236-2148**

## Brush Hill Tours
### 7 DAYS PER WEEK

You will ride in comfort on 1st class motorcoaches equipped with air conditioning & lavatories



# Improve your drive with a new set of woods.

There's a time and a place for everything. For foliage, the time is 1830. And the place is Old Sturbridge Village. Hurry, before the leaves leave. Open Daily. (508) 347-3362.

## OLD STURBRIDGE VILLAGE
### OSV

Mass Pike, Exit 9/I-84, Exit 2



# Our computer has huge spinning disks, 2 ft. keys and is 20 feet tall. So what are you afraid of?

Put your fears to rest and get ready to have some fun. This summer the big excitement is at The Computer Museum where a computer 50 times life size is waiting for you to come over and play.

## The Walk-Through Computer.
An exhibit that's larger than life.

### Come see the new exhibit "People and Computers"
The Computer Museum, 300 Congress Street, Boston, MA 617-423-6758.

church that two lanterns were hung on April 18, 1775, signaling to the patriots across the Charles River that the British were coming "by sea." Services are still given on Sundays, 9 a.m., 11 a.m. and 4 p.m. Open daily, 9 a.m.-5 p.m., and closing at dusk.

USS CONSTITUTION-Charlestown Navy Yard, 426-1812. The world's oldest commissioned warship is a 52-gun frigate that never lost a battle. She's called "Old Ironsides" because cannon balls bounced off her 20-inch thick oak sides. Navy sailors conduct free tours on board, 9:30 a.m.-3:50 p.m. daily, at the Charlestown Navy Yard, 242-5670. Each night at dusk, when the lowering of the colors takes place, the Constitution fires a single salutary cannon fire. Nearby is the USS Constitution Museum, 10 a.m.-4 p.m.

BUNKER HILL PAVILION-Next to "Old Ironsides," Charlestown, 241-7575. Learn all about the Battle of Bunker Hill in their multi-media show "Whites of Their Eyes." You will be surrounded by the sights and sounds of America's first full-scale battle. You will understand the agony of a costly British victory and the determination that form a new nation's battlefield bravery. All this is brought to you in-the-round with more than a thousand color slides and 22 life-size costumed figures.

BUNKER HILL MONUMENT-Monument Square, Charlestown, 242-5641. This 221-foot obelisk commemorates the 1775 Battle of Bunker Hill, the first battle in Boston. At the top of the 294 steps to the observatory, is a spectacular view of Boston and the harbor islands. Open daily 9 a.m.-4:30 p.m., exhibits open 9 a.m.-5 p.m.

## City Sights

BOSTON PUBLIC LIBRARY-Copley Square, 536-5400. The library offers art and architecture tours of its historic buildings in Copley Square by trained guides. The tour includes a look at the Research Library designed by Charles Follen McKim and opened in 1895. Artists seen on the tour include American sculptors Louis and Augustus Saint-Gaudens, French muralist Puvis de Chavannes and American painters John Singer Sargent and Edwin Austin Abbey. The General Library, designed by Philip Johnson, was opened in 1972. Tours are offered Mon., 2:30 p.m., Tues. and Wed., 6:30 p.m., and Thurs. and Sat., at 11 a.m.

SKYWALK-800 Boylston St., 236-3318. From the 50th floor of the Prudential Building, you will be able to look down on the best of Boston; the historic Back Bay, Boston Harbor and the Charles River. With a 360 degree view, on a clear day you can see all the way to New Hampshire and Vermont. There is also a gift shop on the deck. Open Mon.-Sat., 10 a.m.-10 p.m.; Sun., noon-10 p.m.

TRINITY CHURCH- Copley Square, 536-0944. Founded in 1733, the structure is considered the masterpiece of church architecture in the United States. Located opposite the John Hancock tower. The church is open 9 a.m.-6 p.m. Tours are given after the 11 a.m. service. Informal tours are given throughout the summer.

## Museums

THE CHILDREN'S MUSEUM-Museum Wharf, 300 Congress St., 426-8855 or 426-6500. Not just for children, this entertaining and stimulating museum features many regular exhibits, such as What if You Couldn't... designed to introduce families to what it would be like to live with disabilities; and Climbing the Wall, a new hands-on exhibit for children ages 9-15 that simulates rock climbing. For an additional small fee visitors can play City Mini Golf, Boston's only miniature golf course, through Sept. 2. Open every day except Mon., unless it's a school holiday or vacation, 10 a.m.-5 p.m.; Fri. until 9. Admission is $1 Fri. evenings from 5-9.

THE COMPUTER MUSEUM-Museum Wharf, 300 Congress St., 426-2800. The world's only computer museum reveals the impact of the computer age through state-of-the-art exhibits, films, vintage computers, hands-on image-processing centers, computer graphics and a computer animation theatre. There's even a huge walk-through computer, enabling visitors to see what the insides of a computer looks like. New to the museum is an exhibit called People

MADTBB03316450



# GRILL 23 & Bar

## BOSTON'S CLASSIC STEAK & SEAFOOD GRILL

We serve only prime aged
beef and the freshest
New England seafood

Dinner Sun-Thur      6:00-10:30
       Fri, Sat       6:00-11:00

**161 Berkeley Street
Boston, MA
(617) 542-2255**

---

# Experience Mass. hysteria.

The Salem Witch Museum will chill
you to the bone with its tales from
the past. The museum recounts true
events which took place in 1692,
during the famed witch trials.

Make it a part
of your New England
vacation!



## SALEM WITCH MUSEUM
### We're wicked good!

Washington Square
Salem, Massachusetts 01970
508-744-1692
Open year round.

Group rates available.
Translated into French,
German, Spanish,
Italian, Japanese.

and Computers: Milestones of a Revolution, which will explore how the computer revolution has touched our lives. Open Tues.-Sun., 10 a.m.-5 p.m. Closed Mon., unless it's a school holiday or vacation. For current events call the talking computer at 423-6758.

JOHN F. KENNEDY LIBRARY AND MUSEUM-Columbia Point, 929-4523. The nation's memorial to the 35th president shows a short film on his life with an excellent collection of exhibits that provide a tour of the life and times of JFK. The building is designed by I. M. Pei, offering a wonderful view of Boston Harbor and the city skyline. Open daily 9 a.m.-5 p.m. Located behind U Mass-Boston off Morrissey Blvd.

MUSEUM OF FINE ARTS-465 Huntington Ave., 267-9300. Containing nearly 200 galleries filled with Asian and Egyptian art, European paintings, photography, decorative arts and sculptures, the Museum has one of the largest collections in the world. Exhibits this month include The Age Of Sail: Ship Models and Marine Arts, featuring examples of ship models from the museum's vast collection; American Screen and Stencil Prints, a survey of artistic highlights in the use of screen prints from the late 1930's to 1970; and opening Aug. 10 is Interrogating Identity, which investigated the meanings of the term "Black Art." Call for more information about other exhibits. The Museum also offers regular concerts, films and lectures. The MFA is open Tues. & Thurs.-Sun., 10 a.m.-5 p.m., Wed., 10 a.m.-10 p.m. The West Wing open until 10 p.m. on Thurs. and Fri., and admission is free on Wed. from 4-6.

MUSEUM OF SCIENCE-Museum Park, Monsignor O'Brien Highway. 723-2500. This modern science museum features exhibits on everything from space exploration and microscopic views to anthropology, astronomy, and natural sciences. Running through the summer is an exclusive $35 million exhibit entitled "Gems," which will include priceless jewelry of Russian Czars, gigantic crystals from Paris, and pieces from the Smithsonian, American Museum of Natural History, MFA and the Harvard Mineralogical Museum. And opening Sept. 10 is "Two Of Every Sort," a showcase that examines the biology and anthropology of sex, gender and reproduction. Also see the Mugar Omni Theater, featuring 70 mm film, a dome screen 76 feet in diameter and a 27,000-watt, 84-speaker sound system. This month see the omnimax films, "Blue Planet" and "Ring of Fire". For film times and advanced tickets call 725-2500. At the Hayden Planetarium, watch a multimedia presentations "A Planet Called Home" or "Cosmoscope." Open Tues.-Sun., 9 a.m.-5 p.m.; Friday, 9 a.m.-9 p.m. The Omni Theater shows daily, from 9 a.m.-10 p.m. On the Green Line T, Science Park stop.

NEW ENGLAND AQUARIUM-Central Wharf, 973-5200. Colorful and educational exhibits of more than 2,000 aquatic creatures are the features of this special museum. Highlights include a four-story glass ocean tank (the largest of its kind) that houses a coral reef display plus an outstanding variety of sharks and sea turtles. The Aquarium is open Mon., Tues. and Fri., 9-6; Wed. and Thurs., 9-8; and weekends and holidays, 9 a.m.-7 p.m. And also this month, enjoy a cruise on the aquarium's brand new Voyager II Whale Watch boat. Weekdays at 10 a.m. (additional Thurs. sail at 4.); weekends and holidays 8:30 a.m. and 1:30 p.m. Call 973-5277 for Whale Watch prices and additional information.

SALEM WITCH MUSEUM-19 1/2 Washington Sq. North. Salem, 508-744-1692. The history of Salem Witch Trials of 1696 is recounted in this museum's multi-media displays, which include sound, special effects and 82 authentically costumed figures. Open daily, 10-5.

USS CONSTITUTION MUSEUM-Charlestown Navy Yard, 426-1812. History comes alive at this museum located only steps away from the world's oldest commissioned warship, The Constitution, nicknamed "Old Ironsides." Dedicated to preserving the historic vessel and America's maritime heritage. Open daily, 9-5.

## Harbor Tours/Whale Watching

BOSTON HARBOR CRUISES - 1 Long Wharf, 227-4321. Boston Harbor Cruises has had a tradition of quality cruises for over 60 years. Available are both public and private cruises revealing the city from a whole new light.

# The Best View Around Town

Look up The Skywalk on the 50th floor of Prudential Tower and you'll be able to look down on the best of Boston: the historic Back Bay, Fenway Park, Boston Harbor, sailboats on the Charles and all the way out to Logan Airport.

With a 360° view from more than 700 feet, it's the only place in town where you can see all around Boston and beyond. On a clear day, you can see all the way to New Hampshire and Vermont.

The Skywalk is easy to get to by MBTA, visitor trolleys or car. There's plenty of parking in the Prudential Center Garage. Plus some of Boston's best shopping at Saks Fifth Avenue, Lord & Taylor and nearby Copley Place.

It's also one of Boston's big bargains: $2.75 for adults, $1.75 for children aged 5-15 and senior citizens. The Skywalk is open from 10am-10pm Monday-Saturday, and 12 noon-10pm on Sunday. So look up The Skywalk. And see the best view around town.

## THE SKYWALK



# PRUDENTIAL CENTER BOSTON

Prudential Center is owned by
The Prudential Insurance Company of America and
managed and leased by R.M. Bradley & Co.

MADTBB03316451



## In a city raised on seafood, why have we risen to the top?

In Boston, seafood diners recognize Skipjack's as the experts at selecting, preparing, and serving the freshest delicacies from the sea. From traditional New England favorites to exotic Pacific varieties flown in daily, we are seafood at its finest hour. Treat yourselves to the seafood cuisine Bostonians call "tops."

Reservations accepted anytime. Take-out, catering, validated parking, both locations. (Boston, after 5PM)

199 Clarendon Street, Boston—536-3500
2 Brookline Place, Brookline–232-8887

**SKIPJACKS**

The Seafood Experts.



An Italian restaurant as lively as its food

**CAFFE Lampara**

Validated parking and private parties available

For reservations call 566-0300

For take out call 566-7929

916 Commonwealth Avenue, Boston

36

Learn about the Waterfront, the Harbor Islands, their beauty and variety. Call for information about their Constitution Cruise, Sunset Cruise, Sightseeing Cruise, Lunch Cruise and Outer Harbor/Georges Island Ferry.

**VOYAGER II**-New England Aquarium, Central Wharf, 973-5277. A brand new whale watching boat with all the latest in nautical equipment. Passengers enjoy and use much of the equipment as well as watching the whales. Please call for prices, schedules and other information.

