# EXHIBIT F

CONTINUED ON PAGE  7

5/31/85   NATIONAL WESTMINSTER BANK USA                    2-90000-3-0
          160 BROADWAY
          NEW YORK            NY

| 7/25 | 8/01 | 9900  |      | 10  | MCI COMMUNICATIONS CORP | 25 | 3/4 | 254,925.00 |            |
|------|------|-------|------|-----|-------------------------|----|-----|------------|------------|
| 7/25 | 8/01 | 10000 |      | 11  | MCI COMMUNICATIONS CORP | 25 | 3/4 | 257,500.00 |            |
| 7/25 | 8/01 |       | 9900 | 103 | MILLIPORE CORP          | 25 | 3/4 |            | 254,925.00 |
| 7/25 | 8/01 |       |10000 | 104 | MILLIPORE CORP          | 25 | 3/4 |            | 257,500.00 |

NEW BALANCE                                                                40,861,099.52

| SECURITY POSITIONS |          | LONG         | SHORT          | DIFFERENCE        |
|---|---|---|---|---|
| AMP CORP                        | 533550  |              | 17,355,377.50  | 17,355,377.50CR   |
| ADVANCED MICRO DEVICES          | 53190   |              | 65,606.25      | 65,606.25CR       |
| AMERADA HESS CORP               | 142000  |              |                |                   |
| AMDAHL CORP                     | 90000   | 1,434,750.00 |                | 1,434,750.00      |
| AMERICAN ECOLOGY                | 314     | 84,990.75    |                | 84,990.75         |
| AMERICAN ELEC PWR INC           | 122150  |              | 2,562,175.00   | 2,562,175.00CR    |
| AMERICAN EXPRESS COMPANY        | 917752  |              | 24,945,172.51  | 24,945,172.51CR   |
| AMERICAN HOIST & DERRICK CO     | 21000   |              |                |                   |
| AMERICAN INFORMATION TECH CORP  | 2343    |              |                |                   |
| AMERICAN TEL & TELEG CO         | 23435   |              |                |                   |
| ANHEUSER BUSCH COS INC          | 129000  |              | 863,262.50     | 863,262.50CR      |
| ATLANTIC RICHFIELD CO           | 197793  |              | 7,066,939.25   | 7,066,939.25CR    |
| AVNET INC                       | 117100  |              | 1,935,925.00   | 1,935,925.00CR    |
| AVON PRODS INC                  | 18000   |              | 360,000.00     | 360,000.00CR      |
| BANKAMERICA CORP                | 165500  |              | 3,165,187.50   | 3,165,187.50CR    |
| BELL ATLANTIC CORP              | 2343    |              |                |                   |
| BELL SOUTH CORP                 | 7029    |              |                |                   |
| BOEING CO                       | 50000   |              |                |                   |
| BOISE CASCADE CORP              | 22370   |              | 904,985.00     | 904,985.00CR      |
| CATERPILLAR TRACTOR CO          | 24000   | 123,975.00   |                | 123,975.00        |
| CELANESE CORP                   | 9100    |              | 499,800.00     | 499,800.00CR      |
| CHRYSLER CORP                   | 532115  | 2,913,306.25 |                | 2,913,306.25      |
| CHUBB CORP                      | 269584  |              | 14,738,471.00  | 14,738,471.00CR   |
| CITICORP                        | 258600  | 9,636,475.00 |                | 9,636,475.00      |
| COCA COLA CO                    | 30000   |              |                |                   |
| COMPACT VIDEO SYS INC           | 20000   |              | 2,017,500.00   | 2,017,500.00CR    |
| CONSOLIDATED EDISON CO N Y INC  | 101600  |              | 3,111,500.00   | 3,111,500.00CR    |
| DATA GENERAL CORP               | 107200  |              | 2,064,875.00   | 2,064,875.00CR    |
| DELTA AIRLINES INC              | 97700   |              | 2,321,425.00   | 2,321,425.00CR    |
| DIGITAL EQUIPMENT CORP          | 397715  |              | 32,745,323.75  | 32,745,323.75CR   |
| DIGITAL SWITCH CORP             | 120500  |              | 351,250.00     | 351,250.00CR      |

