# EXHIBIT G

[Scanned computer printout — "HOUSE #17 STOCK RECORD SUMMARY THRU 5/31/85". Legible entries include:]

- 2/13/85 GLW 219327103 CORN... NATIONAL WESTMINSTER BANK USA — 3000 / 10121420 / 3000 60000020
- 4/10/85 220669107 CROWN ZELLERBACH CORP — ABRAHAM HERSHSON / POPMAR CO / NATIONAL WESTMINSTER BANK USA — 6002 10080950 / 64854 10161150 / 70856 50000050
- 4/12/85 220669503 CROWN ZELLERBACH CORP PFD SER C CONV EXCH $4.50 — ABRAHAM HERSHSON — 4106 10080950

HOUSE #17 STOCK RECORD SUMMARY THRU 5/31/85 — PAGE 18

- 4/12/85 POPMAR CO / NATIONAL WESTMINSTER BANK USA — 46393 10161150 / -48659 50000050
- 10/13/81, 7/16/82 DAFWTA 235037CE6 DALLAS FORT WORTH TEXAS REGIONAL AIRPORT 6.000 11/01/1990 — JEFFRY M PICOWER / NATIONAL WESTMINSTER BANK USA — 50000 10160720 / 50000 65000020
- 4/29/84, 5/29/84 DAN 236235107 DANIEL INDS — NORMAN F LEVY / NATIONAL WESTMINSTER BANK USA — 33876 10121420 / 33876 60000020
- 11/09/83 DASA 237923105 DASA CORP — NORMAN F LEVY / NATIONAL WESTMINSTER BANK USA — 5000 10121420 / 5000 60000020
- 12/31/84, 12/01/83, 12/01/83, 5/01/85 DGN 237680106 DATA GENERAL CORP — STANLEY CHAIS / DECISIONS INCORPORATED / NORMAN F LEVY / NATIONAL WESTMINSTER BANK USA — 2200 10031830 / 35000 10040330 / 70000 10121430 / 107200 29000030
- 10/13/81, 2/08/83 DPPAPA 246361443 DELAWARE RIVER PORT AUTH PA 6.500 1/15/2011 — JEFFRY M PICOWER / NATIONAL WESTMINSTER BANK USA — 50000 10160720 / 50000 65000020
- 7/31/84, 8/01/84, 7/30/84, 7/31/84, 8/01/84, 7/30/84, 7/31/84, 7/30/84, 5/01/85 DAL 247361106 DELTA AIRLINES INC — THE BEASER FAMILY TRUST / P & M ASSOCIATES SPECIAL #2 / ANDREW JAFFE TRUST / STEVEN C JAFFE TRUST / RHONDA SEGAL TRUST / CARL SHAPIRO TRUST / LINDA STRAUSS TRUST / RUTH SHAPIRO TRUST / MAGNIFY INC / NATIONAL WESTMINSTER BANK USA — 1800 10070130 / 16000 10040330 / 4100 10302430 / 2000 10301130 / 9000 10302030 / 2100 10302130 / 47600 10302530 / 7300 10302930 / 5000 10303930 / 2900 10301950 / 97700 29000030
- 5/02/85 DECGA 253849G45 DIGITAL EQUIPMENT CORP JULY 105 CALL — BANQUE PRIVEE DE GESTION FIN / NATIONAL WESTMINSTER BANK USA — 314 10510130 / 314 40000040
- 5/02/85 DECST 253849ST6 DIGITAL EQUIPMENT CORP JULY 100 PUT — BANQUE PRIVEE DE GESTION FIN — 314 10510130

[Next block — faded/illegible listing of many trust/account names including THE BEASER FAMILY TRUST, ALBERT D BROWN, NU AMI SPECIAL, CAPITAL GROWTH CO, DECISIONS INCORPORATED, JOSEPH G GAUMONT, JLN PARTNERS, MARTIN J JOEL JR, J&B PARTNERSHIP, ALVORD N LURIA, GLADYS C LURIA, GABRIELLE PICOWER, DAVID SILVER, ERWIN STERN, HELEN G ???, LILLIAN ??? TRUST, ELLEN J JAFFE TRUST, MICHAEL JAFFE TRUST, S C & R INVESTMENT CO, JONATHAN SEGAL TRUST, RHONDA SEGAL TRUST, CARL SHAPIRO TRUST, CARL SHAPIRO FAMILY TRUST, LINDA STRAUSS TRUST, RUTH SHAPIRO TRUST, ESTATE OF SELMA SHAPIRO, JENNIFER M SEGAL, BANQUE PRIVEE DE GESTION FIN, NATIONAL WESTMINSTER BANK USA — with various share amounts and account numbers.]

- 11/21/84, 5/14/81, 12/27/84 DIGI4 253800104 DIGITAL SWITCH CORP — JEFFRY M PICOWER / BARUCH C/O BANK HAPOALIM B.M. / NATIONAL WESTMINSTER BANK USA — 50000 10160730 / 70500 10510230 / 120500 29000030

[Boxed/highlighted row:]
- 5/14/85, 5/14/85, 5/14/85, 5/14/85, 5/21/85, 5/14/85, 5/09/85, 5/22/85 DIS 254687103 DISNEY WALT PRDCTNS — APPLEBY PRODUCTIONS LTD / APPLEBY PRODUCTIONS LTD / AVELLINO GROUP / BETTY LEVY / FRANCIS N LEVY / SAGE ASSOCIATES / MAURICE SAGE TRUST / NATIONAL WESTMINSTER BANK USA — 120 10012130 / 110 10012330 / 1100 10012730 / 13150 10121330 / 6300 10124330 / 9000 10124030 / 5000 10190430 / 34780 29000030

HOUSE #17 STOCK RECORD SUMMARY THRU 5/31/85 — PAGE 20

- 4/19/82, 7/16/82 DMPM 257043125 DOME PETROLEUM DTS 12/31/1984 — NORMAN F LEVY / NATIONAL WESTMINSTER BANK USA — 1600 10121420 / 1600 60000020
- 5/03/85 DDG4 263534GK4 DU PONT E I DE NEMOURS & CO JULY 55 CALL — SPORTSOTRON / SPORTSOTRON / NATIONAL WESTMINSTER BANK USA — 31 10194640 / 31 10194940 / 62 40000040
- 4/19/82, 5/09/85, 5/09/85 DD 263534109 DU PONT E I DE NEMOURS & CO — NORMAN F LEVY / SPORTSOTRON / SPORTSOTRON / NATIONAL WESTMINSTER BANK USA — 2000 10121420 / 3100 10194640 / 3100 10194940

MF00841185