# EXHIBIT H

HOUSE #17   CASH & SECURITIES FOR SETTLEMENT 12/13/79                                          PAGE   31

| TRD DATE | STL DATE | TRANS NO | TRANS | LONG | SHORT | SECURITY/DESCRIPTION | PRICE | NET |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **ACCT # 1-01956-1-8   HARRY & REGINA SMITH   1339 WESTPORT LANE   BAL OF 11/26/79** | | 41,312.51CR |
| | | | | | | NEW BALANCE | | 41,312.51CR |
| | | | | | | **ACCT # 1-01957-1-7   ROBERTA A SCHWARTZ A/C/F LAURI & MARGARET SCHWARTZ   BAL OF 10/30/79** | | 35,103.97CR |
| | | | | | | NEW BALANCE | | 85,103.97CR |
| | | | | | | **ACCT # 1-01958-1-6   ANN L SCHNEIDER   2 ADRIENNE DRIVE   BAL OF 12/12/79** | | 15,561.55CR |
| | | | | | | NEW BALANCE | | 15,561.55CR |
| | | | | | | **ACCT # 1-01959-1-5   FANNIE SCHWARTZ   C/O JEROME HOROWITZ   BAL OF 12/11/79** | | 30,954.53CR |
| | | | | | | NEW BALANCE | | 30,954.53CR |
| | | | | | | **ACCT # 1-01960-1-2   THEODORE SCHWARTZ   C/O JEROME HOROWITZ   BAL OF 11/26/79** | | 10,349.47CR |
| | | | | | | NEW BALANCE | | 10,349.47CR |
| | | | | | | **ACCT # 1-01961-1-1   MAURICE SAGE TRUST   200 CENTRAL PARK SOUTH** | | |
| 10/25 | 11/01 | 598 | BUY | 800 | | ASARCO INC | 24 1/8 | 19,872.00CR |
| 10/25 | 11/01 | 600 | BUY | 3,817 | | CENTRAL PENN NATL CORP | 12 1/4 | 46,658.05CR |
| 10/26 | 11/02 | 597 | BUY | 4,400 | | AMERICAN TEL & TELEG CO | 52 5/8 | 231,396.00CR |
| 10/26 | 11/02 | 603 | BUY | 5,300 | | SKYLINE CORP | 10 1/4 | 54,185.87CR |
| 10/30 | 11/07 | 596 | BUY | 100 | | ALCAN ALUM LTD | 37 | 3,696.25CR |
| 11/01 | 11/09 | 601 | BUY | 410 | | RCA CORP | 22 5/8 | 9,261.90CR |
| 11/08 | 11/16 | 599 | BUY | 300 | | REYNOLDS METALS CO | 29 5/8 | 8,877.00CR |
| 11/12 | 11/19 | 602 | BUY | 200 | | KAISER ALUM & CHEM CORP | 19 3/8 | 3,869.75CR |
| 11/30 | 12/07 | 595 | BUY | 4,800 | | DR PEPPER CC | 12 1/2 | 58,874.00CR |
| 12/13 | 12/13 | 000 | DELD | | 200 | KAISER ALUM & CHEM CORP | | |
| 12/13 | 12/13 | 000 | DELD | | 410 | RCA CORP | | |
| 12/13 | 12/13 | 000 | DELD | | 3,817 | CENTRAL PENN NATL CORP | | |
| 12/13 | 12/13 | 000 | DELD | | 300 | REYNOLDS METALS CO | | |
| 12/13 | 12/13 | 000 | DELD | | 800 | ASARCO INC | | |
| 12/13 | 12/13 | 000 | DELD | | 4,400 | AMERICAN TEL & TELEG CO | | |
| 12/13 | 12/13 | 000 | DELD | | 100 | ALCAN ALUM LTD | | |
| 12/13 | 12/13 | 000 | DELD | | 4,800 | DR PEPPER CC | | |
| 12/13 | 12/13 | 000 | DELD | | 5,300 | SKYLINE CORP | | |
| | | | | | | NEW BALANCE | | 437,691.07CR |
| | | | | | | **ACCT # 1-02002-1-0   TEMPLE INVESTMENT CORP   585 MAIN AVE** | | |

