# EXHIBIT I



| Security | Amount | | |
|---|---|---|---|
| NORTH SLOPE BORO AK | 30000 | 14,435.00 | 14,435.00 |
| 7.250  4/01/1990 | | | |
| NORTON MASS VOC/TECH SCHOOL | 150000 | | |
| 7.000  6/01/1994 | | | |
| OHIO ST AIR QUAL DEV AUTH | 25000 | | |
| 9.250  4/15/1983 | | | |
| OMAHA PUBLIC POWER DIST NEB | 100000 | | |
| 6.125  2/01/2017 | | | |
| STATE OF OREGON | 75000 | 51,428.25 | 51,428.25CR |
| DTD 11/01/79 | | | |
| 5.500  11/01/1998 | | | |
| PAN AMER WORLD AWYS | 35000 | | |
| SUB DEB CONV | | | |
| 4.500  8/01/1986 | | | |
| PENNSYLVANIA ST HSG FIN AGY | 50000 | 30,027.50 | |
| DTD 4/1/78 | | | |
| 6.625  3/01/2011 | | | |

CONTINUED ON PAGE  10

1/31/93  NATIONAL BANK OF NORTH AMERICA                6-50000-1-0      10
        N ACCOUNT

| PENNSYLVANIA HOUSING FAC AUTH | 70000 | 45,558.10 | 79,585.60CR |
| DTD 01/01/79 | | | |
| 7.900  5/15/2010 | | | |
| PITTSFIELD MASS-SOLID | 10000 | 17,535.40 | 17,535.40 |
| WASTE DISP | | | |
| 6.600  3/01/1985 | | | |
| PORT PORTLAND ORE DOCK | 25000 | | |
| & WHARF REV | | | |
| 8.600  12/01/1989 | | | |
| PUEBLO COLORADO IND DEV REV | 25000 | 13,417.25 | 13,417.25 |
| 5.750  8/01/1995 | | | |
| PUERTO RICO COMMONWEALTH | 50000 | | |
| 6.250  7/01/1992 | | | |
| COMMONWEALTH PUERTO RICO | 250000 | | |
| PUB IMP | | | |
| 8.000  7/01/2002 | | | |
| PUERTO RICO CL | 25000 | | |
| 3.300  7/01/1983 | | | |
| PUERTO RICO CL | 5000 | | |
| 3.400  7/01/1986 | | | |
| PUERTO RICO | 10000 | | |
| 3.400  7/01/1987 | | | |
| PUERTO RICO COMMON MLTL | 10000 | | |
| 5.000  7/01/1990 | | | |
| PUERTO RICO COMWLTH | 20000 | | |
| 6.500  7/01/1983 | | | |
| PUERTO RICO COMWLTH | 20000 | | |
| 6.250  7/01/1991 | | | |
| PUERTO RICO HWY | 40000 | 5,135.60 | |
| 5.750  7/01/2001 | | | |
| PUERTO RICO COMWLTH HWY AUTH | 45000 | 35,987.05 | |
| 5.750  7/01/1989 | | | |
| PUERTO RICO COMWLTH HWY AUTH | 50000 | | |
| 5.750  7/01/1990 | | | |
| PUERTO RICO COMWLTH HWY REV | 60000 | 36,460.20 | 4,462.45 |
| DTD 1/1/72 | | | |
| 6.000  7/01/2002 | | | |
| PUERTO RICO COMMONWEALTH | 70000 | | |
| URBAN RENEWAL & HOUSING | | | |
| 6.200  10/01/1999 | | | |
| PUERTO RICO COMWLTH | 10000 | | |
| WTR RES AUTH | | | |
| 3.550  1/01/1991 | | | |
| PUERTO RICO COMMONWEALTH WATER | 50000 | | |
| 6.900  7/01/1996 | | | |

CONTINUED ON PAGE  11

1/31/93  NATIONAL BANK OF NORTH AMERICA                6-50000-1-0      11
        N ACCOUNT

| PUERTO RICO WATER RES AUTH | 125000 | 83,362.25 | |
| ELECT REV | | | |
| 7.000  7/01/2002 | | | |
| PUERTO RICO WTR RES | 35000 | 19,726.25 | |
| DTD 07/31/73 | | | |
| 5.375  7/01/2006 | | | |
| PUERTO RICO WTR RES AUTH ELEC | 10000 | 5,368.80 | |
| REV   DTD 01/01/73 | | | |
| 5.900  1/01/2004 | | | |
| PUERTO RICO WTR RES AUTH ELEC | 85000 | 52,748.20 | 64,499.00CR |
| REV   DTD 01/01/73 | | | |
| 5.900  1/01/2007 | | | |
| PUERTO RICO HSG FIN CONST LOAN | 50000 | | |
| DATED 3/1/82 | | | |
| 9.500  3/01/1987 | | | |
| PUERTO RICO INDL MED & ENVIRNL | 100000 | | |
| POLLUTN CTL FACS FING AUTH REV | | | |
| 10.350  9/01/1986 | | | |
| PUERTO RICO INDL MED & ENVIRNL | 15000 | | |
| POLLUTN CTL FACS FING AUTH REV | | | |
| 8.500  11/01/1992 | | | |
| PUERTO RICO MUN FIN AGY | 25000 | | |
| 6.400  7/01/1995 | | | |
| PUERTO RICO SUGAR CORP | 25000 | | |
| 6.700  7/01/1988 | | | |
| PCA CORP | 1100 | | |
| SUB DEB CONV | | | |
| 4.500  6/01/1992 | | | |
| REPUBLIC AMERICA CORP | 20000 | | |
| 4.300  2/15/1986 | | | |
| RESORTS INTL | 25000 | | |
| DEB | | | |
| 10.000  6/01/1999 | | | |
| RHODE ISLAND | 50000 | 27,907.50 | 27,907.50CR |
| HSG & MTG FIN | | | |
| 6.300  7/01/2005 | | | |

MF00964437