**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS         )
                                          )  ss:
COUNTY OF DALLAS  )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 23, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Certificate of No Objection to Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in Jeffrey Schaffer Donna Schafer Joint Tenancy and Stanley I. Lehrer and Stuart M. Stein Join Tenancy with Proposed Order related thereto (Docket Number 16216)

Executed on June 26, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 26th day of June, 2017

(SEAL)

_____
Notary Public

# Exhibit A

**Exhibit A**
**June 23, 2017**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |

Page 1 of 1