UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------:
SECURITIES INVESTOR PROTECTION
CORPORATION                                                  : Adv. Pro No. 08-01789 (SMB)
                                                             :
              Plaintiff-Applicant,        : SIPA LIQUIDATION
                                                             :
v.                                                           :
                                                             : (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT                                 :
SECURITIES LLC,                                              :
                                                             :
              Defendant.                  :
------------------------------------------------------------:
In re:                                                       :
                                                             :
BERNARD L. MADOFF,                                           :
                                                             :
              Debtor.                     :
------------------------------------------------------------:
IRVING H. PICARD, Trustee for the Liquidation of             : Adv. Pro. No. 10-04675 (SMB)
Bernard L. Madoff Investment Securities LLC,                 :
                                                             :
              Plaintiff,                  :
                                                             :
v.                                                           :
                                                             :
STUART J. RABIN,                                             :
                                                             :
              Defendant.                  :
------------------------------------------------------------:

## MEDIATOR'S FINAL REPORT

      Robert J. Rosenberg, the Court appointed mediator, submits this final report and reports as follows:

      1.    By agreement dated September 6, 2016, I was appointed as Mediator in the pending adversary proceeding with respect to the claims by and against Stuart J. Rabin.

      2.    In-person mediation sessions have taken place at the offices of Baker & Hostetler LLP in New York, New York on November 16, 2016 and March 3, 2017. A number of telephone calls and email discussions were also held.

3.  I am pleased to report that a documented settlement has been reached between the Trustee and Stuart J. Rabin.

Dated: June 27, 2017
   New York, New York

*/s/ Robert J. Rosenberg*
Robert J. Rosenberg, Mediator