# ATTACHMENT A

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC

Case No 08-01789-BRL

U S Bankruptcy Court for the Southern District of New York

Claim Number:                    **007422**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**RECEIVED**

MAR 0 9 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:___(441) 296-4527_____

HOME:___(441) 238-8193_____

Taxpayer I.D. Number (Social Security No.)

_____

1FR093

FOR ACCOUNT OF HSBC SECURITIES SERVICES
C/O  BK OF BERMUDA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS
LTDC/O CATHERINA COLACINO
BP 413  13 RUE GOETHE
L-2014 LUXEMBOURG,

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008** :

    a.    The Broker owes me a Credit (Cr.) Balance of        $_____N/A*_____

    b.    I owe the Broker a Debit (Dr.) Balance of        $_____N/A_____

*Please see the attached Addendum to Customer Claim Form for further explanation.

502180406                                1

c. If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                            $_____N/A_____

d. If balance is zero, insert "None."                    _____NONE_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | X* | |
| b.  I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | Number of Shares or Face Amount of Bonds | | |
| SEE ATTACHED BMIS STATEMENT FOR THE PERIOD ENDING NOVEMBER 30, 2008 FOR A COMPLETE | | | |
| LISTING OF THEMA WISE INVESTMENTS LIMITED'S SECURITIES, AS WELL AS THE ATTACHED | | | |
| ADDENDUM TO CUSTOMER CLAIM FORM. | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

*Please see the attached Addendum to Customer Claim Form for further explanation.

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | x* |  |

*Please see paragraph 5 of attached Addendum to Customer Claim form for explanation.

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____        X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: KIRKLAND & ELLIS LLP, 153 EAST 53RD STREET,
        NEW YORK, NEW YORK 10022                                           .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____March 3, 2009_____      Signature _____

Date _____      Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

ADDENDUM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| - against - | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## THEMA WISE INVESTMENTS LIMITED'S ADDENDUM TO CUSTOMER CLAIM FORM

Thema Wise Investments Limited ("Thema Wise" or the "Company") attaches this addendum in further support of its customer claim in the liquidation of Bernard L. Madoff Investment Securities LLC ("BMIS") pursuant to the Securities Investor Protection Act, 15 U.S.C. § 78aaa-111, et seq. ("SIPA"), and the December 23, 2008 Order Approving the Form and Manner of Publication and Mailing of Notices, Specifying Procedures For Filing, Determination, and Adjudication of Claims, and Providing Other Relief:

1.     Thema Wise is a company organized under the laws of the Territory of the British Virgin Islands and was incorporated on December 13, 2002.   The Company's registered office is located at Romasco Place, Wickhams Cay 1, P.O. Box 3140, Road Town, Tortola, British Virgin Islands.

2.     This customer claim form is submitted and signed by Mr. David Smith, in his capacity as a Director of Thema Wise.   A copy of the proof of Mr. Smith's authority is attached hereto as Exhibit A.   Any communications with the Company can be directed to Mr. Smith's attention at Equus Asset Management Partners, 27 Queen Street, 3rd Floor, Hamilton HM 11, Bermuda, (441) 296-4527.   Additionally, communications can be directed to the Company's U.S. counsel, Jay P. Lefkowitz of Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022, (212) 446-4800.

3.     The following documents on which this Addendum is based are attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively and are incorporated herein by reference: (a)

the proof of Mr. David Smith's authority to sign on behalf of Thema Wise; (b) the November 30, 2008 Statement of Account Number 1-FR093 from BMIS; and (c) the summary of cash inflows and outflows to and from BMIS for the Company.

4.    Thema Wise submits this customer claim form in its own name and on its own behalf, but hereby reserves and does not waive any and all rights of its investors, including but not limited to such investors' rights to file their own claims in this liquidation in the event that such investors are deemed "customers" of BMIS at a later date or otherwise elect to file their own claims.

5.    The Bank of Bermuda Limited ("Bank of Bermuda Ltd.") originally was appointed the custodian for the funds invested by Thema Wise.  Bank of Bermuda Ltd. then contracted with Bank of Bermuda (Luxembourg) S.A. ("Bank of Bermuda (Luxembourg)" and together with Bank of Bermuda Ltd., "Bank of Bermuda") to act as sub-custodian.  On December 29, 2002, a brokerage account numbered 1-FR093 was opened at BMIS on behalf of the Company, and the Company's assets were placed with BMIS.  In December 2006, HSBC Institutional Trust Services (Bermuda) Limited ("HSBC Bermuda") replaced Bank of Bermuda Ltd. as the custodian of Thema Wise's investment portfolio, and HSBC Securities Services (Luxembourg) S.A. ("HSBC Luxembourg, and together with HSBC Bermuda, "HSBC") replaced Bank of Bermuda (Luxembourg) as sub-custodian.  Consistent with this arrangement, and as noted on the November 30, 2008 Statement of Account Number 1-FR093 attached to this Addendum as Exhibit B, Thema Wise's account at BMIS was entitled "HSBC Securities Services (Luxembourg) SA Spec Cust Acct for Thema Wise Investments Ltd."  As custodian, HSBC (and before HSBC, Bank of Bermuda) was empowered with discretionary authority to place money in or withdraw money from the Company's accounts, which thus enabled BMIS to execute transactions on behalf of the Company. The contact information for HSBC Luxembourg is Mrs. Marie Renard, HSBC Securities Services (Luxembourg) SA, 40 avenue Monterey, L-2163, Luxembourg, +353 40 4646 880.

6.    At the start of each month, BMIS sent a statement to HSBC detailing the Company's investment activity for the previous month, which securities were bought and sold,

the value of the individual securities, the value of any options purchased, and the total value of the Company's portfolio.    Based on this information from BMIS, HSBC independently calculated the asset value of the Company.

7.    The last BMIS account statement received by Thema Wise, for November 2008, indicates that, as of November 30, 2008, the market value of the Company's securities was $194,774,497.25.  The statement further indicates that as of November 30, 2008, the Company held $6,978,150.00 in long option positions, and negative $12,624,600.00 in short option positions, for a net loss of $5,646,450.00.  A copy of the November 30, 2008 BMIS statement is attached to this Addendum as Exhibit B.

8.    Since the Company's inception, the Company invested a net of $118,082,000.00 with BMIS.  A summary of the cash inflows and outflows to and from BMIS is attached to this Addendum as Exhibit C.

