LAW OFFICE OF
RICHARD E. SIGNORELLI
799 Broadway, Suite 539
New York, NY 10003
Telephone:      212 254 4218
Facsimile:      212 254 1396
rsignorelli@nycLITIGATOR.com[SM]
www.nycLITIGATOR.com[SM]
*Attorneys for Defendants David I. Lustig, individually
and in his capacity as Trustee for The Lustig Family
1990 Trust, and The Lustig Family 1990 Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                                                      Adv. Pro. No. 08-01789 (SMB)

                Plaintiff-Applicant,                  SIPA LIQUIDATION

      v.                                                 (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                                                                 **NOTICE OF MOTION**
               Defendant.          **FOR RECONSIDERATION**
----------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

               Debtor.
----------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

               Plaintiff,                          Adv. Pro. No. 10-4554 (SMB)

      v.

DAVID IVAN LUSTIG,

               Defendant.

-----------------------------------------------------------x

IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                   Plaintiff,                         Adv. Pro. No. 10-4417 (SMB)

      v.

THE LUSTIG FAMILY 1990 Trust, et al.,

                   Defendants.

-----------------------------------------------------------x

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Motion for Reconsideration dated June 27, 2017, the Declaration of Bryan Ha in

Support of Motion for Reconsideration dated June 27, 2017, the exhibits thereto, and all the

pleadings and proceedings heretofore had herein, defendants David I. Lustig, individually and in

his capacity as Trustee for The Lustig Family 1990 Trust, and The Lustig Family 1990 Trust,

will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the

United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a date

and at a time to be determined by the Court, for an order: (1) pursuant to Rules 60(b) of the

Federal Rules of Civil Procedure, Rules 9024 of the Federal Rules of Bankruptcy Procedure, and

the Court's inherent power granting reconsideration of the Order Granting Partial Summary

Judgment Striking Affirmative Defenses entered in the above-captioned adversary proceedings

on June 13, 2017; (2) staying discovery pending the adjudication of this motion; and (3) granting

such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        June 27, 2017

                                    Respectfully submitted,

                                    LAW OFFICE OF
                                    RICHARD E. SIGNORELLI

                        By:     /s/ Richard E. Signorelli
                                /s/ Bryan Ha
                                _____

                                Richard E. Signorelli
                                Bryan Ha
                                799 Broadway, Suite 539
                                New York, NY 10003
                                Telephone:    212 254 4218
                                Facsimile: 212 254 1396
                                rsignorelli@nycLITIGATOR.com[SM]
                                www.nycLITIGATOR.com[SM]
                                Attorneys for Defendants David I. Lustig,
                                individually and in his capacity as Trustee
                                for The Lustig Family 1990 Trust, and The
                                Lustig Family 1990 Trust

FILING AND SERVICE VIA ELECTRONIC FILING