**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEFENDANTS LISTED ON EXHIBIT A,<br><br>　　　　　　　　　　　　Defendants. | |

**NOTICE OF WITHDRAWAL OF REQUEST TO DEPOSE
BERNARD L. MADOFF ON DAY TWO DEPOSITION TOPICS**

　　　　PLEASE TAKE NOTICE that on May 31, 2017, the defendants represented by Loeb & Loeb LLP whose fact discovery had not closed prior to July 7, 2016 and identified on Exhibit A hereto (the "Defendants") filed the *Notice of Request to Depose Bernard L. Madoff on Day Two Deposition Topics* (the "Deposition Notice") [Docket No. 16110].

13556462.1
217250-10001

PLEASE TAKE FURTHER NOTICE that the Defendants hereby withdraw the Deposition Notice, without prejudice.

Dated: New York, New York
June 28, 2017

**LOEB & LOEB LLP**

By: /s/ Daniel B. Besikof
Daniel B. Besikof
345 Park Avenue
New York, New York 10154
Telephone: 212.407.4000
Facsimile: 212.407.4990
Email: dbesikof@loeb.com

*Attorneys for Defendants listed on Exhibit A*

13556462.1
217250-10001

# EXHIBIT A

## DEFENDANTS

Case Name                                                                 Adv. Proc. No.

Picard v. Kenneth Evenstad Trust, et al.                                  10-4342-SMB
- Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Kenneth L. Evenstad in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust
- Grace B. Evenstad in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust
- Kenneth L. Evenstad, individually
- Grace B. Evenstad, individually

Picard v. Kenneth Evenstad Trust, et al.                                  10-4933-SMB
- Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Kenneth L. Evenstad, as Grantor and Trustee of the Kenneth L. Evenstad Revocable Trust and individually
- Grace B. Evenstad, as Trustee of the Kenneth L. Evenstad Revocable Trust and individually

Picard v. Mark Evenstad Trust, et al.                                     10-4512-SMB
- Mark B. Evenstad Revocable Trust u/a dated January 30, 2003
- Mark B. Evenstad in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust
- Shannon Mahoney Evenstad in her capacity as Trustee for the Mark B. Evenstad Revocable Trust
- Mark B. Evenstad, individually
- Shannon Mahoney Evenstad, individually

Picard v. MBE Preferred Ltd Partnership, et al.                           10-4952-SMB
- MBE Preferred Limited Partnership
- MBE General LLC, as the General Partner of MBE Preferred Limited Partnership
- Kenneth L. Evanstad Revocable Trust u/a/d May 2, 2000 as a Limited Partner of MBE Preferred Limited Partnership
- Kenneth L. Evenstad in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Grace B. Evenstad in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000
- Kenneth L. Evenstad, individually
- Grace B. Evenstad, individually

Picard v. Serene Warren Trust, et al.                           10-4514-SMB
- Serene Warren Revocable Trust u/a/d September 15, 2005
- Serene Warren amd Christopher Warren, as trustees of the Serene Warren Revocable Trust
- Serene Warren, individually

Picard v. SEW Preferred Ltd Partnership, et al.                 10-4945-SMB
- Sew Preferred Limited Partnership
- Sew General, LLC
- Grace B. Evenstad Revocable Trust
- Grace B. Evenstad, as co-trustee of the Grace B. Evenstad Revocable Trust
- Kenneth L. Evenstad, as co-trustee of the Grace B. Evenstad Revocable Trust
- Serene Warren Revocable Trust
- Serene Warren, as co-trustee of the Serene Warren Revocable Trust
- Christopher Warren, as co-trustee of the Serene Warren Revocable Trust

Picard v. Fiterman Investment Fund, et al.                      10-4354-SMB
- Fiterman Investment Fund
- Verdeway Investment Partners LLC
- Steven Fiterman, individually and in his capacity as general partner of Fiterman Investment Fund
- Susan Fiterman, individually and in her capacity as general partner of Fiterman Investment Fund