UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––– X
: 
In re: :
 :
 : SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
 : No. 08-01789 (SMB)
 :
Debtor. :
 :
–––––––––––––––––––––––- :
 X
 :
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
 :
 :
Plaintiff, :
 :
v. : Adv. Proc. No. 09-01182 (SMB)
 :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P., :
ARIEL FUND LTD., ASCOT PARTNERS, L.P., :
ASCOT FUND LTD., GABRIEL CAPITAL :
CORPORATION, :
 :
Defendants. :
 :
––––––––––––––––––––– X

## NOTICE OF WITHDRAWAL OF MOTION *IN LIMINE* BY DEFENDANTS TO EXCLUDE THE TESTIMONY AND REPORTS OF MATTHEW B. GREENBLATT

**PLEASE TAKE NOTICE** that Defendants J. Ezra Merkin, Gabriel Capital Corporation, Ralph C. Dawson, as Receiver for Defendants Ascot Partners, L.P., and Ascot Fund Limited (collectively "Defendants"), by and through their undersigned counsel, hereby give notice that Defendants are withdrawing without prejudice their Motion *in Limine* to Exclude the Testimony and Reports of Matthew B. Greenblatt, filed on April 7, 2016 (ECF. Nos. 352, 353, 354) based on the Trustee's agreement that Mr. Greenblatt will not be called to testify at trial in this adversary proceeding. Defendants reserve the right to renew the Motion if the circumstances on which they base their withdrawal change.

New York, New York  
Dated: June 28, 2017

**DECHERT LLP**

By: /s/ Neil A. Steiner
   Neil A. Steiner
   neil.steiner@dechert.com
   Andrew J. Levander
   andrew.levander@dechert.com
   1095 Avenue of the Americas
   New York, NY 10036
   (212) 698-3500

   *Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ Judith A. Archer
   Judith A. Archer
   Sarah E. O'Connell
   David B. Schwartz
   1301 Avenue of the Americas
   New York, New York 10019
   Tel.: (212) 318-3000
   Fax: (212) 318-3400
   judith.archer@nortonrosefulbright.com
   sarah.oconnell@nortonrosefulbright.com
   david.schwartz@nortonrosefulbright.com

   *Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*

16281531.3