**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v.<br><br>GLENHAVEN LIMITED; THE ESTATE OF MATHEW L. GLADSTEIN; and EDYTHE GLADSTEIN, in her capacity as a Personal Representative of the Estate of Mathew L. Gladstein, | Adv. Pro. No. 10-04920 (SMB) |

08-01789-cgm    Doc 16289    Filed 06/30/17    Entered 06/30/17 10:19:18    Main Document
Pg 2 of 3

|  | Defendants. |
|---|---|

# THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: August 4, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: October 20, 2017.

4. The Disclosure of Rebuttal Experts shall be due: December 20, 2017.

5. The Deadline for Completion of Expert Discovery shall be: January 22, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be: February 1, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 14, 2018.

8. The Deadline for Conclusion of Mediation shall be: June 14, 2018.

300445586.1

| | |
|---|---|
| Dated: New York, New York<br>June 30, 2017 | BAKER & HOSTETLER LLP<br><br>By: *s/ Keith R. Murphy*<br>David J. Sheehan<br>Keith R. Murphy<br>Robertson D. Beckerlegge<br>Jacqlyn Rovine<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300445586.1