# EXHIBIT 18

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ :
SECURITIES INVESTOR PROTECTION : 
CORPORATION, :
 :
        Plaintiff, :
 : 12-misc-00115 (JSR)
   v. :
 :
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
 :
        Defendant. :
------------------------------------------------------------ :
In re: :
    MADOFF SECURITIES :
 :
------------------------------------------------------------ :
 :
PERTAINS TO THE CASES LISTED ON :
EXHIBIT A: :
------------------------------------------------------------ :

**JOINDER TO THE TRUSTEE'S MEMORANDUM OF LAW IN**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**CONCERNING EXTRATERRITORIALITY**

    Young Conaway Stargatt and Taylor, LLP ("Young Conaway") is counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding (the "BLMIS Liquidation") of Bernard L. Madoff Investment Securities, LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), and the estates of Bernard L. Madoff ("Madoff," and together with BLMIS, each a "Debtor" and collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and is counsel of record for the Trustee in the adversary proceedings identified on **Exhibit A** annexed hereto (collectively, the "YCST Adversaries").

01:12381204.1

In each of the YCST Adversaries, certain defendants filed motions to withdraw the reference to the United States Bankruptcy Court for the Southern District of New York (the "Motions to Withdraw the Reference").

By Order of this Court dated June 6, 2012 (the "Extraterritoriality Order"), the YCST Adversaries were consolidated with certain other adversary proceedings pending in the BLMIS Liquidation for the limited purpose of addressing the Extraterritoriality Issue (as defined in the Extraterritoriality Order).

In the above noted capacity, Young Conaway, on behalf of the Trustee, hereby joins, in its entirety, the *Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Concerning Extraterritoriality as Ordered by the Court On June 6, 2012*, District Court Case No. 12 Misc. 00115 (JSR) [Docket No. 310] filed by Baker & Hostetler LLP on August 17, 2012 pursuant to the Extraterritoriality Order, and adopts as its own all arguments asserted therein.

Dated: August 17, 2012  
      New York, New York

/s/ Matthew B. Lunn  
Matthew B. Lunn  
Justin P. Duda  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
1270 Avenue of the Americas  
Suite 2210  
New York, New York 10020  
Telephone: (212) 332-8840  
Facsimile: (212) 332-8855  

*Attorneys for Irving H. Picard,*  
*Trustee for the*  
*Substantively Consolidated SIPA*  
*Liquidation of*  
*Bernard L. Madoff Investment*  
*Securities LLC*  
*and Bernard L. Madoff*

01:12381204.1

2

# **EXHIBIT A**

YCST Adversaries

01:12381204.1

| **Adversary Proceeding** | **Adversary Proceeding Number** | **District Court Number** |
|---|---|---|
| Picard v. Caceis Bank Luxembourg, *et al.* | 11-02758 | 12-cv-02434 |
| Picard v. Crédit Agricole (Suisse) S.A., *et al.* | 12-01022 | 12-cv-02494 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

   v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

12-misc-00115 (JSR)

---

In re:
    MADOFF SECURITIES

---

PERTAINS TO THE FOLLOWING CASES:

---

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

   v.

CRÉDIT AGRICOLE (SUISSE) S.A., and
CRÉDIT AGRICOLE S.A.,
a/k/a BANQUE DU CRÉDIT AGRICOLE,

        Defendants.

Case No. 12-cv-02494 (JSR)

Adv. Pro. No. 12-01022 (BRL)

---

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

   v.

CACEIS BANK LUXEMBOURG and
CACEIS BANK,

        Defendants.

Case No. 11-cv-02434 (JSR)

Adv. Pro. No. 11-02758 (BRL)

---

01:12391866.1

## CERTIFICATE OF SERVICE

I, Matthew B. Lunn, hereby certify that on August 17, 2012, I caused a true and correct copy of the *Joinder to the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Concerning Extraterritoriality* to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon the parties as set forth in Schedule A.


Dated: New York, New York
      August 17, 2012

                                By: /s/ Matthew B. Lunn
                                      Matthew B. Lunn

01:12391866.1

## SCHEDULE A

Lauren Attard (lattard@sipc.org)
Kevin H. Bell (kbell@sipc.org)
805 15th Street NW Suite 800
Washington, DC 20005
***Attorneys for Intervenor, Securities Investor Protection Corporation***

David Sheehan (dsheehan@bakerlaw.com)
Oren J. Warshavsky (owarshavsky@bakerlaw.com)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

***Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff***

Thomas B. Kinzler (tkinzler@kelleydrye.com)
Daniel Schimmel (dschimmel@kelleydrye.com)
Jaclyn Metzinger (jmetzinger@kelleydrye.com)
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

***Attorneys for Caseis Bank Luxembourg and Caceis Bank***

Lawrence B. Friedman (lfriedman@cgsh.com)
Jennifer Philbrick (jphilbrick@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

***Crédit Agricole (Suisse) S.A., and Crédit Agricole S.A., A/K/A Banque Du Crédit Agricole***