**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>Defendants. | Adv. Pro. No. 09-01182 (SMB) |

## NINETEENTH AMENDED CASE MANAGEMENT PLAN

Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and the consolidated chapter 7 estate of Bernard L. Madoff, Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Defendants Ascot Fund Ltd., J. Ezra Merkin, and Gabriel Capital Corporation ("Defendants") (collectively, "Parties") in the above-captioned adversary proceeding, seek to modify the May 30, 2017 Seventeenth Amended Case Management Plan (ECF No. 383) pursuant to Fed.R.Civ.P.16(a)(4), as incorporated by Fed.R.Bank.P. 7016.

1. <u>Motions in Limine</u>: Oral Argument for Motions *in Limine* will be held on Tuesday, July 18, 2017 at 2:00 p.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

2. <u>Joint Pretrial Order and Trial Briefs</u>: The parties shall file their Joint Pretrial Order and Trial Briefs at least 30 days prior to the date of trial.

3. <u>Final Pretrial Conference:</u> The final pretrial conference will be held on a date to be determined before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

4. <u>Trial:</u> Trial shall commence on a date to be determined before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

**SO ORDERED.**

Dated: June __30th__, 2017
New York, New York

　　　　　　　　　　　　　　　　　___/s/ STUART M. BERNSTEIN_____
　　　　　　　　　　　　　　　　　HON. STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge