**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Nkosi Shields

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LAURA ANN SMITH REVOCABLE LIVING TRUST; LAURA ANN SMITH in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust; and LAURA ANN SMITH, individually<br><br>        Defendants. | Adv. Pro. No. 10-05184 (SMB)<br><br>**AMENDED CASE**<br>**MANAGEMENT NOTICE** |

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") (Dkt No. 3141) entered by the Bankruptcy Court in the above captioned SIPA liquidation on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due on: December 21, 2015.

2. Fact Discovery shall be extended to July 17, 2017.

3. The Disclosure of Case-in-Chiefs Experts shall be due: October 4, 2017.

4. The Disclosure of Rebuttal Experts shall be due: December 4, 2017.

5. The Deadline for Completion of Expert Discovery shall be: January 2, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before January 9, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 23, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before May 23, 2018.

Dated: New York, New York

July 5, 2017

BAKER & HOSTETLER LLP

By: /s/ Nkosi Shields
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Nkosi Shields
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201