**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Andrew W. Reich

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>                        Plaintiff,<br>      v.<br><br>THE ESTATE OF GLADYS C. LURIA, et al.,<br><br>                        Defendants. | Adv. Pro. No. 10-05283 (SMB) |

**THIRD AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: <u>October 19, 2015</u>.

2. Fact Discovery was completed by: <u>July 15, 2016</u>.

3. The Disclosure of Case-in-Chief Experts was due: <u>October 14, 2016.</u>

4. The Disclosure of Rebuttal Experts was due: <u>November 14, 2016</u>.

5. The Deadline for Completion of Expert Discovery was: <u>February 14, 2017</u>.

6. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before <u>September 26, 2017</u>.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: <u>On or before October 10, 2017</u>.

8. The Deadline for Conclusion of Mediation shall be: <u>March 13, 2018</u>.

Dated: New York, New York
July 6, 2017

BAKER & HOSTETLER LLP

By: <u>*/s/ Nicholas J. Cremona*</u>
David J. Sheehan
Nicholas J. Cremona
Andrew W. Reich
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*