**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Bernfeld Joint Venture (the "Claimant"), and its partners Marilyn Bernfeld, Herbert Bernfeld, Tom Bernfeld, and Ellen Bernfeld, having filed an objection (the "Objection" Docket No. 2835) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001842) hereby give notice that Claimant withdraws such Objection.

Dated: July 7, 2017

Wedeen & Kavanagh

/s/ Timothy Wedeen
137 5th Avenue, 10th Floor
New York, NY 10003
Telephone: (646) 963-6808
Timothy Wedeen
Email: timothy.wedeen@gmail.com