**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Ellen Bernfeld (the "Claimant"), having filed an objection (the "Objection", Docket No. 2689) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002193), hereby gives notice that she withdraws such Objection.

Dated: July 7, 2017

/s/ Timothy Wedeen
**WEDEEN & KAVANAGH**
19 Phelps Avenue, 3rd Floor
Tenafly, New Jersey 07670
Telephone: 646.963.6808
Facsimile: 201.584.0319
Timothy Wedeen
Email:timothy@nycmetrolaw.com

Attorneys for the Claimant