UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

  The H&E Company A Partnership (the "Claimant"), and its partners, Ellen Bernfeld, Marilyn Bernfeld, and the Herbert Bernfeld Residuary Trust, having filed objections (the "Objections", Docket Nos. 003187 and 003473) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002165) hereby give notice that Claimant withdraws such Objections.

Dated: July 7, 2017

                        Wedeen & Kavanagh

                        /s/ Timothy Wedeen
                        137 5th Avenue, 10th Floor
                        New York, NY 10003
                        Telephone: (646) 963-6808
                        Timothy Wedeen
                        Email: timothy.wedeen@gmail.com