**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Herbert Bernfeld Residuary Trust (the "Claimant") and its Trustee, Marilyn Bernfeld, having filed an objection (the "Objection" Docket No. 2690) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001883) hereby give notice that Claimant withdraws such Objection.

Dated: July 7, 2017

                                          Wedeen & Kavanagh

                                        /s/ Timothy Wedeen
                                        137 5th Avenue, 10th Floor
                                        New York, NY 10003
                                        Telephone: (646) 963-6808
                                        Timothy Wedeen
                                        Email: timothy.wedeen@gmail.com