**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Marilyn Bernfeld Trust (the "Claimant"), having filed an objection (the "Objection" Docket No. 2691) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001884) hereby gives notice that Claimant withdraws such Objection.

Dated: July 7, 2017

　　　　　　　　　　　　　　　　　　　　　　Wedeen & Kavanagh

　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy Wedeen
　　　　　　　　　　　　　　　　　　　　　　137 5th Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10003
　　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 963-6808
　　　　　　　　　　　　　　　　　　　　　　Timothy Wedeen
　　　　　　　	　　　　　　　　　　　　　　Email: timothy.wedeen@gmail.com