**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCKY COMPANY, a New Jersey partnership, MORTY WOLOSOFF REVOCABLE TRUST, a Florida trust, STEPHEN N. DRATCH, as trustee, WENDY W. HAYES, (aka Wendy Wolosoff), as trustee, GLORIA WOLOSOFF REVOCABLE TRUST, a Florida trust, and STEPHEN N. DRATCH, as trustee,<br><br>    Defendants. | Adv. Pro. No. 10-04346 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Lucky Company, Morty Wolosoff Revocable Trust, Stephen N. Dratch and Wendy W. Hayes, as trustees, and Goria Wolosoff Revocable Trust, Stephen N. Dratch, as trustee (collectively, "Defendants" and individually a "Defendant"), by and through their respective counsel as stated below (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed the Complaint against Defendants (and certain other persons who have been dismissed).

2. On September 13, 2011, Defendant Wendy W. Hayes, as trustee of the Morty Wolosoff Revocable Trust filed an Answer to the Complaint, and filed an Amended Answer on September 30, 2011, by and through her counsel, Stein Riso Mantel, LLP.

3. On April 16, 2014, Defendant Stephen N. Dratch, as trustee of the Morty Wolosoff Revocable Trust and the Gloria Wolosoff Revocable Trust filed an Answer to the Complaint by and through his counsel, Franzblau Dratch, P.C.

4. On April 17, 2014, Lucky Company filed a Motion to Dismiss the Complaint by and through its counsel, Lax & Neville LLP. The motion has not been determined.

5. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release as of May 16, 2017.

6.      Pursuant to the terms of the Settlement Agreement and Release, and in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

7.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  July 6, 2017
          New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, 14th Floor
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By:     *s/ Nicholas J. Cremona*
         45 Rockefeller Plaza
         New York, New York 10111
         Telephone: 212.589.4200
         Facsimile:  212.589.4201
         David J. Sheehan
         Email:  dsheehan@bakerlaw.com
         Nicholas J. Cremona
         Email:  ncremona@bakerlaw.com

         *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**LAX & NEVILLE LLP**

By:   s/ *Brian J. Neville*
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: 212.696.1999
Facsimile: 212.566.4531
Barry R. Lax
Email: blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com

*Attorneys for Defendant Lucky Company*

**FRANZBLAU DRATCH, P.C.**

By:   s/ *Stephen N. Dratch*
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039
Telephone: 973.992.3700
Facsimile: 973.992.7945
Stephen N. Dratch
Email: dratch@njcounsel.com

*Attorneys for Defendant Stephen N. Dratch
as Trustee for the Morty Wolosoff Revocable
Trust and Gloria Wolosoff Revocable Trust*

**STEIN RISO MANTEL, LLP**

By:   s/ *Gerard A. Riso*
The Chrysler Building
405 Lexington Avenue, 42nd Floor
New York, New York 10174
Telephone: 212.599.1515
Facsimile: 212.599.6155
Gerard A. Riso
Email: gerard.riso@srmmlaw.com

*Attorneys for Defendant Wendy W. Hayes,
as Trustee of the Morty Wolosoff Revocable
Trust*

3

                                     **SO ORDERED**

**/s/ STUART M. BERNSTEIN**

**Dated: July 10, 2017**        **HON. STUART M. BERNSTEIN**
**New York, New York**       **UNITED STATES BANKRUPTCY JUDGE**