# Baker McKenzie.

Baker & McKenzie LLP

815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

Asia Pacific
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

Europe, Middle East
& Africa
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

The Americas
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

VIA ECF AND EMAIL

July 7, 2017

The Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

*SIPC v. BLMIS*, Adv. Pro. Nos. 10-4488, 10-4350, 10-5110

Dear Judge Bernstein:

We represent the South Ferry, South Ferry 2, and Mesora defendants in the matter referenced above. Our clients are preparing to file a joint summary judgment motion and related memorandum.

We respectfully request permission for these defendants to file an overlength brief. This moving brief would exceed the 40-page limit specified in your chamber rules by no more than 10 pages. The increase to 50 pages is necessary to adequately address the legal arguments and distinct facts raised by three different defendants who are filing a joint dispositive motion.

Counsel for the Trustee consents to this request, provided that the Trustee is allotted the same number of pages. The defendants have no objection to the Trustee filing up to a 50-page combined motion for summary judgment.

The Trustee also requests that the July 17, 2017 filing deadline for the summary judgment motions be extended to July 21, 2017. The defendants have no objection to the Trustee's request for additional time and will file their own motions based on the revised schedule.

*[Handwritten: Granted SMB 7/11/17]*

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
8137100-v2\WASDMS



Unless the court otherwise directs, the parties will proceed as outlined above with respect to the motions for summary judgment.

Respectfully,

*/s/ Richard A. Kirby*

Richard A. Kirby
+1 202 452 7020
richard.kirby@bakermckenzie.com

Cc: Nicholas Cremona
Keith Murphy
Maximillian Shifrin