**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Regina Griffin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**Presentment Date:  July 20, 2017**
**Time:  12:00 p.m.**

**Objections Due:  July 19, 2017**
**Time:  11:30 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>        v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A ATTACHED HERETO,<br><br>                              Defendant. | Adv. Pro. Nos. listed in Exhibit A Attached Hereto |

**NOTICE OF PRESENTMENT OF ORDER CONCERNING**
**FURTHER PROCEEDINGS ON TRUSTEE'S MOTION FOR**
**LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, by the Trustee's undersigned counsel, will present the Order Concerning Further Proceedings On Trustee's Motion For Leave To Replead And For Limited Discovery, a copy of which is annexed hereto as <u>Exhibit 1</u> (the "Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **July 20, 2017at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; and (v) be served upon Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Regina Griffin, Esq., so as to be received no later than **July 19, 2017at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that in the event any Objections are timely served and filed, the parties will contact the Courtroom Deputy for a hearing date and the moving party will notify other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in the relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing

relates shall be included in the upper right hand corner of the caption of all objections.

**PLEASE TAKE FURTHER NOTICE** that this Court has authorized notice by

electronic case filing procedures for the purpose of this notice of presentment.

**PLEASE TAKE FURTHER NOTICE** that if no timely Objections are served or filed,

the proposed Order may be signed without a hearing.

Dated: New York, New York
      July 11, 2017            By:__/s/Regina Griffin_____
                            **BAKER & HOSTETLER LLP**
                            45 Rockefeller Plaza
                            New York, New York 10111
                            Telephone: (212) 589-4200
                            Facsimile: (212) 589-4201
                            David J. Sheehan
                            Email: dsheehan@bakerlaw.com
                            Regina Griffin
                            Email: rgriffin@bakerlaw.com

                            *Attorneys for Irving H. Picard, Trustee for the*
                            *Substantively Consolidated SIPA Liquidation of*
                            *Bernard L. Madoff Investment Securities LLC*
                            *and the Estate of Bernard L. Madoff*