**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>v.<br><br>ELLEN BERNFELD,<br><br>            Defendant. | Adv. Pro. No. 10-04918 (SMB) |

**STIPULATION AND ORDER WITHDRAWING JUDGMENT BY DEFAULT**
**AGAINST DEFENDANT AND**
<u>**DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE**</u>

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Ellen Bernfeld ("Defendant"), by and through her counsel, Timothy Wedeen of Wedeen & Kavanagh (collectively, the "Parties"), hereby stipulate and agree to the following:

    1.    On December 2, 2010, the Trustee filed and served the Complaint against

Defendant.

2. On May 2, 2014, Defendant served an answer on the Trustee.

3. On May 18, 2016, Final Judgment by Default ("Default Judgment") was entered against Defendant.

4. On June 29, 2017, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5. The Parties agree that upon approval of this Stipulation and Order by the Bankruptcy Court, the Default Judgment is withdrawn.

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default under the terms of the Settlement Agreement.

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
July 11, 2017

| | |
|---|---|
| By: */s/ Nicholas J. Cremona* | By: */s/ Timothy Wedeen* |
| **BAKER & HOSTETLER LLP** | **WEDEEN & KAVANAGH** |
| 45 Rockefeller Plaza | 19 Phelps Avenue, 3rd Floor |
| New York, New York 10111 | Tenafly, New Jersey 07670 |
| Telephone: 212.589.4200 | Telephone: 646.963.6808 |
| Facsimile: 212.589.4201 | Facsimile: 201.584.0319 |
| David J. Sheehan | Timothy Wedeen |
| Email: dsheehan@bakerlaw.com | Email: timothy@nycmetrolaw.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | *Attorney for Defendant Ellen Bernfeld* |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED

Dated: July 11th, 2017
New York, New York

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE