**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>FERN C PALMER; PAMELA K. MARXEN; KURT B. PALMER; BRUCE N. PALMER, ESTATE OF BOYER PALMER, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P.; DIANE HOLMERS, in her capacity as Personal Representative of the Estate of Boyer Palmer; and | Adv. Pro. No. 10-05133 (SMB) |

> BRUCE PALMER, in his capacity as Personal Representative of the Estate of Boyer Palmer
>
> Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: December 20, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: March 12, 2018.

3. The Disclosure of Rebuttal Experts shall be due: May 14, 2018.

4. The Deadline for Completion of Expert Discovery shall be: June 11, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 18, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 2, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before October 29, 2018.

Dated: New York, New York  
       July 11, 2017

Of Counsel:

**BAKER HOSTETLER LLP**  
811 Main, Suite 1100  
Houston, Texas 77002  
Telephone: (713) 751-1600  
Facsimile: (713) 751-1717  
Dean D. Hunt  
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*