**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> EUGENE J. RIBAKOFF 2006 TRUST, ESTATE OF EUGENE J. RIBAKOFF, STEPHANIE RIBAKOFF, as Trustee of the Eugene J. Ribakoff | Adv. Pro. No. 10-05085 (SMB) |

2006 Trust, as Personal Representative of the Estate of
Eugene J. Ribakoff, and individually,

                                        Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due December 14, 2015.

2.      Fact Discovery shall be completed by August 28, 2017.

3.      The Disclosure of Case-in-Chief Experts shall be due November 29, 2017.

4.      The Disclosure of Rebuttal Experts shall be due December 27, 2017.

5.      The Deadline for Completion of Expert Discovery shall be January 25, 2018.

6.      The Deadline for Service of a Notice of Mediation Referral shall be on or before February 1, 2018.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before February 15, 2018.

8.      The Deadline for Conclusion of Mediation shall be on or before June 14, 2018.

Dated: New York, New York
July 12, 2017

BAKER & HOSTETLER LLP

By: _s/ Keith R. Murphy_ _____
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Jacqlyn Rovine
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*