# EXHIBIT 3

Maxine M. Stewart Trust
February 13, 2017
Page 3

**Exhibit 1: Documents**

**Please produce the following documentation to the extent that it is in your possession or otherwise available to you:**

1.   All documents concerning BLMIS, including, but not limited to correspondence to, from, or concerning BLMIS; any contracts or agreements with or relating to BLMIS; any customer or other statements of account in your name; and/or any marketing or promotional materials.

2.   Any documents other than those requested in question 1 above, which reflect that you had an account in your name at BLMIS.

3.   All documents that reflect you were identified or otherwise reflected in BLMIS's books and records.

4.   All documents concerning any relationship between you and BLMIS.

5.   All documents concerning your entrustment of securities and or funds directly to BLMIS.

6.   All documents concerning your withdrawal of funds directly from BLMIS.

7.   All documents concerning any other BLMIS account in which you allege to have a claim.

8.   All documents that evidence you had control, investment discretion, or decision-making power over investment assets at BLMIS.

9.   All documents concerning the accountholder through which you invested funds in BLMIS, including, but not limited to, documents concerning the formation of the accountholder; your rights and interests as it relates to the accountholder; management of the accountholder; any marketing, promotional, or other informational materials; and all financial records concerning your relationships, such as checks, account statements, bank account records, and tax documents.

10.   All documents that support your objection to the Trustee's determination of your claims.

11.   All documents you intend to rely upon to support your claims to "customer" status as such term is defined in SIPA.

12.   All documents disputing that the investment assets at BLMIS were owned by and in the name of the accountholder.

13.   All documents that were identified, reviewed, prepared, or consulted in responding to these requests.

08-01789-cgm   Doc 16337-3   Filed 07/12/17   Entered 07/12/17 16:29:02   Exhibit 3
Pg 3 of 5

08/01/90

# THE WOLF PARTNERSHIP

REPORT FOR THE 6 MONTHS ENDING 06/30/90


MAXINE M STEWART

Opening capital   01/01/90                    $30,075.31

Prior Activity
  None

Current activity
  None

Profit to date                                 $3,933.32  *
                                             --------------
Closing capital   06/30/90                    $34,008.63  *
                                             ==============

* Before general partner share of profit.



Submitted by
------------
Theodor H. Halpern, CPA

REDACTED

# THE WOLF PARTNERSHIP

Statement date:02/01/00

REPORT FOR THE 12 MONTHS ENDING:          12/31/99

### Maxine M Stewart Trust

| | | |
|---|---|---|
| Opening capital @ | 01/01/99 | $102,322.30 |
| **Prior Activity** | | |
| Withdrawal | | (5,914.04) |
| | | |
| **Current activity** | | |
| Chais % | 12/31/99 | (5,593.49) |
| Halpern & Mantovani % | 12/31/99 | (1,678.05) |
| | | |
| Profit to date | | 23,647.93 |
| Closing capital @ | 12/31/99 | $112,784.66 * |

### YEAR END SUMMARY

| | |
|---|---|
| Full year percentage | 16.39% |
| Gross partnership profit | $100,079.10 |
| Your share of gross profit for year | $23,647.93 |
| Less: Chais % | (5,911.98) |
| Halpern & Mantovani % | (1,773.59) |
| | |
| Your share of net profit | $15,962.35 |

| | | |
|---|---|---|
| Your capital @ | 01-Jan-2000 | $112,784.66 |

*After General Partner share of profit

Prepared by
Frank Mantovani, CPA
# REDACTED

Received:

Investment Date:

# THE WOLF PARTNERSHIP

Statement date:11/01/07

REPORT FOR THE 9 MONTHS ENDING:          09/30/07

### Maxine M Stewart Trust

| | | |
|---|---|---|
| Opening capital @ | 01/01/07 | $276,555.44 |

Prior Activity

        -None-

Current activity

| | | |
|---|---|---|
|   Withdrawal | 8/27/2007 | (8,000.00) |
|   Chais % | 8/27/2007 | (2,962.96) |
|   Mantovani % | 8/27/2007 | (888.89) |
| Profit to date | | 40,027.08 |
| Closing capital @ | 09/30/07 | $304,730.67 * |

*Before General Partner share of profit

Prepared by
Frank Mantovani, CPA

# REDACTED

Received:

Investment Date:

MCMDP_00012195