UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

We are pro hac vice attorneys representing Irving H. Picard, trustee for the liquidation of Bernard L. Madoff Investment Securities LLC under Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* and the substantively consolidated estate of Bernard L. Madoff, in the above-referenced matter and in related adversary proceedings.

Please take notice of the following attorney information change for:

                            Melonia A. Bennett
                            Samantha A. Cardenas
                            Damon M. Durbin
                            Lauren M. Hilsheimer
                            Brian R. Noethlich
                            Douglas A. Vonderhaar

OLD FIRM ADDRESS:    Baker & Hostetler LLP
                                      65 East State Street, Suite 2100
                                      Columbus, Ohio 43215
                                      Telephone:  (614) 228-1541
                                      Facsimile:  (614) 462-2616

NEW FIRM ADDRESS:    Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616

We will continue to be counsel of record on the above-entitled case.

Dated: New York, New York                    /s/ *Melonia A. Bennett*
      July 12, 2017                                              Melonia A. Bennett

Dated: New York, New York                    /s/ *Samantha A. Cardenas*
      July 12, 2017                                              Samantha A. Cardenas

Dated: New York, New York                    /s/ *Damon M. Durbin*
      July 12, 2017                                              Damon M. Durbin

Dated: New York, New York                    /s/ *Lauren M. Hilsheimer*
      July 12, 2017                                              Lauren M. Hilsheimer

Dated: New York, New York                    /s/ *Brian R. Noethlich*
      July 12, 2017                                              Brian R. Noethlich

Dated: New York, New York                    /s/ *Douglas A. Vonderhaar*
      July 12, 2017                                              Douglas A. Vonderhaar