UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
                                   :
In re:                             :
                                   :
                                   :    SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT       :
SECURITIES LLC,                    :
                                   :    No. 08-01789 (SMB)
         Debtor.                   :
                                   :
---------------------------------- :
                                   X
                                   :
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
                                   :
         Plaintiff,                :
                                   :    Adv. Proc. No. 09-01182 (SMB)
              v.                   :
                                   :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P., :
ARIEL FUND LTD., ASCOT PARTNERS, L.P., :
ASCOT FUND LTD., GABRIEL CAPITAL   :
CORPORATION,                       :
                                   :
         Defendants.               :
                                   :
---------------------------------- X

## JOINT SUBMISSION OF
## DEPOSITION TESTIMONY OF MEAGHAN SCHMIDT

Defendants J. Ezra Merkin, and Gabriel Capital Corporation, and Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Defendant Ascot Fund Ltd., ("Defendants") and Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and the consolidated chapter 7 estate of Bernard L. Madoff, (collectively, "Parties") in the above-captioned adversary proceeding, hereby submit excerpts from the Deposition Testimony of Meaghan Schmidt, dated June 29, 2017, attached hereto as Attachment A, and inform the Court of the Parties' intention to rely on this Deposition Testimony at oral argument on Defendants' Motion *in limine* to exclude the Testimony of Meaghan Schmidt, on July 18, 2017.

**Dated:**   New York, New York
July 13, 2017

| | |
|---|---|
| **DECHERT LLP** | **NORTON ROSE FULBRIGHT US LLP** |
| By: /s/ *Neil A. Steiner*<br>Andrew J. Levander<br>Neil A. Steiner<br>Mariel R. Bronen<br>Daphne T. Ha<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 698-3500<br>andrew.levander@dechert.com<br>neil.steiner@dechert.com | By: /s/ *Judith A. Archer*<br>Judith A. Archer<br>Sarah O'Connell<br>David B. Schwartz<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br>Tel.: (212) 318-3000<br>judith.archer@nortonrosefulbright.com<br>sarah.oconnell@nortonrosefulbright.com<br>david.schwartz@nortonrosefulbright.com |
| *Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation* | *Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.* |

**BAKER & HOSTETLER LLP**

By: */s/ Ganesh Krishna*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lan Hoang
Email: lhoang@bakerlaw.com
Brian W. Song
Email: bsong@bakerlaw.com
Ganesh Krishna
Email: gkrishna@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*