# ATTACHMENT A

CONFIDENTIAL

Page 1

1                    MEAGHAN SCHMIDT

2            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF NEW YORK

3   ----------------------------------------------X
    In Re:

4

5   BERNARD L. MADOFF INVESTMENT      No. 08-01789(SMB)
    SECURITIES LLC,

6                                     SIPA LIQUIDATION

7                                     (Substantively
                                       Consolidated)

8                   Debtor.
    ----------------------------------------------X

9   IRVING H. PICARD, Trustee for the
    Liquidation of Bernard L. Madoff

10  Investment Securities LLC,

11                  Plaintiff,

12                                    Adv. Pro. No.
             vs.                      09-01182(SMB)

13

    J. EZRA MERKIN, GABRIEL

14  CAPITAL, L.P., ARIEL FUND LTD.,
    ASCOT PARTNERS, L.P., GABRIEL

15  CAPITAL CORPORATION,

16                  Defendants.

17  ----------------------------------------------X

18        VIDEOTAPED DEPOSITION OF MEAGHAN SCHMIDT

19                 New York, New York

20              Thursday, June 29, 2017

21                  CONFIDENTIAL

22

23

24  Reported By: BARBARA R. ZELTMAN

25  Job Number: 125946

CONFIDENTIAL

Page 18

MEAGHAN SCHMIDT

1             MEAGHAN SCHMIDT
2    Q   Yes.
3    A   Alyssa Nann, Rich Bernard.
4       Ms. Dasaro, Ms. Hoang,
5 Ms. Vanderwal, Mr. Carney, John Carney, John
6 Barr, James Bekier, Brian Esser, Regina
7 Griffin, Melissa Kosack.
8       I have met with a lot of them, so
9 I'm not sure I'm able to recall all of their
10 names.
11    Q   Approximately how many meetings
12 have you had with counsel for the Trustee?
13    A   Since December 12, 2008?
14    Q   Yes.
15    A   A lot.
16    Q   More than ten?
17    A   Yes.
18    Q   More than 20?
19    A   Yes.
20    Q   More than 30?
21    A   Yes.
22    Q   More than 50?
23    A   Yes.
24    Q   Close to a hundred?
25    A   Over a hundred.

Page 19

1             MEAGHAN SCHMIDT
2    Q   Over a hundred.
3      Over 200?
4    A   Yes.
5    Q   And in general, what was the
6 purpose of all these meetings?
7      MS. HOANG: I'm just going to
8      caution you. You can answer the
9      question, but caution you not to
10      disclose any privileged conversations
11      you had with counsel.
12    A   Operational and financial
13 discussions around things that were
14 happening at 885 Third Avenue.
15    Q   Just a few definitional things.
16      When I say "the Madoff matter," do
17 you understand that I'm referring in general
18 to the liquidation of Bernard L. Madoff
19 Investment Securities and related
20 litigation?
21    A   Yes.
22    Q   Okay.
23      And when I say the "Merkin matter,"
24 do you understand that I'm referring to the
25 case brought by the Trustee against

Page 20

1             MEAGHAN SCHMIDT
2 Mr. Merkin, Gabriel Capital, Ascot Partners,
3 LP, Ascot Fund Limited, Ariel Fund Limited
4 and Gabriel Capital, LP?
5    A   Yes.
6    Q   And when I say "the Funds," do you
7 understand I'm referring to Ascot Partners,
8 LP, Ascot Fund Limited, Ariel Fund Limited
9 and Gabriel Capital, LP?
10    A   Yes.
11    Q   Do you understand that Gabriel
12 Capital Corporation or GCC is a management
13 company wholly owned by Mr. Merkin?
14    A   I do now. I did not before.
15    Q   And when I say "BLMIS," do you know
16 I'm referred to Bernard L. Madoff Investment
17 Securities?
18    A   Yes.
19    Q   When were you retained by the
20 Trustee to work on the Madoff matter?
21    A   On Monday, December 15th.
22    Q   When did you first meet with the
23 Trustee to discuss the engagement?
24    A   Monday, December 15th.
25    Q   And how did you come to be retained

Page 21

1             MEAGHAN SCHMIDT
2 by the Trustee?
3    A   We were previously working at 885
4 Third Avenue under the SEC receiver and at
5 the time of Mr. Picard's appointment, we
6 were retained.
7    Q   How did you first hear about what
8 was going on at 885?
9    A   On Thursday, December 11, we
10 received a call from Lee Richards of
11 Richards Kibbe & Orbe that Bernard L. Madoff
12 Investment Securities was going to be put
13 into SEC receivership. And that's the first
14 time I had heard of it.
15    Q   Did Mr. Richards call you?
16    A   He called my partner, Harvey Kelly.
17    Q   And how did you learn about that
18 call?
19    A   Mr. Kelly came to my desk and
20 informed me that he had received a call and
21 that was the conversation.
22    Q   Did Mr. Kelly ask you to do
23 anything in response to that call?
24    A   He did.
25    Q   What did he ask you to do?

6 (Pages 18 to 21)

Page 22

MEAGHAN SCHMIDT

1    
2    A    He asked me to do some research on
3    the Internet to see who Mr. Madoff was and
4    if there was anything I could find on
5    Bernard L. Madoff Investment Securities,
6    which I'll also refer to as "BLMIS" going
7    forward, if that's okay.
8    Q    Of course.
9        Have you ever heard of Mr. Madoff
10    prior to December 11, 2008?
11    A    No.
12    Q    Had you ever heard of BLMIS prior
13    to December 2008?
14    A    No.
15    Q    And what did you learn when you
16    started looking into Mr. Madoff?
17    A    I found a Website, some You Tube
18    videos, some Websites that set forth his
19    donations.
20        I didn't learn much.
21    Q    Prior to December 11, 2008, were
22    you familiar with Mr. Merkin?
23    A    No.
24    Q    Were you familiar with GCC?
25    A    No.

Page 23

MEAGHAN SCHMIDT

1    
2    Q    Were you familiar with the Funds?
3    A    No.
4    Q    At some point, did you become
5    familiar with Mr. Merkin?
6    A    No.  Him personally, no.
7    Q    When did you first hear about
8    Mr. Merkin?
9    A    Other than there were accounts set
10    up for his businesses.  I don't specifically
11    know when.  I don't recall specific
12    conversation, you know, related to that.
13    Q    So just to clarify, you've never
14    met Mr. Merkin?
15    A    I have not.
16    Q    And you've never had a specific
17    discussion with anyone about him?
18    A    Him personally?  No.
19    Q    And have you ever had a discussion
20    specifically about Ascot Partners?
21    A    With respect -- I mean, other than
22    they, you know, had an account.  There were
23    accounts there.  I don't recall any specific
24    detail about a conversation related to that
25    account.

Page 24

MEAGHAN SCHMIDT

1    
2    Q    Who first told you about the
3    existence of Ascot Partners, LP?
4    A    I don't recall.
5    Q    Have you ever had a specific
6    discussion about Ascot Fund Limited?
7    A    Other than there's accounts at
8    the -- no.  I don't recall.
9    Q    Have you ever had a specific
10    discussion about Ariel Fund Limited?
11    A    Other than there were accounts
12    there.
13    Q    And do you recall who that
14    discussion might have been with?
15    A    No.
16    Q    And what about Gabriel Capital, LP,
17    have you ever had a specific discussion
18    about Gabriel Capital, LP?
19    A    Other than there's accounts there,
20    no.
21    Q    When did you learn that Ascot
22    Partners, LP had an account at BLMIS?
23    A    Don't recall.
24    Q    But at some point, you did learn
25    that Ascot Partners, LP had an account,

Page 25

MEAGHAN SCHMIDT

1    
2    correct?
3    A    Yes.
4    Q    At BLMIS.
5        And how did you learn that Ascot
6    Partners, LP had an account at BLMIS?
7        MS. HOANG:  I think she --
8        Go ahead.
9    A    There's a listing of accounts and
10    account numbers and, you know, somebody told
11    me.  I don't remember who.
12    Q    And when did you learn that Ascot
13    Fund Limited had an account with BLMIS?
14    A    I don't recall.
15    Q    Do you know how you might have
16    learned that Ascot Fund Limited had an
17    account with BLMIS?
18    A    Either through conversation or, you
19    know, review of an account listing, but I
20    don't recall when that took place.
21    Q    Do you remember what year that you
22    would have learned that information?
23    A    No.
24    Q    Was it some time after December 11,
25    2008?

7 (Pages 22 to 25)

CONFIDENTIAL

| Page 30 |
|---|

MEAGHAN SCHMIDT

1
2 AlixPartners has billed in total in
3 connection with the Madoff matter?
4     A    No.
5     Q    Do you know if it's in excess of
6 $75 million?
7     A    Yes.
8     Q    Do you know if it's in excess
9 $100 million?
10    A    I do not know.
11    Q    AlixPartners has billed in excess
12 of $75 million to this case, correct?
13        MS. HOANG:  Object to the form.
14        Go ahead.
15    A    Yes.
16    Q    Do you know how much AlixPartners
17 has billed in connection with the Merkin
18 matter?
19    A    I don't understand the question.
20    Q    Are you billing for your time
21 during this deposition today?
22    A    Yes.
23    Q    And for the meetings you had with
24 counsel for the Trustee, did you bill for
25 those, for your time?

| Page 31 |
|---|

MEAGHAN SCHMIDT

1
2     A    Yes.
3     Q    And do you know if AlixPartners has
4 done any other work in connection with the
5 Merkin matter?
6     A    Specifically with this case?
7     Q    Yes.  Picard v. Merkin.
8     A    Not that I am aware of, no.
9     Q    Okay.
10        Do you know approximately how much
11 time you spent preparing for your deposition
12 today?
13        MS. HOANG:  Asked and answered.
14        Go ahead.
15    A    Six to eight hours.
16    Q    What was your responsibility in
17 connection with the Madoff matter -- or what
18 did you understand your responsibility to be
19 in connection with the Madoff matter when
20 you were retained in December 2008?
21        MS. HOANG:  Objection to form.
22        You can answer.
23    A    We were retained to investigate
24 what happened and identify and preserve and
25 secure the financial information and the

| Page 32 |
|---|

MEAGHAN SCHMIDT

1
2 assets at 885 Third Avenue, as well as any
3 assets connected with BLMIS.
4     Q    And what was your role with respect
5 to identifying and preserving information?
6     A    I met with BLMIS employees to
7 understand the scope of BLMIS.
8        I worked in securing the various
9 BLMIS locations.
10    Q    What do you mean by "securing the
11 various BLMIS locations"?
12    A    AlixPartners had retained a
13 locksmith to change the locks at the various
14 Madoff locations.
15    Q    When was that?
16    A    That was on Friday,
17 December 12th.
18    Q    Did you have a team working with
19 you on preserving and identifying
20 information?
21    A    Yes.
22    Q    Who was on that team?
23    A    What time?
24    Q    When you were first retained in
25 December 2008.

| Page 33 |
|---|

MEAGHAN SCHMIDT

1
2     A    Myself, Harvey Kelly, Dennis
3 O'Connor, Matt Cohen, Bill Kingsford, Seth
4 Alter, Vineet Sehgal, Brett Roberson, Sean
5 Renshaw.
6        There's a few other names,
7 colleagues that were with us initially that
8 I just can't remember --
9     Q    And were you supervising everyone
10 that you just listed?
11    A    No.
12    Q    Who were you supervising, if
13 anyone?
14    A    I would have supervised a team, a
15 woman name Lauren Schulman, and a gentleman,
16 Craig Otterman.
17        And there may have been a few
18 others that I'm not remembering right now.
19    Q    And was there anyone supervising
20 your work?
21    A    Yes.
22    Q    Who was that?
23    A    Harvey Kelly, Dennis O'Connor, and
24 Matt Cohen.
25    Q    Did you keep any records of your

