```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION       :
CORPORATION,                         :        Adv. P. No. 08-01789 (SMB)
                                     :
              Plaintiff,             :        SIPA LIQUIDATION
                                     :
       -against-                     :        (Substantively Consolidated)
                                     :
BERNARD L. MADOFF INVESTMENT         :
SECURITIES LLC,                      :
                                     :
              Defendant.             :
------------------------------------------------------------X
                                     :
In re:                               :
                                     :
BERNARD L. MADOFF,                   :
                                     :
              Debtor.                :
------------------------------------------------------------X
                                     :
IRVING H. PICARD, trustee for the liquidation :
of Bernard L. Madoff Investment Securities :  Adv. P. No. 10-04292 (SMB)
LLC                                  :
                                     :
              Plaintiff,             :
                                     :
       -against-                     :
                                     :
ROBERT ROMAN,                        :
                                     :
              Defendant.             :
------------------------------------------------------------X
```

## ORDER DIRECTING DELIVERY OF PRIVILEGE LOG
## AND DOCUMENTS FOR IN CAMERA REVIEW

WHEREAS, the Plaintiff sought to compel discovery from the Defendant by motion, dated June 14, 2017 (the "Motion") (ECF Doc. ## 87, 88, 89);

WHEREAS, the Defendant objected to the Motion on June 20, 2017 (ECF Doc. ## 91, 92) asserting, among other things, that the discovery was protected by the work-product privilege;

- 1 -

WHEREAS, the Court heard oral argument on the Motion on June 29, 2017 and directed the Defendant to deliver to the Court a privilege log with respect to the requested discovery as well as a copy of the documents for in camera review, (*Transcript of June 29, 2017 Hr'g* at 15:23-18:20 (ECF Doc. # 98)), but the Defendant has thus far failed to do so; it is hereby

ORDERED, that the Defendant is directed to deliver the privilege log and the documents to the Court by 4 p.m. on July 20, 2017, and in the event that the Defendant fails to do so, he will be deemed to have waived any privilege with respect to the discovery covered by the Motion.

Dated: New York, New York
      July 14, 2017

      /s/ *Stuart M. Bernstein*
      STUART M. BERNSTEIN
      United States Bankruptcy Judge

TO:

Chaitman LLP
Helen D. Chaitman, Esq.
465 Park Avenue
New York, NY 10022
hchaitman@chaitmanllp.com

Baker & Hostetler LLP
David J. Sheehan, Esq.
45 Rockefeller Plaza
New York, NY 10111
dsheehan@bakerlaw.com