**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　ss:
COUNTY OF DALLAS　　　　　　　　)

　　　　VANESSA A. POGUE, being duly sworn, deposes and says:

1.　　　I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.　　　I am over the age of eighteen years and am not a party to the above-captioned action.

3.　　　On July 13, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

　　　1.　Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Brighton Company and The Popham Company (Docket Number 16335)
　　　2.　Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Brighton Company and The Popham Company (Docket Number 16336)
　　　3.　Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in The Brighton Company and The Popham Company (Docket Number 16337)

Executed on July 13, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 13th day of July, 2017

(SEAL)

_____
Notary Public

Exhibit A

Exhibit A

July 13, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---------|----------|----------|------|-------|-----|----------------|
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | Counsel |
| Seeger Weiss LLP | Stephen A. Weiss/Parvin Aminolroaya | 77 Water Street, 26th Floor | New York | NY | 10005 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |