# **EXHIBIT G**

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
12-735-2516
DIRECT FAX
17-777-2516

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

March 31, 2017

**VIA E-MAIL**

Marshall J. Mattera, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
mmattera@bakerlaw.com

Re:    *Picard v. Ceretti, et al.*, Adv. Pro. No. 09-01161 (SMB)

Dear Marshall:

This letter will supplement our letter to you dated March 24, 2017 (the "Letter").

**Document Hit Counts for All E-mails**

In our Letter, we stated that we would provide you with de-duped hit counts of the results of the searches we ran through Tremont's e-mail servers for each of the search terms specified in your letters to us dated January 23, 2017 and March 3, 2017. In order to generate those results, we ran searches for each of the search terms listed below through all e-mails in Tremont's possession, custody or control in the manner described in our Letter. We thereafter de-duped the results of the two wildcard searches for each search term. Those de-duped results, excluding any e-mails containing the term "Tannenbaum," are as follows:

1) The de-duped *Ceretti and Ceretti* searches returned 253 hits.

2) The de-duped *Grosso and Grosso* searches returned 643 hits.

3) The de-duped *Kingate and Kingate* searches returned 17,803 hits.

4) The de-duped *FIM and FIM* searches returned 18,500 hits.

5) The de-duped *Wetherhill and Wetherhill* searches returned 211 hits.

6) The de-duped *Salahuddin and Salahuddin* searches returned 3,960 hits.

7) The de-duped *BISYS *and* *Kingate and BISYS* *and* Kingate* searches returned 2,792 hits.

8) The de-duped *Hemisphere *and* *Kingate and Hemisphere* *and* Kingate* searches returned 889 hits.

        9) The de-duped *Citi Hedge *and* *Kingate and Citi Hedge* *and* Kingate* searches returned 6,210 hits.

        10) The de-duped *Thomas Healy and Thomas Healy* searches returned 106 hits. The de-duped *Tom Healy and Tom Healy* searches returned 218 hits.

        11) The de-duped *Philip Evans and Philip Evans* searches returned 13 hits.

        12) The de-duped *Michael Tannenbaum *and* *Kingate and Michael Tannenbaum* *and* Kingate* searches returned 22 hits.

        13) The de-duped *Eric Lazear and Eric Lazear* searches returned 2,570 hits.

        And, as we stated in our Letter, the hit count for the overall number of responsive e-mails, de-duped and excluding any e-mails containing the term "Tannenbaum," is approximately 38,017. The hit count for the overall number of e-mails containing the term "Tannenbaum" de-duped is approximately 5,699.

**Document Hit Counts for Tremont's Electronic Documents**

        With respect to running searches through Tremont's electronic documents for the search terms identified in your letters January 23, 2017 and March 3, 2017, as we explained in our Letter, we have collected all sources of electronic documents in Tremont's possession, custody or control, uploaded those documents to Nuix and run searches through all of those electronic documents (other than e-mails) for each of the search terms listed below. We ran those searches without any date, custodian or document type restrictions and included wildcards (notated below by asterisks) both before and after each search term. As agreed upon, we thereafter removed all responsive documents containing the term "Tannenbaum" from our de-duped hit counts for each search term as well as from our de-duped overall hit count figure for all responsive electronic documents.

        The hit count for the overall number of responsive electronic documents, de-duped and excluding responsive documents containing the term "Tannenbaum," is approximately 10,315. The hit count for the overall number of excluded electronic documents containing the term "Tannenbaum" de-duped is approximately 642.

        With respect to the hit counts for each individual search term, de-duped and excluding responsive documents containing the term "Tannenbaum," the following searches each returned no responsive results:

        1) *Philip Evans* and *Phillip Evans* searches each had no responsive hits returned.

        2) *Eric Lazear* search had no responsive hits returned.

        3) The *BISYS* *and* *FN086* *or* *FN061* searches each had no responsive hits returned.

        4) The *Hemisphere* *and* *FN086* *or* *FN061* searches each had no responsive hits returned.

        5) The *Citi Hedge* *and* *FN086* *or* *FN061* searches each had no responsive hits returned.

6) The *BISYS* and *0263327* or *0242586* or *0231605* searches each had no responsive hits returned.

7) The *Hemisphere* and *0263327* or *0242586* or *0231605* searches each had no responsive hits returned.

8) The *Citi Hedge* and *0263327* or *0242586* or *0231605* searches each had no responsive hits returned.

With respect to the hit counts for the remaining individual search terms, de-duped and excluding responsive documents containing the term "Tannenbaum," the hit counts of responsive electronic documents are as follows:

1) The de-duped *Ceretti* search returned 26 hits.

2) The de-duped *Grosso* search returned 19 hits.

3) The de-duped *Kingate* search returned 10,210 hits.

4) The de-duped *FIM* search returned 461 hits.

5) The de-duped *Wetherhill* search returned 15 hits.

6) The de-duped *Salahuddin* search returned 11 hits.

7) The de-duped *BISYS* and *Kingate* search returned 287 hits.

8) The de-duped *Hemisphere* and *Kingate* search returned 311 hits.

9) The de-duped *Citi Hedge* and *Kingate* search returned 30 hits.

10) The de-duped *Thomas Healy* or *Tom Healy* searches returned 20 hits.

11) The de-duped *Michael Tannenbaum* and *Kingate* search returned 5 hits.

Very truly yours,

Sara M. DiLeo