# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003

Telephone: (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396

rsignorelli@nycLITIGATOR.com℠

www.nycLITIGATOR.com℠

July 17, 2017

**BY ECF & E-MAIL (bernstein.chambers@nysb.uscourts.gov)**
Honorable Stuart M. Bernstein
United States Bankruptcy Court, SDNY
One Bowling Green
New York, New York 10004

      Re:    <u>Picard v. The Lustig Family 1990 Trust</u>, Adv. Pro. No. 10-4417 ("Trust Case")
             <u>Picard v. David Ivan Lustig</u>, Adv. Pro. No. 10-4554 ("IRA Case")

Dear Judge Bernstein:

      We are counsel in the above-referenced cases for defendants David Lustig and The Lustig Family 1990 Trust. As the Court is aware, we have filed a motion for reconsideration of the Court's Order Granting Partial Summary Judgment Striking Affirmative Defenses entered in these cases on June 13, 2017. As discussed with Your Honor's law clerk, I respectfully write to request permission to file our reply papers in further support of the motion on or before **July 26, 2017**, and to request that the Court not rule on the motion until after our reply papers are filed.

      Thank you for Your Honor's time and consideration.

                                         Respectfully submitted,

                                         /s/ Bryan Ha
                                         Bryan Ha

cc (by e-mail): Nicholas J. Cremona, Esq. (ncremona@bakerlaw.com)
                      Dean Hunt D. Hunt, Esq. (dhunt@bakerlaw.com)