**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> TRUST UNDER AGREEMENT DATED 12/6/99 FOR THE BENEFIT OF WALTER AND EUGENIE KISSINGER, WALTER B. KISSINGER REVOCABLE TRUST, WALTER B. KISSINGER, EUGENIE KISSINGER, WILLIAM D. KISSINGER, THOMAS VAN DROOGE KISSINGER, DANA M. KISSINGER-MATRAY, and JOHN FRANS | Adv. Pro. No. 10-04446 (SMB) |

KISSINGER,

Defendants.

**SECOND AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: October 23, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: January 10, 2018.

4. The Disclosure of Rebuttal Experts shall be due: March 13, 2018.

5. The Deadline for Completion of Expert Discovery shall be: April 12, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before April 19, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 3, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before August 30, 2018.

Dated: New York, New York  
       July 17, 2017

BAKER & HOSTETLER LLP

By: */s/ Joshua B. Rog*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Keith R. Murphy  
Email: kmurphy@bakerlaw.com  
Joshua B. Rog  
Email: jrog@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*