**<u>EXHIBIT B</u>**

EXHIBIT B
SUMMARY OF TWENTY-FOURTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM  DECEMBER 1, 2016 THROUGH MARCH 31, 2017

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard Irving H. | 1966 | 998.00 | 329.80 | 329,140.40 |
| | Sheehan David J. | 1968 | 998.00 | 586.40 | 585,227.20 |
| | Matthias Michael R | 1973 | 702.52 | 430.70 | 302,575.40 |
| | Bash Brian A | 1975 | 759.51 | 6.30 | 4,784.90 |
| | Greene Bruce R | 1976 | 721.00 | 15.60 | 11,247.60 |
| | Long Thomas L | 1976 | 935.99 | 701.10 | 656,221.50 |
| | Markowitz Laurence S | 1977 | 782.00 | 10.80 | 8,445.60 |
| | Chockley III Frederick W | 1982 | 885.00 | 1.60 | 1,416.00 |
| | Ponto Geraldine E. | 1982 | 920.75 | 532.60 | 490,391.10 |
| | Hutchins Elaine A | 1983 | 600.37 | 5.70 | 3,422.10 |
| | Rivkin Jr David B | 1985 | 998.00 | 176.30 | 175,947.40 |
| | Smith Elizabeth A | 1985 | 849.25 | 23.20 | 19,702.70 |
| | Lieberstein Eugene | 1986 | 539.52 | 16.80 | 9,064.00 |
| | McDonald Heather J | 1986 | 681.77 | 44.70 | 30,474.90 |
| | Reich Andrew W | 1987 | 633.04 | 120.30 | 76,154.20 |
| | Burke John J | 1988 | 740.65 | 34.30 | 25,404.30 |
| | DeLancey Leah E | 1990 | 665.00 | 12.30 | 8,179.50 |
| | Douthett Breaden M | 1991 | 425.13 | 156.30 | 66,447.50 |
| | Goldberg Steven H | 1991 | 945.21 | 108.00 | 102,083.20 |
| | Hunt Dean D | 1991 | 676.14 | 306.60 | 207,305.20 |
| | Resnick Lauren J | 1991 | 949.80 | 21.50 | 20,420.80 |
| | Warren Thomas D | 1992 | 743.33 | 26.40 | 19,624.00 |
| | Griffin Regina L. | 1993 | 936.33 | 632.40 | 592,137.90 |
| | Kornfeld Mark A. | 1993 | 935.08 | 687.00 | 642,396.60 |
| | Renner Deborah H. | 1994 | 933.31 | 283.40 | 264,500.40 |
| | Brennan Terry M | 1995 | 509.29 | 6.80 | 3,463.20 |
| | Casey Lee A | 1995 | 926.00 | 88.70 | 82,136.20 |
| | Scaletta Anthony J | 1995 | 483.82 | 53.30 | 25,787.60 |
| | Thomas Erika K. | 1995 | 700.00 | 67.80 | 47,460.00 |
| | Cole Tracy L | 1996 | 793.75 | 418.70 | 332,342.60 |
| | Turner Christa C. | 1996 | 484.03 | 62.10 | 30,058.50 |
| | Hoang Lan | 1997 | 802.16 | 576.40 | 462,364.00 |
| | Murphy Keith R. | 1998 | 936.04 | 612.20 | 573,044.70 |
| | New Jonathan B. | 1998 | 933.00 | 87.00 | 81,170.70 |
| | Rose Jorian L. | 1998 | 853.72 | 276.60 | 236,137.80 |
| | Wang Ona T | 1998 | 783.75 | 331.00 | 259,422.50 |
| | Warshavsky Oren J. | 1998 | 948.73 | 666.10 | 631,951.00 |
| | Bohorquez Jr Fernando A | 2000 | 768.77 | 470.10 | 361,398.70 |
| | Cremona Nicholas J. | 2000 | 837.31 | 668.30 | 559,574.40 |
| | Gruppuso Anthony M. | 2000 | 655.19 | 206.80 | 135,493.70 |
| | Scully Elizabeth A | 2000 | 679.83 | 10.60 | 7,206.20 |
