## **EXHIBIT C**

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-FOURTH INTERIM
PERIOD OF DECEMBER 1, 2016 THROUGH MARCH 31, 2017

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 16,650.70 | $ 8,013,228.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 946.40 | 644,985.10 |
| 03 | Feeder Funds | 101.50 | 82,940.70 |
| 04 | Asset Search Recovery and Sale | 3.60 | 3,592.80 |
| 05 | Internal Office Meetings with Staff | 1,092.80 | 635,897.80 |
| 07 | Billing | 671.80 | 259,323.00 |
| 08 | Case Administration | 2,677.00 | 1,006,018.80 |
| 11 | Press Inquires and Responses | 165.20 | 99,533.20 |
| 12 | Document Review | 1,078.70 | 364,069.00 |
| 13 | Discovery - Depositions and Document Productions | 5,958.60 | 2,278,401.40 |
| 14 | International | 3.20 | 3,176.00 |
| 18 | Auditors | 5.60 | 5,588.80 |
| 20 | Governmental Agencies | 1.50 | 1,228.20 |
| 21 | Allocation | 48.80 | 31,843.10 |
| 000003 | Stanley Chais | 192.00 | 120,237.50 |
| 000004 | J. Ezra Merkin | 2,655.30 | 1,358,614.40 |
| 000005 | Customer Claims | 3,233.60 | 1,569,443.70 |
| 000007 | Madoff Family | 2,268.50 | 1,002,983.60 |
| 000009 | Fairfield Greenwich | 1,210.30 | 784,826.60 |
| 000010 | Harley | 17.10 | 11,720.40 |
| 000011 | Cohmad Securities Corporation | 4,318.00 | 1,978,486.20 |
| 000012 | Picower | 114.00 | 72,766.40 |
| 000013 | Kingate | 9,219.90 | 3,379,365.10 |
| 000019 | Ruth Madoff | 98.40 | 63,902.70 |
| 000029 | Rye/Tremont | 1,474.40 | 724,345.10 |
| 000030 | HSBC | 2,206.90 | 1,318,656.00 |
| 000031 | Katz/Wilpon | 5.80 | 5,012.10 |
| 000032 | LuxAlpha/UBS | 1,871.30 | 1,211,274.20 |
| 000033 | Nomura Bank International PLC | 25.20 | 11,935.00 |
| 000034 | Citibank | 1,014.70 | 515,325.50 |
| 000035 | Natixis | 154.80 | 56,494.40 |
| 000036 | Merrill Lynch | 132.50 | 50,406.60 |
| 000037 | ABN AMRO | 894.30 | 471,350.60 |
| 000038 | Banco Bilbao | 3.80 | 1,698.00 |
| 000039 | Fortis | 1,058.70 | 538,145.10 |
| 000040 | Medici Enterprise | 244.20 | 106,249.90 |
| 000042 | Equity Trading | 408.00 | 236,200.00 |
| 000045 | Levey | 22.30 | 13,701.60 |
| 000046 | Glantz | 317.70 | 181,633.30 |
| 000047 | Bonventre | 71.10 | 30,904.80 |
| 000048 | Bongiorno | 2.70 | 1,924.50 |
| 000051 | Crupi | 180.90 | 79,315.20 |
| 000052 | Donald Friedman | 53.60 | 26,079.70 |
| 000053 | Magnify | 3,886.80 | 2,095,785.90 |
| 000054 | Mendelow | 344.70 | 186,237.60 |
| 000056 | Lipkin | 39.50 | 19,663.50 |
| 000057 | Perez/O'Hara | 87.00 | 49,558.10 |
| 000058 | PJ Administrators | 407.90 | 222,078.00 |
| 000059 | Stanley Shapiro | 744.90 | 407,992.40 |
| 000060 | Avellino & Bienes | 1,016.30 | 589,435.70 |
| 000062 | Subsequent Transfer | 1,602.80 | 914,404.30 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 6.50 | 3,737.10 |
| 000065 | Legacy Capital Ltd | 813.30 | 476,005.90 |
| 000071 | Square One | 821.20 | 369,852.20 |
| 000073 | BNP Paribas | 1,026.20 | 653,762.70 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 2,930.10 | 1,531,392.80 |
| 000077 | Extraterritoriality Appeal | 5,389.40 | 2,792,676.70 |
| Grand Total | | 81,992.00 | 39,665,407.00 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Less 10% Public Interest Discount** | | (3,966,540.70) |
| | **Grand Total** | | $ 35,698,866.30 |
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 35,698,866.30 |
| | Interim Compensation Paid | | (32,128,979.67) |
| | Interim Compensation Deferred | | $ 3,569,886.63 |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 889,106,098.04 |
| | Interim Compensation Paid | | $ (860,357,982.16) |
| | Interim Compensation Deferred | | $ 28,748,115.88 |