**EXHIBIT D**

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-FOURTH
INTERIM PERIOD OF DECEMBER 1, 2016 THROUGH MARCH 31, 2017

| | | |
|---|---|---:|
| E101 | Copying (E101) | 7,546.10 |
| E102 | Outside Printing (E102) | 446.92 |
| E104 | Facsimile (E104) | 0.70 |
| E105 | Telephone (E105) | 163.10 |
| E106 | Online Research (E106) | 33,813.78 |
| E107 | Delivery Services/ Messengers (E107) | 10,320.08 |
| E108 | Postage (E108) | 3,095.90 |
| E109 | Local Travel (E109) | 11.85 |
| E110 | Out-of-Town Travel (E110) | 64,248.25 |
| E112 | Court Fees (E112) | 39,609.45 |
| E113 | Subpoena Fees (E113) | 6,268.15 |
| E114 | Witness Fees (E114) | 75.00 |
| E115 | Deposition Transcripts (E115) | 50,499.27 |
| E116 | Trial Transcripts (E116) | 6,352.80 |
| E119 | Experts (E119) | 370.85 |
| E121 | Arbitrator/Mediator Fees (E121) | 1,100.05 |
| E123 | Other Professionals (E123) | 31,278.68 |
| E124 | Other (E124) | 90,085.94 |
| Grand Total | | $ 345,286.87 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded      $ 14,750,900.12