# **EXHIBIT E**

EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-FOURTH INTERIM
PERIOD OF DECEMBER 1, 2016 THROUGH MARCH 31, 2017

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 919,939,577.84 |
| Interim Compensation Deferred | $ 31,831,463.87 |
| Holdback Amount to be Released | 15,915,731.94 |
| Holdback After Release | $ 15,915,731.93 |