**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Nicholas J. Cremona  
Jorian L. Rose  
Amy E. Vanderwal  
Stephanie A. Ackerman  

Hearing Date: July 26, 2017  
Hearing Time: 10:00 AM (EST)  
Objection Deadline: July 6, 2017  

*Attorneys for Irving H. Picard, Trustee for the*  
*Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and the Chapter 7 Estate of Bernard L. Madoff*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**CERTIFICATE OF NO OBJECTION TO**  
**TRUSTEE'S MOTION AND MEMORANDUM OF LAW**  
**TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF**  
<u>**CLAIMANTS HOLDING INTERESTS IN THE LAMBETH COMPANY**</u>

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, by and

through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1. On June 15, 2017, the Trustee filed the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Lambeth Company (the "Motion") (ECF No. 16186) and filed the Declaration of Vineet Sehgal in support of the Motion (the "Sehgal Declaration") (ECF No. 16187).

2. The deadline for filing objections to the Motion expired on July 6, 2017 at 4:00 p.m.

3. Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) all claimants listed on Exhibit 2 annexed to the Sehgal Declaration; (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi) the United States Attorney for the Southern District of New York; and (vii) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4. Counsel for the Trustee has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon.

5. An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion, and Exhibit A thereto, will be submitted to the Court along with this certificate.

6.   Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing, but notes that the Objecting Claimants are both represented by counsel and *pro se*.

Dated: New York, New York
       July 19, 2017

>                        By:   */s/ David J. Sheehan*
>                              David J. Sheehan
>                              Email: dsheehan@bakerlaw.com
>                              Nicholas J. Cremona
>                              Email: ncremona@bakerlaw.com
>                              Jorian L. Rose
>                              Email: jrose@bakerlaw.com
>                              Amy E. Vanderwal
>                              Email: avanderwal@bakerlaw.com
>                              Stephanie A. Ackerman
>                              Email: sackerman@bakerlaw.com
>                              **Baker & Hostetler LLP**
>                              45 Rockefeller Plaza
>                              New York, New York 10111
>                              Tel: (212) 589-4200
>                              Fax: (212) 589-4201
>
>                              *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*