**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>BNP PARIBAS S.A.,<br><br>BNP PARIBAS (SUISSE) S.A., Individually and as Successor in Interest to BNP Paribas Private Bank (Switzerland) S.A. and as Successor in Interest to United European Bank,<br><br>BNP PARIBAS ARBITRAGE SNC,<br><br>BNP PARIBAS BANK & TRUST CAYMAN LIMITED, | Adv. Pro. No. 12-01576 (SMB)<br><br><br><br><br><br>**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE** |

| |
|---|
| BGL BNP PARIBAS LUXEMBOURG S.A., as Successor in Interest to BNP Paribas Luxembourg S.A., <br><br> BNP PARIBAS SECURITIES SERVICES— SUCCURSALE DE LUXEMBOURG, and <br><br> BNP PARIBAS SECURITIES SERVICES S.A., <br><br>                             Defendants. |

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-captioned adversary proceeding, which was previously scheduled for July 26, 2017, has been adjourned to **October 25, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: July 19, 2017
      New York, New York

                        By:    */s/ David J. Sheehan*
                              Baker & Hostetler LLP
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone: 212.589.4200
                              Facsimile: 212.589.4201
                              David J. Sheehan
                              Email: dsheehan@bakerlaw.com
                              Mark A. Kornfeld
                              Email: mkornfeld@bakerlaw.com

                              *Attorneys for Irving H. Picard, Trustee for the*
                              *Substantively Consolidated SIPA Liquidation*
                              *of Bernard L. Madoff Investment Securities LLC*
                              *and the Estate of Bernard L. Madoff*