**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTH FERRY #2, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-04350 (SMB) |

## AGREED AMENDMENT TO THE JOINT STIPULATION OF UNDISPUTED FACTS

Plaintiff Irving H. Picard (the "Trustee"), the trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), and defendants South Ferry #2, Emanuel Gettinger, Aaron Wolfson, and Abraham Wolfson ("South Ferry," and together with the Trustee, the "Parties") hereby submit this Agreed Amendment to the Joint Statement of Undisputed Material Facts in connection with their forthcoming motions for summary judgment pursuant to the Stipulation for Entry of Scheduling Order ("Scheduling Order") entered by this Court on January 27, 2017 (ECF No. 86) and Federal Rule of Civil Procedure 56 (made applicable by Federal Rule of Bankruptcy Procedure 7056).

The Parties agree that paragraphs 43 and 45 of the Joint Statement of Undisputed Facts should be amended and replaced to read as follows:

43. Mr. Behnke concluded that South Ferry's model portfolio would have returned $5,431,224. The expert calculated that the amount received by South Ferry that is in excess of the expert's model is $16,523,776.

45. The expert concluded that South Ferry's rescission claim would have yielded an interest component of $12,077,605. The expert calculated that the amount received by South Ferry that is in excess of the interest component is $9,877,395.

Dated: July 20, 2017
Washington, DC

By: */s/ Keith R. Murphy*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
dsheehand@bakerlaw.com
Keith R. Murphy
kmurphy@bakerlaw.com
Maximillian S. Shifrin
mshifrin@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Richard A. Kirby*
**BAKER & McKENZIE LLP**
815 Connecticut Avenue NW
Washington, DC 20006
Telephone: 202.452.7023
Facsimile: 202.416.7223
Richard A. Kirby
richard.kirby@bakermckenzie.com
Laura K. Clinton
laura.clinton@bakermckenzie.com

*Attorneys for Defendants South Ferry Building Company, South Ferry #2, Emanuel Gettinger, Abraham Wolfson, Zev Wolfson, and United Congregations Mesora*

Dated: July 20, 2017
New York, New York

**IT IS SO ORDERED.**

                                                **/s/ STUART M. BERNSTEIN**
                                                **STUART M. BERNSTEIN**
                                                **United States Bankruptcy Judge**