# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, and ZEV WOLFSON,<br><br>Defendants. | Adv. Pro. No. 10-04488 (SMB) |

## STIPULATION FOR ENTRY OF SCHEDULING ORDER

**WHEREAS,** Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, and defendants South Ferry Building Company, Emmanuel Gettinger, Abraham Wolfson, and Zev Wolfson ("Defendants, and together with the Trustee, the "Parties"), by and through their respective counsel, and consistent with the authorization provided by the Court at the January 25, 2017 pretrial conference permitting the Parties to file summary judgment motions

pursuant to Local Bankruptcy Rule 7056, met and conferred regarding the following schedule.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendants as follows:

1. The deadline for the Parties to file a joint statement of undisputed facts is March 10, 2017.

2. The deadline for the Parties to file their respective Motions for Summary Judgment (the "Motions") will be 45 days after the Court approves the joint statement of undisputed facts.

3. The deadline for the Parties to file oppositions to the Motions will be 45 days after the deadline for filing the Motions.

4. The deadline for the Parties to file replies to the oppositions to the Motions will be 30 days after the deadline for filing oppositions to the Motions.

5. Oral argument on the Motions will be heard on a date to be set by the Court.

6. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and no rights or defenses are waived by entering into this Stipulation.

Dated: January 25, 2017
      New York, New York

| **BAKER & HOSTETLER LLP** | **BAKER & MCKENZIE LLP** |
|---|---|
| */s/ Keith R. Murphy* | */s/ Laura K. Clinton* |
| Baker & Hostetler LLP | Baker & McKenzie LLP |
| 45 Rockefeller Plaza | 815 Connecticut Ave., N.W. |
| New York, New York 10111 | Washington, D.C. 20006 |
| Telephone: 212.589.4200 | Telephone: (202) 452-7023 |
| Facsimile: 212.589.4201 | Facsimile: (202) 416-7223 |
| David J. Sheehan | Richard A. Kirby |
| Keith R. Murphy | Laura K. Clinton |
| Maximillian S. Shifrin | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants* |

                                    SO ORDERED this <u>26th</u> day of January, 2017

                                    /s/ Stuart M. Bernstein
                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE

# Baker McKenzie.

Baker & McKenzie LLP

815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with
Trench, Rossi e Watanabe
Advogados

VIA ECF AND EMAIL

July 7, 2017

The Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

***SIPC v. BLMIS***, Adv. Pro. Nos. 10-4488, 10-4350, 10-5110

Dear Judge Bernstein:

We represent the South Ferry, South Ferry 2, and Mesora defendants in the matter referenced above. Our clients are preparing to file a joint summary judgment motion and related memorandum.

We respectfully request permission for these defendants to file an overlength brief. This moving brief would exceed the 40-page limit specified in your chamber rules by no more than 10 pages. The increase to 50 pages is necessary to adequately address the legal arguments and distinct facts raised by three different defendants who are filing a joint dispositive motion.

Counsel for the Trustee consents to this request, provided that the Trustee is allotted the same number of pages. The defendants have no objection to the Trustee filing up to a 50-page combined motion for summary judgment.

The Trustee also requests that the July 17, 2017 filing deadline for the summary judgment motions be extended to July 21, 2017. The defendants have no objection to the Trustee's request for additional time and will file their own motions based on the revised schedule.

*Granted*
*SMB*
*7/11/17*

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
8137100-v2\WASDMS

# Baker McKenzie.

Unless the court otherwise directs, the parties will proceed as outlined above with respect to the motions for summary judgment.

Respectfully,

*/s/ Richard A. Kirby*

Richard A. Kirby
+1 202 452 7020
richard.kirby@bakermckenzie.com

Cc: Nicholas Cremona
Keith Murphy
Maximillian Shifrin