UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Movant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, and ZEV WOLFSON,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04488 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH FERRY #2, EMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04350 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, Plaintiff,<br><br>v.<br><br>UNITED CONGREGATIONS MESORA ,<br><br>Defendant. | Adv. Pro. No. 10-05110 (SMB) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION
FOR SUMMARY JUDGMENT**

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), by and through his undersigned counsel, having moved for summary judgment (the "Motion") in the above-captioned adversary proceedings pursuant to Rule 56 of the Federal Rules of Civil Procedure, as incorporated by Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Southern District of New York Local Bankruptcy Rule 7056-1, on the ground that there are no material facts in dispute and the Trustee is entitled to judgment as a matter of law, and upon consideration of the Motion and supporting memoranda, declaration, exhibits, responses, and upon consideration of the Defendants' motion for summary judgment and supporting papers.

It is hereby **ORDERED** that:

1. The Trustee's Motion is **GRANTED**;

2. The Defendants' motion for summary judgment is **DENIED**;

3. The Trustee shall have judgment in the amount of $6,620,000 against the defendants in *Picard v. South Ferry Bldg. Co.,* Adv. Pro. No. 10-04488 (SMB); $21,955,000 against the defendants in *Picard v. South Ferry #2, et al.,* Adv. Pro. No. 10-04350 (SMB); and

2

$3,200,000 against the defendants in *Picard v. United Congregations Mesora,* Adv. Pro. No. 10-05110 (SMB).

      4.      The Trustee is granted prejudgment interest, the calculation of which will be determined through a separately scheduled hearing.

Dated: _____, 2017
      New York, New York

                              _____
                              HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE