**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>HSBC BANK PLC, et al.,<br><br>       Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND
RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
APPROVING A SETTLEMENT AGREEMENT BY AND BETWEEN THE TRUSTEE,
THEMA WISE INVESTMENTS LIMITED AND THEMA FUND LIMITED**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll,* and the substantively consolidated estate of Bernard L.

Madoff, seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy

Code, 11 U.S.C. §§ 101 *et seq.,* and Rules 2002 and 9019 of the Federal Rules of Bankruptcy

Procedure, approving the agreement by and between the Trustee, on the one hand, and Thema

Wise Investments Limited and Thema Fund Limited (collectively, the "Defendants"), on the

other hand, and as more particularly set forth in the agreement annexed as Exhibit A to the

Motion (the "Agreement"); and it appearing that due and sufficient notice has been given to all

parties in interest as required by Rule 2002 and 9019 of the Federal Rules of Bankruptcy

Procedure; and no objection having been filed; and the Trustee having filed a Certificate of No

Objection pursuant to Local Bankruptcy Rule 9075-2 representing that no objection, responsive

pleading, or request for a hearing with respect to the Motion has been made; and the Court

having considered the Declaration of Irving H. Picard in support of the Motion; and it further

appearing the relief sought in the Motion is appropriate; and it further appearing that this Court

has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§

157 and 1334; after due deliberation; and sufficient cause appearing therefor; it is

~~ORDERED, that the Motion is granted; and it is further~~**[SMB: 7/24/17]**

ORDERED, that the Agreement between the Trustee and Defendants is hereby approved

and authorized; and it is further

ORDERED, that each of the Trustee and Defendants shall comply with and carry out the

terms of the Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated:  New York, New York
        July 24th, 2017

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE