**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02149 (SMB) |
| Plaintiff, | |
| v. | |
| BANQUE SYZ & CO., SA, | |
| Defendant. | |

**STIPULATED ORDER WITHDRAWING BANQUE SYZ & CO., SA**
**FROM ORDER CONCERNING FURTHER PROCEEDINGS ON TRUSTEE'S**
**MOTION FOR LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY**

**WHEREAS**, on August 28, 2014, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of

Bernard L. Madoff, filed an Omnibus Motion Seeking Leave to Replead Pursuant to Fed. R. Civ.

P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1)

(the "Trustee's Motion for Leave to Replead and for Limited Discovery") in the Bankruptcy

Court for the Southern District of New York, *In re Bernard L. Madoff Investment Securities*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Aug. 28, 2014), ECF Nos. 7826–28;

**WHEREAS**, by Notice of Presentment on July 11, 2017, the Trustee submitted a proposed Order Concerning Further Proceedings on the Trustee's Motion for Leave to Replead and for Limited Discovery (the "Discovery Motion Order"), which set a briefing schedule on the Trustee's Motion for Leave to Replead and for Limited Discovery for the Trustee and the defendants subject to the Discovery Motion Order (the "Transferee Defendants"), who were listed on Exhibit A to the Discovery Motion Order, *see id.*, ECF No.16313;

**WHEREAS**, Exhibit A to the Discovery Motion Order included Banque Syz & Co., SA ("Banque Syz") as one of the Transferee Defendants subject to the Trustee's Motion for Leave to Replead and for Limited Discovery, *see id.*;

**WHEREAS**, on July 24, 2017, the Court entered the Discovery Motion Order, *see id.*, ECF No. 16428; and

**WHEREAS**, counsel for the Trustee and Banque Syz have agreed to remove Banque Syz from the Discovery Motion Order.

**NOW**, **THEREFORE**, the Court being fully advised, it is hereby **ORDERED**: Banque Syz is removed from Exhibit A to the Discovery Motion Order.

Dated  :        July 25, 2017
                New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

By: */s/ Richard Levin*
**JENNER & BLOCK LLP**
919 Third Avenue, 38th Floor
New York, New York 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Richard Levin
Email:  rlevin@jenner.com

*Attorneys for Banque Syz & Co. S.A.*


**SO ORDERED**

Dated: July 25th, 2017                     /s/ STUART M.BERNSTEIN

        New York, New York          HONORABLE STUART M. BERNSTEIN
                                     UNITED STATES BANKRUPTCY JUDGE