**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE | Adv. Pro. No. 10-05124 (SMB) |

LAWRENCE J. RYAN BY-PASS TRUST
UNDER DECLARATION OF TRUST DATED,
11/20/1991, and THERESA R. RYAN, individually
and in her capacities as trustee of THE
LAWRENCE J. RYAN AND THERESA R.
RYAN REVOCABLE LIVING TRUST
and THE LAWRENCE J. RYAN BY-PASS
TRUST UNDER DECLARATION OF TRUST
DATED 11/20/1991,

       Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     Fact Discovery shall be completed by: January 2, 2018.

2.     The Disclosure of Case-in-Chief Experts shall be due: March 21, 2018.

3.     The Disclosure of Rebuttal Experts shall be due: May 22, 2018.

4.     The Deadline for Completion of Expert Discovery shall be: June 19, 2018.

5.     The Deadline for Service of a Notice of Mediation Referral shall be:  On or before June 26, 2018.

6.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before July 10, 2018.

7.     The Deadline for Conclusion of Mediation shall be:  On or before November 7, 2018.

Dated: New York, New York
       July 26, 2017

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*

Of Counsel:

   David J. Sheehan
   Nicholas J. Cremona
   45 Rockefeller Plaza
   New York, NY 10111
   Telephone: (212) 589-4200
   Facsimile: (212) 589-4201

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and for the*
*Estate of Bernard L. Madoff*