**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTATE OF SARAH E. PEARCE, NORTON S. ROSENSWEIG, LINDA ROSENSWEIG, THE ESTATE OF DAVID B. PEARCE, ANDREW P. SEGAL, solely in his capacity as Executor of the Estate of David B. Pearce, JONATHAN P. ROSENSWEIG, JULIE SCHWARTZ, and LAURIE BLANK,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-04407 (SMB) |

## **FIFTEENTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on April 28, 2014.

2. Fact Discovery shall be completed by August 30, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due October 17, 2017.

4. The Disclosure of Rebuttal Experts shall be due November 13, 2017.

5. The Deadline for Completion of Expert Discovery shall be January 29, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be February 12, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be February 26, 2018.

8. The Deadline for Conclusion of Mediation shall be June 25, 2018.

*Remainder of Page Left Intentionally Blank*

|  |  |
|---|---|
| Dated: New York, New York<br>July 26, 2017 | BAKER & HOSTETLER LLP<br><br>By: */s/ Elyssa S. Kates*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Robertson D. Beckerlegge<br>Email: rbeckerlegge@bakerlaw.com<br>Elyssa S. Kates<br>Email: ekates@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |