**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>  v.<br><br>ESTATE OF ARMAND GREENHALL, PENG YAN, in his capacity as Personal Representative of the Estate of Armand Greenhall, and DEIDRE SWEENEY, in her capacity as Personal Representative of the Estate of Armand Greenhall,<br><br>         Defendants. | Adv. Pro. No. 10-05048 (SMB) |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 2, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on July 26, 2017, the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 62], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation prior to completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Deborah A. Reperowitz to act as Mediator in this matter. The Parties further agree to contact Ms. Reperowitz as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

| | |
|---|---|
| Dated: New York, New York<br>July 26, 2017 | **BAKER & HOSTETLER LLP**<br><br>By: *s/ Nicholas J. Cremona*<br>　　David J. Sheehan<br>　　Nicholas J. Cremona<br>　　Dean D. Hunt<br>　　45 Rockefeller Plaza<br>　　New York, New York 10111<br>　　Telephone: 212.589.4200<br>　　Facsimile: 212.589.4201<br>　　Email: djsheehan@bakerlaw.com<br>　　Email: ncremona@bakerlaw.com<br>　　Email: dhunt@bakerlaw.com<br><br>　　*Attorneys for Irving H. Picard, Trustee*<br>　　*for the Substantively Consolidated SIPA*<br>　　*Liquidation of Bernard L. Madoff*<br>　　*Investment Securities LLC and the Estate*<br>　　*of Bernard L. Madoff*<br><br>*/s/ Joseph F. Keenan*<br>Joseph F. Keenan<br>114-04 Beach Channel Drive, Suite 9<br>Rockaway, New York 11694<br>Telephone: (212) 768-6700<br>Email: jkeenan@joekeenanlaw.com<br><br>*Attorney for Defendants the Estate of Armand*<br>*Greenhall and Deidre Sweeney*<br><br><br>LAX & NEVILLE, LLP<br><br>*/s/ Brian Neville*<br>Barry Lax<br>Brian Neville<br>1450 Broadway, 35th Floor<br>New York, New York 10018<br>Telephone: 212.696.1999<br>Facsimile: 212.566.4531<br>Email: blax@laxneville.com<br>Email: bneville@laxneville.com<br><br>*Attorney for Defendant Peng Yan* |