**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>               Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.      I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On July 26, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.      Notice of Adjournment of Hearing on Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Brighton Company and the Popham Company (Docket Number 16444)

Executed on July 26, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 26th day of July, 2017

(SEAL)

_____
Notary Public

Exhibit A

July 26, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---------|----------|----------|------|-------|-----|----------------|
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | Counsel |
| Seeger Weiss LLP | Stephen A. Weiss/Parvin Aminolroaya | 77 Water Street, 26th Floor | New York | NY | 10005 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |