# EXHIBIT A

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Monday, June 26, 2017 6:19 PM
**To:** Vanderwal, Amy E.
**Cc:** Brown, Seanna R.; Hoang, Lan; Woltering, Catherine E.
**Subject:** RE: PW - deposition of Robert Blecker

I offered that and, as the transcript reflects, Judge Bernstein did not ask me to get a doctor's letter. If he had wanted me to get one, he would have ordered it.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

**From:** Vanderwal, Amy E. [mailto:avanderwal@bakerlaw.com]
**Sent:** Monday, June 26, 2017 3:45 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Cc:** Brown, Seanna R. <sbrown@bakerlaw.com>; Hoang, Lan <lhoang@bakerlaw.com>; Woltering, Catherine E. <cwoltering@bakerlaw.com>
**Subject:** RE: PW - deposition of Robert Blecker

Helen – the relevant portion of the hearing transcript was referenced in my May 24th letter.  As you will see from the letter, you represented to the court that you could get a doctor's letter in response to Judge Bernstein's concern that he had no way to know if Mr. Blecker was competent to testify. Has something changed since the time of your representation that prevents you from obtaining such a letter?

Regards,
Amy

**Amy Vanderwal**

Partner

**BakerHostetler**
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4612

avanderwal@bakerlaw.com
bakerlaw.com

 

---

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Friday, June 23, 2017 6:16 AM
**To:** Vanderwal, Amy E.
**Cc:** Brown, Seanna R.; Hoang, Lan; Woltering, Catherine E.
**Subject:** RE: PW - deposition of Robert Blecker

Amy:  Can you send me the portion of the transcript where Judge Bernstein required me to produce a physician's affidavit with respect to Mr. Blecker?  I have not been able to locate it.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

---

**From:** Vanderwal, Amy E. [mailto:avanderwal@bakerlaw.com]
**Sent:** Thursday, June 22, 2017 5:00 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Cc:** Brown, Seanna R. <sbrown@bakerlaw.com>; Hoang, Lan <lhoang@bakerlaw.com>; Woltering, Catherine E. <cwoltering@bakerlaw.com>
**Subject:** PW - deposition of Robert Blecker

Dear Helen,

I write in connection with my May 24, 2017 letter (the "Trustee's Letter") responding to your May 8, 2017 email indicating that Robert Blecker has information relevant to his father, Aaron Blecker's, BLMIS account and raising the possibility of taking Robert Blecker's deposition.  The Trustee's Letter explained that we could not schedule Robert Blecker's deposition until we had received:

> (1) a physician's affidavit detailing Aaron Blecker's unavailability to testify at the omnibus evidentiary hearing based on health or age—which you offered to provide to the Court during the April 18, 2017 hearing on the Motions *in Limine*; and

(2) a proffer detailing Robert Blecker's proposed testimony and the basis for his personal knowledge.

It has been four weeks and we have received no response from you. The Trustee's position remains the same as laid out in his Letter and we would like to resolve this issue as soon as possible. To that end, we ask for your response in the next ten days.

Regards,
Amy


**Amy Vanderwal**
Partner



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4612

avanderwal@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly proh bited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly proh bited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are

present in this email, or any attachment, that have arisen as a result of e-mail transmission.