# EXHIBIT B

| | |
|---|---|
| **From:** | Vanderwal, Amy E. |
| **To:** | Helen Chaitman |
| **Subject:** | RE: SIPC v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 - profit withdrawal proceedings |
| **Date:** | Tuesday, May 09, 2017 4:01:56 PM |

Helen – we will discuss and get back to you.

Thanks,
Amy

---

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Monday, May 08, 2017 6:58 PM
**To:** Vanderwal, Amy E.
**Subject:** RE: SIPC v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 - profit withdrawal proceedings

Amy: I have spoken to Robert Blecker and he has information relevant to his father's account. He will be available for a deposition in June. Please give me some dates that are convenient for you so that I can check with him regarding his schedule.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell: (908) 303-4568
Fax: (888) 759-1114