Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Anat Maytal

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>BERNARD GREENMAN MARITAL DEDUCTION TRUST,<br><br>GREENMAN FAMILY FOUNDATION, INC.,<br><br>PHYLLIS GREENMAN, individually, as Successor | Adv. Pro. No. 10-04479 (SMB) |

> Trustee and Beneficiary of the Bernard Greenman Marital Deduction Trust,
>
> LESTER GREENMAN, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust,
>
> JUDITH KATZ, individually and as Beneficiary of the Bernard Greenman Marital Deduction Trust, and
>
> STEWART KATZ, individually,
>
>           Defendants.

## AMENDED STIPULATION AND ORDER OF DISMISSAL

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Bernard Greenman Marital Deduction Trust (the "Greenman Trust" or "Defendant") and Stanley Greenman, Judith Katz and Lester Greenman, solely in their capacities as Co-Successor Trustees of the Greenman Trust (the "Co-Successor Trustees," and together with the Trustee and the Greenman Trust, collectively the "Parties"), by and through their counsel, FREJKA PLLC, hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against Defendants.

2. On April 17, 2014, the Greenman Trust served an answer on the Trustee.

3. On December 25, 2016, defendant Phyllis Greenman, Successor Trustee of the Greenman Trust died on December 25, 2016.

4. On January 4, 2017, Stanley Greenman, Lester Greenman, and Judith Katz were

2

appointed as Co-Successor Trustees of the Greenman Trust. They also serve as the nominated personal representatives of the Estate of Phyllis Greenman.

5. On March 1, 2017, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

6. On April 13, 2017, the Parties stipulated to a dismissal with prejudice of the Trustee's claims against the Greenman Trust and the Estate of Phyllis Greenman. *See* Stipulation and Order of Dismissal, entered on April 13, 2017 (ECF No. 51) (the "Trust Stipulation").

7. The Trust Stipulation did not formally dismiss with prejudice the Trustee's claims against Phyllis Greenman, the remaining named defendant in the adversary proceeding.

8. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Phyllis Greenman.

9. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

10. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of Page Left Intentionally Blank]*

Dated: July 27, 2017

| **BAKER & HOSTETLER LLP** | **FREJKA PLLC** |
|---|---|

By: /s/ *Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ *Elise S. Frejka*
135 East 57th Street – 6th Floor
New York, New York 10022
Telephone: (212) 641-0800
Facsimile: (212) 641-0820
Elise S. Frejka
Email: efrejka@frejka.com

*Attorneys for Defendants*

SO ORDERED

Dated: July 27, 2017__        __/s/ STUART M. BERNSTEIN_____
       New York, New York          HONORABLE STUART M. BERNSTEIN
                                   UNITED STATES BANKRUPTCY JUDGE

4