HOGAN LOVELLS US LLP
Benjamin J.O. Lewis
875 Third Avenue
New York, NY 10022
Telephone (212) 918-3000
Facsimile (212) 918-3100
*Attorneys for Defendants Barclays Bank*
*(Suisse) S.A., Barclays Bank S.A., and*
*Barclays Private Bank & Trust Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02569 (SMB) |
| v. | |
| BARCLAYS BANK (SUISSE) S.A., BARCLAYS BANK S.A., and BARCLAYS PRIVATE BANK & TRUST LIMITED, | |
| Defendants. | |

\\NY - 002685/000003 - 7862252 v1

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST IN THIS CASE

PLEASE TAKE NOTICE that Benjamin J.O. Lewis, associated with the law firm Hogan Lovells US LLP, hereby withdraws his appearance as counsel in the above-captioned actions for Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited (collectively, the "Barclays Defendants").

PLEASE TAKE FURTHER NOTICE that Benjamin J.O. Lewis requests that he be removed from any and all mailing matrices and service lists in the above-referenced matter on behalf of the Barclays Defendants.

This notice and request is precipitated by Mr. Lewis's departure from the firm of Hogan Lovells US LLP effective August 1, 2017. All other counsel of record at Hogan Lovells US LLP on behalf of the Barclays Defendants will remain the same.

Dated: August 1, 2017
New York, New York

                    Respectfully submitted,

                    By: ___/s/ Benjamin J.O. Lewis_____
                         Benjamin J.O. Lewis
                    **HOGAN LOVELLS US LLP**
                    875 Third Avenue
                    New York, NY 10022
                    Telephone (212) 918-3000
                    Facsimile (212) 918-3100
                    Ben.lewis@hoganlovells.com

                    *Attorneys for Defendants Barclays Bank*
                    *(Suisse) S.A., Barclays Bank S.A.,*
                    *and Barclays Private Bank & Trust Limited*

1