UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

ELEM/Youth in Distress in Israel, Inc., (the "Claimant"), having filed an Objection (ECF No. 440) to the Trustee's Notice of Determination of Claim with respect to Claimant's customer claims (#002772 and #002773), hereby gives notice that it withdraws such Objection.

Dated: August 7, 2017

/s/ Judith L. Spanier
Judith L. Spanier
**ABBEY SPANIER, LLP**
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191
e-mail: jspanier@abbeyspanier.com

*Attorneys for ELEM/Youth in Distress in Israel, Inc.*