**Baker & Hostetler LLP**                              **Presentment Date:  August 16, 2017**
45 Rockefeller Plaza                                   **Time:  12:00 p.m.**
New York, NY  10111
Telephone: (212) 589-4200                              **Objections Due:  August 16, 2017**
Facsimile:  (212) 589-4201                             **Time:  11:00 a.m.**
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                  Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                  Debtor. | |

**NOTICE OF PRESENTMENT OF TRUSTEE'S APPLICATION FOR AN
ORDER APPROVING THE RETENTION OF THE SCALETTA LAW FIRM, PLLC
AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF AUGUST 1, 2017**

   **PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the

substantively consolidated estate of Bernard L. Madoff, by the Trustee's undersigned counsel,

will present the an order approving the retention of The Scaletta Law Firm, PLLC as special

counsel *nunc pro tunc* as of August 1, 2017, a copy of which is annexed hereto as Exhibit B (the

1

"Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature

on **August 16, 2017 at 12:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the Order

("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy

Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting

party and state with specificity the basis of the objection(s) and the specific grounds therefore;

(iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy

Court for the Southern District of New York, with a proof of service, and a courtesy copy

delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New

York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the

Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and

(b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington,

DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **August 16, 2017 at**

**11:00 a.m.**

PLEASE TAKE FURTHER NOTICE, that in the event any Objections are timely

served and filed, the parties will contact the Courtroom Deputy for a hearing date and the

moving party will notify other parties entitled to receive notice.  The moving and objecting

parties are required to attend the hearing, and failure to attend in person or by counsel may result

in the relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE, that the ECF docket number to which the filing

relates shall be included in the upper right hand corner of the caption of all Objections.

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed

the proposed Order may be signed without a hearing.

Dated: New York, New York
      August 8, 2017                    By: */s/Nicholas J. Cremona*
                                    **BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

3