# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | |
| Plaintiff, | |
| v. | |
| DEFENDANTS LISTED ON EXHIBIT A, | |
| Defendants. | |

**[PROPOSED] ORDER AUTHORIZING THE CONTINUED
DEPOSITION OF BERNARD L. MADOFF ON DAY TWO TOPICS**

    **WHEREAS**, on August 24, 2016, this Court held a hearing and issued a bench ruling

approving the requests of the Participating Customers[1] to depose Bernard L. Madoff ("Madoff");

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Madoff Deposition Order.

**WHEREAS**, on September 29, 2016, this Court entered the Order Authorizing the Deposition of Bernard L. Madoff (the "Madoff Deposition Order," ECF No. 14213), permitting testimony on the Day 1 Deposition Topics;

**WHEREAS**, on December 20, 2016, the Participating Customers deposed Madoff on the Day 1 Deposition Topics;

**WHEREAS**, on January 19, 2017, this Court entered the Order Authorizing the Continued Deposition of Bernard L. Madoff (ECF No. 14905), permitting further testimony on the Day 1 Deposition Topics;

**WHEREAS**, the Participating Customers and the Trustee deposed Madoff on the Day 1 Deposition Topics on April 26 and April 27, 2017;

**WHEREAS**, the transcript of deposition held on April 26 and April 27, 2017 was received on May 10, 2017;

**WHEREAS**, pursuant to the Madoff Deposition Order ¶ C, counsel for the Trustee and/or the Participating Customers were permitted to file with the Court a request for a second deposition day, specifically identifying any proposed deposition topics;

**WHEREAS**, the Participating Customers who timely filed requests (the "Day 2 Deposition Requests") to participate in the continued deposition of Madoff are identified on Exhibit A annexed hereto (the "Day 2 Participants");

**WHEREAS**, on June 29, 2017, this Court held a hearing on the Day 2 Deposition Requests, adjourning the matter to July 26, 2017;

**WHEREAS**, on July 26, 2017, this Court held a continued hearing on the Day 2 Deposition Requests and considered all of the requests, objections, and arguments of counsel

2

raised at the hearings held on June 29 and July 26, 2017, and approved, in part, the Day 2

Deposition Requests to the extent set forth during the hearing held on July 26, 2017;

**IT IS HEREBY ORDERED THAT:**

The continued deposition of Madoff is authorized subject to the terms and limitations of

this Order.  The Day 2 Participants and the Trustee are authorized to inquire solely regarding the

following topics (the "Day 2 Deposition Topics"):

1. The statements contained in the Federal Bureau of Investigation form FD-302
   memorializing a proffer meeting with Bernard Madoff held on December 16, 2008;

2. The Day 2 Participants' accounts held with Bernard L. Madoff Investment Securities
   ("BLMIS"), or Bernard L. Madoff,  including the history of Day 2 Participants' accounts
   and the extent, if any, to which BLMIS or Madoff was directed to and did buy, sell and
   hold actual securities on behalf of the Day 2 Participants; and

3. Madoff's understanding of the reports and other information contained on the reels of
   microfilm produced by the Trustee to the Participating Customers in 2017 as shown in
   Exhibit B (microfilm reels produced in 2017), concerning whether Madoff or BLMIS
   used customer funds to purchase securities shown on the customer statements of the Day
   2 Participants or held such securities for his, or BLMIS', own account.

The following limitations and procedures are imposed on Madoff's deposition:

        A.      For each day of examination on the Day 2 Deposition topics, except for

any counsel that may appear on Madoff's behalf, two attorneys for the Trustee and two

attorneys for the Day 2 Participants may appear (collectively, "Authorized Counsel"); no

other appearances are authorized.

B.      Helen Davis Chaitman of Chaitman LLP is appointed lead representative counsel ("Lead Counsel") for the Day 2 Participants.

C.      Examination on the Day 2 Deposition Topics may take place over the course of four (4) days for a maximum of seven (7) hours per day, on dates as soon as practicable, but subject to the discretion of the warden of the Federal Correctional Institution located in Butner, North Carolina, as follows:

   i.      On the first and second day, the Day 2 Participants may inquire as to the Day 2 Deposition Topics, provided that the Trustee may inquire as to the Day 2 Deposition Topics as time permits on the first or second day;

   ii.     On the third day, counsel for the Trustee may inquire as to the Day 2 Deposition Topics and any other areas of cross-examination;

   iii.    On the fourth day, the Day 2 Participants may conduct re-direct, provided that the Trustee shall have adequate time for any additional cross-examination based on the Day 2 Participants' re-direct;

   iv.     The Trustee's counsel and counsel for the Day 2 Participants shall arrange with the court reporter for the rough transcript of each deposition day to be circulated to the Trustee's counsel and all counsel for the Day 2 Participants as soon as possible after each deposition day ends and no later than  8:00 pm eastern time on that deposition day.

D.      Authorized Counsel are prohibited, at any point during Madoff's deposition, from asking Madoff any questions beyond the scope of the Day 2 Deposition Topics, including any questions about (i) the Profit Withdrawal Litigation, and (ii) Jeffry M. Picower, Capital Growth Company, Decisions Inc., Favorite Funds, JA Primary

4

Limited Partnership, JA Special Limited Partnership, LAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLM Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower P.C., The Picower Foundation, The Picower Institute for Medical Research, The Trust f/b/o Gabrielle H. Picower, and Barbara Picower, individually, as Executor of the Estate of Jeffry M. Picower, as Trustee for The Picower Foundation and as Trustee of the Trust f/b/o Gabrielle H. Picower (collectively, the "Picower Parties") or their agents, or the Picower Parties' BLMIS accounts (other than as set forth in the transcript of hearing dated August 24, 2016 in this matter). To the extent Madoff testifies regarding the Picower Parties or their BLMIS accounts in responding to questions on any of the Day 2 Deposition Topics, any information specific to the Picower Parties' BLMIS accounts shall be redacted whenever practicable and Authorized Counsel may follow up with questions concerning the Picower Parties only to the extent that such follow up questions relate directly to the Day 2 Deposition Topics. However, Authorized Counsel may not use any testimony by Madoff regarding Picower or the Picower Parties to deviate from the Day 2 Deposition Topics, including but not limited to inquiring about Picower's conduct that is not directly related to the Day 2 Deposition Topics.

