UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br>    v.<br><br>DEFENDANTS REPRESENTED BY CHAITMAN LLP<br><br>        Defendants. | |

**STIPULATION AND ORDER**

      Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the estate of Bernard L. Madoff, and Defendants represented by Chaitman LLP, by and through their respective undersigned counsel (collectively, the "Parties"), hereby stipulate and agree to the following:

1.  With the exception of Adv. Pro. Nos. 10-04377, 10-04658, and 10-04898, the service deadlines for expert reports served by any party in all adversary proceedings represented by Chaitman LLP (the "Applicable Chaitman Cases") will be determined and ordered by this Court following the completion of the Deposition of Bernard L. Madoff.

2.  Until further addressed by the Court, all other deadlines in the operative case management notices for the Applicable Chaitman Cases are hereby held in abeyance.

3.  Notwithstanding the terms of paragraph 2, the Parties reserve their rights with respect to the operative case management notices for the Applicable Chaitman Cases.

| | |
|---|---|
| **CHAITMAN LLP** | **BAKER & HOSTETLER LLP** |
| By: */s/ Helen Davis Chaitman* <br> Helen Davis Chaitman <br> 465 Park Avenue <br> New York, New York 10022 <br> Telephone: (888) 759-1114 <br><br> *Attorneys for Defendants* | By: */s/ Nicholas J. Cremona* <br> David J. Sheehan, Esq. <br> Email: dsheehan@bakerlaw.com <br> Nicholas J. Cremona, Esq. <br> Email: ncremona@bakerlaw.com <br> 45 Rockefeller Plaza <br> New York, NY 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

SO ORDERED

Dated: August 9th 2017
　　　New York, New York

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

2