|    | Adv. Pro. No. | Defendants represented by Chaitman LLP |
|----|---------------|----------------------------------------|
| 1  | 10-04292 | Robert Roman |
| 2  | 10-04302 | Joan Roman |
| 3  | 10-04321 | Herbert Barbanel, et al. |
| 4  | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. |
| 5  | 10-04352 | RAR Entrepreneurial Fund, Ltd. and Russell Oasis |
| 6  | 10-04367 | Benjamin T. Heller |
| 7  | 10-04377 | Carol Nelson, and Stanley Nelson |
| 8  | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/91, as amended, et al. |
| 9  | 10-04428 | Allen Meisels |
| 10 | 10-04438 | Estate of Seymour Epstein, et al. |
| 11 | 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, et al. |
| 12 | 10-04469 | Carol L. Kamenstein, et al. |
| 13 | 10-04487 | Estate of Audrey Weintraub, et al. |
| 14 | 10-04489 | Marlene Krauss |
| 15 | 10-04491 | Elaine Dine Living Trust Dated 5/12/06 and Elaine Dine |
| 16 | 10-04503 | Judd Robbins |
| 17 | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 18 | 10-04541 | Felice J. Perlman and Sanford S. Perlman |
| 19 | 10-04545 | Jerome Goodman. et al. |
| 20 | 10-04562 | Robert F. Ferber |
| 21 | 10-04570 | Jacob M. Dick Rev Living Trust Dtd 4/6/01, et al.. |
| 22 | 10-04610 | The Whitman Partnership, et al. |
| 23 | 10-04614 | Robert S. Whitman |
| 24 | 10-04621 | Donald A. Benjamin |
| 25 | 10-04644 | Russell L. Dusek |
| 26 | 10-04648 | Peter D. Kamenstein |
| 27 | 10-04655 | Jaffe Family Investment Partnership and Bruce Jaffe |
| 28 | 10-04658 | Carol Nelson |
| 29 | 10-04669 | Zieses Investment Partnership, et al. |
| 30 | 10-04709 | Andrew M. Goodman |
| 31 | 10-04712 | Sharon Popkin |
| 32 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. |
| 33 | 10-04728 | Bruno L. DiGiulian |
| 34 | 10-04740 | Robert Hirsch and Lee Hirsch |
| 35 | 10-04748 | Mark Horowitz, individually and as a joint tenant |
| 36 | 10-04749 | Philip F. Palmedo |
| 37 | 10-04752 | Kuntzman Family LLC, et al. |
| 38 | 10-04753 | Carla Ginsburg |
| 39 | 10-04762 | Estate of James M. Goodman and Audrey M. Goodman |
| 40 | 10-04768 | Placon2, et al.. |
| 41 | 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. |
| 42 | 10-04803 | The Estelle Harwood Family Limited Partnership, et al. |
| 43 | 10-04806 | Kenneth M. Kohl and Myrna L. Kohl |
| 44 | 10-04809 | Edyne Gordon |
| 45 | 10-04818 | Toby Harwood |

|    | Adv. Pro. No. | Defendants represented by Chaitman LLP |
|----|---------------|----------------------------------------|
| 46 | 10-04823 | Frank Difazio and Carol Difazio |
| 47 | 10-04826 | Estate of Boyer Palmer, et al. |
| 48 | 10-04837 | Leslie Ehrlich, F/K/A Leslie Harwood, And Stephen Ehrlich |
| 49 | 10-04867 | Estate of Steven I. Harnick, et al. |
| 50 | 10-04889 | Robert S. Savin |
| 51 | 10-04898 | Helene Saren-Lawrence |
| 52 | 10-04905 | Train Klan, a Partnership, et al. |
| 53 | 10-04912 | Harry Smith Revocable Living Trust, and Laura Ann Smith |
| 54 | 10-04914 | Edyne Gordon |
| 55 | 10-04920 | Glenhaven Limited, et al. |
| 56 | 10-04956 | Denis M. Castelli |
| 57 | 10-04961 | Sylvan Associates LLC, et al. |
| 58 | 10-04979 | James M. New Trust Dtd 3/19/01, et al. |
| 59 | 10-04991 | Guiducci Family Limited Partnership, et al. |
| 60 | 10-04995 | Trust U/ART fourth O/W/O Israel Wilenitz, et al. |
| 61 | 10-05026 | Walter Freshman Revocable Trust A, et al. |
| 62 | 10-05037 | Barbara L. Savin |
| 63 | 10-05079 | Estate of James M. Goodman and Audrey M. Goodman |
| 64 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. |
| 65 | 10-05116 | Leonard J. Oguss Trust, et al. |
| 66 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 67 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, et al. |
| 68 | 10-05128 | JABA Associates LP, et al. |
| 69 | 10-05133 | Fern C. Palmer, et al. |
| 70 | 10-05150 | Plafsky Family LLC Retirement Plan, et al. |
| 71 | 10-05151 | Palmer Family Trust, et al. |
| 72 | 10-05157 | The Harnick Brothers Partnership, et al. |
| 73 | 10-05184 | Laura Ann Smith Revocable Living Trust and Laura Ann Smith |
| 74 | 10-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. |
| 75 | 10-05312 | Doron Tavlin Turst U/A 2/4/91, et al. |
| 76 | 10-05377 | Richard G. Eaton |
| 77 | 10-05420 | Gunther K. Unflat and Margaret Unfla |
| 78 | 10-05435 | Keith Schaffer, Jeffrey Schaffer, and Donna Schaffer |