Presentment Date: August 11, 2017 at 5:00pm
Objection Deadline: August 11, 2017 at 4:30pm

DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Customers listed on the attached exhibit*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ON SEPTEMBER 29 ORDER,<br><br>　　　　　　　　　　Defendants. | |

**DENTONS US LLP'S LIMITED OBJECTION TO TRUSTEE'S PROPOSED ORDER AUTHORIZING THE CONTINUED DEPOSITION OF BERNARD L. MADOFF ON DAY TWO TOPICS**

Dentons US LLP ("Dentons"), counsel to Participating Customers, submits this limited objection to the Trustee's Proposed Order Authorizing the Continued Deposition of Bernard L. Madoff on Day Two Topics (the "Proposed Order") and respectfully states as follows:

1. Dentons' has no objection to the procedures in the Proposed Order except to the extent that it limits the Participating Customers to those Dentons' clients listed on Exhibit A to the Proposed Order (Proposed Order - Paragraph K ). Dentons represents ten other BLMIS customers in cases where discovery had not closed by July 7, 2016. These customers should be allowed to participate in the Day Two deposition of Bernard Madoff. The complete list of Dentons' customers in that category is attached hereto as Exhibit A.

2. The basis for seeking to expand the list to include the other Dentons' customers is simple. Because the first request for Madoff's deposition focused on the early trading for customers by BLMIS, the original list of Participating Customers submitted by Dentons included only those customers whose accounts dated back to the 1980's. However, Madoff's testimony in the latest round of questioning was that he held securities (U.S. Treasury Securities) in at least four brokerage accounts that were purchased with customer funds through 2008. These securities appear to match securities listed on the customer statements for 2007, as tested by Dentons. Dentons believes that the list of Participating Customers should be expanded to include the Dentons' customers on the attached list for questions with respect to trading and/or allocation of securities to their accounts.

3. Based upon the above, Dentons requests that the Court permit the customers on the attached list to participate in the Day Two depositions in accordance with the provisions of the Proposed Order.

2

| | |
|---|---|
| Dated: August 10, 2017<br>New York, New York | DENTONS US LLP<br><br>By: */s/ Carole Neville*<br>Carole Neville<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>carole.neville@dentons.com<br><br>*Attorneys for Customers list on the attached exhibit* |

3

104547553\V-1

**DENTONS US LLP**

| DEFENDANTS | ADVERSARY PROCEEDING NO. |
|---|---|
| *HAROLD J. HEIN | 10-04861 (SMB) |
| *BARBARA J. BERDON | 10-04415 (SMB) |
| SIDNEY COLE | 10-04672 (SMB) |
| THE FREDERICA RIPLEY FRENCH REVOCABLE TRUST, *et al.* | 10-05424 (SMB) |
| ALVIN GINDEL REVOCABLE TRUST, ALVIN GINDEL | 10-04925 (SMB) |
| ROSE GINDEL TRUST, ROSE GINDEL, *et al.* | 10-04401 (SMB) |
| *TOBY T. HOBISH, as an individual and as trustee, *et al.* | 10-05236 (SMB) |
| *LAPIN CHILDREN LLC | 10-05209 (SMB) |
| STANLEY T. MILLER | 10-04921 (SMB) |
| NEIL REGER PROFIT SHARING KEOGH, NEIL REGER | 10-05384 (SMB) |
| EUGENE J. RIBAKOFF 2006 TRUST, *et al.* | 10-05085 (SMB) |
| BARRY WEISFELD | 10-04332 (SMB) |
| JAMES GREIFF | 10-04357 (SMB) |
| AMERICAN ISRAEL CULTURAL FOUNDATION | 10-05058 (SMB) |

\*  Listed on Exhibit of Participating Customers

## **CERTIFICATE OF SERVICE**

I, hereby certify that a true and accurate copy of the following was served this 10th day of August, 2017 by electronic mail and as further described below upon the following:

**By Hand Delivery**
Nicholas J. Cremona
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Telephone:  212.589.4200
Facsimile:  212.589.4201
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com

**By FedEx**
Kevin H. Bell
Securities Investor Protection Corp
1667 K Street, N.W.
Suite 1000
Washington, DC 20006
Telephone:  202.371.8300
Facsimile:  202.223.1679
Email:  kbell@sipc.org

By: */s/ Carole Neville*
Carole Neville

104547553\V-1