**FARRELL FRITZ, P.C.**
622 Third Avenue, Suite 37200
New York, NY 10017
Telephone: (212) 687-0736
Facsimile: (516) 336-2211
*Ted A. Berkowitz, Mediator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF,  Debtor. | Case No. 09-11893 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff, v. THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM,  Defendants. | Adv. Pro. No. 10-04336 (SMB) |

## MEDIATOR'S FINAL REPORT

      TED A. BERKOWITZ, the court-appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local Rule 9010-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York and reports as follows:

      1.      The mediation of the Adversary Proceeding took place on July 19, 2016 at the offices of Baker & Hostetler LLP in New York, New York.

      2.      The parties negotiated in good faith and complied with all relevant orders governing the mediation including the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order, and reached a mutually satisfactory resolution of the disputes involved in the Adversary Proceeding.

      3.      Upon the consent of the parties, the mediator hereby reports that this mediation was a success and the parties settled the Adversary Proceeding during the course of the mediation.

Dated: August 10, 2017
       New York, New York

                                                    /s/ Ted A. Berkowitz
                                                    Ted A. Berkowitz, Mediator
                                                    Farrell Fritz, P.C.
                                                    622 Third Avenue, Suite 37200
                                                    New York, NY  10017
                                                    (212) 687-0736

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Southern District of New York by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

_/s/ Ted A. Berkowitz_
Ted A. Berkowitz

FF\6736894.1