**EXHIBIT A**

## EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The Limited Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| Gail Silverton and Joel Gutman #154 | 013233 | 1557 | Pro Se Filing | The Brighton Company | 1B0061 |
| Gail Silverton and Joel Gutman #173 | 013232 | 1556 | Pro Se Filing | The Brighton Company | 1B0061 |
| Annika Krankl | 012660 | 1560 | Pro Se Filing | The Brighton Company | 1B0061 |
| Annika Krankl | 015668 | 1559 | Pro Se Filing | The Brighton Company | 1B0061 |
| Nikolas Krankl | 012726 | 1558 | Pro Se Filing | The Brighton Company | 1B0061 |
| Nikolas Krankl | 012727 | 1558 | Pro Se Filing | The Brighton Company | 1B0061 |
| Nancy Silverton | 013086 | 1554 | Pro Se Filing | The Brighton Company | 1B0061 |
| Nancy Silverton | 015515 | 1555 | Pro Se Filing | The Brighton Company | 1B0061 |
| Oliver Silverton-Peel | 013614 | 1561 | Pro Se Filing | The Brighton Company | 1B0061 |
| Marvin Antonowsky | 000911 | 1510 | Milberg LLP | The Popham Company | 1P0031 |
| Marvin Antonowsky | 008282 | 1510 | Milberg LLP | The Popham Company | 1P0031 |
| Marvin Antonowsky | 008953 | 1510 | Milberg LLP | The Popham Company | 1P0031 |
| Dr. William G. Brammer Jr | 012786 | 1253 | Pro Se Filing | The Popham Company | 1P0031 |
| Dr. William G. Brammer Jr | 012787 | 1253 | Pro Se Filing | The Popham Company | 1P0031 |
| Douglas B. Hall o/b/o Vivian Halpern Hall (deceased) | 012066 | 1523 | Milberg LLP | The Popham Company | 1P0031 |
| Douglas B. Hall o/b/o Vivian Halpern Hall (deceased) | 012687 | 1523 | Milberg LLP | The Popham Company | 1P0031 |
| Steven Heimoff | 008370 | 1527 | Milberg LLP | The Popham Company | 1P0031 |
| Jessica Jimenez | 011766 | 1514 | Milberg LLP | The Popham Company | 1P0031 |
| Daniel A. Relles | 008610 | 1520 | Milberg LLP | The Popham Company | 1P0031 |
| Daniel A. Relles | 009395 | 1521 | Milberg LLP | The Popham Company | 1P0031 |
| Daniel A. Relles | 009396 | 1522 | Milberg LLP | The Popham Company | 1P0031 |
| Ellen Relles | 008528 | 1512 | Milberg LLP | The Popham Company | 1P0031 |
| Ellen Relles | 008936 | 1513 | Milberg LLP | The Popham Company | 1P0031 |
| Stefani Relles | 010464 | 1509 | Milberg LLP | The Popham Company | 1P0031 |
| Leonora Thuna | 011768 | 1530 | Milberg LLP | The Popham Company | 1P0031 |

**EXHIBIT A**

**EXHIBIT 2 – OBJECTING CLAIMANTS**

List Of Claimants Invested In The Limited Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | LP Invested In | LP BLMIS Account Number |
|---|---|---|---|---|---|
| Leonora Thuna | 011768 | 1684 | Milberg LLP | The Popham Company | 1P0031 |
| Maxine M. Stewart Trust | 005619 | 1129 | Pro Se Filing | The Popham Company | 1P0031 |
| Loretta Weinberg | 011302 | 1515 | Milberg LLP | The Popham Company | 1P0031 |