**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>JAMES LOWREY, individually and in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowey, and in his capacity as successor partner of Coldbrook Associates Partnership, *et al.*,<br><br>       Defendants. | Adv. Pro. No. 10-04387 (SMB) |

## TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, respectfully submits this motion in the above-captioned adversary proceeding for summary judgment (the "Motion"), pursuant to the schedule set forth in the Stipulation for Entry of Scheduling Order so ordered by this Court on January 26, 2017 (attached hereto as Exhibit 1), and Rule 56 of the Federal Rules of Civil Procedure (made applicable Rule 7056 of the Federal Rules of Bankruptcy Procedure) and Southern District of New York Local Bankruptcy Rule 7056-1, on Count Two of the Trustee's amended complaint (ECF No. 18) to avoid and recover as fraudulent transfers (the "Transfers") the amounts BLMIS fraudulently transferred to defendants ("Defendants") in the above-captioned action ("Avoidance Action"), and for which Defendants failed to provide value. The facts and support underlying the Motion are fully set forth in the Joint Statement of Undisputed Material Facts (the "Joint Statement") submitted by the Trustee and Defendants (together, the "Parties"), and so ordered by this Court on June 27, 2017, as well as the accompanying Trustee's Memorandum of Law in Support of Motion for Summary Judgment, and the Declaration of Keith R. Murphy in Support of Trustee's Motion for Summary Judgment dated August 11, 2017 with exhibits annexed thereto, filed simultaneously herewith.

By the Motion, the Trustee seeks the entry of an order in the above-captioned case avoiding the Transfers, and directing the Defendants to return such Transfers, or the value thereof, to the Trustee for the benefit of the BLMIS estate. The Trustee also seeks prejudgment interest from the Defendants concerning the Transfers.

Dated:  New York, New York          BAKER & HOSTETLER LLP
        August 11, 2017

                                    By: */s/ Keith R. Murphy*
                                         Baker & Hostetler LLP
                                         45 Rockefeller Plaza
                                         New York, New York 10111
                                         Telephone: (212) 589-4200
                                         Facsimile: (212) 589-4201
                                         David J. Sheehan
                                         Email: dsheehan@bakerlaw.com
                                         Keith R. Murphy
                                         Email: kmurphy@bakerlaw.com
                                         Nicholas J. Cremona
                                         Email: ncremona@bakerlaw.com
                                         Robertson D. Beckerlegge
                                         Email: rbeckerlegge@bakerlaw.com
                                         Elyssa S. Kates
                                         Email: ekates@bakerlaw.com

                                         *Attorneys for Irving H. Picard, Trustee for
                                         the Substantively Consolidated SIPA
                                         Liquidation of Bernard L. Madoff
                                         Investment Securities LLC and the Estate
                                         of Bernard L. Madoff*