**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEON SHOR REVOCABLE TRUST;<br><br>STEPHEN SHOR, in his capacity as TRUSTEE of the LEON SHOR REVOCABLE TRUST;<br><br>DORIS SHOR, in her capacity as TRUSTEE of the | Adv. Pro. No. 10-04580 (SMB) |

LEON SHOR REVOCABLE TRUST and as
SUBSEQUENT TRANSFEREE of the LEON
SHOR REVOCABLE TRUST, and
INDIVIDUALLY,

Defendants.

## TRUSTEE'S REQUEST FOR JUDGMENT BY DEFAULT

To:    CLERK OF THE COURT
       UNITED STATES BANKRUPTCY COURT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§

78aaa, *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP,

respectfully requests that the Clerk of the Court issue a Judgment by Default against Defendants

the Leon Shor Revocable Trust, Stephen Shor, in his capacity as Trustee of the Leon Shor

Revocable Trust, Doris Shor in her capacity as Trustee of the Leon Shor Revocable Trust and as

Subsequent Transferee of the Leon Shor Revocable Trust, and individually, pursuant to Rule

55(b)(1) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding

by Rule 7055(b)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule

for the Southern District of New York 7055-2(a), for failure to plead or otherwise defend the

above-captioned action as it fully appears from the Court file and from the attached Affidavit.

**WHEREFORE,** the Trustee respectfully requests that this Court grant the Trustee's

Request for Judgment by Default in its entirety and provide for such other relief as this Court

deems just and proper.

Dated:  New York, New York
       August 9, 2017

Respectfully submitted,

Of Counsel:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111 Telephone:
(212) 589-4200
Facsimile: (212) 589-4201
Michael A. Sabella
Email: msabella@bakerlaw.com
Molly Tranbaugh
Email: mtranbaugh@bakerlaw.com

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEON SHOR REVOCABLE TRUST;<br><br>STEPHEN SHOR, in his capacity as TRUSTEE of the LEON SHOR REVOCABLE TRUST; | Adv. Pro. No. 10-04580 (SMB) |

DORIS SHOR, in her capacity as TRUSTEE of the
LEON SHOR REVOCABLE TRUST and as
SUBSEQUENT TRANSFEREE of the LEON
SHOR REVOCABLE TRUST, and
INDIVIDUALLY,

                              Defendants.

## AFFIDAVIT FOR JUDGMENT BY DEFAULT

STATE OF NEW YORK    )
                     )        ss.:
COUNTY OF NEW YORK  )

Heather J. McDonald, being duly sworn, deposes and states:

1. I am a partner with the firm of Baker & Hostetler LLP, attorneys for Irving H. Picard

("Trustee"), Trustee for the consolidated Liquidation of Bernard L. Madoff Investment Securities

LLC ("BLMIS") and the Estate of Bernard L. Madoff, and I am familiar with all the facts and

circumstances in this action.

2. I make this affidavit pursuant to Rule 7055-2(a) of the Local Rules of the Bankruptcy

Court for the Southern District of New York, in support of the Trustee's application for entry of

a default judgment against Defendants the Leon Shor Revocable Trust, Stephen Shor, in his

capacity as Trustee of the Leon Shor Revocable Trust, Doris Shor in her capacity as Trustee of

the Leon Shor Revocable Trust and as Subsequent Transferee of the Leon Shor Revocable Trust,

and individually ("Defendants").

3. This action is an adversary proceeding commenced before the same Court before which

the main underlying SIPA proceeding, No. 08-01789 (SMB) (the "SIPA Proceeding"), is

pending. The SIPA Proceeding was originally brought in the United States District Court for the

Southern District of New York as *Securities and Exchange Commission v. Bernard L. Madoff*

*Investment Securities LLC et al.*, No. 08 CV 10791, and has been referred to this Court. This

Court has jurisdiction over this adversary proceeding under 28 U.S.C. § 1334(b) and 15 U.S.C. §§ 78eee(b)(2)(A), (b)(4). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H), and (O).

4.    On February 3, 2011, the Trustee, in accordance with Bankruptcy Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, timely served the Summons and Complaint upon Defendants. (*See* Dkt. No. 4.) An Affidavit of Service evidencing proper and timely service was filed with the Court. (*See* Dkt. No. 4.) A true and correct copy of the Affidavit of Service is attached hereto as Exhibit 1.

