**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, *et. al.*,<br><br>    Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**
**WITH PREJUDICE AS TO DEFENDANTS THEMA ASSET MANAGEMENT (BERMUDA)**
**LTD., HERMES ASSET MANAGEMENT LTD., AND EQUUS ASSET MANAGEMENT**

    Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the

Federal Rules of Civil Procedure, Plaintiff Irving H. Picard, as trustee for liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–lll, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, hereby dismisses with prejudice all claims against Thema Asset Management (Bermuda) Ltd. and Hermes Asset Management Ltd. in the above-captioned adversary proceeding.

The Trustee also hereby dismisses with prejudice claims against Equus Asset Management ("Equus") to the extent those claims seek to recover subsequent transfers received by Equus from Thema Fund Limited and/or Thema Wise Investments Limited.

Fed. R. Civ. P. 41(a)(1)(A)(i) permits the Trustee to voluntarily dismiss certain claims in this adversary proceeding without further order of the Court by filing this Notice of Dismissal. As of the date hereof, neither Thema Asset Management (Bermuda) Ltd., Hermes Asset Management Ltd., nor Equus has served an answer or a motion for summary judgment.

Dated: August 15, 2017
New York, New York

BAKER & HOSTETLER LLP

BY:    /s/ *Oren J. Warshavsky*
Oren J. Warshavsky
owarshavsky@bakerlaw.com
Geoffrey A. North
gnorth@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*