# EXHIBIT B

Exhibit B

BLMIS ACCOUNT NO. 1CM391 - STEPHEN R GOLDENBERG

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported In Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyance |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/25/1996 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 1,000,000 | - | - | - |
| 4/26/1996 | CHECK WIRE | (1,000,000) | (1,000,000) | - | - | - | 2,000,000 | - | - | - |
| 1/30/1997 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 3,000,000 | - | - | - |
| 4/30/1997 | CHECK WIRE | (1,000,000) | (1,000,000) | - | - | - | 3,000,000 | - | - | - |
| 9/11/1998 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | 2,000,000 | - | - | - |
| 7/26/2000 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 2,500,000 | - | - | - |
| 12/21/2004 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 2,500,000 | - | - | - |
| 1/19/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 1,500,000 | - | - | - |
| 12/16/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 1,500,000 | - | - | - |
| 3/27/2006 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | 500,000 | - | (500,000) | (500,000) |
| 6/29/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (1,000,000) | - | (500,000) | (500,000) |
| 6/26/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (1,000,000) | - | (500,000) | (500,000) |
| 1/22/2007 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (2,500,000) | - | (1,000,000) | (1,000,000) |
| 12/21/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (2,500,000) | - | (500,000) | (500,000) |
| 2/19/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (3,500,000) | - | (500,000) | (500,000) |
| 6/24/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (3,500,000) | - | (500,000) | (500,000) |
| 10/2/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,000,000) | - | (500,000) | (500,000) |
| | Total: | | $ 5,000,000 | $ (9,000,000) | $ - | $ - | $ (4,000,000) | $ - | $ (4,000,000) | $ (4,000,000) |

MADC1104_00000002