# **EXHIBIT 1**

**EXHIBIT 1 – ACCOUNT-HOLDER**
Account At Bernard L. Madoff Investment Securities LLC ("BLMIS") Invested In By Objecting Claimants

| BLMIS Account Name | Account Name | BLMIS Account Number | Claim Filed By BLMIS Account | Outstanding Docketed Objections From Investors In the BLMIS Account | Outstanding Claims of Investors in the BLMIS Account |
|---|---|---|---|---|---|
| Donald Schupak | Donald Schupak | 1S0224 | Yes (007975) | 12 | 12 |
|  |  |  |  | **12** | **12** |

1