# EXHIBIT 2

## EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The BLMIS Account Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Invested In | BLMIS Account Number |
|---|---|---|---|---|---|
| Andrew Astracahn Trust Dated 10/8/01 | 007971 | 3291 | Donald Schupak | Donald Schupak | 1S0224 |
| Zachary Cahn | 007967 | 3281 | Donald Schupak | Donald Schupak | 1S0224 |
| Janice Schupak Frishkopf | 007974 | 3292 | Donald Schupak | Donald Schupak | 1S0224 |
| Susan Sansone | 007968 | 3282 | Donald Schupak | Donald Schupak | 1S0224 |
| Amanda Schupak | 007966 | 3287 | Donald Schupak | Donald Schupak | 1S0224 |
| Andrew Schupak | 007973 | 3283 | Donald Schupak | Donald Schupak | 1S0224 |
| Cynthia Schupak | 007964 | 3289 | Donald Schupak | Donald Schupak | 1S0224 |
| Helen Schupak | 007965 | 3288 | Donald Schupak | Donald Schupak | 1S0224 |
| Jessica Schupak | 007970 | 3285 | Donald Schupak | Donald Schupak | 1S0224 |
| Philip Nicholas Schupak | 007963 | 3290 | Donald Schupak | Donald Schupak | 1S0224 |
| The Susan Sansone Pension Plan | 007969 | 3286 | Donald Schupak | Donald Schupak | 1S0224 |
| Maria Tirone Winston | 007972 | 3284 | Donald Schupak | Donald Schupak | 1S0224 |