# EXHIBIT 3

# EXHIBIT 3 – OBJECTION DETAILS
Further Details of Outstanding Objections From Claimants Invested In The Limited Partnerships Identified In Exhibit 1

| Claim Number | Objection Party | BMLIS Account | BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 007963 | Philip Nicholas Schupak | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3290 | 12/6/2010 |
| 007964 | Cynthia Schupak | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3289 | 12/6/2010 |
| 007965 | Helen Schupak | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3288 | 12/6/2010 |
| 007966 | Amanda Schupak | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3287 | 12/6/2010 |
| 007967 | Zachary Cahn | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3281 | 12/6/2010 |
| 007968 | Susan Sansone | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3282 | 12/6/2010 |
| 007969 | The Susan Sansone Pension Plan | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3286 | 12/6/2010 |
| 007970 | Jessica Schupak | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3285 | 12/6/2010 |
| 007971 | Andrew Astracahn Trust Dated 10/8/01 | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3291 | 12/6/2010 |
| 007972 | Maria Tirone Winston | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3284 | 12/6/2010 |
| 007973 | Andrew Schupak | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3283 | 12/6/2010 |
| 007974 | Janice Schupak Frishkopf | Donald Schupak | 1S0224 | Claim for securities and/or credit balance denied (11/05/2010). | 3292 | 12/6/2010 |