# EXHIBIT 4

DONALD SCHUPAK

150224—30/40

AMF00207616

## NAME & ADDRESS FILE MAINTENANCE

Action (1) __A__   (Note: A= Add  C= Change  D= Delete)   *Agency_____

Account Number (6) __150 024__

Type  (1) __1__ (Note: 1=Name & Address  2=Duplicate #_____  #= Mailing)

P_____   S_____   A_____   H_____   N_____

Line 1 (30) __Donald  Schupak__

Line 2 (30)_____

Line 3 (30) ┌─────────────────────────────────────┐
Line 4 (30) │  **Redacted**
City (20)   └─────────────────────────────────────┘

(Note: Type 1 Information Only)
Short Name(12) __Schupak D.__   SS-ID # (11) **Redacted** __-0490__
Foreign Acct_____   Margin Acct __N__   1087_____
Group Name(10) __Schupak__
Comps_____ Memos_____ Statements_____ (Note: N= DO NOT PRINT)

| Type | Profits | Dividend | Interest | (Note: S= Send R= Reinvest) |
|------|---------|----------|----------|------|
| 1 | - | - | - | |
| 2 | - | - | - | |
| 3 | - | - | - | |
| 4 | - | - | - | |
| 5 | - | - | - | |
| 6 | - | - | - | FOREIGN_____ |
| 7 | - | - | - | MARGIN_____ |
| 8 | - | - | - | 1087_____ |
| 9 | - | - | - | |

Line 1 (30)_____

Line 2 (30)_____

Line 3 (30)_____

Line 4 (30)_____

City (20)_____  State (2)_____  Zip_____

AMF00207617

08-01789-cgm  Doc 16527-4  Filed 09/16/17  Entered 09/16/17 17:08:19  Exhibit 4
Pg 4 of 69

**SCHUPAK GROUP**

**VIA FACSIMILE:  212-838-4061**

December 1, 2008

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $30,000 effective today.  Would you please call Maria Tirone in my office at Redacted Redacted to let her know when the check will be ready.

Sincerely,

Donald Schupak

9. 4 mil        5-12/2

Redacted

# SCHUPAK GROUP

**VIA FACSIMILE: 212-838-4061**

May 27, 2008

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:     Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $530,000 as soon as possible. Would you please call Maria Tirone in my office at [Redacted] to let her know when the check will be ready.

*LFT. MSG. FOR HER T/CALL Y/S.*

Sincerely,

Donald Schupak

Redacted

AMF00207619

08-01789-cgm  Doc 10527-4  Filed 08/16/17  Entered 08/16/17 17:08:19  Exhibit 4
Pg 6 of 69

**SCHUPAK GROUP**

VIA FACSIMILE: 212-838-4061

January 29, 2008

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $35,500 effective February 1, 2008. Would you please call Maria Tirone in my office at [ Redacted ] to let her know when the check will be ready.

Sincerely,

Donald Schupak

Pick - up

2/1

AMF00207620

08-01789-cgm  Doc 16527-4  Filed 08/16/17  Entered 08/16/17 17:08:19  Exhibit 4
Pg 7 of 69

**DONALD SCHUPAK**

> **Redacted**

August 22, 2007

**VIA FACSIMILE**
**212-838-4061**

Ms. Jodi Crupi
Bernard L. Madoff
855 Third Avenue
New York, NY  10022

      Re:  Account #1-S0$224-3-0

Dear Ms. Crupi:

      Please arrange to have a check drawn from my account referenced above in the amount of $300,000 effective September 1 or as soon as possible thereafter.  Would you please call Ken Robin in my office at [ Redacted ] to let him know when the check will be ready.

      Thank you for your attention to this request.

*NoTified clienT*
*of plu date.*

Sincerely,

Donald Schupak

*p/u*

*6.8 Mil*

*S - 9/4/07*

AMF00207621

08-01789-cgm  Doc 10527-4  Filed 09/16/17  Entered 09/16/17 17:09:19  Exhibit 4
Pg 8 of 69

Redacted

## SCHUPAK GROUP, INC.

# Fax

**To:** Jodi Crupi                **From:** Donald Schupak

**Company:**                      **Date:** 8/22/07

**Phone:**                        **Re:**

**Fax:** (212) 838-4061           **Pgs:** 2

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

The information contained in this facsimile message is intended only for the use of the individual or entity named below and may contain information that is privileged, confidential and exempt from disclosure under any applicable Law including material that maybe protected by attorney/client privilege. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the U.S. Postal Service. Thank you.

