UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN THE SCALETTA LAW FIRM, PLLC AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF AUGUST 1, 2017**

Upon the Application (the "Application") of Irving H. Picard (the "Trustee"), as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain The Scaletta Law Firm, PLLC as special counsel as of August 1, 2017, and upon the declaration of Anthony J. Scaletta submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. ~~The Application is GRANTED.~~ **[SMB: 8/16/17]**

2. The Court finds that The Scaletta Law Firm, PLLC is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3. The Trustee is authorized to retain The Scaletta Law Firm, PLLC as special counsel to the Trustee as provided in the Application, *nunc pro tunc*, as of August 1, 2017.

Dated: New York, New York
August 16, 2017

/s/ *Stuart M. Bernstein*
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE