UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Potamkin Family Foundation I, Inc. (the "Claimant"), having filed an objection (the "Objection", Docket No. 709) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#5312), hereby gives notice that it withdraws such Objection.

Dated: July 31, 2017

                                            Matthew A. Kupillas
                                            on behalf of Potamkin Family Foundation I, Inc.
                                            Milberg LLP
                                            One Pennsylvania Plaza
                                            50th Floor
                                            New York, New York 10119
                                            Telephone: (212) 594-5300
                                            Facsimile: (212) 868-1229