**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DEFENDANTS IN THE ADVERSARY PROCEEDINGS IDENTIFIED ON EXHIBIT A,<br><br>    Defendants. | **NOTICE OF HEARING ON PROPOSED ORDER AUTHORIZING CONTINUED DEPOSITION OF BERNARD L. MADOFF ON DAY TWO TOPICS** |

**PLEASE TAKE NOTICE** that on **August 22, 2017 at 2:00 p.m.**, a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United states Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on the following filings related to the Proposed Order Authorizing the Continued Deposition of Bernard L. Madoff on Day Two Topics:

1. Notice of Presentment of Order Authorizing the Continued Deposition of Bernard L. Madoff on Day Two Topics (ECF No. 16492);

2. Letter filed by Chaitman LLP Concerning the Trustee's Proposed Order Authorizing the Continued Deposition of Bernard L. Madoff on Day Two Topics (ECF No. 16495);

3. Dentons US LLP's Limited Objection to Trustee's Proposed Order Authorizing the Continued Deposition of Bernard L. Madoff on Day Two Topics (ECF No. 16496);

4. Trustee's Letter in Support of Parties' Proposed Order Concerning the Continued Deposition of Bernard L. Madoff on Day Two Topics (ECF No. 16502).

Dated: New York, New York
August 18, 2017

*/s/ David J. Sheehan*
David J. Sheehan
Email: dsheehan@bakerlaw.com
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*