# EXHIBIT A

| Adv. Pro. No. | Case Name | Defense Counsel |
|---|---|---|
| 10-04292 | Robert Roman | Chaitman LLP |
| 10-04302 | Joan Roman | Chaitman LLP |
| 10-04321 | Herbert Barbanel, et al. | Chaitman LLP |
| 10-04327 | Gertrude E. Alpern RevocableTrust, et al. | Chaitman LLP |
| 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 10-04397 | Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust dtd 12/31/91, as amended, et al. | Chaitman LLP |
| 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 10-04415 | Barbara J. Berdon | Dentons US LLP |
| 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 10-04446 | Trust Under Agreement Dated 12/6/99 for the benefit of Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 10-04469 | Carol L. Kamenstein, et al. | Chaitman LLP |
| 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/08, et al. | Dentons US LLP |
| 10-04487 | Estate of Audrey Weintraub, et al. | Chaitman LLP |
| 10-04503 | Judd Robbins | Chaitman LLP |
| 10-04541 | Kenneth W Perlman, et al. | Chaitman LLP |
| 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLP |
| 10-04614 | Robert S. Whitman | Chaitman LLP |
| 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP |
| 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 10-04728 | Bruno L. Digiulian | Chaitman LLP |
| 10-04748 | Mark Horowitz | Chaitman LLP |
| 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 10-04762 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 10-04798 | Janet Jaffe Trust UA dtd 4/20/90, et al. | Chaitman LLP |
| 10-04803 | The Estelle Harwood Family Limited Partnership, et al. | Chaitman LLP |
| 10-04806 | Kenneth M. Kohl, et al. | Chaitman LLP |
| 10-04809 | Edyne Gordon, et al. | Chaitman LLP |
| 10-04818 | Toby Harwood | Chaitman LLP |
| 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 10-04826 | Estate of Boyer Palmer, et al. | Chaitman LLP |
| I0-04861 | Harold J. Hein | Dentons US LLP |
| I0-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| I0-04882 | Laura E. Guggenheim er Cole | Dentons US LLP |
| I0-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 10-04931 | Estate of Muriel B. Cantor, et al. | Chaitman LLP |
| 10-04956 | Denis M. Castelli | Chaitman LLP |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, et al. | Chaitman LLP |
| 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 10-04995 | Trust u/art Fourth o/w/o Israel Wilenitz, et al. | Chaitman LLP |
| 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 10-05037 | Barbara L. Savin | Chaitman LLP |
| 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| I0-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust, et al. | Chaitman LLP |
| 10-05124 | The Lawrence J. Ryan and Therese R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| I0-05130 | Barbara Kotlikoff Harman | Chaitman LLP |

Exhibit A
Day 2 Participants

| Adv. Pro. No. | Case Name | Defense Counsel |
|---|---|---|
| 10-05133 | Fern C. Palmer, et al. | Chaitman LLP |
| 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| I0-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| I0-05196 | Irene Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 10-05209 | Lapin Children LLC | Dentons US LLP |
| 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 10-05257 | Edward A. Zraick, Jr., et al. | Hunton & Williams LLP |
| 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| I0-05377 | Richard G. Eaton | Chaitman LLP |
| I0-05420 | Gunther K. Unflat | Chaitman LLP |
| I0-05435 | Keith Schaffer, et al. | Chaitman LLP |