UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Trustee,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Trustee,<br>    v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br>    Defendants. | Adv. Pro. No. 10-05353 (SMB) |

**SO-ORDERED STIPULATION EXTENDING TIME TO
RESPOND AND ADJOURNING THE PRE-TRIAL CONFERENCE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Trustee may respond to the Motions to Dismiss filed by Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.) ("Natixis FP") is extended up to and including December 8, 2017.  It is further stipulated and agreed that Natixis FP shall file its reply by March 2, 2018.

The pre-trial conference, previously scheduled for December 20, 2017 at 10:00 a.m. and the return date for this matter, previously scheduled for November 29, 2017 at 10:00 a.m., will be rescheduled for dates certain at a later time.

The purpose of this stipulated extension (the "Stipulation") is to provide adequate time for the Trustee to seek resolution of a protocol going forward as to the remaining claims against Natixis FP (certain of the claims having been dismissed by the Court's Order, dated March 9, 2017 [ECF No. 129]).

The extension of time granted by this Stipulation is without prejudice to any future extensions of time.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses the Trustee and Natixis FP may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: August 21, 2017
     New York, New York

| BAKER & HOSTETLER LLP | DAVIS & GILBERT LLP |
|---|---|
| By: /s/ Catherine E. Woltering | By: /s/ Joseph Cioffi |
| 45 Rockefeller Plaza | 1740 Broadway |
| New York, New York 10111 | New York, New York 10019 |
| Telephone: (212) 589-4200 | Telephone: (212) 468-4800 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 468-4888 |
| David J. Sheehan | Joseph Cioffi |
| Email: dsheehan@bakerlaw.com | Email: jcioffi@dglaw.com |
| Catherine E. Woltering | Bruce M. Ginsberg |
| Email: cwoltering@bakerlaw.com | Email: bginsberg@dglaw.com |
| | James R. Serritella |
| | Email: jserritella@dglaw.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | *Attorneys for Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.)* |

**SO ORDERED**

Dated: August 22nd, 2017
     New York, New York

                                              /s/ STUART M. BERNSTEIN
                                          HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE