**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>               Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>               Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS         )
                                  ) ss:
COUNTY OF DALLAS   )

      JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 17, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Schupak Account (Docket Number 16526)

    2. Declaration of Vineet Sehgal in support of Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Schupak Account and the exhibits thereto (Docket Number 16527)

    3. Declaration of Stephanie Ackerman in support of Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Schupak Account and the exhibits thereto (Docket Number 16528)

Executed on August 17, 2017

John S. Franks

Sworn to and subscribed before me this 17 day of August, 2017



(SEAL)

Notary Public

# Exhibit A

Exhibit A
August 17, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Donald Schupak, Esq. | 595 Madison Avenue | 35th Floor | New York | NY | 10022 | |