**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 23, 2017 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A.   Twenty-Fourth Application Of Trustee And Baker & Hostetler LLP For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017, Fees: $35,698,866.30, Expenses: $345,286.87 (Filed: 7/19/2017) [Docket No. 16367].

B.     Application Of Schiltz & Schiltz As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $63,987.24, Expenses: $4,159.17 (Filed: 7/19/2017) [Docket No. 16368].

C.     Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $82,665.90, Expenses: $1,374.76 (Filed: 7/19/2017) [Docket No. 16369].

D.     Application Of Soroker Agmon Nordman As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $595,376.55, Expenses: $23,698.65 (Filed: 7/19/2017) [Docket No. 16370].

E.     Application Of Graf & Pitkowitz Rechtsanwalte Gmbh As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion of Fees Held Back, Fees: $7,571.11, Expenses: $35.64 (Filed: 7/19/2017) [Docket No.16372].

F.     Application Of SCA Creque As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $30,215.77, Expenses: $0.00 (Filed: 7/19/2017) [Docket No. 16374].

G.     Application Of Young Conaway Stargatt & Taylor, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $61,162.97, Expenses: $2,405.98 (Filed: 7/19/2017) [Docket No. 16375]

H.     Twenty-Third Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensatoin for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2016 Through March 31, 2017 and Request for Partial Release of Holdback, Fees: $2,490,019.00, Expenses: $32,148.05. (Filed: 7/19/2017) [Docket No. 16371].

I.     Application Of Williams, Barristers & Attorneys As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion

Of Fees Held Back, Fees: $310,177.79, Expenses: $0.00 (Filed: 7/19/2017) [Docket No. 16376].

J. Application Of UGGC & Associes As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $60,630.50, Expenses: $4,956.47 (Filed: 7/19/2017) [Docket No. 16377].

K. Application Of Werder Vigano As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $2,696.82, Expenses: $0.00 (Filed: 7/19/2017) [Docket No. 16378].

L. Application Of Browne Jacobson, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $955,643.24, Expenses: $35,144.25 (Filed: 7/19/2017) [Docket No. 16380].

M. Application Of Eugene F. Collins As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $9,392.77, Expenses: $0.00 (Filed: 7/19/2017) [Docket No. 16381].

N. Application Of Cochran Allan As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered Incurred From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $2,676.15, Expenses: $0.00 (Filed: 7/19/2017) [Docket No. 16382].

O. Application Of Kelley, Wolter & Scott, Professional Association As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From December 1, 2016 Through March 31, 2017 And For Release Of A Portion Of Fees Held Back, Fees: $4,005.00, Expenses: $0.00 (Filed: 7/19/2017) [Docket No. 16383].

P. Application Of Triay Stagnetto Neish As Special Counsel To The Trustee For Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed: 7/19/2017) [Docket No. 16384].

Q. Application Of Kugler Kandestin, L.L.P. As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed 7/19/2017) [Docket No. 16385]

R.  Application Of Osborne & Osborne, P.A. As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed 7/19/2017) [Docket No. 16386]

S.  Application Of La Tanzi, Spaulding & Landreth, P.C. As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed 7/19/2017) [Docket No. 16387]

T.  Application Of Bedell Cristin Guernsey Partnership As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed 7/19/2017) [Docket No. 16388]

U.  Application Of Munari Giudici Maniglio Panfili E Associati As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed 7/19/2017) [Docket No. 16390]

V.  Application Of Ritter & Ritter Advokatur As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed 7/19/2017) [Docket No. 16391]

W.  Application Of Tarter Krinsky & Drogin LLP As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods, Fees: $0.00, Expenses: $0.00 (Filed 7/19/2017) [Docket No. 16393]

Responses Filed

X.  Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Fourth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (Filed: 8/15/2017) [Docket No. 16511].

Y.  Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Third Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses and Request for Partial Release of Holdback (Filed: 8/15/2017) [Docket No. 16512].

Z.  Recommendation of the Securities Investor Protection Corporation in Support of Twelfth Application of Kelley, Wolter & Scott, P.A., for Interim Compensation and a Request for Release of a Portion of Fees Held Back (Filed: 8/15/2017) [Docket No. 16513].

AA. Recommendation of the Securities Investor Protection Corporation in Support of Nineteenth Application of Young Conaway Stargatt & Taylor, LLP, for Interim

4

        Compensation and Reimbursement of Expenses and a Request for Portion of Fees Held Back (Filed: 8/15/2017) [Docket No. 16514].

BB.    Recommendation of the Securities Investor Protection Corporation in Support of Ninth Application of Cochran Allan for Interim Compensation and a Request for Release of a Portion of Fees Held Back (Filed: 8/15/2017) [Docket No. 16515].

CC.    Recommendation of the Securities Investor Protection Corporation in Support of Application of Osborne & Osborne, P.A., for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods (Filed: 8/15/2017) [Docket No. 16516].

DD.    Recommendation of the Securities Investor Protection Corporation in Support of Application of La Tanzi Spaulding & Landreth, P.C., for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods (Filed: 8/15/2017) [Docket No. 16517].

EE.    Recommendation of the Securities Investor Protection Corporation in Support of Application of Tarter, Krinsky & Drogin LLP for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods (Filed: 8/15/2017) [Docket No. 16518].

FF.    Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses and for Release of a Portion of Fees Held Back (Filed: 8/15/2017) [Docket No. 16519].

*[The remainder of this page intentionally left blank]*

<u>Related Documents</u>

GG.   Notice of Hearing on Applications For Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By Applicants From December 1, 2016 Through March 31, 2017 (Filed: 7/19/2017) [Docket No. 16397].

<u>Objections Due:</u>     August 16, 2017

<u>Objections Filed</u>     None

<u>Status</u>: This matter is going forward.

Dated:  August 22, 2017
       New York, New York

By:   */s/David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*