**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01182 (SMB) |
| Plaintiff, | |
| v. | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | |
| Defendants. | |

## STIPULATION AND ORDER

The plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the Chapter 7 Estate of Bernard L. Madoff, individually, and Defendants J. Ezra Merkin ("Merkin") and Gabriel Capital Corporation ("GCC"), and Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P. ("Ascot Partners"), Ascot Fund Ltd. ("Ascot Fund") (collectively, the "Defendants"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on August 9, 2017, this Court heard oral argument (the "Hearing") on the Motion *In Limine* by Defendants to Exclude the Testimony and Report of Bruce G. Dubinsky, ECF No. 349, the Defendants' Memorandum of Law In Support of Their Motion *In Limine* to Exclude the Testimony and Report of Bruce G. Dubinsky, ECF No. 350, and the Declaration of Daphne Ha in Support of Motion *In Limine* by Defendants to Exclude the Testimony and Report of Bruce G. Dubinsky, ECF No. 351, and the Motion *In Limine* to Exclude the Expert Testimony of Amy B. Hirsch, ECF No. 346, the Memorandum of Law In Support of Defendants' Motion *In Limine* to Exclude the Expert Testimony of Amy B. Hirsch, ECF No. 347, and the Declaration of Judith A. Archer in Support of Defendants' Motion *In Limine* to Exclude the Testimony of Amy B. Hirsch, ECF No. 348 (collectively the "Motions"); and the Court having made certain rulings based on the papers submitted by the Parties and the arguments of counsel at the Hearing, and the record in this case.

**WHEREAS**, the Court directed the Parties to settle the Orders on the Motions or to submit respective proposed Orders for the Court's consideration.

**WHEREAS**, the Parties, in good faith, seek additional time to resolve any disputes and to submit Orders upon consent to the Court.

**NOW**, **THEREFORE**, in the interest of judicial efficiency and subject to the Court's approval, the Parties have conferred and agree and stipulate to the following:

1. The Parties agree to extend the time to submit Orders upon consent on the Motions up to and including September 1, 2017.

2. If the Parties are unable to agree to Orders on the Motions, the Parties shall submit their respective proposed Orders for the Court's consideration on said date.

Dated:      New York, New York
                August 23, 2017

*/s/ Lan Hoang*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, NY  10111  
Telephone:  (212) 589-4200  
Facsimile:  (212) 589-4201  
David J. Sheehan  
e-mail:  dsheehan@bakerlaw.com  
Lan Hoang  
e-mail:  lhoang@bakerlaw.com  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 Estate of Bernard L. Madoff*

*/s/ Neil Steiner*  
**Dechert LLP**  
1095 Avenue of the Americas  
New York, NY  10036  
Telephone:  (212) 698-3500  
Facsimile:  (212) 698-3599  
Andrew J. Levander  
e-mail:  andrew.levander@dechert.com  
Neil Steiner  
e-mail:  neil.steiner@dechert.com  

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

*/s/ Judith A. Archer*  
**Norton Rose Fulbright US LLP**  
1301 Avenue of the Americas  
New York, NY 10019-6022  
Telephone:  (212) 318 3000  
Facsimile:  (212) 318 3400  
Judith A. Archer  
e-mail: judith.archer@nortonrosefulbright.com  
Sarah O'Connell  
e-mail: sarah.oconnell@nortonrosefulbright.com  
David B Schwartz  
e-mail: david.schwartz@nortonrosefulbright.com  

*Attorneys for Ralph C. Dawson, Esq., as Receiver for Defendant Ascot Partners, L.P., and for Ascot Fund Limited*

                SO ORDERED this 23rd day of August 2017.

                /s/ STUART M. BERNSTEIN  
                HONORABLE STUART M. BERNSTEIN  
                UNITED STATES BANKRUPTCY JUDGE