DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the David R. Markin Estate*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05224 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Carole Neville, hereby certify that on August 25, 2017, I caused a true and correct copy of the (A) *Notice of Motion to Dismiss the First Amended Complaint and to Compel Payment of Claim*, (B) *Memorandum of Law in Support of Defendants' Motion to Dismiss First Amended Complaint and to Compel Payment of Claim* and (C) *Declaration of Carole Neville in Support Thereof* to be filed electronically with the Court and served upon counsel for parties to this action who receive electronic service through CM/ECF and as indicated to the parties listed below:

**Via E-Mail and First-Class U.S. Mail**
David J. Sheehan
Keith R. Murphy
Tatiana Markel
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
     kmurphy@bakerlaw.com
     tmarkel@bakerlaw.com

*Attorneys for Plaintiff, Irving H. Picard*

**Via E-Mail and Overnight Courier**
Securities Investor Protection Corporation
Kevin H. Bell
*Senior Associate General Counsel
   for Dispute Resolution*
805 Fifteenth Street, N.W., Suite 800
Washing, D.C. 20005
Telephone: (202) 371-8300
Email: kbell@sipc.org

Dated: August 25, 2017
       New York, New York

                                    */s/ Carole Neville*
                                    Carole Neville

104760743\V-1