# Exhibit A

**Exhibit A**

**SUMMARY OF TRANSFERS TO BNP ENTITIES FROM BLMIS FEEDER FUNDS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 | Column 13 | Column 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Defendant** | **Harley** | **Tremont - Rye Select Broad Market Portfolio Limited** | **Tremont - Rye Select Broad Market Insurance Portfolio LDC** | **Tremont - Rye Select Broad Market XL Fund LP** | **Tremont - Rye Select Broad Market XL Portfolio Ltd** | **Kingate Global** | **Kingate Euro** | **Fairfield Sentry** | **Fairfield Sigma** | **Ascot Partners** | **Equity Trading** | **Groupement Financier** | **Total** |
| BNP Paribas Suisse | - | - | - | - | - | 5,269,667 | 62,154 | 1,442,452 | - | - | - | - | $ 6,774,273 |
| BNP Paribas Arbitrage | 974,960,092 | - | 32,865 | - | 6,452,906 | 5,120,039 | 14,986,852 | 20,187,336 | - | - | 15,000,000 | 41,042,299 | $ 1,077,782,390 |
| BNP Paribas Cayman | - | 14,470,304 | - | 2,987,824 | 2,500,000 | 4,000,193 | - | 13,474,091 | - | 57,190,550 | - | - | $ 94,622,961 |
| BGL BNP Paribas | - | - | - | - | - | 17,201,646 | 5,955,470 | 326,449 | 1,274,335 | - | - | - | $ 24,757,900 |
| BNP Paribas | - | - | 39,628,385 | - | - | 4,518,515 | 277,617 | 8,356,300 | - | - | - | - | $ 52,780,817 |
| BNP Paribas Securities Services | 500,000 | 32,716,801 | - | - | - | 34,472,535 | 1,009,638 | 39,428,229 | 7,329,202 | - | - | - | $ 115,456,405 |
| | $ 975,460,092 | $ 47,187,105 | $ 39,661,251 | $ 2,987,824 | $ 8,952,906 | $ 70,582,596 | $ 22,291,731 | $ 83,214,857 | $ 8,603,536 | $ 57,190,550 | $ 15,000,000 | $ 41,042,299 | $ 1,372,174,747 |

MADC1422_00000106