# Exhibit B

Exhibit B

## SUMMARY OF SUBSEQUENT TRANSFERS TO BNP DEFENDANTS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| **Defendant** | **Tremont - Rye Select Broad Market Portfolio Limited** | **Tremont - Rye Select Broad Market Insurance Portfolio LDC** | **Tremont - Rye Select Broad Market XL Fund LP** | **Tremont - Rye Select Broad Market XL Portfolio Ltd** | **Ascot Partners** | **Total** |
| BNP Paribas Arbitrage | - | 32,865 | - | 6,452,906 | - | $ **6,485,772** |
| BNP Paribas Cayman | 14,470,304 | - | 2,987,824 | 2,500,000 | 57,190,550 | $ **77,148,678** |
| BNP Paribas | - | 39,628,385 | - | - | | $ **39,628,385** |
| BNP Paribas Securities Services | 32,716,801 | - | - | - | - | $ **32,716,801** |
| | $ 47,187,105 | $ 39,661,251 | $ 2,987,824 | $ 8,952,906 | $ 57,190,550 | $ **155,979,636** |

MADC1422_00000107