# Exhibit E

**Exhibit E**

### SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XL FUND LP

| Date | Transferee | Amount |
|---|---|---|
| 1/2/2008 | BNP Paribas Cayman | (1,000,000) |
| 7/1/2008 | BNP Paribas Cayman | (1,500,000) |
| 7/1/2008 | BNP Paribas Cayman | (487,824) |
| | | **$ (2,987,824)** |