# Exhibit F

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC**

| Date | Transferee | Amount |
|---|---|---|
| 12/19/2008 | BNP Paribas Arbitrage | (32,865) |
| | | $ (32,865) |

| Date | Transferee | Amount |
|---|---|---|
| 11/17/2005 | BNP Paribas | (15,591) |
| 11/30/2005 | BNP Paribas | (1,075,822) |
| 1/18/2006 | BNP Paribas | (12,500) |
| 3/1/2006 | BNP Paribas | (1,178,000) |
| 5/19/2006 | BNP Paribas | (12,500) |
| 5/31/2006 | BNP Paribas | (1,282,480) |
| 7/18/2006 | BNP Paribas | (10,417) |
| 3/1/2007 | BNP Paribas | (1,705,000) |
| 3/21/2007 | BNP Paribas | (258) |
| 6/1/2007 | BNP Paribas | (1,740,333) |
| 7/2/2007 | BNP Paribas | (583,833) |
| 8/1/2007 | BNP Paribas | (564,167) |
| 9/4/2007 | BNP Paribas | (640,333) |
| 12/3/2007 | BNP Paribas | (1,760,000) |
| 3/3/2008 | BNP Paribas | (1,661,698) |
| 6/3/2008 | BNP Paribas | (1,156,550) |
| 7/31/2008 | BNP Paribas | (25,000,000) |
| 7/31/2008 | BNP Paribas | (654,111) |
| 10/1/2008 | BNP Paribas | (574,792) |
| | | $ (39,628,385) |