# Exhibit G

**Exhibit G**

**SUBSEQUENT TRANSFERS TO RYE SELECT BROAD MARKET XL PORTFOLIO LTD**

| Column 1 | Column 2 | Column 2 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 1/2/2008 | Rye Select Broad Market Insurance Portfolio LDC | (318,000) |
| | | **$ (318,000)** |
| 11/1/2006 | Rye Select Broad Market Portfolio Limited | (22,000,000) |
| 1/2/2007 | Rye Select Broad Market Portfolio Limited | (10,000,000) |
| 1/2/2007 | Rye Select Broad Market Portfolio Limited | (10,000,000) |
| 8/1/2007 | Rye Select Broad Market Portfolio Limited | (6,550,000) |
| 8/28/2007 | Rye Select Broad Market Portfolio Limited | (6,550,000) |
| 9/4/2007 | Rye Select Broad Market Portfolio Limited | (8,000,000) |
| 1/2/2008 | Rye Select Broad Market Portfolio Limited | (7,297,644) |
| 1/2/2008 | Rye Select Broad Market Portfolio Limited | (3,016,051) |
| 1/3/2008 | Rye Select Broad Market Portfolio Limited | (2,356) |
| 1/30/2008 | Rye Select Broad Market Portfolio Limited | (500,000) |
| 4/15/2008 | Rye Select Broad Market Portfolio Limited | (156,516) |
| 4/16/2008 | Rye Select Broad Market Portfolio Limited | (160,346) |
| 4/16/2008 | Rye Select Broad Market Portfolio Limited | (65,660) |
| | | **$ (74,298,573)** |

MADC1422_00000160