# Exhibit H

Exhibit H

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED**

| Date | Transferee | Amount |
|---|---|---|
| 8/4/2005 | BNP Paribas Cayman | (400,000) |
| 11/1/2005 | BNP Paribas Cayman | (400,000) |
| 12/1/2005 | BNP Paribas Cayman | (1,250,000) |
| 4/3/2006 | BNP Paribas Cayman | (750,000) |
| 12/28/2006 | BNP Paribas Cayman | (2,300,000) |
| 12/28/2006 | BNP Paribas Cayman | (1,000,000) |
| 6/13/2007 | BNP Paribas Cayman | (108,420) |
| 1/17/2008 | BNP Paribas Cayman | (1,367,366) |
| 1/18/2008 | BNP Paribas Cayman | (5,887,674) |
| 4/16/2008 | BNP Paribas Cayman | (309,878) |
| 4/16/2008 | BNP Paribas Cayman | (71,967) |
| 11/3/2008 | BNP Paribas Cayman | (500,000) |
| 11/3/2008 | BNP Paribas Cayman | (125,000) |
| | | **$ (14,470,304)** |

| Date | Transferee | Amount |
|---|---|---|
| 10/20/2004 | BNP Paribas Securities Services | (2,041,858) |
| 12/22/2004 | BNP Paribas Securities Services | (2,118,243) |
| 1/21/2005 | BNP Paribas Securities Services | (1,510,684) |
| 7/21/2005 | BNP Paribas Securities Services | (2,528,454) |
| 1/5/2006 | BNP Paribas Securities Services | (5,300,000) |
| 1/5/2006 | BNP Paribas Securities Services | (900,000) |
| 1/5/2006 | BNP Paribas Securities Services | (6,040,000) |
| 1/24/2006 | BNP Paribas Securities Services | (17,137) |
| 1/24/2006 | BNP Paribas Securities Services | (32,727) |
| 1/24/2006 | BNP Paribas Securities Services | (42,346) |
| 1/25/2006 | BNP Paribas Securities Services | (10,000) |
| 5/2/2006 | BNP Paribas Securities Services | (1,520,000) |
| 5/26/2006 | BNP Paribas Securities Services | (172,359) |
| 12/1/2006 | BNP Paribas Securities Services | (7,385,000) |
| 6/5/2007 | BNP Paribas Securities Services | (2,000,000) |
| 1/17/2008 | BNP Paribas Securities Services | (1,043,094) |
| 4/15/2008 | BNP Paribas Securities Services | (54,900) |
| | | **$ (32,716,801)** |

MADC1422_00000161