# Exhibit I

**Exhibit I**

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XL PORTFOLIO LTD**

| Date | Transferee | Amount |
|---|---|---:|
| 1/2/2008 | BNP Paribas Arbitrage | (3,600,000) |
| 4/21/2008 | BNP Paribas Arbitrage | (2,852,906) |
| | | **$ (6,452,906)** |

| Date | Transferee | Amount |
|---|---|---:|
| 7/3/2007 | BNP Paribas Cayman | (600,000) |
| 1/2/2008 | BNP Paribas Cayman | (600,000) |
| 4/1/2008 | BNP Paribas Cayman | (600,000) |
| 7/1/2008 | BNP Paribas Cayman | (700,000) |
| | | **$ (2,500,000)** |