# Exhibit J

## ASCOT INITIAL TRANSFERS
### BLMIS ACCOUNT NO. 1A0058 - ASCOT PARTNERS LP

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **Transaction Amount Reported in Customer Statement** | **Cash Deposits** | **Cash Withdrawals** | **Transfers of Principal In** | **Transfers of Principal Out** | **Balance of Principal** | **90-Day Preferential Initial Transfers** | **Two Year Initial Transfers** | **Six Year Initial Transfers** |
| 1/4/1993 | TRANS FROM 1W004130 (*1W0041*) | 3,155,660 [1] | - | - | 3,000,000 | - | 3,000,000 | - | - | - |
| 1/4/1993 | TRANS FROM 1B007930 (*1B0079*) | 1,712,463 [1] | - | - | 1,500,000 | - | 4,500,000 | - | - | - |
| 1/4/1993 | TRANS FROM 1H003730 (*1H0037*) | 1,485,398 [1] | - | - | 1,300,000 | - | 5,800,000 | - | - | - |
| 1/4/1993 | TRANS FROM 1A004230 (*1A0042*) | 25,759,317 [1] | - | - | 21,543,295 | - | 27,343,295 | - | - | - |
| 1/12/1993 | CHECK WIRE | 9,075,489 | 9,075,489 | - | - | - | 36,418,784 | - | - | - |
| 2/26/1993 | TRANS FROM 1W004130 (*1W0041*) | 1,077 [2] | - | - | - | - | 36,418,784 | - | - | - |
| 2/26/1993 | TRANS FROM 1H003730 (*1H0037*) | 789 [2] | - | - | - | - | 36,418,784 | - | - | - |
| 2/26/1993 | TRANS FROM 1B007930 (*1B0079*) | 904 [2] | - | - | - | - | 36,418,784 | - | - | - |
| 2/26/1993 | TRANS FROM 1A004230 (*1A0042*) | 14,276 [2] | - | - | - | - | 36,418,784 | - | - | - |
| 7/28/1993 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 39,418,784 | - | - | - |
| 7/29/1993 | TRANS FROM 1FN00530 (*1FN005*) | 1,695,510 | - | - | 1,695,510 | - | 41,114,294 | - | - | - |
| 1/11/1994 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 46,114,294 | - | - | - |
| 1/11/1994 | TRANS FROM 1FN00530 (*1FN005*) | 14,053,625 | - | - | 14,053,625 | - | 60,167,919 | - | - | - |
| 4/25/1994 | TRANS FROM 1FN00530 (*1FN005*) | 11,052,172 | - | - | 11,052,172 | - | 71,220,091 | - | - | - |
| 7/6/1994 | CHECK WIRE | 7,000,000 | 7,000,000 | - | - | - | 78,220,091 | - | - | - |
| 7/12/1994 | TRANS TO 1FN00530 (*1FN005*) | (5,039,709) | - | - | - | (5,039,709) | 73,180,382 | - | - | - |
| 10/13/1994 | TRANS FROM 1FN00530 (*1FN005*) | 5,961,000 | - | - | 5,961,000 | - | 79,141,382 | - | - | - |
| 7/24/1995 | TRANS FROM 1FN005-30 (*1FN005*) | 1,780,000 | - | - | 1,780,000 | - | 80,921,382 | - | - | - |
| 8/3/1995 | TRANS FROM 1FN005-30 (*1FN005*) | 4,000,000 | - | - | 4,000,000 | - | 84,921,382 | - | - | - |
| 10/2/1995 | TRANS TO 1FN00530 (*1FN005*) | (500,000) | - | - | - | (500,000) | 84,421,382 | - | - | - |
| 12/28/1995 | CHECK WIRE | (6,000,000) | - | (6,000,000) | - | - | 78,421,382 | - | - | - |
| 1/23/1996 | CHECK WIRE | 6,000,000 | 6,000,000 | - | - | - | 84,421,382 | - | - | - |
| 1/26/1996 | TRANS FROM 1FN00530 (*1FN005*) | 304,000 | - | - | 304,000 | - | 84,725,382 | - | - | - |
| 4/16/1996 | CHECK WIRE | 4,500,000 | 4,500,000 | - | - | - | 89,225,382 | - | - | - |
| 4/16/1996 | TRANS FROM 1FN00530 (*1FN005*) | 500,000 | - | - | 500,000 | - | 89,725,382 | - | - | - |
