# Exhibit K

**Exhibit K**
**SUBSEQUENT TRANSFERS FROM ASCOT PARTNERS**

| Date | BNP Paribas Cayman | Amount |
|---|---|---|
| 1/4/2008 | BNP Paribas Cayman | (51,471,495) |
| 2/14/2008 | BNP Paribas Cayman | (5,719,055) |
|  |  | $ (57,190,550) |