**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>STEFANELLI INVESTORS GROUP, et al.,<br><br>               Defendants. | Adv. Pro. No. 10-05255 (SMB) |

**THIRD AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: January 25, 2016.

2.      Fact Discovery shall be completed by: November 30, 2017.

3.      The Disclosure of Case-in-Chief Experts shall be due: January 29, 2018.

4.      The Disclosure of Rebuttal Experts shall be due: March 5, 2018.

5.      The Deadline for Completion of Expert Discovery shall be: April 2, 2018.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before April 9, 2018.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before April 23, 2018.

8.      The Deadline for Conclusion of Mediation shall be:  On or before August 20, 2018.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
      August 31, 2017

BAKER & HOSTETLER LLP

/s/ *Nicholas J. Cremona*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Maximillian Shifrin
Email: mshifrin@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard L.*
*Madoff*

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP

/s/ *Steven R. Schoenfeld*
Steven R. Schoenfeld
Jonathan S. Pasternak
One North Lexington Avenue
White Plains, New York 10601
Telephone: (914) 681-0200
Facsimile: (914) 684-0288

*Attorneys for Defendants*