**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> ATWOOD MANAGEMENT PROFIT SHARING PLAN & TRUST f/k/a ATWOOD REGENCY MONEY PURCHASE PENSION PLAN, in its own right and as a successor-in-interest to the ATWOOD-REGENCY DEFINED BENEFIT PLAN & TRUST, and DINO GUIDUCCI, individually, in his capacity as Co-Trustee of the | Adv. Pro. No. 10-05127 (SMB) |

| |
|---|
| Atwood Regency Profit Sharing Plan & Trust f/k/a the Atwood Regency Money Purchase Plan & Trust, and former Co-Trustee of the Atwood Regency Defined Benefit Plan & Trust, and as the personal representative of the estate of Mary Guiducci, |
|       Defendants. |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: November 30, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: February 20, 2018.

3. The Disclosure of Rebuttal Experts shall be due: April 23, 2018.

4. The Deadline for Completion of Expert Discovery shall be: May 21, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 28, 2108.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 11, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before October 9, 2018.

| | |
|---|---|
| Dated: New York, New York<br>August 31, 2017 | BAKER & HOSTETLER LLP |
| | By: */s/ Nicholas J. Cremona*<br>David J. Sheehan |
| Of Counsel: | Nicholas J. Cremona |
| | 45 Rockefeller Plaza |
| **BAKER HOSTETLER LLP** | New York, NY 10111 |
| 811 Main, Suite 1100 | Telephone: (212) 589-4200 |
| Houston, Texas 77002 | Facsimile: (212) 589-4201 |
| Telephone: (713) 751-1600 | |
| Facsimile: (713) 751-1717 | |
| Dean D. Hunt | *Attorneys for Irving H. Picard, Trustee* |
| Email: dhunt@bakerlaw.com | *for the Substantively Consolidated SIPA* |
| | *Liquidation of Bernard L. Madoff Investment* |
| | *Securities LLC and for the Estate of Bernard* |
| | *L. Madoff* |