**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPC Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　Plaintiff,<br>v.<br><br>JABA ASSOCIATES LP; ESTATE OF JAMES GOODMAN; AUDREY GOODMAN, in her | Adv. Pro. No. 10-05128 (SMB) |

| |
|---|
| capacity as a General and Limited Partner of JABA Associates and in her capacity as Personal Representative of the Estate of James Goodman; BRUCE GOODMAN, in his capacity as a General Partner of JABA Associates LP; ANDREW GOODMAN, in his capacity as a General Partner of JABA Associates LP; and GOODMAN CHARITABLE FOUNDATION, in its capacity as a Limited Partner of JABA Associates LP, |
|        Defendants. |

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: September 8, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: November 28, 2017.

3. The Disclosure of Rebuttal Experts shall be due: January 29, 2018.

4. The Deadline for Completion of Expert Discovery shall be: February 28, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 7, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 21, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before July 18, 2018.

| | |
|---|---|
| Dated: New York, New York<br>August 31, 2017 | BAKER & HOSTETLER LLP |
| | By: */s/ Nicholas J. Cremona*<br>David J. Sheehan |
| Of Counsel: | Nicholas J. Cremona<br>45 Rockefeller Plaza |
| **BAKER HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

-3-