**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br>v.<br><br>SYLVAN ASSOCIATES LLC f/k/a Sylvan Associates Limited Partnership; DONALD R. | Adv. Pro. No. 10-04961 (SMB) |

SHAPIRO, in his capacity as a General Partner of Sylvan Associates Limited Partnership; THE ERIC NATHAN SHAPIRO 1989 TRUST, in its capacity, as a Limited Partner of Sylvan Associates Limited Partnership; THE EMILY LAUREN SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE JULIE BETH SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; THE LINDSAY ARIEL SHAPIRO 1989 TRUST, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership; ROBIN L. SHAPIRO, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust; ERIC N. SHAPIRO; EMILY L. SHAPIRO; JULIE B. SHAPIRO; and LINDSAY A. SHAPIRO,

      Defendants.

## SECOND AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery shall be completed by: September 22, 2017.

2. The Disclosure of Case-in-Chief Experts shall be due: December 14, 2017.

3. The Disclosure of Rebuttal Experts shall be due: February 12, 2018.

4. The Deadline for Completion of Expert Discovery shall be: March 15, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before March 22, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before April 5, 2018.

7. The Deadline for Conclusion of Mediation shall be:  On or before August 2, 2018.

| | |
|---|---|
| Dated: New York, New York<br>August 31, 2017 | BAKER & HOSTETLER LLP |
| | By: */s/ Nicholas J. Cremona* |
| Of Counsel: | David J. Sheehan<br>Nicholas J. Cremona |
| **BAKER HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | 45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |