**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>STANLEY PLESENT,<br><br>  Defendant. | Adv. Pro. No. 10-04375 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the estate of Bernard L. Madoff, individually, by and through his counsel, Windels Marx Lane & Mittendorf, LLP, and defendant Stanley Plesent ("Defendant"), by and through his counsel, Pryor Cashman LLP (together, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed a Complaint against Defendant.

2. On March 1, 2016, Defendant filed an Answer to the Complaint.

3. On July 10, 2017, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of the Trustee to move ex parte to re-open this adversary proceeding in the event of an uncured default under the terms of the Settlement Agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated:       New York, New York
             September 1, 2017

| **WINDELS MARX LANE & MITTENDORF LLP** | **PRYOR CASHMAN LLP** |
|---|---|
| By: /s/ Howard L. Simon | By: /s/ Richard Levy, Jr. |
| Howard L. Simon (hsimon@windelsmarx.com) | Richard Levy, Jr. (rlevy@pryorcashman.com) |
| Kim M. Longo (klongo@windelsmarx.com) | 7 Times Square |
| John J. Tepedino (jtepedino@windelsmarx.com) | New York, NY 10036 |
| Windels Marx Lane & Mittendorf LLP | Tel: (212) 326-0886 |
| 156 West 56th Street | Fax: (212) 326-0806 |
| New York, New York 10019 | |
| Tel: (212) 237-1000 | *Attorneys for Defendant* |
| Fax: (212) 262-1215 | |

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

SO ORDERED:

Dated: September 1, 2017               /s/ STUART M. BERNSTEIN
New York, New York                     HONORABLE STUART M. BERNSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE