UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Movant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>   Plaintiff,<br>  v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, and ZEV WOLFSON,<br><br>   Defendants, | Adv. Pro. No. 10-04488 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>   Plaintiff,<br>  v.<br><br>SOUTH FERRY #2, EMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON,<br><br>   Defendants. | Adv. Pro. No. 10-04350 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br>  v.<br><br>UNITED CONGREGATIONS MESORA ,<br><br>        Defendants. | Adv. Pro. No. 10-05110 (SMB) |

## CERTIFICATE OF SERVICE

I, Kevin H. Bell, hereby certify that on September 5, 2017, I caused the Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion for Summary Judgment and in Opposition to Defendants' Motions for Summary Judgment, to be served, by electronic mail, upon Counsel at the e-mail addresses listed on the service list attached as Exhibit A.

I further certify that on September 5, 2017, I caused to be mailed a true and correct copy of the Memorandum by prepaid United States First Class Mail to the non-CM/ECF participant addresses listed on the service list attached as Exhibit B.

I further certify that on September 5, 2017, an electronic copy of the Memorandum was uploaded to the Court's electronic filing system.

                                                        /s/ Kevin H. Bell
                                                        KEVIN H. BELL

# EXHIBIT A

# EXHIBIT A

**Email Addresses:**

adberlin@aitkenberlin.com; aehrlich@paulweiss.com; ahadjikow@brunellelaw.com; brunellelaw@gmail.com; Alexander.Feldman@CliffordChance.com; amarder@msek.com; amy.swedberg@maslon.com; andrea.robinson@wilmerhale.com; angelinal@jpfirm.com; anisselson@windelsmarx.com; asteinberg@kslaw.com; awagner@stonemagnalaw.com; bankruptcy@morrisoncohen.com; barrysher@paulhastings.com; bdk@schlamstone.com; bfriedman@milberg.com; bhanyc@gmail.com; blax@laxneville.com; bneville@laxneville.com; bscott@klestadt.com; bsharton@goodwinprocter.com; bsmoore@pbnlaw.com; btannenbaum@paulweiss.com; bvkleinman@aitkenberlin.com; carole.neville@dentons.com; cboccuzzi@cgsh.com; cglick@certilmanbalin.com; cgrusauskas@paulweiss.com; charles.platt@wilmerhale.com; CRendell@stonemagnalaw.com; csalomon@beckerglynn.com; dana.seshens@davispolk.com; danielholzman@quinnemanuel.com; dapfel@goodwinprocter.com; david.kotler@dechert.com; david.livshiz@freshfields.com; david@dboltonpc.com; davidbernfeld@bernfeld-dematteo.com; dglosband@goodwinprocter.com; dgolub@sgtlaw.com; dhirsch@sglawyers.com; dhykal@willkie.com; dmolton@brownrudnick.com; dstone@stonemagnalaw.com; ebadway@foxrothschild.com; EFrejka@FREJKA.com; eletey@riddellwilliams.com; eric.lewis@baachrobinson.com; ffm@bostonbusinesslaw.com; fhperkins@morrisoncohen.com; fowkes.joshua@arentfox.com; freinke@mayerbrown.com; fstrong@wmd-law.com; gbrunelle@brunellelaw.com; brunellelaw@gmail.com; gdexter@chaitmanllp.com; george.shuster@wilmerhale.com; ghirsch@sillscummis.com; glee@mofo.com; gpw@stim-warmuth.com; gwoodfield@haileshaw.com; hchaitman@chaitmanllp.com; hjones@jonesschwartz.com; hkleinhendler@wmllp.com; hsimon@windelsmarx.com; hulme.james@arentfox.com; jeanites@whiteandwilliams.com; Jeff.Butler@CliffordChance.com; jeffreybernfeld@bernfeld-dematteo.com; Jeremy.Mellitz@withers.us.com; jlavin@lavinassociates.com; jlevine@stblaw.com; jmr@msf-law.com; jodikleinick@paulhastings.com; joel@joelherz.com; jshickich@riddellwilliams.com; jspanier@abbeyspanier.com; jyoung@milberg.com; karen.wagner@davispolk.com; kjacques@kslaw.com; klibrera@winston.com; laura.clinton@bakermckenzie.com; lawkap@aol.com; levine@whafh.com; lindsayweber@quinnemanuel.com; marcy.harris@srz.com; max@fmlaw.net; mcalabrese@earthlink.net; mcohen@cohengresser.com; mgluck@milberg.com; mhbodian@gmail.com; Michael.Blumenthal@tklaw.com; michael.goldberg@akerman.com; mking@gibsondunn.com; mkupillas@milberg.com; mmulholland@rmfpc.com; morwetzler@paulhastings.com; mpollok@marvinandmarvin.com; mudem@askllp.com; MVC@CiresiConlin.com; neal.mann@oag.state.ny.us; nfineman@cpmlegal.com; lconcepcion@cpmlegal.com; paminolroaya@seegerweiss.com; PDMoore@duanemorris.com; pheer@duanemorris.com; pjw@stim-warmuth.com; pwang@foley.com; rabrams@katskykorins.com; rcirillo@kslaw.com; rdakis@morrisoncohen.com; rexlee@quinnemanuel.com; Rhaddad@OSHR.com; rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com; Richard.Kirby@bakermckenzie.com; richard@kgalaw.com; richardsignorelli@gmail.com; rmccord@certilmanbalin.com; robert.yalen@usdoj.gov; robertloigman@quinnemanuel.com; rosenberg@clayro.com; rschwed@shearman.com; russell@yankwitt.com; schristianson@buchalter.com; scott.reynolds@chaffetzlindsey.com; sdumain@milberg.com; sfarber@winston.com; sfishbein@shearman.com; sgeller@bellowslaw.com; sir@msf-law.com; smhonig@duanemorris.com; snewman@katskykorins.com; sparadise@rkollp.com; srosen@rosenpc.com; sschlesinger@jaspanllp.com; sscott@jaspanllp.com; sstorch@samlegal.com; susheelkirpalani@quinnemanuel.com; sweiss@seegerweiss.com; tmiodonka@fdh.com; ttelesca@rmfpc.com; tvalliere@svlaw.com; vdrohan@dlkny.com; wahabib@habiblaw.net; wdahill@wmd-law.com; wrtansey@ravichmeyer.com; Yeskoo@yeskoolaw.com; alan@cosnerlaw.com; andy.huang@ipcg.com.sg; arlenerc54@hotmail.com; arroyo@rya.es; arroyoignacio@hotmail.com; berniebraverman@gmail.com; berthold.troiss@capitalbank.at; bionicdoll@aol.com; birgit.peters2010@yahoo.com; bobjen8@bigpond.com; charles.robins@weil.com; chore55@yahoo.com; daved628@aol.com; david1943@comcast.net; dgottesman@firstmanhattan.com; doctor1000@earthlink.net; dschupak@schupakgroup.com; eau203@gmail.com; Eric.Lewis@baachrobinson.com; ew@khiholdings.com; fcohen@duanemorris.com; freedomlo@yahoo.com.hk; galejs@gmail.com; gary.libra@gmail.com; gdnite@earthlink.net; hstern@wzssa.com; hyassky@aol.com; icbcmylee@yahoo.com.tw; info@pfcintl.com; j.delaire@yahoo.com; jacques123@wanadoo.es; jakefigi2@aol.com; jaqueslamac@gmail.com; jn-pro-se@pobox.com; joannerosen@gmail.com; krishnamurthyp@sec.gov; krizia_ligale@yahoo.com.hk; leyla.hill@hos.com; linchasd@netvigator.com;

