**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT ROMAN,<br><br>       Defendant. | Adv. Pro. No. 10-04292 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO THE TRUSTEE'S MOTION TO COMPEL DISCOVERY PURSUANT TO FED. R. BANKR. P. 7037(a)(3)(B)**

   I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

   1.  I am a partner with Chaitman LLP, counsel to defendant Robert Roman ("Defendant").

   2.  I am a member of the bars of New York and New Jersey, and of this Court.

{00032738 2 }

3. I submit this declaration in opposition to the Trustee's motion to compel discovery pursuant to Fed. R. Bankr. P. 7037(a)(3)(B).

4. I sent a memo, the *Chaitman Email,* to all of my clients, including Robert Roman, who are defendants in clawback actions brought by the Trustee.

5. I did not intend for any of my clients to disclose the memo, which contains my "mental impressions, conclusions, opinions or legal theories," to anyone else.

6. Without my knowledge, Robert Roman forwarded the memo to Bernard L. Madoff so that he would understand the context in which I was seeking his declaration.

7. I did not learn that Robert Roman had forwarded my memo to Mr. Madoff until after he had done so.

Dated: September 6, 2017

**CHAITMAN LLP**

/s/ *Helen Davis Chaitman*
465 Park Avenue
New York, New York 10022
Phone and Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant Robert Roman*

{00032738 2 }