**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS                )
                                      ) ss:
COUNTY OF DALLAS       )

    VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 6, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Certificate of No Objection to Trustee's Motion and Memorandum of Law to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Schupak Account (Docket Number 16592)

    2. Affidavit of Service of Certificate of No Objection to Trustee's Motion and Memorandum to Affirm his Determinations Denying Claims of Claimants Holding Interests in the Schupak Account (Docket Number 16593)

Executed on September 7, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this ___7___ day of September 2017

(SEAL)

Notary Public — March 27, 2018

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

2

# Exhibit A

**Exhibit A**
**September 6, 2017**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | Claimant |