**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Maximillian S. Shifrin

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>          v.<br><br>SERENE WARREN REVOCABLE TRUST U/A/D SEPTEMBER 15, 2005, SERENE WARREN and CHRISTOPHER WARREN, as trustees of the Serene Warren Revocable Trust, and | Adv. Pro. No. 10-04514 (SMB) |

SERENE WARREN, individually,

Defendants.

**SIXTEENTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were exchanged on May 16, 2014

2. Fact Discovery shall be completed by: December 6, 2017

3. The Disclosure of Case-in-Chief Experts shall be due: February 5, 2018

4. The Disclosure of Rebuttal Experts shall be due: March 5, 2018

5. The Deadline for Completion of Expert Discovery shall be: April 5, 2018

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before April 12, 2018

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before May 7, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before August 29, 2018.

Dated: September 7, 2017

| **BAKER & HOSTETLER LLP** | **LOEB & LOEB, LLP** |
|---|---|
| By: /s *Keith R. Murphy* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  212.589.4200 <br> Facsimile:  212.589.4201 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Nicholas Cremona <br> Email:  ncremona@bakerlaw.com <br> Keith R. Murphy <br> Email: kmurphy@bakerlaw.com <br> Maximillian S. Shifrin <br> Email: mshifrin@bakerlaw.com <br><br> *Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By:  /s/ *Daniel B. Besikof* <br> 345 Park Avenue <br> New York, New York 10154 <br> Telephone: 212.407.4129 <br> Facsimile:  646.417.6335 <br> P. Gregory Schwed <br> Email:  gschwed@loeb.com <br> Daniel B. Besikof <br> Email:  dbesikof@loeb.com <br><br> *Attorneys for Defendants* |

3