**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Samuels Family Limited Partnership (the "Claimant"), having filed an objection (the "Objection", Docket No. 2372) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003897), hereby give notice that it withdraws such Objection.

Dated: September 8, 2017

**JASPAN SCHLESINGER LLP**

By: */s/ Jeffrey H. Schwartz*
300 Garden City Plaza
Garden City, New York 11530
Telephone: 516.746.8000
Facsimile: 516.393.8282
Jeffrey H. Schwartz, Esq.
Email: jschwartz@jaspan.com

*Attorney for Samuels Family Limited Partnership*