**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION

Sylvia Joel (the "Claimant"), having filed an objection (the "Objection", Docket No. 2919) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#000258), hereby gives notice that she withdraws such Objection.

Dated: September 8, 2017

**HARVEY KRAUSS**

By: */s/ Harvey Krauss*
35 Sutton Place, Suite 15F
New York, New York 10022
Telephone: (917) 880-1685

*Attorney for Sylvia Joel*