**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION

Amy Joel (the "Claimant"), having filed an objection (the "Objection", Docket No. 2947) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#008920), hereby gives notice that she withdraws such Objection.

Dated: September 8, 2017

**JASPAN SCHLESINGER LLP**

By: */s/ Jeffrey H. Schwartz*
300 Garden City Plaza
Garden City, New York 11530
Telephone: 516.746.8000
Facsimile: 516.393.8282
Jeffrey H. Schwartz, Esq.
Email: jschwartz@jaspan.com

*Attorney for Amy Joel*