**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Patricia Samuels (the "Claimant"), having filed an objection (the "Objection", Docket No. 2964) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#004841), hereby give notice that she withdraws such Objection.

Dated: September 8, 2017

**JASPAN SCHLESINGER LLP**

By: */s/ Jeffrey H. Schwartz*
300 Garden City Plaza
Garden City, New York 11530
Telephone: 516.746.8000
Facsimile: 516.393.8282
Jeffrey H. Schwartz, Esq.
Email: jschwartz@jaspan.com

*Attorney for Patricia Samuels*