**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Amy Joel and Patricia Samuels (the "Claimants"), having filed an objection (the "Objection", Docket No. 3709) to the Trustee's Notice of Determination of Claim respecting the customer claim (#008921) which Claimants filed on behalf of the Article Third Trust *u/w/o* Martin J. Joel, Jr., hereby give notice that they withdraw such Objection.

Dated: September 8, 2017

**JASPAN SCHLESINGER LLP**

By: */s/ Jeffrey H. Schwartz*
300 Garden City Plaza
Garden City, New York 11530
Telephone: 516.746.8000
Facsimile: 516.393.8282
Jeffrey H. Schwartz
Email: jschwartz@jaspan.com

*Attorney for Amy Joel and Patricia Samuels*