UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 8, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    Notice of Transfer of Allowed Claim (Transfer Numbers T000548)

Executed on September 8, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 8 day of September, 2017

Susan Crouch Weaver
Notary Public,
State of Texas
Expires: 04/18/2019

_____           _____
(SEAL)                                                                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000548**
9/8/2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | Midtown Acquisitions L.P. | c/o Davidson Kempner Capital Management LP | Attention: Jennifer Donovan | 520 Madison Avenue, 30th Floor | New York | NY | 10020 | |