**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br>v.<br><br>AMY JOEL,<br><br>    Defendant. | Adv. Pro. No. 10-04299 (SMB) |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Amy Joel ("Ms. Joel," and

together with the Trustee, the "Parties"), by and through her counsel, Jaspan Schlesinger LLP, hereby stipulate and agree to the following:

1.  On November 26, 2010, the Trustee filed the Complaint against Ms. Joel.

2.  In or about February 2016, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

3.  In or about November 2016, the Parties entered into a first amendment to the Settlement Agreement.

4.  In or about July 2017, the Parties entered into a second amendment to the Settlement Agreement.

5.  In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against the Defendants in the above-captioned adversary proceeding and to a dismissal of the adversary proceeding without prejudice.

6.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
September 8, 2017

| | |
|---|---|
| By: */s/ Nicholas Cremona* <br> **BAKER & HOSTETLER LLP** <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Jeffrey H. Schwartz* <br> **JASPAN SCHLESINGER LLP** <br> 300 Garden City Plaza <br> Garden City, New York 11530 <br> Telephone: (516) 746-8000 <br> Facsimile: (516) 393-8282 <br> Steven R. Schlesinger <br> Email: sschlesinger@jaspanllp.com <br> Jeffrey H. Schwartz, Esq. <br> Email: jschwartz@jaspan.com <br><br> *Attorneys for Defendant Amy Joel* |

                                        **SO ORDERED**

**/s/ STUART M. BERNSTEIN**

**Dated: September 8th, 2017**    **HON. STUART M. BERNSTEIN**
**New York, New York**    **UNITED STATES BANKRUPTCY JUDGE**

3