**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> SYLVIA JOEL, et al., <br><br> Defendants. | Adv. Pro. No. 10-04291 (SMB) |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

By and through their respective counsel, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff individually, Sylvia Joel, Amy Joel, Patricia Samuels, Howard Samuels, Andrew Samuels, Dara Sandler, Martin J. Joel Partnership, Article Third Trust *u/w/o* Martin J. Joel Jr., Article Fourth Trust *u/w/o* Martin J. Joel Jr., and Harvey Krauss (collectively

the "Defendants," and together with the Trustee, the "Parties"), hereby stipulate and agree to the following:

1. On November 26, 2010, the Trustee filed the Complaint against the Defendants and certain other parties.

2. In or about February 2016, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

3. In or about November 2016, the Parties entered into a first amendment to the Settlement Agreement.

4. In or about July 2017, the Parties entered into a second amendment to the Settlement Agreement.

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against the Defendants in the above-captioned adversary proceeding and to a dismissal of the adversary proceeding without prejudice.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
September 8, 2017

By: */s/ Nicholas Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Jeffrey H. Schwartz*
**JASPAN SCHLESINGER LLP**
300 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 746-8000
Facsimile: (516) 393-8282
Steven R. Schlesinger
Email: sschlesinger@jaspanllp.com
Jeffrey H. Schwartz, Esq.
Email: jschwartz@jaspan.com

*Attorneys for Defendants Amy Joel, Patricia Samuels, Howard Samuels, Andrew Samuels, and Dara Sandler*

By: */s/ Harvey Krauss*
**HARVEY KRAUSS, ATTY AT LAW**
35 Sutton Place, Suite 15F
New York, New York 10022
Telephone: (917) 880-1685
Harvey Krauss, Esq.

*Counsel for Defendants Sylvia Joel, Martin J. Joel Partnership, Article Third Trust u/w/o Martin J. Joel Jr., Article Fourth Trust u/w/o Martin J. Joel Jr., and Harvey Krauss*

**SO ORDERED**

**Dated: September 8th, 2017**
**New York, New York**

**/s/ STUART M. BERNSTEIN**
**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

3