# **EXHIBIT 1**

**EXHIBIT 1 – ACCOUNT-HOLDER**
Account At Bernard L. Madoff Investment Securities LLC ("BLMIS") Invested In By Objecting Claimants

| BLMIS Account Name | Account Name | BLMIS Account Number | Claim Filed By BLMIS Account | Outstanding Docketed Objections From Investors In the BLMIS Account | Outstanding Claims of Investors in the BLMIS Account |
|---|---|---|---|---|---|
| Jennie Brett | Jennie Brett | 1B0192 | Yes (000047) | 3 | 3 |
| David Moskowitz | David Moskowitz | 1ZA178 | Yes (000695) | 1 | 1 |
|  |  |  |  | **4** | **4** |

1