# EXHIBIT 2

# EXHIBIT 3 – OBJECTION DETAILS

Further Details of Outstanding Objections From Claimants Invested In The BLMIS Accounts Identified In Exhibit 1

| Claim Number | Objection Party | BLMIS Account | BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 000995 | Heidi Hiles | Jennie Brett | 1B0192 | Claim for securities and/or credit balance denied (12/08/2009). | 1172 | 1/5/2010 |
| 000997 | Rosalinda Macaluso | Jennie Brett | 1B0192 | Claim for securities and/or credit balance denied (12/08/2009). | 1176 | 1/5/2010 |
| 001081 | Gaetano Macaluso | Jennie Brett | 1B0192 | Claim for securities and/or credit balance denied (12/08/2009). | 1175 | 1/5/2010 |
| 013192 | Leah Larsen | David Moskowitz | 1ZA178 | Claim for securities and/or credit balance denied (12/17/2010). | 3854 | 2/15/2011 |