# EXHIBIT 9

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:          013192

Date Received_____ **RECEIVED**

**JUN 3 0 2009**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

Name of Customer: _Leah Larsen_

Mailing Address: 

City: _____   State: _____

Account No.: _1 - ZA176 - 3_

Taxpayer I.D. Number (Social Security No.): _____ _1911_

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.   Claim for money balances as of **December 11, 2008**:

   a.   The Broker owes me a Credit (Cr.) Balance of   $ _106,000 approx_.

   b.   I owe the Broker a Debit (Dr.) Balance of   $ _0_

   c.   If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.   $ _0_

   d.   If balance is zero, insert "None."   _____

502180406

1

**MWPTAP00544178**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | ✓ | |

My brother David Moskowitz +
My brother Peter Moskowitz + Madoff is the broker

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

MWPTAP00544179

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _6/26/09_    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                           4

MWPTAP00544180

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | ✓ | |
| b.   I owe the Broker securities | | ✓ |

c.      If yes to either, please list below:

*I'm basing my claim on the account listed above in the name of my brother, David Moskowitz for which I deposited 100,000 to BLMIS directly over the past 2 years - i.e. 2008 & none of which was withdrawn by me.*

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

*The last account statement was filed by David Moskowitz in his claim because at the time I didn't believe I had standing as a customer, even tho Madoff encouraged arrangements of this kind. I've since learned that under the law I should have status. I will forward proof of the deposit*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you.** *Such -* **Please enclose, if possible, copies of your last account statement and purchase or** *sequently* **sale confirmations and checks which relate to the securities or cash you claim, and** *listing would* **any other documentation, such as correspondence, which you believe will be of** *Legal* **assistance in processing your claim. In particular, you should provide all** *& acc...* **documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00544181

| | | | |
|---|---|---|---|
| Amount: | $60,000.00 | Sequence Number: | 4270850759 |
| Account: | 4928 | Capture Date: | 01/02/2007 |
| Bank Number: | 54075010 | Check Number: | 760869 |

## CREDIT - Cashier's Check Outstanding

No. **0760869**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date      JANUARY 02, 2007      30-1/1140 NTX

Banking Center      EAST HAMPTON

0029970 00002 000760869      LEAH LARSEN
Remitter (Purchased By)

$      **60000.00**

Pay To The Order Of

**SIXTY THOUSAND DOLLARS AND 00 CENTS**

**BERNARD L MADOFF INVESTMENT**
**SECURITIES LLC**

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

Tran 00511   01/02/2007  12:56   NNY
R/T# 540040106  CC 0029970  Tlr 00002
Account

Authorized Signature   Official Check Sale      $60,000.00
N DRL N            py      04/09 04/04

⑈0760869⑈ ⑈540750108⑈           4928⑈      5⑈0006000000⑈

32-14-3774B 06-2005

01/02/2007

3220
75000

BANK OF AMERICA, NA NRT
01/02/07

4270850759

| Amount: | $60,000.00 | Sequence Number: | 9030127418 |
|---|---|---|---|
| Account: | ☐ 4928 | Capture Date: | 01/12/2007 |
| Bank Number: | 11400001 | Check Number: | 760869 |



This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Bank of America

Cashier's Check     No. 0760869

Leah Larsen

**Redacted**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave, Suite 800
Dallas, TX 75201

MWPTAP00544184

UNITED STATES POSTAL SERVICE

**EXPRESS MAIL®**

**Flat Rate Mailing Envelope**

*For Domestic and International Use*

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

Place Mailing Label here

it us at usps.com

We Deliver!

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
Day of Delivery
☐ Next ☐ 2nd ☐ 2nd Del. Day

Date Accepted
Scheduled Date of Delivery
Postage $

Mo. Day Year
Month Day
Return Receipt Fee $

Time Accepted
☐ AM
☐ PM
Scheduled Time of Delivery
☐ Noon ☐ 3 PM
COD Fee $
Insurance Fee $

Military
☐ 2nd Day ☐ 3rd Day
Flat Rate ☐ or Weight
lbs. ozs.
Total Postage & Fees $

Int'l Alpha Country Code
Acceptance Emp. Initials

**FROM:** (PLEASE PRINT)     PHONE ( )

**FOR PICKUP OR TRACKING**
Visit **WWW.USPS.COM**
Call 1-800-222-1811


Recycled Paper

**UNITED STATES POSTAL SERVICE®**

**EXPRESS MAIL®**

**Post Office To Addressee**

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt
Time
☐ AM ☐ PM
Employee Signature

Mo. Day
Delivery Attempt
Time
☐ AM ☐ PM
Employee Signature

Mo. Day
Delivery Date
Time
☐ AM ☐ PM
Employee Signature

**CUSTOMER USE ONLY**

☐ **NO DELIVERY**
☐ Weekend ☐ Holiday

Mailer Signature

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**TO:** (PLEASE PRINT)     PHONE ( )

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

ZIP + 4 (U.S. Addresses only, or do not use color to fill in from postal codes.)

**Addressee Copy**
Label 11-B, March 2004

U.S. POSTAGE PAID
EAST HAMPTON, NY
JUN 27, '09
AMOUNT
51-16
$7.50

2976, or 2976A)

 packaging products have been
Cradle to Cradle Certification™
ecologically-intelligent design.
information go to

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.

EP13F

MWPTAP00544185