# EXHIBIT 5

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

December 15, 2008

Dear *Rosalinda*

Bernard Madoff Investment Securities, LLC, has managed my investments since approximately 1967. I have been his customer for 41 years.

You and several relatives and friends have participated in this investment for many years. We have received a 10% return on our money just about every quarter. I have received monthly statements of stock trades, dividends and interest earned, as well as end of year 1099 tax reports.

I am sorry to report that he was arrested on December 11th and charged with securities fraud. It was alleged that he operated a Ponzi scheme that could involve losses of more than $50-billion. You may have read about the case in Friday's papers. I enclose copies of some newspaper articles. The NY Times has been reporting this almost daily; today they have three separate articles.

The government has appointed a receiver and has frozen all accounts in an effort to protect investors. I obviously don't know whether our investments are in danger or when we will know the extent of the loss.

I am certain, however, that <u>we will not receive our checks in January.</u>

I and the entire financial community are shocked at this news.

I will forward developments as I am informed of same. In the meantime, follow the news reports.

Very truly yours,

Tom

Dr. Rosalinda Macaluso

## Redacted

Thomas E. Brett, Esq.
125-10 Queens Boulevard
Suite 311
Kew Gardens, NY 11415

March 30, 2009

Re: Investment with Madoff Securities

Dear Tom,

On behalf of myself, Gaetano Macaluso and Heidi Hiles, I am writing to you in regards to monies our family had invested through you with Madoff Securities. I understand and respect the privacy and confidentiality rights of others who invested their money through you. However, I would like to inquire the following information: of the $350,000.00 invested in my name, the $50,000.00 invested in my father, Gaetano Macaluso's name and the $10,000.00 invested in Heidi Hiles' name, what percentage of your total investment with Madoff pertains to each of us?

We are in receipt of your correspondences keeping us privy to the fraud investigation and we thank you for the updates. The money we had invested with you comprised our life savings and inheritances from family members. We hope you understand how important it is for us to know our standing in this investment and the percentage entitled to each of us upon claim distribution from the SIPC and the Madoff Trustee.

We look forward to your response.

Sincerely,

*Rosalinda Macaluso*

Rosalinda Macaluso

Redacted

# T H O M A S   E .   B R E T T
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

March 31, 2009

Dr. Rosalinda Macaluso

**Redacted**

Re: Madoff Investment

Dear Rosalinda:

The breakdown of investment in percentages of the total fund is
as follows:

Rosalinda's $350,000 = .6796 (approximately 68%)
Gaetano's     50,000 = .0970 (approximately 10%)
Heidi's       10,000 = .0194 (approximately 2%)

Rosalinda, please be assured that I understand the importance of
your knowing the percentage you, your dad and Heidi will share in
any recovery of this fraud.

If there are any other questions please do not hesitate to call.
I'll continue to keep you abreast of developments.

Very truly yours,

Thomas E. Brett

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Rosalinda Macaluso

**Redacted**

January 10 2009

Dear Mr. Picard,

   I am writing to you regarding claims you are collecting from Bernard L. Madoff Investment Securities LLC customers for lost funds. While I do not have a direct account with Madoff Securities or listed as a customer, I had a formidable amount of money invested with him through a direct customer named Jennie Brett. Her husband, Thomas E. Brett, an attorney in New York managed my money in Madoff's "investment" since 2005. I had **$350,000.00** "invested" with Madoff and this loss is financially catastrophic for me as it represented my life savings and money from my family generations before me.

   Thomas E. Brett notified me of this financial loss on December 15 2008. Enclosed you will find a copy of that letter informing me of the Madoff Securities fraud. Also enclosed with this letter, you will find a sample 1099-MISC form that Thomas E. Brett sent annually for income taxes as well as the last statement from Thomas E. Brett in October 2008 representing an "interest payment" for the "investment" with Madoff Securities.
   It is my understanding that the SIPC will insure each investor up to $500,000.00. As Thomas E. Brett stated in the enclosed letter, there were several investors through the Jennie Brett account with Madoff Securities. I am certain the total invested funds through Jennie Brett have well surpassed $500,000.00. When looking at these facts, I am highly concerned that little to no funds will be recovered to me.

   I write to you with a heavy heart and plead that you consider these circumstances and recognize the third party investors through the Jennie Brett account managed by Thomas E. Brett. In the period I had money "invested" with Madoff Securities through the Jennie Brett account, I received $104,296.00 in "interest" payments. I ask that you consider a claim from me for **$245,704.00**.

   Once again, I plead that you give consideration for my loss in this securities fraud case as well as all other third party investors through Thomas E. Brett and the Jennie Brett account. Please find a completed customer claim form on my behalf.

