# EXHIBIT 6

January 5, 2007

I, David Moskowitz, hereby contract to deposit, on or before January 15, 2007, into the
Bernard L. Madoff Investments L.L.C. Account No. 1-ZW0002-3, currently in existence
in my name, i.e., David Moskowitz, the sum of $60,000.00, received from her on or
about January 5, 2007, to earn interest, with all interest so earned and all principal in the
amount of said $60,000 to remain the property to Leah Larsen and with all interest to be
paid to her quarterly.

David Moskowitz                                    1/5/07

MCMDP_00000118

| Amount: | $60,000.00 | Sequence Number: | 4270850759 |
|---|---|---|---|
| Account: | Redacted 4928 | Capture Date: | 01/02/2007 |
| Bank Number: | 54075010 | Check Number: | 760869 |

# CREDIT - Cashier's Check Outstanding

### No. 0760869

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn
statement and 90-day waiting period will be required prior to replacement. This
check should be negotiated within 90 days.

Date **JANUARY 02, 2007**

30-1/1140
NTX

Banking
Center **EAST HAMPTON**

#029970  00002  000760869  **LIAM LARSEN**

Remitter (Purchased By)

$ **\*\*60000.00\*\***

Pay
To
The
Order
Of

**\*\*SIXTY THOUSAND DOLLARS AND 00 CENTS\*\***

**\*\*BERNARD L MADOFF INVESTMENT\*\***
**\*\*SECURITIES LLC\*\***

Tran 00511    01/02/2007  12:56    NNY
R/T# 54D040106    CC 002997O    Tlr 00002
Account N...
Authorized Signature

Official Check Sale        $60,000.00
N DRL NNN...py        04/09 04/06

Bank of America, N.A.
San Antonio, Texas

**VOID AFTER 90 DAYS**

⑈0760869⑈ ⑆540750108⑆ Redacted 4928⑈ 5⑈0006000000⑈

BANK OF AMERICA, NA HRT
N411044...3208 12 P07
61/02/07
4270850759

32 20-
75 000 0

**Bank of America**                     **Cashier's Check**                    No. **1341466**

Notice to Purchaser – In the event this check is lost, misplaced or stolen, a sworn
statement and 90-day waiting period will be required prior to replacement.  This
check should be negotiated within 90 days.

Date          MARCH 24, 2008              30-1/1140
                                          NTX

Banking
Center      EAST HAMPTON

            0628976  60003    001341466              LYAN LARSEN
                                          Remitter (Purchased By)

                                                                    $    **40000.00**

Pay      **FORTY THOUSAND DOLLARS AND 00 CENTS**

To
The
Order
Of:      **BERNARD L MADOFF**
         **INVESTMENT SECURITIES LLC.**                  Tran 00409    03/24/2008   13:59   INV
                                                         R/TN 540040135  CC 0029970  Tlr 00003
                                                         Account  029481197101
Bank of America, N.A.                                    Document ID 1341466
San Antonio, Texas          **VOID AFTER 90 DAYS**       Authorized Signature   Official Check Sale    $40,000.00
                                                         Customer Copy************  0016410049281/08
                                                         Retain For Your Records    11/10  11/10

**Non-Negotiable**

**MCMDP_00000120**