**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel (212) 589-4200
Fax (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Adv. Pro. No. 08-01789 (SMB) |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | SIPA LIQUIDATION |
| | : | (Substantively Consolidated) |
| Debtor. | : | |
| Brow Family Partnership, Allan Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, Gordon Bennett, on behalf of themselves and all Others Similarly Situated, | : | |
| | : | Adv. Pro. No. 09-01265 (SMB) |
| Plaintiffs, | : | |
| vs. | : | |
| IRVING H. PICARD, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| Defendant. | : | |

---

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled to be held on September 20, 2017 has been further adjourned to **December 20, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
September 15, 2017

/s/Nicholas J. Cremona
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff LLC*

2
300450560.1