**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Andrew W. Reich

*Attorneys for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05283 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE OF GLADYS C. LURIA, et al., | |
| Defendants. | |

## <u>NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE</u>

PLEASE TAKE NOTICE that the pre-trial conference in the above-referenced adversary proceeding, which had been scheduled for September 27, 2017, has been adjourned to December 20, 2017, at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
        September 18, 2017

                                    **BAKER & HOSTETLER LLP**

                                    */s/Nicholas J. Cremona*
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone: (212) 589-4200
                                    Facsimile: (212) 589-4201
                                    David J. Sheehan
                                    Email: dsheehan@bakerlaw.com
                                    Nicholas J. Cremona
                                    Email: ncremona@bakerlaw.com
                                    Jonathan B. New
                                    Email: jnew@bakerlaw.com
                                    Andrew W. Reich
                                    Email: areich@bakerlaw.com

                                    *Attorneys for Irving H. Picard, Esq., Trustee
                                    for the Substantively Consolidated SIPA
                                    Liquidation of Bernard L. Madoff Investment
                                    Securities LLC and the Estate of Bernard L.
                                    Madoff*