**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Cara McGourty

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>LINDA RITUNO,<br><br>       Defendant. | Adv. Pro. No. 10-04844 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: August 25, 2014

2. Fact Discovery shall be completed by: October 12, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: December 11, 2015

4. The Disclosure of Rebuttal Experts shall be due: March 19, 2016

5. The Deadline for Completion of Expert Discovery shall be: May 3, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: May 2, 2017

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 16, 2017

8. The Deadline for Conclusion of Mediation shall be: October 5, 2017.

September 18, 2017

BAKER & HOSTETLER LLP

By: /s/ Keith R. Murphy
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

BECKER GLYNN LLP

By: /s/ Chester B. Salomon
Chester B. Salomon
299 Park Avenue
New York, NY 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255

*Attorney for Defendant*