**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 20, 2017 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04517; Picard v. Radcliff Investments Limited, et al.**

    A.　First Amended Complaint filed by Elyssa Suzanne Kates on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 3/31/2017) [ECF No. 54]

    B.　Motion to Dismiss the First Amended Complaint filed by Jeff E. Butler on behalf of Rothschild Trust Guernsey Limited (Filed: 5/1/2017) [ECF No. 57]

C.     Memorandum of Law in Support of Motion to Dismiss First Amended Complaint filed by Jeff E. Butler on behalf of Rothschild Trust Guernsey Limited (Filed: 5/1/2017) [ECF No. 58]

D.     Declaration *of Jeff E. Butler in Support of Motion to Dismiss First Amended Complaint* filed by Jeff E. Butler on behalf of Rothschild Trust Guernsey Limited (Filed: 5/1/2017) [ECF No. 59]

Opposition Due:     June 30, 2017

Opposition Filed:

E.     Opposition Brief \Trustee's Memorandum of Law in Opposition to Motion to Dismiss filed by Elyssa Suzanne Kates on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 6/30/2017) [ECF No. 61]

Reply Due:     July 31, 2017

Reply Filed:

F.     Reply Memorandum of Law in Further Support of Motion to Dismss the First Amended Complaint (filed by Jeff E. Butler on behalf of Rothschild Trust Guernsey Limited (filed: 7/31/2017) [ECF No. 65]

Related Filings:

G.     So Ordered Stipulation Signed On 6/6/2017. Re: Setting Briefing Schedule And Hearing Date For The Motion To Dismiss The First Amended Complaint (Filed: 6/6/2017) [ECF No. 60]

*[Remainder of page intentionally left blank.]*

H. Notice of Adjournment of Hearing *on Motion to Dismiss the First Amended Complaint* filed by Elyssa Suzanne Kates on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 7/20/2017) [ECF No. 63]

Dated: September 19, 2017
New York, New York

By:    */s/David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*