**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FITERMAN INVESTMENT FUND; VERDEWAY INVESTMENT PARTNERS LLC; STEVEN FITERMAN, individually, and in his capacity as General Partner of | Adv. Pro. No. 10-04354 (SMB) |

FITERMAN INVESTMENT FUND; SUSAN FITERMAN, individually, and in her capacity as General Partner of FITERMAN INVESTMENT FUND,

                     Defendants.

## THIRTEENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: May 1, 2017

2. Fact Discovery shall be completed by: November 10, 2017

3. The Disclosure of Case-in-Chief Experts shall be due: January 11, 2018

4. The Disclosure of Rebuttal Experts shall be due: February 12, 2018

5. The Deadline for Completion of Expert Discovery shall be: March 14, 2018

6. The Deadline to File a Notice of Mediation Referral shall be: March 21, 2018

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 4, 2018

8. The Deadline for Conclusion of Mediation shall be: August 2, 2018

Dated: New York, New York  By: /s/ Howard L. Simon
       September 20, 2017  Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*