**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04336 (SMB) |
| Plaintiff, | |
| v. | |
| THE ESTATE (SUCCESSION) OF DORIS IGOIN, LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin, and EMILIE APFELBAUM, | |
| Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C.

§§ 78*aaa-lll* ("SIPA") and the substantively consolidated chapter 7 estate of Bernard L. Madoff

("Madoff," and together with BLMIS, the "Debtors"), by and through his undersigned counsel,

and defendants Laurence Apfelbaum and Emilie Apfelbaum (Laurence Apfelbaum and Emilie

Apfelbaum, the "Transferees," and together with the Trustee, the "Parties"), by and through their

undersigned counsel, hereby stipulate and agree to the following:

1.      On November 30, 2010, the Trustee filed a complaint in the above-captioned

adversary proceeding in which he asserted claims against the Estate (Succession) of Doris Igoin,

Laurence Apfelbaum, and Emilie Apfelbaum (the "Claims").

2.      On June 2, 2017, the parties entered into an agreement to settle the Claims.

3.      On June 23, 2017, this Court entered an Order approving the settlement

agreement between the Trustee, on the one hand, and the Transferees, on the other hand (the

"Apfelbaum Settlement") (ECF No. 191).

4.      In accordance with Rule 7041 of the Federal Rules of Bankruptcy Procedure and

Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the

dismissal without prejudice of the claims, with each party bearing its own costs, attorneys' fees,

and expenses, subject to the right of the Trustee to seek to re-open this Adversary Proceeding[1] to

seek entry of the Judgment pursuant to the Stipulation for Entry of Judgment in accordance with

the terms of the Settlement Agreement.

.

---

[1] Capitalized Terms not otherwise defined herein shall have the meanings ascribed in the Settlement Agreement.

5.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

6.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  September 20, 2017
            New York, New York


BAKER & HOSTETLER LLP                         KELLY DRYE & WARREN LLP

/s/ Ona T. Wang                                       /s/ Jonathan Cooperman

David J. Sheehan                                       Jonathan K. Cooperman
Email: dsheehan@bakerlaw.com                  jcooperman@kellydrye.com
Nicholas J. Cremona                                 101 Park Avenue
Email:  ncremona@bakerlaw.com                New York, New York 10178
Tracy Cole                                               Telephone:  (212) 808-7800
Email: tcole@bakerlaw.com                        Facsimile:  (212) 808-7898
Ona T. Wang                                            *Attorneys for Laurence Apfelbaum and*
Email:  owang@bakerlaw.com                     *Emilie Apfelbaum*
M. Elizabeth Howe
Email: bhowe@bakerlaw.com
David M. McMillan
Email:  dmcmillan@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
*Attorneys for Irving H. Picard,*
*Trustee for the SIPA Liquidation*
*of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7*
*estate of Bernard L. Madoff*


3

Dated:  September 20, 2017
New York, New York

**SO ORDERED**

/s/ Stuart M. Bernstein
_____

HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE