UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 15, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

Notice of Transfer of Allowed Claim (Transfer Numbers T000549)

Executed on ___September 15___ 2017

_Vanessa A. Pogue_
Vanessa A. Pogue

Sworn to and subscribed before me this __15__ day of _September_ 2017

Susan Crouch Weaver
Notary Public,
State of Texas
Expires: 04/18/2019

_Susan Crouch-Weaver_

(SEAL)                                  Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000549**
**9/15/2017**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | Attention: Erin Grambling | 520 Madison Avenue | | New York | NY | 10022 | |