UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>       Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>       Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS      )
             ) ss:
COUNTY OF DALLAS     )

  VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 15, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Jennie Brett and David Moskowitz Accounts (Docket Number 16632)

    2. Declaration of Vineet Sehgal in Support of the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Jennie Brett and David Moskowitz Accounts and the exhibits thereto (Docket Number 16633)

    3. Declaration of Stephanie Ackerman in Support of the Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Jennie Brett and David Moskowitz Accounts and the exhibits thereto (Docket Number 16634)

    4. Affidavit of Service (Docket Number 16635)

Executed on September 15, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 15th day of Sept, 2017

(SEAL)

_____
Notary Public

# Exhibit A

**Exhibit A**
**September 15, 2017**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Readcted for confidentiality reasons | | | | | | Claimant |
| Readcted for confidentiality reasons | | | | | | Claimant |
| Readcted for confidentiality reasons | | | | | | Claimant |
| Readcted for confidentiality reasons | | | | | | Claimant |
| Thomas E. Brett, Esq. | Thomas E. Brett | 125-10 Queens Blvd. #311 | Kew Gardens | NY | 11415 | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |