**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORP., <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, CARLO GROSSO, KINGATE GLOBAL FUND, LTD., KINGATE EURO FUND, LTD., KINGATE MANAGEMENT LIMITED, FIM ADVISERS LLP, FIM LIMITED, CITI HEDGE FUND SERVICES LIMITED, FIRST PENINSULA TRUSTEES LIMITED, INDIVIDUALLY AND AS TRUSTEE OF THE ASHBY TRUST, THE ASHBY TRUST, ASHBY INVESTMENT SERVICES LIMITED, ALPINE TRUSTEES LIMITED, INDIVIDUALLY AND AS TRUSTEE OF EL PRELA TRUST, PORT OF HERCULES TRUSTEES LIMITED, INDIVIDUALLY, AND AS TRUSTEE OF EL PRELA TRUST, EL PRELA TRUST, EL PRELA GROUP HOLDING SERVICES, ASHBY HOLDINGS SERVICES LIMITED, EL PRELA TRADING INVESTMENTS LIMITED, and HSBC BANK BERMUDA LIMITED, <br><br> Defendants. | Adv. Pro. No. 09-1161 (SMB) <br><br><br> **MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND
## REQUEST FOR REMOVAL FROM SERVICE LIST

Mor Wetzler of Paul Hastings, LLP, having appeared as attorney of record for Defendants FIM Limited, FIM Advisers LLP, Carlo Grosso and Federico M. Ceretti ("FIM Defendants") in the above-referenced matter, moves to withdraw as attorney of record in connection with this proceeding.

Movant also requests that her name be removed from any and all mailing matrixes, services lists and Notices of Electronic Filing in the above-referenced matter.

As grounds for this Motion to Withdraw as Attorney of Record, Movant states that she is leaving the firm of Paul Hastings LLP on September 22, 2017 to join the legal department at Amazon, and will be unable to continue representing the FIM Defendants. Other attorneys at Paul Hastings LLP will continue to represent the FIM Defendants.

Movant respectfully requests that this Motion be granted. A proposed Order is attached.

Dated: New York, New York
       September 22, 2017

Respectfully submitted,

PAUL HASTINGS LLP

By:  /s/ Mor Wetzler
Mor Wetzler
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: morwetzler@paulhastings.com

*Withdrawing Attorney of Record*

2

## **CERTIFICATE OF SERVICE**

I certify that on September 22, 2017, I arranged for electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via the CM/ECF system.

      By:  /s/ Mor Wetzler
           Mor Wetzler
           Paul Hastings LLP
           200 Park Avenue
           New York, NY 10166
           Telephone: (212) 318-6000
           Facsimile:  (212) 319-4090
           Email:  morwetzler@paulhastings.com