**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORP., <br><br>  Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>  Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>  Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, CARLO GROSSO, KINGATE GLOBAL FUND, LTD., KINGATE EURO FUND, LTD., KINGATE MANAGEMENT LIMITED, FIM ADVISERS LLP, FIM LIMITED, CITI HEDGE FUND SERVICES LIMITED, FIRST PENINSULA TRUSTEES LIMITED, INDIVIDUALLY AND AS TRUSTEE OF THE ASHBY TRUST, THE ASHBY TRUST, ASHBY INVESTMENT SERVICES LIMITED, ALPINE TRUSTEES LIMITED, INDIVIDUALLY AND AS TRUSTEE OF EL PRELA TRUST, PORT OF HERCULES TRUSTEES LIMITED, INDIVIDUALLY, AND AS TRUSTEE OF EL PRELA TRUST, EL PRELA TRUST, EL PRELA GROUP HOLDING SERVICES, ASHBY HOLDINGS SERVICES LIMITED, EL PRELA TRADING INVESTMENTS LIMITED, and HSBC BANK BERMUDA LIMITED, <br><br>  Defendants. | Adv. Pro. No. 09-1161 (SMB) <br><br><br> **[PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW AS ATTORNEY OF RECORD** |

## [PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW AS ATTORNEY OF RECORD

It appearing that Mor Wetzler has appeared as attorney of record for the Defendants FIM Limited, FIM Advisers LLP, Carlo Grosso and Federico M. Ceretti in the above-referenced matter, and it further appearing that Mor Wetzler has filed a Request to Withdraw as Attorney of Record; it is hereby

ORDERED that the Request to Withdraw as Attorney of Record is granted. Mor Wetzler is hereby withdrawn as attorney for Defendants FIM Limited, FIM Advisers LLP, Carlo Grosso and Federico M. Ceretti in this proceeding. It is further

ORDERED that Mor Wetzler be removed from any and all mailing matrixes, service lists and Notices of Electronic Filing in the above-referenced matter.

Dated: _____, 2017
New York, New York

UNITED STATES BANKRUPTCY JUDGE