**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>ALVIN J. DELAIRE, JR., *et al.*,<br><br>Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS ESTATE OF JANET JAFFIN, MILTON COOPER IN HIS CAPACITY AS TRUSTEE OF THE JANET JAFFIN DISPOSITIVE TRUST AND AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, MATTHEW GREENBERG AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN, AND LOIS LEVINE AS CO-EXECUTOR OF THE ESTATE OF JANET JAFFIN FROM ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Estate of Janet Jaffin, Milton Cooper in his capacity as Trustee of the Janet Jaffin Dispositive Trust and as Co-Executor of The Estate of Janet Jaffin, Matthew Greenberg as Co-Executor of The Estate of Janet Jaffin, and Lois Levine as Co-Executor of The Estate of Janet Jaffin, by and through their counsel, Jaspan Schlesinger LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On June 22, 2009, the Trustee commenced this adversary proceeding (the "Adversary Proceeding") against, among others, Janet Jaffin Revocable Trust by filing his original complaint (ECF No. 1).

2. On October 8, 2009, the Trustee filed his First Amended Complaint (the "FAC") in the Adversary Proceeding against, among others, Janet Jaffin individually and in her capacity as Trustee of The Janet Jaffin Dispositive Trust and Milton Cooper in his capacity as Trustee of The Janet Jaffin Dispositive Trust (ECF No. 82).

3. On September 4, 2009, defendant Janet Jaffin Revocable Trust filed an answer to the original complaint (ECF No. 65).

4. On January 13, 2010 defendants Janet Jaffin individually and in her capacity as Trustee of The Janet Jaffin Dispositive Trust and Milton Cooper in his capacity as Trustee of The

2

Janet Jaffin Dispositive Trust filed an answer to the FAC (ECF No. 131).

5. Janet Jaffin died on March 27, 2013. The Estate of Janet Jaffin, Milton Cooper in his capacity as Co-Executor of The Estate of Janet Jaffin, Matthew Greenberg as Co-Executor of The Estate of Janet Jaffin, and Lois Levine as Co-Executor of The Estate of Janet Jaffin were substituted as defendants in place of Janet Jaffin by Order dated May 15, 2015 (ECF No. 322).

6. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 (Case No. 08-01789, Dkt. No. 3181), the Parties entered into a settlement agreement.

7. In accordance with Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of all of the Trustee's claims against defendants Estate of Janet Jaffin, Milton Cooper in his capacity as Trustee of the Janet Jaffin Dispositive Trust and as Co-Executor of The Estate of Janet Jaffin, Matthew Greenberg as Co-Executor of The Estate of Janet Jaffin, and Lois Levine as Co-Executor of The Estate of Janet Jaffin in the Adversary Proceeding.

8. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective estates, personal representatives, executors, administrators, heirs, successors and assigns, and upon all creditors and parties in interest.

9. This Stipulation may be signed by the Parties, through their counsel, in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

10. Upon the dismissal of defendants Estate of Janet Jaffin, Milton Cooper in his capacity as Trustee of the Janet Jaffin Dispositive Trust and as Co-Executor of The Estate of Janet Jaffin, Matthew Greenberg as Co-Executor of The Estate of Janet Jaffin, and Lois Levine as Co-

3

Executor of The Estate of Janet Jaffin, the caption of the Adversary Proceeding is hereby amended to delete defendants Estate of Janet Jaffin, Milton Cooper in his capacity as Trustee of the Janet Jaffin Dispositive Trust and as Co-Executor of The Estate of Janet Jaffin, Matthew Greenberg as Co-Executor of The Estate of Janet Jaffin, and Lois Levine as Co-Executor of The Estate of Janet Jaffin from the caption. The amended caption shall appear as indicated in Exhibit A to this Stipulation.

Dated: September 25, 2017
New York, New York

| | |
|---|---|
| **BAKER HOSTETLER LLP** | **JASPAN SCHLESINGER LLP** |
| By: */s/ Esterina Giuliani* <br> Esterina Giuliani <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> Email: egiuliani@bakerlaw.com <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Kathryn M. Zunno <br> Email: kzunno@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Jeffrey H. Schwartz* <br> Jeffrey H. Schwartz <br> 300 Garden City Plaza, 5th Floor <br> Garden City, New York 11530 <br> Telephone: 516.393.8290 <br> Facsimile: 516.393.8282 <br> Email: jschwartz@jaspanllp.com <br><br> *Attorneys for Defendants Estate of Janet Jaffin, Milton Cooper in his capacity as Trustee of the Janet Jaffin Dispositive Trust and as Co-Executor of The Estate of Janet Jaffin, Matthew Greenberg as Co-Executor of The Estate of Janet Jaffin, and Lois Levine as Co-Executor of The Estate of Janet Jaffin* |

**SO ORDERED** this **25th** day of **September 2017.**

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
United States Bankruptcy Judge

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>ALVIN J. DELAIRE, JR., THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, JONATHAN GREENBERG, MORTON KURZROK, LINDA SCHOENHEIMER MCCURDY, RICHARD SPRING, JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT, CAROLE DELAIRE, JOYCE BERMAN INDIVIDUALLY AND IN HER CAPACITY AS EXECUTOR OF THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, S & J PARTNERSHIP, THE SPRING FAMILY TRUST, and JEANNE T. SPRING TRUST,<br><br>        Defendants. | Adv. Pro. No. 09-01305 (SMB) |