UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Harold R. Rudnick Trust Dated 8/2/90 (the "Claimant"), having filed an objection (the "Objection," ECF No. 851) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002536), hereby gives notice that it withdraws such Objection.

Dated: September 21, 2017

_____
Lucille B. Brennan , BBO #546015
Fletcher Tilton PC
370 Main Street
Worcester, MA 01608
Tel: (508) 459-8000
Fax: (508) 459-8300
Email: lbrennan@fletchertilton.com

*Attorneys for Harold R. Rudnick Trust Dated 8/2/90*