**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan New
Robertson Beckerlegge
Robyn Feldstein

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>        v.<br><br>RICHARD E. FELDMAN, | Adv. Pro. No. 10-04560 (SMB) |

|                                | Defendant. |
|--------------------------------|------------|

## <u>FOURTH AMENDED CASE MANAGEMENT NOTICE</u>

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      Fact discovery was completed on June 20, 2016.

2.      The Disclosure of Case-in-Chief Experts shall be due: December 7, 2017.

3.      The Disclosure of Rebuttal Experts shall be due: January 8, 2018.

4.      The Deadline for Completion of Expert Discovery shall be: March 8, 2018.

5.      The Deadline for Service of a Notice of Mediation Referral shall be: on or before April 9, 2018.

6.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: on or before April 30, 2018.

7.      The Deadline for Conclusion of Mediation shall be: on or before July 30, 2018.

Dated: New York, New York
September 26, 2017

BAKER & HOSTETLER LLP

By: */s/ Nicholas Cremona*
    David J. Sheehan
    Nicholas J. Cremona
    Jonathan New
    Robertson Beckerlegge
    Robyn Feldstein
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    *Attorneys for Irving H. Picard, Trustee*
    *for the Substantively Consolidated SIPA*
    *Liquidation of Bernard L. Madoff*
    *Investment Securities LLC and the Estate*
    *of Bernard L. Madoff*