**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> THE ESTATE OF ALVIN E. SHULMAN; and ALAN GOLDBERG, in his capacity as the Personal Representative of the Estate of Alvin Shulman, <br><br> Defendants. | Adv. Pro. No. 10-04599 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and the Estate of Alvin E. Shulman ("Estate") and Alan Goldberg, in his capacity as the Personal Representative of the Estate ("Defendants"), by and through their counsel, Bruce Katzen of Kluger, Kaplan, Silverman, Katzen & Levine, P.L. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Alvin E. Shulman ("Shulman").

2. On August 13, 2015, Shulman filed and served his Answer to the Complaint on the Trustee.

3. Shulman died on February 26, 2016.

4. On July 12, 2016, a Stipulation and Order was filed substituting Defendants for Shulman, deceased.

5. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on August 30, 2017.

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

9. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: September 29, 2017
New York, New York

| **BAKER & HOSTETLER LLP** | **KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Bruce Katzen* |
| 45 Rockefeller Plaza | 201 S. Biscayne Boulevard |
| New York, New York 10111 | Twenty Seventh Floor |
| Telephone: (212) 589-4200 | Miami, FL 33131 |
| Facsimile: (212) 589-4201 | Bruce Katzen |
| David J. Sheehan | Telephone: (305) 379-9000 |
| Email: dsheehan@bakerlaw.com | Email: BKatzen@klugerkaplan.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |
| | *Attorney for Defendants The Estate of Alvin E. Shulman and Alan Goldberg, in his capacity as the Personal Representative of the Estate of Alvin Shulman* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

SO ORDERED:

Dated: **September 29, 2017**  
New York, New York

**/s/ STUART M. BERNSTEIN**  
Hon. Stuart M. Bernstein  
United States Bankruptcy Judge