| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|---|
| **Account Number** | **BLMIS Account Name** | **90-Day Transfers** | **Two Year Transfers** | **Six Year Transfers** | **Full History Transfers** |
| 1FN024 | MAGNIFY INC KURT BRUNNER ATTY AT LAW | - | 700,000 | 2,450,000 | 7,603,549 |
| 1FN025 | MAGNIFY INC KURT BRUNNER ATTY AT LAW | - | - | 150,000 | 4,745,822 |
| 1FN037 | THE YESHAYA HOROWITZ ASSOC ATTN: AYALA NAHIR | 1,900,000 | 24,000,000 | 77,580,000 | 126,489,846 |
| 1FN073 | PREMERO INVESTMENT LTD | - | 2,500,000 [1] | 2,500,000 | 2,731,065 |
| 1FN097 | PREMERO INVESTMENT LTD II | - | - | - | 421,770 |
| 1FR051 | STRAND INTERNATIONAL INVESTMENT LTD | - | 2,600,000 | 4,800,000 | 11,730,019 |
| | **Total:** | **$ 1,900,000** | **$ 29,800,000** | **$ 87,480,000** | **$ 153,722,070** |

[1] *See* **Second Amended Complaint, footnote 7.**

**Note: Numbers might not add to totals shown due to rounding.**