**INITIAL TRANSFERS TO EXPRESS ENTERPRISES INC.**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|---|
| Date | Transaction Description | BLMIS Account No.[1] | BLMIS Account Name | Cash Withdrawal | Transferee |
| 6/4/1999 | CHECK WIRE | 1FN024 | MAGNIFY INC KURT BRUNNER ATTY AT LAW | (500,000) | Express Enterprises Inc. |
| 9/20/2002 | CHECK WIRE | 1FR051 | STRAND INTERNATIONAL INVESTMENT LTD | (500,000) | Express Enterprises Inc. |

[1] See Exhibit B for corresponding account for further transaction detail related to each of these transfers.

**Exhibit D**

**INITIAL TRANSFERS TO YAIR GREEN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **BLMIS Account No.**[1] | **BLMIS Account Name** | **Cash Withdrawal** | **Transferee** |
| 11/27/2002 | CHECK WIRE | 1FN025 | MAGNIFY INC KURT BRUNNER ATTY AT LAW | (3,150,000) | Yair Green |

[1] See Exhibit B for corresponding account for further transaction detail related to each of these transfers.