UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------- X
In re:                                  :
                                        :
                                        :   SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :   No. 08-01789 (SMB)
                                        :
          Debtor.                       :
---------------------- :
                                        X
IRVING H. PICARD, Trustee for the Liquidation  :
of Bernard L. Madoff Investment Securities LLC, :
                                        :
          Plaintiff,                    :
                                        :
          v.                            :   Adv. Proc. No. 09-01182 (SMB)
                                        :
J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,  :
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,  :
ASCOT FUND LTD., GABRIEL CAPITAL        :
CORPORATION,                            :
                                        :
          Defendants.                   :
                                        :
---------------------- X

## CERTIFICATE OF SERVICE

I, Mariel R. Bronen, an attorney admitted to practice in the State of New York and an Associate at Dechert LLP, 1095 Avenue of the Americas New York, NY 10036, hereby certify that on September 29, 2017, I served correspondence addressed to the Honorable Stuart M. Bernstein, electronically filed on September 29, 2017, by emailing the interested parties true and correct copies via electronic transmission to the email addresses below:

lhoang@bakerlaw.com
bsong@bakerlaw.com
judith.archer@nortonrosefulbright.com
sarah.oconnell@nortonrosefullbright.com
david.schwartz@nortonrosefulbright.com

Dated: September 29, 2017

_____
Mariel R. Bronen, Esq.