**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
Joshua B. Rog

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>  v.<br><br>STEPHEN R. GOLDENBERG,<br><br>       Defendant. | Adv. Pro. No. 10-04946 (SMB) |

**DECLARATION OF KEITH R. MURPHY IN SUPPORT OF**
**<u>TRUSTEE'S MOTION FOR SUMMARY JUDGMENT</u>**

I, Keith R. Murphy, declare pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am an attorney at the firm of Baker & Hostetler LLP and counsel to Irving H. Picard, Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff").

2. I submit this Declaration in support of the Trustee's motion for summary judgment in the above-captioned case (the "Motion") under Rule 56 of the Federal Rules of Civil Procedure as made applicable by Federal Rule of Bankruptcy Procedure 7056.

3. Attached hereto as Exhibit A is a true and correct copy of the executed Joint Statement of Undisputed Material Facts prepared and submitted in connection with the Motion in *Picard v. Stephen Goldenberg*, Adv. Pro. No. 10-04946 (SMB) (Bankr. S.D.N.Y. Aug. 16, 2017), ECF No. 58.

4. Attached hereto as Exhibit B is a true and correct copy of the Amended Complaint that was filed in *Picard v. Stephen R. Goldenberg*, 1:11-cv-04483 (JSR) (S.D.N.Y. Dec 2, 2011), ECF No. 4.

5. Attached hereto as Exhibit C is a true and correct copy of the relevant portions of the court hearing transcript pertaining to the oral arguments in *Picard v. Marilyn Bernfeld Trust*, Adv. Pro. No. 10-05143 (SMB) (Bankr. S.D.N.Y. Oct. 28, 2015), ECF No. 20.

6. Attached hereto as Exhibit D is a true and correct copy of the relevant portions of the court hearing transcript pertaining to the oral arguments in *Picard v. Mendelow*, Adv. Pro. No. 10-04283 (SMB) (Bankr. S.D.N.Y. Oct. 28, 2015), ECF No. 85.

7.     Attached hereto as Exhibit E is a true and correct copy of the transcript of oral arguments in *Picard v. Trust u/art Fourth o/w/o Israel Wilenitz, et al.*, Adv. Pro. No. 10-04995 (SMB) (Bankr. S.D.N.Y. May 17, 2016), ECF No. 67.

8.     Attached hereto as Exhibit F is a true and correct copy of the plea allocution of Bernard L. Madoff, *United States v. Madoff,* No. 09 Cr. 00213 (DC) (S.D.N.Y. Mar. 12, 2009), ECF No. 143-1.

9.     Attached hereto as Exhibit G is a true and correct copy of the plea allocution of Frank DiPascali, Jr., *United States v. DiPascali,* No. 09-CR-764 (RJS) (S.D.N.Y. Aug. 11, 2009), ECF No. 143-2.

10.     Attached hereto as Exhibit H is a true and correct copy of the plea allocution of David L. Kugel, *United States v. Kugel*, No. 10-CR-228 (LTS) (S.D.N.Y.) Nov. 21, 2011), ECF No. 143-3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        October 2, 2017

                                      */s/ Keith R. Murphy*
                                      Keith R. Murphy