UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 4, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    Notice of Transfer of Allowed Claim (Transfer Numbers T000550)

Executed on _October 5_, 2017

_Vanessa A. Pogue_

Sworn to and subscribed before me this _5th_ day of _October_, 2017

(SEAL)

Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS T000550
10/4//2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | Anchorage Capital Master Offshore, Ltd. | c/o Anchorage Capital Group, L.L.C. | 610 Broadway, 5th Floor | | New York | NY | 10012 | |