# Appendix 1

## *Comparison Chart of Duplicative Document Requests*

| No. | Category | Trustee's Current Requests | 2009 Subpoena | 2010 Subpoena |
|---|---|---|---|---|
| 1. | Due Diligence | • "Documents concerning…**due diligence**…involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (1) | • "…documents concerning any **due diligence**" conducted by Natixis FP concerning BLMIS or any Fund with a BLMIS Account. (21-23)<br><br>• "…documents concerning any **due diligence** on BLMIS" performed by any bank or financial institution. (49) | • Natixis FP's "investigation or **due diligence**" regarding Madoff or Madoff Funds. (19)<br><br>• "All **due diligence reports**, annual review memoranda, credit approval memoranda" for Madoff and Madoff Funds. (21) |
| 2. | Ongoing Monitoring of Investments & Transactions | • "…**ongoing monitoring** of any investments or transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (2)<br><br>• Examples of documents include "**account statements**", "trade tickets"[1], "**audit information**", documents discussing "performance or **purported returns**" and "**regulatory filings**". (1) | • Documents concerning BLMIS' accountants and **auditors**. (40-41)<br><br>• Documents concerning "**return on investment**". (42)<br><br>• Documents concerning "BLMIS' **Form 13F filings** with the [SEC]". (45) | • Documents concerning "booking, accounting and **tracking of the financing transactions or investment products or services**". (3)<br><br>• Documents concerning Natixis FP's investment in Madoff Funds, including "**monthly statements**". (16)<br><br>• Documents concerning "**transactional monitoring**". (20)<br><br>• Documents and communications between Natixis FP and its "**outside auditor**" relating to Madoff or Madoff Funds. (23) |

---

[1] Natixis FP produced trade tickets in response to the Subpoenas.

| No. | Category | Trustee's Current Requests | 2009 Subpoena | 2010 Subpoena |
|---|---|---|---|---|
| 3. | Risk Analysis | • Documents concerning "**review**" and "**analysis**" including those related to "Operational Risk, credit risk, **compliance**, or market risk". (1-2)<br><br>• Documents concerning any "**investment committee**", "investment **advice**", "**risk analysis**" or "**legal opinions**". (2) | • Documents concerning "**opinions**, research, or **advice** concerning investments with BLMIS". (50) | • "All documents that refer or relate to any **analyses**, **review**, study, or investigation by any **oversight committee**, review committee, **legal department**, **risk group**, internal audit, **compliance department**…for the Madoff Funds." (20) |
| 4. | Investment Decisions | • "Documents concerning Defendant(s)' **investment decision**, evaluation, approval, disapproval…of any investments or transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (2) | • Documents concerning Natixis FP's **investments** in Fairfield Sentry or any Fund with a BLMIS Account. (4-5)<br><br>• Documents concerning "opinions, research, or **advice concerning investments with BLMIS**". (50) | • Documents concerning "**decision to enter or not to enter** into any such financing transactions or investment products or services" linked to Madoff. (4)<br><br>• Documents concerning Natixis FP's "**decision to invest or not to invest** in Madoff or any Madoff fund." (12) |
| 5. | Illegality or Insolvency | • "Documents concerning fraud, Ponzi, **illegality**, front-running, investigations, **insolvency**, or embezzlement at BLMIS or Feeder Funds." (3) | • Documents concerning "BLMIS' financial condition, **solvency**, or ability to timely pay its debts." (34)<br><br>• Documents concerning the "**legality of BLMIS' operations.**" (38)<br><br>• Documents concerning any "**investigation of BLMIS** by any government agency or official". (43-44) | • Documents concerning "write-offs or liabilities that were tied to losses sustained as a result of Madoff's **liquidation**." (15) |

2

| No. | Category | Trustee's Current Requests | 2009 Subpoena | 2010 Subpoena |
|---|---|---|---|---|
| 6. | **Remuneration** | • "Documents concerning **fees**, rebates, **commissions**, retrocessions, or any other **remuneration** paid to or by Defendant(s), related to investments and transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (4) | • "…all documents concerning any **remuneration**…in the form of **commissions**…" received by or for the benefit of Natixis FP, resulting from the purchase of Fairfield Sentry shares and investments in BLMIS or any Fund with a BLMIS Account. (24-26) | • "All documents showing **fees**, profits, losses, or monies derived from financing transactions or investment products or services" offered by Natixis FP and linked to Madoff. (9) |

3