

# STATE OF DELAWARE
# CERTIFICATE OF CANCELLATION

1. The name of the limited liability company is ABN AMRO Fund Services USA LLC.

2. The Certificate of Formation of Fortis PFS USA LLC as a limited liability company was filed with the Secretary of State of the State of Delaware on February 19, 2009, and the Certificate of Amendment of Fortis PFS USA LLC, changing its name from "Fortis PFS USA LLC" to "ABN AMRO Fund Services USA LLC" was filed with the Secretary of State of the State of Delaware on July 1, 2010.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Cancellation as of this _16th_ day of December, 2011.

By: _____

Authorized Person(s)

Name: _Boris Nikolaas Kwantes_