UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>BANQUE INTERNATIONALE A LUXEMBOURG S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A.; RBC DEXIA INVESTOR SERVICES BANK S.A.; RBC DEXIA INVESTOR SERVICES TRUST; RBC DEXIA INVESTOR SERVICES ESPAÑA S.A.; and BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.),<br><br>        Defendants. | Adv. Pro. No. 12-01698 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ROYAL BANK OF CANADA; GUERNROY LIMITED; ROYAL BANK OF CANADA | Adv. Pro. No. 12-01699 (SMB) |

(CHANNEL ISLANDS) LIMITED; ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED; ROYAL BANK OF CANADA (ASIA); ROYAL BANK OF CANADA (SUISSE) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.,

        Defendants.

## CERTIFICATE OF SERVICE

I, MARK T. CIANI, hereby certify that on the 6th day of October, 2017, the following documents were filed electronically with the Clerk of the Court and served electronically on all counsel of record via CM/ECF, constituting good and sufficient service of such papers on all parties pursuant to paragraph 6 of the Order Concerning Further Proceedings On Trustees Motion For Leave To Replead And For Limited Discovery, *Sec. Inv'r Protection Corp. v. Bernard L. Madoff Inv. Sec. LLC*, No. 08-01789 (SMB) (S.D.N.Y. July 24, 2017), ECF No. 16428:

1. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue, with Exhibit 1 (Applicable Adversary Proceedings) and Exhibit 2 (Transferee Defendants) (in Adversary Proceedings Nos. 12-01698 and 12-01699 only); and

2. Declaration of Anthony L. Paccione in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue with accompanying exhibit.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2017
New York, New York

                                            Mark T. Ciani