**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                  Plaintiff, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br>                  Plaintiff, <br><br>     v. <br><br> NEIL REGER PROFIT SHARING KEOGH, <br><br> NEIL REGER, individually and in his capacity as Sole trustee of the Neil Reger Profit Sharing Keogh, <br><br>                  Defendants. | Adv. Pro. No. 10-05384 (SMB) |

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were due: December 15, 2015.

2.      Fact Discovery shall be completed by: January 26, 2018.

3.      The Disclosure of Case-in-Chief Experts shall be due: March 26, 2018.

4.      The Disclosure of Rebuttal Experts shall be due: April 26, 2018.

5.      The Deadline for Completion of Expert Discovery shall be: May 28, 2018.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  On or before June 4, 2018.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 18, 2018.

8.      The Deadline for Conclusion of Mediation shall be:  On or before October 18, 2018.

Dated: New York, New York
      October 10, 2017

BAKER & HOSTETLER LLP

By: */s/ Elyssa S. Kates*           
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*