UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

  VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 9, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

  A. Notice of Transfer of Allowed Claim (Transfer Numbers T000551)
  B. Notice of Transfer of Allowed Claim (Transfer Numbers T000552)

Executed on October 11, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 11th day of October, 2017

(SEAL)

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000551**
**10/9//2017**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | Deutsche Bank Securities | | 60 Wall Street | | New York | NY | 10005 | |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS T000552**
10/9//2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | Deutsche Bank Securities | | 60 Wall Street | | New York | NY | 10005 | |