UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Trustee-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA Liquidation<br>No. 08-01789 (SMB)<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Trustee,<br><br>v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br><br>Defendants. | Adv. Pro. No. 10-05353 (SMB) |

## CERTIFICATE OF SERVICE

I, ADAM M. LEVY, hereby certify that on October 6, 2017, the following documents were filed electronically with the Clerk of the Court and served electronically on all counsel of record via CM/ECF, constituting good and sufficient service of such papers on all parties pursuant to paragraph 6 of the Order Concerning Further Proceedings On Trustees Motion For Leave To Replead And For Limited Discovery, *Sec. Inv'r*

1

*Protection Corp. v. Bernard L. Madoff Inv. Sec. LLC*, No. 08-01789 (SMB) (S.D.N.Y. July 24, 2017), ECF No. 16428:

1. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue, dated October 6, 2017, with Exhibits 1-2 (filed in Adv. Pro. No. 10-5353 only);

2. Natixis Financial Products LLC's Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue, dated October 6, 2017, with Appendix 1.

3. Declaration of Bruce M. Ginsberg in Support of Natixis Financial Products LLC's Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue, dated October 6, 2017, with Exhibits A-D.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2017
New York, New York

_____
Adam M. Levy