**EXHIBIT A**

**EXHIBIT 2 – OBJECTING CLAIMANTS**

List Of Claimants Invested In The BLMIS Accounts Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Invested In | BLMIS Account Number |
|---|---|---|---|---|---|
| Heidi Hiles | 000995 | 1172 | Phillips Nizer LLP | Jennie Brett | 1B0192 |
| Gaetano Macaluso | 001081 | 1175 | Phillips Nizer LLP | Jennie Brett | 1B0192 |
| Rosalinda Macaluso | 000997 | 1176 | Phillips Nizer LLP | Jennie Brett | 1B0192 |
| Leah Larsen | 013192 | 3854 | Pro Se Filing | David Moskowitz | 1ZA178 |