**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS     )
            ) ss:
COUNTY OF DALLAS   )

  VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 12, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Certificate of No Objection to Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the Jennie Brett and David Moskowitz Accounts with Proposed Order and Exhibit thereto (Docket Number 16746)

Executed on October 12, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 12 day of October, 2017

THERESA K. PETRY
MY COMMISSION EXPIRES
January 13, 2018

(SEAL)

_____
Notary Public

# Exhibit A

Exhibit A
October 12, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Readcted for confidentiality reasons | | | | | | Claimant |
| Readcted for confidentiality reasons | | | | | | Claimant |
| Readcted for confidentiality reasons | | | | | | Claimant |
| Readcted for confidentiality reasons | | | | | | Claimant |
| Thomas E. Brett, Esq. | Thomas E. Brett | 125-10 Queens Blvd. #311 | Kew Gardens | NY | 11415 | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |