UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Miscork Corp #2 Retirement Plan, having filed an objection to the Notice of Trustee's Determination of Claim respecting customer claim #010701 (Docket No. 2527), hereby gives notice that it withdraws such Objection.

Dated: 9/25/17, 2017

Miscork Corp #2 Retirement Plan

By: Clark Gettinger
Plan Administrator
~~50 Sheldrake Road~~ 700 Post Rd - Ste 368 (etc)
Scarsdale, NY 10583
Tel: (914) 472-2751