**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Miscork Corp #3 Retirement Plan, having filed an objection to the Notice of Trustee's Determination of Claim respecting customer claim #010664 (Docket No. 2832), hereby gives notice that it withdraws such Objection.

Dated: 9/25/17, 2017

Miscork Corp #3 Retirement Plan

By: Clark Gettinger
Plan Administrator
~~50 Sheldrake Road~~ 700 Post Rd - Ste 368 (CG)
Scarsdale, NY 10583
Tel: (914) 472-2751