UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Gettinger Management LLC Profit Sharing Plan, having filed an objection to the Notice of Trustee's Determination of Claim respecting customer claim #005043 (Docket No. 2900), hereby gives notice that it withdraws such Objection.

Dated: 9/27, 2017

Michael I. Goldberg, Esq., on behalf of
Gettinger Management LLC Profit Sharing Plan
Akerman LLP
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2999
Tel: (954) 463-2700