UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Miscork Corp. #1, having filed objections to the Notice of Trustee's Determination of Claim (Docket No. 2286) and Notice of Trustee's Revised Determination of Claim (Docket No. 3099) respecting customer claim #012777, hereby gives notice that it withdraws such Objections.

Dated: 9/27, 2017

Michael I. Goldberg, Esq., on behalf of Miscork Corp. #1
Akerman LLP
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2999
Tel: (954) 463-2700