**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN GETTINGER, individually, and in his capacity as Trustee for TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1, TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN, and MISCORK CORP. RETIREMENT PLAN; CLARK GETTINGER, individually; TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1; TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN; GETTINGER MANAGEMENT LLC PROFIT | Adv. Pro. No. 10-05046 (SMB) |

SHARING PLAN; and MISCORK CORP.
RETIREMENT PLAN,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Windels Marx Lane & Mittendorf, LLP, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby dismisses the above-captioned adversary proceeding with prejudice.

On October 3, 2017, the parties entered into a settlement agreement pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [Dkt. No. 3181]. Pursuant to Bankruptcy Rule 7041, the Trustee is permitted to voluntarily dismiss this adversary proceeding without further order of the Court by filing this Notice of Voluntary Dismissal as, as of the date hereof, the opposing parties have served neither an answer nor a motion for summary judgment.

Dated: New York, New York
       October 12, 2017

By: /s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2