**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                      Plaintiff,<br>      v.<br><br>ABN AMRO BANK (IRELAND), LTD, (f/k/a FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and<br><br>ABN AMRO CUSTODIAL SERVICES (IRELAND), LTD (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.),<br><br>                                      Defendants. | Adv. Pro. No. 10-05355 (SMB) |

# CERTIFICATE OF SERVICE

I, Christopher Harris, hereby certify that on October 6, 2017, the following documents were filed electronically with the Clerk of the Court, and served electronically on all counsel of record via CM/ECF, constituting good and sufficient service of such papers on all parties pursuant to paragraph 6 of the Order Concerning Further Proceedings on Trustee's Motion for Leave to Replead and for Limited Discovery, *Sec. Inv'r Protection Corp. v. Bernard L. Madoff Inv. Sec. LLC,* No. 08-01789 (SMB) (S.D.N.Y. July 24, 2017), ECF No. 16428:

- Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue, with Exhibits 1-2, dated October 6, 2017 (filed in Adv. Pro. No. 10-5355 only);

- ABN Defendants' Supplemental Memorandum of Law in Support of Defendants' Opposition to the Trustee's Motion for Limited Discovery on the Good Faith Issue, dated October 6, 2017 (filed in Adv. Pro. Nos. 08-01789 and 10-5355);

- Declaration of Thomas J. Giblin in Support of the ABN Defendants' Supplemental Memorandum of Law in Support of Defendants' Opposition to the Trustee's Motion for Limited Discovery on the Good Faith Issue, with Exhibits A-C, dated October 6, 2017 (filed in Adv. Pro. Nos. 08-01789 and 10-5355);

- Declaration of Amod Kumar in Support of the ABN Defendants' Supplemental Memorandum of Law in Support of Defendants' Opposition to the Trustee's Motion for Limited Discovery on the Good Faith Issue, with Exhibit A, dated October 6, 2017 (filed in Adv. Pro. Nos. 08-01789 and 10-5355).

[*Signature to follow*]

Dated: October 12, 2017
      New York, New York

                                    Respectfully submitted,

                                    LATHAM & WATKINS LLP

By:  /s/ Christopher R. Harris

                                  Christopher R. Harris
                                  Thomas J. Giblin
                                  885 Third Avenue
                                  New York, New York 10022
                                  Telephone: (212) 906-1200
                                  Facsimile: (212) 751-4864
                                  Email: christopher.harris@lw.com
                                  Email: thomas.giblin@lw.com

*Attorneys for ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)*