**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Dr. Norman J. Blum ("Claimant"), having filed an objection (the "Objection," Docket No. 13323) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims designated as Claim Nos. 005863 and 009178, hereby gives notice that he withdraws such Objection.

Dated: October 13, 2017

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard A. Kirby*
　　　　　　　　　　　　　　　　　　　　　　　　Richard A. Kirby
　　　　　　　　　　　　　　　　　　　　　　　　Laura K. Clinton
　　　　　　　　　　　　　　　　　　　　　　　　Baker & McKenzie LLP
　　　　　　　　　　　　　　　　　　　　　　　　815 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　　(202) 452-7020

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Norman J. Blum*