**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Debtor. | SIPA LIQUIDATION<br><br>Case No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>            Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Dr. Joel A. Blum and Kerry E. Blum ("Claimants"), having filed an objection (the "Objection," Docket No. 13323) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim designated as Claim No. 001507, hereby give notice that they withdraw such Objection.

Dated: October 13, 2017

/s/ Richard A. Kirby
Richard A. Kirby
Laura K. Clinton
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
(202) 452-7020

*Attorneys for Joel A. Blum and Kerry E. Blum*