# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

VICTOR I. LEWKOW
LESLIE N. SILVERMAN
LEE C. BUCHHEIT
JAMES M. PEASLEE
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M LOEB
CRAIG B. BROD
EDWARD J. ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
HOWARD S. ZELBO
DAVID E BRODSKY
ARTHUR H. KOHN
RICHARD J COOPER
JEFFREY S. LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
ANDRES DE LA CRUZ
DAVID C LOPEZ
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL

ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRALDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J O'REILLY
ADAM E FLEISHER
SEAN A. O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN

ARI D. MACKINNON
JAMES E LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
    RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
HEIDE H ILGENFRITZ
HUGH C CONROY, JR.
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
AVRAM E. LUFT
ANDREW WEAVER
HELENA K GRANNIS
JOHN V HARRISON
CAROLINE F HAYDAY
RAHUL MUKHI
NEIL R. MARKEL
HUMAYUN KHALID
CHRIS C. LEE
KENNETH S. BLAZEJEWSKI
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

October 13, 2017

BY ECF

Honorable Stuart M. Bernstein
United States Bankruptcy Court
  for the Southern District of new York
One Bowling Green
New York, New York 10004

Re: *Securities Investor Protection Corporation v. Bernard L.*
  *Madoff Investment Securities LLC*, No. 08-1789 (SMB)

Dear Judge Bernstein:

I write on behalf of the defendants in the adversary proceedings listed on Exhibit 1 to this letter (the "Transferee Defendants") concerning the Trustee's Omnibus Motion Seeking Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1), filed on August 28, 2014, ECF No. 7826 (the "Trustee's Motion for Leave to Replead and Discovery").

Pursuant to this Court's Order Concerning Further Proceeding on Trustee's Motion for Leave to Replead and for Limited Discovery dated July 24, 2017, ECF No. 16428 (the "July 2017 Scheduling Order"), the Transferee Defendants filed their Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue on October 6, 2017, ECF No. 16724.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Hon. Stuart M. Bernstein, p. 2

Pursuant to paragraph 8 of the July 2017 Scheduling Order, I will act as lead counsel to advocate the Transferee Defendants' position at oral argument on the Trustee's Motion for Leave to Replead and Discovery solely as it relates to the Trustee's request for discovery on the good faith issue on a hearing date to be fixed by the Court.

Respectfully,

Carmine D. Boccuzzi, Jr.

cc:    Counsel of Record