**Exhibit 1 to Letter of Carmine D. Boccuzzi, Jr. dated October 13, 2017**
**Transferee Defendants on Behalf of Whom this Letter is Submitted**

|  | Adv. Pro. No. | Case Name | Defendant |
|---|---|---|---|
| 1. | 10-04287 | *Picard v. Cardinal Management Inc., et al.* | Cardinal Management Inc. |
| 2. | 10-04330 | *Picard v. Square One Fund Ltd., et al.* | Square One Fund Ltd. |
| 3. | 10-04457 | *Picard v. Equity Trading Fund, et al.* | Equity Trading Fund, Ltd. |
| 4. | 10-04457 | *Picard v. Equity Trading Fund, et al.* | Equity Trading Portfolio Ltd |
| 5. | 10-04471 | *Picard v. Citrus Investment Holdings, Ltd.* | Citrus Investment Holdings, Ltd. |
| 6. | 10-05120 | *Picard v. Oréades SICAV, et al.* | Oréades SICAV, represented by its liquidator, Inter Investissements S.A. |
| 7. | 10-05345 | *Picard v. Citibank, N.A., et al.* | Citibank N.A. |
| 8. | 10-05345 | *Picard v. Citibank, N.A., et al.* | Citibank North America, Inc. |
| 9. | 10-05353 | *Picard v. Natixis S.A., et al.* | Natixis Financial Products LLC (as successor-in-interest to Natixis Financial Products Inc.) |
| 10. | 10-05354 | *Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.), et al.* | ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) |
| 11. | 10-05355 | *Picard v. ABN AMRO Bank (Ireland) Ltd., et al.* | ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) |
| 12. | 10-05355 | *Picard v. ABN AMRO Bank (Ireland) Ltd., et al.* | ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) |

Exhibit 1 [1]

|     | Adv. Pro. No. | Case Name | Defendant |
|-----|---------------|-----------|-----------|
| 13. | 12-01273 | *Picard v. Mistral (SPC)* | Mistral (SPC) |
| 14. | 12-01278 | *Picard v. Zephyros Limited* | Zephyros Limited |
| 15. | 12-01698 | *Picard v. Banque Internationale à Luxembourg S.A., et al.* | RBC Dexia Investor Services Trust |
| 16. | 12-01699 | *Picard v. Royal Bank of Canada, et al.* | Guernroy Limited |
| 17. | 12-01699 | *Picard v. Royal Bank of Canada, et al.* | RBC Alternative Assets, L.P. |
| 18. | 12-01699 | *Picard v. Royal Bank of Canada, et al.* | Royal Bank of Canada |

Exhibit 1 [2]