**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**STIPULATION AND ORDER ADJOURNING PRE-TRIAL CONFERENCE AND**
**<u>HEARING ON MOTION TO DISMISS</u>**

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

　　　　1.　The hearing on Defendants' Motion to Dismiss (ECF Nos. 68-71) in the above-referenced adversary proceeding, which had been scheduled for October 25, 2017, is adjourned to December 20, 2017, at 10:00 a.m.

2. The pre-trial conference in the above-referenced adversary proceeding, which had also been scheduled for October 25, 2017, is also adjourned to December 20, 2017, at 10:00 a.m.

Dated: New York, New York
October 13, 2017

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By: /s/Andrew W. Reich<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Andrew W. Reich<br>Email: areich@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: /s/Richard E. Signorelli<br>799 Broadway, Suite 539<br>New York, New York 10003<br>Telephone: 212.254.4218<br>Facsimile: 212.254.1396<br>Richard E. Signorelli<br>Email: richardsignorelli@gmail.com<br>Email: rsignorelli@nyclitigator.com<br><br>*Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz-Ostrin Trust I, and the Glantz-Ostrin Trust II, and as executor of the Estate of Edward R. Glantz and the Estate of Thelma Glantz; ELAINE OSTRIN, individually and as trustee of the Edward R. Glantz Living Trust; THE RICHARD M. GLANTZ 1991 LIVING TRUST; THE EDWARD R. GLANTZ LIVING TRUST; THE ESTATE OF EDWARD R. GLANTZ; THE THELMA GLANTZ LIVING TRUST; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST I; THE GLANTZ-OSTRIN TRUST II; AUSTIN BOSARGE; GRACE & COMPANY; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; THE GLANTZ FAMILY FOUNDATION, INC; MERLIN & ASSOCIATES, LTD.; ENHANCEMENT GROUP; LAKEVIEW INVESTMENT, LP; and VISTA MANAGEMENT CO.* |

SO ORDERED:

Dated: October 13, 2017      /s/ STUART M. BERNSTEIN
New York, New York      HONORABLE STUART M. BERNSTEIN
     UNITED STATES BANKRUPTCY JUDGE