**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04846 (SMB) |
| Plaintiff, | |
| v. | |
| Norman J. Blum, | |
| Defendant. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF**
**ADVERSARY PROCEEDING**

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the chapter 7 estate of Bernard L. Madoff, individually, by and through his counsel, and Dr. Norman J. Blum (the "Defendant" and, together with the Trustee, the "Parties"), by and through his counsel, hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against the Defendant.[1]

2. Pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010, *SIPC v. BLMIS*, Adv. No. 08-01789 (SMB), ECF No. 3181, the Parties entered into a Settlement Agreement and Release dated as of October 11, 2017.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal of the Trustee's claims against the Defendant in the above-captioned adversary proceeding and to a dismissal of the adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together

---

[1] The Trustee's complaint named several additional defendants who were subsequently dismissed from the action by stipulation on August 25, 2015. *Picard v. Blum*, Adv. No. 10-04846 (SMB), ECF No. 43.

constitute one and the same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.

Dated:  New York, New York
        October 13, 2017

| | |
|---|---|
| */s/ David J. Sheehan* | */s/ Richard A. Kirby* |
| **Baker & Hostetler LLP** | **Baker & McKenzie LLP** |
| 45 Rockefeller Plaza | 815 Connecticut Ave., N.W. |
| New York, NY  10111 | Washington, D.C. 20006 |
| Telephone:  (212) 589-4200 | Telephone:  (202) 452-7020 |
| Facsimile:  (212) 589-4201 | Facsimile:  (202) 416-7220 |
| David J. Sheehan | Richard A. Kirby |
| e-mail:  dsheehan@bakerlaw.com | e-mail:  richard.kirby@bakermckenzie.com |
| Seanna R. Brown | Laura K. Clinton |
| e-mail:  sbrown@bakerlaw.com | e-mail:  laura.clinton@bakermckenzie.com |
| Amy E. Vanderwal | |
| e-mail:  avanderwal@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff* | *Attorneys for Dr. Norman J. Blum* |

                                    SO ORDERED:

                                    **/s/ STUART M. BERNSTEIN**
Dated:  **October 13, 2017**       Hon. Stuart M. Bernstein
New York, New York                  United States Bankruptcy Judge