**D&G** | Davis & Gilbert LLP
ATTORNEYS AT LAW

1740 Broadway  T: 212.468.4800  www.dglaw.com
New York, NY 10019  F: 212.468.4888

Direct Dial: 212.468.4820
Personal Fax: 212.468.4888
Email: bginsberg@dglaw.com

October 13, 2017

**BY ECF**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

   Re: *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, No. 08-1789 (SMB); *Irving H. Picard v. Natixis, et al.*, No. 10-5353 (SMB)

Dear Judge Bernstein:

  I write on behalf of Defendant Natixis Financial Products LLC, successor-in-interest to Natixis Financial Products Inc. ("Natixis FP") concerning the Trustee's Omnibus Motion Seeking Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1), filed on August 28, 2014, No. 08-1789, ECF No. 7826; No. 10-5353, ECF No. 67 (the "Trustee's Motion for Leave to Replead and Discovery"). Pursuant to this Court's Order Concerning Further Proceedings on Trustee's Motion for Leave to Replead and for Limited Discovery dated July 24, 2017, No. 08-1789, ECF No. 16428 (the "July 2017 Scheduling Order"), Natixis FP filed its Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Limited Discovery on the Good Faith Issue on October 6, 2017, together with supporting papers, No. 08-1789, ECF Nos. 16730-16731, No. 10-5353, ECF Nos. 146-147 (the "Natixis FP Supplemental Opposition").

  Pursuant to paragraph 8 of the July 2017 Scheduling Order, counsel for Natixis FP reserves the right to appear at oral argument to address any issues specific to Natixis FP. Following receipt of any responsive papers to the Natixis FP Supplemental Opposition, and in advance of oral argument, we will alert the Court and opposing counsel should we intend to argue.

           Respectfully submitted,

           */s/ Bruce M. Ginsberg*

           Bruce M. Ginsberg

cc:  Counsel of Record