**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

       Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05068 (SMB) |
| Plaintiff, | |
| v. | |
| D. STONE INDUSTRIES, INC. PROFIT SHARING PLAN; and DANIEL STONE, MICHAEL STONE and SUSAN STONE, individually and in their capacities as trustees of D. Stone Industries, Inc. Profit Sharing Plan, | |
| Defendants. | |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

    This Stipulation Extending Time to Conclude Mediation (the "Stipulation") is submitted

pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including January 19, 2018.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order and the Mediation Referral Order.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[THIS PORTION IS INTENTIONALLY LEFT BLANK]

Dated: October 13, 2017
New York, New York

By:/s/ Nicholas J. Cremona
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Nicholas J. Cremona
    Email: ncremona@bakerlaw.com

    *Attorneys for Irving H. Picard, Trustee for the
    Substantively Consolidated SIPA Liquidation of
    Bernard L. Madoff Investment Securities LLC and
    Bernard L. Madoff*

Dated: October 13, 2017
New York, New York

By:/s/ Elise S. Frejka
    FREJKA PLLC
    135 East 57th Street – 6th Floor
    New York, New York 10022
    Telephone: (212) 641-0800
    Facsimile: (212) 641-0820
    Elise S. Frejka
    Email: efrejka@frejka.com

    *Attorneys for D. Stone Industries, Inc. Profit
    Sharing Plan and Daniel Stone, Susan Stone and
    Michael, individually and in their capacities as
    trustees of D. Stone Industries, Inc. Profit Sharing
    Plan*