**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 610-6300
Facsimile:   (212) 610-6399

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05354 (SMB) |
| Plaintiff, | |
| v. | |
| ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), | |
| Defendant. | |

## **DECLARATION OF SERVICE**

TOBY D. MANN hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1.  I am employed as the assistant managing clerk at Allen & Overy LLP, attorneys for ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) in the above captioned matter.

2.  On October 6, 2017, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 10-05354 (SMB), a true and correct copy of each of the:

    a.  Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue, with Exhibits 1-2, dated October 6, 2017 (filed in Adv. Pro. No. 10-5354 only [ECF No. 134]); and

    b.  ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) ("RBS/ABN") Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Pre-Motion-To-Dismiss Discovery, dated October 6, 2017 (filed in Adv. Pro. Nos. 08-1789 [ECF No. 16726] and 10-5354 [ECF No. 135]).

3.  On October 9, 2017, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 10-05354 (SMB), a true and correct copy of the corrected Declaration of Michael S. Feldberg in Support of ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Pre-Motion-To-

2

Dismiss Discovery, with Exhibits A-C, dated October 6, 2017 (filed in Adv. Pro. Nos. 08-1789 [ECF No. 16725] and 10-5354 [ECF No. 137]).[1]

4. Said documents were filed electronically with the Clerk of the Court, and served electronically on all counsel of record via CM/ECF, constituting good and sufficient service of such papers on all parties pursuant to paragraph 6 of the Order Concerning Further Proceedings on Trustee's Motion for Leave to Replead and for Limited Discovery, *Sec. Inv'r Protection Corp. v. Bernard L. Madoff Inv. Sec. LLC*, No. 08-01789 (SMB) (S.D.N.Y. July 24, 2017), ECF No. 16428.

Dated: October 16, 2017
New York, New York

Respectfully submitted,

/s/ Toby D. Mann
Toby D. Mann

---

[1] The original Declaration of Michael S. Feldberg in Support of ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Pre-Motion-To-Dismiss Discovery, with Exhibits A-C, dated October 6, 2017 was filed electronically with the Clerk of the Court, and served electronically on all counsel of record via CM/ECF on October 6, 2017 (filed in Adv. Pro. Nos. 08-01789 [ECF No. 16727] and 10-5354 [ECF No. 137]).