**Young Conaway Stargatt & Taylor, LLP**  
Rockefeller Center  
1270 Avenue of the Americas  
Suite 2210  
New York, NY 10020  
Telephone: (212) 332-8840  
Facsimile: (212) 332-8855  
Matthew B. Lunn  
Justin P. Duda  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**Hearing Date: November 29, 2017 at 10:00 a.m. (ET)**  
**Objections Due: October 31, 2017 at 4:00 p.m. (ET)**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN,<br><br>    Defendants. | Adv. Pro. No. 10-04468 (SMB) |

01:22457099.1

**AMENDED NOTICE OF MOTION FOR LEAVE TO FILE
A FIRST AMENDED COMPLAINT AND FOR RELATED RELIEF**

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78*aaa-lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, Courtroom 723, New York, New York 10004, on **November 29, 2017 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard, for entry of an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, as incorporated by Rule 7015 of the Federal Rules of Bankruptcy Procedure, granting the Trustee's request for leave to file his First Amended Complaint, in substantially the form attached as Exhibit A to the September 25, 2017 Declaration of Justin P. Duda [Adv. Docket No. 72], on the grounds and for the reasons in the accompanying Memorandum of Law in Support of the Trustee's Motion for Leave to File a First Amended Complaint and For Related Relief [Adv. Docket No. 71] (the "Motion").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and other applicable rules and orders of this Court, and shall be filed in accordance with General Order M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York (available at www.nysb.uscourts.gov) by no later than **4:00 p.m. (Eastern Time) on October 31, 2017** (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Young Conaway Stargatt & Taylor, LLP, counsel for the Trustee, Rockefeller Center, 1270 Avenue of the Americas, Suite

2210, New York, NY 10020, Attention: Matthew B. Lunn; and (b) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 1000, Washington, D.C. 20006, Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis for any objection to the Motion.

PLEASE TAKE FURTHER NOTICE that notice of this Motion will be provided by U.S. Mail or email to all defendants in this adversary proceeding in accordance with the Order Establishing Notice Procedures (ECF No. 4560).  The Trustee submits that no other or further notice is required.

PLEASE TAKE FURTHER NOTICE that failure to file timely objections may result in the entry of an Order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:  October 17, 2017

       YOUNG CONAWAY STARGATT &
       TAYLOR, LLP

       By:   */s/ Matthew B. Lunn*
       Matthew B. Lunn
       Justin P. Duda
       Rockefeller Center
       1270 Avenue of the Americas, Suite 2210
       New York, New York 10020
       Telephone:  (212) 332-8840
       Facsimile: (212) 332-8855
       Email:  mlunn@ycst.com

       *Attorneys for Plaintiff Irving H. Picard,*
       *Trustee for the Liquidation of Bernard L.*
       *Madoff Investment Securities LLC*