**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC. | |
| Defendant. | |

---

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (BRL) |
| Debtor, | |

---

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04632 (BRL) |
| Plaintiff, | |
| v. | |
| FARBER INVESTMENTS, INC.; ISSIE FARBER; and SANDRA FARBER, | |
| Defendants. | |

---

## RETURN OF SERVICE UNDER OATH OF OFFICE
## AFFIDAVIT OF SERVICE

I, CLAUDE VILLENEUVE, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, d'Armes Place, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-    THAT I am over twenty-one years old and not party to this action;

2-    THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-      THAT I did on Wednesday, the 23rd day of March, 2011, at 6:00 p.m., serve the original of a **LETTER DATED MARCH 7, 2011** and a copy of a **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING, COMPLAINT WITH EXHIBIT A, NOTICE OF APPLICABILITY OF THE ORDER APPROVING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS, ORDER (1) ESTABLISHING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS AND (2) AMENDING THE FEBRUARY 16, 2010 PROTECTIVE ORDER WITH EXHIBITS A AND 1 TO 3, THIRD AMENDED NOTICE OF OMNIBUS AVOIDANCE ACTION HEARING DATES and GRANTED MOTION FOR AUTHORIZATION TO SERVE PROCEEDINGS ON CANADIAN DEFENDANTS (SECTION 272(1) OF THE BANKRUPTCY AND INSOLVENCY ACT, CANADA)** upon FARBER INVESTMENTS INC., one of the Defendants in this action, therein named, by speaking to and leaving the same thereof FARBER INVESTMENTS INC., with SANDRA FARBER, a person appearing in care and control and/or management of FARBER INVESTMENTS INC., at its said place of business located at 2335, Mantha Street, in the City of Saint-Laurent, Province of Québec, H4M 1R4, Canada;

4-      THAT the said SANDRA FARBER declared to me that she is a person appearing in care and control and/or management of the said respondent company and is authorized to accept service of legal process on its behalf;

5-      THAT the said SANDRA FARBER accepted the document so served on behalf of the said respondent company.

AND I HAVE SIGNED,<br>
On this 4th day of April, 2011<br>
<br>
_____<br>
CLAUDE VILLENEUVE<br>
Bailiff of justice