BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA Liquidation (Substantively Consolidated) |
| In re: BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. FARBER INVESTMENTS, INC., Defendant. | Adv. Pro. No. 10-04632 (SMB) |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

I, **Gracemary Curbelo**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On April 25, 2017, I served the *Clerk of Court's Entry of Default* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:** *See Attached Schedule A*

                                    */s/ Gracemary Curbelo*
                                       Gracemary Curbelo

Sworn to before me this
25th day of April, 2017

*/s/Angeline Chan*
Notary Public

Angeline Chan
Notary Public, State of New York
No. 01CH6292789
Qualified in New York County
Commission Expires: Nov. 4, 2017

2

## SCHEDULE A

**Defendant Counsel**

Laurence May
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
Email: lmay@eisemanlevine.com
Attorney For: Farber Investments, Inc.