**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff<br><br>v.<br><br>ROBERT LAYTON, as an individual and as a joint tenant, and GERDA LAYTON, as an individual and as a joint tenant,<br><br>Defendants. | Adv. Pro. No. 10-04967 (SMB) |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

I, **Gracemary Curbelo**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On October 17, 2017, I served the following (corrected service):

*1. Trustee's Request to Enter Default and Affidavit – Gerda Layton (ECF No. 16771)*
*2. Trustee's Request to Enter Default and Affidavit – Robert Layton (ECF No. 16772)*
*3. Clerk's Entry of Default – as to Defendant Gerda Layton (ECF No. 16773)*
*4. Clerk's Entry of Default – as to Defendant Robert Layton (ECF No. 16779)*

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   See Attached Schedule A

/s/ Gracemary Curbelo
Gracemary Curbelo

Sworn to before me this
17th day of October, 2017

/s/Sonya M. Graham
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2021

## **SCHEDULE A**

---

**Pro Se Defendants**

---

Gerda Layton
Email: layton@bluewin.ch

Robert Layton
Email: layton@bluewin.ch