**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue, 34th Floor
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Michael Katz

*Attorneys for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green, and Express Enterprises Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>MAGNIFY INC., PREMERO INVESTMENTS LTD., STRAND INTERNATIONAL INVESTMENTS LTD., THE YESHAYA HOROWITZ ASSOCIATION, YAIR GREEN, and EXPRESS ENTERPRISES INC.,<br><br>      Defendants. | Adv. Pro. No. 10-05279 (SMB)<br><br>**NOTICE OF APPEARANCE** |

00422323

**PLEASE TAKE NOTICE** that Michael D. Katz of Davidoff Hutcher & Citron LLP hereby appears as counsel for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green, and Express Enterprises Inc. in the above-entitled adversary proceeding and respectfully requests that all papers be served upon him at the email address set forth below.

Dated: New York, New York
October 12, 2017

                              DAVIDOFF HUTCHER & CITRON LLP

By:   s/ Michael D. Katz
       Michael D. Katz
       605 Third Avenue, 34th Floor
       New York, New York 10158
       Telephone: (212) 557-7200
       Facsimile: (212) 286-1884
       Email: mdk@dhclegal.com

*Attorneys for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green, and Express Enterprises Inc.*

00422323