UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (BRL)<br><br>CERTIFICATE OF SERVICE |

  I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

  On the 13th day of October, 2017, a letter dated October 13, 2017 from Carmine D. Boccuzzi to the Honorable Stuart M. Bernstein, Designating Transferee Defendants' Lead Counsel for Discovery Motion with Exhibit was served by email upon:

> rgriffin@bakerlaw.com; hsimon@windelsmarx.com;
> Thomas.Giblin@lw.com; bpolovoy@shearman.com;
> jeff.butler@cliffordchance.com; bginsberg@dglaw.com;
> Tammy.Bieber@ThompsonHine.com; neil.steiner@dechert.com;
> mflumenbaum@paulweiss.com; aehrlich@paulweiss.com;
> hgoldblatt@paulweiss.com; michael.feldberg@allenovery.com;
> Rachel.Agress@AllenOvery.com; CHRISTOPHER.HARRIS@lw.com;
> wsushon@omm.com; anthony.paccione@kattenlaw.com;
> Ernie.Gao@CliffordChance.com; mark.ciani@kattenlaw.com;
> jserritella@dglaw.com; jcioffi@dglaw.com;
> Randall.Martin@Shearman.com; Shamah, Daniel S.
> <dshamah@omm.com>; Emily.Mathieu@ThompsonHine.com;
> Brian.muldrew@kattenlaw.com; Cogburn, Chris <ccogburn@omm.com>;

Dated: New York, New York
    October 18, 2017

                     _____
                      Richard V. Conza