# EXHIBIT 1

# EXHIBIT 1 – ACCOUNT-HOLDING PARTNERSHIP
Partnership With An Account At Bernard L. Madoff Investment Securities LLC ("BLMIS")

| Partnership BLMIS Account Name | Partnership Name | Partnership BLMIS Account Number | Claim Filed By Partnership | Outstanding Docketed Objections From Investors In the Partnership | Outstanding Claims of Investors in the Partnership |
|---|---|---|---|---|---|
| David Shapiro Nominee[1] | David Shapiro Nominee | 1S0297 | Yes (003851) | 4 | 3 |
| David Shapiro Nominee #2 | David Shapiro Nominee #2 | 1S0298 | Yes (003849) | 3 | 1 |
| David Shapiro Nominee #3 | David Shapiro Nominee #3 | 1S0299 | Yes (003848) | 1 | 3 |
|  |  |  |  | 6 | 7 |

1. The Motion seeks to overrule that portion of objection docket 2713 related to claim 003851, filed by David Shapiro Nominee, only insofar as it seeks customer status for the Objecting Claimants.

1