# EXHIBIT 3

# EXHIBIT 3 – OBJECTION DETAILS
Further Details of Outstanding Objections From Claimants Invested In The Partnerships Identified In Exhibit 1

| Claim Number | Objection Party | Partnership | Partnership BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| N/A | David Shapiro Nominee | N/A | N/A | Claim for securities and/or credit balance denied (06/22/2010). | 2713[1] | 7/14/2010 |
| 010228 | Hilda Drucker | David Shapiro Nominee | 1S0297 | Claim for securities and/or credit balance denied (10/22/2010). | 2714[2] | 7/14/2010 |
| 010715 | David Drucker | David Shapiro Nominee | 1S0297 | Claim for securities and/or credit balance denied (10/22/2010). | 2714[2] | 7/14/2010 |
| 013430 | Marilyn Komarc | David Shapiro Nominee | 1S0297 | Claim for securities and/or credit balance denied (10/22/2010). | 2715[3] | 7/14/2010 |
| 013430 | Marilyn Komarc | David Shapiro Nominee | 1S0297 | Claim for securities and/or credit balance denied (10/22/2010). | 2775[3] | 7/19/2010 |
| 013430 | Marilyn Komarc | David Shapiro Nominee | 1S0297 | Claim for securities and/or credit balance denied (10/22/2010). | 2777[3] | 7/20/2010 |
| 009397 | Myra M. Levine | David Shapiro Nominee #2 | 1S0298 | Claim for securities and/or credit balance denied (10/22/2010). | 2715[3] | 7/14/2010 |
| 009397 | Myra M. Levine | David Shapiro Nominee #2 | 1S0298 | Claim for securities and/or credit balance denied (10/22/2010). | 2775[3] | 7/19/2010 |
| 009397 | Myra M. Levine | David Shapiro Nominee #2 | 1S0298 | Claim for securities and/or credit balance denied (10/22/2010). | 2777[3] | 7/20/2010 |
| 010899 | Elaine Langweiler | David Shapiro Nominee #3 | 1S0299 | Claim for securities and/or credit balance denied (10/22/2010). | 2718[4] | 7/14/2010 |
| 011045 | Irving M. Sonnenfeld | David Shapiro Nominee #3 | 1S0299 | Claim for securities and/or credit balance denied (10/22/2010). | 2718[4] | 7/14/2010 |
| 014728 | Frederick H. Mandel | David Shapiro Nominee #3 | 1S0299 | Claim for securities and/or credit balance denied (10/22/2010). | 2718[4] | 7/14/2010 |

1. The Motion seeks to overrule that portion of objection docket 2713 related to claim 003851, filed by David Shapiro Nominee, only insofar as it seeks customer status for the Objecting Claimants.
2. Objection docket 2714 was filed on behalf of David Shapiro Nominee as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
3. Objection dockets 2715, 2775 and 2777 were filed on behalf of David Shapiro Nominee and David Shapiro Nominee #2 as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
4. Objection docket 2718 was filed on behalf of David Shapiro Nominee #3 as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.