| | |
|---|---|
| **Baker & Hostetler LLP** <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> David J. Sheehan <br> Keith R. Murphy <br> Robertson D. Beckerlegge <br> Tatiana Markel <br> Ferve Khan | Hearing Date:  November 1, 2017 <br> Time: 2:00 p.m. <br> Objections Due:  October 25, 2017 <br> Time: 5:00 p.m. |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, <br><br> Defendants. | Adv. Pro. No. 10-05224 (SMB) |

**NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND TO SUBSTITUTE DEFENDANTS**

**PLEASE TAKE NOTICE** THAT Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **November 1, 2017 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, for leave to file a second amended complaint and to substitute defendants (the "Motion"), as more particularly set forth in the memorandum of law in support of the Motion and the Declaration of Tatiana Markel, contemporaneously filed herewith.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on October 25, 2017** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan and Tatiana Markel; (b) Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Carole Neville; and (c) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 10, Washington, DC 20006 Attn: Kevin Bell.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that failure to file timely objections may result in the entry of an order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

Dated: New York, New York
       October 18, 2017

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/Keith R. Murphy*
     45 Rockefeller Plaza
     New York, NY 10111
     Telephone: (212) 589-4200
     Facsimile: (212) 589-4201
     David J. Sheehan
     Email: dsheehan@bakerlaw.com
     Keith R. Murphy
     Email: kmurphy@bakerlaw.com
     Robertson D. Beckerlegge
     rbeckerlegge@bakerlaw.com
     Tatiana Markel
     Email: tmarkel@bakerlaw.com
     Ferve Khan
     Email: fkhan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of the estate of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*