**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br>v.<br><br>MELVIN B. NESSEL 2006 TRUST U/A/D 3/14/06; MELVIN B. NESSEL REVOCABLE TRUST; PAUL RAMPELL, in his capacity as Former Trustee for the Melvin B. Nessel Revocable Trust and as former co-Trustee of the Melvin B. | Adv. Pro. No. 10-04351 (SMB) |

01:21637926.5

|  |
|---|
| Nessel 2006 Trust u/a/d 3/14/06; NORTHERN TRUST N.A., in its capacity as successor Trustee of the Melvin B. Nessel 2006 Trust u/a/d 3/14/06; GAIL NESSEL; MICHAEL LIEB; and ROBERT LIEB,<br><br>                Defendants. |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee") as trustee for the liquidation of the business of Bernard L Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff, by and through his undersigned counsel, and Defendants Melvin B. Nessel 2006 Trust u/a/d 3/14/06, for itself and as successor in interest to the Melvin B. Nessel Revocable Trust; The Northern Trust Company, as successor by merger to Northern Trust, N.A., f/k/a Northern Trust Bank of Florida, N.A., not individually, but in its capacity as successor trustee of the Melvin B. Nessel 2006 Trust u/a/d 3/14/06 ("Northern Trust"); Paul Rampell, not individually, but in his capacity as former trustee for the Melvin B. Nessel Revocable Trust and as former co-trustee of the Melvin B. Nessel 2006 Trust u/a/d 3/14/06; and Gail Nessel (collectively, the "Settling Defendants"),[1] by and through their undersigned counsel, hereby stipulate and agree to the following:

In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Trustee and the Settling Defendants hereby stipulate to a dismissal with prejudice of the Trustee's claims against the Defendants in the above-captioned adversary proceeding without costs to either the Trustee or the Defendants.

---

[1] Robert Lieb and Michael Lieb are also defendants in the above-captioned adversary proceeding (the "Adversary Proceeding"), but have not entered an appearance or a response in the Adversary Proceeding. The Settling Defendants, Robert Lieb, and Michael Lieb shall be referred to herein collectively as the "Defendants".

01:21637926.5

Dated:    October 20, 2017

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | NORTON ROSE FULBRIGHT US LLP |
| By: */s/ Matthew B. Lunn*<br>Matthew B. Lunn<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone:  (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email:  *mlunn@ycst.com*<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By:    *David A. Rosenzweig*<br>David A. Rosenzweig<br>666 Fifth Avenue<br>New York, New York 10103-3198<br>Telephone: (212) 318-3400<br>Facsimile: (212) 318-3400<br>Email:  *drosenzweig@fulbright.com*<br><br>*Attorneys for Northern Trust, N.A. as Successor Trustee to the Melvin B. Nessel 2006 Trust* |
| By:    */s/ Scott A. Ziluck*<br>Alan D. Halperin<br>Scott A. Ziluck<br>HALPERIN BATTAGLIA BENZIJA, LLP<br>40 Wall Street - 37th Floor<br>New York, New York 10005<br>Telephone: (212) 765-9100<br>Facsimile:  (212) 765-0964<br>Email:  *ahalperin@halperinlaw.net*<br>            *sziluck@halperinlaw.net*<br><br>*Attorneys for Gail Nessel* | By:    */s/ Jonathon D. Warner*<br>Jonathon D. Warner<br>WARNER & SCHEUERMAN<br>6 West 18th Street, 10th floor<br>New York, NY 10011<br>Telephone: (212) 924-7111<br>Facsimile: (212) 924-6111<br>Email:<br>*jdwarner@warnerandscheuerman.com*<br><br>*Attorneys for Paul Rampell, as Former Trustee for the Melvin B. Nessel Revocable Trust and as former co-Trustee of the Melvin B. Nessel 2006 Trust* |
| Dated: **October 20th, 2017**<br>New York, New York | SO ORDERED<br><br>**/s/ STUART M. BERNSTEIN**<br>HONORABLE STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |