**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION

Laurie Ann Margolies Children's Trust DTD 11/1/08 ("Trust") and Laurie Ann Margolies, in her capacity as Trustee of the Trust (the "Claimants"), having filed an objection (the "Objection", Docket Nos. 1784 and 1798) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001407), hereby give notice that they withdraw such Objection.

Dated: October 25, 2017

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey D. Sternklar
　　　　　　　　　　　　　　　　　　　　Jeffrey D. Sternklar LLC
　　　　　　　　　　　　　　　　　　　　225 Franklin Street, 26th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110

　　　　　　　　　　　　　　　　　　　　Counsel for the Claimants