**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Dr. Fernando C. Colon-Osorio Ph.D. and Laurie A Margolies (the "Claimants"), having filed an objection (the "Objection", Docket Nos. 1797 and 1798) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#006606), hereby give notice that they withdraw such Objection.

Dated: October 25, 2017

/s/ Jeffrey D. Sternklar
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA  02110

Counsel for the Claimants