DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the Personal Representative of the Estate of David R. Markin*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2<br><br>   Defendants. | Adv. Pro. No. 10-05224 (SMB) |

## NOTICE OF APPLICATION PURSUANT TO
## LOCAL BANKRUPTCY RULE 9077-1(a)

PLEASE TAKE NOTICE that upon the accompanying Declaration of Carole Neville, Esq. dated October 25, 2017, the motion and application of the estate of David R. Markin (the "Markin Estate") through its Personal Representative, and such other and further arguments as may be presented before and at the hearing, the duly appointed Personal Representative of the Estate of David R. Markin, defendant in the above-captioned action, by and through his undersigned counsel, will make an application seeking relief under Rule 9077-1(a) of the Local Bankruptcy Rules for the Southern District of New York, Rule 25 of the Federal Rules of Civil Procedure (made applicable by Rule 7025 of the Federal Rules of Bankruptcy Procedure), for an expedited hearing on his motion for an order substituting the Personal Representative and the Markin Estate for the defendant David R. Markin, solely in his capacity as the holder of a Related Account Customer Claim in the above captioned adversary proceeding filed by Irving H. Picard, trustee (the "Trustee") of Bernard L. Madoff Investment Securities LLC ("BLMIS") before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, at a hearing to be held on the application as set by the Court.

Dated: October 25, 2017
      New York, New York

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Personal Representative of the Estate of David R. Markin*

2

105566061