DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the David R. Markin Estate*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2,<br><br>Defendants. | Adv. Pro. No. 10-05224 (SMB) |

## CERTIFICATE OF SERVICE

I, Carole Neville, hereby certify that on October 25, 2017, I caused a true and correct copy of the (A) *Markin Estate's Opposition To Trustee's Cross Motion For Leave To File A Second Amended Complaint And Reply In Further Support Of Estate's Motion To Dismiss Trustee's First Amended Complaint And For Compel Payment On Estate's Claim* and (B) *Declaration Of Carole Neville In Opposition To Trustee's Motion To Amend And In Further Support Of Motion To Dismiss And To Compel Payment* filed electronically with the Court and served upon counsel for parties to this action who receive electronic service through CM/ECF and as indicated to the parties listed below:

**Via E-Mail and First-Class U.S. Mail**
Keith R. Murphy
Tatiana Markel
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: kmurphy@bakerlaw.com
         tmarkel@bakerlaw.com

*Attorneys for Plaintiff, Irving H. Picard*


Dated: October 25, 2017
        New York, New York

                                                   */s/ Carole Neville*
                                                   Carole Neville