**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the BNP Paribas Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| -against- | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01576 (SMB) |
| BNP PARIBAS S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas Securities Services S.A. | |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the BNP Paribas Defendants' Motion to Dismiss and all prior pleadings and proceedings herein, BNP

1

Paribas S.A. ("BNPP SA"), BNP Paribas Arbitrage SNC ("BNPP Arbitrage"), BNP Paribas Securities Services S.A. ("BNPP SS"), and BNP Paribas Bank & Trust (Cayman) Limited ("BNPP Cayman") (collectively, the "BNP Paribas Defendants") will move this Court at the Alexander Hamilton Customs House, Courtroom 723, One Bowling Green, New York, New York, on March 6, 2018 at 2:00 P.M. for an order pursuant to Rule 12(b)(2), 12(b)(5), 12(b)(6), and 15(a) of the Federal Rules of Civil Procedure dismissing the Trustee's claims with prejudice.

PLEASE TAKE FURTHER NOTICE that pursuant to the agreement of the parties, the Trustee's response will be due on December 20, 2017, and the BNP Paribas Defendants' reply will be due on January 19, 2018.

Dated: New York, New York
October 25, 2017

Respectfully submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: */s/ Breon S. Peace*

Breon S. Peace
Ari D. MacKinnon
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for the BNP Paribas Defendants*