**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2,<br><br>　　　　Defendants. | Adv. Pro. No. 10-05224 (SMB) |

## ORDER TO SHOW CAUSE

THIS MATTER having been brought to the Court's attention through the application (the "Application") of the Personal Representative of estate of David R. Markin ("the Markin Estate"), successor in interest to defendant, David R. Markin in the above-captioned action (the

"Defendant"), seeking relief under Rule 9077-1(a) of the Local Bankruptcy Rules for the Southern District of New York, for an expedited hearing on their motion pursuant to Rule 25 of the Federal Rules of Civil Procedure (made applicable by Rule 7025 of the Federal Rules of Bankruptcy Procedure), to substitute the Markin Estate and the Personal Representative for the Defendant solely in his capacity as the holder of the Related Account Customer Claim, as such claim is defined in the Application, in the above captioned adversary filed by Irving H. Picard, trustee (the "Trustee") of Bernard L. Madoff Investment Securities LLC ("BLMIS"); and

UPON REVIEW AND CONSIDERATION of the Application, the supporting Declaration of Carole Neville, Esq. (the "Neville Declaration"), and all of the prior proceedings, pleadings and other submissions in this and related actions;

Now, therefore, IT IS HEREBY:

ORDERED that the Trustee show cause before this Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 on the **1st day of November, 2017**, **at 2:00 p.m.**, as to why the Court should not issue an Order.

IT IS FURTHER ORDERED that any responses or objections to the relief sought shall be filed and served upon counsel for the Markin Estate by **October 31st, 2017 by 4pm**; ~~and it is further~~[SMB: 10/25/17]

~~ORDERED that any replies by the Markin Estate shall be filed and served upon counsel for the Trustee by _____; and it is further~~[SMB: 10/25/17]

ORDERED that the Markin Estate shall serve a copy of this Order to Show Cause, the Memorandum of Law in Support of the Defendants' Application, and the Neville Declaration, on counsel of record for the Trustee by **10:00 a.m.** ~~p.m.~~ **on October 26th, 2017**; and it is further

- 2 -

ORDERED that all service hereunder shall be made via electronic mail, facsimile, ~~overnight delivery~~, and/or hand delivery~~, as well as the Court's Electronic Case Filing ("ECF") system.~~**[SMB: 10/25/17]**

ORDERED, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
       October 25, 2017

                               **/s/ STUART M. BERNSTEIN**
                               HONORABLE STUART M. BERNSTEIN
                               UNITED STATES BANKRUPTCY JUDGE