DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the David R. Markin Estate*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05224 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Carole Neville, hereby certify that on Wednesday, October 25, 2017 at 8:53PM, I served true and correct copies of the (A) *Order To Show Cause Signed by Judge Bernstein Setting a November 1 Hearing,* (B) *Motion for Substitution Pursuant to Fed. R. Civ. P. Rule 25 and Bankr R. 7025 of Estate of David R. Markin for Defendant David R. Markin Solely In His Capacity as Holder of Related Account Customer Claim* and (C) *Declaration of Carole Neville Pursuant To Local Rule 9077-1 In Support of Order To Show Cause Scheduling A Hearing On Hearing On Shortened Notice On The Motion Pursuant To Fed. R. Civ. P. Rule 25, Made Applicable To Bankruptcy Cases by Virtue of Fed. R. Bankr. P.7025, For An Order Substituting The Personal Representative and the Estate of David R. Markin For Defendant David R. Markin* filed electronically with the Court and served upon counsel for parties to this action who receive electronic service through CM/ECF and as indicated to the parties listed below:

**Via E-Mail**
Keith R. Murphy
Tatiana Markel
David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: kmurphy@bakerlaw.com
   tmarkel@bakerlaw.com
   dsheehan@bakerlaw.com

*Attorneys for Plaintiff, Irving H. Picard*


Dated: October 26, 2017
   New York, New York

   */s/ Carole Neville*
   Carole Neville

105573848\V-1