**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

             Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF OBJECTION

P.B. Robco, Inc. c/o Phillip B. Robinson (the "Claimant"), having filed an objection (the "Objection" Docket No. 2105) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001102) hereby gives notice that Claimant withdraws such Objection.

Dated: October 25, 2017

                   P.B. Robco, Inc.

                   /s/ Phillip B. Robinson
                   By: Phillip B. Robinson
                   1006 Route 117
                   Saint-Faustin-Lac-Carre, QC
                   JOT 1J2
                   (819) 688.2444
                   (819) 688.6784