BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF SUPPLEMENTAL OMNIBUS AVOIDANCE**
**ACTION HEARING DATES THROUGH DECEMBER 2018**

In accordance with the Court's Order dated November 10, 2010 (the "Order") establishing omnibus case management procedures for avoidance actions subject to the Court's Order, please take notice that Avoidance Action Omnibus Hearings (as defined in the Order) shall be held November 29, 2017, December 20, 2017, January 31, 2018, February 28, 2018, March 28, 2018, April 25, 2018, May 30, 2018, June 27, 2018, July 25, 2018, August 29, 2018, September 26, 2018, October 31, 2018, November 28, 2018 and December 19, 2018 at 10:00

a.m., or as soon thereafter as counsel may be heard, before the Honorable Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 1004.  Thereafter, Avoidance Action Omnibus Hearings shall be scheduled approximately every thirty (30) days at the convenience of the Court and once the hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing Dates in accordance with the Order.

Dated: New York, New York
October 27, 2017

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*