# EXHIBIT F

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 972 - 2 5611893

HOME: 972 - 2 - 5611893

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:   1FN037
THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL,
ISRAEL

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of December 11, 2008 :
       a.    The Broker owes me a Credit (Cr.) Balance of          $_____
       b.    I owe the Broker a Debit (Dr.) Balance of               $_____

502180406                                    1

15

YESHAYA 0015

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.                                    $ _____

d.   If balance is zero, insert "None."                  _____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|                                              | YES | NO |
|----------------------------------------------|-----|-----|
| a.   The Broker owes me securities           | ✓   |     |
| b.   I owe the Broker securities             |     | ✓   |
| c.   If yes to either, please list below:    |     |     |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Last Known transactions: November 2008 | As per attached statement | US# 51,543,614.10 | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

15

YESHAYA 0016

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

302180406                              3

/15

YESHAYA 0017

ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.                                    ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form:_____

_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

עמותת ישעיה הורוויץ
YESHAYA HOROWITZ ASC.
580136823 מוסד נ/'ר

Date _January 26, 2009_   Signature _____

Date _January 26, 2008_   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                          4

15

YESHAYA 0018

<div dir="rtl">

מס׳ תשט״ט 21/2009

<u>אימות חתימה</u>

אני החת״מ <u>דניאל עזריאל</u> נוטריון מרחוב יפו 216 <u>ירושלים</u> מאשר כי ביום <u>11.2.09</u> ניצבו לפני
במשרדי <u>מר הנרי אטלן</u> שזהותו הוכחת לי על פי <u>ת.ז. מספר</u> ▮▮▮5366 שניתנה <u>בירושלים</u> ביום
<u>14.8.1975</u> <u>וגב׳ איילה נהיר</u> שזהותה הוכחה לי על פי <u>ת.ז. מספר</u> ▮▮9788 שניתנה <u>בירושלים</u> ביום
<u>8.11.2000</u> בשם <u>עמותת ישעיה הורוויץ</u>, מס׳ עמותה ▮▮6323

וחתמו מרצונם החופשי על המסמך שלעיל המצורף והמסומן באות/ במספר א׳ .

ולראיה הנני מאמת את חתימתם של מר הנרי אטלן וגבי איילה נהיר   בחתימת ידי ובחותמי, היום
<u>11.2.09</u>

טהו״ך חינם .

</div>

## Form No.21/2009

## AUTHENTICATION OF SIGNATURE

I the undersigned, AZREIL DANIEL,Notary at  Jafo 216 JERUSALEM hereby certify that
there appeared before me at my office <u>Mr Henry Atlan</u>  whose identity was proved to me
by <u>israeli ID  No.</u>▮▮▮<u>5366</u> issued by israel on <u>14.8.1975</u>  and <u>Mrs Ayala Nahir</u> whose
identity was proved to me by <u>israeli ID No.</u>▮▮<u>9788</u> issued by israel on <u>8.11.2000</u>  on
behalf of the <u>Yeshaya Horowitz association</u> and signed of their own free will the above
document (the attached document marked) A (the document overleaf).

In witness    reof I hereby authenticate the signature of <u>Mr Henry Atlan</u> and <u>Mrs Ayala
Nahir</u> by m       ature and seal today <u>11.2.09</u>

<u>nis gratis</u>

Signature

Notary's seal



15

YESHAYA 0019

אילנה שביב   אילנה שביב

**1 2 -02- 2009**   # APOSTILLE   **1 2 -02- 2009**

ILANA   SHVIV   **(Convention de la Haye du 5 Octobre 1961)**   ILANA   SHVIV

1. **STATE OF ISRAEL**   מדינת ישראל   .1
   This public document   מסמך ציבורי זה

2. Has been signed by   נחתם בידי   .2
   Advocate DANIEL AZRIEL   עו"ד

3. acting in capacity of Notary.   המכהן בתור נוטריון.   .3

4. bears the seal/stamp of   נושא את החותם/החותמת   .4
   the above Notary   של הנוטריון הנ"ל

   ### Certified   אושר

5. at the Magistrates' Court, Jerusalem   בבית משפט השלום ירושלים   .5

6. Date ----------------- 12 02 2009 ---------------- ביום   .6

7. by an official appointed by   על ידי מי שמונה בידי שר   .7
   Minister of Justice under the   המשפטים לפי חוק הנוטריונים,
   Notaries Law, 1976.   תשל"ו-1976.
   2133/09

