# EXHIBIT G

עמותת ישעיה הורוויץ (ע.ר)

**YESHAYA HOROWITZ ASSOCIATION**

5/7/01

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 486 8178
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 1,500,000$ (One Million Five Hundred USD) and transfer this sum to
the association's account No ███97/31 at Bank Leumi Le Israel, Branch
904 Shaar Ha'ir, Jerusalem.

Sincerely yours,

Henri Atlan

Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem 92302, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK WIRE**

5/08/01

1,500,000.00

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

CLIENT'S ACCOUNT NUMBER

1-FN037-3          A

MPSYGE 00306

# עמותת ישעיה הורוויץ

## YESHAYA HOROWITZ ASSOCIATION

2/27/01

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 486 8178
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 1,0000 ,000$ (One Million USD) and transfer this sum to the
association's account No█████97/31 at Bank Leumi Le Israel, Branch 904
Shaar Haeer, Jerusalem.

Sincerely yours,

Henri Atlan                                    Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס' 02-5669188
Jerusalem 92302, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00307

$1 47$

**BERNARD L. MADOFF**
Investment Securities LLC
New York ☐ London

885 Third Ave
New York, NY 10
212 230-2
P&S Dept. 212 230-2
800 334-1
Fax 212 838-4

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK WIRE

2/28/01

1,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

עמותת ישעיה הורוויץ (ע.ר.)

## YESHAYA HOROWITZ ASSOCIATION

8/27/01

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 486 8178
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 1,000,000$ (One Million USD) and transfer this sum to the
association's account No ████97/31 at Bank Leumi Le Israel, Branch 904
Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס' 02-5669188
Jerusalem 92302, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00309

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:    **CHECK WIRE**

8/30/01

1,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00310

עמותת ישעיה הורוויץ (ע.ר.)

**YESHAYA HOROWITZ ASSOCIATION**

10/10/01

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 486 8178
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 2,500,000$ (Two Million Three Hundred Thousand USD) and transfer
this sum to the association's account No ███97/31 at Bank Leumi Le
Israel, Branch 904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                                      Ayala Nahir

Please note: the sum to be transfered
is    2.500.000 USD
                        Ayala

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס' 02-5669188
Jerusalem 92302, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00311

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

1112

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK WIRE**

10/11/01

2,500,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00312

# עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

1/20/03        *SECOND        REQUEST*

*THERE    WAS    NO    TRANSFER ?*

Bernard L. Madoff
885 Third Avenue
New York, N.Y. 10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 2,500,000$ (Two Million Five Hundred Thousand USD) and transfer
this sum to the association's account No ████97/31 at Bank Leumi Le
Israel, Branch 904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                    Ayala Nahir

RNARD L. MAD..F
VESTMENT SECURITIES LLC
ew York □ London

885 Third Ave
New York, NY 10
212 230-2
P&S Dept. 212 230-2
800 334-1
Fax 212 838-4

IS DAY        DEBITED YOUR
ITH THE FOLLOWING: CHECK WIRE

1/24/03

2,500,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

3/24/03

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 2,300,000$ (Two Million Three Hundred Thousand USD) and transfer
this sum to the association's account No ████97/31 at Bank Leumi Le
Israel, Branch 904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00315

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-24
800 334-1343
Fax 212 838-4061

650

...VE THIS DAY    **DEBITED YOUR**
...OUNT WITH THE FOLLOWING:  **CHECK WIRE**

3/25/03

2,300,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00316

עמותת ישעיה הורוויץ ע"ר

**YESHAYA HOROWITZ ASSOCIATION**

6/23/03

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 1,000,000$ (One Million USD) and transfer this sum to the
association's account No ████97/31 at Bank Leumi Le Israel, Branch 904
Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                    Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס' 02-5669188
Jerusalem 92302, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00317

RNARD L. MAD F
VESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

THIS DAY **DEBITED YOUR**
T WITH THE FOLLOWING: **CHECK WIRE**

6/24/03

1,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

7/14/03

Bernard L. Madoff
885 Third Avenue
New York, N.Y. 10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 2,200,000$ (Two Million Two Hundred Thousand USD) and transfer
this sum to the association's account No ■■■97/31 at Bank Leumi Le
Israel, Branch 904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 1002
212 230-2424
P&S Dept. 212 230-2430
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:  CHECK WIRE

