# EXHIBIT H

MF00027730
REDACTED

| T/D | S/D | LONG | SHORT | SECURITY | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 5/21 | 5/29 | | 2820000 | MCI COMMUNICATIONS CORP | 42 3/8 | | 119,497,500.00 |
| 5/21 | 5/29 | 100000 | | FEDERAL NATIONAL MTG ASSN | 26 3/4 | 2,675,000.00 | |
| 5/21 | 5/29 | | 50000 | WT EXP 7/25/91 | | | |
| 5/21 | 5/29 | | 50000 | FEDERAL NATIONAL MTG ASSN | 24 5/8 | 1,231,500.00 | |
| 5/21 | 5/29 | 9000 | | WT EXP 7/25/91 | | | |
| | | | | FEDERAL NATIONAL MTG ASSN | 26 7/8 | 241,875.00 | |
| | | | | WT EXP 7/25/91 | | | |
| 5/22 | 5/30 | 100000 | | AMR CORP | 64 3/4 | 6,475,000.00 | |
| 5/22 | 5/30 | 150000 | | COMPAQ COMPUTER CORP | 118 1/4 | 17,737,500.00 | |
| 5/22 | 5/30 | | 55000 | COMPAQ COMPUTER CORP | | | |
| 5/22 | 5/30 | 67000 | | DIGITAL EQUIPMENT CORP | | 5,075,000.00 | |
| 5/22 | 5/30 | 100000 | | NOVELL INC | 42 1/2 | 4,250,000.00 | |
| 5/22 | 5/30 | 50000 | | NOVELL INC | 42 1/2 | 2,125,000.00 | |
| 5/22 | 5/30 | 95000 | | AMR CORP | 42 5/8 | 4,049,375.00 | |
| 5/22 | 5/30 | 120000 | | AMR CORP | 64 | 7,680,000.00 | |
| 5/23 | 5/31 | 80000 | | COMPAQ COMPUTER CORP | 119 1/2 | 9,575,500.00 | |
| 5/23 | 5/31 | 78000 | | DIGITAL EQUIPMENT CORP | 91 3/4 | 7,156,500.00 | |
| 5/23 | 5/31 | 100000 | | DIGITAL EQUIPMENT CORP | 91 1/4 | 9,125,000.00 | |
| 10/21 | 10/28 | 2000000 | | MCI COMMUNICATIONS CORP | 6 7/8 | 13,750,000.00 | |
| 10/21 | 10/28 | 1250000 | | MCI COMMUNICATIONS CORP | 6 3/4 | 8,437,500.00 | |
| | | | | NET BALANCE | | 122,282,750.00 | |

| SECURITY POSITIONS | LONG | SHORT | DIFFERENCE |
|---|---|---|---|
| AMR CORP | 235000 | | 14,155,000.00 |
| COMPAQ COMPUTER CORP | 285000 | | 33,460,125.00 |
| DIGITAL EQUIPMENT CORP | 245000 | | 22,428,500.00 |
| FEDERAL NATIONAL MTG ASSN | 141000 | | 6,125,375.00 |
| MCI COMMUNICATIONS CORP | | 9,670,000 | 96,878,062.00 |
| NOVELL INC | 145000 | | 10,424,375.00 |
| | | | |
| FINAL NET POSITION | | | (96,282,687.00) |