# EXHIBIT I



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

MAGNIFY INC.
KURT BRUNNER ATTORNEY AT LAW
BANK STRASSE 21
8750 GLARUS SWITZERLAND

Dear Mr. Brunner,

Please be advised that as of 12/31/92 your account portfolio evaluation is as follows:

SECURITIES HELD FOR THE ACCOUNT OF
"MAGNIFY INC."
A/C #1FN024-30 AS OF 12/31/92

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/92 | NET MARKET VALUE 12/31/92 |
|---|---|---|---|
| AMR | 38,000 | 67 1/2 | $2,565,000.00 |
| BIOGEN INC. | 2,900 | 47 | $136,300.00 |
| CRAY RESEARCH INC. | 38,000 | 22 7/8 | $869,250.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 33 3/4 | $1,309,500.00 |
| NOVELL INC. | 189,600 | 28 1/2 | $5,403,600.00 |
| SUN MICROSYSTEMS INC. | 51,300 | 33 5/8 | $1,724,962.50 |
| U.S. TREASURY BILL DUE 2/25/93 | 19,600,000 | 0.9953 | $19,507,880.00 |

| | | |
|---|---|---|
| NET MARKET VALUE OF OPEN SECURITY POSITIONS | $31,516,492.50 | |
| CASH BALANCE | $2,505.45 | |
| TOTAL EQUITY | $31,518,997.95 | |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00174



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 6/30/93 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN024-30 As of 6/30/93

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/93 | NET MARKET VALUE 6/30/93 |
|---|---|---|---|
| AMR CORP. | 38,000 | 63 1/4 | $2,403,500.00 |
| BIOGEN INC. | 2,900 | 32 3/8 | $93,887.50 |
| CRAY RESH INC. | 38,000 | 27 3/4 | $1,054,500.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 41 3/4 | $1,619,900.00 |
| NOVELL INC. | 189,600 | 26 | $4,929,600.00 |
| SUN MICROSYSTEMS INC. | 51,300 | 29 5/8 | $1,519,762.50 |
| U.S. TREASURY BILL DUE 12/2/93 | 19,920,000 | 0.9866 | $19,653,072.00 |

Net Market Value of
Open Security Positions        31,274,222.00

Cash Balance        162,401.45 cr

Total Equity        31,436,623.00

27

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB. 071-374 0891

MAGNIFY 00175



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/93 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN024-30 As of 12/31/93

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/93 | NET MARKET VALUE 12/31/93 |
|---|---|---|---|
| AMR CORP. | 38,000 | 67 | $2,546,000.00 |
| BIOGEN INC. | 2,900 | 39 7/8 | $115,637.50 |
| CRAY RESH INC. | 38,000 | 25 5/8 | $973,750.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 34 1/4 | $1,328,900.00 |
| NOVELL INC. | 189,600 | 20 3/4 | $3,934,200.00 |
| SUN MICROSYSTEMS INC. | 51,300 | 29 1/8 | $1,494,112.50 |
| U.S. TREASURY BILL DUE 6/2/94 | 20,250,000 | 98.46 | $19,938,150.00 |

Net Market Value of
Open Security Positions          30,330,750.00

Cash Balance          166,526.45 cr.

Total Equity          30,497,276.45

27

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00176

**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue New York, NY 10022

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 6/30/94 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN024-30 As of 6/30/94

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/94 | NET MARKET VALUE 6/30/94 |
|---|---|---|---|
| AMR CORP. | 38,000 | 59 3/8 | $2,256,250.00 |
| BIOGEN INC. | 2,900 | 28 5/8 | $83,012.50 |
| CRAY RESH INC. | 38,000 | 22 5/8 | $859,750.00 |
| DELL COMPUTER | 200,000 | 26 3/8 | $5,275,000.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 19 1/2 | $756,600.00 |
| FIDELITY CASH RES | 63,750 | 1 | $63,750.00 |
| MICROSOFT CORP. | 150,000 | 51 5/8 | $7,743,750.00 |
| NOVELL INC. | 189,600 | 16 3/4 | $3,175,800.00 |
| SUN MICROSYSTEMS INC. | 51,300 | 20 5/8 | $1,058,062.50 |
| U.S. TREASURY BILL DUE 9/15/94 | 8,500,000 | 99.13 | $8,426,050.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $29,698,025.00 | |
| Cash Balance | -0- | |
| Total Equity | $29,698,025.00 | |





**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/94 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN024-30 As of 12/31/94

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/94 | NET MARKET VALUE 12/31/94 |
|---|---|---|---|
| AMR CORP. | 38,000 | 53 1/4 | $2,023,500.00 |
| BIOGEN INC. | 2,900 | 41 3/4 | $121,075.00 |
| CRAY RESEARCH INC. | 38,000 | 15 5/8 | $593,750.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 33 1/4 | $1,290,100.00 |
| FEDERAL EXPRESS CORP. | 70,000 | 60 1/4 | $4,217,500.00 |
| FIDELITY CASH RESERVES SBI | 151,830 | 1 | $151,830.00 |
| MICROSOFT CORP. | 150,000 | 61 1/8 | $9,168,750.00 |
| NOVELL INC. | 189,600 | 17 1/8 | $3,246,900.00 |
| SUN MICROSYSTEMS INC. | 51,300 | 35 1/2 | $1,821,150.00 |
| U.S. TREASURY BILL DUE 3/2/95 | 8,675,000 | 99.08 | $8,595,190.00 |

