# EXHIBIT J



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

MAGNIFY INC.
KURT BRUNNER ATTORNEY AT LAW
BANK STRASSE 21
8750 GLARUS SWITZERLAND

Dear Mr. Brunner,

Please be advised that as of 12/31/92 your account portfolio evaluation is as follows:

SECURITIES HELD FOR THE ACCOUNT OF
"MAGNIFY INC."
A/C #1FN025-30 AS OF 12/31/92

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/92 | NET MARKET VALUE 12/31/92 |
|---|---|---|---|
| AMR | 100,000 | 67 1/2 | $6,750,000.00 |
| BIOGEN INC. | 900,000 | 47 | $42,300,000.00 |
| COMPAQ COMPUTER CORP. | 450,000 | 48 3/4 | $21,937,500.00 |
| CITICORP | 950,000 | 22 1/4 | $21,137,500.00 |
| DELL COMPUTER CORP. | 780,000 | 48 | $37,440,000.00 |
| DIGITAL EQUIPMENT CORP. | 125,000 | 33 3/4 | $4,218,750.00 |
| FIDELITY CASH RESERVES SBI | 792,946 | 1 | $792,946.00 |
| LINEAR TECHNOLOGY CORP. | 850,000 | 25 1/2 | $21,675,000.00 |
| ORACLE SYSTEMS CORP. | 950,000 | 28 3/8 | $26,956,250.00 |
| LOTUS DEVELOPMENT CORP. | 50,000 | 19 5/8 | $981,250.00 |
| STAPLES INC. | 400,000 | 41 1/4 | $16,500,000.00 |



Affiliated with:
Madoff Securities International Ltd.



| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/92 | NET MARKET VALUE 12/31/92 |
|---|---|---|---|
| STORAGE TECHNOLOGY CORP. | 50,000 | 20 3/4 | $1,037,500.00 |
| SUN MICROSYSTEMS INC. | 100,000 | 33 5/8 | $3,362,500.00 |
| TELE COMMUNICATIONS INC. | 800,000 | 21 1/4 | $17,000,000.00 |

| | |
|---|---|
| NET MARKET VALUE OF OPEN SECURITY POSITIONS | $222,089,196.00 |
| CASH BALANCE | $0.13 |
| TOTAL EQUITY | $222,089,196.13 |

27

MAGNIFY 00207



**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue New York, NY 10022-4834

212-230-2424
800-334-1343
Telex 235130
Fax 212-486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 6/30/93 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN025-30 As of 6/30/93

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/93 | NET MARKET VALUE 6/30/93 |
|---|---|---|---|
| AMR CORP. | 100,000 | 63 1/4 | $6,325,000.00 |
| CITICORP | 950,000 | 30 1/8 | $28,618,750.00 |
| COMPAQ COMPUTER CORP. | 450,000 | 49 | $22,050,000.00 |
| DIGITAL EQUIPMENT CORP. | 125,000 | 41 3/4 | $5,218,750.00 |
| FIDELITY CASH RESERVES SBI | 975,397 | 1 | $975,397.00 |
| LOTUS DEVELOPMENT CORP. | 858,200 | 34 5/8 | $29,715,175.00 |
| ORACLE SYSTEMS CORP. | 950,000 | 49 1/4 | $46,787,500.00 |
| STORAGE TECHNOLOGY CORP. | 900,000 | 39 1/8 | $35,212,500.00 |
| SUN MICROSYSTEMS INC. | 100,000 | 29 5/8 | $2,962,500.00 |
| TELE COMMUNICATIONS INC. | 800,000 | 22 3/4 | $18,200,000.00 |
| U.S. TREASURY STRIP INT. DUE 8/15/00 | 142,715,000 | 0·6752 | $96,361,168.00 |

Net Market Value of
Open Security Positions    292,426,740.00

Cash Balance    (162,401.27)

Total Equity    292,264,338.73



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00208



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/93 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN025-30 As of 12/31/93

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/93 | NET MARKET VALUE 12/31/93 |
|---|---|---|---|
| AMR CORP. | 100,000 | 67 | $6,700,000.00 |
| CITICORP | 950,000 | 36 7/8 | $35,031,250.00 |
| COMPAQ COMPUTER CORP. | 450,000 | 73 7/8 | $33,243,750.00 |
| DIGITAL EQUIPMENT CORP. | 125,000 | 34 1/4 | $4,281,250.00 |
| FIDELITY CASH RESERVES SBI | 975,501 | 1 | $975,501.00 |
| LOTUS DEVELOPMENT CORP. | 858,200 | 55 | $47,201,000.00 |
| ORACLE SYSTEMS CORP. | 1,900,000 | 28 3/4 | $54,625,000.00 |
| STORAGE TECHNOLOGY CORP. | 900,000 | 31 7/8 | $28,687,500.00 |
| SUN MICROSYSTEMS INC. | 100,000 | 29 1/8 | $2,912,500.00 |
| TELE COMMUNICATIONS INC. | 800,000 | 30 1/4 | $24,200,000.00 |
| U.S. TREASURY STRIP INT. DUE 8/15/00 | 142,710,000 | 69.59 | $99,311,889.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | 337,169,640.00 | |
| Cash Balance | (166,525.77) | |
| Total Equity | 337,003,114.23 | |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00209

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 6/30/94 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN025-30 As of 6/30/94

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/94 | NET MARKET VALUE 6/30/94 |
|---|---|---|---|
| AMR CORP. | 100,000 | 59 3/8 | $5,937,500.00 |
| COMPAQ COMPUTER CORP. | 1,945,500 | 32 3/8 | $62,985,562.50 |
| DELL COMPUTER | 950,000 | 26 3/8 | $25,056,250.00 |
| FIDELITY CASH RESERVES SBI | 990,790 | 1 | $990,790.00 |
| MICROSOFT CORP. | 763,400 | 51 5/8 | $39,410,525.00 |
| ORACLE SYSTEMS CORP. | 1,900,000 | 37 1/2 | $71,250,000.00 |
| STORAGE TECHNOLOGY CORP. | 900,000 | 32 1/2 | $29,250,000.00 |
| SUN MICROSYSTEMS INC. | 100,000 | 20 5/8 | $2,062,500.00 |
| U.S. TREASURY BILL DUE 9/15/94 | 160,000,000 | 99.13 | $158,608,000.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $395,551,127.50 | |
| Cash Balance | .78 cr | |
| Total Equity | $395,551,128.28 | |

*27*

MAGNIFY 00210



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Strasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/94 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account #: 1FN025-30 As of 12/31/94

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/94 | NET MARKET VALUE 12/31/94 |
|---|---|---|---|
| AMR CORP. | 350,000 | 53 1/4 | $18,637,500.00 |
| COMPAQ COMPUTER CORP. | 1,545,500 | 39 3/8 | $60,854,062.50 |
| CRAY RESEARCH INC. | 780,000 | 15 5/8 | $12,187,500.00 |
| FEDERAL EXPRESS CORP. | 675,000 | 60 1/4 | $40,668,750.00 |
| FIDELITY CASH RESERVES SBI | 998,738 | 1 | $998,738.00 |
| MICROSOFT CORP. | 763,400 | 61 1/8 | $46,662,825.00 |
| NOVELL INC. | 790,000 | 17 1/8 | $13,528,750.00 |
| STORAGE TECHNOLOGY CORP. | 900,000 | 29 | $26,100,000.00 |
| U.S. TREASURY BILL DUE 3/2/95 | 163,725,000 | 99.08 | $162,218,730.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 32,060,000 | 47.38 | $15,190,028.00 |