## Sights Beyond Boston

**OLD STURBRIDGE VILLAGE**-Sturbridge, 508-347-3362. Life as it was 150 years ago in New England is accurately recreated in Old Sturbridge Village. Walk the wooded paths and watch men and women work at the daily chores from the years just before the Industrial Revolution. To get to Old Sturbridge Village, take the Mass. Pike west to Sturbridge and follow signs.

**PLIMOTH PLANTATION**-Rt. 3A, Warren Ave., Plymouth, 508-746-1622. Discover America's beginnings in this accurate portrayal of the Pilgrims' struggle for survival. Experience their faith, superstitions and courtesies. Also see the crafts of the "Mayflower" passengers. Exhibits include a 1627 Pilgrim Village, Woodland Indian Homesite, "Mayflower II," Museum Gallery, and Modern and 17th Century dining. Open daily from 9-5. Also see Plimoth Rock, site of the Mayflower landing, nearby.

## Tours and Transportation

**BEANTOWN TROLLEY**-236-2148. Brush Hill Freedom Trail Shuttle. Travel the Freedom Trail aboard reproductions of turn-of-the-century red trolley cars, the only trolley that allows you to ride all day, get on/off at the important landmarks, visit at your own pace and rejoin the narrated trolley at any time. The complete tour lasts 90 minutes, stopping at major hotels, Faneuil Hall Marketplace and Copley Square. Cost for the tour is $14 for adults, $5 for children. Running 9-5. (Last tour is at 4 p.m.)

**BRUSH HILL TOURS**-986-6100 for group tours or 236-2148 for individual reservations. See Boston while riding a luxury bus around the city. Trips include the Freedom Trail, Beacon Hill, Faneuil Hall Marketplace and downtown Boston, $21. Other tours are offered to Cambridge, Lexington and Concord, Salem, Plymouth, and R.I. Mansions. Prices range from $21-38.

**CAREY LIMOUSINE OF BOSTON/A&A RENTING INC.**-623-8700. For over 65-years the Willwerth family has provided dependable, efficient and professional livery service to Boston. Chauffeured limousines, sedan, vans and wagons available on short notice. This is the Boston franchise of Carey Limousine, offering service in 300 U.S. cities and 60 countries world wide.

**DOUBLEDECKER TOURS** - 426-8805. Explore the entire Freedom Trail, a route of the city's historical and cultural points of interest, aboard an open air, open top British doubledecker bus, where you will feel the sun, a breeze, and achieve an unparalleled view of the city. Board and re-board our 90 minute narrated tour for free all day long at 14 convenient stops. To help you remember your tour, we offer 35mm color film, and your doubledecker ticket affords you a 30% discount on any Gray Line Tour of the rest of New England. Tours pick up at most major downtown hotels. Daily 7 a.m.-4 p.m.

**OLD TOWN TROLLEY**-269-7010 or 269-7150. Ride the orange and green replicas of the early street trolley cars while touring the city's neighborhoods. The 1 1/2 hour, narrated tour travels by more than 100 interesting sites, including those on Beacon Hill, Faneuil Hall Marketplace, the Waterfront, Charlestown, and many Freedom Trail sites. There are 11 locations to get on, including Boylston and Charles Sts. and the New England Aquarium. Tickets and information are available at the Boston Common Visitor Information Booth and Faneuil Hall Marketplace information booth. Also enjoy the Old Town Trolley Tour in Cambridge leaving from Harvard Square at the Out of Town News Stand every hour on the hour. Cost is $14. Tours begin at 9 a.m. daily, with the last tour at dusk.

MADTBB03316452

# WHERE

## BOSTON'S

# DINING
# AND NIGHTLIFE

*Seat yourself at an outdoor café,*

*or splurge with a meal fit for royalty,*

*and then dance all night to the sounds of the city!*

Price ranges are approximate and include average lunch and dinner main entree prices. Prices and hours are subject to change without notice.

The following dress ratings have been established for your reference, but please call for specifics:

Casual - Come-as-you-are, shorts, jeans, sneakers, sandals.

Informal - Less casual but not too dressy, business attire or long pants and shirt preferred, but jacket and tie not necessary.

Formal - Jacket and tie requested or required.

The major credit cards accepted at the establishments below are indicated in each listing by the following symbols:

AE - American Express
CB - Carte Blanche
DIS - Discover
DC - Diners Club
MC - MasterCard
V - Visa

## American

**29 NEWBURY**-29 Newbury St., 536-0290. Informal. Price range: $8-16. Popular, stylish-but-casual Boston eatery for creative, contemporary cooking. Specialties: Tortelloni of Lobster, Chive and Ricotta served in a Mornay Sauce, a delicious Seafood Stew, Mongolian Lamb Chops marinated in Mint and Hoisin Sauce, and Braised Veal Shanks served with White Bean Raviolis. Lunch: Mon.-Sat., 11:30-3. Sunday Brunch: 12-4. Dinner: Tues.-Sat., 5:30-11; Sun.-Mon., 5:30-10. (Credit cards: AE, MC, V)

**BACK BAY BISTRO**-565 Boylston St., Copley Square, 536-4477. Informal. Price range: $4-16. Strictly casual, this authentic bistro boasts a high-ceiling dining room, an airy and informal atmosphere, and seasonal menus with imaginative daily specials. Specialties: Fresh seafood, lobster, steaks, home-made pasta , salads and sandwiches, and baked-on-the-premise desserts. Lunch: Mon.-Fri., 11:30-2:30; Sat., noon-3. Dinner: Mon.-Thurs., 5:30-10:30; Fri. & Sat., 5:30-11; Sun., 5-10. (Credit cards: AE, CB, DC, MC, V)

**BAY TOWER ROOM**-60 State St., 723-1666. Formal. Price range: $18-28. This terraced dining room 300 feet above downtown Boston offers one of the most spectacular views in the city with your dinner. Specialties: Creative American and New England seafood dishes from a seasonally changing menu. Custom House Lounge is open for cocktails at 4:30, Mon.-Sat., with live jazz entertainment. Dinner: Mon.-Thurs., 5:30-10, Fri.-Sat., 5:30-11. (All major credit cards accepted.)

**BOSTON SAIL LOFT CAFE AND BAR**-80 Atlantic Ave., 227-7280, and One Memorial Drive in Cambridge, 225-2222. Casual. Price Range: $6-12. Set right on the water, bright and airy atmosphere with calming views of the waterfront. Specialties: hand-cut calamari rings, broiled scrod, twin lobster specials, burgers and salads. Full bar open to 2 a.m. daily. Hours at Atlantic Ave. location: Mon.-Tues., 11:30-11; Wed.-Sat., 11:30-11; Sun. brunch, noon-3. In Cambridge: Sun.-Tues., 11:30-10 p.m., Wed.-Sat., 11:30-11, drinks 'til 1 (Credit cards: AE, MC, V)

**BULL & FINCH PUB ("CHEERS")**-84 Beacon St., 227-9605. Casual. Price range: $6-13. This famous pub is the inspiration for the television series "Cheers." Specialties: great burgers, sandwiches, and the like. Minors must be accompanied by adults. Dancing Thurs., Fri., and Sat. nights. There's also a souvenir stand where you can do all your gift shopping. Hours: daily, 11 a.m.-1:15 a.m. (Credit cards: AE, MC, V)

**CLADDAGH**-335 Columbus Ave., 262-9874. Casual. Price range: $6-14. Irish family restaurant with dark decor and cheery atmosphere. Specials: Both American and Irish favorites, like broiled seafood casserole, fish and chips, New York sirloin and hefty sandwiches featuring "Mother" Sweeny's home-cured corned beef. Voted "Best Chowder in Boston 1987." All-you-can-eat Sunday buffet brunch. Hours: 11:30-1 a.m. daily, Sun. brunch 11-3 p.m. (Credit cards: AE, MC, V)

**COLORADO PUBLIC LIBRARY** - 10 Brookline Place West, Brookline, 734-6772. Casual. Price range: $11.50-19.95. A charming and comfortable atmosphere with dim lighting, soft music and book-line walls highlight this unique restaurant just outside of the city. Specialties: A large selection of prepared steaks and poultry; grilled seafoods; and creative combination entrees. On the Green Line T; garage and validated parking available. Dinner: Mon.-Thurs., 4:30-10; Fri.-Sat., 4:30-11; Sun., 4-9. (Credit cards: AE, DC, MC, V)

**CRICKET'S**-101 South Market Building, Faneuil Hall Marketplace, 720-5570. Informal. Price range: $5-15. Handsome dining room of exposed brick, Art Deco and earth tone accents. Palm Court with a view of the Marketplace and live music nightly. Specials: Cape Cod shellfish stew. Breast of Chicken Oskar, fresh seafood and creative American cuisine. Lunch: Mon.-Sat., 11-4. Dinner: Mon.-Thurs., 5-10, Fri.-Sat. 5-11; Sun. brunch: 10-4. (Credit cards: AE, CB, DC, MC, V)

**HAMERSLEY'S BISTRO**-578 Tremont St., 267-6068. Informal. Price range: $15-23. This chic eatery on stretching Tremont Street is perfect for lighter fare as well as hearty dinners. The menu, featuring the finest in French country bistro, changes six times a year. Specialties: Grilled Mushroom and Garlic sandwich; Roast Chicken with Garlic, Lemon and Parsley; Duck Confit; and Lemon Soufléed Custard. Valet parking available, handicap access, and reservations accepted. Hours: Mon.-Sat., 6-10; Sun., 6-9. (Credit cards: DIS, MC, V)

**HARD ROCK CAFE**-131 Clarendon St., 424-7625. Casual. Price range: $5-12. The famous Hard Rock Cafe, known the world over for its Rock 'n' Roll hall of fame, came to Boston for the first time last summer. If you've never been to a Hard Rock, visit this one, and if you have,



# Boston's
# Oldest
# Restaurant

## On The
## Freedom Trail
## In The Historic
## Quincy Market
## Area Since 1826

### Specializing In
Freshly Shucked Oysters,
Yankee Style Seafood,
Lobster, Shore Dinners
& Char-Broiled Steaks

## ye olde
# UNION
# OYSTER
# HOUSE
### est. 1826

**OPEN**
**Sunday-Thursday 11 am - 9:30 pm**
**Friday & Saturday 11 am - 10 pm**

*41 Union St.*   227-2750

MADTBB03316453



*Serving dinner from 5 p.m.
Tuesday-Sunday*

**RISTORANTE
216 Hanover Street
Boston, MA 02113
617·227·5550**



**LOBSTER**

Catch our live-boiled lobster special. A house specialty served with steamed clams and mussels. And your choice of two side orders: tossed salad, baked potato, french fries, cole slaw and vegetable of the day.

Of course, lobster isn't the only thing special at the Dolphin. Visit us for lunch or dinner and enjoy the finest seafood in all New England. Handpicked early each morning, of course. Mouthwatering swordfish, sole, haddock, shrimp and scrod prepared in a simple but elegant style that will have you hooked.

**dolphin**
seafood restaurant

1105 Mass. Ave. (before Harvard Sq.)
Open 7 days a week 11 am - 10 pm
661-2937   354-9332

add to your collection of Hard Rock memorabilia at their souvenir stand. Specialties: American burgers, fries, sandwiches, and the like. Hours: daily, 11 a.m.-2 a.m. (Credit cards: AE, DC, MC, V)

**LOCKE-OBER**-34 Winter Pl., 542-1340. Formal. Price range: $17-39, à la carte. A one-time Brahmin club established in 1875, this restaurant is among the elite in Boston dining circles and is known to have been one of late President Kennedy's favorite frequenting spots. Specialties: Chateaubriand, rack of lamb, a variety of New England seafood dishes. Lunch: daily, 11:30-2:30. Dinner: Mon.-Th., 5:30-10. Sat., 5:30-10:30. Sun., 5-10. (Credit cards: AE, CB, DC, MC, V)

**SPIRIT OF BOSTON**-Rowes Wharf, 569-4449. Informal. Price range: $24-26 for lunch cruises, $35-39 for dinner cruises. Enjoy a unique blend of dining, entertainment and sightseeing aboard this luxury cruise ship that tours Boston's inner harbor. Cruises feature live bands and a "Salute to Broadway" with singing waiters and waitresses. Specialties: a New England clambake lunch featuring lobster, barbecued chicken, clams, corn-on-the-cob and potatoes. Choice of seafood, beef, or chicken dishes for dinner. Lunch: daily, noon-2. Dinner: nightly, 7-10. (Credit cards: AE, MC, V)

**SPORTS DEPOT**-353 Cambridge St., Allston, 783-2300. Casual. Price range: $3.50-14.95. Voted Boston's Best Sports Theme Restaurant, Sports Depot features two satellite dishes and 34 televisions to broadcast all sporting events. Specialties: Native seafood, prime rib, burgers and nachos. Handicap access. Lunch: 11:30-3. Dinner: 3-12:30. Sunday Brunch: 11-3. (Credit cards: AE, MC, V)

**UPSTAIRS AT THE PUDDING**-10 Holyoke St., Cambridge, 864-1933. Informal. Price range: $14-26. Century-old theatre posters, alligators bagged by Teddy Roosevelt and well-worn hand rails lead up to this splendid restaurant located in Harvard Square. Specialties: Smoke Pheasant Salad, Atlantic Salmon with Watercress Aioli, Grilled Quail, sea Bass and Squab. Open for dinner Mon.-Sat., 6-9:30.