CONTINUED ON PAGE    8

5/31/85   NATIONAL WESTMINSTER BANK USA                    2-90000-3-0
          160 BROADWAY
          NEW YORK            NY

| DISNEY WALT PRODNS              | 34780   |              | 2,702,712.50   | 2,702,712.50CR    |
|---|---|---|---|---|
| DU PONT E I DE NEMOURS & CO     | 8200    |              | 341,000.00     | 341,000.00CR      |
| EASTMAN KODAK CO                | 368992  |              | 8,946,862.50   | 8,946,862.50CR    |
| FEDERAL EXPRESS CORP            | 61200   |              | 1,669,550.00   | 1,669,550.00CR    |
| FLOW GEN INC                    | 75860   |              |                |                   |
| FORD MOTOR CO DEL               | 537400  |              | 23,309,912.50  | 23,309,912.50CR   |
| GTE CORP                        | 251538  | 3,983,500.00 |                | 3,983,500.00      |
| GENERAL DYNAMICS                | 54000   |              | 2,415,600.00   | 2,415,600.00CR    |
| GENERAL ELECTRIC CO             | 901680  |              | 40,851,255.00  | 40,851,255.00CR   |
| GENERAL MOTORS CORP             | 448889  |              | 15,832,917.50  |                   |
| GENERAL MOTORS CORP CLASS E     | 11218   |              |                | 15,832,917.50CR   |
| GLOBAL MARINE INC               | 16500   |              |                |                   |
| GULF & WESTN INDS INC           | 78100   |              |                |                   |
| HALLIBURTON CO                  | 5200    | 104,975.00   |                | 104,975.00        |
| HAZLETON LABS CORP              | 2051    |              |                |                   |
| HEWLETT PACKARD CO              | 50000   | 2,487,543.75 |                | 2,487,543.75      |
| ITT CORP                        | 369700  |              | 7,731,550.00   | 7,731,550.00CR    |
| INTEL CORP                      | 821948  |              | 7,332,887.50   | 7,332,887.50CR    |
| INTERNATIONAL BUSINESS MACHS    | 1127013 |              | 112,980,460.00 | 112,980,460.00CR  |
| INTERNATIONAL HARVESTER CO      | 64747   | 606,134.75   |                |                   |
| INTERNATIONAL HARVESTER CO PREF SER A CONV $3 | 17265 |   | 591,360.50 | 14,774.25      |
| JERRICO INC                     | 110875  |              |                |                   |
| JOHNSON & JOHNSON               | 12600   |              | 563,850.00     | 563,850.00CR      |
| K MART CORP                     | 231700  | 1,720,100.00 |                | 1,720,100.00      |
| LTV CORP                        | 80000   |              |                |                   |
| LIN BROADCASTING CORP           | 94000   |              | 119,380.00     |                   |
| SUB DEB CONV 5.750 12/15/2007 LIN BROADCASTING CORP | 4641 | 125,319.88 | | 5,939.88 |
| LITTON INDS INC                 | 22000   |              | 1,214,391.50   | 1,214,391.50CR    |
| MCI COMMUNICATIONS CORP         | 1221894 |              | 6,812,216.79   | 6,812,216.79CR    |
| MATTEL INC                      | 48109   | 689,090.75   |                |                   |
| MATTEL INC PFD $2.5 SER A CONV DIVID $2.50 | 22693 | | 672,280.13 | 16,910.62 |
| MCDONALDS CORP                  | 16800   |              | 988,875.00     | 988,875.00CR      |
| MERCK & CO                      | 8500    |              | 505,425.00     | 505,425.00CR      |
| MERRILL LYNCH & CO INC          | 986040  |              | 15,540,323.12  | 15,540,323.12CR   |
| MILLIPORE CORP                  | 122700  |              | 1,196,525.00   | 1,196,525.00CR    |
| MINNESOTA MNG & MFG CO          | 30000   |              | 2,272,500.00   | 2,272,500.00CR    |
| NATIONAL SEMICONDUCTOR CORP     | 481200  | 2,534,041.50 |                | 2,534,041.50      |
| NORTHROP CORP                   | 112700  |              | 3,975,537.50   | 3,975,537.50CR    |
| NYNEX CORP                      | 2343    | 90,400.00    |                | 90,400.00         |
| OWENS ILL INC                   | 46580   |              | 1,786,198.75   | 1,786,198.75CR    |

CONTINUED ON PAGE    9

MF00065279