HOUSE #17

## CASH & SECURITIES FOR SETTLEMENT 12/13/79 — PAGE 38

| TRD DATE | STL DATE | TRANS NO | TRANS | LONG | SHORT | SECURITY/DESCRIPTION | PRICE | NET |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BAL OF 11/27/79 | 178,396.60CR |
| | | | | | | | NEW BALANCE | 178,396.60CR |
| ACCT # 1-03027-1-9 | | | | | | CARL SHAPIRO TRUST ACCOUNT A — 100 SUNRISE AVE | BAL OF 10/29/79 | 500,620.81CR |
| | | | | | | | NEW BALANCE | 500,620.81CR |
| ACCT # 1-03034-1-0 | | | | | | LAD CO. — 300 E 33RD STREET | BAL OF 11/29/79 | 176,123.02CR |
| | | | | | | | NEW BALANCE | 176,123.02CR |
| ACCT # 1-03035-1-9 | | | | | | ANNIE SHAPIRO PERSONAL — 1501 BEACON STREET | BAL OF 11/09/9 | 221,390.35CR |
| | | | | | | | NEW BALANCE | 221,390.35CR |
| ACCT # 1-03036-1-8 | | | | | | NEIL M STRAUSS — 135 PLEASANT STREET | BAL OF 12/03/79 | 103,124.66CR |
| | | | | | | | NEW BALANCE | 103,124.66CR |
| ACCT # 2-90000-1-5 | | | | | | NATIONAL BANK OF NO AMERICA — 160 BROADWAY | BAL OF 12/12/79 | 3,157,477.64 |
| 10/25 | 11/01 | 607 | SELL | 800 | | ASARCO INC | 24 7/8 | 19,900.00 |
| 10/25 | 11/01 | 609 | SELL | 3,817 | | CENTRAL PENN NATL CORP | 12 1/4 | 46,758.25 |
| 10/26 | 11/02 | 606 | SELL | 4,400 | | AMERICAN TEL & TELEG CO | 52 5/8 | 231,550.00 |
| 10/26 | 11/02 | 612 | SELL | 5,330 | | SKYLINE CORP | 10 1/4 | 54,325.00 |
| 10/30 | 11/07 | 605 | SELL | 100 | | ALCAN ALUM LTD | 37 | 3,700.00 |
| 11/01 | 11/09 | 610 | SELL | 410 | | RCA CORP | 22 5/8 | 9,276.25 |
| 11/08 | 11/16 | 608 | SELL | 300 | | REYNOLDS METALS CO | 29 5/8 | 8,887.50 |
| 11/12 | 11/19 | 611 | SELL | 200 | | KAISER ALUM & CHEM CORP | 19 3/8 | 3,975.00 |
| 11/30 | 12/07 | 604 | SELL | 4,800 | | DR PEPPER CO | 12 1/2 | 60,000.00 |
| 11/04 | | 314 | CXL BUY | 5,645 | | TRANSOCEAN OIL INC | 23 1/2 | 132,657.50 |
| 12/04 | | 634 | BUY | | 5,531 | TRANSOCEAN OIL INC | 23 3/8 | 129,784.91CR |
| 12/11 | | 416 | CXL SELL | | 2,790 | ESMARK INC | 27 3/8 | 79,463.44CR |
| 12/05 | 12/12 | 417 | CXL SELL | | 2,180 | ESMARK INC | 27 1/2 | 60,018.13CR |
| 12/05 | 12/12 | 520 | CXL SELL | | 1,365 | LEAR SIEGLER INC | 21 1/4 | 29,054.03CR |
| 12/05 | 12/12 | 521 | CXL SELL | | 830 | LEAR SIEGLER INC | 21 3/8 | 17,770.30CR |
| 12/05 | 12/12 | 522 | BUY | | 313,000 | MORAN BROS INC SUB DEB CONV 9.000 11/15/1999 | 114 | 358,932.75CR |
| 12/05 | 12/12 | 630 | SELL | 13,608 | | MORAN BROS INC | 26 | 353,808.00 |
| 12/12 | 12/12 | 635 | SELL | | 2,734 | ESMARK INC | 27 3/8 | 74,943.25 |
| 12/12 | 12/12 | 636 | SELL | | 2,135 | ESMARK INC | 27 1/2 | 58,712.50 |
| 12/13 | 12/13 | 000 | RECD | | 200 | KAISER ALUM & CHEM CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 410 | RCA CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 3,817 | CENTRAL PENN NATL CORP | | |