9.    As a direct result of the fraud perpetrated by Bernard L. Madoff and BMIS, and of the actions taken by other parties to be identified, Thema Wise lost the entirety of its investment portfolio and, by extension, each of the Company's investors lost substantially their entire investment in the Company.  The Company submits this customer claim form and supporting materials in an effort to recoup its ratable share of BMIS customer property and any additional monies to which it is entitled pursuant to SIPA.  The Company reserves and does not waive any and all rights at law and equity.  Furthermore, the Company reserves all rights and defenses with regard to any action that the Trustee may bring against it pursuant to SIPA, the U.S. Bankruptcy Code, or the New York Debtor & Creditor Law.

**Thema Wise Investments Ltd.**

Corporate Resolution

I, Linda M. Sutherland, Secretary of Thema Wise Investments Ltd., a Company duly incorporated and existing under the laws of the British Virgin Islands, DO HEREBY CERTIFY that at a Board of Directors' Meeting held by telephone conference initiated at the offices of The Bank of Bermuda Limited, 6 Front Street, Hamilton, Bermuda on 2nd March 2009, at which a quorum was present and voting throughout, the following resolutions were adopted and are still in full force and effect:-

"RESOLVED

THAT any one Director of the Company be and hereby is authorised to execute the SPIC Claim Form and any other associated documentation related the filing of a Claim with the Trustee of the Securities Protection Insurance Corporation (SIPC) in connection with the Company's investment in Bernard Madoff Investment Securities LLC, for an on behalf of the company and to take any and all actions necessary to effect the filing of the SPIC Claim Form with the SIPC on or before 4th March 2009

WITNESS my Hand this 3rd day March 2009.

_Linda M. Sutherland_

Linda M. Sutherland
Secretary

### THEMA WISE INVESTMENTS LTD.

## Certificate of Incumbency

I, **Linda M. Sutherland**, Secretary of **Thema Wise Investments Ltd.,** a Company incorporated and existing under the laws of the British Virgin Islands, Romasco Place, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands, DO HEREBY CERTIFY that the following is a true and complete list of the Directors and Officers of **Thema Wise Investments Ltd.** as at the date hereof.

**Directors**

Alberto Benbassat
John C.R. Collis
Roberto Nespolo
David T. Smith

**Officers**

Linda M. Sutherland          Secretary
Codan Management (B.V.I.)     Assistant Secretary

WITNESS my Hand this 3rd day of March, 2009.

Linda M. Sutherland
Secretary

Exhibit B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
1    AM

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 10,105,778.12 | |
| 11/05 | | | | CHECK WIRE | CW | 92,000,000.00 | |
| 11/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/05/08 | DIV | | 8.52 |
| 11/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 2.56 | |
| 11/05 | | 40,077 | 35715 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 40,077.00 |
| 11/05 | | 18,275,000 | 35738 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.879 | | 18,252,887.25 |
| 11/05 | | 2,750,000 | 35750 | U S TREASURY BILL DUE 12/11/2008 12/11/2008 | 99.979 | | 2,749,422.50 |
| 11/05 | | 34,425,000 | 35751 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.931 | | 34,401,246.75 |
| 11/05 | | 28,900,000 | 35752 | U S TREASURY BILL DUE 01/08/2009 1/08/2009 | 99.941 | | 28,882,949.00 |
| 11/05 | | 7,700,000 | 35753 | U S TREASURY BILL DUE 01/15/2009 1/15/2009 | 99.927 | | 7,694,379.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York • London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING **11/30/08**    PAGE **2**    AM

YOUR ACCOUNT NUMBER **1-FR093-3-0**    YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/05 | 20,968 | | 35765 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,968.00 | |
| 11/06 | 21,411 | | 10968 | APPLE INC | 105.380 | 2,257,147.18 | |
| 11/06 | 38,064 | | 11203 | ABBOTT LABORATORIES | 55.090 | 2,098,467.76 | |
| 11/06 | 26,169 | | 11438 | AMGEN INC | 60.350 | 1,580,345.15 | |
| 11/06 | 19,032 | | 11673 | BOEING CO | 51.120 | 973,676.84 | |
| 11/06 | 123,708 | | 11908 | BANK OF AMERICA | 23.840 | 2,954,146.72 | |
| 11/06 | 14,274 | | 12143 | BAXTER INTERNATIONAL INC | 60.600 | 865,574.40 | |
| 11/06 | 28,548 | | 12378 | BANK OF NEW YORK MELLON CORP | 32.290 | 922,955.92 | |
| 11/06 | 47,580 | | 12613 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 982,526.80 | |
| 11/06 | 16,653 | | 12848 | ANHEUSER BUSCH COS INC | 62.430 | 1,040,312.79 | |
| 11/06 | 133,224 | | 13083 | CITI GROUP INC | 13.530 | 1,807,848.72 | |
| 11/06 | 71,370 | | 13318 | COMCAST CORP CL A | 15.790 | 1,129,786.30 | |
| 11/06 | 38,064 | | 13553 | CONOCOPHILIPS | 51.120 | 1,947,353.68 | |
| 11/06 | 145,119 | | 13788 | CISCO SYSTEMS INC | 17.520 | 2,548,288.88 | |
| 11/06 | 35,685 | | 14023 | CVS CAREMARK CORP | 30.510 | 1,090,176.35 | |
| 11/06 | 49,959 | | 14258 | CHEVRON CORP | 73.740 | 3,685,974.66 | |
| 11/06 | 47,580 | | 14493 | THE WALT DISNEY CO | 24.760 | 1,179,983.80 | |
| 11/06 | 254,553 | | 14728 | GENERAL ELECTRIC CO | 19.600 | 4,999,420.80 | |
| 11/06 | 4,758 | | 14963 | GOOGLE | 356.520 | 1,696,512.16 | |
| 11/06 | 9,516 | | 15198 | GOLDMAN SACHS GROUP INC | 91.870 | 874,614.92 | |
| 11/06 | 42,822 | | 15433 | HOME DEPOT INC | 23.300 | 999,464.60 | |
| 11/06 | 59,475 | | 15668 | HEWLETT PACKARD CO | 38.310 | 2,280,866.25 | |
| 11/06 | 33,306 | | 15903 | INTERNATIONAL BUSINESS MACHS | 92.800 | 3,092,128.80 | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 3/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40MONTOINT001/23 * DNIS:210 * CSID:* DURATION (mm:ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THENA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
3   AM