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

Page 34

MEAGHAN SCHMIDT
1
2  work preserving and identifying information
3  at BLMIS?
4      A    What do you mean by "records"?
5      Q    Well, you mentioned you took notes.
6  Did those notes include information about
7  the preservation and identification of
8  information at BLMIS?
9      A    They may have notes jotted down
10  with respect to the locksmith, conversations
11  regarding the card swipe system or contacts
12  that I had made with building security.
13  They could be in there, yes.
14      Q    Did you produce any memos regarding
15  your identification or preservation of
16  information at BLMIS?
17      A    Me personally?  Not that I'm aware
18  of.
19      Q    Did anyone else at AlixPartners --
20  Sorry.  Did I interrupt you?
21      A    I may have.  I don't recall
22  specifically producing a memo, a formal
23  memo.
24      Q    Okay.
25          MS. HOANG:  Just clarify when

Page 35

MEAGHAN SCHMIDT
1
2  you say "produce."
3      A    So if it was in my -- I don't
4  remember physically typing a formal
5  memorandum on AlixPartners' letterhead
6  describing the preservation process.
7      Q    Are you aware of anyone else that
8  may have produced -- excuse me.
9          Are you aware of anyone else that
10  wrote a memo regarding document preservation
11  and information identification at BLMIS?
12      A    Someone on my team may have, but
13  I'm not familiar with a specific memo.
14      Q    How did you keep track of what
15  information you looked at?
16      A    When you say what I "looked at,"
17  what do you mean by that?
18      Q    Did you look at records or
19  documents at BLMIS?
20      A    Yes.
21      Q    And how did you keep track of the
22  records and documents you looked at at
23  BLMIS?
24      A    Are you asking me if I looked at a
25  document, if I kept it -- like, I wrote down

Page 36

MEAGHAN SCHMIDT
1
2  what document I specifically looked at?
3      Q    Yes, did you keep track of what
4  documents you specifically looked at at
5  BLMIS?
6      A    No.
7      Q    How did you decide what documents
8  to look at?
9      A    I mean, there were certainly
10  documents that if I saw something, I would
11  pick it up and look at it just to see what
12  it was.
13          There were interviews with
14  employees.  And to the extent that they
15  referenced a specific document, I would take
16  efforts to go find the document and
17  physically look at it.
18      Q    What was the purpose of your
19  interviews with employees?
20      A    To get an understanding of their
21  roles and responsibilities and to get the
22  knowledge acquisition, is how I would
23  classify it.
24      Q    Did counsel for the Trustee ever
25  direct your attention to any documents at

Page 37

MEAGHAN SCHMIDT
1
2  BLMIS?
3      A    Direct me to documents at BLMIS?
4  Umm, I don't specifically recall if there
5  was a request.
6          I mean, if they had asked if I had
7  known where certain documents were and they
8  had directed them, but I don't specifically
9  recall if they directed me to anything
10  specifically.
11      Q    What about in preparation for this
12  deposition, did counsel direct your
13  attention to any documents?
14      A    We did look at some select
15  documents, yes.
16      Q    What documents were those?
17      A    We looked at floor plans and then
18  examples of an account maintenance folder,
19  customer statements, trade confirms, PMRs,
20  PMTs.
21          I think that's it.
22      Q    Were any of those documents you had
23  seen before?
24      A    Yes.
25      Q    Which ones?

CONFIDENTIAL

Page 38

MEAGHAN SCHMIDT

2   A  I had seen all of those types of
3 documents before.
4   Q  Do you know whether you had seen
5 those specific documents before?
6   A  No.
7   Q  Did you review each of the
8 documents in their entirety?
9   A  At what time?
10   Q  In preparation for this deposition.
11   A  No.
12   Q  And did you request any documents
13 in preparation for this deposition?
14   A  I obtained a copy of my criminal
15 trial testimony.
16   Q  Anything else?
17   A  I received a copy of the floor
18 plans.  That would be it.
19   Q  Did you receive any summaries of
20 documents in preparation for this
21 deposition?
22       MS. HOANG:  Objection.
23     You can answer.
24   A  Summaries, no.
25   Q  You mentioned earlier that you had

Page 39

MEAGHAN SCHMIDT

2 testified in a criminal trial in connection
3 with the Madoff matter?
4   A  Yes.
5   Q  Have you ever -- in addition to
6 this case, the Merkin matter and the
7 criminal matter, have you been involved with
8 any other cases brought by Mr. Picard as the
9 Madoff Trustee?
10       MS. HOANG:  Object to the form.
11     You can answer.
12   A  In what capacity?
13   Q  In any capacity.
14   A  I don't think so.  I don't know if
15 any of my work was specifically requested
16 related to a specific case that was brought
17 on.
18   Q  Have you ever discussed testifying
19 in any other case brought by Mr. Picard?
20       MS. HOANG:  Just -- I'm
21     cautioning the witness not to
22     disclose privileged communication.
23   A  So, are you asking me if the
24 Trustees asked me to testify in other
25 matters besides this one?

Page 40

MEAGHAN SCHMIDT

2   Q  Besides Merkin and besides the
3 criminal matter.
4   A  No, I don't believe so.
5   Q  Have you ever discussed testifying
6 as an expert in any matter brought by the
7 Trustee?
8       MS. HOANG:  Again, I'm going to
9     caution you not to disclose
10     privileged communications.
11   A  No, I don't believe so.
12   Q  Did you ever discuss with counsel
13 for the Trustee testifying as an expert in
14 the Merkin case?
15       MS. HOANG:  Objection.
16     Privileged.
17       (Directive.)
18   A  No.
19   Q  Are you aware that the Trustee has
20 put you on their witness list as a witness
21 with knowledge sufficient to authenticate
22 BLMIS' books and records?
23   A  Yes.
24   Q  Have you reviewed all the documents
25 that the Trustee has asked you to

Page 41

MEAGHAN SCHMIDT

2 authenticate?
3   A  All of the documents?
4   Q  Yes.
5   A  If the question is have I reviewed
6 all the business records of Madoff, I myself
7 have not done that, no.
8   Q  Has the Trustee told you that
9 you'll be testifying with respect to all of
10 the business records with -- with respect to
11 all the business records of BLMIS?
12       MS. HOANG:  Objection to form.
13     Go ahead, if you understand.
14   A  Yes.
15   Q  Have you reviewed all the business
16 records of BLMIS?
17   A  I have not reviewed every single
18 piece of paper from BLMIS.
19   Q  How do you intend to authenticate
20 documents you haven't reviewed?
21       MS. HOANG:  Objection.
22     I mean, you are asking her to give
23     a legal conclusion about authentication.
24     Why don't you ask her what she did at
25     BLMIS.

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

Page 42

MEAGHAN SCHMIDT

1
2  Q    You can answer.
3  A    I mean --
4      MS. HOANG: If you understand
5  "authentication," what that means.
6  A    I've reviewed business records from
7  BLMIS.
8  Q    How do you intend to authenticate
9  documents that you haven't reviewed? I
10 understand you've reviewed some, but how do
11 you intend to authenticate documents you
12 have not reviewed?
13     MS. HOANG: Objection to form.
14     You can answer, if you understand.
15 A    I don't know what documents -- I'd
16 have to see what documents you are referring
17 to that I haven't reviewed.
18 Q    Are there some customer statements
19 you haven't reviewed?
20 A    With respect to specific customers?
21 Yes. I haven't reviewed every single
22 customer statement.
23 Q    How would you intend to
24 authenticate a customer statement that you
25 had never seen before?

Page 43

MEAGHAN SCHMIDT

1
2      MS. HOANG: Objection. Again,
3  to "authentication."
4      You can answer, if you understand.
5  A    I don't specifically know what
6  customer statements I haven't seen before.
7      I've seen customer statements.
8  There's thousands of customers.
9  Q    And you haven't seen all of the
10 customer statements, correct?
11 A    Right.
12 Q    On what basis do you intend to
13 authenticate customer statements that you
14 have reviewed?
15     MS. HOANG: Objection. Again,
16 to "authenticate."
17 A    As I said earlier, I don't know
18 what statements I have and have not
19 reviewed. But if you show me a customer
20 statement, I could tell you if that was a
21 BLMIS customer statement.
22 Q    And how would you know that it's a
23 BLMIS customer statement?
24 A    Because I've seen them before.
25 Q    Where?

Page 44

MEAGHAN SCHMIDT

1
2  A    At 885 Third Avenue.
3  Q    Did you ever create a BLMIS
4  customer statement?
5      MS. HOANG: Objection to form.
6      Go ahead.
7  A    I have never created a customer
8  statement before, no.
9  Q    Did you ever witness someone
10 creating a customer statement?
11     MS. HOANG: Are you talking
12 about specifically a BLMIS customer
13 statement?
14 Q    Yes.
15     Did you ever witness someone
16 creating a BLMIS customer statement?
17 A    When you say "create," do you mean
18 print out on paper or electronically create
19 a customer statement?
20 Q    Did you ever witness someone
21 electronically create a customer statement?
22 A    And when you say "customer
23 statement," like the actual format of the
24 customer statement or the inputs into a
25 customer statement?

Page 45

MEAGHAN SCHMIDT

1
2  Q    The inputs.
3  A    I have not, no.
4  Q    Did you create the actual format of
5  the customer statements at BLMIS?
6  A    No.
7  Q    Do you know who created the actual
8  format of the customer statement at BLMIS?
9  A    I do not.
10 Q    Do you know who input the
11 information into the customer statements at
12 BLMIS?
13 A    Individuals who worked on the
14 17th floor.
15 Q    How do you know that?
16 A    From interviews and discussions
17 with employees.
18 Q    Anyone specific?
19 A    Sitting here today, I wouldn't know
20 specifically.
21 Q    Is it true that you have no
22 personal firsthand knowledge of who input
23 information into the customer statements?
24 A    That's correct.
25 Q    Is it true that you have no person

12 (Pages 42 to 45)

CONFIDENTIAL

| | |
|---|---|
| Page 46 | Page 47 |

**Page 46**

MEAGHAN SCHMIDT

1
2  firsthand information as to who created the
3  form for the customer statements?
4      A    That's correct.
5      Q    Is it true that you have no
6  personal firsthand knowledge as to who
7  created the BLMIS trade confirmations?
8      A    That's correct.
9      Q    Have you ever met Bernard Madoff?
10     A    No.
11     Q    Have you ever met any of the
12  employees of BLMIS?
13     A    Yes.
14     Q    Who have you met?
15     A    All of them.
16     Q    Can you name them, please?
17     A    I'll try.
18         Annette Bongiorno, Eric Lipkin,
19  Jodi Crupi, Erin Reardon, Robert Cardile,
20  Winifer Jackson, Elithia Muy, I think her
21  last name was M-U-Y.  I think her last name
22  is M-U-Y, I don't know how to pronounce it.
23  Elaine Solomon, Peter Madoff, Shana Madoff.
24  The receptionist.  I can't think of her name
25  right now.