| | Alaverdi Loura L | 2001 | 604.36 | 338.10 | 204,333.00 |
| | Beckerlegge Robertson D | 2001 | 643.60 | 418.60 | 269,409.20 |
| | Bell Stacey A. | 2001 | 694.20 | 658.40 | 457,061.20 |
| | Fokas Jimmy | 2001 | 791.11 | 208.60 | 165,025.10 |
| | Joy Michael P. | 2001 | 650.00 | 3.40 | 2,210.00 |
| | Rollinson James H | 2001 | 465.57 | 332.70 | 154,895.30 |
| | Zeballos Gonzalo S. | 2001 | 851.42 | 396.50 | 337,589.00 |
| | North Geoffrey A. | 2002 | 677.63 | 713.20 | 483,286.40 |
| | Song Brian W. | 2002 | 653.34 | 550.30 | 359,534.30 |
| | Gongolevsky May Tal | 2003 | 650.00 | 60.00 | 39,000.00 |
| | Hochmuth Farrell A | 2003 | 492.52 | 488.90 | 240,790.60 |
| | Jacobs Edward J. | 2003 | 676.93 | 776.60 | 525,707.20 |
| | Malchow Jessica P. | 2003 | 378.74 | 9.10 | 3,446.50 |
| | Oliver Jason S. | 2003 | 651.03 | 557.30 | 362,818.00 |
| | Pergament Benjamin D | 2003 | 682.50 | 462.10 | 315,384.70 |
| | Shields Nkosi D. | 2003 | 503.31 | 676.70 | 340,592.40 |
| | Cohen Dennis O | 2004 | 599.00 | 24.60 | 14,735.40 |
| | Kitchen David E | 2004 | 398.67 | 6.30 | 2,511.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Smith Rachel M | 2004 | 456.58 | 331.00 | 151,129.00 |
| | Allen Brian F. | 2005 | 488.15 | 301.90 | 147,371.90 |
| | Carvalho Melissa M. | 2005 | 596.01 | 237.60 | 141,613.10 |
| | DeLaquil Mark W | 2005 | 780.00 | 20.50 | 15,990.00 |
| | Fish Eric R. | 2005 | 708.60 | 169.20 | 119,894.40 |
| | Hartman Ruth E | 2005 | 363.97 | 376.60 | 137,070.00 |
| | Proano David F | 2005 | 362.07 | 44.80 | 16,220.80 |
| | Carlisle Marie L. | 2006 | 426.92 | 493.00 | 210,470.30 |
| | Kosack Melissa L. | 2006 | 653.92 | 714.70 | 467,356.10 |
| | Longstaff Carrie | 2006 | 597.03 | 494.30 | 295,111.20 |
| | Vanderwal Amy E. | 2006 | 653.64 | 466.20 | 304,728.50 |
| | Brown Seanna R. | 2007 | 667.11 | 17.60 | 11,741.20 |
| | Calvani Torello H. | 2007 | 654.47 | 746.70 | 488,691.40 |
| | Captain Novick Jessica | 2007 | 350.00 | 8.50 | 2,975.00 |
| | Forman Jonathan A. | 2007 | 599.08 | 133.30 | 79,857.60 |
| | Kleber Kody | 2007 | 471.29 | 75.30 | 35,487.80 |
| | Sherer James A. | 2007 | 652.14 | 204.80 | 133,557.60 |
| | Giuliani Esterina | 2008 | 732.70 | 686.40 | 502,922.10 |
| | Grossman Andrew M. | 2008 | 622.53 | 156.40 | 97,364.00 |
| | Woltering Catherine E. | 2008 | 654.93 | 839.70 | 549,944.20 |
| | Zunno Kathryn M. | 2008 | 680.00 | 369.60 | 251,327.20 |
| | Campbell Patrick T | 2009 | 652.46 | 76.40 | 49,847.90 |
| | Gabriel Jessie M | 2010 | 677.21 | 423.20 | 286,596.40 |
| | Stanley Trevor M. | 2010 | 527.29 | 396.20 | 208,912.00 |