E.      In advance of the deposition, Chaitman LLP will provide a copy of this Order to Madoff.

F.      Absent further order of the Court, the deposition testimony of Madoff and the transcript(s) (the "Transcripts") thereof on the Day 1 and Day 2 Deposition Topics shall not be used by any person or entity for any reason as it relates to the Picower Parties, including but not limited to in any pending or future litigation that may be

brought against the estate of Jeffry M. Picower, the Picower Parties or their agents, or any related person or entity.

G.    The Transcripts for each day of Madoff's deposition shall remain confidential and under seal for twenty-one (21) days after the date that the final Transcript of each day of deposition testimony on the Day 2 Deposition Topics is provided to counsel to the Trustee, representative Lead Counsel for the Day 2 Participants, the Picower Parties and SIPC, or, if any party seeks to seal, strike or redact any portion of the Transcripts within the 21-day period, then solely as to that portion of the Transcript, the day after a final, non-appealable order is entered on such motion(s) (the "Confidentiality Period").    Each of the Transcripts shall automatically be re-designated as not confidential when the Confidentiality Period for each of the Transcripts expires, subject to any sealing, striking or redactions that the Court may have ordered.

H.    During the Confidentiality Period, the Transcripts and contents of Madoff's deposition may not be disclosed, except to Authorized Counsel and their retained experts, if any, for the Trustee, the Day 2 Participants, the Picower Parties and SIPC, all of whom, including the experts, shall maintain the confidentiality of the Transcripts and their contents and all of whom may file with the Court, under seal, requests to strike and/or redact any questions or answers in the Transcripts, including any testimony concerning (i) any topics other than the approved Day 2 Deposition Topics, (ii) profit withdrawal issues, as limited by Paragraph D above, (iii) the Picower Parties or their agents or related parties, or any BLMIS accounts held by or on behalf of any of the Picower Parties.

I.      Any requests on motions to strike and/or redact any part of Madoff's deposition Transcripts, and any responses thereto, shall be filed under seal pursuant to Section III.C of this Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means promulgated under Local Rule 5005-2, shall be served on counsel for the Trustee, the Day 2 Participants, the Picower Parties and SIPC at the time of filing under seal, and shall remain confidential during the Confidentiality Period.

J.      In the event that counsel for the Trustee, the Day 2 Participants, the Picower Parties or SIPC receives any request, subpoena or other process seeking disclosure of Madoff's deposition Transcripts or information related to Madoff's testimony during the Confidentiality Period, such counsel, within three business days thereof, shall notify the Court and counsel for the Trustee, the Day 2 Participants, the Picower Parties and SIPC of the subpoena or other request, and shall await direction from the Court before responding to such request, subpoena, or other process.

K.      The Participating Customers whose fact discovery closed under the case management order prior to July 7, 2016 (identified on Exhibit C attached hereto) and who failed to file a Day 2 Deposition request are not permitted to participate in Madoff's deposition and discovery in those cases shall be deemed closed from the entry of this Order.  As to the Day 2 Participants whose discovery is set to close on or after July 7, 2016, the Court extends fact discovery for the limited and sole purpose of taking Madoff's deposition.  Other than for that purpose, the deadlines in the applicable case management orders remain unchanged other than as set forth in the transcript of hearing dated June 29, 2017 in this matter.  Notwithstanding the dates set forth in the case management orders, counsel for the Trustee, the Day 2 Participants, the Picower Parties

7

and SIPC have the right to move the Court for further discovery based upon Madoff's testimony other than as set forth in the transcript of hearing dated June 29, 2017 in this matter.

L.      The Participating Customers who did not request Day 2 Deposition Topics are not permitted to participate in Madoff's Day 2 Deposition.

M.      After Mr. Madoff's deposition on the Day 2 Deposition Topics, no further testimony may be taken from Mr. Madoff on the Day 1 Deposition Topics or Day 2 Deposition Topics without further order of the Court.

N.      Once the testimony on Day 2 Deposition Topics is completed, there will be no additional testimony of Mr. Madoff unless the Court determines additional testimony is needed based on a demonstrated showing of need and relying on only those documents made available in discovery after the entry of this Order.

O.      This Court shall retain exclusive jurisdiction over the enforcement, implementation, and interpretation of this Order.