5.    Defendants have not answered the Complaint, and the time for Defendants to answer the Complaint has expired. True and correct copies of the Certificates of Default obtained pursuant to Local Bankruptcy Rule 7055-1 are attached hereto as Exhibit 2, Exhibit 3, and Exhibit 4. *See also* Dkt. Nos. 9, 10 and 11.

6.    The Complaint in this adversary proceeding asserted claims pursuant to sections 78fff(b), 78FFF-1(a) and 78fff-2(c)(3) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, sections 105(a), 544, 548(a), 550(a), and 551 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, and other applicable law, seeking the avoidance and recovery of transfers in the sum of $582,522 made by BLMIS to Defendants during the two years prior to the Filing Date. (*See* Compl. ¶ 40 and Compl. Exhibit B).

7.    This action seeks judgment for the liquidated amount of $582,522.00 pursuant to Count One, Two and Seven of the Complaint, which is justly due and owing, and no part of which has been paid.

8.   Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of Service reflecting proper service of the Clerk's Entry of Default on Defendants on July 26, 2017. *See also* Dkt No. 15.

9.   I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: New York, New York
      August 9, 2017

Heather J. McDonald

Sworn to before me this
_____ day of August, 2017

Notary Public, State of New York

PEGGY E. RUIZ
Notary Public, State of New York
No. 4650438
Qualified in New York County
Commission Expires Jan. 31, 2018

4

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

------------------------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

------------------------------------------------------------------------

In re:

BERNARD L. MADOFF,

                Debtor.

------------------------------------------------------------------------

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

    v.

LEON SHOR REVOCABLE TRUST;
STEPHEN SHOR, in his capacity as TRUSTEE of
the LEON SHOR REVOCABLE TRUST;
DORIS SHOR, in her capacity as TRUSTEE of the
LEON SHOR REVOCABLE TRUST and as
SUBSEQUENT TRANSFEREE of the LEON
SHOR REVOCABLE TRUST, and
INDIVIDUALLY,

                Defendants.

------------------------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

Case No. 09-11893 (BRL)

Adv. Pro. No. 10-04580 (BRL)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                        )  ss:
COUNTY OF NEW YORK   )

I, Patricia Malval declare:

1.     I am over the age of 18 years and not a party to these chapter 11 cases.

2.     I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.     On the 3rd day of February, 2011, I caused a true and accurate copy of the:

(i)     "Complaint", along with the relevant exhibits (Docket No. 1); and the

(ii)    "Notice of Applicability of the Order Approving Case Management Procedures for Avoidance Actions" (Docket No. 2); and the

(iii)   "Summons and Notice of Pretrial Conference in An Adversary Proceeding" (Docket No. 3); and the

(iv)    "Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order" dated November 11, 2010; and the

(v)     "Avoidance Action Executive Summary Letter dated December 20, 2010"; and the

(vi)    "Second Amended Notice of Omnibus Avoidance Action Hearing Dates",

to be served upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4.      Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5.      I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 3rd day of February, 2011 at New York, New York.

By _____
Patricia Malval

Sworn before me this
3rd day of February, 2011

_____
Notary Public

```
ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 21, 2013
```

**Adv Pro No: 10-04580 (BRL)**
**Exhibit 1**
**Redacted Version**

THE LEON SHOR REVOCABLE TRUST
  THE LEON SHOR REVOCABLE TRUST
  GREAT NECK NY 11024

  000446 005529

  THE LEON SHOR REVOCABLE TRUST
  GREAT NECK NY 11024

  000446 009554

DORIS SHOR
  DORIS SHOR
  GREAT NECK NY 11024

  002363 005576

STEPHEN SHOR
  STEPHEN SHOR
  GREAT NECK NY 11024

  002365 005577

DORIS SHOR
  DORIS SHOR
  GREAT NECK NY 11024

  005588 011980

DORIS SHOR
  DORIS SHOR
  GREAT NECK NY 11024

  005589 011981

# EXHIBIT 2

# United States Bankruptcy Court

Southern District of New York

**In re**

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation
(Substantively Consolidated)

**Debtor**

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
**Plaintiff**

**v.** Adversary Proceeding No. 10-4580 (BRL)

**Leon Shor Revocable Trust**

**Stephen Shor, in his capacity as Trustee of the Leon Shor Revocable Trust**

**Doris Shor, in her capacity as Trustee of the Leon Shor Revocable Trust and as subsequent
transferee of the Leon Shor Revocable Trust and individually**
**Defendants**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise
defend in this case as required by law:

| Name:  **Leon Shor Revocable Trust** |
| --- |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