AMF00207622

**DONALD SCHUPAK**

## Redacted

May 31, 2007

**VIA FACSIMILE**

Ms. Jodi Crupi
Bernard L. Madoff
855 Third Avenue
New York, NY  10022

     Re:  Account #1-S0224-3-0

Dear Ms. Crupi:

     Please arrange to have a check drawn from my account referenced above in the amount of $300,000 effective as soon as possible.  Would you please call Ken Robin in my office at Redacted to let her know when the check will be ready.

     Thank you for your attention to this request.

Sincerely,

Donald Schupak

AMF00207623

08-01769-cgm   Doc 16527-4   Filed 09/16/17   Entered 09/16/17 17:08:19   Exhibit 4
Pg 10 of 69

**SCHUPAK GROUP**

**VIA FACSIMILE: 212-838-4061**

March 27, 2007

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:  Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $2,000,000 effective March 29, 2007.  Would you please call Maria Tirone in my office at [Redacted] to let her know when the check will be ready.

√E.R.

Sincerely,

Donald Schupak

p/v

3/29

A

Redacted

08-01789-smb   Doc 10527-4   Filed 09/16/17   Entered 09/16/17 17:08:19   Exhibit 4
Pg 11 of 69

SCHUPAK GROUP

February 27, 2007

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

                    RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount
of $575,000 effective March 1, 2007.  Would you please call Maria Tirone in my office
at [ Redacted ] to let her know when the check will be ready.


Sincerely,

Donald Schupak


9.                    5-3 [ ] /07


Redacted

AMF00207625

08-01789-cgm   Doc 18527-4   Filed 09/16/17   Entered 09/16/17 17:08:19   Exhibit 4
Pg 12 of 69

595 Madison Avenue, 35th Floor
New York, NY 10022
(212) 582-4210 telephone
(212) 262-1031 facsimile

**SCHUPAK GROUP, INC.**

# Fax

| | | |
|---|---|---|
| **To:** Jodi Crupi | **From:** Maria Marie Lund |
| **Company:** | **Date:** 2/27/07 |
| **Phone:** | **Re:** |
| **Fax:** | **Pgs:** 2 |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

The information contained in this facsimile message is intended only for the use of the individual or entity named below and may contain information that is privileged, confidential and exempt from disclosure under any applicable Law including material that maybe protected by attorney/client privilege. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the U.S. Postal Service. Thank you.

AMF00207626

08-01789-cgm   Doc 18527-4   Filed 09/16/17   Entered 09/16/17 17:08:19   Exhibit 4
Pg 13 of 69

SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

February 27, 2007

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $425,000 effective March 1, 2007.  Would you please call Maria Tirone in my office at Redacted to let her know when the check will be ready.

Sincerely,

Donald Schupak

9.3 Mil            S - 3/2/07

Redacted

AMF00207627

08-01789-cgm   Doc 16527-4   Filed 09/16/17   Entered 09/16/17 17:09:19   Exhibit 4
Pg 14 of 69

595 Madison Avenue, 35th Floor
New York, NY 10022
(212) 582-4210 telephone
(212) 262-1031 facsimile

# SCHUPAK GROUP, INC.

# Fax

| To: _Jodi Crupi_ | From: _Maria Tmi Nint_ |
|---|---|
| Company: | Date: _2/27/07_ |
| Phone: | Re: |
| Fax: | Pgs: _2_ |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

The information contained in this facsimile message is intended only for the use of the individual or entity named below and may contain information that is privileged, confidential and exempt from disclosure under any applicable Law including material that maybe protected by attorney/client privilege. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the U.S. Postal Service. Thank you.

AMF00207628

08-01789-smp   Doc 10527-4   Filed 08/16/17   Entered 08/16/17 17:08:19   Exhibit 4
Pg 15 of 69

**SCHUPAK GROUP**

**VIA FACSIMILE: 212-838-4061**

January 29, 2007

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:      Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $500,000 effective February 1, 2007.  Would you please call Maria Tirone in my office at [ Redacted ] to let her know when the check will be ready.

Sincerely,

Donald Schupak

Redacted

08-01789-cgm   Doc 10527-4   Filed 08/16/17   Entered 08/16/17 17:08:19   Exhibit 4
Pg 16 of 69

DONALD SCHUPAK

**VIA FACSIMILE: 212-838-4061**

December 19, 2006

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

       RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $475,000. Would you please call Maria Tirone in my office at [ Redacted ] to let her know when the check will be ready.

Sincerely,

*Donald Schupak*

P/U

12/21

Redacted

AMF00207630

SCHUPAK GROUP

**VIA FACSIMILE: 212-838-4061**

December 4, 2006

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:  Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount
of $25,000. Would you please call Maria Tirone in my office at [ Redacted ] to let her
know when the check will be ready.