| 7/5/1996 | CHECK WIRE | 15,661,000 | 15,661,000 | - | - | - | 105,386,382 | - | - | - |
| 7/24/1996 | CHECK WIRE | 39,000 | 39,000 | - | - | - | 105,425,382 | - | - | - |
| 12/30/1996 | CHECK WIRE | (1,600,000) | - | (1,600,000) | - | - | 103,825,382 | - | - | - |
| 1/7/1997 | CHECK WIRE | (9,240,000) | - | (9,240,000) | - | - | 94,585,382 | - | - | - |
| 1/10/1997 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 93,585,382 | - | - | - |
| 4/8/1997 | CHECK WIRE | 8,500,000 | 8,500,000 | - | - | - | 102,085,382 | - | - | - |
| 7/8/1997 | CHECK WIRE | 1,400,000 | 1,400,000 | - | - | - | 103,485,382 | - | - | - |
| 7/10/1997 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 104,485,382 | - | - | - |
| 10/8/1997 | CHECK WIRE | (2,500,000) | - | (2,500,000) | - | - | 101,985,382 | - | - | - |
| 12/30/1997 | CHECK WIRE | (6,000,000) | - | (6,000,000) | - | - | 95,985,382 | - | - | - |
| 1/7/1998 | CHECK WIRE | (2,500,000) | - | (2,500,000) | - | - | 93,485,382 | - | - | - |
| 1/9/1998 | TRANS TO 1FN00530 (*1FN005*) | (1,000,000) | - | - | - | (1,000,000) | 92,485,382 | - | - | - |
| 4/13/1998 | CHECK WIRE | 26,000,000 | 26,000,000 | - | - | - | 118,485,382 | - | - | - |
| 7/8/1998 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 128,485,382 | - | - | - |
| 4/5/1999 | CHECK WIRE | 18,685,400 | 18,685,400 | - | - | - | 147,170,782 | - | - | - |
| 4/12/1999 | CHECK WIRE | 11,400,000 | 11,400,000 | - | - | - | 158,570,782 | - | - | - |
| 4/14/1999 | TRANS FROM 1FN00530 (*1FN005*) | 1,950,000 | - | - | 1,950,000 | - | 160,520,782 | - | - | - |
| 7/12/1999 | TRANS TO 1FN00530 (*1FN005*) | (6,400,000) | - | - | - | (6,400,000) | 154,120,782 | - | - | - |
| 1/10/2000 | CHECK WIRE | 700,000 | 700,000 | - | - | - | 154,820,782 | - | - | - |
| 4/6/2000 | CHECK WIRE | 6,175,000 | 6,175,000 | - | - | - | 160,995,782 | - | - | - |
| 8/2/2000 | CHECK WIRE | 4,200,000 | 4,200,000 | - | - | - | 165,195,782 | - | - | - |
| 10/31/2000 | TRANS TO 1FN00530 (*1FN005*) | (11,900,000) | - | - | - | (11,900,000) | 153,295,782 | - | - | - |
| 1/8/2001 | TRANS TO 1FN00530 (*1FN005*) | (1,400,000) | - | - | - | (1,400,000) | 151,895,782 | - | - | - |
| 4/12/2001 | TRANS TO 1FN00530 (*1FN005*) | (700,000) | - | - | - | (700,000) | 151,195,782 | - | - | - |
| 7/25/2001 | TRANS TO 1FN00530 (*1FN005*) | (13,100,000) | - | - | - | (13,100,000) | 138,095,782 | - | - | - |
| 7/25/2001 | TRANS TO 1FR07030 (*1FR070*) | (1,600,000) | - | - | - | (1,600,000) | 136,495,782 | - | - | - |
| 7/25/2001 | TRANS TO 1G032130 (*1G0321*) | (1,400,000) | - | - | - | (1,400,000) | 135,095,782 | - | - | - |
| 10/15/2001 | TRANS TO 1G032130 (*1G0321*) | (2,600,000) | - | - | - | (2,600,000) | 132,495,782 | - | - | - |