lindencoppell@gmail.com; lovormon@aol.com; maddockspaul@gmail.com; marciroses@aol.com; marny@corsair2.com; mattfcarroll@msn.com; MauriceSandler@hotmail.com; mauricesandler@sbcglobal.net; mdweb27@me.com; mrkruze@comcast.net; msoslow@untracht.com; muchhal@netvigator.com; mwinick@hotmail.com; ndver@comcast.net; nkelley@sipc.org; optics58@gmail.com; pabst@mantomgmt.com; peplady5@gmail.com; richard.hoefer@utanet.at; rjch@netvigator.com; rng67@comcast.net; rreardon@stblaw.com; rudolf.rausch@gmail.com; simcha.gutgold@gmail.com; srohdie@bellsouth.net; stanleymkatz@mac.com; stuart@silverboxsw.com; swansont@sec.gov; tim.balbirnie@gmail.com; truggiero@resnicknyc.com; ts.yang@msa.hinet.net; vasilescua@sec.gov; wc.helsdingen@casema.nl; yiuleung@yahoo.com.hk; yiuleunghk@gmail.com; dsheehan@bakerlaw.com; kmurphy@bakerlaw.com; amaytal@bakerlaw.com; ncremona@bakerlaw.com; hmcdonald@bakerlaw.com; mshifrin@bakerlaw.com

# EXHIBIT B

# EXHIBIT B

**Attorneys and Pro Se Service Addresses:**

Chi-Hua Liao
No. 449 Sanmin Road
Jhubei City, Hsinchu County,
Taiwan

Chris P. Tsukoa
1202 Parrilla de Avila
Tampa, FL 33613

Ethel L. Chambers
3443 SE Fairway E
Stuart, FL 34997

Harriet Rubin
9733 Ravine Avenue
Las Vegas, NV 89117

Harvey Krauss
35 Sutton Place, Suite 15F
New York, NY 10022

Hilda Drucker
3820 Bowne Street Apt. 806
Flushing, NY 11354-5622

Ilse Della-Rowere
Herzranovsky - Orlandog 5/15/12
Vienna, 1210
Austria

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
District Director
290 Broadway
New York, NY 10008

John H. Petito
3639 River Rd
Lumberville, PA 18933

Kenneth Springer
2267 Newbury Dr.
Wellington, FL 33414

KR Erwin Hawle
Dorfstrasse 67
4865 Nussdorf,
Austria

Lee Garrity
2601 Willowwood Ave.
Valparaiso, IN 46383

Ng Shok Len
12B Marigold Mansion
Taikoo Shing,,
Hong Kong

Ng Shok Mui Susanna
12B Marigold Mansion
Taikoo Shing,,
Hong Kong

Panagiotis Moutzouris
8 Aiolou Street
Voula GR-16673,
Greece

Peerstate Equity Fund L.P.
c/o Lou Prochilo
43 West St.
Northport, NY 11768

Remy Investments Corp
c/o Ann Kallgren
1-5 Harley Street
London W1G 9QD,
England,  United Kingdom

Richard G. Corey
1235 Edgewood Drive
Charleston, WV 25302

S. James Chambers
3443 SE Fairway E
Stuart, FL 34997

Shao-Po Wang
No. 69, Zhongshan Rd., Tucheng Dist.
New Taipei City 236,,
Taiwan

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**No Address Information:**

Andrew Kostin

Barbara Moss Estate
c/o Irving Moss

BF+M Life Insurance Company Limited

Bricklayers and Allied Craftsmen Local 2 Annuity Fund;

Certain American Securities Defendants

David Kostin

Deborah Weinstein

Eric D. Goldberg

Shana D. Madoff

Susan Kostin

Talon Air, Inc.

The Kostin Company