Sincerely,

*Rosalinda Macaluso*
Rosalinda Macaluso

MCMDP_00001703

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: *RosAlinda MAcAluso*
Mailing Address: **Redacted**
City: **Redacted**   State: **Redacted**   Zip: **Redacted**
Account No.:
Taxpayer I.D. Number (Social Security No.): **Redacted** 0784

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.   Claim for money balances as of **December 11, 2008**:

    a.   The Broker owes me a Credit (Cr.) Balance of    $245 704 oo

    b.   I owe the Broker a Debit (Dr.) Balance of    $ Ø

    c.   If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, **it must be enclosed**

         with this claim form.    $_____

    d.   If balance is zero, insert "None."    _____

1

MCMDP_00001704

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.     If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MCMDP_00001705

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____

502180406

3

MCMDP_00001706

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _1/10/09_____    Signature _Rosalinda Macaluso_____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                4

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

## In Liquidation

## DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

Rosalinda Macaluso

Redacted

Dear Rosalinda Macaluso:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 000997:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching

---

1 Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

<div align="center">

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

</div>

_____
Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

CC:    Thomas E. Brett
       Suite 311
       125-10 Queens Boulevard
       Kew Gardens, NY 11415

<div align="center">2</div>

MCMDP_00001709

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

July 2, 2010

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

Gaetano Macaluso
**Redacted**

*TO:* Rosalinda Macaluso
**Redacted**

Heidi Hiles
**Redacted**

Re: Madoff Fraud

Dear Tom, Rosalinda and Heidi:

I enclose herewith for Rosalinda and Heidi copies of a 6-page
Denial of Claim letter from the Trustee in Bankruptcy, Irving H.
Picard, dated June 22, 2010.

This concerns the second claim filed by Jennie Brett. It
concerns Account No. 1B0192 and is called Claim No. 000047 by Mr.
Picard.

This concerns activities from 7/25/97 up to 10/6/08.

I have checked my records and have found copies of all checks
listed as "Deposits" and "Withdrawals" with the exception of one
Withdrawal check of 1/6/2000.

The bottom-line answer is that the deposits of $1,465,000. were
far exceeded by the withdrawals of $1,612.733.89. We received
$147,733.89, monies that were not earnings from stock trans-
actions but were taken from other customers who had invested in
what turned out to be a Ponzi Scheme.

To put it in simpler terms, we put in $1,465,000. We got that
back plus so-called investment income of $147,733, which it is
claimed belonged to other persons!

I have today filed an Objection to the first denial and will soon
file an Objection to this denial.

Very truly yours,

Thomas E. Brett

MCMDP_00001710

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

June 22, 2010

Jennie Brett

Redacted

Dear Jennie Brett:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1B0192 designated as Claim Number 000047:

Your claim for a credit balance of $507,230.50 and for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $1,612,733.89), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

MCMDP_00001711

securities (total of $1,465,000.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($147,733.89) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

**On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.**

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

PLEASE TAKE NOTICE: If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after June 22, 2010, the date on which the Trustee mailed this notice.