8. Serial number----------------   מס' סידורי   .8

9. Seal/Stamp   חותמת/חותם   .9

10. Signature   חתימה   .10

   **1 2 -02- 2009**   **1 2 -02- 2009**

   ILANA   SHVIV   ILANA   SHVIV

Trustee

Accou
THE Y
ATTN
ALFA
JERI
ISRA
ISRA



15


YESHAYA 0020

YESHAYA 0021

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 3493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 A |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER/IDENTIFICATION NUMBER |
|---|---|
| 1-FN037-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,826,125.72 | |
| 11/06 | 3,852 | | 10937 | APPLE INC | 105.380 | 406,077.76 | |
| 11/06 | 6,848 | | 11172 | ABBOTT LABORATORIES | 55.090 | 377,529.32 | |
| 11/06 | 4,708 | | 11407 | AMGEN INC | 60.350 | 284,315.80 | |
| 11/06 | 3,424 | | 11642 | BOEING CO | 51.120 | 175,170.88 | |
| 11/06 | 22,256 | | 11877 | BANK OF AMERICA | 23.840 | 531,473.04 | |
| 11/06 | 2,568 | | 12112 | BAXTER INTERNATIONAL INC | 60.600 | 155,722.80 | |
| 11/06 | 5,136 | | 12347 | BANK OF NEW YORK MELLON CORP | 32.290 | 166,046.44 | |
| 11/06 | 8,560 | | 12582 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 176,763.60 | |
| 11/06 | 2,996 | | 12817 | ANHEUSER BUSCH COS INC | 62.430 | 187,159.28 | |
| 11/06 | 23,968 | | 13052 | CITI GROUP INC | 13.530 | 325,245.04 | |
| 11/06 | 12,840 | | 13287 | COMCAST CORP CL A | 15.790 | 203,256.60 | |
| 11/06 | 6,848 | | 13522 | CONOCOPHILIPS | 51.120 | 350,342.76 | |
| 11/06 | 26,108 | | 13757 | CISCO SYSTEMS INC | 17.520 | 458,456.16 | |
| 11/06 | 6,420 | | 13992 | CVS CAREMARK CORP | 30.510 | 196,130.20 | |
| 11/06 | 8,988 | | 14227 | CHEVRON CORP | 73.740 | 663,134.12 | |
| 11/06 | 8,560 | | 14462 | THE WALT DISNEY CO | 24.760 | 212,287.60 | |
| 11/06 | 45,796 | | 14697 | GENERAL ELECTRIC CO | 19.600 | 899,432.60 | |
| 11/06 | 856 | | 14932 | GOOGLE | 356.520 | 305,215.12 | |
| 11/06 | 1,712 | | 15167 | GOLDMAN SACHS GROUP INC | 91.870 | 157,349.44 | |
| 11/06 | 7,704 | | 15402 | HOME DEPOT INC | 23.300 | 179,811.20 | |
| 11/06 | 10,700 | | 15637 | HEWLETT PACKARD CO | 38.310 | 410,345.00 | |
| 11/06 | 5,992 | | 15872 | INTERNATIONAL BUSINESS MACHS | 92.800 | 556,296.60 | |
| | | | | CONTINUED ON PAGE 2 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0022

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2   A |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FN037-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 24,396 | | 16107 | INTEL CORP | 16.070 | 393,018.72 | |
| 11/06 | 12,412 | | 16342 | JOHNSON & JOHNSON | 61.310 | 761,475.72 | |
| 11/06 | 16,264 | | 16577 | J.P. MORGAN CHASE & CO | 40.910 | 666,010.24 | |
| 11/06 | 6,848 | | 16812 | KRAFT FOOD INC | 29.110 | 199,618.28 | |
| 11/06 | 8,560 | | 17047 | COCA COLA CO | 44.490 | 381,176.40 | |
| 11/06 | 5,136 | | 17282 | MCDONALDS CORP | 57.900 | 297,579.40 | |
| 11/06 | 5,136 | | 17517 | MEDTRONIC INC | 40.310 | 207,237.16 | |
| 11/06 | 2,996 | | 17752 | 3M COMPANY | 63.590 | 190,634.64 | |
| 11/06 | 8,988 | | 17987 | ALTRIA GROUP INC | 19.160 | 172,569.08 | |
| 11/06 | 9,416 | | 18222 | MERCK & CO | 30.780 | 290,200.48 | |
| 11/06 | 34,668 | | 18457 | MICROSOFT CORP | 22.310 | 774,829.08 | |
| 11/06 | 17,548 | | 18692 | ORACLE CORPORATION | 18.110 | 318,495.28 | |
| 11/06 | 3,852 | | 19397 | OCCIDENTAL PETROLEUM CORP | 54.290 | 209,279.08 | |
| 11/06 | 6,848 | | 19632 | PEPSICO INC | 57 | 390,609.00 | |
| 11/06 | 29,532 | | 19867 | PFIZER INC | 17.690 | 523,602.08 | |
| 11/06 | 13,268 | | 20102 | PROCTER & GAMBLE CO | 64.570 | 857,244.76 | |
| 11/06 | 9,416 | | 20337 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 402,721.68 | |
| 11/06 | 7,276 | | 20572 | QUALCOMM INC | 37.810 | 275,396.56 | |
| 11/06 | 5,136 | | 20807 | SCHLUMBERGER LTD | 51.760 | 266,904.36 | |
| 11/06 | 25,680 | | 21042 | AT&T INC | 26.980 | 693,873.40 | |
| 11/06 | 15,836 | | 21277 | TIME WARNER INC | 10.060 | 159,943.16 | |
| 11/06 | 4,280 | | 21512 | UNITED PARCEL SVC INC CLASS B | 52.790 | 226,212.20 | |
| 11/06 | 7,704 | | 21747 | U S BANCORP | 29.550 | 227,961.20 | |
| 11/06 | 4,280 | | 21982 | UNITED TECHNOLOGIES CORP | 54.920 | 235,228.60 | |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