7/17/03

2,200,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

MPSYGE 00320

עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

8/25/03

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 1,200,000$ (One Million Two Hundred Thousand USD) and transfer
this sum to the association's account No ███97/31 at Bank Leumi Le
Israel, Branch 904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                        Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00321

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

New York, NY 1002
212 230-242
P&S Dept. 212 230-243
800 334-134
Fax 212 838-46

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

**DEBITED YOUR**
**CHECK WIRE**

8/26/03

1,200,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

MPSYGE 00322

<div dir="rtl">
עמותת ישעיה הורוויץ ע.ר.
</div>

## YESHAYA HOROWITZ ASSOCIATION

9/25/03

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 1,400,000$ (One Million Four Hundred Thousand USD) and transfer
this sum to the association's account No ███97/31 at Bank Leumi Le
Israel, Branch 904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                          Ayala Nahir

N.B. Please make the transfer on the 29 th of September.

<div dir="rtl">
ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
</div>
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00323

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING: **DEBITED YOUR**
**CHECK WIRE**

9/29/03

1,400,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3          A

MPSYGE 00324

עמותת ישעיה הורוויץ ע״ר

YESHAYA HOROWITZ ASSOCIATION

10/27/03

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
of 200,000$ (Two Hundred Thousand USD) and transfer this sum to the
association's account No ████97/31 at Bank Leumi Le Israel, Branch
904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188

MPSYGE 00325

**BERNARD L. MADOF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    DEBITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK WIRE

10/30/03

200,000.00

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

CLIENT'S ACCOUNT NUMBER

1-FN037-3

MPSYGE 00326

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

12/4/2003

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
Of 4,200,000$ ( Four Million and Two Hundred Thousand USD) and
transfer this sum to the association's account No ████97/31 at Bank
Leumi Le Israel, Branch 904 Shaar Ha'eir, Jerusalem.
Please make the transfer on the 8th of December 2003.

Sincerely yours,

Yahir Green                          Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

2997

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

**DEBITED YOUR
CHECK WIRE**

12/08/03

4,200,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3    A

MPSYGE 00328

עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

3/1/04

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
Of 1,500,000$ ( One Million and Five Hundred Thousand USD) and
transfer this sum to the association's account No ███97/31 at Bank
Leumi Le Israel, Branch 904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00329

```
                                                              TOTAL P.02
                    904  ‎סניף: 906           שער העיר           יעד הדו"ח
                    BANK LEUMI
          INCOMING PAYMENT ORDER   MT: 103    VALUE DATE:    20040303
     PLEASE BE INFORMED THAT WE HAVE RECIEVED THE FOLLOWING PAYMENT IN YOUR FAVOR
     OUR REFERENCE:    ███62FP     OSN: ██1320
     SENDER BANK:   LUMIUS3NXXX    BANK LEUMI USA,                    NEW YORK,N
     (20)  SENDER'S REFERENCE       ███62FP
     (23B) BANK OPERATION COD      CRED
     (32A) VALUE DATE CURR SE      USD *1500000,*        ██0302
     (50K) ORDERING CUSTOMER       BERNARD L MADOFF
                                   885 THIRD AVENUE
                                   NEW YORK N Y
                                   10022
     (52D) ORDERING INST           ████1703
                                   BERNARD L MADOFF
                                   885 THIRD AVENUE 18TH FLOOR
                                   ATTN TONY TILETNICK
                                   NEW YORK NY 10022-4834
     (57D) ACCOUNT WITH INST       BR 904
                                   ROMENA JAFFA ST
                                   230 JERUSALEM
                                   ***************************************
     (59)  BENEFICIARY CUSTOM      ███9731                           *
                                   YESHAYA HOROWITZ ASSOCIATION       *
                                   JERUSALEM                          *
                                   ***************************************
     (70)  REMITTANCE INF          YESHOR
     (71A) DETAILS OF CHARGES      SHA
     (72)  SENDER TO RECEIVER      /BNF/
     (P1A)                         ███5610

                                          BANK LEUMI LE-ISRAEL
                                          SHAR HAIR
                                          234 JAFFA ST. JERUSALEM

     END OF MESSAGE
```

MPSYGE 00330

*Second Request*

עמותת ישעיה הורוויץ ע.ר.