Net Market Value of
Open Security Positions          $31,229,745.00

Cash Balance                     -0-

Total Equity                     $31,229,745.00

*27*

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00178



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 6/30/95 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 As of 6/30/95

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/95 | NET MARKET VALUE 6/30/95 |
|---|---|---|---|
| AMR CORP. | 38,000 | 74 5/8 | $2,835,750.00 |
| BIOGEN INC. | 2,900 | 44 1/2 | $129,050.00 |
| CRAY RESEARCH INC. | 38,000 | 24 3/8 | $926,250.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 40 3/4 | $1,581,100.00 |
| FEDERAL EXPRESS CORP. | 70,000 | 60 3/4 | $4,252,500.00 |
| FIDELITY CASH RESERVES SBI | 166,010 | 1 | $166,010.00 |
| MICROSOFT CORP. | 150,000 | 90 3/8 | $13,556,250.00 |
| NOVELL INC. | 189,600 | 19 15/16 | $3,780,150.00 |
| SUN MICROSYSTEMS INC. | 51,300 | 48 1/2 | $2,488,050.00 |
| U.S. TREASURY BILL DUE 9/28/95 | 8,925,000 | 98.65 | $8,804,512.50 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $38,519,622.50 | |
| Cash Balance | 0.00 | |
| Total Equity | $38,519,622.50 | |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00179



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/95 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 As of 12/31/95

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/95 | NET MARKET VALUE 12/31/95 |
|---|---|---|---|
| AMR CORP. | 38,000 | 74 1/4 | $2,821,500.00 |
| BIOGEN INC. | 2,900 | 61 1/2 | $178,350.00 |
| CRAY RESEARCH INC. | 38,000 | 24 5/8 | $935,750.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 64 1/8 | $2,488,050.00 |
| FEDERAL EXPRESS CORP. | 70,000 | 73 7/8 | $5,171,250.00 |
| FIDELITY CASH RESERVES SBI | 188,975 | 1 | $188,975.00 |
| MICROSOFT CORP. | 150,000 | 87 3/4 | $13,162,500.00 |
| NOVELL INC. | 189,600 | 14 1/4 | $2,701,800.00 |
| SUN MICROSYSTEMS INC. | 102,600 | 45 5/8 | $4,681,125.00 |
| U.S. TREASURY BILL DUE 3/28/96 | 9,150,000 | 98.77 | $9,037,455.00 |

|  |  |
|---|---|
| **Net Market Value of Open Security Positions** | $41,366,755.00 |
| **Cash Balance** | 0.00 |
| **Total Equity** | $41,366,755.00 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 06/30/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 06/30/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/96 | NET MARKET VALUE 06/30/96 |
|---|---|---|---|
| AMR CORP. | 38,000 | 91 | $3,458,000.00 |
| BIOGEN INC. | 2,900 | 54 7/8 | $159,137.50 |
| CRAY RESEARCH INC. | 38,000 | 24 1/8 | $916,750.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 45 1/8 | $1,750,850.00 |
| FEDERAL EXPRESS CORP. | 70,000 | 82 | $5,740,000.00 |
| FIDELITY CASH RESERVES SBI | 216,095 | 1 | $216,095.00 |
| MICROSOFT CORP. | 150,000 | 120 1/8 | $18,018,750.00 |
| NOVELL INC. | 189,600 | 13 7/8 | $2,630,700.00 |
| SUN MICROSYSTEMS INC. | 102,600 | 58 7/8 | $6,040,575.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 15,600,000 | 58.48 | $9,122,880.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $48,053,737.50 | |
| Cash Balance | 0.00 | |
| Total Equity | $48,053,737.50 | |

27

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00180



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 06/30/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 06/30/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/96 | NET MARKET VALUE 06/30/96 |
|---|---|---|---|
| AMR CORP. | 38,000 | 91 | $3,458,000.00 |
| BIOGEN INC. | 2,900 | 54 7/8 | $159,137.50 |
| CRAY RESEARCH INC. | 38,000 | 24 1/8 | $916,750.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 45 1/8 | $1,750,850.00 |
| FEDERAL EXPRESS CORP. | 70,000 | 82 | $5,740,000.00 |
| FIDELITY CASH RESERVES SBI | 216,095 | 1 | $216,095.00 |
| MICROSOFT CORP. | 150,000 | 120 1/8 | $18,018,750.00 |
| NOVELL INC. | 189,600 | 13 7/8 | $2,630,700.00 |
| SUN MICROSYSTEMS INC. | 102,600 | 58 7/8 | $6,040,575.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 15,600,000 | 58.48 | $9,122,880.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $48,053,737.50 | |
| Cash Balance | 0.00 | |
| Total Equity | $48,053,737.50 | |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00181