Net Market Value of
Open Security Positions          $397,046,883.50

Cash Balance                     .78 cr

Total Equity                     $397,046,884.28



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00211



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 6/30/95 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 As of 6/30/95

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/95 | NET MARKET VALUE 6/30/95 |
|---|---|---|---|
| COMPAQ COMPUTER CORP. | 1,545,500 | 45 1/4 | $69,933,875.00 |
| CRAY RESEARCH INC. | 780,000 | 24 3/8 | $19,012,500.00 |
| DIGITAL EQUIPMENT CORP. | 375,000 | 40 3/4 | $15,281,250.00 |
| FEDERAL EXPRESS CORP. | 805,000 | 60 3/4 | $48,903,750.00 |
| FIDELITY CASH RESERVES SBI | 1,045,133 | 1 | $1,045,133.00 |
| NOVELL INC. | 790,000 | 19 15/16 | $15,750,625.00 |
| STORAGE TECHNOLOGY CORP. | 1,550,000 | 24 5/8 | $38,168,750.00 |
| TANDEM COMPUTERS INC. | 860,000 | 16 1/8 | $13,867,500.00 |
| U.S. TREASURY BILL DUE 9/28/95 | 168,700,000 | 98.65 | $166,422,550.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 32,060,000 | 56.58 | $18,139,548.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | | $406,525,481.00 |
| Cash Balance | | 0.78 cr. |
| Total Equity | | $406,525,481.78 |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/95 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 As of 12/31/95

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/95 | NET MARKET VALUE 12/31/95 |
|---|---|---|---|
| COMPAQ COMPUTER CORP. | 1,545,500 | 48 | $74,184,000.00 |
| CRAY RESEARCH INC. | 780,000 | 24 5/8 | $19,207,500.00 |
| DIGITAL EQUIPMENT CORP. | 375,000 | 64 1/8 | $24,046,875.00 |
| FEDERAL EXPRESS CORP. | 805,000 | 73 7/8 | $59,469,375.00 |
| FIDELITY CASH RESERVES SBI | 1,044,273 | 1 | $1,044,273.00 |
| NOVELL INC. | 790,000 | 14 1/4 | $11,257,500.00 |
| STORAGE TECHNOLOGY CORP. | 1,550,000 | 23 7/8 | $37,006,250.00 |
| TANDEM COMPUTERS INC. | 860,000 | 10 5/8 | $ 9,137,500.00 |
| U.S. TREASURY BILL DUE 3/28/96 | 173,400,000 | 98.77 | $171,267,180.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 32,060,000 | 61.93 | $19,854,758.00 |

Net Market Value of
Open Security Positions          $426,475,211.00

Cash Balance                         0.78 cr.

Total Equity                      $426,475,211.78



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00213



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 06/30/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 06/30/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/96 | NET MARKET VALUE 06/30/96 |
|---|---|---|---|
| COMPAQ COMPUTER CORP. | 1,545,500 | 49 1/8 | $75,922,687.50 |
| CRAY RESEARCH INC. | 780,000 | 24 1/8 | $18,817,500.00 |
| DIGITAL EQUIPMENT CORP. | 375,000 | 45 1/8 | $16,921,875.00 |
| FEDERAL EXPRESS CORP. | 805,000 | 82 | $66,010,000.00 |
| FIDELITY CASH RESERVES SBI | 451,126 | 1 | $451,126.00 |
| NOVELL INC. | 790,000 | 13 7/8 | $10,961,250.00 |
| STORAGE TECHNOLOGY CORP. | 775,000 | 39 1/4 | $30,418,750.00 |
| TANDEM COMPUTERS INC. | 860,000 | 12 3/8 | $10,642,500.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 360,200,000 | 58.48 | $210,644,960.00 |

Net Market Value of
Open Security Positions          $440,790,648.50

Cash Balance          0.78 cr.

Total Equity          $440,790,649.28



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00214



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Kurt Brunner Attorney At Law
Bank Stasse 21
8750 Glarus Switzerland

Dear Mr. Brunner:

Please be advised that as of 12/31/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 12/31/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/96 | NET MARKET VALUE 12/31/96 |
|---|---|---|---|
| AMR CORP. | 624,500 | 88 1/8 | $ 55,034,062.50 |
| AMERICA ONLINE INC. | 629,000 | 33 1/4 | $ 20,914,250.00 |
| CISCO SYSTEMS INC. | 718,000 | 63 5/8 | $ 45,682,750.00 |
| DIGITAL EQUIPMENT CORP. | 847,000 | 36 1/4 | $ 30,703,750.00 |
| FIDELITY SPARTAN FUND | 39,723 | 1 | $ 39,723.00 |
| NOVELL INC. | 790,000 | 9 15/32 | $ 7,480,312.50 |
| ORACLE CORP. | 93,800 | 41 3/4 | $ 3,916,150.00 |
| SILICON GRAPHICS INC. | 780,000 | 25 1/2 | $ 19,890,000.00 |
| STORAGE TECHNOLOGY CORP. | 875,000 | 47 7/8 | $ 41,890,625.00 |
| TANDEM COMPUTERS  INC. | 922,000 | 13 3/4 | $ 12,677,500.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/04 | 360,200,000 | 61.83 | $ 222,711,660.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ 460,940,783.00 | |
| Cash Balance | 0.50 | |
| Total Equity | $ 460,940,783.50 | |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00215



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/97 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 6/30/97

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/97 | NET MARKET VALUE 6/30/97 |
|---|---|---|---|
| AMR CORP. | 524,500 | 92 1/2 | $  48,516,250.00 |
| AMERICA ONLINE INC. | 629,000 | 55 5/8 | $  34,988,125.00 |
| CISCO SYSTEMS INC. | 718,000 | 67 1/8 | $  48,195,750.00 |
| DELL COMPUTER CORP. | 240,000 | 117 7/16 | $  28,185,000.00 |
| DIGITAL EQUIPMENT CORP. | 847,000 | 35 7/8 | $  30,386,125.00 |
| FIDELITY SPARTAN FUND | 12,931 | 1 | $      12,931.00 |
| NOVELL INC. | 790,000 | 6 15/16 | $   5,480,625.00 |
| ORACLE CORP. | 93,800 | 50 3/8 | $   4,725,175.00 |
| SILICON GRAPHICS INC. | 780,000 | 15 | $  11,700,000.00 |
| STORAGE TECHNOLOGY CORP. | 875,000 | 45 1/8 | $  39,484,375.00 |
| SUN MICROSYSTEMS INC. | 255,000 | 37 1/4 | $   9,498,750.00 |
| TANDEM COMPUTERS  INC. | 922,000 | 20 1/4 | $  18,670,500.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/04 | 320,000,000 | 63.22 | $ 202,304,000.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ 482,147,606.00 | |
| Cash Balance | 0.63 | |
| Total Equity | $ 482,147,606.63 | |