# Asian

**79 RESTAURANT**-640-644 Washington St., 451-9772. Informal. Price range: $3.95-14.95. Over 300 Vietnamese and Chinese dishes are served at the 79 Restaurant, which has classic colonial decor and an extremely relaxing atmosphere. Specialties: a seven course beef dinner for $19.95. Handicapped access available. Hours: Mon.-Thurs. and Sun., 9 a.m.-10 p.m.; Fri. and Sat., 9 a.m.-11 p.m. (Credit cards: MC, V)

**CHAU CHOW** -52 Beach St., 426-6266. Casual. Price range: $2.50-19. Asian cuisine and seafood lovers will truly enjoy this oriental eatery located in the heart of bustling Chinatown. Perfect for late night dining. Specialties: House Special Flounder, Fried Salted Squid, Clams with Black Bean Sauce, Crispy Fried Bean Curd, and Lobster with Ginger Scallion. Hours: Sun.-Thurs., 10-2 a.m.; Fri.-Sat., 10-4 a.m.

**JOYCE CHEN**-115 Stuart St. in Boston, 720-1331, and 390 Rindge Ave., Cambridge, 492-7373. Casual. Price range: $7-17. Sample authentic Chinese cuisine at our world famous restaurant created by TV personality Joyce Chen, maker of fine cookware and Chinese cooking sauces. Specialties: Soft shell crab with scallion and ginger, Chinese popcorn shrimp, and Szechuan Peppercorn Pork. No added MSG. Hours-Boston: Lunch,11:45-2. Dinner, Sun.-Thurs. 'til 10; Fri.-Sat., 'til midnight. Cambridge: Lunch 12-2. Dinner, Sun.-Thurs. 'til 10:30; Fri.-Sat., 'til 11:30 p.m. (Credit cards: AE, MC, V)

**KOWLOON**-Copley Place, Boston, 247-8877, 247-8875. Casual. Price range: $2.50-20. Feast on Oriental delights in a colorful, contemporary, upscale setting. Specialties: Dragon and Phoenix, Orange Beef, Eddie Andelman Lo Mein, Seafood Exotic Fantasy, Aromatic Crispy Shrimp and Kowloon Lung Har Guy Poo Lo Mein. Fine dining after 4 p.m. Lunch: Mon.-Sat., 11-4; Sun., 11:30-4. Dinner: Mon.-Fri., 4-10; Sat. & Sun., 4-10:30. (All major credit cards accepted)

**KYOTO SUSHI** - 201 Stuart St., 542-1168. Informal. Price range: $4.50-19. This is the place to go when looking



**La Groceria**
RISTORANTE ITALIANO

853 Main Street
Cambridge, Mass., 02139
(617) 876-4162

**Freshly prepared
Northern Italian cuisine in
the most charming atmosphere**

"Voted one of Boston's
most popular restaurants"
-Boston Globe Reader Poll

"Voted Best of Boston"
-Boston Magazine

"Best Potato Skins"
-Calendar Magazine

"The prices are reasonable,
the food is reliable, and the
surroundings are pleasant."
-Boston Globe

"Boston Sail Loft-The Taste is
Worth the Trip"
-Northeastern News

"Makes Me Feel Good to
Spend my Money Here"
-Our Loan Officer



**BOSTON
SAIL LOFT**
*Cafe & Bar*

ONE MEMORIAL DRIVE • CAMBRIDGE
225-2222
80 ATLANTIC AVENUE • BOSTON
227-7280

MADTBB03316454

for fresh sushi in an authentic Japanese-style bar. Special-
ties: a wide selection of sushi and tempura dishes, Japanese
pastas and Donburi, and numerous special combination
dishes. Beef and chicken entrees also available. Lunch:
Mon.-Fri., 11:30-2. Dinner: Mon.-Thurs., 5-10; Fri., 5-11;
Sat., 4-11; Sun., 4-9. (All major Credit Cards accepted.)

**ROYAL EAST**·782 Main St., Cambridge, 661-1660. In-
formal. Price range: $6-13. Contemporary decor accented
by Oriental screens, prints and calligraphy. Specialties:
gourmet Mandarin and Szechuan fare, with over 120 choices
of seafood, beef and poultry, braised duck, tangerine-flavor
crispy spiced beef, hot-spiced pork and an excellent hot and
sour wonton soup appetizer. Lunch: Mon.-Fri., 11:30-3.
Dinner: Mon.-Thurs., 11:30-10, Fri.-Sat., 11:30-11. (Credit
cards: AE, DC, MC, V)

**SALLY LING'S**·256 Commercial St., 720-1188; 575
Memorial Dr., atop the Cambridge Hyatt Regency,
Cambridge, 868-1818. Formal at Hyatt Regency, casual at
Commercial St. Price range:$7.50-29.95. These gourmet
Chinese restaurants play host to many regulars. Not only are
the prepared dishes unique, they are a work of art. Special-
ties: seafood entrees heavily accented with a Chinese style
and lobsters prepared 10 different ways.Lunch: Mon.-Fri.,
12-3. Dinner: Mon.-Thurs., 5:30-10, Fri.-Sat.,5:30-11. Cam-
bridge Hours: Daily 5:30-10. (Credit cards: AE, CB, DC,
MC, V)

# Diners and Delis

**B&D, THE DELI**·1653 Beacon St., Brookline, 232-3727.
Casual. Price range: $4-10. This fast-paced, neon-laced deli
only minutes from Boston is noted for serving up the best
hot pastrami and corned beef in town. Specialties: Corned
beef and eggs, cheese blintzes, knishes and smoked fish
platters including white fish, salmon and lox. Delivery and
catering are available. Hours: Sun.-Thurs., 7 a.m.-9:30
p.m., Fri.-Sat., 7 a.m.-10:30 p.m.

**BUZZY'S ROAST BEEF**· 327 Cambridge St., 523-4896.
Casual. Price range: $2-6. This tiny but famous take-out
shack in front of the Charles Street Jail is one of the busiest
eateries in Boston, famous for its good food and very late
hours. It's a Bostonian's last resort after a late night out once
the bars close down. You'll have to enjoy your snack in the
car, however, or sit at one of the picnic benches out front.
Specialties: Roast beef and ribs, of course, plus all kinds of
submarine sandwiches, fries, great frappes. Hours: 8 a.m.-
5 a.m., daily.

**DAD'S BEANTOWN DINER**·911 Boylston St., 296-
DADS. Casual. Price range: $4-12. Art Deco diner that will
make you think you just stepped back into the 50s, from the
movie stars on the wall to the music in the juke box, and it
turns into a popular nightspot after dark. Specialties: every-
thing an authentic diner should serve, from breakfast to
burgers. Hours: Mon.-Fri., 11-2, Wed.-Sat., 10-2 a.m. (Credit
cards: AE, MC, V)

# French

**BRASSERIE LES HALLES**· 301 Faneuil Hall Market-
place, Second Floor, North Market Building, 227-1272.
Informal. Price range: $10-20. Classic French restaurant
overlooking Faneuil Hall Marketplace. Specialties: such
delicacies as roasted wild mushrooms with herbs, red pep-
per vinaigrette and flaked Parmesan; roulades of fresh
salmon filet, and escalloped duck breast with duck sausage
and wild mushrooms. Lunch: Mon.-Fri., 11:30-3:30. Din-
ner: Mon.-Thurs., 5:30-11, Fri.-Sat., 5:30-midnight. (Credit
cards: AE,DC, MC, V)

**MAISON ROBERT**· 45 School St., 227-3370. Formal.
Price range: $10-35. Elegance and fine classic French
cuisine in the Old City Hall Building. Bonhomme Richard
is the upstairs, formal dining room. Specialties: grilled
smoked shrimp with tomato and basil, lobster poached in
sauterne and rack of lamb. The livelier, more casual Ben's
Café is downstairs with a garden terrace open through the
summer. "Prix fixe" à la carte menu at $14 or 20 per person.
Lunch: Mon.-Fri., 11:30-2:30. Dinner: Mon.-Fri., 5:30-10,
Sat., 5:30-10:30. (Credit cards: AE,CB, DC, MC,V)



## We're not ashamed to admit...
## we look down on our competition

That's because with sixty four more viewing inches we (just) can't help it.
We're Doubledecker Tours, the only open-air (open-top), Doubledecker
Tour company in Boston. Because of our open-air second level, you feel
the sun, a breeze and achieve an unparalleled view of the city.

Seven days a week we offer a completely narrated ninety minute tour
of Boston's Freedom Trail, a route of the city's historical and cultural
points of interests.

Tickets may be purchased at any downtown hotel, at any of our ticket
booths or on the bus at any of our pick-up points. Our shuttle service
allows you to board and reboard, at no additional charge, all day at any
of our 14 convenient stops along the Freedom Trail.

And to remember your tour, we give you a free roll of 35mm color film.

Your Doubledecker ticket also gives you 20% off any Gray Line Tour
including half and full day trips to Salem, Plymouth, Cambridge, Lex-
ington and Concord, Maine and Cape Cod.

Our Doubledecker brochure, including schedule and sightseeing map is
available at all hotels or call 426-8805 for information.

## A Doubledecker Tour is the only
## way to truly see the sites.

    GRAY-LINE

# DOUBLEDECKER TOURS, INC.
### 581 Boylston Street, Suite 803 • Boston, MA 02116



# EUROPEAN
## Restaurant & Lounge
### Established 1917
**BOSTON'S OLDEST ITALIAN RESTAURANT**

Pizza
at its
Best

**ALL ITALIAN DISHES OUR SPECIALTY**
Cocktail Lounge   Take-out Service
**218 Hanover St., Boston**
**523-5694**



39



# 1990 Hall of Fame, Best Seafood Restaurant

— Boston Magazine

And it's because we serve the freshest, most imaginative, most delicious seafood in the world.



**BOSTON:**
Park Plaza
35 and 27 Columbus Ave.

**BOSTON:**
Copley Place
100 Huntington Ave.

**CAMBRIDGE:**
Kendall Sq.
5 Cambridge Ctr.

**CHESTNUT HILL:**
(Shopping Ctr.)
43 Boylston St., Rear

**BURLINGTON:**
Mall
Middlesex Tpke.

**NATICK:**
Route 9
Opp. Shoppers' World

**WORCESTER:**
One Exchange Pl.
Opp. The Centrum

40

## Grills

**A STEAK IN THE NEIGHBORHOOD-** 39 Dalton St., Sheraton Boston Hotel. 236-2000. Casual. $5-12. Brand new hang-out spot with a pool table, live DJ, and TVs, plus two turquoise-topped bars glowing under neon lighting. Specialties: Hearty American cuisine like great burgers and snack foods, steaks, poultry and seafood, plus a large selection of draft beer. Open daily. Lunch: 11:30-5. Dinner: 5-10. Bar Menu: 10-1. (All major credit cards accepted.)