MF00709388

HOUSE #17    CASH & SECURITIES FOR SETTLEMENT 12/13/79    PAGE 39

| TRD DATE | STL DATE | TRANS NO | TRANS | LONG | SHORT | SECURITY/DESCRIPTION | PRICE | NET |
|---|---|---|---|---|---|---|---|---|
| 12/13 | 12/13 | 000 | RECD | | 300 | 28 SYS INC | | |
| 12/13 | 12/13 | 000 | RECD | | 800 | REYNOLDS METALS CO | | |
| 12/13 | 12/13 | 000 | RECD | | | ASARCO INC | | |
| 12/13 | 12/13 | 000 | RECD | | 4,400 | AMERICAN TEL & TELEG CO | | |
| 12/13 | 12/13 | 000 | RECD | | 100 | ALCAN ALUM LTD | | |
| 12/13 | 12/13 | 000 | RECD | | 4,800 | DR PEPPER CO | | |
| 12/13 | 12/13 | 000 | RECD | | 5,300 | SKYLINE CORP | | |
| 12/13 | 12/13 | 000 | DELD | 12,500 | | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | DELD | | 14,935 | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | DELD | | | PFD SER N CONV $2.25 | | |
| 12/13 | 12/13 | 000 | RECD | | | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | DELD | 1,980 | | PFD SER N CONV $2.25 | | |
| 12/13 | 12/13 | 000 | DELD | 10,870 | 16,378 | OCCIDENTAL PETE CORP | | |
| 12/13 | 12/13 | 000 | RECD | | | UT 1 PFD $2.50 & 1 WT EXP 1980 | | |
| 12/13 | 12/13 | 000 | RECD | | 11,669 | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | 12,871 | | PFD SER N CONV $2.25 | | |
| 12/13 | 12/13 | 000 | DELD | | | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 7,728 | PFD SER N CONV $2.25 | | |
| 12/13 | 12/13 | 000 | DELD | 537 | | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 2,470 | OCCIDENTAL PETE CORP | | |
| 12/13 | 12/13 | 000 | DELD | | 374 | UT 1 PFD $2.50 & 1 WT EXP 1980 | | |
| 12/13 | 12/13 | 000 | DELD | 672 | | OCCIDENTAL PETE CORP | | |
| 12/13 | 12/13 | 000 | DELD | | 2,486 | UT 1 PFD $2.50 & 1 WT EXP 1980 | | |
| 12/13 | 12/13 | 000 | RECD | | | OCCIDENTAL PETE CORP | | |
| 12/13 | 12/13 | 000 | DELD | 10,317 | | UT 1 PFD $2.50 & 1 WT EXP 1980 | | |
| 12/13 | 12/13 | 000 | DELD | 13,594 | 15,494 | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | 419,000 | | MGF OIL CORP | | |
| 12/13 | 12/13 | 000 | RECD | | | SUB DEB CONV | | |
| 12/13 | 12/13 | 000 | RECD | | | 10.500 11/01/1998 | | |
| 12/13 | 12/13 | 000 | RECD | | 13,594 | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 16,165 | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 1,954 | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 13,652 | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 10,317 | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | RECD | | | PFD $2.50 | | |
| 12/13 | 12/13 | 000 | RECD | | 537 | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | RECD | | | PFD $2.50 | | |
| 12/13 | 12/13 | 000 | RECD | | 672 | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | RECD | | | PFD $2.50 | | |
| 12/13 | 12/13 | 000 | RECD | | 13,594 | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | RECD | 12,336 | | PFD $2.50 | | |
| 12/13 | 12/13 | 000 | RECD | | | WT EXP 04/22/1980 | | |
| 12/13 | 12/13 | 000 | DELD | 1,556 | 537 | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | DELD | | | PFD SER N CONV $2.25 | | |
| 12/13 | 12/13 | 000 | DELD | | | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 672 | WT EXP 04/22/1980 | | |
| 12/13 | 12/13 | 000 | RECD | | | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | RECD | | | PFD SER N CONV $2.25 | | |
| 12/13 | 12/13 | 000 | RECD | | | INTERNATIONAL TEL & TELEG CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 537 | WT EXP 04/22/1980 | | |
| 12/13 | 12/13 | 000 | RECD | | | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | RECD | | 10,317 | WT EXP 04/22/1980 | | |
| 12/13 | 12/13 | 000 | RECD | | 31,425 | OCCIDENTAL PETROLEUM CORP | | |
| 12/13 | 12/13 | 000 | RECD | | | MGF OIL CORP | | |

MF00709389