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/06 | 135,603 | | 16138 | INTEL CORP | 16.070 | 2,184,564.21 | |
| 11/06 | 68,991 | | 16373 | JOHNSON & JOHNSON | 61.310 | 4,232,597.21 | |
| 11/06 | 90,402 | | 16608 | J.P. MORGAN CHASE & CO | 40.910 | 3,701,961.82 | |
| 11/06 | 38,064 | | 16843 | KRAFT FOOD INC | 29.110 | 1,109,565.04 | |
| 11/06 | 47,580 | | 17078 | COCA COLA CO | 44.490 | 2,118,737.20 | |
| 11/06 | 28,548 | | 17313 | MCDONALDS CORP | 57.900 | 1,654,070.20 | |
| 11/06 | 28,548 | | 17548 | MEDTRONIC INC | 40.310 | 1,151,910.88 | |
| 11/06 | 16,653 | | 17783 | 3M COMPANY | 63.590 | 1,059,630.27 | |
| 11/06 | 49,959 | | 18018 | ALTRIA GROUP INC | 19.160 | 959,212.44 | |
| 11/06 | 52,338 | | 18253 | MERCK & CO | 30.780 | 1,613,056.64 | |
| 11/06 | 192,699 | | 18488 | MICROSOFT CORP | 22.310 | 4,306,821.69 | |
| 11/06 | 97,539 | | 18723 | ORACLE CORPORATION | 18.110 | 1,770,332.29 | |
| 11/06 | 21,411 | | 19428 | OCCIDENTAL PETROLEUM CORP | 54.290 | 1,163,259.19 | |
| 11/06 | 38,064 | | 19663 | PEPSICO INC | 57 | 2,171,170.00 | |
| 11/06 | 164,151 | | 19898 | PFIZER INC | 17.690 | 2,910,397.19 | |
| 11/06 | 73,749 | | 20133 | PROCTER & GAMBLE CO | 64.570 | 4,764,921.93 | |
| 11/06 | 52,338 | | 20368 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 2,238,495.74 | |
| 11/06 | 40,443 | | 20603 | QUALCOMM INC | 37.810 | 1,530,766.83 | |
| 11/06 | 28,548 | | 20838 | SCHLUMBERGER LTD | 51.760 | 1,478,785.48 | |
| 11/06 | 142,740 | | 21073 | AT&T INC | 26.980 | 3,856,834.20 | |
| 11/06 | 88,023 | | 21308 | TIME WARNER INC | 10.060 | 889,031.38 | |
| 11/06 | 23,790 | | 21543 | UNITED PARCEL SVC INC CLASS B | 52.790 | 1,256,825.10 | |
| 11/06 | 42,822 | | 21778 | U S BANCORP | 29.550 | 1,267,102.10 | |
| 11/06 | 23,790 | | 22013 | UNITED TECHNOLOGIES CORP | 54.920 | 1,307,497.80 | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1S 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING **11/30/08**    PAGE **4**    AM

YOUR ACCOUNT NUMBER **1-FR093-3-0**    YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/06 | 68,991 | | 22248 | VERIZON COMMUNICATIONS | 29.980 | 2,071,109.18 | |
| 11/06 | 80,886 | | 22483 | WELLS FARGO & CO NEW | 33.660 | 2,725,857.76 | |
| 11/06 | 54,717 | | 22718 | WAL-MART STORES INC | 56.560 | 3,096,981.52 | |
| 11/06 | 128,466 | | 22953 | EXXON MOBIL CORP | 73.680 | 9,470,512.88 | |
| 11/06 | | | | FIDELITY SPARTAN | DIV | | .38 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/06/08 | | | |
| 11/06 | | | | FIDELITY SPARTAN | CW | .11 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| 11/06 | 20,193 | | 10733 | FIDELITY SPARTAN | 1 | 20,193.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 20,968 | 48250 | FIDELITY SPARTAN | 1 | | 20,968.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 21,200,000 | 49109 | U S TREASURY BILL | 99.946 | | 21,188,552.00 |
| | | | | DUE 01/15/2009 | | | |
| | | | | 1/15/2009 | | | |
| 11/06 | | 28,900,000 | 49323 | U S TREASURY BILL | 99.934 | | 28,880,926.00 |
| | | | | DUE 01/22/2009 | | | |
| | | | | 1/22/2009 | | | |
| 11/06 | | 28,900,000 | 49538 | U S TREASURY BILL | 99.928 | | 28,879,192.00 |
| | | | | DUE 01/29/2009 | | | |
| | | | | 1/29/2009 | | | |
| 11/06 | | 18,250,000 | 49887 | U S TREASURY BILL | 99.914 | | 18,234,305.00 |
| | | | | DUE 02/05/09 | | | |
| | | | | 2/05/2009 | | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
5    AM

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 11,950,000 | 49888 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.901 | | 11,938,169.50 |
| 11/07 | 6,984 | | 23489 | APPLE INC | 108.800 | 760,138.20 | |
| 11/07 | 12,416 | | 23724 | ABBOTT LABORATORIES | 56.590 | 703,117.44 | |
| 11/07 | 8,536 | | 23959 | AMGEN INC | 62.070 | 530,170.52 | |
| 11/07 | 6,208 | | 24194 | BOEING CO | 53.640 | 333,245.12 | |
| 11/07 | 39,576 | | 24429 | BANK OF AMERICA | 23.720 | 940,325.72 | |
| 11/07 | 4,656 | | 24664 | BAXTER INTERNATIONAL INC | 61.740 | 287,647.44 | |
| 11/07 | 8,536 | | 24899 | BANK OF NEW YORK MELLON CORP | 34.210 | 292,357.56 | |
| 11/07 | 15,520 | | 25134 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 326,850.40 | |
| 11/07 | 5,432 | | 25369 | ANHEUSER BUSCH COS INC | 64.190 | 348,897.08 | |
| 11/07 | 41,904 | | 25604 | CITI GROUP INC | 14.410 | 605,512.64 | |
| 11/07 | 22,504 | | 25839 | COMCAST CORP CL A | 17.390 | 392,244.56 | |
| 11/07 | 11,640 | | 26074 | CONOCOPHILIPS | 53.060 | 618,083.40 | |
| 11/07 | 45,784 | | 26309 | CISCO SYSTEMS INC | 17.580 | 806,713.72 | |
| 11/07 | 10,864 | | 26544 | CVS CAREMARK CORP | 31.720 | 345,040.08 | |
| 11/07 | 16,296 | | 26779 | CHEVRON CORP | 75.450 | 1,230,184.20 | |
| 11/07 | 14,744 | | 27014 | THE WALT DISNEY CO | 25.620 | 378,330.28 | |
| 11/07 | 81,480 | | 27249 | GENERAL ELECTRIC CO | 19.810 | 1,617,377.80 | |
| 11/07 | 1,552 | | 27484 | GOOGLE | 349.160 | 541,958.32 | |
| 11/07 | 3,104 | | 27719 | GOLDMAN SACHS GROUP INC | 89.070 | 276,597.28 | |
| 11/07 | 13,192 | | 27954 | HOME DEPOT INC | 22.480 | 297,083.16 | |
| 11/07 | 19,400 | | 28189 | HEWLETT PACKARD CO | 38.820 | 753,884.00 | |