**Page 47**

MEAGHAN SCHMIDT

1
2         Ed Coughlin, Danny Duffy, Dan
3  Bonventre, John Bonventre, the Ferraro
4  brothers.  Andrew Connelly, Kevin Fong,
5  Debbie Koster, Craig Kugel, David Kugel, the
6  general counsel, Rick something.  Elvis
7  Torres.  The Sibley brothers.
8         I'm trying to -- there were so many
9  of them and it's been so long, but those are
10  ones that come to mind.
11     Q    And when did you first meet
12  employees of BLMIS?
13     A    The morning of December 12th.
14     Q    And had you ever met any of the
15  people you just listed prior to December 12
16  of 2008?
17     A    No.
18     Q    And how often did you meet with the
19  employees you just listed?
20     A    I had interactions with them every
21  day that they were at 885.
22     Q    What was the time period that you
23  were interacting with the employees at
24  BLMIS?
25     A    Well, from December 12, 2008 to

| | |
|---|---|
| Page 48 | Page 49 |

**Page 48**

MEAGHAN SCHMIDT

1
2  whenever they were terminated.
3         If they were onsite, I may have
4  bumped into them in the hallway, I may have
5  had a conversation with them.  It varied.
6      Q    Between December of 2008 and
7  June 2009, how often were you at the BLMIS
8  offices?
9      A    With the exception of some
10  weekends, I was there every day.
11     Q    And did you take any notes during
12  your interactions with the BLMIS employees?
13     A    Yes.
14     Q    Did you write any memos regarding
15  your interactions with the BLMIS employees?
16     A    I don't know if I specifically
17  typed any formalized memos up.  I don't
18  recall.
19     Q    Did you ever discuss Mr. Merkin
20  with any of the employees at BLMIS?
21     A    I don't believe so.
22     Q    Did you ever meet Frank Di'Pascali?
23     A    I did not.
24     Q    Did you ever discuss any of the
25  Funds with any of the employees for BLMIS?

**Page 49**

MEAGHAN SCHMIDT

1
2      A    I don't believe so, no.
3      Q    Did you discuss any other BLMIS
4  account holders with the employees that you
5  listed?
6      A    I may have had conversations about
7  account holders, yes.
8      Q    Which account holders did you
9  discuss?
10     A    I don't specifically recall sitting
11  here today.
12     Q    Who did you have discussions about
13  account holders with?
14     A    Jodi Crupi.
15         If any of the employees themselves
16  were account holders, I would have spoken to
17  them.
18         Could you repeat the question just
19  so I can make sure I answer it completely?
20     Q    Who did you have discussions about
21  account holders with?
22     A    And possibly the FBI.
23     Q    What did you discuss with
24  Ms. Crupi?
25     A    There were documents on her desk

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

---

Page 50

MEAGHAN SCHMIDT

1
2    that reflected transactional information
3    within customers' accounts that she
4    maintained and so I would have asked her
5    about those documents.
6        Q    And what did she tell you?
7        A    She would have described what the
8    documents were that she was maintaining
9    which reflected redemption requests or
10   specific cash deposits or withdrawals.
11       We talked about account maintenance
12   folders, as an example.
13       Q    And what did you discuss with the
14   employees that had BLMIS accounts?
15       A    They were questioning what the
16   status of those accounts would be, what was
17   going to happen -- you know, what happened
18   to their money.
19       It was more an identification that
20   they had had the account and, you know, what
21   would happen.
22       Q    Did you respond to those questions?
23       A    I may have told -- I did respond,
24   but I don't think I had enough information
25   to tell them what would happen to the

---

Page 51

MEAGHAN SCHMIDT

1
2    accounts at the time.
3        Q    What did you tell them?
4        A    That I didn't know what was going
5    to happen to their accounts.
6        Q    Was there a reason that Ms. Crupi
7    was maintaining certain account records?
8        A    A reason?
9        MS. HOANG:  Objection to form.
10       Go ahead.
11       A    Other than that I understood that
12   that was one of her responsibilities, her
13   job responsibilities.
14       Q    Do you know if Ms. Crupi was
15   responsible for maintaining records for all
16   accounts at BLMIS?
17       A    All accounts?  I can't say that.  I
18   don't know that.
19       Q    Why were there certain records on
20   her desk that you just discussed with her?
21       MS. HOANG:  Objection.
22       Go ahead and answer.
23       A    She maintained what I'll call the
24   checkbook records, which reflected cash
25   deposits and withdrawals related to the

---

Page 52

MEAGHAN SCHMIDT

1
2    JPMorgan Chase 703 bank account.
3        Q    Were any of those records related
4    to Mr. Merkin?
5        A    I can't say for sure.  I don't
6    know.
7        Q    Do you recall if there was a check
8    record for Ascot?
9        A    If there was a deposit or a
10   withdrawal, she would have reflected it on
11   the card -- it was a running -- the index
12   card would maintain balances that were in
13   the checking account for 703.
14       Q    Do you recall whether there was any
15   information about the Merkin funds on
16   Ms. Crupi's desk?
17       A    I don't specifically recall.  I
18   wouldn't have known at the time who the
19   Merkin funds were.
20       Q    How many employees were there at
21   BLMIS as of December 2008?
22       A    On the employee list or physically
23   present at 885 Third Avenue?
24       Q    First, tell me how many were on the
25   employee list?

---

Page 53

MEAGHAN SCHMIDT

1
2        A    At least 150.
3        Q    And about how many employees were
4    present at the offices at 885 Third Avenue
5    on December 11, 2008?
6        A    I don't know because I wasn't
7    there.
8        Q    Excuse me.  Sorry.
9        How many employees were present at
10   the offices at 885 Third Avenue on
11   December 12, 2008?
12       A    I would be guessing right now.  I
13   honestly don't know.
14       Q    More than 15?
15       A    Yes.
16       Q    More than 50?
17       A    Yes.
18       Q    More than 75?
19       A    I don't know.
20       Q    How many floors of 885 Third Avenue
21   did BLMIS occupy?
22       A    What do you mean by "occupy"?
23       Q    Have offices on.
24       A    Offices, there were three floors of
25   offices.  The 17, 18, and 19th floor.

---

14 (Pages 50 to 53)

CONFIDENTIAL

Page 62

MEAGHAN SCHMIDT
1
2     A    Okay.
3         So I have never physically entered
4    journal entries into the general ledger of
5    BLMIS.
6     Q    Do you know who did?
7     A    Yes, I do.
8     Q    Who?  Who was that?
9     A    Dan Bonventre and Dan Pennachio are
10   two that I can think of.
11    Q    And how do you know that?
12    A    Well, A, they told me; B, I've
13   observed journal entries being entered into
14   the system, and we've reviewed the system so
15   you're able to see who makes journal
16   entries.
17    Q    All the journal entries you're
18   referring to were made after December 12,
19   2008?
20    A    I don't know if -- when we were
21   working with the accounting systems,
22   Mr. Pennachio, as an example, pulls up the
23   Great Plains accounting system to provide us
24   with extracts of the general ledger system
25   on December 12, 2008, and so he would have

Page 63

MEAGHAN SCHMIDT
1
2    showed me the process by which he would have
3    entered a journal entry into the system.
4     Q    With respect to any journal entry
5    that was entered into the system prior to
6    December 12, 2008, you don't have any
7    firsthand knowledge as to whether that entry
8    was accurate; is that correct?
9     A    What do you mean by "accurate"?
10    Q    What do you think "accurate" means?
11    A    If there were journal entries that
12   were made into the system prior to me
13   arriving on December 12th, I reviewed
14   journal entries and I tested them, and so to
15   the extent that I tested a transaction
16   journal entry that was made into the system
17   and there was underlying supporting
18   documentation for it, I would have validated
19   that entry.
20         And it may have been equal to
21   the -- the supporting documentation may have
22   supported and equated to the entry and so,
23   therefore, I would say that that would have
24   been an accurate entry.
25    Q    What supporting documentation are

Page 64

MEAGHAN SCHMIDT
1
2    you referring to?
3     A    Invoices as an example.
4     Q    Invoices to or from BLMIS?
5     A    Invoices to or from BLMIS, yes.
6     Q    And do you have any firsthand
7    knowledge as to the accuracy of those
8    invoices?
9     A    If BLMIS receives an invoice that
10   they had to make a payment on, there would
11   be an underlying documentation.  Whether or
12   not that was an agreed upon price, I don't
13   know the answer to that.  I just know it was
14   on the document.
15    Q    You don't have any firsthand
16   knowledge of what the agreed upon price
17   might have been for a given invoice?
18    A    No.
19    Q    And with respect to account
20   statements and trade confirmations, you
21   don't have any firsthand knowledge of the
22   accuracy of any of those entries, do you?
23         MS. HOANG:  Objection to form.
24         Go ahead.
25    A    No.

Page 65

MEAGHAN SCHMIDT
1
2     Q    So turning back to your discussion
3    with Mr. Picard -- excuse me.
4         And with respect to account
5    statements and trade confirmations, you
6    don't have any firsthand knowledge as to
7    whether those records were maintained in the
8    ordinary course of business at BLMIS,
9    correct?
10         MS. HOANG:  Objection to form.
11    A    Can you repeat your question?
12    Q    With respect to account statements
13   and trade confirmations, you don't have any
14   firsthand knowledge as to whether those
15   records were maintained in the ordinary
16   course of business at BLMIS, correct?
17         MS. HOANG:  Same objection.
18    A    I did not witness anybody preparing
19   those documents firsthand, no.
20    Q    So the answer to my question is no,
21   correct?
22         MS. HOANG:  Same objection to
23   form.
24    A    That's right.
25    Q    Turning back to your discussions

CONFIDENTIAL

---

Page 66

MEAGHAN SCHMIDT

1
2  with Mr. Picard, did any of your discussions
3  with Mr. Picard relate to the books and
4  records of BLMIS?
5        MS. HOANG:  Just caution the
6     witness not to disclose privileged
7     information -- communications.
8     Sorry.
9     A    I did have conversations with
10 Mr. Picard about the books and records.  I'm
11 not sure if those were when he was alone or
12 not.
13    Q    What did you discuss?
14       MS. HOANG:  Again, same caution
15    to the witness.
16    A    I would have discussed some of
17 understanding that I had gathered with
18 respect to the general ledger system and
19 what we, AlixPartners, did prior to his
20 arrival with respect to identifying,
21 preserving and securing that information.
22    Q    What did AlixPartners do with
23 respect to preserving and securing the books
24 and records of BLMIS?
25    A    Well, we physically secured the

---

Page 67

MEAGHAN SCHMIDT

1
2  locations associated with BLMIS that may
3  have maintained the books and records.
4        So as I mentioned earlier, we
5  talked about physically changing the locks
6  to certain locations, the Long Island City
7  warehouse, the Bulova Corporate Center, as
8  well as the offices and locations at 885
9  Third Avenue.
10       We worked with building security at
11 885 Third Avenue to cut off the building
12 card access for the employees there.
13       We also shut down what I'll call
14 the card swipe system that allowed employees
15 to enter the floors that the BLMIS business
16 occupied.
17       We would have run backups on the
18 servers in the various systems to make sure
19 that those were preserved.
20       And we -- so the servers -- I'm
21 trying think if there's anything else.
22       That's some, to name a few.
23    Q    Who took custody of the backups of
24 the servers that AlixPartners made?
25    A    Somebody on my team.