| | Jenson Karin Scholz | 2012 | 670.00 | 34.10 | 22,847.00 |
| | Booher Martin T. | 2015 | 790.00 | 1.50 | 1,185.00 |
| | Foley Elizabeth P. | 2016 | 858.51 | 166.20 | 142,684.00 |
| Partners and of Counsel Total | | | 718.55 | 24,539.70 | 17,632,951.80 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Meisels Naomi P. | 1989 | 556.00 | 18.90 | 10,508.40 |
| | Bieler Philip | 1994 | 462.95 | 364.20 | 168,605.20 |
| | Kates Elyssa S. | 2000 | 622.26 | 277.60 | 172,739.40 |
| | Hooper Rachel P. | 2003 | 376.40 | 49.70 | 18,707.10 |
| | Wlodek Heather | 2003 | 509.36 | 551.90 | 281,116.20 |
| | Hiatt Eric B. | 2005 | 510.93 | 196.70 | 100,499.30 |
| | Stanganelli Maryanne | 2005 | 611.34 | 58.40 | 35,702.40 |
| | Feil Matthew D. | 2006 | 543.23 | 589.90 | 320,453.40 |
| | Munoz Andres A | 2006 | 521.91 | 626.00 | 326,716.50 |
| | Goldmark Jena B. | 2007 | 448.32 | 392.60 | 176,009.60 |
| | Wasick Joanna F. | 2007 | 644.35 | 612.40 | 394,597.60 |
| | Attard Lauren T. | 2008 | 425.00 | 399.80 | 169,915.00 |
| | Choi David | 2008 | 465.84 | 651.70 | 303,585.10 |
| | Hirce Margaret E. | 2008 | 487.82 | 24.20 | 11,805.20 |
| | McCurrach Elizabeth G. | 2008 | 488.33 | 672.40 | 328,350.80 |
| | Monaghan Rachel C. | 2008 | 245.95 | 598.60 | 147,227.70 |
| | Rovine Jacqlyn | 2008 | 467.00 | 401.60 | 187,546.80 |
| | Sabella Michael A. | 2008 | 485.12 | 581.80 | 282,240.60 |
| | Schutte Elizabeth M. | 2008 | 505.21 | 185.80 | 93,867.70 |
| | Sea Nexus U. | 2008 | 501.79 | 307.00 | 154,051.00 |
| | Usitalo Michelle R. | 2008 | 513.04 | 212.20 | 108,866.80 |
| | Gentile Dominic A. | 2009 | 498.55 | 720.20 | 359,057.90 |
| | Hilsheimer Lauren M. | 2009 | 537.94 | 481.70 | 259,126.10 |
| | Howe Mary E. | 2009 | 487.81 | 444.10 | 216,637.70 |
| | Markel Tatiana | 2009 | 503.59 | 553.00 | 278,488.00 |
| | Mattera Marshall J. | 2009 | 511.64 | 612.40 | 313,330.60 |
| | Molina Marco | 2009 | 510.12 | 584.30 | 298,065.20 |
| | Nickodem Robert G. | 2009 | 245.80 | 537.60 | 132,142.50 |
| | Ozturk Ferve E. | 2009 | 511.49 | 312.20 | 159,687.80 |
| | Perkins Austin Francesca | 2009 | 511.14 | 622.60 | 318,232.90 |
| | Shapiro Peter B. | 2009 | 499.11 | 603.70 | 301,314.40 |
| | Barnes S. Ben | 2010 | 245.60 | 535.30 | 131,470.80 |
| | Bent Camille C. | 2010 | 485.43 | 581.30 | 282,182.30 |
| | Biondo Lindsay J. | 2010 | 246.08 | 616.90 | 151,806.60 |
| | Burch Alexander D. | 2010 | 341.37 | 50.90 | 17,375.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Castillon Jesus J. | 2010 | 354.00 | 212.80 | 75,331.20 |
| | Chandler Tara R. | 2010 | 245.74 | 410.80 | 100,949.60 |
| | Cohen Ian R. | 2010 | 462.50 | 246.40 | 113,960.00 |