Dated:  New York, New York
        August ____, 2017

_____
**Hon. Stuart M. Bernstein**
**United States Bankruptcy Judge**

8

# EXHIBIT A

Exhibit A
Day 2 Participants

| Adv. Pro. No. | Case Name | Defense Counsel |
|---|---|---|
| 10-04292 | Robert Roman | Chaitman LLP |
| 10-04302 | Joan Roman | Chaitman LLP |
| 10-04321 | Herbert Barbanel, et al. | Chaitman LLP |
| 10-04327 | Gertrude E. Alpern RevocableTrust, et al. | Chaitman LLP |
| 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 10-04397 | Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended, et al. | Chaitman LLP |
| 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 10-04415 | Barbara J. Berdon | Dentons US LLP |
| 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 10-04469 | Carol L. Kamenstein, et al. | Chaitman LLP |
| 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP |
| 10-04487 | Estate of Audrey Weintraub, et al. | Chaitman LLP |
| 10-04503 | Judd Robbins | Chaitman LLP |
| 10-04541 | Kenneth W Perlman, et al. | Chaitman LLP |
| 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLP |
| 10-04614 | Robert S. Whitman | Chaitman LLP |
| 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP |
| 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 10-04728 | Bruno L. Digiulian | Chaitman LLP |
| 10-04748 | Mark Horowitz | Chaitman LLP |
| 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 10-04762 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. | Chaitman LLP |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | Chaitman LLP |
| 10-04806 | Kenneth M. Kohl, et al. | Chaitman LLP |
| 10-04809 | Edyne Gordon, et al. | Chaitman LLP |
| 10-04818 | Toby Harwood | Chaitman LLP |
| 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 10-04826 | Estate of Boyer Palmer, et al. | Chaitman LLP |
| I0-04861 | Harold J. Hein | Dentons US LLP |
| 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| I0-04882 | Laura E. Guggenheim er Cole | Dentons US LLP |
| I0-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 10-04931 | Estate of Muriel B. Cantor, et al. | Chaitman LLP |
| 10-04956 | Denis M. Castelli | Chaitman LLP |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, et al. | Chaitman LLP |
| 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 10-04995 | Trust u/art Fourth o/w/o Israel Wilenitz, et al. | Chaitman LLP |
| 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 10-05037 | Barbara L. Savin | Chaitman LLP |
| 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| I0-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. | Chaitman LLP |
| 10-05124 | The Lawrence J. Ryan and Therese R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| I0-05130 | Barbara Kotlikoff Harman | Chaitman LLP |

Exhibit A
Day 2 Participants

| Adv. Pro. No. | Case Name | Defense Counsel |
|---|---|---|
| 10-05133 | Fern C. Palmer, et al. | Chaitman LLP |
| 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| I0-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| I0-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 10-05209 | Lapin Children LLC | Dentons US LLP |
| 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 10-05257 | Edward A. Zraick, Jr., et al. | Hunton & Williams LLP |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| I0-05377 | Richard G. Eaton | Chaitman LLP |
| I0-05420 | Gunther K. Unflat | Chaitman LLP |
| I0-05435 | Keith Schaffer, et al. | Chaitman LLP |

# EXHIBIT B

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04275 | 1978 | Stock Record Summary 12/29/78 to 12/31/80 Roll # 75 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04274 | 1981 | Stock Record Jan 81 to Sept 81 Stock Record Special 3/81 to 9/81  Roll 20 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04276 | 1981 | Special Stock Record Summary 10/30/81 to 12/31/82 Roll 63 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04277 | 1981 | Stock Record Summary 10/30/81 to 12/31/82 Roll # 76 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04286 | 1982 | Roll 278 DUP Portfolio Management Report as of 12/31/82 to 12/31/85 | PMR |
| A04123 | 1983 | Stock Record Summary #17 1/31/83 to 12/30/83 Roll #224 ORIGNAL FILM | POSITIONS / STOCK RECORD / TRADING |
| A04124 | 1983 | Stock Record Summary #17 1/31/83 to 12/30/83 Roll #224 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04302 | 1983 | NBNA Bank Ledgers 1/31/83 to 12/31/85   No 3,00000'S Numbers     Roll 230 DUP | CUSTOMER LEDGER |
| A04304 | 1983 | NBNA Bank Ledgers 1/83 to 12/85  3-00000-1-2  3-00000-1-0   Roll # 231 DUP | CUSTOMER LEDGER |
| A04295 | 1983 | Form 1099 Acct 17 Year Ending 12/31/83 to 12/31/85 Roll 271 DUP | TAX |
| A04296 | 1983 | Form 1099 Acct 17 Year Ending 12/31/83 to 12/31/85 Roll 271 ORG | TAX |
| A04125 | 1983 | Special Stock Record Summary #17 1/31/83 to 12/30/83 Roll #204A ORIGINAL FILM | POSITIONS / STOCK RECORD / TRADING |
| A04126 | 1983 | Special Stock Record Summary #17 1/31/83 to 12/30/83 Roll #204A DUP | POSITIONS / STOCK RECORD / TRADING |
| A04132 | 1984 | Stock Record Summary #17 1/12/84 to 12/31/84 Roll 225 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04133 | 1984 | Stock Record Summary #17 1/12/84 to 12/31/84 Roll 225 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04130 | 1984 | Special Stock Record Summary #17 1/31/84 to 12/31/84 Roll 204-B DUP | POSITIONS / STOCK RECORD / TRADING |
| A04131 | 1984 | Special Stock Record Summary #17 1/31/84 to 12/31/84 Roll 204-B ORG | POSITIONS / STOCK RECORD / TRADING |
| A04268 | 1985 | Cash + Securities For Settlement #017 2/1/85 to 3/7/85 Roll 166 DUP | C+S |
| A04267 | 1985 | Cash + Securities For Settlement #017 1/2/85 to 1/30/85 Roll 165 DUP | C+S |
| A04269 | 1985 | Cash + Securities For Settlement #017 3/8/85 to 5/14/85 Roll 167 Dup | C+S |
| A04270 | 1985 | Cash + Securities For Settlement #017 11/19/85 to 12/31/85  DUP Roll 171 | C+S |
| A04294 | 1985 | Settled Trades #05 4/30/85 to 5/31/85 Original Film Roll #195 | POSITIONS / STOCK RECORD / TRADING |
| A04127 | 1985 | Special Stock Record Summary #17 1/31/85 to 12/31/85  Roll #205 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04129 | 1985 | Special Stock Record Summary 17 1/31/85 to 12/31/85 Roll #205 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04128 | 1985 | Stock Record Summary 17 1/2/85 to 12/31/85  Roll #226 ORG | POSITIONS / STOCK RECORD / TRADING |
| A03054 | 1985 | Bernard L. Madoff P & L 1985 & 1986 | P+L |