<u>       Vito Genna   </u>
Clerk of the Bankruptcy Court

<u>    July 13, 2012</u>        By:  <u>  Greg White       </u>
       Date                      Deputy Clerk

# EXHIBIT 3

# United States Bankruptcy Court

### Southern District of New York

**In re**

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation
(Substantively Consolidated)

**Debtor**

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
**Plaintiff**

**v.** Adversary Proceeding No. 10-4580 (BRL)

**Leon Shor Revocable Trust**

**Stephen Shor, in his capacity as Trustee of the Leon Shor Revocable Trust**

**Doris Shor, in her capacity as Trustee of the Leon Shor Revocable Trust and as subsequent
transferee of the Leon Shor Revocable Trust and individually**
**Defendants**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise
defend in this case as required by law:

| |
|---|
| Name:  **Stephen Shor** |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


Vito Genna
Clerk of the Bankruptcy Court

July 13, 2012                              By:  Greg White
Date                                            Deputy Clerk

# EXHIBIT 4

# United States Bankruptcy Court

Southern District of New York

**In re**

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Adv. Pro. No. 08-01789 (BRL)

        SIPA Liquidation
        (Substantively Consolidated)

      **Debtor**

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
        **Plaintiff**

        **v.**  Adversary Proceeding No. 10-4580 (BRL)

**Leon Shor Revocable Trust**

**Stephen Shor, in his capacity as Trustee of the Leon Shor Revocable Trust**

**Doris Shor, in her capacity as Trustee of the Leon Shor Revocable Trust and as subsequent
transferee of the Leon Shor Revocable Trust and individually**
        **Defendants**

## ENTRY OF DEFAULT

    It appears from the record that the following defendant failed to plead or otherwise
defend in this case as required by law:

Name:  **Doris Shor**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


Vito Genna
Clerk of the Bankruptcy Court

July 13, 2012                    By:    Greg White
Date                                    Deputy Clerk

# EXHIBIT 5

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEON SHOR REVOCABLE TRUST; <br><br> STEPHEN SHOR, in his capacity as TRUSTEE of the LEON SHOR REVOCABLE TRUST; <br><br> DORIS SHOR, in her capacity as TRUSTEE of the | Adv. Pro. No. 10-04580 (SMB) |

LEON SHOR REVOCABLE TRUST and as
SUBSEQUENT TRANSFEREE of the LEON
SHOR REVOCABLE TRUST, and
INDIVIDUALLY,

                                        Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

I, Peggy Ruiz, being duly sworn, depose and say: I am more than eighteen years old and

not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On July 26, 2017, I served the Clerk's Entry of Default against Leon Shor Revocable

Trust (ECF No. 9), Clerk's Entry of Default against Stephen Shor (ECF No. 10), and Clerk's

Entry of Default against Doris Shor (ECF No. 11) by placing true and correct copies thereof in

sealed packages designated for regular U.S. Mail to:

Anthony S. Cannatella, Esq.
Law Offices of Anthony S. Cannatella
53 Orchard Street
Manhasset, New York  11030

Dory Salem, Esq.
Salem Shor & Saperstein, LLP
3000 Marcus Avenue
Suite 1W6
Lake Success, New York 11042

On July 26, 2017, I served the Clerk's Entry of Default against Leon Shor Revocable

Trust (ECF No. 9) by placing a true and correct copy thereof in a sealed package designated for

regular U.S. Mail to:

Leon Shor Revocable Trust
(Redacted Version)
Great Neck, New York 11024

On July 26, 2017, I served the Clerk's Entry of Default against Stephen Shor (ECF No.

10) by placing a true and correct copy thereof in a sealed package designated for regular U.S.

Mail to:

Stephen Shor
(Redacted Version)
Great Neck, New York 11024

On July 26, 2017, I served the Clerk's Entry of Default against Doris Shor (ECF No. 11)

by placing a true and correct copy thereof in a sealed package designated for regular U.S. Mail

to:

Doris Shor
(Redacted Version)
Great Neck, New York 11024

_____
PEGGY RUIZ

Sworn to before me this
9_th day of August, 2017

_____
Notary Public
FRANCES R. MANY-HARRIS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01MA6039562
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES FEB. 4, 20_18