Sincerely,

Donald Schupak

Redacted

9.9 mil                              S-12/6

AMF00207631

08-01789-cgm   Doc 18527-4   Filed 09/16/17   Entered 09/16/17 17:08:19   Exhibit 4
Pg 18 of 69

**Redacted**          **SCHUPAK GROUP, INC.**

# Fax

To: Jodi Crupi                  From: Donald Schupak
                                      Marie Tirone-Wirth

Company: Madoff               Date: 12/4/06

Phone:                         Re:

Fax: 212-838 4061             Pgs: 2

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

The information contained in this facsimile message is intended only for the use of the individual or entity named below and may contain information that is privileged, confidential and exempt from disclosure under any applicable Law including material that maybe protected by attorney/client privilege. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the U.S. Postal Service. Thank you.

AMF00207632

**VIA FACSIMILE:  212-838-4061**

September 28, 2006

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $25,000. Would you please call Maria Tirone in my office at | Redacted | to let her know when the check will be ready.

Sincerely,

Donald Schupak

AMF00207633

# SCHUPAK GROUP, INC.

**VIA FACSIMILE: 212-838-4061**

**MEMORANDUM**

TO:     Jodi Crupi
         Bernard L. Madoff

FROM:   Donald Schupak

DATE:   July 31, 2006

RE:     Wire Instructions

Dear Jodi –

Regarding your conversation with Maria Tirone of my office and with respect to instructions you received from me in a letter dated July 28, 2006 in which I requested a wire transfer of funds from my account 1-S0224-3-0 for a new investment, please wire to my personal bank account at HSBC instead.  As per the amount in my letter, please transfer $1,000,000 as follows:

*9 mil*

HSBC Bank USA, NA
New York, NY 10018
ABA:  021001088
Acct:  [Redacted] 3305
Acct Name:  Donald Schupak

*SCHUPAKD*     *5-8/1*

With respect to the letter dated July 27, 2006 that you received from Martin Nussbaum, one of the Trustees of The 2006 Donald Schupak Family Trust requesting a check withdrawal of $1,500,000 from my Trust account 1-S0524-4-0, please instead arrange to wire transfer as follows the same amount:

Same Bank, ABA As Above
Acct:  [Redacted] 1893
Acct Name:  The 2006 Donald Schupak Family Trust

*SCHFAMTST*   *4.5mil*

Please call Maria Tirone in my office at [Redacted] if you have any questions.

Thank you.

*5-  8/1*

*Address:*  **Redacted**

# SCHUPAK GROUP, INC.

**VIA FACSIMILE: 212-838-4061**

July 27, 2006

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $1,000,000.  Would you please call Maria Tirone in my office at [Redacted] to let her know when the check will be ready.  Also, please arrange to have our address changed to: [Redacted] Thank you.

Sincerely,

Donald Schupak

*Changed to wire*

**Redacted**

AMF00207635

# SCHUPAK GROUP, INC.

**VIA FACSIMILE: 212-838-4061**

Redacted

July 27, 2006

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount
of $25,000.  Would you please call Maria Tirone in my office at   Redacted   to let her
know when the check will be ready.  Also, please arrange to have our address changed to:
Redacted  Thank you.

Sincerely,

Donald Schupak

Redacted

AMF00207636

08-01789-sgm  Doc 16527-4  Filed 09/16/17  Entered 09/16/17 17:09:19  Exhibit 4
Pg 23 of 69

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

## VERIFICATION OF ADDRESS CHANGE

**Date:** July 27, 2006        **Account #:**    1S0224

| DONALD SCHUPAK | DONALD SCHUPAK |
|---|---|
| **Redacted** | **Redacted** |

**New Address**                   **Old Address**

We have recently received a request for a change in your mailing address. For your protection we ask that you confirm your new mailing address by signing and returning this form. To insure that future mailings, account statements, checks, etc. are forwarded to the correct address you <u>must</u> return this form immediately. The change requested is noted above.

Client
Signature _____

Joint
Signature _____
*(All joint tenants must sign)*

Date 07 28 2006
mm/dd/yyyy

**IMPORTANT:** If the new address is <u>*not*</u> correct, please contact us immediately at
**(800) 334-1343**

AMF00207637

## SCHUPAK GROUP

**VIA FACSIMILE: 212-838-4061**

April 25, 2006

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

        RE:     Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $16,000. Would you please call Maria Tirone in my office at [Redacted] to let her know when the check will be ready to be picked up. Thank you.

Sincerely,

Donald Schupak

4/27

# SCHUPAK GROUP

**VIA FACSIMILE: 212-838-4061**

April 6, 2006

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:     Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $50,000.  Would you please call Maria Tirone in my office at ( [Redacted] ) to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

4/10

8.7

Redacted

AMF00207639

# SCHUPAK GROUP

**VIA FACSIMILE: 212-838-4061**

March 21, 2006

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:   (Account # 1-S0224-3-0)

Dear Ms. Crupi:

In addition to my earlier request, please increase my withdrawal by $125,000 for a total withdrawal the amount of $1,250,000.  Maria Tirone in my office will be expecting your call; if, however, she is not in, please leave a message with the pick up information. Thank you.