**Exhibit J**
**ASCOT INITIAL TRANSFERS**
**BLMIS ACCOUNT NO. 1A0058 - ASCOT PARTNERS LP**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 1/23/2002 | TRANS FROM 1FR07030 (*1FR070*) | 800,000 | - | - | 800,000 | - | 133,295,782 | - | - | - |
| 1/23/2002 | TRANS FROM 1FN00530 (*1FN005*) | 2,500,000 | - | - | 2,500,000 | - | 135,795,782 | - | - | - |
| 1/23/2002 | TRANS FROM 1G032130 (*1G0321*) | 3,700,000 | - | - | 3,700,000 | - | 139,495,782 | - | - | - |
| 5/6/2002 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 141,495,782 | - | - | - |
| 7/15/2002 | TRANS FROM 1FR07030 (*1FR070*) | 6,700,000 | - | - | 6,700,000 | - | 148,195,782 | - | - | - |
| 7/15/2002 | TRANS FROM 1G032130 (*1G0321*) | 200,000 | - | - | 200,000 | - | 148,395,782 | - | - | - |
| 10/8/2002 | TRANS TO 1FN00530 (*1FN005*) | (465,000) | - | - | - | (465,000) | 147,930,782 | - | - | - |
| 12/31/2002 | TRANS TO 1G032130 (*1G0321*) | (4,400,000) | - | - | - | (4,400,000) | 143,530,782 | - | - | - |
| 1/8/2003 | TRANS FROM 1FR07030 A/O 1/2/03 (*1FR070*) | 6,500,000 | - | - | 6,500,000 | - | 150,030,782 | - | - | - |
| 1/8/2003 | TRANS FROM 1G032130 A/O 1/2/03 (*1G0321*) | 19,500,000 | - | - | 19,500,000 | - | 169,530,782 | - | - | - |
| 1/8/2003 | TRANS FROM 1FN00530 A/O 1/2/03 (*1FN005*) | 551,296,800 [1] | - | - | 221,487,622 | - | 391,018,404 | - | - | - |
| 4/15/2003 | TRANS FROM 1G032130 (*1G0321*) | 10,700,000 | - | - | 10,700,000 | - | 401,718,404 | - | - | - |
| 4/15/2003 | TRANS FROM 1FR07030 (*1FR070*) | 11,300,000 | - | - | 11,300,000 | - | 413,018,404 | - | - | - |
| 7/3/2003 | CHECK WIRE | 30,000,000 | 30,000,000 | - | - | - | 443,018,404 | - | - | - |
| 7/3/2003 | TRANS FROM 1FR07030 (*1FR070*) | 8,000,000 | - | - | 8,000,000 | - | 451,018,404 | - | - | - |
| 7/3/2003 | TRANS FROM 1G032130 (*1G0321*) | 13,000,000 | - | - | 13,000,000 | - | 464,018,404 | - | - | - |
| 10/7/2003 | CHECK WIRE | 25,000,000 | 25,000,000 | - | - | - | 489,018,404 | - | - | - |
| 10/7/2003 | TRANS FROM 1G032130 (*1G0321*) | 6,000,000 | - | - | 6,000,000 | - | 495,018,404 | - | - | - |
| 10/7/2003 | TRANS FROM 1FR07030 (*1FR070*) | 12,000,000 | - | - | 12,000,000 | - | 507,018,404 | - | - | - |
| 10/8/2003 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 512,018,404 | - | - | - |
| 12/2/2003 | CHECK WIRE | (5,000,000) | - | (5,000,000) | - | - | 507,018,404 | - | - | (5,000,000) |
| 12/26/2003 | CHECK WIRE | (12,000,000) | - | (12,000,000) | - | - | 495,018,404 | - | - | (12,000,000) |
| 1/5/2004 | CHECK WIRE | 17,000,000 | 17,000,000 | - | - | - | 512,018,404 | - | - | - |
| 1/5/2004 | TRANS FROM 1G032130 (*1G0321*) | 5,800,000 | - | - | 5,800,000 | - | 517,818,404 | - | - | - |
| 1/5/2004 | TRANS FROM 1FR07030 (*1FR070*) | 14,200,000 | - | - | 14,200,000 | - | 532,018,404 | - | - | - |
| 7/14/2004 | TRANS TO 1FR07030 (*1FR070*) | (19,400,000) | - | - | - | (19,400,000) | 512,618,404 | - | - | - |
| 7/14/2004 | TRANS TO 1G032130 (*1G0321*) | (20,600,000) | - | - | - | (20,600,000) | 492,018,404 | - | - | - |
| 8/2/2004 | TRANS FROM 1FR07030 (*1FR070*) | 6,000,000 | - | - | 6,000,000 | - | 498,018,404 | - | - | - |