2

MCMDP_00001712

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

<div align="center">

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

</div>

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

MCMDP_00001713

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 7/25/1997 | TRANS FROM 1B006010 | $133,464.24 | $0.00 |
| 3/30/1999 | CHECK | $35,000.00 | $35,000.00 |
| 6/21/1999 | CHECK | $45,000.00 | $45,000.00 |
| 8/27/1999 | CHECK | $70,000.00 | $70,000.00 |
| 6/26/2000 | CHECK | $115,000.00 | $115,000.00 |
| 4/16/2001 | CHECK | $35,000.00 | $35,000.00 |
| 8/20/2001 | CHECK | $40,000.00 | $40,000.00 |
| 1/11/2002 | CHECK | $140,000.00 | $140,000.00 |
| 8/2/2002 | CHECK | $120,000.00 | $120,000.00 |
| 9/30/2002 | CHECK | $120,000.00 | $120,000.00 |
| 12/6/2002 | CHECK | $55,000.00 | $55,000.00 |
| 1/3/2003 | CHECK | $15,000.00 | $15,000.00 |
| 8/11/2003 | CHECK | $20,000.00 | $20,000.00 |
| 12/31/2003 | CHECK | $10,000.00 | $10,000.00 |
| 1/22/2004 | CHECK | $30,000.00 | $30,000.00 |
| 4/29/2004 | CHECK | $5,000.00 | $5,000.00 |
| 12/13/2004 | CHECK | $20,000.00 | $20,000.00 |
| 5/4/2005 | CHECK | $145,000.00 | $145,000.00 |
| 8/23/2005 | CHECK | $15,000.00 | $15,000.00 |
| 12/5/2005 | CHECK | $10,000.00 | $10,000.00 |
| 12/29/2005 | CHECK | $15,000.00 | $15,000.00 |
| 1/3/2006 | CHECK | $5,000.00 | $5,000.00 |
| 6/28/2006 | CHECK | $10,000.00 | $10,000.00 |
| 12/26/2006 | CHECK | $20,000.00 | $20,000.00 |
| 12/26/2006 | CHECK | $5,000.00 | $5,000.00 |
| 2/20/2007 | CHECK | $25,000.00 | $25,000.00 |
| 4/2/2007 | CHECK | $300,000.00 | $300,000.00 |
| 9/4/2007 | CHECK | $10,000.00 | $10,000.00 |
| 11/21/2007 | CHECK | $10,000.00 | $10,000.00 |
| 4/3/2008 | CHECK | $10,000.00 | $10,000.00 |
| 8/19/2008 | CHECK | $10,000.00 | $10,000.00 |
| **Total Deposits:** | | $1,598,464.24 | $1,465,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 10/1/1997 | CHECK | ($4,650.00) | ($4,650.00) |
| 1/2/1998 | CHECK | ($4,650.00) | ($4,650.00) |
| 4/1/1998 | CHECK | ($4,650.00) | ($4,650.00) |
| 7/1/1998 | CHECK | ($4,650.00) | ($4,650.00) |
| 10/1/1998 | CHECK | ($4,650.00) | ($4,650.00) |

MCMDP_00001714

| | | | |
|---|---|---|---|
| 1/4/1999 | CHECK | ($4,650.00) | ($4,650.00) |
| 4/1/1999 | CHECK | ($4,650.00) | ($4,650.00) |
| 7/1/1999 | CHECK | ($4,650.00) | ($4,650.00) |
| 10/1/1999 | CHECK | ($4,650.00) | ($4,650.00) |
| 10/8/1999 | CHECK | ($8,909.04) | ($8,909.04) |
| 10/25/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 1/6/2000 | CHECK | ($11,254.58) | ($11,254.58) |
| 4/7/2000 | CHECK | ($13,245.80) | ($13,245.80) |
| 7/7/2000 | CHECK | ($8,108.34) | ($8,108.34) |
| 10/11/2000 | CHECK | ($7,983.78) | ($7,983.78) |
| 1/10/2001 | CHECK | ($7,655.39) | ($7,655.39) |
| 4/6/2001 | CHECK | ($16,668.21) | ($16,668.21) |
| 7/9/2001 | CHECK | ($11,049.47) | ($11,049.47) |
| 10/9/2001 | CHECK | ($9,510.55) | ($9,510.55) |
| 1/11/2002 | CHECK | ($15,108.98) | ($15,108.98) |
| 4/10/2002 | CHECK | ($7,135.88) | ($7,135.88) |
| 4/29/2002 | CHECK | ($200,000.00) | ($200,000.00) |
| 7/8/2002 | CHECK | ($19,884.19) | ($19,884.19) |
| 10/7/2002 | CHECK | ($22,544.29) | ($22,544.29) |
| 1/10/2003 | CHECK | ($12,674.46) | ($12,674.46) |
| 4/9/2003 | CHECK | ($15,359.22) | ($15,359.22) |
| 7/8/2003 | CHECK | ($20,223.30) | ($20,223.30) |
| 10/9/2003 | CHECK | ($25,181.81) | ($25,181.81) |
| 1/8/2004 | CHECK | ($10,621.95) | ($10,621.95) |
| 4/8/2004 | CHECK | ($15,635.67) | ($15,635.67) |
| 7/7/2004 | CHECK | ($24,569.66) | ($24,569.66) |
| 7/29/2004 | CHECK | ($350,000.00) | ($350,000.00) |
| 10/7/2004 | CHECK | ($12,279.32) | ($12,279.32) |
| 11/19/2004 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/21/2004 | CHECK | ($25,000.00) | ($25,000.00) |
| 1/7/2005 | CHECK | ($8,242.39) | ($8,242.39) |
| 4/7/2005 | CHECK | ($8,341.99) | ($8,341.99) |
| 7/7/2005 | CHECK | ($11,121.57) | ($11,121.57) |
| 8/3/2005 | CHECK | ($260,000.00) | ($260,000.00) |
| 10/7/2005 | CHECK | ($7,033.94) | ($7,033.94) |
| 1/9/2006 | CHECK | ($9,347.44) | ($9,347.44) |
| 4/7/2006 | CHECK | ($7,901.92) | ($7,901.92) |
| 7/10/2006 | CHECK | ($8,783.48) | ($8,783.48) |
| 10/6/2006 | CHECK | ($15,182.74) | ($15,182.74) |
| 1/8/2007 | CHECK | ($8,857.67) | ($8,857.67) |
| 4/4/2007 | CHECK | ($8,249.08) | ($8,249.08) |
| 4/26/2007 | CHECK | ($5,000.00) | ($5,000.00) |
| 5/22/2007 | CHECK | ($5,000.00) | ($5,000.00) |
| 6/15/2007 | CHECK | ($5,000.00) | ($5,000.00) |
| 7/6/2007 | CHECK | ($20,058.03) | ($20,058.03) |
| 7/10/2007 | CHECK | ($200,000.00) | ($200,000.00) |
| 10/4/2007 | CHECK | ($15,920.34) | ($15,920.34) |
| 1/8/2008 | CHECK | ($12,168.78) | ($12,168.78) |