/5

YESHAYA 0023

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3  A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 12,412 | | 22217 | VERIZON COMMUNICATIONS | 29.980 | 372,607.76 | |
| 11/06 | 14,552 | | 22452 | WELLS FARGO & CO NEW | 33.660 | 490,402.32 | |
| 11/06 | 9,844 | | 22687 | WAL-MART STORES INC | 56.560 | 557,169.64 | |
| 11/06 | 23,112 | | 22922 | EXXON MOBIL CORP | 73.680 | 1,703,816.16 | |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | 10. |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 3.12 | |
| 11/06 | 51,817 | | 10702 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 51,817.00 | |
| 11/06 | | 31,468 | 48219 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 31,468. |
| 11/06 | | 2,300,000 | 48444 | U S TREASURY BILL DUE 12/11/2008 12/11/2008 | 99.989 | | 2,299,747. |
| 11/06 | | 2,700,000 | 48654 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.932 | | 2,698,164. |
| 11/06 | | 4,900,000 | 48872 | U S TREASURY BILL DUE 01/08/2009 1/08/2009 | 99.960 | | 4,898,040. |
| 11/06 | | 4,900,000 | 49081 | U S TREASURY BILL DUE 01/15/2009 1/15/2009 | 99.946 | | 4,897,354. |
| | | | | CONTINUED ON PAGE   4 | | | |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





YESHAYA 0024

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

PERIOD ENDING **11/30/08**   PAGE **4**   A

YOUR ACCOUNT NUMBER **1-FN037-3-0**   YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 4,900,000 | 49294 | U S TREASURY BILL DUE 01/22/2009 1/22/2009 | 99.934 | | 4,896,766. |
| 11/06 | | 4,900,000 | 49509 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 4,896,472. |
| 11/06 | | 2,625,000 | 49725 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 2,622,427. |
| 11/06 | 2,525,000 | | 49951 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 2,520,000.50 | |
| 11/06 | 2,525,000 | | 50180 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 2,518,712.75 | |
| 11/06 | 2,525,000 | | 50409 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 2,518,081.50 | |
| 11/07 | 2,664 | | 23458 | APPLE INC | 108.800 | 289,949.20 | |
| 11/07 | 4,736 | | 23693 | ABBOTT LABORATORIES | 56.590 | 268,199.24 | |
| 11/07 | 3,256 | | 23928 | AMGEN INC | 62.070 | 202,229.92 | |
| 11/07 | 2,368 | | 24163 | BOEING CO | 53.640 | 127,113.52 | |
| 11/07 | 15,096 | | 24398 | BANK OF AMERICA | 23.720 | 358,680.12 | |
| 11/07 | 1,776 | | 24633 | BAXTER INTERNATIONAL INC | 61.740 | 109,721.24 | |
| 11/07 | 3,256 | | 24868 | BANK OF NEW YORK MELLON CORP | 34.210 | 111,517.76 | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