**YESHAYA HOROWITZ ASSOCIATION**

5/10/04

5/13/04
*Did you transfer the money? We didn't receive it?*
*Ayala*

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account, in the amount
Of 2,000,000$ ( Two Million USD) and transfer this sum to the
association's account No ███97/31 at Bank Leumi Le Israel, Branch
904 Shaar Ha'eir, Jerusalem.

Sincerely yours,

Henri Atlan                                  Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00331

**BERNARD L. MADOF** K.
INVESTMENT SECURITIES LLC
New York ☐ London

88
New Yo
2
P&S Dept. 21
800
Fax 212 8

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK WIRE

5/13/04

2,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00332

עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

3/7/05
Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$1,900,000 (One Million Nine Hundred Thousand USD) and transfer this
sum to the association's account no. ███3489 at Bank HaPoalim,
Branch 782, Rechavia, Jerusalem, SWIFT code: ███ILIT.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00333

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK WIRE**

3/10/05

1,900,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3          A

MPSYGE 00334

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

5/11/05

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$830,000 (Eight Hundred  and Thirty Thousand USD) and transfer this
sum to the association's account no. ████3489 at Bank HaPoalim,
Branch 782, Rechavia, Jerusalem, SWIFT code: ████ILIT.

Sincerely yours,

Henri Atlan                    Ayala Nahir

ירושלים92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third A
New York, NY
212 230
P&S Dept. 212 230
800-334
Fax 212 838

VE THIS DAY        DEBITED YOUR
JUNT WITH THE FOLLOWING:  CHECK WIRE

4/12/05

830,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

MPSYGE 00336

עמותת ישעיה הורוויט ע״ר

## YESHAYA HOROWITZ ASSOCIATION

5/2/05

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$250,000 (Two Hundred and Fifty Thousand USD) and transfer this sum
to the association's account no. ████3489 at Bank HaPoalim, Branch
782, Rechavia, Jerusalem, SWIFT code: ████ILIT.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00337

MADO
SECURITIES LLC
☐ London

863 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

DEBITED YOUR
WITH THE FOLLOWING: **CHECK WIRE**

5/03/05

**250,000.00**

CLIENT'S ACCOUNT NUMBER

**THE YESHAYA HOROWITZ ASSOC**
**ATTN: AYALA NAHIR**
**ALFASI ST 11**
**JERUSALEM 92302**
**ISRAEL**

1-FN037-3          A

# עמותת ישעיה הורוויץ ע"ר

## YESHAYA HOROWITZ ASSOCIATION

7/5/05

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$1,350,000 (One Million Three Hundred Fifty Thousand USD) and
transfer this sum to the association's account no. ███3489 at Bank
HaPoalim, Branch 782, Rechavia, Jerusalem, SWIFT code: ███ILIT.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

RD L. MADOFF
IENT SECURITIES LLC
York □ London

885 Third Avenue
New York     10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HIS DAY      DEBITED YOUR
WITH THE FOLLOWING:  CHECK WIRE                    7/06/05

                                                  1,350,000.00

                                                  CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC                   1-FN037-3        A
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

MPSYGE 00340

# עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

8/1/05

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$1,000,000 (One Million USD) and transfer this sum to the association's
account no. ████3489 at Bank HaPoalim, Branch 782, Rechavia,
Jerusalem, SWIFT code: ████ILIT.

Sincerely yours,

Henri Atlan                    Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00341

D L. MADO
ENT SECURITIES LLC
York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 33 1343
Fax 212 838-4061

IS DAY        **DEBITED YOUR**
WITH THE FOLLOWING: **CHECK WIRE**

8/02/05

1,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00342

# עמותת ישעיה הורוויץ ע״ר

## YESHAYA HOROWITZ ASSOCIATION

9/12/05

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$2,500,000 (Two Million Five Hundred Thousand USD) and transfer this
sum to the association's account no. ████3489 at Bank HaPoalim,
Branch 782, Rechavia, Jerusalem, SWIFT code: ████ILIT.