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 12/31/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/96 | NET MARKET VALUE 12/31/96 |
|---|---|---|---|
| AMR CORP. | 38,000 | 88 1/8 | $ 3,348,750.00 |
| BIOGEN INC. | 5,800 | 38 3/4 | $ 224,750.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 36 1/4 | $ 1,406,500.00 |
| FEDERAL EXPRESS CORP. | 140,000 | 44 1/2 | $ 6,230,000.00 |
| FIDELITY SPARTAN FUND | 1,297 | 1 | $ 1,297.00 |
| MICROSOFT CORP. | 300,000 | 82 5/8 | $ 24,787,500.00 |
| NOVELL INC. | 189,600 | 9 15/32 | $ 1,795,275.00 |
| ORACLE CORP. | 15,000 | 41 3/4 | $ 626,250.00 |
| SILICON GRAPHICS INC. | 38,000 | 25 1/2 | $ 969,000.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 13,600,000 | 61.83 | $ 8,408,880.00 |

|  |  |
|---|---|
| Net Market Value of Open Security Positions | $ 47,798,202.00 |
| Cash Balance | 0.00 |
| Total Equity | $ 47,798,202.00 |

*27*

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB,071-374 0891

MAGNIFY 00182



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/97 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # : 1FN024-30 as of 6/30/97

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/97 | NET MARKET VALUE 6/30/97 |
|---|---|---|---|
| AMR CORP. | 38,000 | 92 1/2 | $ 3,515,000.00 |
| AMERICA ONLINE INC. | 180,000 | 55 5/8 | $ 10,012,500.00 |
| BIOGEN INC. | 5,800 | 33 7/8 | $ 196,475.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 35 7/16 | $ 1,374,975.00 |
| FEDERAL EXPRESS CORP. | 105,000 | 57 7/8 | $ 6,076,875.00 |
| FIDELITY SPARTAN FUND | 22,637 | 1 | $ 22,637.00 |
| MICROSOFT CORP. | 160,000 | 126 3/8 | $ 20,220,000.00 |
| NOVELL INC. | 189,600 | 6 15/16 | $ 1,315,350.00 |
| ORACLE CORP. | 25,000 | 50 3/8 | $ 1,259,375.00 |
| SILICON GRAPHICS INC. | 38,000 | 15 | $ 570,000.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | | $ 44,563,187.00 |
| Cash Balance | | 0.13 |
| Total Equity | | $ 44,563,187.13 |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB 071-374 0891

MAGNIFY 00183



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/97 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 12/31/97

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/97 | NET MARKET VALUE 12/31/97 |
|---|---|---|---|
| APPLIED MATERIALS INC. | 49,800 | 30 1/8 | 1,500,225.00 |
| AMGEN INC. | 51,200 | 54 1/8 | 2,771,200.00 |
| AMR CORP. | 20,700 | 128 1/2 | 2,659,950.00 |
| AMERICA ONLINE CORP. | 25,600 | 90 1/2 | 2,316,800.00 |
| 3COM CORP. | 26,400 | 34 15/16 | 922,350.00 |
| COMPAQ COMPUTER CORP. | 50,700 | 56 1/2 | 2,864,550.00 |
| CISCO SYSTEMS INC. | 45,300 | 55 3/4 | 2,525,475.00 |
| DELL COMPUTER CORP. | 37,600 | 84 | 3,158,400.00 |
| FEDERAL EXPRESS CORP. | 40,900 | 61 1/16 | 2,497,456.25 |
| FIDELITY SPARTAN SBI | 11,789 | 1 | 11,789.00 |
| IOMEGA CORP. | 91,650 | 12 7/16 | 1,139,896.88 |
| MICROSOFT CORP. | 6,500 | 129 1/4 | 840,125.00 |
| NOVELL INC. | 75,600 | 7 1/2 | 567,000.00 |
| SILICON GRAPHICS INC. | 90,400 | 12 5/16 | 1,113,050.00 |
| STORAGE TECHNOLOGY CORP. | 30,800 | 61 15/16 | 1,907,675.00 |
| SUN MICROSYSTEMS INC. | 33,400 | 39 7/8 | 1,331,825.00 |
| U.S. TREASURY BILL DUE 4/16/98 | 9,750,000 | 0.9847 | 9,600,825.00 |
| U.S. TREASURY NOTE STRIP DUE 8/15/04 | 12,425,000 | 0.6858 | 8,521,065.00 |