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00216



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/97 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 12/31/97

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/97 | NET MARKET VALUE 12/31/97 |
|---|---|---|---|
| APPLE COMPUTER CORP. | 735,600 | 13 1/8 | 9,654,750.00 |
| APPLIED MATERIALS INC. | 369,000 | 30 1/8 | 11,116,125.00 |
| AMGEN INC. | 376,400 | 54 1/8 | 20,372,650.00 |
| AMR CORP. | 154,000 | 128 1/2 | 19,789,000.00 |
| AMERICA ONLINE CORP. | 182,300 | 90 1/2 | 16,498,150.00 |
| BIOGEN INC. | 139,600 | 36 3/8 | 5,077,950.00 |
| 3COM CORP. | 195,800 | 34 15/16 | 6,840,762.50 |
| COMPAQ COMPUTER CORP. | 385,900 | 56 1/2 | 21,803,350.00 |
| CISCO SYSTEMS INC. | 336,800 | 55 3/4 | 18,776,600.00 |
| DIGITAL EQUIPTMENT CORP. | 398,500 | 37 1/8 | 14,794,312.50 |
| DELL COMPUTER CORP. | 269,400 | 84 | 22,629,600.00 |
| FEDERAL EXPRESS CORP. | 285,000 | 61 1/16 | 17,402,812.50 |
| FIDELITY SPARTAN SBI | 37,649 | 1 | 37,649.00 |
| GATEWAY 2000 INC. | 495,900 | 32 3/4 | 16,240,725.00 |
| IOMEGA CORP. | 678,900 | 12 7/16 | 8,443,818.75 |
| LSI LOGIC CORP. | 947,800 | 19 5/8 | 18,600,575.00 |
| MICROSOFT CORP. | 48,500 | 129 1/4 | 6,268,625.00 |
| NOVELL INC. | 874,500 | 7 1/2 | 6,558,750.00 |
| NETSCAPE COMMUN. CORP. | 659,600 | 24 3/8 | 16,077,750.00 |
| ORACLE CORP. | 387,400 | 22 5/16 | 8,643,862.50 |
| SILICON GRAPHICS INC. | 653,700 | 12 5/16 | 8,048,681.25 |
| STORAGE TECHNOLOGY CORP. | 202,300 | 61 15/16 | 12,529,956.25 |
| SUN MICROSYSTEMS INC. | 247,500 | 39 7/8 | 9,869,062.50 |
| U.S. TREASURY BILL DUE 4/16/98 | 83,750,000 | 0.9847 | 82,468,625.00 |
| U.S. TREASURY BILL DUE 5/14/98 | 52,850,000 | 0.9806 | 51,824,710.00 |
| U.S. TREASURY NOTE STRIP DUE 8/15/04 | 106,400,000 | 0.6858 | 72,969,120.00 |

| | |
|---|---|
| NET MARKET VALUE OF OPEN SECURITY POSITIONS | $503,337,972.75 |
| CASH BALANCE | $0.50 |
| TOTAL EQUITY | $503,337,973.25 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891



**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/98 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 6/30/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/98 | NET MARKET VALUE 6/30/98 |
|---|---|---|---|
| A T & T CORP. | 513,400 | 57 1/8 | 29,327,975.00 |
| APPLIED MATERIALS INC. | 422,000 | 29 1/2 | 12,449,000.00 |
| AMGEN INC. | 467,300 | 65 3/8 | 30,549,737.50 |
| AMR CORP. | 268,400 | 83 1/4 | 22,344,300.00 |
| AMERICA ONLINE INC. | 294,500 | 105 1/8 | 30,959,312.50 |
| BOEING CO. | 291,600 | 44 9/16 | 12,994,425.00 |
| BRISTOL-MYERS SQUIBB CO. | 138,400 | 114 15/16 | 15,907,350.00 |
| CISCO SYSTEMS INC. | 163,000 | 92 1/16 | 15,006,187.50 |
| COCA-COLA CO. | 171,900 | 85 1/2 | 14,697,450.00 |
| COMPAQ COMPUTER CORP. | 410,400 | 28 3/8 | 11,645,100.00 |
| DU PONT DE NEMOURS | 193,500 | 74 11/16 | 14,452,031.25 |
| DELL COMPUTER CORP. | 174,500 | 92 13/16 | 16,195,781.25 |
| FDX CORP. | 210,000 | 62 3/4 | 13,177,500.00 |
| FIDELITY SPARTAN SBI | 39,707 | 1 | 39,707.00 |
| INTEL CORP. | 225,100 | 74 1/8 | 16,685,537.50 |
| MICROSOFT CORP. | 130,800 | 108 3/8 | 14,175,450.00 |
| NETSCAPE COMMUNICATIONS CO. | 406,400 | 27 1/16 | 10,998,200.00 |
| ORACLE CORP. | 511,000 | 24 9/16 | 12,551,437.50 |
| SUN MICROSYSTEMS INC. | 267,700 | 43 7/16 | 11,628,218.75 |
| WAL-MART STORES INC. | 200,700 | 60 3/4 | 12,192,525.00 |
| U.S TREASURY BILL DUE 9/17/98 | 70,000,000 | 0.9892 | 69,244,000.00 |
| U.S TREASURY BILL DUE 12/10/98 | 70,000,000 | 0.9770 | 68,390,000.00 |
| U.S TREASURY NOTE STRIP DUE 8/15/04 | 100,000,000 | 0.7164 | 71,640,000.00 |

Net Market Value of
Open Security Positions          $ 527,251,225.75

Cash Balance                              0.00

Total Equity                        $ 527,251,225.75



Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

MAGNIFY 00218



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/98 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 12/31/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/98 | NET MARKET VALUE 12/31/98 |
|---|---|---|---|
| ADVANCED MICRO DEVICES | 345,100 | 29 | 10,007,900.00 |
| AMGEN INC. | 223,000 | 104 9/16 | 23,317,437.50 |
| AMR CORP. | 194,500 | 59 3/8 | 11,548,437.50 |
| BIOGEN INC. | 161,300 | 83 | 13,387,900.00 |
| BRISTOL-MYERS SQUIBB CO. | 107,300 | 133 13/16 | 14,358,081.25 |
| CISCO SYSTEMS INC. | 257,500 | 92 13/16 | 23,899,218.75 |
| COCA-COLA CO. | 283,800 | 67 | 19,014,600.00 |
| DELL COMPUTER CORP. | 194,300 | 73 3/16 | 14,220,331.25 |
| DOW CHEMICAL CO. | 274,800 | 90 15/16 | 24,989,625.00 |
| FDX CORP. | 222,400 | 89 3/16 | 19,835,300.00 |
| FIDELITY SPARTAN SBI | 36,476 | 1 | 36,476.00 |
| GENERAL ELECTRIC CO. | 243,600 | 102 | 24,847,200.00 |
| JOHNSON AND JOHNSON | 195,700 | 83 7/8 | 16,414,337.50 |
| LILLY, ELI & CO | 179,300 | 88 7/8 | 15,935,287.50 |
| LUCENT TECHNOLOGIES INC. | 204,600 | 109 15/16 | 22,493,212.50 |
| MERRILL LYNCH &CO. INC. | 211,700 | 66 3/4 | 14,130,975.00 |
| PROCTOR AND GAMBLE CO. | 222,900 | 91 5/16 | 20,353,556.25 |
| SUN MICROSYSTEMS INC. | 190,000 | 85 5/8 | 16,268,750.00 |
| 3COM CORP. | 274,200 | 44 13/16 | 12,287,587.50 |
| U.S TREASURY BILL DUE 4/8/99 | 65,000,000 | 0.9882 | 64,233,000.00 |
| U.S TREASURY BILL DUE 4/15/99 | 50,000,000 | 0.9880 | 49,400,000.00 |
| U.S TREASURY BILL DUE 4/22/99 | 60,000,000 | 0.9864 | 59,184,000.00 |
| U.S TREASURY BILL DUE 4/29/99 | 60,000,000 | 0.9856 | 59,136,000.00 |