**DAKOTA'S-** 34 Summer St., in the 101 Arch St. building across from Jordan Marsh, 737-1777. Informal. Price range: $6.95-24. The decor of this fine New American grill is simply beautiful, combining mahogany, brass, marble and beveled glass; featuring various meats, poultry and seafood grilled over native woods. Specialties: marinated flank steak, five pepper chicken, grilled Atlantic salmon, and roasted brace of Quail. Lunch: Mon.-Fri., 11:30-3. Dinner: Mon.-Thurs., 5:30-10; Fri.-Sat., 5:30-10:30. Complimentary valet parking after 5. (Credit cards: AE, DC, MC, V)

**GRILL 23 & BAR-** 161 Berkeley St., at the corner of Stuart St., 542-2255. Formal. Price range: $10-25, à la carte. Set in the stately old Salada Tea Building, replete with marble columns and an ornately sculptured ceiling. Specials: serving only prime aged beef and the freshest New England seafood, fine wines from around the world. Dinner: Mon.-Thurs., 6-10:30; Fri.-Sat., 6-11; Sun., 6-10. (Credit cards: AE, CB, DC, MC, V)

**JOE'S AMERICAN BAR AND GRILL-** 279 Dartmouth St., on the corner of Newbury, 536-4200. Informal. Price range: $8-18. Mahogany and brass-lined eatery catering to a young but sophisticated crowd. Specialties: American cuisine with a variety of seafood and beef dishes, barbecued chicken and ribs, unique pasta preparations, plus fresh fish and daily specials. Hours: daily, 11:30-midnight. Free valet parking after 5. (Credit cards: AE, MC, V)

**KYOTO JAPANESE STEAK HOUSE-** 201 Stuart St., 542-1166. Informal. Price range: $10-18. As much a theatre production as a restaurant, as the chefs prepare your meal on the teppanyaki table you'll be amazed by the speed of the chef's slicing and dicing. Specialties: filet mignon, hibachi shrimp, monkfish, scallops, chicken and combinations, each meal comes with rice, soup, vegetable and tea. Lunch: Mon.-Fri., 11:30-2. Dinner: Mon.-Thurs., 5-10. Fri., 5-11, Sat., 4-11., Sun., 4-9. (Credit cards: AE, DC, CB, MC, V)

**MORTON'S OF CHICAGO-** One Exeter Plaza, 266-5858. Formal. Price range: $10-25. Down-home steakhouse for hearty appetites. Specialties: large portions of dry-aged prime beef, grilled midwestern style, and the famous and delicious Eli's Cheesecake, flown in daily from the windy city. Valet parking. Lunch: Mon.-Fri., 11:30-2:30. Dinner: Mon.-Sat., 5:30-11:30. Sun., 5-10. (Credit cards: AE, DC, MC, V)

## Hungarian

**CAFÉ BUDAPEST-** Copley Square Hotel, 266-1979; 734-3388. Formal. Price range: $16-33. Enjoy fine Hungarian cuisine in an elegant, Old World setting without leaving the country. Violinists and pianists perform nightly, adding to the romantic atmosphere. Specialties: Veal goulash, stuffed cabbage and sauerbraten - a marinated beef dish served with a sour ginger sauce. Lunch: Mon.-Sat., 12-3. Dinner: Mon.-Thurs., 5-10:30, Fri.-Sat., 5-midnight, Sun., 1-10:30. (Credit cards: AE, MC, V)

## Italian

**BERNARDO'S-** 24 Fleet St., 723-4554. Casual. Price range $10.50-21.95. Located in the heart of Boston's historic North End, Bernardo's is owned by Chef Angelo Bernardo and offers fine Italian cuisine. Perfect for romantic dinner for two, holiday and special gatherings, business meetings or office parties. Specialties: Fresh, home-made pastas seafood, mouth-watering chicken and veal, and delicious cakes and pastries. Dinner: Mon.-Sat., 4-10:30, Sun., 3-9 (All major credit cards accepted)

MADTBB03316456

**CAFFE LAMPARA-**916 Commonwealth Ave., 566-0300. Informal. Price range: $3.50-13.95. The festive atmosphere and rustic Italian cuisine at Caffe Lampara is enhanced by rich Mediterranean colors and an authentic pizza shack. Specialties: Gnocchi alla Rustica, Ravioloni alle Capesante, Pollo al Gorgonzola and a huge selection of oven pizzas. Hours: Mon.-Thurs., 11-11; Fri., 11 a.m.-11:30 p.m.; Sat., 3:30-11:30; Sun., 3:30-10. (Credit cards: MC, V)

**CAPUCINO'S-**1812 Mass. Ave., Cambridge, 547-8228. Informal. Price range: $4.95-15.95. This cozy eatery has the style of a genuine European neighborhood café that brings the romance of Italy to life. Specialties: Over 20 various pasta dishes, fish and veal entrees, and select special recipes such as Melanzane Imbottite alla Dawn - eggplant stuffed with veal, broccoli and mozzarella cheese. Lunch: Mon.-Sat., 11-3; Sun. brunch, 10-2:30. Dinner: Mon.-Fri., 3-11; Sat., 3-midnight; Sun., 3:30-midnight. (Credit cards: AE, MC, V)

**DOLCE VITA-**237 Hanover St., 720—0422. Informal. Price range: $6-18. A restaurant new to the North End, a short walk from Faneuil Hall and Boston Garden, serving traditional regional dishes, Northern and Southern Italian food "just like Mama made." Situated on the second floor, Dolce Vita overlooks the hustle and bustle of Boston's Little Italy. Open for lunch. Specialties: Vitello Gran Marnier, a veal dish drenched in orange liquor; Gamberi e Scallops Portofino, shrimp and scallops in a tangy mustard sauce; and, Gnocci Quatro Formaggio, potato pasta with four cheeses. Private functions and catering available. Hours: Daily from 11:30-10:00. (Credit cards: AE, DC, MC, V)

**DOM'S-**100 Salem St., 523-9279. Informal. Price range: $11-21. Shades of maroon accent this charming restaurant with exposed brick and soft pastel pink hues. That's amore! Specialties: Classic Italian entrees including Veal Parmesan, Shrimp Cacciatore, Steamed Mussels in Marinara Sauce, and Dom's Homemade Cannolis. Hours: Open daily for dinner, 4-11. (Credit cards: AE, MC, V)

**D'AMORE'S-**76 Salem St., 523-8820. Informal. Price range: $5-15. Quaint little restaurant in the heart of the historic North End. Now serving complete dinner specials. Specialties: Shrimp fra Diavolo, Veal Margerita in a grand marnier sauce, Calamari Saute, Tortellini de Caruso and Pesto. Hours: Mon.-Thurs., 11:30-10:30, Fri.-Sat., 11:30-11, and Sun., noon-10:30. Dinner specials served Mon.-Fri., 3-6, Sun., noon-3:30. (Credit cards: AE,DC, MC, V)

**EUROPEAN-** 218 Hanover St., 523-5694. Casual. Price range: $6-15. The oldest and largest Italian restaurant in Boston, this unpretentious North End eatery specializes in family-style dining. Specialties: pastas with all kinds of white and red sauces, pizzas, fried calamari, Eggplant Parmesan and hot antipasto. Hours: daily, 11-12:30 a.m. (Credit cards: AE, MC, DIS, V)

**GIANCARLO'S-**100 Warrenton St., 482-0930. Casual (no tank tops). Price range: $12-20. This intimate, charming restaurant in the heart of Boston's Theatre District serves up fine Italian cuisine, an extensive wine list, and award-winning desserts. Specialties: Pastas, milk-fed veal dishes, Chicken Romano with lemon sauce and red roasted peppers, prime steaks and gourmet antipasti. Comedy Stop/ Dinner Show package available. Hours: Dinner only, Tues.-Sun. from 5:30 p.m. (Credit cards: MC, V)

**LA GROCERIA-**853 Main St., Cambridge, 876-4162. Informal. Price range: $5-15. Cheerful interior with exposed brick, ceramic tile, hanging plants and fresh flowers, and the colorful antipasto bar as the centerpiece where you can watch the fresh homemade pastas being prepared. Specialties: the antipasto bar offers 20-25 items daily, and hot dishes include grilled zucchini, stuffed mussels, clams, pizza, and more, plus a fantastic pasta, grill and salad menu at lunch. Hours: Mon.-Thurs., 11:30-10, Fri.-Sat., 11:30-11, Sun., 1-10. (Credit cards: AE, MC, V)

**MAMMA MARIA-**3 North Square, opposite the Paul Revere House, 523-0077. Formal. Price range: $16-26. This charming Northern Italian restaurant in an elegant three-story townhouse was voted Boston's Best Italian Restaurant in 1985 and 1987, and has earned national honors in such publications as "Gourmet," "Bon Appetite," and "Food and Wine." Specialties: a creative selection of fresh seafood, pasta, poultry and beef dishes with an accent on delicious combinations like lobster with fettucini and plum tomatoes, porcini tortellini with goat cheese, rosemary and sliced



## Add a splash of fun to your visit

### With Lobster Clambake Luncheons and Sunset Dinner Cruises

Feast on lobster and barbecued chicken for lunch, or a luscious buffet with seafood, chicken and hand-carved roast for dinner. All cruises include a narrated tour of historic Boston Harbor, cash bars, two bands for dancing, and a live Broadway revue performed by our talented waitstaff.

from $25 per person

Lobster Clambake Luncheons
Daily, Noon to 2:30 pm

Sunset Dinner Cruises
Nightly, 7 to 10 pm

(Children's rates available)

Call for reservations today!
**(617) 569-4449**

*SPIRIT of BOSTON*
at Rowes Wharf
**America's Most Entertaining Harbor Cruise**

Prices and schedules subject to change. Tax, bar service and gratuity not included.



# Take the Freedom Trail to a Boston Harbor Cruise.

Boston's most popular walking tour, the Freedom Trail, isn't complete without a cruise on historic Boston Harbor. You can relax and enjoy breathtaking views of the city. And you can choose from nearly 20 exciting cruises every day, including Constitution Cruises, Historic Sightseeing Cruises, Sunset Cruises, Harbor Island Cruises and Whale Watch Cruises. All narrated by our well informed crew personnel who make over 200 years of Boston history come alive! We depart from Number One Long Wharf, just steps away from Quincy Market, Marriott Long Wharf, and the Aquarium T stop on the Blue Line. For a complete schedule, see our listing under Sights and Attractions, or call us at (617) 227-4321.

Number One If By Sea.



**Boston Harbor Cruises**
Quality Sightseeing since 1926

# 227-4321

41






## Kyoto
### Japanese Steak House

**542-1166**
**201 STUART ST.**
**Boston**

3 Hrs. Free Parking after 5 PM
(Across from Howard Johnson's 57 Hotel)

*The Cafe Budapest*

90 Exeter Street • Boston • 266-1979



Come to
**Cafe Budapest**
for Hungarian
cuisine served in
an atmosphere
that's warm and
romantic, with
Old World decor
and elegance.

*(elegant rooms
available for
private parties)*



lamb loin. Lunch: Tues.-Sat., 11:30-2:30. Dinner: Mon.-Thurs., 6-10, Fri.-Sat., 6-11. Sun. 5-10. Valet parking available. Reservations recommended. Ask for reception availability. (Credit cards: AE, DC, MC, V)

**PAOLO** - 216 Hanover St., 227-5550. Informal. Price range: average entree $15. This stylish restaurant offers the best of Italian and New England flavors and favorites. The menu changes seasonally to assure highest quality. Specialties: Maine Crab Cakes; Caramelle with Porcini, Fontina and Sun-Dried Tomatoes; Thick Grilled Veal Chop with Gaeta Olives and Roasted Red Pepper Salad; and Fresh Native Seafoods prepared in a variety of ways. Live jazz on weekends; valet parking. Open Tues.-Thurs., 5-10:30; Fri.-Sun., 5-11. (Credit cards: AE, MC, V)

**RISTORANTE LUCIA**- 415 Hanover St., 523-9148, also located at 5 Mt. Vernon St. in Winchester, 729-0515. Informal. Price range: $9-23. Quiet and romantic upstairs, casual and energetic downstairs. Specialties: Chicken alla Lucia, Mozzarella in Carrozza and Veal Braciolettine alla Calabrese. Hours: Sun., noon-11; Mon.-Thurs., 4-11; Fri.-Sat., 11:30-11:30. (Credit cards: AE, MC, V)

**RISTORANTE SARACENO**- 286 Hanover St., 227-5888. Informal. Price range: $6-16. Owner Frank Pezzano welcomes you to his authentic North End eatery. Specialties: fried calamari, linguini with shrimp and scallops, and veal saltimbocca, and the freshest seafood and pastas available. Hours: daily, 11:30-10:30. Reservations suggested. (Credit cards: AE, DC)

**SPASSO** - 160 Commonwealth Ave., 536-8656. Informal. Price range: $3.95-12.95. Meaning "fun" in Italian, Spasso has captured the flavor and excitement of Italy in their sunken dining and bar areas. Specialties: Innovative pizzas, pasta, beef and seafood dishes, like Linguine with Prosciutto, Walnuts and Fried Sage Leaves and Grilled Chicken Breast with Marinated Eggplant and Sweet Potato Roesti. Homemade desserts are prepared fresh daily. Open for lunch daily, 11:30-3. Dinner: Sun.-Thurs., 5-10; Fri.-Sat., 5-11. (All major Credit Cards accepted.)