CONTINUED ON PAGE    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 6 | AM |

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 10,864 | | 28424 | INTERNATIONAL BUSINESS MACHS | 92.430 | 1,004,593.52 | |
| 11/07 | 43,456 | | 28659 | INTEL CORP | 16 | 697,034.00 | |
| 11/07 | 21,728 | | 28894 | JOHNSON & JOHNSON | 61.820 | 1,344,093.96 | |
| 11/07 | 29,488 | | 29129 | J.P. MORGAN CHASE & CO | 40.960 | 1,209,007.48 | |
| 11/07 | 11,640 | | 29364 | KRAFT FOOD INC | 29.710 | 346,289.40 | |
| 11/07 | 15,520 | | 29599 | COCA COLA CO | 46.580 | 723,541.60 | |
| 11/07 | 8,536 | | 29834 | MCDONALDS CORP | 57.510 | 491,246.36 | |
| 11/07 | 8,536 | | 30069 | MEDTRONIC INC | 41.140 | 351,512.04 | |
| 11/07 | 5,432 | | 30304 | 3M COMPANY | 64.880 | 352,645.16 | |
| 11/07 | 16,296 | | 30539 | ALTRIA GROUP INC | 19.370 | 316,304.52 | |
| 11/07 | 17,072 | | 30774 | MERCK & CO | 30.480 | 521,036.56 | |
| 11/07 | 62,080 | | 31009 | MICROSOFT CORP | 22.940 | 1,426,598.20 | |
| 11/07 | 31,040 | | 31244 | ORACLE CORPORATION | 18.470 | 574,549.80 | |
| 11/07 | 6,208 | | 31949 | OCCIDENTAL PETROLEUM CORP | 54.380 | 337,839.04 | |
| 11/07 | 12,416 | | 32184 | PEPSICO INC | 58.630 | 728,446.08 | |
| 11/07 | 52,768 | | 32419 | PFIZER INC | 18 | 951,934.00 | |
| 11/07 | 24,056 | | 32654 | PROCTER & GAMBLE CO | 65.180 | 1,568,932.08 | |
| 11/07 | 16,296 | | 32889 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 711,808.44 | |
| 11/07 | 13,192 | | 33124 | QUALCOMM INC | 37.690 | 497,733.48 | |
| 11/07 | 9,312 | | 33359 | SCHLUMBERGER LTD | 51.770 | 482,454.24 | |
| 11/07 | 45,008 | | 33594 | AT&T INC | 28.910 | 1,302,981.28 | |
| 11/07 | 27,936 | | 33829 | TIME WARNER INC. | 10.110 | 283,549.96 | |
| 11/07 | 7,760 | | 34064 | UNITED PARCEL SVC INC CLASS B | 53.680 | 416,866.80 | |
| 11/07 | 13,968 | | 34299 | U S BANCORP | 30.790 | 430,632.72 | |

CONTINUED ON PAGE    7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 7/14/3 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40/MONT00/12/3 * DNIS:210 * CSID: * DURATION (mm:ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 7 | AM |

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 7,760 | | 34534 | UNITED TECHNOLOGIES CORP | 56 | 434,870.00 | |
| 11/07 | 21,728 | | 34769 | VERIZON COMMUNICATIONS | 31.810 | 692,036.68 | |
| 11/07 | 26,384 | | 35004 | WELLS FARGO & CO NEW | 34.080 | 900,221.72 | |
| 11/07 | 17,848 | | 35239 | WAL-MART STORES INC | 56.730 | 1,013,230.04 | |
| 11/07 | 41,128 | | 35474 | EXXON MOBIL CORP | 75.280 | 3,097,760.84 | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .37 |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .11 | |
| 11/07 | | 20,193 | 10976 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,193.00 |
| 11/07 | | 6,050,000 | 11459 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 6,043,163.50 |
| 11/07 | | 18,000,000 | 11675 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 17,980,020.00 |
| 11/07 | | 18,250,000 | 11888 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 18,225,545.00 |
| 11/07 | 3,650,000 | | 12221 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 3,639,780.00 | |

CONTINUED ON PAGE    8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PAGE 8/143* RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time]* SVR:LU40MONT0/123* DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ○ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
8    AM