---

Page 68

MEAGHAN SCHMIDT

1
2     Q    Were you involved in that process?
3     A    Not directly, no.
4     Q    Did you review any of the data that
5  was collected from the servers?
6     A    At what point in time?
7     Q    At any point.
8     A    Via the AlixPartners collection?
9  When you say did we view what was collected,
10 via the collection we physically made or
11 what's your question?
12    Q    Is there more than one collection?
13    A    Well, I obtained information from
14 the servers prior to us making that
15 collection.  So that's why I'm asking you
16 the question.
17    Q    What information did you obtained
18 from the servers prior to making the
19 collection?
20    A    I received specific general ledger
21 accounting information prior to AlixPartners
22 making the collection of the servers.
23    Q    And did you review the specific
24 general ledger accounting information?
25    A    I did.

---

Page 69

MEAGHAN SCHMIDT

1
2     Q    Did you take notes on your review?
3     A    I would have performed some type of
4  analysis of what I was provided.
5     Q    Can you describe the analysis?
6     A    I would have reviewed whatever
7  accounting information was provided to me.
8  I would have likely made -- I would have
9  sampled it so that I wasn't looking at every
10 single transaction.  And I would have
11 requested some type of supporting
12 documentation so that I could validate those
13 particular transactions that were entered
14 into the system.
15    Q    And what sort of supporting
16 documentation did you receive?
17    A    Invoices.
18    Q    And who gave you those invoices?
19    A    Dan Pennachio.
20    Q    And who is Dan Pennachio?
21    A    He was the accounts payable
22 clerk -- he was responsible for accounts
23 payable.
24    Q    Was he an employee of BLMIS?
25    A    Yes.

---

18 (Pages 66 to 69)

CONFIDENTIAL

Page 70

MEAGHAN SCHMIDT
1
2    Q    In addition to reviewing
3    information for the general ledger, did you
4    review any other electronic information from
5    BLMIS?
6    A    Employee listing.  In all points
7    and time I was at 885 Third Avenue?
8    Q    Yeah, at any point.
9    A    I reviewed bank statements.  I
10   reviewed payroll records.  That's what comes
11   to mind right now.
12   Q    For what purpose did you review the
13   bank statements and payroll records?
14   A    With respect to the bank
15   statements, we were trying to get a handle
16   of the inflows and outflows of monies into
17   the bank accounts and we were comparing
18   those inflows and outflows and trying to
19   gain insight as to how monies were moving
20   and how that may have compared to something
21   like, you know, the Jodi checkbook file, as
22   an example, those index cards I had
23   previously described.
24       What was the other -- bank
25   statement -- could you repeat the question?

Page 71

1       MEAGHAN SCHMIDT
2    Q    And payroll documents.
3    A    Payroll documents.
4       So with respect to payroll
5    documents, we were comparing those payroll
6    records to the employee listing to make sure
7    that people who were receiving payroll or
8    salary were actual employees of the
9    business.
10   Q    Did AlixPartners collect all the
11   electronic records of BLMIS?
12   A    Yes.
13   Q    Did you have any role in that
14   collection process?
15   A    Yes.
16   Q    What was your role?
17   A    To the extent that I identified a
18   piece of media, such as a thumb drive or a
19   laptop or a backup tape, I would collect
20   that and provide that to my team members who
21   handled the e-discovery side of things where
22   they would prepare chain of custody document
23   and those pieces of evidence would be
24   maintained in an evidence bag with the chain
25   of custody documentation.

Page 72

1       MEAGHAN SCHMIDT
2       And I also observed my team members
3    meeting with various members of the IT
4    Department to understand the computer
5    systems and networks.
6    Q    Did AlixPartners collect all of the
7    hard copy records at BLMIS?
8    A    All the hard copy documents that
9    were located at 885 were scanned.
10      The documents may have been taken
11   over by the FBI and so I'm not sure if they
12   were all collected by us at that time.
13   Q    What was your role with respect to
14   the collection of paper documents at BLMIS?
15   A    I assisted the team who was
16   inventory and indexing the warehouse, as an
17   example, the boxes that were at the
18   warehouse and what was maintained in those.
19      I worked with the scanning company
20   to identify the various documents that were
21   maintained by different individuals that
22   were maintained onsite at 885, so that would
23   be two examples.
24   Q    Did you review account statements
25   at BLMIS?

Page 73

1       MEAGHAN SCHMIDT
2    A    If I reviewed a printed account
3    statement, it may have been if it was -- I
4    could have seen one if it was on someone's
5    desk or in the printing room on the
6    17th floor.
7       I don't know what you mean by
8    "review," but I did see account statements
9    while I was onsite.
10   Q    Do you remember looking at any
11   specific account statements?
12   A    No, I couldn't tell you like a
13   specific account name of the statements that
14   I looked at.
15   Q    Did you discuss Merkin, GCC or any
16   of the Funds at any of your one-on-one
17   meetings with Mr. Picard?
18   A    No.
19   Q    What was the topic of your meeting
20   with Mr. Picard last week?
21      MS. HOANG:  Again, same
22   caution.
23   A    I needed to give him a check to
24   sign.
25   Q    What was the check for?

CONFIDENTIAL

Page 82

```
 1            MEAGHAN SCHMIDT
 2     Q    How do you know that?
 3     A    From the fax cover.
 4     Q    Looking at the second page of the
 5  document, this is an example of a trade
 6  confirmation, correct?
 7     A    Yes.
 8     Q    When was the first time you saw a
 9  trade confirmation?
10     A    It could have been as early as
11  December -- some time in December when I was
12  on the 17th floor.
13     Q    Is that December 2008?
14     A    Yes.
15     Q    Prior to December 2008, had you
16  ever seen a BLMIS trade confirmation?
17     A    No.
18     Q    Prior to December 12, 2008, had you
19  ever seen a BLMIS trade confirmation?
20     A    No.
21     Q    And you don't have any knowledge of
22  how this was created; is that correct?
23     A    That's correct.
24        MS. HOANG:  Just objection to
25     form.
```

Page 83

```
 1            MEAGHAN SCHMIDT
 2     Q    And that would be true of any BLMIS
 3  trade confirmation from before December 12,
 4  2008 that I were to show you; is that
 5  correct?
 6        MS. HOANG:  Objection to form.
 7     A    That's correct.
 8     Q    And you don't know whether this
 9  accurately reflects a trade that occurred,
10  do you?
11     A    My understanding is that trades did
12  not occur on the 17th floor, so ...
13     Q    But you don't know whether this
14  trade specifically happened?
15     A    That's correct.
16     Q    And that would be true of any trade
17  confirmation from BLMIS prior to
18  December 12, 2008?
19        MS. HOANG:  Objection to form.
20     A    With respect to the 17th floor
21  trade confirmations, that's correct.
22        (Schmidt Exhibit 2, Group
23     Buying Power, Bates Numbered
24     MF-00054702 through MF-00054714,
25     was marked for Identification.)
```

Page 84

```
 1            MEAGHAN SCHMIDT
 2  BY MS. BRONEN:
 3     Q    I'm now handing you a document
 4  that's marked as Schmidt Exhibit 2.  The
 5  Bates Number on the first page of the
 6  document is MF-00054702.
 7        MS. HOANG:  For the record, the
 8     document is consecutively Bates
 9     Numbered to MF-00054714.
10        And when we get a chance, I'll do
11     the same for Schmidt Exhibit 1, just so
12     we have it.
13        While Ms. Schmidt is looking at it,
14     for the record, Schmidt 1 is Bates
15     numbers MADTSS-00210895.  It's
16     consecutively Bates Numbered to
17     MADTSS-00210899.
18     Q    Do you recognize this document?
19     A    I do not.
20     Q    It's an example of a BLMIS customer
21  statement; is that right?
22        MS. HOANG:  Objection to form.
23     A    This is not the customer statement
24  that I'm familiar with.
25     Q    Have you ever seen documents like
```

Page 85

```
 1            MEAGHAN SCHMIDT
 2  this before?
 3     A    I have not.
 4     Q    So you don't know if documents --
 5  how documents like this or documents in
 6  similar format to this were created,
 7  correct?
 8        MS. HOANG:  Objection to form.
 9     A    That's correct.
10     Q    And you don't know whether
11  documents like this or documents in similar
12  form were accurate at the time they were
13  created; is that correct?
14        MS. HOANG:  Objection to form
15     and "other similar documents" -- or
16     "documents in similar form."
17     A    Yeah, I don't know.
18     Q    You don't know --
19        (Schmidt Exhibit 3, Chart with
20     handwriting, Bates Numbered
21     MADTSS-01120262, was marked for
22     Identification.)
23  BY MS. BRONEN:
24     Q    I'm now handing you what's been
25     marked as Schmidt Exhibit 3.  The document
```

TSG Reporting - Worldwide - 877-702-9580

Page 86

```
 1            MEAGHAN SCHMIDT
 2    is Bates Numbered MADTSS-01120262.
 3         Do you recognize this document?
 4    A    I do not.
 5    Q    Do you know whose handwriting this
 6    is?
 7    A    I'm not a handwriting expert, but
 8    it looks like either Frank's or Jodi
 9    Crupi's.
10    Q    How do you know that?
11    A    Because I've seen their handwriting
12    before.
13         MS. HOANG:  Is this the
14    complete document as it was grouped
15    in the pdf?
16         MS. BRONEN:  Yes.  I didn't
17    split it up.
18         MS. HOANG:  Okay.  I just
19    wanted that on the record.
20    A    I've seen other documents with
21    their handwriting on them.
22    Q    Did you help prepare this document?
23    A    I did not.
24    Q    And you don't know whether it was
25    accurate at the time it was created,
```

Page 87

```
 1            MEAGHAN SCHMIDT
 2    correct?
 3    A    That's correct.
 4         MS. HOANG:  Objection to form.
 5    Q    And that would be true of other
 6    handwritten documents that were created
 7    before December 12, 2008, correct?
 8         MS. HOANG:  Objection to form.
 9    Sorry.
10         MS. BRONEN:  That's okay.
11    A    That's correct.
12    Q    Have you seen other documents
13    similar to Schmidt 3?
14    A    No.
15         (Schmidt Exhibit 4, Bates
16    Numbered MADTBB-02389612 to
17    MADTBB-02389612, was marked for
18    Identification.)
19    BY MS. BRONEN:
20    Q    I'm now handing you a document
21    marked Schmidt Exhibit 4.  The beginning
22    Bates Number is MADTBB-02389612.  And it's
23    consecutively marked, the end Bates is
24    MADTBB-02389628.
25         Do you recognize this document?
```

Page 88

```
 1            MEAGHAN SCHMIDT
 2    A    I don't recognize this specific
 3    document, but I've seen documents like this.
 4    Q    Where have you seen documents like
 5    this before?
 6    A    On the 17th floor.
 7    Q    Had you seen any documents like
 8    this prior to December 12, 2008?
 9    A    No.
10    Q    What is this document?
11    A    This is the Account Maintenance
12    Folder for Willie R. Stra -- I don't know
13    how to pronounce the last name.
14    Q    Have you seen this folder before?
15    A    This specific folder, I don't
16    believe so, no.
17    Q    And how do you know that this is
18    the Account Maintenance Folder for this
19    customer, Willie?
20    A    Well, these folders were maintained
21    in manila folders with a label on top of
22    them, such as the one that's on here, and
23    within the Account Maintenance Folder, there
24    were certain documents that were required to
25    be in there with respect to account
```

Page 89

```
 1            MEAGHAN SCHMIDT
 2    openings, so I see like the address, file
 3    maintenance document.  This typically would
 4    have been one of the first documents that
 5    you would see in an Account Maintenance
 6    Folder.
 7         I see correspondence between the
 8    customer and individuals at Madoff.
 9         I see the W-8.  There was always
10    usually some type of tax document within the
11    Account Maintenance Folder.
12         The agreement.  These are the type
13    of documents that I have seen in the Account
14    Maintenance Folders before.
15    Q    Who told you how these documents
16    were maintained?
17    A    Jodi Crupi.
18    Q    Did Jodi tell you that she helped
19    prepare these documents, these folders?
20    A    When you say "prepare," what do you
21    mean by that?
22    Q    You don't have any firsthand
23    knowledge of whether any of the documents in
24    this folder was accurate at the time it was
25    created, correct?
```

23 (Pages 86 to 89)

CONFIDENTIAL

Page 90

MEAGHAN SCHMIDT
1
2      MS. HOANG:  Objection to form.
3    A    That's correct.
4    Q    And you don't have any firsthand
5 knowledge as to whether this was maintained
6 in the ordinary course at BLMIS; is that
7 correct?
8      MS. HOANG:  Objection to form.
9    A    That's correct.
10    Q    And you don't have any firsthand
11 knowledge as to whether any account folder
12 was maintained in the ordinary course at
13 BLMIS; is that correct?
14      MS. HOANG:  Objection.  Not
15    just to form, but any other questions
16    that talk about the ordinary course
17    at BLMIS.
18      You can answer.
19    A    Can you repeat the question?  I'm
20 sorry.
21    Q    You don't have any firsthand
22 knowledge as to whether any account folder
23 was maintained in the ordinary course of
24 business at BLMIS; is that correct?
25      MS. HOANG:  Same objections.