| | Fein Amanda E. | 2010 | 510.04 | 525.90 | 268,229.10 |
| | Hansford Melissa L. | 2010 | 245.77 | 404.00 | 99,291.00 |
| | Kincart Michael J. | 2010 | 310.00 | 8.20 | 2,542.00 |
| | Maytal Anat | 2010 | 484.34 | 520.30 | 252,003.80 |
| | McCabe Bridget S. | 2010 | 446.56 | 27.10 | 12,101.80 |
| | McGourty Cara | 2010 | 485.16 | 707.30 | 343,153.40 |
| | McMillan David M. | 2010 | 449.92 | 391.40 | 176,100.40 |
| | Noethlich Brian R. | 2010 | 281.74 | 426.40 | 120,133.60 |
| | Parente Michael | 2010 | 244.47 | 318.70 | 77,913.20 |
| | Prabucki Kenneth | 2010 | 325.00 | 1.90 | 617.50 |
| | Rog Joshua B. | 2010 | 434.66 | 570.80 | 248,103.20 |
| | Rollins Jennifer B. | 2010 | 246.00 | 538.10 | 132,373.10 |
| | Rouach Sophie | 2010 | 446.94 | 442.00 | 197,548.00 |
| | Ubaid Maryland H. | 2010 | 245.83 | 436.80 | 107,379.30 |
| | White A. Mackenna | 2010 | 455.00 | 74.10 | 33,715.50 |
| | Barhorst Damon C. | 2011 | 245.87 | 515.70 | 126,796.20 |
| | Bennett Melonia A. | 2011 | 281.89 | 428.50 | 120,789.50 |
| | Blanchard Jason I. | 2011 | 454.74 | 579.30 | 263,429.20 |
| | Crook Darren A. | 2011 | 269.25 | 279.00 | 75,120.20 |
| | deVries Alan C. | 2011 | 280.34 | 78.10 | 21,894.30 |
| | Durbin Damon M. | 2011 | 281.56 | 302.00 | 85,032.40 |
| | Fedeles Emily R. | 2011 | 484.99 | 157.90 | 76,580.30 |
| | Feldstein Robyn M | 2011 | 427.30 | 702.20 | 300,048.00 |
| | Gottesman Joel D. | 2011 | 245.85 | 483.10 | 118,768.50 |
| | Hoff Michelle M. | 2011 | 245.80 | 836.10 | 205,516.40 |
| | Kessler Dena S. | 2011 | 356.46 | 28.70 | 10,230.30 |
| | Krishna Ganesh | 2011 | 450.13 | 607.50 | 273,451.60 |
| | Oliva Frank M. | 2011 | 428.50 | 701.20 | 300,463.50 |
| | Patrick Stacey M. | 2011 | 245.91 | 597.00 | 146,809.40 |
| | Rose Nicholas M. | 2011 | 406.41 | 430.80 | 175,080.00 |
| | Shifrin Maximillian S. | 2011 | 484.89 | 747.80 | 362,598.20 |
| | Sinclair Jordan A. | 2011 | 342.39 | 325.40 | 111,414.00 |
| | Vonderhaar Douglas A. | 2011 | 281.50 | 526.20 | 148,126.60 |
| | White Jason T. | 2011 | 245.77 | 486.80 | 119,639.00 |
| | Ackerman Stephanie | 2012 | 417.62 | 701.20 | 292,837.20 |
| | Gallagher Christopher B. | 2012 | 427.44 | 636.10 | 271,892.80 |
| | Hough Shawn P. | 2012 | 487.12 | 548.50 | 267,187.50 |
| | Rice David W. | 2012 | 485.67 | 770.70 | 374,303.30 |
| | Barrow Clark Erica | 2013 | 409.00 | 266.60 | 109,038.80 |
| | Carpenter Susrut A. | 2013 | 498.83 | 372.00 | 185,566.50 |
| | Durkheimer Michael J. | 2013 | 324.42 | 69.00 | 22,385.00 |
| | Felz Jenna N. | 2013 | 372.56 | 12.70 | 4,731.50 |
| | Gillingham Ross M. | 2013 | 245.00 | 126.00 | 30,870.00 |