Exhibit B

Microfilm Reels Produced in 2017

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04139 | 1986 | Stock Record Summary #17 1/13/86 to 11/28/86  Roll 272 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04157 | 1986 | Stock Record Summary #17 1/13/86 to 11/28/86  Roll 272 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04140 | 1986 | Stock Record Summary #17 11/30/86 to 12/31/86  Roll 273 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04149 | 1986 | Special Stock Record Summary #17 1/31/86 to 12/31/86 Roll 274 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04156 | 1986 | Special Stock Record Summary #17 1/31/86 to 12/31/86 Roll 274 DUP | POSITIONS / STOCK RECORD / TRADING |
| A04305 | 1986 | Trade Edit & Trade Date Blotters #05 5/8/86 to 5/29/86 Roll 286 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04307 | 1986 | Trade Edit and Trade Date Blotters #05 5/30/86 to 6/20/86 Roll 287 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04309 | 1986 | Trade Edit and Trade Date Blotters #05 6/23/86 to 7/15/86 Roll 288 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04308 | 1986 | Trade Edit and Trade Date Blotters #05 8/7/86 to 8/28/86 Roll 290 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04159 | 1986 | Trade Edit and Trade Date Blotters #05  8/29/86 to 9/19/86 Roll 291 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04160 | 1986 | Trade Edit and Trade Date Blotters #05  9/22/86 to 10/10/86 Roll 292 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04161 | 1986 | Trade Edit and Trade Date Blotters #05  10/13/86 to 10/29/86 Roll 293 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04162 | 1986 | Trade Edit and Trade Date Blotters #05  10/30/86 to 11/13/86 Roll 294 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04163 | 1986 | Trade Edit and Trade Date Blotters #05  11/14/86 to 11/28/86 Roll 295 ORG | POSITIONS / STOCK RECORD / TRADING |
| A04234 | 1986 | Roll 298 Org Customers 1986 Cash & Securities 1987 Stock Borrow 1987 | C+S |
| A04178 | 1986 | Roll #861 1099 12/31/87 Tax Year End 1986 & Portfolio Special 1986-1987 | OTHER |
| A04223 | 1987 | Roll 285 Dup Brokers 87 Jan Oct 1987 | POSITIONS / STOCK RECORD / TRADING |
| A04222 | 1987 | Roll 286 Org Cash & Securities 1987 (Part 1) | C+S |
| A04221 | 1987 | Roll 287 Org Cash & Securities 1987 (Part 2) | C+S |
| A04220 | 1987 | Roll 290 Org Settle Date Blotters 11/2/87 - 11/13/87 | POSITIONS / STOCK RECORD / TRADING |
| A04219 | 1987 | Roll 299 Orig Reserve 5/8/87 - 11/6/87 Customrs 2/87 to 10/87 | POSITIONS / STOCK RECORD / TRADING |
| A04353 | 1987 | Roll 299 Org Trade Edit + Trade Date Blotters #05 1/2/87 to 1/12/87 | POSITIONS / STOCK RECORD / TRADING |
| A04354 | 1987 | Roll 300 Org Trade Edit + Trade Date Blotters #05 1/13/87 to 1/21/87 | POSITIONS / STOCK RECORD / TRADING |
| A04218 | 1987 | Roll 301 Org Edit lists Jan-Oct 87 | POSITIONS / STOCK RECORD / TRADING |
| A04355 | 1987 | Roll 301 Org Trade Edit + Trade Date Blotters 05 1/22/87 to 1/29/87 | POSITIONS / STOCK RECORD / TRADING |
| A04217 | 1987 | Roll 302 Org Daily Stock Record June 1987 | POSITIONS / STOCK RECORD / TRADING |