Sincerely,

Donald Schupak

3/27

AMF00207640

## SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

December 13, 2005

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:  Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $500,000.  Would you please call Maria Tirone in my office at  Redacted  to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

12/16



Redacted

## SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

September 29, 2005

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

       RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $15,000.  Would you please call Maria Tirone in my office at [ Redacted ] to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

10 3

Redacted

# SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

September 14, 2005

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $400,000. Would you please call Maria Tirone in my office at [ Redacted ] to let her know when the check will be ready to be picked up. Thank you.

Sincerely,

Donald Schupak

10 mil                              S - 9/19

Redacted

# SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

August 29, 2005

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

             RE:     Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount
of $40,000. Would you please call Maria Tirone in my office at  **Redacted**  to let her
know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

8/31

10.1

AMF00207644

## SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

July 21, 2005

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $80,900.  Would you please call Maria Tirone-Winston in my office at Redacted to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

7/22

Redacted

(10.²)

AMF00207645

# SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

May 24, 2005

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

       RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $140,500. Would you please call Maria Tirone in my office at Redacted to let her know when the check will be ready to be picked up. Thank you.

Sincerely,

Donald Schupak

LFT.
MSG
5/25

Redacted

AMF00207646

## SCHUPAK GROUP

VIA FACSIMILE:  212-838-4061

March 10, 2005

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $200,000.  Would you please call Maria Tirone in my office at [Redacted] to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

Ck Out
3|14

(10.2)

Redacted

## SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

December 29, 2004

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:  Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $500,000.  Would you please call Maria Tirone in my office at [Redacted] to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

12/30

Redacted

# SCHUPAK GROUP

VIA FACSIMILE:  212-838-4061

December 7, 2004

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:  Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $300,000.  Would you please call Maria Tirone in my office at ( **Redacted** ) to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

10 Mil                                    S-12/10

**Redacted**

VIA FACSIMILE:  (212) 838-4061

**MEMORANDUM**

TO:       Jodi Crupi
DATE:     September 30, 2004
RE:       Donald Schupak Account #1-S-0224-3-0

Jodi --

Wire instructions for Donald Schupak are as follows:

Fleet Bank, N.A.
ABA: 021000322
Acct No: Redacted 4466
Acct Name:  Donald Schupak

As I mentioned to you over the phone, we are in the process of changing banks and will likely be closing this account in the not too distant future -- at which time I'll update the instructions for your file.

Thank you for helping me out with this.



Redacted

AMF00207650

# SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

September 28, 2004

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount
of $125,000. Would you please call Maria Tirone in my office at [ **Redacted** ] to let
her know when the check will be ready to be picked up. Thank you.

Sincerely,

Donald Schupak

*Cancel
Send as
wire*

*Ck Out
9/30*

AMF00207651

**SCHUPAK GROUP**

March 1, 2004

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

On a quarterly basis, we withdraw $38,000 from our account referenced above; would you please decrease our quarterly withdrawal to $25,000.  The checks should be mailed to us at the address you have on file: [ Redacted ]
[ Redacted ]

If you have any questions, please call Maria Tirone in my office at [ Redacted ]
Thank you.

Sincerely,

Donald Schupak

[ **Redacted** ]

## SCHUPAK GROUP

# Redacted

# Fax Cover Page

To: _Jodi Cruipi_                     Fax Number:

Company: _Madoff_                 Date: _3/2/04_

From: _Marie Tircie_              Fax Number:    212-262-1031

Company:    Schupak Group        Pages including cover page: _2_

Subject:

Message:

The information contained in this facsimile message is intended only for the use of the individual or entity named below and may contain information that is privileged, confidential and exempt from disclosure under any applicable law including material that maybe protected by attorney/client privilege. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address below via the U.S. Postal Service. Thank you.

AMF00207653

# SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

December 19, 2003

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount of $300,000.  Would you please call Maria Tirone in my office at [Redacted] to let her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

2.8 mil                                    S-12/23

Redacted

## SCHUPAK GROUP

VIA FACSIMILE: 212-838-4061

December 18, 2003

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

             RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check drawn from my account referenced above in the amount
of $250,000.  Would you please call Maria Tirone in my office at (   Redacted   )to let
her know when the check will be ready to be picked up.  Thank you.