| 8/2/2004 | TRANS FROM 1G032130 (*1G0321*) | 5,000,000 | - | - | 5,000,000 | - | 503,018,404 | - | - | - |
| 8/3/2004 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 518,018,404 | - | - | - |
| 1/6/2005 | CHECK WIRE | 100,000,000 | 100,000,000 | - | - | - | 618,018,404 | - | - | - |
| 4/5/2005 | CHECK WIRE | 30,000,000 | 30,000,000 | - | - | - | 648,018,404 | - | - | - |
| 10/5/2005 | CHECK WIRE | 50,000,000 | 50,000,000 | - | - | - | 698,018,404 | - | - | - |
| 12/23/2005 | CHECK WIRE | (25,000,000) | - | (25,000,000) | - | - | 673,018,404 | - | - | (25,000,000) |
| 1/5/2006 | TRANS TO 1FR07030 A/O 1/3 (*1FR070*) | (38,000,000) | - | - | - | (38,000,000) | 635,018,404 | - | - | - |
| 1/5/2006 | TRANS TO 1G032130 A/O 1/3 (*1G0321*) | (59,000,000) | - | - | - | (59,000,000) | 576,018,404 | - | - | - |
| 1/6/2006 | CHECK WIRE | (63,000,000) | - | (63,000,000) | - | - | 513,018,404 | - | - | (63,000,000) |
| 4/4/2006 | CHECK WIRE | (76,000,000) | - | (76,000,000) | - | - | 437,018,404 | - | - | (76,000,000) |
| 7/7/2006 | TRANS TO 1G032130 (*1G0321*) | (26,000,000) | - | - | - | (26,000,000) | 411,018,404 | - | - | - |
| 7/12/2006 | CHECK WIRE | 25,000,000 | 25,000,000 | - | - | - | 436,018,404 | - | - | - |
| 12/29/2006 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 426,018,404 | - | (10,000,000) | (10,000,000) |
| 1/4/2007 | TRANS TO 1FR07030 (*1FR070*) | (18,500,000) | - | - | - | (18,500,000) | 407,518,404 | - | - | - |
| 1/4/2007 | TRANS TO 1G032130 (*1G0321*) | (26,500,000) | - | - | - | (26,500,000) | 381,018,404 | - | - | - |
| 7/6/2007 | CHECK WIRE | 80,000,000 | 80,000,000 | - | - | - | 461,018,404 | - | - | - |
| 12/31/2007 | CHECK WIRE | (175,000,000) | - | (175,000,000) | - | - | 286,018,404 | - | (175,000,000) | (175,000,000) |
| 4/2/2008 | CHECK WIRE | 25,000,000 | 25,000,000 | - | - | - | 311,018,404 | - | - | - |
| 7/2/2008 | CHECK WIRE | (50,000,000) | - | (50,000,000) | - | - | 261,018,404 | - | (50,000,000) | (50,000,000) |
| 10/1/2008 | CHECK WIRE | (45,000,000) | - | (45,000,000) | - | - | 216,018,404 | (35,000,000) | (45,000,000) | (45,000,000) |
| 10/9/2008 | CHECK WIRE | 10,000,000 | 10,000,000 | - | - | - | 226,018,404 | - | - | - |
| | Total: | $ 552,335,889 | $ (489,840,000) | $ 422,027,224 | $ (258,504,709) | $ | 226,018,404 | $ (35,000,000) | $ (280,000,000) | $ (461,000,000) |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account

**ASCOT INITIAL TRANSFERS**
**BLMIS ACCOUNT NO. 1A0058 - ASCOT PARTNERS LP**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **Transaction Amount Reported in Customer Statement** | **Cash Deposits** | **Cash Withdrawals** | **Transfers of Principal In** | **Transfers of Principal Out** | **Balance of Principal** | **90-Day Preferential Initial Transfers** | **Two Year Initial Transfers** | **Six Year Initial Transfers** |

on this date. Accordingly, the account balance has remained unchanged.