5

MCMDP_00001715

| | | | |
|---|---|---|---|
| 1/29/2008 | CHECK | ($5,000.00) | ($5,000.00) |
| 4/7/2008 | CHECK | ($4,152.88) | ($4,152.88) |
| 6/2/2008 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/7/2008 | CHECK | ($27,390.47) | ($27,390.47) |
| 10/6/2008 | CHECK | ($7,527.28) | ($7,527.28) |
| **Total Withdrawals:** | | ($1,612,733.89) | ($1,612,733.89) |
| | | | |
| **Total deposits less withdrawals:** | | ($14,269.65) | ($147,733.89) |

6

**MCMDP_00001716**

MADOFF ACCTS THROUGH "THOMAS E. BRETT"



Customers

**Redacted**

MCMDP_00001717

647-00647-B014-00647-        -001-1-01                Primary  Account  Number:  [Redacted]09-65



CHECK  #   0172   $10,000.00   PAID  06/29        CHECK  #   0174     $73.19   PAID  07/08

View,  save  and  print  images  of  your  cleared   checks -- front  AND  back -- FREE at Chase  Online  SM
Access   your  check  images  on the  same  day they  clear  and  from  the  past  3 years.
Log  on  or  enroll  today  at  www.chase.com/online

647-00647-B014-00647-        -001-1-01        Primary    Account    Number: Redacted 09-65



CHECK # 0195        $100.00    PAID 11/26



CHECK # 0196        $1.28    PAID 11/24



CHECK # 0197        $15,000.00    PAID 11/30



CHECK # 0198        $250.00    PAID 11/30

CHECK # 0199        $350.00    PAID 12/06

View, save and print images of your cleared checks -- front AND back -- FREE at Chase Online SM
Access your check images on the same day they clear and from the past 3 years.
Log on or enroll today at www.chase.com/online

MCMDP_00001719

0096

1-7103/2260

7

Date 4/6/05

Pay to the
order of THOMAS E. BRETT          $ 90,000.00

NINETY THOUSAND AND 00          Dollars

RIDGEWOOD
SAVINGS BANK

For GAETANO MACALUSO          Gaetano Macaluso

⑈226074033⑈ Redacted 00611⑈ 0096 ⑈0009000000⑈

JOSEPH MACALUSO
ROSALINDA MACALUSO

Redacted

198

1-7103/2260
7

Date 4/6/05

Pay to the
Order of THOMAS E. BRETT, esq          $ 40,000 00/xx

FORTY THOUSAND Am xx          Dollars

RIDGEWOOD
SAVINGS BANK
26-29 Parsons Blvd.
Flushing, NY 11354

For ROSALINDA MACALUSO          Rosalinda Macaluso

⑆ 2260 7 1033 ⑆   Redacted 0831 ⑆ 0198   ⑆ 0004000000 ⑆

MCMDP_00001721

647-00647-B014-00647-     -002-1-01     Redacted 09-65

CHECK # 0259   $25.06   PAID 11/25

CHECK # 0261   $10,000.00   PAID 12/01

CHECK # 0262   $120.20   PAID 12/16

CHECK # 0143   $204.00   PAID 11/22

CHECK # 0144   $197.66   PAID 11/28

CHECK # 0145   $141.24   PAID 11/28

CHECK # 0146   $5.81   PAID 11/22

CHECK # 0147   $95.00   PAID 11/22

CHECK # 0148   $1,030.00   PAID 11/29

CHECK # 0149   $126.78   PAID 12/13

CHECK # 0150   $65.00   PAID 12/16

CHECK # 0151   $178.02   PAID 12/20

CHECK # 0152   $303.36   PAID 12/20

CHECK # 0153   $18.00   PAID 12/19

CHECK # 0154   $255.89   PAID 12/16

View, save and print images of your cleared checks -- front AND back -- FREE at Chase Online SM
Access your check images on the same day they clear and from the past 3 years.
Log on or enroll today at www.chase.com/online