YESHAYA 0025

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 5 | A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 5,920 | | 25103 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 124,674.40 | |
| 11/07 | 2,072 | | 25338 | ANHEUSER BUSCH COS INC | 64.190 | 133,083.68 | |
| 11/07 | 15,984 | | 25573 | CITI GROUP INC | 14.410 | 230,968.44 | |
| 11/07 | 8,584 | | 25808 | COMCAST CORP CL A | 17.390 | 149,618.76 | |
| 11/07 | 4,440 | | 26043 | CONOCOPHILIPS | 53.060 | 235,763.40 | |
| 11/07 | 17,464 | | 26278 | CISCO SYSTEMS INC | 17.580 | 307,715.12 | |
| 11/07 | 4,144 | | 26513 | CVS CAREMARK CORP | 31.720 | 131,612.68 | |
| 11/07 | 6,216 | | 26748 | CHEVRON CORP | 75.450 | 469,245.20 | |
| 11/07 | 5,624 | | 26983 | THE WALT DISNEY CO | 25.620 | 144,310.88 | |
| 11/07 | 31,080 | | 27218 | GENERAL ELECTRIC CO | 19.810 | 616,937.80 | |
| 11/07 | 592 | | 27453 | GOOGLE | 349.160 | 206,725.72 | |
| 11/07 | 1,184 | | 27688 | GOLDMAN SACHS GROUP INC | 89.070 | 105,505.88 | |
| 11/07 | 5,032 | | 27923 | HOME DEPOT INC | 22.480 | 113,320.36 | |
| 11/07 | 7,400 | | 28158 | HEWLETT PACKARD CO | 38.820 | 287,564.00 | |
| 11/07 | 4,144 | | 28393 | INTERNATIONAL BUSINESS MACHS | 92.430 | 383,194.92 | |
| 11/07 | 16,576 | | 28628 | INTEL CORP | 16 | 265,879.00 | |
| 11/07 | 8,288 | | 28863 | JOHNSON & JOHNSON | 61.820 | 512,695.16 | |
| 11/07 | 11,248 | | 29098 | J.P. MORGAN CHASE & CO | 40.960 | 461,167.08 | |
| 11/07 | 4,440 | | 29333 | KRAFT FOOD INC | 29.710 | 132,089.40 | |
| 11/07 | 5,920 | | 29568 | COCA COLA CO | 46.580 | 275,989.60 | |
| 11/07 | 3,256 | | 29803 | MCDONALDS CORP | 57.510 | 187,382.56 | |
| 11/07 | 3,256 | | 30038 | MEDTRONIC INC | 41.140 | 134,081.84 | |
| 11/07 | 2,072 | | 30273 | 3M COMPANY | 64.880 | 134,513.36 | |
| 11/07 | 6,216 | | 30508 | ALTRIA GROUP INC | 19.370 | 120,651.92 | |
| | | | | CONTINUED ON PAGE    6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0026

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| MADF | BERNARD L. MADOFF |
|---|---|

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FN037-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 6,512 | | 30743 | MERCK & CO | 30.480 | 198,745.76 | |
| 11/07 | 23,680 | | 30978 | MICROSOFT CORP | 22.940 | 544,166.20 | |
| 11/07 | 11,840 | | 31213 | ORACLE CORPORATION | 18.470 | 219,157.80 | |
| 11/07 | 2,368 | | 31918 | OCCIDENTAL PETROLEUM CORP | 54.380 | 128,865.84 | |
| 11/07 | 4,736 | | 32153 | PEPSICO INC | 58.630 | 277,860.68 | |
| 11/07 | 20,128 | | 32388 | PFIZER INC | 18 | 363,109.00 | |
| 11/07 | 9,176 | | 32623 | PROCTER & GAMBLE CO | 65.180 | 598,458.68 | |
| 11/07 | 6,216 | | 32858 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 271,514.24 | |
| 11/07 | 5,032 | | 33093 | QUALCOMM INC | 37.690 | 189,857.08 | |
| 11/07 | 3,552 | | 33328 | SCHLUMBERGER LTD | 51.770 | 184,029.04 | |
| 11/07 | 17,168 | | 33563 | AT&T INC | 28.910 | 497,012.88 | |
| 11/07 | 10,656 | | 33798 | TIME WARNER INC | 10.110 | 108,158.16 | |
| 11/07 | 2,960 | | 34033 | UNITED PARCEL SVC INC CLASS B | 53.680 | 159,010.80 | |
| 11/07 | 5,328 | | 34268 | U S BANCORP | 30.790 | 164,262.32 | |
| 11/07 | 2,960 | | 34503 | UNITED TECHNOLOGIES CORP | 56 | 165,878.00 | |
| 11/07 | 8,288 | | 34738 | VERIZON COMMUNICATIONS | 31.810 | 263,972.28 | |
| 11/07 | 10,064 | | 34973 | WELLS FARGO & CO NEW | 34.080 | 343,383.12 | |
| 11/07 | 6,808 | | 35208 | WAL-MART STORES INC | 56.730 | 386,489.84 | |
| 11/07 | 15,688 | | 35443 | EXXON MOBIL CORP | 75.280 | 1,181,619.64 | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .28 | |