Sincerely yours,

Henri Atlan                                Ayala Nahir

MPSYGE 00343

RNARD L. MA...FF
.VESTMENT SECURITIES LLC
.J New York □ London

885 Third Avenu
New York, NY 1002
212 230-24.
P&S Dept. 212 230-24.
800 334-134
Fax 212 838-40

.VE THIS DAY    DEBITED YOUR
.OUNT WITH THE FOLLOWING:  CHECK WIRE

9/15/05

2,500,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

MPSYGE 00344

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

11/14/05

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$1,200,000 (One Million Two Hundred Thousand USD) and transfer this
sum to the association's account no.████3489 at Bank HaPoalim,
Branch 782, Rechavia, Jerusalem, SWIFT code: ████ILIT.

Sincerely yours,

Henri Atlan                    Ayala Nahir

MPSYGE 00345

.5  14:03    FROM  BANK HAPUHLIM 782              TO  5889200

-RECEIVED-    -SINGLE CUSTOMER CRDT TRANSFER- FM103
DESTINATION: POALILIT
                                        Date Recvd: 05/11/07  17:35
ORIGINATOR:  CHASUS33XXX                SEQU(lstd) 904125
             JPMORGAN CHASE BANK, N.A.

:20 /SENDER'S REFERENCE        :          21JO
:23B/BANK OPERATION CODE       :CRED
:32A/VAL DTE/CURR/INTERBNK SETTLD A:         0000
:50K/ORDERING CUSTOMER         :BERNAR L MADOFF 88
                                5 THIRD AVE NE
                                W YORK,NY 10022
:52D/ORDERING INSTITUTION      :BERNARD L MADOFF
                                NEW YORK NY 10022 4834
:59 /BENEFICIARY CUSTOMER      :          3489
                                YESHAYA HOROWITZ ASSCO
:71A/DETAILS OF CHARGES        :SHA
:72 /SENDER TO RECIEVER INFORMAT :          21JO

TOTAL P.07

MPSYGE 00346

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

12/15/05

Bernard L. Madoff
885 Third Avenue
New York, N.Y.10022

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above mentioned account in the amount of
$2,400,000 (Two Million Four Hundred Thousand USD) and transfer
this sum to the association's account no. ████3489 at Bank HaPoalim,
Branch 782, Rechavia, Jerusalem, SWIFT code:████ILIT.

Could you please make this transfer on Monday the 19 th of December.

Sincerely yours,

Henri Atlan                          Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00347

NARD L. MAD   F
ESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

THIS DAY          **DEBITED YOUR**
UNT WITH THE FOLLOWING:  **CHECK WIRE**

12/19/05

2,400,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3          A

MPSYGE 00348

## עמותת ישעיה הורוויץ ע.ר.

### YESHAYA HOROWITZ ASSOCIATION

7/20/2006

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 800,000 $ (EIGHT HUNDRED THOUSAND USD) and transfer this sum to the association's account no.███████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code████ILIT.

Please transfer this sum on Monday 24 of July 2006.

,Sincerely yours,

Henri Atlan

Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00349

MADOF
ECURITIES LLC
London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**DEBITED YOUR**
THE FOLLOWING: **CHECK WIRE**

7/24/06

800,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3     A

MPSYGE 00350

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

8/24/2006

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 1,400,000 $
(One Million Four  Hundred Thousand USD) and transfer this sum to the
association's account no.████3489 at Bank HaPoalim, Branch 782 Rechavia,
Jerusalem, Swift Code █████ILIT.

Please transfer this sum on Monday 28 of August 2006.

Sincerely yours,

Henri Atlan                                Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY       **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:   **CHECK WIRE**

8/28/06

1,400,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3          A

MPSYGE 00352

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

1/30/2007

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 1,600,000 $
(One Million Six Hundred Thousand USD) and transfer this sum to the association's
account no.███3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift
Code ███ILIT.

Please transfer this sum Monday the 5fth of February.

Sincerely yours,

Henri Atlan                                           Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

**MADF** | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

P&S De

Fax

WE HAVE THIS DAY    DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:  CHECK WIRE

1/31/07

1,600,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00354

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

3/22/2007

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 700,000 $
(Seven  Hundred Thousand USD) and transfer this sum to the association's account
no.███████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code
██████ILIT.