NET MARKET VALUE OF
OPEN SECURITY POSITIONS            $46,249,657.13

CASH BALANCE            $0.75

TOTAL EQUITY            $46,249,657.88

*27*

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00184



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/98 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 6/30/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/98 | NET MARKET VALUE 6/30/98 |
|---|---|---|---|
| A T & T CORP. | 41,600 | 57 1/8 | 2,376,400.00 |
| APPLIED MATERIALS INC. | 35,000 | 29 1/2 | 1,032,500.00 |
| AMGEN INC. | 43,700 | 65 3/8 | 2,856,887.50 |
| AMR CORP. | 27,900 | 83 1/4 | 2,322,675.00 |
| AMERICA ONLINE INC. | 20,000 | 105 1/8 | 2,102,500.00 |
| BOEING CO. | 22,700 | 44 9/16 | 1,011,568.75 |
| BRISTOL-MYERS SQUIBB CO. | 11,000 | 114 15/16 | 1,264,312.50 |
| CISCO SYSTEMS INC. | 14,600 | 92 1/16 | 1,344,112.50 |
| COCA-COLA CO. | 16,500 | 85 1/2 | 1,410,750.00 |
| COMPAQ COMPUTER CORP. | 38,000 | 28 3/8 | 1,078,250.00 |
| DU PONT DE NEMOURS | 18,000 | 74 11/16 | 1,344,375.00 |
| DELL COMPUTER CORP. | 16,500 | 92 13/16 | 1,531,406.25 |
| FDX CORP. | 19,600 | 62 3/4 | 1,229,900.00 |
| FIDELITY SPARTAN SBI | 9,739 | 1 | 9,739.00 |
| INTEL CORP. | 22,400 | 74 1/8 | 1,660,400.00 |
| MICROSOFT CORP. | 12,000 | 108 3/8 | 1,300,500.00 |
| NETSCAPE COMMUNICATIONS CORP. | 39,600 | 27 1/16 | 1,071,675.00 |
| ORACLE CORP. | 47,500 | 24 9/16 | 1,166,718.75 |
| SUN MICROSYSTEMS INC. | 25,200 | 43 7/16 | 1,094,625.00 |
| 3COM CORP. | 45,000 | 30 11/16 | 1,380,937.50 |
| WAL-MART STORES INC. | 17,000 | 60 3/4 | 1,032,750.00 |
| U.S TREASURY BILL DUE 9/17/98 | 5,000,000 | 0.9892 | 4,946,000.00 |
| U.S TREASURY BILL DUE 12/10/98 | 5,000,000 | 0.9770 | 4,885,000.00 |
| U.S TREASURY NOTE STRIP DUE 8/15/04 | 5,000,000 | 0.7164 | 3,582,000.00 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 43,035,982.75 |
| **Cash Balance** | | 0.63 |
| **Total Equity** | $ | 43,035,983.38 |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB 071-374-0801

MAGNIFY 00185



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/98 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 12/31/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/98 | NET MARKET VALUE 12/31/98 |
|---|---|---|---|
| ADVANCED MICRO DEVICES | 35,000 | 29 | 1,015,000.00 |
| AMGEN INC. | 26,000 | 104 9/16 | 2,718,625.00 |
| AMR CORP. | 19,000 | 59 3/8 | 1,128,125.00 |
| BIOGEN INC. | 17,000 | 83 | 1,411,000.00 |
| CISCO SYSTEMS INC. | 26,000 | 92 13/16 | 2,413,125.00 |
| COCA-COLA CO. | 27,000 | 67 | 1,809,000.00 |
| DELL COMPUTER CORP. | 18,000 | 73 3/16 | 1,317,375.00 |
| DOW CHEMICAL CO. | 25,000 | 90 15/16 | 2,273,437.50 |
| FDX CORP. | 20,000 | 89 3/16 | 1,783,750.00 |
| FIDELITY SPARTAN SBI | 16,453 | 1 | 16,453.00 |
| GENERAL ELECTRIC CO. | 26,000 | 102 | 2,652,000.00 |
| JOHNSON AND JOHNSON | 18,000 | 83 7/8 | 1,509,750.00 |
| LUCENT TECHNOLOGIES INC. | 23,000 | 109 15/16 | 2,528,562.50 |
| MERRILL LYNCH &CO. INC. | 18,000 | 66 3/4 | 1,201,500.00 |
| PROCTOR AND GAMBLE CO. | 21,500 | 91 5/16 | 1,963,218.75 |
| 3COM CORP. | 29,000 | 44 13/16 | 1,299,562.50 |
| U.S TREASURY BILL DUE 4/8/99 | 7,000,000 | 0.9882 | 6,917,400.00 |
| U.S TREASURY BILL DUE 4/15/99 | 5,500,000 | 0.9880 | 5,434,000.00 |
| U.S TREASURY BILL DUE 4/29/99 | 5,500,000 | 0.9856 | 5,420,800.00 |

Net Market Value of
Open Security Positions         $ 44,812,684.25

Cash Balance                         0.31

Total Equity                       $ 44,812,684.56



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

MAGNIFY 00186



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/99 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 6/30/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/99 | NET MARKET VALUE 6/30/99 |
|---|---|---|---|
| AMR CORP. | 20,000 | 68 1/4 | 1,365,000.00 |
| AMERICAN EXPRESS CORP. | 15,000 | 130 1/8 | 1,951,875.00 |
| BANK OF AMERICA | 22,000 | 73 5/16 | 1,612,875.00 |
| CATERPILLAR INC. | 31,000 | 60 | 1,860,000.00 |
| CISCO SYSTEMS INC. | 14,800 | 64 7/16 | 953,675.00 |
| THE WALT DISNEY CO. | 23,500 | 30 13/16 | 724,093.75 |
| DELL COMPUTER CORP. | 21,900 | 37 | 810,300.00 |
| EASTMAN KODAK CO. | 25,400 | 67 3/4 | 1,720,850.00 |
| EXXON CORP. | 16,300 | 77 1/8 | 1,257,137.50 |
| FDX CORP. | 11,000 | 54 1/4 | 596,750.00 |
| FIDELITY SPARTAN SBI | 16,666 | 1 | 16,666.00 |
| GENERAL ELECTRIC CO. | 22,000 | 113 | 2,486,000.00 |
| MERCK & CO. | 16,300 | 73 5/8 | 1,200,087.50 |
| PEPSICO INC. | 18,200 | 38 11/16 | 704,112.50 |
| SEARS ROEBUCK & CO. | 27,000 | 44 9/16 | 1,203,187.50 |
| SUN MICROSYSTEMS INC. | 17,900 | 68 7/8 | 1,232,862.50 |
| U.S TREASURY BILL DUE 9/30/99 | 3,500,000 | 0.9881 | 3,458,350.00 |
| U.S TREASURY BILL DUE 10/7/99 | 3,250,000 | 0.9873 | 3,208,725.00 |
| U.S TREASURY BILL DUE 10/14/99 | 3,000,000 | 0.9864 | 2,959,200.00 |
| U.S TREASURY BILL DUE 10/28/99 | 3,000,000 | 0.9847 | 2,954,100.00 |