| | |
|---|---|
| Net Market Value of Open Security Positions | $ 549,299,213.50 |
| Cash Balance | 0.11 |
| Total Equity | $ 549,299,213.61 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222



**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/99 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 6/30/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/99 | NET MARKET VALUE 6/30/99 |
|---|---|---|---|
| AMR CORP. | 194,500 | 68 1/4 | 13,274,625.00 |
| AT&T CORP. | 212,700 | 55 13/16 | 11,871,318.75 |
| AMERICAN EXPRESS CO. | 165,400 | 130 1/8 | 21,522,675.00 |
| BANK OF AMERICA | 219,500 | 73 5/16 | 16,092,093.75 |
| CATERPILLAR INC. | 227,600 | 60 | 13,656,000.00 |
| CISCO SYSTEMS INC. | 126,000 | 64 7/16 | 8,119,125.00 |
| COCA-COLA CO. | 283,800 | 62 | 17,595,600.00 |
| THE WALT DISNEY CO. | 246,900 | 30 13/16 | 7,607,606.25 |
| DELL COMPUTER CORP. | 194,300 | 37 | 7,189,100.00 |
| EASTMAN KODAK CO. | 253,500 | 67 3/4 | 17,174,625.00 |
| EXXON CORP. | 174,000 | 77 1/8 | 13,419,750.00 |
| FDX CORP. | 194,300 | 54 1/4 | 10,540,775.00 |
| FIDELITY SPARTAN SBI | 64,374 | 1 | 64,374.00 |
| FORD MOTOR CO. | 300,200 | 56 7/16 | 16,942,537.50 |
| GENERAL ELECTRIC CO. | 265,100 | 113 | 29,956,300.00 |
| JOHNSON AND JOHNSON | 175,300 | 98 | 17,179,400.00 |
| MCI WORLDCOM INC. | 100,600 | 86 1/16 | 8,657,887.50 |
| MERCK & CO. | 175,400 | 73 5/8 | 12,913,825.00 |
| MICROSOFT CORP. | 210,500 | 90 3/16 | 18,984,468.75 |
| PEPSICO INC. | 188,000 | 38 11/16 | 7,273,250.00 |
| SEARS ROEBUCK & CO. | 219,400 | 44 9/16 | 9,777,012.50 |
| SUN MICROSYSTEMS INC. | 203,600 | 68 7/8 | 14,022,950.00 |
| U.S TREASURY BILL DUE 9/23/99 | 54,000,000 | 0.9892 | 53,416,800.00 |
| U.S TREASURY BILL DUE 9/30/99 | 52,500,000 | 0.9881 | 51,875,250.00 |
| U.S TREASURY BILL DUE 10/7/99 | 47,500,000 | 0.9873 | 46,896,750.00 |
| U.S TREASURY BILL DUE 10/14/99 | 45,000,000 | 0.9864 | 44,388,000.00 |
| U.S TREASURY BILL DUE 10/21/99 | 42,500,000 | 0.9855 | 41,883,750.00 |
| U.S TREASURY BILL DUE 10/28/99 | 42,500,000 | 0.9847 | 41,849,750.00 |

Net Market Value of
Open Security Positions                 $ 574,145,599.00

Cash Balance                                        0.18

Total Equity                                  $ 574,145,599.18



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222



MAGNIFY 00220



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/99 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 12/31/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/99 | NET MARKET VALUE 12/31/99 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 1,203 | 1 | 1,203.00 |
| U.S. TREASURY BILL DUE 04/20/00 | 65,000,000 | 0.9839 | 63,953,500.00 |
| U.S. TREASURY BILL DUE 04/27/00 | 65,000,000 | 0.9827 | 63,875,500.00 |
| U.S. TREASURY BILL DUE 05/04/00 | 65,000,000 | 0.9815 | 63,797,500.00 |
| U.S. TREASURY BILL DUE 05/11/00 | 65,000,000 | 0.9803 | 63,719,500.00 |
| U.S. TREASURY BILL DUE 05/18/00 | 70,000,000 | 0.9792 | 68,544,000.00 |
| U.S. TREASURY BILL DUE 05/25/00 | 70,000,000 | 0.9781 | 68,467,000.00 |
| U.S. TREASURY BILL DUE 06/01/00 | 70,000,000 | 0.9770 | 68,390,000.00 |
| U.S. TREASURY BILL DUE 06/08/00 | 70,000,000 | 0.9758 | 68,306,000.00 |
| U.S. TREASURY BILL DUE 06/15/00 | 72,000,000 | 0.9749 | 70,192,800.00 |

Net Market Value of
Open Security Positions          $ 599,247,003.00

Cash Balance                             0.92

Total Equity                    $ 599,247,003.92



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/00 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 6/30/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/31/00 | NET MARKET VALUE 6/30/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 53,228 | 1 | 53,228.00 |
| U.S. TREASURY BILL DUE 09/07/00 | 90,000,000 | 0.9891 | 89,019,000.00 |
| U.S. TREASURY BILL DUE 09/21/00 | 80,000,000 | 0.9869 | 78,952,000.00 |
| U.S. TREASURY BILL DUE 09/28/00 | 80,000,000 | 0.9858 | 78,864,000.00 |
| U.S. TREASURY BILL DUE 10/05/00 | 80,000,000 | 0.9845 | 78,760,000.00 |
| U.S. TREASURY BILL DUE 10/12/00 | 80,000,000 | 0.9834 | 78,672,000.00 |
| U.S. TREASURY BILL DUE 11/09/00 | 80,000,000 | 0.9784 | 78,272,000.00 |
| U.S. TREASURY BILL DUE 11/16/00 | 80,000,000 | 0.9773 | 78,184,000.00 |
| U.S. TREASURY BILL DUE 11/24/00 | 66,000,000 | 0.9759 | 64,409,400.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ 625,185,628.00 | |
| Cash Balance | 0.33 | |
| Total Equity | $ 625,185,628.33 | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222