**VIA VENETO**- 283 Causeway St., 742-4142. Informal. Price range: $8-24. There is a semi-formal main dining room, with a more casual outer cafe, all done in a classic contemporary style. Specialties: Some favorite dishes are Focaccia Valdostana, Involtini al Profumo di Arancia e Limone, and Tortellini al Gorgonzola. Reservations recommended, valet parking available, handicap access. Hours: Sun., 2-9; Mon.-Wed., 5-10; Thurs.-Sat., 11:30-10:30. (Credit cards: AE, MC, V)

## Seafood

**ANTHONY'S PIER 4**-140 Northern Ave., 482-6262. Price range: $14-24. Experience a picture-perfect view of the harbor in this stately dining room atmosphere. Voted Number 1 by the "Business Executives Dining Award" for the U.S. and Canada fourteen out of fifteen years, by readers of Sales & Marketing Magazine. Specialties: Anthony's is known for its fine seafoods, but there's also an excellent selection of prepared meats and poultry and an award-winning wine list. Reservations accepted. Hours: Mon.-Fri., 11:30-11, Sat., noon-11:30. Sun. and holidays, 12:30-10:30. (Credit cards: AE, DC, DIS, MC, V)

**DOLPHIN SEAFOOD**-1105 Mass Ave., Cambridge, near Harvard Square, 354-9332. Informal. Price range: $5-10. This 10-year-old restaurant specializes in fresh, fried or broiled seafood, at very reasonable prices. Specialties: fresh lobster, broiled salmon, scrod, seafood combination. Hours: Mon.-Sat., 11-10. Sun., 4-10. (Credit cards: MC, DC, V)

**FOUR WINDS SEAFOOD-GRILLE** - 266 Commercial St., 742-3922. Informal. Price range: $4.94-15.95. Four Winds has been newly renovated in lively, tropical colors and decor, all with a stunning aquatic theme. Specialties: Lobster and Shrimp Primavera, Broiled Salmon, Sole Almondine, Lobster Fra Diavlo, Sirloin Steaks and Baby Back Ribs. Parking available. Lunch: Mon.-Fri., 11:30-3:30. Dinner: Tues.-Thurs., 5:30-10:30. (Credit cards: AE, DC, MC, V)

**JIMMY'S HARBORSIDE**- 242 Northern Ave., 423-1000. Informal. Price range: $9-32. Landmark seafood restaurant

MADTBB03316458



Frank Pezzano invites you to
visit a taste of Italy.
● Veal Saltinbocca
● Linguine with Shrimp & Scallops
● Fried Calamari

RISTORANTE
SARACENO

286 Hanover Street
Boston  North End
227-5353
227-5888
Reservations suggested
Open 7 days a week
For lunch and dinner
11:30 a.m. - 10:30 p.m.



DOLCE VITA

Benvenuti.
It's time to dine,
the evening is fine,
so have a great time.
Buon Appetito.

DOLCE VITA
237 Hanover Street
Boston's North End
617-720-0422

serving Boston since 1923, with two levels of nautical dining rooms, both with great views of the harbor. Specialties: finnan haddie, shrimp a la Greque, creamy chowders, pasta dishes and up to eight different lobster dishes; also try Jimmy's prime rib and sample from their award winning wine list. Hours: Mon.-Sat., 11:30-9:30. Sun., noon-8. (Credit cards: AE, CB, DC, MC, V)

**LEGAL SEAFOODS**-Park Plaza Hotel, 20 Park Plaza, 426-4444, and Copley Place. Other locations in Chestnut Hill, Worcester, Natick, Burlington, and at 5 Cambridge Center in Kendall Square, 864-3400. Informal. Price range: $7-20. NBC called Legal "America's best seafood restaurant." Serves up a large selection of fresh seafood in many preparations, in a pleasant setting for both lunch and dinner. Specialties: award-winning clam chowder, Cajun seafood, baked stuffed lobster, mussels au gratin, swordfish, blackened mako shark, fried calamari plus many daily specials. Hours: Mon.-Th., 11-10, Fri.-Sat., 11-11, Sun., 12-10. (Credit cards: AE, DC, MC, V)

**LIGHTSHIPS** - 310 Congress St., 350-6001. Informal. Price range: $4.50-13.95. You'll love the panoramic views at Lightships, Boston's only floating restaurant. Specialties: Lobsters, native seafood and prime rib. Available for functions. Open Daily. Lunch: 11:30-3. Dinner: 3-1. Sunday Brunch: noon-3. (Credit cards: AE, MC, V)

**SKIPJACK'S**-199 Clarendon St., 536-3500, and 2 Brookline Place, 232-0577. Informal. Price range: $7-20. Fresh grilled seafood is the specialty with the "Seafood Experts" at Skipjack's, where the atmosphere is casual and comfortable, and the decor exciting and dynamic. Specialties: Blackened Tuna Sashimi, Skipjack's style Moonfish, Maryland Crabcakes and Maine Lobsters. Also Skipjack's Spa Cuisine Menu, with entrees low in calories, cholesterol and sodium. Be sure not to miss the New Orleans Jazz Brunch on Sundays or the outdoor cafe in warm weather. Hours: Mon.-Thurs. and Sun., 11-10; Fri.-Sat., 11-11. Validated parking available. (All major credit cards accepted.)

**TURNER FISHERIES OF BOSTON**-10 Huntington Ave. in the Westin Hotel, 262-9600. Informal. Price range: $7-20. Wide-open, elegant restaurant at the foot of the Copley Place Mall, with jazz performed nightly. Specialties: award-winning clam chowder, fresh seafood dishes. Hours: daily, 11-11:30. Sunday brunch buffet: 10:30-2:30. Reservations recommended. (All major credit cards accepted.)

**UNION OYSTER HOUSE**-41 Union St., on the Freedom Trail, 227-2750. Casual. Price range: $10-20. Established in 1826, the oldest continually operated restaurant in the country. A fantastic pre-Revolutionary history can be seen in some of the preserved upstairs dining rooms. Specialties: Boston scrod, poached finnan haddie, New England Clam Chowder, Oysters Rockefeller, various lobster preparations and char-broiled steaks. Hours: Sun.-Thurs., 11-9:30. Fri.-Sat., 11-10. (Credit cards: AE, DC, MC, V)

# Southwestern/Mexican

**CASA ROMERO**-30 Gloucester St., between Commonwealth Ave. and Newbury St. (side entrance), 536-4341. Informal. Price range: $9-18. This unique restaurant tucked away in an elegant Back Bay townhouse offers authentic Mexican cuisine at its finest, prepared by owner/chef Leo Romero. Specialties: regional dishes such as giant shrimp in coriander sauce, the popular marinated pork tenderloin with oranges and smoked peppers and many other traditional entrees and new creations. The colorful native tile tables and antique wood beams create an intimate and romantic dining atmosphere. Hours: Sun.-Thurs., 6-10 Daily. (Credit Cards: AE, MC, V)

**COTTONWOOD CAFE**-1815 Massachusetts Ave., Cambridge, 661-7440. Informal. Price range: $12-18. A native Southwestern treasure located in Cabridge's Porter Square. Specialties: Salmon Colorado, Mesquite grilled salmon fillets with smoked tomato and cilantro-garlic cream sauces, Grilled Lamb Chops with raspberry-chipotle and cilantro-pesto sauces, and Seafood Posole, a stew made of blue corn cooked in lemon, then mixed with seafood and chiles. Lunch: 11:45-3:30, daily. Dinner: Sun.-Thurs., 5:45-10; Fri.-Sat., 5:45-11. (All major credit cards accepted.)

**ZUMA'S TEX-MEX CAFE**-7 North Market St., Faneuil Hall Marketplace, 367-9114. Casual. Price range: $4.95-

After your lesson
in American history,
take a course in
Chinese.

Take a break from sightseeing and learn what real Chinese food tastes like at our world famous restaurant created by Joyce Chen, maker of specialty cookware and stir fry sauces. Enjoy a casual, reasonably priced Chinese meal right in the heart of Boston. Serving lunch, dinner and take-out.

JOYCE CHEN
RESTAURANT

Cambridge: 390 Rindge Ave. (Across from Alewife T) 492-7373
Boston: 115 Stuart St. (Theatre District) 720-1331
Downtown Boston delivery call T-A-K-E-O-U-T

You're
10 minutes
away from
the best
corned beef
and pastrami
in town!
Till 2AM.

Grab a cab, hop on the T and head for B&D The Deli. We're also famous for our oversize sandwiches, salads, soups and super full course lunches and dinners. For deli specialties that upstage everyone else's, it's time to try B&D The Deli, just 10 minutes from Downtown Boston.

We also deliver.



The DELI

1653 BEACON ST. BROOKLINE 232-3727  7AM TO 9:30PM
835 BEACON ST. BOSTON 859-0087  11AM TILL 2AM
FREE PARKING AFTER 6PM.

43



**D'Amore's**

The finest in
Northern & Southern
Italian Specialties

Owner Operated

Located in Boston's Historic North End

76 Salem St.    523-8820
Reservations Accepted

**bistro:** *n.. a small unpretentious restaurant with great food and wines at reasonable prices.*

WE'VE BEEN DEFINING IT
SINCE 1983...

**BACK BAY BISTRO**

565 Boylston Street, Copley Square

**536-4477**

"Heavenly food
at
Down to Earth Prices"



**MAMMA
MARIA**
R I S T O R A N T E

Three North Square, Boston, MA 02113
(617) 523-0077    Valet parking
Open for lunch, dinner and private parties.



**Royal East**

Gourmet Chinese Dining
Contemporary Elegance
Fine Wine Selections

782 Main St., Cambridge 661-1660

13.95. Comfortable, sunny restaurant decorated with an island feel. Specialties: dishes of Mexico and the Southwest including hot basque wings, smoky corn chowder, grilled chicken and sun-dried tomatoes over linguini and a wide variety of fajitas. Hours: Mon.-Wed., 11:30-10, Th.-Sat., 11:30-11:30, Sun. 10-10. Handicap access, valet parking. (Credit cards: AE,DC,MC,V)

# Nightlife

*Boston's nightlife options are endless. Choose from one of the many comedy clubs that have given a start to some of the country's best comedians, or dance the night away in one of several diverse nightclubs the city has to offer. Cambridge is famous for its jazz and blues clubs, and a number of local hotels have great piano bars where you can relax and sip a glass of wine. Whatever your mood, you won't find a shortage of after-dark activities in the Hub.*

## Comedy

**COMEDY CONNECTION AT DUCK SOUP**-246 Tremont St., downstairs at the Wilbur Theatre, 695-9922. Tickets: $5-10. This brand new locale provides a more upscale environment than traditional comedy clubs, and has been restored to its original, elegant, 1920's decor. It is the first comedy club to offer full bottles of wine and champagne, and is catered to by the world-famous Stage Deli, which is right next door. Showtimes: Sun.-Thurs., 8:30 ; Fri.-Sat., 8:30 and 10:45. (All major credit cards accepted.)