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 3,650,000 | | 12441 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 3,637,991.50 | |
| 11/07 | 30,409 | | 12666 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,409.00 |
| 11/10 | | 125,900 | 14854 | TIME WARNER INC | 10.200 | | 1,279,144.00 |
| 11/10 | 8,235 | | 35949 | APPLE INC | 108.720 | 895,638.20 | |
| 11/10 | 14,640 | | 36184 | ABBOTT LABORATORIES | 55.910 | 819,107.40 | |
| 11/10 | 10,065 | | 36419 | AMGEN INC | 59.620 | 600,477.30 | |
| 11/10 | 7,320 | | 36654 | BOEING CO | 52.190 | 382,322.80 | |
| 11/10 | 47,580 | | 36889 | BANK OF AMERICA | 24.050 | 1,146,202.00 | |
| 11/10 | 6,405 | | 37124 | BAXTER INTERNATIONAL INC | 60.770 | 389,487.85 | |
| 11/10 | 10,980 | | 37359 | BANK OF NEW YORK MELLON CORP | 33.480 | 368,049.40 | |
| 11/10 | 19,215 | | 37594 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 410,239.65 | |
| 11/10 | 6,405 | | 37829 | ANHEUSER BUSCH COS INC | 64.090 | 410,752.45 | |
| 11/10 | 52,155 | | 38064 | CITI GROUP INC | 14.270 | 746,337.85 | |
| 11/10 | 27,450 | | 38299 | COMCAST CORP CL A | 17.410 | 479,002.50 | |
| 11/10 | 14,640 | | 38534 | CONOCOPHILIPS | 54.130 | 793,048.20 | |
| 11/10 | 55,815 | | 38769 | CISCO SYSTEMS INC | 18.080 | 1,011,367.20 | |
| 11/10 | 13,725 | | 39004 | CVS CAREMARK CORP | 31.300 | 430,141.50 | |
| 11/10 | 20,130 | | 39239 | CHEVRON CORP | 76.410 | 1,538,938.30 | |
| 11/10 | 17,385 | | 39474 | THE WALT DISNEY CO | 25.660 | 446,794.10 | |
| 11/10 | 99,735 | | 39709 | GENERAL ELECTRIC CO | 20.530 | 2,051,548.55 | |
| 11/10 | 1,830 | | 39944 | GOOGLE | 363.580 | 665,424.40 | |

CONTINUED ON PAGE    9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 010 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

| PERIOD ENDING | | PAGE | |
|---|---|---|---|
| 11/30/08 | | 9 | AM |

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 4,575 | | 40179 | GOLDMAN SACHS GROUP INC | 92.680 | 424,194.00 | |
| 11/10 | 16,470 | | 40414 | HOME DEPOT INC | 23.030 | 379,962.10 | |
| 11/10 | 23,790 | | 40649 | HEWLETT PACKARD CO | 37.290 | 888,080.10 | |
| 11/10 | 12,810 | | 40884 | INTERNATIONAL BUSINESS MACHS | 92.660 | 1,187,486.60 | |
| 11/10 | 53,985 | | 41119 | INTEL CORP | 15.880 | 859,440.80 | |
| 11/10 | 26,535 | | 41354 | JOHNSON & JOHNSON | 61.320 | 1,628,187.20 | |
| 11/10 | 34,770 | | 41589 | J.P. MORGAN CHASE & CO | 41.730 | 1,452,342.10 | |
| 11/10 | 14,640 | | 41824 | KRAFT FOOD INC | 30.100 | 441,249.00 | |
| 11/10 | 19,215 | | 42059 | COCA COLA CO | 45.500 | 875,050.50 | |
| 11/10 | 10,980 | | 42294 | MCDONALDS CORP | 57.230 | 628,824.40 | |
| 11/10 | 10,980 | | 42529 | MEDTRONIC INC | 40.300 | 442,933.00 | |
| 11/10 | 6,405 | | 42764 | 3M COMPANY | 64.690 | 414,595.45 | |
| 11/10 | 19,215 | | 42999 | ALTRIA GROUP INC | 18.890 | 363,739.35 | |
| 11/10 | 20,130 | | 43234 | MERCK & CO | 30.510 | 614,971.30 | |
| 11/10 | 74,115 | | 43469 | MICROSOFT CORP | 23.200 | 1,722,432.00 | |
| 11/10 | 37,515 | | 43704 | ORACLE CORPORATION | 18.600 | 699,279.00 | |
| 11/10 | 8,235 | | 44409 | OCCIDENTAL PETROLEUM CORP | 56.010 | 461,571.35 | |
| 11/10 | 14,640 | | 44644 | PEPSICO INC | 57.550 | 843,117.00 | |
| 11/10 | 64,965 | | 44879 | PFIZER INC | 17.960 | 1,169,369.40 | |
| 11/10 | 28,365 | | 45114 | PROCTER & GAMBLE CO | 65.230 | 1,851,382.95 | |
| 11/10 | 19,215 | | 45349 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 846,804.45 | |
| 11/10 | 15,555 | | 45584 | QUALCOMM INC | 37.310 | 580,979.05 | |
| 11/10 | 11,895 | | 45819 | SCHLUMBERGER LTD | 50.500 | 601,172.50 | |
| 11/10 | 56,730 | | 46054 | AT&T INC | 28.580 | 1,623,612.40 | |
| 11/10 | 32,940 | | 46289 | TIME WARNER INC | 11.010 | 363,986.40 | |
| | | | | CONTINUED ON PAGE    10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 10/143 * RCVD AT 12/22/2008 7:00:00 PM [Romance Standard Time] * SVR:LU400N0NT00/123 * DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING **11/30/08**

PAGE **10** AM

YOUR ACCOUNT NUMBER **1-FR093-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 9,150 | | 46524 | UNITED PARCEL SVC INC CLASS B | 54.420 | 498,309.00 | |
| 11/10 | 16,470 | | 46759 | U S BANCORP | 31.510 | 519,627.70 | |
| 11/10 | 9,150 | | 46994 | UNITED TECHNOLOGIES CORP | 56.430 | 516,700.50 | |
| 11/10 | 27,450 | | 47229 | VERIZON COMMUNICATIONS | 32 | 879,498.00 | |
| 11/10 | 31,110 | | 47464 | WELLS FARGO & CO NEW | 34.600 | 1,077,650.00 | |
| 11/10 | 21,045 | | 47699 | WAL-MART STORES INC | 55.710 | 1,173,257.95 | |
| 11/10 | 49,410 | | 47934 | EXXON MOBIL CORP | 75.800 | 3,747,254.00 | |
| 11/10 | | | | CHECK WIRE | CW | 1,400,000.00 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 1.65 |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .50 | |
| 11/10 | | 30,409 | 12902 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,409.00 |
| 11/10 | | 18,275,000 | 13105 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.875 | | 18,252,156.25 |
| 11/10 | | 18,350,000 | 13281 | U S TREASURY BILL DUE 03/19/2009 3/19/2009 | 99.867 | | 18,325,594.50 |
| 11/10 | | 3,650,000 | 13913 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.742 | | 3,640,583.00 |

CONTINUED ON PAGE 11

PLEASE RETURN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 11/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LLUM/0N/T00/120/3 * DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
11   AM