Page 91

MEAGHAN SCHMIDT
1
2    A    Prior to December 12, no, but
3 there's hundreds of these on 17th floor,
4 so I would assume that this was ordinary
5 course to maintain an Account Maintenance
6 Folder.
7    Q    That's your assumption, not
8 personal knowledge, correct?
9    A    You know, I saw hundreds of these,
10 so ...
11      I understand that this was part --
12 the Account Maintenance Folder was part of
13 opening an account.  Jodi told us that and
14 then I saw these Account Maintenance
15 Folders when I was on the 17th floor.
16    Q    That understanding is based on
17 information you gathered from employees at
18 BLMIS after December 12, 2008; is that
19 correct?
20    A    I was verbally told that, that's
21 correct, but then I saw the physical folders
22 on the 17th floor.
23    Q    And you don't have any firsthand
24 knowledge as to whether any of the
25 information in the account folders was

Page 92

MEAGHAN SCHMIDT
1
2 accurate at the time it was created; is that
3 correct?
4    A    That's correct.
5      MS. HOANG:  Objection to form.
6    Q    And you have no information -- no
7 firsthand knowledge as to who prepared the
8 account folders; is that correct?
9      MS. HOANG:  Objection to form.
10    A    I understand that Jodi Crupi
11 maintained the folders.
12      As to whether or not who added the
13 specific papers within them, I don't know if
14 it was her or someone on her team.
15    Q    And you knew Jodi Crupi maintained
16 the folders because she told you?
17    A    Yeah, that's right.
18      (Schmidt Exhibit 5, Amended US
19    Individual Income 2002 Tax Return
20    1040X for Bernard and Ruth Madoff,
21    Bates Numbered FRISAB-0002010
22    through FRISAB-0002099, was marked
23    for Identification.)
24 BY MS. BRONEN:
25    Q    I'm now handing you an exhibit

Page 93

MEAGHAN SCHMIDT
1
2 that's been marked as Schmidt Exhibit 5.
3 It's consecutively Bates Numbered
4 FRISAB-0002010 through FRISAB-0002099.
5      MS. HOANG:  Just note that the
6    FRISAB Bates Number is not from the
7    BLMIS production.  These documents
8    were produced by Friehling &
9    Horowitz.
10    Q    Did you know anything about the
11 Bates numbers prior to today?
12    A    In terms of the format of them?
13    Q    What they mean.
14    A    I mean, I know who Friehling is, so
15 I would assume that this came from
16 Friehling.
17      But prior to me just looking at
18 this now, I didn't know the setup of the
19 Bates numbers before today.
20    Q    Do you recognize this document?
21    A    Yes.
22    Q    Have you seen this before?
23    A    I have.
24    Q    When?
25    A    Some time in December of 2008.

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

Page 94

```
1            MEAGHAN SCHMIDT
2      Q    Who showed you this document?
3      A    We were provided with tax returns
4  from either Enrica Cotellessa-Pitz or Dan
5  Bonventre.  And I'm not sure if it was this
6  specific tax return, but I have seen tax
7  returns before.
8      Q    You're not sure you've ever seen
9  the 2002 Madoff tax return?
10     A    So I'm not sure if I've seen the
11 2002, and if I only saw -- I don't know if I
12 saw this whole entire packet.
13         MS. HOANG:  Just to clarify.
14 This is the 2002 individual -- I'm
15 sorry.
16         Amended US Individual Income Tax
17 Return for Bernard L. Madoff and Ruth
18 Madoff.  Just want to clarify because she
19 said "Madoff," and I know we've all used
20 the terminology "Madoff" to mean BLMIS
21 together, so ...
22     Q    You're not sure if you've seen this
23 specific document before; is that correct?
24     A    That's correct.
25     Q    And you never saw any BLMIS or
```

Page 95

```
1            MEAGHAN SCHMIDT
2  individual Madoff tax return prior to
3  December 12, 2008; is that correct?
4         MS. HOANG:  Objection to form.
5      A    That's correct.
6      Q    And do you know who prepared this
7  document?
8      A    I do.
9      Q    Who prepared the document?
10     A    Friehling & Horowitz.
11     Q    How do you know that?
12     A    I know that Friehling & Horowitz
13 was the accountant for BLMIS.
14         And then on page Bates ending in
15 2010, it says that the pay preparer's name
16 is -- the firm name is listed on the tax
17 return.
18     Q    You didn't have any role in
19 preparing individual tax returns for Bernard
20 Madoff, for Ruth Madoff or tax returns for
21 BLMIS prior to December 12, 2008; is that
22 correct?
23         MS. HOANG:  Objection to form.
24     A    That's correct.
25     Q    And you have no firsthand knowledge
```

Page 96

```
1            MEAGHAN SCHMIDT
2  as to whether the information in this tax
3  return was accurate at the time it was
4  created; is that correct?
5         MS. HOANG:  Objection to form.
6      A    That's correct.
7      Q    And you don't have any firsthand
8  knowledge as to whether the information in
9  any of the Bernard Madoff, Ruth Madoff or
10 BLMIS tax returns was accurate at the time
11 they were created; is that correct?
12         MS. HOANG:  Objection.
13     A    That's correct.
14     Q    I'm now passing what's been marked
15 Schmidt Exhibit 6.  It's consecutively
16 marked MADTEE-00045777 through
17 MADTEE-00045783.
18         (Schmidt Exhibit 6, Madoff
19     Investment Securities Statement of
20     Financial Condition, October 31,
21     2007, Bates Numbered
22     MADTEE-00045777 through
23     MADTEE-00045783, was marked for
24     Identification.)
25 BY MS. BRONEN:
```

Page 97

```
1            MEAGHAN SCHMIDT
2      Q    Do you recognize this document?
3      A    Yes.
4      Q    What is it?
5      A    This would be the October 31, 2007
6  financial statements of BLMIS.
7      Q    Have you seen this document before?
8      A    I have, yes.
9      Q    Who showed you this document?
10     A    Either Enrica Cotellessa-Pitz or
11 Dan Bonventre.
12     Q    Did you have any role in preparing
13 this document?
14     A    I did not.
15     Q    Did you have any role in preparing
16 any financial statements of BLMIS prior to
17 December 12, 2008?
18     A    No.
19     Q    And you don't have any firsthand
20 knowledge as to whether any of the
21 information in this document was accurate at
22 the time it was created; is that correct?
23         MS. HOANG:  Objection to form.
24     A    That's correct.
25     Q    Did you ever meet any of BLMIS'
```

25 (Pages 94 to 97)

Page 98

MEAGHAN SCHMIDT

1
2   auditors?
3      A   No.
4      Q   Did you meet Mr. Friehling?
5      A   No.
6      Q   And you don't have any firsthand --
7   strike that.  I apologize.
8         MS. HOANG:  When there's a
9   reasonable time to take a break.
10        MS. BRONEN:  Sure.  Any time.
11        MS. HOANG:  I didn't want to be
12   in the middle of another exhibit
13   before we take a break.
14        MS. BRONEN:  No, happy to take
15   one.
16        THE VIDEOGRAPHER:  The time is
17   12:52 p.m.  This is the end of Media
18   Number 2.  We're off the record.
19         (A brief recess was
20   taken.)
21        THE VIDEOGRAPHER:  The time is
22   1:27 p.m.  This is the start of Media
23   Number 3.  We're on the record.
24   BY MS. BRONEN:
25      Q   Ms. Schmidt, did you have a formal

Page 99

MEAGHAN SCHMIDT

1
2   role with respect to selecting which
3   documents would be copied and preserved by
4   AlixPartners?
5      A   I was involved in that process and
6   we didn't select what was preserved.
7   Everything that was at 885 was preserved.
8         There was no selection process.
9      Q   And who was in charge of collecting
10   the documents at 885?
11      A   We had an outside vendor who did
12   the scanning of the hard paper documents,
13   and so we worked with them to identify the
14   documents, the area of where the documents
15   were and they worked at our direction.
16      Q   And did you have any role in
17   maintaining the documents that were
18   collected from BLMIS?
19        MS. HOANG:  Objection.
20        Go ahead.
21      A   What do you mean "maintain"?  What
22   do you mean by that?
23      Q   Did you create a catalog of the
24   documents?
25      A   I specifically did not, but the

Page 100

MEAGHAN SCHMIDT

1
2   vendor that was scanning maintained that
3   record, and when I worked in the warehouse,
4   I assisted in creating the index of the
5   boxes that were maintained in the warehouse
6   and the contents of the boxes.
7      Q   Was there a person at AlixPartners
8   or anywhere else that was in charge of the
9   collection and maintenance of books and
10   records of BLMIS?
11      A   We worked as a team, so I don't
12   know that I can name one specific person
13   that was directly responsible for that.  I
14   think we all had a role in that process.
15      Q   And how would you describe your
16   role personally with respect to collecting
17   and maintaining the books and records of
18   BLMIS?
19      A   I obtained -- I had copies of the
20   floor plan, so I would have noted where
21   people's offices were and ensured that
22   certain -- the offices and the vendors knew
23   where the offices were and made sure that
24   those documents were getting scanned.
25      Q   Was a central part of your

Page 101

MEAGHAN SCHMIDT

1
2   responsibility to be involved in the
3   collection and maintenance of the books and
4   records of BLMIS?
5      A   We were responsible for preserving
6   and securing all records that were
7   maintained by BLMIS.  So that was a central
8   role of AlixPartners, yes.
9      Q   And was it a central part of your
10   personal responsibilities to be involved in
11   the collection and maintenance of the books
12   and records of BLMIS?
13      A   I definitely played a role in that,
14   yes.
15      Q   What percentage of your
16   responsibility is related to collecting and
17   preserving the books and records of BLMIS?
18      A   I feel like I did it everyday, so I
19   don't know that I could give a percentage to
20   it.
21        If there was a document that I saw
22   that needed to get scanned or if I saw some
23   type of media, I would pick it up.  So I
24   don't know -- and give the proper chain of
25   custody information.