| | Holder Casey E | 2013 | 318.33 | 90.60 | 28,840.80 |
| | Schwab Justin J | 2013 | 490.00 | 3.20 | 1,568.00 |
| | Sterling Nichole L. | 2013 | 411.52 | 83.00 | 34,156.00 |
| | Tanney Michelle N. | 2013 | 424.46 | 556.70 | 236,298.50 |
| | Abrams Jeremy R. | 2014 | 245.23 | 640.90 | 157,170.40 |
| | Borja Jaysen A. | 2014 | 317.84 | 10.90 | 3,464.50 |
| | Dasaro Stacy A | 2014 | 455.16 | 786.50 | 357,979.70 |
| | Norris Mark K. | 2014 | 239.55 | 273.70 | 65,566.20 |
| | Trahanas Elias D. | 2014 | 383.55 | 491.60 | 188,550.90 |
| | Tranbaugh Mary H. | 2014 | 379.69 | 80.00 | 30,375.20 |
| | Wangsgard Kendall E. | 2014 | 408.23 | 92.20 | 37,638.80 |
| | Berglin Lauren P. | 2015 | 366.09 | 177.40 | 64,944.20 |
| | Blattmachr Jonathan D. | 2015 | 486.03 | 192.70 | 93,658.10 |
| | Cabrera Jennifer B. | 2015 | 332.81 | 101.60 | 33,813.00 |
| | Howley Thomas F. | 2015 | 427.94 | 638.90 | 273,413.50 |
| | Koleva Darina A. | 2015 | 332.80 | 60.50 | 20,134.50 |
| | Light Samuel M. | 2015 | 368.30 | 711.10 | 261,900.80 |
| | Porembski Daniel P. | 2015 | 245.50 | 537.60 | 131,982.20 |
| | Serrao Andrew M. | 2015 | 408.28 | 490.10 | 200,096.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Turner Tara E. | 2015 | 245.30 | 578.20 | 141,831.90 |
| | Wallace Kevin M. | 2015 | 409.74 | 230.40 | 94,404.00 |
| | Weinberg Lauren R. | 2015 | 367.46 | 377.70 | 138,789.10 |
| | Foisy Kenneth A. | 2016 | 245.00 | 120.90 | 29,620.50 |
| | Hoover Marianne E. | 2016 | 245.00 | 132.50 | 32,462.50 |
| | Lucas Stephanie A. | 2016 | 317.51 | 181.80 | 57,723.00 |
| | Nadworny Bari R. | 2016 | 369.41 | 267.10 | 98,669.50 |
| | Nawrocki Joseph T. | 2016 | 390.00 | 12.40 | 4,836.00 |
| | Paule Francisco | 2016 | 325.00 | 4.20 | 1,365.00 |
| | Choate Hannah C. | 2017 | 382.00 | 25.90 | 9,893.80 |
| | de Dios Maria A. | 2017 | 391.16 | 641.00 | 250,733.50 |
| | Maw Darley | 2017 | 390.31 | 372.10 | 145,233.50 |
| | Perez Jr. Pedro J. | 2017 | 392.95 | 312.60 | 122,835.50 |
| | Stork Victoria L. | 2017 | 393.96 | 466.30 | 183,703.50 |
| | Cardenas Samantha A. | #N/A | 245.31 | 450.60 | 110,536.60 |
| Associates Total | | | 402.23 | 43,801.60 | 17,618,265.30 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Atkinson Susan L | #N/A | 215.00 | 5.20 | 1,118.00 |
| | Bekier James M. | #N/A | 442.69 | 466.70 | 206,603.80 |
| | Blaber Theresa A | #N/A | 336.40 | 16.40 | 5,517.00 |
| | Bluett Marie V. | #N/A | 256.48 | 433.10 | 111,079.80 |
| | Bruening Mark P | #N/A | 183.70 | 67.50 | 12,400.00 |
| | Cabrera Ramon C | #N/A | 270.45 | 102.10 | 27,612.50 |
| | Chan Angeline | #N/A | 258.28 | 300.30 | 77,560.40 |