Exhibit B
Microfilm Reels Produced in 2017

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04356 | 1987 | Roll 315 Org Trade Edit + Trade Date Blotters #05 2/11/87 - 2/23/87 | POSITIONS / STOCK RECORD / TRADING |
| A04360 | 1987 | Roll 319 Org Trade Edit & Trade Date Blotters #05 4/7/87 to 4/16/87 | POSITIONS / STOCK RECORD / TRADING |
| A04361 | 1987 | Roll 320 Org Trade Edit + Trade Date Blotters #05 4/20/87 to 5/8/87 | POSITIONS / STOCK RECORD / TRADING |
| A04362 | 1987 | Roll #321 Org Trade Edit + Trade Date Blotters 5/11/87 to 5/22/87 | POSITIONS / STOCK RECORD / TRADING |
| A04122 | 1987 | Madoff Stock Records Summary Reg House 17  Roll 475 Dup 7/9/87 to 12/31/87 | POSITIONS / STOCK RECORD / TRADING |
| A04121 | 1987 | Madoff Stock Records Summary Reg Jan to Mar Roll 477 Dup Spec 1/31/87 to 12/31/87 | POSITIONS / STOCK RECORD / TRADING |
| A04120 | 1987 | Madoff Stock Records Summary Roll 478 Dup 4/16/87 to 6/30/87 Reg House 17 | POSITIONS / STOCK RECORD / TRADING |
| A03055 | 1987 | Bernard L. Madoff P & L 1987 & 1988 | P+L |
| A04340 | 1988 | Roll #294 Org Settle Date Blotters 1/12/88 - 1/20/88 | POSITIONS / STOCK RECORD / TRADING |
| A04343 | 1988 | Roll #297 Org Settle Date Blotters 4/13/88 - 4/25/88 | POSITIONS / STOCK RECORD / TRADING |
| A04344 | 1988 | Roll #300 org Report Blotters Settlement 2/10/88 - 2/29/88 | POSITIONS / STOCK RECORD / TRADING |
| A04233 | 1988 | Roll #353 Org Daily Audit 1/4/88 - 1/8/88 | POSITIONS / STOCK RECORD / TRADING |
| A04205 | 1988 | Roll #354 Org Daily Audit 1/12/88 - 1/19/88 | POSITIONS / STOCK RECORD / TRADING |
| A04207 | 1988 | Roll #355  Org Daily Audit 1/22/88 - 1/27/88 | POSITIONS / STOCK RECORD / TRADING |
| A04206 | 1988 | Roll 356 Org Daily Audit 1/28/88 - 2/18/88 | POSITIONS / STOCK RECORD / TRADING |
| A04250 | 1988 | Roll 357 Org Daily Audit 2/19/88 - 2/26/88 | POSITIONS / STOCK RECORD / TRADING |
| A04257 | 1988 | Roll 363 Org Daily Audit 4/6/88 - 4/14/88 | POSITIONS / STOCK RECORD / TRADING |
| A04256 | 1988 | Roll # 364 Org Daily Audit 4/15/88 - 4/20/88 | POSITIONS / STOCK RECORD / TRADING |
| A04255 | 1988 | Roll 365 Org Daily Audit 4/21/88 - 4/27/88 | POSITIONS / STOCK RECORD / TRADING |
| A04254 | 1988 | Roll 366 Org Daily Audit 2/2/88 - 2/8/88 | POSITIONS / STOCK RECORD / TRADING |
| A04253 | 1988 | Roll 367 Org Daily Audit 2/9/88 - 2/12/88 | POSITIONS / STOCK RECORD / TRADING |
| A04249 | 1988 | Roll 370 Org DA 4/28/88 - 5/2/88 | POSITIONS / STOCK RECORD / TRADING |
| A04204 | 1988 | Roll 371 Org Bernard L. Madoff Daily Audit 5/3/88 - 5/5/88 | POSITIONS / STOCK RECORD / TRADING |
| A04252 | 1988 | Roll 372 Org Daily Audit 5/6/88 - 5/10/88 | POSITIONS / STOCK RECORD / TRADING |
| A04251 | 1988 | Roll 373 Org Daily Audit 5/11/88 - 5/13/88 | POSITIONS / STOCK RECORD / TRADING |
| A04179 | 1988 | Roll 374 Org Daily Audit 5/16/88 - 5/18/88 | POSITIONS / STOCK RECORD / TRADING |

Exhibit B

Microfilm Reels Produced in 2017

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04180 | 1988 | Roll 375 Org Daily Audit 5/19/88 - 5/23/88 | POSITIONS / STOCK RECORD / TRADING |
| A04181 | 1988 | Roll 376 Org Daily Audit 5/24/88 - 5/26/88 | POSITIONS / STOCK RECORD / TRADING |
| A04182 | 1988 | Roll #377 Org Daily Audit 5/27/88 - 6/1/88 | POSITIONS / STOCK RECORD / TRADING |
| A04323 | 1988 | Roll 378 Org Daily Audit  6/2/88 - 6/3/88 Bernard L. Madoff | POSITIONS / STOCK RECORD / TRADING |
| A04266 | 1988 | Roll 379 Org Daily Audit  6/6/88 - 6/7/88 Bernard L. Madoff | POSITIONS / STOCK RECORD / TRADING |
| A04265 | 1988 | Roll 380 Org Daily Audit  6/8/88 - 6/13/88 Bernard L. Madoff | POSITIONS / STOCK RECORD / TRADING |
| A04264 | 1988 | Roll 381 Org Daily Audit 6/14/88 - 6/17/88 | POSITIONS / STOCK RECORD / TRADING |
| A04263 | 1988 | Roll 382 Org Daily Audit 6/20/88 - 6/23/88 | POSITIONS / STOCK RECORD / TRADING |
| A04261 | 1988 | Roll 383 Org Daily Audit 6/24/88 - 6/29/88 | POSITIONS / STOCK RECORD / TRADING |
| A04260 | 1988 | Roll 384 Org Daily Audit 6/30/88 - 7/8/88 | POSITIONS / STOCK RECORD / TRADING |
| A04259 | 1988 | Roll 385 Daily Audit 7/11/88 - 7/14/88 | POSITIONS / STOCK RECORD / TRADING |
| A04258 | 1988 | Roll 386 Org Daily Audit 7/5/88 - 7/6/88 | POSITIONS / STOCK RECORD / TRADING |
| A04262 | 1988 | Roll 387 Org Daily Audit 7/15/88 - 7/19/88 | POSITIONS / STOCK RECORD / TRADING |
| A04324 | 1988 | Roll 388 Org Daily Audit DA 7/20/88 - 7/25/88 Bernard L. Madoff | POSITIONS / STOCK RECORD / TRADING |
| A04325 | 1988 | Roll 389 DA Org 7/26/88 - 7/29/88 Bernard L. Madoff | POSITIONS / STOCK RECORD / TRADING |
| A04326 | 1988 | Roll 390 Org DA 8/1/88-8/4/88 Bernard L. Madoff | POSITIONS / STOCK RECORD / TRADING |
| A04327 | 1988 | Roll 391 Org DA 8/5/88 - 8/8/88 Bernard L. Madoff | POSITIONS / STOCK RECORD / TRADING |
| A04352 | 1988 | Roll #392 DA 8/9/88 - 8/11/88 | POSITIONS / STOCK RECORD / TRADING |
| A04351 | 1988 | Roll #393 Org DA 8/12/88 - 8/17/88 | POSITIONS / STOCK RECORD / TRADING |
| A04350 | 1988 | Roll #394 Org DA 8/18/88 - 8/23/88 | POSITIONS / STOCK RECORD / TRADING |
| A04349 | 1988 | Roll #395 Org. 8/24/88 - 8/31/88 | POSITIONS / STOCK RECORD / TRADING |
| A04348 | 1988 | Roll #396 Org DA 9/1/88 - 9/8/88 | POSITIONS / STOCK RECORD / TRADING |
| A04347 | 1988 | Roll #397 Org 9/8/88 - 9/9/88 | POSITIONS / STOCK RECORD / TRADING |
| A04346 | 1988 | Roll #399 Org 9/14/88 - 9/15/88 Daily Audit | POSITIONS / STOCK RECORD / TRADING |
| A04345 | 1988 | Roll #400 Org 9/16/88 - 9/19/88 | POSITIONS / STOCK RECORD / TRADING |