Sincerely,

Donald Schupak

12/19

**Redacted**

## SCHUPAK GROUP

September 11, 2003

Bernard Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022

Attention:  Jodi Crupi

Dear Sirs:

Please arrange to issue a check payable to me from my account ( 1-50224-3 ) in the amount of $100,000.  I understand that the earliest the check could be issued is Tuesday, September 16th.  Would you please contact my office when the check is ready and they will arrange to pick it up.

I appreciate your assistance in this matter.  If you have any questions or need additional information please contact me at [Redacted]

Sincerely,

Donald Schupak

LFT. MSG
9/12

Redacted

## SCHUPAK GROUP

**VIA FACSIMILE:  (212) 838-4061**

December 19, 2001

Ms. Jodi Crupi
Bernard L. Madoff
  Investment Securities
885 Third Avenue
New York, NY 10022

RE:     Account # 1-S0224-3-0

Dear Ms. Crupi:

Per my letter to you earlier, would you please increase the amount to be withdrawn from my account referenced above by $30,000 – for a total withdrawal of $120,000.  As also previously stated, I will arrange for a messenger to pick up the check in the afternoon after 3:00 tomorrow, 12/20/01.

If you have any questions, please call Maria Tirone in my office at [Redacted] Thank you.

Sincerely yours,

Donald Schupak

*CC OUT 12/20/0*

**Redacted**

# SCHUPAK GROUP

March 26, 2003

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check in the amount of $350,000.00 drawn on my account referenced above.  Please call my office at Redacted if you have any questions. We'll arrange to pick the check up tomorrow after 3:00 p.m.  Thank you.

Sincerely,

Donald Schupak

**Redacted**

AMF00207658

SCHUPAK GROUP

February 12, 2003

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

On a quarterly basis, $35,000 we withdraw from our account referenced above; would
you increase our quarterly withdrawal to $38,000.  The checks should be mailed to us at
the address you have on file: [ _____ Redacted _____ ]

If you have any questions, please call Maria Tirone in my office at [ __ Redacted __ ]
Thank you.

Sincerely,

Donald Schupak

# Redacted

AMF00207659

# SCHUPAK GROUP

## Redacted

# Fax Cover Page

To: _Jodi Crupi_     Fax Number: ( 212 ) 838 – 4061

Company: _Madoff Securities_  Date: _2/14/03_

From: _Maria Tirone_     Fax Number: [ Redacted ]

Company:   Schupak Group     Pages including cover page: _2_

Subject:

Message:

The information contained in this facsimile message is intended only for the use of the individual or entity named below and may contain information that is privileged, confidential and exempt from disclosure under any applicable law including material that maybe protected by attorney/client privilege. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address below via the U.S. Postal Service. Thank you.

**Nussbaum, Martin**

| | |
|---|---|
| From: | EarleyMatt@aol.com |
| Sent: | Friday, December 20, 2002 10:17 AM |
| To: | Redacted |
| Subject: | donald schupak |

For Donald,

Jody Crupi at Madoff.
fax. # 212-838-4061
phone # 230-2424

account#1-S0224-3-0

NEEDS TO GET BEFORE 2pm

$250,000 to be safe.

Susan

*Dear Jody –*
*Please send us a check for $250,000*
*monday – Thanks*
*Donald Schupak*

12/23

(2.6mi)

AMF00207661

# SCHUPAK GROUP

September 19, 2002

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check in the amount of $200,000 drawn on my account referenced above.  Please call my office at  Redacted  and let Maria or Ken know when we can arrange to pick up the check.  Thank you.

Sincerely,

Donald Schupak

*SPK. TO 9/20 ✓*

*K - pls fax AS AP to Jodi Crupi at MADOFF - Madoff's fax # is on the statement. ___*

Redacted

# SCHUPAK GROUP

May 15, 2002

Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
855 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check in the amount of $100,000 drawn on my account
referenced above.  I will arrange for someone in my office to pick it up.  Thank you.

Sincerely,

Donald Schupak

5/21

2.6 mil

**Redacted**

AMF00207663

# SCHUPAK GROUP

March 28, 2002

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
855 Third Avenue
New York, NY 10022

RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to have a check in the amount of $100,000 drawn on my account referenced above.  I will arrange for someone in my office to pick it up, as you discussed with Maria Tirone, on April 3.  Thank you.

Sincerely,

Donald Schupak

2.6 mil     4/3/02

**Redacted**

SCHUPAK GROUP

**VIA FACSIMILE:  (212) 838-4061**


March 1, 2002


Ms. Jodi Crupi
Bernard L. Madoff
 Investment Securities
885 Third Avenue
New York, NY 10022

                    RE:   Account # 1-S0224-3-0


Dear Ms. Crupi:

Please arrange to issue a check to me in the amount of $115,000 from my account
referenced above on Monday, March 4, 2002.  I will arrange for a messenger to pick up
the check in the afternoon after 3:00.