MCMDP_00001722

647-00647-B014-00647-   -002-1-01   Redacted 09-65

---

CHECK # 0263   $3.00   PAID 01/05

CHECK # 0264   $15,000.00   PAID 12/27

CHECK # 0265   $100.00   PAID 01/04

CHECK # 0267   $825.95   PAID 01/03

CHECK # 0268   $120.20   PAID 01/19

CHECK # 0269   $7.45   PAID 01/23

CHECK # 0155   $881.80   PAID 12/21

CHECK # 0156   $930.00   PAID 12/21

CHECK # 0157   $121.59   PAID 12/28

CHECK # 0158   $175.00   PAID 12/29

CHECK # 0159   $37.97   PAID 01/12

CHECK # 0160   $170.94   PAID 01/05

CHECK # 0161   $54.13   PAID 01/05

---

View, save and print images of your cleared checks – front AND back -- FREE at Chase Online SM
Access your check images on the same day they clear and from the past 3 years.
Log on or enroll today at www.chase.com/online

MCMDP_00001723

# CHASE ⬡

November 21, 2006 through December 20, 2006
Primary Account: [Redacted] 5265

## IMAGES

ACCOUNT # [Redacted] 5265

Rosalinda Macaluso [Redacted] 223
Date 12/4/06
Pay to NYC Dept. of Finance $997.72
Nine Hundred Ninety Seven and 72/xx
CHASE JPMorgan Chase Bank, N.A.
Rosalinda Macaluso
008970758372 DEC 07 #0000000223 $997.72

Rosalinda Macaluso [Redacted] 224
Date 12/4/06
Pay to NYC Dept of Finance $879.15
Eight Hundred Seventy Nine and xx/xx
CHASE JPMorgan Chase Bank, N.A.
Rosalinda Macaluso
008970759415 DEC 07 #0000000224 $879.15

Rosalinda Macaluso [Redacted] 219
Date 12/4/06
Pay to United States Treasury $500.00
Five Hundred and xx/xx
CHASE JPMorgan Chase Bank, N.A.
2006 Form 1040 ES
Rosalinda Macaluso
008370659931 DEC 07 #0000000219 $500.00

Rosalinda Macaluso [Redacted] 220
Date 12/4/06
Pay to NYS Income Tax $200.00
Two Hundred and xx/xx
CHASE JPMorgan Chase Bank, N.A.
2006 IT
Rosalinda Macaluso
008770877613 DEC 07 #0000000220 $200.00

Rosalinda Macaluso [Redacted] 221
Date 12/4/06
Pay to Verizon Wireless $122.69
One Hundred Twenty Two and 69/xx
CHASE JPMorgan Chase Bank, N.A.
Rosalinda Macaluso
008370868388 DEC 07 #0000000221 $122.69

Rosalinda Macaluso [Redacted] 222
Date 12/4/06
Pay to Touch Tone Communications $2.83
Two and 83/xx
CHASE JPMorgan Chase Bank, N.A.
Rosalinda Macaluso
008670363109 DEC 08 #0000000222 $2.83

Rosalinda Macaluso [Redacted] 226
Date 12/12/06
Pay to Con Edison Co. of NY Inc. $163.88
One Hundred Sixty Three and 88/xx
CHASE JPMorgan Chase Bank, N.A.
Rosalinda Macaluso
008370103360 DEC 15 #0000000226 $163.88

Rosalinda Macaluso [Redacted] 225
Date 12/12/06
Pay to Con Edison Co. of NY Inc. $138.76
One Hundred Thirty Eight and 76/xx
CHASE JPMorgan Chase Bank, N.A.
Rosalinda Macaluso
008370103439 DEC 15 #0000000225 $138.76

Rosalinda Macaluso [Redacted] 227
Date 12/19/06
Pay to Thomas E. Brett, Esq. $20,000.00
Twenty Thousand and xx/xx
CHASE JPMorgan Chase Bank, N.A.
Rosalinda Macaluso
006370810732 DEC 20 #0000000227 $20,000.00

**Need more information about any of these images of cleared items?  Registered users of Chase Online see BOTH front and back of images of cleared items.  Chase Online is a free service.  Visit www.Chase.com to enroll or log in.**