CONTINUED ON PAGE    7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0027

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 7   A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 51,817 | 10945 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 51,817. |
| 11/07 | | 2,625,000 | 11220 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 2,622,978. |
| 11/07 | | 3,050,000 | 11430 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 3,046,553. |
| 11/07 | | 3,050,000 | 11646 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 3,046,614. |
| 11/07 | | 2,625,000 | 11859 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 2,621,482. |
| 11/07 | | 2,700,000 | 12032 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.840 | | 2,695,680. |
| 11/07 | 375,000 | | 12192 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 373,950.00 | |
| 11/07 | 375,000 | | 12412 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 373,766.25 | |
| 11/07 | 1,885 | | 12635 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,885.00 | |

CONTINUED ON PAGE   8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YESHAYA 0028

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 8 | A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 3,276 | | 35918 | APPLE INC | 108.720 | 356,297.72 | |
| 11/10 | 5,824 | | 36153 | ABBOTT LABORATORIES | 55.910 | 325,851.84 | |
| 11/10 | 4,004 | | 36388 | AMGEN INC | 59.620 | 238,878.48 | |
| 11/10 | 2,912 | | 36623 | BOEING CO | 52.190 | 152,093.28 | |
| 11/10 | 18,928 | | 36858 | BANK OF AMERICA | 24.050 | 455,975.40 | |
| 11/10 | 2,548 | | 37093 | BAXTER INTERNATIONAL INC | 60.770 | 154,942.96 | |
| 11/10 | 4,368 | | 37328 | BANK OF NEW YORK MELLON CORP | 33.480 | 146,414.64 | |
| 11/10 | 7,644 | | 37563 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 163,198.64 | |
| 11/10 | 2,548 | | 37798 | ANHEUSER BUSCH COS INC | 64.090 | 163,402.32 | |
| 11/10 | 20,748 | | 38033 | CITI GROUP INC | 14.270 | 296,902.96 | |
| 11/10 | 10,920 | | 38268 | COMCAST CORP CL A | 17.410 | 190,553.20 | |
| 11/10 | 5,824 | | 38503 | CONOCOPHILIPS | 54.130 | 315,485.12 | |
| 11/10 | 22,204 | | 38738 | CISCO SYSTEMS INC | 18.080 | 402,336.32 | |
| 11/10 | 5,460 | | 38973 | CVS CAREMARK CORP | 31.300 | 171,116.00 | |
| 11/10 | 8,008 | | 39208 | CHEVRON CORP | 76.410 | 612,211.28 | |
| 11/10 | 6,916 | | 39443 | THE WALT DISNEY CO | 25.660 | 177,740.56 | |
| 11/10 | 39,676 | | 39678 | GENERAL ELECTRIC CO | 20.530 | 816,135.28 | |
| 11/10 | 728 | | 39913 | GOOGLE | 363.580 | 264,715.24 | |
| 11/10 | 1,820 | | 40148 | GOLDMAN SACHS GROUP INC | 92.680 | 168,749.60 | |
| 11/10 | 6,552 | | 40383 | HOME DEPOT INC | 23.030 | 151,154.56 | |
| 11/10 | 9,464 | | 40618 | HEWLETT PACKARD CO | 37.290 | 353,290.56 | |
| 11/10 | 5,096 | | 40853 | INTERNATIONAL BUSINESS MACHS | 92.660 | 472,398.36 | |
| 11/10 | 21,476 | | 41088 | INTEL CORP | 15.880 | 341,897.88 | |
| 11/10 | 10,556 | | 41323 | JOHNSON & JOHNSON | 61.320 | 647,715.92 | |