Sincerely yours,

Henri Atlan                                          Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00355

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

P&S I.

Fax

WE HAVE THIS DAY                DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:   CHECK WIRE                                    3/23/07

                                                                700,000.00

                                                    CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC                              1-FN037-3        A
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

MPSYGE 00356

# עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

6/18/2007

_6/21/07_

_Did you receive this fax ?_

_Ayula_

Bernard L. Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 1,000,000 $ (One Million USD) and transfer this sum to the association's account no.█████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code█████ILIT.

Sincerely yours,

Henri Atlan

Ayala Nahir

רח' אלפסי 11, ירושלים 92302, טל' 5611893 -02, פקס 7669188-077
Alfasi st.11, Jerusalem 92302, Tel. 02-5611893, Fax 077-7669188
Email: nahir@netvision.net.il

MPSYGE 00357

**BERNARD L. MADO**
INVESTMENT SECURITIES LLC
New York □ London

P&

WE HAVE THIS DAY    DEBITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK WIRE

6/21/07

F&

1,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00358



עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

7/26/2007

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 2,000,000 $

(Two Million USD) and transfer this sum to the association's account :

no. ███████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code

████████ILIT.

Please transfer this sum on Monday , July 30.

Could you kindly confirm, via fax, receipt of this letter.

Sincerely yours,

Henri Atlan                                     Ayala Nahir Nahir

רח' אלפסי 11, ירושלים 92302, טל' 02-5611893, פקס 077-7669188
Alfasi st.11, Jerusalem 92302, Tel. 02-5611893, Fax 077-7669188
Email: nahir@netvision.net.il

MPSYGE 00359



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

New York,
212
P&S Dept. 212 2
800 33
Fax 212 83b

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING

DEBITED YOUR
CHECK WIRE

7/30/07

2,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00360

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

10/1/2007

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 2,000,000 $

(Two Million USD) and transfer this sum to the association's account :

no. ███████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code

██████ILIT.

Please transfer this sum on Monday , October 8.

'Sincerely yours,

Henri Atlan                                    Ayala Nahir

רח' אלפסי 11, ירושלים 92302, טל' 5611893־02, פקס 7669188־077
Alfasi st.11, Jerusalem 92302, Tel. 02-5611893, Fax 077-7669188
Email: nahir@netvision.net.il

MPSYGE 00361

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

**DEBITED YOUR
CHECK WIRE**

10/05/07

2,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

MPSYGE 00362

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

12/3/2007

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 3,600,000 $
(Three Million Six Hundred Thousand USD) and transfer this sum to the
association's account :

no.████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code
████ILIT.

Please transfer this sum on Monday , December 10, 2007.

Sincerely yours,

Henri Atlan                                          Ayala Nahir

רח' אלפסי 11, ירושלים 92302, טל' 5611893- 02, פקס 077-7669188
Alfasi st.11, Jerusalem 92302, Tel. 02-5611893, Fax 077-7669188
Email: nahir@netvision.net.il

MPSYGE 00363

**BERNARD L. MADO.**
INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
212 230-8424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

VE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK WIRE**

12/04/07

3,600,000.00

CLIENT'S ACCOUNT NUMBER

1-FN037-3

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

---

3/13/2008

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 2,000,000 $
(Two Million USD) and transfer this sum to the association's account :

no. ████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code

████ILIT.

Please transfer this sum on Monday 17/3/2008.

Sincerely yours,

Henri Atlan                                  Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00365

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:  **CHECK WIRE**

3/17/08

2,000,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00366

# עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

5/6/2008

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 2,300,000 $
(Two Million Three Hundred Thousand USD) and transfer this sum to the
association's account:

no.███████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code
██████ILIT.

Please transfer this sum on Monday 12/5/2008.

Sincerely yours,

Henri Atlan                                          Ayela Nahir

רח' אלפסי 11, ירושלים 92302, טל' 5611893 -02, פקס 077-7669188
Alfasi st.11, Jerusalem 92302, Tel. 02-5611893, Fax 077-7669188
Email: nahir@netvision.net.il

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2430
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

**DEBITED YOUR
CHECK WIRE**

5/12/08

2,300,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3          A

MPSYGE 00368

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

6/23/2008

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 950,000 $
(Nine Hundred and Fifty Thousand USD) and transfer this sum to the association's
account:

no.████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code
████ILIT.