Net Market Value of
Open Security Positions          $  32,275,847.25

Cash Balance                                    0.81

Total Equity                        $  32,275,848.06

27

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

MAGNIFY 00187



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/99 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 12/31/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/99 | NET MARKET VALUE 12/31/99 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 6,382 | 1 | 6,382.00 |
| U.S. TREASURY BILL DUE 04/20/00 | 3,500,000 | 0.9839 | 3,443,650.00 |
| U.S. TREASURY BILL DUE 04/27/00 | 3,500,000 | 0.9827 | 3,439,450.00 |
| U.S. TREASURY BILL DUE 05/04/00 | 3,500,000 | 0.9815 | 3,435,250.00 |
| U.S. TREASURY BILL DUE 05/11/00 | 3,500,000 | 0.9803 | 3,431,050.00 |
| U.S. TREASURY BILL DUE 05/18/00 | 3,500,000 | 0.9792 | 3,427,200.00 |
| U.S. TREASURY BILL DUE 05/25/00 | 3,500,000 | 0.9781 | 3,423,350.00 |
| U.S. TREASURY BILL DUE 06/01/00 | 4,000,000 | 0.9770 | 3,908,000.00 |
| U.S. TREASURY BILL DUE 06/08/00 | 4,700,000 | 0.9758 | 4,586,260.00 |
| U.S. TREASURY BILL DUE 06/15/00 | 4,700,000 | 0.9749 | 4,582,030.00 |

**Net Market Value of**
**Open Security Positions**          $  33,682,622.00

**Cash Balance**                                    0.86

**Total Equity**                        $  33,682,622.86

*27*

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

MAGNIFY 00188



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/00 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 6/30/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/00 | NET MARKET VALUE 6/30/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 18,390 | 1 | 18,390.00 |
| U.S. TREASURY BILL DUE 09/07/00 | 1,300,000 | 0.9891 | 1,285,830.00 |
| U.S. TREASURY BILL DUE 09/21/00 | 3,000,000 | 0.9869 | 2,960,700.00 |
| U.S. TREASURY BILL DUE 09/28/00 | 3,000,000 | 0.9858 | 2,957,400.00 |
| U.S. TREASURY BILL DUE 10/05/00 | 3,000,000 | 0.9845 | 2,953,500.00 |
| U.S. TREASURY BILL DUE 10/12/00 | 3,000,000 | 0.9834 | 2,950,200.00 |
| U.S. TREASURY BILL DUE 11/09/00 | 3,000,000 | 0.9784 | 2,935,200.00 |
| U.S. TREASURY BILL DUE 11/16/00 | 3,000,000 | 0.9773 | 2,931,900.00 |
| U.S. TREASURY BILL DUE 11/24/00 | 2,500,000 | 0.9759 | 2,439,750.00 |

Net Market Value of
Open Security Positions          $ 21,432,870.00

Cash Balance                              0.16

Total Equity                      $ 21,432,870.16

27

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

MAGNIFY 00189



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/00 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 12/31/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/00 | NET MARKET VALUE 12/31/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 38,734 | 1 | 38,734.00 |
| U.S. TREASURY BILL DUE 04/26/01 | 2,000,000 | 0.9817 | 1,963,400.00 |
| U.S. TREASURY BILL DUE 05/03/01 | 2,000,000 | 0.9805 | 1,961,000.00 |
| U.S. TREASURY BILL DUE 05/10/01 | 2,000,000 | 0.9795 | 1,959,000.00 |
| U.S. TREASURY BILL DUE 05/17/01 | 2,000,000 | 0.9785 | 1,957,000.00 |
| U.S. TREASURY BILL DUE 05/24/01 | 2,000,000 | 0.9775 | 1,955,000.00 |
| U.S. TREASURY BILL DUE 05/31/01 | 2,000,000 | 0.9765 | 1,953,000.00 |
| U.S. TREASURY BILL DUE 06/07/01 | 2,400,000 | 0.9754 | 2,340,960.00 |
| U.S. TREASURY BILL DUE 06/14/01 | 2,500,000 | 0.9743 | 2,435,750.00 |
| U.S. TREASURY BILL DUE 06/21/01 | 3,000,000 | 0.9734 | 2,920,200.00 |
| U.S. TREASURY BILL DUE 06/28/01 | 3,000,000 | 0.9725 | 2,917,500.00 |