MAGNIFY 00222



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/00 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 12/31/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/00 | NET MARKET VALUE 12/31/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 24,989 | 1 | 24,989.00 |
| U.S. TREASURY BILL DUE 04/26/01 | 55,000,000 | 0.9817 | 53,993,500.00 |
| U.S. TREASURY BILL DUE 05/03/01 | 62,000,000 | 0.9805 | 60,791,000.00 |
| U.S. TREASURY BILL DUE 05/10/01 | 62,000,000 | 0.9795 | 60,729,000.00 |
| U.S. TREASURY BILL DUE 05/17/01 | 65,000,000 | 0.9785 | 63,602,500.00 |
| U.S. TREASURY BILL DUE 05/24/01 | 65,000,000 | 0.9775 | 63,537,500.00 |
| U.S. TREASURY BILL DUE 05/31/01 | 65,000,000 | 0.9765 | 63,472,500.00 |
| U.S. TREASURY BILL DUE 06/07/01 | 65,000,000 | 0.9754 | 63,401,000.00 |
| U.S. TREASURY BILL DUE 06/14/01 | 80,000,000 | 0.9743 | 77,944,000.00 |
| U.S. TREASURY BILL DUE 06/21/01 | 80,000,000 | 0.9734 | 77,872,000.00 |
| U.S. TREASURY BILL DUE 06/28/01 | 70,300,000 | 0.9725 | 68,366,750.00 |

**Net Market Value of**
**Open Security Positions**          $ 653,734,739.00

**Cash Balance**                                 0.22

**Total Equity**                       $ 653,734,739.22



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00223



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/01 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 6/30/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/01 | NET MARKET VALUE 6/30/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 5,848 | 1 | 5,848.00 |
| U.S. TREASURY BILL DUE 07/26/01 | 75,775,000 | 0.9976 | 75,593,140.00 |
| U.S. TREASURY BILL DUE 09/13/01 | 78,000,000 | 0.9925 | 77,415,000.00 |
| U.S. TREASURY BILL DUE 09/20/01 | 100,000,000 | 0.9918 | 99,180,000.00 |
| U.S. TREASURY BILL DUE 09/27/01 | 100,000,000 | 0.9911 | 99,110,000.00 |
| U.S. TREASURY BILL DUE 10/04/01 | 100,000,000 | 0.9904 | 99,040,000.00 |
| U.S. TREASURY BILL DUE 10/11/01 | 110,000,000 | 0.9898 | 108,878,000.00 |
| U.S. TREASURY BILL DUE 10/18/01 | 125,000,000 | 0.9891 | 123,637,500.00 |

| | |
|---|---|
| Net Market Value of Open Security Positions | $ 682,859,488.00 |
| Cash Balance | 0.79 |
| Total Equity | $ 682,859,488.79 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00224



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/01 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # :1FN025-30 as of 12/31/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/01 | NET MARKET VALUE 12/31/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 18,583 | 1 | 18,583.00 |
| U.S. TREASURY BILL DUE 02/14/02 | 50,000,000 | 0.9979 | 49,895,000.00 |
| U.S. TREASURY BILL DUE 02/21/02 | 50,000,000 | 0.9976 | 49,880,000.00 |
| U.S. TREASURY BILL DUE 03/07/02 | 50,000,000 | 0.9969 | 49,845,000.00 |
| U.S. TREASURY BILL DUE 03/14/02 | 55,000,000 | 0.9966 | 54,813,000.00 |
| U.S. TREASURY BILL DUE 03/21/02 | 55,000,000 | 0.9963 | 54,796,500.00 |
| U.S. TREASURY BILL DUE 03/28/02 | 63,000,000 | 0.9959 | 62,741,700.00 |
| U.S. TREASURY BILL DUE 04/04/02 | 67,000,000 | 0.9956 | 66,705,200.00 |
| U.S. TREASURY BILL DUE 04/11/02 | 70,000,000 | 0.9953 | 69,671,000.00 |
| U.S. TREASURY BILL DUE 04/18/02 | 50,000,000 | 0.9949 | 49,745,000.00 |
| U.S. TREASURY BILL DUE 04/25/02 | 50,000,000 | 0.9946 | 49,730,000.00 |
| U.S. TREASURY BILL DUE 05/02/02 | 50,000,000 | 0.9943 | 49,715,000.00 |
| U.S. TREASURY BILL DUE 05/23/02 | 45,000,000 | 0.9932 | 44,694,000.00 |
| U.S. TREASURY BILL DUE 05/30/02 | 47,600,000 | 0.9928 | 47,257,280.00 |

| | |
|---|---|
| Net Market Value of Open Security Positions | $ 699,507,263.00 |
| Cash Balance | 0.41 |
| Total Equity | $ 699,507,263.41 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00225



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/02 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN025-30 as of 6/30/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/02 | NET MARKET VALUE 6/30/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 12,018 | 1 | 12,018.00 |
| U.S. TREASURY BILL DUE 09/19/02 | 50,000,000 | 0.99617 | 49,808,500.00 |
| U.S. TREASURY BILL DUE 09/26/02 | 50,000,000 | 0.99585 | 49,792,500.00 |
| U.S. TREASURY BILL DUE 10/03/02 | 50,300,000 | 0.99553 | 50,075,159.00 |
| U.S. TREASURY BILL DUE 10/10/02 | 50,150,000 | 0.99523 | 49,910,784.50 |
| U.S. TREASURY BILL DUE 10/17/02 | 53,000,000 | 0.99488 | 52,728,640.00 |
| U.S. TREASURY BILL DUE 10/24/02 | 51,750,000 | 0.99456 | 51,468,480.00 |
| U.S. TREASURY BILL DUE 10/31/02 | 60,000,000 | 0.99420 | 59,652,000.00 |
| U.S. TREASURY BILL DUE 11/07/02 | 52,500,000 | 0.99388 | 52,178,700.00 |
| U.S. TREASURY BILL DUE 11/14/02 | 57,200,000 | 0.99351 | 56,828,772.00 |
| U.S. TREASURY BILL DUE 11/21/02 | 53,000,000 | 0.99319 | 52,639,070.00 |
| U.S. TREASURY BILL DUE 12/05/02 | 47,000,000 | 0.99253 | 46,648,910.00 |
| U.S. TREASURY BILL DUE 12/12/02 | 75,000,000 | 0.99221 | 74,415,750.00 |
| U.S. TREASURY BILL DUE 12/19/02 | 75,300,000 | 0.99178 | 74,681,034.00 |