**DICK DOHERTY'S COMEDY VAULT**-124 Boylston St., across from the Boston Common, 267-6626. Tickets: $7-8. Located in the heart of the Theatre District, downstairs at Remington's Eating and Drinking Exchange, set in an old bank vault. Touted in the Boston press as "The Godfather of Boston Comedy." Doherty presents New England's finest stand-up and improv comedy talents in Boston's most intimate comedy setting, with special guest appearances as well. Thurs. is Comedy and Magic night. Dress is casual. Shows Thurs.-Sat.(All major credit cards accepted.)

**IMPROV BOSTON**-Back Alley Theatre, 1253 Cambridge St., 576-1253. Informal. Price: $8. You'll laugh 'til it hurts with the area's oldest and most successful improvisational comedy troupe. Performances are never the same, as each show is comprised of scenes and sketches by the cast - all motivated by ideas and suggestions supplied by the audience. Hours: Sat., 10:30 p.m.

**NICK'S COMEDY STOP**- 100 Warrenton St., 482-0930. Tickets: $6-12. Now a nightclub, as well as a restaurant and comedy club, Nick's Comedy Stop is known as the comedy club where such nationally known comedians as Jay Leno and Steve Allen got their start. Stand-up comedy is featured nightly. Casual dress. Dinner/theatre packages available. (Credit cards: AE, DC, MC, V)

## Jazz

**RYLES**-212 Hampshire St., Inman Square, Cambridge, 876-9330. One of the area's oldest and favorite jazz clubs, Ryles features the best of both International and local jazz, with a wide enough range in musical styles to suit any taste. And speaking of taste, Ryles now serves light fare throughout the evening. Over 15 acts perform weekly on the two floors. There is a small cover charge, on weekends covering both floors. Open Sun.-Th., 5-1; Fri.-Sat., 5-2.

**SCULLERS JAZZ CLUB**- Guest Quarters Suite Hotel, 400 Soldiers Field Road, 783-0811. Tickets: $6-22. This popular jazz club looks over the Charles River from its second floor location in the Hotel. Scullers plays host to such nationally known talents as the Count Basie Orchestra, Les McCann, Dakota Stanton and Mose Allison. Showtimes: Tues.-Sat., 9p.m. and 11p.m. (May-Oct); 8:30p.m. and 10:30 p.m. (Oct. 31-Apr.) All major credit cards accepted.

## Music & Dance Clubs

**AVENUE C**- 5 Boylston Place, at 120 Boylston St., 423-



**Four Winds**
SEA FOOD    GRILLE

A meal for all seasons on Boston's
historic waterfront. Menu includes;

Freshly Prepared Seafood
Char-broiled, Sauteed and Stir Fried
Beef and Chicken Dishes

**266 Commercial Street
(617) 742-3922**



**COLORADO PUBLIC LIBRARY**

Our menu reads like a best seller!
Experience the best in grilled steaks and
seafood in a book-filled atmosphere..

Reservations accepted. Minutes from
Boston on the Green Line ⓣ.
Validated Parking. Open 7 days.

10 Brookline Place, Brookline, MA
**734-6772**



**Bernardo's**

**FOR A TASTE OF
ITALIAN CUISINE**
*Where gracious dining is our Hallmark*
24 FLEET ST., NORTH END
**723-4554**
LIMOUSINE SERVICE AVAILABLE
Reservations recommended
Mon-Sat 4-10:30pm Sun 3-9pm
ALL MAJOR CREDIT CARDS ACCEPTED



**Dick Doherty's**

**COMEDY
VAULT**

*the most intimate..
the most fun*

at
**REMINGTON'S of BOSTON**
267-6626

3832. Cover: after 10:30, Thurs., $5, Fri.-Sat., $7. Formerly the Links Club. The club has been updated to a modern decor with a large dance floor and quiet sitting areas. Music is progressive yet the dress code is casual. Avenue C's modern undertone attracts Boston's young professionals, as well as its visitors. No jeans, collared shirts required for men. Hours: Thurs.-Sat., 9 p.m.-2 a.m. (Credit cards: AE)

**CLUB NICOLE**-40 Dalton St., in the Back Bay Hilton, 267-CLUB. This classy and intimate supper club offers the unique combination of a full dinner and appetizer menu and the sounds of jazz, swing, R & B and contemporary hits. Jackets required for gentlemen. Open Thurs., Fri., and Sat. evenings.

**ZANZIBAR**- One Boylston Place, (off Boylston St.) between Charles and Tremont Sts., opposite Boston Common, 451-1955. Cover: Wed.-Thurs., $5, Fri.-Sat., $8. Offering the mature guest sweeping views of a South Pacific tropical paradise, a spacious atrium for dancing, 20-foot royal palm trees, and a balcony encircling the dance floor below. And don't miss out on the cocktail hour buffet, Thurs.-Fri., 5 p.m.-8 p.m. The new Crescent Club is on the second floor, featuring two pocket billiard tables, a mahogany bar and plush, comfortable seating. Also available for private parties. Jacket required. Hours: Wed.-Sat., 9 p.m.-2 a.m. (Credit cards: AE, DC, MC, V)

## Piano bars

**DIAMOND JIM'S PIANO BAR**-In the Lenox Hotel at 710 Boylston St., 536-5300. Long considered the best piano bar in Boston, Diamond Jim's is situated in a large comfortable room. Enjoy classic tunes sung by everybody from the resident pianist to your friend sitting beside you. Tues.-Sat.evenings are nightly sing-a-longs. Hours: Tues.-Sat., 5 p.m.-1 a.m. (All major credit cards accepted.)

**THE PLAZA BAR**-Copley Plaza Hotel, 138 St. James Ave., Copley Square, 267-5300. Steeped in tradition with its high ceilings and Edwardian design, the Plaza Bar has been a favorite spot for Bostonians and visitors for several decades. Piano music and entertainment featured, with no cover charge. Mon.-Sat., 5p.m.-1 a.m.

## Pubs

**PURPLE SHAMROCK**- One Union St., 227-2060. This lively, contemporary pub, a minute's walk from Faneuil Hall, offers dozens of daily specials from "Mother" Sweeney's home-cured corned beef to steak and seafood entrees. Irish entertainment is featured nightly and on weekend afternoons. Hours: daily, 11:30 a.m.-2 a.m. (Credit cards: AE, MC, V)

**THE BLACK ROSE**-160 State St., next to Faneuil Hall Marketplace, 742-2286; 50 Church St., Cambridge, 492-8630. If the mood calls for an authentic Irish pub, this is the locale for food and fun. Steaks, chicken, seafood, salads, sandwiches and other American and Irish favorites are served in a warm pub atmosphere for lunch Mon.-Sun. and dinner nightly. There is live Irish music played nightly and weekend afternoons. Hours: daily 11:30-2 a.m. (Credit cards: AE, MC, V)

## Sports bars

**CATCH 22 SPORTS PUB** - 1234 Soldiers Field Rd., in the Days Inn Hotel, 254-2222. Casual. Patrons of Catch 22 can enjoy watching sporting events on a wide-screen T.V., while munching on hefty burgers, salads, sandwiches and a huge variety of appetizers. On Fri. and Sat. nights, the pub will feature a live deejay and dancing. Open daily, 11:30 a.m.-2 a.m.; Sun., noon-2 a.m.

**THE ORIGINAL SPORTS SALOON** - 47 Huntington Ave., at the Copley Square Hotel, 536-9000. Casual. Price range: $4.75-9.95. Originally established in 1904, it's been newly renovated. Serving specials such as the "Ted Williams," the "Green Monster," and the "Hat Trick." A great place to meet and watch a game. Serving lunch and dinner. Open daily, 11:30 a.m.-2 a.m.



**the Palm Court at Cricket**

**LUNCH, DINNER OR WEEKEND BRUNCH UNDER GLASS**
A Cricket Club. Cocktails. Boston Scrod or Eggs Faneuil.
Enjoy them all in our glass-enclosed Palm Court.
Where every table is near a window.
Reservations welcome. 720-5570
Faneuil Hall Marketplace

*Cricket's*

---

AMONG
"THE BEST IN AMERICA"
*Times Books Dining Guide*

THE BEST CHINESE
RESTAURANT IN BOSTON"
*Boston Magazine*

AMONG
"THE MOST OUTSTANDING
RESTAURANTS IN AMERICA"
*Esquire*

Polled "THE BEST
CHINESE IN BOSTON"
*Zagat Restaurant Survey*



## THE SALLY LING'S

**AMERICA'S PREMIER
GOURMET RESTAURANT**

ELEGANT FINE DINING ATOP THE
HYATT REGENCY CAMBRIDGE.
SPECTACULAR VIEW OF BOSTON SKYLINE
COMPLETE WITH CULINARY EXCELLENCE.
MOST ENTREES PRICED AT $12-17.
PROPER ATTIRE & RESERVATION SUGGESTED.
VALET OR 2 HOURS FREE SELF - PARKING.

TEL. (617) 868-1818.



## SALLY LING'S

**CAFE & LOBSTERS**

CASUAL GOURMET FOOD ON BOSTON'S
WATERFRONT WITH HARBOR VIEW.
WE PREPARE LOBSTERS IN
TEN DIFFERENT WAYS.
LUNCH SERVED MON-FRI,
DINNER SEVEN DAYS A WEEK.
MOST DINNER ENTREES PRICED AT $7-16.95.
RESERVATION SUGGESTED.
256 COMMERCIAL ST., BOSTON,

TEL. (617) 720-1188

BANQUET AND FUNCTION FACILITIES AVAILABLE AT BOTH LOCATIONS

45

Case 08-61785-sgm    Doc 10243-5    Filed 06/26/17    Entered 06/26/17 15:59:08    Exhibit E

# THE MARKETPLACE

*From his vantage point the Grasshopper of Faneuil Hall has watched the history of Boston unfold. Today he sees a vibrant market place for shopping, dining and touring.*

BY BRIAN DYGON



Look! Up in the sky! It's a bird. It's a plane. It's a...golden grasshopper? That's right, a golden grasshopper. But there's nothing wrong with your vision and there's no cause for alarm. You have just arrived at Boston's renowned Faneuil Hall Marketplace.

Built in the early 1740's, the marketplace was the original idea of Peter Faneuil, an English merchant. The actual building, constructed in a Palladian-style of architecture similarly found in British market halls, was also used as an assembly hall which would one day be put to use by Samuel Adams and other historical figures. And atop the central steeple sits Faneuil's personal gift to the marketplace - a grasshopper weathervane, symbolizing good luck, fortune and prosperity.

By 1823, Boston's newly-elected mayor, Josiah Quincy, decided to expand Faneuil's market to accommodate the needs of the growing Commonwealth. Alexander Paris was hired to design a bigger marketplace with more stores and shopping areas. Eventually he built three Greek Revival arcades, all 535 feet in length. These arcades are now called the North, South and Quincy Market buildings, and the complex as a whole is known as Faneuil Hall Marketplace. Together, Faneuil Hall and the Marketplace became a successful center of trade in the expanding city of Boston.

Despite numerous complications including fires, reconstructions, reopenings and even the theft of the beloved grasshopper (which was found weeks later), the Marketplace complex continues to grow, and to offer visitors a vast array of fine foods, shops, lots of entertainment and history.

Today, Faneuil Hall Marketplace attracts nearly 14 million people each year, all drawn to its beauty and, of course, the various shops and restaurants.

The ground floors of Faneuil Hall are reserved for markets and shops, a stipulation of Peter Faneuil when the structure was built. But you can also climb up the steep stairway to the second level, where you will see the famous hall that served as a forum for the eigh-

teenth-century town meetings. Open meetings still take place there today.

Climbing even higher to the third floor, you will discover the Ancient and Honorable Artillery Company, which has occupied this space for over two hundred years. This armory has an impressive display of colonial uniforms, firearms and artifacts, including early-American flags.

Back down below on the traffic-free cobblestoned streets and avenues that run through the Marketplace, you may want to take the time to stop and listen to the tunes and melodies of the street musicians scattered between the shops. Jazz, blues, rock and harmonica solos are just a few of the various kinds of music that can be heard throughout the day and early evening.