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/10 | | 3,650,000 | 14141 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | | 3,638,539.00 |
| 11/10 | 58 | | 15367 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 58.00 | |
| 11/18 | | 28,490 | 49337 | ANHEUSER BUSCH COS INC | 70 | | 1,994,300.00 |
| 11/18 | 1,975,000 | | 49572 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.830 | 1,971,642.50 | |
| 11/18 | 22,658 | | 49810 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,658.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .39 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .12 | |
| 11/19 | | 22,716 | 51501 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,716.00 |
| 11/19 | 17,425,000 | | 56106 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 17,412,105.50 | |
| 11/19 | 6,730 | | 60540 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,730.00 | |
| 11/20 | | 17,425,000 | 63786 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 17,418,378.50 |

CONTINUED ON PAGE   12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 12/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU04N0N1T00123 * DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING 11/30/08    PAGE 12    AK

YOUR ACCOUNT NUMBER    1-FR093-3-0    YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/20 | 17,425,000 | | 64024 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 17,415,764.75 | |
| 11/20 | 2,614 | | 64263 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,614.00 | |
| 11/25 | 4,635 | | 64504 | APPLE INC | 85.070 | 394,484.45 | |
| 11/25 | 8,240 | | 64742 | ABBOTT LABORATORIES | 54.140 | 446,442.60 | |
| 11/25 | 5,665 | | 64980 | AMGEN INC | 53.630 | 304,039.95 | |
| 11/25 | 26,265 | | 65218 | BANK OF AMERICA | 12.980 | 341,969.70 | |
| 11/25 | 3,090 | | 65456 | BAXTER INTERNATIONAL INC | 52.570 | 162,564.30 | |
| 11/25 | 6,180 | | 65694 | BANK OF NEW YORK MELLON CORP | 24.690 | 152,831.20 | |
| 11/25 | 10,300 | | 65932 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 207,854.00 | |
| 11/25 | 29,870 | | 66170 | CITI GROUP INC | 6.100 | 183,401.00 | |
| 11/25 | 2,575 | | 66408 | COLGATE PALMOLIVE CO | 62.660 | 161,452.50 | |
| 11/25 | 14,935 | | 66646 | COMCAST CORP CL A | 13.970 | 209,238.95 | |
| 11/25 | 8,240 | | 66884 | CONOCOPHILIPS | 45.100 | 371,953.00 | |
| 11/25 | 30,900 | | 67122 | CISCO SYSTEMS INC | 14.970 | 463,809.00 | |
| 11/25 | 7,725 | | 67360 | CVS CAREMARK CORP | 27.040 | 209,193.00 | |
| 11/25 | 10,815 | | 67598 | CHEVRON CORP | 68.710 | 743,530.65 | |
| 11/25 | 9,785 | | 67836 | THE WALT DISNEY CO | 19.760 | 193,742.60 | |
| 11/25 | 3,605 | | 68074 | EXELON CORP | 48.740 | 175,851.70 | |
| 11/25 | 56,650 | | 68312 | GENERAL ELECTRIC CO | 14.010 | 795,932.50 | |
| 11/25 | 1,030 | | 68550 | GOOGLE | 275 | 283,291.00 | |
| 11/25 | 8,755 | | 68788 | HOME DEPOT INC | 19.530 | 171,335.15 | |

CONTINUED ON PAGE    13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 13/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU4/0/0/NT00/123 * DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 13 | AN |

YOUR ACCOUNT NUMBER: 1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 12,875 | | 69026 | HEWLETT PACKARD CO | 32.990 | 425,261.25 | |
| 11/25 | 7,210 | | 69264 | INTERNATIONAL BUSINESS MACHS | 75.080 | 541,614.80 | |
| 11/25 | 29,870 | | 69502 | INTEL CORP | 12.270 | 367,698.90 | |
| 11/25 | 14,935 | | 69740 | JOHNSON & JOHNSON | 57.650 | 861,599.75 | |
| 11/25 | 19,570 | | 69978 | J.P. MORGAN CHASE & CO | 27.760 | 544,045.20 | |
| 11/25 | 7,725 | | 70216 | KRAFT FOOD INC | 25.900 | 200,386.50 | |
| 11/25 | 10,300 | | 70454 | COCA COLA CO | 42.040 | 433,424.00 | |
| 11/25 | 5,665 | | 70692 | MCDONALDS CORP | 55 | 311,801.00 | |
| 11/25 | 6,180 | | 70930 | MEDTRONIC INC | 30.800 | 190,591.00 | |
| 11/25 | 3,605 | | 71168 | 3M COMPANY | 58.280 | 210,243.40 | |
| 11/25 | 10,815 | | 71406 | ALTRIA GROUP INC | 16.250 | 176,175.75 | |
| 11/25 | 11,330 | | 71644 | MERCK & CO | 25 | 283,703.00 | |
| 11/25 | 41,200 | | 71882 | MICROSOFT CORP | 18.100 | 747,368.00 | |
| 11/25 | 20,600 | | 72596 | ORACLE CORPORATION | 16.050 | 331,454.00 | |
| 11/25 | 4,635 | | 72834 | OCCIDENTAL PETROLEUM CORP | 44.570 | 206,766.95 | |
| 11/25 | 8,240 | | 73072 | PEPSICO INC | 51.800 | 427,161.00 | |
| 11/25 | 35,535 | | 73310 | PFIZER INC | 15.320 | 545,817.20 | |
| 11/25 | 15,450 | | 73548 | PROCTER & GAMBLE CO | 61.940 | 957,591.00 | |
| 11/25 | 10,815 | | 73786 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 393,881.70 | |
| 11/25 | 8,755 | | 74024 | QUALCOMM INC | 29.850 | 261,686.75 | |
| 11/25 | 6,180 | | 74262 | SCHLUMBERGER LTD | 46.270 | 286,195.60 | |
| 11/25 | 30,900 | | 74500 | AT&T INC | 25 | 773,736.00 | |
| 11/25 | 19,055 | | 74738 | TIME WARNER INC | 8.010 | 153,392.55 | |
| 11/25 | 5,150 | | 74976 | UNITED PARCEL SVC INC CLASS B | 50.760 | 261,620.00 | |

CONTINUED ON PAGE    14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 14/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU/4/0/0NT/0/1/23 * DNIS:210 * CSID:* DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6212