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

Page 102

1       MEAGHAN SCHMIDT
2       Q    And how often did it occur that you
3  found something that needed to be logged or
4  scanned?
5       MS. HOANG:  Objection to form.
6       A    I mean, I think the entire time
7  that I was at 885 Third Avenue, I worked
8  with the vendor, the scanning vendor to make
9  sure the 18th and 19th floor documents
10  were being scanned, and they were there for
11  a few months.
12       Q    Would you say that when you
13  identified documents or records that needed
14  to be collected, was it typically because as
15  an incident to your other responsibilities?
16       A    No, I wouldn't say it was an
17  incident.  I would view that as part of my
18  role within the team that we were
19  responsible for making sure that everything
20  was preserved at 885.
21       Q    Did you affirmatively look for
22  things to collect and preserve?
23       A    We didn't have to look because we
24  preserved everything that was onsite, so, I
25  had the floor plan, I knew where people sat,

Page 103

1       MEAGHAN SCHMIDT
2  what their general area of responsibility
3  was and everything was maintained and
4  scanned.
5       So it wasn't a matter of, you know,
6  looking or hunting through people's files.
7       Q    Did you have any direct
8  responsibility for making sure that every
9  single thing got collected and preserved?
10       A    I was part of the team that had
11  that responsibility.  The AlixPartners team
12  had that responsibility.
13       Q    Was there someone who was in charge
14  of making sure that every single thing was
15  collected and preserved at BLMIS?
16       A    I wouldn't say there was a central
17  point of contact, no.
18       (Schmidt Exhibit 7, Ascot
19  Partners document dated January 31,
20  2007, Bates Numbered
21  MDPTPP-00020630 through
22  MDPTPP-00020635, was marked for
23  Identification.)
24  BY MS. BRONEN:
25       Q    I'm now handing you a document

Page 104

1       MEAGHAN SCHMIDT
2  that's been marked as Schmidt Exhibit 7.
3  It's consecutively Bates Numbered
4  MDPTPP-00020630 through MDPTPP-00020635.
5       Do you recognize this document?
6       A    I recognize documents that look
7  like this, yes.  Not this specific document.
8       Q    You've never seen this document
9  before?
10       A    I've never seen this specific Ascot
11  Partners document dated January 31, 2007.
12       Q    You've seen other documents that
13  look similar to this?
14       A    Yes.
15       Q    What is it?
16       A    Customer Account Statement.
17       Q    Did you ever see a Customer Account
18  Statement prior to December 12, 2008?
19       A    No.
20       Q    And you don't have any firsthand
21  knowledge as to how these documents were
22  created?
23       MS. HOANG:  Objection to form.
24       A    No.
25       Q    And you don't have any firsthand

Page 105

1       MEAGHAN SCHMIDT
2  knowledge as to whether this document and
3  documents like it was accurate at the time
4  that they were created?
5       MS. HOANG:  Objection to form.
6       A    No.
7       Q    And you don't have any firsthand
8  knowledge as to whether this document and
9  other documents like it -- strike that.
10       And you don't have any firsthand
11  knowledge as to whether account statements
12  at BLMIS were kept in the ordinary course of
13  business; is that correct?
14       MS. HOANG:  Objection to form.
15       A    I don't have any firsthand
16  knowledge, that's correct.
17       (Schmidt Exhibit 8, Portfolio
18  Management Report, Bates Numbered
19  MADTSS-00200225 through
20  MADTSS-00200409, was marked for
21  Identification.)
22  BY MS. BRONEN:
23       Q    I'm now handing you a document
24  that's been marked as Schmidt Exhibit 8.
25       It is consecutively Bates Numbered

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

Page 106

                    MEAGHAN SCHMIDT
1
2      MADTSS-00200225 through 00200409.
3           Do you recognize this document?
4      A    Yes.
5      Q    What is it?
6      A    Portfolio Management Report or PMR.
7      Q    And how do you know that?
8      A    Title on the top.
9      Q    Have you ever seen this document
10     before?
11     A    I haven't seen this specific
12     document dated December 31, '91, but I have
13     seen PMRs before.
14     Q    When was that?  When did you see
15     other documents like this?
16     A    After December 12, 2008.
17     Q    And you don't have any firsthand
18     knowledge as to whether these documents were
19     accurate at the time they were created; is
20     that correct?
21          MS. HOANG:  Objection.
22     A    That's correct.
23     Q    And you don't have any firsthand
24     knowledge as to how these documents were
25     created; is that correct?

Page 107

                    MEAGHAN SCHMIDT
1
2          MS. HOANG:  Objection.
3      A    That's correct.
4      Q    Do you know who -- never mind.
5      Strike that.
6           Were you involved in collecting
7      these Portfolio Manager Reports?
8      A    If they were located on the
9      premises of BLMIS, then yes, I was part of
10     that process.
11     Q    Do you know whether there were any
12     Portfolio Manager Reports located on the
13     premises of BLMIS?
14     A    I'm sure there were.  I don't know
15     specifically where they would have -- the
16     hard copy of this would have been maintained
17     other than on the 17th floor.
18     Q    Do you know how they were
19     collected?
20     A    You mean physically how they were
21     collected for scanning?
22     Q    Do you know whether this original
23     file was electronic or hard copy?
24     A    I'm assuming it's hard copy because
25     there's handwritten notes on it.

Page 108

                    MEAGHAN SCHMIDT
1
2      Q    Do you know if all Portfolio
3      Management Reports were hard copy?
4      A    They would have to have been a soft
5      copy maintained on the AS400.
6      Q    Do you know that or are you
7      assuming?
8      A    The AS400 would contain the
9      information that would prepare a PMR.
10     Q    Did you ever see a PMR created
11     after December 12, 2008?
12     A    No.
13     Q    And you never saw one created prior
14     to December 12, 2008; is that correct?
15     A    That's correct.
16          (Schmidt Exhibit 9, Bates
17     Numbered MADTBB-02080361, was
18     marked for Identification.)
19     BY MS. BRONEN:
20     Q    I'm now handing you an exhibit
21     that's marked as Schmidt Exhibit 9.
22          It is Bates Numbered
23     MADTBB-02080361.
24          MS. HOANG:  Is this the entire
25     bio that was contained in the file?

Page 109

                    MEAGHAN SCHMIDT
1
2          MS. BRONEN:  Yes.
3          MS. HOANG:  Just this one page?
4          MS. BRONEN:  Yes.
5          MS. HOANG:  Okay.
6          MR. STEINER:  We're just as
7      confused.
8      BY MS. BRONEN:
9      Q    Do you recognize this document?
10     A    No.
11     Q    Do you know what it is?
12     A    No.
13          MS. HOANG:  I believe that this
14     is part of -- it was just the way it
15     was scanned, but there's part of
16     documents afterwards on the exhibit
17     list that should be part of this, but
18     I can verify -- I can't verify that
19     sitting here.
20     A    I don't know what this is.
21     Q    No idea.  Okay.
22          (Schmidt Exhibit 10,
23     Statement of Account for Month
24     Ending December 31, 1991, Bates
25     Numbered MSYSAB-0000100 through

CONFIDENTIAL

---

Page 114

MEAGHAN SCHMIDT
1
2    A    No.
3    Q    Do you know who Sylvia Joel is?
4    A    I believe she's related to Amy
5   Joel, who was an employee at Madoff.
6        (Schmidt Exhibit 14, Frank
7    Report, Not Working Figures for 30
8    and 40 Accounts, Bates Numbered
9    MADTSS-01123545 through
10    MADTSS-01123550, was marked for
11    Identification.)
12   BY MS. BRONEN:
13    Q    I'm now handing you a document
14   that's been marked as Schmidt Exhibit 14.
15        It's consecutively Bates Numbered
16    MADTSS-01123545 through 01123550.
17        Do you recognize this document?
18    A    Yes.
19    Q    What is it?
20    A    This is a Frank Report.
21    Q    What is a Frank Report?
22    A    This was a report that
23   Mr. DiPascali maintained.
24    Q    How do you know that?
25    A    It says Frank's name up top on the

---

Page 115

MEAGHAN SCHMIDT
1
2   left corner.
3    Q    You have no firsthand knowledge of
4   when this document was created; is that
5   correct?
6        MS. HOANG:  Objection to form.
7    A    Looks like it was created on
8   December 8th.
9    Q    And do you have any other reason to
10   believe that besides the fact that it says
11   it at the top of the document?
12    A    No.
13    Q    And you have no firsthand knowledge
14   of whether this document was accurate at the
15   time it was created; is that correct?
16        MS. HOANG:  Objection to form.
17    A    That's correct.
18    Q    Did you help prepare this document?
19    A    I did not.
20    Q    Do you have any firsthand knowledge
21   of whether this document was kept in the
22   ordinary course of business at BLMIS?
23    A    I do not.
24        MS. HOANG:  Objection.
25    Q    If you wouldn't mind taking a look

---

Page 116

MEAGHAN SCHMIDT
1
2   at the columns across the top of the first
3   page.
4        Can you tell me what they mean,
5   going from left to right?
6    A    The Account, which is the left
7   farthest left column is the account number
8   of the account holder at BLMIS.
9        The Name column would be the
10   Account Name.
11        I don't recall what the 30 and 40
12   designation stands for. I'm not sure if
13   that's -- there are other parts of an
14   account number and I'm not sure if the 30
15   and 40 relates to that, but these appear to
16   be what's titled Cash Balances.
17        And then there's column called Not
18   Working.
19        And a Debit Balance column on the
20   far right.
21    Q    And do you have any firsthand
22   knowledge of how these columns were
23   populated?
24    A    I do not.
25    Q    And any knowledge at all of what

---

Page 117

MEAGHAN SCHMIDT
1
2   "not working" means?
3    A    I seem to recall it represents
4   what's not in the basket.
5    Q    What do you mean by "in the
6   basket"?
7    A    That it was not part of trade --
8   what would be listed as trade information on
9   a customer account.
10    Q    But you don't have any -- and you
11   don't have any firsthand knowledge of what
12   would have been in or out of the basket at
13   any given time?
14    A    No, I do not.
15        MS. HOANG:  Objection.
16    Q    How did accounts get selected to
17   appear on this list?
18    A    I don't know.
19    Q    Did you ever ask anyone at BLMIS
20   that question?
21    A    No, I did not, no.
22    Q    Is this the list that Mr. DiPascali
23   had that you testified in the criminal
24   trial?
25        MS. HOANG:  Objection.

---

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

---

1          MEAGHAN SCHMIDT
2      Q    I'm now handing you a document
3  that's been marked Schmidt Exhibit 18.
4          It's consecutively Bates stamped
5  MADTSS-00329114 through 00329127.
6          Do you recognize this document?
7      A    I don't recognize this exact
8  document, no.
9      Q    Have you seen documents like this
10  before?
11      A    This looks like the Depository
12  Trust Statement that was provided to
13  Madoff 646 was the account number with DTC.
14  Depository Trust Company.
15      Q    Have you seen this document before?
16      A    I have not seen this document, no.
17      Q    Do you have any firsthand knowledge
18  of how this document was created?
19      A    No, I'm not clear if this is an
20  internal or external document.
21      Q    Do you have any firsthand knowledge
22  as to whether this document was kept in the
23  ordinary course of business at BLMIS?
24          MS. HOANG:  Objection to form.
25      A    No.