| | Charlotten Magdalena | #N/A | 301.00 | 16.10 | 4,846.10 |
| | Clark Rebecca M. | #N/A | 180.00 | 3.30 | 594.00 |
| | Curbelo Gracemary | #N/A | 331.50 | 510.10 | 169,096.40 |
| | Dyer Ricky J | #N/A | 216.00 | 5.60 | 1,209.60 |
| | Fishelman Benjamin D. | #N/A | 422.53 | 393.60 | 166,309.20 |
| | Flanagan Patrick | #N/A | 130.00 | 5.10 | 663.00 |
| | Fredle Vicki M | #N/A | 214.56 | 451.80 | 96,937.20 |
| | Gibbons Michael E. | #N/A | 379.71 | 227.10 | 86,233.00 |
| | Glanzman Adam J | #N/A | 347.93 | 129.70 | 45,126.00 |
| | Graham Sonya M. | #N/A | 266.69 | 35.90 | 9,574.00 |
| | Iskhakova Yuliya | #N/A | 358.74 | 810.60 | 290,796.20 |
| | Kinne Tanya M | #N/A | 330.98 | 612.60 | 202,758.80 |
| | LaFalce Stephen P. | #N/A | 179.09 | 16.40 | 2,937.00 |
| | Landrio Nikki M. | #N/A | 374.76 | 795.90 | 298,269.00 |
| | Lasko Seth D. | #N/A | 363.16 | 198.90 | 72,232.00 |
| | McIntosh Casey | #N/A | 200.81 | 518.60 | 104,138.60 |
| | Monge Tirsa | #N/A | 346.09 | 409.90 | 141,861.10 |
| | Montani Christine A. | #N/A | 346.63 | 412.10 | 142,847.90 |
| | Nunes Silas T | #N/A | 306.94 | 719.80 | 220,933.20 |
| | Nunez Willie | #N/A | 242.28 | 383.20 | 92,840.00 |
| | Oliver-Weeks Marcella J. | #N/A | 399.73 | 568.90 | 227,409.00 |
| | Paremoud Jana | #N/A | 264.98 | 41.90 | 11,102.50 |
| | Pulsipher Eric K. | #N/A | 319.04 | 501.30 | 159,933.60 |
| | Remus Amanda | #N/A | 363.66 | 116.40 | 42,329.70 |
| | Reyes Lucinda A. | #N/A | 195.52 | 598.80 | 117,075.60 |
| | Stone Adrian | #N/A | 303.44 | 482.80 | 146,501.10 |
| | Suffern Anne C. | #N/A | 341.25 | 499.90 | 170,588.60 |
| | Sweet Karen R | #N/A | 242.95 | 96.40 | 23,420.80 |
| | Szalay Sarah M | #N/A | 194.88 | 244.20 | 47,589.60 |
| | Tineo Nicole L. | #N/A | 433.66 | 499.70 | 216,702.30 |
| | Tushaj Diana M. | #N/A | 274.30 | 167.80 | 46,027.20 |
| | Villamayor Fidentino L. | #N/A | 363.43 | 455.00 | 165,362.90 |
| | von Collande Constance M. | #N/A | 342.75 | 579.20 | 198,518.00 |
| | Wallace Dawn L. | #N/A | 329.40 | 147.90 | 48,718.70 |
| | Weaver Scott | #N/A | 333.08 | 602.90 | 200,816.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 323.37 | 13,650.70 | 4,414,189.90 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 718.55 | 24,539.70 | 17,632,951.80 |
| Associates Total | 402.23 | 43,801.60 | 17,618,265.30 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 323.37 | 13,650.70 | 4,414,189.90 |
| Blended Attorney Rate | 515.81 | | |
| Total Fees Incurred | | 81,992.00 | 39,665,407.00 |

**Less 10% Public Interest Discount**         (3,966,540.70)

**Grand Total**         $    35,698,866.30