Exhibit B

Microfilm Reels Produced in 2017

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04248 | 1988 | Roll #402 Orig Daily Activity 8/26/88 - 9/26/88 | POSITIONS / STOCK RECORD / TRADING |
| A04247 | 1988 | Roll #403 Orig Daily Activity 9/27/88 - 9/30/88 | POSITIONS / STOCK RECORD / TRADING |
| A04246 | 1988 | Roll #404 Org Daily Activity 10/3/88 - 10/6/88 | POSITIONS / STOCK RECORD / TRADING |
| A04245 | 1988 | Roll 405 Org Daily Activity 10/7/88 - 10/12/88 | POSITIONS / STOCK RECORD / TRADING |
| A04244 | 1988 | Roll 406 Org Daily Activity 10/13/88 - 10/17/88 | POSITIONS / STOCK RECORD / TRADING |
| A04328 | 1988 | Roll #407  Org Daily Activity 10/18/88 - 10/21/88 | POSITIONS / STOCK RECORD / TRADING |
| A04330 | 1988 | Roll #408  Org Daily Activity 10/24/88 - 10/27/88 | POSITIONS / STOCK RECORD / TRADING |
| A04332 | 1988 | Roll #409  Org Daily Activity 10/28/88 - 11/2/88 | POSITIONS / STOCK RECORD / TRADING |
| A04331 | 1988 | Roll #410  Org Daily Activity 11/3/88 - 11/8/88 | POSITIONS / STOCK RECORD / TRADING |
| A04329 | 1988 | Roll #411  Org Daily Activity 11/9/88 - 11/14/88 | POSITIONS / STOCK RECORD / TRADING |
| A04334 | 1988 | Roll #413  Org Daily Activity 11/21/88 - 11/25/1988 | POSITIONS / STOCK RECORD / TRADING |
| A04335 | 1988 | Roll #414  Org Daily Activity 11/28/88 - 12/1/1988 | POSITIONS / STOCK RECORD / TRADING |
| A04231 | 1988 | Roll #420 Org Daily Activity 1/3/88 - 1/5/88 | POSITIONS / STOCK RECORD / TRADING |
| A04227 | 1988 | Roll #421  Org Daily Activity 1/6/88 - 1/10/88 | POSITIONS / STOCK RECORD / TRADING |
| A04194 | 1988 | Madoff #843 Customer Ledgers Jan 88 to Feb 88 | CUSTOMER LEDGER |
| A04195 | 1988 | Madoff # 844 Customer Ledgers march 88 to April 88 | CUSTOMER LEDGER |
| A04196 | 1988 | Madoff #845 Customer Ledgers May 88 to June 88 | CUSTOMER LEDGER |
| A04197 | 1988 | Madoff # 846 Customer Ledgers July 88 to August 88 | CUSTOMER LEDGER |
| A04198 | 1988 | Madoff #847 Customer Ledgers Sept 88 to Oct 88 | CUSTOMER LEDGER |
| A04199 | 1988 | Madoff #848 Customer Ledgers Nov 88 to Dec 88 | CUSTOMER LEDGER |
| A01183 | 1988 | Madoff Roll 858 Stock Record Summary April 1988 - March 1988 | POSITIONS / STOCK RECORD / TRADING |
| A04184 | 1988 | Roll #858 Stock Record Summary April 1988 to March 1988 (Regular) | POSITIONS / STOCK RECORD / TRADING |
| A01185 | 1988 | Madoff Roll 859 Stock Record Summary Sept 1988 to Dec 1988 | POSITIONS / STOCK RECORD / TRADING |
| A04183 | 1988 | Roll #859 Stock Record  Summary Sept 1988 to Dec 1988 Regular | POSITIONS / STOCK RECORD / TRADING |
| A01193 | 1988 | Madoff Special Stock Record Summary Roll 860 Jun-Jul 1988 - Aug-Dec 1989 | POSITIONS / STOCK RECORD / TRADING |
| A04200 | 1988 | Roll #860 Stock Record Summary Jan-July 1988 Aug 1989 - Dec 1989 Special | POSITIONS / STOCK RECORD / TRADING |
| A01184 | 1988 | Madoff Roll 862 Year End 1988, Stock Record Summary Oct Nov, Dec 1988 Stock Record Summary July 1988 to Aug 1988 | POSITIONS / STOCK RECORD / TRADING |