If you have any questions, please call Maria Tirone in my office at  [ Redacted ]
Thank you.

Sincerely yours,


Donald Schupak


2.8 mill 3/4/0v

---

**Redacted**

# SCHUPAK GROUP

VIA FACSIMILE: (212) 838-4061

March 2, 2001

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
885 Third Avenue
New York, NY 10022

        RE:   Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to issue a check to me in the amount of $80,000 from my account referenced above on Wednesday, March 7. I will arrange for a messenger to pick up the check in the morning.

If you have any questions, please call Maria Tirone in my office at [ Redacted ] Thank you.

Sincerely yours,

*Donald Schupak* (signature)

Donald Schupak

3/6

25

Redacted

# SCHUPAK GROUP

VIA FACSIMILE: (212) 838-4061

September 14, 1999

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
885 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to issue a check to me in the amount of $150,000 from my account referenced above on Friday, September 17, 1999.  I will arrange for a messenger to pick up the check in the morning.

If you have any questions, please call Maria Tirone in my office at  Redacted
Thank you.

Sincerely yours,

Donald Schupak

Redacted

AMF00207667

# SCHUPAK GROUP

VIA FACSIMILE: (212) 838-4061

August 19, 1999

Ms. Jodi Crupi
Bernard L. Madoff
Investment Securities
885 Third Avenue
New York, NY 10022

RE:    Account # 1-S0224-3-0

Dear Ms. Crupi:

Please arrange to issue a check to me in the amount of $150,000 from my account referenced above on Friday, August 20, 1999. I will arrange for a messenger to the check in the morning.

If you have any questions, please call Maria Tirone in my office at Redacted
Thank you.

Sincerely yours,

Donald Schupak

*Called & told her after 3:00*

*5-8/20*

*2.346M*

**Redacted**

# SCHUPAK GROUP

September 4, 1997

Mr. Frank DiPascale
Bernard Madoff Investment Securities
885 Third Avenue
New York, NY 10022

**RE:   Donald Schupak Account 1-S0224-3**

Dear Mr. DiPascale:

Enclosed herewith, I am returning to your office a check in the amount of $125,000 that
was withdrawn from my account and sent in error.   My letter to you of July 22, 1997
specified that over the two-month period of August and September, I would require a
$250,000 withdrawal from my account in  two installments of $125,000.  My subsequent
letter to you of August 12, 1997 requested that the September installment be increased to
$150,000 for a total withdrawal of $275,000 for the period.  On August 27, 1997, my
office picked up the September installment of $150,000.  Would you kindly redeposit the
enclosed check into my account.

If you have any questions, please contact Maria Tirone in my office at   **Redacted**
Thank you for your assistance in this matter.

Sincerely yours,

Donald Schupak

Encl.

**Redacted**

AMF00207669

# SCHUPAK GROUP

August 12, 1997

Mr. Frank DiPascale
Bernard Madoff Investment Securities
885 Third Avenue
New York, NY 10022

RE:        Donald Schupak Account 1-S0224-3

Dear Mr. DiPascale:

Pursuant to my letter to you of July 22, 1997, this is to request that a revised sum of $150,000 be withdrawn from my account and a check be available for my office to pick up on August 27, 1997.
Please call Maria Tirone in my office at   Redacted   if you have any questions.
Thank you.

Sincerely yours,

Donald Schupak

*(handwritten notes: WR  CK OUT 8/26  PICK-UP 8/27)*

**Redacted**

# SCHUPAK GROUP

July 22, 1997

Mr. Frank DiPascale
Bernard Madoff Investment Securities
885 Third Avenue
New York, NY 10022

RE:       Donald Schupak Account 1-S0224-3

Dear Mr. DiPascale:

I will need to withdraw $250,000 from my account over the course of the next two months. Please arrange to have two checks delivered to my office on August 1 and September 1 of $125,000 each. If you have any questions, please contact Maria Tirone in my office at Redacted Thank you.

Sincerely yours,

Donald Schupak

Redacted

# SCHUPAK GROUP

June 17, 1997

Mr. Frank DiPascale
Bernard Madoff Investment Securities
885 Third Avenue
New York, NY 10022

**RE:    Donald Schupak Account:  1-S0224-3**

Dear Mr. DiPascale:

As per my letter to you of May 15, 1997, in which I asked you to withdraw $320,000 from my account, enclosed please find a check in the amount of $280,000 to reinvest.  I intend to reivest most of the balance of the $320,000 within the next month or so.  If you have any questions, please call Maria Tirone in my office at [ **Redacted** ]  Thank you.

Sincerely yours,

Donald Schupak

Encl.