MCMDP_00001724

# CHASE

## IMAGES

ACCOUNT # Redacted 5265



008470614871 JAN 23 #0000000231 $415.17

008970816060 JAN 24 #0000000232 $190.31

008970816859 JAN 24 #0000000233 $165.51

008770192184 FEB 01 #0000000234 $67.00

008670640098 FEB 07 #0000000235 $125.95

009670400944 FEB 09 #0000000236 $20,000.00

008870297800 FEB 16 #0000000239 $281.37

008870297888 FEB 16 #0000000238 $138.99

008770161092 FEB 20 #0000000237 $110.00

**Need more information about any of these images of cleared items? Registered users of Chase Online see BOTH front and back of images of cleared items. Chase Online is a free service. Visit www.Chase.com to enroll or log in.**

MCMDP_00001725

## IMAGES

Rosalinda Macaluso
[Redacted]
Date 2/27/07
Pay To The Order Of AMVERSEV $106.14
ONE HUNDRED SIX AND 14
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
For MARCH PARKING          Rosalinda Macaluso

009170013807 MAR 23 #0000000340 $106.14



Rosalinda Macaluso
[Redacted]
Date 3/07/07
Pay To The Order Of THOMAS E. BRETT, ESQ $300,000.00
THREE HUNDRED THOUSAND AND
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
                         Rosalinda Macaluso

005970516045 MAR 26 #0000000349 $300,000.00



Rosalinda Macaluso
[Redacted]
Date 4/1/07
Pay To The Order Of AMVERSEV ASSOCIATES INC. $106.14
ONE HUNDRED SIX AND 14
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
For 18R          Rosalinda Macaluso

008370717603 APR 04 #0000000351 $106.14



Rosalinda Macaluso
[Redacted]
Date 4/1/07
Pay To The Order Of TIME WARNER CABLE OF NYC $115.25
ONE HUNDRED FIFTEEN AND 25
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
                         Rosalinda Macaluso

008570576882 APR 04 #0000000352 $115.25



Rosalinda Macaluso
[Redacted]
Date 4/1/07
Pay To The Order Of NYS INCOME TAX $1256.00
TWELVE HUNDRED FIFTY SIX AND
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
For IT-2014          Rosalinda Macaluso

009070791086 APR 05 #0000000353 $1,256.00



Rosalinda Macaluso
[Redacted]
Date 4/1/07
Pay To The Order Of UNITED STATES TREASURY $3506.00
THIRTY FIVE HUNDRED SIX AND
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
                         Rosalinda Macaluso

008970817536 APR 06 #0000000354 $3,506.00



Rosalinda Macaluso
[Redacted]
Date 4/1/07
Pay To The Order Of NYS INCOME TAX $400.00
FOUR HUNDRED AND
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
For 2007 IT-2105          Rosalinda Macaluso

008670852692 APR 04 #0000000355 $400.00



Rosalinda Macaluso
[Redacted]
Date 4/1/07
Pay To The Order Of UNITED STATES TREASURY $1000.00
ONE THOUSAND AND
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
For 2007 Form 1040-ES          Rosalinda Macaluso

008970816431 APR 06 #0000000356 $1,000.00



Rosalinda Macaluso
[Redacted]
Date 4/1/07
Pay To The Order Of SCHWARTZ ACCOUNTING, INC. $275.00
TWO HUNDRED SEVENTY FIVE AND
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
For 2006 TAX PREPARATION          Rosalinda Macaluso

008870441549 APR 09 #0000000357 $275.00



Rosalinda Macaluso
[Redacted]
Date 4/17/07
Pay To The Order Of ALEX PRIVILEGI $300.00
THREE HUNDRED AND
JPMorgan Chase Bank
153 - 15 Cross Island Parkway
Whitestone, NY 11357
For GRAD. PARTY DEPOSIT          Rosalinda Macaluso

008970659936 APR 19 #0000000359 $300.00

**Need more information about any of these images of cleared items? Registered users of Chase Online see BOTH front and back of images of cleared items. Chase Online is a free service. Visit www.Chase.com to enroll or log in.**

MCMDP_00001726

# CHASE ○

## IMAGES

ACCOUNT # Redacted 5265

008870176911 NOV 09 #0000000110 $51.00

008670037012 NOV 07 #0000000112 $487.69

008870853349 NOV 15 #0000000113 $155.07

008870853319 NOV 15 #0000000114 $135.89

009670501763 NOV 19 #0000000115 $10,000.00

**Need more information about any of these images of cleared items?  Registered users of Chase Online see BOTH front and back of images of cleared items.  Chase Online is a free service. Visit www.Chase.com to enroll or log in.**

MCMDP_00001727



July 22, 2008 through August 20, 2008
Primary Account: **000907134185265**

---

**IMAGES**

ACCOUNT # 000907134185265

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.