CONTINUED ON PAGE    9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0029

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

PERIOD ENDING: 11/30/08   PAGE: 9   A

YOUR ACCOUNT NUMBER: 1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 13,832 | | 41558 | J.P. MORGAN CHASE & CO | 41.730 | 577,762.36 | |
| 11/10 | 5,824 | | 41793 | KRAFT FOOD INC | 30.100 | 175,534.40 | |
| 11/10 | 7,644 | | 42028 | COCA COLA CO | 45.500 | 348,107.00 | |
| 11/10 | 4,368 | | 42263 | MCDONALDS CORP | 57.230 | 250,154.64 | |
| 11/10 | 4,368 | | 42498 | MEDTRONIC INC | 40.300 | 176,204.40 | |
| 11/10 | 2,548 | | 42733 | 3M COMPANY | 64.690 | 164,931.12 | |
| 11/10 | 7,644 | | 42968 | ALTRIA GROUP INC | 18.890 | 144,700.16 | |
| 11/10 | 8,008 | | 43203 | MERCK & CO | 30.510 | 244,646.08 | |
| 11/10 | 29,484 | | 43438 | MICROSOFT CORP | 23.200 | 685,207.80 | |
| 11/10 | 14,924 | | 43673 | ORACLE CORPORATION | 18.600 | 278,182.40 | |
| 11/10 | 3,276 | | 44378 | OCCIDENTAL PETROLEUM CORP | 56.010 | 183,619.76 | |
| 11/10 | 5,824 | | 44613 | PEPSICO INC | 57.550 | 335,403.20 | |
| 11/10 | 25,844 | | 44848 | PFIZER INC | 17.960 | 465,191.24 | |
| 11/10 | 11,284 | | 45083 | PROCTER & GAMBLE CO | 65.230 | 736,506.32 | |
| 11/10 | 7,644 | | 45318 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 336,870.32 | |
| 11/10 | 6,188 | | 45553 | QUALCOMM INC | 37.310 | 231,121.28 | |
| 11/10 | 4,732 | | 45788 | SCHLUMBERGER LTD | 50.500 | 239,155.00 | |
| 11/10 | 22,568 | | 46023 | AT&T INC | 28.580 | 645,895.44 | |
| 11/10 | 13,104 | | 46258 | TIME WARNER INC | 11.010 | 144,799.04 | |
| 11/10 | 3,640 | | 46493 | UNITED PARCEL SVC INC CLASS B | 54.420 | 198,233.80 | |
| 11/10 | 6,552 | | 46728 | U S BANCORP | 31.510 | 206,715.52 | |
| 11/10 | 3,640 | | 46963 | UNITED TECHNOLOGIES CORP | 56.430 | 205,550.20 | |
| 11/10 | 10,920 | | 47198 | VERIZON COMMUNICATIONS | 32 | 349,876.00 | |
| 11/10 | 12,376 | | 47433 | WELLS FARGO & CO NEW | 34.600 | 428,704.60 | |

CONTINUED ON PAGE   10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0030

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 10 | A |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FN037-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 8,372 | | 47668 | WAL-MART STORES INC | 55.710 | 466,738.12 | |
| 11/10 | 19,656 | | 47903 | EXXON MOBIL CORP | 75.800 | 1,490,710.80 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .03 | |
| 11/10 | | 1,885 | 12871 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,885. |
| 11/10 | | 9,200,000 | 13252 | U S TREASURY BILL DUE 03/19/2009                3/19/2009 | 99.867 | | 9,187,764. |
| 11/10 | | 2,525,000 | 13467 | U S TREASURY BILL DUE 03/26/2009                3/26/2009 | 99.834 | | 2,520,808. |
| 11/10 | | 2,525,000 | 13669 | U S TREASURY BILL DUE 4/02/2009                4/02/2009 | 99.770 | | 2,519,192. |
| 11/10 | | 2,900,000 | 13882 | U S TREASURY BILL DUE 04/09/2009                4/09/2009 | 99.742 | | 2,892,518. |
| 11/10 | | 375,000 | 14112 | U S TREASURY BILL DUE 4/16/2009                4/16/2009 | 99.686 | | 373,822. |
| | | | | CONTINUED ON PAGE   11 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0031

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 11 A |

YOUR ACCOUNT NUMBER
1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 75,000 | | 14335 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | 74,764.50 | |
| 11/10 | 10,361 | | 14562 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,361.00 |
| 11/17 | | 39,596 | 31490 | TIME WARNER INC | 8.610 | | 339,338. |
| 11/17 | | 12,760 | 31491 | BANK OF NEW YORK MELLON CORP | 29.190 | | 371,954. |
| 11/17 | | 4,500 | 31492 | BAXTER INTERNATIONAL INC | 59.270 | | 266,535. |
| 11/17 | | 700 | 31841 | BAXTER INTERNATIONAL INC | 59.270 | | 41,461. |
| 11/17 | | | | CHECK WIRE | CW | 1,100,000.00 | |
| 11/17 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/17/08 | DIV | | 1. |
| 11/17 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .39 | |
| 11/17 | | 10,361 | 30037 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,361. |
| 11/17 | | 75,000 | 31840 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.771 | | 74,828. |
| 11/17 | 4,479 | | 49162 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,479.00 | |
| 11/18 | | 7,616 | 49306 | ANHEUSER BUSCH COS INC | 70 | | 533,120. |
| 11/18 | 525,000 | | 49542 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.830 | 524,107.50 | |
| | | | | CONTINUED ON PAGE   12 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0032

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 12 A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/18 | 9,013 | | 49779 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,013.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .09 | |
| 11/19 | | 13,492 | 51433 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 13,492. |
| 11/19 | 4,825,000 | | 56039 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 4,821,429.50 | |
| 11/19 | 16,751 | | 60472 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,751.00 | |
| 11/20 | | 4,825,000 | 63755 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 4,823,166. |
| 11/20 | 4,825,000 | | 63993 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 4,822,442.75 | |
| 11/20 | 723 | | 64232 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 723.00 | |
| 11/25 | 1,278 | | 64473 | APPLE INC | 85.070 | 108,770.46 | |
| 11/25 | 2,272 | | 64711 | ABBOTT LABORATORIES | 54.140 | 123,096.08 | |