Sincerely yours,

Henri Atlan                                        Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00369

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Ave
New York, NY·10
212 230-2
P&S Dept. 212 230-2
800.334-1
Fax 212 838-4

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK WIRE

6/24/08

950,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

MPSYGE 00370

עמותת ישעיה הורוויץ ע"ר

## YESHAYA HOROWITZ ASSOCIATION

7/14/2008

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 1,700,000 $
(One Million and Seven  Hundred Thousand USD) and transfer this sum to the
association's account:

no.█████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code
█████ILIT.

Sincerely yours,

Henri Atlan

Ayala Nahir

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

**DEBITED YOUR
CHECK WIRE**

7/15/08

1,700,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00372

עמותת ישעיה הורוויץ ע״ר

YESHAYA HOROWITZ ASSOCIATION

8/27/2008

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 1,600,000 $

(One Million and Six  Hundred Thousand USD) and transfer this sum to the

association's account:

no.███3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code

███ILIT.

Please make this transfer on Monday 9 /1/2008.

Sincerely yours,

Henri Atlan                                                Ayala Nahir

ירושלים 92302, רח׳ אלפסי 11, טל׳ 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

885 Third Avenue
New York: NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK WIRE**

9/02/08

1,600,000.00

CLIENT'S ACCOUNT NUMBER

THE YESHAVA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3

עמותת ישעיה הורוויץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

10/2/2008

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 800,000 $

(Eight Hundred Thousand USD) and transfer this sum to the association's account:

no.███████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code

██████ILIT.

Sincerely yours,

Henri Atlan                              Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

MPSYGE 00375



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK WIRE**

**10/03/08**

**800,000.00**

CLIENT'S ACCOUNT NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
ALFASI ST 11
JERUSALEM 92302
ISRAEL

1-FN037-3        A

MPSYGE 00376

עמותת ישעיה הורוביץ ע.ר.

YESHAYA HOROWITZ ASSOCIATION

11/7/2008

Bernard L.Madoff
885 Third Avenue

Via Fax (212) 838-4061
Attn. Mr. DiPascali

*11/12/ 2008*

*Did you transfer the money ?*

*Ayala Nahir*

Re: 1-FN037-3-0

Please sell securities from our above-mentioned account in the amount of 1,100,000 $

(One Million One Hundred Thousand USD) and transfer this sum to the association's

account:

no.████3489 at Bank HaPoalim, Branch 782 Rechavia, Jerusalem, Swift Code

████ILIT.

Please make this transfer on Monday November 10.

Sincerely yours,

Henri Atlan                                        Ayala Nahir

ירושלים 92302, רח' אלפסי 11, טל' 02-5611893, פקס 02-5669188
Jerusalem, Alfasi st.11, Tel. 02-5611893, Fax 02-5669188
Email: nahir@netvision.net.il

18-NOV-2008  09:45   FROM  972 2 5630248              TO  077669188        P.01/01

·RECEIVED·   ·SINGLE CUSTOMER CRDT TRANSFER· FM103
DESTINATION: POALILIT
                                    Date Rcvd: 08/11/17  17:30
ORIGINATOR:  CHASUS33XXX            SEQU(isn): ███2703
             JPMORGAN CHASE BANK, N.A.

          :20 /SENDER'S REFERENCE          :████22JO
          :23B/BANK OPERATION CODE         :CRED
          :32A/VAL DTE/CURR/INTERBNK SETTLD A:████0000,
          :50K/ORDERING CUSTOMER           ████1703
                                           BERNARD L MADOFF
                                           885 THIRD AVENUE 18TH FLOOR
                                           ATTN TONY TILETNICK
          :59 /BENEFICIARY CUSTOMER        ████3489
                                           YESHAYA HOROWITZ ASSOCIATION
          :71A/DETAILS OF CHARGES          :SHA
          :72 /SENDER TO RECIEVER INFORMAT :████████22JO

                                                            TOTAL P.01

MPSYGE 00378