Net Market Value of
Open Security Positions          $ 22,401,544.00

Cash Balance                                      0.57

Total Equity                            $ 22,401,544.57



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00190



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/01 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 6/30/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/01 | NET MARKET VALUE 6/30/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 13,714 | 1 | 13,714.00 |
| U.S. TREASURY BILL DUE 07/26/01 | 1,500,000 | 0.9976 | 1,496,400.00 |
| U.S. TREASURY BILL DUE 09/13/01 | 1,500,000 | 0.9925 | 1,488,750.00 |
| U.S. TREASURY BILL DUE 09/20/01 | 1,500,000 | 0.9918 | 1,487,700.00 |
| U.S. TREASURY BILL DUE 09/27/01 | 1,500,000 | 0.9911 | 1,486,650.00 |
| U.S. TREASURY BILL DUE 10/04/01 | 2,000,000 | 0.9904 | 1,980,800.00 |
| U.S. TREASURY BILL DUE 10/11/01 | 2,000,000 | 0.9898 | 1,979,600.00 |
| U.S. TREASURY BILL DUE 10/18/01 | 2,800,000 | 0.9891 | 2,769,480.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 12,703,094.00 |
| Cash Balance | | 0.03 |
| Total Equity | $ | 12,703,094.03 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00191



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/01 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN024-30 as of 12/31/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/01 | NET MARKET VALUE 12/31/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 86,843 | 1 | 86,843.00 |
| U.S. TREASURY BILL DUE 03/21/02 | 1,000,000 | 0.9963 | 996,300.00 |
| U.S. TREASURY BILL DUE 03/28/02 | 1,000,000 | 0.9959 | 995,900.00 |
| U.S. TREASURY BILL DUE 04/04/02 | 1,000,000 | 0.9956 | 995,600.00 |
| U.S. TREASURY BILL DUE 04/11/02 | 2,000,000 | 0.9953 | 1,990,600.00 |
| U.S. TREASURY BILL DUE 04/18/02 | 2,000,000 | 0.9949 | 1,989,800.00 |
| U.S. TREASURY BILL DUE 04/25/02 | 2,000,000 | 0.9946 | 1,989,200.00 |
| U.S. TREASURY BILL DUE 05/02/02 | 2,000,000 | 0.9943 | 1,988,600.00 |
| U.S. TREASURY BILL DUE 05/23/02 | 2,000,000 | 0.9932 | 1,986,400.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 13,019,243.00 |
| Cash Balance | | 0.19 |
| Total Equity | $ | 13,019,243.19 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00192



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York. NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/02 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN024-30 as of 6/30/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/02 | NET MARKET VALUE 6/30/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 24,846 | 1 | 24,846.00 |
| U.S. TREASURY BILL DUE 09/19/02 | 525,000 | 0.99617 | 522,989.25 |
| U.S. TREASURY BILL DUE 09/26/02 | 600,000 | 0.99585 | 597,510.00 |
| U.S. TREASURY BILL DUE 10/03/02 | 800,000 | 0.99553 | 796,424.00 |
| U.S. TREASURY BILL DUE 10/10/02 | 800,000 | 0.99523 | 796,184.00 |
| U.S. TREASURY BILL DUE 10/17/02 | 850,000 | 0.99488 | 845,648.00 |
| U.S. TREASURY BILL DUE 10/24/02 | 900,000 | 0.99456 | 895,104.00 |
| U.S. TREASURY BILL DUE 10/31/02 | 900,000 | 0.99420 | 894,780.00 |
| U.S. TREASURY BILL DUE 11/07/02 | 500,000 | 0.99388 | 496,940.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 5,870,425.25 |
| Cash Balance | | 0.22 |
| Total Equity | $ | 5,870,425.47 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00193



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/02 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN024-30 as of 12/31/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/02 | NET MARKET VALUE 12/31/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 2,218 | 1 | 2,218.00 |
| U.S. TREASURY BILL DUE 01/30/03 | 400,000 | 0.99904 | 399,616.00 |
| U.S. TREASURY BILL DUE 02/13/03 | 400,000 | 0.99862 | 399,448.00 |
| U.S. TREASURY BILL DUE 02/20/03 | 500,000 | 0.99840 | 499,200.00 |
| U.S. TREASURY BILL DUE 02/27/03 | 500,000 | 0.99817 | 499,085.00 |
| U.S. TREASURY BILL DUE 03/06/03 | 500,000 | 0.99794 | 498,970.00 |
| U.S. TREASURY BILL DUE 03/13/03 | 500,000 | 0.99770 | 498,850.00 |
| U.S. TREASURY BILL DUE 03/20/03 | 700,000 | 0.99748 | 698,236.00 |
| U.S. TREASURY BILL DUE 03/27/03 | 700,000 | 0.99723 | 698,061.00 |
| U.S. TREASURY BILL DUE 04/03/03 | 700,000 | 0.99695 | 697,865.00 |
| U.S. TREASURY BILL DUE 04/10/03 | 1,000,000 | 0.99669 | 996,690.00 |