Net Market Value of
Open Security Positions          $ 720,840,317.50

Cash Balance                              0.98

Total Equity                      $ 720,840,318.48



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00226



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/02 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN025-30 as of 12/31/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/02 | NET MARKET VALUE 12/31/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 14,629 | 1 | 14,629.00 |
| U.S. TREASURY BILL DUE 01/30/03 | 42,000,000 | 0.99904 | 41,959,680.00 |
| U.S. TREASURY BILL DUE 02/13/03 | 40,000,000 | 0.99862 | 39,944,800.00 |
| U.S. TREASURY BILL DUE 02/20/03 | 40,000,000 | 0.99840 | 39,936,000.00 |
| U.S. TREASURY BILL DUE 02/27/03 | 40,000,000 | 0.99817 | 39,926,800.00 |
| U.S. TREASURY BILL DUE 03/06/03 | 50,000,000 | 0.99794 | 49,897,000.00 |
| U.S. TREASURY BILL DUE 03/13/03 | 50,000,000 | 0.99770 | 49,885,000.00 |
| U.S. TREASURY BILL DUE 03/20/03 | 50,000,000 | 0.99748 | 49,874,000.00 |
| U.S. TREASURY BILL DUE 03/27/03 | 50,000,000 | 0.99723 | 49,861,500.00 |
| U.S. TREASURY BILL DUE 04/03/03 | 50,000,000 | 0.99695 | 49,847,500.00 |
| U.S. TREASURY BILL DUE 04/10/03 | 50,000,000 | 0.99669 | 49,834,500.00 |
| U.S. TREASURY BILL DUE 04/17/03 | 50,000,000 | 0.99649 | 49,824,500.00 |
| U.S. TREASURY BILL DUE 04/24/03 | 50,000,000 | 0.99623 | 49,811,500.00 |
| U.S. TREASURY BILL DUE 05/01/03 | 56,200,000 | 0.99603 | 55,976,886.00 |
| U.S. TREASURY BILL DUE 05/08/03 | 75,000,000 | 0.99580 | 74,685,000.00 |

Net Market Value of
Open Security Positions          $ 691,279,295.00

Cash Balance                              0.87

Total Equity                      $ 691,279,295.87



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00227



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/03 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN025-30 as of 6/30/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/03 | NET MARKET VALUE 6/30/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 9,549 | 1 | 9,549.00 |
| U.S. TREASURY BILL DUE 10/02/03 | 45,000,000 | 0.99770 | 44,896,500.00 |
| U.S. TREASURY BILL DUE 10/09/03 | 50,000,000 | 0.99759 | 49,879,500.00 |
| U.S. TREASURY BILL DUE 10/16/03 | 48,000,000 | 0.99742 | 47,876,160.00 |
| U.S. TREASURY BILL DUE 10/23/03 | 55,000,000 | 0.99725 | 54,848,750.00 |
| U.S. TREASURY BILL DUE 10/30/03 | 43,000,000 | 0.99709 | 42,874,870.00 |
| U.S. TREASURY BILL DUE 11/06/03 | 60,000,000 | 0.99667 | 59,800,200.00 |
| U.S. TREASURY BILL DUE 11/13/03 | 62,500,000 | 0.99649 | 62,280,625.00 |
| U.S. TREASURY BILL DUE 11/20/03 | 48,500,000 | 0.99631 | 48,321,035.00 |
| U.S. TREASURY BILL DUE 11/28/03 | 75,000,000 | 0.99606 | 74,704,500.00 |
| U.S. TREASURY BILL DUE 12/04/03 | 73,500,000 | 0.99590 | 73,198,650.00 |
| U.S. TREASURY BILL DUE 12/11/03 | 70,000,000 | 0.99572 | 69,700,400.00 |
| U.S. TREASURY BILL DUE 12/18/03 | 65,900,000 | 0.99554 | 65,606,086.00 |

Net Market Value of
Open Security Positions          $ 693,996,825.00

Cash Balance                               0.21

Total Equity                        $ 693,996,825.21



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00228



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/03 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN025-30 as of 12/31/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/03 | NET MARKET VALUE 12/31/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 39,572 | 1 | 39,572.00 |
| U.S. TREASURY BILL DUE 02/26/04 | 40,000,000 | 0.99872 | 39,948,800.00 |
| U.S. TREASURY BILL DUE 03/04/04 | 45,000,000 | 0.99852 | 44,933,400.00 |
| U.S. TREASURY BILL DUE 03/11/04 | 53,000,000 | 0.99836 | 52,913,080.00 |
| U.S. TREASURY BILL DUE 03/18/04 | 47,000,000 | 0.99818 | 46,914,460.00 |
| U.S. TREASURY BILL DUE 04/01/04 | 54,900,000 | 0.99767 | 54,772,083.00 |
| U.S. TREASURY BILL DUE 04/08/04 | 40,000,000 | 0.99753 | 39,901,200.00 |
| U.S. TREASURY BILL DUE 04/15/04 | 50,000,000 | 0.99738 | 49,869,000.00 |
| U.S. TREASURY BILL DUE 04/22/04 | 52,475,000 | 0.99718 | 52,327,020.50 |
| U.S. TREASURY BILL DUE 04/29/04 | 58,400,000 | 0.99700 | 58,224,800.00 |
| U.S. TREASURY BILL DUE 05/06/04 | 45,000,000 | 0.99683 | 44,857,350.00 |
| U.S. TREASURY BILL DUE 05/13/04 | 46,150,000 | 0.99665 | 45,995,397.50 |
| U.S. TREASURY BILL DUE 05/20/04 | 35,000,000 | 0.99644 | 34,875,400.00 |
| U.S. TREASURY BILL DUE 05/27/04 | 39,500,000 | 0.99630 | 39,353,850.00 |
| U.S. TREASURY BILL DUE 06/03/04 | 42,500,000 | 0.99600 | 42,330,000.00 |
| U.S. TREASURY BILL DUE 06/17/04 | 41,250,000 | 0.99559 | 41,068,087.50 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ 688,323,500.50 | |
| **Cash Balance** | 0.43 | |
| **Total Equity** | $ 688,323,500.93 | |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00229



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/04 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN025-30 as of 6/30/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/04 | NET MARKET VALUE 6/30/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 3,717 | 1 | 3,717.00 |
| U.S. TREASURY BILL DUE 09/09/04 | 45,000,000 | 0.99763 | 44,893,350.00 |
| U.S. TREASURY BILL DUE 09/16/04 | 47,000,000 | 0.99740 | 46,877,800.00 |
| U.S. TREASURY BILL DUE 09/23/04 | 53,000,000 | 0.99705 | 52,843,650.00 |
| U.S. TREASURY BILL DUE 09/30/04 | 62,500,000 | 0.99673 | 62,295,625.00 |
| U.S. TREASURY BILL DUE 10/07/04 | 41,800,000 | 0.99642 | 41,650,356.00 |
| U.S. TREASURY BILL DUE 10/14/04 | 50,000,000 | 0.99614 | 49,807,000.00 |
| U.S. TREASURY BILL DUE 10/21/04 | 55,875,000 | 0.99567 | 55,633,061.25 |
| U.S. TREASURY BILL DUE 10/28/04 | 46,200,000 | 0.99530 | 45,982,860.00 |
| U.S. TREASURY BILL DUE 11/04/04 | 48,000,000 | 0.99481 | 47,750,880.00 |
| U.S. TREASURY BILL DUE 11/12/04 | 50,000,000 | 0.99445 | 49,722,500.00 |
| U.S. TREASURY BILL DUE 11/18/04 | 52,500,000 | 0.99413 | 52,191,825.00 |
| U.S. TREASURY BILL DUE 11/26/04 | 53,000,000 | 0.99379 | 52,670,870.00 |
| U.S. TREASURY BILL DUE 12/02/04 | 52,800,000 | 0.99333 | 52,447,824.00 |
| U.S. TREASURY BILL DUE 12/09/04 | 52,500,000 | 0.99285 | 52,124,625.00 |