To top off a visit to the Faneuil Hall Marketplace, many visitors enjoy the simplicity and relaxation of sitting on one of the numerous old-fashioned wooden benches and watching the people pass by. Others, however, just have to get one last glimpse in their favorite stores before leaving. Maybe that lobster lamp wouldn't look so bad in the parlor after all . . .

## SPECIAL EVENTS AT FANEUIL HALL MARKETPLACE

Genesis Hair Salon of Faneuil Hall Marketplace presents a spectacular cut-a-thon to benefit Hair Cares. The event is sponsored by a group of Boston's finest hair cutters. Donations are $15 per cut. September 15, 12-5 p.m. at the West End. Call 523-3886 for further information.



*The grasshopper may leave his perch temporarily for repairs, but he'll be back soon!*

MADTBB03316462

# How Can Boston Be Confusing When All The Fun Is In One Place?



Whatever you're looking for, you'll find it at the Faneuil Hall Marketplace. Where three historic buildings sparkling with contemporary pizzazz and excitement await your discovery.

At the center, the Quincy Market building is a celebration of good taste. For here you'll find three levels of tempting treats to satisfy your every whim, be it Chinese, French, Mexican, Greek, or Cajun. Salads, fruits, lobster, barbecue, or pizza.

Brownies, gelato, croissants, or candies. Whether you opt for a sit-down meal or a stand-up snack, we dare you to experience the sights and smells without sampling something.

Out under the Quincy Market Canopies, the ever-changing Bull Market pushcarts showcase the colorful wares of New England artisans and entrepreneurs.

The North and South Market buildings flanking Quincy Market are a paradise for shoppers, each bustling with two levels of exciting retail emporiums and delightful restaurants. Like a splendid bazaar, the dazzling array of merchandise includes the latest in fashions and accessories, exquisite jewelry, fine art, toys, pottery, glassware, gadgets, one-of-a-kind gifts from around the world.

So come discover the Marketplace. It's everything you're looking for in Boston.

## Here's How To Find It.

The Marketplace is easily accessible by foot, by cab, by car (parking garages adjacent) or by the Ⓣ (use Downtown Crossing, Government Center, or State Street stops). See our map on the next page.

# FANEUIL HALL MARKETPLACE

Shops open 10am–9pm, Sundays noon–6pm. Restaurants and pubs open late every evening.
Information Booth located in the South Canopy of Quincy Market, or call 523-3886.

MADTBB03316463

# The Visitor's Guide To The Marketplace.

## South Market Building

Aca Joe
Accento
Alan Lawrence
Ann Taylor
A Touch of Lace
Beacon Hill Traditions
Boston Pewter Company
Boston Scrimshanders
Cheers
Chesapeake Knife & Tool
Christmas Dove
Concord Hand Design
Crabtree & Evelyn
Crate & Barrel
Cuoio
d.b.a. Socks
Fine Design
Folklorica
Frillz
Geneses
Have a Heart
Harvard & Co.
Le Baggerie
Migrations
The Nature Company
Sea, Boston, USA
Siam Malee
Tavros Leatherwear
Tiffany Hair Design
True Blue
Victoria's Secret
The Wentworth Gallery
Whippoorwill Crafts

## North Market Building

Accentricity
Accessories to the Fact
Afric Art
The Bag Lady
Bill Rodger's Running
  Center
The Body Lab
Celtic Weavers
City Zoo
Dalliance, Inc.
The Disney Store
Dupre
The Eagle Flag Company
Faneuil Hall Flower Market
Four Winds
Frillz
Geoclassics
Georgiou



Hog Wild
Kids Unlimited
Kites of Boston
Koala Blue
Le Legs, Inc.
The Lodge
The Narragansett
Personal Impressions
Purple Panache
Puzzle People
The Rockport Co.
Scribes Delight
Shawmut Automatic
  Teller Machine
Sports Etc.
Sun Vision
Sweet Stuff
Tales with Tails
Tannery West

### Quincy Market Building
### (The Colonnade)

A La Carte
Anna's Fried Dough
Aris Barbacue
Au Bon Pain
Bistany's International
Blue Moon Fudge

The Boston Beanery for
  Durgin Park
Boston Brownies
Boston Chipyard
Boston Cooks
Boston & Maine Fish Co., Inc.
The Brearly Collection
Brown Derby Deli
Candlewick
Carol Ann Bake Shop
The Coffee Connection
Colombo Yogurt Shop
Creative Gourmets Ltd.
  at the Great Hall
Destination Boston
Eastern Lobby Shops
Eltworks
E. N. West Company, Inc.
The Faneuil Charcoal Grill
Faneuil Hall Wine &
  Spirits Shoppe
Finagle-A-Bagel
Fisherman's Net
Great Stuff
Giamo's
Harbor Sails
Joey's Gelateria
Kilvert & Forbes
Kitchens of the Bay State

La Rossa's Instant
  Shoe Repair
Latino's Taste
Le Saucier
Ming Tree
The Monkey Bar
Mykonos Fair
Nashi's
North End Bakery
Paul W. Marks Cheese
  Shop
Philadelphia Steak
  & Hoagie
Picture You: One Hour
  Photo
Pizzeria Regina
The Prime Shoppe
Produce House
Steve's Ice Cream
Taco Maker
Walrus & the Carpenter

## South Market Building
## Restaurants

Cricket's Restaurant
Seaside
Serendipity 3

## North Market Building
## Restaurants

The Boston Beach Club
Brasserie Les Halles
J.J. Donovan's Tavern
Durgin Park
The Lord Bunbury's
  Marketplace Cafe
The Oyster Bar at
  Durgin Park
Zuma's Tex-Mex Café

## Quincy Market Building
## Restaurants

Ames Plow Tavern
Cityside
Fred P. Ott's
Frogg Lane
Lily's Cafe
Lily's Piano Bar
Magic Pan Restaurant & Bar
Pizzeria Regina
The Salty Dog
Swensen's Restaurant
  & Ice Cream



# FANEUIL HALL MARKETPLACE

Shops open 10am–9pm, Sundays noon–6pm. Restaurants and pubs open late every evening.
Information Booth located in the South Canopy of Quincy Market, or call 523-3886.
The above stores and restaurants may be subject to change.

MADTBB03316464

## THE MARKETPLACE



# FEEL THE HEAT!

# TEX MEX CAFE
## ZUMA'S

**CHEAP TACOS • COLD BEER
TIGHT JEANS**

7 North Market St.
Faneuil Hall Marketplace
Boston, MA 02109 • (617) 367-9114

### Shopping

Start with a walk down the cobblestone avenues that run between the North Market, South Market, and Quincy Market buildings, with the original Faneuil Hall situated at the west end of all three. This will help you to get your bearings, and offer an opportunity to check out the local street entertainers that regularly perform. Between the South and Quincy Market buildings is the outdoor Faneuil Hall Information Booth. The booth has information about the shops and restaurants in the Marketplace, as well as sign up for trolley tours of Boston and other activities. If the weather is bad, look for the Information Booth in the South Canopy of Quincy Market.

Located at the southwest corner of the marketplace, just outside of the South Market building and Faneuil Hall, is a **BOSTIX** booth. Here you can purchase tickets for just about any show playing in and around Boston that day at half price.

Now that you've surveyed the area you can plunge on into the stores. You will be amazed at the variety of boutiques and novelty shops that make the Marketplace their home. **The Bag Lady**, located in the North Market building, has every kind of bag imaginable, from lush leathers to sailcloth. On the same level, **Kites of Boston** holds a huge assortment of kites, kite flying accessories, even a kite hospital for collision-damaged favorites.

Also in the North Market building is the **Celtic Weavers** store, filled with superb knits, hats and paraphernalia from Ireland. Thirty-six stores fill the North Market building with treats as diverse as **City Zoo** and their animal everythings, 10% of whose profits go to environmental organizations, **Frillz**, a collection of fine art jewelry, fashion and hand painted clothing, **Tannery West** offering leather and suede clothing for men and women, and children's shops, flag stores, accessory outlets and dozens of great gift stores.

No less chock full of goodies is the South Market building. The **Christmas Dove** is a year-round source for ornaments and everything else Christmas-y. **Cheers Stuff** carries goods and clothing from the popular T.V. show based on Boston's own Bull and Finch Pub by the Boston Public Garden. Other clothing is also available here, from **Ann Taylor's** complete outfits to the romantic **Have a Heart** T-shirts, boxes and other items covered with hearts and **Siam Malee's** one-of-a-kind silk fashions and accessories for women.

Gifts are available in the South Market as well. **Migrations** hand carved decoys, **Crabtree & Evelyn's** scented soaps, bath items and British cookies and jams and **Sea•Boston•USA** are some of the thirty-three stores on the south side.

# Cheers
## STUFF

**From the bar that was the inspiration for the T.V. Series**

**Officially licensed Cheers Products conveniently located at 2nd Floor South Market Building Faneuil Hall Marketplace.**

**Also visit our store at Copley Place!**

**(617) 742-9894
(617) 536-9582**



# A WILD PLACE TO SHOP.
## RESPECT & PROTECT

Unusual folk art, home accessories, art-wear, educational items and more - in the wildest ways imaginable.

# CITY ZOO.
Faneuil Hall Marketplace



# CHRISTMAS DOVE

South Market
Faneuil Hall Marketplace
Boston, MA • (617) 523-2173
OPEN 7 DAYS

**TOUR THE BOSTON AREA
WITH THE BEST
CHAUFFEURED CAR SERVICE**

*Limousines
Sedans • Wagons • Vans*
**24-HOUR SERVICE
SIGHTSEEING / ANY OCCASION**

A & A LIMOUSINE RENTING, INC.
CAREY® OF BOSTON
161 Broadway, Somerville
623-8700

# Carey® of Boston

MADTBB03316465



## CELTIC WEAVERS

### Fine clothing and Giftware from Ireland, Europe and around the world.

**Ground Floor, North Market Building**
**720-0750**



**If you think Old Ironsides is a cop show re-run, come and see us.**

Here's where you'll find a piece of history worth repeating – the history of America's most courageous warship. At the USS Constitution Museum in the Charlestown Navy Yard, 617-426-1812.

## USS Constitution Museum

## Fine Glass Art & American Crafts



SIGNATURE
square
FINE ART & AMERICAN CRAFTS
Dock Sq 26 North St Boston, MA
Mashpee Commons, RT 28 & 151, Mashpee, MA
The Mall at Chestnut Hill, Chestnut Hill, MA



Grohe
GLASS GALLERY
Dock Square, 24 North Street, Boston, MA

# Dining

When you start to feel like a change of pace, or just get hungry, stop by the food hall in the Quincy Market building. The multitude of foods offered is staggering. Available at the food stalls that line the center hall and two canopies are everything from countless ethnic foods to raw oysters and clams, homemade peanut butter candies to pizza, seafood to ice cream, deli sandwiches to crepes, and gourmet salads to bagels and frozen yogurt. And let us not forget the hundreds of desserts and pastries. Take a walk down the hall and pick up some fresh bread at one stand, a plate of hot chicken at another, and a fresh fruit drink along the way. Bundle up your food and find a cozy spot to relax and eat. There are tables upstairs and on the main floor in the colonnade, or, if it's a nice day, head on outside to a bench in the sun.

Another, perhaps more leisurely way to break up the afternoon of shopping may be to take a seat in one of the many full service restaurants in the Marketplace. **Crickets** offers many tasty dishes, from Boston Schrod to Eggs Faneuil, all in the glass enclosed Palm Court. When the weather is nice, the glass walls lift for mostly-outdoor dining (the roof overhead stays in place), a real treat in the spring and summer months. **Lily's** also offers removable walls, fine food, and a piano player for live entertainment while you sip or dine.

**Zuma's Tex-Mex Cafe** offers excellent, inexpensive fare on the lower floor of the North Market building, and the **Salty Dog** in Quincy Market offers a genuine New England raw bar. **Durgin Park** is another Boston tradition, with gruff waitresses serving up Fred Flintstone portions of seafood and steaks. Perhaps the most elegant restaurant in The Marketplace is **Brasserie Les Halles**, serving fancy French cuisine on its upper level, with an outdoor, less expensive cafe on the ground floor.