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
**11/30/08**

PAGE
**14**    AN

YOUR ACCOUNT NUMBER
**1-FR093-3-0**

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 9,270 | | 75214 | U S BANCORP | 23.400 | 217,288.00 | |
| 11/25 | 5,150 | | 75452 | UNITED TECHNOLOGIES CORP | 44.890 | 231,389.50 | |
| 11/25 | 14,935 | | 75690 | VERIZON COMMUNICATIONS | 26.570 | 397,419.95 | |
| 11/25 | 20,085 | | 75928 | WELLS FARGO & CO NEW | 23.820 | 479,227.70 | |
| 11/25 | 11,845 | | 76166 | WAL-MART STORES INC | 51.450 | 609,898.25 | |
| 11/25 | 7,210 | | 76404 | WYETH | 33 | 238,218.00 | |
| 11/25 | 27,810 | | 76642 | EXXON MOBIL CORP | 72 | 2,003,432.00 | |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | .90 |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | | .27 |
| 11/25 | | 9,344 | 77215 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,344.00 |
| 11/25 | | 19,400,000 | 77473 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 19,376,332.00 |
| 11/25 | 11,141 | | 77761 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,141.00 | |
| | | | | NEW BALANCE | | 28,348,368.80 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 275,378 | | | AT&T INC | 28.560 | | |
| | | | | CONTINUED ON PAGE   15 | | | |

PAGE 15/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LUM0N/T00/123 * DNIS:210 * CSID:* DURATION (mm-ss):04-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING: 11/30/08
PAGE: 15    AM

YOUR ACCOUNT NUMBER: 1-FR093-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 73,360 |  |  | ABBOTT LABORATORIES | 52.39D |  |  |
|  | 96,285 |  |  | ALTRIA GROUP INC | 16.080 |  |  |
|  | 50,435 |  |  | AMGEN INC | 55.540 |  |  |
|  | 41,265 |  |  | APPLE INC | 92.670 |  |  |
|  | 237,129 |  |  | BANK OF AMERICA | 16.250 |  |  |
|  | 54,244 |  |  | BANK OF NEW YORK MELLON CORP | 30.210 |  |  |
|  | 28,425 |  |  | BAXTER INTERNATIONAL INC | 52.900 |  |  |
|  | 32,560 |  |  | BOEING CO | 42.630 |  |  |
|  | 92,615 |  |  | BRISTOL MYERS SQUIBB COMPANY | 20.700 |  |  |
|  | 67,999 |  |  | CVS CAREMARK CORP | 28.930 |  |  |
|  | 97,200 |  |  | CHEVRON CORP | 79.010 |  |  |
|  | 277,618 |  |  | CISCO SYSTEMS INC | 16.540 |  |  |
|  | 257,153 |  |  | CITI GROUP INC | 8.290 |  |  |
|  | 92,615 |  |  | COCA COLA CO | 46.870 |  |  |
|  | 2,575 |  |  | COLGATE PALMOLIVE CO | 65.070 |  |  |
|  | 136,259 |  |  | COMCAST CORP | 17.340 |  |  |
|  |  |  |  | CL A |  |  |  |
|  | 72,584 |  |  | CONOCOPHILIPS | 52.520 |  |  |
|  | 89,494 |  |  | THE WALT DISNEY CO | 22.520 |  |  |
|  | 3,605 |  |  | EXELON CORP | 56.210 |  |  |
|  | 246,814 |  |  | EXXON MOBIL CORP | 80.150 |  |  |
|  | 492,418 |  |  | GENERAL ELECTRIC CO | 17.170 |  |  |
|  | 17,195 |  |  | GOLDMAN SACHS GROUP INC | 78.990 |  |  |
|  | 9,170 |  |  | GOOGLE | 292.960 |  |  |
|  | 115,540 |  |  | HEWLETT PACKARD CO | 35.280 |  |  |
|  |  |  |  | CONTINUED ON PAGE  16 |  |  |  |

PAGE 16/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU-0IN/ON/T00/1/20 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
16    AM

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 81,239 | | | HOME DEPOT INC | 23.110 | | |
| | 262,914 | | | INTEL CORP | 13.800 | | |
| | 64,190 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 174,230 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 132,189 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 72,069 | | | KRAFT FOOD INC | 27.210 | | |
| | 53,729 | | | MCDONALDS CORP | 58.750 | | |
| | 54,244 | | | MEDTRONIC INC | 30.520 | | |
| | 100,870 | | | MERCK & CO | 26.720 | | |
| | 370,094 | | | MICROSOFT CORP | 20.220 | | |
| | 40,489 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 186,694 | | | ORACLE CORPORATION | 16.090 | | |
| | 73,360 | | | PEPSICO INC | 56.700 | | |
| | 317,419 | | | PFIZER INC | 16.430 | | |
| | 98,664 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 141,620 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 77,945 | | | QUALCOMM INC | 33.570 | | |
| | 55,935 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 11,141 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 32,095 | | | 3M COMPANY | 66.930 | | |
| | 42,054 | | | TIME WARNER INC | 9.050 | | |
| | 82,530 | | | U S BANCORP | 26.980 | | |
| | 45,850 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | | | | CONTINUED ON PAGE   17 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
17    AM

YOUR ACCOUNT NUMBER
1-FR093-3-D

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 45,850 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 133,104 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 105,455 | | | WAL-MART STORES INC | 55.880 | | |
| | 158,465 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 7,210 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | 194,774,497.25 | | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
18    AM

YOUR ACCOUNT NUMBER
1-FR093-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,514,213.64 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,468,036,158.95 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 19/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40N0N/T0/1/23 * DNIS:210 * CSID: * DURATION (mm-ss):04-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

PERIOD ENDING
11/30/08

PAGE
1    AM

YOUR ACCOUNT NUMBER
1-FR093-4-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 10,105,779.00 |
| 11/06 | | 2,379 | 18958 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 4,826,991.00 |
| 11/06 | 2,379 | | 19193 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 4,879,329.00 | |
| 11/07 | | 776 | 31479 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 1,706,424.00 |
| 11/07 | 776 | | 31714 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 1,071,656.00 | |
| 11/10 | | 915 | 43939 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 1,133,685.00 |
| 11/10 | 915 | | 44174 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 1,538,115.00 | |
| 11/19 | | 4,070 | 30152 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 10,577,930.00 |
| 11/19 | 4,070 | | 30390 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 12,214,070.00 | |
| 11/19 | 3,155 | | 30628 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 476,405.00 | |
| 11/19 | 915 | | 30866 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 83,265.00 | |
| 11/19 | | 3,155 | 31104 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 14,194,345.00 |
| 11/19 | | 915 | 31342 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 5,397,585.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR THEMA WISE INVESTMENTS LTD
C/O CATHERINE COLACINA