---

1          MEAGHAN SCHMIDT
2      Q    Do you know whose handwriting
3  appears on the top left of the first page of
4  this document?
5      A    No.
6          (Schmidt Exhibit 19, Records
7      Certification dated September 11,
8      1987, Bates Numbered MF-00092171
9      through MF-00092172, was marked for
10      Identification.)
11  BY MS. BRONEN:
12      Q    I'm now handing you what's been
13  marked as Schmidt Exhibit 19.
14          It is Bates Numbered MF-00092171
15  through 00092172.
16          Do you recognize this document?
17      A    No.
18      Q    Have you seen documents similar to
19  this?
20      A    No.
21      Q    Do you have any firsthand knowledge
22  as to whether this document was kept in the
23  ordinary course of business at BLMIS?
24      A    No.
25      Q    Do you have any firsthand knowledge

---

1          MEAGHAN SCHMIDT
2  of whether this document is accurate?
3      A    No.
4      Q    Do you have any firsthand knowledge
5  of whether this document was accurate at the
6  time it was created?
7          MS. HOANG:  Objection.
8      A    No.
9          (Schmidt Exhibit 20, Written
10      letter dated December 10, 2008 with
11      attachments, Bates Numbered
12      AMF-00000574 through AMF-00000628,
13      was marked for Identification.)
14  BY MS. BRONEN:
15      Q    I'm now handing you a document
16  that's been marked as Schmidt Exhibit 20.
17          It's consecutively Bates Numbered
18  AMF-00000574 through 00000628.
19          Do you recognize this document?
20      A    This specific document, no.
21      Q    Have you seen documents like this
22  before?
23      A    This looks like customer
24  correspondence.
25      Q    Did you collect this document or

---

1          MEAGHAN SCHMIDT
2  documents like it?
3      A    It looks like customer
4  correspondence and account maintenance file
5  documents, so if it was in the account
6  maintenance files, it would have been
7  collected.
8      Q    Who would have collected it?
9      A    Someone on my team or the vendor.
10          I mean, these files also were
11  located on the 17th floor, so I don't know
12  if it's something that we got -- you know,
13  at what point in time we got it from the
14  FBI.
15      Q    So you're not sure whether
16  AlixPartners collected this document or the
17  FBI collected this document?
18      A    That's right.
19          But it would have been maintained
20  on the 17th floor, which was secured by
21  AlixPartners.
22      Q    Do you have any knowledge of
23  whether this document was actually kept on
24  the 17th floor of BLMIS?
25      A    I mean, most of the Account

---

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

---

Page 126

1          MEAGHAN SCHMIDT
2   Maintenance Folders that were there
3   associated with the investment advisory
4   business was maintained on the 17th floor.
5       Q    But you're not sure whether this
6   document was maintained on the 17th floor?
7       A    This specific one, no, I don't
8   recall specifically seeing Norman Cohen's
9   documents.
10      Q    And did you personally have any
11  role in collecting documents similar to this
12  one from the 17th floor at BLMIS?
13      A    No, not me personally.
14      Q    And I take it, you don't have any
15  firsthand knowledge as to whether this
16  document was accurate when it was created?
17          MS. HOANG:  Objection.
18      A    No.
19      Q    And you don't have any firsthand
20  knowledge of whether this document or others
21  like it were kept in the ordinary course of
22  business at BLMIS?
23          MS. HOANG:  Objection.
24      A    Account Maintenance Folders were
25  kept as a matter of ordinary course.  There

---

Page 127

1          MEAGHAN SCHMIDT
2   were hundreds of these folders on the 17th
3   floor when we arrived.
4       Q    But that's not firsthand knowledge,
5   correct?
6       A    No.  That's correct.  I do not have
7   firsthand knowledge.
8          (Schmidt Exhibit 21, Portfolio
9       Management Report, Bates Numbered
10      MADTBB-00994877 through
11      MADTBB-00996298, was marked for
12      Identification.)
13  BY MS. BRONEN:
14      Q    I'm now handing you what's been
15  marked as Schmidt Exhibit 21.
16          This document is consecutively
17  Bates Numbered MADTBB-00994877 through
18  MADTBB-00996298.
19          Do you recognize this document?
20      A    Yes.
21      Q    What is it?
22      A    Portfolio Management Report, or
23  PMR.
24      Q    Have you seen this document before?
25      A    This specific one, no.

---

Page 128

1          MEAGHAN SCHMIDT
2       Q    Am I right that you had no role in
3   creating this document?
4       A    That's correct.
5       Q    Am I right that you have no idea
6   whether it's accurate?
7       A    That's correct.
8          MS. HOANG:  Objection to form
9       on the last two questions.
10          (Schmidt Exhibit 22, FOCUS
11      Report, Bates stamped
12      PUBLIC-0002916 through
13      PUBLIC-0003129, was marked for
14      Identification.)
15  BY MS. BRONEN:
16      Q    I'm now handing you what's been
17  marked as Schmidt Exhibit 22.
18          It's Bates stamped consecutively
19  PUBLIC-0002916 through PUBLIC-0003129.
20          Have you ever seen this document
21  before?
22      A    Yes.
23      Q    What is it?
24      A    It's a FOCUS Report.
25      Q    And what is a FOCUS Report?

---

Page 129

1          MEAGHAN SCHMIDT
2       A    A Financial and Operational
3   Combined Uniform Single Report.
4       Q    Did you have any role in preparing
5   this document?
6       A    No.
7       Q    Did you have any role in collecting
8   and preserving this document?
9       A    I received copies of FOCUS Reports
10  from Enrica Cotellessa-Pitz and these
11  documents were maintained in her office, so
12  we would have preserved them.
13          They're also publicly filed.
14      Q    Do you have any firsthand knowledge
15  as to whether this document was accurate at
16  the time it was created?
17      A    I do not.
18          MS. HOANG:  Objection.
19      Q    And that's true of other FOCUS
20  Reports, as well; is that correct?
21          MS. HOANG:  Objection to form.
22      A    In terms of the accuracy?
23      Q    Do you have any firsthand knowledge
24  as to whether other FOCUS Reports for BLMIS
25  created prior to December 12, 2008 were

---

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

Page 134

MEAGHAN SCHMIDT
1    MEAGHAN SCHMIDT
2    So I didn't create specific categories, if
3    that's what you are asking.
4        Q    Okay.
5            So you didn't do anything like
6    that?
7        A    Create categories for documents?
8        Q    Yes.
9        A    No.
10       Q    Was any part of your responsibility
11   to determine the universe of categories of
12   documents that were obtained from BLMIS by
13   AlixPartners?
14       A    I mean, I assisted in identifying
15   documents, the universe of documents that
16   were located there, but I didn't create
17   specific categories.
18       Q    Well, with respect to the types of
19   documents that were obtained by AlixPartners
20   from BLMIS, did you have responsibility for
21   cataloging any of them or indexing any of
22   them?
23       A    I specifically did not, but vendors
24   that worked with us did.
25       Q    Who were the vendors?

Page 135

MEAGHAN SCHMIDT
1    MEAGHAN SCHMIDT
2        A    AlphaLit.
3        Q    What was your role in the Madoff
4    matter after the preservation and collection
5    of documents by AlixPartners?
6        A    What time frame are you --
7        Q    Whatever time frame it is that came
8    after the collection of documents.
9            Let's try it this way.
10           There was a point in time where
11   AlixPartners had collected all the documents
12   at BLMIS, preserved them, taken them
13   offsite, correct?
14       A    Correct.
15       Q    Okay.
16           What was your responsibility in the
17   Madoff matter after that?
18       A    So we left the 885 building on
19   June 30, 2009 when every piece of paper and
20   piece of equipment was removed and moved
21   over to the warehouse.
22           And so at that point in time, I was
23   part of winding down the estate and
24   responsible for maintaining the Trustee's
25   books and records.

Page 136

MEAGHAN SCHMIDT
1    MEAGHAN SCHMIDT
2        Q    In what respect?  With respect to
3    the Trustee's books and records, what was
4    your role?
5        A    I maintained the accounting.
6        Q    And was that with respect to
7    amounts that were collected by the Trustee?
8            MS. HOANG:  Objection.  That's
9        outside the scope of this deposition.
10           She's here to speak specifically to
11       the documents that were identified, found
12       and located at BLMIS.
13   BY MS. ARCHER:
14       Q    So let's try it this way.
15           After the collection preservation
16   and taking offsite after June 30th, did you
17   have any role or responsibility for
18   reviewing the documents that had been
19   collected from BLMIS?
20       A    I would have reviewed some
21   documents, but I don't think I had a
22   specific role or designation, if you will.
23       Q    Was any part of your responsibility
24   with respect to analyzing the documents that
25   were collected from BLMIS?

Page 137

MEAGHAN SCHMIDT
1    MEAGHAN SCHMIDT
2        A    People on my team were analyzing
3    the documents, yes.
4        Q    For what purpose?
5        A    Purpose for determining claims.
6        Q    You mentioned earlier the various
7    floors that BLMIS was on when you all were
8    in the BLMIS offices and you kept referring
9    to the 17th floor.
10           What is the significance of the
11   17th floor to you?  What does that mean?
12       A    The 17 floor is where the
13   investment advisory business was located
14   and operated from.
15       Q    Okay.
16           Were any documents removed from any
17   of the BLMIS' offices by anyone other than
18   AlixPartners and its vendors?
19       A    Yes.
20       Q    Who?
21       A    The FBI.
22       Q    Was there a point in time where
23   documents that had been removed by the FBI
24   were provided to AlixPartners?
25       A    I don't know if us specifically or

35 (Pages 134 to 137)

CONFIDENTIAL

Page 138

MEAGHAN SCHMIDT
1
2    more generally the Trustee.
3          From what I understand, they would
4    have all been turned back over to the
5    Trustee.
6    Q    Okay.
7          You mentioned earlier having taken
8    certain notes in connection with your
9    responsibility in the Madoff matter.
10         Where are those notes maintained?
11   A    My office.
12   Q    And you still have them all?
13   A    Yes.
14   Q    With respect to the specific
15   documents that you were shown today and the
16   categories of documents that those
17   represent, the types of documents that those
18   represent, did you obtain any information
19   about those documents from anyone other than
20   BLMIS employees?
21        MS. HOANG:  Objection to form.
22   A    At the time?
23   Q    At any time.
24   A    Perhaps, from my team members.
25   That would be it.