Exhibit B
Microfilm Reels Produced in 2017

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04235 | 1988 | Roll # 862 Madoff Year End 1988, Stock Record Summary (Spec) Oct, Nov, Dec, 1988, Stock Record Summary July-Aug 1988 | POSITIONS / STOCK RECORD / TRADING |
| A01728 | 1988 | Bernard L. Madoff Roll #3400   Open Long Position by Stock 01/1988 | POSITIONS / STOCK RECORD / TRADING |
| A01706 | 1988 | Bernard L. Madoff #3468   Open Long Position by Stock 05/1988 2 of 2 Duplicate | POSITIONS / STOCK RECORD / TRADING |
| A01746 | 1988 | Bernard L. Madoff #3615  Abbr. Open Long Position By Cust. 1/98 to 12/98 DUPLICATE | POSITIONS / STOCK RECORD / TRADING |
| A03057 | 1988 | Bernard L. Madoff Customer Order Type Analys 89-90 Broker Volume Comm Report 88-91 | POSITIONS / STOCK RECORD / TRADING |
| A04237 | 1989 | Roll #422  Org Daily Activity 1/11/89 - 1/16/89 | POSITIONS / STOCK RECORD / TRADING |
| A01192 | 1989 | Daily Activity 1/17/89 - 1/20/89 Roll #423 Org | POSITIONS / STOCK RECORD / TRADING |
| A01195 | 1989 | Madoff Stock Record Summary Aug 89 to Jan 89 Roll #856 (Special) | POSITIONS / STOCK RECORD / TRADING |
| A04202 | 1989 | Roll #856 Stock Record Summary Aug 89 to Jan 89 (Special) | POSITIONS / STOCK RECORD / TRADING |
| A01196 | 1989 | Madoff Stock Record Summary Jan 89 - Aug 89 Roll 857  Reg Aug-Dec 89 Special Jan-Jul 89 | POSITIONS / STOCK RECORD / TRADING |
| A04201 | 1989 | Roll #857 Stock Record Summary Jun 89 - Aug 89 Special Jan -> July 89 | POSITIONS / STOCK RECORD / TRADING |
| A01194 | 1989 | Bernard L. Madoff Regular Stock Record Jan-July 1989 #865 | POSITIONS / STOCK RECORD / TRADING |
| A04203 | 1989 | #865 Regular Stock Record Summary January to July 1989 | POSITIONS / STOCK RECORD / TRADING |
| A03063 | 1989 | Bernard L. Madoff P & L 1989 | P+L |
| A01217 | 1990 | May-Jun  Sept-June  Oct-Nov  Madoff Roll #1479 Dec is on Roll 1480  Open Long Position Report by Stock January to November 1990 Original | POSITIONS / STOCK RECORD / TRADING |
| A04225 | 1990 | Roll # 1479 Dup Open Long Position Report by Stock January to November 1990 Dec is on roll 1480 | POSITIONS / STOCK RECORD / TRADING |
| A01214 | 1990 | Bernard L. Madoff Roll #1480 Open Long Position Report by Customer January to December 1990 Duplicate. Feb missing. NOTE: Open Report Long Position By Stock for 12/90 is likely on this media as well. | POSITIONS / STOCK RECORD / TRADING |
| A04186 | 1990 | Madoff #1480 Feb Missing Open Long Position Report by Customer January + December 1990 | POSITIONS / STOCK RECORD / TRADING |
| A01215 | 1990 | Madoff #1481 Special Stock Record January to December 1990 Original | POSITIONS / STOCK RECORD / TRADING |
| A04185 | 1990 | Madoff #1481 Special Stock Record January-December 1990 Duplicate | POSITIONS / STOCK RECORD / TRADING |
| A04226 | 1990 | Madoff # 1482 original  Regular Stock Record January to December 1990 | POSITIONS / STOCK RECORD / TRADING |
| A01212 | 1990 | Bernard L. Madoff Roll # 1483 End of Year Portfolio 1990 Group Buying 1990 | OTHER |