**Redacted**

# SCHUPAK GROUP

May 15, 1997

Mr. Frank Di Pascale
Bernard Madoff Investment Securities
885 Third Avenue
New York, NY 10022

RE:          Donald Schupak Acct: 1-S0224-3

Dear Mr. Di Pascale:

Would you please arrange for a check to be drawn on my account and made payable to me in the amount of $320,000. I am aware that advance notice is needed to withdraw funds from the accounts, but I would appreciate it if you could have the check cut as soon as possible. I intend to reinvest the funds within approximately 7-10 days of my receipt of the check. If you have any questions, please call Maria Tirone in my office at [Redacted] [Redacted] Thank you.

Sincerely,

Donald Schupak

**Redacted**

AMF00207673

# SCHUPAK GROUP

May 2, 1996

Mr. Frank Di Pascale
Bernard Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Re: Donald Schupak Acct 1-S0 224-3-0

Dear Mr.

Mr. Schupak has asked me to arrange to wire $275,000 to his account with you together with instructions for a quarterly payment of $35,000 beginning on July 1, 1996 to be wired to his account at Citibank:

Wire Instructions:
Citibank, N.A.
153 E 53rd Street
New York, NY 10043
ABA# 021000009
Acct Name: Donald Schupak
Redacted 2244

*(handwritten:)* NO WIRE ADD TO HIS ORG CK OUT BEGIN 7/1

Before I send the wire to his account we wanted confirmation that you have no problem with these instructions. You can reach Mr. Schupak or me at Redacted

Thank you for your attention to this matter.

Sincerely yours,

*Susan Sansone*
Susan Sansone

Redacted

# BERNARD L. MADOFF
## Investment Securities
885 Third Avenue New York, NY 10022-4834

MADF

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

**TAX ID NO.**

**Redacted**   0470

**ACCT# ASSIGNED**   150224 36/40

Mr./Mrs./Ms. Donald Schupak

NAME

STREET **Redacted**

CITY   212-582-4210   STATE   **REDACTED**

TEL. NUMBER          BUSINESS          RESIDENCE

REG. REP

WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE "KNOW YOUR CUSTOMER" RULE OF THE NATIONAL ASSOCIATION OF SECURITY DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.

**Redacted**

NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER)

EMPLOYER'S ADDRESS   **Redacted**

OCCUPATION   Consulting

BANK REFERENCE AND ADDRESS   Sterling National Bank, 540 Madison Avenue, New York, NY 10019

OTHER BROKERAGE ACCOUNTS WITH   Gruntal + Co., Tucker Anthony, DLJ

CLIENT INTRODUCED BY   Steven Mendelow

### FOR OFFICE USE ONLY

R. R.'S ESTIMATE OF CLIENTS NET WORTH

IS CLIENT OVER 21 YEARS OF AGE          YES          NO

HOW LONG HAVE YOU KNOWN CLIENT

CLIENT IS CITIZEN OF

APPROVED BY

DATE SENT TO CLIENT                    DATE SENT TO CLIENT

MARGIN AGREEMENT _____          MAIL WAIVER FORM _____
JOINT AGREEMENT _____          MULTIPLE A/C FORM _____
CORPORATE ACCOUNT FORM _____   CORPORATE RESOLUTION _____
CO-PARTNERSHIP FORM _____

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB. 071-374 0891

AMF00207675

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Congress has mandated that all interest and dividend payors including banks, corporations and funds must withhold 10% of all dividends or interest paid UNLESS you complete and return the form at the bottom of this page.

### Important New Tax Information

"Under the Federal income tax law, you are subject to certain penalties as well as with-holding of tax at a 20% rate if you have not provided us with your correct social security number or other taxpayer identification number. Please read this notice carefully.

You (as a payee) are required by law to provide us (as payor) with your correct taxpayer identification number. If you are an individual, your taxpayer identification is your social security number. If you have not provided us with your correct taxpayer identification number, you may be subject to a $50 penalty imposed by the Internal Revenue Service. In addition, divided payments that we make to you may be subject to backup withholding starting on January 1, 1984.

Backup withholding is different from the 10% withholding on interest and dividends that was repealed in 1983. If backup withholding applies, payor is required to withhold 20% of dividend payments made to you. Backup withholding is not an additional tax. Rather, the tax liability of persons subject to backup withholding will be reduced by the amount of tax withheld. If withholding results in an overpayment of taxes, a refund may be obtained".

Please sign the form and return it to us.

Even if you have already provided this information it is required by the IRS that all information requested below be provided again.

Thank you for your cooperation.

(Corporations are exempt from this requirement and should not return this form.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### SUBSTITUTE INTERNAL REVENUE SERVICE FORM W-9

Account Number(s): _____

Taxpayer Identification Number:

**Redacted** 0470

Name: Donald Schupak

Address: **Redacted**

(Signature) X _____

"Under penalties of perjury, I certify that the number shown on this form is my correct Taxpayer Identification Number".