004170542985 AUG 13 #0000000165 $10,000.00

005480786235 AUG 18 #0000000166 $184.27

005480787680 AUG 18 #0000000167 $256.54

MCMDP_00001728

THOMAS E. BRETT
ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

January 19, 2006

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $1,800 which amounts to 8% on $90,000 for the period October 1, 2005 to December 31, 2005.

I also enclose a check to Rosalinda's order in the sum of $2,400 which amounts to 8% on $120,000 for the period October 1, 2005 to December 31, 2005.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

January 19, 2006

Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check for $67 which amounts to 8% on $10,000 for the period December 1, 2005 to December 31, 2005.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

April 17, 2006

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $1,800 which amounts to 8% on $90,000 for the period January 1, 2006 to March 31, 2006.

I also enclose a check to Rosalinda's order in the sum of $2,700 which amounts to 8% on $135,000 for the period January 1, 2006 to March 31, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

April 17, 2006

Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check for $200 which amounts to 8% on
$10,000 for the period January 1, 2006 to March 31, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
### ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

July 18, 2006

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $1,800 which amounts to 8% on $90,000 for the period April 1, 2006 to June 30, 2006.

I also enclose a check to Rosalinda's order in the sum of $2,700 which amounts to 8% on $135,000 for the period April 1, 2006 to June 30, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001733

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

July 18, 2006

Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check for $200 which amounts to 8% on
$10,000 for the period April 1, 2006 to June 30, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

October 16, 2006

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $2,250 which amounts to 10% on $90,000 for the period July 1, 2006 to September 30, 2006.

I also enclose a check to Rosalinda's order in the sum of $3,625 which amounts to 10% on $145,000 for the period July 1, 2006 to September 30, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
### ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

October 16, 2006

Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check for $250 which amounts to 10% on $10,000 for the period July 1, 2006 to September 30, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001736

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

January 22, 2007

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $2,700 which amounts to 12% on $90,000 for the period October 1, to December 31, 2006.

I also enclose a check to Rosalinda's order in the sum of $4,350 which amounts to 12% on $145,000 for the period October 1, to December 31, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

January 22, 2007

Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check for $300 which amounts to 12% on
$10,000 for the period October 1, to December 31, 2006.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001738

08-01789-cgm Doc 16634-5 Filed 09/14/17 Entered 09/14/17 17:42:59 Exhibit 5
Pg 43 of 55

THOMAS E. BRETT
ATTORNEY AT LAW

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

(718) 263-0123

April 18, 2007

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

Redacted

Dear Tom:

I enclose herewith my check for $2,250 which amounts to 10% on $90,000 for the period January 1, 2007 to March 31, 2007.

I also enclose a check to Rosalinda's order in the sum of $4,375 which consists of $4,125 based upon 10% on $165,000 for the period January 1, 2007 to March 31, 2007 and $250 based upon 10% on $20,000 for the period February 15, 2007 to March 31, 2007.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001739

# THOMAS E. BRETT
ATTORNEY AT LAW

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

(718) 263-0123

April 18, 2007

Rosalinda Macaluso
Redacted

Dear Rosalinda:

I enclose herewith my check for $250 which amounts to 10% on $10,000 for the period January 1, 2007 to March 31, 2007.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001740

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

July 18, 2007

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $1,861 which amounts to 10% on
$90,000 for 2/3 of the month of April ($500) and 10% on $70,000
for 1/3 of April and for the months of May and June ($1361).

I sent Rosalinda's check for $4,917 which was for 10% on
$185,000 for April, May and June [$4,625] and for 10% on $15,000
for 2-1/3 months (April 20 - June 30) [$292] to her to satisfy
her mortgage bank that she has assets totaling $510,000.

Very truly yours,

*Tom*

Thomas E. Brett

ms
encl.

MCMDP_00001741

THOMAS E. BRETT
ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

July 16, 2007

Ms. Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check to your order in the sum of $4,917 which amounts to 10% on $185,000 for 3 months (April-June) and on $15,000 for 2-1/3 months (April 20 - June 30).

On your second account I enclose my check to your order in the sum of $7,750 which amounts to 10% on $310,000 for 3 months (April-June).

Pursuant to your instructions I have withdrawn $200,000 as of July 10th from your second account for your use in purchasing apartment 10S in your building at 18-15 215th Street, Bayside, N.Y.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001742

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

October 16, 2007

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $1,750 which amounts to 10% on $70,000 for July 1, 2007 to September 30, 2007.