CONTINUED ON PAGE   13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0033

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 13 | A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,562 | | 64949 | AMGEN INC | 53.630 | 83,832.06 | |
| 11/25 | 7,242 | | 65187 | BANK OF AMERICA | 12.980 | 94,290.16 | |
| 11/25 | 852 | | 65425 | BAXTER INTERNATIONAL INC | 52.570 | 44,823.64 | |
| 11/25 | 1,704 | | 65663 | BANK OF NEW YORK MELLON CORP | 24.690 | 42,139.76 | |
| 11/25 | 2,840 | | 65901 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 57,310.60 | |
| 11/25 | 8,236 | | 66139 | CITI GROUP INC | 6.100 | 50,568.60 | |
| 11/25 | 710 | | 66377 | COLGATE PALMOLIVE CO | 62.660 | 44,516.60 | |
| 11/25 | 4,118 | | 66615 | COMCAST CORP CL A | 13.970 | 57,692.46 | |
| 11/25 | 2,272 | | 66853 | CONOCOPHILIPS | 45.100 | 102,557.20 | |
| 11/25 | 8,520 | | 67091 | CISCO SYSTEMS INC | 14.970 | 127,884.40 | |
| 11/25 | 2,130 | | 67329 | CVS CAREMARK CORP | 27.040 | 57,680.20 | |
| 11/25 | 2,982 | | 67567 | CHEVRON CORP | 68.710 | 205,012.22 | |
| 11/25 | 2,698 | | 67805 | THE WALT DISNEY CO | 19.760 | 53,419.48 | |
| 11/25 | 994 | | 68043 | EXELON CORP | 48.740 | 48,486.56 | |
| 11/25 | 15,620 | | 68281 | GENERAL ELECTRIC CO | 14.010 | 219,460.20 | |
| 11/25 | 284 | | 68519 | GOOGLE | 275 | 78,111.00 | |
| 11/25 | 2,414 | | 68757 | HOME DEPOT INC | 19.530 | 47,241.42 | |
| 11/25 | 3,550 | | 68995 | HEWLETT PACKARD CO | 32.990 | 117,256.50 | |
| 11/25 | 1,988 | | 69233 | INTERNATIONAL BUSINESS MACHS | 75.080 | 149,338.04 | |
| 11/25 | 8,236 | | 69471 | INTEL CORP | 12.270 | 101,384.72 | |
| 11/25 | 4,118 | | 69709 | JOHNSON & JOHNSON | 57.650 | 237,566.70 | |
| 11/25 | 5,396 | | 69947 | J.P. MORGAN CHASE & CO | 27.760 | 150,007.96 | |
| 11/25 | 2,130 | | 70185 | KRAFT FOOD INC | 25.900 | 55,252.00 | |
| 11/25 | 2,840 | | 70423 | COCA COLA CO | 42.040 | 119,506.60 | |

CONTINUED ON PAGE   14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0034

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 14 | A |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FN037-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,562 | | 70661 | MCDONALDS CORP | 55 | 85,972.00 | |
| 11/25 | 1,704 | | 70899 | MEDTRONIC INC | 30.800 | 52,551.20 | |
| 11/25 | 994 | | 71137 | 3M COMPANY | 58.280 | 57,969.32 | |
| 11/25 | 2,982 | | 71375 | ALTRIA GROUP INC | 16.250 | 48,576.50 | |
| 11/25 | 3,124 | | 71613 | MERCK & CO | 25 | 78,224.00 | |
| 11/25 | 11,360 | | 71851 | MICROSOFT CORP | 18.100 | 206,070.00 | |
| 11/25 | 5,680 | | 72565 | ORACLE CORPORATION | 16.050 | 91,391.00 | |
| 11/25 | 1,278 | | 72803 | OCCIDENTAL PETROLEUM CORP | 44.570 | 57,011.46 | |
| 11/25 | 2,272 | | 73041 | PEPSICO INC | 51.800 | 117,779.60 | |
| 11/25 | 9,798 | | 73279 | PFIZER INC | 15.320 | 150,496.36 | |
| 11/25 | 4,260 | | 73517 | PROCTER & GAMBLE CO | 61.940 | 264,034.40 | |
| 11/25 | 2,982 | | 73755 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 108,604.16 | |
| 11/25 | 2,414 | | 73993 | QUALCOMM INC | 29.850 | 72,153.90 | |
| 11/25 | 1,704 | | 74231 | SCHLUMBERGER LTD | 46.270 | 78,912.08 | |
| 11/25 | 8,520 | | 74469 | AT&T INC | 25 | 213,340.00 | |
| 11/25 | 5,254 | | 74707 | TIME WARNER INC | 8.010 | 42,294.54 | |
| 11/25 | 1,420 | | 74945 | UNITED PARCEL SVC INC CLASS B | 50.760 | 72,135.20 | |
| 11/25 | 2,556 | | 75183 | U S BANCORP | 23.400 | 59,912.40 | |
| 11/25 | 1,420 | | 75421 | UNITED TECHNOLOGIES CORP | 44.890 | 63,799.80 | |
| 11/25 | 4,118 | | 75659 | VERIZON COMMUNICATIONS | 26.570 | 109,579.26 | |
| 11/25 | 5,538 | | 75897 | WELLS FARGO & CO NEW | 23.820 | 132,136.16 | |
| 11/25 | 3,266 | | 76135 | WAL-MART STORES INC | 51.450 | 168,165.70 | |
| 11/25 | 1,988 | | 76373 | WYETH | 33 | 65,683.00 | |
| 11/25 | 7,668 | | 76611 | EXXON MOBIL CORP | 72 | 552,402.00 | |
| | | | | CONTINUED ON PAGE 15 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0035