Net Market Value of
Open Security Positions          $    5,888,239.00

Cash Balance                                    0.35

Total Equity                          $    5,888,239.35



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00194



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/03 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN024-30 as of 6/30/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/03 | NET MARKET VALUE 6/30/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 44,831 | 1 | 44,831.00 |
| U.S. TREASURY BILL DUE 10/02/03 | 500,000 | 0.99770 | 498,850.00 |
| U.S. TREASURY BILL DUE 10/09/03 | 500,000 | 0.99759 | 498,795.00 |
| U.S. TREASURY BILL DUE 10/16/03 | 600,000 | 0.99742 | 598,452.00 |
| U.S. TREASURY BILL DUE 10/23/03 | 600,000 | 0.99725 | 598,350.00 |
| U.S. TREASURY BILL DUE 10/30/03 | 600,000 | 0.99709 | 598,254.00 |
| U.S. TREASURY BILL DUE 11/06/03 | 700,000 | 0.99667 | 697,669.00 |
| U.S. TREASURY BILL DUE 11/13/03 | 500,000 | 0.99649 | 498,245.00 |
| U.S. TREASURY BILL DUE 11/20/03 | 850,000 | 0.99631 | 846,863.50 |
| U.S. TREASURY BILL DUE 11/28/03 | 800,000 | 0.99606 | 796,848.00 |

| | | | |
|---|---|---|---|
| Net Market Value of Open Security Positions | | $ | 5,677,157.50 |
| Cash Balance | | | 0.31 |
| Total Equity | | $ | 5,677,157.81 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00195



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/03 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN024-30 as of 12/31/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/03 | NET MARKET VALUE 12/31/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 23,049 | 1 | 23,049.00 |
| U.S. TREASURY BILL DUE 04/08/04 | 800,000 | 0.99753 | 798,024.00 |
| U.S. TREASURY BILL DUE 04/15/04 | 750,000 | 0.99738 | 748,035.00 |
| U.S. TREASURY BILL DUE 04/22/04 | 800,000 | 0.99718 | 797,744.00 |
| U.S. TREASURY BILL DUE 04/29/04 | 675,000 | 0.99700 | 672,975.00 |
| U.S. TREASURY BILL DUE 05/06/04 | 1,000,000 | 0.99683 | 996,830.00 |
| U.S. TREASURY BILL DUE 05/13/04 | 475,000 | 0.99665 | 473,408.75 |
| U.S. TREASURY BILL DUE 05/20/04 | 500,000 | 0.99644 | 498,220.00 |
| U.S. TREASURY BILL DUE 05/27/04 | 475,000 | 0.99630 | 473,242.50 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 5,481,528.25 |
| **Cash Balance** | | 0.88 |
| **Total Equity** | $ | 5,481,529.13 |

27

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00196



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/04 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN024-30 as of 6/30/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/04 | NET MARKET VALUE 6/30/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 16,736 | 1 | 16,736.00 |
| U.S. TREASURY BILL DUE 11/18/04 | 500,000 | 0.99413 | 497,065.00 |
| U.S. TREASURY BILL DUE 11/26/04 | 500,000 | 0.99379 | 496,895.00 |
| U.S. TREASURY BILL DUE 12/02/04 | 500,000 | 0.99333 | 496,665.00 |
| U.S. TREASURY BILL DUE 12/09/04 | 700,000 | 0.99285 | 694,995.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 2,202,356.00 |
| Cash Balance | | 0.11 |
| Total Equity | $ | 2,202,356.11 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222



MAGNIFY 00197



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/04 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN024-30 as of 12/31/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/04 | NET MARKET VALUE 12/31/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 21,301 | 1 | 21,301.00 |
| U.S. TREASURY BILL DUE 03/03/05 | 500,000 | 0.99647 | 498,235.00 |
| U.S. TREASURY BILL DUE 03/10/05 | 500,000 | 0.99603 | 498,015.00 |
| U.S. TREASURY BILL DUE 03/17/05 | 500,000 | 0.99559 | 497,795.00 |
| U.S. TREASURY BILL DUE 03/24/05 | 750,000 | 0.99502 | 746,265.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 2,261,611.00 |
| Cash Balance | | 0.83 |
| Total Equity | $ | 2,261,611.83 |



MAGNIFY 00198



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

5 *handwritten*

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/05 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN024-30 as of 06/30/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/05 | NET MARKET VALUE 06/30/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 2,003 | 1 | 2,003.00 |
| U.S. TREASURY BILL DUE 09/01/05 | 475,000 | 0.99473 | 472,496.75 |
| U.S. TREASURY BILL DUE 09/08/05 | 500,000 | 0.99413 | 497,065.00 |
| U.S. TREASURY BILL DUE 09/15/05 | 500,000 | 0.99354 | 496,770.00 |
| U.S. TREASURY BILL DUE 09/22/05 | 500,000 | 0.99291 | 496,455.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 1,964,789.75 |
| Cash Balance | | .09 |
| Total Equity | $ | 1,964,789.84 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00199



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/05 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN024-30 as of 12/31/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2005 | NET MARKET VALUE 12/31/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 21,888 | 1 | 21,888.00 |
| U.S. TREASURY BILL DUE 02/02/2006 | 500,000 | 0.99632 | 498,160.00 |
| U.S. TREASURY BILL DUE 02/09/2006 | 500,000 | 0.99559 | 497,795.00 |
| U.S. TREASURY BILL DUE 02/16/2006 | 500,000 | 0.99485 | 497,425.00 |
| U.S. TREASURY BILL DUE 02/23/2006 | 200,000 | 0.99409 | 198,818.00 |
| U.S. TREASURY BILL DUE 03/02/2006 | 300,000 | 0.99327 | 297,981.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 2,012,067.00 |
| Cash Balance | | 0.64 |
| Total Equity | $ | 2,012,067.64 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00200