Net Market Value of
Open Security Positions                $ 706,895,943.25

Cash Balance                                            0.43

Total Equity                              $ 706,895,943.68



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00230



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/04 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN025-30 as of 12/31/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/04 | NET MARKET VALUE 12/31/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 9,727 | 1 | 9,727.00 |
| U.S. TREASURY BILL DUE 03/03/05 | 60,000,000 | 0.99647 | 59,788,200.00 |
| U.S. TREASURY BILL DUE 03/10/05 | 60,000,000 | 0.99603 | 59,761,800.00 |
| U.S. TREASURY BILL DUE 03/17/05 | 60,000,000 | 0.99559 | 59,735,400.00 |
| U.S. TREASURY BILL DUE 03/24/05 | 60,000,000 | 0.99502 | 59,701,200.00 |
| U.S. TREASURY BILL DUE 03/31/05 | 60,000,000 | 0.99453 | 59,671,800.00 |
| U.S. TREASURY BILL DUE 04/07/05 | 60,000,000 | 0.99396 | 59,637,600.00 |
| U.S. TREASURY BILL DUE 04/14/05 | 65,000,000 | 0.99336 | 64,568,400.00 |
| U.S. TREASURY BILL DUE 04/21/05 | 65,000,000 | 0.99282 | 64,533,300.00 |
| U.S. TREASURY BILL DUE 04/28/05 | 65,000,000 | 0.99230 | 64,499,500.00 |
| U.S. TREASURY BILL DUE 05/05/05 | 65,000,000 | 0.99167 | 64,458,550.00 |
| U.S. TREASURY BILL DUE 05/12/05 | 79,500,000 | 0.99116 | 78,797,220.00 |

Net Market Value of
Open Security Positions        $ 695,162,697.00

Cash Balance        0.21

Total Equity        $ 695,162,697.21



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00231



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212-230-2424
800-334-1343
Fax 212-486-8178

*5,045 /*

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/05 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1FN025-30 as of 06/30/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/05 | NET MARKET VALUE 06/30/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 3,396 | 1 | 3,396.00 |
| U.S. TREASURY BILL DUE 09/01/05 | 70,000,000 | 0.99473 | 69,631,100.00 |
| U.S. TREASURY BILL DUE 09/08/05 | 70,000,000 | 0.99413 | 69,589,100.00 |
| U.S. TREASURY BILL DUE 09/15/05 | 72,000,000 | 0.99354 | 71,534,880.00 |
| U.S. TREASURY BILL DUE 09/22/05 | 72,000,000 | 0.99291 | 71,489,520.00 |
| U.S. TREASURY BILL DUE 09/29/05 | 70,000,000 | 0.99229 | 69,460,300.00 |
| U.S. TREASURY BILL DUE 10/06/05 | 74,000,000 | 0.99162 | 73,379,880.00 |
| U.S. TREASURY BILL DUE 10/13/05 | 74,000,000 | 0.99087 | 73,324,380.00 |
| U.S. TREASURY BILL DUE 10/20/05 | 70,000,000 | 0.99020 | 69,314,000.00 |
| U.S. TREASURY BILL DUE 10/27/05 | 71,000,000 | 0.98962 | 70,263,020.00 |
| U.S. TREASURY BILL DUE 11/03/05 | 75,400,000 | 0.98894 | 74,566,076.00 |

Net Market Value of
Open Security Positions          $712,555,652 .00

Cash Balance                     0.93

Total Equity                     $712,555,652.93



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00232



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/05 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN025-30 as of 12/31/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2005 | NET MARKET VALUE 12/31/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 74,942 | 1 | 74,942.00 |
| U.S. TREASURY BILL DUE 02/02/2006 | 63,000,000 | 0.99632 | 62,768,160.00 |
| U.S. TREASURY BILL DUE 02/09/2006 | 50,700,000 | 0.99559 | 50,476,413.00 |
| U.S. TREASURY BILL DUE 02/16/2006 | 60,300,000 | 0.99485 | 59,989,455.00 |
| U.S. TREASURY BILL DUE 02/23/2006 | 54,000,000 | 0.99409 | 53,680,860.00 |
| U.S. TREASURY BILL DUE 03/02/2006 | 87,000,000 | 0.99327 | 86,414,490.00 |
| U.S. TREASURY BILL DUE 03/09/2006 | 74,500,000 | 0.99241 | 73,934,545.00 |
| U.S. TREASURY BILL DUE 03/16/2006 | 59,000,000 | 0.99166 | 58,507,940.00 |
| U.S. TREASURY BILL DUE 03/23/2006 | 45,500,000 | 0.99078 | 45,080,490.00 |
| U.S. TREASURY BILL DUE 03/30/2006 | 57,300,000 | 0.99003 | 56,728,719.00 |
| U.S. TREASURY BILL DUE 05/04/2006 | 68,000,000 | 0.98576 | 67,031,680.00 |
| U.S. TREASURY BILL DUE 05/11/2006 | 53,000,000 | 0.98489 | 52,199,170.00 |
| U.S. TREASURY BILL DUE 05/18/2006 | 54,600,000 | 0.98405 | 53,729,130.00 |

| | | |
|---|---|---|
| **Net Market Value of** **Open Security Positions** | $ | 720,615,994.00 |
| **Cash Balance** | | 0.10 |
| **Total Equity** | $ | 720,615,994.10 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00233



3.12 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/06 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN025-30 as of 06/30/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/2006 | NET MARKET VALUE 06/30/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 14,638 | 1 | 14,638.00 |
| U.S. TREASURY BILL DUE 09/21/2006 | 64,500,000 | 0.98882 | 63,778,890.00 |
| U.S. TREASURY BILL DUE 09/28/2006 | 60,000,000 | 0.98785 | 59,271,000.00 |
| U.S. TREASURY BILL DUE 10/05/2006 | 64,500,000 | 0.98680 | 63,648,600.00 |
| U.S. TREASURY BILL DUE 10/12/2006 | 80,000,000 | 0.98582 | 78,865,600.00 |
| U.S. TREASURY BILL DUE 10/19/2006 | 82,000,000 | 0.98480 | 80,753,600.00 |
| U.S. TREASURY BILL DUE 10/26/2006 | 74,500,000 | 0.98384 | 73,296,080.00 |
| U.S. TREASURY BILL DUE 11/02/2006 | 82,000,000 | 0.98281 | 80,590,420.00 |
| U.S. TREASURY BILL DUE 11/09/2006 | 60,500,000 | 0.98181 | 59,399,505.00 |
| U.S. TREASURY BILL DUE 11/16/2006 | 63,500,000 | 0.98066 | 62,271,910.00 |
| U.S. TREASURY BILL DUE 11/24/2006 | 67,000,000 | 0.97950 | 65,626,500.00 |
| U.S. TREASURY BILL DUE 11/30/2006 | 52,500,000 | 0.97871 | 51,382,275.00 |