In all there are twenty-two restaurants in The Marketplace, not including the huge food hall. No matter if your tastes run to fresh seafood, elegant pasta, spicy Tex-Mex and neon margaritas, or chowder, burgers and beer, you will undoubtedly find a restaurant to suit your tastes. At night, many of these spots turn up the heat to serve not only excellent food, but some of the best music in Boston. The old marketplace swings to the sounds of a cappella, blues, Irish folk music, piano sing-alongs, rock, jazz and any number of musical street performers along the way.

The shops are open every night until nine, and many of the area's restaurants are open into the wee hours. A full day of entertainment is to be had in the old Faneuil Hall Marketplace - a fun and exciting world of food, goods and entertainment. For general information call 523-3886.

MADTBB03316466

# Leave Town.



It happens only once a year. For three or four weeks, the New England landscape transforms into a spectacular sea of color.

You can drive for miles along winding roads and witness the turning season at every turn. Or check into a quaint country inn for a picture-perfect weekend.

We wouldn't want you to miss this golden opportunity. So right now, Dollar Rent A Car features low rates and unlimited mileage on a whole fleet of quality Chrysler vehicles – from economy to luxury cars, to convertibles and minivans.

For the best rates in town, hurry to any one of Dollar's four convenient Boston area locations:

Logan Airport, Government Center, Sheraton-Boston Hotel or Harvard Square. And take a trip into the country for a change.

## In Boston, call 617-569-5300

For Worldwide Reservations: 1-800-800-4000



Dollar features quality cars of the Chrysler Corporation like the Chrysler Imperial and other fine cars.



© 1991 Dollar Rent A Car – Boston
A Licensee of Dollar Rent A Car Systems, Inc.

MADTBB03316467

## W-H-E-R-E



*Below are the easiest and most direct access routes from Downtown Boston to the outlying areas. Changeovers and bypasses are explained for your convenience.*

• **Route #128** : A beltway that surrounds Boston to the south, west and north. #128 intersects with **Routes #95, #3, #9, #2, #1, #90 (Mass. Turnpike) and #93.**

• **Route #95**: Along much of their routes #128 and #95 are the same roadway. To the north they split at the junction with #1, where #95 heads north towards New Hampshire, and #128 continues on to Cape Ann. Routes #1 and #95 then share some roadway until splitting off. To the south, #95 splits off from #128 near the jct. with #93, and heads south to Providence, RI. #24, off #93 South, also heads south to Fall River, Providence and Newport RI.

• **Route #3**: The most direct route to Plymouth, Cape Cod, Martha's Vineyard and Nantucket, and many beautiful beaches along the south shore. #3 can be reached from downtown Boston by taking #93 (Southeast Expressway). #3 intersects with #128 and #93 at the southern most tip of #128 at Braintree.

• **Route #90 (Mass. Turnpike)**:The Pike, as it is known, heads out into Western Mass. and on to New York State. Along its route, the Pike skirts Worcester and Sturbridge, then through Springfield and the Berkshire Mountains.

• **Route #495** (not shown): An even larger beltway dividing Eastern from Central and Western Mass. #495 can be reached via any of the major routes listed above.

## W-H-E-R-E



For further information contact:

Cambridge Discovery, Inc.
859 Massachusetts Av
Cambridge, MA 02139

Cambridge Chamber of Commerce
859 Massachusetts Av
Cambridge, MA 02139

**Hotels, Motels, and Inns**
1  Susse Chalet
2  Best Western Homestead
3  A Cambridge House Bed&Breakfast Inn
4  Quality Inn
5  Sheraton-Commander Hotel
6  Harvard Manor House
7  The Charles Hotel in Harvard Square
8  Howard Johnson Hotel
9  Hyatt Regency Cambridge
10  Boston Marriott Cambridge
11  Royal Sonesta Hotel

**Points of Interest**
1  Harvard University Museum
2  Cambridge Common
3  Christ Church
4  Old Burying Ground
5  Longfellow House
6  Mt. Auburn Cemetery
7  Harvard Stadium
8  City Hall
9  MIT Museum
10  Lechmere Canal
11  Multicultural Arts Center

**Colleges and Universities**
1  Lesley College
2  Harvard University Law School
3  Harvard College
4  Longy School of Music
5  Radcliffe College
6  Cambridge College
7  Harvard University - JFK School of Government
8  Harvard University - School of Business Administration
9  Massachusetts Institute of Technology

# Cambridge

© Development Cycles

MADTBB03316468

**WHERE**

# ALL YOU NEED TO KNOW ABOUT BOSTON'S 



**RAPID TRANSIT LINES**

### MBTA Phone Numbers

Unless otherwise marked, all phones are open
8:30 a.m. to 5 p.m. weekdays.

MBTA Travel and General Information ................... 722-3200

  Toll free 6:30 a.m.-11 p.m., weekdays and .... 1-800-392-6100

  9 a.m.-6 p.m., Sat. and Sun.

Commuter Rail ................................................ 1-800-392-6099

Customer Service-complaints and commendations .... 722-5215

  (Please provide car number or employee badge number)

MBTA Pass Program ........................................... 722-5218

MBTA Police Emergency (24 Hour) ....................... 722-5151

Lost and Found ................................................... 722-3200

Recorded Service Conditions (24 Hour) ................. 722-5050

Senior Citizens/Special Needs Passes ..................... 722-5123

The RIDE/Special Need ........... 722-5123 or 1-800-533-MBTA

Lift Bus Requests ......................................... 1-800-LIFT BUS

# THE IRISH BOUQUET...

**TWO BLACK ROSES WITH PURPLE SHAMROCKS ENCLOSED WITH A CLADDAGH RING SENT TO YOU FROM CHADWICK PARK.**

SERVING HEARTY AMERICAN FARE AND CHOICE SPIRITS

## The Black Rose
160 State St. Boston • 50 Church St. Cambridge

## The Purple Shamrock
One Union Street

## The Claddagh
335 Columbus Avenue

## Chadwick Park
184 High Street





**GLYNN** PUBLIC HOUSES

GROUP AND FUNCTIONS INFORMATION 262-9874 • ENTERTAINMENT NIGHTLY AT THE PURPLE SHAMROCK AND BLACK ROSES

MADTBB03316469



## More than Tradition...

a legendary and internationally acclaimed Boston landmark where celebrated seafood is the star, and sea and sky, the artful staging.



### JIMMY'S HARBORSIDE RESTAURANT
242 Northern Avenue, Boston • (617) 423-1000

located on historic Boston Harbor,
adjacent to the new World Trade Center
and Boston Fish Pier.

Open Lunch and Dinner — Monday thru Saturday 11:30 AM to 9:30 PM
Open Dinner — Sunday noon to 8 PM
Limited Reservations — Valet Parking — All Major Credit Cards Accepted

ILLUSTRATION/MICARELLI

54

### W·H·E·R·E

# NUMBERS TO NOTE

## AIRLINES

| | |
|---|---|
| Logan International Airport | 561-1800 |
| Aer Lingus | 1-800-223-6537 |
| Air Canada | 1-800-776-3000 |
| Air France | 1-800-237-2747 |
| Alitalia | 1-800-223-5730 |
| America West Airlines | 1-800-247-5692 |
| American Airlines | 1-800-433-7300 |
| British Airways | 1-800-247-9297 |
| Continental Airlines | 569-8400 |
| Delta Airlines | 567-4100 |
| Japan Airlines | 262-8800 |
| Lufthansa | 1-800-645-3880 |
| Midway Airlines | 1-800-866-9000 |
| Midwest Express Airlines | 1-800-452-2022 |
| Northwest | 267-4885 |
| Pan American | 1-800-221-1111 |
| Qantas | 1-800-227-4500 |
| Swissair | 1-800-221-4750 |
| Trump Shuttle | 1-800-247-8786 |
| TWA | 367-2800 |
| United | 1-800-241-6522 |
| USAir | 482-3160 |
| Virgin Airways | 1-800-862-8621 |

## AUTOMOBILE RENTAL

| | |
|---|---|
| Avis | 1-800-331-1212 |
| Budget | 1-800-527-0700 |
| Dollar | 569-5300 |
| Hertz | 1-800-654-3131 |
| National | 1-800-328-4567 |
| Thrifty Car Rental | 524-2277 |

## BUSES/TRAINS/TROLLEYS

| | |
|---|---|
| Amtrak | 1-800-USA-RAIL |
| Beantown Trolley | 236-2148 |
| Bonanza Bus Lines | 423-5810 |
| Boston Trolley Tour | 427-TOUR |
| Brush Hill Transportation | 236-2148 |
| Concord Trailways/Peter Pan Bus Lines | 426-7838 |
| Crystal Transport | 232-1375 |
| Greyhound | 423-5810 |
| Logan Water Shuttle | 1-800-23LOGAN |
| MBTA (T) | 722-3200 |
| MBTA Commuter Rail | 1-800-392-6099 |
| Old Town Trolley | 269-7010 |

## LIMOUSINES/TAXICABS

| | |
|---|---|
| Boston Cab | 536-5010 |
| Carey of Boston (A & A Limousine) | 623-8700 |
| Cambridge Taxi | 547-3000 |
| Checker Taxi | 536-7000 |
| Commonwealth Limousine | 787-5575 |
| Red Cab | 734-5000 |
| Red and White Cab | 742-9090 |
| Town Taxi | 536-5000 |

## MISCELLANEOUS

| | |
|---|---|
| AAA | 723-0800 |
| American Red Cross | 262-1234 |
| Bayside Exposition Center | 825-5151 |
| Beechcraft | 274-0010 |
| Boston Police Dept. | 247-4200 |
| Chamber of Commerce | 227-4500 |
| City Hall | 725-4000 |
| Currency Exchange | 426-0016 |
| Emergency Ambulance Fire & Police | 911 |
| Hynes Convention Center | 954-2000 |
| Mass General Hospital | 726-2000 |
| Mayor's 24-hour service and information | 725-4500 |
| National Park Service | 223-5200 |
| Phillips Drugstore (24-hour service) | 523-4372 |
| Traveler's Aid | 542-7286 |
| Western Union | 1-800-325-6000 |
| World Trade Center | 439-5000 |

WHERE/BOSTON SEPTEMBER 1991

MADTBB03316470



MADTBB03316471



THE FRATTAROLI RESTAURANTS: YOUR BRIDGE TO GREAT ITALIAN CUISINE

Ristorante Lucia
415 HANOVER ST.
BOSTON
367-2353
CALL FOR PRIVATE AND
BUSINESS FUNCTIONS

VIA VENETO
ENOTECA E RISTORANTE
283 CAUSEWAY ST.
on the Freedom Trail
742-4142
PRIVATE ROOMS
AVAILABLE FOR WEDDINGS
& RECEPTIONS
(Can accommodate
up to 200 guests)

Ristorante Lucia
Pizza
11 MT. VERNON ST.
WINCHESTER
729-0515
ALSO
PIZZA IN PIAZZA

Discover the pleasures of one of the world's finest cuisines.

MADTBB03316472



When you drive by **Via Veneto** look up. . . .
Coming in September 1991

## FILIPPO

On the second floor, an intimate personal
dining room serving the art of Italy
through authentic cuisine, masterpiece
paintings, wine library, music and culture.
Winner of:

*Best Italian Restuarant*
*May '91-Boston Magazine*

CRUISIN' THE 'BURBS
WORTH THE STOP

MADTBB03316473



# The Best Places To Order Dinner A'la Card.

| | | | |
|---|---|---|---|
| Chart House | 227-1576 | Jasper's | 523-1126 |
| Davio's | 262-4810 | Legal Seafood | All Locations |
| European Restaurant | 523-5694 | Sally Ling's | 227-4545 |
| Hampshire House | 227-9600 | Top of the Hub | 536-1775 |
| Hilltop Steak House | 233-7700 | Towne Lyne | 592-6400 |



Whether it's a light appetizer or a nine-course feast, the next time you place your order, use the Discover® Card. The card that pays up to 1% cashback yearly, based on your annual purchases. Which makes every morsel a little more satisfying.

IT PAYS TO 

From a member of the Sears Financial Network.
© 1991 Greenwood Trust Company, member FDIC

MADTBB03316474