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 2 | AM |

YOUR ACCOUNT NUMBER: 1-FR093-4-0    YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 515 | 72120 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 1,750,485.00 |
| 11/25 | 515 | | 72358 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 1,082,015.00 | |
| | | | | NEW BALANCE | | | 28,348,369.00 |
| | | 4,070 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | 515 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 4,070 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 515 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |

MARKET VALUE OF SECURITIES
                    LONG              SHORT
6,978,150.00    12,624,600.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 21/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LL40N/0/1T/00/1203 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

Exhibit C

## Thema Wise Investment (TWI) period February 2003 to December 2008

| TWI A/C with BMSIL | 1-FR093 | Cash Value Date |
|---|---|---|
| février-03 | 16'500'000.00 | 03.02.2003 |
|  | 2'000'000.00 | 06.02.2003 |
| mars-03 | 4'200'000.00 | 04.03.2003 |
| avril-03 | 600'000.00 | 03.04.2003 |
| mai-03 | 450'000.00 | 08.05.2003 |
| juin-03 | 750'000.00 | 05.06.2003 |
| juillet-03 | -700'000.00 | 17.07.2003 |
| août-03 | 940'000.00 | 07.08.2003 |
|  | -250'000.00 | 18.08.2003 |
| septembre-03 | 200'000.00 | 03.09.2003 |
| octobre-03 | 1'040'000.00 | 03.10.2003 |
| décembre-03 | 5'080'000.00 | 02.12.2003 |
| janvier-04 | 200'000.00 | 05.01.2004 |
| février-04 | -160'000.00 | 13.02.2004 |
| avril-04 | 2'140'000.00 | 02.04.2004 |
| mai-04 | -120'000.00 | 07.05.2004 |
| juin-04 | 5'000'000.00 | 08.06.2004 |
|  | -3'300'000.00 | 11.06.2004 |
| juillet-04 | 390'000.00 | 02.07.2004 |
| septembre-04 | 5'380'000.00 | 02.09.2004 |
| octobre-04 | 4'760'000.00 | 10.04.2004 |
| décembre-04 | 3'590'000.00 | 03.12.2004 |
| février-05 | 7'200'000.00 | 03.02.2005 |
| mars-05 | 12'250'000.00 | 02.03.2005 |
| avril-05 | -150'000.00 | 13.04.2005 |
| mai-05 | 13'200'000.00 | 03.05.2005 |
| juin-05 | -500'000.00 | 07.06.2005 |
| juillet-05 | 3'500'000.00 | 05.07.2005 |
| août-05 | 13'450'000.00 | 03.08.2005 |
|  | -200'000.00 | 10.08.2005 |
|  | -250'000.00 | 19.08.2005 |
| septembre-05 | 550'000.00 | 02.09.2005 |
| octobre-05 | 1'150'000.00 | 06.10.2005 |
|  | -3'000'000.00 | 03.11.2005 |
| novembre-05 | -1'000'000.00 | 17.11.2005 |
| décembre-05 | -3'200'000.00 | 09.12.2005 |
| janvier-06 | 5'000'000.00 | 10.01.2006 |
| février-06 | 3'300'000.00 | 02.02.2006 |
| avril-06 | 2'000'000.00 | 04.04.2006 |
| mai-06 | 1'900'000.00 | 03.05.2006 |
| juin-06 | 5'500'000.00 | 02.06.2006 |
| juillet-06 | -200'000.00 | 10.07.2006 |
| août-06 | -600'000.00 | 04.08.2006 |
| septembre-06 | 3'800'000.00 | 05.09.2006 |
| octobre-06 | 600'000.00 | 03.10.2006 |
| novembre-06 | 5'800'000.00 | 08.11.2006 |
| décembre-06 | 15'100'000.00 | 04.12.2006 |
| janvier-07 | 8'200'000.00 | 03.01.2007 |
| février-07 | 3'200'000.00 | 02.02.2007 |
|  | -400'000.00 | 05.02.2007 |
| mars-07 | 2'250'000.00 | 02.03.2007 |
| avril-07 | 1'645'000.00 | 04.04.2007 |
| mai-07 | 2'000'000.00 | 03.05.2007 |

## Thema Wise Investment (TWI) period February 2003 to December 2008

| TWI A/C with BMSIL | 1-FR093 | Cash Value Date |
|---|---|---|
| juin-07 | 7'950'000.00 | 04.06.2007 |
| juillet-07 | -665'000.00 | 06.07.2007 |
| août-07 | 4'000'000.00 | 02.08.2007 |
| septembre-07 | -8'400'000.00 | 14.09.2007 |
| octobre-07 | 2'900'000.00 | 02.10.2007 |
| novembre-07 | 2'600'000.00 | 06.11.2007 |
| décembre-07 | -560'000.00 | 10.12.2007 |
| janvier-08 | 2'500'000.00 | 03.01.2008 |
| février-08 | -2'680'000.00 | 05.02.2008 |
| mars-08 | 13'000'000.00 | 04.03.2008 |
| mai-08 | 9'340'000.00 | 05.05.2008 |
|  | 2'000'000.00 | 06.05.2008 |
| juin-08 | 6'500'000.00 | 02.06.2008 |
| juillet-08 | 16'512'000.00 | 02.07.2008 |
| août-08 | 2'400'000.00 | 05.08.2008 |
| septembre-08 | 13'700'000.00 | 03.09.2008 |
| octobre-08 | -10'400'000.00 | 02.10.2008 |
| novembre-08 | -92'000'000.00 | 05.11.2008 |
|  | -1'400'000.00 | 10.11.2008 |
| **Total amount 2003-2008 Total Net Sent to BMISL** | **118'082'000.00** | |

Note: A negative amount (-) represents a movement out of TWI account with BMISL

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7008 1300 0000 9086 8097

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 08.00⁰
0004273805 MAR 03 2009
MAILED FROM ZIP CODE 10022

FIRST CLASS

IRVING H. PICARD, ESQ
TRUSTEE FOR BERNARD L. MADOFF
INVESTMENT SECURITIES
CLAIMS PROCESSING CENTER
2100 MCKINNEY AVE
SUITE 800
DALLAS TX 75201