Page 139

MEAGHAN SCHMIDT
1
2    Q    So to the extent that you have any
3    information about those documents or had any
4    discussions about those documents, it would
5    have been with others from AlixPartners or
6    with BLMIS employees?
7    A    Yeah.  I don't recall having other
8    in-depth discussions with anybody else about
9    the substance of that.
10   Q    Was it part of your responsibility
11   in connection with your role in the Madoff
12   matter to have conversations with BLMIS
13   employees for the purpose of understanding
14   what information was contained in documents
15   like the ones shown you today?
16   A    Yes.
17   Q    Was there a specific category of
18   documents that you had that responsibility
19   for?
20   A    No.
21   Q    So you had responsibility for
22   having those types of discussions with
23   respect to all documents obtained from
24   BLMIS?
25   A    For me personally, it would depend

Page 140

MEAGHAN SCHMIDT
1
2    who I was speaking with.  Everyone had a
3    different role.
4          People on the AlixPartners team
5    spoke to BLMIS employees, as well.
6          So to the extent that I happened to
7    have been speaking to an employee who
8    mentioned, you know, AMF, then I would have
9    continued down that path, but we didn't
10   segregate the team based on document type.
11   Q    Did you segregate the team based on
12   primary responsibility for speaking to
13   certain BLMIS employees?
14        For example, was there a list of
15   BLMIS employees that you were responsible
16   for interviewing?
17        MS. HOANG:  Objection to form.
18   A    I spoke to many of the BLMIS
19   employees, so we didn't have a designation,
20   if you will, that I would only speak to this
21   limited number of employees.  I spoke to
22   many of them.
23   Q    And was the primary purpose of your
24   discussions with BLMIS employees to locate
25   documents that AlixPartners would then

Page 141

MEAGHAN SCHMIDT
1
2    collect?
3    A    I mean, I think our conversations
4    were knowledge acquisitions, so whether it
5    was trying to understand procedures,
6    processes and in the course of that if
7    documents were referenced, you know, we
8    would go look at them.
9    Q    Is it correct that to the extent
10   you have an understanding of who created
11   certain documents, that understanding would
12   either have come from employees of BLMIS or
13   your colleagues at AlixPartners?
14   A    Yes.
15   Q    In connection with your -- strike
16   that.
17        Did you do anything, other than
18   preparing for and attending this deposition,
19   specifically with respect to the Merkin
20   matter?
21   A    No.
22        MS. HOANG:  Objection to form.
23   Q    You testified earlier that you had
24   observed certain journal entries being
25   entered into a system at BLMIS.

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

Page 142

1          MEAGHAN SCHMIDT
2          Do you recall that testimony?
3     A    Yes.
4     Q    When were you observing journal
5   entries being entered?
6     A    On December 12th or
7   December 15th, I was requesting extraction
8   of system activity and Dan Pennachio would
9   have -- he showed me how to clear the system
10  and how he would have entered an entry that
11  he would be entering into Great Plains with
12  respect to whatever account I was looking
13  at.
14    Q    What's "Great Plains"?
15    A    Great Plains is the accounting
16  system that we maintained financial
17  transactions for house five general ledger.
18    Q    That you maintained?
19    A    No.  This would be maintained
20  contemporaneously by the Madoff entity in
21  December 2008.
22    Q    Am I correct that there was a point
23  in time where nothing was being entered into
24  that system?  No new information was
25  being entered?

Page 143

1          MEAGHAN SCHMIDT
2     A    That's correct.
3     Q    So the system was frozen and it was
4   taken, essentially, by AlixPartners?
5     A    Yes.  That's correct.
6     Q    What was the purpose of your
7   observing the entries?
8     A    I was trying to understand the
9   interface in which information would have
10  been entered such that I could understand
11  the reports that I was requesting, to
12  understand the data fields that were
13  available to us, to make sure that I had a
14  complete understanding of what I was
15  testing.
16    Q    And any understanding that you
17  obtained as to the data fields or the
18  information that was entered came from your
19  discussions with Mr. Pennachio?
20    A    Mr. Pennachio in that example, yes.
21    Q    Is that right?
22    A    That's right, yes.
23    Q    There were a couple of documents
24  that you were shown earlier and you were
25  testifying about the category headings that

Page 144

1          MEAGHAN SCHMIDT
2   were at the tops.
3          Do you recall that?
4     A    Yes.
5     Q    Did the information that you
6   testified about come from someone at BLMIS?
7     A    Or one of my colleagues.
8     Q    Okay.
9          So -- but none of the information
10  that you were testifying about was any
11  firsthand knowledge of yours?
12    A    That's correct.
13         MS. ARCHER:  No further
14  questions.
15         MS. HOANG:  I just have a few
16  follow-up questions.
17         EXAMINATION BY MS. HOANG:
18    Q    We talked about several categories
19  of documents.  Some that you've identified,
20  Ms. Schmidt, and as well as Ms. Bronen, so
21  I'm not going to go through every category
22  of document.
23         I'm just going to ask you questions
24  about some of them.
25         Particularly AMF files, what you

Page 145

1          MEAGHAN SCHMIDT
2   said was account maintenance files.
3          Do you recall that?
4     A    Yes.
5     Q    Okay.
6          And to the extent that account
7   maintenance files were at BLMIS, where did
8   you see them?
9     A    On the 17th floor.
10    Q    Okay.
11         And to the extent that account
12  maintenance files were at BLMIS' facilities,
13  what did AlixPartners do with them?
14    A    Well, the 17th floor would have
15  been part of the FBI crime scene, so at some
16  point, they would have been scanned and then
17  taken to the warehouse once returned from
18  the FBI.
19    Q    Okay.
20         And to the extent that account
21  maintenance files were found on any other
22  floor, what did AlixPartners do with them?
23    A    If they were found on another
24  floor, they would have been scanned and
25  inventoried and removed from the premise.

37 (Pages 142 to 145)

CONFIDENTIAL

Page 146

MEAGHAN SCHMIDT

1
2    Q    You recall discussing customer
3    statements?
4    A    Yes.
5    Q    And where did you see customer
6    statements?
7    A    I may have seen them on the
8    17th floor. They may be included as part
9    of an AMF, depending on if they were sent by
10   a customer or something.
11   Q    And again, if customer statements
12   were located at BLMIS, what did AlixPartners
13   do with those statements?
14   A    They would have eventually gotten
15   scanned and any information contained within
16   the customer statements would have been part
17   of electronically stored information on the
18   AS400 or store QM, which AlixPartners
19   preserved those electronic systems.
20   Q    And by "electronic systems," you
21   mean the AS400 and store QM?
22   A    That's correct.
23   Q    We talked about trade
24   confirmations.
25        Did you see trade confirmations at

Page 147

MEAGHAN SCHMIDT

1
2    BLMIS?
3    A    Yes.
4    Q    Okay.
5        And to the extent that those trade
6    confirmations were located at BLMIS'
7    facilities, what did AlixPartners do with
8    them?
9    A    They would have eventually got
10   scanned and taken to the warehouse.
11   Q    Okay.
12       And we talked about PMTs, what you
13   referred to as PMTs?
14   A    Yes.
15   Q    And did you see PMTs at BLMIS'
16   facilities?
17   A    Yes.
18   Q    Okay.
19       And to the extent they were located
20   at BLMIS' facilities, what did AlixPartners
21   do with those documents?
22   A    They would have been scanned, or if
23   they were maintained electronically, those
24   would have been preserved as part of our
25   electronic preservation process.

Page 148

MEAGHAN SCHMIDT

1
2    Q    And we've talked about documents
3    called PMRs.
4    A    Uh-huh.
5    Q    Same questions with those
6    documents.
7        Did you see PMRs at BLMIS'
8    facilities?
9    A    Yes.
10   Q    And to the extent that they were
11   located at BLMIS' facilities, what did
12   AlixPartners do with those documents?
13   A    They would have eventually gotten
14   scanned or they were, again, electronically
15   preserved.
16   Q    Did you see bank records,
17   specifically JPMorgan bank records, at
18   BLMIS?
19   A    Yes.
20   Q    And where did you see them?
21   A    I specifically saw them when I was
22   working on the 18th floor with the
23   Securities & Exchange Commission.
24   Q    And to the extent that bank
25   records, JPMorgan records, were at BLMIS'

Page 149

MEAGHAN SCHMIDT

1
2    facilities, what did AlixPartners do with
3    them?
4    A    Those would have been scanned and
5    then preserved and brought to the warehouse.
6    Q    And we talked about the Great
7    Plains database?
8    A    Yes.
9    Q    And was that database maintained on
10   a computer or a server at BLMIS?
11   A    They would have been maintained on
12   a server that was locally available on the
13   computer of Daniel Pennachio, who was the
14   individual that I was working with at the
15   time.
16   Q    And what did AlixPartners do with
17   that server?
18   A    That server would have been
19   preserved. We would have copies of the
20   backup tapes that that system would have
21   been held on. And to the extent anything
22   was locally -- local to that person's
23   computer, that computer would have been
24   imaged.
25   Q    Okay.

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL

---

Page 150

1          MEAGHAN SCHMIDT
2          We talked about the tax returns.
3          Do you recall that?
4     A    Yes.
5     Q    And where did you see tax returns
6     at BLMIS?
7     A    I think they would have been
8     provided to us by Dan Bonventre or Enrica
9     Cotellessa-Pitz.
10    Q    And when you say provided by either
11    Mr. Bonventre or Ms. Pitz, were they
12    provided from their offices?
13    A    Yes.
14    Q    At BLMIS?
15    A    Yes.
16    Q    Okay.
17         And to the extent that those
18    documents, the tax documents were at BLMIS,
19    what did AlixPartners do with those
20    documents?
21    A    Those documents would have been
22    preserved and scanned and, ultimately,
23    removed from the premises and brought to the
24    warehouse.
25    Q    You said that AlixPartners stopped

---

Page 151

1          MEAGHAN SCHMIDT
2     work at BLMIS on June 30, 2009; is that
3     correct?
4     A    Yes.
5     Q    And at that time, were there any
6     documents belonging to BLMIS still located
7     at the -- at any of the premises occupied by
8     BLMIS?
9     A    Well, AlixPartners -- June 30, 2009
10    was when the lease was up at the 885 Third
11    Avenue location.  So AlixPartners packed up
12    the entire 18th and 19th floors, so
13    there were no documents left behind and we
14    literally watched the movers pack a truck
15    and met the movers at the Long Island City
16    warehouse.
17    Q    And those documents that were
18    packaged were inventoried and are now stored
19    at the warehouse?
20    A    Yes, and they would have been
21    previously scanned.
22    Q    And is it correct that there was
23    nothing left related to BLMIS' business as
24    of that day?
25         MS. ARCHER:  I'm just going to

---

Page 152

1          MEAGHAN SCHMIDT
2     place an objection to form.
3          I mean, obviously, I'm letting you
4     go on a lot of reallying leading
5     questions, but I feel like, at some
6     point, I need to ask you one.
7          Feel free to go ahead, but I'm
8     objecting.
9     A    Unless to the extent there was
10    anything on the 17th floor, the FBI had or
11    was there, we physically collected
12    everything that was on the premise that we
13    had control over.
14    Q    Was the FBI on the 17th floor
15    after June 30, 2009?
16    A    I don't believe so.
17         MS. HOANG:  I have no further
18    questions.
19         MS. ARCHER:  Just a few
20    follow-up.
21         FURTHER EXAMINATION
22    BY MS. ARCHER:
23    Q    So with respect to AMF files that
24    Ms. Hoang asked you about, what was your
25    responsibility in terms of locating and

---

Page 153

1          MEAGHAN SCHMIDT
2     collecting those files?
3     A    I never collected those files.  I
4     located them after having conversation with
5     Jodi Crupi and just noted where the files
6     were maintained.
7     Q    And you testified earlier that they
8     were on the 17th floor.  Is there a
9     specific area of the 17th floor that they
10    were kept in?
11    A    Majority of them would have been
12    maintained in the filing cabinets that were
13    behind her desk area.
14    Q    Did you go through those files
15    while they were in those filing cabinets?
16    A    I opened some of the filing
17    cabinets, yes.
18    Q    Did you open all of them?
19    A    No.
20    Q    Did you look at all the documents
21    in those filing cabinets?
22    A    No.
23    Q    Did you direct others to?
24    A    No.
25    Q    You stated that they were scanned

---

39 (Pages 150 to 153)