Exhibit B
Microfilm Reels Produced in 2017

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04224 | 1990 | madoff # 1483  Original End of Year Portfolio 1990 Group Buying 1990 | POSITIONS / STOCK RECORD / TRADING |
| A04364 | 1991 | # 1716  Cust Ledger Jan A-Z 1991 | CUSTOMER LEDGER |
| A04365 | 1991 | # 1717  Cust ledger Feb A-Z 1991 | CUSTOMER LEDGER |
| A04367 | 1991 | # 1719 Orig Cust ledger April A-Z 1991 | CUSTOMER LEDGER |
| A04368 | 1991 | # 1720 Dup Cust ledger May A-Z 1991 | CUSTOMER LEDGER |
| A04369 | 1991 | # 1721 Orig Cust Ledger June A-Z 1991 | CUSTOMER LEDGER |
| A04370 | 1991 | # 1722 Orig Cust. Ledger July A-Z 1991 | CUSTOMER LEDGER |
| A04371 | 1991 | # 1723 Orig Cust ledger Aug Z-A 1991 | CUSTOMER LEDGER |
| A04372 | 1991 | # 1724 Orig Cust Ledger Sept A-Z 1991 | CUSTOMER LEDGER |
| A04373 | 1991 | # 1725 Orig Cust Ledger Oct A-Z 1991 | CUSTOMER LEDGER |
| A04374 | 1991 | # 1726 Orig Cust Ledger Nov A-Z 1991 | CUSTOMER LEDGER |
| A04316 | 1991 | # 1727 Orig Customer Ledger Dec A-Z 1991 | CUSTOMER LEDGER |
| A01204 | 1991 | Madoff Abbreviated Portfolio 5-12/91    Portfolio Transactions 1-12/91    Portfolio Management Report 1-7/91    Group Buying Power 1-12/92   #1728 DUP | PMR / PMT |
| A01210 | 1991 | Madoff Portfolio Management Jan-Dec 1991 #1729 Dup | PMR |
| A01205 | 1991 | Madoff #1730 Open Long Position By Cust Jan - Dec 1991 Orig | POSITIONS / STOCK RECORD / TRADING |
| A04388 | 1991 | # 1730 Dup open Long Position by Cust Jan-Dec 1991 | POSITIONS / STOCK RECORD / TRADING |
| A01208 | 1991 | Madoff Open Long Position By Stock Jan-Dec1991 #1731 Dup | POSITIONS / STOCK RECORD / TRADING |
| A04386 | 1991 | # 1731 Open Long Position by Stock Jan-Dec 1991 | POSITIONS / STOCK RECORD / TRADING |
| A01209 | 1991 | Madoff Spec. Stock Record Jan-Dec 1991 #1732 Orig | POSITIONS / STOCK RECORD / TRADING |
| A04387 | 1991 | # 1732 Dup Spec Stock Request Jan-Dec 1991 | POSITIONS / STOCK RECORD / TRADING |
| A01206 | 1991 | Madoff Reg. Stock Record. Jan-Dec 1991 #1733 Orig | POSITIONS / STOCK RECORD / TRADING |
| A04389 | 1991 | # 1733 Dup Reg Stock Record Jan-Dec 1991 | POSITIONS / STOCK RECORD / TRADING |
| A03060 | 1991 | Bernard L. Madoff Jan to July 1991 P & L | P+L |
| A04319 | 1992 | # 1837 Customer Ledger JAN 92 | CUSTOMER LEDGER |
| A04377 | 1992 | # 1838 Customer Ledger Feb 1992 | CUSTOMER LEDGER |
| A04378 | 1992 | # 1839 Customer Ledger March 1992 | CUSTOMER LEDGER |
| A04379 | 1992 | # 1840 Customer Ledger April 1992 | CUSTOMER LEDGER |
| A04380 | 1992 | # 1841 Customer Ledger May 1992 | CUSTOMER LEDGER |
| A04381 | 1992 | # 1842 Customer Ledger June 1992 | CUSTOMER LEDGER |
| A04384 | 1992 | # 1843 Customer Ledger July 1992 | CUSTOMER LEDGER |
| A04363 | 1992 | # 1844 Customer Ledger August 1992 | CUSTOMER LEDGER |
| A04322 | 1992 | # 1845 Customer Ledger September 1992 | CUSTOMER LEDGER |
| A04321 | 1992 | # 1846 Customer Ledger October 1992 | CUSTOMER LEDGER |
| A04382 | 1992 | # 1847 Customer Ledger November 1992 | CUSTOMER LEDGER |
| A04383 | 1992 | # 1848 Customer Ledger December 1992 | CUSTOMER LEDGER |
| A01174 | 1992 | Bernard L. Madoff Reg Stock Record Jan to Nov 1992 #1849 | POSITIONS / STOCK RECORD / TRADING |

Exhibit B
Microfilm Reels Produced in 2017

| BARCODE NO. | Year | BLMIS BOX LABEL INFO | DOCUMENT/REPORT TYPE |
|---|---|---|---|
| A04313 | 1992 | # 1849 Reg Stock Record Jan to Nov 92 | POSITIONS / STOCK RECORD / TRADING |
| A04315 | 1992 | # 1850 Reg Stock Record Nov to Dec 92 Special Stock Record Jan to Oct 92 | POSITIONS / STOCK RECORD / TRADING |
| A01176 | 1992 | Bernard L. Madoff #1851 Open Long Position By Stock Jan to Dec 1992 | POSITIONS / STOCK RECORD / TRADING |
| A04314 | 1992 | # 1851 Open Long Position By Stock Jan to Dec 1992 | POSITIONS / STOCK RECORD / TRADING |
| A01178 | 1992 | Bernard L. Madoff #1852 Open Long Position By Cust Jan to Oct 1992 | POSITIONS / STOCK RECORD / TRADING |
| A04376 | 1992 | # 1852 Open Long Position by Cust. Jan to Oct 1992 | POSITIONS / STOCK RECORD / TRADING |
| A01177 | 1992 | Bernard L. Madoff #1853 Open Long Position By Cust 11/92 to 12/92 ABB Port Mgmt. Match to Dec 92 | PMR / OTHER |
| A04375 | 1992 | # 1853 Open Long by Cust 11/92 to 12/92 ABB Port mgmt. March to Dec 92 | PMR / OTHER |
| A04320 | 1992 | # 1854 Portfolio Mgmt. January to May 92 | PMR |
| A04318 | 1992 | # 1855 Portfolio Mgmt June to December 92 | PMR |
| A04385 | 1992 | # 1856 Port Transaction Jan to Dec 92 Arb. Port. Trans 11-12/92 Group Buying | PMT / OTHER |
| A01175 | 1992 | Bernard L. Madoff Reg Stock Record Nov to Dec 1992 Special Stock Record Jan to Oct 1992 | POSITIONS / STOCK RECORD / TRADING |
| A04232 | 1998 | #864 1988 Year to Date Portfolio | OTHER |

# EXHIBIT C

Exhibit C
Discovery Closed Prior To July 7, 2016

| No. | Adv. Pro. No. | Defendants | Counsel | Fact Discovery Completion Deadline |
|-----|---------------|------------|---------|-----------------------------------|
| 1 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP | March 5, 2015 |
| 2 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP | October 9, 2015 |
| 3 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP | October 19, 2012 |
| 4 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP | March 26, 2015 |
| 5 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP | April 30, 2015 |