Please fill in your name, address, taxpayer identification number, and sign above.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB. 071-374 0891

AMF00207676



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 19 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of (1) the Securities Exchange Act of 1934, as amended, and (2) the Commodities Exchange Act, as amended; and (b) to the rules and regulations of (1) the Securities and Exchange Commission, (2) the Board of Governors of the Federal Reserve System and (3) the Commodities Futures Trading Commission.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not effect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the
order the Customer affirms that he will deliver the securities on or before the settlement date.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00207677

## 7. BROKER AS AGENT

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

## 8. CONFIRMATIONS AND STATEMENTS

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer.

## 9. SUCCESSORS

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall enure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

## 10. CHOICE OF LAWS

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _New York_ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _New York_ .

## 11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

## 12. ARBITRATION DISCLOSURES

* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

AMF00207678



## 13. ARBITRATION

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 18, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. OR THE MUNICIPAL SECURITIES RULE MAKING BOARD AND IN ACCORDANCE WITH THE RULES OBTAINING OF THE SELECTED ORGANIZATION. THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

## 14. DISCLOSURES TO ISSUERS

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below:

✓ Yes, I do object to the disclosure of information.

___ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X) X _____          (X)_____
(Customer Signature/date)                      (Customer Signature/date)

| Redacted |
(Customer Address)                               (Account Number)

## Redacted

AMF00207679

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

## OPTION AGREEMENT

TO: BERNARD L. MADOFF INVESTMENT SECURITIES

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer, exercise and endorsement) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1. I understand, and am well aware, that option trading may be highly speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me. I agree to hold BERNARD L. MADOFF, its other Divisions, and its officers, Directors and Agents harmless for such loss.

2. I understand that any option transaction made for any account of mine is subject to the rules, regulations, customs and usages of The Options Clearing Corporation and of the registered national securities exchange, national securities association, clearing organization or market where such transaction was executed. I agree to abide by such rules, regulations, custom and usages and I agree that, acting individually or in concert with others, I will not exceed any applicable position or exercise limits imposed by such exchange, association, clearing organization or other market with respect to option trading.

3. If I do not satisfy, on a timely basis, your money or security calls, you are authorized in your sole discretion and without notification, to take any and all steps you deem necessary to protect yourself (for any reason) in connection with option transactions for my account including the right to buy and/or sell (including short or short exempt) for my account and risk any part or all of the shares represented by options handled, purchased, sold and/or endorsed by you for my account or to buy for my account and risk any option as you may deem necessary or appropriate. Any and all expenses or losses incurred in this connection will be reimbursed by me.

4. In addition to the terms and conditions hereof, my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the purchase and sale of securities and commodities except to the extent that such other agreements are contrary to or inconsistent herewith.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00207680

5. This agreement shall apply to all puts or call which you may have executed, purchased, sold or handled for any account of mine and also shall apply to all puts, or calls which you may hereafter purchase, sell, handle or execute for any account of mine.

6. I have received from BERNARD L. MADOFF the most recent risk disclosure documents entitled "Understanding the Risks and Uses of Listed Options", "Listed Options on Stock Indices", "Listed Options on Foreign Currencies", and "Listed Options in Debt Instruments". I have read and understand the information contained in these documents.

7. I understand that you assign exercise notices on a random basis except that with respect to options on the following debt instruments: Treasury Bonds, Treasury Notes, Treasury Bills and GNMAS, you may preferentially assign exercises of block-size (i.e. covering $1,000,000 or more of underlying securities) to block-size writing positions and you may preferentially assign smaller exercises to smaller writing positions. I understand that upon my request you will provide me with further information regarding the procedure used to assign exercise notices.

DATED _____  ACCOUNT NO._____

### SIGNATURES

(If a Corporation)                           (If Individuals)

_____    X _____
(Name of Corporation)

By_____              _____
                                      (Second Party If Joint Account)

Title_____           (If a Partnership)

                                      _____
        SEAL                          (Name of Partnership)

                                      By_____
                                             (A Partner)

AMF00207681



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

## TRADING AUTHORIZATION LIMITED TO
## PURCHASES AND SALES OF SECURITIES

Gentlemen:

   The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

   In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.

   The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

   This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

   This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation. This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, _3-18-96_

_New York_          _New York_
     (City)               (State)

Very truly yours,  X _____
                           (Client Signature)

Signature Of Authorized Agent: _____

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00207682

07/28/06    Fix # 1 (AW)

Oxford® NO. 152 1/3 BLU
10%
ESSELTE

AMF00207683