I also enclose a check for Rosalinda for $5,000 which amounts to 10% on $200,000 for July 1, 2007 to September 30, 2007.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001743

# THOMAS E. BRETT
### ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

October 16, 2007

Ms. Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check to your order in the sum of $556 which is 10% on $200,000 for July 1 to July 10, 2007.

I also enclose a check for $2,750 which is 10% on $110,000 for the period July 1, 2007 to September 30, 2007.

You will also find a check for $83 which is 10% on $10,000 for the month of September, 2007.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
### ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

January 21, 2008

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $1,575 which amounts to 9% on $70,000 for October 1, 2007 to December 31, 2007.

I also enclose 2 checks for Rosalinda one for $4,500 which amounts to 9% on $200,000 for October 1, 2007 to December 31, 2007 and the other for $100 which amounts to 9% for one and 1/3 months for November 20, 2007 to December 31, 2007.

*on $10,000.*

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001745

# THOMAS E. BRETT
### ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

January 21, 2008

Ms. Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check to your order in the sum of $2,700 which is 9% on $200,000 for October 1, 2007 to December 31, 2007.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

April 17, 2008

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $500 which amounts to 3% on
$70,000 for the month of January ($175) and 3% on $65,000
for March and April ($325), 2008.

I also enclose my check for Rosalinda for $1,575 which amounts
to 3% on $210,000 for January 1, 2008 to March 31, 2008.

I regret the reduction in interest, but it is due to the market
and the reluctance to actively trade at this time.

Very truly yours,

Tom

Thomas E. Brett

ms
encl

MCMDP_00001747

# THOMAS E. BRETT
### ATTORNEY AT LAW

(718) 263-0123

<div style="text-align:right">

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

</div>

April 17, 2008

Ms. Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check to your order in the sum of $900 which is 3% on $120,000 for January 1, 2008 to March 31, 2008.

I regret the reduction in interest, but it is due to the market and the reluctance to actively trade at this time.

Very truly yours,

Thomas E. Brett

ms
encl.

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

July 15, 2008

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso

**Redacted**

Dear Tom:

I enclose herewith my check for $1,850 which amounts to 12% on $65,000 for the months of April and May ($1,300) and 12% on $55,000 for June ($550).

I also enclose my check for Rosalinda for $6,600 which amounts to 12% on $220,000 for April 1, 2008 to June 30, 2008.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001749

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

July 15, 2008

Ms. Rosalinda Macaluso

**Redacted**

Dear Rosalinda:

I enclose herewith my check to your order in the sum of $3,600 which is 12% on $120,000 for April 1, 2008 to June 30, 2008.

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001750

# THOMAS E. BRETT
## ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

October 14, 2008

Mr. Gaetano Macaluso
c/o Rosalinda Macaluso
<div style="border:1px solid #000; padding:10px; display:inline-block;">

**Redacted**

</div>

Dear Tom:

I enclose herewith my check for $1,375 which amounts to 10% on $55,000 for the months of July 1, 2008 to September 30, 2008.

I also enclose my check for Rosalinda for $5,625 which amounts to 10% on $220,000 for July and up to August 15 ($2,750) and 10% on $230,00 for the balance of August and for September ($2,875).

Very truly yours,

Thomas E. Brett

ms
encl.

MCMDP_00001751

THOMAS E. BRETT
ATTORNEY AT LAW

(718) 263-0123

SUITE 311
125-10 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415

October 14, 2008

Ms. Rosalinda Macaluso

Redacted

Dear Rosalinda:

I enclose herewith my check to your order in the sum of $3,000
which is 10% on $120,000 for July 1, 2008 to September 30, 2008.

Very truly yours,

Thomas E. Brett

ms
encl.

9595    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| VINCENZA J. BRETT **REDACTED** | $ | **2008** Form 1099-MISC | Miscellaneous Income |
| | 2 Royalties | | |
| | $ | | |
| | 3 Other income | 4 Federal income tax withheld | Copy A |
| | $ 7500.00 | $ | For Internal Revenue Service Center |
| PAYER'S federal identification number **Redacted** 9695 | RECIPIENT'S identification **Redacted** | 5 Fishing boat proceeds | 6 Medical and health care payments |
| | | $ | $ |
| RECIPIENT'S name Rosalinda MACALUSO | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | $ | $ | |
| Street **Redacted** City, s | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| | | $ | $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

File with Form 1096.

Form **1099-MISC**     Cat. No. 14425J     Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page