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 15  A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 1 |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .52 | |
| 11/25 | | 17,474 | 77185 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,474 |
| 11/25 | | 5,350,000 | 77442 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 5,343,473 |
| 11/25 | 18,865 | | 77739 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,865.00 | |
| | | | | NEW BALANCE | | 6,906,953.57 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 73,936 | | | AT&T INC | 28.560 | | |
| | 19,680 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 25,830 | | | ALTRIA GROUP INC | 16.080 | | |
| | 13,530 | | | AMGEN INC | 55.540 | | |
| | 11,070 | | | APPLE INC | 92.670 | | |
| | 63,522 | | | BANK OF AMERICA | 16.250 | | |
| | 1,704 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 2,544 | | | BAXTER INTERNATIONAL INC | 52.900 | | |

CONTINUED ON PAGE    16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0036

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ⊐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 16 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FN037-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 8,704 | | | BOEING CO | 42.630 | | |
| | 24,964 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 18,154 | | | CVS CAREMARK CORP | 28.930 | | |
| | 26,194 | | | CHEVRON CORP | 79.010 | | |
| | 74,296 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 68,936 | | | CITI GROUP INC | 8.290 | | |
| | 24,964 | | | COCA COLA CO | 46.870 | | |
| | 710 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 36,462 | | | COMCAST CORP CL A | 17.340 | | |
| | 19,384 | | | CONOCOPHILIPS | 52.520 | | |
| | 23,798 | | | THE WALT DISNEY CO | 22.520 | | |
| | 994 | | | EXELON CORP | 56.210 | | |
| | 66,124 | | | EXXON MOBIL CORP | 80.150 | | |
| | 132,172 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 4,716 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 2,460 | | | GOOGLE | 292.960 | | |
| | 31,114 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 21,702 | | | HOME DEPOT INC | 23.110 | | |
| | 70,684 | | | INTEL CORP | 13.800 | | |
| | 17,220 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 46,740 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 35,374 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 19,242 | | | KRAFT FOOD INC | 27.210 | | |
| | 14,322 | | | MCDONALDS CORP | 58.750 | | |

CONTINUED ON PAGE    17

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0037

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue,
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 17 | A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 14,464 | | | MEDTRONIC INC | 30.520 | | |
| | 27,060 | | | MERCK & CO | 26.720 | | |
| | 99,192 | | | MICROSOFT CORP | 20.220 | | |
| | 10,774 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 49,992 | | | ORACLE CORPORATION | 16.090 | | |
| | 19,680 | | | PEPSICO INC | 56.700 | | |
| | 85,302 | | | PFIZER INC | 16.430 | | |
| | 26,258 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 37,988 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 20,910 | | | QUALCOMM INC | 33.570 | | |
| | 15,124 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 18,865 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 8,610 | | | 3M COMPANY | 66.930 | | |
| | 5,254 | | | TIME WARNER INC | 9.050 | | |
| | 22,140 | | | U S BANCORP | 26.980 | | |
| | 12,300 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 12,300 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 35,738 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 28,290 | | | WAL-MART STORES INC | 55.880 | | |
| | 42,530 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 1,988 | | | WYETH | 36.010 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | |     LONG        SHORT | | | |
| | | | | 51,543,614.10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



YESHAYA 0038

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 18 | A |

YOUR ACCOUNT NUMBER: 1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 306,085. |
| | | | | GROSS PROCEEDS FROM SALES | | | 295,598,421. |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