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/06 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN024-30 as of 06/30/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/2006 | NET MARKET VALUE 06/30/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 27,336 | 1 | 27,336.00 |
| U.S. TREASURY BILL DUE 09/21/2006 | 500,000 | 0.98882 | 494,410.00 |
| U.S. TREASURY BILL DUE 09/28/2006 | 400,000 | 0.98785 | 395,140.00 |
| U.S. TREASURY BILL DUE 10/05/2006 | 400,000 | 0.98680 | 394,720.00 |
| U.S. TREASURY BILL DUE 10/12/2006 | 200,000 | 0.98582 | 197,164.00 |
| U.S. TREASURY BILL DUE 10/19/2006 | 200,000 | 0.98480 | 196,960.00 |

|  |  |  |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 1,705,730.00 |
| **Cash Balance** |  | 0.43 |
| **Total Equity** | $ | 1,705,730.43 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00201



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/06 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN024-30 as of 12/31/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/06 | NET MARKET VALUE 12/31/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 19,688 | 1 | 19,688.00 |
| U.S. TREASURY BILL DUE 02/15/2007 | 125,000 | 0.99359 | 124,198.75 |
| U.S. TREASURY BILL DUE 02/22/2007 | 125,000 | 0.99264 | 124,080.00 |
| U.S. TREASURY BILL DUE 03/01/2007 | 125,000 | 0.99166 | 123,957.50 |
| U.S. TREASURY BILL DUE 03/08/2007 | 125,000 | 0.99070 | 123,837.50 |
| U.S. TREASURY BILL DUE 03/15/2007 | 150,000 | 0.98978 | 148,467.00 |
| U.S. TREASURY BILL DUE 03/22/2007 | 150,000 | 0.98877 | 148,315.50 |
| U.S. TREASURY BILL DUE 03/29/2007 | 150,000 | 0.98780 | 148,170.00 |
| U.S. TREASURY BILL DUE 04/05/2007 | 200,000 | 0.98682 | 197,364.00 |
| U.S. TREASURY BILL DUE 04/12/2007 | 200,000 | 0.98590 | 197,180.00 |
| U.S. TREASURY BILL DUE 04/19/2007 | 200,000 | 0.98495 | 196,990.00 |
| U.S. TREASURY BILL DUE 04/26/2007 | 200,000 | 0.98397 | 196,794.00 |

| | | | |
|---|---|---|---|
| Net Market Value of Open Security Positions | | $ | 1,749,042.25 |
| Cash Balance | | | 0.09 |
| Total Equity | | $ | 1,749,042.34 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00202



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/07 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN024-30 as of 06/30/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/07 | NET MARKET VALUE 06/30/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 11,921 | 1 | 11,921.00 |
| U.S. TREASURY BILL DUE 09/20/2007 | 100,000 | 0.98923 | 98,923.00 |
| U.S. TREASURY BILL DUE 09/27/2007 | 100,000 | 0.98833 | 98,833.00 |
| U.S. TREASURY BILL DUE 10/04/2007 | 100,000 | 0.98726 | 98,726.00 |
| U.S. TREASURY BILL DUE 10/11/2007 | 100,000 | 0.98636 | 98,636.00 |
| U.S. TREASURY BILL DUE 10/18/2007 | 100,000 | 0.98560 | 98,560.00 |
| U.S. TREASURY BILL DUE 10/25/2007 | 100,000 | 0.98463 | 98,463.00 |
| U.S. TREASURY BILL DUE 11/01/2007 | 100,000 | 0.98375 | 98,375.00 |
| U.S. TREASURY BILL DUE 11/08/2007 | 150,000 | 0.98277 | 147,415.50 |
| U.S. TREASURY BILL DUE 11/15/2007 | 200,000 | 0.98189 | 196,378.00 |
| U.S. TREASURY BILL DUE 11/23/2007 | 200,000 | 0.98081 | 196,162.00 |
| U.S. TREASURY BILL DUE 11/29/2007 | 200,000 | 0.98003 | 196,006.00 |

**Net Market Value of
Open Security Positions**          $    1,438,398.50

**Cash Balance**                              0.23

**Total Equity**                        $    1,438,398.73



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00203

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Bernard L. Madoff

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/07 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN024-30 as of 12/31/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2007 | NET MARKET VALUE 12/31/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 27,174 | 1 | 27,174.00 |
| U.S. TREASURY BILL DUE 03/06/2008 | 400,000 | 0.99450 | 397,800.00 |
| U.S. TREASURY BILL DUE 03/13/2008 | 500,000 | 0.99382 | 496,910.00 |
| U.S. TREASURY BILL DUE 03/20/2008 | 250,000 | 0.99304 | 248,260.00 |
| U.S. TREASURY BILL DUE 03/27/2008 | 200,000 | 0.99234 | 198,468.00 |
| U.S. TREASURY BILL DUE 04/03/2008 | 100,000 | 0.99149 | 99,149.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 1,467,761.00 |
| Cash Balance | | 0.57 |
| Total Equity | $ | 1,467,761.57 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

MAGNIFY 00204



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN024-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 51,008 | 1 | 51,008.00 |
| U.S. TREASURY BILL DUE 10/2/2008 | 1,100,000 | 0.99527 | 1,094,797.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 1,145,805.00 |
| Cash Balance | | 0.83 |
| Total Equity | $ | 1,145,805.83 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00205