Net Market Value of
Open Security Positions          $  738,899,018.00

Cash Balance                                0.55

Total Equity                        $  738,899,018.55



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00234



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/06 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN025-30 as of 12/31/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/06 | NET MARKET VALUE 12/31/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 86,432 | 1 | 86,432.00 |
| U.S. TREASURY BILL DUE 02/15/2007 | 23,000,000 | 0.99359 | 22,852,570.00 |
| U.S. TREASURY BILL DUE 02/22/2007 | 28,000,000 | 0.99264 | 27,793,920.00 |
| U.S. TREASURY BILL DUE 03/01/2007 | 40,000,000 | 0.99166 | 39,666,400.00 |
| U.S. TREASURY BILL DUE 03/08/2007 | 50,000,000 | 0.99070 | 49,535,000.00 |
| U.S. TREASURY BILL DUE 03/15/2007 | 60,000,000 | 0.98978 | 59,386,800.00 |
| U.S. TREASURY BILL DUE 03/22/2007 | 60,000,000 | 0.98877 | 59,326,200.00 |
| U.S. TREASURY BILL DUE 03/29/2007 | 65,500,000 | 0.98780 | 64,700,900.00 |
| U.S. TREASURY BILL DUE 04/05/2007 | 65,500,000 | 0.98682 | 64,636,710.00 |
| U.S. TREASURY BILL DUE 04/12/2007 | 63,000,000 | 0.98590 | 62,111,700.00 |
| U.S. TREASURY BILL DUE 04/19/2007 | 72,000,000 | 0.98495 | 70,916,400.00 |
| U.S. TREASURY BILL DUE 04/26/2007 | 73,500,000 | 0.98397 | 72,321,795.00 |
| U.S. TREASURY BILL DUE 05/03/2007 | 75,000,000 | 0.98302 | 73,726,500.00 |
| U.S. TREASURY BILL DUE 05/10/2007 | 75,375,000 | 0.98210 | 74,025,787.50 |

Net Market Value of
Open Security Positions          $ 741,087,114.50

Cash Balance                                      0.19

Total Equity                      $ 741,087,114.69



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00235



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/07 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN025-30 as of 06/30/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/07 | NET MARKET VALUE 06/30/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 1,403 | 1 | 1,403.00 |
| U.S. TREASURY BILL DUE 09/20/2007 | 64,950,000 | 0.98923 | 64,250,488.50 |
| U.S. TREASURY BILL DUE 09/27/2007 | 65,400,000 | 0.98833 | 64,636,782.00 |
| U.S. TREASURY BILL DUE 10/04/2007 | 74,300,000 | 0.98726 | 73,353,418.00 |
| U.S. TREASURY BILL DUE 10/11/2007 | 60,000,000 | 0.98636 | 59,181,600.00 |
| U.S. TREASURY BILL DUE 10/18/2007 | 66,000,000 | 0.98560 | 65,049,600.00 |
| U.S. TREASURY BILL DUE 10/25/2007 | 65,000,000 | 0.98463 | 64,000,950.00 |
| U.S. TREASURY BILL DUE 11/01/2007 | 63,000,000 | 0.98375 | 61,976,250.00 |
| U.S. TREASURY BILL DUE 11/08/2007 | 74,000,000 | 0.98277 | 72,724,980.00 |
| U.S. TREASURY BILL DUE 11/15/2007 | 85,000,000 | 0.98189 | 83,460,650.00 |
| U.S. TREASURY BILL DUE 11/23/2007 | 80,000,000 | 0.98081 | 78,464,800.00 |
| U.S. TREASURY BILL DUE 11/29/2007 | 68,200,000 | 0.98003 | 66,838,046.00 |

Net Market Value of
Open Security Positions                $ 753,938,967.50

Cash Balance                                             0.89

Total Equity                                  $ 753,938,968.39



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00236

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Bernard L. Madoff

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/07 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN025-30 as of 12/31/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2007 | NET MARKET VALUE 12/31/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 32,158 | 1 | 32,158.00 |
| U.S. TREASURY BILL DUE 03/06/2008 | 63,500,000 | 0.99450 | 63,150,750.00 |
| U.S. TREASURY BILL DUE 03/13/2008 | 64,000,000 | 0.99382 | 63,604,480.00 |
| U.S. TREASURY BILL DUE 03/20/2008 | 71,000,000 | 0.99304 | 70,505,840.00 |
| U.S. TREASURY BILL DUE 03/27/2008 | 74,500,000 | 0.99234 | 73,929,330.00 |
| U.S. TREASURY BILL DUE 04/03/2008 | 79,300,000 | 0.99149 | 78,625,157.00 |
| U.S. TREASURY BILL DUE 04/10/2008 | 72,400,000 | 0.99105 | 71,752,020.00 |
| U.S. TREASURY BILL DUE 04/17/2008 | 78,000,000 | 0.99058 | 77,265,240.00 |
| U.S. TREASURY BILL DUE 04/24/2008 | 62,000,000 | 0.98987 | 61,371,940.00 |
| U.S. TREASURY BILL DUE 05/01/2008 | 58,200,000 | 0.98902 | 57,560,964.00 |
| U.S. TREASURY BILL DUE 05/08/2008 | 65,300,000 | 0.98843 | 64,544,479.00 |
| U.S. TREASURY BILL DUE 05/15/2008 | 68,000,000 | 0.98776 | 67,167,680.00 |

Net Market Value of
Open Security Positions          $ 749,510,038.00

Cash Balance                              0.08

Total Equity                        $ 749,510,038.08

27

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green. Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN025-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 46,321 | 1 | 46,321.00 |
| U.S. TREASURY BILL DUE  8/21/2008 | 57,000,000 | 0.99753 | 56,859,210.00 |
| U.S. TREASURY BILL DUE  8/28/2008 | 53,000,000 | 0.99720 | 52,851,600.00 |
| U.S. TREASURY BILL DUE   9/4/2008 | 67,000,000 | 0.99687 | 66,790,290.00 |
| U.S. TREASURY BILL DUE  9/11/2008 | 67,600,000 | 0.99663 | 67,372,188.00 |
| U.S. TREASURY BILL DUE  9/18/2008 | 65,000,000 | 0.99611 | 64,747,150.00 |
| U.S. TREASURY BILL DUE  9/25/2008 | 62,000,000 | 0.99589 | 61,745,180.00 |
| U.S. TREASURY BILL DUE  10/2/2008 | 68,500,000 | 0.99527 | 68,175,995.00 |
| U.S. TREASURY BILL DUE  10/9/2008 | 68,000,000 | 0.99492 | 67,654,560.00 |
| U.S. TREASURY BILL DUE  10/16/2008 | 64,500,000 | 0.99454 | 64,147,830.00 |
| U.S. TREASURY BILL DUE  10/23/2008 | 70,000,000 | 0.99415 | 69,590,500.00 |
| U.S. TREASURY BILL DUE  10/30/2008 | 70,000,000 | 0.99373 | 69,561,100.00 |
| U.S. TREASURY BILL DUE  11/6/2008 | 59,000,000 | 0.99298 | 58,585,820.00 |

**Net Market Value of
Open Security Positions**          $  768,127,744.00

**Cash Balance**                                      0.66

**Total Equity**                          $  768,127,744.66



MAGNIFY 00238